# United States District Court
### for the
# Southern District of New York
## Related Case Statement

---

**Full Caption of Later Filed Case:**

Government of the United States Virgin Islands

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:22-cv-10904-UA |
| JPMorgan Chase Bank, N.A. | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Jane Doe 1, individually and on behalf of all other similarly situated

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:22-CV-10019 |
| JP Morgan Chase & Co. | |
| Defendant | |

IH-32                                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The earlier filed case was filed on November 24, 2022.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Pursuant to Local Civil Rule 1.6(a), the Government of the United States Virgin Islands believes that this action is related to Doe 1 v. JP Morgan Chase & Co., No. 1:22-cv-10019 (S.D.N.Y. Nov. 24, 2022), because both actions arise from the same nucleus of operative facts and conduct involving Defendant JP Morgan's alleged facilitation of Epstein's sex-trafficking venture.

Signature: _David I. Ackerman / MMB_    Date: _12/26/22_

Firm: Motley Rice, LLC, counsel for Plaintiff, Government of the United States Virgin Islands