UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ GOVERNMENT OF THE UNITED STATES │
│ VIRGIN ISLANDS,                 │
│                                 │
│              Plaintiff,         │
│                                 │
│        -v-                      │
│                                 │
│ JP MORGAN CHASE BANK, N.A.,     │
│                                 │
│              Defendant.         │
└─────────────────────────────────┘
```

22-cv-10904-UA (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Barring any objection from plaintiff Government of the United States Virgin Islands, which must be made by joint telephone call to Chambers no later than 5:00 PM on January 4, 2023, this case is hereby consolidated for all pretrial purposes with Doe v. Deutsche Bank, 22-cv-10018 and Doe v. JP Morgan Chase & Co., 22-cv-10019. Further, except for any motion to dismiss, this case will be governed by the case management plan dated December 5, 2022, previously entered in those cases. See Doe v. Deutsche Bank, 22-cv-10018, Dkt. 23; Doe v. JP Morgan Chase & Co., 22-cv-10019, Dkt. 16. Counsel for the Government of the United States Virgin Islands and counsel for JP Morgan Chase Bank, N.A. should jointly call Chambers, again by no later than 5:00 PM on January 4, 2023, to set a schedule for any motion to dismiss in this case.

SO ORDERED.

New York, NY
December 29, 2022

_____
JED S. RAKOFF, U.S.D.J.