UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS ) ) ) PLAINTIFF, ) ) V. ) ) JPMORGAN CHASE BANK, N.A. ) ) DEFENDANT. ) | Case Number: 1:22-cv-10904 JSR<br><br>AFFIDAVIT OF<br>CAROL THOMAS-JACOBS |

I, Carol Thomas-Jacobs, declare and state the following:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Dated: **December 30, 2022**

_____
CAROL THOMAS-JACOBS
Assistant Attorney General
Virgin Islands Department of Justice
Office of the Attorney General
34-38 Kronprindsens Gade
St. Thomas, U.S. Virgin Islands 00802
Tel.: (340) 774-5666 ext. 10101
carol.jacobs@doj.vi.gov

SUBSCRIBED and SWORN to before me this 30th day of December, 2022

_____
My Commission expires: