# Supreme Court of the Virgin Islands



## Certificate of Good Standing

I, **VERONICA J. HANDY, ESQUIRE**, Clerk of the Supreme Court of the United States Virgin Islands, do hereby certify that:

**CAROL LAURA THOMAS-JACOBS (VIBA NO. 984)**

was duly admitted and qualified as an Attorney and Counselor-At-Law in the United States Virgin Islands on **October 24, 2008** and as such, has been admitted to practice before the Supreme Court and all other courts of this Territory according to its laws, rules and customs.

I further certify that as of this date, the above-named is an Attorney at Law in *Good Standing*. For the purposes of this Certificate, a member is in "good standing" if he or she is not presently suspended or disbarred for any reason and is current with his or her annual registration and licensing obligations under Rule 203(e).[1]

Please note that records of professional discipline, if any, are not covered by this certification.

In testimony whereof, I have hereunto subscribed my name and affixed the Seal of said Court this **12th** day of **December, 2022**.

*Veronica J. Handy*
**VERONICA J. HANDY, ESQUIRE**
Clerk of the Supreme Court
of the Virgin Islands

---

[1] This certification expires forty-five days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Revised: 01/2019