AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GOVT OF THE UNITED STATES VIRGIN ISLANDS )<br>*Plaintiff* )<br>v. )<br>JPMORGAN CHASE BANK, N.A. )<br>*Defendant* ) | Case No.   1:22-CV-10904-UA |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Government of the United States Virgin Islands

Date:   01/05/2023

*Attorney's signature*

William H. Narwold (WH-1713)
*Printed name and bar number*
MOTLEY RICE LLC
20 Church Street, 17th Floor
Hartford, CT 06103

*Address*

bnarwold@motleyrice.com
*E-mail address*

(860) 882-1676
*Telephone number*

(860) 882-1682
*FAX number*