UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS<br><br>PLAINTIFF,<br><br>V.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>DEFENDANT. | Case Number: 1:22-cv-10904 JSR<br><br>MOTION FOR ADMISSION PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elizabeth Paige Boggs, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, the Government of the United States Virgin Islands, in the above-captioned action.

I am in good standing of the bars of the states of Illinois, Indiana, and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 5, 2023

Respectfully Submitted,

*Elizabeth Paige Boggs*
**ELIZABETH PAIGE BOGGS**
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 386-9629 phone / (202) 386-9622 fax
pboggs@motleyrice.com