UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS )<br>)<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>JPMORGAN CHASE BANK, N.A. )<br>)<br>DEFENDANT. ) | Case Number: 1:22-cv-10904 JSR<br><br>AFFIDAVIT OF<br>ELIZABETH PAIGE BOGGS |

I, Elizabeth Paige Boggs, declare and state the following:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Dated: January 5, 2023

*Elizabeth Paige Boggs*
ELIZABETH PAIGE BOGGS
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 386-9629 phone / (202) 386-9622 fax
pboggs@motleyrice.com

DISTRICT OF COLUMBIA

SWORN to and subscribed before me this 5 day of January 2023.

_____
NOTARY PUBLIC

My Commission Expires: 10/14/2027

