# SUPREME COURT OF
# THE STATE OF INDIANA



*Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

**ELIZABETH PAIGE BOGGS**

is a member of the bar of the Supreme Court of Indiana since admission on _____ May 17, 2010 _____, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 27th day of December, 2022.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court