**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS<br><br>PLAINTIFF,<br><br>V.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 1:22-CV-10904 JSR<br><br>ORDER FOR ADMISSION PRO HAC VICE |

The motion of Elizabeth Paige Boggs for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Illinois, Indiana, and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Name: | Elizabeth Paige Boggs |
| Firm Name: | Motley Rice LLC |
| Address: | 401 9th Street NW, Suite 630 |
| City/State/Zip: | Washington, D.C. 20004 |
| Telephone/Fax: | (202) 386-9629 phone / (202) 386-9622 fax |
| Email: | pboggs@motleyrice.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

New York, NY

January _____, 2023

_________________________________
JED S. RAKOFF, U.S.D.J.