IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10904-JSR<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ronald Machen, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action.

I am in good standing with the bar of the District of Columbia and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 11, 2023

Respectfully submitted,

*/s/ Ronald Machen*
Ronald Machen
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6881
Ronald.Machen@wilmerhale.com

*Attorney for Defendant JPMorgan Chase Bank, N.A.*