IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 22-cv-10904-JSR<br><br>**DECLARATION OF RONALD MACHEN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Ronald Machen, declare under penalty of perjury that the following is true and correct:

1. I am a Partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  I am eligible to practice and a member of good standing in the District of Columbia. A Certificate of Good Standing is appended hereto.  I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

Wherefore Ronald Machen respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated:  January 11, 2023              Respectfully submitted,

                                                              */s/ Ronald Machen*
                                                              Ronald Machen