IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10904-JSR<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel in this action for JPMorgan Chase Bank, N.A. I certify that I am admitted to practice in this court.

Dated:  New York, New York
January 13, 2023

                                           Respectfully submitted,

                                           *s/ Robert L. Boone*
                                           Robert L. Boone
                                           WILMER CUTLER PICKERING HALE AND DORR LLP
                                           7 World Trade Center
                                           250 Greenwich Street
                                           New York, NY  10007
                                           Tel.: (212) 295-6314
                                           Robert.Boone@wilmerhale.com

                                           *JPMorgan Chase Bank, N.A.*