IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　　　　Plaintiffs,<br><br> v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　　Defendant. | Case No. 22-cv-10904-JSR<br><br>NOTICE OF APPEARANCE |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel in this action for JPMorgan Chase Bank, N.A. I certify that I am admitted to practice in this court.

Dated:  New York, New York
January 13, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ Boyd Johnson*
　　　　　　　　　　　　　　　　　　　Boyd Johnson
　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　7 World Trade Center
　　　　　　　　　　　　　　　　　　　250 Greenwich Street
　　　　　　　　　　　　　　　　　　　New York, NY  10007
　　　　　　　　　　　　　　　　　　　Tel: (212) 295-6490
　　　　　　　　　　　　　　　　　　　boyd.johnson@wilmerhale.com

　　　　　　　　　　　　　　　　　　　*JPMorgan Chase Bank, N.A.*