IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　Defendant. | Case No. 22-cv-10904-JSR<br><br>**DECLARATION OF FELICIA ELLSWORTH IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Felicia Ellsworth, declare under penalty of perjury that the following is true and correct:

1.　　I am a Partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am eligible to practice and a member of good standing in the state of Massachusetts. A Certificate of Good Standing is appended hereto. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2.　　I have not been convicted of a felony.

3.　　I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4.　　There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: January 13, 2023

Respectfully submitted,

*/s/ Felicia Ellsworth*
Felicia Ellsworth
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6687
Felicia.Ellsworth@wilmerhale.com

*Attorney for Defendant JPMorgan Chase Bank, N.A.*