IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10904-JSR<br><br>[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* |

The motion of Felicia Ellsworth for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Massachusetts, and that her contact information is as follows:

>Wilmer Cutler Pickering
>Hale and Dorr LLP
>60 State Street
>Boston, MA 02109
>Tel.: (617) 526-6687
>Felicia.Ellsworth@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1/17/23 , 2023
New York, NY

_____
The Honorable Jed S. Rakoff
United States District Judge