IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>               Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>               Defendant. | Case No. 22-cv-10904-JSR<br><br>**DECLARATION OF JOHN BUTTS IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, John Butts, declare under penalty of perjury that the following is true and correct:

1. I am a Partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am eligible to practice and a member of good standing in the state of Massachusetts. A Certificate of Good Standing is appended hereto. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

Wherefore John Butts respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: January 19, 2023                        Respectfully submitted,

                                                      */s/ John Butts*
                                                      John Butts