IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10904-JSR<br><br>**MOTION FOR ADMISSION** <u>***PRO HAC VICE***</u> |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Hillary Chutter-Ames, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action.

I am in good standing with the bar of Illinois and with the bar of New York and there are no disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 19, 2023

Respectfully submitted,

/s/ Hillary Chutter-Ames
Hillary Chutter-Ames
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8848
Hillary.Chutter-Ames@wilmerhale.com

*Attorney for Defendant JPMorgan Chase Bank, N.A.*