IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　　Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 22-cv-10904-JSR<br><br>**DECLARATION OF HILLARY CHUTTER-AMES IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

　　　　I, Hillary Chutter-Ames, declare under penalty of perjury that the following is true and correct:

　　　　1.　　I am a Senior Associate with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  I am eligible to practice and a member of good standing in the state of Illinois and the state of New York.  A Certificate of Good Standing is appended hereto. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

　　　　2.　　I have not been convicted of a felony.

　　　　3.　　I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

　　　　4.　　There are no pending disciplinary proceedings against me in any State or Federal court.

| | |
|---|---|
| Dated:  January 19, 2023 | Respectfully submitted, |
| | <u>s/ Hillary Chutter-Ames</u> |
| | Hillary Chutter-Ames |
| | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| | Tel.: (212) 230-8848 |
| | Hillary.Chutter-Ames@wilmerhale.com |
| | |
| | *Attorney for Defendant JPMorgan Chase Bank, N.A.* |