## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT OF THE UNITED          )          Case Number: 1:22-cv-10904-JSR
STATES VIRGIN ISLANDS             )
                                  )
                 PLAINTIFF,       )
                                  )
          V.                      )
                                  )
JPMORGAN CHASE BANK, N.A.         )
                                  )
                 DEFENDANT.       )


## [PROPOSED] ORDER FOR MOTION FOR ISSUANCE OF
## LETTER OF REQUEST (LETTER ROGATORY)

Upon consideration of the Motion for Issuance of Letter of Request (Letter Rogatory) dated January 20, 2023, the exhibits annexed thereto, and any oppositions or replies filed with respect to the motion, and it appearing that the testimony of and documents in the possession of Cathy Alexander, a resident of South Africa, is material and necessary to the issues of this action, the Court hereby GRANTS the Motion and ORDERS as follows:

1. The Court will sign and shall issue the Letter of Request (Letter Rogatory) attached as Exhibit 1 to the Motion to facilitate the taking of the deposition upon oral examination of Cathy Alexander as a witness in this action, as well as the production of documents described in the Plaintiff's Motion and exhibits annexed thereto;

2. The Clerk of Court is hereby directed to take all necessary steps to ensure the Letter of Request (Letter Rogatory) is transmitted to Plaintiff in a form sufficient to obtain the described testimony and documents; and

3.  The appropriate judicial authority in South Africa is hereby authorized to take and report the deposition of Cathy Alexander and shall have the power by virtue of the Letter of Request (Letter Rogatory) to administer any necessary oath and to take and report testimony.

**SO ORDERED.**

Dated:

New York, New York

_____
The Honorable Jed S. Rakoff
Senior Judge
The United States District Court
for the Southern District of New York