UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904-JSR |
| PLAINTIFF, | ) ) | |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| DEFENDANT. | ) | |

**MOTION FOR ISSUANCE OF LETTER OF REQUEST (LETTER ROGATORY)**

NOW COMES, the Plaintiff, in the above referenced action, and moves for the Issuance of a Letter of Request (Letter Rogatory) pursuant to F.R.C.P. 28 requesting an order requiring Miles Alexander, located at 7 Harmonie Crescent, Paradise Beach, Jeffreys Bay 6330, South Africa, to do the following:

(a) Appear to have his remote deposition taken on a date to be agreed within 30 days of service of the subpoena at a mutually convenient location in or near Jeffreys Bay; and

(b) Produce all Documents, Communications, and agreements related to his employment by Jeffrey Epstein, including:

1. Employment and severance agreements,

2. Non-disclosure agreements,

3. All payments, in any form, received from or on behalf of Jeffrey Epstein, and

4. All Communications with Jeffrey Epstein, Ghislaine Maxwell, Bella Klein, Daphne Wallace, Harry Beller, Lesley Groff, Sarah Kellen a/ka Sarah Kensington a/k/a Sarah Vickers, Erika Kellerhals, Richard D. Kahn, and/or Darren K. Indyke.

As grounds for this Motion, the Plaintiff states the following:

1. The above captioned case is currently pending in the United States District Court for the Southern District of New York.

2. Plaintiff alleges decedent Jeffrey E. Epstein ("Epstein") engaged in a criminal sexual trafficking enterprise in the United States Virgin Islands, wherein he used his vast wealth and property holdings and a deliberately opaque web of corporations and companies to transport young women and girls to his privately owned islands where they were held captive and subject to severe and extensive sexual abuse. Plaintiff further alleges that Defendant JPMorgan Chase Bank, N.A. and its affiliates had actual or constructive knowledge of Epstein's misconduct but nevertheless violated their statutory duties to report suspicious transactions from accounts held by them.

3. Upon information and belief, Miles Alexander was employed by decedent Epstein as the house manager for his residence on Little St. James from approximately 1999 to 2007, and, as such, would have first-hand knowledge of Epstein's conduct and visitors at Little St. James.

4. In order to prepare the case for trial, Plaintiff needs to the take the deposition of Miles Alexander.

WHEREFORE Plaintiff respectfully requests that this Honorable Court allow this Motion and issue a Letter of Request (Letter Rogatory). A proposed Letter of Request (Letter Rogatory) is attached to this Motion as Exhibit 1.

Dated:  January 20, 2023                           **CAROL THOMAS-JACOBS, ESQ.**
                                                   **ACTING ATTORNEY GENERAL**

                                                   */s/Linda Singer*
                                                   **LINDA SINGER** (NYS Bar #2473403)

        Admitted *Pro Hac Vice*
        Motley Rice LLC
        401 9th Street NW, Suite 630
        Washington, DC 20004
        Tel: (202) 232-5504
        lsinger@motleyrice.com

        **CAROL THOMAS-JACOBS** (NYS Bar #2941300)
        Admitted *Pro Hac Vice*
        Acting Attorney General of the United States
        Virgin Islands
        Virgin Islands Department of Justice
        34-38 Kronprindsens Gade
        St. Thomas, U.S. Virgin Islands 00802
        Tel.: (340) 774-5666 ext. 10101
        carol.jacobs@doj.vi.gov

        **DAVID I. ACKERMAN** (NYS Bar #4110839)
        Motley Rice LLC
        401 9th Street NW, Suite 630
        Washington, DC 20004
        Tel: (202) 849-4962
        dackerman@motleyrice.com

        **PAIGE BOGGS**
        Admitted *Pro Hac Vice*
        Motley Rice LLC
        401 9th Street NW, Suite 630
        Washington, DC 20004
        Tel: (202) 386-9629
        pboggs@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2023, the foregoing Plaintiff's Motion for Issuance of Letter of Request (Letter Rogatory) was filed with the Clerk's Office using the CM/ECF system. Notice of this filing will be sent to all parties of record by operation of, and parties may access this filing through, the Court's CM/ECF system.

        */s/Linda Singer*
        Linda Singer