## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT OF THE UNITED　　　)
STATES VIRGIN ISLANDS　　　　　)　　　　　　　Case Number: 1:22-cv-10904 JSR
　　　　　　　　　　　　　　　　)
　　　　　　　　　PLAINTIFF,　　)　　　　　　　AFFIDAVIT OF
　　　　　　　　　　　　　　　　)　　　　　　　SARA D. AGUIÑIGA
　　　　　　　V.　　　　　　　　)
　　　　　　　　　　　　　　　　)
JPMORGAN CHASE BANK, N.A.　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　DEFENDANT.　　)

I, Sara D. Aguiñiga, declare and state the following:

1.　　　I have never been convicted of a felony;

2.　　　I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3.　　　there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Dated: January 24, 2023

**SARA D. AGUIÑIGA**
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 386-9628 phone / (202) 386-9622 fax
saguiniga@motleyrice.com

DISTRICT OF COLUMBIA

SWORN to and subscribed before me this ___24___ day of January 2023.

_____
NOTARY PUBLIC

My Commission Expires: ___10/14/2027___