UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904-JSR |
| PLAINTIFF, | ) ) | |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| DEFENDANT. | ) | |

**ORDER GRANTING MOTION FOR ISSUANCE OF
LETTER OF REQUEST FOR DOCUMENT PRODUCTION**

Upon consideration of the Motion for Issuance of Letter of Request for Document Production dated January 26, 2023, the exhibits annexed thereto, and any oppositions or replies filed with respect to the Motion, and it appearing that the production of documents in the possession of Barclays Bank PLC, a financial institution located in the United Kingdom, is material and necessary to the issues of this action, the Court hereby GRANTS the Motion and ORDERS as follows:

1. The Court will sign and shall issue the Letter of Request for Document Production attached as Exhibit 1 to the Motion to facilitate the production of documents by Barclays Bank PLC as described in the Plaintiff's Motion and exhibits annexed thereto; and

2. The Clerk of Court is hereby directed to take all necessary steps to ensure the Letter of Request for Production of Documents is transmitted to Plaintiff in a form sufficient to obtain the described documents.

**SO ORDERED.**

Dated:

New York, New York

                                                                 _____

                                                                       Hon. Jed S. Rakoff
                                                      UNITED STATES DISTRICT COURT
                                                         Southern District of New York