## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT OF THE UNITED )      Case Number: 1:22-cv-10904 JSR
STATES VIRGIN ISLANDS )
                    )
          PLAINTIFF, )      ORDER FOR ADMISSION
                    )      PRO HAC VICE
      V. )
                    )
JPMORGAN CHASE BANK, N.A. )
                    )
           DEFENDANT. )

        The motion of Sara D. Aguiñiga for admission to practice Pro Hac Vice in the above-captioned action is granted.

        Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

Name:           Sara D. Aguiñiga
Firm Name:     Motley Rice LLC
Address:        401 9th Street NW, Suite 630
City/State/Zip:   Washington, D.C. 20004
Telephone/Fax: (202) 386-9628 phone / (202) 386-9622 fax
Email:           saguiniga@motleyrice.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

New York, NY

January 27 , 2023

_Jed S. Rakoff_
_____
JED S. RAKOFF, U.S.D.J.