UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, | ) ) | AFFIDAVIT OF MIMI LIU |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| DEFENDANT. | ) | |

I, Mimi Liu, declare and state the following:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. There are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 8, 2023

MIMI LIU
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 386-9625 phone / (202) 386-9622 fax
mliu@motleyrice.com

1

DISTRICT OF COLUMBIA

SWORN to and subscribed before me this \_\_\_8\_\_ day of February 2023.

_____
NOTARY PUBLIC

My Commission Expires: \_\_10/14/2027\_\_

*[Notary Seal: KELLI RENEE YOUNG, NOTARY PUBLIC, EXP. 10-14-27, DISTRICT OF COLUMBIA]*