AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Government of the United States Virgin Islands | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-10904-JSR |
| JPMorgan Chase Bank, N.A. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Government of the United States Virgin Islands

Date:   02/14/2023

*Attorney's signature*

Andrew P. Arnold (#102491)
*Printed name and bar number*
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

*Address*

aarnold@motleyrice.com
*E-mail address*

(843) 216-9229
*Telephone number*

(843) 216-9450
*FAX number*