**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

—————————————————————

GOVERNMENT OF THE UNITED
STATES VIRGIN ISLANDS,

          Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

          Defendant.

—————————————————————

Case No. 1: 22-cv-10904-JSR

**GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'**
**NOTICE OF FILING LESS REDACTED VERSION OF ITS**
**FIRST AMENDED COMPLAINT AND DEMAND FOR A JURY TRIAL**

      PLEASE TAKE NOTICE that Plaintiff, Government of the United States Virgin Islands,

("Government") hereby files a less redacted version of its First Amended Complaint and

Demand for a Jury Trial (attached as Exhibit A). This version of the Complaint is identical to

the First Amended Complaint filed on January 10, 2023 except that the Government has

removed certain redactions from the previously-filed version.

Dated: February 15, 2023

                                  **CAROL THOMAS-JACOBS, ESQ.**
                                  **ACTING ATTORNEY GENERAL**

                                  /s/ *David I. Ackerman*
                                  David I. Ackerman

                                  Carol Thomas-Jacobs (*pro hac vice*)
                                  Acting Attorney General of the
                                  United States Virgin Islands
                                  Virgin Islands Department of Justice
                                  34-38 Kronprindsens Gade
                                  St. Thomas, U.S. Virgin Islands 00802
                                  Tel: (340) 774-5666 ext. 10101
                                  carol.jacobs@doj.vi.gov

Linda Singer (*pro hac vice*)
Mimi Liu (*pro hac vice* pending)
David I. Ackerman
Paige Boggs (*pro hac vice*)
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
Fax: (202) 232-5513
lsinger@motleyrice.com
mliu@motleyrice.com
dackerman@motleyrice.com
pboggs@motleyrice.com

*Attorneys for Plaintiff Government of the
United States Virgin Islands*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2023, I electronically filed the foregoing *Government of the United States Virgin Islands' Notice of Filing Less Redacted Version of First Amended Complaint and Demand for a Jury Trial* with the Clerk of the Court and served on counsel of record using the Court's CM/ECF system.  Notice of this filing will be sent to all parties of record by operation of, and parties may access this filing through, the Court's CM/ECF system.

By: /s/ *David I. Ackerman*
David I. Ackerman