# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Government of the United States Virgin Islands

                              **Plaintiff**

                              Civil Action No.: 1:22-cv-10904-JSR

                              *vs.*

JP Morgan Chase Bank, N.A.

                              **Defendant**

## **AFFIDAVIT OF DUE DILIGENCE**

I, Ericka Cremeans, a Private Process Server, having been duly authorized to make service of the Letter dated February 2nd, 2023, Subpoena Duces Tecum with Exhibit A, Protective Order, and Non-Disclosure Agreement in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Leslie Wexler with the above named process.

That on February 8, 2023 at 8:10 AM, I attempted to serve Leslie Wexner at 1 Whitebarn Road, New Albany, Ohio 43054-9407. On this occasion, I was unable to gain access to the property per security manned at the entry. Accordingly, I asked if Leslie Wexner was available or if I could speak with him, however I was not provided with that information.

That on February 8, 2023 at 8:40 AM, I attempted to serve Leslie Wexner at 8000 Walton Parkway, Suite 100, New Albany, Ohio 43054-7075. On this occasion, I found that Suite 100 belongs to NA Property, Inc., and Leslie Wexner was not known at this Suite upon my asking. Accordingly, I went to Suite 110, which I found belongs to the Wexner Foundation, but was locked and has keycard access only. Furthermore, I found that Suite 110 did have an intercom on the wall outside of the door and I did try contacting the business using the intercom. A woman came over the intercom and upon my asking, she stated that Leslie Wexner was not in, and that he is rarely ever there because he only comes in two to three times a year. No further information could be provided on Wexner's whereabouts at this time.

That on February 11, 2023 at 2:00 PM, I attempted to serve Leslie Wexner at 1 Whitebarn Road, New Albany, Ohio 43054-9407. On this occasion, yet again, I was unable to gain access to the residence per the manned security at the entry to the property.

I declare under penalty of perjury that this information is true.

2/14/2023
Executed On

*Ericka Cremeans*
Ericka Cremeans

Client Ref Number: 0636630.015
Job #: 1613955

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050