IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, | ) ) ) Case No. 1:22-cv-10904-JSR |
| Plaintiff, | ) ) |
| v. | ) ) |
| JPMORGAN CHASE BANK, N.A., | ) ) |
| Defendant. | ) ) |

**DECLARATION OF LINDA SINGER, ESQ. IN SUPPORT OF
GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'
MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE
OF SUBPOENA BY CERTIFIED MAIL UPON LESLIE WEXNER**

I, Linda Singer, declare in support of Plaintiff, the Government of the United States Virgin Islands' ("the Government's"), Motion for Order Authorizing Alternative Service of Subpoena by Certified Mail Upon Leslie Wexner as follows:

1. I am an attorney with Motley Rice LLC, counsel for the Government, and am admitted to practice in the above-captioned matter.

2. On February 2, 2023, I sent an email message to attorney John W. Zeiger of the firm of Zeiger, Tigges & Little LLP in Columbus Ohio, who has represented Mr. Wexner on other matters, regarding the Subpoena to Produce Documents that the Government is attempting to serve on Mr. Wexner in this matter.

3. In my email message, I asked Attorney Zeiger if he would be authorized to accept service of the Government's Subpoena on behalf of Mr. Wexner. Attorney Zeiger responded that

he was unable to speak that day, to which I answered that the Government was sending the Subpoena to a process server but remained open to his accepting service.

4. I thereafter placed two follow-up telephone calls to Attorney Zeiger, neither of which was returned.

5. On February 15, 2023, I spoke with attorney Marion Little of Attorney Zeiger's firm. In this conversation, Attorney Little stated to me that he has represented Mr. Wexner as counsel.

6. I in turn asked Attorney Little if he would accept service of the Subpoena on Mr. Wexner's behalf. Attorney Little responded that he would not accept service for Mr. Wexner without being given a detailed description of the Subpoena's contents.

7. I answered by providing Attorney Little with a general description of the document requests contained in the Subpoena and by offering to send the Subpoena by email to him without requiring that this be deemed his acceptance of service.

8. Attorney Little instructed me not to send him the Subpoena.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Linda Singer /eem

Executed this 17th day of February 2023 at Washington, D.C.