## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, | ) ) | MOTION FOR ADMISSION PRO HAC VICE |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| DEFENDANT. | ) | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Charlotte Loper, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, the Government of the United States Virgin Islands, in the above-captioned action.

I am in good standing of the bars of the State of Texas, the State of South Carolina and the State of North Carolina and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: February 9 , 2023

Respectfully Submitted,

**CHARLOTTE LOPER**
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
Tel: (843) 216- 9287
cloper@motleyrice.com