## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT OF THE UNITED                )          Case Number: 1:22-cv-10904 JSR
STATES VIRGIN ISLANDS                     )
                                                        )
           PLAINTIFF,              )          AFFIDAVIT OF
                                                        )          CHARLOTTE LOPER
    V.                                 )
                                                        )
JPMORGAN CHASE BANK, N.A.           )
                                                        )
           DEFENDANT.            )

I, Charlotte Loper, declare and state the following:

    1.      I have never been convicted of a felony;

    2.      I have never been censured, suspended, disbarred or denied admission or

readmission by any court; and

    3.      there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel

for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Dated: February 9 , 2023

 

**CHARLOTTE LOPER**
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
Tel: (843) 216- 9287
cloper@motleyrice.com

DISTRICT OF COLUMBIA

SWORN to and subscribed before me this ___9 -th___ day of February 2023.

_Dominique E. Brown_
NOTARY PUBLIC

My Commission Expires: May 13, 2026

DOMINIQUE E. BROWN
Notary Public, State of South Carolina
My Commission Expires
May 13, 2026

2