## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT OF THE UNITED )          Case Number: 1:22-cv-10904 JSR
STATES VIRGIN ISLANDS )
)
PLAINTIFF, )          MOTION FOR ADMISSION
)                PRO HAC VICE
V. )
)
JPMORGAN CHASE BANK, N.A. )
)
DEFENDANT. )

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, Meghan Oliver, hereby move this Court for an Order for

admission to practice Pro Hac Vice to appear as counsel for Plaintiff, the Government of the United

States Virgin Islands, in the above-captioned action.

I am in good standing of the bars of the State of South Carolina, the Commonwealth of

Virginia, and the District of Columbia and there are no pending disciplinary proceedings against

me in any state or federal court. I have never been convicted of a felony. I have never been

censured, suspended, disbarred or denied admission or readmission by any court. I have attached

the affidavit pursuant to Local Rule 1.3.

Dated: February 9, 2023                    Respectfully Submitted,

**MEGHAN OLIVER**
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
Tel: (843) 216-9492
moliver@motleyrice.com