UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED ) <br> STATES VIRGIN ISLANDS ) <br> ) <br> PLAINTIFF, ) <br> ) <br> V. ) <br> ) <br> JPMORGAN CHASE BANK, N.A. ) <br> ) <br> DEFENDANT. ) | Case Number: 1:22-cv-10904 JSR <br><br> AFFIDAVIT OF <br> MEGHAN OLIVER |

I, Meghan Oliver, declare and state the following:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Dated: February 9, 2023

_____
MEGHAN OLIVER
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464
Tel: (843) 216-9492
moliver@motleyrice.com

DISTRICT OF COLUMBIA

SWORN to and subscribed before me this 9th day of February 2023.

_____
NOTARY PUBLIC

My Commission Expires: May 13, 2026

DOMINIQUE E. BROWN
Notary Public, State of South Carolina
My Commission Expires
May 13, 2026