# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Meghan Shea Blaszak Oliver was duly sworn and admitted as an attorney in this state on September 16, 2008, and is currently a Regular Member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

February 14, 2023