## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No. 1:22-cv-10904-JSR |

### GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS' NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES CONCERNING TEMPORAL SCOPE AND DOCUMENT CUSTODIAN

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff, the Government of the United States Virgin Islands ("Government"), respectfully moves for an Order compelling Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") to provide discovery responses covering the full temporal scope of the Government's claims through 2019 and documents for custodian James Dimon. The reasons in support of the Government's motion are set forth in the Memorandum of Law filed herewith. As directed in this Court's February 23, 2023 email confirming decisions on the parties' discovery applications made during the February 22, 2023 telephone call with the Court, the Government's motion and supporting Memorandum of Law are submitted before "5:00 PM today." Pursuant to the same email, JPMorgan's opposition is due by 5:00 PM on February 28, 2023, and there will be no reply and no oral argument. *Id.*

Dated: February 23, 2023

**CAROL THOMAS-JACOBS, ESQ.
ACTING ATTORNEY GENERAL**

/s/ *Linda Singer*

Linda Singer (*pro hac vice*)
Mimi Liu (*pro hac vice* pending)
David I. Ackerman
Paige Boggs (*pro hac vice*)
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
Fax: (202) 232-5513
lsinger@motleyrice.com
mliu@motleyrice.com
dackerman@motleyrice.com
pboggs@motleyrice.com

Carol Thomas-Jacobs (*pro hac vice*)
Acting Attorney General of the
United States Virgin Islands
Virgin Islands Department of Justice
34-38 Kronprindsens Gade
St. Thomas, U.S. Virgin Islands 00802
Tel: (340) 774-5666 ext. 10101
carol.jacobs@doj.vi.gov

*Attorneys for Plaintiff Government of the
United States Virgin Islands*