## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, ) ) | AFFIDAVIT OF BRENDAN AUSTIN |
| V. ) ) | |
| JPMORGAN CHASE BANK, N.A. ) ) | |
| DEFENDANT. ) | |

I, Brendan Austin, declare and state the following:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Dated: February 21, 2023

_____
**BRENDAN AUSTIN**
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 386-9608 phone
baustin@motleyrice.com

DISTRICT OF COLUMBIA

SWORN to and subscribed before me this 21 day of February 2023.

_____
NOTARY PUBLIC

My Commission Expires: 10/14/27

[Notary Seal: KELLI RENEE YOUNG, NOTARY PUBLIC, EXP. 10-14-27, DISTRICT OF COLUMBIA]