IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>JPMORGAN CHASE BANK, N.A.,  )<br><br>Defendant.  ) | Case No. 1:22-cv-10904-JSR |

**NOTICE OF FILING STIPULATED
AMENDMENT TO PROTECTIVE ORDER**

PLEASE TAKE NOTICE that Plaintiff, the Government of the United States Virgin Islands (the "Government"), is filing herewith a *Stipulated Amendment to Protective Order Regarding "CSI-Protected Information" Belonging to the Office of the Comptroller of the Currency*. The Government and Defendant JPMorgan Chase Bank, N.A. have agreed to entry of the attached amendment.

Dated: March 2, 2023

**CAROL THOMAS-JACOBS, ESQ.
ACTING ATTORNEY GENERAL**

/s/ *Linda Singer*
Linda Singer (*pro hac vice*)
Mimi Liu (*pro hac vice* pending)
David I. Ackerman
Paige Boggs (*pro hac vice*)
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
Fax: (202) 232-5513
lsinger@motleyrice.com
mliu@motleyrice.com

dackerman@motleyrice.com
pboggs@motleyrice.com

Carol Thomas-Jacobs (*pro hac vice*)
Acting Attorney General of the
United States Virgin Islands
Virgin Islands Department of Justice
34-38 Kronprindsens Gade
St. Thomas, U.S. Virgin Islands 00802
Tel: (340) 774-5666 ext. 10101
carol.jacobs@doj.vi.gov

*Attorneys for Plaintiff Government of the United States Virgin Islands*