# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Government of the United States Virgin Islands

                              Plaintiff

                                                      Civil Action No.: 1:22-cv-10904-JSR

                                        *vs.*

JPMorgan Chase Bank, N.A.

                              Defendant

## AFFIDAVIT OF DUE DILIGENCE

I, Henry Pinto, a Private Process Server, having been duly authorized to make service of the Letter dated February 1, 2023, Subpoena Duces Tecum with Exhibit A, Protective Order, and Non-Disclosure Agreement in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Sarah Kellen with the above named process.

That on February 15, 2023 at 5:21 PM, I attempted to serve Sarah Kellen a/k/a Sarah Lynnelle Vickers at 100 South Pointe Drive, Apartment 3601, Miami Beach, Florida 33139. On this occasion, I received no answer at this unit's door. In addition, security was unable provide further information on if Sarah Kellen a/k/a Sarah Lynnelle Vickers lives in Apartment 3601.

That on February 17, 2023 at 6:40 PM, I attempted to serve Sarah Kellen a/k/a Sarah Lynnelle Vickers at 100 South Pointe Drive, Apartment 3601, Miami Beach, Florida 33139. On this occasion, again, I received no answer at the door. In addition, security advised that they would need to speak with the General Manager of the building to confirm if Sarah Kellen a/k/a Sarah Lynnelle Vickers was a resident there, but the manager was not in. No information was provided on when the manager would return.

That on February 22, 2023 at 6:05 PM, I attempted to serve Sarah Kellen a/k/a Sarah Lynnelle Vickers at 100 South Pointe Drive, Apartment 3601, Miami Beach, Florida 33139. On this occasion, as before, I received no answer at the door. In addition, security still did not have any further information to provide on if Sarah Kellen a/k/a Sarah Lynnelle Vickers was a resident there.

That on February 25, 2023 at 8:49 AM, I attempted to serve Sarah Kellen a/k/a Sarah Lynnelle Vickers at 100 South Pointe Drive, Apartment 3601, Miami Beach, Florida 33139. On this occasion, still, I received no answer at the door, and security did not have any additional information to provide.

I declare under penalty of perjury that this information is true.

Executed On 03/01/2023

Notary Public State of Florida
Gabriela Padron
My Commission GG 929484
Expires 11/06/2023

Henry Pinto

Client Ref Number:MRID 0636630.015
Job #: 1613806

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050