UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
GOVERNMENT OF THE UNITED STATES    :
VIRGIN ISLANDS,
                                                                      :
            Plaintiff,
                                                                      :     Case No. 22 Civ. 10904 (JSR)
      -against-
                                                                      :
JPMORGAN CHASE BANK, N.A.,
                                                                      :
            Defendant.
------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of non-party Jordana H. Feldman, the independent, neutral administrator of the Epstein Victims' Compensation Program, in the above-captioned action:

> Patrick J. Smith
> Smith Villazor LLP
> 250 West 55th Street, 30th Floor
> New York, NY 10019
> Telephone:  (212) 582-4400
> Facsimile:  (347) 338-2532
> Email:  patrick.smith@smithvillazor.com

Dated: New York, New York
           March 8, 2023                                         Respectfully submitted,

                                                                      By:  *s/ Patrick J. Smith*
                                                                             Patrick J. Smith
                                                                             SMITH VILLAZOR LLP
                                                                             250 West 55th Street, 30th Floor
                                                                             New York, NY 10019
                                                                             (212) 582-4400
                                                                             patrick.smith@smithvillazor.com

                                                                             *Attorney for Jordana H. Feldman, the independent, neutral administrator of the Epstein Victims' Compensation Program*