UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
GOVERNMENT OF THE UNITED STATES   :
VIRGIN ISLANDS,
                                                                    :
        Plaintiff,
                                                                    :
   -against-                                      Case No. 22 Civ. 10904 (JSR)
                                                                    :
JPMORGAN CHASE BANK, N.A.,
                                                                    :
        Defendant.
------------------------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of non-party Jordana H. Feldman, the independent, neutral administrator of the Epstein Victims' Compensation Program, in the above-captioned action:

        Brian T. Burns
        Smith Villazor LLP
        250 West 55th Street, 30th Floor
        New York, NY 10019
        Telephone:  (212) 582-4400
        Facsimile:  (347) 338-2532
        Email:  brian.burns@smithvillazor.com

Dated: New York, New York
       March 8, 2023                          Respectfully submitted,

                                                   By:  *s/ Brian T. Burns*
                                                          Brian T. Burns
                                                          SMITH VILLAZOR LLP
                                                          250 West 55th Street, 30th Floor
                                                          New York, NY 10019
                                                          (212) 582-4400
                                                          brian.burns@smithvillazor.com

                                                          *Attorney for Jordana H. Feldman, the*
                                                          *independent, neutral administrator of the*
                                                          *Epstein Victims' Compensation Program*