IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant/Third-Party Plaintiff<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant | Case No. 22-cv-10904-JSR |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT/THIRD-PARTY PLAINTIFF JPMORGAN CHASE BANK, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant/Third-Party Plaintiff JPMorgan Chase Bank, N.A. ("JPMC") certifies the following:

JPMC is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, the Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment

companies, other pooled investment vehicles, and institutional accounts that it or its subsidiaries sponsor, manage, or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated: March 8, 2023

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Hillary Chutter-Ames
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
hillary.chutter-ames@wilmerhale.com

*Attorneys for Defendant/Third-Party Plaintiff JPMorgan Chase Bank, N.A.*