**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, | Case No. 22-cv-10904-JSR |
| Plaintiffs, | **[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

The motion of Bruce W. Doughty for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

Massey & Gail LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel.: (312) 283-1590
bdoughty@masseygail.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ , 2023
      New York, NY

_____
The Honorable Jed S. Rakoff
United States District Judge