IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-10904-JSR<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Rachel S. Morse for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

Massey & Gail LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel.: (312) 283-1590
rmorse@masseygail.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __3/9/2023__ , 2023
New York, NY

_____*Jed S. Rakoff*_____
The Honorable Jed S. Rakoff
United States District Judge