# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, | ) ) ) | ORDER FOR ADMISSION PRO HAC VICE |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| DEFENDANT. | ) | |

The motion of Brendan Austin for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia; and that his contact information is as follows:

        Name:           Brendan Austin
        Firm Name:      Motley Rice LLC
        Address:        401 9th Street NW, Suite 630
        City/State/Zip: Washington, DC 20004
        Telephone:      (202) 386-9608
        Email:          baustin@motleyrice.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

New York, NY

March 9, 2023

_____
JED S. RAKOFF, U.S.D.J.