AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action  No.  22-cv-10904-JSR |
| JPMORGAN CHASE BANK, N.A. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| JAMES EDWARD STALEY | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   James Edward Staley
930 Park Avenue, Unit 6N/6S
New York, NY 10028

     A lawsuit has been filed against defendant   JPMorgan Chase Bank, N.A.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Government of the United States Virgin Islands   .

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Felicia H. Ellsworth
John J. Butts
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(t) (617) 526-6000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com

     It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Linda Singer
Mimi Liu
David I. Ackerman
Paige Boggs
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 232-5504

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

     A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   3/9/2023



CLERK OF COURT

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  22-cv-10904-JSR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

❒  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: