AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS </br>*Plaintiff* </br>v. </br>JPMORGAN CHASE BANK, N.A. </br>*Defendant, Third-party plaintiff* </br>v. </br>JAMES EDWARD STALEY </br>*Third-party defendant* | Civil Action No. 22-cv-10904-JSR |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   James Edward Staley
930 Park Avenue, Unit 6N/6S
New York, NY 10028

A lawsuit has been filed against defendant   JPMorgan Chase Bank, N.A.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Government of the United States Virgin Islands  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Felicia H. Ellsworth
John J. Butts
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(t) (617) 526-6000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Linda Singer
Mimi Liu
David I. Ackerman
Paige Boggs
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
(202) 232-5504

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  3/10/2023

*CLERK OF COURT*

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  22-cv-10904-JSR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: