AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Government of the United States Virgin Islands, <br> *Plaintiff* <br> v. <br> JPMorgan Chase Bank, N.A. <br> *Defendant* | ) <br> ) <br> ) Case No. 22-cv-10904-JSR <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Government of the United States Virgin Islands.

Date: 03/10/2023

s/Michael J. Quirk
*Attorney's signature*

Michael J. Quirk, 3032778
*Printed name and bar number*
Motley Rice LLC
40 West Evergreen Avenue, Suite 104
Philadelphia, PA 19118-3324

*Address*

mquirk@motleyrice.com
*E-mail address*

(610) 579-9932
*Telephone number*

(856) 667-5133
*FAX number*