IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiff,<br><br>        v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 22-cv-10904 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of non-parties the Epstein Victims' Compensation Program ("EVCP") and Jordana H. Feldman, the Independent Administrator of EVCP, in the above-captioned action and certifies that he is admitted to practice in this court.

                                            Andrew H. Schapiro
                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                            51 Madison Avenue, 22nd floor
                                            New York, NY 10010
                                            (212) 849-7000 (telephone)
                                            (212) 849-7100 (facsimile)
                                            Email: andrewschapiro@quinnemanuel.com

Dated: March 23, 2023                                     Respectfully submitted,

                                            */s/ Andrew H. Schapiro*
                                            Andrew H. Schapiro
                                            QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                            51 Madison Avenue, 22nd floor
                                            New York, NY 10010
                                            (212) 849-7000 (telephone)
                                            (212) 849-7100 (facsimile)
                                            Email: andrewschapiro@quinnemanuel.com

                                            *Counsel for Non-Parties Epstein Victims' Compensation Program and Jordana H. Feldman*