IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 1:22-cv-10904-JSR |

**GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'
MOTION FOR LEAVE TO WITHDRAW SARA D. AGUIÑIGA
AS COUNSEL OF RECORD**

Plaintiff, Government of the United States Virgin Islands, by and through undersigned counsel, respectfully submits this Motion for Leave to Withdraw Sara D. Aguiñiga as Counsel of Record. In support, Plaintiff states as follows:

1. On January 27, 2023, the Court entered an Order [Docket #35] granting admission *pro hac vice* to Sara D. Aguiñiga as counsel for Plaintiff in the above-captioned litigation.

2. Plaintiff now moves for leave to withdraw Ms. Aguiñiga's appearance in this action because Ms. Aguiñiga is no longer associated with the law firm of Motley Rice LLC and therefore no longer represents Plaintiff in this litigation.

3. Withdrawal is sought with notice to and consent from Plaintiff. Plaintiff remains represented in this action by legal counsel from Motley Rice LLC, including but not limited to undersigned counsel.

3. Granting this motion will not cause any undue delay in these proceedings or prejudice any party.

WHEREFORE, the Plaintiff, Government of the United States Virgin Islands, by counsel, respectfully requests that the Court grant this motion and enter an Order permitting the withdrawal of Sara D. Aguiñiga as counsel of record and removing her from the list of attorneys receiving electronic notices of filings and proceedings in this action.

Dated: March 23, 2023

**CAROL THOMAS-JACOBS, ESQ.**
**ACTING ATTORNEY GENERAL**

/s/ *Linda Singer*
Linda Singer (*pro hac vice*)
Mimi Liu (*pro hac vice*)
David I. Ackerman
Paige Boggs (*pro hac vice*)
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
Fax: (202) 232-5513
lsinger@motleyrice.com
mliu@motleyrice.com
dackerman@motleyrice.com
pboggs@motleyrice.com

Carol Thomas-Jacobs (*pro hac vice*)
Acting Attorney General of the
United States Virgin Islands
Virgin Islands Department of Justice
34-38 Kronprindsens Gade
St. Thomas, U.S. Virgin Islands 00802
Tel: (340) 774-5666 ext. 10101
carol.jacobs@doj.vi.gov

*Attorneys for Plaintiff Government of the*
*United States Virgin Islands*