UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant /<br>        Third-Party Plaintiff | Case No. 22-cv-10904-JSR<br><br>**AFFIDAVIT OF ZACHARY K. WARREN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>        Third-Party Defendant. | |

**DECLARATION OF ZACHARY K. WARREN**

I, Zachary K. Warren, do declare as follows:

1. I am a partner at Williams & Connolly LLP, 680 Maine Avenue S.W., Washington, D.C. 20024.

2. I am a member in good standing of the bars of California and the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2023

_____
Zachary K. Warren

Subscribed and sworn to before me

This 27th day of March, 2023

_____
Notary Public

My Commission Expires 5/31/26

*[Notary seal: KIMBERLY S. DOWNS, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXP. 5-31-26]*