UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>  Plaintiff,<br><br>V.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>  Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>  Third-Party Plaintiff,<br><br>V.<br><br>JAMES EDWARD STALEY<br><br>  Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR |

**ORDER REGARDING REVIEW OF VIDEOMATERIALS**

Pursuant to Federal Rules of Civil Procedure 26(c) and the authority of this Court to administer its proceedings, and finding good cause established in the stipulated motion filed by Jane Doe 1 and the Government of the United States Virgin Islands, the Court orders that:

1. The Epstein Estate shall review the Epstein Media to determine its responsiveness to the subpoenas that have been issued by Jane Doe 1 and other parties to the related litigations.

2. If, during the course of that review, the Estate sees a particular recording that appears to contain possible CSAM, it shall promptly stop further review of that recording and notify the Federal Bureau of Investigation ("FBI") or such other agency or entity as the FBI may

direct of the recording's existence. No CSAM shall be copied or transmitted to another party, except as directed by the FBI or other government agency.

3. If no CSAM is observed during the review, the Responsive Media will be provided counsel for Jane Doe 1 and the Government in response to the relevant subpoena. To the extent Responsive Media is identified prior to the identification of possible CSAM, such materials also will be produced to counsel. Counsel for Jane Doe 1 and any other recipient of Responsive Media may then use this material for the prosecution or defense of the above-captioned case and make such further disclosures as are required by civil discovery rules (e.g., appropriate disclosures to opposing counsel).

**SO ORDERED.**

_____
JED S. RAKOFF, U.S.D.J.

Dated: March _____, 2023

New York, New York