UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, | ) ) | ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW |
| V. | ) ) | SARA D. AGUIÑIGA AS COUNSEL OF RECORD |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| DEFENDANT. | ) ) | |

Plaintiff's Motion for Leave to Withdraw Sara D. Aguiñiga as Counsel of Record filed in the above-captioned action is **GRANTED**.

**IT IS HEREBY ORDERED** that the pro hac vice admission granted to and the appearance of Sara D. Aguiñiga as Counsel of Record for Plaintiff in the above-captioned action is withdrawn, and the Clerk shall promptly remove Sara D. Aguiñiga from the list of attorneys receiving electronic notices of filings and proceedings in this action.

New York, NY

~~March~~ 4/27, 2023

_____
JED S. RAKOFF, U.S.D.J.