UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>  -v-<br><br>DEUTSCHE BANK AKTIENGESELLSCHAFT, DEUTSCHE BANK AG NEW YORK BRANCH, DEUTSCHE BANK TRUST COMPANY AMERICAS,<br><br>        Defendants. | 22-cv-10018 (JSR) |
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>        Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>        Third-Party Defendant. | 22-cv-10019 (JSR) |

```
GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS,

        Plaintiff,                              22-cv-10904 (JSR)

    -v-                                         ORDER

JP MORGAN CHASE BANK, N.A.,

        Defendant/Third-Party Plaintiff,

    -v-

JAMES EDWARD STALEY,

        Third-Party Defendant.
```

JED S. RAKOFF, U.S.D.J.:

Plaintiffs in two of the above-captioned cases are anonymous. For clarity, the Court will refer to plaintiff in Jane Doe v. Deutsche Bank Aktiengesellschaft et al., 22-cv-10018, as "DB Jane Doe."

On April 14, 2023, defendant JP Morgan Chase Bank, N.A. ("JP Morgan") and third-party defendant James ("Jes") Staley moved to compel disclosure of DB Jane Doe's identity to them. While DB Jane Doe has a significant privacy interest that weighs against such disclosure, movants have provided the Court with strong reason to believe that she has information that is relevant to their defenses. See Fed. R. Civ. Pro. 26(b)(1) (setting forth the scope of discovery). Thus, the Court hereby grants their motion. Counsel for DB Jane Doe is hereby ordered to disclose DB Jane Doe's identity to JP Morgan and to Jes Staley on a confidential basis, pursuant to the operative protective order in

2

Jane Doe v. JP Morgan Chase Bank, N.A., 22-cv-10019. See ECF No. 35 (the protective order).[1]

The Clerk is respectfully directed to close entries numbered 85 and 86 on the docket of this case.

SO ORDERED.

New York, NY
April 19, 2023

JED S. RAKOFF, U.S.D.J.

---

[1] All references to ECF numbers in this Order refer to entries on the docket of Jane Doe v. JP Morgan Chase Bank, N.A., 22-cv-10019.