UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, | ) ) | AFFIDAVIT OF VENETIA VELAZQUEZ |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| DEFENDANT. | ) | |

I, Venetia Velazquez, declare and state the following:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Dated: April 21, 2023

VENETIA VELAZQUEZ
Acting Chief, Civil Division
Virgin Islands Department of Justice
Office of the Attorney General
213 Estate La Reine, RR1 Box 6151
Kingshill, St. Croix,
U.S. Virgin Islands 00850
Tel.: (340) 773-0295 Ext. 202481
venetia.velazquez@doj.vi.gov

TERRITORY OF THE VIRGIN ISLANDS,
JUDICIAL DIVISION OF ST. CROIX

SWORN to and subscribed before me this ___21st___ day of April 2023.

_____
NOTARY PUBLIC

My Commission Expires: _____

JULIET JOHN-HOPE
Notary Public
St. Croix, U.S. Virgin Islands
NP-544-22
My Commission Expires July 18, 2026