# Supreme Court of the Virgin Islands

IN THE SUPREME COURT
OF THE VIRGIN ISLANDS
FILED
April 21, 2023 03:33 PM
SCT-Coq-2023-0084
VERONICA HANDY, ESQUIRE
CLERK OF THE COURT



# Certificate of Good Standing

I, **VERONICA J. HANDY, ESQUIRE**, Clerk of the Supreme Court of the United States Virgin Islands, do hereby certify that:

**VENETIA H. VELAZQUEZ, (VIBA NO. 786)**

was duly admitted and qualified as an Attorney and Counselor-At-Law in the United States Virgin Islands on **May 24, 2001** and as such, has been admitted to practice before the Supreme Court and all other courts of this Territory according to its laws, rules and customs.

I further certify that as of this date, the above-named is an Attorney at Law in *Good Standing*. For the purposes of this Certificate, a member is in "good standing" if he or she is not presently suspended or disbarred for any reason and is current with his or her annual registration and licensing obligations under Rule 203(e).[1]

Please note that records of professional discipline, if any, are not covered by this certification.

In testimony whereof, I have hereunto subscribed my name and affixed the Seal of said Court this **21st** day of **April, 2023**.

_____
**VERONICA J. HANDY, ESQUIRE**
Clerk of the Supreme Court
of the Virgin Islands

---

[1] This certification expires forty-five days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Revised: 01/2019



# Supreme Court of the Virgin Island
**OFFICE OF BAR ADMISSIONS**

IN THE SUPREME COURT OF THE VIRGIN ISLANDS
FILED
April 21, 2023 03:34 PM
SCT-Cog-2023-0084
VERONICA HANDY, ESQUIRE
CLERK OF THE COURT

JANELL﹍﹍﹍﹍
DIRECTOR OF BAR ADMISSIONS

April 21, 2023

Venetia H. Velazquez, Esquire
Virgin Islands Department of Justice
213 Estate La Reine, RR1 Box 6151
Kingshill, VI 00850

**VIA:** USPS Certified Mail Receipt No.: 91 7108 2133 3932 6738 2587

Dear Attorney Velazquez:

Enclosed please find the requested Certificate of Good Standing evidencing the status of your membership in the Virgin Islands Bar.

Should you have any questions, please do not hesitate to contact this office at (340) 774-2237, extensions 6220 or 6221.

Sincerely,

Janell Browne
Director of Bar Admissions

**Enclosure:** As Stated