# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, ) ) | ORDER FOR ADMISSION PRO HAC VICE |
| V. ) ) | |
| JPMORGAN CHASE BANK, N.A. ) ) | |
| DEFENDANT. ) | |

The motion of Venetia Velazquez for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the United States Virgin Islands; and that her contact information is as follows:

    Name:           Venetia Velazquez
    Firm Name:      Virgin Islands Department of Justice, Office of the Attorney General
    Address:        213 Estate La Reine, RR1 Box 6151
    City/State/Zip: Kingshill, St. Croix, U.S. Virgin Islands 00850
    Telephone/Fax:  (340) 773-0295 Ext. 20248
    Email:          venetia.velazquez@doj.vi.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

New York, NY

April 25, 2023

_____
JED S. RAKOFF, U.S.D.J.