UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>V.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Third-Party Plaintiff,<br><br>V.<br><br>JAMES EDWARD STALEY<br><br>Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR |

**GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'
MOTION FOR LEAVE TO WITHDRAW CAROL THOMAS-JACOBS
AS COUNSEL OF RECORD**

Plaintiff, Government of the United States Virgin Islands, by and through undersigned counsel, respectfully submits this Motion for Leave to Withdraw Carol Thomas-Jacobs as Counsel of Record. In support, Plaintiff states as follows:

1. On January 6, 2023, the Court entered an Order [Docket #13] granting admission *pro hac vice* to Carol Thomas-Jacobs as counsel for Plaintiff in the above-captioned litigation.

2. Plaintiff now moves for leave to withdraw Ms. Thomas-Jacobs's appearance in this action because Ms. Thomas-Jacobs will no longer be with the Department of Justice, Office of the Attorney General, effective May 15, 2023.

3.    Withdrawal is sought with notice to and consent from Plaintiff. Plaintiff remains represented in this action by legal counsel from the Office of the Attorney General and Motley Rice LLC, including but not limited to undersigned counsel.

4.    Granting this motion will not cause any undue delay in these proceedings or prejudice any party.

WHEREFORE, the Plaintiff, Government of the United States Virgin Islands, by counsel, respectfully requests that the Court grant this motion and enter an Order permitting the withdrawal of Carol Thomas-Jacobs as counsel of record and removing her from the list of attorneys receiving electronic notices of filings and proceedings in this action.

| | |
|---|---|
| Dated: May 1, 2023 | **ARIEL SMITH, ESQ.**<br>**ATTORNEY GENERAL NOMINEE**<br><br>By counsel,<br><br>/s/ *Linda Singer*<br>Linda Singer (*pro hac vice*)<br>Mimi Liu (*pro hac vice*)<br>David I. Ackerman<br>Paige Boggs (*pro hac vice*)<br>MOTLEY RICE LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Tel: (202) 232-5504<br>Fax: (202) 232-5513<br>lsinger@motleyrice.com<br>mliu@motleyrice.com<br>dackerman@motleyrice.com<br>pboggs@motleyrice.com<br><br>**VENETIA VELAZQUEZ**<br>Admitted *Pro Hac Vice*<br>Acting Chief, Civil Division<br>Virgin Islands Department of Justice<br>Office of the Attorney General<br>213 Estate La Reine, RR1 Box 6151<br>Kingshill, St. Croix<br>U.S. Virgin Islands 00850 |

Tel.: (340) 773-0295 Ext. 202481
venetia.velazquez@doj.vi.gov

*Attorneys for Plaintiff Government of the
United States Virgin Islands*