# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS<br><br>Plaintiff,<br><br>V.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Third-Party Plaintiff,<br><br>V.<br><br>JAMES EDWARD STALEY<br><br>Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW CAROL THOMAS-JACOBS AS COUNSEL OF RECORD |

Plaintiff's Motion for Leave to Withdraw Carol Thomas-Jacobs as Counsel of Record filed in the above-captioned action is **GRANTED**.

**IT IS HEREBY ORDERED** that the pro hac vice admission granted to and the appearance of Carol Thomas-Jacobs as Counsel of Record for Plaintiff in the above-captioned action is withdrawn, and the Clerk shall promptly remove Carol Thomas-Jacobs from the list of attorneys receiving electronic notices of filings and proceedings in this action.

New York, NY

May _____, 2023

JED S. RAKOFF, U.S.D.J.