# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 1:22-cv-10904-JSR |

**DECLARATION OF MIMI LIU, ESQ. IN SUPPORT OF
GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'
MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE
OF SUBPOENA FOR THIRD PARTY LARRY PAGE**

I, Mimi Liu, declare in support of Plaintiff, the Government of the United States Virgin Islands' ("the Government"), Motion for Order Authorizing Alternative Service of Subpoena for Third Party Larry Page as follows:

1. I am an attorney with Motley Rice LLC, counsel for the Government, and am admitted to practice in the above-captioned matter.

2. Motley Rice hired the investigative firm Gryphon Strategies to search public records databases for an address for Larry Page.

3. Motley Rice's process server attempted service at two addresses that Gryphon Strategies identified, but they were not valid addresses for Mr. Page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Mimi Liu

Executed this 4th day of May 2023 at Washington, D.C.

2