# EXHIBIT 4

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:22-CV-10904-JSR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Larry Page**
was recieved by me on **4/12/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **Unknown** after attempting service at **100 Waverley Oaks, Palo Alto, CA 94301**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:   04/13/2023

*Server's signature*

**Douglas Henry**
*Printed name and title*

**255 Davenport Way**
**Palo Alto, CA 94306**

*Server's address*

Additional information regarding attempted service, etc:

**4/13/2023 7:54 AM: I spoke with an individual who indicated they were the resident and they stated subject unknown.**




Tracking #: **0104614879**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     1:22-CV-10904-JSR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Larry Page**
was recieved by me on **4/14/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Unknown** after attempting service at **2475 Hanover Street Suite 100, Palo Alto, CA 94304**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  04/15/2023

*Server's signature*

**Andrey Alekseev**
*Printed name and title*

**4331 Renaissance Dr #119
San Jose, CA 95134**

*Server's address*

Additional information regarding attempted service, etc:

**4/14/2023 9:12 AM: I spoke with an individual who indicated they were the shingo nagae, mailroom and office coordinator and they stated subject unknown. A man responsible for legal documents (see photo of business card, about 40, Asian) called another person (woman, Asian, about 40-50) who called on the phone as someone else and then said that the subject does not reside/work here .**



Tracking #: **0104704819**

