UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant /<br>      Third-Party Plaintiff<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | Case No. 22-cv-10904-JSR<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE***<br>**FOR EDEN SCHIFFMANN** |

  Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Eden Schiffmann, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel in the above-captioned case on behalf of Third-Party Defendant James Edward Staley.

  I am a member in good standing of the bars of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  May 5, 2023                                          Respectfully submitted,

*/s/  Eden Schiffmann*
Applicant Signature

Applicant's Name:  Eden Schiffmann
Firm name:  Williams & Connolly LLP
Address:  680 Maine Avenue, S.W.
City / State / Zip: Washington, D.C. 20024
Telephone: (202) 434-5977
Fax: (202) 434-5029
Email: ESchiffmann@wc.com

*Attorney for James Edward Staley*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 5, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/ Eden Schiffmann
Eden Schiffmann