

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Eden Schiffmann

was duly qualified and admitted on October 17, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 28, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Supreme Court of Maryland

### Annapolis, MD



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eighteenth day of December, 2014,

## *Eden Schiffmann*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-seventh day of June, 2023.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-eighth day of April, 2023.

*Gregory Hilton*
Clerk of the Supreme Court of Maryland