UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS <br><br> Plaintiff, <br><br> V. <br><br> JPMORGAN CHASE BANK, N.A. <br><br> Defendant/Third-Party Plaintiff. <br><br> JPMORGAN CHASE BANK, N.A. <br><br> Third-Party Plaintiff, <br><br> V. <br><br> JAMES EDWARD STALEY <br><br> Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR <br><br> ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW CAROL THOMAS-JACOBS AS COUNSEL OF RECORD |

Plaintiff's Motion for Leave to Withdraw Carol Thomas-Jacobs as Counsel of Record filed in the above-captioned action is **GRANTED**.

**IT IS HEREBY ORDERED** that the pro hac vice admission granted to and the appearance of Carol Thomas-Jacobs as Counsel of Record for Plaintiff in the above-captioned action is withdrawn, and the Clerk shall promptly remove Carol Thomas-Jacobs from the list of attorneys receiving electronic notices of filings and proceedings in this action.

New York, NY

May 8, 2023

_____
JED S. RAKOFF, U.S.D.J.