# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>                 Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                 Defendant /<br>                 Third-Party Plaintiff | Case No. 22-cv-10904-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>                 Third-Party Plaintiff,<br><br>   v.<br><br>JAMES EDWARD STALEY,<br><br>                 Third-Party Defendant. | |

      The motion of Eden Schiffmann for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bars of the District of Columbia and Maryland and that his contact information is as follows:

      Applicant's Name:    Eden Schiffmann

      Firm Name:            Williams & Connolly LLP

      Address:               680 Maine Avenue, S.W.

      City/State/Zip:       Washington, D.C. 20024

      Telephone/Fax:     (202) 434-5977 / (202) 434-5029

      Email:                 ESchiffmann@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third-Party Defendant James Edward Staley in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Eden Schiffmann is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/8/2023

_____
Honorable Jed S. Rakoff
United States District Judge