UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS<br><br>Plaintiff,<br><br>V.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Third-Party Plaintiff,<br><br>V.<br><br>JAMES EDWARD STALEY<br><br>Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR |

**GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'
NOTICE OF MOTION TO STRIKE DEFENDANT'S
<u>AFFIRMATIVE DEFENSES 5 THROUGH 8</u>**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiff, the Government of the United States Virgin Islands ("Government"), respectfully moves for an Order striking Defendant JPMorgan Chase Bank, N.A.'s Affirmative Defenses 5 through 8. The reasons in support of the Government's motion are set forth in the Memorandum of Law filed herewith.

As directed by the Court in the Minute Entry dated May 8, 2023, the Government's motion and supporting Memorandum of Law are hereby submitted before 5:00 PM on May 8, 2023. As further directed in that Minute Entry, Defendant JPMorgan Chase Bank, N.A.'s opposition is due

by 5:00 PM on May 24, 2023, the Government's reply is due by 5:00 pm on May 30, 2023, and no oral argument is scheduled at this time.

Dated: May 8, 2023

**ARIEL SMITH, ESQ.**
**ATTORNEY GENERAL NOMINEE**

By counsel,

/s/ *Linda Singer*
**LINDA SINGER**
Admitted *Pro Hac Vice*
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
lsinger@motleyrice.com

**VENETIA VELAZQUEZ**
Admitted *Pro Hac Vice*
Acting Chief, Civil Division
Virgin Islands Department of Justice
Office of the Attorney General
213 Estate La Reine, RR1 Box 6151
Kingshill, St. Croix
U.S. Virgin Islands 00850
Tel: (340) 773-0295 ext. 202481
venetia.velazquez@doj.vi.gov

**DAVID I. ACKERMAN**
**MIMI LIU** (Admitted *Pro Hac Vice*)
**PAIGE BOGGS** (Admitted *Pro Hac Vice*)
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
dackerman@motleyrice.com
mliu@motleyrice.com
pboggs@motleyrice.com

*Attorneys for Plaintiff Government of the United States Virgin Islands*