# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 22-cv-10904-JSR<br><br>**DECLARATION OF ANDRES O'LAUGHLIN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Andres O'Laughlin, declare under penalty of perjury that the following is true and correct:

1. I am counsel with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am eligible to practice and a member of good standing in the state of Massachusetts. A Certificate of Good Standing is appended hereto. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2. I have not been convicted of a felony.

3. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

Wherefore Andres O'Laughlin respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

1

2

Dated:  May 11, 2023                              Respectfully submitted,

                                                                            */s/ Andres O'Laughlin*
                                                                            Andres O'Laughlin
                                                                            WILMER CUTLER PICKERING
                                                                            HALE AND DORR LLP
                                                                            60 State Street
                                                                            Boston, MA 02109
                                                                            Tel.: (617) 526-6515
                                                                            andy.olaughlin@wilmerhale.com
                                                                            *Attorney for Defendant JPMorgan*
                                                                            *Chase Bank, N.A.*