# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:22-CV-10904-JSR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Elon Musk**
was recieved by me on **5/05/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒  I returned the summons unexecuted because **Other contact** after attempting service at **1 Tesla Road, Austin, TX 78725**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  05/08/2023

*Server's signature*

**Ryan Schedler**
*Printed name and title*

**711 West 32nd Street
C131
Austin, TX 78705**

*Server's address*

Additional information regarding attempted service, etc:

**5/6/2023 5:00 PM: I spoke with an individual who identified themselves as the head of security on duty.  This individual stated that they were not authorized to confirm or deny if the subject was on the premises and available. When asked to be put in contact with a corporate legal liaison or a member of legal facilities I was referred to CT Corp, Tesla's registered agent,  or legal@tesla.com.  I informed the head of security that the subpoena is not for Tesla, but an executive, and requested to be put in contact with an executive liaison in order to relay a notice of service. I was again referred to CT Corp or Tesla's legal address. The head of Security on duty informed me that they would not be escalating to anyone able to assist with the matter.**



Tracking #: **0106079176**

