UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant/Third-Party Plaintiff. | Case No. 22-cv-10904 (JSR) |
| JP MORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF SUBPOENA ON THIRD PARTY CELESTINO A. WHITE, SR.**

JPMorgan Chase Bank, N.A. ("JPMC"), by and through its undersigned counsel, and upon the accompanying Memorandum of Law and the supporting Declaration of Felicia H. Ellsworth and the exhibits attached thereto, hereby moves the Court for an order (1) to serve a subpoena via email on third party Celestino A. White, Sr. and (2) granting such other and further relief as the Court may deem just and proper.

Dated: May 15, 2023

Respectfully submitted,

**WILMER CUTLER PICKERING
 HALE AND DORR LLP**

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth
John J. Butts
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Hillary Chutter-Ames
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
hillary.chutter-ames@wilmerhale.com

*Attorneys for JPMorgan Chase Bank, N.A.*