# EXHIBIT 3

UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Government of the United States Virgin Islands<br><br>Plaintiff<br>Vs.<br>JPMorgan Chase Bank, N.A.<br>Defendant | 22-cv-10904-JSR |

TO: Celestino White, Sr. in his personal and official capacity
St. Thomas, VI 00802

### AFFIDAVIT

TERRITORY OF THE VIRGIN ISLANDS)
DIVISION OF ST. THOMAS – ST. JOHN)

I, Marlon A. Richardson being sworn, depose and states:

1. I am a citizen of the United States, resident of the U.S. Virgin Islands, over 18 years of age, am not a party in the above entitled action, nor related to any of the parties herein; was duly appointed as a Process Server for the Superior Court of the U.S. Virgin Islands, License No. 23/2009, which Order is still valid.

2. I received copies of Subpoena to Testify at a Deposition in a Civil Action and Second Amended Complaint and Demand for a Jury Trial # 22-cv-10904-JSR dtd 2 May 23 in the above action and was able to serve as follows:

DATE RECEIVED: 2 May 23   DATE SERVED: N/A   Time: N/A

PERSON SERVED: **Note: Made personal contact by via telephone with Celestino White Sr. in an effort to make appointment for Service of Process. Mr. White avoided my efforts at Service of Process on four occasions: April 24 and May 2, 6 and 7, 2023.**

PLACE SERVED: N/A

3. Such service was personally made by delivering to and leaving with said person true copy of said N/A.

4. The person served was an adult and appeared mentally competent and was properly identified to be the person mentioned and described in said process or the person authorized according to law to receive such process.

5. I have made a diligent search and inquiry in Celestino White, Sr. the person to be served but have been unable to find or learn of the whereabouts of the person and thus been unable to serve process on the said person.

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF May 15, 2023.

NOTARY PUBLIC

KEVIN A. RAMES, ESQ.
Notary Public
St. Croix, U.S. Virgin Islands
LNP 65-19
My Commission Expires 10/25/2023

Marlon A. Richardson
11D Lindberg Bay, St. Thomas, USVI
(340) 998-8453

PROCESS SERVER