UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS ) ) ) ) Plaintiff, ) ) V. ) ) JPMORGAN CHASE BANK, N.A. ) ) Defendant/Third-Party Plaintiff. ) _____) ) JPMORGAN CHASE BANK, N.A. ) ) Third-Party Plaintiff, ) ) V. ) ) JAMES EDWARD STALEY ) ) Third-Party Defendant. ) _____) | Case Number: 1:22-cv-10904-JSR  **ORDER AUTHORIZING ALTERNATIVE SERVICE OF SUBPOENA TO THIRD PARTY ELON MUSK** |

The Motion of Plaintiff, Government of the United States Virgin Islands, for an Order authorizing the Government to arrange alternative service of its Subpoena to Produce Documents upon third party Elon Musk in the above-captioned action is granted.

IT IS HEREBY ORDERED that the Government is authorized to arrange alternative service of its Subpoena to Produce Documents by serving Elon Musk via service upon Tesla, Inc.'s registered agent.

 New York, NY

May _____, 2023

_____
JED S. RAKOFF, U.S.D.J.

1