UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant/Third-Party Plaintiff.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | Case No. 22-cv-10904 (JSR) |

**[PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE OF SUBPOENA ON THIRD PARTY CELESTINO A. WHITE, SR.**

Having reviewed JPMorgan Chase Bank, N.A.'s Motion For Alternative Service of Subpoena on Third Party Celestino A. White, Sr., the accompanying Memorandum of Law, and the supporting Declaration and exhibits attached thereto, the Court hereby GRANTS the Motion and ORDERS that alternative service may be completed by serving the subpoena on third party Celestino A. White, Sr. via email.

**SO ORDERED.**

                                                                                            _____
                                                                                            The Honorable Jed S. Rakoff

Date: May ___, 2023
New York, New York