UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | 22-cv-10904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Because the parties have informed the Court that personally identifying information was inadvertently included in Docket Entry 145, the Clerk of the Court is directed to permanently seal that entry with electronic access restricted to the Court and attorneys for the parties. J.P. Morgan is granted leave to refile an appropriate version of docket entry 145 with appropriate redactions.

    SO ORDERED.

New York, NY
May 16, 2023

                                          JED S. RAKOFF, U.S.D.J.