UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant / Third-Party Plaintiff | Case No. 22-cv-10904-JSR<br><br>**AFFIDAVIT OF JONATHAN DUNN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | |

### DECLARATION OF JONATHAN DUNN

I, Jonathan Dunn, do declare as follows:

1. I am an associate at Williams & Connolly LLP, 680 Maine Avenue S.W., Washington, D.C. 20024.

2. I am a member in good standing of the bar of Maryland. My application to the bar of the District of Columbia is currently pending.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2023

Jonathan Dunn

Subscribed and sworn to before me
This 23rd day of May 2023

Sharon S. B
Notary Public

My Commission Expires 8.31.2024

SHARON L. BROWN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2024

2