UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　Plaintiff,<br><br>　-v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant/Third-Party Plaintiff,<br>　-v-<br><br>JAMES EDWARD STALEY,<br><br>　　　　Third-Party Defendant. | 22-cv-10904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On May 17, 2023, defendant JPMorgan Chase Bank, N.A. ("JP Morgan") moved to compel production of two categories of documents from third-party the Estate of Jeffrey Epstein ("the Estate"):

1. All email correspondence in the possession, custody, or control of the Estate containing Cecile De Jongh in the to/from/cc line;

2. All documents in the possession, custody or control of the Estate that hit on the search terms "Cecile," "CDJ," or "De Jongh" that are not already captured by Category 1 or prior productions of the Estate. See ECF No. 154.

After full consideration of letter briefing submitted by JP Morgan and the Estate, the Court finds that the requested documents are

1

relevant and that the burden of producing them is not excessive. Accordingly, it hereby grants JP Morgan's motion.

The Clerk is respectfully directed to close entry number 154 on the docket of this case.

SO ORDERED.

New York, NY
May 23, 2023

_____
JED S. RAKOFF, U.S.D.J.