**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

GOVERNMENT OF THE UNITED
STATES VIRGIN ISLANDS,

                            Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

                            Defendant.

Case No. 22-cv-10904-JSR

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance as counsel

in this action for JPMorgan Chase Bank, N.A. I certify that I am admitted to practice in this court.

Dated:  New York, New York
        May 25, 2023

                                        Respectfully submitted,

                                        *s/ Alan Schoenfeld*
                                        Alan Schoenfeld
                                        WILMER CUTLER PICKERING
                                        HALE AND DORR LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY  10007
                                        Tel: (212) 937-7294
                                        alan.schoenfeld@wilmerhale.com

                                        *Attorney for JPMorgan Chase Bank, N.A.*