IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>         Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>         Defendant. | Case No. 22-cv-10904-JSR<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for defendant JPMorgan Chase Bank, N.A.  I certify that I am admitted to practice in this court.

Dated:  New York, New York
        May 30, 2023

                                        Respectfully submitted,

                                        */s/  Christopher Bouchoux*
                                        Christopher Bouchoux
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Tel:  (212) 230-8823
                                        Christopher.bouchoux@wilmerhale.com
                                        *Attorney for Defendant JPMorgan Chase Bank*