IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | Case No. 22-cv-10904-JSR |

**JPMORGAN CHASE BANK, N.A.'S MOTION FOR LEAVE TO
WITHDRAW CAITLIN A. KOVACS AS COUNSEL OF RECORD**

Defendant/Third-Party Plaintiff, JPMorgan Chase Bank, N.A., by and through undersigned counsel, respectfully submits this Motion for Leave to Withdraw Caitlin A. Kovacs as Counsel of Record. In support, Defendant/Third-Party Plaintiff states as follows:

1. On March 9, 2023, the Court entered an Order [Docket No. 78] granting admission *pro hac vice* to Caitlin A. Kovacs as counsel for Defendant/Third-Party Plaintiff in the above-captioned litigation.

2. Defendant/Third-Party Plaintiff now moves for leave to withdraw Ms. Kovac's appearance in this action because Ms. Kovacs is no longer associated with the law firm of Massey

-1-

& Gail LLP and therefore no longer represents Defendant/Third-Party Plaintiff in this litigation.

3.  Withdrawl is sought with notice to and consent from Defendant/Third-Party Plaintiff.  Defendant/Third-Party Plaintiff remains represented in this action by legal counsel from Wilmer Cutler Pickering Hale and Dorr LLP and Massey & Gail LLP, including but not limited to undersigned counsel.

4.  Granting this motion will not cause any undue delay in these proceedings or prejudice any party.

WHEREFORE, the Defendant/Third-Party Plaintiff, JPMorgan Chase N.A., by counsel, respectfully requests that the Court grant this motion and enter and Order permitting the withdrawal of Caitlin A. Kovacs as counsel of record and removing her from the list of attorneys receiving electronic notices of filings and proceedings in this action.

Dated: June 1, 2023

Respectfully submitted,

/s/ *Leonard A. Gail*
Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com

Felicia H. Ellsworth
John J. Butts
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Hillary Chutter-Ames
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
hillary.chutter-ames@wilmerhale.com

*Attorneys for JPMorgan Chase Bank, N.A.*