IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant/Third-Party Plaintiff. | Case No. 22-cv-10904-JSR <br><br><br><br> ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW CAITLIN A. KOVACS AS COUNSEL OF RECORD |
| JPMORGAN CHASE BANK, N.A., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JAMES EDWARD STALEY, <br><br> Third-Party Defendant. | |

Defendant/Third Party Plaintiff's Motion for Leave to Withdraw Caitlin A. Kovacs as Counsel of Record filed in the above-captioned action is **GRANTED**.

**IT IS HERBY ORDERED** that the *pro hac vice* admission granted to and the appearance of Caitlin A. Kovacs as Counsel of Record for Defendant/Third-Party Plaintiff in the above-captioned action is withdrawn, and the Clerk shall promptly remove Caitlin A. Kovacs from the list of attorneys receiving electronic notices of filing and proceedings in this action.

New York, NY

Dated: _____ , 2023

                                                                                  _____
                                                                                  The Honorable Jed S. Rakoff
                                                                                  United States District Judge