# EXHIBIT 2

**From:** lisa.e.waters@jpmorgan.com
**To:** mary.c.casey@jpmorgan.com <mary.c.casey@jpmorgan.com>
**Sent:** 1/4/2008 11:34:38 PM
**Subject:** Re:

We need to have the felony he pleads guilty to. So march.
No one wants him

    Mary C Casey

----- Original Message -----

```
From: Mary C Casey
Sent: 01/04/2008 05:33 PM CST
To: Lisa Waters
Subject: Re:
```

Interesting -- I am going to speak to Mary next week about moving him. When is the decision due to be made by Cutler -- now not until March?

Have a great weekend,

Mary

    Lisa E. Waters

----- Original Message -----

```
From: Lisa E. Waters
Sent: 01/04/2008 06:30 PM EST
To: Mary Casey
Subject: Re:
```

Tonight's post was a source for updated info.

Page 6 confirms epstein's court date is "pushed to march while he tries to "hammer out" details of his 18 month prison sentence following by house arrest."

    Lisa E. Waters

----- Original Message -----

```
From: Lisa E. Waters
Sent: 12/20/2007 09:09 AM EST
To: Mary Casey
```

did you see the article on JE?

Lisa E. Waters



Confidential

JPM-SDNYLIT-00002141

Managing Director
(212) 464-2048

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co.
of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Confidential

JPM-SDNYLIT-00002142