# EXHIBIT 5

| | |
|---|---|
| From: | Ryan, Maryanne X [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARYANNE.X.RYAN] |
| Sent: | 1/10/2011 5:09:25 PM |
| To: | Langford, William D [william.d.langford@jpmchase.com]; DeLuca, Phillip A [phillip.a.deluca@jpmchase.com]; Nichols, Nina A [nina.a.nichols@jpmchase.com] |
| Subject: | RE: Jeffrey Epstein |

I will dig more on the modeling agency and his personal accounts for potentially interesting activity in 05-08.  Seems JPMC never was served a subpoena,  which I find odd since we were his #1 bank and actually Bear got one in 07.  Rich is getting me the AUSA correspondence and we will compare their ask of Bear (something about $1000 and $100,000 transactions were of interest to them)

How it came up again was his account alerted in Fortent for cash activity which it does for time to time and we went to Jim and he again said PB is comfortable with him and that Steve Cutler approved him to stay.  I spoke to Phil and given the HT project thought that Steve Cutler may feel differently about Epstein, given the exposure the bank has received on the HT project.  I circled back with PB and that was the reason for the RR meeting on Friday.  Seems PB was not so thrilled with retaining him, it was all due to Jes.

Digging will take a few days, I'll get back to you when I am done.  The guy likes cash so the paper trail could be hard.

Regards,
Maryanne Ryan, Vice President, AML Operations | JPMorgan Chase Bank, N.A.| Legal and Compliance Department| | 194 Wood Avenue South, Floor 4, Iselin, NJ  08830-2710 | | W: 732.452.8071


-----Original Message-----
From: Langford, William D
Sent: Monday, January 10, 2011 11:55 AM
To: DeLuca, Phillip A; Nichols, Nina A
Cc: Ryan, Maryanne X
Subject: RE: Jeffrey Epstein

What do we have today with regard to possible linkages between the JPM accounts and bad activity?  You noted below that he has ties to the modeling agency, but that really tells us little.

Also, how again did this come up recently?  Was it the negative media this summer?

- W

-----Original Message-----
From: DeLuca, Phillip A
Sent: Monday, January 10, 2011 11:29 AM
To: Nichols, Nina A; Langford, William D
Cc: Ryan, Maryanne X
Subject: FW: Jeffrey Epstein

Here is the rapid response memo related to Epstein as well as [Redacted - Privileged] I'll be sending along several other emails as well but for the most part the attachments above may be the bulk of what you are looking for.

Phil

-----Original Message-----
From: Ryan, Maryanne X
Sent: Monday, January 10, 2011 11:03 AM
To: DeLuca, Phillip A
Subject: RE: Jeffrey Epstein

Here is the RR memo which includes I think everything you would want, or W would want.  Let me know after you read it if there is more you would like to see.

Regards,
Maryanne Ryan, Vice President, AML Operations | JPMorgan Chase Bank, N.A.| Legal and Compliance Department| | 194 Wood Avenue South, Floor 4, Iselin, NJ  08830-2710 | | W: 732.452.8071


-----Original Message-----
From: DeLuca, Phillip A
Sent: Monday, January 10, 2011 10:42 AM
To: Ryan, Maryanne X

Subject: FW: Jeffrey Epstein

Maryanne,

Can you please begin to gather his info?

Thanks,
Phil

-----Original Message-----
From: Langford, William D
Sent: Monday, January 10, 2011 9:18 AM
To: DeLuca, Phillip A; Nichols, Nina A
Subject: RE: Jeffrey Epstein

Ok. Can you all assemble prior email on the facts and include any relevant press reports so we can get all the facts asap in advance is any meeting with Jes?

Thanks.

W


Sent with Good (www.good.com)


 -----Original Message-----
From:   DeLuca, Phillip A
Sent:   Monday, January 10, 2011 07:50 AM Eastern Standard Time
To:     Nichols, Nina A
Cc:     Langford, William D
Subject:        FW: Jeffrey Epstein

Nina,


Welcome!  Sorry to start your day off with a crazy matter but I'm sure when you discuss this with William he'll provide some color around this matter.  This fits into the never a dull moment category.


Please see below.  I can also fill you in with additional details when we speak.  In essence:

·       JPMC maintains the Private Banking (PB) relationship for this individual, Jeffrey Epstein.

·       He is alleged to be involved in the human trafficking of young girls and law enforcement is also allegedly investigating his involvement in this activity.

·       He is also an alleged personal associate of the CEO of the Investment Bank (Jes Staley)

·       AML Operations went to a PB risk meeting late last week requesting that we exit this relationship.

·       The CEO of PB US (Catherine Keating) and PB General Counsel (Anne Verdon) suggest that William and PB management meet with Jes Staley to review our recent HT initiative with him.


I'm copying William as we have discussed this individual in the past and you may not have email set up yet.  Maryanne Ryan's email below discusses the request as well as additional detail related to Epstein.


Please let me know when you have a few moments to discuss.


Thanks,

Phil



-----Original Message-----

Confidential

JPM-SDNYLIT-00157193

```
From: Ryan, Maryanne X
Sent: Friday, January 07, 2011 7:33 PM
To: DeLuca, Phillip A
Cc: Middlemiss, Arthur
Subject: Jeffrey Epstein
```

Phil-

This email is a summary of the Rapid Response meeting regarding Jeffrey Epstein.  It involves an ask of William so I am sending to you first.

The RR meeting attended by Catherine Keating, Ann Verdon, the current and former banker, Kevin, Jim and Bonnie Perry from Risk and Art and I.

Jeffrey Epstein is a friend of Jes S and Catherine feels that PB along with William should meet with him to explain the HT project and explain the banks recognition on the project and whether Epstein if further exposed could have a potential serious impact.

Epstein was released in July from house arrest and the Palm Beach Post carried two articles saying DOJ may be investigating for child trafficking via a modeling agency he is part owner in.  I think Catherine believes that after the briefing on HT that Jes would need to point blank ask Jeffrey the status of any criminal investigations.  Catherine made sure we knew that no one on today's call was in favor of having retained him as a client. Seems it all is due to Jes's personal relationship.  Note he has about 212 mil in the bank and some in JPMS (old Bear PCS)

I asked legal **Redacted - Privileged** **Redacted - Privileged** I also spent a good deal of time looking at his assistant or young lady he brought over from Praque( or some place like that) account.  She was involved in some of the detailed escapades.  She opened accounts in PB sponsered by him. Oh my were her debit transactions enlighting as compared to countless stories related to his escapades.  Lots of salon, lingerie shops, drug stores ny palm beach and in st thomas ( his places of residence).  Plus lots of video like girls gone wild and some other shops not fit for my good catholic upbringing!  The transactions are old 05 to 08. Besides frequent frequent spa like charges it has died down .  Surprised she was never subpoened.

The one new concerning thing is the one article about the DOJ investigation is saying they brought under age girls to the US via a modeling agency M2 that is owned by a guy named Brunel. Turns out the banker said today we extended Epstein a loan in relation to this modeling agency.  It appears to be a legit modeling agency. If girls were expolited via their contract or arrangement it would be hard for us to tell.

Bottom line we need W to meet with Jes to explain HT and then Jes could decide the next steps.

Typed on my bb so sorry for typos.  I do have a PB rapid response memo I can forward as well.