# EXHIBIT 6

```
 1        UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF NEW YORK
 2                      - - -

 3   GOVERNMENT OF THE UNITED      : Case Number:
     STATES VIRGIN ISLANDS         : 1:22-cv-
 4        Plaintiff,                : 10904-JSR
          v.                        :
 5   JPMORGAN CHASE BANK, N.A.      :
          Defendant/Third-Party     :
 6        Plaintiff.                :
     _____
 7   JPMORGAN CHASE BANK, N.A.      :
          Third-Party Plaintiff,    :
 8        v.                        :
     JAMES EDWARD STALEY            :
 9        Third-Party Defendant.    :

10
                         - - -
11                  MAY 24, 2023
                 HIGHLY CONFIDENTIAL
12                       - - -

13             Videotaped deposition of

14   STEPHEN CUTLER, taken pursuant to notice,

15   was held at the law offices of Boies

16   Schiller Flexner LLP, 55 Hudson Yards,

17   New York, New York, commencing at

18   9:40 a.m., on the above date, before

19   Amanda Dee Maslynsky-Miller, a Certified

20   Realtime Reporter and Notary Public in

21   and for the State of New York.

22                       - - -
          GOLKOW LITIGATION SERVICES, INC.
23     877.370.3377 ph| 917.591.5672 fax
                 deps@golkow.com
24
```

```
 1   APPEARANCES:

 2

 3         MOTLEY RICE LLC
           BY: MIMI Y. LIU, ESQUIRE
 4         BY: LINDA SINGER, ESQUIRE
           BY: BRENDAN C. AUSTIN, ESQUIRE
 5         401 9th Street NW
           Suite 630
 6         Washington, DC 20004
           (202) 232-5504
 7         mliu@motleyrice.com
           lsinger@motleyrice.com
 8         baustin@motleyrice.com
           Representing the Plaintiff,
 9         U.S. Virgin Islands

10

11

12         WILMER CUTLER PICKERING HALE AND
           DORR LLP
13         BY: CHRISTOPHER BOUCHOUX, ESQUIRE
           7 World Trade Center
14         250 Greenwich Street
           New York, New York 10007
15         (212) 230-8800
           christopher.bouchoux@wilmerhale.com
16         Representing the Defendant,
           JPMorgan Chase Bank N.A.
17

18

19         POMPANO LAW
           BY: THOMAS D. OATES, ESQUIRE
20         1701 East Atlantic Boulevard
           Suite 4
21         Pompano Beach, Florida 33060
           (954) 942-6500
22         thomas@pompanolaw.com
           Representing the Defendant,
23         JPMorgan Chase Bank N.A.

24
```

1   APPEARANCES: (Continued)

2

3

            MASSEY & GAIL LLP
4           BY: LEONARD A. GAIL, ESQUIRE
            50 East Washington Street
5           Suite 400
            Chicago, Illinois 60602
6           (312) 283-1590
            lgail@masseygail.com
7           Representing the Defendant,
            JPMorgan Chase Bank N.A.
8

9

10

            MILBANK LLP
11          BY: SCOTT A. EDELMAN, ESQUIRE
            BY: ANDREW LICHTENBERG, ESQUIRE
12          BY: ILIANA ONGUN, ESQUIRE
            55 Hudson Yards
13          New York, New York 10001
            (212) 530-5000
14          sedelman@milbank.com
            alichtenberg@milbank.com
15          iongun@milbank.com
            Representing the Witness
16

17
    VIA ZOOM:
18

19
            EDWARDS POTTINGER LLC
20          BY: DEAN KAIRE, ESQUIRE
            1930 Broadway
21          Suite 12B
            New York, New York 10023
22          (833) 780-0834
            info@epllc.com; dean@epllc.com
23          Representing the Plaintiff,
            Jane Doe
24

Stephen Cutler - Highly Confidential

```
 1   APPEARANCES:  (Continued)

 2   VIA ZOOM:

 3

 4           WILLIAMS & CONNOLLY LLP
             BY: EDEN SCHIFFMANN, ESQUIRE
 5           BY: KATHERINE A. TREFZ, ESQUIRE
             680 Maine Avenue SW
 6           Washington, DC 20024
             (202) 434-5000
 7           eschiffmann@wc.com
             ktrefz@wc.com
 8           Representing Third-Party Defendant,
             James Edward Staley
 9

10

11
             MASSEY & GAIL LLP
12           BY: SHIVA KOORAGAYALA, ESQUIRE
             50 East Washington Street
13           Suite 400
             Chicago, Illinois 60602
14           (312) 283-1590
             skooragayala@masseygail.com
15           Representing the Defendant,
             JPMorgan Chase Bank N.A.
16

17


18

19   ALSO PRESENT:
     Danny Ortega, Videographer
20

21                   -  -  -

22

23

24
```

