# EXHIBIT 9

| From: | phillip.a.deluca@jpmchase.com [phillip.a.deluca@jpmchase.com] |
|---|---|
| Sent: | 6/17/2013 9:02:04 PM |
| To: | jessica.l.gomel@jpmchase.com |
| Subject: | LYNC Conversation #11705723 |



EXHIBIT
Erdoes-29
3/15/23

| Sent Time (EDT) | From | Message |
|---|---|---|
| 06/17/13 4:02:04 PM | | Conversation started. |
| 06/17/13 4:02:04 PM | **MicrosoftUC:jessica.l.gomel@jpmchase.com** | are you back? Lisa is not being accurate.. |
| 06/17/13 4:02:09 PM | **MicrosoftUC:phillip.a.deluca@jpmchase.com** | i am |
| 06/17/13 4:02:36 PM | **MicrosoftUC:phillip.a.deluca@jpmchase.com** | is she making stuff up? |
| 06/17/13 4:02:37 PM | **MicrosoftUC:jessica.l.gomel@jpmchase.com** | i will handle on the back end- too many people to address in this forum right now |
| 06/17/13 4:02:52 PM | **MicrosoftUC:jessica.l.gomel@jpmchase.com** | inaccuratly stating things- confusing historiy |
| 06/17/13 4:03:00 PM | **MicrosoftUC:phillip.a.deluca@jpmchase.com** | pj ok'd email |
| 06/17/13 4:03:16 PM | **MicrosoftUC:jessica.l.gomel@jpmchase.com** | i know. sorry but thanks for helping |
| 06/17/13 4:03:21 PM | **MicrosoftUC:jessica.l.gomel@jpmchase.com** | now i know for the future |
| 06/17/13 4:03:47 PM | **MicrosoftUC:phillip.a.deluca@jpmchase.com** | hey like I mentioned before we are all in this together |
| 06/17/13 4:04:15 PM | **MicrosoftUC:phillip.a.deluca@jpmchase.com** | I was just googling maryanne's perv...what a slime |
| 06/17/13 4:04:39 PM | **MicrosoftUC:jessica.l.gomel@jpmchase.com** | ha- poor maryanne. someone is going to hear us say that she have a perv |
| 06/17/13 4:04:45 PM | **MicrosoftUC:jessica.l.gomel@jpmchase.com** | and totally misunderstand the message |

| Date/Time | Sender | Message |
|---|---|---|
| 06/17/13 4:04:54 PM | MicrosoftUC:jessica.l.gomel@jpmchase.com | what is his name? i want to google |
| 06/17/13 4:05:39 PM | MicrosoftUC:phillip.a.deluca@jpmchase.com | jeffrey Epstein |
| 06/17/13 4:05:42 PM | MicrosoftUC:phillip.a.deluca@jpmchase.com | He was a convicted sex offender and supposedly bought his way to a lesser sentencing. He paid a whole series of girls to stay quiet. The FBI is reportedly preparing to launch a new inquiry into Epstein after one of his under-age erotic masseuses, [redacted] made a string of disturbing allegations about her role. U.S. detectives are said to be furious that Epstein, 58, escaped with only 13 months in jail for child sex offences after he struck a plea bargain with prosecutors. The deal protected him from further prosecution for offences in Florida. But the significance of [redacted] claims that under-age girls were moved abroad for sex is that she paves the way for the FBI to prosecute him for offences committed outside Florida under the Trafficking Victims Protection Act. PB did not want to keep him but due to his relationship with the old head of the PB (Jes Staley) they were over ruled |
| 06/17/13 4:06:20 PM | MicrosoftUC:jessica.l.gomel@jpmchase.com | is Stanley till here? |
| 06/17/13 4:06:50 PM | MicrosoftUC:phillip.a.deluca@jpmchase.com | no and I have to remove that comment |
| 06/17/13 4:16:50 PM | | Conversation ended. |

Confidential

JPM-SDNYLIT-00100936