# EXHIBIT 10

| | |
|---|---|
| From: | Duffy, John R [john.r.duffy@jpmorgan.com] |
| Sent: | 7/19/2013 6:52:42 PM |
| To: | Erdoes, Mary E [mary.erdoes@jpmorgan.com] |
| Subject: | Re: JE talking pts. |

Agree. Will work on those this weekend for us to knock back and forth.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC


----- Original Message -----
From: Erdoes, Mary E
Sent: Friday, July 19, 2013 06:49 AM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE talking pts.

I think that is fine.  I think the harder stuff to answer is all the questions he will pose back so we need to do that together.

----- Original Message -----
From: Duffy, John R
Sent: Friday, July 19, 2013 01:12 AM
To: Erdoes, Mary E
Subject: JE talking pts.

What do you think?

1. The repetitive nature of your cash transactions is a problem for us and our relationship with you.

2. The regulatory standards in the banking industry continue to evolve with a very low tolerance for cash activity when combined with your personal history.

3. So, given the intersection of these circumstances we are in a uniquely challenged situation. Remediation is required and we need to ask you - in an orderly manner - to find another bank for your needs.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC