IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>            Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>            Defendant/Third-Party Plaintiff. | Case No. 22-cv-10904-JSR |
| JPMORGAN CHASE BANK, N.A.,<br><br>            Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>            Third-Party Defendant. | |

**JPMORGAN CHASE BANK, N.A.'S MOTION FOR LEAVE TO
WITHDRAW HILLARY CHUTTER-AMES AS COUNSEL OF RECORD**

Defendant/Third-Party Plaintiff, JPMorgan Chase Bank, N.A., by and through undersigned counsel, respectfully submits this Motion for Leave to Withdraw Hillary Chutter-Ames as Counsel of Record. In support, Defendant/Third-Party Plaintiff states as follows:

1. On January 27, 2023, the Court entered an Order [Docket No. 36] granting admission *pro hac vice* to Hillary Chutter-Ames as counsel for Defendant/Third-Party Plaintiff in the above-captioned litigation.

2. Defendant/Third-Party Plaintiff now moves for leave to withdraw Ms. Chutter-Ames's appearance in this action because Ms. Chutter-Ames is no longer associated with the law

1

firm of Wilmer Cutler Pickering Hale and Dorr LLP, and therefore no longer represents Defendant/Third-Party Plaintiff in this litigation.

3. Withdrawal is sought with notice to and consent from Defendant/Third-Party Plaintiff. Defendant/Third-Party Plaintiff remains represented in this action by legal counsel from Wilmer Cutler Pickering Hale and Dorr LLP and Massey & Gail LLP, including but not limited to undersigned counsel.

4. Granting this motion will not cause any undue delay in these proceedings or prejudice any party.

WHEREFORE, the Defendant/Third-Party Plaintiff, JPMorgan Chase N.A., by counsel, respectfully requests that the Court grant this motion and enter and Order permitting the withdrawal of Hillary Chutter-Ames as counsel of record and removing her from the list of attorneys receiving electronic notices of filings and proceedings in this action.

Dated: June 12, 2023

Respectfully submitted,

/s/ *Felicia Ellsworth*
Felicia H. Ellsworth
John J. Butts
Andy O'Laughlin
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com
andy.olaughlin@wilmerhale.com

Boyd M. Johnson III
Alan Schoenfeld
Robert L. Boone
Christopher Jean Bouchoux
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
alan.schoenfeld@wilmerhale.com
robert.boone@wilmerhale.com
christopher.bouchoux@wilmerhale.com

Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com

*Attorneys for JPMorgan Chase Bank, N.A.*