# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | Case No. 22-cv-10904-JSR<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW HILLARY CHUTTER-AMES AS COUNSEL OF RECORD |

Defendant/Third Party Plaintiff's Motion for Leave to Withdraw Hillary Chutter-Ames as Counsel of Record filed in the above-captioned action is **GRANTED**.

**IT IS HERBY ORDERED** that the *pro hac vice* admission granted to and the appearance of Hillary Chutter-Ames as Counsel of Record for Defendant/Third-Party Plaintiff in the above-captioned action is withdrawn, and the Clerk shall promptly remove Hillary Chutter-Ames from the list of attorneys receiving electronic notices of filing and proceedings in this action.

New York, NY            _____

Dated: June ___, 2023            The Hon. Jed S. Rakoff, U.S.D.J.

1