# EXHIBIT 1

**Date:** Friday, February 3 2017 10:58 PM
**Subject:** Re:
**From:** jeffrey E. <jeevacation@gmail.com>
**To:** Cecile de Jongh <█████@yahoo.com>;

examples?

On Fri, Feb 3, 2017 at 3:23 PM, Cecile de Jongh <█████@yahoo.com > wrote:

I'm going to get a list of GOVI properties.

With warm regards,

Cecile de Jongh

On Friday, February 3, 2017 3:44 PM, jeffrey E. <jeevacation@gmail.com> wrote:


50m

On Fri, Feb 3, 2017 at 2:39 PM, Cecile de Jongh <█████@yahoo.com > wrote:

Yes, John said that there are properties.  How much do you need to collateralize?

With warm regards,

Cecile de Jongh

On Friday, February 3, 2017 3:23 PM, jeffrey E. <jeevacation@gmail.com> wrote:


the vi govt is desperate for cash.   does john know of any asset they might have that i can use as collateral.   islands. etc

--

   please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                                                   ESTATE_JPM020484

--

    please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

    please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL