# EXHIBIT 6

| | |
|---|---|
| From: | Cecile de Jongh [███████@yahoo.com] |
| Sent: | 12/6/2018 7:21:52 PM |
| To: | Jeffrey Epstein [jeevacation@gmail.com] |
| CC: | Richard Kahn ███████@gmail.com] |
| Subject: | Charitable Giving |
| Importance: | High |

Good afternoon Jeffrey,

Albert suggested a school for autistic children (Coral Reef Academy) on STX and Junior Achievement (JA). I'm trying to get in touch with the head of the school and we have given to JA before. We have $50,000 that we must donate and 50% of that must go to public school programs or initiatives. JA is considered a public school initiative.

How much would you like to give to the school and JA?

With warm regards,

Cecile de Jongh

CONFIDENTIAL                                                                                                                ESTATE_JPM016517