# EXHIBIT 7

Date: Thursday, December 20 2018 05:35 PM
Subject: Charitable Donations
From: Cecile de Jongh <███@yahoo.com>
To: Jeffrey Epstein <jeevacation@gmail.com>;
CC: Richard Kahn <███@gmail.com>;

Albert asked that the $30K go to the VI Little League.

With warm regards,

Cecile de Jongh

CONFIDENTIAL
ESTATE_JPM016246