# EXHIBIT 12

Date: Friday, September 7 2018 06:26 PM
Subject: Re: Support Stacey Plaskett's Re-Election Campaign! - Events in St. Thomas and St. Croix
From: Details Consulting <■@detailsconsultingllc.com>
To: jeffrey E. <jeevacation@gmail.com>;

Thank you so much for your support! Which event will you attend?

On Fri, Sep 7, 2018 at 2:21 PM, jeffrey E. <jeevacation@gmail.com> wrote:

DonTe max. No nsme

On Fri, Sep 7, 2018 at 8:15 PM Details Consulting <■@detailsconsultingllc.com> wrote:
Hi Mr. Epstein,

I'm sorry I don't understand your email. Did you want to act as a host but not included on the invitation? Which event would you like to donate to? Would you like to send a check or online?

On Wed, Sep 5, 2018 at 7:27 PM, jeffrey E. <jeevacation@gmail.com> wrote:

host nanonymous

On Wed, Sep 5, 2018 at 5:20 PM, Details Consulting <■@detailsconsultingllc.com> wrote:

Good Afternoon Friends,

Thank you so much for your continued support of Congresswoman Stacey Plaskett. We have two events coming up and would love to have your support at one of them. Please reply to this email to RSVP. Details are below and invitations are attached!

**Tuesday, September 18th**
6pm - 8pm
Amalia Café
5143 Palm Passage, St. Thomas

**Wednesday, September 19th**
6pm - 8pm
Maria's Cantina
5032 Anchor Way, Arawak Building Suite 1
Christiansted, St Croix

--

    please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this

CONFIDENTIAL                                                                ESTATE_JPM015885

communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM015886