# EXHIBIT 13

**From:** Cecile de Jongh [▮▮▮▮@yahoo.com]
**Sent:** 6/19/2014 5:06:15 PM
**To:** jeffrey E. [jeevacation@gmail.com]
**Subject:** Re: Confidential
**Importance:** High

OK.

With warm regards,
Cecile


On Thursday, June 19, 2014 1:05 PM, jeffrey E. <jeevacation@gmail.com> wrote:

yes each individulally


On Thu, Jun 19, 2014 at 1:05 PM, Cecile de Jongh <▮▮▮▮@yahoo.com> wrote:
Ok, should I ask them?

With warm regards,
Cecile


On Thursday, June 19, 2014 12:44 PM, jeffrey E. <jeevacation@gmail.com> wrote:

im sure darren rich bella ana wiould


On Thu, Jun 19, 2014 at 11:55 AM, Cecile de Jongh <▮▮▮▮@yahoo.com> wrote:
Jeffrey,

Your help is needed. We are trying to get Stacey Plaskett elected to Congress. Shawn Malone (current senate president) is running against her in the Democratic primary in August. Shawn is the one who came after you in the senate hearing last week. He is nasty and needs to be defeated and we would have a friend in Stacey. Since this is a federal election, only personal contributions (up to $2,600/person) can be given. She needs to raise about $75K between now and August. Do you think any of your friends would give to her campaign?


With warm regards,
Cecile

CONFIDENTIAL                                                                                           ESTATE_JPM015674

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                   ESTATE_JPM015675