# EXHIBIT 14

**From:** Cecile de Jongh [▇▇▇▇▇▇@yahoo.com]
**Sent:** 10/24/2014 3:45:22 PM
**To:** JEE [jeevacation@gmail.com]
**Subject:** Campaign Contributions

**Importance:** High


Hi Jeffrey,

I am confirming with you that STC will send $13K to the Democratic Party for the benefit of Stacey Plaskett.


With warm regards,
Cecile

CONFIDENTIAL

ESTATE_JPM016163