# EXHIBIT 15

**Date:** Friday, October 17 2014 07:59 PM
**Subject:** Re: Meeting Request
**From:** jeffrey E. <jeevacation@gmail.com>
**To:** Cecile de Jongh <███████@yahoo.com>;

personal

On Fri, Oct 17, 2014 at 3:57 PM, Cecile de Jongh <███████@yahoo.com> wrote:

From which entity?

With warm regards,
Cecile

On Friday, October 17, 2014 3:53 PM, jeffrey E. <jeevacation@gmail.com> wrote:

15k

On Fri, Oct 17, 2014 at 3:42 PM, Cecile de Jongh <███████@yahoo.com> wrote:

Jeffrey,

How much would you like to give to the St. Croix District Democratic Party? This is one of the two that Ottley mentioned to you.

With warm regards,
Cecile

On Thursday, October 16, 2014 1:04 PM, jeffrey E. <jeevacation@gmail.com> wrote:

Otley??

On Thursday, October 16, 2014, Cecile de Jongh <███████@yahoo.com> wrote:

Jeffrey,

Kenn Mapp and Celestino White would like to see you. If they can't see you tomorrow then next week Thursday or Friday as they will be in NY Monday for a fundraiser on Tuesday and Back on STT on Wednesday.

With warm regards,
Cecile

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                   ESTATE_JPM015951