# EXHIBIT 16

| | |
|---|---|
| From: | Cecile de Jongh [█████@yahoo.com] |
| Sent: | 9/1/2016 7:42:59 PM |
| To: | jeffrey E. [jeevacation@gmail.com] |
| CC: | Richard Kahn [█████@gmail.com]; Daphne Wallace [█████; Governor Kenneth E. Mapp [govkenmapp@go.vi.gov] |
| Subject: | Re: |
| Importance: | High |

What is the name of the super PAC?

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Sep 1, 2016, at 1:30 PM, jeffrey E. <jeevacation@gmail.com> wrote:

prepare a check for mapps super pac . for 75k. . his assisant wien farrell will pick up tomorw.


--
please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                                   ESTATE_JPM012505