# EXHIBIT 18

| | |
|---|---|
| Date: | Thursday, December 20 2018 05:33 PM |
| Subject: | Inaugural Committee |
| From: | Cecile de Jongh <​██████@yahoo.com> |
| To: | Jeffrey Epstein <jeevacation@gmail.com>; |

Hi Jeffrey,

I got a call from the Bryan/Roach Inaugural Committee and they asked for a $25,000 donation to the inaugural events. They are trying to raise all the money privately. Please let me know your thoughts.


With warm regards,

Cecile de Jongh

CONFIDENTIAL                                                                                          ESTATE_JPM016245