# EXHIBIT 20

Date: Friday, January 24 2014 04:47 PM
Subject: Fwd: Fundraising Question
From: Richard Kahn <​█████@gmail.com>
To: Jeffrey Epstein <jeevacation@gmail.com>;

please confirm that this is to be paid from JEE personal account

Richard Kahn
HBRK Associates Inc.
575 Lexington Avenue, 4th Floor,
New York, New York 10022
tel █████
fax █████
cell █████

Begin forwarded message:

> From: Cecile de Jongh <█████@yahoo.com>
> Subject: Fw: Fundraising Question
> Date: January 24, 2014 11:35:09 AM EST
> To: Richard Kahn <█████@gmail.com>
> Reply-To: Cecile de Jongh <█████@yahoo.com>
>
> Hi Rich,
>
> Can you please prepare a check for $15,000 made payable to Governor's Special Events Fund. Thanks.
>
> With warm regards,
> Cecile
>
> On Friday, January 24, 2014 10:33 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:
> yes
>
> On Fri, Jan 24, 2014 at 10:51 AM, Cecile de Jongh <█████@yahoo.com> wrote:
>> Hi Jeffrey,
>>
>> I have been fundraising for John's final State of the Territory reception on Monday night. I have raised $15K of the total $35K budget. Would you be willing to match that? John and I will cover the balance.
>>
>> With warm regards,
>> Cecile

CONFIDENTIAL
ESTATE_JPM016303

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ESTATE_JPM016304