# EXHIBIT 22

| | |
|---|---|
| Date: | Wednesday, July 24 2013 08:07 PM |
| Subject: | Fwd: Jeffrey Epstein-Contract with Celestino A. White Consulting and Management Firm |
| From: | Cecile de Jongh <████████@yahoo.com> |
| To: | JEE <jeevacation@gmail.com>; |
| Attachments: | Jeffrey Epstein.docx; Untitled attachment 99629.htm |

Do you want me to send this to Darren as well?

With warm regards,

Cecile

Sent from my iPhone
Begin forwarded message:

> **From:** Rometa Dorsey <████████@gmail.com>
> **Date:** July 24, 2013, 3:53:58 PM GMT-04:00
> **To:** Cece de Jongh <████████@yahoo.com>
> **Cc:** ████████@myexperiencematters.org
> **Subject: Jeffrey Epstein-Contract with Celestino A. White Consulting and Management Firm**
>
> Mrs. de Jongh:
>
> Please find the contract attached to be presented to Mr. Jeffrey Epstein for the commissioning of services regarding the island commonly known as Little St. James. Should you have any questions or concerns, please don't hesitate to contact us. Thank you once again for considering Celestino A. White Sr. Consulting and Manangement Firm...where "Experience Matters."
>
> Sincerely,
> Rometa L. Dorsey