# EXHIBIT 23

Document Produced in Native Format

CONFIDENTIAL

ESTATE_JPM024371

Jeanne Brennan
Salary and Tuition analysis

| Year | Rate | Salary | Bonus | Antilles Tuition | College Tuition | Outstanding tuition | Total | |
|---|---|---|---|---|---|---|---|---|
| 2000 | 65,000 | 23,125 | 1,000 | 6,465 | | | 30,590 | 1/4 year tuition benefit |
| 2001 | 65,000 | 67,192 | 2,500 | 13,890 | | | 83,582 | 1/2 year tuition benefit |
| 2002 | 67,999 | 69,615 | 5,000 | 22,750 | | | 97,365 | 3/4 year tuition benefit |
| 2003 | 74,990 | 77,308 | 5,000 | 33,125 | | | 115,433 | |
| 2004 | 80,000 | 82,000 | 5,000 | 36,775 | | | 123,775 | |
| 2005 | 84,000 | 86,035 | 5,000 | 38,950 | | | 129,985 | |
| 2006 | 88,200 | 90,508 | 15,000 | 40,650 | | | 146,158 | |
| 2007 | 93,000 | 95,404 | 20,000 | 28,300 | 30,243 | | 173,947 | Two children at Antilles One in college full year college paid |
| 2008 | 98,000 | 98,000 | - | 29,700 | 31,484 | | 159,184 | Two children at Antilles One in college full year college paid |
| 2009 | 98,000 | 98,000 | - | 15,300 | 32,295 | | 145,595 | One child Antilles Two in college 1/2 year college paid |
| | | | | | | | | |
| Projected 2009 | 98,000 | 98,000 | - | 15,300 | 32,295 | 32,051 | 177,646 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Cecile de Jongh | | | | |
| | | | Salary and Tuition Analysis | | | | |
| Year | Annual | Salary | Bonus | Antilles Tuition | College Tuition | Outstanding tuition | Total |
| 2000 | 75,000 | 49,219 | 2,500 | 6,465 | | | 58,184 |
| 2001 | 75,000 | 77,923 | 2,500 | 13,890 | | | 94,313 |
| 2002 | 78,948 | 80,615 | 5,000 | 22,312 | | | 107,927 |
| 2003 | 86,000 | 90,154 | 5,000 | 32,540 | | | 127,694 |
| 2004 | 95,000 | 97,000 | 5,000 | 36,775 | | | 138,775 |
| 2005 | 99,000 | 100,919 | 5,000 | 38,950 | | | 144,869 |
| 2006 | 102,960 | 103,941 | 25,000 | 40,275 | | | 169,216 |
| 2007 | 105,000 | 107,404 | 25,000 | 27,500 | 41,000 | | 200,904 |
| 2008 | 110,000 | 110,000 | - | 28,900 | 42,000 | | 180,900 |
| 2009 | 110,000 | 110,000 | - | 15,300 | 37,771 | | 163,071 |
| | | | | | | | |
| Projected 2009 | 110,000 | 110,000 | - | 15,300 | 37,771 | 37,361 | 200,432 |