# EXHIBIT 24

**Date:** Tuesday, September 21 2010 08:50 PM
**Subject:** Re: Tuition
**From:** Jeevacation <jeevacation@gmail.com>
**To:** Cecile de Jongh <███████@yahoo.com>;

I thought this wAs for Jan ? Is this incorrect

Sent from my iPhone

On Sep 21, 2010, at 4:17 PM, Cecile de Jongh <███████@yahoo.com> wrote:

> Jeffrey,
>
> I have not received an answer or indication from you on this subject so I have
> to assume that it is no. If that is the case, I will need to negotiate a raise
> so that I can afford to pay for my children's tuition at college. John and I
> have put money into the campaign based on what we thought was going to happen
> with the tuition payments. ███ my oldest, is a senior this year and I do not
> want him or my daughter to be asked to leave school this semester.
>
>
> I understand that you are going to Europe for a few weeks and I need to get this
> resolved since it has been over a month that I have asked about it. Please let
> me know how to proceed or should I just send you what I think is a fair salary
> increase?
>
>
> Cecile
>
>
>
> DISCLAIMER: The information contained in this e-mail may be
> privileged, confidential, and protected from disclosure. If you are not the
> intended recipient, you are hereby notified that any dissemination, distribution
>
> or duplication of this communication is strictly prohibited. If you have
> received this communication in error, please notify the sender immediately and
> delete all copies.