# EXHIBIT 25

| | |
|---|---|
| Date: | Saturday, August 27 2011 03:05 PM |
| Subject: | Please approve |
| From: | Cecile de Jongh <███████@yahoo.com> |
| To: | JEE <jeevacation@gmail.com>; |
| Attachments: | Skidmore Fall 2011.pdf |

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

CONFIDENTIAL                                                                                                                                    ESTATE_JPM024548