# EXHIBIT 26



| | Bank Information | |
|---|---|---|
| | Account # | Lockbox Type |
| | 219534 | 0 |
| AMOUNT DUE | DATE DUE | AMOUNT PAID |
| $24,955.50 | 08/01/2011 | $ |

**Bursar's Office**
www.skidmore.edu/bursar

**Skidmore ID:** [REDACTED]

Please make your check payable to **Skidmore College** and remit to:
Skidmore College
PO Box 374
Saratoga Springs NY 12866-0374

Please do not send any other correspondence with this payment. Please mail all other correspondence to:
Skidmore College Bursar's Office
815 N Broadway
Saratoga Springs NY 12866-1632

*(Cut along dotted line and return top portion with your payment)*

## STATEMENT OF STUDENT ACCOUNT

Bursar's Office ~ 815 N Broadway ~ Saratoga Springs NY ~ 12866-1632
Phone [REDACTED] ~ Fax [REDACTED] ~ www.skidmore.edu/bursar

**Name:** Rene deJongh    **Account #:** 219534    **Bill Date:** 07/01/2011    **Bill #:** 78992

### STUDENT ACCOUNT ACTIVITY (Charges & Credits)
Transaction details for activity occurring between 03/01/2011 and 07/01/2011

| Date | Term | Transaction # | Description | | CHARGES | CREDITS |
|---|---|---|---|---|---|---|
| | | | | Balance Forward | $3,252.10 | $.00 |
| 03/23/2011 | | 189484 | Direct Payment | | | $3,252.10 |
| 05/19/2011 | Spring 10-11 | 389671 | Library Fine | | $5.00 | |
| 06/24/2011 | Spring 10-11 | 391519 | Building Damage Fee | | $75.50 | |
| 06/28/2011 | Fall 11-12 | 393755 | Tuition | | $20,760.00 | |
| 06/28/2011 | Fall 11-12 | 398731 | Residence Fee - Scribner Village Ap | | $4,085.00 | |
| | Fall 11-12 | | Required Fees | | $430.00 | |
| 06/29/2011 | | 197558 | Returning Deposit Transfer | | | $400.00 |

| TOTAL CHARGES | TOTAL CREDITS | ACCOUNT BALANCE |
|---|---|---|
| $28,607.60 | $3,652.10 | $24,955.50 |

### PLANNED FINANCIAL AID CREDITS (Anticipated Financial Aid Disbursements)
Billing for Fall term will display Fall planned financial aid only. Billing for Spring term will display Fall & Spring financial aid.

| Term Description | Planned Credit Amount |
|---|---|
| | |
| | **PLANNED FINANCIAL AID** |
| | $.00 |

| AMOUNT DUE (ACCOUNT BALANCE LESS PLANNED FINANCIAL AID) | $24,955.50 |
|---|---|
| | DATE DUE 08/01/2011 |

PLEASE REMIT PAYMENT BY AUGUST 1ST TO AVOID A LATE FEE

*Handwritten:* FALL 2011    $20,760.00    Due  8/1/11
Student ID: [REDACTED]

https://bosebill.salliemae.com/NetPay/EBPP/SC/Main/Tuition+and+Fees/999/ViewBill.as...    7/27/2011

CONFIDENTIAL                                                                                ESTATE_JPM024549