# EXHIBIT 27

Date: Friday, September 25 2015 08:52 AM
From: jeffrey E. <jeevacation@gmail.com>
To: Cecile de Jongh <███████@yahoo.com>;

I will play any role in this you guys like.   I can lend john the money so he immediatly has it. . i woulld gladly be on thephone ( anonymouse ) with john  quinn and the prosecutor  offering suggestions.    25 a year for 20 years.  . . 490 now. with an income tax credit for the full amount.   250 now, and 250 in 15 years. etc

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                       ESTATE_JPM022970