# EXHIBIT 28

**Date:** Friday, February 16 2018 10:00 AM
**Subject:** VI Political Landscape
**From:** Cecile de Jongh <████████@yahoo.com>
**To:** J E <jeevacation@gmail.com>;

Good morning,

FYI - This weekend Allie Petrus and Samuel Sanes will be announcing their candidacies for Governor and Lt. Governor, respectively. They will make a strong team and will be running as Democrats. Petrus is a former senator (over ten years ago) and current businessman. Sanes is a current senator from STX. Sanes will most likely garner the large Hispanic vote on STX. Petrus is fairly well liked and respected on STT but not well-known on STX.

Albert Bryan and Angel Dawson are in talks to join forces. Albert is popular on STX as Dawson is on STT. They will be running as Democrats as well. They are definitely much stronger running together than separately. They need to decide who runs in the top spot.

Both teams can beat Mapp. They will duke it out in the primary but whomever gets through the primary has a really strong chance to beat Mapp. The latest polling shows that Mapp has high negatives and the daily news stories are not making things better for him.

You best bet is to give wide but nominal support in the primary to solidify relationships and then strongly support the winner of the primary going into the general election.

Reminder: you are a registered independent so you can't vote in the primary.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.