# EXHIBIT 29

| | |
|---|---|
| From: | jeffrey E. [jeevacation@gmail.com] |
| Sent: | 11/5/2017 6:33:14 PM |
| To: | Cecile de Jongh [▮▮▮▮▮@yahoo.com] |
| Subject: | Re: Chamber of Commerce |
| Importance: | High |

do you have the list of who i shoudl vote for?

On Sun, Nov 5, 2017 at 12:16 PM, Cecile de Jongh <▮▮▮▮@yahoo.com> wrote:
Good afternoon Jeffrey,

The Chamber of Commerce, India Association, and The Main Street Retailers Association are trying to raise funds from their members to support a Thanksgiving lunch for all the WAPA and Public Works crewmen (about 600+ people with the stateside crews) who have been working around the clock to bring power back and clear the roads. Each business member is contributing $1,000. Can STC do the same?

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.


--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                                                                               ESTATE_JPM015655