# EXHIBIT 30

**From:** Cecile de Jongh [█████@yahoo.com]
**Sent:** 3/12/2017 1:32:48 PM
**To:** jeffrey E. [jeevacation@gmail.com]
**Subject:** Re:
**Importance:** High

I think we need to wait a bit and see if a few more people throw their hat in the ring. There maybe a few more viable candidates by the end of the summer.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Mar 12, 2017, at 9:02 AM, jeffrey E. <jeevacation@gmail.com> wrote:

so who do we back?

On Sun, Mar 12, 2017 at 9:02 AM, Cecile de Jongh <█████@yahoo.com> wrote:
No, although he is getting a lot of encouragement (pressure) to do so since Carlton dropped out. Carlton dropped out because Mapp/Walker threatened to arrest him. Many don't see Albert Bryan as a viable candidate but he seems to have the backing of Erika and her partner, Greg.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Mar 12, 2017, at 8:44 AM, jeffrey E. <jeevacation@gmail.com> wrote:

is john thinking of running again

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                              ESTATE_JPM015854

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM015855