# EXHIBIT 31

| | |
|---|---|
| Date: | Wednesday, February 11 2015 06:03 PM |
| Subject: | Senator White |
| From: | Cecile de Jongh <█████@yahoo.com> |
| To: | JEE <jeevacation@gmail.com>; |

You might want to consider putting Celestino on some sort of monthly retainer. That is what will get you his loyalty and access.

With warm regards,

Cecile

CONFIDENTIAL

ESTATE_JPM021989