# EXHIBIT 33

| | |
|---|---|
| **Date:** | Tuesday, September 22 2015 02:10 AM |
| **Subject:** | Re: |
| **From:** | Ann Rodriquez <███████@yahoo.com> |
| **To:** | jeffrey E. <jeevacation@gmail.com>; |
| **CC:** | Cecile de Jongh <███████@yahoo.com>; |

Ok.

Ann R.
On Sep 21, 2015, at 10:09 PM, jeffrey E. <jeevacation@gmail.com> wrote:

governor mapp will come for lunch to the island on wednesday , carlos can use nanna

--

please note

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL