# EXHIBIT 34

**From:** jeffrey E. [jeevacation@gmail.com]
**Sent:** 8/20/2016 11:08:29 AM
**To:** Cecile de Jongh [█████@yahoo.com]
**Subject:** Re: Meeting with DPNR on September 14th
**Importance:** High

i think you should be there, we will ask to meet at our office and go to gsj together

On Sat, Aug 20, 2016 at 5:59 AM, Cecile de Jongh <█████@yahoo.com> wrote:
Ok

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Aug 19, 2016, at 6:56 PM, jeffrey E. <jeevacation@gmail.com> wrote:

wait

On Fri, Aug 19, 2016 at 6:55 PM, Cecile de Jongh <█████@yahoo.com> wrote:
Hi Jeffrey,

Do you want me to cancel the meeting with Comm Henry on September 14th since you are meeting with her on Tuesday or are you doing both?

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.


--
   please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                             ESTATE_JPM016066

--

    please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE

Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM016067