# EXHIBIT 35

**Date:** Tuesday, February 16 2016 11:44 PM
**Subject:** Re: Thank you
**From:** jeffrey E. <jeevacation@gmail.com>
**To:** Cecile de Jongh <███████@yahoo.com>;

Glad

On Tuesday, 16 February 2016, Cecile de Jongh <███████@yahoo.com> wrote:

Jeffrey,

Thank you for the wonderful lunch on GSJ. We had a lovely lunch hour there and Anna, of course, fed us well. GSJ is really very nice and I think everyone is in agreement that we just might like it better than LSJ. :-) Thank you again for the invitation to visit the island.

With warm regards,

Cecile

--

    please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                    ESTATE_JPM022997