# EXHIBIT 65

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4    GOVERNMENT OF THE UNITED STATES
      VIRGIN ISLANDS,
 5
                    Plaintiff,
 6
           vs.                             No. 22-cv-10904-JSR
 7
      JPMORGAN CHASE BANK, N.A.,
 8
                    Defendant.
 9    _____

10    JPMORGAN CHASE BANK, N.A.,

11          Third-Party Plaintiff,

12    v.

13    JAMES EDWARD STALEY,
      Third-Party Defendant.
14    _____

15           THE ORAL DEPOSITION OF SANDRA BESS was taken on

16    the 18th day of May, 2023 at the Ritz-Carlton Hotel,

17    6900 Great Bay, Nazareth, Charlotte Amalie, St. Thomas,

18    U.S. Virgin Islands, between the hours of 8:43 a.m. and

19    11:53 a.m. pursuant to Notice and Federal Rules of Civil

20    Procedure.

21                         _____
                           Reported by:
22
                           DESIREE D. HILL
23                     Registered Merit Reporter
                       Hill's Reporting Services
24                        P.O. Box 307501
                       St. Thomas, Virgin Islands
25                         (340) 714-0269
```

```
 1
 2
                        A-P-P-E-A-R-A-N-C-E-S
 3
 4
       For Plaintiff:   Government of the VI
 5
       Law Offices of MOTLEY RICE
 6     401 9th St. NW. Ste 630
       Washington, DC  20004
 7
       BY:  David I. Ackerman, Esq.
 8

 9     For Defendant:  JPMorgan Chase

10     Law Offices of WILMER CUTLER PICKERING HALE and DOOR,
       LLP
11     7 World Trade Center
       250 Greenwich Street
12     New York, NY  10007

13     BY:  Peter Neiman, Esq. & Sara Maldonado, Esq.

14

15     For Defendant:  James Edwards Staley

16     Law Offices of WILLIAM & CONNOLLY, LLP
       725 12th St NW,
17     Washington, DC 20005

18     BY:  Stephen L. Wohlgemuth, Esq.
            Jonathan (J.J.) Dunn, Esq.
19

20

21

22

23

24

25
```

1     done for the period.
2         Q.    I see.  So if there were a renewal coming
3     up and there was no recent compliance report, you
4     would prepare a summary of their compliance?
5              MR. ACKERMAN:  Objection to form.
6         Q.    (By Mr. Neiman:) Is that fair?  You can
7     answer.
8         A.    Yes, sir.
9         Q.    All right.  Now, these compliance reports
10    that you prepare for a particular certificate holder,
11    how often would you put together a compliance report?
12        A.    A compliance report should be done
13    annually, but because the agency had some backlog as
14    we termed it, sometimes the report would take
15    probably three years before completion, five years
16    before completion, and sometimes you'd have one
17    that's done on an annual basis.
18        Q.    Would it be unusual for a company to not
19    get a compliance report until nine years after they
20    started as a certificate holder?  Would that be
21    unusual?
22        A.    It is -- should not be unusual 7but it
23    maybe has happened in one or two cases.
24        Q.    Okay.  So not the normal practice but might
25    have happened one or two times.

```
1              A.    From the annual report.
2              Q.    Okay.  So, you get the information provided
3       by the certificate holder?
4              A.    Yes, sir.
5              Q.    All right.  And what do you do to audit
6       whether the income information and tax information
7       provided by the certificate holder is accurate?
8                    MR. ACKERMAN:  Objection to form.
9                    THE WITNESS:  Excuse me one
10             second.  So we verify it.  So I look --
11             I would look at the presentation and
12             what was presented at the back and
13             ensure that the numbers total, and then
14             that's the information I would use.
15             Q.    (By Mr. Neiman:)  Okay.  So, you would make
16      sure that what's in the cover sheet of the annual
17      report matches what the company has provided to you in
18      the support behind the cover sheet?
19             A.    Yes, sir.
20             Q.    And would you look at any third-party
21      sources or just the information the company provided
22      in terms of verifying their income and the tax
23      benefit?
24             A.    Only if it's unclear, and I would need to
25      veri -- go a little further to clarify the
```

```
 1    information provided.
 2         Q.    Okay.  But as long as what was provided
 3    appear to support the numbers on the cover sheet, that
 4    will be the end of your analysis?
 5               MR. ACKERMAN:  Object to form.
 6         Vague.
 7               THE WITNESS:  Typically, it would
 8         be.
 9         Q.    (By Mr. Neiman:)  Okay.  Now, is any part
10    of your job as a compliance officer reviewing the
11    character of the people who are the owners of the
12    companies receiving tax benefits?
13         A.    No, sir.
14         Q.    Is there anybody at the Economic
15    Development Authority who has that responsibility?
16         A.    To the best of my knowledge, that would
17    come prior to -- I -- to me receiving the certificate
18    as a compliance officer, it would usually come from
19    the application side -- application division.
20         Q.    Okay.  And what if -- withdrawn.
21               Is there anything that is done to see if
22    any character issues have arisen since the
23    application process?
24         A.    None that I know of.
25         Q.    Now, are you familiar with a person named
```

```
1           Q.    Okay. Did you do any unannounced visits to
2      the Financial Trust Company as best as you can recall?
3           A.    As best as I can recall, I probably would
4      have done one or two.
5           Q.    Okay.  Tell me about the one or two
6      unannounced visits that you recall.
7           A.    Nothing that I can specifically recall,
8      but I would show up at the door, identify myself, and
9      then ask to see the compliance person -- the person
10     that I relayed to, speak to on the email, on the
11     phone, or anyone else if that person is not there.
12          Q.    Who was the person or people at the
13     Financial Trust Company that you dealt with?
14          A.    Cecile de Jongh.
15          Q.    Okay.  And who is Cecile de Jongh?
16          A.    The office manager at the Financial Trust
17     and Southern Trust.
18          Q.    And during the time that you were
19     interacting with her as a compliance officer, was she
20     also the First Lady of the Virgin Islands?
21          A.    Yes, sir.
22          Q.    So, her husband was the governor?
23          A.    Yes, sir.
24          Q.    Okay.  Did the fact that she was married to
25     the governor affect how you interacted with her in any
```

1                C-E-R-T-I-F-I-C-A-T-E

2

3        I, DESIREE D. HILL, a Registered Merit Reporter

4    and Notary Public for the U.S. Virgin Islands, Charlotte

5    Amalie, St. Thomas, do hereby certify that the above and

6    named witness, SANDRA BESS, was first duly sworn to

7    testify the truth; that said witness did thereupon

8    testify as is set forth; that the answers of said

9    witness to the oral interrogatories propounded by

10   counsel were taken by me in Stenotype and thereafter

11   reduced to typewriting under my personal direction and

12   supervision.

13       I further certify that the facts stated in the

14   caption hereto are true; and that all of the proceedings

15   in the course of the hearing of said deposition are

16   correctly and accurately set forth herein.

17       I further certify that I am not counsel, attorney

18   or relative of either party, nor financially or

19   otherwise interested in the event of this suit.

20       IN WITNESS WHEREOF, I have hereunto set my hand as

21   such Certified Court Reporter on this the 17th day of

22   June, 2023, at Charlotte Amalie, St. Thomas, United

23   States Virgin Islands.

24                              _____

25                              Desiree D. Hill, RMR