# EXHIBIT 66

From: Cecile de Jongh [███████@yahoo.com]
Sent: 4/10/2012 6:21:34 PM
To: Jeffrey Epstein [jeevacation@gmail.com]
Subject: Re: Important - Private and Confidential

Importance: High

That's what John went with.

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

🌍 Please consider the environment before printing this e-mail.

---

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh <███████@yahoo.com>
**Sent:** Tuesday, April 10, 2012 2:20 PM
**Subject:** Re: Important - Private and Confidential

i would simply state that you are an office manager.

On Tue, Apr 10, 2012 at 2:04 PM, Cecile de Jongh <███████@yahoo.com> wrote:

Jeffrey,

Please see below. Please see my answers in BOLD to the questions pertaining to FTC and me.

---------- Forwarded message ----------
From: **Matthew Boyle** <███████@dailycaller.com>
Date: Tue, Apr 10, 2012 at 11:24 AM
Subject: URGENT REQUEST FOR COMMENT ON EDC BENEFITS/ICC VITELCO/OTHER COMPANIES
To: "Jean P. Greaux, Jr." <███████@gmail.com>

Jean,

I've learned that ICC/VITELCO is in the process of applying for new EDC tax benefits – a 100 percent exemption of all taxes, including income taxes. Attorney Marjorie Rawls Roberts is helping them with the application, and according to one of my sources, former Sen. Roosevelt David is helping as well.

CONFIDENTIAL

ESTATE_JPM015014

My source adds that Gov. deJongh, who will ultimately approve the application or not approve it, is pushing this application through the EDC, is using Mr. David to push the application through the process.

In addition, it is estimated that those benefits – if Gov. deJongh ends up approving the application – would amount to about $3 million per year that ICC/VITELCO would not have to pay in taxes.

Do you have any comment/response?

Also, at least as of September 13, 2011, Gov. deJongh's wife is listed in official EDC records as being employed by convicted sex offender Jeffrey Epstein's Financial Trust Company, Inc. Her title, according to the documents, is "manager."

Does Cecile deJongh still work for Mr. Epstein's company? If so, what is her role with the company and did she have anything to do with Mr. Epstein's company getting EDC tax benefits? CECILE DE JONGH CURRENTLY WORKS FOR FINANCIAL TRUST COMPANY IN THE CAPACITY OF OFFICE MANAGER. SHE HAD NOTHING TO DO WITH FINANCIAL TRUST COMPANY RECEIVING EDC TAX BENEFITS.

If not, when did she leave Mr. Epstein's company, what was her role when she was there and, once again, did she have anything to do with Mr. Epstein's company getting EDC tax benefits?

My deadline is 5 p.m. today.

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

🌍 Please consider the environment before printing this e-mail.

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and

destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM015016