# EXHIBIT 71

| Message | |
|---|---|
| From: | Margarita Benjamin [/O=USVIEDAEXCH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MAGARITA A. BENJAMIN] |
| Sent: | 10/2/2019 2:22:17 PM |
| To: | Joy Penn [jpenn@usvieda.org]; Sandra Bess [sbess@usvieda.org] |
| Subject: | FW: URGENT - NY Times INQUIRY: Follow-up questions for comment - NYT |

Good Day Ladies,

Please see the recent request from NY Times. Your feedback on the response is appreciated. I personally think the questions are opening us up to public scrutiny.

**Margarita Benjamin**
*Managing Director, Economic Development*
Email: mabenjamin@usvieda.org
Phone: 340-714-1700 Ext 1611
Fax: 340-774-8106
www.usvieda.org





8000 Nisky Shopping Center, Suite 620
St. Thomas, U.S. Virgin Islands 00802

**From:** Kamal I. Latham
**Sent:** Wednesday, October 2, 2019 1:45 PM
**To:** Shanell Petersen <spetersen@usvieda.org>; Tracy Lynch Bhola, Esq. <tbhola@usvieda.org>; Wayne Biggs, Jr. <wbiggs@usvieda.org>; Margarita Benjamin <mabenjamin@usvieda.org>
**Cc:** Henry C. Smock <hsmock@smvilaw.com>; Kevin Rodriquez <krodriquez@usvieda.org>; Semele A.C. George <sgeorge@usvieda.org>
**Subject:** Re: URGENT - NY Times INQUIRY: Follow-up questions for comment - NYT

Good afternoon Colleagues,

Please have a response prepared for review as per our media response protocol.

Thank you.

Kind regards,

Kamal


**Kamal I. Latham**
*Chief Executive Officer*
Email: klatham@usvieda.org
Phone: 340-714-1700 Ext 1111
Fax: 340-774-0990
www.usvieda.org

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                              VI-JPM-000017233





8000 Nisky Shopping Center, Suite 620
St. Thomas, U.S. Virgin Islands 00802

On Oct 2, 2019, at 12:39 PM, Shanell Petersen <spetersen@usvieda.org> wrote:

Good afternoon,

Please see the additional inquiry from New York Times in need of immediate review below.

Respectfully,
Shanell


**Shanell Petersen**
*Managing Director, Marketing & 2040 Vision*
Email: spetersen@usvieda.org
Phone: 340-714-1700 Ext 1511
Fax: 340-777-1103
www.usvieda.org





8000 Nisky Shopping Center, Suite 620
St. Thomas, U.S. Virgin Islands 00802

**From:** Eder, Steve [mailto:steve.eder@nytimes.com]
**Sent:** Wednesday, October 02, 2019 11:44 AM
**To:** Shanell Petersen; Matthew Goldstein
**Subject:** Follow-up questions for comment - NYT

Good morning, Shanell - We are planning an article relating to Mr. Epstein's finances and businesses in USVI. The piece will raise the point that USVI has been criticized for not closely overseeing beneficiaries of the tax incentive programs. I've included a couple questions below for VIEDA:

- Was VIEDA comfortable with the answers it received from Mr. Epstein about his business practices & activities over the years? Should VIEDA have pressed Mr. Epstein about his business affairs?

- Was VIEDA satisfied with the return USVI's return on Mr. Epstein's businesses?

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER        VI-JPM-000017234

Please send any responses today, 10/2, by 5 p.m. ET.

Thank you.
Steve and Matt

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                               VI-JPM-000017235