# EXHIBIT 73

**From:** Cecile de Jongh [████████@yahoo.com]
**Sent:** 8/27/2014 7:24:36 PM
**To:** JEE [jeevacation@gmail.com]
**Subject:** Fwd: IBE Rules and Regs.

**Importance:** High

FYI
With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

Begin forwarded message:

**From:** "John P. deJongh Jr." <john.dejongh@go.vi.gov>
**Date:** August 27, 2014 at 1:55:34 PM EDT
**To:** Cecile de Jongh <████████@yahoo.com>
**Subject: FW: IBE Rules and Regs.**

---

**From:** John McDonald [mailto:John.McDonald@LGO-VI.GOV]
**Sent:** Wednesday, August 27, 2014 1:55 PM
**To:** John P. deJongh Jr.
**Subject:** RE: IBE Rules and Regs.

Ok I already have Glendina calling him again today to ask for delivery. I will also call.

**From:** John P. deJongh Jr. [mailto:john.dejongh@go.vi.gov]
**Sent:** Wednesday, August 27, 2014 1:53 PM
**To:** John McDonald
**Subject:** RE: IBE Rules and Regs.

Please impress upon him.

**From:** John McDonald [mailto:John.McDonald@LGO-VI.GOV]
**Sent:** Wednesday, August 27, 2014 1:52 PM
**To:** John P. deJongh Jr.
**Subject:** RE: IBE Rules and Regs.

We are hoping to give them to Justice tomorrow if Nissman delivers and I will email you and let you know when we send them out.

**From:** John P. deJongh Jr. [mailto:john.dejongh@go.vi.gov]
**Sent:** Wednesday, August 27, 2014 1:50 PM
**To:** John McDonald
**Subject:** RE: IBE Rules and Regs.

The big question: when will you get it to Justice so I can put an urgent on it? I meet with the AG on Friday and would like to give him a heads-up?

CONFIDENTIAL
ESTATE_JPM016160

**From:** John McDonald [mailto:John.McDonald@LGO-VI.GOV]
**Sent:** Wednesday, August 27, 2014 1:48 PM
**To:** John P. deJongh Jr.
**Subject:** RE: IBE Rules and Regs.

YES

**From:** John P. deJongh Jr. [mailto:john.dejongh@go.vi.gov]
**Sent:** Wednesday, August 27, 2014 1:40 PM
**To:** John McDonald
**Subject:** RE: IBE Rules and Regs.

From Justice to they come to me for approval?

**From:** John McDonald [mailto:John.McDonald@LGO-VI.GOV]
**Sent:** Wednesday, August 27, 2014 1:37 PM
**To:** John P. deJongh Jr.
**Subject:** IBE Rules and Regs.

Follow up on our discussion of this morning. I spoke with Attorney Matthew and she has indicated that Attorney Nissman told her that he was finished with the Rules and Regulations except for one items concerning penalties and fines. Attorney Matthew expects to have the completed rules and regs. Either this afternoon or tomorrow morning and will send them to the DOJ. As soon as she advises me that they have been sent I will let you know.

CONFIDENTIAL
ESTATE_JPM016161