# EXHIBIT 79

**From:** Cecile de Jongh [████████@yahoo.com]
**Sent:** 6/25/2012 8:54:49 AM
**To:** Jeffrey [jeevacation@gmail.com]
**Subject:** Re:

**Importance:** High

No one has been asked to testify.

With warm regards,

Cecile

Sent from my iPhone

On Jun 24, 2012, at 12:08 PM, Jeffrey <jeevacation@gmail.com> wrote:

> Thanks
>
> Sorry for all the typos .Sent from my iPhone
>
> On Jun 24, 2012, at 5:20 PM, Cecile de Jongh <████████@yahoo.com> wrote:
>
>> Is there anything you want me to do re the hearing tomorrow?  I am going to try to find out if anyone from justice has been asked to testify again on Monday.
>>
>>
>>
>> With warm regards,
>>
>> Cecile
>>
>> Sent from my iPhone

CONFIDENTIAL                                                                                                            ESTATE_JPM016427