# EXHIBIT 81

**Date:** Sunday, July 1 2012 11:35 AM
**Subject:** Re: Next steps
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh <[redacted]@yahoo.com>;

thanks, I guess the suggestion that " rusell won't lie ", needs to be rethought.

On Sun, Jul 1, 2012 at 10:49 AM, Cecile de Jongh <[redacted]@yahoo.com> wrote:

I know this was a horrible week and i am really sorry about how things panned out. Not being able to take someone at their word is incredibly frustrating. However, all is not lost and we will figure something out by coming up with a game plan to get around these obstacles. If it is any consolation, Russell screwed John on a signature peace officer bill (which is really important to gun issues in the VI) on the same day as the SORNA bill. He said one thing (multiple times) and did the complete opposite.

We will need to work through Dowe and White to get this accomplished. In the mean time, we will work with Vincent to give the discretion for status quo for you - that's the least he can do.

Enjoy the rest of the weekend.

With warm regards,

Cecile

Sent from my iPhone

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL                                          ESTATE_JPM025227