# EXHIBIT 92

# EDC: Epstein 50% owner of American Yacht Harbor

Red Hook marina one of two Epstein companies to receive major V.I. tax breaks **Page 2**

### Justice: Epstein has complied with sex offender registry, presents 'unique' issues **Page 2**

### New victims come forward as financier makes bid to await trial in N.Y. mansion **Page 2**


Jeffrey Epstein

88th year, No. 24612 — **FRIDAY, JULY 12, 2019** — $1

## The Virgin Islands
# DAILY NEWS
### A Pulitzer Prize-Winning Newspaper

ST. CROIX      ST. JOHN      ST. THOMAS      TORTOLA
CELEBRATING THE PEOPLE, CULTURES AND HISTORY OF THE VIRGIN ISLANDS



# Chairs benched at Coki

Rental beach chairs are neatly stacked as they await customers Thursday morning at Coki Point Beach on St. Thomas. The change from Wednesday, inset, came after V.I. officials spoke with vendors about the pre-placement of chairs that was frustrating some tourists.
Daily News photos by A.J. RAO

**Forde back at Legislature as policy adviser** Page 6

**Adjutant general nominee vows to clean up Guard** Page 5



**Bastille Day tourney and grilled cheese competition**
Inside: 24/7 Island Action

**Serena Williams returns to Wimbledon finals** Back Page

www.virginislandsdailynews.com   Twitter: @VIDailyNews   www.facebook.com/virginislandsdailynews   ISSN 2189-3015


**DID YOUR HURRICANE INSURANCE COMPANY DO YOU WRONG?**
- Not happy with how much money you received?
- Claimed you were under insured?
- Denied parts of your claim?
- Wouldn't give you full money for repairs?

IF YOU SIGNED A RELEASE, THAT IS NO PROBLEM! WE WILL TAKE YOUR CASE AND FIGHT FOR YOU!
CALL THE SPECIAL HOT LINE
(844) 340-ROHN (7646)
Or email info@rohnlaw.com


CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**2** The Virgin Islands Daily News                    **VIRGIN ISLANDS**                    Friday, July 12, 2019

# Epstein owns half of American Yacht Harbor

**By SUZANNE CARLSON**
Daily News Staff

Sex offender Jeffrey Epstein owns half of American Yacht Harbor, one of two companies Epstein has ownership interest in that are currently receiving massive tax breaks from the Virgin Islands government, according to information provided by the V.I. Economic Development Authority.

A multimillionaire financier, Epstein's ownership of the Southern Trust Company, Inc. has long been known. But his 50% ownership of the second EDA beneficiary — American Yacht Harbor, a marina and shopping center in Red Hook on St. Thomas — will likely come as a surprise to many Virgin Islanders.

Shanell Petersen, managing director of marketing for the V.I. Economic Development Authority, provided the Economic Development Commission certificates for both companies Thursday.

Epstein owns 100% of Southern Trust Company, Inc. and 50% of IGY-AYH St. Thomas Holdings LLC, which does business as American Yacht Harbor, according to the certificates.

Epstein's business office for Southern Trust Company is located in American Yacht Harbor.

The other 50% of American Yacht Harbor is owned by Island Global Yachting Facilities, Ltd., which also owns EDC beneficiary Yacht Haven USVI, which operates Yacht Haven Grande on St. Thomas.

American Yacht Harbor is a commercial real estate and marina facility "which leases boat slips and tenant occupied marine and related facilities," according to the certificate.

Thomas Mukamal, CEO of Island Global Yachting, signed off on the American Yacht Harbor EDC certificate as "President" of that company on Oct. 31, 2018.

The agreement entitles American Yacht Harbor to an 81% exemption


American Yacht Harbor in Red Hook, St. Thomas, is filled with boats during the USVI Open/Atlantic Blue Marlin Tournament. Sex offender Jeffrey Epstein owns 100% of Southern Trust Company, Inc. and 50% of IGY-AYH St. Thomas Holdings LLC, which does business as American Yacht Harbor, according to the V.I. Economic Development Authority.

from USVI income tax and a 90% exemption on gross receipts. Those benefits commenced in 2015 and expire in 2025. The agreement also entitles the company to a 90% exemption on excise tax for equipment and machinery. Those benefits commenced in 2017 and expire in 2027, according to the certificate.

The company is also receiving a 90% property tax exemption for American Yacht Harbor, which comprises four parcels in Estate Smith Bay totaling approximately 2.77 acres.

In exchange, the company is required to invest at least $2 million in American Yacht Harbor between Sept. 2, 2017, and Dec. 31, 2019, and employ a minimum of 17 full-time workers, 80% of which must be Virgin Islands residents.

The company must also contribute $2,500 a year to the V.I. Labor Department to develop a database designed to recruit Virgin Islanders living abroad to

move back to the territory for work, pay a minimum of $3,000 annually to the V.I. Board of Education to be placed in the territorial scholarship fund and provide certain benefits to its employees.

In addition, American Yacht Harbor must make a minimum annual charitable contribution of $34,500, no more than 50% of which shall be made in in-kind donations, according to the agreement.

Southern Trust Company, Inc. is a "DSB-Providing extensive DNA database & data mining," according to the EDC.

Former Virgin Islands first lady Cecile deJongh is listed as the company's office manager.

DeJongh has worked for Epstein for at least 13 years, and his criminal prosecution in Florida attracted unwanted negative attention to her husband John deJongh's 2006 gubernatorial campaign.

"I have never even met Jeffrey Epstein, and I have not accepted any campaign donations from him," deJongh said at the time. "I am surprised that I was attacked indirectly that way."

DeJongh went on to win the election and served two terms as governor.

Southern Trust Company's agreement with the EDC, which commenced in 2013 and expires in 2023, includes a requirement to invest a minimum of $400,000 in the company in the first year and stipulations about the number of employees who must be Virgin Islands residents with requirements to "exhaust all recruitment options" in an effort to hire more locals.

The agreement also requires the company to make a minimum annual charitable contribution of $50,000, with 50% of that going to public schools, a $3,000 annual contribution to the territorial scholarship fund, and a $2,500 annual contribution for efforts to recruit Virgin Islanders living abroad to move back to

the territory for work.

In exchange, the company receives a 90% exemption from V.I. income taxes and a 100% exemption from gross receipts and excise taxes.

Epstein signed the agreement on Jan. 24, 2014, as "President" of the company.

Gov. Albert Bryan Jr. was serving as chairman of the Economic Development Commission at the time the agreement was made, and signed off on the certificate on Feb. 5, 2014.

Bryan's Communications Director Richard Motta Jr. said in an email Tuesday that "to the best of my knowledge," the Bryan/Roach campaign did not receive any contributions from Epstein, after V.I. Delegate to Congress Stacey Plaskett called on lawmakers to divest from Epstein.

Plaskett had received $8,100 in campaign contributions from Epstein since 2016, according to the Federal Election Commission, and initially said she would not return the money after Epstein's arrest Saturday.

Plaskett reversed that decision following public backlash and said in a statement issued Tuesday that she would donate an equivalent amount to the Women's Coalition of St. Croix and the Family Resource Center on St. Thomas.

Daily News file photo

---

### Epstein's V.I. companies

**Southern Trust Company, Inc.**
**Ownership:** 100%
**Business:** Provides "extensive DNA database & data mining" and "consulting."
**American Yacht Harbor**
**Ownership:** 50%
**Business:** Red Hook, St. Thomas, marina and shopping center.

---

# Local authorities not currently investigating Epstien

**By SUZANNE CARLSON**
Daily News Staff

The V.I. Justice Department has been monitoring Jeffrey Epstein since 2008 when he became a registered sex offender, but local authorities have never received a criminal complaint that would prompt an investigation in the territory.

"Something has to trigger an investigation," said V.I. Attorney General Denise George.

George said an investigation can only be launched if someone files a criminal complaint or a peace officer observes suspicious activity, and "an investigation is not triggered because criminal activity was occurring in another jurisdiction, or another state."

While at least one individual has said in a civil lawsuit in New York that she was sexually abused at Epstein's

home on Little St. James, George said that information is not sufficient to launch a local investigation.

"It's not based on that type of hearsay, or news reports from another jurisdiction," George said.

If the individual in the case filed a complaint "then an investigation can be opened," George said.

V.I. Police have never filed charges against Epstein, and V.I. Police Commissioner Jason Marsh has not responded to a voicemail asking whether police have received any criminal complaints.

Epstein was required to register as a sex offender following his 2008 conviction in Florida for procuring a person under the age of 18 for prostitution. As a domiciled Virgin Islands resident who maintains his primary home on the private island of Little St. James off the East

See **AUTHORITIES**, page 4

---

## New victims come forward

**By JULIE K. BROWN and DAVID SMILEY**
Miami Herald

MIAMI — At least a dozen new women have come forward to claim they were sexually abused by Jeffrey Epstein even as the multimillionaire money manager tries to persuade a federal judge to allow him to await a sex trafficking trial from the comfort of the same $77 million Manhattan mansion where he's accused of luring teenage girls

into unwanted sex acts.

Following Epstein's arrest Saturday in New Jersey, four women have reached out to New York lawyer David Boies, and at least 10 other women have approached other lawyers who have represented dozens of Epstein's alleged victims in the past.

Jack Scarola, a Palm Beach attorney, said at least five women, all of whom were minors at the time

See **VICTIMS**, page 4

---

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000064834

Friday, July 12, 2019 — VIRGIN ISLANDS — The Virgin Islands Daily News **3**

# Officials lay down the law regarding beach regs

## Crack down on Coki Point Beach vendors

**By A.J. RAO**
Daily News Staff

ST. THOMAS — Rental beach chairs are no longer pre-arranged on Coki Point Beach after complaints from longtime visitors led government officials to reinforce the beach's designation as a "public space."

On Wednesday, officials met with Coki Point vendors at the Department of Sports, Parks and Recreation on St. Thomas, and informed them that beach rules and regulations prohibit the practice of arranging beach chairs before they are rented.

Doing so not only obscures beach views, but obstructs the view of swimmers who may be in danger and prevents visitors who want to bring their own chair from finding a good spot, according to V.I. officials.

"Let's be honest — there's a lot of people who come to the beach who just want to sit in the sand," said Sports, Parks and Recreation Commissioner designee Calvert White, who called for Wednesday's meeting. "I don't want any tourist coming to the island to feel intimidated or required to purchase a chair when they attend our beaches. I don't want to give them that impression."

Before Thursday, visitors wanting to sit in any unobstructed spot on the beach had to pay $5 for a chair; $15 for a chair and umbrella; or $20 for two chairs and an umbrella.

On Thursday morning, the beach was unobstructed and all beach chairs were stacked to the side.

Vendors acknowledged that their employees can no longer approach taxis or safaris on the way to the beach and must wait until the beach-goer asks to rent a beach chair or any other equipment, according to White.

Vendors also acknowledged that they cannot tell residents or visitors that they are not allowed to sit at any specific place on the beach, as the entire beach is public.

"Their rationale was that on busy days when safaris are coming in with loads of people, they want to have the chairs out there ahead of time before the tourists get to the beach," White said. "However, that's just not acceptable. We would rather have them wait until a tourist comes and asks them for a beach chair."

White said he was open to talk with vendors and that it is not his position to "take away any money" from them.

"I know they have bills to pay. I



Daily News photos by A.J. RAO
Rental beach chairs on Coki Point Beach, St. Thomas, were removed and stacked by Thursday morning following a meeting between beach vendors and government officials. A day earlier the chairs were prearranged in rows along the beach, leaving no room for those who want to enjoy the sea without paying.



Rental beach chairs as seen Wednesday morning on Coki Point Beach.

know they have families to feed. But we needed to do this in a respectable way and the rules and regulations need to be followed," he said.

The Daily News reached out to vendor employees this week, but all declined to speak on the record.

Wednesday's meeting was reportedly in response to complaints from longtime visitors like Michigan-based couple Wadad and Jim Kendall, who've enjoyed Coki Point Beach for nearly 20 years.

Earlier this week, Wadad Kendall

> ## "
> Their rationale was that on busy days when safaris are coming in with loads of people, they want to have the chairs out there ahead of time before the tourists get to the beach. However, that's just not acceptable. We would rather have them wait until a tourist comes and asks them for a beach chair.
>
> — Sports, Parks and Recreation Commissioner designee Calvert White regarding vendors placement of chairs at Coki Point Beach

running a business," Wadad Kendall said. "I told [the vendor] that I wanted to see the beach, but his response was for me to take my chair and put it in front of theirs, which meant I would literally be placing my chair in the water."

White said he gave vendors a copy of the beach rules and regulations at Wednesday's meeting.

He reiterated that all public beaches in the territory are under the jurisdiction of the V.I. government and are under the jurisdiction of the Sports, Parks and Recreation Department.

White also dismissed concerns that the beach is split into two jurisdictions, one side belonging to the government and the other to a nearby family.

"The land on the western end is owned by a private family, but they don't own the beach," White said. "They own the land, but the beach is all public property."

Stakeholders and representatives of the Property and Procurement Department, Tourism Department, Department of Licensing and Consumer Affairs and V.I. Police Department were present at Wednesday's meeting.

Other issues addressed included the poor condition of the privately owned parking lot at Coki Point and drug use and availability on beaches.

"We need to respect the rules and regulations of the beach," White said. "And I hope with this stakeholder's meeting, it really hits a mark that we are serious as far as enforcing the rules and regulations of the beach. If they're broken and I have to address it again, then further actions will be taken."

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000064835

**4**  The Virgin Islands Daily News                    **VIRGIN ISLANDS**                    Friday, July 12, 2019

## AUTHORITIES
CONTINUED FROM PAGE 2

End of St. Thomas, and also owns the neighboring cay of Great St. James, the V.I. Justice Department is tasked with ensuring he abides by the territory's sex offender registration requirements.

"Basically, here in the Virgin Islands and also in every other jurisdiction, they will determine a sex offender's duration and his frequency to appear according to what their statutes say the convicted sexual offense will fall under," said Shani Pinney,


Jeffrey Epstein

program manager for the Virgin Islands sex offender registry.

In addition to Little St. James, Epstein owns homes in New York, Paris, Santa Fe and Palm Beach, according to the Florida sex offender registry, and those jurisdictions monitor him under their own laws.

The state of New York, for example, reviews all aspects of an offender's criminal history, Pinney said, and has classified Epstein as a Level 3 sex offender, the most serious category. A judge ordered him to check in with authorities every 90 days, but New York police apparently didn't follow through with that requirement, according to recent news reports.

Under Virgin Islands law, only the final conviction is used to determine which category a sex offender should be monitored under, Pinney said.

The registry is broken down into three tiers, depending on the severity of an offense, and Tier 1 offenders — the lowest-level classification — are required to check in and update registrations annually for a period of 15 years. Tier 2 offenders must check in twice a year for 25 years, and Tier 3 offenders, who have committed the most serious crimes, are required to check in at least once every three months for the remainder of their lives, according to Pinney.

Epstein is classified as a Tier 1 sex offender in the Virgin Islands, and last checked in with the Justice Department on March 15.

Pinney said Epstein has complied with all of his requirements as a sex offender, including notifying the Justice Department every time he

travels to the mainland or leaves the United States.

Sex offenders are required to provide the registrations for all vehicles they own or use for work, including air, land and seacraft, and Pinney said keeping Epstein's online registration current can be tricky because "he frequently changes his vehicles and his vessels."

As of May 6, Epstein's sex offender registration listed 11 vehicles — all black — including a Mercedes-Benz S550, Bentley Arnage, Hummer II, Dodge Caravan, Range Rover, three Chevy Suburbans and three Cadillac Escalades.

When asked why that list did not include any aircraft or boats, Pinney said Thursday she would check and ensure the list is current.

The profile was briefly updated to

include three white boats Thursday evening, before being revised again a short time later. The updated list includes 14 vehicles — including five Chevy Suburbans, Mercedes Benz S550, Hummer II, gray Bentley Mulsanne, a Cadillac Escalade and Range Rover — and a Sea Craft Inc. vessel, make unknown, license number 3254C.

Pinney said the Justice Department also has the registration information for Epstein's aircraft, but the website that hosts the sex offender database doesn't include a drop-down menu option for aircraft, and she would reach out to the company to ensure the information could be added.

"They'd probably never gotten that request," Pinney said. "He's unique. How many offenders own their own aircraft?"

## VICTIMS
CONTINUED FROM PAGE 2

their alleged encounters with Epstein, have reached out to either him or Fort Lauderdale lawyer Brad Edwards.

"The people we are speaking to are underage victims in Florida and in New York. They are not individu-

als whose claims have previously been part of any law enforcement investigation," Scarola said.

The new accusers are surfacing as Epstein's attorneys argue their client is being tried on sex trafficking and conspiracy charges that for the most part were resolved years ago in Palm Beach. His legal team

filed a motion Thursday for pretrial release arguing that Epstein has maintained a "spotless" record since prosecutors in South Florida set aside a federal sex trafficking investigation a decade ago and allowed him to plead guilty to lesser state charges.

Epstein's attorneys want Senior

U.S. District Judge Richard M. Berman to free Epstein from his cell at the Metropolitan Correctional Center in Lower Manhattan and allow him to await trial from the $77 million Upper East Side mansion where prosecutors say he abused dozens of girls from 2002 through 2005.

Epstein, ahead of a Monday bond hearing, has offered to waive extradition rights and put up his Manhattan home and private jet as collateral. He also said he would consent to GPS monitoring, ground his jet, "demobilize" all his cars in

New York and have trustees live in his home. And his brother, Mark Epstein, offered to put up his West Palm Beach home.

But New York prosecutors — who say they found "an extraordinary volume of photographs of nude and partially nude young women and girls while executing a search warrant at his Manhattan residence last weekend — have already argued that he's likely to either flee the country or add to what they say are dozens of victims as young as 14 from New York to Palm Beach.



**SERVICE, DEDICATION, COMPASSION, VALUE.**

We provide a wide range of funeral services including pre-arranged funeral packages, cremation and sea burials. Feel free to contact us today.

3192 ALTONA AND WELGUNST, ST. THOMAS, VI 00802
Tel. (340) 774-1464 • Fax (340) 777-9895
Email: office@hurleydavis.com
www.hurleydavisfuneralhome.com

**Dan Hurley**
HOME for FUNERALS & CREMATION CENTER



**UROLOGICAL CARE LOCALLY ON ST. CROIX**

Dr. Franklin has relocated his St. Croix office to Princesse Health Center and provides the following services:

• Enlarged Prostate
• Urinary Incontinence
• Kidney Stones & Hernias
• Vasectomy
• Urologic Disorders

John R. Franklin, MD, MA
Board Certified Urologist

**PRINCESSE HEALTH CENTER**
**(340) 774-9655**

**ISSN 2159-3019**

Daily News Publishing Co. Inc. owned by VI2N Holdings, LLC publishes The Virgin Islands Daily News daily, except Sunday, Christmas Day and New Year's Day, at 9155 Estate Thomas, Charlotte Amalie, St. Thomas, VI 00802. First class postage paid at Charlotte Amalie, St. Thomas U.S.V.I.

**USPS 144-180**

POSTMASTER, send Form 2579, Notice of Address Change, to: Circulation Director, Daily News, 9155 Estate Thomas, St. Thomas, VI 00802.

## Contact us

**St. Thomas office**
The Daily News
9155 Estate Thomas
St. Thomas, VI 00802
340-774-8772

**St. Croix office**
The Daily News
1115 Strand Street
Christiansted, VI 00820
340-714-9127

# DAILY NEWS
The Virgin Islands
A Pulitzer Prize-Winning Newspaper

**Publisher**
Archie Nahigian
340-714-9105
archie@dailynews.vi

**Managing Editor**
Stephen Cheslik
340-714-9114
scheslik@dailynews.vi

**Executive Editor**
Eunice Bedminster
340-714-9106
ebedminster@dailynews.vi

**Editor At Large**
J. Lowe Davis
340-714-9138
lowedavis@dailynews.vi

© 2019 Daily News Publishing Co., Inc.

**Advertising**
340-714-9103
customerservice
@dailynews.vi

**Announcements**
notices@dailynews.vi

**Circulation**
340-714-9101
circulation@dailynews.vi

**Classifieds**
340-714-2222
classifieds@dailynews.vi

**Legal Ads**
340-714-2222
classifieds@dailynews.vi

**News**
340-714-9108
notices@dailynews.vi

**Opinions**
opinions@dailynews.vi

**Obituaries**
obits@dailynews.vi

**Sports**
340-714-9117
bkiser@dailynews.vi

**Subscriptions**
MAIL, BUSINESS AND RESIDENTIAL DELIVERY:
340-714-9101

**ONLINE SUBSCRIPTIONS:**
dailynews.vi

**SUBSCRIPTION RATES:** One dollar daily. Other subscription rates available on request. The publisher reserves the right to change subscription rates during the term of a subscription with 30 days notice. The notice may be made by mail to the subscriber, by notice contained in the newspaper itself or otherwise. Subscription changes may be implemented by changing the duration of the subscription.

# Nominee says he's committed to 'cleaning up' National Guard

**By A.J. RAO**
Daily News Staff

ST. THOMAS — Adjutant General nominee Col. Kodjo Knox-Limbacker is hoping to foster a "culture of dignity and respect" within the V.I. National Guard, an organization, which, for years, had reportedly taken a blind eye toward sexual misconduct.

On Thursday, Knox-Limbacker appeared before the Senate Rules and Judiciary Committee, where his nomination was unanimously advanced to receive a full body vote.

Lawmakers praised the nominee's "no-nonsense" approach and commitment to "cleaning up" the National Guard, particularly after a federal report showing years of sexual abuse went public in August 2017 and placed the organization under a cloud of suspicion.

"As a commander, I will not tolerate that behavior in my organization — everyone is held accountable," Knox-Limbacker told lawmakers. "Handcuffs are 'one size fits all' from general down to the private. I will work closely with law enforcement agencies to investigate and enforce the law."

Knox-Limbacker said he has already taken steps in that direction, to include hiring a new sexual assault response coordinator, who will work to improve policies, educate the force and "create an environment where service members and their dependents feel confident that they can report a sexual assault without retaliation."

Other steps include sexual harassment and assault prevention classes for all new recruits; greater collaboration with community organizations that deal with sexual abuse; and the hiring of a special legal adviser, who will ensure procedures regarding sexual assault reporting and investigating are followed to the fullest extent.

In regard to the reports of sexual misconduct, Knox-Limbacker emphasized that, to date, they are just allegations and contain no "prosecutable evidence," to warrant an arrest or dismissal.

"I have reviewed all of the informa-

tion provided to me and have yet to have found prosecutable evidence to where we can send anyone to jail," he said. "As a military intelligence officer, I deal in facts — not allegations and not melee. So unfortunately, we're still waiting for hard, prosecutable evidence so we can hold somebody accountable. If we get that, we will hold them accountable. To date, we do not have that level of evidence."

The 83-page federal report by the U.S. National Guard Bureau's Office of Complex Investigations, began investigating the V.I. National Guard after receiving a letter on Aug. 3, 2016, from former V.I. Adjutant General Deborah Howell.

Howell requested that the Office of Complex Investigations send an assessment team to the territory to review "reports of sexual assault and harassment among members of the [V.I. National Guard]; command climate and the impact of informal social organizations on good order and discipline; allegations of irregularities within training/operations; and allegations of fraud."

In April, the Bryan administration provided a copy of the report to The Daily News.

Bryan spokesman Richard Motta Jr., said the governor charged Knox-Limbacker to review the report and develop an action plan to revitalize the National Guard.

Voting to advance Knox-Limbacker's nomination were Senators Novelle Francis Jr., Kenneth Gittens, Myron Jackson, Javan James Sr., Steven Payne Sr. and Janelle Sarauw.

## Other business

The Rules and Judiciary Committee also advanced the nomination for Human Services Department Commissioner nominee Kimberley Causey-Gomez.

The nominee stated that some of the challenges facing her department are low employee morale, the lack of staff for critical programs and the process of restructuring the fiscal office to ensure accurate federal grant reporting and data inputted into accounts.

"I have noticed many fundamental

issues within the department which I believe are a result of years of systemic failures of communication between the multi-levels of management, individual programs and the fiscal office," Causey-Gomez said. "This has been compounded by inconsistencies and turnover in critical positions."

Causey-Gomez indicated that her short-term goals to improve the efficiency are to establish fiscal accountability by remediating outstanding debt, identifying all vacancies funded and unfunded, hiring qualified staff for critical positions and improving employee morale.

