# EXHIBIT 96

**Date:**     Wednesday, May 15 2013 10:58 AM
**Subject:**  Re: Quick response re: TOEFL
**From:**     Cecile de Jongh <███████@yahoo.com>
**To:**       Jeffrey Epstein <jeevacation@gmail.com>;

Ok.  We should put them on the list for the fall semester.

With warm regards,

Cecile

Sent from my iPhone
On May 15, 2013, at 6:49 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

> IF it worked both ███ and ███ would sign up, ███ currently has a f1 and studies english in ny
>
> On Tue, May 14, 2013 at 10:32 PM, Cecile de Jongh <██████████@yahoo.com> wrote:
>
>> FYI below.
>>
>> With warm regards,
>>
>> Cecile
>>
>> Sent from my iPhone
>> Begin forwarded message:
>>
>>> **From:** Dionne Jackson <djackso@live.uvi.edu>
>>> **Date:** May 14, 2013, 9:57:40 PM GMT-04:00
>>> **To:** Cecile de Jongh <██████████@yahoo.com>
>>> **Subject: Re: Quick response re: TOEFL**
>>>
>>> Hi Cecile,
>>>
>>> Here's what I was able to find out:
>>>
>>> Because of low enrollment, the ESL class isn't offered every semester.
>>>
>>> Professor Violetta Donavon keeps a list of names and when the list grows to ten, they offer the course. They hope to offer it next semester. In the interim, there are English skills courses that could help.
>>>
>>> Here is Professor Donavon's contact information:
>>> 340-693-1049
>>> vdonova@live.uvi.edu
>>>
>>> Here is a direct link to our course catalog:
>>> www.uvi.edu/sites/uvi/Pages/Academics- Catalog_and_Graduate_Bulletin.aspx

                                                       ESTATE_JPM024114

I emailed Professor Donavon to let her know you might reach out to her with questions.

Please let me know if I may be of further assistance.

My best,

Dionne

Sent from an undisclosed location via my iPad

On May 14, 2013, at 10:01 AM, "Cecile de Jongh" < ███████ @yahoo.com > wrote:

> Thanks Dionne!
>
> With warm regards,
>
> Cecile
>
> Sent from my iPhone
> On May 13, 2013, at 5:33 PM, Dionne Jackson <djackso@live.uvi.edu> wrote:
>
>> Hi Cecile,
>>
>> Left a few messages and am waiting to hear back. Here's to tomorrow!
>>
>> My best,
>>
>> Dionne
>>
>> ---
>>
>> **From:** Cecile de Jongh [mailto: ███████ @yahoo.com]
>> **Sent:** Monday, May 13, 2013 5:20 PM
>> **To:** Dionne Jackson
>> **Subject:** Re: Quick response re: TOEFL

ESTATE_JPM024115

Thank Dionne.  Does UVI have ESL classes?

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged,confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

Please consider the environment before printing this e-mail.

ESTATE_JPM024116

**From:** Dionne Jackson <djackso@live.uvi.edu>
**To:** Cecile de Jongh <████████@yahoo.com>
**Sent:** Monday, May 13, 2013 5:10 PM
**Subject:** Quick response re: TOEFL

Hi Cecile,

Just wanted to let you know quickly that UVI is listed as a test center on St. Thomas. I will let you know the exact office to contact tomorrow.

My best,

# *Dionne V. Jackson*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Dionne V. Jackson**

Vice-President for Institutional Advancement &

 Executive Director, Foundation for Reichhold Center for the Arts

**University of the Virgin Islands**

#2 John Brewer's Bay

St. Thomas, USVI 00802

ESTATE_JPM024117

p: 340-693-1040

m: 340-514-7480

f: 340-693-1015

e: djackso@uvi.edu

w: http://www.uvi.edu/

--
*********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

ESTATE_JPM024118