# EXHIBIT 97

| | |
|---|---|
| **From:** | Jeffrey Epstein <jeevacation@gmail.com> |
| **Sent:** | Wednesday, May 29, 2013 9:30 PM |
| **To:** | Cecile de Jongh |
| **Subject:** | Re: Fw: ESL course @ UVI |

███ f1 and ███ b 1

On Wed, May 29, 2013 at 5:00 PM, Cecile de Jongh <███████@yahoo.com> wrote:

> Jeffrey,
>
> What kind visas do these ladies currently have? Ms. Todman said that the I-20 is only for persons in a degree program (seeking a dregee) or an exchange student (getting a degree in their country and just doing a semester here). She said that they will not need an I-20 if they already have a work visa and they can take the ESL class without the I-20. She was clear that no I-20 would be sought for them by UVI if they are not in a degree program. Perhaps they can enroll and take at least 12 credits towards a degree? What would you like to do?
>
> With warm regards,
>
> Cecile
>
> DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.
>
> "Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln
>
> 🌐 Please consider the environment before printing this e-mail.
>
> ----- Forwarded Message -----
> **From:** ann rodriquez <███████@yahoo.com>
> **To:** Dionne Jackson <djackso@live.uvi.edu>; Cecile de Jongh <███████@yahoo.com>
> **Cc:** "btodman@live.uvi.edu" <btodman@live.uvi.edu>

1

CONFIDENTIAL                                                                                                    ESTATE_JPM020206

**Sent:** Wednesday, May 29, 2013 3:18 PM
**Subject:** Re: ESL course @ UVI

Hi Ms. Todman,

Please see attached registration forms for ▇▇▇▇▇ & Ms. ▇▇▇▇▇

Thank You,
Ann R.

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

**From:** Dionne Jackson <djackso@live.uvi.edu>
**To:** Cecile de Jongh <▇▇▇▇@yahoo.com>
**Cc:** Violeta Donovan <vdonova@live.uvi.edu>; Ann Rodriquez <▇▇▇▇@yahoo.com>
**Sent:** Wednesday, May 29, 2013 2:09 PM
**Subject:** RE: ESL course @ UVI

My pleasure, Cecile.

Good luck!

My best,

Dionne

**From:** Cecile de Jongh [mailto:▇▇▇▇@yahoo.com]
**Sent:** Wednesday, May 29, 2013 2:38 PM
**To:** Dionne Jackson
**Cc:** Violeta Donovan; Ann Rodriquez
**Subject:** Re: ESL course @ UVI

Thanks Dionne, I will have Anna coordinate.

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this

CONFIDENTIAL　　ESTATE_JPM020207

communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

 Please consider the environment before printing this e-mail.

**From:** Dionne Jackson <djackso@live.uvi.edu>
**To:** Cecile de Jongh <█████@yahoo.com>
**Cc:** Violeta Donovan <vdonova@live.uvi.edu>
**Sent:** Wednesday, May 29, 2013 1:54 PM
**Subject:** RE: ESL course @ UVI

Hello Cecile,

I believe applications should go to Barbara Todman; she is well acquainted with the procedures for international students.

She can be reached as follows: phone: 340-693-1150 or email: btodman@live.uvi.edu.

Please let me know how things go.

My best,

*Dionne V. Jackson*

**Dionne V. Jackson**
Vice-President for Institutional Advancement &
 Executive Director, Foundation for Reichhold Center for the Arts
**University of the Virgin Islands**
#2 John Brewer's Bay
St. Thomas, USVI 00802

p: 340-693-1040
m: 340-514-7480
f: 340-693-1015
e: djackso@uvi.edu
w: http://www.uvi.edu/

**From:** Cecile de Jongh [mailto:█████@yahoo.com]
**Sent:** Wednesday, May 29, 2013 12:58 PM
**To:** Dionne Jackson
**Cc:** Violeta Donovan
**Subject:** Re: ESL course @ UVI

Good afternoon Dionne,

3

CONFIDENTIAL                                                                                                                 ESTATE_JPM020208

Thank you for this information. From what you sent me, it looks like the total cost for the course (for up to 10 students) is $8,868 which we will pay. We have two students to enroll. To whom should we send the applications? Once UVI receives the applications, the two students will need to get an I-20.

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

 Please consider the environment before printing this e-mail.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                    ESTATE_JPM020209