# EXHIBIT 98

**Date:** Thursday, May 16 2013 08:51 PM
**Subject:** Re:
**From:** Cecile de Jongh <█████@yahoo.com>
**To:** Jeffrey Epstein <jeevacation@gmail.com>;

Yes, I think it will.

With warm regards,

Cecile

Sent from my iPhone
On May 16, 2013, at 4:01 PM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

> I can inroll  and ██ if that helps the school
>
> --
> ************************************************************
> The information contained in this communication is
> confidential, may be attorney-client privileged, may
> constitute inside information, and is intended only for
> the use of the addressee. It is the property of
> Jeffrey Epstein
> Unauthorized use, disclosure or copying of this
> communication or any part thereof is strictly prohibited
> and may be unlawful. If you have received this
> communication in error, please notify us immediately by
> return e-mail or by e-mail to jeevacation@gmail.com, and
> destroy this communication and all copies thereof,
> including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                         ESTATE_JPM024119