# EXHIBIT 99

**Date:** Wednesday, June 5 2013 11:58 AM
**Subject:** Re:
**From:** Cecile de Jongh <███████@yahoo.com>
**To:** Jeffrey Epstein <jeevacation@gmail.com>;

With AYH? We got the closing statement and the appraisal which I sent to Rich. Frank Garrison would like copies of 2006 emails you referenced in an email to Andrew. Do you to send them on? The closing statement indicates that the property sold for $25M. I just got the appraisal last night so will review today to see if submerged land is valued at 3Xs the fee simple property.

Did the ladies enroll? It is not too late for the fall semester? As we discussed, they need to go down and enroll and show the ability to pay. I can draft a letter for them to present. Think about whether you should sign it or one of us.
With warm regards,

Cecile

Sent from my iPhone
On Jun 5, 2013, at 7:02 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

> where are we?
>
> --
> ************************************************************
> The information contained in this communication is
> confidential, may be attorney-client privileged, may
> constitute inside information, and is intended only for
> the use of the addressee. It is the property of
> Jeffrey Epstein
> Unauthorized use, disclosure or copying of this
> communication or any part thereof is strictly prohibited
> and may be unlawful. If you have received this
> communication in error, please notify us immediately by
> return e-mail or by e-mail to jeevacation@gmail.com, and
> destroy this communication and all copies thereof,
> including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                       ESTATE_JPM024130