# EXHIBIT 100

Date: Thursday, June 27 2013 02:56 PM
Subject: ESL Classes
From: Cecile de Jongh <████████@yahoo.com>
To: JEE <jeevacation@gmail.com>;

Jeffrey,

Can you please let me know what you want to do re the ESL class at UVI? They are structuring the class around the ladies. Please let me know so that they know what to do or not to do.

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

🌎 Please consider the environment before printing this e-mail.

CONFIDENTIAL                                                                                                       ESTATE_JPM020983