# EXHIBIT 103

From: Cecile de Jongh [█████@yahoo.com]
Sent: 5/27/2015 5:11:14 PM
To: jeffrey E. [jeevacation@gmail.com]
Subject: Re: Various

Importance: High

The new Acting AG is James Carroll, a former judge. The Acting Solicitor General is a good friend of mine, Mac Davis, so, once I get Donald to send it, I will alert Mac and try to get it fast tracked.

With warm regards,
Cecile

On Wednesday, May 27, 2015 12:36 PM, jeffrey E. <jeevacation@gmail.com> wrote:

Who is in charge

On Wednesday, May 27, 2015, Cecile de Jongh <█████> wrote:
 Bad news re the dental licensure rules and regs - the AG's office does not have them. Apparently, everything gets logged in at the Solicitor General's area and it is not in their log. I let Donald know via text and await his response.

What would you like me to do re Dowe, talk to him about his request?

With warm regards,

Cecile


--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                            ESTATE_JPM015784