# EXHIBIT 106

| | |
|---|---|
| **Date:** | Saturday, June 11 2011 01:44 PM |
| **Subject:** | Fwd: Updates |
| **From:** | Cecile de Jongh < ███████ @yahoo.com > |
| **To:** | J E <jeevacation@gmail.com>; |

Please see Mr. Challenger's note to me below:

With warm regards,

Cecile

Sent from my iPhone
Begin forwarded message:

> **From:** Cecile de Jongh < ███████ @yahoo.com >
> **Date:** June 10, 2011 5:40:55 PM GMT-04:00
> **To:** Walter Challenger <WCHALLENGER@VIPORT.com >
> **Cc:** Denise Mills <DMILLS@VIPORT.com >, Dale Gregory <DGREGORY@viport.com >, Kenn Hobson <KHOBSON@VIPORT.com >
> **Subject: Re: Updates**
>
>
> Thank you for the update Mr. Challenger.  Have a great weekend.
>
> With warm regards,
>
> Cecile
>
> Sent from my iPhone
> On Jun 10, 2011, at 3:41 PM, "Walter Challenger" <WCHALLENGER@VIPORT.com > wrote:
>
>
> > Good afternoon Mrs. deJongh,
> >
> >
> > Regards:
> >
> >
> > (1)  The TWA, LLC application for the soon-to-be-returned Air Center Helicopters, Inc.'s (Middle Bay) space at the Cyril E. King Airport ("CEKA"), General Aviation hangar:  we are preparing that application to be ready for VIPA Governing Board's July 2011 meeting.  Contingent on this process, and should the application be approved by the Governing Board, we would anticipate a steady transitioning of the premises in time for when Air Center vacates – anticipated 08/31/2011;
> >
> >
> > (2)  The TWA, LLC's application for self-fueling tanker placement ("depot") area:  identification of a specific area, from among those already identified as potential areas, is still not completed – I will inquire via Mr. Dale

ESTATE_JPM023269

Gregory (VIPA Director of Engineering) as to progress. Mr. Gregory will also confirm any other area contemplated/designated to be processed with your third active application for space for constructing a hangar at CEKA.

I trust to serves to update you in these matters. As soon as we have clarified the availability of specific areas from among those already identified as "potential" areas, I would be please to further update you and proceed accordingly.

Sincerely,

**Walter L. Challenger, Jr.**

Property Management Officer

Virgin Islands Port Authority

P.O. Box 301707

St. Thomas, VI 00803

tel: (340) 714-6637

fax: (340) 715-0134

email: wchallenger@viport.com

---

**From:** Cecile de Jongh [mailto:███████@yahoo.com]
**Sent:** Friday, June 10, 2011 2:38 PM
**To:** Walter Challenger
**Subject:** Updates

Good afternoon Mr. Challenger,

I am just following up to see if there are any updates on our two applications (fuel depo and Air Center space) pending with VIPA. Please let me know at your earliest convenience. Thanks.

ESTATE_JPM023270

With warm regards,

Cecile de Jongh

DISCLAIMER: The information contained in this e-mail may be privileged,confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

CONFIDENTIAL

ESTATE_JPM023271