# EXHIBIT 114

**Date:** Thursday, December 18 2014 06:08 PM
**Subject:** Yesterday's Discussion
**From:** Cecile de Jongh <███████@yahoo.com>
**To:** JEE <jeevacation@gmail.com>;

Let me start by saying I am sorry that I was so heated in our meeting yesterday. In retrospect, it probably was not a good time for me to have the conversation since I was emotional anyway (it was ███████████████████████████████████████████████████████████████). It is important to me that you know that I take this job, my management of your team and our implementation of your requests very seriously and that they be done in the most confidential of ways.

With respect to our discussion of various topics, I propose the following for your consideration:

- **Anna** - We will move Anna to the LSJ payroll effective January 1, 2015. She currently is making $40,000 annual salary from STC and a $3,000 monthly bonus from LSJE – no payroll taxes are taken out of the LSJE amount.   Some things to consider:
    - She will have to come off of the STC health insurance (cost = $14,294/yr).
    - She will no longer have the 401K plan ($1,200 match from STC + her $4,000 contribution)
- **Lucas** - He is currently working on the scanning and shredding for all of the entities, FTC, LSJ, Zorro, NES, JEGE, Hyperion, and JEVIF.   There is still quite a bit to do but we could outsource this to a document disposal company.   He has also been assisting Jermaine with the airport runs and we were about to have him dispose of our e-waste. I completely understand your concern with hiring relatives as it is not normally our procedure.  We originally hired him as a temporary college intern-type person to deal with shredding sensitive documents as a summer project and he only worked about 4 hours per week.   Again, we have the option of outsourcing the project to expedite it and we can transition Lucas off of the STC payroll. His current salary is $20,000.
- **Bonuses** - I believe we have an exceptionally loyal and dedicated team. Without reservation, I can say you have the best employees and most loyal employees St. Thomas has to offer.   We are all extremely versatile with having the ability to do a multitude of tasks equally well. Jeanne and I both have a community presence that is highly respected and I believe this stood us in good stead with FTC and bodes very well for STC, and for the new entity that is now being formed. Daphne has the ability to get pretty much any task completed without leaving any loose ends. Una is meticulous in her work product. Although most of our work is support-based and not revenue-generating, we complete what has to be done for the company efficiently and effectively and to date have a stellar record. In 14 years, we have not had a bad audit and we ensure that you have the best relationships with local regulators and departments.   Jermaine has some limitations of which we are all well aware. However, at this point, he really has transitioned into the company 'jack of all trades'.   He has an extremely pleasant attitude and important institutional knowledge of our IT systems.

Based on yesterday's conversation, you were clearly not happy with what I presented in terms of bonuses, along with other issues. I can redo the bonus schedule and interface with Rich in so doing. I defer to you for your thoughts on this.
Let me know how best to proceed.

With warm regards,


Cecile