# EXHIBIT 6

```
 1              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
     GOVERNMENT OF THE UNITED      )
 3   STATES VIRGIN ISLANDS         )
                                   )
 4         Plaintiff,              )
                                   )
 5   vs.                           ) 1:22-cv-10904-JSR
                                   )
 6   JPMORGAN CHASE BANK, N.A.,    )
                                   )
 7         Defendant/Third-        )
           Party Plaintiff.        )
 8   _____ )
     JPMORGAN CHASE BANK, N.A.     )
 9                                 )
           Third-Party             )
10         Plaintiff,              )
                                   )
11   vs.                           )
                                   )
12   JAMES EDWARD STALEY,          )
                                   )
13         Third-Party             )
           Defendant.              )
14

15             FRIDAY, APRIL 7, 2023

16      CONFIDENTIAL - ATTORNEYS' EYES ONLY

17                    - - -

18          Videotaped deposition of Mary
     Casey, held at the offices of Boies Schiller
19   & Flexner, 100 SE 2nd Street, Suite 2800,
     Miami, Florida, commencing at 9:23 a.m.
20   Eastern, on the above date, before Carrie A.
     Campbell, Registered Diplomate Reporter,
21   Certified Realtime Reporter, Illinois,
     California & Texas Certified Shorthand
22   Reporter, Missouri, Kansas, Louisiana & New
     Jersey Certified Court Reporter.
23                    - - -

24          GOLKOW LITIGATION SERVICES
                  877.370.DEPS
25              deps@golkow.com
```

```
 1         Q.    And in 2003, you were doing a
 2   DDR on the financial trust account, correct?
 3         A.    I don't know from this arti --
 4   from this e-mail.
 5         Q.    So if you want to turn to the
 6   article, you'll see it's an article entitled
 7   "The Talented Mr. Epstein," dated March 2003
 8   in Vanity Fair.
 9               Correct?
10         A.    Correct.
11         Q.    And this article, I will
12   represent you, Ms. Casey, was already
13   discussed at the deposition of JPMorgan's
14   corporate rep that happened before your
15   deposition today.
16               Have you seen this article
17   before?
18         A.    I don't remember this article,
19   but I see that it's attached to my e-mail.
20         Q.    Okay.  If you would turn to
21   page 8 of 22, please.
22               MR. BUTTS:  And --
23               THE WITNESS:  Do I know that --
24               MR. BUTTS:  Yeah, exactly.
25         It's stapled together.  It doesn't
```

```
 1   Sorry.
 2        Q.    Yes.
 3              In May of 2003, you're
 4   referencing a Vanity Fair article as it
 5   relates to information about one of Jeffrey
 6   Epstein's accounts.
 7              You will see in March 2003,
 8   there is an article called "The Talented
 9   Mr. Epstein."
10              Do you believe that is the
11   Vanity Fair article to which you were
12   referring?
13        A.    I don't know.
14        Q.    If you would turn to page 8 of
15   22, please, Ms. Casey, you'll see the big
16   paragraph that begins "According to."
17              The third line it says,
18   "Epstein may have good reason to keep his
19   past cloaked in secrecy.  His real mentor, it
20   might seem, was not Leslie Wexner but Steven
21   Jude Hoffenberg, 57."
22              Do you see that?
23        A.    I do.
24        Q.    Do you know who Steven Jude
25   Hoffenberg is?
```

1      A.    No.
2      Q.    "He is currently incarcerated
3  in the federal medical center in Devens,
4  Massachusetts, serving a 20-year sentence for
5  bilking investors out of more than
6  $450 million in one of the largest Ponzi
7  schemes in American history."
8            Do you see that?
9      A.    I do.
10     Q.    And then it goes on and talks
11 about, "When Epstein met off Hoffenberg in
12 London in the 1980s, the latter was
13 charismatic, audacious, head of the Towers
14 Financial Corporation, a collection agency
15 that was supposed to buy debts that people
16 owed to hospitals, banks and phone
17 companies."
18           Do you see that?
19     A.    I do.
20     Q.    Are you familiar with Towers
21 Financial Corporation?
22     A.    No.
23     Q.    If it's the case that in 2003,
24 Ms. Casey, you had reviewed and forwarded on
25 this Vanity Fair article with respect to

