# EXHIBIT 8

1  UNITED STATES DISTRICT COURT FOR THE
2  SOUTHERN DISTRICT OF NEW YORK
3  ----------------------------------------X
4  Jane Doe 1, individually and on behalf of
   all others similarly situated,
5
6                    Plaintiff,           Case No.
                                          1:22-cv-10019 (JSR)
7            v.
8  JPMorgan Chase Bank, N.A.,
                     Defendant.
9  ----------------------------------------
10 GOVERNMENT OF THE UNITED STATES
   VIRGIN ISLANDS,
11                                        Case No.
                                          1:22-cv-10904 (JSR)
12                   Plaintiff,
13           v.
14 JPMORGAN CHASE BANK, N.A.,
15                   Defendant
16 ----------------------------------------
17    ** CONFIDENTIAL PORTION UNDER SEPARATE COVER **
18           ** DEPOSITION OF MARY ERDOES **
19              Wednesday, March 15, 2023
20
21
22
23 Reported by:
24 Angela M. Shaw-Crockett, CCR, CRR, RMR

1      Q.   Were you aware that Mr. Epstein traded

2   foreign exchange with JPMorgan Chase?

3      A.   I don't recall the specifics of

4   Mr. Epstein's relationship.

5      Q.   In an earlier email -- or, not an email --

6   or a rapid response memo, there was indication that

7   the private bank would only be providing banking

8   services.

9           Do you recall that?

10     A.   Yes, I recall that.

11     Q.   Does that mean cash management,

12  essentially?

13     A.   "Banking relationships" generally means

14  banking activity of checking, just non -- not things

15  like stock trading and hedge fund management.

16     Q.   Do you know whether there was another

17  branch or line of business within JPMorgan Chase

18  that handled any foreign exchange trading equity

19  trading, fixed-income trading?

20     A.   Am I aware there's another -- say that

21  question again.

22     Q.   Bad question.

23          JPMorgan Chase acquired Bear Stearns at

24  some point, correct?

1  A. Correct.

2  Q. Do you know whether Mr. Epstein did any

3  trading activities through Bear Stearns?

4  A. I don't know what Mr. Epstein did with

5  Bear Stearns.

6  Q. I'm sorry?

7  A. I don't know what Mr. Epstein's

8  relationship was with Bear Stearns.

9  Q. Okay. Private banking can handle what

10 I'll call "traditional brokerage services," correct?

11 A. Correct.

12 Q. But it can also simply provide banking

13 services and have another part of, if you will, the

14 JPMorgan family, handle brokerage and execution

15 services, correct?

16 A. Correct.

17 Q. And you don't know whether that was split

18 in the case of Mr. Epstein?

19 A. No, I don't know.

20 Q. Okay. If you read -- continue to read

21 here on this due diligence report, it says "he,"

22 meaning Mr. Epstein, "manages money for

23 high-net-worth individuals, specifically Leslie

24 Wexner."