# EXHIBIT 9

```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK

     GOVERNMENT OF THE              :
     UNITED STATES VIRGIN           :
     ISLANDS,                       :   CASE NO.
                                    :   1:22-CV-10904
     Plaintiff,                     :   -JSR
                                    :
             v.                     :
                                    :
     JPMORGAN CHASE BANK,           :
     N.A.,                          :
                                    :
     Defendant/Third Party          :
     Plaintiff.                     :
     _____        :
     JPMORGAN CHASE BANK,           :
     N.A.,                          :
                                    :
     Third Party Plaintiff,         :
                                    :
             v.                     :
                                    :
     JAMES EDWARD STALEY,           :
                                    :
     Third Party Defendant.         :

        CONFIDENTIAL - ATTORNEYS' EYES ONLY
                      -  -  -
                    May 3, 2023
                      -  -  -

                         Videotaped deposition
     of WILLIAM D. LANGFORD, taken pursuant to
     notice, was held at the law offices of
     Boies Schiller Flexner LLP, 55 Hudson
     Yards, New York, New York, and remotely,
     beginning at 9:37 a.m., on the above
     date, before Michelle L. Gray, a
     Registered Professional Reporter,
     Certified Shorthand Reporter, Certified
     Realtime Reporter, and Notary Public.

              GOLKOW LITIGATION SERVICES
           877.370.3377 ph| 917.591.5672
                   deps@golkow.com
```

1           She expresses surprise that
2  there hasn't been a subpoena, correct?
3           I'm in the first paragraph.
4       A.   She finds odd -- yeah, she
5  finds odd.
6       Q.   Okay.  And then also notes
7  that there had been a subpoena some time
8  ago to Bear Stearns, correct?
9       A.   Yes.
10      Q.   And then she answers that
11 question about why this came up recently.
12 And she said that his accounted alerted
13 in Fortent for cash activity, which it
14 does from time to time.
15           Correct?
16           MR. GAIL:  Objection.
17           THE WITNESS:  Sorry, repeat
18      that question.
19 BY MS. SINGER:
20      Q.   So I'm asking -- she
21 responded to your question about why this
22 came up by explaining that there had been
23 a Fortent alert for cash activity,
24 correct?

1  Times, Landon Thomas reported that
2  Epstein charges a flat fee on the assets
3  entrusted to him, anywhere from
4  $25 million to $100 million, but doesn't
5  collect any portion of the profits.  This
6  is oddly reminiscent of Bernie Madoff's
7  compensation scheme."
8           Have I read that correctly?
9      A.   Yes.
10     Q.   And then finally he says, in
11 the bottom paragraph, "We do know however
12 that Epstein actually has invested money
13 with both Citigroup and Bear Stearns" --
14 oh, I'm sorry.  Da-da-da.
15          Turning the page.  "On the
16 other hand, there were no" -- "there are
17 no SEC filings disclosing Epstein's
18 holding.  Not one.  It is hard to see how
19 he could be managing billions without
20 ever tripping a disclosure trigger,
21 unless he avoids the stock market
22 altogether and only invests in private
23 deals.  This is another red flag."
24          Have I read that correctly?

1        A.    Yes.
2        Q.    And he concludes, "We have
3   no concrete evidence that Epstein is
4   running a scam.  But given the red flags
5   and the fact that he reportedly controls
6   billions of dollars, isn't that something
7   worth looking into?"
8              Have I read that correctly?
9        A.    Yes.
10       Q.    Do you know if, either
11  before or after this article or Maryanne
12  Ryan's e-mail, JPMorgan ever looked into
13  Epstein's business activities?
14       A.    I don't know about
15  specifically coming from this
16  perspective, no.
17       Q.    And do you -- do you -- are
18  you aware of whether there was ever any
19  investigation by JPMorgan of what Jeffrey
20  Epstein's business was or who his clients
21  were?
22       A.    I don't know.
23       Q.    Did you ever hear that there
24  was such an investigation?