# EXHIBIT 10

| From: | Liu, Mimi Y |
|---|---|
| To: | WHJPMCService; DoeService@bsfllp.com |
| Cc: | DL - Motley Rice JPMC Service; Wohlgemuth, Stephen; zwarren@wc.com |
| Subject: | RE: RE: M&C Agenda |
| Date: | Monday, April 17, 2023 1:54:05 PM |
| Attachments: | image001.png |

**EXTERNAL SENDER**

Counsel,

USVI Agenda:

1. Priv Logs – see proposal sent today
2. Missing statements/payments/transactions (L Singer emails 4/6 and 4/14, also raised last few M&Cs)
3. 30b6 outstanding written response
4. HT Project – risk assessments
5. Langford production – complete?
6. Board Meetings – priv designation details?
7. Cutler – priv log
8. Revenues/holdings outside PB for Epstein (e.g. JPMAM, Bear Stearns)
9. Confirming we have distribution list documents, IMs
10. Responses to M Oliver letter April 10

Thank you.

Mimi



**Mimi Liu** Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9625 **f.** 202.386.9622
mliu@motleyrice.com

**From:** Liu, Mimi Y
**Sent:** Tuesday, April 11, 2023 11:13 AM
**To:** Boggs, Paige <pboggs@motleyrice.com>; WHJPMCService@wilmerhale.com; DoeService@bsfllp.com
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>; Wohlgemuth, Stephen <SWohlgemuth@wc.com>; zwarren@wc.com
**Subject:** RE: RE: M&C Agenda

All – a few additions/details to our agenda in bold below.

Thanks.

Mimi

**Mimi Liu** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 630 | Washington, DC 20004
office 202.386.9625 | cell 202.550.6587 | mliu@motleyrice.com

---

**From:** Liu, Mimi Y
**Sent:** Monday, April 10, 2023 4:36 PM
**To:** Boggs, Paige <pboggs@motleyrice.com>; WHJPMCService@wilmerhale.com; DoeService@bsfllp.com
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>; Wohlgemuth, Stephen <SWohlgemuth@wc.com>; zwarren@wc.com
**Subject:** RE: RE: M&C Agenda

Counsel,

USVI Agenda:

1. Dimon Dep – length
2. Priv Logs – May 9 proposal; **also want to discuss priv log format and process for resolving challenges**
3. ███████████████████████████████████████
4. **Project JEEP documents and custodians, data surveillance from M Oliver letter Monday, April 10**
5. Confidentiality of Erdoes transcript/exhibits (and now Casey?)
6. Financial statements in email directly below and from L Singer email Friday, April 7
7. Priv docs ending in 5958 and 7200
8. Metadata
9. 30b6 written response – response to deficiency letter? **(impasse?)** Remaining written responses?
10. Regan Dep – new date
11. Human Trafficking Project – producing responsive docs, including risk assessments, ICE training, JPMC presentations (from Pearn dep)
12. SAC – what can be unredacted
13. **Project JEEP documents and custodians, data surveillance from M Oliver letter Monday, April 10**
14. ███████████████████████████████████████
15. **Response to Interrogatory 9**

Thanks.

Mimi

**Mimi Liu** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 630 | Washington, DC 20004
office 202.386.9625 | cell 202.550.6587 | mliu@motleyrice.com

---

**From:** Liu, Mimi Y
**Sent:** Tuesday, April 4, 2023 11:32 AM
**To:** Boggs, Paige <pboggs@motleyrice.com>; WHJPMCService@wilmerhale.com; DoeService@bsfllp.com
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>; Wohlgemuth, Stephen <SWohlgemuth@wc.com>; zwarren@wc.com
**Subject:** RE: RE: M&C Agenda

One more item – we appear to be missing the following financial statements and ask that you search and produce – thanks.

| Financial Trust, Inc | JPMC #Q30171005 |
|---|---|
| **Statement Dates** | |
| 10/31/2002 | 10/31/2005 |
| 2/28/2003 | 11/30/2005 |
| 3/31/2003 | 12/31/2005 |
| 4/30/2003 | 8/31/2006 |
| 8/31/2003 | 3/31/2008 |
| 10/31/2003 | |

