# EXHIBIT 12

```
     00001

 2            UNITED STATES DISTRICT COURT FOR THE
 3               SOUTHERN DISTRICT OF NEW YORK
 4
 5     Case No. 1:22-cv-10019 (JSR)
       - - - - - - - - - - - - - - - - - -X
 6     JANE DOE 1, Individually            :
         and on behalf of all others       :
 7     similarly situated,                 :
                        Plaintiffs         :
 8                                         :
          VS                               :
 9                                         :
          JPMORGAN CHASE BANK, N.A.,       :
10                     Defendant           :
       - - - - - - - - - - - - - - - - - -X
11     Case No. 1:22-cv-10904 (JSR)
       - - - - - - - - - - - - - - - - - -X
12     GOVERNMENT OF THE UNITED STATES     :
          VIRGIN ISLANDS                   :
13                      Plaintiffs         :
                                           :
14     VS                                  :
                                           :
15     JPMORGAN CHASE BANK, N.A.,          :
                        Defendant          :
16     - - - - - - - - - - - - - - - - - -X
17
                         CONFIDENTIAL
18
19             Videotaped deposition of
                 FRANCIS PEARN taken at the offices of
20           Boies Schiller Flexner LLP, 55 Hudson
                 Yards, New York, New York  10001, before
21           Clifford Edwards, Certified Shorthand
                 Reporter, and Notary Public in and for the
22           State of New York, on March 29, 2023, at
                 9:47 a.m. EDT.
23
24
25
```

Confidential - Francis Fearn

1

2    BY MS. BOGGS:

3         Q    I'm handing you a document marked

4    Exhibit 14.  You can take a minute to look at it.

5              Are you familiar with Exhibit 14?

6         A    I am not.

7         Q    I'm going to represent to you that this

8    is a well-known article published about

9    Mr. Epstein in March 2003 called "The Talented

10   Mr. Epstein."

11             MR. BUTTS:  I'll -- I'll object to

12        that, but it's an article.

13   BY MS. BOGGS:

14        Q    JPMorgan was aware of this article;

15   correct?

16             MR. BUTTS:  Objection.

17             You may answer as a 30(b)(1)

18        witness, if you know.

19        A    I -- I don't know if it was or not.

20             (Whereupon, Exhibit No. 15, E-mail,

21             Bates-Stamped JPM-SDNYLIT-00137281,

22             was marked for identification.)

23   BY MS. BOGGS:

24        Q    Handing you a document marked

25   Exhibit 15, are you familiar with Exhibit 15?

```
 1

 2         A    I believe I've seen this document
 3    before.
 4         Q    Did you see it in preparation for
 5    today's deposition?
 6         A    Yes.
 7         Q    And do you know what the Vanity Fair
 8    article is that's being referenced here?
 9              Sorry, I can back up.  So --
10         A    Yup.
11         Q    Yes?
12         A    I see it.
13         Q    So this is an e-mail from Mary Rieth
14    and I believe her name is now Mary Casey.
15              Do you know Ms. Rieth or Casey?
16         A    I do not.
17         Q    Okay.  Do you know of her?
18         A    Yes.
19         Q    Okay.  So do you agree that Mary Rieth
20    and Mary Casey are the same person?
21         A    I don't know that.
22         Q    Oh, okay.  I -- I believe Ms. Rieth is
23    now Mary Casey, but you don't have to trust me on
24    that.
25         A    That's okay.
```

```
 1
 2         Q    So this is an e-mail from Ms. Rieth to
 3    Paul Lahiff, and it's -- the subject is, "Your
 4    question on financial trust," and the date is
 5    May 21st, 2003.
 6              The e-mail states, "Just got the DDR
 7    back this morning.  Will have it approved by the
 8    afternoon.  I was waiting to pull everything
 9    together before sending down Vanity Fair article
10    so you'll get everything at once."
11              Do you see that?
12         A    I do.
13         Q    Are you aware that Financial Trust is
14    Jeffrey Epstein's company?
15         A    I do know that.
16         Q    Okay.  So there's a reference to the
17    Vanity Fair article.
18              And if we'll switch back to Exhibit 14,
19    this is a Vanity Fair article and it came out
20    two months before the e-mail that we just looked
21    at.
22              So I'm going to direct you to a couple
23    of sections of this article.
24              So if we look at page five, the first
25    paragraph beginning with the big letter A,
```

```
 1
 2      "According to SEC."
 3              Do you see that?
 4      A    Yes.
 5      Q    "According to the SEC and other legal
 6      documents unearthed by Vanity Fair, Epstein may
 7      have good reason to keep his past cloaked in
 8      secrecy.  His real mentor it might seem was not
 9      Leslie Wexner but Steven Jude Hoffenberg, 57, who
10      for a few months before the SEC sued to freeze
11      his assets in 1993 was trying to buy The New York
12      Post.  He is currently incarcerated in the
13      Federal Medical Center in Devens, Massachusetts
14      serving a 20-year sentence for bilking investors
15      out of more than 450 million in one of the
16      largest Ponzi schemes in American history."
17              Do you see that?
18      A    Yes.
19      Q    Does that ring any bells for you about
20      Towers Financial?
21      A    It does not.
22      Q    Okay.  And do you know who Steven
23      Hoffenberg is?
24              MR. BUTTS:  You may answer as a
25              30(b)(1) witness.
```

```
 1
 2          A    No, I don't.
 3     BY MS. BOGGS:
 4          Q    Okay.  The next paragraph states, "When
 5     Epstein met Hoffenberg in London in the 1980s,
 6     the latter was the charismatic, audacious head of
 7     the Towers Financial Corporation, a collection
 8     agency that was supposed to buy debts that people
 9     owed to hospitals, banks, and phone companies."
10               Do you see that?
11          A    Yes.
12          Q    Does that refresh your memory at all
13     about Towers Financial?
14                    MR. BUTTS:  Same objection and
15               limitation.
16          A    No, it doesn't.
17     BY MS. BOGGS:
18          Q    Let's skip to the sixth paragraph down
19     in that section, it begins "In 1987."
20               "In 1987, Hoffenberg, according to
21     sources, set Epstein up in the offices he still
22     occupies in the Villard House on Madison Avenue
23     across the courtyard from the restaurant Le
24     Cirque.  Hoffenberg hired his new protege as a
25     consultant at 25,000 a month and the relationship
```

```
 1
 2     flourished."
 3             Do you see that?
 4        A    Yes.
 5        Q    Does the fact that Epstein used to work
 6     for a company that is now known to be one of the
 7     largest Ponzi schemes in history, would that be
 8     relevant information for Know Your Customer?
 9             MR. BUTTS:  Objection.  Beyond the
10          scope.
11             You may answer as a 30(b)(1)
12          witness, if you -- if you have a view.
13        A    In the spirit of searching for negative
14     media specific to financial crimes, the answer
15     would be yes.
16     BY MS. BOGGS:
17        Q    Would prior employment for a Ponzi
18     scheme make a consumer higher risk?
19             MR. BUTTS:  Same objections and
20          limitation.
21        A    I would say yes.
22             MS. BOGGS:  I'd like to hand you
23          another document.
24             (Whereupon, Exhibit No. 16, Due
25          Diligence Report, Bates-Stamped
```