# EXHIBIT 13

| | |
|---|---|
| **From:** | lisa.e.waters@jpmorgan.com [lisa.e.waters@jpmorgan.com] |
| **Sent:** | 10/24/2008 3:38:40 PM |
| **To:** | Goldberg, Ira - Communication of Counsel (Exchange) [igoldberg@bear.com] |
| **Subject:** | RE: Jeffrey Epstein credit memo & supporting doc |

cutler does the approval for jamie

Lisa E. Waters
Managing Director
J.P.Morgan Securities Inc.
(212) 464-2048