IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant/Third-Party Plaintiff. | Case No. 22-cv-10904-JSR<br><br><br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW CAITLIN A. KOVACS AS COUNSEL OF RECORD |
| JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | |

Defendant/Third Party Plaintiff's Motion for Leave to Withdraw Caitlin A. Kovacs as Counsel of Record filed in the above-captioned action is **GRANTED**.

**IT IS HERBY ORDERED** that the *pro hac vice* admission granted to and the appearance of Caitlin A. Kovacs as Counsel of Record for Defendant/Third-Party Plaintiff in the above-captioned action is withdrawn, and the Clerk shall promptly remove Caitlin A. Kovacs from the list of attorneys receiving electronic notices of filing and proceedings in this action.

1

New York, NY

Dated: _____6/16/_____, 2023

_____
The Honorable Jed S. Rakoff
United States District Judge

2