AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Government of the United States Virgin Islands<br>*Plaintiff*<br>v.<br>JPMorgan Chase Bank, N.A.<br>*Defendant* | Case No. 1:22-cv-10904-JSR |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Government of the United States Virgin Islands

Date:   06/16/2023

*Attorney's signature*

Michael J. Pendell (#MP0844)
*Printed name and bar number*

Motley Rice LLC
One Corporate Center, 20 Church St., 17th Floor
Hartford, CT 06103
*Address*

mpendell@motleyrice.com
*E-mail address*

(806) 218-2722
*Telephone number*

(806) 882-1682
*FAX number*