UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>    Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>    Third-Party Defendant. | 22-cv-10904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Because they concern discovery disputes that have been adjudicated, the Clerk is respectfully directed to close entries numbered 142, 172, 176, 177, 183, 184, and 185 on the docket of this case.

    SO ORDERED.

New York, NY
June 16, 2023

_____
JED S. RAKOFF, U.S.D.J.