# EXHIBIT 3

**To:** Reich, Steven[steven.reich@jpmorgan.com]
**From:** Maleton, Howard[howard.maleton@chase.com]
**Sent:** Mon 10/28/2019 11:45:17 AM (UTC)
**Subject:** FW: Project Jeep Current Review
JE Summary (9.17.2019) - Privileged.docx

FYI…..

---

**From:** Filbert, Brian D (Compliance, USA)
**Sent:** Sunday, October 27, 2019 8:11 PM
**To:** Kaufman, Rachel (Compliance, USA) <rachel.kaufman@jpmorgan.com>
**Cc:** Maleton, Howard (Compliance, USA) <Howard.Maleton@chase.com>
**Subject:** Project Jeep Current Review

Hi, attached is a summary of the e-comms review that Trade Surveillance conducted regarding Epstein and Staley. Esther has created a timeline combining the e-comms with the relevant transactional activity. From that analysis we've identified the two items below and these are the ones I've discussed with you. Please let us know if you have questions, etc. Our analysis is continuing. Thanks, Brian


**Page 8, under section that states: Jeffrey Epstein makes limited references to his interest in women but no explicit references to age. There are also some comments which, while unconfirmed, may have the appearance of relating to inappropriate behavior with one reference between Epstein and Staley to a modeling agency:**

- On August 27, 2009 Jes Staley writes to Epstein that he is on his (Staley's) boat and that he will be "In London with Jamie, mid week." Epstein writes "how long london? Do you need anything there?" Staley replies on August 29, 2009 with "Yep."
    - On August 29, 2009; 1 wire payment for $3,000 is sent from Epstein's JPMC account to a women by the name of ███████████████ in Lithuania. The women appears to be associated with a ballet company in Lithuania called Baltic Ballet.

**Page 1-2, under section that states: Jes Staley appears to have a close relationship with Jeffrey Epstein, regularly communicating with him and seeking advice from him including while Epstein is incarcerated. Other employees also communicate with Epstein intermittently on a variety of matters.**

- On December 30, 2008 Epstein writes to Staley, "sunday will not work for me ., everyone is gone except the housekeepers, you are more than welcome to use the house . you will be well looked after. the chef from paris is there." Staley replies the next day, I think I will head back. If something changes , let me know. Otherwise I've asked Rosa to make a date free in early January for me to visit the Palm Beach office and spend some time with you."
    - This same women, ███████████████, received a prior wire for $2,000 from Epstein on January 8, 2009.

Confidential

JPM-SDNYLIT-00901997