# EXHIBIT 5

**From:** Anne E Verdon [Anne.Verdon@chase.com]
**Sent:** 8/16/2010 9:50:15 PM
**To:** Melissa Getler [Melissa.Getler@jpmorgan.com]; Todd Cook [todd.cook@jpmorgan.com]; James Condren [James.Condren@chase.com]
**CC:** GREG QUENTAL [GREG.QUENTAL@jpmorgan.com]
**Subject:** Re: Epstein

Thid has a JES connection.

---

**From**: Melissa Getler
**To**: Todd Cook; James Condren
**Cc**: Anne E Verdon; GREG QUENTAL
**Sent**: Mon Aug 16 17:24:04 2010
**Subject**: Re: Epstein

That's my understanding.

---

**From**: Todd Cook
**To**: Melissa Getler; James Condren
**Cc**: Anne E Verdon; GREG QUENTAL
**Sent**: Mon Aug 16 17:22:32 2010
**Subject**: Re: Epstein

Did Ace go to him for an exception to the felon policy?
--------------------------
Sent from my BlackBerry Wireless Device

---

**From**: Melissa Getler
**To**: Todd Cook; James Condren
**Cc**: Anne E Verdon; GREG QUENTAL
**Sent**: Mon Aug 16 17:17:46 2010
**Subject**: Re: Epstein

We are in contact with Cutler on this.

---

**From**: Todd Cook
**To**: James Condren; Melissa Getler
**Cc**: Anne E Verdon; GREG QUENTAL
**Sent**: Mon Aug 16 17:14:39 2010
**Subject**: Re: Epstein

After we spoke, I realized that, not only is Epstein suing us, but since he's a convicted felon, the approval of Cutler or Zubrow wd be required by the Firm's felon policy. It looks like Ace may have reached out to Cutler. (Greg- Joe Danowsky has the background on Epstein or we could chat when I get in on wednesday.)
--------------------------
Sent from my BlackBerry Wireless Device

---

**From**: James Condren
**To**: Todd Cook
**Sent**: Mon Aug 16 13:05:13 2010
**Subject**: Fw: Epstein

FYI

---

**From**: Melissa Getler
**To**: James Condren
**Sent**: Mon Aug 16 13:04:03 2010
**Subject**: RE: Epstein

OK- that provides some context (maybe). Thanks.

---

**From:** James Condren
**Sent:** Monday, August 16, 2010 1:02 PM
**To:** Melissa Getler
**Subject:** Re: Epstein

Maybe not coincidentally, Todd called me about Epstein last week. Ace Greenberg wants to do business with him. I told Todd [Redacted - Privileged] So maybe Ace is pushing it.

---

**From**: Melissa Getler
**To**: James Condren
**Sent**: Mon Aug 16 12:49:16 2010
**Subject**: Epstein

Just an FYI.

---

**From:** Melissa Getler
**Sent:** Monday, August 16, 2010 12:32 PM
**To:** Stephen M Cutler
**Subject:** RE: Please call me at 212-270-3220

**Redacted - Privileged**

---

**From:** Stephen M Cutler
**Sent:** Monday, August 16, 2010 12:23 PM
**To:** Melissa Getler
**Subject:** Please call me at 212-270-3220

Melissa – [Redacted - Privileged] **Redacted - Privileged**

Confidential

s.

Confidential                                                                                      JPM-SDNYLIT-00752912