# EXHIBIT 9

| | |
|---|---|
| From: | Goldberg, Ira - Communication of Counsel (Exchange) [igoldberg@bear.com] |
| Sent: | 11/3/2008 7:24:38 PM |
| To: | Munowitz, Gary (Exchange) [gmunowitz@bear.com]; Everett, Melissa (Exchange) [meverett@bear.com] |
| CC: | Mallery, Clifford (Exchange) [cmallery@bear.com]; Waters, Lisa E [lisa.e.waters@jpmorgan.com]; Cook, Todd - Communication of Counsel (Exchange) [jtcook@bear.com] |
| Subject: | RE: Jeffrey Epstein credit memo & supporting doc |

Gary / Lisa –

As per our conversation, this account is a known situation and approved by senior management.

Ira

---

**From:** Munowitz, Gary (Exchange)
**Sent:** Monday, October 27, 2008 8:30 AM
**To:** Goldberg, Ira - Communication of Counsel (Exchange); Everett, Melissa (Exchange)
**Cc:** Mallery, Clifford (Exchange); Waters, Lisa E; Cook, Todd - Communication of Counsel (Exchange)
**Subject:** RE: Jeffrey Epstein credit memo & supporting doc

As indicated earlier, the broker would like to keep the account.


**Gary F. Munowitz**
Senior Managing Director
Bear Stearns, **a division of J.P. Morgan**
383 Madison Avenue
New York, NY 10514
Tel: 212 272 4857
Fax: 917 849 4436
gmunowitz@bear.com
www.bearstearns.com

**J.P. Morgan Securities Inc.**

---

**From:** Goldberg, Ira - Communication of Counsel (Exchange)
**Sent:** Friday, October 24, 2008 11:32 AM
**To:** Munowitz, Gary (Exchange); Everett, Melissa (Exchange)
**Cc:** Mallery, Clifford (Exchange); Waters, Lisa E; Cook, Todd - Communication of Counsel (Exchange)
**Subject:** RE: Jeffrey Epstein credit memo & supporting doc

Gary

My understanding is that JPM requires top of the house ok for clients who are convicted felons. (ie PCS Legal to Asset Mgt Legal to Cutler to Jaime Daimnon). If you want to keep the account i can call Asset Mgt Legal and get the ball rolling. Am awaiting your direction.

Thx

---

**From:** Munowitz, Gary (Exchange)
**Sent:** Thursday, October 23, 2008 1:18 PM
**To:** Everett, Melissa (Exchange)
**Cc:** Mallery, Clifford (Exchange); Goldberg, Ira - Communication of Counsel (Exchange)
**Subject:** RE: Jeffrey Epstein credit memo & supporting doc

The broker would like to continue to handle the accounts. The larger account indicated as having $3mm on the AML Diligence report is down to $20k. Let me know what else you require. If there is a firm policy regarding a specific course of action let me know.

**Gary F. Munowitz**
Senior Managing Director
Bear Stearns, **a division of J.P. Morgan**
383 Madison Avenue
New York, NY 10514
Tel: 212 272 4857
Fax: 917 849 4436
gmunowitz@bear.com
www.bearstearns.com

**J.P. Morgan Securities Inc.**

---

**From:** Everett, Melissa (Exchange)
**Sent:** Wednesday, October 22, 2008 9:57 AM
**To:** Munowitz, Gary (Exchange)
**Cc:** Mallery, Clifford (Exchange); Goldberg, Ira - Communication of Counsel (Exchange)
**Subject:** FW: Jeffrey Epstein credit memo & supporting doc

Gary,

This e-mail is a follow-up regarding the AML notification below. I have yet to receive a response regarding how this matter will be handled. I need a decision from you regarding this matter before the close of business on Monday, October 27, 2008.

If you have any questions or concerns regarding this request, please feel free to contact me as soon as possible.

Regards,
Melissa

---

**From:** Penzell, Abigail - Communication of Counsel (Exchange)
**Sent:** Monday, September 08, 2008 1:48 PM
**To:** Munowitz, Gary (Exchange)
**Cc:** Goldberg, Ira - Communication of Counsel (Exchange); Mallery, Clifford (Exchange); Everett, Melissa (Exchange)
**Subject:** FW: Jeffrey Epstein credit memo & supporting doc

Good afternoon Gary,

Attached please find [REDACTED] an article from the *The Guardian*. The client is Jeffrey Epstein. Mr. Epstein has begun serving an 18-month jail term after pleading guilty to soliciting sex from girls as young as 14.

Please review the attached brief and report back to Melissa Everett by Friday, September 12, 2008, as to whether there are any steps that you would wish to consider from a reputational harm perspective. For example, you may consider reviewing whether to fire the customer; or, that no further action is warranted based upon the current information, etc.

Best,
Abigail

**From:** Gonzales, Estevan (Exchange)
**Sent:** Friday, September 05, 2008 11:22 AM
**To:** Everett, Melissa (Exchange)
**Cc:** Goldberg, Ira - Communication of Counsel (Exchange)
**Subject:** Jeffrey Epstein credit memo & supporting doc

Please find the attached credit memo for Jeffrey Epstein & the supporting article. Thank you.

Estevan Gonzales
320 Park Ave.
New York, NY 10022
phone: 212-272-9034
fax: 917-849-2697

Confidential
JPM-SDNYLIT-00892570