# EXHIBIT 10

Confidential - Pursuant to Protective Order

```
 1                UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
     GOVERNMENT OF THE UNITED      )
 3   STATES VIRGIN ISLANDS         )
                                   )
 4         Plaintiff,              )
                                   )
 5   vs.                           ) 1:22-cv-10904-JSR
                                   )
 6   JPMORGAN CHASE BANK, N.A.,    )
                                   )
 7         Defendant/Third-        )
           Party Plaintiff.        )
 8   _____ )
     JPMORGAN CHASE BANK, N.A.     )
 9                                 )
           Third-Party             )
10         Plaintiff,              )
                                   )
11   vs.                           )
                                   )
12   JAMES EDWARD STALEY,          )
                                   )
13         Third-Party             )
           Defendant.              )
14
                  FRIDAY, MAY 26, 2023
15
        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16
     **CONFIDENTIAL BSA PORTIONS UNDER SEPARATE COVER**
17                       - - -
18            Videotaped deposition of James
     Dimon, held at the offices of JPMorgan Chase,
19   383 Madison Avenue, New York, New York,
     commencing at 9:02 a.m. Eastern, on the above
20   date, before Carrie A. Campbell, Registered
     Diplomate Reporter and Certified Realtime
21   Reporter.
22
23                       - - -
24            GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

Confidential Pursuant to Protective Order

```
 1        trial Monday.  Take care.
 2             MR. BUTTS:  Sounds like no
 3        holiday for you.
 4             MS. FRIEDMAN:  Should we take a
 5        break?
 6             MR. BUTTS:  Yeah, let's do.
 7             VIDEOGRAPHER:  We're going off
 8        record.  The time is 10:30.
 9          (Off the record at 10:30 a.m.)
10             VIDEOGRAPHER:  We're going back
11        on record.  The time is 10:39.
12                DIRECT EXAMINATION
13   QUESTIONS BY MS. SINGER:
14        Q.    Good morning, Mr. Dimon.  My
15   name is Linda Singer.  I would like to say I
16   bring down the average age of the examiners
17   on our side, but I don't know that that's
18   true, actually, so I'm going to skip that.
19             I don't think we did this at
20   the outset, so could you state your position
21   for the record, please?
22        A.    I am chairman and chief
23   executive officer of JPMorgan Chase.
24        Q.    And where generally do you
25   reside?
```

Confidential Pursuant to Protective Order

1      A.     New York City.
2      Q.     And do you have any plans of
3   moving your residence between now and
4   November of 2023?
5      A.     No.
6      Q.     When did you first learn that
7   Jeffrey Epstein was a customer of JPMorgan?
8      A.     I don't recall knowing anything
9   about Jeffrey Epstein until the stories broke
10  sometime in 2019.  And I was surprised that I
11  didn't even -- had never even heard of the
12  guy, pretty much, and how involved he was
13  with so many people.
14     Q.     Were you aware that Jeffrey
15  Epstein was promoting you to contacts as a
16  candidate for Secretary of the Treasury?
17           MR. BUTTS:  Objection.
18           You may answer.
19           THE WITNESS:  Nope.
20  QUESTIONS BY MS. SINGER:
21     Q.     Were you aware that JPMorgan
22  entered into a settlement or settlements with
23  Jeffrey Epstein?
24     A.     Not until recently, no.
25     Q.     When did you learn that?

```
 1        A.    I think as part of this case.
 2        Q.    Okay.  So as part of your
 3   preparation for this deposition or at some
 4   other time?
 5        A.    No, it was part of preparation
 6   for this deposition.
 7              (Dimon Exhibit 15 marked for
 8        identification.)
 9   QUESTIONS BY MS. SINGER:
10        Q.    We want to play a clip from an
11   interview that you did recently on CNN.
12   Hopefully, that will work.
13              (Video played.)
14        Q.    All right.  Mr. Dimon, does
15   that segment from CNN accurately reflect what
16   you said during the interview with Poppy
17   Harlin {sic}?
18              MS. FRIEDMAN:  Harlow.
19              THE WITNESS:  You know, there
20        was a teeny piece of the interview,
21        but, yes.
22   QUESTIONS BY MS. SINGER:
23        Q.    Okay.
24        A.    That piece was accurate, I
25   think.
```

Confidential - Pursuant to Protective Order

1  Q. And what did you rely on to
2 state that JPMorgan did not have
3 contemporaneous knowledge of Epstein's
4 offenses?
5      MR. BUTTS: Objection.
6      THE WITNESS: I didn't say
7   that.
8 QUESTIONS BY MS. SINGER:
9  Q. Okay. You did say hindsight is
10 fabulous, correct?
11  A. I did.
12  Q. Okay. So prior to your
13 interview, what information did you have
14 about what JPMorgan knew or didn't know about
15 Jeffrey Epstein and JPMorgan's handling of
16 his accounts?
17      MR. BUTTS: Objection. And
18   I'll instruct you not to answer to the
19   extent that any knowledge comes from
20   counsel.
21      THE WITNESS: I knew very
22   little about any of this until this
23   case was opened. And then of course
24   I've learned quite a bit since then.
25

