# **EXHIBIT 39**

# INDUSTRIAL DEVELOPMENT COMMISSION ANNUAL REPORT

Fiscal Year Ending **December 31, 2000**

**Company Name & Address:** Financial Trust Company Inc. 6100 Red Hook Quarter B-3 St. Thomas USVI 00802
**Telephone No.:** (340) 775-2525
**Name / Signature of Preparer:** Jeanne Brennan       *(signed) Jeanne Brennan*
                                   (Name)                               (Signature)

| | | |
|---|---:|---:|
| Gross Sale (Ineligible Sales) Eligible for Tax Benefits | $ - | $ 64,409,495 |
| Gross Wages Paid In the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | | $ 569,421 |
| Average No. of Employees; Full Time & (Part Time) | 10 | ( - ) |
| Average No. of Residents; Full Time &( Part Time) | 10 | ( - ) |
| Average No. of Non-Residents; Full Time & Part Time | - | ( - ) |
| Other Employee Cost (Unemployment & Health Insurance, Pension, Allowances, etc.) | | $ 57,437 |
| Employee Income Taxes Paid and Withheld | | $ 188,537 |

## TAXES AND DUTIES (Provide dollar amount paid, and value of exemption / refund for each tax)

| | | $ |
|---|---|---:|
| **Gross Receipts:** | Amount Paid | - |
| | Dollar Value of Exemption | 2,576,380 |
| **Real Property Tax:** | Amount Paid | - |
| | Dollar Value of Exemption | - |
| **Excise Taxes:** | Total Paid | 3,047 |
| | Dollar Value of Exemption/Refund | - |
| **Income Taxes:** | Total Paid | 6,461,932 |
| | Dollar Value of Exemption/Refund | 25,845,200 |
| **Customs Duties:** | Total Paid | - |
| | Dollar Value of Exemption/Refund | - |
| **Other:** | Hotel room taxes paid | - |
| | Other Taxes, Fees Paid to V.I. Government | 750 |
| **TOTAL TAXES PAID:** | | 6,465,729 |
| **TOTAL VALUE OF EXEMPTIONS AND/OR REFUNDS:** | | 28,421,580 |

*RECEIVED OCT 15 2001 EXECUTIVE DIRECTORS OFFICE ST. THOMAS*

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods And Services | Eligible Suppliers | V.I. Suppliers | Non-Local | Total |
|---|---:|---:|---:|---:|
| Raw Materials, Components | - | - | - | - |
| Food, Beverages | - | - | - | - |
| Freight Charges | - | 796 | - | 796 |
| Insurance | - | - | 4,615 | 4,615 |
| Legal / Accounting | 73,726 | - | 1,161 | 74,887 |
| Advertising / Promotion | - | 1,108 | - | 1,108 |
| Utilities (Tel., Water, Elect., etc.) | - | 25,883 | - | 25,883 |
| Interest and Other Banking Charges | - | 66 | 141 | 207 |
| Supplies | 4,466 | 17,411 | 4,413 | 26,290 |
| Repairs / Maintenance | 1,100 | 9,846 | - | 10,946 |
| Other (List Separately) | 201,850  *99281* | 99,642 | *42405*  66,755 | ~~368,247~~ |
| Sub-total, Goods and Services: | 281,142  *154371* | ~~154,757~~ | *52735*  77,085 | *488268*  ~~512,979~~ |
| **Capital Expenditures:** | | | | |
| Building & Improvement | - | - | - | - |
| Leasehold Improvements | 106,070 | 3,580 | - | 109,650 |
| Machinery / Equipment | 42,386 | 10,115 | 4,947 | 57,448 |
| Furniture / Fixtures | 2,083 | 9,335 | 9,273 | 20,691 |
| Vehicles | - | - | - | - |
| Other (List Separately) | - | - | - | - |
| Subtotal, Capital Expend. | 150,539 | 23,030 | 14,220 | 187,789 |
| **GRAND TOTALS** | ~~431,681~~ | ~~177,787~~ | ~~91,305~~ | ~~700,768~~ |

CUMULATIVE CAPITAL EXPENDITURE UNDER IDC CERTIFICATE                                562,052



HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012922

INDUSTRIAL DEVELOPMENT COMMISSION ANNUAL REPORT

Fiscal Year Ending December 31, 2000
*Other Expenditures*

| Goods And Services | Eligible Supplier | V.I. Suppliers | Non-Local | Total | |
|---|---|---|---|---|---|
| Dues | - | 500 | - | 500 | |
| Postage and delivery | - | 3,772 | - | (?f?) 3,772 | ✓ |
| Airfare | - | | 18,070 | (TRAVEL) 18,070 | ☒ |
| Stockmarket services | - | - | 24,335 | 24,335 | ✓ |
| Start up costs | - | ~~361~~ | ~~24,350~~ | ~~24,711~~ | INELIGIBLE |
| Charitable contributions | 189,350 | - | - | 189,350 | ☒ |
| Co-op marketing fee | 12,500 | - | - | ~~12,500~~ | |
| Lodging and transportation | - | 21,393 | - | (TRAVEL) 21,393 | ☒ |
| Rent | - | 73,616 | - | 73,616 ☒ DIFF ¥¢₁ | |
| Sub-total Other | 201,850 | ~~99,642~~ 99251.- | ~~66,755~~ 42405 | ~~368,247~~ 343,536.- | |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012923