# EXHIBIT 40

# ECONOMIC DEVELOPMENT COMMISSION ANNUAL REPORT

Fiscal Year Ending December 31, 2001



POSTED



OCT 15 2002

| | | | |
|---|---|---|---|
| Company Name & Address: | Financial Trust Company Inc. 6100 Red Hook Quarter B-3 St. Thomas USVI 00802 | | |
| Telephone No.: | (340) 775-2525 | | |
| Name / Signature of Preparer: | Jeanne Brennan (Name) | *Jeanne Brennan* (Signature) | |

| | | |
|---|---:|---:|
| Gross Sale (Ineligible Sales) Eligible for Tax Benefits | $ - | $ 46,815,387 |
| Gross Wages Paid In the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | | $ 660,122 |
| Average No. of Employees; Full Time & (Part Time) | 11 | ( - ) |
| Average No. of Residents; Full Time &( Part Time) | 11 | ( - ) |
| Average No. of Non-Residents; Full Time & Part Time | - | ( - ) |
| Other Employee Cost (Unemployment & Health Insurance, Pension, Allowances, etc.) | | $ 67,243 |
| Employee Income Taxes Paid and Withheld | | $ 194,622 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption / refund for each tax)

| | | |
|---|---|---:|
| Gross Receipts: | Amount Paid | $ - |
| | Dollar Value of Exemption | $ 1,872,615 |
| Real Property Tax: | Amount Paid | $ - |
| | Dollar Value of Exemption | $ - |
| Excise Taxes: | Total Paid | |
| | Dollar Value of Exemption | $ - |
| Income Taxes: | Total Paid | $ 2,747,483 |
| | Dollar Value of Exemption | $ 21,217,187 |
| Customs Duties: | Total Paid | $ - |
| | Dollar Value of Exemption | $ - |
| Other: | Hotel room taxes paid | $ - |
| | Other Taxes, Fees Paid to V.I. Government | $ 132,719 |
| **TOTAL TAXES PAID:** | | $ 2,880,202 |
| **TOTAL VALUE OF EXEMPTIONS AND/OR REFUNDS** | | $ 23,089,802 |

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods And Services | Eligible Suppliers | V.I. Suppliers | Non-Local | Total |
|---|---:|---:|---:|---:|
| Raw Materials, Components | - | - | - | - |
| Food, Beverages | - | - | - | - |
| Freight Charges | - | 576 | - | 576 |
| Insurance | - | 2,640 | 14,322 | 16,962 |
| Legal / Accounting | 27,151 | - | 38,955 | 66,106 |
| Advertising / Promotion | - | 1,177 | - | 1,177 |
| Utilities (Tel., Water, Elect., etc.) | - | 29,901 | - | 29,901 |
| Interest and Other Banking Charges | - | 440 | 187 | 627 |
| Supplies | 6,789 | 8,194 | 2,817 | 17,800 |
| Repairs / Maintenance | 1,098 | 7,441 | 1,771 | 10,310 |
| Other (List Separately) | 12,520 | 120,219 | 51,242 | 183,981 |
| Sub-total, Goods and Services: | 47,558 | 170,588 (170589) | 109,294 | 327,440 (327941) |
| **Capital Expenditures:** | | | | |
| Building & Improvement | - | - | - | - |
| Leasehold Improvements | - | - | - | - |
| Machinery / Equipment | - | 1,599 | 880 | 2,479 |
| Furniture / Fixtures | - | - | - | - |
| Vehicles | - | - | - | - |
| Other (List Separately) | | | | |
| Subtotal, Capital Expend. | - | 1,599 | 880 | 2,479 |
| **GRAND TOTALS** | 47,558 | 172,187 | 110,174 | 329,919 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012885

*Other Expenditures*

| Goods And Services | Eligible Supplier | V.I. Suppliers | Non-Local | Total |
|---|---|---|---|---|
| Dues | - | 500 | - | 500 |
| Postage and delivery | 20 | 2,191 | 594 | 2,805 (DIFF) |
| Airfare | - | 3,649 | | (TRAVEL) 3,649 |
| Stockmarket services | - | - | 50,648 | 50,648 |
| Business Services | - | 342 | | 342 |
| Charitable contributions | | | | |
|    Company | | 18,420 | - | 18,420 |
|    Foundation | | 11,100 | - | 11,100 |
| Co-op marketing fee | 12,500 | - | - | 12,500 |
| Lodging and transportation | - | 8,836 | - | (TRAVEL) 8,836 |
| Rent | - | 75,181 | - | 75,181 |
| Sub-total Other | 12,520 | 120,219 | 51,242 | 183,981 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012886