# EXHIBIT 41



# ECONOMIC DEVELOPMENT COMMISSION ANNUAL REPORT
## Fiscal Year Ending December 31, 2002

RECEIVED OCT 15 2003

| | |
|---|---|
| Company Name & Address: | Financial Trust Company Inc. 6100 Red Hook Quarter B-3 St. Thomas USVI 00802 |
| Telephone No.: | (340) 775-2525 |
| Name / Signature of Preparer: | Jeanne Brennan |

| | | |
|---|---|---|
| Gross Sale (Ineligible Sales) Eligible for Tax Benefits | $ - | $ 95,687,311 |
| Gross Wages Paid In the V.I. (include vacation & sick pay, bonuses, overtime, etc.) | | $ 657,994 |
| Average No. of Employees; Full Time & (Part Time) | 11 ( - ) | |
| Average No. of Residents; Full Time &( Part Time) | 11 ( - ) | |
| Average No. of Non-Residents; Full Time & Part Time | - ( - ) | |
| Other Employee Cost (Unemployment & Health Insurance, Pension, Allowances, etc.) | | $ 126,013 |
| Employee Income Taxes Paid and Withheld | | $ 188,685 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption / refund for each tax)

| | | |
|---|---|---|
| Gross Receipts: | Amount Paid | $ - |
| | Dollar Value of Exemption | $ 3,827,492 |
| Real Property Tax: | Amount Paid | $ - |
| | Dollar Value of Exemption | $ - |
| Excise Taxes: | Total Paid | $ - |
| | Dollar Value of Exemption | $ - |
| Income Taxes: | Total Paid | $ 3,085,634 |
| | Dollar Value of Exemption | $ 37,080,724 |
| Customs Duties: | Total Paid | $ - |
| | Dollar Value of Exemption | $ - |
| Other: | Hotel room taxes paid | $ - |
| | Other Taxes, Fees Paid to V.I. Government | $ 135,844 = 3000 + 132,844 |
| TOTAL TAXES PAID: | | $ 3,218,478 |
| TOTAL VALUE OF EXEMPTIONS AND/OR REFUNDS | | $ 40,908,216 |

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods And Services | Eligible Suppliers | V.I. Suppliers | Non-Local | Total |
|---|---|---|---|---|
| Raw Materials, Components | - | - | - | - |
| Food, Beverages | - | - | - | - |
| Freight Charges | - | 67.73 | 234.24 | 301.97 |
| Insurance | - | 4,752.00 | 16,304.32 | 21,056.32 |
| Legal / Accounting | 27,424.00 | 23,881.00 | 137,288.99 | 188,593.99 |
| Advertising / Promotion | - | 2,757.00 | - | 2,757.00 |
| Utilities (Tel., Water, Elect., etc.) | 91.49 | 55,275.89 | 887.05 | 56,254.43 |
| Interest and Other Banking Charges | - | 1,841.84 | 30.43 | 1,872.27 |
| Supplies | 5,872.66 | 4,718.94 | 1,479.19 | 12,070.79 |
| Repairs / Maintenance | 1,187.50 | 5,393.00 | 1,927.42 | 8,507.92 |
| Other (List Separately) | 13059.80 16,059.20 | 354,933.53 | 80,268.85 | 443,261.58 451,261.58 |
| Sub-total, Goods and Services: | 47634.85 50,634.85 | 453,620.93 | 238,420.49 | 739,676.27 |
| **Capital Expenditures:** | | | | |
| Building & Improvement | | | | - |
| Leasehold Improvements | | | - | - |
| Machinery / Equipment | | | | - |
| Furniture / Fixtures | 572.00 | 21,860.00 | 505.29 | 22,937.29 |
| Vehicles | | | - | - |
| Other (List Separately) | | | | - |
| Subtotal, Capital Expend. | 572.00 | 21,860.00 | 505.29 | 22,937.29 |
| **GRAND TOTALS** | 51,206.85 | 475,480.93 | 238,925.78 | 765,613.56 |

CUMULATIVE CAPITAL EXPENDITURE UNDER IDC CERTIFICATE    587,468.29



HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012850



## ECONOMIC DEVELOPMENT COMMISSION ANNUAL REPORT
### Fiscal Year Ending December 31, 2002
*Other Expenditures*

| Goods And Services | Eligible Supplier | V.I. Suppliers | Non-Local | Total |
|---|---|---|---|---|
| Dues | - | 548.00 | 174.17 | 722.17 |
| Postage and delivery | 131.80 | 3,760.66 | 1,045.60 | 4,938.06 |
| Airfare | - | | | - |
| Stock market services | - | - | 63,161.08 | 63,161.08 |
| Start up costs | - | | | - |
| Charitable contributions | | | | |
|   Company | | 600.00 | - | 600.00 |
|   Foundation | | 265,589.78 | 15,888.00 | 281,477.78 |
| Co-op marketing fee/compliance fees | ⓐ 12,500 ~~15,500.00~~ | - | - | 12,500 ~~15,500.00~~ |
| Lodging and transportation | 427.40 | 11,507.49 | - | 11,934.89 |
| Rent | - | 72,927.60 | - | 72,927.60 |
| Sub-total Other | ~~16,059.20~~ $13,059.20 | 354,933.53 | 80,268.85 | ~~451,261.58~~ 448,261.58 |

ⓐ $15,500 → COMPLIANCE FEES — $3000.—
→ CO-OP MKT. FEES — $12,500.—

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



VI-JPM-000012851