# EXHIBIT 42



# ECONOMIC DEVELOPMENT COMMISSION ANNUAL REPORT
## Fiscal Year Ending December 31, 2003

**Company Name & Address:** Financial Trust Company Inc. 6100 Red Hook Quarter B-3 St. Thomas USVI 00802
**Telephone No.:** (340) 775-2525
**Name / Signature of Preparer:** Jeanne Brennan

| | | |
|---|---|---|
| Gross Sale (Ineligible Sales) Eligible for Tax Benefits | $ - | $ 70,514,094 |
| Gross Wages Paid In the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | | $ 741,385 |
| Average No. of Employees; Full Time & (Part Time) | 11 | ( - ) |
| Average No. of Residents; Full Time &( Part Time) | 11 | ( - ) |
| Average No. of Non-Residents; Full Time & Part Time | - | ( - ) |
| Other Employee Cost (Unemployment & Health Insurance, Pension, Allowances, etc.) | | $ 189,977 |
| Employee Income Taxes Paid and Withheld | | $ 211,258 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption / refund for each tax)

| | | | |
|---|---|---|---|
| Gross Receipts: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | 2,820,564 |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Income Taxes: | Total Paid | $ | 2,859,613 |
| | Dollar Value of Exemption | $ | 26,215,499 |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fees Paid to V.I. Government | $ 102,041 = 1500 + | 100,541 |
| **TOTAL TAXES PAID:** | | $ | 2,960,154 |
| **TOTAL VALUE OF EXEMPTIONS AND/OR REFUNDS** | | $ | 29,036,063 |

RECEIVED OCT 15 2004

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods And Services | Eligible Suppliers | V.I. Suppliers | Non-Local | Total |
|---|---|---|---|---|
| Raw Materials, Components | - | - | - | - |
| Food, Beverages | - | - | - | - |
| Freight Charges | 27.04 | 104.91 | 25.00 | (P≠S) 156.95 |
| Insurance | - | 23,515.84 | 2,349.65 | 25,865.49  Diff. |
| Legal / Accounting | 37,648.47 | 23,557.43 | 242,576.16 | 303,782.06 |
| Advertising / Promotion | - | 3,169.00 | - | 3,169.00 |
| Utilities (Tel., Water, Elect., etc.) | 523.28 | 57,239.87 | 1,538.28 | 59,301.43 |
| Interest and Other Banking Charges | - | 358.21 | - | 358.21 |
| Supplies | 4,670.66 | 11,387.51 | 9,834.48 | 25,892.65 |
| Repairs / Maintenance | 1,669.50 | 5,942.27 | 3,396.81 | 11,008.58 |
| Other (List Separately) | 81.90 | 289116.51 ~~291,416.51~~ | 39,720.59 | 32977/9 ~~331,219.00~~ |
| Sub-total, Goods and Services: | 44,620.85 | 415,191.53 ~~416,691.53~~ | 299,440.97 | 759253.37 ~~760,753.37~~ |
| **Capital Expenditures:** | | | | |
| Building & Improvement | - | - | - | - |
| Leasehold Improvements | - | - | - | - |
| Machinery / Equipment | - | 12,905.80 | - | 12,905.80 |
| Furniture / Fixtures | - | - | - | - |
| Vehicles | - | - | - | - |
| Other (List Separately) | - | - | - | - |
| Subtotal, Capital Expend. | - | 12,905.80 | - | 12,905.80 |
| **GRAND TOTALS** | 44,620.85 | 429,597.35 | 299,440.97 | 773,659.17 |

CUMULATIVE CAPITAL EXPENDITURE UNDER IDC CERTIFICATE         600,374.09



HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER           VI-JPM-000012816



ECONOMIC DEVELOPMENT COMMISSION ANNUAL
REPORT
Fiscal Year Ending December 31, 2003

*Other Expenditures*

| Goods And Services | Eligible Supplier | V.I. Suppliers | Non-Local | Total | |
|---|---|---|---|---|---|
| Dues | - | 1,352.74 | 249.00 | 1,601.74 | DFT $1,500 |
| Postage and delivery | 81.90 | 5,797.45 | 570.42 | (P&S) 6,449.77 | |
| Travel and transportation | - | 10,391.41 | 3,396.62 | 13,788.03 | DFT $212 |
| Stock market services | - | - | 35,504.55 | 35,504.55 | |
| Charitable contributions | | | | | |
|   Company | | 1,308.00 | | 1,308.00 | |
|   Foundation | | 179,885.50 | | 179,885.50 | |
| Co-op marketing fee/compliance fees ⓘ | | 12,500 / 14,000.00 | - | 12,500 / 14,000.00 | |
| Rent | - | 78,681.41 | - | 78,681.41 | ok |
| Sub-total Other | 81.90 | 239,916.51 / 291,416.51 | 39,720.59 | 329,719 / 331,219.00 | |

Handwritten note:

ⓘ  $14,000 → $12,500 ⇒ ADC CO-OP MARKETING FEES
         → $1,500 ⇒ SEE FEES PAID TO GOVT.: COMPLIANCE FEES

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012817

