# EXHIBIT 43



United States Virgin Islands

**ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT**

Fiscal/Calendar Year Ending     December 31, 2005

RECEIVED OCT 1 3 2006

| Company Name: | Financial Trust Company, Inc. | | | |
|---|---|---|---|---|
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits ... | ( $ - )$ | | | 26749299 |
| Other Income (Ineligible) & Eligible for Tax Benefits | ( $ - )$ | | | 51064302 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | $ | | | 750035 |
| Average No. of Employees; Full Time & (Part Time/Other)... | 11 | | | |
| Average No. of Residents; Full Time & (Part Time/Other)... | 11 | | | |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | | | | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) | $ | | | 216796 |
| Employee Income Taxes Paid and Withheld | $ | | | 212272 |

**TAXES AND DUTIES** (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | | |
|---|---|---|---|
| Gross Receipts: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | 1069972 |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Income Taxes: | Total Paid | $ | 1488733 |
| | Dollar Value of Exemption/Refund | $ | 15036447 |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | /500 + 43927 |
| TOTAL TAXES PAID: | | $ | 1532660 |
| TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS: | | $ | 16106419 |

**EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT**

| | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| **Goods and Services:** | | | | |
| Raw materials, components | | | | $ - |
| Food, beverage | | | | $ - |
| Freight Charges | | | | $ - |
| Insurance | | 19485 | 7284 | $ 287 26769 |
| Legal/ Accounting | 13329 | 6866 | 17216 | $ 37411 |
| Advertising / Promotion | | 2476 | | $ 2476 |
| Utilities (tel., water, elect. etc.) | 68 | 38846 | 3355 | $ 42269 |
| Interest & Other Bank Chg. | | 79 | 307 | $ 386 |
| Supplies | 8295 | 15279 | 2555 | $ 26129 |
| Repairs/Maintenance | 2251 | 892 | 3923 | $ 7066 |
| Other (List Separately) | 1500 -14000 | 351631 | 24950 | $ 387081 -390580 |
| Subtotal, Goods and Svcs: | 26413 37943 | 435554 | 59590 | $ 531587 533087 |
| **Capital Expenditures:** | | | | $ - |
| Building & Improvements | | | | $ - |
| Leasehold Improvements | | | | $ - |
| Machinery / Equipment | | | | $ 0 |
| Furniture / Fixtures | | 1781 | 744 | $ 2524 |
| Vehicles | | | | $ - |
| Other (List Separately) | | | | $ - |
| Subtotal, Capital Expend: | - | 1781 | 744 | $ 2524 |
| **GRAND TOTALS** | 37943 | 437335 | 60334 | $ 535611 |
| CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE | | | | 609113 |

Name/Signature of Preparer: *Jeanne Brennan* (Signature)     Date: 10/13/06

Jeanne Brennan (Print Name)     Telephone Number: 340-775-2525

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER     VI-JPM-000012722

Fiscal/Calendar Year Ending    December 31, 2008

Company Name:    Financial Trust Company, Inc.

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT - Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Dues | | | 19553 | $ 19553 |
| Postage and delivery | | 5122 | | $ 5122 |
| Travel and transportation | | 7044 | 402 | $ 7446 |
| Stock market services | | | 4995 | $ 4995 |
| Charitable contributions | | | | |
|   Company | | 5535 | | $ 5535 |
|   Foundation | | 250764 | | $ 250764 |
| Co-op marketing fee/compliance fees | 12500 ~~14000~~ | | | $ 12500 ~~14000~~ |
| Rent | | 83166 | | $ 83166 |
| **Subtotal, Goods and Svcs:** | 12500 ~~14000~~ | 351631 | 24950 | $ 389081 ~~390580~~ |

Handwritten annotation:
$14,000 {
- $12,500  CO-OP MKT. W/ EDC.
- $1,500   EDC COMPLIANCE FEES

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER        VI-JPM-000012723



UNITED STATES VIRGIN ISLANDS

*Investors Dream*

# EDC ANNUAL REPORT
## Value of Exemptions of Stockholders/Partners/Members

BENEFICIARY ___Financial Trust Company, Inc.___   Fiscal Year Ending ___December 31, 2005___

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | ▮ | Little Saint James St. Thomas U.S. Virgin Islands | 100 | See page 1 of Economic Development Commission Annual Report | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTALS | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).



HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                     VI-JPM-000012724