# EXHIBIT 44

VI-JPM-00001268 9
HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

United States Virgin Islands

**ECONOMIC DEVELOPMENT COMM. ANNUAL REPORT**

Fiscal/Calendar Year Ending December 31, 2006

RECEIVED OCT 15 2007

| | | |
|---|---|---|
| Company Name: | Financial Trust Company, Inc. | |
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits ... ( $ - )$ | | 66145711 |
| Other Income (Ineligible) & Eligible for Tax Benefits ( $ - )$ | | 25112607 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) $ | | 808546 |
| Average No. of Employees; Full Time & (Part Time/Other)... | 11 | |
| Average No. of Residents; Full Time & (Part Time/Other)... | 11 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | | |
| Other Employee Cost; unemployment, hlth insurance, pension, allowance, etc.) $ | | 219775 |
| Employee Income Taxes Paid and Withheld $ | | 225866 |

**TAXES AND DUES** (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | |
|---|---|---|
| Gross Receipts: | Amount Paid $ | 1,004,504 |
| | Dollar Value of Exemption $ | 2645828 |
| Real Property Tax: | Amount Paid $ | - |
| | Dollar Value of Exemption $ | - |
| Excise Taxes: | Total Paid $ | - |
| | Dollar Value of Exemption/Refund $ | - |
| Income Taxes: | Total Paid $ | 3951894 |
| | Dollar Value of Exemption/Refund $ | 33392783 |
| Customs Duties: | Total Paid $ | - |
| | Dollar Value of Exemption/Refund $ | - |
| Other: | Hotel room taxes paid $ | - |
| | Other Taxes, Fee Paid to V.I. Government $ | 2274 |
| **TOTAL TAXES PAID:** | $ | 3954168 |
| **TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS:** | $ | 36038611 |

**EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT**

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Raw materials, components | | | | $ - |
| Food, beverage | | | | $ - |
| Freight Charges | | | | $ - |
| Insurance | 12550 | 4263 | 6902 | $ 23,715 |
| Legal/ Accounting | 22373 | 805 | 7173 | $ 30,351 |
| Advertising / Promotion | | 2243 | | $ 2,243 |
| Utilities (tel., water, elect. etc.) | | 38015 | 8729 | $ 46,744  46,749 |
| Interest & Other Bank Chg. | | 95 | 91 | $ 186 |
| Supplies | 7968 | 14364 | 5898 | $ 28,230 |
| Repairs/Maintenance | 1202 | 1596 | 4090 | $ 6888  6867 |
| Other (List Separately) | 1706 | 536 48  534666 | 6521 | $ 542875  542895 |
| Subtotal, Goods and Svcs: | 45799 | 596029  596047 | 39404 | $ 681232  681256 |
| Capital Expenditures: | | | | $ - |
| Building & Improvements | | | | $ - |
| Leasehold Improvements | | | | $ - |
| Machinery / Equipment | | | | $ - |
| Furniture / Fixtures | 1399 | 6535 | 1056 | $ 8990 |
| Vehicles | | | | $ - |
| Other (List Separately) | | | | $ - |
| Subtotal, Capital Expend: | 1399 | 6535 | 1056 | $ 8990 |
| **GRAND TOTALS** | 47198 | 602582 | 40460 | $ 690240 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE     618103

Name/Signature of Preparer: *Jeanne Brennan* (Signature)     Date: 10/12/07

Jeanne Brennan (Print Name)     Telephone Number: 340-775-2525

Fiscal/Calendar Year Ending: December 31, 2006

Company Name: Financial Trust Company, Inc.

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Dues and subscribtions  DIF. 1/6=8 | 206 | | | $ 206 |
| Postage and delivery | | 5157 | | $ 5157 |
| Travel   DIFF 1/00 | | 6694 | 1526 | $ 8219 |
| Meals and transportaion | | 2146 ~~2166~~ | | $ 2146 ~~2166~~ |
| Stock market services | | | 4995 | $ 4995 |
| Charitable contributions | | | | |
|   Company | | 9,865 | | $ 9865 |
|   Foundation | | 423,837 | | $ 423837 |
| Co-op marketing fee/compliance fees | 1500 | | | $ 1500 |
| Rent | | 86949 | | $ 86949 |
| **Subtotal, Goods and Svcs:** | 1706 | 534648 ~~534668~~ | 6521 | $ 542875 ~~542895~~ |



UNITED STATES VIRGIN ISLANDS

*Investors Dream*

# EDC ANNUAL REPORT
### Value of Exemptions of Stockholders/Partners/Members

BENEFICIARY ___Financial Trust Company, Inc.___    Fiscal Year Ending __December 31, 2006__

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | ███ | Little Saint James St. Thomas U.S. Virgin Islands | 100 | See page 1 of Economic Development Commission Annual Report | | | | |
| | | | | | | TOTAL $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).