# EXHIBIT 45

**United States Virgin Islands**

OCT 17 2008

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

### Fiscal/Calendar Year Ending December 31, 2007

Company Name: Financial Trust Company, Inc.

| Item | ( ) | $ |
|---|---|---|
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits | ( $ - ) $ | 4007430 |
| Other Income (Ineligible) & Eligible for Tax Benefits | ( $ - ) $ | 35970100 |
| Gross Wages Paid in the V.I. (include vacation & sick pay, bonuses, overtime, etc.) $ | | 796196 |
| Average No. of Employees; Full Time & (Part Time/Other) | 11 | |
| Average No. of Residents; Full Time & (Part Time/Other) | 11 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other) | | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) $ | | 224214 |
| Employee Income Taxes Paid and Withheld $ | | 234257 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)

| Category | Item | $ | Amount |
|---|---|---|---|
| Gross Receipts: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | 160297 |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Income Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | 1297 |
| **TOTAL TAXES PAID:** | | $ | 1297 |
| **TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS:** | | $ | 160297 |

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Raw materials, components | | | | $ - |
| Food, beverage | | | | $ - |
| Freight Charges | | | | $ - |
| Insurance | | 16352 | 7378 | $ 23,730 |
| Legal/ Accounting | 16159 | 3023 | 80768 | $ 99,950 |
| Advertising / Promotion | | 2120 | | $ 2,120 |
| Utilities (tel., water, elect. etc.) | 1213 | 48980 | | $ 50,193 |
| Interest & Other Bank Chg. | | 15 | 150 | $ 166 |
| Supplies | 10639 | 32616 | 6476 | $ 49,731 |
| Repairs/Maintenance | 10253 | 1821 | 4123 | $ 16197 |
| Other (List Separately) | 1500 | 341200 | 2143 | $ 344843 |
| **Subtotal, Goods and Svcs:** | 39763 | 446127 | 101039 | $ 586930 |
| Capital Expenditures: | | | | $ - |
| Building & Improvements | | | | $ - |
| Leasehold Improvements | | 17993 | | $ 17,993 |
| Machinery / Equipment | | 11932 | | $ 11,932 |
| Furniture / Fixtures | | | | $ - |
| Vehicles | | | | $ - |
| Other (List Separately) | | | | $ - |
| **Subtotal, Capital Expend:** | - | 29925 | - | $ 29925 |
| **GRAND TOTALS** | 39763 | 476052 | 101039 | $ 616855 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE: 648028

Name/Signature of Preparer: *Jeanne Brennan* (Signature)    Date: 10/14/08

Jeanne Brennan (Print Name)    Telephone Number: 340-775-2525

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    VI-JPM-000012630

Fiscal/Calendar Year Ending: December 31, 2007

Company Name: Financial Trust Company, Inc.

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT - Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Dues and subscribtions | | 1093 | 465 | $ 1558 |
| Seminars and education | | 360 | 795 | 1155 |
| Postage and delivery | | 9310 | | $ 9310 |
| Travel | | 10172 | 883 | $ 11055 |
| Meals and transportaion | | 5945 | | $ 5945 |
| Charitable contributions | | | | |
|   Company | | 6,065 | | $ 6065 |
|   Foundation | | 218,550 | | $ 218550 |
| Co-op marketing fee/compliance fees | 1500 | | | $ 1500 |
| Rent | | 89704 | | $ 89704 |
| **Subtotal, Goods and Svcs:** | 1500 | 341200 | 2143 | $ 344843 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012631

# UNITED STATES VIRGIN ISLANDS
## Investors Dream



# EDC ANNUAL REPORT
## Value of Exemptions of Stockholders/Partners/Members

BENEFICIARY __Financial Trust Company, Inc.__   Fiscal Year Ending __December 31, 2007__

RECEIVED OCT 17 2008

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | [redacted] | Little Saint James St. Thomas U.S. Virgin Islands | 100 | See page 1 of Economic Development Commission Annual Report | | | | |
| | | | | | TOTAL $ | $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).





# ECONOMIC DEVELOPMENT COMMISSION

INDUSTRIAL PARK DEVELOPMENT CORPORATION

*Investors Dream*

**RECEIVED**
**OCT 1 4 2008**
**Financial Trust Co.**

October 8, 2008

Cecile R. de Jongh
Manager
Financial Trust Company Inc.
6100 Red Hook Quarters, B3
St. Thomas, VI 00802-1348

Dear Mrs. De Jongh:

In response to your letter dated October 7, 2008, requesting an extension to file the 2007 EDC Annual Report, an extension to October 15, 2008 is hereby granted to Financial Trust Company Inc. to file its 2007 Annual Reports and supporting audited financial statement or tax return.

Please note in accordance with the Rules and Regulations amended December 22, 2004, the Annual Report along with a copy of the Beneficiary's Audited Financial Statement or Income Tax Return must be submitted within 30 days of the filing deadline of the Beneficiary's Income Tax return and any extensions thereto. Penalty will be assessed on the 31st day following the report's due date.

If you subsequently submit a second application for extension of time to file your income tax return with the VI Bureau of Internal Revenue, you will be required to notify the EDC and provide a copy of the stamped application. The EDC will then appropriately extend the date for filing the EDC Annual Report.

If you have any questions regarding this decision, please do not hesitate to contact me. Your timely submission of the report is anticipated.

Sincerely,

Margarita A. Breedidge-Benjamin
Director of Compliance

Cc:   Sandra Bess, Compliance Officer

---

A DIVISION OF THE ECONOMIC DEVELOPMENT AUTHORITY

P.O. BOX 305038 • ST. THOMAS, U.S. VIRGIN ISLANDS  00803 • (340) 774-8104 • Fax (340) 774-8106
#116 KINGSTREET • ST. CROIX, U.S. VIRGIN ISLANDS  00840 • (340) 773-6499 • Fax (340) 773-7701
TOLL FREE 1-877-432-8784 • www.usvieda.org



HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000012633