# EXHIBIT 46

# INDUSTRIAL DEVELOPMENT COMMISSION ANNUAL REPORT

### Fiscal Year Ending  12-31-99

Company Name & Address: __Financial Trust Company, Inc.__
__6100 Red Hook Quarter, B-3, St. Thomas__   Telephone No: (__340__) __775-2525__
__USVI 00802__
Name/Signature of Preparer: _____
                                         (name)                              (signature)

Gross Sales (Ineligible Sales) & Eligible for Tax Benefits.................($_____) $ __43,006,739__
Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) ....... $ _____180,000__
Average No. of Employees; Full Time & (Part Time)............ _____ (_____)
   Average No. of Residents; Full Time & (Part Time).......... _____ (_____)
   Average No. of Non-Residents; Full Time & (Part Time)... _____ (_____)
Other Employee Costs (Unemployment & health insurance, pension, allowances, etc.) .. $ _____866__
Employee Income Taxes Paid and Withheld ................................................. $ _____83,624__

## TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/ refund for each tax )

| | | |
|---|---|---|
| Gross Receipts: | Amount Paid | $ _____-____ |
| | Dollar Value of Exemption | $ ___1,720,270__ |
| Real Property Tax: | Amount Paid | $ _____-____ |
| | Dollar Value of Exemption | $ _____-____ |
| Excise Taxes: | Total Paid | $ _____227__ |
| | Dollar Value of Exemption/Refund | $ _____-____ |
| Income Taxes: | Total Paid | $ ___1,731,411__ |
| | Dollar Value of Exemption/Refund | $ __15,582,699__ |
| Customs Duties: | Total Paid | $ _____-____ |
| | Dollar Value of Exemption/Refund | $ _____-____ |
| Other: | Hotel room taxes paid | $ _____-____ |
| | Other Taxes, Fees Paid to V.I. Government | $ _____750__ |
| **TOTAL TAXES PAID:** | | $ ___1,732,388__ |
| **TOTAL VALUE OF EXEMPTIONS AND/OR REFUNDS:** | | $ __15,582,699__ |

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods and Services: | Eligible Suppliers | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Raw materials, components | | | | |
| Food, beverage | | | | |
| Freight charges | | | | |
| Insurance | | 8,540 ✓ | - | 8,540 |
| Legal/Accounting | | 418 | | 418 |
| Advertising/Promotion | | | 1,302 * | 1,302 |
| Utilities (tel., water, elec., etc.) | | | | |
| Interest and Other Bank Charges | | 313 ✓ | | 313 |
| Supplies | | | | |
| Repairs/Maintenance | | | | |
| Other (List Separately)Attachment | | 21,067 | 2,313 | 23,380 ✓ |
| Subtotal, Goods and Services | | 30,338 | 3,615 | 33,953 |
| **Capital Expenditures:** | | | | |
| Building & Improvements | | | | |
| Leasehold Improvements | 207,077 | | 5,520 * | 212,597 ✓ |
| Machinery/ Equipment | 41,132 | 225 | | 41,357 ✓ |
| Furniture/ Fixtures | | 2,151 | 40,141 * | 42,292 |
| Vehicles | | | | |
| Other (List Separately)Attachment | 78,017 | | | 78,017 ✓ |
| Subtotal, Capital Expend. | 326,226 | 2,376 | 45,661 | 374,263 |
| **GRAND TOTALS** | 326,226 | 32,714 | 49,276 | 408,216 |

CUMULATIVE CAPITAL EXPENDITURE UNDER IDC CERTIFICATE _____ 374,263__

*  Note (2)

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012940



**Financial Trust Company, Inc.**
**Attachment to IDC Annual Report**
**December 31, 1999**

| | Eligible Suppliers | VI Suppliers | Non-Local Suppliers | Total |
|---|---|---|---|---|
| Other expenditures for goods and services | | | | |
| Postage | | | 250 | 250 |
| Travel | | | 2,063 | 2,063 |
| Office rent | | 21,067 | | 21,067 |
| | - | 21,067 | 2,313(2) | 23,380 |
| | | | | |
| Capital expenditures | | | | |
| Architectural | 38,429 | | | 38,429 |
| Legal | 39,588 | | | 39,588 |
| | 78,017 | - | - | 78,017 |

\* Note:

(1) - Pursuant to IDC rules and regulations Section 708-705.


(2) - Procurement for items not available within the USVI

VI-JPM-000012941

EXTENSION ATTACHED

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has timely filed
Form 2553 to elect to be an S Corporation.

▶ See separate instructions.

