# EXHIBIT 47

# United States Virgin Islands
## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

*Investors Dream*

**Fiscal/Calendar Year Ending:** December 31, 2004

**Company Name:** Financial Trust Company, Inc.

| Item | Value |
|---|---|
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits ... ( $ - )$ | 63504348 |
| Other Income (Ineligible) & Eligible for Tax Benefits ( $ - )$ | 57278258 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) $ | 766038 |
| Average No. of Employees; Full Time & (Part Time/Other)... | 11 |
| Average No. of Residents; Full Time & (Part Time/Other)... | 11 |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) $ | 225223 |
| Employee Income Taxes Paid and Withheld $ | 211323 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)

RECEIVED OCT 15 2005

| Tax | Description | $ |
|---|---|---|
| Gross Receipts: | Amount Paid | |
| | Dollar Value of Exemption | 2540174 |
| Real Property Tax: | Amount Paid | 0 |
| | Dollar Value of Exemption | 0 |
| Excise Taxes: | Total Paid | 0 |
| | Dollar Value of Exemption/Refund | 0 |
| Income Taxes: | Total Paid | 3411196 |
| | Dollar Value of Exemption/Refund | 27424383 |
| Customs Duties: | Total Paid | 0 |
| | Dollar Value of Exemption/Refund | 0 |
| Other: | Hotel room taxes paid | 0 |
| | Other Taxes, Fee Paid to V.I. Government | #84747 = 1500 + 83247 |
| **TOTAL TAXES PAID:** | | 3494443 |
| **TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS:** | | 29964557 |

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Raw materials, components | | | | - |
| Food, beverage | | | | - |
| Freight Charges | | 150 | | 150 |
| Insurance | | 23805 | 3315 | 27120 |
| Legal/ Accounting | 42490 | 2771 | 145406 | 190666 |
| Advertising / Promotion | 1351 | | | 1351 |
| Utilities (tel., water, elect. etc.) | 12699 | 35353 | 4795 | 52846 |
| Interest & Other Bank Chg. | | 145 | 97 | 242 |
| Supplies | 7957 | 12767 | 2177 | 22901 |
| Repairs/Maintenance | 1276 | 1069 | 3964 | 6308 |
| Other (List Separately) | 12778 ~~14277~~ | 369180 ~~369179~~ | 7109 | 389666 ~~390566~~ |
| Subtotal, Goods and Svcs: | 73551 ~~80049~~ | 445240 ~~445238~~ | 166963 ~~166862~~ | 690654 ~~692149~~ |
| Capital Expenditures: | | | | - |
| Building & Improvements | | | | - |
| Leasehold Improvements | | | | - |
| Machinery / Equipment | | | 6215 | 6215 |
| Furniture / Fixtures | | | | - |
| Vehicles | | | | - |
| Other (List Separately) | | | | |
| Subtotal, Capital Expend: | 0 | 0 | 6215 | 6215 |
| **GRAND TOTALS** | 80049 | 445238 | 173077 | 698364 |

**CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE** — 606589

**Name/Signature of Preparer:** *Jeanne Brennan* (Signature)  **Date:** 10/13/05

**Print Name:** Jeanne Brennan    **Telephone Number:** 340-775-2525



HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER      VI-JPM-000012743

Fiscal/Calendar Year Ending   December 31, 2004

Company Name: Financial Trust Company, Inc.

EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

|  | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| **Goods and Services:** |  |  |  |  |
| Dues |  | 2570 | 403 | $ ~~2972~~ 2473 →bill |
| Postage and delivery | 206 | 4456 | 596 | $ ~~5258~~ →bill |
| Travel and transportation | 72 | 7696 | 300 | $ ~~8067~~ →bill |
| Stock market services |  |  | 5810 | $ 5810 ✓ |
| Charitable contributions |  |  |  |  |
|   Company |  | 9950 |  | $ 9950 |
|   Foundation |  | 263976 |  | $ 263976 |
| Co-op marketing fee/compliance fees ✱ | 12,500 ~~14000~~ |  |  | $ 12,500 ~~14000~~ |
| Rent |  | 80532 |  | $ 80532 |
| **Subtotal, Goods and Svcs:** | 12778 ~~14277~~ | 26980 ~~369179~~ | 7109 | $ ~~389066~~ 390566 |

✱ $14000 → $12,500 → EDC CO-OP MARKETING FEES
         → $ 1,500 → SEE FEES PAID TO GOV'T : COMPLIANCE FEES

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012744

UNITED STATES VIRGIN ISLANDS

**EDC ANNUAL REPORT**
Value of Exemptions of Stockholders/Partners/Members

*Investors Dream*

BENEFICIARY ___Financial Trust Company, Inc.___    Fiscal Year Ending __December 31, 2004__



| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | [redacted] | Little Saint James St. Thomas U.S. Virgin Islands | 100 | See page 1 of Economic Development Commission Annual Report | | | | |
| | | | | | | TOTAL $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    VI-JPM-000012745