# EXHIBIT 48

United States Virgin Islands

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

Fiscal/Calendar Year Ending   December 31, 2008

Financial Trust Company, Inc.

| | | |
|---|---|---:|
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits ... | ( $ - )$ | -45692249 |
| Other Income (Ineligible) & Eligible for Tax Benefits | ( $ - )$ | -24185292 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | $ | 750446 |
| Average No. of Employees; Full Time & (Part Time/Other)... | 11 | |
| Average No. of Residents; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | 1 | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) | $ | 254352 |
| Employee Income Taxes Paid and Withheld | $ | 207598 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | | |
|---|---|---|---:|
| Gross Receipts: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Income Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | 1447 |
| TOTAL TAXES PAID: | | $ | 1447 |
| TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS: | | $ | - |

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| | Eligible Supplier | V.I. Suppliers | Non-Local | | Totals |
|---|---:|---:|---:|---|---:|
| **Goods and Services:** | | | | | |
| Raw materials, components | | | | $ | - |
| Food, beverage | | | | $ | - |
| Freight Charges | | | | $ | - |
| Insurance | - | 20404 | 3600 | $ | 24004 |
| Legal/ Accounting | 10992 | 2897 | 308983 | $ | 322872 |
| Advertising / Promotion | - | 1501 | | $ | 1501 |
| Utilities (tel., water, elect. etc.) | | 29671 | 12447 | $ | 42118 |
| Interest & Other Bank Chg. | | | | $ | - |
| Supplies | 5699 | 25798 | 5052 | $ | 36549 |
| Repairs/Maintenance | 1561 | 10 | 5006 | $ | 6577 |
| Other (List Separately) | 39000 | 121869 | 2238 | $ | 163106 |
| Subtotal, Goods and Svcs: | 57253 | 202149 | 337325 | $ | 596727 |
| **Capital Expenditures:** | | | | $ | - |
| Building & Improvements | | | | $ | - |
| Leasehold Improvements | | | | $ | - |
| Machinery / Equipment | | 9709 | 25774 | $ | 35483 |
| Furniture / Fixtures | | | 11398 | $ | 11398 |
| Vehicles | | | | $ | - |
| Other (List Separately) | | | | $ | - |
| Subtotal, Capital Expend: | - | 9709 | 37172 | $ | 46881 |
| **GRAND TOTALS** | 57253 | 211858 | 374497 | $ | 643608 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE        694909

Name/Signature of Preparer: _(Signature)_     Date: 9/30/09

Jeanne Brennan (Print Name)    Telephone Number: 340-775-2525

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000013335

Fiscal/Calendar Year Ending: December 31, 2008

Company Name: Financial Trust Company, Inc.

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Dues and subscribtions | - | 1528 | 634 | $ 2162 |
| Seminars and education | - | 998 | 966 | 1964 |
| Postage and delivery | | 7506 | | $ 7506 |
| Travel | | 8625 | 638 | $ 9262 |
| Meals and transportaion | - | 6754 | | $ 6754 |
| Co-op marketing fee/compliance fees | 39000 | | | $ 39000 |
| Rent | - | 96458 | | $ 96458 |
| Subtotal, Goods and Svcs: | 39000 | 121869 | 2238 | $ 163106 |

### EXPENDITURES FOR CHARITABLE CONTRIBUTIONS

| | V.I. Educational | V.I. Charity | V.I. Foundation Funding | Totals |
|---|---|---|---|---|
| Company | 19000 | 21360 | 37500 | $ 77860 |
| Foundation | 57341 | 85164 | - | $ 142505 |
| | 76341 | 106524 | 37500 | $ 220365 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013336

UNITED STATES VIRGIN ISLANDS

*Investors Dream*

# EDC ANNUAL REPORT
## Value of Exemptions of Stockholders/Partners/Members

BENEFICIARY __Financial Trust Company, Inc.__   Fiscal Year Ending __December 31, 2008__

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | [redacted] | Little Saint James, St. Thomas U.S. Virgin Islands | 100 | See page 1 of Economic Development Commission Annual Report | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTAL, $** | | | | | | $ | | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).




HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000013337