# EXHIBIT 49



United States Virgin Islands
Investors Dream

# ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

Fiscal/Calendar Year Ending   December 31, 2009

Financial Trust Company, Inc.

| | |
|---|---:|
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits ... ( $ - )$ | 100000 |
| Other Income (Ineligible) & Eligible for Tax Benefits ( $ - )$ | -16947243 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) $ | 718715 |
| Average No. of Employees; Full Time & (Part Time/Other)... 10 | |
| Average No. of Residents; Full Time & (Part Time/Other)... 9 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other).. 1 | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) $ | 207563 |
| Employee Income Taxes Paid and Withheld $ | 191454 |

**TAXES AND DUTIES** (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | Amount |
|---|---|---:|
| Gross Receipts: | Amount Paid | - |
| | Dollar Value of Exemption | 4000 |
| Real Property Tax: | Amount Paid | - |
| | Dollar Value of Exemption | - |
| Excise Taxes: | Total Paid | - |
| | Dollar Value of Exemption/Refund | - |
| Income Taxes: | Total Paid | - |
| | Dollar Value of Exemption/Refund | - |
| Customs Duties: | Total Paid | - |
| | Dollar Value of Exemption/Refund | - |
| Other: | Hotel room taxes paid | - |
| | Other Taxes, Fee Paid to V.I. Government | 1297 |
| TOTAL TAXES PAID: | | 1297 |
| TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS: | | 4000 |

RECEIVED Time: OCT 15 2010 By _____ Economic Development Authority/STT

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---:|---:|---:|---:|
| Raw materials, components | | | | - |
| Food, beverage | | | | - |
| Freight Charges | | | | - |
| Insurance | 2640 | 12124 | 3570 | 18334 |
| Legal/ Accounting | | 115143 | 382306 | 497449 |
| Advertising / Promotion | | 1798 | | 1798 |
| Utilities (tel., water, elect. etc.) | | 35952 | | 35952 |
| Interest & Other Bank Chg. | | | | - |
| Supplies | 3709 | 14454 | 806 | 18969 |
| Repairs/Maintenance | 1521 | 4215 | | 5736 |
| Other (List Separately) | 19000 | 110425 | 395 | 129820 |
| **Subtotal, Goods and Svcs:** | 26870 | 294111 | 387077 | 708058 |
| Capital Expenditures: | | | | |
| Building & Improvements | | | | - |
| Leasehold Improvements | | | | - |
| Machinery / Equipment | | | | - |
| Furniture / Fixtures | | 10455 | | 10455 |
| Vehicles | | | | - |
| Other (List Separately) | | | | - |
| **Subtotal, Capital Expend:** | - | 10455 | - | 10455 |
| **GRAND TOTALS** | 26870 | 304566 | 387077 | 718513 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE   705364

Name/Signature of Preparer: _[Signature]_   Date: 10/12/10
(Signature)
Jeanne Brennan   Telephone Number: 340-775-2525
(Print Name)

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   VI-JPM-000013219

Fiscal/Calendar Year Ending     December 31, 2009

Company Name: Financial Trust Company, Inc.

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT - Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Dues and subscribtions | - | 1020 | 395 | $ 1415 |
| Seminars and education | - | 1328 | - | 1328 |
| Postage and delivery | - | 2284 | - | $ 2284 |
| Travel and related | - | 6518 | - | $ 6518 |
| Meals and transportaion | - | 4311 | - | $ 4311 |
| EDC Fees | 19000 | - | - | $ 19000 |
| Rent | - | 93779 | - | $ 93779 |
| Other expenses | - | 1185 | - | 1185 |
| Subtotal, Goods and Svcs: | 19000 | 110425 | 395 | $ 129820 |

## EXPENDITURES FOR CHARITABLE CONTRIBUTIONS

| | V.I. Educational | V.I. Charity | V.I. Foundation Funding | Totals |
|---|---|---|---|---|
| Company | 25000 | 14580 | - | $ 39580 |
| Foundation | 6000 | 6825 | - | $ 12825 |
| | 31000 | 21405 | - | $ 52405 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER     VI-JPM-000013220


07/18/11



UNITED STATES VIRGIN ISLANDS

*Investors Dream*

# EDC ANNUAL REPORT
## Value of Exemptions of Stockholders/Partners/Members

**BENEFICIARY** Financial Trust Company, Inc.    **Fiscal Year Ending** December 31, 2009

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | ███ | Little Saint James St. Thomas U.S. Virgin Islands | 100 | | See page 1 of Economic Development Commission Annual Report | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL: $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).



HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013221