# EXHIBIT 50

United States Virgin Islands

**ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT**

**Fiscal/Calendar Year Ending**   December 31, 2010

*Investors Dream*

Financial Trust Company, Inc.

| | | |
|---|---|---|
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits ... ( $ - )$ | | 100000 |
| Other Income (Ineligible) & Eligible for Tax Benefits ( $ - )$ | | -24347719 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) $ | | 793923 |
| Average No. of Employees; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Residents; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other).. | | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) $ | | 260798 |
| Employee Income Taxes Paid and Withheld $ | | 224495 |

**TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)**

| | | | |
|---|---|---|---|
| Gross Receipts: | Amount Paid | $ | 400 |
| | Dollar Value of Exemption | | 3,600 |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | | - |
| Income Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | | - |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | 1297 |
| **TOTAL TAXES PAID:** | | $ | 1297 |
| **TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS:** | | $ | 3600 |

RECEIVED
Time: 3:25 pm
OCT 14 2011
By:
Economic Development Commission/STT

**EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT**

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Raw materials, components | | | | $ - |
| Food, beverage | | | | $ - |
| Freight Charges | | | | |
| Insurance | 16202 | - | 2943 | $ 19145 |
| Legal/ Accounting | - | 23736 | 685544 | $ 709280 |
| Advertising / Promotion | | 1435 | | $ 1435 |
| Utilities (tel., water, elect. etc.) | - | 44355 | - | $ 44355 |
| Interest & Other Bank Chg. | | | | |
| Supplies | 4641 | 20590 | 1017 | $ 26248 |
| Repairs/Maintenance | 5431 | 3235 | - | $ 8666 |
| Other (List Separately) | 35500 | 117213 | 11378 | $ 164091 |
| Subtotal, Goods and Svcs: | 61774 | 210563 | 700882 | $ 973219 |
| Capital Expenditures: | | | | |
| Building & Improvements | | | | $ - |
| Leasehold Improvements | | | | $ - |
| Machinery / Equipment | 18305 | 17498 | 15042 | $ 50844 |
| Furniture / Fixtures | | | | $ - |
| Vehicles | | | | $ - |
| Other (List Separately) | | | | $ - |
| Subtotal, Capital Expend: | 18305 | 17498 | 15042 | $ 50844 |
| **GRAND TOTALS** | 80079 | 228061 | 715924 | $ 1024064 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE          756208

Name/Signature of Preparer: *Jeanne Brennan* (Signature)     Date: 10/11/11

Jeanne Brennan (Print Name)     Telephone Number: 340-775-2525

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER        VI-JPM-000013122

Fiscal/Calendar Year Ending     December 31, 2010

Company Name:    Financial Trust Company, Inc.

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | | Totals |
|---|---|---|---|---|---|
| Dues and subscriptions | - | 1070 | 569 | $ | 1639 |
| Seminars and education | - | - | 10630 | $ | 10630 |
| Postage and delivery | - | 2305 | - | $ | 2305 |
| Travel  and related | - | 5149 | 101 | $ | 5250 |
| Meals and transportaion | - | 6339 | - | $ | 6339 |
| EDC Fees - Compliance, WDF, Renewal | 32500 | - | - | $ | 32500 |
| BoE Territorial Scholarship Fund | 3000 | | | | 3000 |
| Rent | - | 101764 | - | $ | 101764 |
| Other expenses | - | 586 | 78 | $ | 664 |
| Subtotal, Goods and Svcs: | 35500 | 117213 | 11378 | $ | 164091 |

## EXPENDITURES FOR CHARITABLE CONTRIBUTIONS

| | V.I. Educational | V.I. Charity | Academic Scholarship Program | | Totals |
|---|---|---|---|---|---|
| Charitable contributions | 33700 | 70764 | 20000 | $ | 124464 |
| | 33700 | 70764 | 20000 | $ | 124464 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

UNITED STATES VIRGIN ISLANDS

*Investors Dream*



# EDC ANNUAL REPORT
## Value of Exemptions of Stockholders/Partners/Members

**BENEFICIARY** ___Financial Trust Company, Inc.___     **Fiscal Year Ending** ___December 31, 2010___

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | | Little Saint James St. Thomas U.S. Virgin Islands | 100 | See page 1 of Economic Development Commission Annual Report | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTAL** | | | | | $ | $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    VI-JPM-000013124

