# EXHIBIT 51

# United States Virgin Islands

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

### Fiscal/Calendar Year Ending December 31, 2011

*Investors Dream*

Financial Trust Company, Inc.

| | | |
|---|---|---|
| Gross Sales (Eligible Sales) & Eligible for Tax Benefits... | ( $ - ) $ | 125000 |
| Other Income (Ineligible) & Eligible for Tax Benefits | ( $ - ) $ | 9945593 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | $ | 762000 |
| Average No. of Employees; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Residents; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | - | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) | $ | 213753 |
| Employee Income Taxes Paid and Withheld | $ | 197692 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | |
|---|---|---|
| Gross Receipts: | Amount Paid | $ 400 |
| | Dollar Value of Exemption | $ 5225 |
| Real Property Tax: | Amount Paid | $ 0 |
| | Dollar Value of Exemption | $ 0 |
| Excise Taxes: | Total Paid | $ 0 |
| | Dollar Value of Exemption/Refund | $ 0 |
| Income Taxes: | Total Paid | $ 112046 |
| | Dollar Value of Exemption/Refund | $ 90757 |
| Customs Duties: | Total Paid | $ 0 |
| | Dollar Value of Exemption/Refund | $ 0 |
| Other: | Hotel room taxes paid | $ 0 |
| | Other Taxes, Fee Paid to V.I. Government | $ 1447 |
| TOTAL TAXES PAID: | | $ 113893 |
| TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS: | | $ 95982 |

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| **Goods and Services:** | | | | |
| Raw materials, components | | | | $ - |
| Food, beverage | | | | $ 0 |
| Freight Charges | | | | $ 0 |
| Insurance | 20686 | 851 | 0 | $ 21537 |
| Legal/ Accounting | 0 | 14656 | 1138778 | $ 1153434 |
| Advertising / Promotion | 0 | 1420 | 0 | $ 1420 |
| Utilities (tel., water, elect. etc.) | 109 | 51334 | 0 | $ 51443 |
| Interest & Other Bank Chg. | | | | $ 0 |
| Supplies | 4259 | 31758 | 1469 | $ 37486 |
| Repairs/Maintenance | 6541 | 185 | 0 | $ 6725 |
| Other (List Separately) | 33000 | 121899 | 11370 | $ 166269 |
| Subtotal, Goods and Svcs: | 64595 | 222103 | 1151617 | $ 1438315 |
| **Capital Expenditures:** | | | | $ 0 |
| Building & Improvements | | | | $ 0 |
| Leasehold Improvements | | | | $ 0 |
| Machinery / Equipment | 0 | 13362 | | $ 13362 |
| Furniture / Fixtures | | | | $ 0 |
| Vehicles | | | | $ 0 |
| Other (List Separately) | | | | $ 0 |
| Subtotal, Capital Expend: | 0 | 13362 | 0 | $ 13362 |
| **GRAND TOTALS** | 64595 | 235465 | 1151617 | $ 1451677 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE    769,570

Name/Signature of Preparer: *Jeanne Brennan* (Signature)    Date: 10/11/12

Jeanne Brennan (Print Name)    Telephone Number: 340-775-2525



RECEIVED Time: 13:2_
OCT 15 2012
By: ___
Economic Development Authority/STT

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
VI-JPM-00001308B

Fiscal/Calendar Year Ending: December 31, 2011

Company Name: Financial Trust Company, Inc.

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Dues and subscribtions | 0 | 625 | 620 $ | 1245 |
| Seminars and education | 0 | 0 | 10750 $ | 10750 |
| Postage and delivery | 0 | 1900 | 0 $ | 1900 |
| Travel and related | 0 | 5154 | 0 $ | 5154 |
| Meals and transportaion | 0 | 7012 | 0 $ | 7012 |
| EDC Fees - Compliance, WDF | 30000 | 0 | 0 $ | 30000 |
| BoE Territorial Scholarship Fund | 3000 | 0 | 0 | 3000 |
| Rent | 0 | 105406 | 0 $ | 105406 |
| Other expenses | 0 | 1803 | 0 $ | 1803 |
| Subtotal, Goods and Svcs: | 33000 | 121899 | 11370 $ | 166269 |

