# EXHIBIT 52

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
VI-JPM-000012996

United States Virgin Islands

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

Fiscal/Calendar Year Ending  **March 23, 2012**

Financial Trust Company, Inc.

| | | |
|---|---|---|
| Sales (Ineligible Sales) & Eligible for Tax Benefits ... | ( $ - )$ | |
| Other Income (Ineligible) & Eligible for Tax Benefits | $( )$ | 1978702 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | $ | 208812 |
| Average No. of Employees; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Residents; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | - | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) | $ | 49513 |
| Employee Income Taxes Paid and Withheld | $ | 61072 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | |
|---|---|---|
| **Gross Receipts:** Amount Paid | $ | 0 |
| Dollar Value of Exemption | $ | 0 |
| **Real Property Tax:** Amount Paid | $ | 0 |
| Dollar Value of Exemption | $ | 0 |
| **Excise Taxes:** Total Paid | $ | 0 |
| Dollar Value of Exemption/Refund | $ | 0 |
| **Income Taxes:** Total Paid | $ | 1432123 |
| Dollar Value of Exemption/Refund | $ | 423407 |
| **Customs Duties:** Total Paid | $ | 0 |
| Dollar Value of Exemption/Refund | $ | 0 |
| **Other:** Hotel room taxes paid | $ | 0 |
| Other Taxes, Fee Paid to V.I. Government | $ | 0 |
| **TOTAL TAXES PAID:** | $ | 1432123 |
| **TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS:** | $ | 423407 |

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Raw materials, components | 0 | 0 | 0 | 0 |
| Food, beverage | 0 | 0 | 0 | 0 |
| Freight Charges | 0 | 0 | 0 | 0 |
| Insurance | 0 | 4611 | 0 | 4611 |
| Legal/ Accounting | 0 | 1450 | 23542 | 24992 |
| Advertising / Promotion | 0 | 1912 | 0 | 1912 |
| Utilities (tel., water, elect. etc.) | 0 | 15811 | 0 | 15811 |
| Interest & Other Bank Chg. | 0 | 0 | 0 | 0 |
| Supplies | 754 | 5769 | 672 | 7195 |
| Repairs/Maintenance | 1791 | 8408 | 0 | 10199 |
| Other (List Separately) | 0 | 36343 | 697 | 37040 |
| Subtotal, Goods and Svcs: | 2545 | 74304 | 24911 | 101760 |
| Capital Expenditures: | | | | 0 |
| Building & Improvements | 0 | 0 | 0 | 0 |
| Leasehold Improvements | 0 | 0 | 0 | 0 |
| Machinery / Equipment | 0 | 8759 | 1408 | 10167 |
| Furniture / Fixtures | 0 | 0 | 0 | 0 |
| Vehicles | 0 | 0 | 0 | 0 |
| Other (List Separately) | | | | 0 |
| Subtotal, Capital Expend: | 0 | 8759 | 1408 | 10167 |
| **GRAND TOTALS** | 2545 | 83063 | 26319 | 111927 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE      779,738

Name/Signature of Preparer: _[signature]_    Date: 10/13/13

Telephone Number: 340-775-2525

RECEIVED Time: 4:24pm  OCT 15 2013  By: _[signature]_
Economic Development Authority/STT

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-00001299

Fiscal/Calendar Year Ending: March 23, 2012

Company Name: Financial Trust Company, Inc.

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Dues and subscriptions | 0 | 45 | 23 $ | 68 |
| Seminars and education | 0 | 0 | 0 $ | 0 |
| Postage and delivery | 0 | 764 | 0 $ | 764 |
| Travel and related | 0 | 1032 | 0 $ | 1032 |
| Meals and transportation | 0 | 1309 | 0 $ | 1309 |
| License and fees | 0 | 4395 | 0 | 4395 |
| EDC Fees - Compliance, WDF | 0 | 7500 | 0 $ | 7500 |
| Rent | 0 | 21098 | 0 $ | 21098 |
| Other expenses | 0 | 200 | 674 $ | 874 |
| Subtotal, Goods and Svcs: | 0 | 36343 | 697 $ | 37040 |

## OTHER EMPLOYEE COSTS

| | | |
|---|---|---|
| Employee benefits - health insurance and life insurance | $ | 45553 |
| Simple IRA 3% employer contributions | $ | 3960 |
| | $ | 49513 |

By letter dated June 27, 2012 the Economic Development Commission granted a suspension of benefits effective March 23, 2012 to March 22, 2013. By letter dated March 28, 2013 the Company requested a termination of benefits.
The information included in the 2012 EDC Annual Report provides data through the date of suspension of benefits, March 23, 2012.

## EXPENDITURES FOR CHARITABLE CONTRIBUTIONS -2012

| | V.I. Educational | V.I. Charity | Academic Scholarship Program | Totals |
|---|---|---|---|---|
| Charitable contributions - paid in 2012 | 20250 | 41875 | 30000 $ | 92125 |
| | 20250 | 41875 | 30000 $ | 92125 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
VI-JPM-00012998
Case 1:22-cv-10904-JSR   Document 194-15   Filed 06/20/23   Page 4 of 4

**Financial Trust Company, Inc.**

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT
### Fiscal/Calendar Year Ending December 31, 2012

| Date | Charitable Organization | Amount |
|---|---|---:|
| 02/13/2012 | Antilles School, Inc. | 10,000 |
| 02/22/2012 | St. Thomas Junior Fire Fighters | 3,000 |
| 03/05/2012 | Antilles School, Inc. | 2,500 |
| 04/02/2012 | Ivanna Eudora Kean High School | 1,500 |
| 04/02/2012 | UVI-Upward Bound Parents' Association | 250 |
| 12/21/2012 | Antilles School, Inc. | 3,000 |
| | | 20,250 |
| 01/23/2012 | Humane Society of St. Thomas | 3,000 |
| 01/23/2012 | V.I. Volleyball Federation, Inc. | 1,600 |
| 01/23/2012 | My Brothers Workshop | 5,000 |
| 01/23/2012 | Lutheran Social Services of the V.I. | 2,500 |
| 01/23/2012 | Alvin McBean East Little League | 3,500 |
| 01/23/2012 | Kids Cope, Inc. | 10,000 |
| 02/09/2012 | Ten Thousand Helpers of St. Croix, Inc. | 2,000 |
| 03/05/2012 | St. Thomas Baseball Explorers | 2,500 |
| 03/05/2012 | SPARKS | 150 |
| 03/05/2012 | VITEMA | 1,000 |
| 03/06/2012 | The St. Thomas Reformed Church | 2,500 |
| 04/02/2012 | V.I. Tennis Association | 5,000 |
| 06/07/2012 | Wesley Methodist Church | 125 |
| 08/28/2012 | Community Foundation of the V.I. | 2,500 |
| 10/30/2012 | Virgin Island Public TV System | 500 |
| | | 41,875 |
| 06/04/2012 | Embry-Riddle Aeronautical University | 10,000 |
| 06/07/2012 | The University of Tampa | 10,000 |
| 07/31/2012 | Wesleyan College | 10,000 |
| | | 30,000 |
| | | 92,125 |