# EXHIBIT 54

United States Virgin Islands

# ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

Fiscal/Calendar Year Ending **December 31, 2013**

**Southern Trust Company, Inc.**

| | | |
|---|---:|---:|
| Sales (Ineligible Sales) & Eligible for Tax Benefits ... | ( $ - ) | $ 51,000,000 |
| Other Income (Ineligible) & Eligible for Tax Benefits | $( 4,598,540 ) | $ 9,834,115 |
| Gross Wages Paid in the V.I. (include vacation & sick pay, bonuses, overtime, etc.) | | $ 544,808 |
| Average No. of Employees; Full Time & (Part Time/Other)... | | 7 |
| Average No. of Residents; Full Time & (Part Time/Other)... | | 7 |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | - | 0 |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) | | $ 128840 |
| Employee Income Taxes Paid and Withheld | | $ 165811 |

**TAXES AND DUTIES** (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | | |
|---|---|---:|---:|
| Gross Receipts: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | 2,550,000 |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Income Taxes: | Total Paid | $ | 2,143,371 |
| | Dollar Value of Exemption/Refund | $ | 19,290,340 |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | 1,297 |
| **TOTAL TAXES PAID:** | | $ | 2,144,668 |
| **TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS:** | | $ | 21,840,340 |

**EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT**

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---:|---:|---:|---:|
| Raw materials, components | | | | $ - |
| Food, beverage | | | | $ - |
| Freight Charges | | | | $ - |
| Insurance | - | 3,185 | 4,524 | $ 7,709 |
| Legal/ Accounting | - | 14,030 | 762,714 | $ 778,744 |
| Advertising / Promotion | | | | $ - |
| Utilities (tel., water, elect. etc.) | - | 56,951 | - | $ 56,951 |
| Interest & Other Bank Chg. | | 538 | 39 | $ 577 |
| Supplies | - | 6,157 | - | $ 6,157 |
| Repairs/Maintenance | 3,419 | 8,153 | - | $ 11,572 |
| Other (List Separately) | 6,670 | 113,380 | 4,183 | $ 124,233 |
| Subtotal, Goods and Svcs: | 10,089 | 202,394 | 771,460 | $ 983,943 |
| Capital Expenditures: | | | | $ - |
| Building & Improvements | - | - | - | $ - |
| Leasehold Improvements | | | | $ - |
| Machinery / Equipment | - | 7,232 | | $ 7,232 |
| Furniture / Fixtures | - | 823 | - | $ 823 |
| Vehicles | - | - | - | $ - |
| Other (List Separately) | | | | $ - |
| Subtotal, Capital Expend: | - | 8,055 | - | $ 8,055 |
| **GRAND TOTALS** | 10,089 | 210,449 | 771,460 | $ 991,998 |
| **CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE** | | | $ | 8,055 |

Name/Signature of Preparer: _Jeanne Brennan_ (signature) / Jeanne Brennan (Print Name)   Date: 10/14/14   Telephone Number: 340-775-2525

Page 1

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER        VI-JPM-000007315

Fiscal/Calendar Year Ending: December 31, 2013

Company Name: Southern Trust Company, Inc.

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT - Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| Dues and subscriptions | - | 135 | 415 | $ 550 |
| Seminars and education | - | - | 599 | $ 599 |
| Postage and delivery | - | 1,367 | - | $ 1,367 |
| Travel and related | - | 967 | 480 | $ 1,447 |
| Meals and transportation | - | 3,267 | - | $ 3,267 |
| EDC Fees - Compliance, WDF | - | 5,500 | - | $ 5,500 |
| Rent | - | 89,652 | - | $ 89,652 |
| Office expenses | 6,670 | 6,504 | 2,690 | 15,864 |
| Business expenses | - | 5,275 | - | 5,275 |
| Other expenses | - | 713 | - | $ 713 |
| Subtotal, Goods and Svcs: | 6,670 | 113,380 | 4,184 | $ 124,234 |

### OTHER EMPLOYEE COSTS

| | |
|---|---|
| Employee benefits - health insurance and life insurance | $ 117,531 |
| Simple IRA 3% employer contributions | $ 11,309 |
| | $ 128,840 |

### EXPENDITURES FOR CHARITABLE CONTRIBUTIONS - 2013

| | V.I. Public Education | V.I. Charity | Totals |
|---|---|---|---|
| Charitable contributions | $ 76,000 | $ 20,924 | $ 96,924 |

| Name - recipient | Amount |
|---|---|
| D. O. E. Office of Insular Superintendent | $ 56,000 |
| University of the Virgin Islands | 20,000 |
| | 76,000 |
| St. Thomas Reformed Church | 3,000 |
| Community Foundation of the V. I. | 2,500 |
| Zero Tolerance Basketball Org. Inc. | 3,864 |
| Wesley Methodist Church | 500 |
| Virgin Island Golf Federation, Inc. | 1,000 |
| Community Foundation of the V. I. | 10,000 |
| Wesley Methodist Church | 60 |
| | 20,924 |
| Total Charitable Giving | $ 96,924 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER     VI-JPM-000007316

UNITED STATES VIRGIN ISLANDS

*Investors Dream*

# EDC ANNUAL REPORT
## Value of Exemptions of Stockholders/Partners/Members

BENEFICIARY _____Southern Trust Company, Inc._____   Fiscal Year Ending __December 31, 2013__

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | [redacted] | Little Saint James island, St. Thomas USVI | 100 | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | TOTAL: $ | | $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000007317