# EXHIBIT 55

United States Virgin Islands

**ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT**

Fiscal/Calendar Year Ending __December 31, 2014__

*Investors Dream*

Southern Trust Company, Inc.

| | | | |
|---|---|---|---|
| ross Sales (Ineligible Sales) & Eligible for Tax Benefits | ( $ - )$ | | 70,000,000 |
| Other Income (Ineligible) & Eligible for Tax Benefits | $( 4,089,102 )$ | | (22,330,278) |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | | $ | 791,384 |
| Average No. of Employees; Full Time & (Part Time/Other) | | 8 | |
| Average No. of Residents; Full Time & (Part Time/Other) | - | 8 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other) | | 0 | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) | | $ | 225,205 |
| Employee Income Taxes Paid and Withheld | | $ | 221202 |

**TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)**

| | | | |
|---|---|---|---|
| Gross Receipts: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | 3,500,000 |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Income Taxes: | Total Paid | $ | 6,089,662 |
| | Dollar Value of Exemption/Refund | $ | 34,360,298 |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | 491 |
| TOTAL TAXES PAID: | | $ | 6,090,153 |
| TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS: | | $ | 37,860,298 |

**EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT**

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | | Totals |
|---|---|---|---|---|---|
| Raw materials, components | | | | $ | - |
| Food, beverage | | | | $ | - |
| Freight Charges | | | | $ | - |
| Insurance | 23,485 | 396 | 4,705 | $ | 28,585 |
| Legal/ Accounting | - | 33,600 | 1,888,895 | $ | 1,922,495 |
| Advertising / Promotion | - | 1,696 | - | $ | 1,696 |
| Utilities (tel., water, elect. etc.) | - | 78,025 | - | $ | 78,025 |
| Interest & Other Bank Chg. | - | 191 | 533 | $ | 724 |
| Supplies  and office expense | 10,471 | 16,974 | - | $ | 27,445 |
| Repairs/Maintenance | 5,022 | 7,009 | - | $ | 12,032 |
| Other (List Separately) | - | 143,387 | 1,232 | $ | 144,619 |
| Subtotal, Goods and Svcs: | 38,978 | 281,278 | 1,895,366 | $ | 2,215,621 |
| Capital Expenditures: | | | | | |
| Building & Improvements | - | - | - | $ | - |
| Leasehold Improvements | - | - | - | $ | - |
| Machinery / Equipment | 202,637 | 2,300 | - | $ | 204,937 |
| Furniture / Fixtures | - | - | - | $ | - |
| Vehicles | 25,000 | - | - | $ | 25,000 |
| Software | - | - | 60,000 | $ | 60,000 |
| Subtotal, Capital Expend: | 227,637 | 2,300 | 60,000 | $ | 289,937 |
| GRAND TOTALS | 266,615 | 283,578 | 1,955,366 | $ | 2,505,558 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE          $          237,992

Name/Signature of Preparer: _(Signature)_          Date: 10/15/15

_Jeanne Brenno (Print Name)_          Telephone Number: 340-775-2525

RECEIVED
Time: 12:45 pm
OCT 05 2015
By: _____
Economic Development Authority/STT

Page 1

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000007407

Fiscal/Calendar Year Ending     December 31, 2014

Company Name:    Southern Trust Company, Inc.

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | | Totals |
|---|---|---|---|---|---|
| Dues and subscriptions | - | 1,105 | - | $ | 1,105 |
| Postage and delivery | - | 1,879 | - | $ | 1,879 |
| Travel and related | - | 1,916 | 1,232 | $ | 3,148 |
| Meals and transportation | - | 5,131 | - | $ | 5,131 |
| EDC Fees - Compliance, WDF | - | 23,000 | - | $ | 23,000 |
| Rent | - | 107,574 | - | $ | 107,574 |
| Business expenses | - | 1,825 | - | $ | 1,825 |
| Other expenses | - | 900 | - | $ | 900 |
| Miscellaneous | - | 57 | - | $ | 57 |
| Subtotal, Goods and Svcs: | - | 143,387 | 1,232 | $ | 144,619 |

### OTHER EMPLOYEE COSTS

| | | |
|---|---|---|
| Employee benefits - health, life insurance, education | $ | 192,120 |
| Simple IRA 3% employer contributions | | 18,595 |
| Semiars and continued ed | | 10,517 |
| VI unemployment tax | | 3,973 |
| | $ | 225,205 |

### ECONOMIC DEVELOPMENT COMMISSION

| | | |
|---|---|---|
| BOE Territorial Scholarship Fund | $ | 3,000 |
| Department of Labor - Work Force Development Fund | $ | 2,500 |
| Renewal activation fee | $ | 2,500 |
| Certiifcate fees | $ | 15,000 |
| | $ | 23,000 |

### EXPENDITURES FOR CHARITABLE CONTRIBUTIONS

| | V.I. Public Education | V.I. Charity | | Totals |
|---|---|---|---|---|
| | $   55,696 | $   31,310 | $ | 87,006 |

| Name - recipient | Date | | Amount |
|---|---|---|---|
| STEM Fair - 2014 Caribbean Screen Printing & Embroidery | 06/11/2014 | $ | 2,594 |
| STEM Fair - 2014 Dale Morton | 06/11/2014 | $ | 200 |
| STEM Fair - 2014 L'Etoile Catering | 06/11/2014 | $ | 3,502 |
| STEM Fair - 2014 Sport-O-Rama | 06/11/2014 | $ | 9,678 |
| STEM Fair - 2014 Virgin Islands Daily News | 06/16/2014 | $ | 500 |
| STEM Fair - 2014 Caribbean Screen Printing & Embroidery | 06/16/2014 | $ | 1,407 |
| STEM Fair - 2014 Caribbean Screen Printing & Embroidery | 07/01/2014 | $ | 468 |
| STEM Fair - 2014 Caribbean Travel Agency | 07/09/2014 | $ | 5,114 |
| STEM Fair - 2014 Emagination Computer Camps | 07/15/2014 | $ | 12,325 |
| Stem Fair donations - 2014 | | $ | 35,696 |
| | | | |
| Science and Math Scholarship CAHS -Binghamton University  For the benefit of Ajayi Iruko Anthony | 06/11/2014 | $ | 10,000 |
| Science and Math Scholarship IEKHS  La Roche College For the benefit of Desla Charlery | 06/16/2014 | $ | 10,000 |
| | | $ | 55,696 |
| | | | |
| Humane Society of St. Thomas | 01/22/2014 | $ | 3,500 |
| Pistarckle Theater | 01/30/2014 | $ | 1,310 |
| Antilles School, Inc. | 03/11/2014 | $ | 5,500 |
| Wesley Methodist Church | 04/30/2014 | $ | 500 |
| Harmonic Lodge | 10/14/2014 | $ | 150 |
| Community Foundation of the V. I. - Children's Holiday Books | 11/13/2014 | $ | 20,000 |
| Diocese of St. Thomas | 12/02/2014 | $ | 350 |
| | | $ | 31,310 |
| | | | |
| Total Charitable Giving | | $ | 87,006 |

Page 2

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000007408

**EDC ANNUAL REPORT**

**Value of Exemptions of Stockholders/Partners/Members**

BENEFICIARY _____ Southern Trust Company, Inc. _____ Fiscal Year Ending December 31, 2014

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | ▉ | Little Saint James island, St. Thomas USVI | 100 | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL: $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000007409