# EXHIBIT 56

United States Virgin Islands

**ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT**

**Fiscal/Calendar Year Ending**   December 31, 2015

*Investors Dream*

Southern Trust Company, Inc.

| | | | |
|---|---|---|---|
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits | ( $  - )$ | | 54,999,980 |
| Other Income (Ineligible) & Eligible for Tax Benefits | $( 5,958,818 )$ | | (951,946) |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | | $ | 907,209 |
| Average No. of Employees; Full Time & (Part Time/Other) | | | 8 |
| Average No. of Residents, Full Time & (Part Time/Other) | | | 8 |
| Average No. of Non-Residents; Full Time & (Part Time/Other) | - | | 0 |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) | | $ | 189,663 |
| Employee Income Taxes Paid and Withheld | | $ | 273,329 |

**TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)**

| | | | |
|---|---|---|---|
| Gross Receipts: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | 2,749,999 |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Income Taxes: | Total Paid | $ | 4,207,361 |
| | Dollar Value of Exemption/Refund | $ | 17,441,640 |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | 750 |
| **TOTAL TAXES PAID:** | | $ | 4,208,111 |
| **TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS:** | | $ | 20,191,839 |

**EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT**

| | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---|---|---|---|
| **Goods and Services:** | | | | |
| Raw materials, components | | | | $ - |
| Food, beverage | | | | $ - |
| Freight Charges | | | | $ - |
| Insurance | 23,376 | - | 385 | $ 23,761 |
| Legal/ Accounting | - | 2,077 | 2,046,130 | $ 2,048,207 |
| Advertising / Promotion | - | 1,280 | - | $ 1,280 |
| Utilities (tel., water, elect. etc.) | 40,900 | 43,598 | - | $ 84,498 |
| Interest & Other Bank Chg. | | | | $ - |
| Supplies and office expense | 2,522 | 8,641 | 8,047 | $ 19,210 |
| Repairs/Maintenance | 9,813 | 4,628 | - | $ 14,441 |
| Other (List Separately) | - | 141,678 | 4,024 | $ 145,702 |
| Subtotal, Goods and Svcs: | 76,611 | 201,902 | 2,058,586 | $ 2,337,099 |
| **Capital Expenditures:** | | | | |
| Building & Improvements | - | - | - | $ - |
| Leasehold Improvements | | 9,255 | | $ 9,255 |
| Machinery / Equipment | 91,120 | 46,799 | - | $ 137,919 |
| Furniture / Fixtures | 11,600 | 544 | - | $ 12,145 |
| Vehicles | 52,412 | - | | $ 52,412 |
| Software | - | - | 30,000 | $ 30,000 |
| Subtotal, Capital Expend: | 155,132 | 56,599 | 30,000 | $ 241,731 |
| **GRAND TOTALS** | 231,743 | 258,501 | 2,088,586 | $ 2,578,630 |

**CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE**   $   449,723

Name/Signature of Preparer: *Jeanne Dielson* (Signature)   Date: 10/24/16

*Jeanne Brogen* (Print Name)   Telephone Number: 340-775-2525



RECEIVED
Time 2:30
OCT 25 2016
By: _____
Economic Development Authority/STT

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                VI-JPM-000007474

| | | Fiscal/Calendar Year Ending | | December 31, 2015 |

Company Name:  Southern Trust Company, Inc.

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | | Totals |
|---|---|---|---|---|---|
| Dues and subscriptions | - | 680 | - | $ | 680 |
| Auto | - | 7,450 | - | $ | 7,450 |
| Postage and delivery | - | 1,595 | - | $ | 1,595 |
| Travel and related | - | 917 | - | $ | 917 |
| Meals and transportation | - | 4,133 | - | $ | 4,133 |
| EDC Fees | - | 13,000 | - | $ | 13,000 |
| Rent | - | 108,716 | - | $ | 108,716 |
| Business expenses | - | 3,125 | - | | 3,125 |
| Other expenses | - | 900 | - | | 900 |
| Miscellaneous | - | 1,162 | 4,024 | $ | 5,186 |
| Subtotal, Goods and Svcs: | - | 141,678 | 4,024 | $ | 145,702 |

## OTHER EMPLOYEE COSTS

| | | |
|---|---|---|
| Employee benefits - health, life insurance, education | $ | 158,663 |
| Simple IRA -  employer contributions of 3% | | 22,116 |
| Seminars and continuing education | | 8,884 |
| | $ | 189,663 |

## ECONOMIC DEVELOPMENT COMMISSION FEES

| | | |
|---|---|---|
| BOE Territorial Scholarship Fund | $ | 3,000 |
| Department of Labor  - Work Force Development Fund | $ | 2,500 |
| Certificate fees | $ | 7,500 |
| | $ | 13,000 |

## EXPENDITURES FOR CHARITABLE CONTRIBUTIONS

| | V.I. Public Education | V.I. Charity | | Totals |
|---|---|---|---|---|
| $ | 34,620 | $ 16,880 | $ | 51,500 |

| Name - recipient | Date | Amount |
|---|---|---|
| Ivanna Eudora Kean High School/Dancing Classrooms VI/ Junior Achievement US Virgin Islands * | 12/21/2015 | 20,000 |
| Board of Education - Liston Network - computers for public schools | 12/30/2015 | 14,620 |
| | | $ 34,620 |

\* - The initial charitable contribution of $20,000 to Ivanna Eudora Kean High School changed to
charitable contributions of $10,000 each to Dancing Classrooms Virgin Islands
and Junior Achievement US Virgin Islands

| | | |
|---|---|---|
| My Brothers Workshop | 2/9/2015 | 2,000.00 |
| Humane Society of St. Thomas | 2/9/2015 | 1,500.00 |
| Community Foundation of the V. I. | 2/9/2015 | 1,500.00 |
| Antilles School, Inc. | 2/9/2015 | 6,000.00 |
| St. Thomas All Stars Steel Orchestra | 4/21/2015 | 5,000.00 |
| Wesley Methodist Church | 6/12/2015 | 500.00 |
| Speak The Word Ministries International | 11/19/2015 | 380.00 |
| | | $ 16,880 |

| | | |
|---|---|---|
| Total Charitable Giving | | $ 51,500 |

Page 2

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000007475

**EDC ANNUAL REPORT**
**Value of Exemptions of Stockholders/Partners/Members**

BENEFICIARY _____   Southern Trust Company, Inc. _____   Fiscal Year Ending December 31, 2015

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | ▉ | Little Saint James Island, St. Thomas USVI | 100 | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL: $ | $ | $ |

Note: ◯als of EDC Credit and Balance Tax Due must be carried forward to the E ◯ nnual Report and reported under Taxes and Duties (See instructions).

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER