# EXHIBIT 57

United States Virgin Islands

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

**Fiscal/Calendar Year Ending** _December 31, 2016_

*Investors Dream*

Southern Trust Company, Inc.

| | | | |
|---|---|---|---|
| ross Sales (Ineligible Sales) & Eligible for Tax Benefits | ( $ - ) | $ | - |
| Other Income (Ineligible) & Eligible for Tax Benefits | $( 7,092,966 ) | $ | 13,173,675 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) | | $ | 868,869 |
| Average No. of Employees; Full Time & (Part Time/Other)... | | 8 | |
| Average No. of Residents; Full Time & (Part Time/Other)... | | 8 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | - | 0 | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) | | $ | 202,434 |
| Employee Income Taxes Paid and Withheld | | $ | 264,626 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | | |
|---|---|---|---|
| **Gross Receipts:** | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| **Real Property Tax:** | Amount Paid | $ | - |
| | Dollar Value of Exemption | $ | - |
| **Excise Taxes:** | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| **Income Taxes:** | Total Paid | $ | 299,580 |
| | Dollar Value of Exemption/Refund | $ | 111,932 |
| **Customs Duties:** | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | $ | - |
| **Other:** | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | 790 |
| **TOTAL TAXES PAID:** | | $ | 300,370 |
| **TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS:** | | $ | 111,932 |

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | | Totals |
|---|---|---|---|---|---|
| Raw materials, components | | | | $ | - |
| Food, beverage | | | | $ | - |
| Freight Charges | | | | $ | - |
| Insurance | 3,955 | 615 | - | $ | 4,570 |
| Legal/ Accounting | - | 3,030 | 1,290,100 | $ | 1,293,130 |
| Advertising / Promotion | - | 2,640 | - | $ | 2,640 |
| Utilities (tel., water, elect. etc.) | 71,250 | 31,745 | - | $ | 102,995 |
| Interest & Other Bank Chg. | - | 677 | 705 | $ | 1,381 |
| Supplies and office expense | 1,763 | 8,118 | 6,700 | $ | 16,581 |
| Repairs/Maintenance | 5,561 | 645 | - | $ | 6,206 |
| Other (List Separately) | - | 150,515 | - | $ | 150,515 |
| Subtotal, Goods and Svcs: | 82,530 | 197,985 | 1,297,505 | $ | 1,578,020 |
| Capital Expenditures: | | | | $ | - |
| Building & Improvements | - | - | - | $ | - |
| Leasehold Improvements | - | 10,131 | - | $ | 10,131 |
| Machinery / Equipment | - | - | - | $ | - |
| Furniture / Fixtures | - | - | - | $ | - |
| Vehicles | - | - | - | $ | - |
| Software | - | - | - | $ | - |
| Subtotal, Capital Expend: | - | 10,131 | - | $ | 10,131 |
| **GRAND TOTALS** | 82,530 | 208,117 | 1,297,505 | $ | 1,588,151 |

| | | | |
|---|---|---|---|
| CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE | | $ | 459,854 |

Name/Signature of Preparer: *(Signature)*   Date: 2/9/18

Jeanne Brennan
*(Print Name)*

Telephone Number: 340-775-2525

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000007534

| | Fiscal/Calendar Year Ending | December 31, 2016 |
|---|---|---|

Company Name:   Southern Trust Company, Inc.

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | | Totals |
|---|---|---|---|---|---|
| Dues and subscriptions | - | 1,180 | - | $ | 1,180 |
| Auto | - | 7,040 | - | $ | 7,040 |
| Postage and delivery | - | 1,633 | - | $ | 1,633 |
| Travel and related | - | 1,534 | - | $ | 1,534 |
| Meals and transportation | - | 3,372 | - | $ | 3,372 |
| EDC Fees | - | 20,500 | - | $ | 20,500 |
| Rent | - | 108,716 | - | $ | 108,716 |
| Business expenses | - | 5,640 | - | | 5,640 |
| Other expenses | - | 900 | - | | 900 |
| Miscellaneous | - | - | - | $ | - |
| Subtotal, Goods and Svcs: | - | 150,515 | - | | 150,515 |

## OTHER EMPLOYEE COSTS

| | | |
|---|---|---|
| Employee benefits - health, life insurance, education | $ | 176,554 |
| Simple IRA - employer contributions of 3% | | 20,747 |
| Seminars and continuing education | | 5,133 |
| | $ | 202,434 |

## ECONOMIC DEVELOPMENT COMMISSION FEES

| | | |
|---|---|---|
| BOE Territorial Scholarship Fund | $ | 3,000 |
| Department of Labor - Work Force Development Fund | $ | 2,500 |
| Certificate fees - Annual Compliance Fee | $ | 7,500 |
| | $ | 13,000 |

## EXPENDITURES FOR CHARITABLE CONTRIBUTIONS

| | V.I. Public Education | | V.I. Charity | | Totals |
|---|---|---|---|---|---|
| $ | 25,000 | $ | 28,250 | $ | 53,250 |

| Name - recipient | Date | Amount |
|---|---|---|
| Community Foundation of the V. I | 05/05/2016 | 10,000 |
| Organization Black Aerospace Professional | 04/28/2016 | 15,000 |
| Lutheran Social Services of the V.I | 12/09/2016 | 20,000 |
| Antilles School, Inc. | 02/29/2016 | 5,500 |
| Community Foundation of the V. I. | 05/03/2016 | 2,500 |
| Harmonic Lodge | 10/25/2016 | 250 |
| | $ | 53,250 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   VI-JPM-000007535

# EDC ANNUAL REPORT

## Value of Exemptions of Stockholders/Partners/Members

BENEFICIARY _____ Southern Trust Company, Inc. _____

Fiscal Year Ending December 31, 2016

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | [redacted] | Little Saint James Island, St. Thomas USVI | 100 | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | TOTAL: $ | | $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000007536