# EXHIBIT 59

Company Name: Southern Trust Company Inc

| | Eligible for Tax Benefits (A) | Ineligible for Tax Benefits** (B) | Total (A)+(B) | Balance per Tax Return | Difference | Explanation |
|---|---|---|---|---|---|---|
| Gross Receipts or Sales | $4,690,766 | $0 | $4,690,766 | $4,690,766 | $0 | |
| Other Income | | | | | | |
| Interest Income | $383,771 | $5,483,342 | $5,867,113 | $6,065,613 | $0 | |
| Dividend Income | $2,608,995 | $4,868,395 | $6,877,310 | $6,877,310 | $0 | |
| Rental Income | -$1,522 | | -$1,522 | -$1,522 | $0 | |
| Others: Taxable Income (legend, gain, etc.) | $2,919,000 | $0 | $2,919,000 | $2,919,000 | $0 | |

** Income earned from sources other than those you use to claim VIEDC Certificate

| | Total | Source Document Needed | | | Other Employee Cost Breakdown | |
|---|---|---|---|---|---|---|
| | | | | | Location on Income Tax Return | |
| Gross Wages Paid in the VI (include salaries, such pay, bonuses and overtime, etc.) | $403,577 | Please submit the form W3SS | | | | |
| Average No. of Employees, Full Time | 10 | | | | Type | Amount |
| Average No. of Employees, Part Time (Other) | | | | | Health Insurance | $160,031 |
| Average No. of Residents, Full Time | | | | | Sample IRA | $21,239 |
| Average No. of Residents, Part Time/Other | | | | | FICA/FUTA | |
| Average No. of Non-Residents, Full Time | | | | | Workman's Comp | $61,543 |
| Average No. of Non-Residents, Part Time/Other | | | | | Continuing Education | $1,551 |
| Other Employee Costs (unemployment & health insurance, pension, allowances, etc.) | $244,364 | | | | ee TOTAL | $244,364 |
| Employee Income Taxes Paid and Withheld | $169,774 | Please submit the form W3SS | | | | |

Costs included in Line 18, 17,12, 15, respectively

| TAXES AND DUTIES (Provide dollar amount paid and value of exceptions for each tax) | Total | Source Document Needed |
|---|---|---|
| Gross Receipts Taxes Paid | $0 | Form 720V1 or 720B |
| Gross Receipts Exemptions Value | $0 | Form 720V1 or 720B |
| Real Property Tax Paid | | Property tax statement |
| Real Property Tax Exemption Value | | Property tax statement |
| Excise Taxes Paid | | Form 721 |
| Excise Taxes Exemption Value/Refund | | Form 721 |
| Income Taxes Paid | $299,983 | Form 1120, 1120S, 1065, or 1040 with tax calculation worksheet |
| Income Taxes Exemption Value/Refund | $47,906 | Form 1120, 1120S, 1065, or 1040 with tax calculation worksheet |
| Customs Duties Paid | | Please keep copies of receipts for review by VIEDC Compliance Officer |
| Customs Duties Exemption Value/Refund | | Please keep copies of receipts for review by VIEDC Compliance Officer |
| Other | | Form 722 |
| Hotel room taxes paid | | Form 722 |
| Other Taxes, Fees Paid to VI Government (list separately): | | |
| Shareholder Dividends | NA | Note: no exemptions claimed |
| VI Department of Labor (labor database fee) | $550 | Note: no exemptions claimed |
| Business license renewal | $3,674 | Note: no exemptions claimed |
| Franchise tax | | Note: no exemptions claimed |
| Notary commission fees | | Note: no exemptions claimed |
| Certificate of good standing fee | $25 | Note: no exemptions claimed |
| Import user's tax small employees | | Note: no exemptions claimed |
| TOTAL TAXES PAID: | $295,938 | |
| TOTAL VALUE OF EXEMPTIONS AND/OR REFUNDS: | $47,906 | |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT | VEDC Eligible Suppliers | VI Suppliers | Non-Local Suppliers | TOTAL | Balance per Tax Return | Difference | Explanation (See below for detailed explanation) |
|---|---|---|---|---|---|---|---|
| Raw materials and components purchases | $6,759 | $14,579 | $0 | $20,838 | $20,838 | $0 | |
| Repairs/Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | |
| Rent | $0 | $138,893 | $0 | $138,893 | $138,893 | $0 | |
| Interest | $0 | $0 | $0 | $0 | $0 | $0 | |
| Other Bank Charges | $0 | $1,399 | $217 | $1,617 | $1,616 | $1 | |
| Advertising/Promotion/Marketing Expenses | $0 | $2,690 | $0 | $2,690 | $2,690 | $0 | |
| Meals/Entertainment | $0 | $6,769 | $0 | $6,790 | $3,380 | $3,380 | 50% deductible limitation |
| Travel Expenses | $0 | $8,506 | $0 | $8,506 | $8,506 | $0 | |
| Freight & Postage Charges | $0 | $2,064 | $0 | $2,064 | $2,064 | $0 | |
| Insurance | $17,002 | $0 | $0 | $17,002 | $17,002 | $0 | |
| Legal/Accounting/Consulting/Professional Fees | $0 | $30,064 | $1,555,225 | $1,585,289 | $1,585,289 | $0 | |
| Utilities (tel., water, elect., etc) | $18,181 | $101,379 | $0 | $119,560 | $119,560 | $0 | |
| Supplies and Office expense | $8,618 | $70,246 | $13,784 | $92,648 | $92,647 | $1 | |
| Other (List Separately) | $0 | $0 | $0 | $0 | $0 | $0 | |
| Dues and subscriptions | $0 | $180 | $0 | $180 | $180 | $0 | |
| EDC Fees | $13,000 | $0 | $0 | $13,000 | $13,000 | $0 | |
| Business expenses | $0 | $0 | $17,500 | $17,500 | $17,500 | $0 | |
| Other expenses, cartage, outside services reimbursables | $0 | $1,699 | $0 | $1,699 | $1,699 | $0 | |
| SUBTOTAL, GOODS AND SERVICES | $83,060 | $338,439 | $1,586,726 | $1,988,435 | $1,984,864 | | |

