# EXHIBIT 82



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

January 13, 2012

Darren Indyke, Esq.
Darren Indyke, PLLC

New York, New York 10065

RE:     Jeffrey Epstein

Dear Attorney Indyke:

The Department of Justice acknowledges receipt of your emails regarding Mr. Epstein's travel outside of the Territory. I refer you to the email from Ms. Merlyn Petty, on behalf of the Department, to you dated July 22, 2011. In her email, Ms. Petty notifies you that when Mr. Epstein travels he is required to provide the Department of Justice with notification of his travel, his travel itinerary and his temporary residence address and telephone contact number. Ms. Petty further states in her email that Mr. Epstein is required to provide this information **in person** when he is in the Territory.

The Department is cognizant of the fact that Mr. Epstein's occupation requires him to extensively travel outside of the Territory. For this reason, we have tried to accommodate Mr. Epstein by allowing him to submit his travel information via email when he is not in the Territory. However, notification by email can only serve as notification if Mr. Epstein is already outside the jurisdiction and planning on traveling to another destination, or to notify of a change in the length of Mr. Epstein's travels while he is outside of the Territory. While we appreciate your efforts in facilitating Mr. Epstein's notification of such travel, an email notification of Mr. Epstein's presence in the Territory is not acceptable.

In light of the foregoing, please note that when Mr. Epstein is in the U.S. Virgin Islands and planning on traveling outside this Territory, he is required to appear in person to notify the Department of Justice of such travel and to provide his travel itinerary along with his temporary residence address and telephone contact number prior to his departure. Upon Mr. Epstein's return to the territory, he is required to personally contact the Department to notify us of his return to the Territory. This notification may be made by a telephone call from Mr. Epstein.

I thank you and Mr. Epstein for your cooperation in this matter.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

pc:     Jeffrey Epstein

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012237



**STATE OF NEW YORK**
**DIVISION OF CRIMINAL JUSTICE SERVICES**
Four Tower Place
Albany, New York 12203-3764
http://criminaljustice.state.ny.us

NYS Sex Offender Registry

(518) 457-3167

# FAX COVER SHEET

To: _Shani_    Fax #: 340-774-9710

From:    *Pamela GS Gaitor*    *Pam*
         *Program Manager*

Date: 1-19-2012

Total pages [including cover sheet]: _____

Comments:

*If you need more information about his risk level — you would have to contact the New York County Supreme Court at (646) 386 — 4066.*

Call (518) 457-3167 if you experience any problems with transmissions or if you did not receive the proper number of pages.

Our FAX number is [518] 485-5805.

This facsimile transmission may contain confidential or privileged information which is intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    VI-JPM-000012238



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
### VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEXUAL OFFENDERS TRAVEL NOTIFICATION FORM

### PLEASE PRINT OR TYPE

Name: Jeffrey Epstein                          Alias: _____

SSN: ████████    DOB: ████████        POB: NY

Current Address: LSJ
ST. Thomas

Intended Address: 358 EL Brille
Palm Beach

Telephone: 212-533-3735

Date of Departure: 1/24/12          Expected Return date: 2/2/12

Type of proof provided:    Airline Itinerary ( )    Cruise line Itinerary ( )

_____                          _____
Signature of Registrant                                    1/19/12
                                                                      Date

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## Office of the Attorney General

34-38 Kronprindsens Gade
GERS Complex, 2nd Floor
St. Thomas, U.S. Virgin Islands 00802

# FAX COVER SHEET

| | |
|---|---|
| Date: <u>01/20/2012</u> | |
| Number of pages including cover sheet: <u>2</u> | |

**TO:**

Ms. Pam Gaitor

New York Division of Criminal Justice Service

Sexual Offender Registry

 4 Tower Place

Albany, NY 12203

**Phone: (518) 457-3175**

**Facsimile: (518) 485-5805**

**FROM THE DESK OF:**

Shani Pinney

Sexual Offender Registry Coordinator

**Phone: (340) 774-5666 Ext. 314**

**Facsimile: (340) 774-9710**

**REMARKS:**
☐ URGENT          ☐ FOR YOUR REVIEW          ☐ REPLY ASAP          ☐ PLEASE COMMENT

Re:     Jeffrey Epstein     -     Mr. Epstein will be traveling  between January 24, 2012 and February 2, 2012.  He is unsure as to exactly

when he will arrive/depart from NY,  but he does plan to stay in NY between this time.

**CONFIDENTIALITY NOTICE:**
The pages comprising this facsimile transmission contain confidential and privileged information.  This information is intended solely for use by the individual entity named as the recipient hereof.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited.  If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
### VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEXUAL OFFENDERS TRAVEL NOTIFICATION FORM

### PLEASE PRINT OR TYPE

Name: _Jeffrey Epstein_      Alias: _____

SSN: ████████    DOB: ████████    POB: _NY_

Current Address: _Little St. James_
_STT, VI_

Intended Address: _9 E 71 St_
_NY_
_NY, NY_

Telephone: _10029_

Date of Departure: _1/24/12_    Expected Return date: _2/2/12_

Type of proof provided:   Airline Itinerary ( )    Cruise line Itinerary ( )

_01/19/12_

_____      _____
Signature of Registrant             Date

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER      VI-JPM-000012241



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## Office of the Attorney General

34-38 Kronprindsens Gade
GERS Complex, 2nd Floor
St. Thomas, U.S. Virgin Islands 00802

# FAX COVER SHEET

Date: <u>01/20/2012</u>

Number of pages including cover sheet: <u>2</u>

**TO:**

Mr. Mike Courtemanche

Florida State Sex Offender   Registry   Agency

Senior Management Analyst, Supervisor

**Phone:  (850) 410-8572**

**Facsimile:  (850) 410-8599**

**FROM THE DESK OF:**

Shani Pinney

Sexual Offender Registry Coordinator

**Phone:  (340) 774-5666 Ext.  314**

**Facsimile:  (340) 774-9710**

**REMARKS:**
☐ URGENT          ☐ FOR YOUR REVIEW          ☐ REPLY ASAP          ☐ PLEASE COMMENT

Re:      Jeffrey Epstein      -      Mr. Epstein will be traveling  between January 24, 2012 and February 2, 2012.  He is unsure as to exactly how long he will visit  FL,  but he does plan to stay in FL  at some time during the time specified.

**CONFIDENTIALITY NOTICE:**
The pages comprising this facsimile transmission contain confidential and privileged information.  This information is intended solely for use by the individual entity named as the recipient hereof.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited.  If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER      VI-JPM-000012242



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEXUAL OFFENDERS TRAVEL NOTIFICATION FORM

### PLEASE PRINT OR TYPE

Name: _Jeffrey Epstein_ ███████     Alias: _____

SSN: ████████     DOB: ████████     POB: _NY_

Current Address: _Little St. James_

_STT, VI_

Intended Address:

_Charles Hotel_

_Boston, MA_

Telephone: _____

Date of Departure: _01/24/12_     Expected Return date: _02/02/12_

Type of proof provided:     Airline Itinerary ( )     Cruise line Itinerary ( )

_01/19/12_

_____          _____
Signature of Registrant                      Date

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
Office of the Attorney General

34-38 Kronprindsens Gade
GERS Complex, 2ⁿᵈ Floor
St. Thomas, U.S. Virgin Islands 00802

# FAX COVER SHEET

Date: 01/20/2012

Number of pages including cover sheet: 2

**TO:**

ATTN: REGISTRATION

Sex Offender Registration Board

Salem, Massachusetts 01970

_____

_____

_____

**Phone:  (978) 740-6400**

**Facsimile:  (978) 740-6464**

**FROM THE DESK OF:**

Shani Pinney

Sexual Offender Registry Coordinator

_____

_____

_____

**Phone:  (340) 774-5666 Ext.  314**

**Facsimile:  (340) 774-9710**

**REMARKS:**
☐ URGENT          ☐ FOR YOUR REVIEW          ☐ REPLY ASAP          ☐ PLEASE COMMENT

Re:      Jeffrey Epstein      -      Mr. Epstein will be traveling  between January 24, 2012 and February 2, 2012.  He is unsure as to exactly how long he will visit  Massachusetts,  but he does plan to stay ,  there  at some time during the time specified.

**CONFIDENTIALITY NOTICE:**
The pages comprising this facsimile transmission contain confidential and privileged information.  This information is intended solely for use by the individual entity named as the recipient hereof.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited.  If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

VI-JPM-000012244

**Shani Pinney**

| | |
|---|---|
| **From:** | Jeffrey Epstein [jeevacation@gmail.com] |
| **Sent:** | Wednesday, January 25, 2012 12:05 PM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon; Darren Indyke |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:   Mr. Jeffrey Epstein

Dear Ms. Pinney:

Please see below a current update of my internet-related information.

Email
Addresses:
jeevacation1@me.com
jeeproject@yahoo.com
jeevacation@gmail.com
jeffreyepsteinorg@gmail.com
jeffreyepsteinorg@yahoo.com

Twitter:
jeffrey_epstein
jeffreyepstein1

Other Internet Account Information:

| Entity | Type | User Name |
|---|---|---|
| Google + | profile | jeffreyepsteinorg@gmail.com |
| LinkedIn | profile | jeffreyepstein |
| Yahoo | profile | jeffreyepsteinorg@yahoo.com |
| Flikr | profile | jeffreyepsteinorg@yahoo.com |
| Twitter | network | jeffreyepsteinorg@gmail.com |
| Facebook | network | The Jeffrey Epstein Foundation |
| Blogspot | blog | www.thejeffreyepsteinfoundation.com |
| Blogspot | blog | www.jeffreyepsteinfoundation.blogspot.com |
| Home site | website | www.jeffreyepstein.org |
| Domain | | www.jeffrey-epstein.com |
| Domain | | www.jeffreyepsteinfoundation.com |

Respectfully,

Jeffrey Epstein
Little St. James Island

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012245

# DARREN K. INDYKE
## DARREN K. INDYKE, PLLC

██████████████

New York, New York 10065
Telephone: ██████████████
Telecopier: ██████████████
email: ██████████████

January 27, 2012

**VIA EMAIL (vfrazer@doj.vi.gov)**
**AND FIRST CLASS MAIL**

Vincent F Frazer Esq.
Attorney General
The United States Virgin Islands
Department of Justice
Office of the Attorney General
34-38 Kronprindsens Gade
GERS Bldg., 2nd Floor
St. Thomas, U.S.V.I.  00802

Re:   Jeffrey Epstein

Dear Mr. Attorney General Frazer:

I am grateful for the opportunity you have afforded me to respond to your July 13, 2012 letter to me regarding Mr. Jeffrey Epstein.  I am hopeful that the points raised in this response will result in your considering exceptions to the travel notification protocol for individuals whose ordinary course of employment or business requires that they travel outside of the Territory more than 6 times a year, and, consequently, authorizing Mr. Epstein to continue to report his travel to and from the Territory by email or fax, rather than in person.  This would affect many gainfully employed individuals such as pilots, fishermen, boat captains, cruise ship workers, merchants and international businessmen.  Guidelines issued by the Office of the United States Attorney General to implement the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006 P.L. 109-248), 42 U.S.C. §16911 et. seq., specifically contemplate these types of exceptions from rigid in person notification rules.