1      the stenographic record.  The
2      court reporter today is Amanda
3      Miller and will now swear in the
4      witness.
5               - - -
6           STEPHEN CUTLER, after having
7      been duly sworn, was examined and
8      testified as follows:
9               - - -
10              EXAMINATION
11              - - -
12  BY MS. LIU:
13      Q.    Good morning.
14      A.    Good morning.
15      Q.    Could you please state your
16  name?
17      A.    Stephen M. Cutler.
18      Q.    And, Mr. Cutler, you
19  currently live in Scarsdale, New York?
20      A.    Yes.
21      Q.    Do you have any intention of
22  moving before November of 2023?
23      A.    No.
24      Q.    Do you plan to testify at

```
 1            embarked upon was the only reason,
 2            or even a primary reason, to exit
 3            Mr. Epstein.
 4   BY MS. LIU:
 5       Q.   You had already decided
 6   there were other reasons?
 7       A.   Yeah.  I don't think I was
 8   oblivious to the issue that William
 9   raised.  But I -- in my own mind, I don't
10   remember it as being the core of the --
11   of the issue that drove my conclusion.
12       Q.   Do you recall William
13   Langford saying to you, AML
14   investigations does not want -- believe
15   we should retain Jeffrey Epstein as a
16   client, in early 2011?
17       A.   I don't remember him
18   referring to AML investigations in
19   particular.  I think what he communicated
20   to me was concern about the reputational
21   issues.  Those concerns are heightened,
22   if you will, by the human trafficking
23   initiative that we're doing, given that
24   he was convicted of these crimes.
```

1  ongoing human trafficking through Jeffrey
2  Epstein?
3          A.   Here is what I was
4  interested in:  If Mr. Epstein was
5  continuing to engage in unlawful
6  activity, we didn't want him as a client.
7              We understood that he had
8  engaged in unlawful activity in the past.
9  That, itself, raised issues.  But we were
10 continuing to serve as his bank and
11 maintain his accounts.
12             If he was involved in --
13 in -- if he continued to be involved in
14 criminal activity, we did not want to
15 maintain those accounts.
16         Q.   And what did you do to
17 determine whether or not Jeffrey Epstein
18 was continuing to be involved in criminal
19 activity, namely human trafficking?
20         A.   Right.  I -- again, I would
21 not have personally been involved in
22 that.  But we had a compliance department
23 and an anti-money laundering function
24 with well-regarded people.  And I trusted

1   them to have done the work that they
2   needed to do in light of Mr. Epstein's
3   status as a -- as a convicted felon and
4   as a high-risk client, to do everything
5   that they could to protect the bank.
6        Q.   And they all did their job,
7   right, Mr. Cutler?  Your lawyers and
8   compliance personnel told you nobody
9   wanted to keep Mr. Epstein as a client,
10  correct?
11            MR. GAIL:  Objection.
12            MR. EDELMAN:  Objection.
13         That's -- again, you have two
14         questions, and it's really just a
15         speech.  So ask a question.
16  BY MS. LIU:
17       Q.   AML operations -- that's
18  under you, correct?
19       A.   That's within the AML
20  function.
21       Q.   -- went to private bank,
22  risk meeting late last week requesting
23  that we exit this relationship, correct?
24            That's what we saw on the

1  document, right?

2        MR. EDELMAN:  Objection.

3        MR. GAIL:  Objection.

4        MR. EDELMAN:  You're

5     reading -- are you reading from a

6     document?  Are you asking him to

7     remember what he said word for

8     word?  Come on.

9  BY MS. LIU:

10       Q.    Anne Verdon --

11       MR. EDELMAN:  Let's use the

12    time.

13 BY MS. LIU:

14       Q.    Anne Verdon, the general

15 counsel for the private bank, was not in

16 favor of having retained Jeffrey Epstein

17 as a client?

18       A.    Nor was I.

19       Q.    Right.  The lawyers and

20 compliance and -- who reported up to you

21 and yourself looked at Jeffrey Epstein

22 and your evaluation was he should not be

23 a client at the bank, correct?