Voting in favor of her nomination were Francis, Gittens, Payne, Sarauw and Jackson.

James was the sole nay vote after questioning the nominee's ability to manage grants.

Barnes chose not to vote.

Lawmakers also advanced the nomination of Sports, Parks and Recreation Commissioner nominee Calvert White.

White said his goals are to upgrade the department's website, utilize neighborhood centers to provide after-school programs and launch several initiatives targeting activities for seniors and adults.

Two major challenges following the hurricanes include repairing basketball courts, parks, community centers and open spaces, and fill vacancies within the department.

Voting in favor of his nomination were Barnes, Francis, Gittens, Jackson, James, Payne and Sarauw.

---

## Cruise Ships

| Today, July 12 to Sunday, July 14 | | |
|---|---|---|
| No ships | | |
| **Monday, July 15** | | |
| Carnival Fascination (2,056) | 7 a.m. to 5 p.m. | Havensight |
| **Tuesday, July 16** | | |
| Caribbean Princess (3,142) | 10 a.m. to 10 p.m. | Havensight |
| **Wednesday, July 17** | | |
| Disney Fantasy (4,000) | 6:45 a.m. to 4:15 p.m. | Havensight |
| Symphony of the Seas (6,680) | 7 a.m. to 4 p.m. | Crown Bay |
| **Thursday, July 18** | | |
| Empress of the Seas (1,840) | 7 a.m. to 5 p.m. | Crown Bay |
| **Friday, July 19 to Sunday, July 21** | | |
| No ships | | |
| **Monday, July 22** | | |
| Carnival Fascination (2,056) | 7 a.m. to 5 p.m. | Havensight |
| Freedom of the Seas (4,515) | 8 a.m. to 8 p.m. | Crown Bay |
| **Tuesday, July 23** | | |
| Carnival Breeze (3,690) | 11:30 to 7 p.m. | Havensight |
| Seaside (5,646) | 7 a.m. to 5 p.m. | Havensight |



**kmart**

**29.99 each**
reg. 34.99
**SALE**
**Grey Goose.**
Vodka. 750ML.

OFFER VALID THRU TUESDAY, JULY 16, 2019



**FREE!**
UV COATING
ON EVERY PURCHASE OVER $50
MUST BUY TODD AROUND. RESTRICTIONS APPLY.

**ColorMax**

NEW LOCATION: AL COHEN'S PLAZA BLDG 1, RAPHUNE HILL · 775-1MAX (1629)


**xerox**

**Check out our
ConnectKey® Enabled
MFPs and Printers**

**Executive Office Equipment**
340-776-7399 • 340-692-1399
**www.eoeusvi.com**

**Big Lee Cistern Services**
since 1987
**MAKING THE PATH FOR OTHERS TO FOLLOW**
Building • Sealing • Certified Roof & Wall Coating
Inspection Repairs • High Pressure Washing & Steam Cleaning

**Licensed, Bonded & Insured**
340-775-7797 or 340-690-2927 • www.biggsinternationalvi@gmail.com



st. thomas, usvi

**BRIX**
wine bar & bistro

BRIX \ˈbriks\ noun: a measurement of the sugar content of grapes, indicating the degree of the grapes' ripeness at harvest.

NOW OPEN For Lunch & Dinner!
Port Of Sale Mall, St Thomas • (340) 715-2749

**6**  The Virgin Islands Daily News                    **VIRGIN ISLANDS**                    Friday, July 12, 2019

# Ex-Senator Forde joins Legislature's central staff

**By A.J. RAO**
*Daily News Staff*

Former Sen. Jean Forde has been hired as a senior policy adviser for the 33rd Legislature.

Senate President Novelle Francis Jr. confirmed to The Daily News that the former St. Thomas senator joined the Legislature's central staff on Wednesday.



Jean Forde

His responsibilities include reviewing policy and making the Legislature run more "efficiently and effectively," according to Francis.

"We've had various senators that I've known from time to time that have come back and worked for the Legislature because of their prior experience and their ability to assist in improving productivity," Francis said.

Forde confirmed to The Daily News that he has started his new role, but deferred all questions to Francis' office.

Forde, who was elected to the 31st Legislature in 2015, was voted out of office in 2018. Following his defeat, he told The Daily News that he'd been caught by a strong anti-incumbency streak in the electorate. He also referenced remarks in 2017, in which he said he would not reduce his salary, as another contributing factor.

— *Contact A.J. Rao at 340-714-9104 or email ajrao@dailynews.vi.*

### Christalia Consuelo Sewer Scarborough

We regret to announce the passing of Christalia Consuelo Sewer Scarborough, who died June 29, 2019.

The first viewing will be held Sunday, July 14, from 5 to 7 p.m. The second viewing will be held Monday, July 15, from 8:30 to 10 a.m. at Wesley Methodist Church with services to follow at 10 a.m. Interment is at Western Cemetery No. 1.



Christalia Consuelo Sewer Scarborough

She is survived by her daughter, Debra A. Akins; grandchildren, Robert L. Johnson, Vern Smith, Vernessa Lherisson; great-grandchildren, Ra Shawn L. Johnson, Qai-Lah L. Johnson, Jada L. Johnson, Maya N. Johnson, Evan Marcel Lherisson and Kyla A. Smith; nieces, Erma Sewer, Nadine Lugo, Lorna John-

# Deaths

son; nephew, Vancito Sewer; other relatives, the Johnsons, Sewers, Smiths, Turpins, Lugos, Gunthers; godchildren, Esmee Frazer, Father Antonis, Rona Thomas, Dr. Thelca Bedminister; special friends, Vadis Springette, Bernice Leerdam, Marilyn Fret, Chris Danie, Jennifer Lang, Doreen Bucanhan, Carlo Woods; and many more too numerous mention.

Funeral arrangements are entrusted to Turnbull's Funeral Home and Crematory Services.

### Leon Plaskett Sr.

Relatives and friends are advised of the passing of Leon Plaskett Sr., who died Sunday, May 12, 2019, at Jack Weller Hospital in New York City at the age of 82.

Relatives and friends are invited to attend the funeral service on Thursday, July 18, at Holy Family Catholic Church. The service starts at 10 a.m. with interment at Smith Bay Cemetery.

He is survived by his sons, Leon Plaskett Jr., Lloyd Plaskett (deceased), Darren Plaskett, Kirk Plaskett; daughters, Eu-

lalie Plaskett-Wilson, Lynnel Plaskett-Springer; son-in-law, Harold Wilson; brothers, Victor Plaskett, Carl Plaskett, Turbin Plaskett, Ralph Plaskett, Roy Plaskett (deceased), Raymond Plaskett Jr. (deceased); sisters, Yvonne Plaskett-Brutus, Marlene Plaskett, Phyllis Plaskett-Brooks, Norinne Plaskett-Abramson (deceased); brother-in-law, Claudy Brutus, Matthew Brooks; grandchildren, Michael Plaskett, Lorne Victoria Jr., Shamian Plaskett, Marques Wilson, Darren Plaskett Jr., Javaite Wilson-Burton, Brittney Wilson, Denisha Plaskett; sisters-in-law, Beverly Plaskett, Daalyah Plaskett; and nieces and nephews, Debra Plaskett-Bouyer, Aaron Plaskett, Lisa Plaskett-Price, Claudy Brutus ll, Nicole Plaskett, Amya Liburd, Duane Motta, Ethan Plaskett, Tasha Plaskett, Erin Plaskett, Paul Rivera and Karla Plaskett-Easton.



Leon Plaskett Sr.







# New tropical wave emerges, slight chance it becomes 3rd named storm

## Paying homage to young crash victim



By JOE MARIO PEDERSEN
Orlando Sentinel

While meteorologists have their eyes on the Gulf of Mexico, a tropical wave took shape Thursday morning off the coast of Africa, according to the National Hurricane Center.

The disturbance is moving westward at 20 mph from the Cabo Verde Islands and contains disorganized shower activity.

The wave has a 10% chance of development into a named storm over the next five days.

"It's something to watch, but I don't think this thing has a long term future," said WOFL meteorologist Jayme King. "Much of the modeling for this disturbance doesn't see it surviving due to the wind shear in the atmosphere tearing it up."

The other factor threatening the development of the wave is Saharan dust that stymies tropical development.

Dust "serves as choking mechanism that snuffs waves like this out," King said.

Although as long as the possibility of development exists, meteorologists will keep an eye on the disturbance due to it being in the "main development region," where many notable storms have been produced, such as 2017's Category 5 Hurricane Irma, King said.

## Tropical Storm Barry

A hurricane warning is now in effect for coastal Louisiana as Tropical Storm Barry continued to churn west at about 5 mph, the National Hurricane Center said Thursday.

Forecasters say Barry could cause a "dangerous storm surge" of up to 6 feet. It was about 90 miles south of the mouth of the Mississippi River and about 175 miles southeast of Morgan City, La., with maximum sustained winds of 40 mph. It's expected to dump as much as 25 inches of rain over southeast Louisiana and southwest Mississippi.

"Barry is going to produce a tremendous amount of rain. So, there's a lot of concern about flooding in New Orleans," said WOFL-TV meteorologist Jayme King. "The French Quarter is notorious for having awful drainage. The city is already saturated, and the Mississippi River is already high … We're hoping they get through this OK."

A tropical storm warning was in effect for Lake Pontchartrain and Lake Maurepas including metropolitan New Orleans, as well as the Louisiana coast west of Intracoastal City to Cameron. A hurricane warning was issued for Intracoastal City to Grand Isle, an area which forecasters expect will experience hurricane conditions by tonight or Saturday morning.

"The combination of a dangerous storm surge and the tide will cause normally dry areas near the coast to be flooded by rising waters moving inland from the shoreline," the hurricane center said.

Tornadoes could also be seen in southeast Louisiana, southern Mississippi and the Alabama coast, the center added.

Photo by INOCENCIA BERMUDEZ
A vigil was held Thursday at the Sion Farm Ball Park on St. Croix for Penelope Tutien, 5, who died June 23 in a vehicular accident in Peter's Rest. Penelope participated in a government-sponsored summer camp at the ballpark.







**QUALITY AUTO PARTS**

STOP DRIVING ALL OVER LOOKING FOR PARTS. WE'VE GOT THE LARGEST SELECTION YOU NEED.

MOOG   WAGNER Brake Products

Raybestos   FELPRO

6054 Castle Coakley, Christiansted, St. Croix (Near Sion Farm Gas Station)
**778-5462**
Se Habla Español



**Kingshill FUNERAL HOME**

Uniquely located at 303 Clifton Hill

opposite of St. Croix Central High School Gymnasium
303 Clifton Hill, St. Croix, USVI
**340-773-3310**

Helping families honor the lives of those they love.

**LOCALLY OWNED AND OPERATED**

We are available 24/7, 356 days a year. If you need our services immediately, please contact us at
**340-773-3310.**

Caring and Experienced Professionals await you at Kingshill Funeral Home...

**8** The Virgin Islands Daily News     **VIRGIN ISLANDS**     Friday, July 12, 2019

# St. Croix landfill fire extinguished

By ELLIOTT DAVIS
Daily News Staff

Officials say the fire at the St. Croix landfill — which has been active on and off for weeks — is now out.

V.I. Waste Management Authority spokeswoman Charmin Springer said Thursday that there are presently "no fires" at the Anguilla Landfill, but there is still ongoing "minimal smoldering of the tires."

Springer did not respond to a request for additional details by press time Thursday.

V.I. Fire Service Director Daryl George Sr. had said Wednesday that he was "trying to send another team over there."

George said on July 2 that several different agencies — including the V.I. Police Department, Bureau of Alcohol, Tobacco, Firearms and Explosives, and Federal Bureau of Investigation — were working to investigate who or what started the most recent landfill fire in the early morning hours of June 30.

"We have several reasons to believe it was possible arson," George said at the time.

The Waste Management Authority was notified about the most recent blaze at approximately 3 a.m. June 30, and "upon investigation, the fire was seen coming from several A9 equipment on the premises," according to Springer. A massive smoke cloud could be seen coming from the landfill throughout that day.

# Seashell workshop on St. Croix





UVI Upward Bound students gather materials and supplies prior to creating their own seashell art designs.

Daily News Photos by JOHN GUTIERREZ



Zoraida Jacobs, left, Debbie Worden, third from left, and Upward Bound students Yasmin Payne and Brianna Smith discuss the different types of seashells on display Thursday at the Seashell Museum in the Great Hall at St. George Village Botanical Gardens on St. Croix.

# BBM MANUFACTURING

*Local Producers of RainGuard™ Galvalume™ Roofing*
*Tested & Proven · Since 1988*

*For more information, visit* **bbmfgvi.com**

## AUTHORIZED DEALERS

**ST. CROIX, USVI**
Ka Ma Kris Sales, Inc. | 340-772-0670
Prime Deals Hardware | 340-713-7020
St. Croix Trading | 340-773-1836
UDL Lumber Co. | 340-778-2331

**ST. THOMAS, USVI**
MSI Building Supplies | 340-776-8800
Steel Plus Supplies | 340-777-5855
**TORTOLA, BVI**
Drake's Traders, Ltd. | 284-494-3282

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    

Friday, July 12, 2019      **CARIBBEAN**      The Virgin Islands Daily News   **9**

# Taiwan president heads to Caribbean

The Associated Press

TAIPEI, Taiwan — Taiwanese President Tsai Ing-wen departed Thursday for a four-country state visit to the Caribbean with stops in the United States on the way there and back.

Her delegation is going to Haiti, St. Kitts and Nevis, St. Vincent and the Grenadines and St. Lucia on a 12-day trip. The island nations are among the few that recognize Taiwan instead of China.



Taiwan's President Tsai Ing-wen

Tsai said that she wants to share the values of democracy and perseverance with Taiwan's friends.

"Our democracy has not come easily and now is facing the threat and technological penetration of foreign forces," she said, in a veiled reference to China.

Tsai will also make what her government is calling "two-evening transit stops" in the United States.

Taiwan does not have diplomatic ties with the United States, but the U.S. provides the self-governing island with military and other support. China objects to such support as an interference in what it considers its internal affairs.

In the Caribbean, the delegation will promote sustainable development and look for business opportunities for Taiwanese companies, Tsai said.

Taiwan split from China during a civil war that brought the Communist Party to power in 1949. The rival Nationalists set up a separate government in Taiwan, and Tsai has resisted Chinese pressure to re-unite the two.

# Disabled workers help Haitians who lost limbs in 2010 quake

The Associated Press

PORT-AU-PRINCE — Wilfrid Macena was a welder who built gas station tanks for a living when the devastating 2010 earthquake toppled a wall at the garage where he worked and crushed his right leg.

He was unable to reach a hospital for seven days and his knee became infected, forcing doctors to amputate most of his leg. Several weeks later, he came to an institution run by Haiti's Episcopal Church in downtown Port-au-Prince where a small group of disabled workers were fitting victims with prosthetics and received his first artificial leg.

"It's like I got a brand new life," he recalled, adding that one of the workers at St. Vincent's Center convinced him to join their team, assuring him that it was similar to welding.

In July 2010, six months after the earthquake, he built his first prosthetic — a job that took him three days.

Now, nine years and more than 3,000 prosthetics later, he's still at it, and it takes only four hours. Most of those have gone to people like him who lost a limb in the magnitude 7.0 earthquake estimated to have killed 300,000 or more.

"We're still seeing new patients," he said, adding that an elderly woman who lost both legs in the earthquake recently came by the center. "She wants to move, go to church."

The workers at St. Vincent's Center were all taught by 60-year-old Emmanuel Celicourt, who is unable to speak and has been working at the center for decades. Overall, they have made some 8,000 prostheses since the quake, although now only about 15 percent of people seeking help are earthquake victims.

Macena said being an amputee helps him relate to patients and inspires confidence in them.

"People understand me better than someone who has two legs," said Macena, who also is captain of a soccer team and has taught athletes how to play with crutches.

The center first began providing prostheses in the 1950s, sometimes at no cost depending on the needs of a person, said the Rev. Frantz Cole, spiritual director of the center that operates a school for disabled children, a medical clinic and a brace shop where the prostheses are made.

 

## WE GUARANTEE OUR WORK.

## THOMAS AUTO BODY REPAIR
La Grande Princesse, St. Croix at 5 Corners
**718-2639 • (340) 332-7147**



Cöme get US...

Häagen-Dazs

EVERYDAY MADE EXTRAORDINARY

# 2 for $10

**ST. THOMAS**
Fruit Bowl
Giant Market
Sami's Fresh Mart
Moes' Fresh Market
Plaza Extra Tutu
1st Stop
Pueblo St. Thomas

**ST. CROIX**
Plaza Extra West
Target Gas Station
Gateway Service Station
Karim Service Station
Super Save Supermarket
Amigos Service Station
East End Gas Station
Quickserve Gas Station
Pueblo St. Croix
Sam's Gas Station
WIR Supermarket
Bi-Rite Supermarket
Stop and Shop
G-Max Service Station

Limited Time Offer Available At Participating Retailers Listed Above

    

**NATION**

# Disaster City sees storm warnings every day

**By DAVID MONTGOMERY**
Stateline.org

COLLEGE STATION, Texas — It's a scene of utter devastation.

Smashed automobiles, derailed train cars and piles of rubble are scattered across an apocalyptic landscape. Hard-hatted responders cling to nylon ropes alongside a gutted high-rise. In the distance, an industrial fire sends flames and smoke into an otherwise bright blue sky.

Stretching across 52 acres just west of the Texas A&M University campus, Disaster City clearly deserves its name.

The mock municipality began taking shape in the aftermath of the Oklahoma City bombing in 1995. Now, it is part of Texas A&M's nearly 300-acre Emergency Services Training Institute, which attracts firefighters and other first responders from around the globe.

A brutal surge of violent weather has swept much of the nation this year, underscoring the importance of training centers such as this one. More than a thousand tornadoes have roared across the Midwest, South and Southwest in a year that also has seen costly hailstorms, extreme winds and catastrophic flooding.

"Folks just didn't catch a breather," said Bill Bunting, chief of forecast operations at the National Oceanic and Atmospheric Administration's Storm Prediction Center in Norman, Okla. The more than 1,200 tornadoes recorded as of June 23 aren't the most ever (there were 1,817 in 2004), but this year's total has easily surpassed the average range of 979 for a season.

As forecasters eye the skies with the onset of hurricane season, the Texas facility is a place "where you can exchange best practices and lessons learned so the next generation of first responders … can benefit from the knowledge that has been captured by (those) who learned the lessons the hard way — from experience," Bunting said.

W. Craig Fugate, who headed FEMA during the Obama administration, said "extreme events require a higher level and more expert training" and that the surge in violent weather illustrates "the need to train for these events and make sure the first responders have the skills that are required."

Last year, more than 116,000 responders trained at the institute, coached by instructors who have confronted some of the nation's most horrific moments, from the wake of 9/11 to Hurricanes Harvey and Katrina. The institute operates as part of the Texas A&M Engineering Extension Service, also known as TEEX.

TEEX is the national training contractor for FEMA's 28 urban search and rescue teams. It is also home base



Photo by THE PEW CHARITABLE TRUSTS

Instructor Richard Wier, left, advises New Jersey Transit Police Officer Juan Guallpa as he works to secure a dangling 1,200-pound concrete slab in Disaster City, a training site for first responders at Texas A&M University in College Station, Texas.

> **W. Craig Fugate, who headed FEMA during the Obama administration, said "extreme events require a higher level and more expert training" and that the surge in violent weather illustrates "the need to train for these events and make sure the first responders have the skills that are required."**

for one of the FEMA teams — Texas A&M Task Force 1, which has already been deployed seven times this year.

Texas A&M began building its reputation as a training ground for first responders in 1929 — long before the term "first responder" came into use — when the Texas legislature established a firefighter training program here in College Station.

Under the extension service, the 297-acre training institute encompasses Disaster City, the Brayton Fire Training Field and the Emergency Operations Training Center, which has classrooms and a computer-assisted command post for directing disaster exercises.

While Disaster City resembles a stricken community, Brayton Field presents an array of industrial-scale challenges for firefighters, including an imperiled chemical complex, a ship deck and engine room, a mock airplane and a leaking chemical storage tank.

The training institute employs a workforce of more than 200 to construct the props at Brayton Field and Disaster City.

Disaster City is set up like a typical mid-sized community to give responders diverse challenges. It includes a strip mall, a government building, an office complex, a single-family residence and a theater.

Volunteers or mannequins are typically hidden within the smashed autos, train cars and buildings so first responders, including dogs, can practice search and rescue operations.

One jarring scene features a concrete beam sitting atop a bright yellow school bus and a crushed SUV. The mangled high-rise is missing a wall and displays twisted steel rods protruding through broken concrete. A collapsed indoor parking garage is full of crumpled automobiles.

Suspended from a nylon rope, New Jersey Transit Police Officer Juan Guallpa tries to secure a dangling

1,200-pound piece of concrete — nicknamed "the widow-maker" — as instructor Robert Wier, a retired Fort Worth firefighter, stands nearby offering instructions.

"This has always been what I wanted to do," Guallpa, 32, explains after descending from the rope exercise.

Many of the responders undergoing training at Disaster City are seasoned veterans who display athletic physiques and a dauntless outlook for the task at hand.

Standing 6 feet tall and weighing 210 pounds, Lt. Dennis Wells, another trainee from the New Jersey Transit Police, describes the rope-hanging exercises as an "adrenalin rush" and a "big confidence booster."

Training can run anywhere from one day to 16 weeks. Students typically stay in area hotels or motels since there is no on-site housing.

G. Kemble Bennett, the extension service director during the 1990s, said he came up with the idea for Disaster City after the Oklahoma City bombing spotlighted the need to give Texas an aggressive first responder training program and a top-flight urban search and rescue team.

"The OKC bombing got our attention," Bennett said in an email. "We knew we needed to be prepared."

The training institute's 2018 operating budget was $44 million, mostly from training fees plus $2.3 million

from the state. Director Robert Moore acknowledged that first responder training is a "competitive industry."

"We try to get students from all over the world to come here to our facility," he said. "The more students we bring in, the more revenue we can generate and the more props we can build, the more buildings or classrooms we can build."

All 5,800 members of FEMA's 28 urban search and rescue teams either train here in College Station or use a curriculum that the extension center developed.

The center is also part of the Department of Homeland Security's National Domestic Preparedness Consortium. The congressionally mandated consortium, which includes six other training centers, was formed in 1998 to help communities and regions prepare for catastrophes, including acts of terrorism.

No one understands the importance of precision training more than members of the Texas A&M task force, composed of 80 volunteers from a diverse range of backgrounds.

Since its creation in 1997, the task force has been deployed at least 180 times. Its missions have included nine major hurricanes and emotionally wrenching searches at ground zero after the 9/11 attacks.

The force's leaders recently invited reporters into a cavernous warehouse that included stacks of swift-water rescue boats, command vehicles and a huge cache of equipment.

"You want to do the most good for the most amount of people in the least amount of time," said its director, Jeff Saunders, "so everything we do is geared toward that."

Christy Bormann, the canine training coordinator for extension center, is also a task force volunteer who makes every deployment with Gunny, her gregarious 7-year-old German shorthaired pointer.

In a practice drill, Gunny charges toward a parked truck in response to Bormann's search command, barking enthusiastically after finding a "survivor" (a task force member) hiding underneath.

Hearing the sound of that bark when the search dog finds a real-life survivor is "an incredibly powerful moment," Bormann said.

Despite the obvious perils, those who choose a career based on defying danger seem bonded by both the excitement of the job and a passion for helping others.

"It's a camaraderie, a brotherhood, a family, and you're doing something that is great," said Alex Mandy, a training manager at the Texas A&M site and former Harris County firefighter. "Every person that you get to go help, it's the worst day of their lives. And you can make it better."

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000064842

## The Virgin Islands
# DAILY NEWS
*A Pulitzer Prize-Winning Newspaper*

ST. CROIX        ST. JOHN        ST. THOMAS        TORTOLA

*Founded Aug. 1, 1930, by J. Antonio Jarvis and Ariel Melchior Sr.*
Published by Daily News Publishing Co., Inc.
Archie Nahigian, President

| | |
|---|---|
| Eunice Bedminster, *Executive Editor* | Lisa Jamil, *Advertising Director* |
| Onneka Challenger, *Circulation Director* | Ken E. Ryan, *Production Director* |
| J. Lowe Davis, *Editor At Large* | Juanita Young, *Controller* |

## Sexual predators lurk everywhere — even in the V.I. — so let's be sure our children are safe

A parent's worst nightmare is a sexual predator.