1  Jeffrey Epstein, would it have caused you to
2  ask any questions or had any concerns about
3  representing Jeffrey Epstein?
4           MR. BUTTS: Objection. Form.
5           You may answer.
6           THE WITNESS: It was a
7      newspaper article. Or a magazine
8      article.
9  QUESTIONS BY MS. LIU:
10     Q.    It was a newspaper article
11 discussing the fact that he had worked with
12 someone who was serving a 20-year sentence
13 for one of the largest Ponzi schemes in
14 American history.
15          Would that have created any
16 concerns for you with respect to your
17 representation of Jeffrey Epstein as a
18 client?
19          MR. BUTTS: Objection to form.
20          You may answer.
21          THE WITNESS: It would be one
22     data point within many.
23 QUESTIONS BY MS. LIU:
24     Q.    Thank you.
25          You're aware, Ms. Casey, that

Mary Casey - Confidential, Attorneys' Eyes Only

```
 1   engaged in similar conduct as JPMorgan Chase
 2   and was sanctioned $150 million for that
 3   conduct?
 4        A.    I don't know.
 5              (Casey Exhibit 34 marked for
 6        identification.)
 7   QUESTIONS BY MS. LIU:
 8        Q.    All right.  You're being handed
 9   what was just marked as Exhibit 34.  And this
10   was a due diligence report on JEGE, Inc.
11              Do you see that?
12        A.    I do.
13        Q.    And just so we can move through
14   it quickly, I'll represent to you that's one
15   of, if you don't recall, Jeffrey Epstein's
16   accounts.
17              Does that name ring a bell?
18        A.    It does not.
19        Q.    Okay.  Well, if you turn to
20   Bates 7174 --
21        A.    Uh-huh.
22        Q.    -- you'll see under Comments
23   the last paragraph says, "Epstein is
24   well-known to several JPMorgan private bank
25   employees and to Jes Staley."
```

```
 1                  Do you see that?
 2        A.        I do.
 3        Q.        "Mr. Epstein was convicted of a
 4   felony charge in 2008 and is currently
 5   serving an 18-month prison sentence."
 6                  Do you see that?
 7        A.        I do.
 8        Q.        "Jes Staley conferred with
 9   Stephen Cutler, and the decision was made to
10   keep Mr. Epstein as a private bank client."
11                  Do you see that?
12        A.        I do.
13        Q.        Okay.  And then it goes on and
14   says, "Staley and private bank then decided
15   that his private bank relationship will be
16   for banking and custody only.  We no longer
17   provide brokerage execution capabilities for
18   Mr. Epstein's accounts."
19                  Do you see that?
20        A.        I do.
21        Q.        And instead, Bear Stearns --
22   which at this point was acquired by JPMorgan,
23   right?
24        A.        This is -- remind me the date
25   again?  This is 2000 --
```

```
 1         Q.      8.
 2         A.      I believe this document -- no,
 3   this is 2010, is it not?  Hold on.
 4         Q.      Well, this is while he's
 5   serving his -- okay.  So it's -- this is
 6   being written -- I'll withdraw the question
 7   about Bear Stearns.  Let's go.
 8         A.      Yeah, because I don't exactly
 9   know the date that we --
10         Q.      Yeah, I really don't have a
11   question on Bear Stearns.
12         A.      Okay.
13         Q.      Where is there the rationale
14   for the decision to continue the relationship
15   with Jeffrey Epstein?
16         A.      If you look in this -- well,
17   it's both in the -- well, the summary of
18   findings, if you will, in the middle of
19   page 7175.
20         Q.      Go ahead.
21         A.      "Jes Staley conferred with
22   Stephen Cutler, and the decision was made to
23   keep Mr. Epstein as a PB client."
24         Q.      Well, that tells us that a
25   decision was made to continue the
```