**Mimi Liu** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 630 | Washington, DC 20004
office 202.386.9625 | cell 202.550.6587 | mliu@motleyrice.com

---

**From:** Liu, Mimi Y
**Sent:** Monday, April 3, 2023 4:07 PM
**To:** Boggs, Paige <pboggs@motleyrice.com>; WHJPMCService@wilmerhale.com; DoeService@bsfllp.com
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>; Wohlgemuth, Stephen <SWohlgemuth@wc.com>; zwarren@wc.com
**Subject:** RE: RE: M&C Agenda

USVI agenda for tomorrow:

1. Dimon – meet and confer re dep date and time
2. Dimon – calendar entries?
3. Confidentiality of Erdoes dep and exhibits
4. Response to 30(b)(6) deficiency letter
5. Timing of other 30(b)(6) written responses
6. Priv logs
7. Priv docs – per L Singer emails 3/24
8. Service for Steve Black or motion for alternate service
9. Metadata – JPMC to ask vendor?
10. Project JEEP
11. BOD risk committee materials – production date?

Thanks.

Mimi

**Mimi Liu** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 630 | Washington, DC 20004
office 202.386.9625  | cell 202.550.6587 | mliu@motleyrice.com

---

**From:** Boggs, Paige <pboggs@motleyrice.com>
**Sent:** Monday, March 27, 2023 6:01 PM
**To:** Liu, Mimi Y <mliu@motleyrice.com>; WHJPMCService@wilmerhale.com; DoeService@bsfllp.com
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>
**Subject:** RE: RE: M&C Agenda

All,

Our agenda for tomorrow:

1. Status of Langford and Cutler document productions
2. 30(b)(6) topics not being covered on Wednesday
    1. Status of document productions re 30(b)(6) topics
    2. Written response re topics 2, 18, 23, and 28
    3. Topics 21 and 27
    4. Total time agreement
3. Dates for McCleerey and Reagan
4. Service for Steven Black – if not, motion for alternative service
5. Staley's personnel file
6. Documents relating to human trafficking
7. Relationship annual activity summaries – will any others be produced?
8. Dimon documents 2006-2011
9. Updates regarding the chronology and other attachments to JPM-SDNYLIT-0010094

10. Depo confidentiality designations
11. USVI's Motion to amend
12. Privilege docs/logs
    1. JPM-SDNYLIT-00157200
    2. JPM-SDNYLIT_00135958
    3. Logs as custodial or other productions are complete
13. ███████████████████████████████████
14. Metadata – consistently not receiving the following:

> Duplicate Custodian
> DateModified
> TimeModified
> DateCreated
> TimeCreated



**Paige Boggs** Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9629 **c.** 202.538.0540 **f.** 202.386.9622
pboggs@motleyrice.com

**From:** Liu, Mimi Y <mliu@motleyrice.com>
**Sent:** Monday, March 20, 2023 4:52 PM
**To:** WHJPMCService@wilmerhale.com; DoeService@bsfllp.com
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>
**Subject:** RE: M&C Agenda

All,

Our agenda for tomorrow:

1. Proposed CMP sent Friday
2. Documents for Langford and Cutler depositions – Status of productions? Volume? ██████
   ████████████
3. Dimon deposition
4. Project Jeep: need explanation as to why it has been withheld
5. McCleerey – any dates week of April 24? (We have a conflict April 20.)
6. Regan dep – date? Separately represented?
7. Third party productions – do we have everything that JPMC has?
8. JPMC credit card statements
9. Missing canceled checks and wire information for Epstein's personal account ending in 0438.
10. Relationship annual activity summaries – only have 1-2 for Epstein – confirm no others?
11. Documents: Need chronology (and/or any other attachments) to any of emails in email chain at JPM-SDNYLIT-0010094; missing account statements

**Mimi Liu | Attorney at Law | Motley Rice LLC**
**401 9th St. NW, Suite 630 | Washington, DC 20004**

office 202.386.9625 | cell 202.550.6587 | mliu@motleyrice.com

**From:** Liu, Mimi Y
**Sent:** Tuesday, March 14, 2023 1:28 PM
**To:** WHJPMCService@wilmerhale.com; DoeService <DoeService@bsfllp.com>
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>
**Subject:** RE: M&C Agenda

All,

A few additional items to USVI agenda –

- Dimon dep notice – is JPMC producing and if so we need dates before mid-April.
- Missing canceled checks and wire information for Epstein's personal account ending in 0438.
- Relationship annual activity summaries – only have 1-2 for Epstein – confirm no others?