```
 1   QUESTIONS BY MS. SINGER:
 2       Q.   Okay.  So in making your
 3   comment that hindsight is fabulous, what
 4   information had you reviewed about what
 5   JPMorgan knew or didn't know about its
 6   handling of Jeffrey Epstein's business?
 7            MR. BUTTS:  Objection.
 8            And the same caution, you
 9       should not reveal any information you
10       reviewed in the context of discussions
11       with counsel.
12            THE WITNESS:  Well, I mean,
13       almost all of it was done in
14       consultation with counsel.
15            MR. BUTTS:  Then you can't
16       answer the question.
17            THE WITNESS:  Okay.
18   QUESTIONS BY MS. SINGER:
19       Q.   Other than conversations with
20   your lawyers, which I never mean for you to
21   reveal, nor would Mr. Butts allow you, did
22   you have any knowledge of what JPMorgan had
23   done or knew about Jeffrey Epstein prior to
24   your interview with CNN?
25            MR. BUTTS:  Objection.
```

 1   connection with Mr. Epstein?
 2        A.    No.
 3        Q.    Are you aware of whether or not
 4   she worked for Mr. Epstein?
 5        A.    Nope.
 6        Q.    On February 26, 2010, Lesley
 7   Groff writes Mr. Epstein on the subject of
 8   Peter, Jes and Jamie.  "Shall I have Lynn
 9   prepare heavy snacks for your evening
10   appointments with Peter Mandelson, Jes Staley
11   and Jamie Dimon?  Or is this to be a nice,
12   sit-down dinner at 9 p.m.?"
13             And Mr. Epstein replies,
14   "Snacks."
15             Do you see that?
16        A.    Yes.
17        Q.    Did you in fact have an
18   appointment with Peter Mandelson, Jes Staley
19   and Jamie Dimon?
20        A.    I have never had an appointment
21   with Jeff Epstein.  I've never met Jeff
22   Epstein.  I never knew Jeff Epstein.  I never
23   went to Jeff Epstein's house.  I never had a
24   meal with Jeff Epstein.  I have no idea what
25   they're referring to here.

1            I did know Peter Mandelson, and
2    obviously I knew Jes.
3        Q.    Do you have an explanation why
4    Lesley Groff would have written this e-mail?
5            MR. BUTTS:  Objection.
6            You may answer.
7            THE WITNESS:  Likely
8    misinformed.  Not likely.
9    Misinformed.
10   QUESTIONS BY MR. BOIES:
11       Q.    Now, Mr. Epstein does not write
12   back to her saying, you're misinformed, Jamie
13   Dimon is not coming.
14            You see that?
15       A.    I don't know what he thought at
16   the time.  He was obviously misinformed.  I
17   never -- this never took place.
18       Q.    Okay.  Did Mr. Epstein arrange
19   for you to meet with Ehud Barak?
20       A.    Who?
21            MR. BUTTS:  Objection.
22            You may answer.
23            THE WITNESS:  Who?
24   QUESTIONS BY MR. BOIES:
25       Q.    Ehud Barak.

Confidential - Pursuant to Protective Order