OMB No. 1545-0130

**1999**

For calendar year 1999, or tax year beginning _____ , 1999, and ending _____ ,

| | | |
|---|---|---|
| **A** Effective date of election as an S corporation<br>1/01/1999 | Use IRS label. Other- wise, please print or type. | Financial Trust Company, Inc.<br>6100 Red Hook Quarters Suite B3<br>St. Thomas, VI   00802   TAXPAYERS' COPY |
| **B** Business code no. (see pages 28-28)<br>523900 | | |

**C** Employer identification number
66-0567418

**D** Date incorporated
11/06/1998

**E** Total assets (see page 10)
$ 24,505,873

**F** Check applicable boxes: (1) ☐ Initial return    (2) ☐ Final return    (3) ☐ Change in address    (4) ☐ Amended return

**G** Enter number of shareholders in the corporation at end of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  1

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See page 10 of the instructions for more information.

### INCOME

| | | | | |
|---|---|---|---|---|
| **1a** Gross receipts or sales | 43,006,739 | **b** Less returns & allowances | **c** Bal ▶ | **1c** 43,006,739 |
| **2** Cost of goods sold (Schedule A, line 8) | | | | **2** |
| **3** Gross profit. Subtract line 2 from line 1c | | | | **3** 43,006,739 |
| **4** Net gain (loss) from Form 4797, Part II, line 18 (attach Form 4797) | | | | **4** |
| **5** Other income (loss) (attach schedule) | | | | **5** |
| **6** Total income (loss). Combine lines 3 through 5 | | | ▶ | **6** 43,006,739 |

### DEDUCTIONS (See page 11 instructions for limitations)

| | | |
|---|---|---|
| **7** Compensation of officers | | **7** 180,000 |
| **8** Salaries and wages (less employment credits) | | **8** |
| **9** Repairs and maintenance | | **9** |
| **10** Bad debts | | **10** |
| **11** Rents | | **11** 21,017 |
| **12** Taxes and licenses | | **12** 8,279 |
| **13** Interest | | **13** |
| **14a** Depreciation (if required, attach Form 4562) | **14a** 12,544 | |
| **b** Depreciation claimed on Schedule A and elsewhere on return | **14b** | |
| **c** Subtract line 14b from line 14a | | **14c** 12,544 |
| **15** Depletion (Do not deduct oil and gas depletion.) | | **15** |
| **16** Advertising | | **16** 1,302 |
| **17** Pension, profit-sharing, etc., plans | | **17** |
| **18** Employee benefit programs | | **18** |
| **19** Other deductions (attach schedule) . . . . . . . See Statement 1 | | **19** 17,810 |
| **20** Total deductions. Add the amounts shown in the far right column for lines 7 through 19 | ▶ | **20** 240,952 |
| **21** Ordinary income (loss) from trade or business activities. Subtract line 20 from line 6 | | **21** 42,765,787 |

### TAX AND PAYMENTS

| | | |
|---|---|---|
| **22** Tax: **a** Excess net passive income tax (att. schedule) | **22a** | |
| **b** Tax from Schedule D (Form 1120S) | **22b** | |
| **c** Add lines 22a & 22b (see page 16 of the inst for addt taxes) | | **22c** |
| **23** Payments: **a** 1999 estimated tax payments & amt applied from 1998 return | **23a** | |
| **b** Tax deposited with Form 7004 | **23b** | |
| **c** Credit for Federal tax paid on fuels (attach Form 4136) | **23c** | |
| **d** Add lines 23a through 23c | | **23d** |
| **24** Estimated tax penalty. Check if Form 2220 is attached . . . . . . . . . . ▶ ☐ | | **24** |
| **25** Tax due. If the total of lines 22c and 24 is larger than line 23d, enter amount owed.<br>See page 4 of the instructions for depository method of payment | | **25** 0 |
| **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | **26** |
| **27** Enter amount of line 26 you want: Credited to 2000 estimated tax ▶ _____    Refunded ▶ | | **27** |

RECEIVED
NOV 24 2000
EXECUTIVE DIRECTORS OFFICE
ST. THOMAS

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Please Sign Here

| Signature of officer    TAXPAYERS' COPY | Date | Title |
|---|---|---|

| | | | |
|---|---|---|---|
| Preparer's signature | /s/ GEORGE V. DELSON   M.R. Roberts | Date 9/6/00 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours, if self-employed) and address | GEORGE V. DELSON ASSOCIATES<br>110 EAST 59TH STREET<br>NEW YORK, NY | | EIN ▶ 13-2842281<br>ZIP code ▶ 10022 |

Paid Preparer's Use Only

For Paperwork Reduction Act Notice, see page 1 of separate instructions.

KFA

Form **1120S** (1999)

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012942