Financial Trust Company
Summary of Jobs by Specific Classification

**Management**

Office Manager
Controller
President

**Supervisory**

Assistant Controller

**Technical**

Network Administrator
Senior Researcher

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013125

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

**Fiscal/Calendar Year Ending**                                    12/31/2010

Financial Trust Company, Inc.

| Date | Charitable Organization | Amount |
|------|------------------------|--------|
| 01/22/2010 | St. Thomas Baseball Explorers | 1000 |
| 01/01/2010 | Voided check All Saints School | -600 |
| 03/16/2010 | Virgin Islands Montessori School | 2900 |
| 03/16/2010 | Antilles School, Inc. | 5000 |
| 03/16/2010 | Sts. Peter & Paul Catholic School | 200 |
| 03/16/2010 | Sts. Peter & Paul Catholic School | 800 |
| 03/23/2010 | Sprauve School Fundraiser | 500 |
| 04/13/2010 | The V. I Police Department | 3500 |
| 04/13/2010 | Sts. Peter & Paul Catholic School | 250 |
| 04/13/2010 | Community Foundation of the V. I. | 1500 |
| 05/14/2010 | Wesley Methodist Church | 100 |
| 05/25/2010 | V.I. Tennis Association | 5000 |
| 05/25/2010 | Rwanda Project USVI, Inc | 7500 |
| 06/08/2010 | Community Foundation of the V. I. | 3000 |
| 06/15/2010 | USVI Dept. of Education | 500 |
| 06/15/2010 | Friends of the St.Thomas Public Libraries | 5000 |
| 06/17/2010 | St. Thomas Majorettes, Inc. | 100 |
| 06/22/2010 | Friends of the St.Thomas Public Libraries | 1000 |
| 06/22/2010 | Beacon Schools of the VI, Inc. | 5000 |
| 06/22/2010 | Virgin Islands Olympic Committee | 2000 |
| 07/13/2010 | Prophecy Academy, Inc. | 500 |
| 07/26/2010 | Elrod Hendricks Charter | 5000 |
| 08/03/2010 | V. I. Volleyball Federation | 2500 |
| 08/11/2010 | St. Thomas Swimming Associations, Inc. | 3000 |
| 08/13/2010 | V.I. Humanities Council | 1000 |
| 08/13/2010 | Caribbean Islands Education Foundation | 2000 |
| 08/13/2010 | St. Thomas-St. John Chamber of Commerce | 200 |
| 08/13/2010 | Saint Croix Foundation | 2500 |
| 08/13/2010 | V. I. Council for the Boy Scouts | 2500 |
| 08/13/2010 | Lutheran Social Services of the V.I. | 2500 |
| 08/13/2010 | V.I. Dept. of Education | 2000 |
| 08/13/2010 | Community Foundation of the V. I. | 500 |
| 08/13/2010 | Humane Society of St. Thomas | 1000 |
| 08/13/2010 | Habitat for Humanity of the U.S.V.I. | 1000 |
| 09/01/2010 | The Kingshill School | 5000 |
| 09/01/2010 | Humane Society of St. Thomas | 5000 |
| 09/14/2010 | Antilles School, Inc. | 3000 |
| 09/14/2010 | J.U.I.C.E. Flag Football Camp, Inc. | 3500 |
| 10/18/2010 | Future Stars Baseball Organization | 1000 |
| 10/18/2010 | Dept. of Human Services - CFS | 1000 |
| 10/26/2010 | Zero Tolerance Basketball Org, Inc. | 3864 |
| 10/26/2010 | Schneider Regional Medical Center | 1500 |
| 11/15/2010 | Rising Stars Youth Steel Orchestra | 300 |
| 12/21/2010 | The Good Hope School | 2500 |
| 12/21/2010 | United Way of St. Thomas-St. John | 3500 |
| 12/21/2010 | Lutheran Social Services of the V.I. | 2850 |
| 12/21/2010 | We Grow Food, Inc. | 1000 |
| | Total charitable expenditures | 104464 |

**Academic Scholarship Program**

| | | |
|------|------------------------|--------|
| 06/03/2010 | Old Dominion University - IEKHS scholarship | 10000 |
| 06/03/2010 | North Carolina A & T University - CAHS Scholarship | 10000 |
| | | 20000 |

| | |
|---|---|
| | 124464 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                          VI-JPM-000013126