### EXPENDITURES FOR CHARITABLE CONTRIBUTIONS

| | V.I. Educational | V.I. Charity | Academic Scholarship Program | Totals |
|---|---|---|---|---|
| Charitable contributions - paid in 2011 | 70050 | 69225 | 10000 $ | 149275 |
| Scholarship contribution deferred to 2012 at request of recipient | 0 | 0 | 10000 | 10000 |
| | 70050 | 69225 | 20000 $ | 159275 |

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

**Fiscal/Calendar Year Ending**     12/31/2011

Financial Trust Company, Inc.

| Date | Charitable Organization | Amount | |
|---|---|---|---|
| 02/01/2011 | C.A.H.S. French Club | 5,000 | 1 |
| 02/01/2011 | Antilles School, Inc. | 6,000 | 1 |
| 02/01/2011 | St. Thomas Baseball Explorers | 2,500 | 2 |
| 02/01/2011 | C.A.H.S Baseball Team | 2,000 | 1 |
| 02/01/2011 | Humane Society of St. Thomas | 1,000 | 2 |
| 03/28/2011 | All Saints Cathedral School/Spain Tour | 750 | 1 |
| 03/28/2011 | St. Thomas-St. John Chamber of Commerce | 5,000 | 2 |
| 03/28/2011 | Disability Rights Mission VI | 1,000 | 2 |
| 03/28/2011 | V. I. Baseball Federation | 2,000 | 2 |
| 04/05/2011 | Catholic Charities of the V.I., Inc. | 7,100 | 2 |
| 04/12/2011 | V. I. Tennis Association | 6,000 | 2 |
| 04/26/2011 | Kidscope, Inc. | 6,000 | 2 |
| 06/07/2011 | The Junior Statesmen Foundation | 5,000 | 2 |
| 06/07/2011 | Wesley Methodist Church | 125 | 2 |
| 06/07/2011 | American Cancer Society | 1,000 | 2 |
| 06/07/2011 | V. I. Volleyball Federation | 1,600 | 2 |
| 06/07/2011 | Community Foundation of the V. I. | 5,000 | 2 |
| 06/07/2011 | Zero Tolerance Basketball Org. Inc. | 4,000 | 2 |
| 06/07/2011 | McHen Tournament | 5,000 | 2 |
| 09/20/2011 | V.I. Puerto Rico Friendship Committee | 2,000 | 2 |
| 09/20/2011 | Stetson University - scholarship Gillisha Pacal | 10,000 | 3 |
| 10/14/2011 | Joseph Sibilly Elementary School PTA | 1,000 | 1 |
| 10/14/2011 | Ivanna Eudora Kean High School | 7,900 | 1 |
| 10/14/2011 | Youth Lifeline America | 1,000 | 2 |
| 10/17/2011 | Gov. of the V. I. - Dept. of Education | 1,000 | 2 |
| 10/17/2011 | Rising Stars Youth Steel Orchestra | 300 | 2 |
| 10/19/2011 | The Kingshill School | 2,500 | 1 |
| 10/19/2011 | Antilles School, Inc. | 3,000 | 1 |
| 10/19/2011 | Caribbean Islands Education Foundation | 3,000 | 1 |
| 10/19/2011 | United Way of St. Thomas-St. John | 3,000 | 2 |
| 10/19/2011 | Lutheran Social Services of the V.I. | 2,500 | 2 |
| 10/19/2011 | Virgin Island Public TV System | 1,000 | 2 |
| 10/19/2011 | Dept. of Human Services - CFS | 1,000 | 2 |
| 10/19/2011 | Clear Blue Sky, Inc. | 1,000 | 2 |
| 10/19/2011 | YWCA of the US Virgin Islands | 2,500 | 2 |
| 11/01/2011 | Family Resource Center, Inc. | 10,000 | 2 |
| 11/15/2011 | St. John School of the Arts | 1,500 | 1 |
| 11/27/2011 | Westin St. John - Symposium | 1,000 | 1 |
| 12/08/2011 | Saints Peter and Paul Restoration Account | 3,000 | 1 |
| 12/22/2011 | Department of Education | 25,000 | 1 |
| | | 149,275 | |
| 07/31/2012 | Weslyan College - scholarship Diamond Chloe Ash | 10,000 | |
| | | 159,275 | |

Handwritten annotations:
1 = Educational
2 = Charity
3 = Scholarship

$\Sigma_1 = 62,650$
$\Sigma_2 = 76,625$
$\Sigma_3 = 10,000$