| CAPITAL EXPENDITURES | VEDC Eligible Suppliers | VI Suppliers | Non-Local Suppliers | TOTAL | Balance per Tax Return | Difference | Explanation |
|---|---|---|---|---|---|---|---|
| Building & Improvements | | | | | | $0 | |
| Leasehold Improvements | 387 | 24,614 | 4,186 | $29,187 | 0 | $29,187 | Amount capitalized included in schedule L |
| Machinery/Equipment | | 8,810 | 0 | $8,820 | 0 | $8,820 | Amount capitalized included in schedule L |
| Furniture/Fixtures | | | | $0 | $0 | $0 | |
| Vehicles | | - | - | $0 | $0 | $0 | |
| Other (List Separately) | | - | $0 | $0 | $0 | $0 | |
| SUBTOTAL, CAPITAL EXPENDITURES | $387 | $33,434 | $4,186 | $38,007 | | $3,792,741 | |
| GRAND TOTALS | $63,447 | $371,893 | $1,590,912 | $2,026,253 | | | |

EXPLANATION FOR VARIANCES IN BETWEEN EDC REPORT AND TAX RETURNS:

| CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE | $553,248 |
|---|---|
| Certificate requirement | $400,000 |
| Percent achieved to date | 138.31% |

VI-JPM-000007664

**EDC ANNUAL REPORT**
**Value of Exemptions of Stockholders/Partners/Members**

BENEFICIARY _____   Southern Trust Company, Inc. _____   Fiscal Year Ending December 31, 2018

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | ▮ | Little Saint James Island, St. Thomas USVI | 100 | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. | See page 1 of EDC Annual report. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL: $ | $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000007665

| A | EDC INCOME | A | $ | 2,964,750 |
|---|---|---|---|---|
| B | TOTAL GROSS INCOME | B | $ | 16,232,605 |
| | Percent of total income subject to Exemption | | | |
| C | $_____(A)_____ / _____(B)_____ = | C | | 18.26% |
| | | | | |
| D | TOTAL TAX DUE | | $ | 291,989 |
| E | Amount of Tax Subject to the Exemption | E | | |
| | $_____(D)_____ / _____(C)_____%= | | $ | 53,329 |
| F | EXEMPTION PERCENTATE | F | | 90% |
| | EDC EXEPMTION CREDIT | | | |
| G | $_____(E)____X_____(f)_____%= | G | $ | 47,996 |

Line G included on49d of the 2018 Form 1040 Schedule 5 Line 74
notation EDC credit

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000007666