These guidelines permit flexibility in travel notification requirements in cases where registered individuals frequently are required to travel to multiple jurisdictions on a recurring basis, including students residing in one jurisdiction but enrolled in another, long-haul truckers who regularly travel through dozens of jurisdictions, and employees who in the ordinary course of their employment regularly commute between jurisdictions, including jurisdictions outside of the United States.  In such types of cases, individuals may be required to register in several jurisdictions, as is Mr.

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012246

Epstein, but they are not required to notify their home jurisdiction every time they leave and re-enter, much less appear in person countless times to conform to a standard that is more suitable for the occasional rather than regular traveler. The guidelines recognize that it is appropriate for there to be flexibility in the manner and content of notification for frequent and recurring travelers. In addition, I hope you will consider the fact that standard practice regarding travel notification in other jurisdictions, including states that share long borders. where it is obviously easier for registrants to leave and re-enter such jurisdictions, is substantially less demanding than the protocol referred to in your letter. I would respectfully urge you to consider the reasons below as to why the same flexibility recognized for employees, students and businessmen in these circumstances should be afforded to Mr. Epstein.

First, for the more than 18 months which have transpired since July of 2010, through me as his counsel, Mr. Epstein has diligently provided notification by email (and by telephone and fax when the Department of Justice's email server has been down) of his travel, as well as the changes in his travel plans. Mr. Epstein has followed this same procedure in the State of Florida, the very same jurisdiction of Mr. Epstein's conviction which gave rise to his registration requirement, where Mr. Epstein is permitted to provide email notification of his arrival and departure. Mr. Epstein provides email notification to the State of New Mexico when he travels to and from his vacation home in that jurisdiction, and the State of New York does not require Mr. Epstein to inform it of his arrival to and departure from his New York vacation home, unless Mr. Epstein remains in New York for 10 days or more.

Communication between the Department of Justice and Mr. Epstein and his counsel during this period has remained regular and open. This practice has been successful. The Department knows when Mr. Epstein is both departing from and arriving in the Territory, whose notification requirements are already more rigorous than other jurisdictions where Mr. Epstein is registered, and there has been absolutely no incident in any jurisdiction, domestic or foreign, that would indicate a need for greater supervision. In short, I believe, as do the States of Florida, New Mexico and New York, that there is no public safety necessity in requiring Mr. Epstein to notify the Department "in person" each time he travels to or from the jurisdiction.

Second, in other jurisdictions, unlike in the Territory, where travel to or from the Territory cannot occur except by boat or aircraft, registered individuals travel easily, often daily if not weekly, between states in the United States (say New York to New Jersey or within New England) without any in-person notification obligation. In fact, the SORNA guidelines are clear that SORNA itself requires "in-person" notification only in a narrow set of circumstances. "[T]he in-person appearance requirement of SORNA § 113(c) relates to changes in name, and to changes in residence, employment, or school attendance . . . The means by which sex offenders are required to report other changes in registration information discussed in this Part [which, among other things, covers foreign travel] are matters that jurisdictions may determine in their discretion". **The National Guidelines for Sex Offender Registration and Notification**, p. 54. Moreover, the SORNA guidelines provide for travel notification in such jurisdictions only when an individual is away from his residence for seven or more days. **Id., p. 29.** The Department's requirement that Mr. Epstein provide notification whenever he

2

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012247

leaves the Territory to stay in another jurisdiction, whether for less or more than seven days, is far more demanding than SORNA requires and far exceeds the demands that other jurisdictions have required of Mr. Epstein or any other registrants who are not sexual predators.

Third, the SORNA guidelines have already recognized that there are cases where flexibility in the application of SORNA's travel notification procedures is necessary. For example, the SORNA guidelines themselves discuss the case of an individual who is a "long haul trucker" who regularly drives thousands of miles through "dozens of jurisdictions in the course of his employment", as well as the cases of a home-improvement contractor and of a day laborer, who travel regularly to various locations that may change on a daily basis -- see **The National Guidelines for Sex Offender Registration and Notification**, pp. 39 and 43 -- or the case of an individual "who lives in a northern border state and who commutes to Canada for work on a daily basis" -- see **Supplemental Guidelines for Sex Offender Registration and Notification**, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. These cases are analogous to any number of possible situations in the Territory, including pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, all of whom travel to and from the Territory on a frequent and regular basis in the ordinary course of their employment or business. The administrative burden to the Department to require each such worker to report in person each time he enters and leaves the Territory and to confirm every location and address included in such worker's travel notification would be substantial. Consider, for example, the case of a boat captain chartering trips to various Islands in the British Virgin Islands on a daily basis. Without the flexibility afforded by SORNA, the Territory might have to require that boat captain to appear at the Department every day before he left for the days' charter. With the currently proposed amendments to the Virgin Islands Sex Offender Registration and Community Protection statutes, 14 V.I.C. §§1721, et seq., that same boat captain would be required to book his charters at least 21 days in advance to comply with the proposed legislation's 21-day advance travel notification requirement. The supplemental SORNA guidelines have specifically stated in their own words that such requirements could be "pointlessly burdensome" and "unworkable". **Id.**  In situations such as these, the SORNA guidelines specifically state that registration is not required in each location, that the jurisdiction responsible may simply require the traveling registrant to provide a most likely itinerary of "normal travel routes" and "general areas" of work, and that such jurisdictions "may treat such cases in accordance with their own policies." **The National Guidelines for Sex Offender Registration and Notification**, pp. 39 and 43.

Mr. Epstein's case is no different from any of these cases where SORNA expressly permits flexibility in the manner and content of travel notification. Moreover, unlike in virtually every other jurisdiction where travel is relatively unrestricted, Virgin Islands' registrants cannot leave the Territory except by aircraft or boat, arriving or leaving with a full customs inspection. Thus, there is even less of a need from a public safety perspective to require in-person notification with respect to travel by registrants (including Mr. Epstein) outside the Territory.

3

Mr. Epstein engages in frequent and recurring domestic and international travel several times a month for business and professional purposes. Oftentimes, he travels to locations in the United States where he maintains vacation homes for which he has provided to the Department all of the necessary information, including addresses, telephone numbers and the like. In numerous other cases, Mr. Epstein must travel internationally and has little advance notification of the meeting locations (including cities, states and countries), dates and times. Whether traveling domestically or internationally, his plans frequently change, sometimes hourly, on little or no notice, to accommodate the busy and evolving business schedules of others over whom he has no control. In addition, Mr. Epstein frequently meets with and stays as the personal guest of dignitaries and business people to whom privacy is of paramount concern. Consequently, Mr. Epstein cannot always know in advance just when and where he must travel or the specific address of his travel accommodations. For that reason, whenever Mr. Epstein travels, he carries his cell phone with him at all times, remains in regular contact with his staff and myself and keeps his staff and myself updated regarding his locations so that his whereabouts are constantly known to me or others with whom I communicate.

As would be true for the frequent and recurring travels of the long-haul trucker, the boat captain, the cruise ship worker, and the merchant, in-person travel notification for Mr. Epstein would be required to be repeated over and over in the course of each month given the frequency and regularity of Mr. Epstein's travel demands. Moreover, the frequent changes to his travel plans, including the specifics of just when he must depart the Territory, could require Mr. Epstein to make multiple in-person appearances before he ever left the Territory on a specific trip. In addition, as stated above, Mr. Epstein cannot always know in advance just when he must travel, and, frequently, the decision to travel needs to be made at night or on weekends or during a holiday when the Department of Justice is not open. The current practice of providing notification by email or fax of Mr. Epstein's travel plans and any changes to the same has not only worked in the past, but it is a practical and reasonable solution to ensure timely and accurate notification by Mr. Epstein without creating unnecessary and substantial administrative burdens on the Department and its staff.

In short, Mr. Epstein, who is a mature business leader, has paid the debt he owed to society and has returned to business life, now travels with substantial frequency and regularity, and has already demonstrated unerring diligence in keeping the Department of Justice informed of such travel. He has fully abided by the law without any incident whatsoever in this or any other jurisdiction since his arrival in the Territory. Consistent with the SORNA guidelines, Mr. Epstein respectfully requests that the same flexibility be provided in this jurisdiction to him and other registrants as is afforded in other jurisdictions to law-abiding registrants who are not deemed to be sexual predators. The proposed amendments to the Territory's Sex Offender Registration and Community Protection statutes obviously have valid and legitimate purposes, which must be served. Those same purposes can be well-served by adopting travel notification protocols, both now and in the pending legislation, that provide reasonable travel notification exceptions to enable law abiding registrants not deemed to be sexual predators who travel frequently to continue earn a living. For that reason and the other reasons

4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    VI-JPM-000012249

discussed above, I would respectfully request that you consider the following exceptions to the Department's travel notification protocols:

- Consistent with the SORNA guidelines, travel notification be required only for travel away from the Territory for seven or more days.
- Registrants not deemed to be sexual predators who travel outside of the Territory more than 6 times during any 12-month period be permitted to report by fax or email each time they plan on departing the Territory and each time they return; provided that (consistent with the pending legislation) they report in person (including as part of their registration reporting requirements) to the Department twice a year to review and discuss their travel.
- In the case of Mr. Epstein, he will provide such fax or email notification himself, rather than through me as legal counsel, if the Department of Justice believes that this is necessary.
- Each travel notification would include a date of departure and expected return date, subject to email or fax notification of any changes to those dates.
- To the extent that any such registrant will be traveling to a temporary address of which the registrant has already provided all the necessary information, including address, telephone number, and the like, the registrant's statement in the travel notification that he will be traveling to such temporary address would provide sufficient notification of his travel location. The registrant must also confirm a telephone number, whether landline or cellular, at which he can be contacted by the Department throughout the period of his travel.  In Mr. Epstein's case, Mr. Epstein will remain continuously available by cell phone, the number of which has already been provided to the Department of Justice.
- To the extent that any such registrant who travels frequently travels to locations other than to previously reported temporary addresses, the registrant should provide the general areas of these locations and contact information at which the registrant my be reached by the Department.  In the circumstances of Mr. Epstein's frequent and recurring travel, it is respectfully requested that Mr. Epstein be permitted to provide general areas of intended travel, and he will be continuously available through his own cell phone (and through myself and his St. Thomas office), so that there would never be a meaningful delay if there was any reason the Department wished to determine his precise whereabouts.