24       A.    Yes.

1  goings on with respect to Jeffrey
2  Epstein's exit?
3          A.   I'm assuming this relates to
4  Mr. Epstein.  It doesn't say that, but
5  I'm assuming that's the case.
6               If it's the case, then it
7  appears that Mary Erdoes was -- had
8  included me on the list of people to whom
9  she kept apprised of the exiting process.
10         Q.   I'm going to hand you two
11 documents together.  This is Exhibit-7
12 from the Mary Casey deposition.
13              And, actually, I'll hold the
14 other one and ask you about this one
15 first.
16              So I will represent to you,
17 Mr. Cutler, this is not a document that
18 JPMorgan produced to us in this case.
19 This is a document that we put together
20 based on information provided to us in
21 this litigation from JPMorgan and we have
22 entitled it, Cash Withdrawals/Direct
23 Payments to Women and Girls from Epstein
24 JPMC Accounts 2003 to 2013.

1                Do you see that?

2        A.    I do.

3        Q.    Okay.  So you can see, for

4   example, that -- on the first page,

5   you'll see that there are numerous,

6   starting with cash, it's in alphabetical

7   order, there are numerous cash

8   withdrawals.

9                Do you see the whole first

10  page after ███████████████, you see

11  cash, cash, cash, cash, all the way to

12  the bottom.

13               Do you see that?

14       A.    Yes.

15       Q.    Okay.  You also see the

16  names of women and girls who we believe

17  had payments made to them out of an

18  account that was either Jeffrey Epstein's

19  account or an account related to Jeffrey

20  Epstein.

21       A.    Okay.

22       Q.    So you'll see, for example,

23  just to give an example, the first entry

24  is Jeffrey Epstein, it lists an account

```
1   number, date 7/16/2003, year 2003, amount
2   $1,000, payee, and it's a woman's name,
3   ███████████.
4           Do you see that?
5       A.  I do.
6       Q.  Now, I'm not asking you to
7   confirm the accuracy of this document,
8   obviously you cannot.  I'm just asking
9   you to assume that the payments listed on
10  here, for purposes of my question, are
11  compiled from information gathered in
12  this litigation.
13      A.  Okay.
14      Q.  Do you understand that?
15      A.  Yes.
16      Q.  Okay.  So from this
17  spreadsheet, which was the entirety of
18  the cash withdrawals and direct payments
19  to women and girls that we could glean
20  from evidence provided in this case, I
21  have isolated all of the cash withdrawals
22  or direct payments to women and girls
23  that were made in 2013, including
24  payments that were made after the filing
```