From the time we are little we are taught never to take candy from a stranger.

As we grow older, the list expands of what not to do.

Never take a ride from someone you don't know.

Go to the restroom in pairs.

Never help anyone look for their lost animal alone.

It's a fine line between educating children about bad people, but not frightening them.

Living in a small, tight-knit community, it's easy to believe that these despicable things can't happen to our children. However, the facts are real, there are predators in the V.I.

These people are both strangers and people we know. Their predatory nature and the fear they instill in children makes them hard to ferret out. But make no mistake, they are here.

Having an updated sex offender registry in the V.I. is a must for parents to check out who lives near their children.

These offenders must be monitored without exception. This is something that can't fall through the cracks, because the devastation of their actions has lifelong consequences.

A thief can steal a silver platter, but a child sex offender steals their innocence and soul.

The Virgin Islands attracts many people for the right reason. But our community also attracts some who skulk in to do damage beyond our wildest imagination.



**Maria Ferreras**
Contributing Columnist

**These offenders must be monitored without exception. This is something that can't fall through the cracks, because the devastation of their actions has lifelong consequences.**

We need our community to keep our eyes and ears open. Predators hang out where children play and go to school. If something seems wrong, trust your gut and say something. These offenders don't give up.

To our officials charged with overseeing sexual predators in our community, please check your lists. Make sure predators are where they are supposed to be.

We don't want to be caught off guard with our children at stake.

— *Maria Ferreras is a longtime St. Thomas resident and community volunteer. She can be reached at maria@dailynews.vi.*

### ◆ See Your Views In Print ◆

The Daily News is always interested in publishing local views on topics of general interest affecting the Virgin Islands and its people.  Space limitations do not always allow us to publish all the letters we receive, so we select those we believe will be of the greatest interest to our readers.
**Send Letters, Essays, Halos and Pitchforks, Cartoons
or other original material about local issues of general interest to**
**letters@dailynews.vi**

When I was a kid, the artifacts from the plunder of King Tutankhamun's tomb were on a tour around the country and made a stop in Atlanta near my home town. My mother decided that our whole family, four of my cousins and my grandma had to go see it. This was the '70s when the mystery and mystique of something so exotic and historic was a must-see.

When we arrived at the museum there were a lot of people there. We were in line for hours. When we finally got inside, the exhibit did not disappoint. Everything looked like it was out of a movie. It was amazing. You weren't allowed to take pictures, and yet all these years later I can remember with vivid detail so many things about that day and the things I saw. It was one of those amazing life events that gets burned into your memory.

I'm glad it happened at a time before the technology we have today. The internet and cell phones would have made that a wholly different experience. Seeing that exhibit was magical and memorable because I experienced it by being fully present. We stood around for a little while after we came out, talking to people about what we just saw, and we talked about it at dinner later and on the ride home. It was truly a genuine life moment.

Today, we experience life differently. If we don't photograph it, comment with some sort of witty remark, give it a hashtag and post it on our site or sites of choice, did it really happen? If we don't get hundreds of likes or have it go viral, was it really a worthwhile experience? If we don't create the illusion of living a fabulous life

for others to envy and appreciate, then what is the point of it all? To hear many born and raised during this latest technology leap, it's not about what you can do, it's about what you can document.

What's sad about that is that you can't even trust that what you are being shown is actually real, and you can't trust that the person showing it to you knows what they are talking about.

Take, for example, the experience at the Pura Lempuyang Luhur temple in Bali, one of the most beautiful places on Earth. There are two stone monoliths, known as the Gates of Heaven, that are a big-time tourist attraction and favorite bucket list backdrop for social media posters. One of the prime reasons this is such a sought-after post is the beauty created by the vast reflecting pool in front of the monoliths. Surprise, surprise, guess what? It's all an illusion. No magic, literally an illusion. The reflective lake is actually a mirror held under the lens of your phone by a local you have paid a buck or two to take your picture.

Tourists line up for hours to take the five allowed shots at the site. Many are disappointed that there is no lake, but still take the photo, with mirror trick, and hardly even look at or explore the beautiful grounds of the ancient temple.

This is a growing occurrence as more and more influencers are having their posts revealed to be not quite what they seem. Photo tricks, clever lighting and strategic cropping

# Don't trust the internet

**Or, take Joe Nicchi, who runs the popular CVT soft serve ice cream truck in Los Angeles that sells only chocolate, vanilla or twist ice cream cones for $4. Social media influencers, who often get free stuff in exchange for exposing a good or service to their followers, were requesting free ice cream in exchange for a post on their site. When he was asked to serve an event for 300 people for free, just based on the supposed millions of followers of the combined influencers hosting the party, he made a sign saying influencers pay double.**



**Mariel Blake**

have followers both loving the chance to live vicariously and hating the feeling of missing out or having a life that is ordinary.

Or, take Joe Nicchi, who runs the popular CVT soft serve ice cream truck in Los Angeles that sells only chocolate, vanilla or twist ice cream cones for $4. Social media influencers, who often get free stuff in exchange for exposing a good or service to their followers, were requesting free ice cream in exchange for a post on their site. When he was asked to serve an event for 300 people for free, just based on the supposed millions of followers of the combined influencers hosting the party, he made a sign saying influencers pay double. Nicchi's point was that he couldn't pay his bills with exposure, especially when the validity of those followers couldn't be accurately verified because followers can be purchased and faked.

Between fake images and fake exposure, the age-old adage of "what you see is what you get" is just a throwback saying from days gone by. Like when we say, "What's the 411?" We warn each other and our children especially to be wary about what they see on the internet because it is so easy to manipulate the images and information we see.

Social media and those who have cracked the code of how to get attention and money from living their lives on the internet are tools that have added to our lives and made the world seem smaller. They have also taken from us the joy of just being in the moment, of just seeing what really is, of reaching out to others in a tangible way that can be felt and remembered.

Life is to be lived, in all its imperfect glory, and appreciated based on our own feelings. I know it sounds quaint, but trust me, it works.

— *Mariel Blake is a Daily News columnist. She can be reached at warriorgriotspeaks@gmail.com.*

---

*The Daily News' opinions are expressed only in its editorials.*
*The opinions expressed in columns, letters, cartoons and guest editorials are those of the particular author or artist.*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                          VI-JPM-000064843

# As Dems debate busing, schools slowly desegregate

**By JEFF AMY**
The Associated Press

CLEVELAND, Miss. — This small Mississippi Delta town serves as a reminder that fierce debates over the integration of black and white students are not a thing of the past.

Two rival high schools in Cleveland, one historically black and the other historically white, had to be merged just two years ago after a judge determined that all-black student bodies in the 3,400-student district were illegal vestiges of segregation. It is one of scores of school districts around the U.S. still facing federal desegregation mandates, and the decision followed a fight over the town's segregated schools that dates back to 1965.

The federal government's role in integrating schools came into the national spotlight following an exchange during the 2020 Democratic presidential debate between Joe Biden and Sen. Kamala Harris. The former vice president was attacked for his work as a senator in the 1970s to oppose federally-ordered busing to achieve a racial balance in schools. Harris pointed to the fact that she was a beneficiary of a busing program that allowed her to attend an integrated elementary school in California.

The clash proved to be a stumbling block for Biden's campaign, but the debate's focus on 1970s-era busing — when the practice was at its peak — belied the fact that federally ordered integration efforts still exist in many places.

Joseph Wardenski, the Justice Department's lead lawyer during the 2015 trial, said Cleveland is an example of why school desegregation isn't "ancient history" and said he was surprised at comments made by Biden in the debate that indicated a lack of support for court-ordered busing.

"There is still very much of a role for courts and the federal government to get the job done," said Wardenski, who is now in private practice.

Since Cleveland's consolidated high school opened in 2017, there have been some points of tension, including a pair of lawsuits claiming administrators unfairly altered grade-point-averages to give white students valedictorian and salutatorian honors. But many see the consolidation as progress.


After a weeklong trial in 2015, a federal judge orders the two middle schools and two high schools combined, and in August 2017, the school district began operating a new Cleveland Central Middle School based at the old East Side High, which had been predominantly African American.


Grassy fields border Bayou Academy in Cleveland, Miss., one of two private schools that have a predominately white student body.

"It's better that they brought the schools together as far as having the races interact," said Allison Tyler, whose 16-year-old daughter, Valecia, is black and a junior at the high school.

The district's majority-white school board resisted the merger for several years, despite federal pressure, with some predicting white flight to private schools.

Indeed, the district's white student enrollment has dropped sharply since the 2014-2015 school year, the last before changes were ordered, even though Census figures show Cleve-

land's number of white children has held steady. White enrollment that had been around 30% has fallen three years in a row, to 23% last year, according to reports filed in the case.

The two sons of Carmen Oguz are among the white children who have stayed to attend Cleveland Central High School this fall. Oguz said the family chose to remain in the district, in part because her younger son wanted a more competitive football team. She said she's also happy with the academics.

However, Oguz said that most of her younger son's friends made a different choice on graduating from a magnet elementary school and left the district. "He was definitely in the minority," she said.

Currently, an estimated 150 to 200 school districts nationwide are operating under desegregation orders, according to Erica Frankenberg, a Pennsylvania State University professor, who said nobody keeps a precise count.

Schools in the South are better integrated racially than those elsewhere because of desegregation plans implemented in the 1960s and 1970s. Frankenberg said. And while every district is different, she said "what we can say pretty definitively is that desegregation has been shown to have a wide range of academic and social benefits."

Districts released from court orders have tended to relax their integration efforts, a major factor in the resegregation

of many schools nationwide, according to Sheneka Williams, an associate professor at the University of Georgia.

Communities may support desegregation in the abstract, but "oftentimes, they don't want to shuffle their kids around for racial balance," Williams said.

In districts released from federal desegregation orders, as well as districts that were never under court order, the U.S. Supreme Court has ruled that race can't be used as the driving factor in assigning students to public schools, whether to integrate or segregate them. However, a 2016 Century Foundation report found at least 100 districts and charter schools nationwide have voluntary desegregation plans that work around the ruling by mixing students from families with different incomes or educational levels, factors often associated with race. Those plans may consider race as one factor, using magnet schools or voluntary transfers to try to achieve balance.

Through earlier integration efforts, Cleveland High and its neighboring middle school, once all-white, were by 2011 about half white and half black. But East Side High School and its associated middle school, once all-black by law, remained almost entirely black. The school district and even some African-Americans defended the two sets of schools, pointing to community pride in East Side's athletic teams and traditions.

The district began operating a new Cleveland Central High School based at the former Cleveland High in August 2017. The football team went undefeated that season before losing in the playoffs, and donations are funding an expanded program for high school students to take college classes at neighboring Delta State University.

"It's not as bad as I thought it would be," Valecia Tyler said as she was leaving a summer program one day last week.

But advocates are watching closely. The Rev. Edward Duvall, a Baptist pastor and part of a group of African Americans who pushed for consolidation in the district, advocated for a new high school building that could be symbolic break from the segregated past, and he's disappointed the district chose instead to renovate old buildings.

Photos by ASSOCIATED PRESS

# U.S. Customs clarifies the policy on plane ID searches

**The Associated Press**

WASHINGTON — U.S. Customs and Border Protection is clarifying that airline passengers aren't required to submit to identification checks when getting off planes if there's no law enforcement-related reason.

The new policy directive comes as a result of a settlement in a lawsuit; the documents were obtained by The Associated Press on Thursday.

The lawsuit was filed by passengers who had been on Delta Air Lines Flight 1583 from San Francisco to New York's Kennedy Airport in February 2017, soon after President Donald Trump's initial travel ban. They were told by the flight crew that all the passengers would have to show identification to get off the airplane. They were greeted by two Customs officers when they landed and were forced to wait aboard the plane as each passenger was checked.

The officers were searching, at the request of Immigration and Customs Enforcement, for an immigrant with a deportation order after criminal convictions for domestic assault and other crimes. The person was not identified and was not aboard. The officers didn't tell passengers the search was voluntary, said the American Civil Liberties Union, which represented the passengers in the lawsuit.

It's not uncommon for law enforcement officers to board a plane to apprehend a criminal suspect: Former International Monetary Fund leader Dominique Strauss-Kahn was pulled from a flight out of Kennedy in 2011 to face sex assault charges that were later dropped. But it's highly unusual for authorities to wait outside an airplane and ask for ID from each passenger.

The ID checks happened just a few weeks after Trump's initial travel ban, which sparked mass confusion at airports around the country and had immigration lawyers camped out in places like Kennedy Airport to help stranded passengers.





# President applauds far-right social media provocateurs

**By KEVIN FREKING
and MARCY GORDON**
The Associated Press

WASHINGTON — President Donald Trump used a White House conference Thursday to applaud far-right social media provocateurs even as he conceded that some of them are extreme in their views.

Trump, who has weaponized social media to eviscerate opponents and promote himself, led a "social media summit" of like-minded critics of Big Tech, excluding representatives from the very platforms he exploits.

The president used the event to air grievances over his treatment by Big Tech, but also to praise some of the most caustic voices on the right, who help energize Trump's political base.

"Some of you guys are out there," he told them. "I mean it's genius, but it's bad."

Trump singled out for praise James O'Keefe, the right-wing activist whose Project Veritas organization once tried to plant a false story in The Washington Post. In May 2010, O'Keefe and three others pleaded guilty in federal court to a misdemeanor in a scheme in which they posed as telephone repairmen in San. Mary Landrieu's New Orleans district office.

"He's not controversial, he's truthful," Trump insisted of O'Keefe.

Playing to the friendly crowd in the East Room, Trump was at ease, joking about everything from his spelling in tweets (blaming his thumbs, not his brain, for any mistakes) to his hair (saying the rainy weather at his July 4 outdoor speech at least proved his hair was real.)

"With amazing creativity and determination, you are bypassing the corrupt establishment, and it is corrupt," Trump said. "And you're bypassing the very, very corrupt media."

Earlier Thursday, Trump sent a stream of Twitter messages lashing out at social media companies and the press, familiar targets that resonate with his conservative base.

The meeting represented an escalation of Trump's battle with companies like Facebook, Google and even his preferred communications outlet, Twitter, where he has an estimated 61 million followers. The president has claimed, without evidence, that the companies are "against me" and even suggested U.S. regulators should sue them on grounds of anti-conservative bias.

He announced Thursday that he is directing his administration to explore "all regulatory and legislative solutions to protect free speech and the free-speech rights of all Americans."

And Trump said he is inviting executives from major social media platforms to join him at the White House over the next month or so.

The firms already are under closer scrutiny than ever by regulators and in Congress following a stream of scandals, including Facebook's lapses opening the personal data of millions of users to Trump's 2016 campaign.Regulators at the Justice Department and the Federal Trade Commission are pursuing antitrust investigations of Facebook, Google, Apple and Amazon.

Trump's volley of Twitter messages Thursday had familiar targets — "certain companies," the press and his Democratic rivals. The president predicted, without foundation, the demise of the press and the social media platforms if he loses to a Democrat in 2020.

Among the other conservative organizations participating in the White House meeting were Turning Point USA, a nonprofit; PragerU, short for Prager University, which puts out short videos with a conservative perspective on politics and economics; the Media Research Center; and the Heritage Foundation, a Washington think tank.

# Trump abandons bid to include citizenship question on census

**By JILL COLVIN, MARK SHERMAN and ZEKE MILLER**
The Associated Press

WASHINGTON — President Donald Trump abandoned his controversial bid to inject a citizenship question into next year's census Thursday, instead directing federal agencies to try to compile the information using existing databases.

He insisted he was "not backing down," declaring in a Rose Garden announcement that the goal was simple and reasonable: "a clear breakdown of the number of citizens and non-citizens that make up the United States population."

But the decision was clearly a reversal, after the Supreme Court blocked his effort by disputing his administration's rationale for demanding that census respondents declare whether or not they were citizens. Trump had said last week that he was "very seriously" considering an executive order to try to force the question. The government has already begun the lengthy and expensive process of printing the census questionnaire without it, and such a move would surely have drawn an immediate legal challenge.

Trump's efforts to add the question on the decennial census had drawn fury and backlash from critics who complained that it was political, meant to discourage participation, not only by people living in the country illegally but also by citizens who fear that participating would expose noncitizen family members to repercussions.

Dale Ho, director of the American Civil Liberties Union's Voting Rights Project, and the lawyer who argued the Supreme Court case, celebrated Thursday's announcement by the president, saying: "Trump's attempt to weaponize the census ends not with a bang but a whimper."

Trump said he would be signing an executive order directing every federal department and agency to provide the Commerce Department with all records pertaining to the number of citizens and noncitizens in the country, including the Department of Homeland Security and the Social Security Administration.

The Census Bureau already has access to Social Security, food stamp and federal prison records, all of which contain citizenship information.

Trump, citing Census Bureau projections, predicted that using previously available records, the administration could determine the citizenship of 90% of the population "or more."

But it is still unclear what Trump intends to do with the citizenship information. At one point he suggested it could help states that "may want to draw state and local legislative districts based upon the voter-eligible population." That would mark a change from how districts are drawn currently, based on the entire population, and could increase Republican political power.

Attorney General William Barr said there was disagreement over whether "illegal aliens" can be included for apportionment purposes.

The Census Bureau has stressed repeatedly that it could produce better citizenship data without adding the question.

In fact, the bureau had recommended combining information from the annual American Community Survey with records held by other federal agencies that already include citizenship records.

But Commerce Secretary Wilbur Ross, who oversees the Census Bureau, ultimately rejected that approach and ordered the citizenship question be added to the census.

The American Community Survey, which polls 3.5 million U.S. households every year, already includes questions about respondents' citizenship.



好 運

# SAKI HOUSE

Chinese, Sushi & Thai Restaurant

Excellent Food • Fast Service • Reasonable Prices

Mon-Sat 11am-10pm • Sun 4pm-10pm
Dine-In • Take Out (340) 776-3338

6500 Red Hook Plaza, St. Thomas
(Next to Subway with Sushi Thai sign)

VISA



To All Our Valued Customers
SILVER WORLD
STOREWIDE SALE
20% to 50% Off

Special 3pc Hibiscus Set
Only $50 (While supplies last)

SILVER WORLD
Palm Passage
(across from Amalie Cafe)
(340) 774-3030

    

# Ridgecrest earthquakes caused damage to the earth's crust seen from satellite

**By COLLEEN SHALBY**
Los Angeles Times

LOS ANGELES — Damage to the earth's crust from the 6.4 and 7.1 magnitude earthquakes that struck Southern California last week is visible in a kaleidoscopic satellite image released by NASA.

The Advanced Rapid Imaging and Analysis team at NASA's Jet Propulsion Laboratory in Pasadena, Calif., used satellite data to produce a map showing ruptures and displacements not visible to the naked eye — employing technology that has been developed over the last quarter century. The imagery was acquired on July 8 and compared with data from April 8.

The earthquakes were the largest to hit California in nearly 20 years and were felt as far away as Phoenix and Mexicali, Mexico. The temblors and the thousands of aftershocks that followed did not lead to major structural damage near the Ridgecrest epicenter, but did have residents of nearby Trona, Calif. — worrying about their town's future.

Authorities are investigating whether the death of a man 95 miles away in Pahrump, Nev., was tied to the earthquake. The man was pinned under a Jeep after the vehicle fell off its jacks following the quake.

On the NASA map, each color of the psychedelic-looking image represents 4.8 inches of ground displacement. Linear color lines indicate where an area was cracked open or was disturbed.

It once took a year to obtain such satellite images, as was the case when capturing the impact of the 7.3 magnitude Landers earthquake in the Mojave Desert in 1992.

The Japanese Aerospace Exploration Agency provided the data to produce the map.



Photo by NASA
NASA's Advanced Rapid Imaging and Analysis team created this co-seismic map.

## V.I. Weather Outlook

**Today**
Mostly sunny, isolated showers
**Rain:** 20 percent chance
**Temperature:** Highs up to 88
**Wind:** East around 16 mph

**Tonight**
Partly cloudy, isolated showers
**Rain:** 20 percent chance
**Temperature:** Lows down to 77
**Wind:** East around 16 mph

**Saturday**
Mostly sunny, isolated showers
**Rain:** 20 percent chance
**Temperature:** Highs up to 87
**Wind:** East around 17 mph

**Saturday night**
Partly cloudy, scattered showers
**Rain:** 30 percent chance
**Temperature:** Lows down to 77
**Wind:** East around 17 mph

**Sunday**
Mostly sunny, scattered showers

**Rain:** 40 percent chance
**Temperature:** Highs up to 89

## National Weather Outlook

Forecast for Friday, July 12, 2019
Bands separate high temperature zones for the day.



**Pressure**
H High    L Low
 Showers
 Rain
 T-storms
 Flurries
 Snow
 Ice

**Fronts**
Cold    Warm    Stationary

**NATIONAL SUMMARY:** Barry is forecast to take a turn toward Louisiana and cause heavy rainfall and flooding today and Saturday. Storms will dot much of the rest of the Southeast. Flooding downpours will linger in New England and the lower mid-Atlantic. A few storms will affect the Upper Midwest and Rockies. Most other areas will be dry.

©2019 AccuWeather, Inc.

## Sea conditions
**Virgin Islands and Puerto Rico waters**
A surface high pressure located north of the region will produce moderate to locally fresh easterly winds across the regional waters through at least Saturday. A tropical wave will move south of the area late Saturday night into Sunday, increasing shower and isolated thunderstorm activity.



**Water temperature** At St. John CARICOOS buoy
High: 87.26
Low: 79.34
— Indicates average monthly temperature

**Winds**
10 to 15 knots
**Wave heights**
2 to 4 feet
**Dominant period**
8 seconds

— CARICOOS and National Weather Service

**Sun**
Rise at 5:50 a.m.    Set at 6:59 p.m.

**Moon**
Rise at 3:26 p.m.    Set at 2:14 a.m.

**Since 1985 NATURAL FOOD Grocery & Deli**

Great New Products in our Refrigerators and Freezers
*New, Healthy & Delicious*

**SMOOTHIE MENU**

Mango, Berries, Peaches, Banana, Kale, MacroGreens, Beet, Maca, Bee Pollen, Flax, Hemp Protein, Whey Protein. Lots of Exciting and Delicious Combinations. Refreshing and Bursting with Health & Energy

Mandela Circle, St. Thomas • **(340) 775-3737**

green smoothie    Deli Hours: Mon. - Fri. 8am to 6pm • Sat. 9am to 5pm • Store Hrs: Mon. - Fri. 7:30am to 6:30pm • Sat. 9am to 6pm

# FURNITURE GIANT

## SAVE UP TO 50% Off

**New Arrivals, Bedroom Sets**
**Living Room Sets**
**Dining Room Sets & Mattresses**

Over 30 Mattress Styles Available
Starting from $179
Twin, Full, Queen & King



Panama Jack
Outdoor Furniture
Available

**FOUR WINDS PLAZA • FURNITUREGIANTVI.COM • PHONE 775-3063**

# House Judiciary authorizes subpoenas for Kushner, Sessions and 10 others

**By TODD RUGER**
CQ-Roll Call

WASHINGTON — The House Judiciary Committee authorized 12 more subpoenas Thursday related to its probe of the Trump administration, including subpoenas for former Attorney General Jeff Sessions and the president's son-in-law and White House adviser, Jared Kushner.

Judiciary Chairman Jerrold Nadler said the witnesses are government officials who worked in close proximity to President Donald Trump or those outside the government who have "critical information" related to allegations of obstruction of justice and public corruption detailed in former special counsel Robert S. Mueller III's report released in April.

"We will not rest until we obtain their testimony and documents so this committee and Congress can do the work the Constitution and the American people expect of us," the New York Democrat said at the beginning of the markup.

The committee agreed to an amended resolution by a party-line vote of 21-12.

The threat of additional subpoenas comes as the House has authorized lawsuits to enforce subpoenas against Attorney General William Barr and former White House counsel Don



Rep. Jerrold Nadler (D-N.Y.)

McGahn — but has not taken any court action to do so.

And it comes less than a week before Mueller testifies before the committee about his report, a televised event that Democrats hope will better inform the public about the details in the 448-page document that is thick with legal analysis.

Rep. Doug Collins of Georgia, the Judiciary Committee's top Republican, criticized the action, saying the committee was being run by press release and claiming it was not how congressional investigations are supposed to work.

"Here we are again for another episode of premature subpoena authorizations, brought to you by the Democrats on the House Judiciary Committee," Collins said.

Trump took to Twitter to criticize the committee's moves just ahead of the hearing for not focusing on immigration legislation.