Thank you.

Mimi

**Mimi Liu** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 630 | Washington, DC 20004
office 202.386.9625 | cell 202.550.6587 | mliu@motleyrice.com

**From:** Liu, Mimi Y
**Sent:** Monday, March 13, 2023 9:32 PM
**To:** WHJPMCService@wilmerhale.com; DoeService <DoeService@bsfllp.com>
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>
**Subject:** RE: M&C Agenda

Counsel,

Below is the agenda for the USVI portion of the call:

1. Confirm agreement on Erdoes Dep 8 hours b/w USVI and Doe Plaintiffs
2. Staley personnel/custodial files
3. Deposition date for McCleerey
4. Deposition protocol (need written protocol); cross-noticing; counting; ████████ ███████████████ any zoom deps exhibit protocol
5. Priv re-review; Erdoes and Casey (see additional email)
6. Documents: Need chronology (and/or any other attachments) to any of emails in email chain at JPM-SDNYLIT-0010094; reproduce JPM SDNYLIT 00131994 (illegible); missing account statements
7. Schedule

8. ████████████████████████████████████

9. Production of third party documents subpoenaed by JPMorgan, as requested and required by Rule 45

10. Meet and confer on Responses and Objs to USVI Second Set Discovery and USVI Third Set Rogs

11. Status update and ETA regarding verified interrogatory responses and document productions relating to the 30(b)(6) topics

12. Effective dates for policies and procedures

13. JPMC credit card statements

Thank you.

**Mimi Liu** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 630 | Washington, DC 20004
office 202.386.9625 | cell 202.550.6587 | mliu@motleyrice.com

**From:** Liu, Mimi Y
**Sent:** Monday, March 6, 2023 4:52 PM
**To:** WHJPMCService@wilmerhale.com; DoeService <DoeService@bsfllp.com>
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>
**Subject:** M&C Agenda

Counsel,

Below is the agenda for the USVI portion of the call:

1. Potential MTC issues - 30b6 issues (Topic 23 and 15); RFP 5; contacting court re MTC briefing schedule

2. 30b6 date (March 29)

3. Deposition scheduling (discuss confirmed dates + productions; need dates for DeLuca, Regan, McCleerey)

4. Deposition protocol (need written protocol); cross-noticing; counting; ████████████ ███████████ any zoom deps exhibit protocol

5. Priv re-review; Erdoes and Casey (see additional email)

6. Overlay to determine families? Also need chronology (and/or any other attachments) to any of emails in email chain at JPM-SDNYLIT-00100941.

7. Responses and Objections to USVI second set discovery

8. Schedule – JPMC request to push back deadlines 4 weeks

9. USVI MTD hearing – ████████████████████

Thank you.

Mimi

---

**From:** Liu, Mimi Y
**Sent:** Monday, February 27, 2023 3:40 PM
**To:** WHJPMCService@wilmerhale.com; DoeService <DoeService@bsfllp.com>
**Cc:** DL - Motley Rice JPMC Service <DL-MotleyRiceJPMCService@motleyrice.com>
**Subject:** M&C Agenda

Counsel,

Below is the agenda for the USVI portion of the call:

1. 30b6 issues, including 3 topics for M&C, deposition date, other issues raised in 2/26 email
2. Issues raised in USVI 2/24 response to 2/20 letter, including M&C items and response dates
3. ██████ – requesting alternate service
4. Calling court after meeting to discuss impasse items, request discovery conference, ██████ alternate service
5. Casey dep date, document production volume, confirming Casey/Erdoes doc prod'n by 3/3/23
6. Priv log re-review and new priv log for Casey/Erdoes (priority), setting M&C date
7. Search terms
8. D'allesio
9. OCC protective order addendum
10. Overlay to determine families

Thank you.

Mimi

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies—electronic, paper or otherwise—which you may have of this communication.