```
1        A.    I don't think Jeff Epstein ever
2   arranged for me to meet with anybody, to my
3   knowledge.  And I knew Ehud Barak.  We did
4   not need introductions to anybody.
5              (Dimon Exhibit 113 marked for
6        identification.)
7   QUESTIONS BY MR. BOIES:
8        Q.    Let me ask you to look at a
9   document that has been previously marked as
10  Exhibit 113.
11             This is a series of e-mails.
12  The one at the bottom, January 23, 2008, at
13  12:44 p.m., says, "Hello Rosa, I think ▓▓▓▓
14  may have already e-mailed you, but wanted to
15  follow up just in case.  Jeffrey was talking
16  to me on the phone and to ▓▓▓▓ who was
17  standing with him at the same time, so not
18  sure which one of us was actually to e-mail
19  you.  Jeffrey requested that we give you the
20  contact e-mail for Ehud Barak so that you
21  could organize the meeting with Jamie Dimon
22  and Barak on your end for simplification."
23             And then Rosa writes to Jes
24  Staley, "Jes, is it okay for me to contact
25  Ehud Barak directly to arrange a meeting with
```

Confidential - Pursuant to Protective Order

```
 1    Jamie?"
 2              And Jes Staley responds, "Go
 3    through Jamie's office."
 4              Do you see that?
 5        A.    Uh-huh.
 6        Q.    And did Rosa M. da Silva go
 7    through your office to arrange a meeting with
 8    Ehud Barak?
 9        A.    It would almost certainly have
10    to have gone through my office.  I don't
11    know -- I've met with Ehud Barak.  I don't
12    know -- I don't need a Jeff Epstein to meet
13    with Ehud Barak, so I don't know what he had
14    to do with all of that, but I have met with
15    him a couple of times.
16              MR. BUTTS:  He being Ehud
17        Barak?
18              THE WITNESS:  Ehud Barak, yeah.
19              (Dimon Exhibit 154 marked for
20        identification.)
21    QUESTIONS BY MR. BOIES:
22        Q.    Let me ask you to look at
23    Exhibit 154.
24              Exhibit 113 that we were just
25    looking at before was dated back in 2008.
```

Confidential - Pursuant to Protective Order

1             Do you see that subject line?

2     A.     Where does it say that?

3     Q.     The subject line at the very
4 top.

5     A.     Yes.

6     Q.     Okay. And again, going down
7 halfway down, it indicates, "Leon Black is a
8 prospect of Dennis Sheeran, CEO, and a
9 prospect of Andrew Young, fin spon."

10             I take it CEO there corresponds
11 to CEO of the private bank or some division.

12             Is that right?

13             MR. BUTTS: Objection.

14             You may answer.

15             THE WITNESS: I don't know
16 Dennis Sheeran.

17 QUESTIONS BY MS. SINGER:

18     Q.     Okay. And fin spon, do you
19 understand that to mean financial sponsor or
20 something else?

21     A.     Financial sponsor, I
22 understand, yes.

23     Q.     Okay. Okay. And let's go to
24 the attachment, which is the third page I
25 gave you.

1          Can you see that it lists Leon
2    Black as the second name on this list?
3          A.    What page are you on?
4          Q.    I'm on the very last page, the
5    third page.
6          A.    Yes.
7          Q.    All right.  And you see Leon
8    Black listed as status prospect, correct?
9          A.    Yes.
10         Q.    Okay.  And was it your
11   understanding that Leon Black -- and forgive
12   me if I'm treading ground that was covered --
13   was a prospect referred by Jeffrey Epstein?
14              MR. BUTTS:  Same objection and
15         instruction about --
16              THE WITNESS:  No one needed a
17         Jeffrey Epstein referral to get to
18         Leon Black.  He was a major client of
19         the firm already, at least in the
20         corporate side, and for all I know,
21         he's a client of the private bank
22         before that.
23   QUESTIONS BY MS. SINGER:
24         Q.    Although here he's listed as a
25   prospect.

Confidential - Pursuant to Protective Order

```
 1                   Is that not right?
 2         A.        That's what it lists.  I don't
 3   know if it's true.
 4                   (Dimon Exhibit 22 marked for
 5         identification.)
 6   QUESTIONS BY MS. SINGER:
 7         Q.        Okay.  We're also going to take
 8   a look at Exhibit 22, JPM-SDNYLIT-00150148_R.
 9                   Do you recognize Project Jeep,
10   Mr. Dimon?
11         A.        I do not.
12         Q.        Okay.  So this document is
13   headed "Project Jeep - Client Review October
14   2019."
15                   Correct?
16         A.        Yes.
17         Q.        And have you seen this document
18   before?
19         A.        No.
20         Q.        At the top --
21         A.        Not that I recall.
22         Q.        Okay.  At the top, it indicates
23   that it is reviewing three client
24   relationships related to Jeffrey Epstein
25   media.
```