I thank you for your consideration of this matter and welcome your response (whether by telephone or by letter) to this communication.

Respectfully,

Darren K. Indyke

5

 VI-JPM-000012250

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke ████████████ |
| **Sent:** | Wednesday, February 01, 2012 9:02 AM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein

Dear Ms. Pinney:

In accordance with the direction I received from Attorney General Frazer at my meeting with him on January 31, 2012, this is to advise you that Mr. Epstein is returning today, February 1, 2012, to his permanent residence in the Virgin Islands.

If you need to reach me for any further information, please feel free to call me at my office in New York on my direct dial telephone number ████████████ or on my mobile telephone number ████
████████

Respectfully,

Darren K. Indyke
Darren K. Indyke, PLLC
████████████████████
New York, New York  10065
Telephone: ████████████
Direct: ████████████
Telecopier: ████
email: ████████████

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER              VI-JPM-000012251

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke ███████████ |
| **Sent:** | Monday, February 13, 2012 5:38 PM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

In connection with Mr. Epstein's registration as a sex offender in the United States Virgin Islands, notice was given to your office in July 2011 that, among other things, a Sikorsky S-76C+ helicopter, U.S. Registration Number N162AE, was purchased on July 26, 2011, and may be used by Mr. Epstein from time to time.  In August 2011, further notice was given to your office that the U.S Registration Number of this Sikorsky S-76C+ helicopter was changed from N162AE to N162AD.  This is to advise you that this Sikorsky S-76C+ helicopter bearing U.S. Registration Number N162AD was sold to an unrelated third party on February 9, 2012, and will therefore no longer be subject to use by Mr. Epstein.

Additionally, this is to advise you that the following motor vehicle has been acquired today, February 13, 2012, and should be added to the list of motor vehicles owned or used by Mr. Epstein:

| Automobile Registration | Color | Vehicle Identification Number Property Location | State of |
|---|---|---|---|
| 2012 Cadillac Escalade | Black | ████████████████ New York | New York |

Please note that this is a new purchase and a permanent license plate no. has not yet been issued by the Department of Motor Vehicles of the State of New York for this vehicle. We will update your records when the license plate no. has been issued.

If you need to reach me for any further information, please feel free to call me at my office in New York on my direct dial telephone number ███████████ or on my mobile telephone number ████ ████

Respectfully,

Darren K. Indyke
Darren K. Indyke, PLLC
████████████████
New York, New York  10065
Telephone: ████████████

1

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke ████████ |
| **Sent:** | Wednesday, May 02, 2012 1:17 PM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. Shani Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

In connection with Mr. Epstein's sex offender registration in the United States Virgin Islands, a Bell 407 helicopter, U.S. Registration No. N491GM, was included on a list of aircraft owned or used by Mr. Epstein which was previously submitted to your office. This is to advise you that this Bell 407 helicopter, U.S. Registration No. N491GM, was sold on April 30, 2012 to an unrelated third party and is no longer in use by Mr. Epstein.

This is also to advise you that the U.S. Registration No. for the Bell 430 also previously disclosed to your office in connection with Mr. Epstein's sex offender registration is in the process of being changed from N901RL to N331JE.

If you need to reach me for any further information, please feel free to call me at my office in New York on my direct dial telephone number ████████ or on my mobile telephone number ████████

Respectfully,

Darren K. Indyke
Darren K. Indyke, PLLC
████████

New York, New York  10065
Telephone: ████████
Direct: ████████
Telecopier: ████████
email: ████████

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                              VI-JPM-000012253



State of New York
Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764

March 5, 2012

JEFFREY E EPSTEIN
6100 RED HOOK QUARTERS
SUITE B3
ST THOMAS VI 00802

Re:   JEFFREY E EPSTEIN
SOR Id: 33216
Updated Photograph

The NYS Sex Offender Registration Act requires level 3 offenders to have a photograph taken every year. Level 1 and level 2 offenders must have their photographs taken every 3 years.

To comply with this law, your photograph must be taken at your local police department between March 26, 2012 and May 5, 2012. Please call the Virgin Islands Dept of Justice - Sex Offender Registry to schedule a date and time to have your photograph taken.

If you have moved, call the police department where you live now. The police will send the photograph to the NYS Sex Offender Registry.

Failure to have your photograph updated is a felony.

NYS Sex Offender Registry





CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012255

STATE OF NEW YORK
DIVISION OF CRIMINAL JUSTICE SERVICES
4 TOWER PLACE
ALBANY, NEW YORK 12203-3764

RECEIVED

MAR 08 2012



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012256

# SEXUAL OFFENDER/SEXUAL PREDATOR REGISTRATION FORM

### FOR USE BY LAW ENFORCEMENT AGENCIES

*PLEASE PRINT OR TYPE* -- Complete all sections, attach fingerprint card, photograph, and genetic markers when available, and submit to the Department of Justice, GERS Building, 2nd Floor, St. Thomas, VI 00802

**SECTION A – Type/Status**
[x] Sex Offender
[ ] Habitual Sexual Offender
[ ] Sex Predator
[ ] New Registration
[ ] Modify Data

**SECTION B - Contributing Agency Information**
Agency Name: _____
Agency Address: _____
Phone Number: ( )_____ Fax: ( )_____
Checked for Warrants: [ ] Local System [ ] FCIC.NCIC SYSTEM
CCH for Sex Offenses: [ ] Yes [ ] No

**SECTION C - Registration Information**
Name: EPSTEIN Jeffrey E      Alias: _____  SSN#: ▉▉▉▉  Alien #: /
DOB: ▉▉▉ POB: New York  VI Driver's License#: ▉▉▉▉  Exp. Date: ▉▉▉
Race: ▉ Sex: M Ht: 6 Wt: 180 Hair: Grey Eyes: Bl Scars, Marks, Tattoos: _____
Are You Registered as a Sex Offender in Another State? [ ] NO [ ] YES If YES, which state: _____ and at what LEVEL _____

**SECTION D - Residence**
Physical Address: Little St. James
Mailing Address: 600 Red Hook
Temporary Address: _____
Contact #: Home: 343-775-8111 Cellular: 212-577-3725

Closest Living Relative
Name: Mark Epstein  Relationship: Brother
Address: 60 54th St
Contact #: Home: 917 Cellular: 917-543-3432

**SECTION E - Employment**    [ ] Employed    [ ] Unemployed
Employer: FTC   Contact Person: _____  Occupation: Banker
Telephone: 343-775-8521 Address: 600 Red Hook RJ   Date Employment: Jan 98

**SECTION F- Vehicle, Trailer, Vessel, Etc.**
Description (Year/Make/Model/Color Scheme): ____ (Lift) Adrealea
License Plate#: _____ VIN#: _____

**SECTION G – Offense Information**   **VICTIM** [x] Adult   [ ] Minor   [ ] Acquitted by Reason of Insanity

| Date of Conviction | Offense Committed | Place of Conviction | Court/Court No. | AG No. |
|---|---|---|---|---|
| 7/08 | Prostitution procuring Prostit. | FLORIDA Flora, Di | | |
| | | | | |

**SECTION H - PLEASE READ CAREFULLY BEFORE SIGNING**

As a Sexual Offender or Sexual Predator (Title 14 V.I.C. § 1721-1731) you are required by law to abide by the following:

1. Within five (5) working day of being placed under any type of supervision in the community you must use this form to register with the V.I. Department of Justice. In the event you are moving to or returning to the USVI from another jurisdiction, you must register with the V.I. Department of Justice within **five (5) days** of first residing in or returning to the USVI.

2. In the event there is a change in your permanent or temporary residence after initial registration and any subsequent changes thereafter, you must notify the V.I. Department of Justice within **three (3) days** after arrival at your new residence.

3. In the event there is a change in your address outside the USVI, you must register your new address with the V.I. Department of Justice prior to departure and also register in your new jurisdiction within ten (10) days after establishing residence there if the new jurisdiction has a registration requirement.

4. You are required to verify your address with the V.I. Department of Justice annually on the anniversary of your initial registration. If you were determined to be a sexually violent predator, you must verify your address with the V.I. Department of Justice every **ninety (90) days** after the date of your initial release or commencement of parole.

5. Failure to comply with the above requirements shall subject you to a fine of not less than $3,000.00 or imprisonment for not less than three (3) months or more than two (2) years, or both.
   **Be Reminded** that even if you may not be required to register under Virgin Islands Law, under Title I of the Adam Walsh Act entitled the "Sexual Offender Registration and Notification Act "(SORNA), all individuals convicted of a sex offense are required to register and keep their registration current in each jurisdiction where he or she resides, is an employee **and** is a student.

### FAILURE TO DO SO MAY SUBJECT YOU TO CRIMINAL PROSECUTION

**Registrant:**
I acknowledge that the above requirements as set forth have been explained to me.

Signature of Registrant _____   Date 3/6/12
Print Name: Jeffrey Epstein   Date 3/6/12

**Witness:**
I certify that I specifically informed the offender of his /her duties as have set forth above and he indicated to me an understanding of those duties.