1  of that August suspicious activity
2  report.
3           And I'm going to show that
4  to you.  It's Exhibit-37.
5                  - - -
6           (Whereupon, Exhibit
7       Cutler-37, No Bates, Epstein's
8       Payments to Women and Cash (2013),
9       was marked for identification.)
10                 - - -
11          MR. EDELMAN:  So there was
12      no question as to that last
13      exhibit?
14          MS. LIU:  Right.  I'm just
15      asking him if he understands what
16      I'm asking him to assume.
17 BY MS. LIU:
18      Q.   Okay.  So, Mr. Cutler, do
19 you see the first entry, account name
20 Jeffrey Epstein, date, 1/14/2013, year
21 2013, amount $10,000, payee, ▮▮▮▮
22 ▮▮▮▮▮?
23           Do you see that?
24      A.   I do.

```
 1        Q.    You would agree that the
 2   name ████████████ would appropriately
 3   be referred to as an Eastern European
 4   name?
 5              MR. GAIL:  Objection.
 6              MR. EDELMAN:  Objection.
 7              THE WITNESS:  I don't know.
 8   BY MS. LIU:
 9        Q.    What about ████████
10   ████████, would you consider that to be
11   an Eastern European name?
12        A.    I don't -- it could be
13   Russian.  It could be Eastern European.
14   I don't know.
15        Q.    Okay.  So it could be
16   Russian or it could be Eastern European.
17              And then we have seen ██████
18   ████████'s name, right, the next one?
19        A.    Right.
20        Q.    Have you heard of the name
21   ████████████████?
22        A.    That doesn't sound familiar.
23        Q.    You see a lot of ██████
24   ████████, you see that?
```

```
 1        A.    I do.
 2        Q.    All right. ████████████████
 3   ████████████████████████████████████████
 4        A.    Okay.
 5        Q.    August of 2013.  All right.
 6              So let's look at August and
 7   beyond.
 8        A.    Okay.
 9        Q.    August 1st, 2013, a payment
10   is made of $20,000 in cash from Jeffrey
11   Epstein's account at JPMorgan.
12              August 21st, 2013, after the
13   exit conversation with Jeffrey Epstein,
14   we see a payment of $15,000 to ████████
15   ████████.
16              Do you see that?
17        A.    I do.
18              MR. GAIL:  Object to the
19        first part of the question.  It
20        wasn't a question.
21   BY MS. LIU:
22        Q.    August 23rd, 2013, we see a
23   payment handled by JPMorgan from Jeffrey
24   Epstein's account to ████████████████ in
```

```
 1   the amount of $1,670.
 2             Do you see that?
 3        A.   I do.
 4        Q.   August 26th, 2013, $2,000
 5   from Jeffrey Epstein's JPMorgan account
 6   to ███████████████.
 7             Do you see that?
 8        A.   I do.
 9        Q.   August 30th, 2013, $520 from
10   Jeffrey Epstein's JPMorgan account to
11   ███████████████████.
12             Do you see that?
13        A.   I do.
14        Q.   We'll keep going.
15             September 20, 2013 --
16             MR. EDELMAN:  Are you
17        filibustering?
18   BY MS. LIU:
19        Q.   -- $15,000 --
20             MR. EDELMAN:  Is there a
21        question that has some relevance?
22        Why are you wasting our time?
23             MS. LIU:  You can object to
24        form.
```

```
 1                MR. EDELMAN:  I object to
 2       form and to the fact that you
 3       are --
 4                MS. LIU:  Thank you.  You
 5       can stop talking.
 6                MR. EDELMAN:  -- totally
 7       wasting time.
 8   BY MS. LIU:
 9       Q.   Mr. Cutler, do you see there
10   is an entry, 9/24/2013 -- 9/3/2013, a
11   payment of $15,000 from Jeffrey Epstein's
12   account to ▇▇▇▇▇▇▇?
13            Do you see that?
14       A.   I do.
15       Q.   9/24/2013, $586.25 to ▇▇▇▇
16   ▇▇▇▇▇▇▇▇▇▇.
17            Do you see that?
18       A.   I do.
19       Q.   9/27/2013, $2,000, again to
20   ▇▇▇▇▇▇▇▇▇▇▇▇▇.
21            Do you see that?
22       A.   I do.
23       Q.   10/3/2013, $7,143.81, again
24   to ▇▇▇▇▇▇▇▇▇▇▇.
```

```
 1                  Do you see that?
 2          A.      I do.
 3                  MR. GAIL:  Can we stipulate
 4          everything on here is on here?
 5   BY MS. LIU:
 6          Q.      We go on to the next page.
 7                  10/8/2013, months after the
 8   exit conversation, ███████████████
 9   ████████, $440 to ███████████████.
10                  Do you see that?
11          A.      I do.
12          Q.      10/10/2013, Jeffrey Epstein,
13   $1,495 to ███████████████████.
14                  Do you see that?
15          A.      I do.
16          Q.      10/15/2013, from Jeffrey
17   Epstein to ███████████, $20,000.
18                  Do you see that?
19          A.      I do.
20          Q.      10/15/2013, Jeffrey Epstein,
21   $900 to █████████████████.
22                  Do you see that?
23          A.      I do.
24          Q.      To the extent all of these
```

```
 1   transactions accurately reflect payments
 2   of cash made by Jeffrey Epstein to women
 3   and girls, or withdrawals he made in
 4   cash, you would agree with me that all of
 5   the ones we just read occurred after ████
 6   ████████████████████████████████████████
 7   and also after the decision had been made
 8   to exit Jeffrey Epstein, correct?
 9            MR. GAIL:  Objection.
10            THE WITNESS:  I actually
11       don't know when the checks were
12       written and when they cleared, et
13       cetera, et cetera.
14            But if you represent to me
15       that these checks were written
16       after the accounts were closed, I
17       accept the representation.
18   BY MS. LIU:
19       Q.   Thank you.  You can put that
20   document away.
21            MR. GAIL:  Can we get a time
22       check?  Go off the record.
23            MR. LICHTENBERG:  We have
24       one.
```