"Now the Democrats have asked to see 12 more people who have already spent hours with Robert Mueller, and spent a fortune on lawyers in so doing. How many bites at the apple do they get before working on Border Loopholes and Asylum," Trump tweeted.

In addition to Sessions and Kushner, the resolution authorizes subpoenas for former White House chief of staff John F. Kelly; former Deputy Attorney General Rod Rosenstein; David Pecker, CEO of American Media Inc., the publisher of the National Enquirer; and Dylan Howard, the editor of the tabloid.

Others are former White House aides Rick Dearborn and Robert Porter; former national security adviser Michael Flynn; former Sessions chief of staff Jody Hunt; political operative Corey Lewandowski and attorney Keith Davidson.

The committee's resolution also authorizes subpoenas for testimony and documents related to the Trump administration's policies related to immigration enforcement on the U.S.-Mexico border when it comes to family separation and child detention.

"Over the past several months we have held hearings and sent letters to the agencies of jurisdiction regarding a series of catastrophic and inhumane immigration policies," Nadler said. "Many questions remain, and it is past time that we hold this administration responsible."



NEED YOUR PASSPORT PHOTO TAKEN?

**HUGHES PHOTO**
Sunny Isle Shopping Center, St. Croix • **(340) 778-6827**



*Low-Price Maintenance*
**& Construction**

| Cistern Cleaning & Repair | Roof Repairs & More |

Call or text 340-344-5469 • dennisvi@yahoo.com



## Vital Records & Statistics Division
## Updated Hours of Operation

The Office of Vital Records and Statistics general office hours are Monday through Friday, from 8:00 am to 5:00 pm. However, please be advised that our **NEW LOBBY HOURS OF OPERATION** are Monday, Wednesday and Friday, from 8:30 am to 3:00 pm. During these times, you may apply for and receive birth and death certificates, as well as avail yourself of other services that we process such as record amendment and establishment of paternity.

Currently, the expected turn-around time is two weeks. Please bear with us as we take measures to improve our service to you our valued customer and do not hesitate to contact us if you have any questions. We are here to serve.

**St. Croix**
Location: Charles Harwood Complex-3500 Estate Richmond, Modular Unit #3 Christiansted, VI 00820

Lobby Hours of Operation:
Monday, Wednesday and Friday, from 8:30 am to to 3:00 pm

Tel#: (340) 718-1311, ext. 3688 or (340) 643-6302

**St. John**
Location: Morris F. De Castro Clinic, B & C Strand Street Cruz Bay, VI 00830

Lobby Hours of Operation:
Monday, Wednesday and Friday, from 8:30 am to to 3:00 pm

Tel #(340) 776-6400 ext. 6014

**St. Thomas**
Location: Dr. John S. Moorehead Municipal Hospital Complex, Bld H. Hospital Ground, Suite 10 Charlotte Amalie, VI 00802

Lobby Hours of Operation:
Monday, Wednesday and Friday, from 8:30 am to to 3:00 pm

Tel #: (340) 774-9000 ext. 4685

 @virginislandsDOH      @USVIDOH      @USVIDOH

**16** The Virgin Islands Daily News

**NATION**

Friday, July 12, 2019

# Alaska Native girl leads animated kids TV show in U.S. first

By RACHEL D'ORO
The Associated Press

ANCHORAGE, Alaska — Princess Daazhraii Johnson grew up eating dried salmon and moose-head soup — foods labeled weird by other kids who had no understanding of her culture and traditions.

Now the Fairbanks woman and other Alaska Natives are presenting their world to a general audience with "Molly of Denali," the nation's first-ever children's series featuring indigenous leads.

The animated show, which premieres July 15 on PBS Kids, highlights the adventures of a 10-year-old Athabascan girl, Molly Mabray. Her family owns the Denali Trading Post in the fictitious community of Qyah, whose residents are both Native and non-Native.

"We have an opportunity with this show, with 'Molly of Denali,' to inform and to show us in a positive and respectful light," says Johnson, creative producer of the series and a member of an Athabascan group, Neets'aii Gwich'in.

Her family has roots in Arctic Village, Alaska, but she grew up all over the state, she says, including summers spent with her grandmother in the Gwich'in village of Fort Yukon.

Native Americans voice the indigenous characters in the series, which is co-produced by Boston-based WGBH and animation partner Atomic Car-


Image by PBS
Molly, voiced by Sovereign Bill, appears in a scene from the animated series "Molly of Denali."

toons in collaboration with Alaska Native advisers and script writers.

Molly is voiced by 14-year-old Sovereign Bill of Auburn, Washington. Bill, who auditioned for the role after hearing about it through a Seattle-based Native youth theater group, is a member of the Muckleshoot Indian tribe in Washington and the T'ak Dein Taan clan of the Tlingit tribe from the southeast Alaska community of Hoonah.

Bill said her mother was deeply touched by one of the stories in the hourlong premiere: a look at Molly's


Photo by ASSOCIATED PRESS
Rochelle Adams, left, an Alaska Native cultural advisor, and Princess Johnson, the creative producer for the series "Molly of Denali" appear at the Alaska Native Heritage Center in Anchorage, Alaska.

grandfather, who left his traditional drum with a friend way back in his youth. Molly goes on to find the friend and drum in another community, using clues in an old photo of her grandfather and his friend to search the internet.

It turns out the grandfather had given up singing along with the drum after he was sent away — as scores of Native children once were — to boarding school, where students were prohibited

from practicing their tribal songs amid language suppression efforts. The story ends with the grandfather reconnecting with those cherished traditions.

Bill said her maternal grandmother also had been sent away to boarding school. Given her family's background, Bill's mother was nearly brought to tears because of the story's "good message," the teen said.

As for Johnson's childhood food favorites, dried fish makes an appearance

in the show. What about moose-head soup? "Not yet," Johnson says with a laugh.

Following the longer premiere, the 30-minute show will run mornings seven days a week, according to WGBH executive producer Dorothea Gillim. PBS ordered 38 half-hour episodes besides the premiere.

Each episode also includes a short video featuring real Alaska Native children living life in a vast state populated by multiple Native groups with their own diverse cultures and languages.

Gillim said she long wanted to do a show featuring a store that's a social center for locals, like a local store of the Rochester, New York-based Wegmans grocery chain was for her growing up in that city. And WGBH co-creator Kathy Waugh always wanted to do one on an outdoorsy girl. The store became a trading post when the creators decided to place it in Alaska after hearing that then-President Barack Obama visited the state in 2015.

"We knew immediately that we needed to partner with Alaska Natives to develop it so that it was truly authentic," Gillim said.

Each episode contains two stories introducing children to various cultures, people and places through Molly, her dog Suki, her Native friend Tooey and African American friend Trini, whose family moved to Alaska from Texas.


Large Pizza one topping for $18.99 — Pizza Hut — Mon-Thurs 11am-10pm • Fri-Sat 11am-11pm • Sun 12noon-10pm — St. Thomas, Fort Mylner • 774-7975

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000064848

# California asks to end plan to drop rat poison on islands

**The Associated Press**

SAN FRANCISCO — Federal wildlife officials were urged Wednesday to withdraw a proposal to drop 1.5 tons of rat poison on remote islands off the coast of California to kill a mice infestation until they address questions on the impact to wildlife.

The California Coastal Commission heard public comment on the U.S. Fish and Wildlife Service plan, which has drawn criticism from local conservation groups. The commission is seeking to determine whether the plan complies with state coastal management rules.

The U.S. Fish and Wildlife Service said in a report presented to the commission in March that a massive house mice population is threatening the whole ecosystem on the rugged Farallon Islands, 27 miles off the coast of San Francisco.

The archipelago is home to the largest seabird breeding colony in the contiguous United States, with approximately 300,000 to 350,000 birds of 13 species, including the rare ashy storm petrels. The islands are also used by marine mammal species for resting and breeding and by migratory birds.

Federal wildlife officials proposed using helicopters to dump 2,900 pounds of cereal grain pellets laced with brodifacoum, an anticoagulant that causes rodents to bleed to death. The substance is banned in California.

Officials acknowledged the plan will kill some seagulls and other species but argue that the benefits of eliminating the invasive species will heal the whole ecosystem.

"The only way to protect these species and allow the ecosystem to recover is 100% eradication of the mice," said Pete Warzibok, a biologist who has worked on the Farallon Islands for more than 20 years.

Critics argued the poison will not only kill the mice, first introduced by ships that stopped in the islands 200 years ago, but also wildlife on



File photo by ASSOCIATED PRESS
Gulls nest near the North Landing area of the Farallon Islands National Refuge, Calif. The California Coastal Commission on Wednesday will hear public comment on a federal plan to drop 1.5 tons of rat poison on the Farallon Islands in an effort to eradicate a mice infestation, a proposal that is drawing criticism.

the island and scavengers that would feed on the carcasses of the poisoned animals.

"These poisons are deadly, they persist in the environment for hundreds of days and they do kill animals," said Alison Hermance, the spokeswoman for the conservation group WildCare.

The commission has no power to veto the plan but before federal officials can proceed, their plan needs approval from the various state and federal agencies.

After a nearly two-hour hearing Wednesday, commissioners said they still have questions on the effect on seabirds and other species. "We haven't been convinced that this is the best and only way to go," Commission Chairwoman Dayna Bochco said.

The commissioners asked federal officials to withdraw the proposal and resubmit it after their questions have been answered.

The project would be implemented in the November-December time period when the mouse population is declining and food stressed, and would occur no sooner than late 2020.



**ENJOY MORE PAY LESS**

AT&T PREPAID

**NEW PLAN**

$25 FOR ONLY PER MONTH After $5 AutoPay discount.

Talk • Text • Data

SAMSUNG GALAXY J2
Regular Price $99.99
**FREE**
Requires activation and payment for new line of service on $30/mo. plan and AutoPay signup.

**NO CREDIT CHECK. NO ANNUAL CONTRACT.**



**ACCESS:** www.wireless.att.com
**CALL:** St. Croix 340-778-6400 • St. Thomas 340-774-0005
**CUSTOMER SERVICE:** 800-331-0500
**VISIT:** St. Croix Sunny Isle Shopping Center • St. Thomas Crown Bay Marina
Kmart (Lockhart Garden Shopping Center & Sunshine Mall)

AT&T



好 運

# CHINA KING
### Chinese & Sushi Restaurant

Excellent Food • Fast Service • Reasonable Prices

Mon–Sun 11am–10pm
Dine-In • Take-Out (340) 776-3333

9800 Buccaneer Mall # 6, St. Thomas
(2 Blocks from SkyRide to Paradise Point "Traway")

VISA   MasterCard   AMERICAN EXPRESS

# Here's a fact: We went to the moon in 1969

**By JEREMY REHM**
The Associated Press

NEW YORK — Fifty years after Neil Armstrong and Buzz Aldrin walked on the moon, some people insist it never happened and was all a big hoax by the U.S. government.

The suspicions arose even as the lunar landing was taking place in 1969, said Roger Launius, NASA's former chief historian. Soon, conspiracy theories that said it was an elaborate, Hollywood-style production created on a soundstage on Earth started to take root.

The notion is treated mostly as a punchline, as in a new commercial for Red Bull. But public opinion polls over the years have consistently shown roughly 5% to 6% of Americans believe the moon landing was faked, Launius said.

Aldrin once ran into one of those people in 2002 and punched him in the face after the man called the former astronaut a liar.

Here's a look at some of the most common claims and how they're explained away:

**CLAIM:** The American flag in photos from the moon looks as if it's flapping in the wind. That would be impossible, since there's no air on the moon.

**THE FACTS:** Rather than let the flag droop, NASA decided to use a right-angled rod to keep it spread out, according to Launius. Armstrong and Aldrin accidentally bent the rod a little bit, making it look as if the flag was in motion. They were also worried that the flagpole was going to fall down after they had twisted it into the ground, so they quickly snapped the photos, capturing the flag while it was still moving, Launius said.

**CLAIM:** No stars show up in the background of any photographs because NASA knew astronomers would be able to use them to determine whether the pictures were taken on Earth or the moon.

**THE FACTS:** The shutter speeds on the astronauts' cameras were too fast to capture the faint light of the stars, astronomer Emily Drabek-Maunder at the Royal Observatory Greenwich in London said. NASA used high shutter speeds to make sure the pictures weren't overexposed from the bright light on the moon.

**CLAIM:** When the lunar module descended onto the moon's surface,

it didn't scatter any dust and didn't leave a crater from the rocket blast that slowed its descent.

**THE FACTS:** In landing on the moon, the astronauts were traveling horizontally for a while, so the thrusters weren't pointed down and wouldn't have kicked up any dust, Drabek-Maunder said. But when the module finally did touch down, "you can see dust actually being thrown up."

As for the lack of a crater, Launius said the astronauts didn't need to use a large blast to slow themselves down, because the moon's gravity is roughly one-sixth that of Earth's. "It was more of a gentle landing," he said.

**CLAIM:** The angle and colors of the shadows in photographs from the moon are inconsistent, suggesting artificial lights were used to illuminate a set.

**THE FACTS:** The many bumps, craters and hills on the moon, along with the various light sources that illuminate it — light directly from the sun, light reflected off the moon's surface and light reflected off the Earth — cause what look like distortions and inconsistencies, Launius and Drabek-Maunder said. Also, the astronauts' cameras had wide-angle lenses that can distort objects.



Photo by NASA

This detail of a July 20, 1969 photo made available by NASA shows astronaut Neil Armstrong reflected in the helmet visor of Buzz Aldrin on the surface of the moon. The astronauts had a camera mounted to the front of their suits, according to the Universities Space Research Association. So rather than holding the camera up to his eye, as we're accustomed to, Armstrong would have taken the photos from near his chest, which is where Armstrong's hands appear to be in his reflection.

**CLAIM:** Armstrong and the lunar module are seen reflected in Aldrin's helmet visor in an iconic photo of Aldrin in his spacesuit on the moon. But there's no sign that either astronaut is holding a camera. So who took the picture?

**THE FACTS:** The astronauts' cameras were mounted on their chests, Drabek-Maunder said. As a result, Armstrong did not have to hold his up to his eye. His hands, in fact, appear to be near his chest in that picture.



# Big Lee Cistern Services
### since 1987
**MAKING THE PATH FOR OTHERS TO FOLLOW**
Building • Sealing • Certified Roof & Wall Coating
Inspection Repairs • High Pressure Washing & Steam Cleaning

**Licensed, Bonded & Insured**
**340-775-7797** or **340-690-2927** • www.biggsinternationalvi@gmail.com

## STOP AND READ IF YOU HAVE ANY JOINT PAIN OR DISCOMFORT!
**Do you suffer from back, knee, shoulder, neck, elbow, wrist, or hip pain?**
*Then call us today... 773-4300*
Chiropractor, **DR. JASON WILLIAMS**, is a leader in resolving joint pain issues.

## WILLIAMS FAMILY CHIROPRACTIC
**773-4300 • 773-9765 • Village Mall, Barren Spot, St. Croix**
**MON & WED:** 7am - 12noon and 2pm - 5pm • **TUE:** Closed
**THU:** 8am - 12noon and 1pm - 4pm • **FRI:** 7am - 12noon • **SAT:** By appointment



**KFC** so good™

## 10 Pieces Special
• 2 LARGE SIDES
$28.99

*Coleslaw, Mashed Potatoes, Thigh & Drumstick Only*

St Thomas
Sub Base Nisky Center
Fort Mylner Shopping Center

St Croix
Orange Grove Golden Rock
Kings Street Frederiksted

Friday, July 12, 2019 **NATION & WORLD** The Virgin Islands Daily News **19**

## Greece: Emergency declared after deadly storm hits resorts

**By COSTAS KANTOURIS**
The Associated Press

THESSALONIKI, Greece — A state of emergency has been declared in an area of northern Greece after a violent storm tore through seaside resorts, killing six tourists. A fisherman, who had been missing, was also found dead Thursday raising the death toll to seven.

The widespread damage wrought by the storm has renewed calls from civil protection experts, environmental groups, and the country's Orthodox Church for a shift in policies to address the impact of climate change on Greece's coastline terrain.

Powerful gales late Wednesday hammered the Halkidiki peninsula snapping trees and power pylons, tossing vehicles and flinging beach lounge chairs into trees, leaving swathes of debris across the coastline.

Authorities said 22 people remain hospitalized, including a woman in critical condition, and more than 100 others received medical attention. Six of the dead were tourists: two each from Russia, the Czech Republic and Romania.

Two of those who died were killed when high winds overturned their recreational vehicle, while an 8-year-old boy and his mother were killed when an outdoor restaurant's lean-to roof collapsed. Another two were killed by falling trees.

The storm occurred nearly a year after a wildfire near Athens killed at least 100 people during a heatwave, and prompted concern over more frequent damaging weather events.

"From now on, these phenomena will occur with increasing frequency, especially in the Mediterranean area which is sensitive to climate change," Efthymis Lekkas, a professor at Athens University's Department of Geology and Geo-environment, who heads a public agency for earthquake and disaster planning, told state-run TV.

"We must definitely adapt our civil protection plans and incorporate updated scientific knowledge and knowhow to deal with these phenomena."

The environmental group Greenpeace called in the government to abandon plans to expand offshore natural gas exploitation and invest in renewable alternatives.

"We know that increased temperatures produce more catastrophic weather events," said Nikos Charalambides, head of Greenpeace in Greece. "We only have a few years left to address our lack of response to climate change."

Greece's Orthodox Church leader, Archbishop Ieronymos, criticized the "indiscriminate use of natural resources that burden the atmosphere and ultimately causes climate change."

The storm in Halkidiki was the first major event to be addressed by the country's new conservative government following a general election Sunday. The army was ordered to help civilian agencies restore power and running water to damaged areas and end road closures and disruptions to rail services.

The Culture Ministry said monasteries at the nearby Orthodox Christian monastic sanctuary of Mount Athos — the easternmost section of the three-finger Halkidiki peninsula — did not suffer any serious damage.

## Man continues legal fight to bring his 'emotional support' pig to parks

**By JESSICA VILLAGOMEZ**
Chicago Tribune

CHICAGO — A Chicago man fighting for his "emotional support" guinea hog to be allowed in the city's parks can continue with part of his lawsuit against the Chicago Park District, a federal judge ruled last week.

In a lawsuit filed against the city and the Park District last year, Kenneth Mayle, 37, alleged that under the Americans with Disabilities Act, his pig Chief Wiggum should be allowed to accompany him in public spaces because he's an "emotional support" animal.

Over the last two years, Mayle alleged in his lawsuit that he and Chief Wiggum have been kicked out of several Chicago parks and beaches, including dog-friendly areas. Mayle has also encountered problems entering restaurants, local businesses and rideshares, he alleged.

Mayle requested in his lawsuit the pig get equal rights given to service animal dogs and miniature horses.

The city and Park District requested the case be dismissed. However, U.S. District Judge Harry Leinenweber, in a response filed July 2, wrote Mayle could continue with the part of his claim against the city and Park District in which he says that the city violated its responsibility to "provide reasonable accommodations to people with disabilities."

The city and the Park District declined to respond to inquiries about the lawsuit, saying they could not comment on pending litigation.





**JUST IN TIME FOR SUMMER!**
**BRAND NEW DAIKIN A/C UNITS**
Now Available for Commercial and Residential Customers!

✓ **DAIKIN**

**SAVE-A-TON · LOWER MONTHLY BILLS · HIGH ENERGY EFFICIENT UNITS**

**COMFORT COOLING AIR CONDITIONING**

- Free Estimates
- Mechanical Contractors
- Sheet Metal

- Fiberglass & Metal Duct Work
- Commercial
- Industrial
- Residential

- New Construction
- Preventative Maintenance Contracts Available
- Indoor Air Quality Maintenance

FREE Estimates

Your Air Conditioning Specialist
**CALL 773-2126**

**PARTS & SALES** | **INSTALLATION** | **SERVICE & MAINTENANCE**

**7AA PETER'S REST CHRISTIANSTED, ST. CROIX**



## OLIVER EXTERMINATING, INC.
Locally Owned & Operated Since 1956

**The Virgin Islands largest and best in Tent Fumigation:**
**Subterranean Termite & Pest Control Service**

FREE Estimates for all
St. Croix Residents!

- Commercial
- Residential
- Industrial

**PESTS don't stand a chance!**

Call TODAY!
**773-1630**



## *IMPORTANT NOTICE*
*from Mt. Welcome Pharmacy*

As a patient, **remember to order your Rx refills Monday - Thursday** if you need any updates to your prescription. Our pharmacist will contact your MD to resolve situations like no refills, expired Rx medications and new Rx's with insurance.

*Best Of 2017*

You may need further assistance to get insurance to pay for these new orders.
Contact us today to find out more.

*Mt. Welcome Pharmacy*

**Two St. Croix Locations:**

2024 Estate Mt. Welcome
**Phone: 719-7283**
Mon - Fri: 8am - 6pm
Sat: 9am - 4pm · Sun: 9am - 2pm

4040 La Grande Princesse
**Phone: 719-7979**
Mon - Fri: 8am - 5pm
Sat: 9am - 1pm · Sun: CLOSED

mtwelcomerx@yahoo.com
**www.mtwelcomepharmacy.com**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000064851

# NATION

## Briefs

### Rough total for Trump's July Fourth extravaganza: $5.4M

WASHINGTON — President Donald Trump's July Fourth extravaganza — featuring tanks, a military flyover, and a Trump speech at the Lincoln Memorial — cost an estimated $5.4 million, according to rough figures Thursday.

Interior Secretary David Bernhardt provided the latest share of costs, $2.45 million for his agency, in a letter to lawmakers, saying his agency pulled money from operating funds for national parks, recreation fees and another source to help fund Trump's Salute to America.

The event included donated fireworks, a military flyover and Trump's speech to a rained-on crowd at the Lincoln Memorial.

Trump announced Monday he would do it all again next year , calling the event "remarkable."

Democratic lawmakers have condemned the extra expenditures for the Independence Day celebration, which came in addition to the traditional concert, fireworks and events held at near the U.S. Capitol.

In addition, the Department of Defense says its costs came to $1.2 million. Despite repeated requests, the Pentagon as of Thursday refused to provide a precise breakdown.

Separately, Washington Mayor Muriel E. Bowser wrote Trump to say the district's costs for Trump's July Fourth event have drained a special fund used to provide security and protect the nation's capital from terrorist threats.

The District of Columbia estimates it spent about $1.7 million — not including police expenses for related demonstrations.

Bowser wrote Trump that the fund will have a $6 million deficit by September, reminding the president that the account was never reimbursed for $7.3 million in expenses from Trump's 2017 inauguration.

### Fearless dog chases bear from neighbor's yard

WEST MILFORD, N.J. — A New Jersey man is promising to give his neighbor's dog a steak for chasing a black bear from his backyard.

Mark Stinziano tells WABC-TV his home security camera captured what happened Tuesday night when the bruin decided to snack on the bird feeder behind his West Milford home.

The video shows the bear pulling down the bird feeder when the neighbor's dog, Riley, races into the yard. Riley slammed into the startled bear, which scrambled to escape.

Riley's owner, Alan Tlusty, says his dog always chases the bear whenever he sees him in the yard.

Stinziano says Riley also checks on his children when they are in the pool.

### ICE deportation crackdown may start this weekend

MIAMI — The Trump administration's deportation crackdown in Miami and several other U.S. cities will begin on Sunday, immigration sources have told the Miami Herald.

The mass deportation efforts were originally slated to start late last month but were delayed after the Herald and other media revealed the agency's plan to arrest thousands of immigrant families. Immigration agents will target Miami, Atlanta, Chicago, Baltimore, Denver, Houston, Los Angeles, New Orleans, New York City and San Francisco

Law enforcement sources told the Herald the operation is expected to be smaller than the previous plan, but that people with deportation orders will still be the target.

ICE said "the agency will not offer specific details related to enforcement operations."

The National Association of Immigration Lawyers, a group of more than 17,000 attorneys, told the Herald it has already sent email alerts to the immigrant families they represent.

### Police: Daughters rode inside inflated pool atop mom's car

A mother in Dixon, Ill., trying to transport an inflated pool from her friend's house to her own Tuesday had her two juvenile daughters ride inside the pool as she drove with it atop her SUV, police said.

Jennifer A. Janus Yeager, 49, has been charged with child endangerment and reckless conduct in connection with the alleged incident, Dixon police said in a news release posted on their Facebook page.

According to police, Yeager was spotted Tuesday afternoon driving a white Audi Q5 west on Illinois Highway 2 just west of Palmyra Road with a blue inflatable pool on the roof and two juveniles inside the pool. Officers conducted a traffic stop on River Lane, just south of Highway 2.