Signature of Registrant: Merlyn M. Petty   Date 3/6/12
Print Name: Merlyn M. Petty   Date 3/6/12

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012257

**Merlyn Petty**

| | |
|---|---|
| **From:** | Darren Indyke ████████ |
| **Sent:** | Tuesday, March 06, 2012 3:07 PM |
| **To:** | Merlyn Petty |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. Merlyn Petty
Virgin Islands Department of Justice
United States Virgin Islands

Re:   Mr. Jeffrey Epstein

Dear Ms. Petty:

This is to advise you that a Bell 430 helicopter, Manufacturer's Serial No. 49078, U.S. Registration No. N901RL, was purchased today, March 6, 2012, for use by Mr. Epstein.

In addition, notice was given to your office on February 13, 2012 that, among other things,  a Black 2012 Cadillac Escalade, Vehicle Identification Number 1GYS4JEF4CR216976 (the "New Vehicle"), was acquired on February 13, 2012.  The New Vehicle was in the process of being registered in the State of New York and because the New York State Department of Motor Vehicles ("DMV") had not yet issued a license plate for the New Vehicle, we advised that we would update your office's records when the license plate is issued by the DMV.  This is to advise you that the DMV has issued license plate number FTX 3455 for the New Vehicle.

If you need to reach me for any further information, please feel free to call me at my office in New York on my direct dial telephone number ████████████ or on my mobile telephone number ████ 485-6315.

Respectfully,

Darren K. Indyke
Darren K. Indyke, PLLC
████████
New York, New York  10065
Telephone: ████████
Direct: ████████
Telecopier: ████████
email: ████████

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

New York State
**SEX OFFENDER REGISTRATION FORM**
Please Print or Type ALL information, instructions are on back of form

| DCJS USE ONLY | LOCAL AGENCY USE ONLY (i.e. DIN) | |
|---|---|---|
| 33016 | Interstate | 30010044 |

**OFFENDER INFORMATION**

1. Name (Last, First, Middle)
Epstein, Jeffrey E.

2. Alias / Nickname / Maiden Name (Last, First, Middle)

3. Date of Birth

4. Sex

5. Race: ☑ White ☐ Black ☐ Asian ☐ Indian ☐ Unknown

6. Ethnic Origin: ☐ Non Hispanic ☐ Hispanic ☐ Unknown

7. Height: Feet 6 Inches 0

8. Weight: 180

9. Hair: Gray

10. Eyes: Blue

11. Glasses: ☐ Yes ☑ No ☐ Contacts

12. Scars / Marks / Tattoos ☐ YES ☑ NO
If yes, describe on Continuation/Supplemental Form

13. Social Security No.

14. NYSID No.

15. FBI No. 787 875 K 9

16. Driver's License No. & State

17. License Plate No.

18. Issuing State

19. Vehicle Year

20. Make

21. Model

22. Color

Answer the following three questions if sex offender subscribes to an internet account:
23. Name(s) of Internet Service Provider(s)
24. User/Screen Name(s)
25. Email Address(es) JEC epyut @ Yahoo  JECUROMAD @ bmail.com

26. Institution of Higher Education (name) ☐ Attending ☐ Employed At ☐ Enrolled At
27. Anticipated Dates of Attendance, Employment, or Enrollment From: Mo Day To: Mo Day Yr

28. Institution of Higher Education Address (include City, State, Zip)

29. County

**ARREST INFORMATION**

30. Arresting Agency
Florida

31. County
Palm Beach

32. Date of Arrest Mo 7 Day 23 Yr 06

33. Date of Crime Mo 10 Day 03 Yr 06

34. Sex Offender's Address at Time of Arrest (Street No., Street Name, Bldg. No., Apt No.)

35. City, State, Zip

36. County

37. Conviction(s) for Registration Purposes (include subsection, if applicable)
Procuring Person < 18 - Prostitution

38. Sentencing Court

39. Docket No.
CS1909

40. Date of Conviction
6/30/08

41. Sentence(s) Imposed
6 mos + 12 - Prob

42. Victim(s) Age and Gender:
Victim 1 Age: 13 Gender: F   Victim 2 Age: Gender:
Victim 3 Age: Gender:   Victim 4 Age: Gender:

43. Mode of Operation/Description of Offense (select all that apply)

a. Description of sexual crime (check all that apply):

| | Actual | Attempted | More Than One |
|---|---|---|---|
| Sexual Intercourse | ☐ | ☐ | ☐ |
| Oral or anal sexual contact | ☐ | ☐ | ☐ |
| Sexual contact | ☐ | ☐ | ☐ |
| Kidnapping/Unlawful imprisonment | ☐ | ☐ | ☐ |
| Patronizing/promoting prostitution | ☐ | ☑ | ☐ |
| Disseminating indecent materials to a minor | ☐ | ☐ | ☐ |
| Promoting/possessing sexual performance by a child | ☐ | ☐ | ☐ |

b. Relationship to victim(s) (select all that apply)
☑ Stranger ☐ Non stranger ☐ Unknown
☐ Person in a position of authority over the other than family member
Describe (see instructions)

c. Was force used or did physical assault occur?
☐ Yes ☑ No ☐ Unknown
If Yes, type:
☐ Threat ☐ Hit with hand/fist/club
☐ Coercion ☐ Immediately and physically overpowered
☐ Choked ☐ Vehicle
☐ Stabbed ☐ Chemical agent
☐ Shot ☐ Other

d. Was a weapon used? ☐ Yes ☑ No ☐ Unknown
If yes, type:

e. Was a computer/internet used? ☐ Yes ☑ No

f. Was pornography involved? ☐ Yes ☑ No

**RELEASE INFORMATION**

44. Supervising Agency (i.e. Probation (indicate specific county), Parole)
Super Probation

45. Agency Phone No.
561 434-3910

46. Supervising Officer (if known)
Candace Elkins

47. Max Exp. Date of Parole/Probation
7-21-10

48. Special Conditions of Release Apply ☐ Yes ☑ No
(List on Continuation/Supplemental Form)

Affix this Label to Offender's Photograph
30010044

48. Risk Level of Offender ☑ One ☐ Two ☐ Three ☐ Pending Date Assigned: 7/10/08
Designation: ☐ Sexual Predator ☐ Sexually Violent Offender ☐ Predicate Sex Offender ☐ Not Applicable

**NOTIFYING AGENCY INFORMATION**

50. Residence Address of Offender at Release (Street No., Street Name, Bldg. No., Apt. No.)
358 El Brillo Way

51. City, State, Zip 33480
Palm Beach, Fl

52. County

53. Home Phone No.
561 655 76

54. Notifying Agency (i.e. Name of Court, Jail, Prison)
BOE

55. Notifying Agency Address
Albany, NY

56. Notifying Agency Phone #
(0 ) 452-4185

57. Signature of Notifying Officer

58. Name and Title of Notifying Officer

59. Earliest Possible Release Date to Community Mo Day Yr

**The sex offender's signature and date of signature are required below.**
**I have read the back of this form. I understand I have a duty to register and my duties were explained to me.**

Sex Offender's Signature

Sex Offender's Name (print)
Jeffrey Epstein

Date
5/17/10

**White - DCJS    Yellow - Agency    Pink - Offender    Green - Supervising Agency**

DCJS - 3230 (9/08)

30010044

VI-JPM-000012259

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke [dkiesq@aol.com] |
| **Sent:** | Thursday, June 28, 2012 3:19 PM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:   Mr. Jeffrey Epstein

Dear Ms. Pinney:

In connection with Mr. Epstein's registration in the Virgin Islands as a sex offender, this is to advise you of the creation of the new website "www.jeffreyepstein.us" and the user name for that website "jeffreyepsteinorg".

If you need to reach me for any further information, please feel free to call me at my office in New York at ▌▌▌▌▌▌or on my mobile telephone number at ▌▌▌▌▌▌

Respectfully,

Darren K. Indyke

PLEASE NOTE THAT, EFFECTIVE JUNE 5, 2012, MY NEW CONTACT INFO WILL BE AS FOLLOWS:

DARREN K. INDYKE
DARREN K. INDYKE, PLLC
▌▌▌▌▌▌▌▌▌▌▌▌
New York, New York 10022
Telephone: ▌▌▌
Telecopier: ▌▌▌
Mobile: ▌▌▌▌▌▌
email: ▌▌▌▌▌▌

********************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke, PLLC.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this

1

## Shani Pinney

| | |
|---|---|
| **From:** | Mulligan, Michelle (DCJS) [Michelle.Mulligan@dcjs.ny.gov] |
| **Sent:** | Monday, July 02, 2012 9:07 AM |
| **To:** | Shani Pinney |
| **Subject:** | RE: Mr. Jeffrey Epstein |

Thanks Shani!

**From:** Shani Pinney [mailto:SPinney@doj.vi.gov]
**Sent:** Monday, July 02, 2012 8:54 AM
**To:** Mulligan, Michelle (DCJS)
**Subject:** FW: Mr. Jeffrey Epstein

Shani A. Pinney
Sexual Offender Registry Coordinator
Department of Justice
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, V.I. 00802
(340)774-5666

**From:** Darren Indyke
**Sent:** Monday, July 02, 2012 8:01 AM
**To:** Shani Pinney
**Cc:** Monica Carbon
**Subject:** Mr. Jeffrey Epstein

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein

Dear Ms. Pinney:

This is to advise you that Mr. Epstein is traveling today, July 2, 2012, from Europe to his vacation home in New York, where he will stay for less than 9 days. We will email you when Mr. Epstein leaves New York.

If you need to reach me for any further information, please feel free to call me at my office in New York at                    or on my mobile telephone number

Respectfully,

Darren K. Indyke

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012261

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke |
| **Sent:** | Tuesday, July 17, 2012 11:33 AM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

In connection with Mr. Epstein's registration in the Virgin Islands as a sex offender, this is to advise you of the website "www.jeffreyepsteinforum.com", the screen name for that website "The Jeffrey Epstein VI Foundation", and the user name for that website "jeffreyepsteinorg@gmail.com". This is also to advise you of the website "www.jeffreyepsteinblog.com", the screen name for that website "The Jeffrey Epstein Foundation", and the user name for that website "jeffreyepsteinorg@gmail.com".