During their investigation, police learned that Yeager drove to a friend's house to inflate the pool and then had her two daughters ride inside of the empty pool to hold it down on their drive home, according to the news release.

She was released after posting bond, police said.

### Rattlesnake, uranium, whiskey found during traffic stop

GUTHRIE, Okla. — Police in Oklahoma say they found a rattlesnake, a canister of radioactive powdered uranium and an open bottle of Kentucky Deluxe whiskey during a traffic stop of a vehicle that had been reported stolen.

The traffic stop happened in Guthrie, about 30 miles north of Oklahoma City. Guthrie police Sgt. Anthony Gibbs told Oklahoma City TV station KFOR that police don't know why



Stephen
Jennings

the uranium was in the vehicle or how it was obtained, though uranium ore can be bought on Amazon.

Gibbs says police also found a gun in the console and a terrarium in the backseat containing a pet Timber rattlesnake.

Gibbs says the driver, Stephen Jennings, was charged with possession of a stolen vehicle, transporting an open container of liquor and driving with a suspended license.

Jennings remains jailed in Logan County.

### TSA says U.S. travelers broke a record over July 4 holiday

WASHINGTON — The number of people screened at airport checkpoints last Sunday set a record as people streamed home after a four-day holiday weekend.

The Transportation Security Administration said Thursday that its officers screened 2,795,014 passengers and airline crew members, barely beating a record set just five weeks earlier, over the Memorial Day weekend.

The top four days and eight of the busiest 10 in TSA history have occurred this year, as airlines report booming travel demand.

TSA says that despite Sunday's record crowds, fewer than 1% of passengers waited 30 minutes or more in checkpoint lines. The agency is telling summer travelers to arrive at the airport two hours before a domestic flight and three hours before an international one.
— *From wire reports*



**Quantum** CT

**Call Us For An Appointment Today!**
**340-692-2882**

Computed Tomography (Cat Scans) & Ultrasounds

✔ ACR Accredited
✔ Cat Scans
✔ Prompt Results
✔ CMS Approved
✔ Professional Staff
✔ Ultrasounds

**Medicare and Most Insurances Accepted**
Sunny Isle Shopping Center, Suite 3B, St. Croix



**We're the FASTEST to get parts on St. Croix!**

Remember to order from NAPA first.

**TRY OUR NEW DEDICATED LINE FOR TEXTING!**

Text Message phone #
**340-642-9956** and one of our customer service reps will reply with item price and availability.




NAPA AUTO & TRUCK PARTS    NAPA KNOW HOW

Castle Coakley Industrial Park, St. Croix • www.napa.vi
**(340) 772-1055**



Since 1985  **NATURAL FOOD** Grocery & Deli

**HEALTH FOOD STORE**

Vitamins, Herbs, Teas, Body Building Supplements, Organic Beauty & Cleaning, Bulk Organic Grains, Beans, Seeds, Fruits & Nuts, Diabetic, Gluten Free & Macrobiotic Foods, Aromatherapy, Oils, Candles, Massage Tools, Books, Incense, Protein Bars & Gifts, Fabulous Deli!

**Lots Of Sales Happening Now!**

**Mandela Circle, St. Thomas • (340) 775-3737**

Deli Hours: Mon. - Fri. 8am to 6pm • Sat. 9am to 5pm
Store Hrs: Mon. - Fri. 7:30am to 6:30pm • Sat. 9am to 6pm

**REGISTRATION NOW OPEN!!!**

St. Thomas/St. John Seventh-day Adventist School
Registration for the 2019-2020 school year
**Monday - Thursday 9am - 3pm**

Late Registration: August 6 - 22

For more details call 340-775-3525 or email lmcbean@northcarib.org
We believe in educating the whole child: mind, body and spirit.
So when it comes to your child's education, make the right choice!
**"Committed to Excellence"**

# Britain says Iranian vessels tried to block tanker in Gulf

By AYA BATRAWY
and AMIR VAHDAT
The Associated Press

DUBAI, United Arab Emirates — The British navy said Thursday it stopped three Iranian paramilitary vessels from disrupting the passage of a British oil tanker through the Strait of Hormuz in a brief but tense standoff stemming from the U.K.'s role in seizing an Iranian supertanker a week earlier.

The incident highlights how fragile maritime security has become through one of the world's most vital energy supply routes as the Trump administration carries out a campaign of maximum pressure on Iran.

Iran recently began breaching uranium enrichment limits set in its 2015 nuclear deal with world powers in response to President Donald Trump's decision to pull the U.S. out of the accord a year ago. He also has re-imposed tough sanctions on Tehran's oil exports, exacerbating an economic crisis that has sent its currency plummeting.

Russia and China, both signatories to the nuclear agreement along with Britain, France and Germany, have called for restraint. Kremlin spokesman Dmitry Peskov said "freedom of navigation should be ensured in the Persian Gulf and the Strait of Hormuz."

Iran's Revolutionary Guard denied any incident had occurred in the strait, saying if it had received orders to seize any ships it would have done so immediately. Iranian President Hassan Rouhani, however, had warned on Wednesday of repercussions for the seizure of the Iranian vessel by Britain's Royal Marines in Gibraltar, off the southern coast of Spain a week ago.

The U.K. said in a statement that the British naval vessel HMS Montrose had been accompanying the commercial ship, British Heritage, through the narrow Strait of Hormuz, a crucial waterway for energy shipments . It said three Iranian vessels attempted "to impede" the ship's passage.

"HMS Montrose was forced to position herself between the Iranian vessels and British Heritage and issue verbal warnings to the Iranian vessels, which then turned away," the statement said.

The HMS Montrose is on a three-year mission at the British navy's support facility in Bahrain, the hub of its naval operations east of the Suez Canal.

U.K. Defense Secretary Penny Mordaunt said the government is concerned by the incident and urged Iranian authorities to de-escalate the situation. She thanked the Royal Navy for upholding international law and supporting freedom of navigation through the Strait of Hormuz.

A U.S. aircraft was in the area at the time of the incident and the military has video imagery, a U.S. official said, speaking on condition of anonymity to discuss security matters. The U.S. 5th Fleet in Bahrain declined to comment on the incident.

## No bones found in two Vatican tombs

**The Associated Press**

VATICAN CITY — The tombs of two 19th-century German princesses were pried open at a tiny Holy See cemetery Thursday and turned out to be completely empty, dashing any expectations they held the remains of a teenager who vanished in 1983 after leaving her family's Vatican City apartment.

Emanuela Orlandi's disappearance is one of Italy's most enduring mysteries, and the opening of the tombs at her family's request was the latest search for possible leads to fail. Instead, the gravesite inspections raised only new questions: what happened to the remains of the two princesses who were buried in the side-by-side tombs in 1836 and 1840, respectively, in peaceful Teutonic Holy Field near St. Peter's Basilica?

"The tombs are empty. We are all amazed," Orlandi family lawyer Laura Sgro told reporters. It was Sgro who had received an anonymous letter suggesting the family check out the tomb in the cemetery where a stone angel holds a scroll reading in Latin "Rest in peace."

Witnessing the tomb's opening along with Sgro, and a technical expert for the Orlandi family was also Pietro Orlandi, whose 15-year-old sister disappeared after she went to her music lesson in Rome on June 22, 1983. The siblings' father worked as a messenger for the Vatican, and the family lived in Vatican City State.

The Vatican said the inspection of Princess Sophie von Hohenlohe's tomb turned up an underground chamber measuring roughly 13 by 12 feet that was "completely empty." Then the stone lid of an adjacent sarcophagus of Princess Charlotte Federica di Mecklenburg was removed and inside "no human remains were found," the Vatican said.

It added that relatives of the two princesses were informed that the tombs of their loved ones were empty.





## Here's how Aflac can help your business:

• An extra layer of protection for your employees
• No direct cost to your company

**TO LEARN MORE ABOUT OFFERING AFLAC TO YOUR EMPLOYEES, CONTACT:**

AMBASSADOR FINANCIAL GROUP
*Warner Riviere*
(340) 77-AFLAC (772-3522)

An Independent agent representing AFLAC



Local Color
"the name says it all"
kipling
Backpacks
School / Fashion / Travel
Waterfront 774-2280 / Havensight Mall 774-3182





**Dr. Regina Flippin** is Board Certified in Foot and Ankle Surgery and provides the most advance techniques to treat:

• Bunions • Hammer Toes
• Ingrown Nails • Heel & Ankle Pain
• Flat Feet • Corns & Warts
• Diabetic Foot Ulcers • Fungal Toe Nails

URBAN FOOT
CARE CENTER

**JOINT COMMISSION ACCREDITED AMBULATORY SURGERY CENTER ON SITE!**

**340-718-FEET AND
340-715-7755**

NOW OPEN ON ST. THOMAS AND ST. CROIX



**Friday, July 12, 2019 • Page 22**

# Lifestyles



# Make your vacation pay your way

Photo by ASSOCIATED PRESS

A surfer walks out of the water after riding waves at dusk at Scripps Beach in San Diego. With hotel and airline loyalty programs, you can take the sting out of this year's travel costs by leveraging those expenditures to pay for next year's trip.

## Loyalty can add up — maybe enough to make next year's trip a reality

**By JUNE CASAGRANDE**
NerdWallet

If you're gearing up for summer vacation, you might be wincing at the cost. Plane tickets, hotels, rental cars, meals and activities can turn any getaway into a financial burden. But what if this year's vacation could pay for next year's, or at least cover a good chunk of it?

Thanks to points and miles, it's possible, especially if you're willing to pledge your loyalty to one or two brands.

### Pick a hotel group

The goal here is to be able to pay for next year's hotel with points you earn this year. The first step? Reserve your 2019 hotel in the same family of hotels you'll stay with in 2020, and sign up for that chain's loyalty program.

Look at hotels in the place where you'll spend your upcoming vacation, note a few you like, then search hotels in the place where you expect to vacation next year. Most will be part of the Marriott, Hilton, Hyatt, IHG, Wyndham, Best Western, Radisson or Choice Hotels

chains. Now pick a 2019 favorite and a 2020 favorite within the same family.

### Pick an airline

The same philosophy applies to your airline: Fly t  his year and earn points toward next year's trip. This can be trickier, though, as a carrier with great fares to your 2019 vacation spot may not be competitive to your 2020 destination — or even an option. And fares frequently change.

Just make your best educated guess. Search for tickets for this year's destination and next year's to see which airlines have the most competitive fares right now. Sign up for that airline's frequent flyer program.

### Apply for two credit cards with big sign-up bonuses

This is where you'll earn the bulk of

See **VACATION,** page 23



**ALLSTAR SERVICES**

**CISTERN SERVICE**
**ROOF COATINGS**
**PROFESSIONAL PAINTING**

**BEST OF MAGAZINE WINNER**
**2013, 14, 15, 16, & 17 !!!**
PLEASE VISIT OUR COMPANY WEBSITE AT
ALLSTARSERVICESVI.COM

**626-5292**

Jeff Thompson - Owner • Serving Clients on St. Thomas



- **BETTER PARKING**
- **BETTER SERVICE**
- **BETTER PRICING**

**ColorMax**
LET US DO IT FOR YOU!

**TAKE IT TO THE MAX!**

NEW LOCATION: AL COHEN'S PLAZA BLDG 1, RAPHUNE HILL - 775-1MAX (1620)

Friday, July 12, 2019 · **LIFESTYLES** · The Virgin Islands Daily News **23**

## VACATION
CONTINUED FROM PAGE 22

points to redeem next year. Credit card sign-up bonuses offer you tens of thousands of hotel points or airline miles after you're approved and meet a minimum spending requirement.

Check the latest credit card offerings for your chosen hotel group and airline, then apply for the ones that best suit you. These cards often come with perks that make travel easier, such as free checked bags or late-checkout privileges.

But proceed with caution: Earning that big bonus typically requires you to spend a minimum of $2,000 to $5,000 on the card in the first three months. Be sure you can meet that requirement, while paying off your balance in full each month to avoid interest charges. And be aware of cards' annual fees, which can eat into the value of the bonus.

If necessary, stagger your credit card applications so you can focus on using one card for three months, then the next card for the following three months, even if it means you can't use one of them on this year's trip. And be sure both cards you apply for are ones you can keep and use regularly, as opening and closing accounts can have an effect on your credit scores.

**Check the latest credit card offerings for your chosen hotel group and airline, then apply for the ones that best suit you. These cards often come with perks that make travel easier, such as free checked bags or late-checkout privileges.**

**But proceed with caution: Earning that big bonus typically requires you to spend a minimum of $2,000 to $5,000 on the card in the first three months.**

**Book your 2019 trip with your new cards**

Travel credit cards can boost your points-earning potential with your chosen airline or hotel group. For example, members of Hilton's Honors program earn 10 points for every dollar spent on a qualifying hotel stay, but booking with a Hilton card can earn an additional 7, 12 or even 14 points per dollar.

The same dynamic applies for airline loyalty programs: You earn miles just for flying, but you can increase those miles substantially by paying for your flight with an airline-branded card. One thing to balance: Airfare tends to spike within two weeks of travel dates, so if this summer's trip is fast approaching, you might need to book flights before you secure a new card.

**Be strategic in everyday spending**

Routine spending can help pay for next year's vacation, too, because travel rewards credit cards generally pay at least 1 point per dollar on anything you buy. Some cards give you a points boost in certain spending categories, like restaurants and gas stations.

Other opportunities include:

• Using your airline or hotel's virtual mall, a web portal where you earn bonus points by shopping at hundreds of big-name retailers.

• Signing up for an airline or hotel's dining rewards program, to enhance your earning potential when you dine out.

If you don't like the idea of a hotel- or airline-branded credit card, you can devise a similar strategy using general travel rewards or even cash-back credit cards. The goal is to maximize the rewards you earn in 2019 so you'll have points to spend in 2020.

**Related links:**

Baffled by points and miles? Let the 80/20 rule guide you

http://bit.ly/nerdwallet-points-miles-rules



Elegant Ladies Dresses, Shoes, Purses, Wedding Gowns, and Accessories

Jane's Boutique on St. Croix

2B Mt. Pleasant, Frederiksted • 719-8574



P.C. LANDSCAPING & WATER DELIVERY

Bush Cutting • Lawn Care • Landscaping • Tree Removal • Excavating Bush Hog • Backhoe Services • Water Delivery • Land Clearing

Frederiksted, St. Croix
18 D Estate Plessen

(340) 778-4091 • (340) 513-8202
Email: yardcare.pc@gmail.com



msi

TIME TO GET ISLAND TOUGH

**Will Your Home Be Ready for Hurricane Season?**

MSI Building Supplies offers the best products and solutions to protect your home from high winds, torrential rain, flying debris and just about anything Mother Nature can throw at you.

**IMPACT STORM WINDOWS & DOORS • SHUTTER SYSTEMS • FASTENERS & ADHESIVES TREATED LUMBER & PLYWOOD • CONCRETE SEALANTS**



ISLAND TOUGH

M-F 7:30AM–4:30PM
Sat 7:30AM–2PM

3814 Crown Bay
St. Thomas, USVI 00802
(340) 776-8800
info@msivi.com

f  msivi.com

# 'Shared living': More people moving in with strangers

**By DAVID LYONS**
Sun Sentinel

MIAMI — For Rob Buscemi, 32, the price was right for living with a total stranger.

At $1,340 a month, Buscemi, a mortgage broker, rents his own bedroom but shares the rest of his apartment in downtown Miami with an accountant, a woman who uses a shared work space in the same building for her business.

Buscemi moved two months ago to X Miami, where each apartment unit can house two to three people, with rent starting at $1,300 a month. Residents can rent new apartments furnished or unfurnished. People who want to live alone can expect rent to start at $1,600.

"We have a full gym and a pool deck and good transportation nearby," Buscemi said. "The price and the amenities I get far outweigh living with a roommate." It also beats the commute from his former home in Boca Raton to Miami-Dade County, which he called "brutal."

But is co-living simply an extension of messy dorm or frat house living?

When that sirloin in the fridge mysteriously disappears, who do you call? And if the roommate turns out to be jerk, are you stuck?

Property Markets Group, which operates X Miami and has just topped off a tower like it called X Las Olas in downtown Fort Lauderdale, says clearly written rules of the road are designed to avoid the chaos of unruly behavior. The building environment, it says, attracts people who truly are adults.

Between upscale living and attractive pricing, the company is betting that more people like Buscemi will opt for the co-living lifestyle, which is starting to take hold nationally and overseas, developers and brokers say.

•••

Besides PMG's projects in Fort Lauderdale and Miami, others are up and running or planned in New York, Chicago, Phoenix, Denver, Los Angeles and San Francisco. PMG also is starting construction on another co-living rental tower near X Miami, a 49-story, 714-unit building at 400 Biscayne Blvd., and has a second tower on the

See **SHARED**, next page



Photo by SOUTH FLORIDA SUN SENTINEL

Residents gather in the lobby area at PMG's X Miami apartments. Property Markets Group has introduced co-living high-rise apartments in South Florida where residents lease their own bedrooms and baths but share kitchens and dining areas.



## Mattress Sale

   

**Low Low Low Mattress Prices**

Twin - $129    Queen - $199
Full - $169    King - $259

**Furniture Plus** • FurniturePlusVI.com • Across from Charlotte Amalie High School • **777-1288**



Voted **Best Trash Removal** on St. Croix

**Professional Services Include:**
- Land Clearing of Any Size Plots
- Concrete Parking Bumpers
- Relocate 20ft and 40ft Container
- Trees, Trash, & Debris Removal
- Building Materials
- Crane Rental • Septic Tank Sales
- General Trucking Services
- Water Delivery Service
- Mulching Service • Free Estimates
- Jackhammer Rental • Tree Stomp Removal

Best Of 2017

# Bates Trucking & Trash Removal

61-61A Castle Coakley, St. Croix • 778-1649 • 277-1054 (Emergency)

*"You Get The Best Rates With Bates, Guaranteed"*



The Virgin Islands
**DAILY NEWS**
A Pulitzer Prize-Winning Newspaper

# Here's My Card

Joe's Generators

**Generator Sales & Service**

Call Joe Today (555) 555-5555

**Feature Your Business Card Every Day In The Daily News!**

Thousands Of Daily Readers Want To Know About Your Business!

**Contact Us Today To Get Started!**
**(340) 714-9103 or**
**CustomerService@DailyNews.vi**

**LIFESTYLES**



## Adam Jacobowitz, MD Comprehensive Ophthalmology and Uveitis

Dr. Jacobowitz is a comprehensive ophthalmologist with special training in the field of ocular inflammation, uveitis, and ocular immunolgy from Johns Hopkins University.

**He is currently accepting new patients in both offices and accept all forms of insurance • Walk-ins are welcome**

OPEN MONDAY THROUGH FRIDAY 8-5 and SATURDAY 9-3 | www.plessenophthalmology.com



**Plessen Ophthalmology**
Comprehensive Eye Care

**St. Thomas**
9000 Lockhardt Gardens
**340-774-2015**

**St. Croix**
3006 Orange Grove
**340-773-2015**

# SHARED

CONTINUED FROM PAGE 24

drawing board next to the one it intends to open next year on Fort Lauderdale's Riverfront.

"The early indicators are great, but we need a larger sample size," said Ryan Shear, managing director of PMG in Miami. Asked what tenants are seeking, he replied, "I think it's price at the end of the day."

Rent in South Florida seem to prove his point.

The average rental price in May was $1,787 in Palm Beach County, $1,914 in Broward County and $1,940 in Miami-Dade County, according to Reinhold P. Wolff Economic Research in Oakland Park. The month before, Broward led the state with an average of $1,900, according to a national survey conducted by Rent Cafe.

Evan Snow, co-founder of Art Fort Lauderdale, said he is thinking about leaving a three-bedroom apartment in Flagler Village and moving into X Las Olas when it opens. The shared living space offers better prices than what he is paying now.

"I'm a big fan of co-working and have become a fan of co-living from what I've seen in New York City," he said.

Single, childless and in his early 30s, Snow said he "can get along with pretty much everybody. I'm on the go. The concept lends itself well with my situation."

•••

PMG says it won't lease a bedroom to anyone unless they pass standard



One of the bedrooms at PMG's X Miami apartments. Property Markets Group has introduced co-living high-rise apartments in South Florida where residents lease their own bedrooms and baths but share kitchens and dining areas. PMG's X Miami also has shared work spaces, fitness centers and other amenities for residents who end up paying less than the going rates for downtown apartments. X Las Olas, a 41-story tower in downtown Fort Lauderdale, will offer the same concept when it opens in January.

Photo by SOUTH FLORIDA SUN SENTINEL

criminal, income and credit checks.

"Everyone signs a code of conduct that outlines basic roommate etiquette," a spokeswoman said. "We facilitate an introductory drink or coffee before move-in to build familiarity before living together."

Incompatible roommates can get a divorce before their leases run out. Those who are unable to live together

can move up to two times with 60 days' notice.

Residents can secure their personal belongings by simply locking their bedroom doors.

Only 20% of PMG's buildings are devoted to its so-called "rent-by-bedroom" program, where everyone has a private bathroom. Most are adjacent to their private bedrooms. Residents share

**Incompatible roommates can get a divorce before their leases run out. Those who are unable to live together can move up to two times with 60 days' notice. Residents can secure their personal belongings by simply locking their bedroom doors.**

the kitchen and dining space.

The other 80% of the units are mostly studios, as well as one- and two-bedroom apartments.

Residents have access to conference rooms, lounge chairs and a fitness studio.

Those renting their own apartments outside the rent-by-bedroom programs can lease the space furnished or unfurnished. All rent-by-bedroom units come fully furnished.

•••

Mitash Kripalani, director of investment services for Colliers International, a real estate service firm, said the concept is "growing significantly in popularity."

He said there is demand among people who want to live in downtown areas near their jobs, local transit and points of interest such as museums, sports arenas and local colleges and universities.

Colliers is assisting with a project across from the University of Miami in Coral Gables where students are sharing living quarters. There, a developer has renovated a 24-unit building on South Dixie Highway and converted it into co-living space where the tenants rent by the bedroom and share

common areas. Prices start at $1,300 a month.

And a company called the Collective from London plans a 12-story co-living operation in Miami's Wynwood section. Company co-founder Reza Merchant told Forbes he's looking to develop 4,500 co-living apartments in the U.S., United Kingdom and Germany.

One of the pioneers in co-working spaces, WeWork, is starting a WeLive co-living concept in 60 to 70 U.S. markets. Kripalani said South Florida is on the company's expansion list.

According to its website, WeLive offers short- to longer-term living options in New York and Washington D.C.

"Whether you're a modern-day nomad who is just stopping by or dipping your toes in the city before taking the big leap, WeLive offers flexible terms to suit your unique schedule," the company says. "Our goal is to make sure you feel right at home, no matter how short or long the stay."

"People are open to it," Kripalani said. "They're Ubering. They're co-working. This niche of co-living is here to stay."



**H TIRE & BATTERY**
Serving St. Croix Since 1964

**FED-UP WITH YOUR BACKYARD MECHANIC?**
Drive on over to HH Tire & Battery.

• Factory Trained Mechanics
• 90 Day Parts & Labor Warranty
• Fast Service • Reliable Repairs

**778-5962** • #4 Estate Pearl, C'sted, St. Croix
East End of Hess road across from Junie's

# Big Lee Cistern Services
since 1987

**MAKING THE PATH FOR OTHERS TO FOLLOW**

Building • Sealing • Certified Roof & Wall Coating
Inspection Repairs • High Pressure Washing & Steam Cleaning

**Licensed, Bonded & Insured**
**340-775-7797** or **340-690-2927** • www.biggsinternationalvi@gmail.com

# Experts talk good (and bad) wedding guest etiquette: Consider going alone and know how much to gift

**By CHRISTEN A. JOHNSON**
Chicago Tribune

If your life is anything like mine, you've been invited to at least six weddings all happening within a four-month span, and you're still trying to plan your own.

And with each couple and their nuptials being unique, questions of what to wear or what to buy or whom to bring as a plus-one can run the gamut.

Esther Lee, senior editor at The Knot, says some of the most common questions she receives from wedding-goers are around gifting and dress code.

Below, Lee shares her expertise on some of the most boggling wedding questions, and offers some savvy ways to stay cool during that midafternoon outdoor ceremony, as well as other quick tips on how to survive this wedding season.

The conversation has been edited for space and clarity.

**Q:** What's the appropriate amount to spend on a gift for a couple? Does it vary depending on if you're a single/dating couple/married?