If you need to reach me for any further information, please feel free to call me at my office in New York at ▇▇▇▇▇▇▇ or on my mobile telephone number at ▇▇▇▇▇▇▇▇.

Respectfully,

Darren K. Indyke

DARREN K. INDYKE
DARREN K. INDYKE, PLLC
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
New York, New York 10022
Telephone: ▇▇▇▇▇
Telecopier: ▇▇▇▇▇
Mobile: (▇▇▇▇▇
email: ▇▇▇▇▇▇

*********************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke, PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this

1



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

VINCENT F FRAZER, ESQUIRE
ATTORNEY GENERAL

July 25, 2012

Maria Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands  00802

Re:   Implementation of Act No.7372, (Bill No. 29-0239); International travel Notice request

Dear Attorney Hodge:

I am in receipt of your letter of July 16, 2012 requesting clarification of our implementation of the new provisions of the local sex offender registration and notification law (T. 14 VIC Chapter 86).  I understand that your letter was written on behalf of Mr. Jeffrey Epstein, a registrant on the Virgin Islands Sex Offender Registry.

It is my understanding that Mr. Epstein's business activities require him to make frequent and often unexpected trips out of the territory to United States destinations and to international destinations.  Your letter is accepted as a request pursuant to the new provisions of Act No. 7372, for the Attorney General to waive the 21 day prior notice requirement to the Department of Justice for Mr. Epstein, when travelling out of the Virgin Islands.

Based upon your representation and that of Attorney Darren Indyke, we will grant the waiver of the (21) twenty one day notice requirement to the Department of Justice when Mr. Epstein is traveling out of the Territory.  This waiver is granted upon compliance with the following conditions:

1.   Prior notice must be given to the Department of Justice no less than Seventy two (72) hours  before travel  out of the Virgin Islands;

2.   Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him; or by e-mail with an electronic signature;

3.   If the jurisdiction to which he travels requires his registration for the duration of time he is there, he will comply with  that registration requirement;

4.   The following information will be provided by the Notice;
    a. identifying information of the temporary lodging location, including addresses.
       Foreign jurisdiction lodging may be identified by city and country;

34-38 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
8040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-8256

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012263



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

July 25, 2012

Maria Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands  00802

Re:    Implementation of Act No.7372, (Bill No. 29-0239); International travel Notice request

Dear Attorney Hodge:

I am in receipt of your letter of July 16, 2012 requesting clarification of our implementation of the new provisions of the local sex offender registration and notification law (T. 14 VIC Chapter 86).  I understand that your letter was written on behalf of Mr. Jeffrey Epstein, a registrant on the Virgin Islands Sex Offender Registry.

It is my understanding that Mr. Epstein's business activities require him to make frequent and often unexpected trips out of the territory to United States destinations and to international destinations.  Your letter is accepted as a request pursuant to the new provisions of Act No. 7372, for the Attorney General to waive the 21 day prior notice requirement to the Department of Justice for Mr. Epstein, when travelling out of the Virgin Islands.

Based upon your representation and that of Attorney Darren Indyke, we will grant the waiver of the (21) twenty one day notice requirement to the Department of Justice when Mr. Epstein is traveling out of the Territory.  This waiver is granted upon compliance with the following conditions:

1.    Prior notice must be given to the Department of Justice no less than Seventy two (72) hours  before travel  out of the Virgin Islands;

2.    Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him; or by e-mail with an electronic signature;

3.    If the jurisdiction to which he travels requires his registration for the duration of time he is there, he will comply with  that registration requirement;

4.    The following information will be provided by the Notice;
     a. identifying information of the temporary lodging location, including addresses.
        Foreign jurisdiction lodging may be identified by city and country;

34-38 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
6040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-0296

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                          VI-JPM-000012264

Letter to Attorney Maria Hodge
Page 2

      b. the dates he will be departing from the Virgin Islands and the date expected to return;

      c. the dates he will be staying at any intermediary temporary location.

5.    Notice must be given of any modification from the travel itinerary, as originally advised after leaving the territory. Such notice may be submitted by facsimile or e-mail by Mr. Epstein or his legal counsel;

6.    Upon returning to the Virgin Islands, Mr. Epstein shall immediately notified the Department of Justice by visit, facsimile, or e-mail with electronic signature.

I do recognize that these conditions vary from the former conditions. However in light of the discretion given to the Attorney General by Act No.7372, we are forced to take a closer look at the waiver conditions.

Please let me know if your client has any questions about these conditions.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

cc: Registrant file

VI-JPM-000012265

# DARREN K. INDYKE, PLLC

New York, NY  10022

E-Mail:

Date:          July 26, 2012

Send To:       Ms. S. Pinney
               United States Virgin Islands Department of Justice
               (340) 774-9710

Attention:

Office Location:

From:          Darren K. Indyke

Office Location:

Phone Number:

Total Pages Including Cover:  2

# Fax

| Urgent ☐ | Reply ASAP ☐ | Please Comment ☐ | Please Review ☐ | For Your Information ☐ |
|---|---|---|---|---|

I have been advised this morning that the Department of Justice's email service may not be operating.  To ensure Mr. Epstein's continued travel notification compliance, I have attached a copy of the email I sent to your office yesterday to advise of the modification in Mr. Epstein's travel plans.

If you need to reach me for any further information, please feel free to call me at my office in New York at ▮▮▮▮ or on my mobile telephone number at ▮▮▮▮

Thank you.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

From: Darren Indyke ▮
Subject: Mr. Jeffrey Epstein
Date: July 25, 2012 4:00:31 PM EDT
To: S Pinney <spinney@doj.vi.gov>
Cc: mcarbon@doj.vi.gov

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will travel tomorrow, July 26, 2012, from New York to his vacation home at 358 El Brillo Way in Palm Beach, Florida, where he will stay until Monday, July 30, 2012. He will then travel to his vacation home at 49 Zorro Ranch Road in Stanley, New Mexico, where he expects to stay until August 18, 2012, when he expects to return to the Virgin Islands.  Mr. Epstein will contact you upon his return to the Virgin Islands.

If you need to reach me for any further information, please feel free to call me at my office in New York at ▮▮▮ or on my mobile telephone number ▮▮▮▮.

Respectfully.

Darren K. Indyke

DARREN K. INDYKE
DARREN K. INDYKE, PLLC ▮▮▮

New York, New York 10022

▮▮▮▮▮

*************************************************************
The information contained in this communication is confidential, may be attorney-client
privileged, and is intended only for the use of the addressee. It is the property of
Darren K. Indyke, PLLC. Unauthorized use, disclosure or copying of this communication
or any part thereof is strictly prohibited and may be unlawful. If you have received this
communication in error, please notify us immediately by return e-mail, and destroy this
communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke, PLLC - © 2011 Darren K.
Indyke, PLLC – All rights reserved.
*************************************************************

                                    VI-JPM-000012267

# HODGE & FRANCOIS

July 30, 2012

Honorable Vincent Frazer
Office of the Attorney General of the Virgin Islands
Department of Justice
St. Thomas, VI
Via Hand Delivery and Email

Re:   <u>July 25, 2012 Letter Regarding Act No. 7372 Travel Notice Request</u>

Dear Attorney General Frazer:

I received your letter of July 25, 2012 agreeing to grant the Attorney General's waiver, pursuant to the provisions of Act No. 7372, of the 21-day prior notice requirement under that Act with respect to Mr. Epstein's travels outside of the Virgin Islands, and I have shared it with my client. We appreciate the consideration given to Mr. Epstein's frequent travel requirements. However, we still have serious concerns regarding what we believe are undue restrictions placed on Mr. Epstein's travel and the conduct of his business and professional activities by certain of the specific conditions imposed as part of this waiver, and we respectfully request that your office reconsider those specific conditions.

Specifically, we believe that the waiver conditions requiring Mr. Epstein to provide 72 hours notice before traveling out of the Virgin Islands and requiring Mr. Epstein to provide a specific address of temporary lodging locations when traveling within the United States will have an unduly restrictive effect on his right to travel and conduct his legitimate business and professional activities. As I understand it, both you and Senator Russell stated during the hearing on the Act before the Rules and Judiciary Committee on June 21, 2012, that the travel notification requirements of this Act were specifically not intended to be penal in nature. Both you and Senator Russell acknowledged that this was meant to be a notice provision, nothing more. However, as explained below, the restrictive effect of the 72-hour prior requirement and the requirement that Mr. Epstein disclose the specific address of his temporary lodging while in the United States would impede Mr. Epstein's right to travel and conduct business and professional activities in a manner that would indeed, be penal in nature.

I want to discuss the legal justification for greater flexibility in notice. The Federal SORNA guidelines have already recognized that there are cases where flexibility in the application of SORNA's travel notification procedures is necessary. For example, the SORNA guidelines themselves discuss the case of an individual who is a "long haul trucker" who regularly drives thousands of miles through "dozens of jurisdictions in the course of his employment", as well as the cases of a home-improvement contractor and of a day laborer, who travel regularly to various locations that may change on a daily basis -- see **The National**

ATTORNEYS AT LAW
1340 TAARNEBERG, ST. THOMAS, VIRGIN ISLANDS
PHONE: ███████        FAX: ███████
EMAIL: ████████████████

2

<u>**Guidelines for Sex Offender Registration and Notification**</u>, pp. 39 and 43 -- or the case of an individual "who lives in a northern border state and who commutes to Canada for work on a daily basis" -- see <u>**Supplemental Guidelines for Sex Offender Registration and Notification**</u>, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. These cases are analogous to any number of possible situations in our Territory, including pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, all of whom travel to and from the Territory on a frequent and regular basis in the ordinary course of their employment or business. The burden on both the Department of Justice and the worker of requiring such a worker to give 72-hours prior notice each time he leaves the Territory and to confirm every location and address included in his travel notification would be substantial. In situations such as these, the SORNA guidelines permit the responsible jurisdictions to reduce notice requirements and simply require the traveling registrant to provide a most likely itinerary of "normal travel routes" and "general areas" of work. <u>**The National Guidelines for Sex Offender Registration and Notification**</u>, pp. 39 and 43. Mr. Epstein's case is no different from any of these cases where SORNA expressly permits this flexibility in the manner and content of travel notification.