**A:** Lately, we're seeing a range on how much guests are spending, but it's contingent on each guest and the relationship with the couple. If you're going to a co-worker's wedding, your spend might be



Photo by METRO CREATIVE CONNECTION
There are some simple rules for wedding guests, including following the dress code. Couples put a lot of time into planning their wedding day, so be on time and be present.

less than if it is a family member or best friend. We see couples spend between $100 to $400. Overall,

it does depend on the number of wedding events you're attending. So if you attend the bridal shower

and bachelorette, then your overall wedding gift spend would be less.

**Q:** What are ways to save on a gift — without completely forgoing getting a gift — if you're on a budget?

**A:** So much of that is about putting a lot of thought (into it). Get a more thoughtful gift, even though it's not as expensive. Do gifting early, and pick the lesser and smaller items. If you know other people going to the wedding, go in as a group on a big gift, and you could save money that way.

**Q:** What are some things people should keep in mind to be a good guest during the ceremony and reception?

**A:** Follow the rules. The couple makes a website for a reason. Abide by the dress code. Be on time. Just be a good guest. Those are basics. Couples put a lot of time into planning their wedding day. We highly encourage guests to be present and be there for all of the wedding and reception. There is a lot of work that went in to celebrate the couple's love for the day. It's their journey, and they chose you to be there. Be present.

**Q:** Let's talk about those dress code rules. What does "formal/semiformal" really mean? Do you

really have to abide by the given dress code?

**A:** Guest should always abide by the dress code because it really does lend to the space or the aesthetics of the wedding. Formal suggests less fancy than black tie, which is an after-5 p.m. ceremony, usually held in a nice event space with dresses longer in length. Formal is more scaled back: You can wear a glitzy dress, but it doesn't have to be a gown. For women, statement heels and a fancy clutch are really good for a formal occasion. Men should consider accessories like cuff links or a nice shoeshine. Semiformal means a tuxedo isn't required. In general, it's better to be overdressed than to show up underdressed because you can always remove something. Show up looking really good in support of a couple.

**Q:** Any dress code tips for those attending an outdoor summer wedding?

**A:** Wear breathable, light fabrics like silk or cotton. For men, consider linen suits. It's actually acceptable for men to forgo socks and wear boat shoes or loafers. There are portable fans that attach to your phone and operate on batteries.

It's a nice touch if the couple provides it for the guests.

Stay hydrated. Guests should drink plenty of water the day before, and couples should provide a hydration station.

**Q:** Are there any benefits of coming to a wedding without a plus-one, especially if you're single?

**A:** A lot of singles who meet at weddings end up marrying each other. About 16% of singles connect on the dance floor somehow before they start dating, according to our data, so you might meet your future significant other.

**Q:** Anything else you think people should know?

**A:** Overall, the biggest thing, as a guest, is gift off the registry. Follow the rules.

If the couple is asking you to be there, be present, be supportive. The last thing a couple needs is a snarky wedding guest. They need the love and support of gracious friends and family members.



# GALLOWS
## BAY HARDWARE
St. Croix's #1 Value Leader

5020 Anchor Way, Gallows Bay Marketplace

# 340.773.1034

Paint • Plumbing • Kitchen • Electrical
Hardware • Building Materials • Houseware
Power Tools • Stationeries • Garden Center
And So Much More

## NOW CARRYING THE FULL LINE OF...


**SIMPSON**
**Strong-Tie**



**YOU CAN TRUST T SHIRT1**
TSHIRT1.COM
More than just printing!

T SHIRT 1
www.tshirt1.com

FOR FAST, HIGH QUALITY PRINTING

FREE TO YOUR DOOR DELIVERY!

FAST • FRIENDLY • PROFESSIONAL SERVICE • HIGHLY TRAINED STAFF • NO WASTE ON ISLAND

• WE CAN CUSTOMIZE A WIDE RANGE OF PRODUCTS •
T-SHIRTS • CREW NECKS • POLOS
DRI FIT • HOODIES • HOOD ZIPS
SWEAT SHIRTS • SWEAT PANTS
HATS • SHOPPING BAGS & MORE!

**T SHIRT1**
CUSTOM SCREEN PRINTING & EMBROIDERY
1-340-715-9701 • SALES@TSHIRT1.COM

## 148th British Open | Royal Portrush Golf Club, Northern Ireland

# Mix of mystery, excitement for Open's return to Royal Portrush

**By DOUG FERGUSON**
The Associated Press

Graeme McDowell winning the 2010 U.S. Open at Pebble Beach was a source of pride for Northern Ireland. Rory McIlroy winning the U.S. Open at Congressional the following year with a record score was a source of hope.

And then a month later, Darren Clarke became the first Ulsterman in 64 years to raise the silver claret jug.

In a span of six majors, three champions came from a small country in the United Kingdom known for its castles, coastal links and three decades of religious and political violence known as "The Troubles."

What began as a question — "Could the British Open return to Royal Portrush?" — became a drumbeat until organizers found a way to make it work.

Golf's oldest championship returns to the Dunluce Links of Royal Portrush for the first time since 1951, the only occasion in 159 years that the British Open was not held in Scotland or England.

"I didn't see it getting big enough or sophisticated enough to host an Open," said David Feherty, who grew up in Northern Ireland and makes his return as part of the NBC Sports broadcast team. "It's just extraordinary what they've done."

The response to Royal Portrush hosting the British Open on July 18-21 for the first time in 68 years has been a combination of excitement and mystery.

The championship was a sellout 11 months ahead of time. The Royal & Ancient Golf Club decided in April to provide an additional 15,000 tickets for tournament days, and those were snatched up quickly. That means more than 200,000 spectators for the competition days of the 148th Open.

And that should come as no surprise. Royal Portrush hosted


Photo by ASSOCIATED PRESS
A member of the grounds staff waters the greens on the Dunluce Links course at Royal Portrush Golf Club in Northern Ireland. The British Open will be played at Royal Portrush, the first time the tournament has been played there since in 1951.

the Irish Open in 2012 and drew 112,000 fans over four days, a European Tour record.

"I believe big-time sport needs big-time crowds," R&A chief Martin Slumbers said. "We're certainly going to get that."

And what will they see? That's the mystery.

The vast majority of the 156-man field — only 21 players were at the 2012 Irish Open — will be competing on the Harry Colt design for the first time. That included Francesco Molinari, the defending champion who will try to become the first back-to-back winner since Padraig Harrington in 2007-08.

Clarke still had possession of the claret jug when he returned to Portrush for the Irish Open and was paired with Molinari.

"Being paired with Darren the first round, it was something I still remember," Molinari said. "So I can only imagine what the Open is going to be. It is going to be even bigger, going back to Northern Ireland after so many years. Defending is always special, but defending in a place where the tournament has not been for so long I'm sure is going to be extra special."

There have been a few changes. To make it a large enough stage for the

British Open, the R&A with approval from the club changed the routing. Martin Ebert, who consults on a halfdozen links in the Open rotation, took land from the Valley Links to build two new holes, Nos. 7 and 8. The original 17th and 18th holes are now used for the tented village. The nature of the links hasn't changed.

There are fewer bunkers than at most links courses because the contours and cliffs and dunes serve as a reasonable defense.

The 16th hole is "Calamity Corner," where a shot over the ravine on the 236-yard par 3 that falls to the right could wind up 50 feet below the green.

Brooks Koepka will try to extend his amazing run in the majors — two victories and two runner-up finishes in the last four majors. He has never fared particularly well in links golf, which might be all the motivation he needs.

The Americans, meanwhile, will try to go for their first sweep of the majors since 1982, when Craig Stadler won the Masters, Tom Watson won the U.S. and British Opens and Raymond Floyd won the PGA Championship.

Until then, the intrigue is Royal Portrush.

"It's been a long time in the making," McIlroy said. "And obviously, everyone over there is so excited."

## Golf Roundup

**Diaz shoots 62 to take John Deere Classic lead**

SILVIS, Ill. — Roberto Diaz shot a 9-under 62 on Thursday to take the first-round lead in the John Deere Classic.

Playing in the final group of the day off the first tee, the 32-year-old Mexican player birdied four of the first holes, eagled the par-5 10th and birdied three of the last five in the bogey-free round at TPC Deere Run. He took the lead with a 12-foot birdie putt on the par-3 16th.

Diaz is winless on the PGA Tour.

Adam Long and Russell Henley were two strokes back.

Martin Laird was another stroke back at 65 with Ryan Palmer, Andrew Landry, Vaughn Taylor, Zack Sucher and Ryan Blaum.

**Sharp, Chun share Marathon Classic lead**

SYLVANIA, Ohio — Alena Sharp of Canada and Youngin Chun of South Korea shared the Marathon Classic lead at 7-under 64 on Thursday, a stroke ahead of Stacy Lewis and three others at Highland Meadows Golf Club.

The 38-year-old Sharp, winless on the LPGA Tour, had eight birdies and a bogey.

The 19-year-old Chun, also seeking her first LPGA Tour victory, had a bogey-free round.

Lewis won the last of her 12

LPGA Tour titles in 2017. She was born in nearby Toledo and has an endorsement deal with Marathon Oil.

Azahara Munoz, Caroline Masson and Jenny Haglund matched Lewis at 65.

Lexi Thompson was at 66 with U.S. Women's Open champion Jeongeun Lee6, Carlota Ciganda and Clariss Guce.

**Stricker lead suspended Senior Players tourney**

AKRON, Ohio — Steve Stricker topped the Bridgestone Senior Players Championship leaderboard at 5 under with a hole to play Thursday when the first round was suspended for the day because of lightning.

Coming off a victory two weeks ago in the U.S. Senior Open at Norte Dame, Stricker had a hole-in-one on the 184-yard, par-3 seventh at Firestone Country Club — the longtime home of a World Golf Championships event and previously the World Series of Golf.

Stricker is seeking his third straight major victory on the PGA Tour Champions, a run that began with the Regions Tradition. He's playing the 50-and-over event instead of going for a fourth victory at the John Deere Classic on the PGA Tour. Play was suspended at 12:55 p.m., and called for the day at 4:30 p.m.

*— The Associated Press*


**Quality Tires At Affordable Prices**

**TIRE XPRESS**

**34A La Grande, Princesse, St. Croix**
**718-5525**


*Where We Express Your Emotions Through Flowers!*

**FOREVER FLOWERS**

**WHOLESALE AND RETAIL**

All major credit cards accepted and worldwide deliveries.
Frenchtown Plaza, St. Thomas
Across form the Frenchtown Post Office

**(340 774-9370**
www.flowers.vi

Call us today for your Customized Wedding Package!


**xerox**

**Check out our ConnectKey® Enabled MFPs and Printers**

Executive Office Equipment
340-776-7399 • 340-692-1399
www.eoeusvi.com


**LOOKING FOR A HOME?**

**I CAN HELP**

**340-773-1048**

**YVONNE TOUSSAINT, ESQ.**
**REALTOR®**

info@remax-stcroix.com
www.remax-stcroix.com

**RE/MAX**
Outstanding Agents.
Outstanding Results.

RE/MAX St. Croix #5 Co. St., C'sted | Each Office is Independently Owned & Operated

**28** The Virgin Islands Daily News | **SPORTS** | Friday, July 12, 2019

## MLB Roundup

### Rangers 5, Astros 0

ARLINGTON, Texas — Lance Lynn matched his season high with 11 strikeouts in seven stellar innings for his major league-best 12th victory as Texas beat AL West-leading Houston in the only game Thursday night when Major League Baseball resumed after the All-Star break.



Lance Lynn

Lynn (12-4) won his fifth consecutive start, and is 8-1 over his last 10 starts. He scattered six hits (five singles and a double) and walked two while throwing 75 of 110 pitches for strikes.

Astros lefty Framber Valdez (3-5) didn't make it out of the first inning, when Texas jumped ahead with four runs.

Houston (57-34) still has a seven-game division lead over Oakland, with the Rangers (49-42) eight games back in third place.

Lynn, who signed a $30 million, three-year free agent deal over the winter after pitching for Minnesota and the New York Yankees last year, is 8-0 with a 3.90 ERA in 10 home starts for the Rangers.

The big right-hander has thrown at least 100 pitches in 10 consecutive starts, the second-longest streak in the majors this season — Washington's Max Scherzer had 12 consecutive games with at least 100 pitches earlier this season.

*— The Associated Press*

# Competitive NL Central in for taut 2nd half with five teams in the mix

**By WILL GRAVES**
The Associated Press

PITTSBURGH — Joe Maddon didn't let the free time created by a rare ejection go to waste.

Shortly after getting tossed by home plate umpire Joe West on July 4 following an outburst in which the Chicago Cubs manager appeared ready to take on any and all comers from the Pittsburgh dugout after taking exception to the way the Pirates kept pitching up and in to his players, Maddon retired to the visiting manager's office at PNC Park. He eased into a chair, opened a bottle of wine, flipped on the television and watched his wildly uneven team put the finishing touches on an 11-3 victory that avoided a four-game sweep.



Joe Maddon

Veteran move. Opportunities to relax over the next two-plus months will be scarce in the most competitive division in the majors.

The National League Central enters the second half with the first-place Cubs and last-place Cincinnati separated by just 4½ games, an outlier during an otherwise yawn-inducing first half in which five divisions reached the All-Star break with at least a 5½-game gap between first and second.

There are no front-runners in the NL Central. No room to breathe either, something Maddon saw coming long ago.

"I've been talking about this for the last two years how teams are getting better in our division," Maddon said. "It's not going to go away. It's going to be really difficult to really separate,

especially by the fact that everybody is catching up right now. The second half is going to be very similar to what you've seen in the first half."

That's exactly what the Reds had in mind when they retooled over the winter in an effort to stop a streak of four straight 90-loss seasons. Cincinnati upgraded its starting rotation over the winter, added swagger when it acquired outfielder Yasiel Puig from the Los Angeles Dodgers and overcame a shaky 1-8 start to stay within striking distance in a division in which sustained momentum has been nonexistent.

"We're in it," Reds second baseman Scooter Gennett said. "It's pretty close, pretty tight. There's plenty of time to make a run."

Maybe, but that will require one team in the Central finding a way to get the better of the other four on a consistent basis. That didn't happen in the first half. Milwaukee is the only NL Central team with a winning record within the division (24-18) but has been unable to create any separation.

"It doesn't make me comfortable that we've been spotty," Brewers manager Craig Counsell said. "The division, we haven't, nobody has jumped out. Somebody will. It almost has to happen that some team is going to start playing really well. Nobody has dug a hole for themselves, and I think every team feels good about that in our division for sure."

First place, after all, is only a week-long hot streak away. Not so much in the NL West, where the Dodgers have smashed their way to a 13½-game lead; or the NL East, where Atlanta's young core has given the Braves a healthy six-game cushion over Washington.

And leaves each team with some interesting decisions to make as the trade deadline approaches.

The resilient Pirates entered the

break just 2½ games behind the Cubs despite having 80% of its starting rotation spend time on the injured list at some point. All-Star first baseman Josh Bell's breakout season has helped. So has the impact of rookie outfielder Bryan Reynolds and rookie infielder Kevin Newman.

"Each of us has our flaws, but there's a deep level of talent in this division, and you do, you have five teams that their ambition is to make the postseason," Pittsburgh general manager Neal Huntington said. "That's not the case in some of the other divisions. That's not criticism. Teams cycle in and cycle out. It's part of the industry. It's part of the game. It's been part of the game for decades."

So have pennant races. The Central's figures to go right down to the wire as it did a year ago, when Chicago and Milwaukee needed a 163rd game to determine a division winner. The Brewers emerged and eventually reached the NL Championship Series. The Cubs had to settle for a wild-card berth.

There may not be any sort of consolation prize for the runner-up this time around. The four teams running behind Chicago are as close to the division lead as they are to the second wild card, leaving all five clubs potentially vying for one postseason spot.

It's why Maddon — whose job status is tenuous at best just three years removed from leading the Cubs to their first World Series victory in more than a century — wants his players to buckle up and block out the noise.

"You have to circle the wagons at some point," Maddon said. "Because today's world, the way the speed of information and the way it's generated and the vitriol that's carried with it and the promotion of vitriol, you've got to get beyond that at some point and you have to insulate yourself."

---

## Major League Baseball Notebook

### Wife: Ortiz recovering from third surgery after shooting

BOSTON — Former Red Sox slugger David Ortiz is recovering from a third surgery after experiencing complications resulting from his gunshot wound.

Ortiz's wife, Tiffany, says in a statement Thursday that he is "recovering well and in good spirits." He had the surgery earlier this week at Massachusetts General Hospital.



David Ortiz

Ortiz was shot in the back at a bar in the Dominican Republic last month.

Dominican police have said he was mistaken for another man who was sitting near him at the club.

Police say a suspected drug trafficker offered to pay $30,000 for the shooting.

Police say they've arrested 14 people in the case, including the suspected gunman, and are searching for others.

### Marinsick suspended for plate collision with Lucroy

ARLINGTON, Texas — Houston Astros outfielder Jake Marisnick has been suspended for two games by Major League Baseball after his violent home plate collision with Los Angeles Angels catcher Jonathan Lucroy.

The suspension was announced Thursday. Marisnick also was fined.

Lucroy was carted off the field last

Sunday after the collision at the end of the eighth inning of a game at Houston the Astros won 11-10 in 10 innings. The Angels catcher sustained a concussion and broken nose.

Marisnick was called out for colliding with Lucroy and the call was upheld after a crew chief review.

Marisnick said afterward that it was a "bad play" and that he hoped Lucroy was OK. He also posted on his Twitter later that he "made a split second decision at full speed" and he felt awful that another player got hurt.

### All-Star Game television rating sets record low

NEW YORK — Baseball's All-Star Game had a record low television rating.

The American League's 4-3 win over the National League on Tuesday night in Cleveland had a 5.0 rating on Fox, according to Nielsen Media Research.

The game was seen by an average of 5.93 million households and 8.14 million viewers.

That is down from the previous record low rating of 5.2 and 8.69 million viewers for the AL's 8-6, 10-inning victory last year.

The Home Run Derby drew a combined 6.2 million viewers and a 4.54 rating in metered markets on ESPN and ESPN2 on Monday night.

Those numbers were up from 5.97 million viewers and a 4.39 rating last year.

The rating is the percentage of television households tuned to a broadcast.

*— The Associated Press*

---

### MLB STANDINGS

#### American League

**East**

| | W | L | Pct | GB |
|---|---|---|---|---|
| New York | 57 | 31 | .648 | — |
| Tampa Bay | 52 | 39 | .571 | 6½ |
| Boston | 49 | 41 | .544 | 9 |
| Toronto | 34 | 57 | .374 | 24½ |
| Baltimore | 27 | 62 | .303 | 30½ |

**Central**

| | W | L | Pct | GB |
|---|---|---|---|---|
| Minnesota | 56 | 33 | .629 | — |
| Cleveland | 50 | 38 | .568 | 5½ |
| Chicago | 42 | 44 | .488 | 12½ |
| Kansas City | 30 | 61 | .330 | 27 |
| Detroit | 28 | 57 | .329 | 28 |

**West**

| | W | L | Pct | GB |
|---|---|---|---|---|
| Houston | 57 | 34 | .626 | — |
| Oakland | 50 | 41 | .549 | 7 |
| Texas | 49 | 42 | .538 | 8 |
| Los Angeles | 45 | 46 | .495 | 12 |
| Seattle | 39 | 55 | .415 | 19½ |

**Tuesday's Games**
MLB All-Star Game
In Cleveland, Ohio
American League 4, National League 3
**Wednesday's Games**
No games scheduled
**Thursday's Games**
Texas 5, Houston 0
**Today's Games**
Tampa Bay at Baltimore, 7:05 p.m.
Toronto at N.Y. Yankees, 7:05 p.m.
L.A. Dodgers at Boston, 7:10 p.m.
Minnesota at Cleveland, 7:10 p.m.
Houston at Texas, 8:05 p.m.
Detroit at Kansas City, 8:15 p.m.
Chicago White Sox at Oakland, 10:07 p.m.
Seattle at L.A. Angels, 10:07 p.m.
**Saturday's Games**
Tampa Bay at Baltimore, 1:05 p.m., 1st game
Toronto at N.Y. Yankees, 1:05 p.m.
Chicago White Sox at Oakland, 4:07 p.m.
Tampa Bay at Baltimore, 7:05 p.m., 2nd game
Minnesota at Cleveland, 7:10 p.m.
Detroit at Kansas City, 7:15 p.m.
L.A. Dodgers at Boston, 7:15 p.m.
Houston at Texas, 8:05 p.m.
Seattle at L.A. Angels, 9:07 p.m.

• • • • • • • • •

#### National League

**East**

| | W | L | Pct | GB |
|---|---|---|---|---|
| Atlanta | 54 | 37 | .593 | — |
| Washington | 47 | 42 | .528 | 6 |
| Philadelphia | 47 | 43 | .522 | 6½ |
| New York | 40 | 50 | .444 | 13½ |
| Miami | 33 | 55 | .375 | 19½ |

**Central**

| | W | L | Pct | GB |
|---|---|---|---|---|
| Chicago | 47 | 43 | .522 | — |
| Milwaukee | 47 | 44 | .516 | ½ |
| St. Louis | 44 | 44 | .500 | 2 |
| Pittsburgh | 44 | 45 | .494 | 2½ |
| Cincinnati | 41 | 46 | .471 | 4½ |

**West**

| | W | L | Pct | GB |
|---|---|---|---|---|
| Los Angeles | 60 | 32 | .652 | — |
| Arizona | 46 | 45 | .505 | 13½ |
| San Diego | 45 | 45 | .500 | 14 |
| Colorado | 44 | 45 | .494 | 14½ |
| San Francisco | 41 | 48 | .461 | 17½ |

**Tuesday's Games**
MLB All-Star Game
In Cleveland, Ohio
American League 4, National League 3
**Wednesday's Games**
No games scheduled
**Thursday's Games**
No games scheduled
**Today's Games**
Pittsburgh at Chicago Cubs, 2:20 p.m.
Washington at Philadelphia, 6:05 p.m.
L.A. Dodgers at Boston, 7:10 p.m.
N.Y. Mets at Miami, 7:10 p.m.
San Francisco at Milwaukee, 8:10 p.m.
Arizona at St. Louis, 8:15 p.m.
Colorado at Cincinnati, 8:40 p.m.
Atlanta at San Diego, 10:10 p.m.
**Saturday's Games**
Pittsburgh at Chicago Cubs, 2:20 p.m.
N.Y. Mets at Miami, 6:10 p.m.
Arizona at St. Louis, 7:15 p.m.
L.A. Dodgers at Boston, 7:15 p.m.
San Francisco at Milwaukee, 7:15 p.m.
Washington at Philadelphia, 7:15 p.m.
Cincinnati at Colorado, 8:10 p.m.
Atlanta at San Diego, 8:40 p.m.