Consider, for example, the case of a St. Thomas boat captain chartering trips to various islands in the Caribbean. Requiring that boat captain to provide 72 hours prior travel notice would prevent him from taking any charters unless requested of him more than three days in advance. With visiting tourists on short stays frequently requesting charters only a day or two in advance, such a requirement would substantially interfere with the boat captain's ability to conduct his business. Moreover, requiring him to provide specific addresses of his travels could also be problematic in that tourists chartering his boat might not even make such determinations until the day of the actual charter. Requiring the boat captain to be inflexible with his charter passengers would therefore also seriously interfere with his business. The supplemental SORNA guidelines have specifically stated in their own words that such requirements could be "pointlessly burdensome" and "unworkable". See <u>**Supplemental Guidelines for Sex Offender Registration and Notification**</u>, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. Consistent with the flexibility afforded by the SORNA Guidelines, both Senator Russell and you acknowledged at that June 21, 2012 hearing that the law must be flexible to enable those who must travel frequently and on short notice to do so.

In fact, when the travel notification amendment was revised for the Rules and Judiciary Committee vote on June 25, 2012, the Attorney General discretion provision was inserted into the law, rather than a specific 72-hour short notice exception to the 21-day notice requirement, to provide your office with the flexibility to make decisions on a case-by-case basis. In the case of frequent travelers, such as Mr. Epstein, as well as pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, who travel for business, professional and other legitimate purposes several times a month, both on short notice and under circumstances where travel plans frequently change on short notice, the new law provides your office with the flexibility to grant a waiver that will not unduly restrict their travel and business and professional activities, and that includes the right to allow notice prior to departure less than 72 hours in advance.

As you know, from the beginning of Mr. Epstein's registration in March 2010, he has a demonstrated history of frequent travel and a flawless record of fully compliant travel

3

notification to your office. Even at times when the email servers at the Department of Justice were not operating, Mr. Epstein's counsel took measures to ensure alternative notification by providing telephonic and fax notification of the travel notice emails that were sent to the Department of Justice. His record clearly demonstrates that he is unerringly diligent in ensuring that the Virgin Islands is provided with timely notice of his travels outside of the Territory, and he will remain so in the future under this new law.

Mr. Epstein has always previously provided the necessary travel notice, through his counsel, immediately prior to Mr. Epstein's departure. He has done this because, in many instances, , his travel dates and destinations are not known with certainty until a few hours prior to departure, or they can and frequently do change on little or no notice for reasons that are not within his control. For example, meeting schedules and locations for business or professional trips evolved constantly over the past two years, and Mr. Epstein has had to remain flexible to accommodate these changes. Moreover, unexpected changes in weather patterns and mechanical issues with the aircraft had also accelerated or delayed travel plans. Instead of providing a constant flow of notices to the Department of Justice in anticipation of possible or changed travel, Mr. Epstein has provided notice immediately prior to departure to ensure that the notice he provided was as accurate as possible. It was and still is believed that this avoids unnecessary administrative burden to the Department of Justice, which we understand would be required to update its notices to other jurisdictions every time a new or changed notice is received from Mr. Epstein.

In addition, to the extent that notification by Mr. Epstein of his entry into another jurisdiction is even required by that jurisdiction, the notice is not required from Mr. Epstein prior to his arrival in that jurisdiction, and in some cases notice is not required until as much as several days after arrival. Even in the State of Florida, the jurisdiction of Mr. Epstein's conviction which triggered his registration requirement, Mr. Epstein is not required to provide any minimum prior notice of his travel to Florida. In fact, he is permitted to provide email notice on the day of his arrival. It is our understanding that notification immediately prior to Mr. Epstein's departure from the Virgin Islands would still provide the Virgin Islands with ample time to inform jurisdictions of Mr. Epstein's arrival, particularly when notification is done through electronic means and is instantaneous. Moreover, in light of Mr. Epstein extensive record of unerring diligence in providing notice of his travels and complying with his other registration obligations, there are ample grounds to conclude that Mr. Epstein would continue to be fully compliant in both the Virgin Islands and in all other jurisdictions to which the Virgin Islands may have to give notice of Mr. Epstein's travels.

Requiring 72 hours notice of Mr. Epstein prior to his travel  would severely restrict his ability to remain flexible to accommodate ever-evolving meeting schedules and locations and the schedules of Mr. Epstein's business and professional colleagues. For example, not infrequently, Mr. Epstein is asked in the early morning to meet in a particular jurisdiction later in the day. Because of the 72-hour notice requirement, in the future, Mr. Epstein would have to wait three days before he could accommodate such a request for a meeting. As another example, assuming Mr. Epstein gave the proper 72-hour notice of a trip to New York, but learned on the day of his intended departure that the persons with whom he was to meet in New York later that day desired to meet in a different location, Mr. Epstein would not be able to meet at the alternative

    VI-JPM-000012270

4

location because of the 72-hour notice requirement. In Mr. Epstein's business and professional life, situations like this occur with frequency and regularity, and even a 72-hour notice requirement would obviously have a significantly deleterious effect on his business and professional activities.

For this reason, we respectfully request that Mr. Epstein be permitted to provide notice immediately prior to his departure when traveling outside of the Virgin Islands, provided that Mr. Epstein will endeavor to provide 24-hours notice to the extent he has such advance knowledge of his travel. We understand your requirement that notices come from Mr. Epstein, himself, when he is in the Virgin Islands and providing notice of his travel outside of the Territory, and Mr. Epstein will comply with that requirement.

Another waiver condition contained your the July 25, 2012 letter is that Mr. Epstein provide your office with the address of his temporary lodging while traveling within the United States. Mr. Epstein has and will continue to provide notice to the Department of Justice of the addresses of temporary lodging that are his own homes. In fact, as the extensive volume of Mr. Epstein's travel notification emails to the Department of Justice demonstrate, Mr. Epstein has regularly stayed at his vacation homes when traveling and has so advised the Department of Justice in his travel notifications each time he has done so. Inasmuch as the Department of Justice already has a complete listing of the addresses of all of Mr. Epstein's vacation homes in the registration information Mr. Epstein has provided and updates to the Department of Justice, it was not thought necessary to include the specific addresses of Mr. Epstein's vacation homes in each of the notices. To ensure compliance with the waiver conditions, Mr. Epstein will provide the specific addresses of Mr. Epstein's vacation homes in the travel notices in the future.

However, frequently when Mr. Epstein travels to locations in the United States at which he does not have a vacation home, he has stayed as a guest in the homes of third parties, including business and professional associates. Many times these invitations have been and are extended to Mr. Epstein after arriving in these locations as plans change and meetings extend beyond scheduled times. Thus, originally scheduled hotel reservations are cancelled and new lodging arrangements have to be made (which would again require further notices to the Department of Justice, which would presumably have to send updates to the jurisdictions to which the original notices were previously given). Many of these hosts would be uncomfortable with Mr. Epstein having to provide the addresses of their homes in the travel notifications to the Department of Justice, particularly when the hosts are oftentimes prominent figures whose addresses are not a matter of public knowledge and there is no guarantee that their addresses would not be disclosed in response to FOIA or other Sunshine Law requests. Requiring Mr. Epstein to provide these addresses would likely deter potential hosts from offering Mr. Epstein lodging and thus again interfere with his ability to travel and maintain the necessary flexibility in the conduct his business, professional and other legitimate activities.

It is for this reason that we respectfully request that the waiver condition requiring Mr. Epstein to provide the addresses of his temporary lodging in his notification of travel within the United States be eliminated, provided that when Mr. Epstein stays at his vacation homes while traveling in the United States he will so advise the Department of Justice, and include in the notice the specific address of his vacation home at which he is staying. In all other cases,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

5

consistent with the Federal SORNA Guidelines which authorize jurisdictions to permit frequent inter-jurisdictional travelers, such as long-haul truckers, day laborers, and international border commuters, to provide a most likely itinerary of "normal travel routes" and "general areas" of work, Mr. Epstein should be allowed to provide the general geographic area of his temporary lodging and to provide a cell telephone number at which Mr. Epstein may be contacted at all times while travelling.

We believe that the foregoing proposals are consistent with the Federal SORNA Guidelines and consistent with the balance intended to be achieved in the travel notice amendment as described by both Senator Russell and you at the Rules and Judiciary Committee hearing on June 21, 2012. As has always been the case, Mr. Epstein would continue to provide timely notification to the Department of Justice of his travel before departing the Virgin Islands, so as to enable the Virgin Islands to electronically inform the necessary jurisdictions of this travel. Notice of Mr. Epstein's general geographic location and a contact number to reach him at all times would be provided, as well as his specific address when he stays at his vacation homes. With this balance, the timing and the content of Mr. Epstein's travel notification would provide your office the information it needs without impeding Mr. Epstein's right to travel and conduct his business, professional and other legitimate activities, and would thereby avoid transforming the Act's travel notice provisions into a punitive measure contrary to express legislative intent.

Once again, we appreciate the grant to Mr. Epstein by the Office of the Attorney General of the travel notification waiver as described in your letter of July 25, 2012, and respectfully request that the two waiver conditions described above imposed in that letter be modified as I have proposed. If our request to modify the waiver conditions meets with the approval of your office, please confirm that approval of the modifications as described above by signing this letter below.

If you have any questions or require anything further for a favorable response to this request, please do not hesitate to contact me.

Respectfully,

Maria Tankenson Hodge

Modification of Waiver Conditions As Described Above
Accepted and Agreed To:

_____
Honorable Vincent F. Frazer
Office of the Attorney General of the United States
Virgin Islands

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                          VI-JPM-000012272

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke ▓▓▓▓▓▓ |
| **Sent:** | Monday, August 06, 2012 11:14 PM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans.  Mr. Epstein will not be staying at The Ritz-Carlton Hotel in Half Moon Bay, California, but will instead travel tonight, August 6, 2012,  to his vacation home at 49 Zorro Ranch Road in Stanley, New Mexico.