---

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Friday, July 12, 2019 — **SPORTS** — The Virgin Islands Daily News **29**

## SCOREBOARD

### CRICKET

**CRICKET WORLD CUP STANDINGS**

| | P | W | L | NR | T | NetRR | Pts |
|---|---|---|---|---|---|---|---|
| India-x | 9 | 7 | 1 | 1 | 0 | +0.809 | 15 |
| Australia-x | 9 | 7 | 2 | 0 | 0 | +0.868 | 14 |
| England-x | 9 | 6 | 3 | 0 | 0 | +1.152 | 12 |
| New Zealand-x | 9 | 5 | 3 | 1 | 0 | +0.175 | 11 |
| Pakistan | 9 | 5 | 3 | 1 | 0 | -0.430 | 11 |
| Sri Lanka | 9 | 3 | 4 | 2 | 0 | -0.919 | 8 |
| South Africa | 9 | 3 | 5 | 1 | 0 | -0.030 | 7 |
| Bangladesh | 9 | 3 | 5 | 1 | 0 | -0.410 | 7 |
| West Indies | 9 | 2 | 6 | 1 | 0 | -0.225 | 5 |
| Afghanistan | 9 | 0 | 9 | 0 | 0 | -1.322 | 0 |

**SEMIFINALS**
Tuesday, July 9-Wednesday, July 10, Manchester, England: New Zealand 239-8 def. India 221 by 18 runs
Thursday, July 11, Birmingham, England: England 226-2 def. Australia 223 by 8 wickets
**FINAL**
Sunday, July 14, London: New Zealand vs. England

### GOLF

**PGA CHAMPIONS TOUR**
**BRIDGESTONE SENIOR PLAYERS CHAMPIONSHIP**
At Firestone CC, Akron, Ohio
Purse: $2.8 million
Yardage: 7,400; Par: 70 (35-35)
**First Round Leaders**
(63 golfers did not finish round)

| Ken Duke | 34-35 — 69 |
|---|---|
| Tommy Tolles | 35-35 — 70 |
| David McKenzie | 35-35 — 70 |
| Bob Estes | 35-36 — 71 |
| Woody Austin | 35-36 — 71 |
| Doug Garwood | 32-40 — 72 |
| Scott Dunlap | 36-37 — 73 |
| John Huston | 34-39 — 73 |
| Tom Gillis | 36-38 — 74 |
| Tommy Armour III | 37-37 — 74 |
| Jerry Smith | 38-37 — 75 |
| Dan Forsman | 38-38 — 76 |
| Loren Roberts | 37-39 — 76 |
| Rocco Mediate | 36-40 — 76 |
| Stephen Ames | 35-41 — 76 |

**LEADERBOARD**

| Golfer | Score | Thru |
|---|---|---|
| Steve Stricker | -5 | 17 |
| Paul Goydos | -1 | 5 |
| Ken Duke | -1 | F |
| Jay Haas | -1 | 8 |
| Duffy Waldorf | -1 | 12 |
| Wes Short, Jr. | -1 | 10 |
| John Daly | -1 | 8 |
| Miguel Angel Jimenez | -1 | 8 |
| Lee James | -1 | 5 |
| Corey Pavin | -1 | 5 |
| Bart Bryant | -1 | 3 |

**LPGA TOUR**
**MARATHON CLASSIC**
At Highland Meadows Golf Club
Sylvania, Ohio
Purse: $1.75 million
Yardage: 6,561; Par 71 (34-37)
**First Round Leaders**
(a-amateur)

| Alena Sharp | 31-33 — 64 |
|---|---|
| Youngin Chun | 30-34 — 64 |
| Azahara Munoz | 33-32 — 65 |
| Stacy Lewis | 30-35 — 65 |
| Caroline Masson | 32-33 — 65 |
| Jenny Haglund | 31-34 — 65 |
| Lexi Thompson | 31-35 — 66 |
| Carlota Ciganda | 30-36 — 66 |
| Clariss Guce | 33-33 — 66 |
| Jeongeun Lee6 | 33-33 — 66 |
| Ashleigh Buhai | 31-36 — 67 |
| Cheyenne Knight | 31-36 — 67 |
| Brooke M. Henderson | 32-35 — 67 |
| Sei Young Kim | 34-33 — 67 |
| Linnea Strom | 35-32 — 67 |

| Aditi Ashok | 31-36 — 67 |
|---|---|
| Jodi Ewart Shadoff | 34-33 — 67 |
| Jennifer Kupcho | 33-34 — 67 |
| Alana Uriell | 33-34 — 67 |
| Pavarisa Yoktuan | 32-36 — 68 |
| Karine Icher | 34-34 — 68 |
| Giulia Molinaro | 30-38 — 68 |
| Ayako Uehara | 35-33 — 68 |
| Haru Nomura | 31-37 — 68 |
| Olafia Kristinsdottir | 32-36 — 68 |
| Ruixin Liu | 32-36 — 68 |
| Jaye Marie Green | 32-36 — 68 |
| Christina Kim | 34-34 — 68 |

### TENNIS

**WIMBLEDON**
LONDON (AP) — Results Thursday from Wimbledon at The All England Lawn Tennis & Croquet Club (seedings in parentheses):
**Women's Singles (Semifinal):** Serena Williams (11), United States, def. Barbora Strycova, Czech Republic, 6-1, 6-2; Simona Halep (7), Romania, def. Elina Svitolina (8), Ukraine, 6-1, 6-3.
**Men's Doubles (Semifinal):** Nicolas Mahut, France and Edouard Roger-Vasselin (11), France, def. Ivan Dodig, Croatia and Filip Polasek, Slovakia, 6-2, 7-6 (7), 7-6 (2); Robert Farah, Colombia and Juan Sebastian Cabal (2), Colombia, def. Michael Venus, New Zealand and Raven Klaasen (3), South Africa, 6-4, 6-7 (4), 7-6 (2), 6-4.
**Mixed Doubles (Quarterfinal):** Matwe Middelkoop, Netherlands and Zhaoxuan Yang, China, def. Bruno Soares, Brazil and Nicole Melichar (1), United States, 6-4, 6-3; Kveta Peschke, Czech Republic and Wesley Koolhof (5), Netherlands, def. Artem Sitak, New Zealand and Laura Siegemund, Germany, 6-1, 6-2; Ivan Dodig, Croatia and Latisha Chan (8), Chinese Taipei, def. Eden Silva, Britain and Evan Hoyt, Britain, 7-5, 7-6 (5).

### TRANSACTIONS

**BASEBALL**
**Major League Baseball**
MLB — Suspended Houston OF Jake Marisnick two games after his violent home plate collision with Los Angeles Angels C Jonathan Lucroy.
**American League**
HOUSTON ASTROS — Recalled LHP Framber Valdez from Round Rock (PCL).
KANSAS CITY ROYALS — Selected the contract of OF Bubba Starling from Omaha (PCL).
**National League**
ST. LOUIS CARDINALS — Placed C Yadier Molina on the 10-day IL, retroactive to July 8. Activated INF Matt Carpenter from the 10-day IL. Purchased the contract of LHP Chasen Shreve from Memphis (PCL). Optioned LHP Tyler Webb and OF Rangel Ravelo to Memphis. Transferred RHP Jordan Hicks to the 60-day IL.
**BASKETBALL**
**National Basketball Association**
NBA — Named Kate Jhaveri chief marketing officer.
ATLANTA HAWKS — Signed F Jabari Parker.
CHICAGO BULLS — Re-signed G Ryan Arcidiacono.
DALLAS MAVERICKS — Re-signed F Dorian Finney-Smith to a three-year contract.
**HOCKEY**
**National Hockey League**
DALLAS STARS — Signed C Jason Dickinson to a two-year contract.
LOS ANGELES KINGS — Signed F Michael Amadio to a three-year entry-level contract.
MONTREAL CANADIENS — Re-signed Fs Joel Armia and Artturi Lehkonen to two-year contracts.
SAN JOSE SHARKS — Re-signed Fs Dylan Gambrell and Antti Suomela.
WASHINGTON CAPITALS — Signed F Brett Leason to a three-year entry level contract.

---

# Teuns wins Stage 6, Ciccone takes lead in Tour de France

By JOHN LEICESTER
The Associated Press


Giulio Ciccone


Photo by ASSOCIATED PRESS
Belgium's Dylan Teuns celebrates as he crosses the finish line Thursday in La Planche des Belles Filles, France, to win the sixth stage of the Tour de France.

CHAMPAGNEY, France — Two Tour de France rookies stole the show on the first mountain stage, with Dylan Teuns of Belgium winning Stage 6 and Giulio Ciccone of Italy taking the overall race lead on Thursday.

Teuns and Ciccone were rewarded for their enterprise and endurance on the terrible climb to the Planche des Belles Filles ski station in the wooded Vosges mountains of eastern France. Some riders were so exhausted at the top that race workers had to help them stay upright on their bikes after they crossed the line.

Teuns and Ciccone, both racing their first Tour, were part of a breakaway of 14 riders that sped away from the pack early in the 160.5-kilometer (100-mile) trek. By the end, at the top of the climb, they were the last two survivors of that group, fighting head-to-head for the win.

Ciccone cracked first on the final 24% incline, as Teuns cranked on ahead of him to the line.

But Ciccone got a delightful consolation prize, in the shape of the yellow jersey.

The previous wearer of the iconic shirt, French rider Julian Alaphilippe, did everything he could to keep it, battling behind up the ascent, through clouds of dust kicked up by Teuns and Ciccone on a section without tarmac.

But Alaphilippe fell just six seconds short, losing the race lead he first took on Stage 3.

The severity of the climb turned out to be a revealing gauge of the fitness of some of the top Tour contenders who will battle for the race lead on even tougher climbs to come in the Alps and Pyrenees.

---

## Source: Westbrook going to Rockets for Paul

The Associated Press


Russell Westbrook


Chris Paul

LAS VEGAS — Russell Westbrook and James Harden are together again, and Chris Paul is leaving Houston to make that reunion happen.

A person with knowledge of the situation says the Oklahoma City Thunder have traded Westbrook to the Houston Rockets for Paul in a swapping of top point guards. The Thunder also are getting first-round picks in 2024 and 2026, plus the right to swap first-rounders in two other seasons, according to the person who spoke to The Associated Press on condition of anonymity Thursday because the trade has not been announced.

ESPN first reported the agreement.

Paul is a nine-time All-Star, Westbrook an eight-time selection. Paul has 9,181 career assists, the most among active players. Westbrook has 138 triple-doubles, tied with Magic Johnson for second-most in NBA history behind only Oscar Robertson's 181. Both members of Houston's new glitzy backcourt are recent MVPs: Westbrook won it in 2017, Harden won it in 2018. And the trade means that the NBA's two highest scorers over the last five seasons — Harden with 11,958 points, Westbrook with 10,025 — are now teammates.

Westbrook and Harden were Thunder teammates for three seasons, the last of those being the 2011-12 campaign when that duo and Kevin Durant took Oklahoma City to the NBA Finals. They lost in five games to LeBron James, Dwyane Wade and the Miami Heat, and Harden departed that summer for Houston — where he's been an All-Star ever since.

Oklahoma City got five first-round future selections as part of the George trade. The Thunder are getting two more in this trade, and got a 2020 first-round pick in the deal completed earlier this week that sent Jerami Grant to Denver.

---


Low-Price Maintenance & Construction
Cistern Cleaning & Repair | Roof Repairs & More
Call or text 340-344-5469 • dennisvi@yahoo.com


Since 1985 **NATURAL FOOD** Grocery & Deli
Great New Products in our Refrigerators and Freezers
New, Healthy & Delicious
SMOOTHIE MENU
Mango, Berries, Peaches, Banana, Kale, MacroGreens, Beet, Maca, Bee Pollen, Flax, Hemp Protein, Whey Protein. Lots of Exciting and Delicious Combinations. Refreshing and Bursting with Health & Energy
Mandela Circle, St. Thomas • (340) 775-3737
Deli Hours: Mon. - Fri. 8am to 6pm • Sat. 9am to 5pm Store Hrs: Mon. - Fri. 7:30am to 6:30pm • Sat. 9am to 6pm

**30** The Virgin Islands Daily News

## SPORTS

Friday, July 12, 2019

## Local Sports Roundup

### D'Amour bumped in 2nd day at Summer Universiade

St. Thomas native Nicholas D'Amour lasted just one elimination round in the archery competition Wednesday at the 30th Summer Universiade in Naples, Italy.



Nicholas D'Amour

The 17-year-old D'Amour, who will attend San Diego State University this fall, lost to Ken Sanchez Antoku of Spain in the second round of eliminations. That left D'Amour tied for 33rd in the final rankings.

D'Amour was seeded 45th after Tuesday's qualification round with 609 points, while Antoku was seeded 20th with 639 points. Both earned first-round byes in the elimination round.

Antoku went on to win two more rounds, beating France's Lou Thirion in the third round and Hungary's Ar-pad Banda in the round of 16. But he was eliminated in the quarterfinals by Taiwan's Chun-Heng Wei, the division's No. 5 seed.

### St. Thomas flag football league opens Saturday

The St. Thomas Men's Flag Football League will open its second season on Saturday night with two games at Lionel Roberts Stadium.

The first game will begin at 6:30 p.m. with the Wolfpack facing the Sharks, followed by Dynasty taking on defending league champion Archers in the second game.

Admission to Saturday's games is $3 for adults and $2 for students (showing proper school ID). Students ages 12-under will be admitted free.

The Men's Flag Football League season will have six weeks of regular-season games, with the playoffs on Aug. 24 and the league championship game Aug. 31. All games will be played at Lionel Roberts Stadium.

### USVI to host Olympic soccer matches next week

The U.S. Virgin Islands will play

---

### St. Thomas Men's Flag Football League 2019 Schedule

**All games at Lionel Roberts Stadium**

**Sunday:** Wolfpack vs. Sharks, 6:30 p.m.; Dynasty vs. Archers, 8 p.m.

**July 20:** Dynasty vs. Sharks, 6:30 p.m.; Archers vs. Wolfpack, 8 p.m.

**July 27:** Dynasty vs. Wolfpack, 6:30 p.m.; Sharks vs. Archers, 8 p.m.

**Aug. 3:** Dynasty vs. Archers, 6:30 p.m.; Sharks vs. Wolfpack, 8 p.m.

**Aug. 10:** Wolfpack vs. Archers, 6:30 p.m.; Sharks vs. Dynasty, 8 p.m.

**Aug. 17:** Dynasty vs. Warriors, 6:30 p.m.; Archers vs. Sharks, 8 p.m.

**Aug. 24:** Playoffs (semifinal games)

**Aug. 31:** Championship game

---

host to an international soccer match for the first time in three years when one of the group-play rounds in the CONCACAF Caribbean Olympic Qualifiers is played on St. Croix next week.

The USVI Men's National Team will be joined by the national teams from Barbados and Cuba in the group-play tournament, which runs from Wednesday, July 17, to Sunday, July 21.

All three matches will be played at the U.S. Virgin Islands Soccer Association's new soccer complex in Estate Bethlehem in Kingshill near Charles H. Emmanuel Elementary School.

The U.S. Virgin Islands, currently 199th in the FIFA World Rankings, will take on Cuba, ranked 175th, on July 17. Cuba then faces Barbados, ranked 164th, on July 19. The USVI closes out group play against Barbados on July 21. All three matches begin at 5:30 p.m.

Admission to each match is $10 for adults and $5 for children ages 12-under. Gates open at 4:30 p.m. Tickets are available at the USVISA offices in Estate Bethlehem or at Ur-

---

ban Threadz in the Sunny Isle Shopping Center at Sion Farm.

The top team from each of the four groups advances to the second round of the Olympic Qualifier, from where the top two teams qualify for the 2020 Tokyo Games.

### Masters cricket club to meet Sunday on St. Thomas

The St. Thomas Masters Cricket Club will hold its general meeting at 5:30 p.m. Sunday at L&G Auto Parts on Veterans Drive, across from the old Addelita Cancryn Junior High School.

For more information, call **340-513-1438.**

### Bastille Day Kingfish tourney set for Sunday

The Northside Sportfishing Club's 2019 Bastille Day Kingfish Tournament will have a new top prize for landing the largest kingfish during the tournament, scheduled for Sunday.

The angler bringing in the largest kingfish will receive the top prize of $3,000 from an awards fund offering more than $13,000 in cash and prizes.

In addition to the largest kingfish prize, awards will be presented to the second- through fifth-largest kingfish, best captain, best boat, best male angler, best female angler, best junior male angler, best junior female angler, largest barracuda, largest bonito and largest mackerel.

The tournament's captain's meeting is scheduled for 7:30 p.m. today at the Hull Bay Hideaway, where late registration will also be held Saturday from noon to 6 p.m.

The tournament begins at 5:30 a.m. Sunday, with weigh-in being held at Hull Bay Hideaway at noon. The awards ceremony will be held that evening at Hull Bay Hideaway beginning at 8 p.m.

The entry fee is $45 for adults and $35 for junior anglers ages 8-17. Entrants will receive an official Bastille Day Kingfish Tournament T-shirt, hat and goodie bag. For more information, call **340-998-0854.**

*— To submit items for Local Sports Roundup, email bkiser@dailynews.vi at least two weeks before the event, and include contact information.*

---



Photo by ASSOCIATED PRESS

England's Adil Rashid, second from left, celebrates with his teammates after dismissing Australia's Pat Cummins, right, during Thursday's Cricket World Cup semifinal match in Birmingham, England.

## England trounces Australia, reaches Cricket World Cup final

**By STEVE DOUGLAS**
The Associated Press

BIRMINGHAM, England — England reached its first Cricket World Cup final in 27 years by trouncing defending champion Australia by eight wickets on Thursday, ensuring there will be a first-time winner of the sport's biggest prize.

Jason Roy smashed three sixes in a row in his box-office knock of 85 off 65 balls, helping England reach its target of 224 in 32.1 overs.

Australia failed to win a World Cup semifinal for the first time in eight attempts, unable to defend a total of 223 that it limped to after being reduced to 14-3 after winning the toss.

England, the tournament host, will play New Zealand in the final at Lord's on Sunday. It will be England's fourth World Cup final, and New Zealand's second — and neither team has won it.

Showing no nerves chasing a competitive but hardly formidable target, the English played the same attacking cricket they have proved over the last four years which has taken them to the top of the one-day international rankings.

Roy and fellow opener Jonny Bairstow put on a century stand in the fourth straight match they have played together, sending Australia's bowlers to all parts of Edgbaston.

Roy struck five sixes — three consecutively off Steve Smith's only over — and nine fours before being given out caught behind down the legside even though he didn't touch the ball.

Bairstow had already been dismissed by then for 34, leaving Eoin Morgan (45) and Joe Root (49) to see England home. Morgan flat-batted a four to make it 226-2 and seal victory with rain arriving over the Birmingham ground. Fireworks greeted the win.

Australia was soundly beaten by its archrival, outplayed in every aspect. The only positive was paceman Mitchell Starc taking one wicket to move to 27 for the tournament, a record for a single edition of the World Cup.

Smith underpinned Australia's innings that was wobbling at 14-3 after 6.1 overs following the loss of captain Aaron Finch to a golden duck off the seventh ball and opener David Warner — the team's top scorer in this tournament with 647 runs — for 9.

---



# Appliance Sale

Finest Brands • Whirlpool • Maytag • GE • Frigidaire

## Come See The
## Largest Selection At The Lowest Prices

Sales • Service • Parts

**Furniture Plus** • FurniturePlusVI.com • Across from Charlotte Amalie High School • **777-1288**



• BETTER PARKING
• BETTER SERVICE
• BETTER PRICING

**ColorMax**
LET US DO IT FOR YOU!

TAKE IT TO THE MAX!

NEW LOCATION: AL COHEN'S PLAZA BLDG 1, RAPHUNE HILL · 775-1MAX (1629)

Friday, July 12, 2019 **SPORTS** The Virgin Islands Daily News **31**

## WIMBLEDON
CONTINUED FROM PAGE 32

"I look forward to it," Williams said. Why wouldn't she? She owns a 9-1 career record against Halep, including a victory in the Australian Open's fourth round in January.



Barbora Strycova

Still, the 37-year-old American also knows that she's been this close to No. 24 before. In 2018, her first season back on tour after the birth of her daughter, Olympia, Williams reached the finals at Wimbledon and the U.S. Open but lost each time.

That has left her Grand Slam total at 23, a record for the professional era and one fewer than Margaret Court accumulated while playing part of her career against amateur competition.

"I have a great job and I love what I do," Williams said, "and I'm still pretty good at what I do, I guess."

Sure, Serena. Just pretty good.

It's been an up-and-down year because of illness and injury, limiting Williams to 12 matches until last week. After a third-round loss at Roland Garros on June 1, she stayed in France for medical treatment and finally felt pain-free while preparing for Wimbledon in England.

"It's definitely a lot better," Williams said. "Every match, I know that I'm improving."

After a three-set struggle against Alison Riske in the quarterfinals Tuesday, Williams was at her dominant best against Strycova, who appeared limited by some sort of issue with her right leg. As it is, the 33-year-old Strycova was the oldest first-time Grand Slam semifinalist in the professional era.

Williams played cleanly, accumulating nearly twice as many winners as unforced errors, 28-10. She was at her usual court-covering best, which helped limit Strycova to 10 winners. And Williams played calmly.

The semifinal's turning point came



Serena WILLIAMS 1 4
CHALLENGES ● ● ●
v
Barbora STRYCOVA 0 2
CHALLENGES ● ● ●

Photo by ASSOCIATED PRESS
Serena Williams returns to Czech Republic's Barbora Strycova during Thursday's women's singles semifinal match at the Wimbledon Tennis Championships in London.

quickly. Ahead 2-1 in the first set while Strycova served at 30-all, Williams sailed a backhand return way long and let out a cry of "Aaah!"

Maybe that got her going, because she simply took over.

Williams took the next point with a swinging forehand volley winner on the 16th stroke, then one after that when Strycova's mediocre drop shot landed in the net. Having offered up a break point, Strycova crouched at the baseline and rested her racket on her head.

A cross-court forehand passing shot delivered the break for Williams, and Strycova bent over again, one of the initial signs that she was dealing with something physical.

The runaway was on: Williams seized seven points in a row and 16 of 20 to close out that set.

Strycova would repeatedly flex or shake her legs between points or try to stretch in her sideline chair by pulling her right foot onto her left knee and rocking her leg. Nothing was going to help her slow down Williams on this afternoon, and the match was over after 59 minutes.

Halep seemed headed for a long day when her semifinal against Svitolina began with a pair of games encompassing 32 points across 20 minutes.

Halep excels at this type of play, more frequently seen on clay courts than grass, and soon enough was on her way to her fifth Grand Slam final.

Like Strycova, Svitolina never had been to the final four at any Slam. With her boyfriend, former top-10 player Gael Monfils, in the stands, Svitolina made things competitive enough at the outset.

Five of the first 11 points lasted at least 10 strokes; two went 23.

Svitolina even earned three break chances in that opening game, but Halep eventually held there on the 16th point. Another game of the same length followed, and there again were three break points, except the difference was that Halep converted her last when Svitolina pushed a backhand wide.

While Svitolina would break back at love, that was pretty much the end of her challenge to Halep, who scrambled to cover the court so well, took balls early and created angles that earned her points.

"She played unbelievable today," Svitolina said. "She was moving really good, striking the ball perfectly."

That style of play serves the Romanian so well at Roland Garros, where she was the runner-up twice in addition to last year's title. Halep also reached an Australian Open final.

## MARLINS
CONTINUED FROM PAGE 32

Starting with a loss to Harper and the Phillies, the Marlins dropped six of their final seven games before the All-Star break, which left their record at 33-55, by far the worst in the National League. The Marlins are assured of their 10th consecutive losing season, and even by the franchise's low standards, this season's .375 winning percentage is bad.



Derek Jeter

At the break a year ago, they were 41-57 (.418). Two years ago, shortly before CEO Derek Jeter's group bought the franchise and began to reboot, the Marlins reached the break at 41-46 (.471). They are on pace for only the third 100-loss season in team history, and the first since 2013.

This is improvement? Maybe.

There are reasons for encouragement. Young starters Sandy Alcantara, Caleb Smith, Pablo Lopez, Trevor Richards and Jordan Yamamoto have all showed signs they can be part of a winning staff, and the rotation ranks seventh in the majors with an ERA of 3.86. Alcantara made the All-Star team, and Yamamoto has been a pleasant surprise, going 3-0 with a 1.24 ERA in his first five major league starts.

Performances have been spottier among everyday players, with first baseman Garrett Cooper (.848 OPS in 186 at-bats) and catcher Jorge Alfaro (.274 batting average) giving the strongest indication they should be part of Jeter's long-term plan.

The Marlins rank last in the NL in runs, triples, homers, walks, on-base percentage and slugging. And while Jeter's group has made progress in efforts to fortify the

farm system, there appears to be little imminent offensive help in the pipeline.

Miami has showed improvement of late merely by being mediocre. Despite stumbling into the break, the Marlins are 23-24 since mid-May. That's after a 10-31 start.

"When you have a young club that's building, you just want to see them get better all the time," manager Don Mattingly said. "I feel like we're just getting a little bit better all the time."

But there's a long way to go to reach Jeter's goal of becoming a perennial championship contender, Mattingly acknowledged.

"We're not trying to build a team that's kind of competitive," Mattingly said. "We're happy that we're getting better, but we're still sitting here with the record we have, and we have to get better."

For a franchise that has never won a division title, the gap between the Marlins and the best of the NL East appears yawning. They are 7-6 against the Phillies but 2-10 against the Braves and 3-10 against the Nationals.

And then there's the chronic problem of attendance. The Marlins are headed for the NL's lowest average in 15 seasons at 9,402 fans per home game. They are on pace to finish last in the league in attendance for the 14th time in the past 15 years.

Players are so accustomed to small crowds that shortstop Miguel Rojas raved about the atmosphere after the Marlins drew a modest 14,774 for their most recent home victory. "It was amazing," Rojas said. "Hopefully the fans get the sense this team is doing great things, and they keep coming on an everyday basis."