If you need to reach me for any further information, please feel free to call me at my office in New York at ▓▓▓▓▓▓▓ or on my mobile telephone number ▓▓▓▓▓▓▓

Respectfully,

Darren K. Indyke

DARREN K. INDYKE
DARREN K. INDYKE, PLLC
575 Lexington Avenue, 4th Floor,
New York, New York 10022
Telephone: ▓▓▓▓▓▓
Telecopier: ▓▓▓▓▓
Mobile: ▓▓▓▓▓
email: ▓▓▓▓▓▓

*********************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke, PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

1

VI-JPM-000012273

Copyright of Darren K. Indyke, PLLC - © 2011 Darren K.
Indyke, PLLC – All rights reserved.
**********************************************************************************

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012274



**The United States Virgin Islands**
**Department of Justice**
**Office of the Attorney General**

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

August 14, 2012

Maria Tankenson Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands  00802

**Re:**   Wavier Request for Travel Notice for J. Epstein

Dear Attorney Hodge:

After careful review of your letter giving additional information to support your client, Jeffery Epstein's request for a shorter period for prior notice whenever he plans to leave the Territory of the Virgin Islands.  In light of the justification set out in your letter of July 30, 2012, I have decided to shorten the notice period and modify the other condition, as follows:

1.     Mr. Epstein will be allowed to notify  the Department of Justice of his intention to .travel out of the Territory twenty four (24) hours prior to his departure;

2.     Mr. Epstein will be allowed to continue to notify the department when he is staying in one of his stateside homes.  He must provide us with a current list and addresses of each of his stateside  homes;

3.     When Mr. Epstein is staying in the home of an associate, he must notify the department of the city and state or country in which he is temporarily staying and his period of stay in the jurisdiction;

4.     When he is staying in a non-private lodging, he or his representative may provide the specifics of the name, city and address of the establishment.

34-38 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
6040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-3236

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                        VI-JPM-000012275

Letter to Attorney Maria Hodge
Page 2

5.      Pursuant to section 9 (4) (iii) of Act No. 7372, Mr. Epstein must provide a copy of the following documents to the department.

     a.  all of his valid driver's licenses issued by any jurisdiction,

     b.  any and all government issued identification cards issued by any jurisdiction,

     c.  any passports issued to him.

I trust that the foregoing conditions will be workable for your client, in light of his frequent trips out of the Territory on business.  All other conditions stated in my letter of July 25, 2012 are in full force and affect.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

VI-JPM-000012276

**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

# MEMORANDUM

TO:        Monica Williams-Carbon
            Counsel to the Attorney General

FROM:      Shani Pinney
            Sexual Offender Registry Coordinator

RE:        Jeffrey Epstein

DATE:      August 9, 2012

Pursuant to a letter dated July 25, 2012 addressed to Maria Hodge, Esq. in reference to International Travel Notice Request for Jeffrey Epstein, it was stated that no less than 72 hours before travel outside of the Territory that "Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him; or by e-mail with an electronic signature." Mr. Epstein was also directed to notify the Department of Justice upon his return to the territory, whether by visit, facsimile, or email with electronic signature.

As of August 9, 2012 Mr. Epstein has failed to provide notification of travel as directed in the letter to Maria Hodge, Esq. Notification of Mr. Epstein's travel outside of the Territory continues to be received from Darren Indyke, Esq. Contact is also received from Darren Indyke, Esq. when Mr. Epstein returns to the Territory. According the letter addressed the Maria Hodge, Esq. notification from Mr. Epstein's legal counsel may only be allowed to provide notice of any modification in the travel itinerary, not to notify of Mr. Epstein's departure and return to the Territory.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# HODGE & FRANCOIS

August 17, 2012

Honorable Vincent Frazer
Office of the Attorney General of the Virgin Islands
Department of Justice
St. Thomas, VI
Via Hand Delivery and Email

<div style="float:right">2012 AUG 17 PM 3:36<br>DEPARTMENT OF JUSTICE<br>OFFICE OF THE<br>ATTORNEY GENERAL</div>

      Re:    Waiver/Adjustment of Travel Notice for J. Epstein

Dear Attorney General Frazer:

Thank you for your letter of August 14 confirming your decision to shorten the notice period applicable to Mr. Epstein, and to modify other conditions applicable to his travel pursuant to your department's authority under Act No. 7372. Your favorable consideration of our requests is appreciated.

In reply to item #2 in your letter, and your advice that Mr. Epstein will be allowed to continue to notify your department when he is staying at one of his stateside homes, I enclose as you requested, a current list of Mr. Epstein's stateside homes, with the address for each. We also confirm that, in response to item #3, when Mr. Epstein is staying at the home of an associate, he will notify your department of the city and state or country in which he is temporarily staying, and of his period of stay in that jurisdiction. This adjustment in the reporting requirements is also appreciated.

Finally, in response to your request #5(a), I enclose a copy of Mr. Epstein's only driver's license issued by any jurisdiction, namely his U.S. Virgin Islands Driver's license. In response to your requirement #5(c), I enclose a photocopy of each of Mr. Epstein's two U.S. passports, which are the only passports issued to him. Finally, in response to #5(b), I am informed he has no other government issued identification cards, beyond the driver's license and passports, for which copies are enclosed.

I hope the enclosed are satisfactory, and close with thanks for the department's efforts to insure that reasonable standards are applied to the notification process under the law.

Sincerely,

Maria Tankenson Hodge

Encls.

ATTORNEYS AT LAW
1340 TAARNEBERG, ST. THOMAS, VIRGIN ISLANDS
PHONE: 340-774-6845   FAX: 340-776-8900
EMAIL: MARIA@HODGEFRANCOIS.COM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012278

## Stateside Addresses of Jeffrey Epstein in the US

### New York

9 East 71st Street
NY, NY 10021

### Florida

358 El Brillo Way
Palm Beach, FL 33480

### New Mexico

49 Zorro Ranch Road
Stanley, NM 87056

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                          VI-JPM-000012279



United States Virgin Islands (US)
DRIVING LICENSE USA

EPSTEIN, JEFFREY E.
LITTLE ST. JAMES
ST THOMAS, VI 00802

Issued

CI          Expired
Sex   M    DOB
Wgt   4    Hair GRY   Eyes   BLU
Class  A   Blood Type   O+
Allergies   NONE
Endorsements
Restrictions

Hgt 72 in

VI-JPM-000012280



PASSPORT
PASSEPORT
PASAPORTE
UNITED STATES OF AMERICA
P
USA
[redacted]
EPSTEIN
JEFFREY EDWARD
UNITED STATES OF AMERICA
[redacted]
NEW YORK, U.S.A.
M
27 May 2010
United States
Department of State
26 May 2020
SEE PAGE 27
USA
SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR
P<USAEPSTEIN<<JEFFREY<EDWARD<<<<<<<<<<<<<<<<
[redacted]

VI-JPM-000012282

## MEMORANDUM

TO:         Ms. S. Pinney
            Virgin Islands Department of Justice

CC:         Monica Carbon, Esq.

FROM:       Darren K. Indyke

DATE:       September 6, 2012

RE:         Jeffrey Epstein's Qualification as a Tier 1 Sex Offender

---

Among other amendments implemented by Act No. 7372, an Act amending the sex offender registration laws set forth in Chapter 86 of Title 14 of the Virgin Islands Code, 14 V.I.C. Section 1724(d) was amended to require those who qualify as tier 1 sex offenders to appear in person once every year for 15 years, and those who qualify as tier 2 sex offenders to appear in person once every 180 days for 25 years, at the Department of Justice for the purposes of verification and keeping their sex offender registrations current.  As explained more fully below, it is the opinion of counsel that Mr. Jeffrey Epstein, a registered sex offender in the United States Virgin Islands, qualifies as a tier 1 sex offender who is required under Section 1724(d) to appear in person at the Department of Justice once every year for 15 years for the purposes of verification and keeping his sex offender registration current.

As amended, 14 V.I.C. Section 1721(u) defines a  "tier 1 sex offender" as "one who has been convicted of a "tier 1" sex offense as defined in Section 1721B(a)." Section 1721B(a)(3) provides that "any sex offense covered by this act where punishment was limited to one year in jail shall be considered a "Tier 1" sex offense."  Under Section 1721A(e), a covered sex offense includes a sex offense in another jurisdiction in the United States (including the State of Florida) pertaining to prostitution, where it involves force, fraud or coercion.

Mr. Epstein was convicted in the State of Florida on June 30, 2008 of violating Florida Statutes Section 796.03, procuring a person under 18 for prostitution, for which Mr. Epstein was sentenced to only 6 months in the Palm Beach County Jail. Mr. Epstein successfully completed his sentence without incident in July 2010.

In connection with his conviction for procuring a person under 18 for prostitution, it is important to note that Mr. Epstein was required to and did register as a sex offender in the State of Florida, being designated in the lowest offender category under the Florida registration multi-level regime.  On the basis of this same

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012283

conviction, Mr. Epstein subsequently registered as a sex offender in the United States Virgin Islands on March 5, 2010.

Inasmuch as Mr. Epstein's punishment for the procurement offense upon which his Virgin Islands registration was based was less than one year in jail, under the express terms of Section 1721B(a)(3), Mr. Epstein's qualifying sex offense was a "tier 1" sex offense.

Consistent with this analysis, Section 1721B(a)(3) includes within its illustrative list of Virgin Islands "tier 1" offenses:

"(iii)    14 V.I.C. §1622(2),(3) &(4) (Prohibition on solicitation and use of minors in prostitution)"

Thus, based on Section 1721B(a)(3)(iii), it appears that even if Mr. Epstein's offense had been committed in the Virgin Islands, it would have been classified as a "tier 1" offense in any event.

Having been convicted in Florida of a "tier 1" offense, we believe that Mr. Epstein qualifies as a Tier 1 sex offender under Section 1721(u) and, as such he is required under Section 1724(d) to appear in person at the Department of Justice once every year for 15 years for the purposes of verification and keeping his sex offender registration current.

If you would like to discuss this further or require more information, please do not hesitate to contact me.