The next afternoon, when the home team lost, the seats were two-thirds empty as usual. Midway through the second season of the Jeter regime, doubters still outnumber believers.



VI-JPM-000064863

St. Thomas teen ends run at Summer Universiade Page 30 | Source: Westbrook going to Rockets for Paul Page 29





Lionel S. Mitchell, M.D., FAAOS
BOARD CERTIFIED ORTHOPAEDIC SURGEON

COMPREHENSIVE ORTHOPAEDIC GLOBAL
WORLD CLASS CARE BEGINS HERE.

St. Thomas / St. John
Foothills Professional Bldg
Suite 206, 9151 Estate Thomas
St. Thomas USVI 00802
Ph. 340-779-2663

St. Croix
Sunny Isle Medical Center
Ph. 340-718-2665

Anguilla
Tortola

Call for an appointment and Walk-in-hours

# The Virgin Islands Daily News
# Sports

**Friday, July 12, 2019**

## Major League Baseball

# Jeter's Marlins could become a good team — but when?

Miami is on track to post its 10th straight losing season in MLB

**By STEVEN WINE**
The Associated Press

MIAMI — The Phillies had just become the latest visiting team to win a game in Miami, and from the top of baseball's food chain, $330 million man Bryce Harper tried to be kind as he assessed the low-budget, low-expectation Marlins.

"They've got a good pitching staff," Harper said. "They're young. They're energetic. It's going to be a good club."

But when?

For the rebuilding Marlins, this season is about trying to get closer to competitive, and in the standings there's little sign of progress.

See **MARLINS,** page 31

**Read more**
National League Central division readies for taut 2nd half of season
**Page 28**



# Another final for Serena

Serena Williams hits a backhard return to Czech Republic's Barbora Strycova during Thursday's women's singles semifinal match at the Wimbledon Tennis Championships in London. Williams advanced to Saturday's final with a straight-sets victory over Strycova.

Photo by ASSOCIATED PRESS

## Williams wins in straight sets, faces Halep for Wimbledon title

**By HOWARD FENDRICH**
The Associated Press

WIMBLEDON, England — Serena Williams made it look easy in the Wimbledon semifinals. What she really cares about, of course, is what comes next.

That's why she puts in all the work. Why she

keeps at it with everything she's already won, everything she's already accomplished.

Williams is once again on the verge of an eighth Wimbledon championship and 24th Grand Slam title, moving into the final at the All England Club with a 6-1, 6-2 victory over an overmatched Barbora Strycova of the Czech Republic on Thursday.

On Saturday, Williams will take on No. 7-seeded

Simona Halep of Romania, a 6-1, 6-3 winner over No. 8 Elina Svitolina of Ukraine under a cloudy sky at Centre Court.

It'll be the 11th final at the All England Club for Williams and the first for Halep, whose only major trophy came at the French Open last year.

See **WIMBLEDON,** page 31



COOK FOR A CURE



Crown Bay Dock
12pm - 4pm

GRILLED cheese ella's hope

hosted by
JULIUS THE CHEF JACKSON
July 13th




ella's hope



# 24/7 island action What's happening



Daily News file photo
David Stuedell of St. Thomas reeled in the largest kingfish during the 2018 Bastille Day Kingfish Tournament, a 45.55-pounder, aboard the 39-foot SeaVee Silver Fox.

## 2019 Bastille Day Kingfish Tournament set for Sunday

**Daily News Staff**

The Northside Sportfishing Club will hold one of the more popular fishing tournaments on St. Thomas, the 2019 Bastille Day Kingfish Tournament, Sunday at Hull Bay Hideaway.

St. Thomas has been named one of the top 10 destinations in the world to celebrate Bastille Day by online travel adviser Hotwire.com, particularly for this annual inshore tournament that typically attracts more than 150 anglers.

"We invite everyone — anglers who have fished with us for many years, newcomers, local residents and visitors alike — to fish this year or come down and enjoy the tournament's festivities at Hull Bay Hideaway," said Catherine Bryan, one of the tournament co-directors. "There will be live bands, food, drink and activities

for the kids. Proceeds from the Bastille Day Kingfish Tournament this year will benefit the Joseph Sibilly School, Nana Baby Children's Home, St. Thomas Rescue and the St. Thomas Civil Air patrol, as well as provide college scholarships."

Last year's tournament lured 167 anglers, including 30 junior anglers, aboard 54 boats. There are more than a dozen prize categories that include Largest Kingfish, with a prize purse of $3,000, best boat, best captain, best male, best female, best junior male, best junior female and other fish species such as largest barracuda, bonito and mackerel. More than $13,000 in cash and prizes will be awarded.

Fishing begins at 5:30 a.m. and ends at noon for weigh-in, when an afternoon of partying

begins. The awards ceremony will take place at 8 p.m.

Entry forms are available on Neptune Fishing Supplies in Red Hook. Registration continues at the Captain's Meeting at 7:30 tonight at Hull Bay Hideaway. Full Circle Band will entertain from 6:30 p.m. to 10 p.m. Final registration will take place from noon to 6 p.m. on Saturday at Hull Bay Hideaway. The entry fees are $45 for adults and $35 for juniors ages 8 to 17.

A free shuttle will be available from the parking lot at Sib's on the Mountain Bar and Restaurant to Hull Bay Hideaway during tournament day. Shuttle service starts at 10 a.m. and the last ride departs Hull Bay at 6 p.m.

For more information, call **340-998-0854** or visit Northside Sportfishing Club's Facebook page.

---

**On the cover**

Nathan Gatcliffe, center, hauls in one of his eight kingfish of the day as he fished aboard "Double Header I" with Isabelle Gatcliffe, left, and Glen Charlett during last year's Bastille Day Kingfish Tournament. Gatcliffe's catch earned him the 2018 tournament's best junior male angler award. Isabelle Gatcliffe was the tournament's top junior female angler.

---

## Grilled Cheese Cook for a Cure supports Rett Syndrome awareness

**Daily News Staff**

Get ready for a gooey afternoon of melt-in-your-mouth fun at the first annual Grilled Cheese Cook for a Cure event Saturday at the Crown Bay dock on St. Thomas from noon to 4 p.m.

The event is a fundraiser for Ella's Hope, a non-profit organization dedicated to educating and extending global awareness for a severe neurological condition known as Rett Syndrome, a disease that has symptoms similar to autism, cerebral palsy, Parkinson's disease, epilepsy and anxiety disorder all at the same time. It was founded by Shaine and Lauren Gaspard, whose daughter, Ella, is the only child in the Virgin Islands with the disease. All funds raised at the event will be donated to Rett Syndrome Research Trust (www.reverserett.org).



Photo by ELLA'S HOPE
Ella Gaspard suffers from a debilitating disease called Rett Syndrome. The Grilled Cheese Cook for a Cure event to be held Saturday at the Crown Bay Dock on St. Thomas will raise funds for the Rett Syndrome Research Trust.

Teams from local Virgin Islands restaurants, businesses and organizations will compete for the best grilled cheese sandwich in five different categories: best cheese/veggie, best cheese/meat, most creative, tastiest (with first, second and third place winners) and people's choice, which will

determine the Best Grilled Cheese of 2019. Attendees who purchase $20 worth of tickets at one time, will receive a golden ticket to be used as the vote for their favorite grilled cheese in the competition.

Julius "The Chef" Jackson will host the event. There will be a bounce house for the kids, games, a kids' corner and a full service bar.

For more information, visit www.ellas-hope.org.

## Jump Up energizes Christiansted

**Daily News Staff**

Music, dancing, food, drinks, street vendors, cultural dancers, shopping, steel pans, fire dancers and mocko jumbies all come together tonight in Christiansted for the free Jump Up street festival from 6 p.m. to 10 p.m. Held four times a year, many of the retail stores stay open late, and street vendors sell local art and wares.



Daily News file photo
Participants check out a collection of sandals offered by a vendor at the fall Jump Up in Christiansted.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000064866

# What's happening 24/7 *island action*

## Friday

### Shop for a cause
Shop for a good cause tonight from 5 p.m. to 10 p.m. and Saturday from 10 a.m. to 5 p.m. at Yacht Haven Grande. CeCe's Closet will host a pop-up thrift store at the former Havana Nines location. Get clothing, shoes, accessories, jewelry, art and more for pennies on the dollar. Entrance is free. Bottomless LaMarca Prosecco is $10.

### Sip and shop
E's Garden Teahouse in downtown Charlotte Amalie will host a Sip & Shop event tonight from 5 to 9 and Saturday from 11 a.m. to 6 p.m. Enjoy a cocktail of your choice and see the latest collections of clothing, shoes, accessories, art and more from local vendors.

### Pride art show
The closing show of the Pride Art Show will be held tonight from 7 to 10 at the sevenminus-seven gallery in Lindbergh, St. Thomas.

### Movie night
Tonight is movie night at Youth Arise on St. Thomas. Bring the family out to enjoy motivational, wholesome, family oriented movies every second Friday of the month from 6 p.m. to 8 p.m. Admission is free and there is free popcorn and a drink.

### Basket weaving
A free traditional basket weaving demonstration will be held at the Annaberg Ruins on St. John today and Wednesday from 10 a.m. to 2 p.m. with weaver Matthew Gibney.

## Saturday

### Food drive
Family Resource Center is gathering food, beverages, toiletries and school/office supplies for those in need at their Summer Food and Supply Drive. They will be collecting items all summer, but they will also host a food drive Saturday at Plaza Extra in Tutu Park Mall on St. Thomas from 9 a.m. to 4 p.m. To volunteer email frcdevelopment@gmail.com


Local artist Janet Cooke-Rutnik will be featured at an art exhibition at Bajo el Sol Gallery in Mongoose Junction, St. John, on Saturday.
Photo by JANET COOKE-RUTNIK

### Cook-Rutnick art exhibition
Bajo el Sol in Mongoose Junction on St. John will open the "Snorkel Man and On These Shores" exhibition, featuring works by artist Janet Cooke-Rutnik, Saturday at 6 p.m. The

or call **340-776-3966.**

### Vision board party
A vision board party and guided meditation hosted by author, healer and spiritual coach Suki Eleuterio will be held at The Courtyard in Christiansted Saturday from 10 a.m. to noon. Create a vision board that will give you clarity, direction, and manifestation powers. Cost includes all supplies, including magazines, but feel free to bring any favorites. Bring snacks and water or grab a juice and snack

installation, with photography and video, deals with migrations and multiculturalism in the Caribbean. The Art Bar will also being be featuring special wines, cocktails and cuisine.

at the juice bar during the short break. Cost is $40. Space is limited. Call **340-773-7728** or stop by The Courtyard to register.

### Beach party
Magens Bay Beach Bar presents a free Beach Life Party with live music by Kenny Floyd Saturday from noon to 5 p.m. The Leatherback Brewing Company will be there with samples, along with DJ Niko and Nick Kallas. Games include a conch shell blowing contest, limbo, a cornhole tour-

nament, beer pong and a relay race.

### Soap making
Cultured Naturals Body Care in Christiansted will hold a DIY soap making class for kids Saturday from noon to 3 p.m. Participants will be encouraged to get creative with colors, shapes, sparkles and botanical. All supplies will be provided and are vegan and toxic free. Class fee is $35. Tickets are available on www/paypal.me or call **340-626-8232.**

## Sunday

### Cornhole
The Fish with a Vet second annual Cornhole Tournament at Blues Backyard BBQ and Grill on the north shore of St. Croix will be held Sunday from 1 p.m. to 4 p.m. The fundraising event includes door prizes, raffle prizes, drink specials and food specials, a DJ and live music. Entry fee for the tournament at Blues. Entry fee is $20.

### St. John flotilla
The Coral Bay Yacht Club will host a flotilla fundraiser Sunday from noon to 4 p.m. for the first time since Hurricane Irma. Funds raised will benefit the club's education fund, the Coral Bay fire station and the Kids and the Sea program. Food and drink will be available at the Coral Bay dinghy dock. Sailing will be supervised by

Kids and the Sea instructors. Donations can be made by check, made out to Coral Bay Yacht Club and mailed to 9901 Emmaus, St. John 00830.

### Golf tournament
Join the St. Croix Environmental Association at Carambola Golf Club for the Green on the Green golf tournament benefiting environmental conservation, education and advocacy programs on St. Croix Sunday from 9 a.m. to 3 p.m. The cost is $125 per player ($500 for a team of 4) and includes lunch.

### Spa party
Cultured Naturals Body Care in Christiansted will offer a face mask "spa-rty" Saturday from 12:25 p.m. to 3 p.m. Create one 4 oz. personalized mask to take home made with vegan ingredients such as essential oils, botanicals, exfoliants, humectants and fresh or dried fruits and veggies. Class fee is $30. Tickets are available on www/paypal.me or call **340-626-8232.** Light refreshments are provided.

## Wednesday

### Vent Over Vino
Company House Hotel in Christiansted will hold a Vent Over Vina event at Duke's Wednesday from 5 p.m. to 7 p.m., an opportunity for women business leaders to get together and exchange ideas and information and socialize. Drink specials and snack board specials will be offered.

  **GREEN HOUSE RESTAURANT & BAR**

| PRIME RIB MONDAY | LOBSTER MANIA TUESDAY | WEDNESDAY STEAK SPECIALS | PRIME RIB THURSDAY | LOBSTER MANIA FRIDAY | HAPPY HOUR EVERYDAY | STEAK SPECIALS EVERY DAY |
|---|---|---|---|---|---|---|
| CERTIFIED ANGUS BEEF DONE TO PERFECTION $21.99 12PM-CLOSE | CARIBBEAN LOBSTER $19.99 ALL DAY & ALL NIGHT | NEW YORK STRIP $25.99 T-BONE $24.30 FILET MIGNON $28.99 RIBEYE $30.99 PORTERHOUSE $29.15 ALL DAY & ALL NIGHT | CERTIFIED ANGUS BEEF DONE TO PERFECTION $21.99 12PM-CLOSE | CARIBBEAN LOBSTER $19.99 ALL DAY & ALL NIGHT | 4:30 TO 7:00 ALL DRINKS 2 FOR 1 *REDUCED PRICE APPETIZERS* | T-Bone from $24.30 Porterhouse from $29.15 |

**On the Harbor • Charlotte Amalie • 774-7998 • Open 7 Days A Week 11 am-9 pm**



**4** The Virgin Islands Daily News

Friday, July 12, 2019



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Friday, July 12, 2019



Large Pizza one topping for $18.99

*Pizza Hut*

Limited Time Offer, Available from Monday through Thursday only

Mon-Thurs 11am-10pm • Fri-Sat 11am-11pm • Sun 12noon-10pm
**St. Thomas, Fort Mylner • 774-7975**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000064869

**24/7** island action



Grand Kadooment Day in Barbados celebrates the end of Crop Over with revelers in sequin costumes decorated with colorful feathers dancing through the streets.

Photo by Barbados Tourism Marketing, Inc.

# Coming up in the Caribbean

### July 14 - 20
#### Reggae Sumfest
#### Jamaica
Reggae Sumfest is Jamaica's premier festival dedicated to showcasing the island's indigenous reggae music. The festival will feature five exciting lead-up events at various venues in Montego Bay.
www.reggaesumfest.com

### July 14 - 21
#### Calabash Festival
#### Monserrat
This weeklong event highlights the hidden talents of local artisans and designers. The festival includes a family fun day, hike, island tour, African fashion show, coastal excursions and a craft and food fair.

### July 19
#### 57th Season of Dance
#### Jamaica
Jamaica's National Dance Theatre Company will present both new and remounted dance works, and the NDTC singers will perform ensembles from the Caribbean as well as a suite of songs from central Africa and its west coastal states.
ndtcjamaica@gmail.com

### July 24 - 29
#### Summer Sizzle
#### British Virgin Islands
Inspired by New York Fashion Week, Executive Producer Terry Donovan created Summer Sizzle BVI in 2007, a fashion-filled four-day event, which takes the best that the islands have to offer and adds an international flair, attracting designers, models, fashion influencers, press, celebrities and visitors from around the globe, all eager to see, be seen, discover new talent, network, soak up the sun and have some fun.
www.summersizzlebvi.com

### July 25 - August 6
#### Culturama Festival
#### Nevis
The Nevis Culturama Festival coincides with the island's celebration of Emancipation Day. The program may include dancing, drama, old fashion troupes, folk singing and arts and crafts. A local recipe competition and the Miss Culture Show and Calypso Competition are also aspects of the festival.
www.culturamanevis.com

### July 26 - August 6
#### Antigua Carnival
For a cultural explosion, described by many as the Caribbean's greatest summer festival, Antigua's carnival provides a colourful insight into the culture of the country. This energetic festival intensifies as Carnival Monday and Tuesday approach with party lovers embracing the lively music and costumed parades throughout the day and night.
www.antiguacarnival.com

### July 27
#### Caicos Classic Annual
#### Release Tournament
#### Turk & Caicos
Celebrating more than twenty years as part of the Turks & Caicos Islands' fishing community calendar, the annual Caicos Classic is a popular event for local and visiting anglers. The tournament is also a qualifier that lands the winning team a chance to represent the Turks & Caicos at the IGFA World Billfish Championship.
www.caicosclassic.tc

### July 28
#### Christmas in July
#### British Virgin Islands
Join a flotilla of Puerto Rican boaters, along with dozens of other fun-loving partygoers for Christmas in July in Virgin Gorda's North Sound for a sun and rum soaked week of music, dancing and great food on Pond Bay, Virgin Gorda. Puerto Rico is a power boater haven and 500 vessels, large and small, will converge for events that cater to all ages — from young singles, to grandparents and children. The event attracts upwards of 2,000 people.
For details, visit www.wallycastro.com

### July 31 - August 1
#### The Seville Emancipation Jubilee
#### Jamaica
Jamaica National Heritage Trust will host its annual Emancipation Jubilee Celebration at the Seville Great House in St. Ann. It will depict four groups or periods in the country's history: Taino or Amerindian found in Jamaica, Spanish conquest, English conquest and slavery. This festival will see more than 6,000 Jamaicans in attendance.
876-922-1287

### August 5
#### Grand Kadooment Day
#### Barbados
Grand Kadooment Day celebrates the end of Crop Over, where masquerade bands make their way to Spring Garden Highway with revelers dressed in sequin costumes decorated with colorful feathers, jewels and bright accents, dancing behind music trucks and moving bars.
www.visitbarbados.org

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000064870

**24/7** *island action*

# 'Lion King' returns but it's harder to feel the love

**By JAKE COYLE**
The Associated Press

Life moves in a circle, "The Lion King" tells us, and, increasingly, so does studio moviemaking.

Close on the heels of "live-action" remakes of "Aladdin" and "Dumbo" and on the precipice of a reborn "The Little Mermaid," "The Lion King" is back, too. Round and round we go. Cue Savannah sunrise. Cue "Naaaants ingonyama bagithi baba!"

The remakes have themselves been a mixed bag offering some combination of modern visual effects, fresh casting and narrative tweaks to catch up more dated material to the times. Don't count on a new "Song of the South," but much of the Disney library will soon have been outfitted with digital clothes for the Internet era.

It's easy to greet these remakes both cynically and a little eagerly. In the case of "The Lion King," the songs are still good, the Shakespearean story still solid. And, well, Beyonce's in it.

And yet Jon Favreau's "The Lion King," so abundant with realistic simulations of the natural world, is curiously lifeless. The most significant overhaul to an otherwise slavishly similar retread is the digital animation rendering of everything, turning the film's African grasslands and its animal inhabitants into a photo-realistic menagerie. The Disney worlds of cartoon and nature documentary have finally merged.

It's an impressive leap in visual effects, which included Favreau, cinematographer Caleb Deschanel and VFX chief Rob Legato making use of virtual-reality environments. Some of the computer-generated makeovers are beautiful. Mufasa, the lion king voiced again by James Earl Jones, is wondrously regal, and his mane might be the most majestic blonde locks since Robert Redford. And the grass stalks of the pride lands shimmer in the African sunlight.

But it's a hollow victory. By turning the elastic, dynamic hand-drawn creations of Roger Allers and Rob Minkoff's 1994 original into realistic-looking animals, "The Lion King" has greatly narrowed its spectrum of available expressions. Largely lost are the



Photo by ASSOCIATED PRESS
Nala, voiced by Beyoncé Knowles-Carter, left, and Simba, voiced by Donald Glover, perform in a scene from "The Lion King."

kinds of characterization that can flow from voice actor to animation. (Think of how closely fused Tom Hanks is with Woody in the "Toy Story" movies.) Here, most of the starry voice actors (including Donald Glover as the grown-up lion prince Simba, Beyonce as the older lioness Nala and Chiwetel Ejiofor as the villainous Scar) feel remote from their characters. And, in many cases, so do we.

It's worth asking: Just how real do we need our talking animals? Do we need the feathered majordomo Zazu (voiced by John Oliver) to look enough like a red-billed hornbill to win the approval of avid birders? "The Lion King" may well be a pivotal stepping stone toward CGI splendors to come, but for now, it feels like realism has been substituted for enchantment.

That doesn't stop an army of top craft professionals and an enviable voice cast from doing their best to inject some vitality into "The Lion King." The familiar songs by Elton John and Tim Rice are back, along with a new tune by Rice and Beyonce, though this time, the score by Hans Zimmer, with Lebo M., feels more airy and buoyant.

Yet the degree to which this

"Lion King" mimics the first is disappointing. (Jeff Nathanson gets a solo writing credit but scene-to-scene the film hues extremely close to the original.) There's a sound case to be made that the tale, which has been running on Broadway for more than 20 years, needs little revision.

But the few deviations taken by the filmmakers make you want more. The role of Nala has rightfully been elevated and toughened. The most rope for riffing has been extended to the new Timon and Pumba: Billy Eichner and Seth Rogen. Taking over for Nathan Lane's meerkat and Ernie Sabella's warthog, Eichner and Rogen make their own shtick together and they, more than anyone else, give "The Lion King" a breath of fresh air, even as they make plenty of fart jokes.

Yet that's hardly enough to warrant a bland, unimaginative rehash like this, let alone merit Beyonce's imperial presence. Instead, "The Lion King" is missing something. A purpose, maybe, and a heart. The life expectancy of Disney classics has begun to feel more like a hamster wheel than a circle of life, and it's getting harder and harder to feel the love.

## Dining / Entertaining



**Brix Wine Bar & Bistro.** An upscale casual wine bar and bistro, located in the Port of Sale. Monday to Thursday from 4:00pm to 12:00am. Friday & Saturday 4:00pm 2:00am. Daily happy hour, Monday-Saturday 4-6 PM, enjoy discounts on wine & cocktails as well as half-off food options. **For reservations call 340-715-2749 www.facebook.com/brixwinevi**



**CHINA KING Chinese & Sushi Restaurant.** Dine-In. Take-out. Excellent food. Fast service. Reasonable prices. Monday-Sunday 11am-10pm. **Call 776-3333.** 9800 Buccaneer Mall #6, St. Thomas. (2 blocks from SkyRide to Paradise Point "Tramway"). Major credit cards accepted.



**SAKI HOUSE Chinese, Sushi & Thai Restaurant.** Dine-In. Take-Out. Excellent food. Fast service. Reasonable prices. Monday-Saturday 11am-10pm. Sunday 4pm-10pm. **Call 776-3338.** 6500 Red Hook Plaza, St. Thomas. (Next to Subway with Sushi Thai sign). Visa & Master credit cards accepted.

## Dining / Entertaining



Enjoy our freshly prepared pizza at an affordable price. Large One Topping Pizza for $18.99 Monday-Thursday 11am-10pm, Friday-Saturday 11am-11pm, Sunday 12noon-10pm. St. Thomas; Fort Mylner (340) 774-7975.



Enjoy our world famous chicken in a variety of ways. Colonel quality guarantee. Hand prepared daily. Stop in today. Sunday-Thursday 10:30am-10:30pm Friday-Saturday 10:30am-11pm St Thomas; Sub Base Nisky Center, Fort Mylner Shopping Center and St Croix; Orange Grove Golden Rock, Kings Street Fredericksted.



The Perfect Bar & Grille experience to get your grub on. From appealing appetizers, delectable desserts & tasty drinks, your favorites under one roof. **(Coming Soon).** Market Square East, St. Thomas *(Next to Caribbean Cinemas)*



The Directory of Virgin Islands Services

**DIAL - A - SERVICE**

**Is Your Business Listed?**

Call Today To List Your Business
Every Day In The Daily News
**(340) 714-2222 or Email Classifieds@DailyNews.vi**

St. Croix | St. John | St. Thomas | Tortola

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000064871