Thank you for your attention and consideration.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012284

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke [ |
| **Sent:** | Thursday, September 06, 2012 7:21 AM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |
| **Attachments:** | SKMBT_C25312090516170.pdf; ATT116576.htm; 9-6-12 Memo Re Tier 1.pdf; ATT116577.htm |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

As you requested when Mr. Epstein appeared at the Department of Justice on Tuesday, I have attached copies of Mr. Epstein's two U.S. Passports and a Memorandum explaining why Mr. Epstein qualifies as a tier 1 offender.

If you require anything further, please do not hesitate to contact me.

Respectfully,

Darren K. Indyke

DARREN K. INDYKE
DARREN K. INDYKE, PLLC

New York, New York 10022
Telephone:
Telecopier:
Mobile:
email:

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**Shani Pinney**

| | |
|---|---|
| **From:** | Monica Carbon |
| **Sent:** | Friday, September 07, 2012 2:54 PM |
| **To:** | 'Darren Indyke' |
| **Cc:** | Vincent Frazer; Shani Pinney |
| **Subject:** | RE: Mr. Jeffrey Epstein |

Good Afternoon Attorney Indyke:

Receipt is acknowledged of the below email. Please be advised that Mr. Epstein, as well as all sex offenders who are required to register with this Department, will receive an official letter from the Department of Justice informing him of his registration requirements.

Thank you for your cooperation.

*Monica Williams Carbon. Esq.*
Counsel to the Attorney General
Department of Justice
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, V.I. 00802
(340) 774-5666

**From:** Darren Indyke███████████████
**Sent:** Thursday, September 06, 2012 7:21 AM
**To:** Shani Pinney
**Cc:** Monica Carbon
**Subject:** Mr. Jeffrey Epstein

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

As you requested when Mr. Epstein appeared at the Department of Justice on Tuesday, I have attached copies of Mr. Epstein's two U.S. Passports and a Memorandum explaining why Mr. Epstein qualifies as a tier 1 offender.

If you require anything further, please do not hesitate to contact me.

Respectfully,

Darren K. Indyke


DARREN K. INDYKE

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012286



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE

Office of the Attorney General
Virgin Islands Sexual Offender Registry

34-38 Kronprindsens Gade
GERS Complex, 2nd Floor
St. Thomas, U.S. Virgin Islands 00802

# FAX COVER SHEET

| | |
|---|---|
| Date: | October 30, 2012 |
| Number of pages including cover sheet: | 2 |

**TO:**

ATTN: To Whom it May Concern

205 North Dixie Highway

West Palm Beach, FL 33401

_____

_____

**Phone:** (561) 355-2996

**Facsimile:** (561) 227-3802

**FROM THE DESK OF:**

Shani A. Pinney

V.I. Sexual Offender Registry Coordinator

_____

_____

_____

**Phone:** (340) 774-5666 Ext. 314

**Facsimile:** (340) 774-9710

**REMARKS:** ☐ URGENT    ☐ FOR YOUR REVIEW    ☐ REPLY ASAP    ☐ PLEASE COMMENT

Re: Please find attached the request for the copy of the disposition of the case for Jeffrey Epstein who California but is currently residing in the US Virgin Islands. The copy can be faxed to (340) 774-9710 or mailed to Virgin Islands Department of Justice, 34-38 Kronprindsens Gade, GERS Bldg 2nd Floor, St. Thomas, US Virgin Islands, 00802. Your assistance is greatly appreciated.

**CONFIDENTIALITY NOTICE:**
The pages comprising this facsimile transmission contain confidential and privileged information. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

VI-JPM-000012287

## Transmission Report

| | | |
|---|---|---|
| Date/Time | 10-31-2012    08:55:43 a.m. | Transmit Header Text |
| Local ID 1 | 3407779848 | Local Name 1          Solicitor General |

### This document : Failed
### (reduced sample and details below)
### Document size : 8.5"x11"



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**          34-38 Kronprindsens Gade
Office of the Attorney General                                  GERS Complex, 2nd Floor
Virgin Islands Sexual Offender Registry                    St. Thomas, U.S. Virgin Islands 00802

## FAX COVER SHEET

Date: _____October 30, 2012_____

Number of pages including cover sheet: __2__

| TO: | FROM THE DESK OF: |
|---|---|
| ATTN: To Whom it May Concern | Shani A. Pinney |
| 205 North Dixie Highway | V.I. Sexual Offender Registry Coordinator |
| West Palm Beach, FL. 33401 | |
| | |
| Phone: (561) 355-2996 | Phone: (340) 774-5666 Ext. 314 |
| Facsimile: (561) 227-3802 | Facsimile: (340) 774-9710 |

REMARKS:   ☐ URGENT    ☐ FOR YOUR REVIEW    ☐ REPLY ASAP    ☐ PLEASE COMMENT

Re: _____Please find attached the request for the copy of the disposition of the case for Jeffrey Epstein who California but is currently residing in the US Virgin Islands. The copy can be faxed to (340) 774-9710 or mailed to Virgin Islands Department of Justice, 34-38 Kronprindsens Gade, GERS Bldg 2nd Floor, St. Thomas, US Virgin Islands, 00802. Your assistance is greatly appreciated._____

CONFIDENTIALITY NOTICE:
The pages comprising this facsimile transmission contain confidential and privileged information. This information is intended solely for use by the individual or entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

**Total Pages Scanned : 2**          **Total Pages Confirmed : 0**

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 206 | 15612273802 | 08:53:02 a.m. 10-31-2012 | 00:00:00 | 0/2 | 1 | -- | HS | FA |

Abbreviations:
HS: Host send            PL: Polled local        MP: Mailbox print       CP: Completed           TS: Terminated by system
HR: Host receive        PR: Polled remote     RP: Report                  FA: Fail                        G3: Group 3
WS: Waiting send        MS: Mailbox save      FF: Fax Forward          TU: Terminated by user    EC: Error Correct

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                      VI-JPM-000012288

**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

October 30, 2012

ATTN: To Whom It May Concern
205 North Dixie Highway
West Palm Beach, FL 33401

Re: Jeffrey Epstein
DOB: ▮▮▮▮▮▮
SSN: ▮▮▮▮▮▮
Case #: 2008CF009381

Pursuant to Title 14 V.I.C § 1724 of the Virgin Islands Code, this shall serve as a written request for a copy of the disposition of the case for Jeffrey Epstein who was convicted in the state of Florida but now has his permanent address in St. Thomas, U.S. Virgin Islands. Mr. Epstein was convicted on 06/30/2008 of procuring a person under the age of 18 for prostitution.

Your assistance in the matter is greatly appreciated. Please feel free to contact me if you have any questions at (340) 774-5666 ext. 314.

Yours truly,

Shani A. Pinney
V. I. Sexual Registry Coordinator

48B-50C Kronprindsens Gade, GERS Bldg., 2nd Floor, St. Thomas, U.S. Virgin Islands 00802. (340) 774-5666, Fax (340) 774-9710
6040 Castle Coakley, Design Center Bldg. Christiansted, St. Croix, U.S. Virgin Islands 00820, (340) 773-0295, Fax (340) 773-3236
Call Toll Free 1-866-USVIDOJ (1-866-878-4365)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke ▮▮▮▮▮▮▮▮ |
| **Sent:** | Friday, November 09, 2012 1:00 PM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

In connection with Mr. Epstein's registration in the Virgin Islands as a sex offender, this is to advise you of the following websites expected to contain content relating to Mr. Epstein's philanthropic, science related or business activities:

"www.jeffreyepstein.co", "www.jeffreyepsteininfo.com", "www.jeffreyepsteinfinance.com", "www.jeffreyepsteinwordpress.com", "www.jeffreyepstein.blogger.com" and "www.jeffreyepstein.weebly.com".

None of the above websites are Mr. Epstein's internet identifiers.  Mr. Epstein will not have a screen name or a user name for any of the above websites.   The websites will be independently operated by a company called Reputation Defender, which has been engaged to report about Mr. Epstein's philanthropic, science related and business activities.  Mr. Epstein will not contribute content to the websites.

This is also to advise you that the following motor vehicle should be added to the list of motor vehicles that may be used by Mr. Epstein when he visits his vacation home in New Mexico:

| Automobile Registration | Color | Vehicle Identification Number Property Location | License Plate No. | State of |
|---|---|---|---|---|
| 2008 Range Rover | Black | ▮▮▮▮▮▮▮ New Mexico | MLD 718 | New Mexico |

If you need to reach me for any further information, please feel free to call me at my office in New York at ▮▮▮▮▮▮▮ or on my mobile telephone number at (▮▮▮▮▮

Respectfully,

Darren K. Indyke

**DARREN K. INDYKE**
**DARREN K. INDYKE, PLLC**

1

 VI-JPM-000012290

**Shani Pinney**

| | |
|---|---|
| **From:** | Darren Indyke [████████@█████████] |
| **Sent:** | Tuesday, November 27, 2012 3:08 PM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

In connection with Mr. Epstein's registration in the Virgin Islands as a sex offender, this is to advise you of the creation of a new website called "www.jeffreyepsteineducation.com" and of the user name for that website "jeffreyepsteinfoundation".

If you need to reach me for any further information, please feel free to call me at my office in New York at █████████████ or on my mobile telephone number at █████████.

Respectfully,

Darren K. Indyke

**DARREN K. INDYKE**
**DARREN K. INDYKE, PLLC**



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke, PLLC.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

1

                                       VI-JPM-000012291

## Shani Pinney

| | |
|---|---|
| **From:** | Darren Indyke ▬▬▬▬ |
| **Sent:** | Wednesday, December 19, 2012 6:31 PM |
| **To:** | Shani Pinney |
| **Cc:** | Monica Carbon |
| **Subject:** | Mr. Jeffrey Epstein |

Ms. S. Pinney
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein

Dear Ms. Pinney:

In connection with Mr. Epstein's registration in the United States Virgin Islands as a Sex Offender, this is to advise you of the additional email address: "columbiadental1@yahoo.com."

If you need to reach me for any further information, please feel free to call me at my office in New York on my direct dial telephone number ▬▬▬▬▬ or on my mobile telephone number ▬▬▬▬

Respectfully,

DARREN K. INDYKE
DARREN K. INDYKE, PLLC



*********************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke, PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke, PLLC - © 2011 Darren K.
Indyke, PLLC – All rights reserved.
*********************************************************************************

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012292