# EXHIBIT 83



## Kellerhals Ferguson Kroblin PLLC

Royal Palms Professional Building, 9053 Estate Thomas, Suite 101, St. Thomas, V.I. 00802
[redacted] Telephone | [redacted] Fax | www.kellfer.com

April 30, 2019

**Via Electronic Delivery**

Denise N. George, Esq.
Attorney General Nominee
Department of Justice
Office of the Attorney General
34-38 Kronsprindsens Gade
GERS Building, 2nd Floor
St. Thomas V.I. 00802

Re:   **Change in Notification Procedures**

Dear Attorney General George:

We represent Mr. Jeffrey Epstein, who is registered on the U.S. Virgin Islands Sexual Offender Registry. For the reasons explained below, we are respectfully requesting that the U.S. Virgin Islands Department of Justice ("USVIDOJ") reinstate the proven travel notification procedures that have been in effect since Mr. Epstein's initial registration. Since initially registering with the Registry in 2009, Mr. Epstein has strictly followed the USVIDOJ's same travel notification procedures, which fully comply with both U.S. Virgin Islands statutory law and the United States Sex Offender Registration and Notification Act ("SORNA"). By letter to Mr. Epstein dated March 14, 2019, then Acting Assistant Attorney General Carol Thomas Jacobs acknowledged Mr. Epstein's well documented history of frequent and extensive travel, but advised that the USVIDOJ would no longer permit Mr. Epstein to follow these procedures, despite the fact that they have worked flawlessly for the past ten (10) years.

### Mr. Epstein's Frequent and Extensive Travel

Both Mr. Epstein's former attorney, Maria Hodge, and Mr. Epstein's stateside counsel, Darren Indyke, previously provided substantial documentation to the USVIDOJ as to Mr. Epstein's frequent and extensive travel for business and other legitimate purposes. In nearly all cases, Mr. Epstein has been required to travel, both internationally and domestically, on little notice and to change his travel plans frequently on equally little notice. The email travel notification authorized under Virgin Islands law has provided the most efficient and workable method to keep the USVIDOJ instantly informed of Mr. Epstein's frequent and extensive travel plans and the changes regularly required to be made to those plans. As a result of this system of email travel notification, the USVIDOJ has been aware of Mr. Epstein's location every single day of his life without exception for the past ten (10) years. This is confirmed by the USVIDOJ's own files which contain hundreds of Mr. Epstein's email travel notices and changes to those notices that have been provided to Ms. Shani Pinney, the USVIDOJ Sexual Offender Registry Coordinator, during that ten (10) year period.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Letter to Denise N. George, Esq.
April 30, 2019
Page 2

## The USVIDOJ's Failure to Notify the Dominican Republic of Mr. Epstein's Travel

Mr. Epstein has a ten (10) year record of perfect compliance with his travel notification obligations to the USVIDOJ. In many cases, Mr. Epstein has over-notified the USVIDOJ regarding his travel in order to ensure his continuing compliance. To our knowledge, the only issue ever to occur with respect to Mr. Epstein's travel is related to his recent travel to the Dominican Republic on February 19, 2019. Mr. Epstein bears absolutely no responsibility for this issue as he gave timely notice to the USVIDOJ of his intended travel to the Dominican Republic. It is our understanding that the issue arose solely as a result of the USVIDOJ's inadvertent failure to notify the Dominican Republic of Mr. Epstein's intended travel to that jurisdiction, as required by 14 V.I.C. §1726(d). Because of the USVIDOJ's failure, Mr. Epstein was detained for several hours by the Dominican Republic authorities and eventually refused entry into the country. Unfortunately, we believe that this incident, caused solely by the USVIDOJ, and not by Mr. Epstein, resulted in additional scrutiny regarding Mr. Epstein's travel reporting, and that this in turn gave rise to the recent decision to change the travel reporting procedures that have worked perfectly for the past ten (10) years. Attached as Appendix 1, you will find a detailed account of Mr. Epstein's extensive notification efforts relating to his trip to the Dominican Republic and the response from the USVIDOJ.

## Request to Reinstate the Prior Travel Notification Procedures

I have included for your review, as Appendix 2, the correspondence between Attorney Hodge and then-Attorney General Vincent Frazer in which then-Attorney General Frazer confirmed the twenty-four (24) hour statutory notice period applicable to Mr. Epstein's frequent travel outside the Virgin Islands, as well as Mr. Epstein's right to provide travel notification to the USVIDOJ via email and by facsimile in lieu of in person notification.

Specifically, we are requesting reinstatement of the following travel notification procedures confirmed by the USVIDOJ[1]:

- Mr. Epstein will be allowed to notify the Department of Justice of his intention to travel outside the Territory twenty-four (24) hours prior to his departure;
- Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him, or by email with an electronic signature;
- Mr. Epstein will be allowed to continue to notify the department when he is staying in one of his stateside homes. He must provide … a current list of, and address for each of his stateside homes;
- If the jurisdiction to which he travels requires his registration for the duration of time he is there, he will comply with that registration requirement;
- When Mr. Epstein is staying at the home of an associate, he must notify the department of the city and state or country in which he is temporarily staying and his period of stay in the jurisdiction;

---

[1] This list reflects the relevant requirements communicated by letters dated July 25, 2012 and August 14, 2012 from then-Attorney General Vincent Frazer.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Letter to Denise N. George, Esq.
April 30, 2019
Page 3

- When Mr. Epstein is staying in a non-private lodging he, or his representative, may provide the specifics of the name, city, and address of the establishment;
- Notice must be given of any modification from the travel itinerary, as originally advised after leaving the territory. Such notice may be submitted by facsimile or email by Mr. Epstein or his legal counsel; and
- Upon returning to the Virgin Islands, Mr. Epstein shall immediately notify the Department of Justice by visit, facsimile, or email with electronic signature.

**Current Notification Requirements**

Attorney Jacobs letter of March 14, 2019 revoked the notification procedures previously confirmed by the USVIDOJ and now requires the following:

- [Mr. Epstein is] required to appear in person at the USVIDOJ at least twenty-one (21) calendar days prior to any travel outside the United States;
- Notification of any travel outside the U.S. Virgin Islands must be provided in person at the USVIDOJ when [Mr. Epstein] is in the territory;
- Notification by email can only serve as notification if [Mr. Epstein is] already outside the territory and planning on travelling to another destination or to notify of a change in the length of [Mr. Epstein's] travels while [Mr. Epstein is] outside the territory;
- If a reduction in the twenty-one (21) day notification is requested, [Mr. Epstein] must submit information in support of the request for approval at the discretion of the USVIDOJ.

**The Prior Travel Notification Procedures Fully Comply with SORNA and the USVI Statutes**

As discussed in Attorney Hodge's letter of July 30, 2012, SORNA very clearly authorizes flexible travel notification procedures in cases, such as Mr. Epstein's, where registrants travel frequently for work or other legitimate purposes. As detailed in Attorney Hodge's letter of July 30, 2012:

> The Federal SORNA guidelines have already recognized that there are cases where flexibility in the application of SORNA's travel notification procedures is necessary. For example, the SORNA guidelines themselves discuss the case of an individual who is a "long haul trucker" who regularly drives thousands of miles through "dozens of jurisdictions in the course of his employment", as well as the cases of a home-improvement contractor and of a day laborer, who travel regularly to various locations that may change on a daily basis -- see The National Guidelines for Sex Offender Registration and Notification, pp. 39 and 43 -- or the case of an individual "who lives in a northern border state and who commutes to Canada for work on a daily basis" -- see Supplemental Guidelines for Sex Offender Registration and Notification, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. These cases are analogous to any number of possible situations in our Territory, including pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, all of whom travel to and from the Territory on a frequent and regular basis in the ordinary course of their employment or business. The burden on both the Department of Justice and the worker of requiring such a worker to give 72-hours and in some

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Letter to Denise N. George, Esq.
April 30, 2019
Page 4

cases 21-day prior notice each time he leaves the Territory and to confirm every location and address included in his travel notification would be substantial. In situations such as these, the SORNA guidelines permit the responsible jurisdictions to reduce notice requirements and simply require the traveling registrant to provide a most likely itinerary of "normal travel routes" and "general areas" of work. The National Guidelines for Sex Offender Registration and Notification, pp. 39 and 43. Mr. Epstein's case is no different from any of these cases where SORNA expressly permits this flexibility in the manner and content of travel notification.

Consider, for example, the case of a St. Thomas boat captain chartering trips to various islands in the Caribbean. Requiring that boat captain to provide 72 hours prior travel notice would prevent him from taking any charters unless requested of him more than three days in advance. With visiting tourists on short stays frequently requesting charters only a day or two in advance, such a requirement would substantially interfere with the boat captain's ability to conduct his business. Moreover, requiring him to provide specific addresses of his travels could also be problematic in that tourists chartering his boat might not even make such determinations until the day of the actual charter. Requiring the boat captain to be inflexible with his charter passengers would therefore also seriously interfere with his business. The supplemental SORNA guidelines have specifically stated in their own words that such requirements could be "pointlessly burdensome" and "unworkable". See Supplemental Guidelines for Sex Offender Registration and Notification, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. Consistent with the flexibility afforded by the SORNA Guidelines, both Senator Russell and [then-Attorney General Frazer] acknowledged at that June 21, 2012 legislative hearing that the law must be flexible to enable those who must travel frequently and on short notice to do so.

The very same flexibility authorized by SORNA for frequent travel reporting is incorporated into Virgin Islands law. In fact, Section 1724(b)(4) provides for a mandatory exception to the twenty-one (21) day in person notice otherwise required for international travel.  Section 1724(b)(4) explicitly states that "… a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice, that he travels frequently outside the United States for work or other legitimate purposes, or a sex offender who travels outside the United States for emergency situations, *shall notify the Department of Justice in writing* at least 24 hours before traveling outside of the United States for periods of more than 48 hours, and, in any such case, shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction."

Therefore, in cases such as Mr. Epstein's, where he has provided reasonable and reliable proof to the USVIDOJ that he travels outside the United States for work or other legitimate purposes, we believe he is only required to notify the USVIDOJ in writing (that is, by email) at least twenty-four (24) hours before travelling outside the United States and to notify the USVIDOJ in writing upon his return. We believe that the USVIDOJ is already in possession of substantial proof of Mr. Epstein's extensive and frequent international, as well as his domestic, business travel.  However, in the event you would like us to resubmit any information, we would be happy to do so.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Letter to Denise N. George, Esq.
April 30, 2019
Page 5

Further adopting the recommendations of federal SORNA guidelines, Virgin Islands law provides equal flexibility with respect to reporting travel between the USVI and the United States. Email travel reporting prior to departing the USVI for destinations in the United States fully complies with the requirements of Section 1724(c). Section 1724(c) provides that "[b]efore moving from the United States Virgin Islands to another jurisdiction within the United States, a person required to register shall register his new address, temporary or permanent, with the Department of Justice before he leaves the territory." By its very terms, Section 1724(c) specifically does not require in person notification. Therefore, Attorney Jacobs' requirement to appear in person to notify the USVIDOJ of travel between the USVI and the United States appears to exceed the requirements of Virgin Islands law.

Although Attorney Jacobs cited section 1724(b)(1) as the reasoning for revocation of the established travel procedures, we do not believe that this section is applicable to Mr. Epstein's travels to the United States. Among the many reasons that we believe that section 1724(b)(1) does not apply is the fact that Mr. Epstein has already registered his temporary lodging with the USVIDOJ. By its very language, section 1724(b)(1) appears only to apply in the event there are changes to Mr. Epstein's temporary lodging in the United States. Mr. Epstein maintains temporary lodging (vacation homes) in Florida, New York, and New Mexico. All of the required information regarding those temporary lodgings has been on file with the USVIDOJ since Mr. Epstein initially registered in the USVI in 2009. There have been no changes to Mr. Epstein's temporary lodging information since his initial registration, and there certainly have been no changes to his temporary lodging information since his last in person annual registration renewal earlier this year, as required by section 1724(d).

### Safeguards to Ensure Compliance

As a result of the incident in the Dominican Republic, we are conscious of the need to make sure there are safeguards in place to ensure Mr. Epstein's compliance and also to ensure that proper notification is given to jurisdictions that require it. We are respectfully requesting that going forward, the USVIDOJ provide Mr. Epstein with an email copy of all notifications it is required to make to jurisdictions outside the USVI pursuant to section 1726(d). By receiving an email copy of these notifications, Mr. Epstein will be able to confirm that the USVIDOJ has received each of his travel notices and, if necessary, take additional action to ensure that such notice has been received by the USVIDOJ and forwarded to the appropriate jurisdictions outside the USVI.

Mr. Epstein's counsel, Darren Indyke, and I would appreciate the opportunity to discuss this matter with you further. We will make ourselves available at your convenience.

Respectfully,

Erika A. Kellerhals

*Encl*

VI-JPM-000012450

# APPENDIX 1

In accordance with the procedures authorized by Attorney General Frazer in August 2012, Mr. Epstein gave proper email notice on February 16, 2019 to Ms. Shani Pinney, the Territorial Sexual Offender Registry Program Manager, of his intention to travel for a day trip to the Dominican Republic on February 19, 2019.  Mr. Epstein's attorney, Darren Indyke, was copied on that email notice, and received the email at the same time Mr. Epstein emailed it to Ms. Pinney.  *See* **Exhibit 1**. That notice included all international travel information necessary in order for the Department of Justice to give the Dominican Republic authorities the required advance notice of Mr. Epstein's arrival.

Mr. Epstein also emailed Ms. Pinney on February 18, 2019 regarding his obligation to annually renew his registration on March 5, 2019 and advised that after leaving at noon on February 19, 2019, Mr. Epstein anticipated being outside of the Territory until March 20, 2019.  Mr. Epstein inquired in his email as to whether he should renew his registration before he left the next day or after he returned on March 20, 2019.  Attorney Indyke was also copied on that email, and also received it when Mr. Epstein emailed it to Ms. Pinney.  *See* **Exhibit 2**.

Despite Mr. Epstein's timely and proper notice to the Department of Justice of his travel to the Dominican Republic, the Dominican Republic did not receive advance notice of Mr. Epstein's travel. As a result, upon Mr. Epstein's arrival in the Dominican Republic on February 19, 2019, he was detained for several hours and ultimately denied entry. Having been refused entry, Mr. Epstein then traveled to his vacation home in Palm Beach, Florida, as his February 16, 2019 email notice advised he would do.

On February 21, 2019 at 9:57PM (EST), Attorney Indyke notified Ms. Pinney of a modification to Mr. Epstein's travel plans.  As authorized by the travel notification procedures in effect prior to your March 14, 2019 letter, because Mr. Epstein was traveling and no longer in the Territory at that time, Attorney Indyke provided the changes to Mr. Epstein's itinerary by email to Ms. Pinney at the same email address that he had previously used to transmit his messages successfully. *See* **Exhibit 3**. All of the required information, including the required information for international travel, was included in that email.

Six (6) days after Mr. Epstein emailed his February 16, 2019 travel notice, and three (3) days after Mr. Epstein had been detained and refused entry to the Dominican Republic, Mr. Epstein received a response from Ms. Pinney.  By email on February 22, 2019 at 9:11AM (EST), Ms. Pinney advised that:

> I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
>
> In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.
>
> Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

*See* **Exhibit 4**.  Five (5) minutes later, at 9:16AM (EST), Mr. Epstein re-sent to Ms. Pinney the email travel notice that he sent on February 16, 2019 and copied Attorney Indyke on the email he re-sent. *See* **Exhibit 5**.  Ms. Pinney responded by email at 9:43AM (EST) that she searched her emails and

VI-JPM-000012451

could not find Mr. Epstein's original February 16, 2019 email travel notice. *See* **Exhibit 6**. However, Ms. Pinney did receive Mr. Epstein's February 18, 2019 email and Mr. Epstein's 9:16AM (EST) email on February 22, 2019. *See* the email chains in **Exhibits 4 & 6**. Ms. Pinney also stated that:

> In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

*See* **Exhibit 6**.

In light of Ms. Pinney's advice that she had not received Mr. Epstein's emails, Mr. Epstein inquired as to whether she had received Attorney Indyke's February 21, 2019 email regarding the changes to Mr. Epstein's travel itinerary. Mr. Epstein sent Ms. Pinney four (4) separate emails on February 22, 2019 asking for confirmation that Attorney Indyke's February 21, 2019 email had been received. Both Attorney Indyke and Agent Augustin were copied on all of them. *See* **Exhibits 7, 8, 9 & 10**. Attorney Indyke received each of these emails at the time they were sent to Ms. Pinney. Attorney Indyke also sent emails to both Ms. Pinney and Agent Augustin on February 22, 2019, which included a copy of the February 21, 2019 email Attorney Indyke sent to Ms. Pinney. *See* **Exhibits 11 & 12**. Three (3) days later, on February 25, 2019, Ms. Pinney emailed Mr. Epstein that she had not received any notices from Attorney Indyke. *See* **Exhibit 13**. However, none of the emails sent by Attorney Indyke, or for that matter by Mr. Epstein, during the February 16, 2019 to February 28, 2019 period were returned as undelivered by the DOJ's email server, and Attorney Indyke and Ms. Pinney have communicated successfully by email for years.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Exhibit 1

From: J jeevedetton@gmail.com
Subject:
Date: February 16, 2019 at 6:29 PM
To: Shani Pinney spinney@doj.vi.gov, Darren Indyke dki@indykeadr@gmail.com

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International Airport in Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive at Palm Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On February 28, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, from my vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at ███████████ I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at ███████████ or on his mobile telephone number ███████████

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--
     please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to iceevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

Exhibit 2

From: J
Subject:
Date: February 18, 2019 at 3:37 PM
To: Shani Pinney spinney@ , Darren Indyke

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march,  my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues morning.   thx,

--
        please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. it is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeavacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Exhibit 3

From: **Darren Indyke**
Subject: **Mr. Jeffrey Epstein**
Date: **February 21, 2019 at 9:57 PM**
To: shani.pinney@vi.gov, **S Pinney** spinney@doj.vi.gov
Cc: **Darren Indyke**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019. On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at ▮▮▮▮▮▮▮ Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at ▮▮▮▮▮▮ or on my mobile telephone number ▮▮▮▮▮▮

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE



*************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
*************************************************************************

Exhibit 4

From: J jeevacation@gmail.com
Subject: Fwd: Registration & Travel
Date: February 22, 2019 at 9:21 AM
To: Darren Indyke

---------- Forwarded message ---------
From: **Shani Pinney** <Shani.Pinney@vi.gov>
Date: Fri, Feb 22, 2019 at 9:11 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>

Good Day,

I am only now responding because I have been out of the office. Please note that
an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that
can assist in my absence.

Also, I have not received your travel details. As you are aware these details must
be provided prior to your departure. Please provide by the end of business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney  ,  i am on island until tues at noon  ,  and will  not return to the territory until the 20th of march,  my registration date is
march 5  ,  woudl you prefer i wait until my return or would you prefer i come in tues mornng.  thx,

--

please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--

please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012458

Exhibit 5

From:  J jeavacation15gmail.com
Subject:  Fwd:
Date:  March 16, 2019 at 2:29 PM
To:  Darren Indyke

ple

On Fri, Feb 22, 2019 at 9:16 AM J <jeevacation@gmail.com> wrote:
this was sent before I left.

---------- Forwarded message ----------
From: J <jeevacation@gmail.com>
Date: Sat, Feb 16, 2019 at 6:29 PM
Subject:
To: Shani Pinney <spinney@doj.vi.gov>, Darren Indyke <dki.hirchroebr@gmail.com>

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for
a day trip to Puerta Plata, Dominican Republic.  I expect arrive at Gregorio Luperon
International Airport in Puerta Plata, Dominican Republic at approximately 1:00PM local
time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm
Beach, Florida.  I expect to arrive at Palm Beach International Airport in Palm Beach,
Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my
vacation home in Palm Beach, Florida until February 22, 2019.  On February 22,, 2019, I
plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New
York, New York, where I expect to stay until February 28, 2019.  On February 28, 2019, I
plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to
my vacation home in Paris, France.  I expect to arrive at Le Bourget Airport in Paris, France
at approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home
in Paris, France until March 9, 2019.  On March 9, 2019, I plan to return by private aircraft,
N212JE, from my vacation home in Paris, France to my permanent residence in the U.S.
Virgin Islands.  I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S.
Virgin Islands on March 9, 2019 at approximately 1:00PM local time.  While traveling
abroad, I can be contacted on my mobile telephone number at 212-533-3739.  In addition, I
can be contacted through my business office at 340-775-2525 or through my attorney,
Darren K. Indyke, at                      I will email your office upon my return to the U.S.
Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K.
Indyke at                   or on his mobile telephone number

Please confirm by reply email to me your receipt of this email.  Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

   VI-JPM-000012459

--
please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Exhibit 6



From: J <jeevacation@gmail.com> @
Subject: Fwd: Registration & Travel
Date: February 22, 2019 at 9:49 AM
To: Darren Indyke

---------- Forwarded message ----------
From: **Shani Pinney** <Shani.Pinney@vi.gov>
Date: Fri, Feb 22, 2019 at 9:43 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>
Cc: Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Thank you.

I searched my email and I did not receive this or any correspondence from you on
the date February 16, 2019 as indicated in your attachment. In the future, cc SOR
Investigator Augustin to assure that the travel details are received. Agent Augustin
has been cc'd in this email. Also, you are required to report on March 11th after
your return to the USVI on March 9th to complete your yearly registration.

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at 9:29 PM
Subject:
To: Shani Pinney <Shani.Pinney@vi.gov>, Darren Indyke <dni@ozsystems.net>

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise that I will travel by private aircraft, N212JE, on February 10, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A
Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arriv
Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019.
On February 22 , 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 26, 2019. On Febr
2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran-
approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE,
vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 20
approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-333-3739. In addition, I can be contacted through my business office
at 340-775-2525 or through my attorney, Darren K. Indyke, at [                ] I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke a

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
Good Day,

I am only now responding because I have been out of the office. Please note that
an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney   ,   i am on island until tues at noon   ,   and will  not return to the territory until the 20th of march,   my registration date is march 5   , woudl you prefer i wait until my return or would you prefer i come in tues morning.   thx,

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012462

Exhibit 7

From: **J** jeevacation@gmail.com
Subject: **Re: Registration & Travel**
Date: **February 22, 2019 at 9:26 AM**
To: **Shani Pinney** Shani.Pinney@vi.gov, **Darren Indyke** ███████████████

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

please confirm that you have receive the emails I just sent showing notification Before I left.   and you should have additional travel details from attny Indyke .  if not,  please let me know

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney  ,  i am on island until tues at noon  ,  and will  not return to the territory until the 20th of march,   my registration date is march 5  ,  woudl you prefer i wait until my return or would you prefer i come in tues mornng.   thx,

--
     please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
     please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 8

From: J jeavacation-6 gmail.com @
Subject: Re: Registration & Travel
Date: February 22, 2019 at 11:04 AM
To: Shani Pinney Shani.Pinney@vi.gov, Kevin Augustin 2 doj vi gov, Darren Indyke

did you recieve attny Indykes new notice .?   and may I have a number on which you can be reached this afternoon.

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
> Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at 3:29 PM
Subject:
To: Shani Pinney <shpinney@3doj.vi.gov>, Darren Indyke <dindyke@mindspring.com>

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerto Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On February 2019, I plan to travel by private aircraft, N212JE from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, France approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 20 approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-633-3733. In addition, I can be contacted through my business office of 340-775-2826 or through my attorney, Darren K. Incyke, at                    I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at

Please confirm by reply email to me your receipt of this e-mail. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation. In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of

business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney   ,   i am on island until tues at noon  ,   and will  not return to the territory until the 20th of march,   my registration date is march 5  , would you prefer i wait until my return or would you prefer i come in tues morning.   thx,

--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. it is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Exhibit 9

From: **J** jeevacation@gmail.com
Subject: Fwd: Mr. Jeffrey Epstein
Date: February 22, 2019 at 11:57 AM
To: Shani Pinney spinney@doj.vi.gov, Kevin Augustin@doj.vi.gov, Darren Indyke

please confirm receipt of this email.   thx   still no answer on phone at 340 774 5666

--------- Forwarded message ---------
From: **Darren Indyke**
Date: Fri, Feb 22, 2019 at 9:40 AM
Subject: Fwd: Mr. Jeffrey Epstein
To: joevacation@gmail.com <joevacation@gmail.com>
Cc: Darren Indyke -

DARREN K. INDYKE

*****************************************************************************************

The information contained in this communication is confidential, may be attorney-client
privileged, and is intended only for the use of the addressee. It is the property of
Darren K. Indyke.  Unauthorized use, disclosure or copying of this communication
or any part thereof is strictly prohibited and may be unlawful. If you have received this
communication in error, please notify us immediately by return e-mail, and destroy this
communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke. © 2019 Darren K. Indyke – All rights reserved.
*****************************************************************************************

Begin forwarded message:

From: Darren Indyke
Subject: Mr. Jeffrey Epstein
Date: February 21, 2019 at 9:57:41 PM EST
To: "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
Cc: Darren Indyke -

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans.  Mr. Epstein will stay at
his vacation home in Palm Beach, Florida until February 24, 2019.  On February 24, 2019,
Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation
home in New York, New York, where he expects to stay until February 28, 2019.
On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his
vacation home in New York, New York to his vacation home in Paris, France.  He expects
to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time
on February 28, 2019 and to stay at his vacation home in Paris, France until March 9,
2019.  On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his
vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands.  He
expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

exposts to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time.  While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739.  In addition, he can be contacted through his business office at 340-775-2525 or through me at ████████████ Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at ████████████ or on my mobile telephone number ████████████

Please confirm by reply email to me your receipt of this email.  Thank you, Ms. Pinney.

Respectfully,


DARREN K. INDYKE

████████████████████████████

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

      please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

Exhibit 10

From: J <jeevacation@gmail.com> @
Subject: Fwd: Registration & Travel
Date: March 16, 2019 at 2:31 PM
To: Darren Indyke ▮▮▮▮▮▮▮▮▮▮

---------- Forwarded message ----------
From: J <jeevacation@gmail.com>
Date: Mon, Feb 25, 2019 at 10:04 AM
Subject: Re: Registration & Travel
To: Shani Pinney <spinney@doj.vi.gov>, <Kevin.Augustin@doj.vi.gov>

we keep trying to call  no answer

On Mon, Feb 25, 2019 at 9:09 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
Good Morning,

I have not received notice from Attorney Indyke.

I can be reached at the DOJ number 340-774-5666.

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 12:03 PM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Re: Registration & Travel

did you recieve attny Indykes  new notice .?   and may I have a number on which you can be reached this afternoon.

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
Thank you.

I searched my email and I did not receive this or any correspondence from you
on the date February 16, 2019 as indicated in your attachment. In the future, cc
SOR Investigator Augustin to assure that the travel details are received. Agent
Augustin has been cc'd in this email. Also, you are required to report on March
11th after your return to the USVI on March 9th to complete your yearly
registration.

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at 6:25 PM
Subject:
To: Shani Pinney <spinney@doj.vi.gov>, Darren Indyke <dindyke@dindyke1@gmail.com>

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney,

This is to advise you that I will travel by private aircraft, N212JE, on February 16, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A
Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arriv
Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 18  2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019
On February 22, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019.  On Feb
2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran
approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019.  On March 9, 2019, I plan to return by private aircraft, N212JE,
vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands.  I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2

appointment  ...  ... ...  ...  I can be contacted on my mobile telephone number at +1 _____  ...  ...  I can be contacted through any business while at 340-775-2525 or through my attorney, Darren K. Indyke, at █████████ I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at █████████████████

Please confirm by reply email to me your receipt of this email.  Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

> On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
> Good Day,
>
> I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation. In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.
>
> Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.
>
> **From:** J <jeevacation@gmail.com>
> **Sent:** Monday, February 18, 2019 4:36 PM
> **To:** Shani Pinney; Darren Indyke
> **Subject:**
>
> Ms Piney  ,  i am on island until tues at noon  , and will  not return to the territory until the 20th of march,  my registration date is march 5  , woudl you prefer i wait until my return or would you prefer i come in tues morning.   thx,
>
> --
>       please note
> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
> Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved
>
>
> --
>       please note
> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
> Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved
>
>
> --
>       please note

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

VI-JPM-000012471

Exhibit 11

From: **Darren Indyke** ▓▓▓▓▓▓▓▓
Subject: Fwd: Mr. Jeffrey Epstein
Date: February 22, 2019 at 12:15 PM
To: shani.pinney@vi.gov, S Pinney spinney@doj.vi.gov
Cc: Darren Indyke ▓▓▓▓▓▓▓▓

Good day, Ms. Pinnney. Hope you are well. Can you please confirm receipt of my email below.

Thank you.

DARREN K. INDYKE



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client
privileged, and is intended only for the use of the addressee. It is the property of
Darren K. Indyke. Unauthorized use, disclosure or copying of this communication
or any part thereof is strictly prohibited and may be unlawful. If you have received this
communication in error, please notify us immediately by return e-mail, and destroy this
communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Begin forwarded message:

From: Darren Indyke ▓▓▓▓▓▓▓▓
Subject: Mr. Jeffrey Epstein
Date: February 21, 2019 at 9:57:41 PM EST
To: "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
Cc: Darren Indyke ▓▓▓▓▓▓▓▓

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at
his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019,
Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation
home in New York, New York, where he expects to stay until February 28, 2019. On
February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation
home in New York, New York to his vacation home in Paris, France. He expects to arrive
at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28,
2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9,
2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in
Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at
Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at
approximately 1:00PM local time. While traveling abroad, he can be contacted on his
mobile telephone number at 212-533-3739. In addition, he can be contacted through his
business office at 340-775-2525 or through me at ▓▓▓▓▓▓▓▓ Mr. Epstein will email

your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at ▮▮▮▮▮ or on my mobile telephone number ▮▮▮▮▮

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,


DARREN K. INDYKE

▮▮▮▮▮▮▮▮

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Exhibit 12

From: **Darren Indyke** ▉▉▉▉▉▉▉
Subject: **Fwd: Mr. Jeffrey Epstein**
Date: **February 22, 2019 at 12:30 PM**
To: Kevin Augustin ▉ doj vi gov
Cc: Darren Indyke ▉▉▉▉▉▉▉

Mr. Kevin Augustin
SOR Investigator
Virgin Islands Department of Justice
United States Virgin Islands

Dear Mr. Augustin:

At Ms. Shani Pinney's direction, I am forwarding a copy of the travel modification notice for Mr. Jeffrey Epstein that I emailed to Ms. Pinney yesterday. Please kindly confirm receipt of this notice. Thank you.

Respectfully,

DARREN K. INDYKE



**********************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
**********************************************************************

Begin forwarded message:

**From:** Darren Indyke < ▉▉▉▉▉▉▉
**Subject:** Mr. Jeffrey Epstein
**Date:** February 21, 2019 at 9:57:41 PM EST
**To:** "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
**Cc:** Darren Indyke < ▉▉▉▉▉▉▉

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019. On

February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at ▇▇▇▇▇▇▇▇  Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at ▇▇▇▇▇▇ or on my mobile telephone number ▇▇▇▇▇▇▇

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

▇▇▇▇▇▇▇▇▇▇▇▇▇

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke — All rights reserved.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Exhibit 13

From: J jeevacation@gmail.com
Subject: Fwd: Registration & Travel
Date: February 25, 2019 at 9:11 AM
To: Darren Indyke

--------- Forwarded message ---------
From: **Shani Pinney** <Shani.Pinney@vi.gov>
Date: Mon, Feb 25, 2019 at 9:09 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>

Good Morning,

I have not received notice from Attorney Indyke.

I can be reached at the DOJ number 340-774-5666.

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 12:03 PM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Re: Registration & Travel

did you recieve attny Indykes new notice .?   and may I have a number on which you can be reached this afternoon.

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
> Thank you.
>
> I searched my email and I did not receive this or any correspondence from you
> on the date February 16, 2019 as indicated in your attachment. In the future, cc
> SOR Investigator Augustin to assure that the travel details are received. Agent
> Augustin has been cc'd in this email. Also, you are required to report on March
> 11th after your return to the USVI on March 9th to complete your yearly
> registration.

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at 6:39 PM
Subject:
To: Shani Pinney <spinney@doj.vi.gov>, Darren Indyke <dly.returnserver@gmail.com>

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerto Plata, Dominican Republic  I expect arrive at Gregorio Luperon International A
Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida  I expect to arrive
Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019.
On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019.  On Febr
2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France.  I expect to arrive at Le Bourget Airport in Paris, Fran
approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019  On March 9, 2019, I plan to return by private aircraft, N212JE,
vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands.  I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 20
approximately 1:00PM local time.  While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739.  In addition, I can be contacted through my business office
at: 340-775-2625 or through my attorney, Darren K. Indyke, at                 I will email your office upon my return to the U.S Virgin Islands on March 9, 2019.

VI-JPM-000012476

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at ▮▮▮▮▮▮▮▮▮▮▮

Please confirm by reply email to me your receipt of this email.  Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

> On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vj.gov> wrote:
> Good Day,
>
> I am only now responding because I have been out of the office. Please note
> that an appointment is not needed to fulfill your registration obligation.
> In the future, report in person to DOJ to register and there will be Investigators
> that can assist in my absence.
>
> Also, I have not received your travel details. As you are aware these details
> must be provided prior to your departure. Please provide by the end of
> business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney  ,  i am on island until tues at noon  , and will  not return to the territory until the 20th of march,   my registration date
is march 5  , woudl you prefer i wait until my return or would you prefer i come in tues morning.   thx,

...

please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

..

please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

...

please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for

VI-JPM-000012477

constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
        please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

VI-JPM-000012478

**APPENDIX 2**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# HODGE & FRANCOIS

July 16, 2012

Honorable Vincent Frazer
Office of the Attorney General of the Virgin Islands
Department of Justice
St. Thomas, VI
Via Hand Delivery and Email

> Re: Request Pursuant to Bill 29-0239 for Reduction/Approval of Notice Procedures for Travel Outside the Virgin Island by Jeffrey Epstein

Dear Attorney General Frazer:

Thank you for meeting with me and Attorney Darren Indyke on Friday, July 13, 2012, to discuss implementation of the new travel notice procedures for registered sex offenders under Bill 29-0239 (including the amendment thereto), an Act amending chapter 86 of title 14 of the Virgin Islands Code, to expand the laws of the United States Virgin Islands regarding the monitoring and tracking of sex offenders within this jurisdiction, that has been passed by the Legislature, and which we anticipate will be signed into law by the Governor in the near future.

As we discussed and has been well-documented with your Department over the past several years, my client, Jeffrey Epstein, has business and other legitimate reasons that require him to engage in frequent travel outside of the Virgin Islands and outside of the United States. In connection with that travel, Mr. Epstein has an extensive history of what you and your office have confirmed has been fully compliant notification to your Department regarding Mr. Epstein's frequent travel during the period he has been required to register under the existing Virgin Islands law. As we also discussed, we reasonably anticipate that Mr. Epstein will continue to have notice obligations to your Department in the future regarding his on-going, frequent travel, and we wish to insure that Mr. Epstein continues to remain fully compliant under the revised provisions of Bill 29-0239, as amended, while properly invoking the discretion of the Office of the Attorney General, conferred in the language of this Bill, to reduce the notice requirements in the Bill upon request of a registered offender who provides supporting information.

Accordingly, we respectfully make this formal request on behalf of Mr. Epstein that the Office of the Attorney General exercise discretion under Sections 6 and 9 of Bill 29-0239, as amended, to both allow a shortened notice period for proposed travel, and modification of the

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

information required in lieu of that otherwise required under those sections of the Bill. In particular, we request that Mr. Epstein be permitted to continue his long-standing practice for notice of his frequent travel outside of the Virgin Islands and outside of the United States, which your Department has verified as fully acceptable, of providing written travel notice to your Department by email or facsimile from Mr. Epstein or his legal counsel immediately prior to Mr. Epstein's departure.  As has also been Mr. Epstein's long-standing practice verified by your Department as acceptable, we respectfully request that the Office of the Attorney General confirm that provision of the following information in that notice will satisfy the travel notice requirements: (1) Mr. Epstein's date of departure, (2) the general geographic areas of his travel, and with respect to travel to any of his vacation homes, a statement that he is traveling to his vacation home, (3) the time period for his intended travel, and (4) his contact information (consisting of a cell number where he can always be reached during the period of his intended travel, and also a cell number where his legal counsel can always be reached), in case of any need to contact Mr. Epstein while he is traveling.  In addition, we request that written notice by email or facsimile from Mr. Epstein or his legal counsel be permitted for any changes in travel plans that have occurred after Mr. Epstein has departed the Virgin Islands, so long as such notice is given prior to departure to any changed locations.  In any event, consistent with the long-standing practice accepted by your Department, email or facsimile notice from Mr. Epstein or his legal counsel of Mr. Epstein's return to the Virgin Islands would be given immediately prior to Mr. Epstein's departure for his return travel to the Virgin Islands.

By continuing this established practice, which has proven to be an absolutely reliable, efficient and effective means of maintaining contemporaneous reporting of Mr. Epstein travels, and at the same time avoids unnecessary repeated notices to your Department of the frequent changes in Mr. Epstein's travel plans from causes outside of Mr. Epstein's control, and by recognizing the bona fide justification for this approval based upon the already well-documented frequent business travel and other justified foreign and domestic travel of this individual, we submit that there are good grounds for this request.  We, therefore, respectfully request that the Office of the Attorney General exercise the discretion, as conferred by Bill 29-0239, as amended, to adjust both the notice requirements and the specific information required, upon request of a registered offender.   Your Department's files already contain substantial documentation of Mr. Epstein's frequent business travel, his travel to his vacation residences, and his extensive and flawless history of timely notification to your Department of travel away from the Virgin Islands.  However, if you feel that any additional information is needed to justify the exercise of the statutory discretion to

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

reduce notice and adjust the information required under the amended law, we respectfully request that you inform us, so that the necessary information can be promptly provided.

I also wish to confirm, as agreed during our meeting, that during any period that may elapse between the signing into law by the Governor of Bill 29-0239, as amended, and your Office's completion of review of this request under the Bill to exercise discretion as described above, the continued compliance by Mr. Epstein with the above-described travel notification practices he has followed to date will be deemed compliance with the new law.

Again, I appreciate you taking the time to meet with us to discuss this, particularly in view of the commitment on the part of Mr. Epstein to comply with the law. Please advise me if there is any additional information that may be required for a favorable response to the foregoing request.

Sincerely,

Maria Tankenson Hodge

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



# THE UNITED STATES VIRGIN ISLANDS
## DEPARTMENT OF JUSTICE
### OFFICE OF THE ATTORNEY GENERAL

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

July 25, 2012

Maria Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands 00802

Re:   Implementation of Act No.7372, (Bill No. 29-0239); International travel Notice request

Dear Attorney Hodge:

I am in receipt of your letter of July 16, 2012 requesting clarification of our implementation of the new provisions of the local sex offender registration and notification law (T. 14 VIC Chapter 86). I understand that your letter was written on behalf of Mr. Jeffrey Epstein, a registrant on the Virgin Islands Sex Offender Registry.

It is my understanding that Mr. Epstein's business activities require him to make frequent and often unexpected trips out of the territory to United States destinations and to international destinations. Your letter is accepted as a request pursuant to the new provisions of Act No. 7372, for the Attorney General to waive the 21 day prior notice requirement to the Department of Justice for Mr. Epstein, when travelling out of the Virgin Islands.

Based upon your representation and that of Attorney Darren Indyke, we will grant the waiver of the (21) twenty one day notice requirement to the Department of Justice when Mr. Epstein is traveling out of the Territory. This waiver is granted upon compliance with the following conditions:

1.   Prior notice must be given to the Department of Justice no less than Seventy two (72) hours  before travel  out of the Virgin Islands;

2.   Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him; or by e-mail with an electronic signature;

3.   If the jurisdiction to which he travels requires his registration for the duration of time he is there, he will comply with  that registration requirement;

4.   The following information will be provided by the Notice;
     a. identifying information of the temporary lodging location, including addresses.
     Foreign jurisdiction lodging may be identified by city and country;

34-38 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
6040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-0266

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Letter to Attorney Maria Hodge
Page 2

    b. the dates he will be departing from the Virgin Islands and the date expected to return;
    c. the dates he will be staying at any intermediary temporary location.

5.   Notice must be given of any modification from the travel itinerary, as originally advised after leaving the territory. Such notice may be submitted by facsimile or e-mail by Mr. Epstein or his legal counsel;

6.   Upon returning to the Virgin Islands, Mr. Epstein shall immediately notified the Department of Justice by visit, facsimile, or e-mail with electronic signature.

    I do recognize that these conditions vary from the former conditions. However in light of the discretion given to the Attorney General by Act No.7372, we are forced to take a closer look at the waiver conditions.

    Please let me know if your client has any questions about these conditions.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

cc: Registrant file

# HODGE & FRANCOIS

July 30, 2012

Honorable Vincent Frazer
Office of the Attorney General of the Virgin Islands
Department of Justice
St. Thomas, VI
Via Hand Delivery and Email

Re:   July 25, 2012 Letter Regarding Act No. 7372 Travel Notice Request

Dear Attorney General Frazer:

I received your letter of July 25, 2012 agreeing to grant the Attorney General's waiver, pursuant to the provisions of Act No. 7372, of the 21-day prior notice requirement under that Act with respect to Mr. Epstein's travels outside of the Virgin Islands, and I have shared it with my client. We appreciate the consideration given to Mr. Epstein's frequent travel requirements. However, we still have serious concerns regarding what we believe are undue restrictions placed on Mr. Epstein's travel and the conduct of his business and professional activities by certain of the specific conditions imposed as part of this waiver, and we respectfully request that your office reconsider those specific conditions.

Specifically, we believe that the waiver conditions requiring Mr. Epstein to provide 72 hours notice before traveling out of the Virgin Islands and requiring Mr. Epstein to provide a specific address of temporary lodging locations when traveling within the United States will have an unduly restrictive effect on his right to travel and conduct his legitimate business and professional activities. As I understand it, both you and Senator Russell stated during the hearing on the Act before the Rules and Judiciary Committee on June 21, 2012, that the travel notification requirements of this Act were specifically not intended to be penal in nature. Both you and Senator Russell acknowledged that this was meant to be a notice provision, nothing more. However, as explained below, the restrictive effect of the 72-hour prior notice requirement and the requirement that Mr. Epstein disclose the specific address of his temporary lodging while in the United States would impede Mr. Epstein's right to travel and conduct business and professional activities in a manner that would indeed, be penal in nature.

I want to discuss the legal justification for greater flexibility in notice. The Federal SORNA guidelines have already recognized that there are cases where flexibility in the application of SORNA's travel notification procedures is necessary. For example, the SORNA guidelines themselves discuss the case of an individual who is a "long haul trucker" who regularly drives thousands of miles through "dozens of jurisdictions in the course of his employment", as well as the cases of a home-improvement contractor and of a day laborer, who travel regularly to various locations that may change on a daily basis -- see **The National**

ATTORNEYS AT LAW
1340 TAARNEBERG, ST. THOMAS, VIRGIN ISLANDS
PHONE: ███████     FAX: ███████
EMAIL: ████████████

**Guidelines for Sex Offender Registration and Notification**, pp. 39 and 43 -- or the case of an individual "who lives in a northern border state and who commutes to Canada for work on a daily basis" -- see **Supplemental Guidelines for Sex Offender Registration and Notification**, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638.  These cases are analogous to any number of possible situations in our Territory, including pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, all of whom travel to and from the Territory on a frequent and regular basis in the ordinary course of their employment or business.  The burden on both the Department of Justice and the worker of requiring such a worker to give 72-hours prior notice each time he leaves the Territory and to confirm every location and address included in his travel notification would be substantial.  In situations such as these, the SORNA guidelines permit the responsible jurisdictions to reduce notice requirements and simply require the traveling registrant to provide a most likely itinerary of "normal travel routes" and "general areas" of work.  **The National Guidelines for Sex Offender Registration and Notification**, pp. 39 and 43.  Mr. Epstein's case is no different from any of these cases where SORNA expressly permits this flexibility in the manner and content of travel notification.

Consider, for example, the case of a St. Thomas boat captain chartering trips to various islands in the Caribbean.  Requiring that boat captain to provide 72 hours prior travel notice would prevent him from taking any charters unless requested of him more than three days in advance.  With visiting tourists on short stays frequently requesting charters only a day or two in advance, such a requirement would substantially interfere with the boat captain's ability to conduct his business.  Moreover, requiring him to provide specific addresses of his travels could also be problematic in that tourists chartering his boat might not even make such determinations until the day of the actual charter.  Requiring the boat captain to be inflexible with his charter passengers would therefore also seriously interfere with his business.  The supplemental SORNA guidelines have specifically stated in their own words that such requirements could be "pointlessly burdensome" and "unworkable".  See **Supplemental Guidelines for Sex Offender Registration and Notification**, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638.  Consistent with the flexibility afforded by the SORNA Guidelines, both Senator Russell and you acknowledged at that June 21, 2012 hearing that the law must be flexible to enable those who must travel frequently and on short notice to do so.

In fact, when the travel notification amendment was revised for the Rules and Judiciary Committee vote on June 25, 2012, the Attorney General discretion provision was inserted into the law, rather than a specific 72-hour short notice exception to the 21-day notice requirement, to provide your office with the flexibility to make decisions on a case-by-case basis.  In the case of frequent travelers, such as Mr. Epstein, as well as pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, who travel for business, professional and other legitimate purposes several times a month, both on short notice and under circumstances where travel plans frequently change on short notice, the new law provides your office with the flexibility to grant a waiver that will not unduly restrict their travel and business and professional activities, and that includes the right to allow notice prior to departure less than 72 hours in advance.

As you know, from the beginning of Mr. Epstein's registration in March 2010, he has a demonstrated history of frequent travel and a flawless record of fully compliant travel

3

notification to your office. Even at times when the email servers at the Department of Justice were not operating, Mr. Epstein's counsel took measures to ensure alternative notification by providing telephonic and fax notification of the travel notice emails that were sent to the Department of Justice. His record clearly demonstrates that he is unerringly diligent in ensuring that the Virgin Islands is provided with timely notice of his travels outside of the Territory, and he will remain so in the future under this new law.

Mr. Epstein has always previously provided the necessary travel notice, through his counsel, immediately prior to Mr. Epstein's departure. He has done this because, in many instances, , his travel dates and destinations are not known with certainty until a few hours prior to departure, or they can and frequently do change on little or no notice for reasons that are not within his control. For example, meeting schedules and locations for business or professional trips evolved constantly over the past two years, and Mr. Epstein has had to remain flexible to accommodate these changes. Moreover, unexpected changes in weather patterns and mechanical issues with the aircraft had also accelerated or delayed travel plans. Instead of providing a constant flow of notices to the Department of Justice in anticipation of possible or changed travel, Mr. Epstein has provided notice immediately prior to departure to ensure that the notice he provided was as accurate as possible. It was and still is believed that this avoids unnecessary administrative burden to the Department of Justice, which we understand would be required to update its notices to other jurisdictions every time a new or changed notice is received from Mr. Epstein.

In addition, to the extent that notification by Mr. Epstein of his entry into another jurisdiction is even required by that jurisdiction, the notice is not required from Mr. Epstein prior to his arrival in that jurisdiction, and in some cases notice is not required until as much as several days after arrival. Even in the State of Florida, the jurisdiction of Mr. Epstein's conviction which triggered his registration requirement, Mr. Epstein is not required to provide any minimum prior notice of his travel to Florida. In fact, he is permitted to provide email notice on the day of his arrival. It is our understanding that notification immediately prior to Mr. Epstein's departure from the Virgin Islands would still provide the Virgin Islands with ample time to inform jurisdictions of Mr. Epstein's arrival, particularly when notification is done through electronic means and is instantaneous. Moreover, in light of Mr. Epstein extensive record of unerring diligence in providing notice of his travels and complying with his other registration obligations, there are ample grounds to conclude that Mr. Epstein would continue to be fully compliant in both the Virgin Islands and in all other jurisdictions to which the Virgin Islands may have to give notice of Mr. Epstein's travels.

Requiring 72 hours notice of Mr. Epstein prior to his travel would severely restrict his ability to remain flexible to accommodate ever-evolving meeting schedules and locations and the schedules of Mr. Epstein's business and professional colleagues. For example, not infrequently, Mr. Epstein is asked in the early morning to meet in a particular jurisdiction later in the day. Because of the 72-hour notice requirement, in the future, Mr. Epstein would have to wait three days before he could accommodate such a request for a meeting. As another example, assuming Mr. Epstein gave the proper 72-hour notice of a trip to New York, but learned on the day of his intended departure that the persons with whom he was to meet in New York later that day desired to meet in a different location, Mr. Epstein would not be able to meet at the alternative

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

4

location because of the 72-hour notice requirement. In Mr. Epstein's business and professional life, situations like this occur with frequency and regularity, and even a 72-hour notice requirement would obviously have a significantly deleterious effect on his business and professional activities.

For this reason, we respectfully request that Mr. Epstein be permitted to provide notice immediately prior to his departure when traveling outside of the Virgin Islands, provided that Mr. Epstein will endeavor to provide 24-hours notice to the extent he has such advance knowledge of his travel. We understand your requirement that notices come from Mr. Epstein, himself, when he is in the Virgin Islands and providing notice of his travel outside of the Territory, and Mr. Epstein will comply with that requirement.

Another waiver condition contained your the July 25, 2012 letter is that Mr. Epstein provide your office with the address of his temporary lodging while traveling within the United States. Mr. Epstein has and will continue to provide notice to the Department of Justice of the addresses of temporary lodging that are his own homes. In fact, as the extensive volume of Mr. Epstein's travel notification emails to the Department of Justice demonstrate, Mr. Epstein has regularly stayed at his vacation homes when traveling and has so advised the Department of Justice in his travel notifications each time he has done so. Inasmuch as the Department of Justice already has a complete listing of the addresses of all of Mr. Epstein's vacation homes in the registration information Mr. Epstein has provided and updates to the Department of Justice, it was not thought necessary to include the specific addresses of Mr. Epstein's vacation homes in each of the notices. To ensure compliance with the waiver conditions, Mr. Epstein will provide the specific addresses of Mr. Epstein's vacation homes in the travel notices in the future.

However, frequently when Mr. Epstein travels to locations in the United States at which he does not have a vacation home, he has stayed as a guest in the homes of third parties, including business and professional associates. Many times these invitations have been and are extended to Mr. Epstein after arriving in these locations as plans change and meetings extend beyond scheduled times. Thus, originally scheduled hotel reservations are cancelled and new lodging arrangements have to be made (which would again require further notices to the Department of Justice, which would presumably have to send updates to the jurisdictions to which the original notices were previously given). Many of these hosts would be uncomfortable with Mr. Epstein having to provide the addresses of their homes in the travel notifications to the Department of Justice, particularly when the hosts are oftentimes prominent figures whose addresses are not a matter of public knowledge and there is no guarantee that their addresses would not be disclosed in response to FOIA or other Sunshine Law requests. Requiring Mr. Epstein to provide these addresses would likely deter potential hosts from offering Mr. Epstein lodging and thus again interfere with his ability to travel and maintain the necessary flexibility in the conduct his business, professional and other legitimate activities.

It is for this reason that we respectfully request that the waiver condition requiring Mr. Epstein to provide the addresses of his temporary lodging in his notification of travel within the United States be eliminated, provided that when Mr. Epstein stays at his vacation homes while traveling in the United States he will so advise the Department of Justice, and include in the notice the specific address of his vacation home at which he is staying. In all other cases,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

5

consistent with the Federal SORNA Guidelines which authorize jurisdictions to permit frequent inter-jurisdictional travelers, such as long-haul truckers, day laborers, and international border commuters, to provide a most likely itinerary of "normal travel routes" and "general areas" of work, Mr. Epstein should be allowed to provide the general geographic area of his temporary lodging and to provide a cell telephone number at which Mr. Epstein may be contacted at all times while travelling.

We believe that the foregoing proposals are consistent with the Federal SORNA Guidelines and consistent with the balance intended to be achieved in the travel notice amendment as described by both Senator Russell and you at the Rules and Judiciary Committee hearing on June 21, 2012. As has always been the case, Mr. Epstein would continue to provide timely notification to the Department of Justice of his travel before departing the Virgin Islands, so as to enable the Virgin Islands to electronically inform the necessary jurisdictions of this travel. Notice of Mr. Epstein's general geographic location and a contact number to reach him at all times would be provided, as well as his specific address when he stays at his vacation homes. With this balance, the timing and the content of Mr. Epstein's travel notification would provide your office the information it needs without impeding Mr. Epstein's right to travel and conduct his business, professional and other legitimate activities, and would thereby avoid transforming the Act's travel notice provisions into a punitive measure contrary to express legislative intent.

Once again, we appreciate the grant to Mr. Epstein by the Office of the Attorney General of the travel notification waiver as described in your letter of July 25, 2012, and respectfully request that the two waiver conditions described above imposed in that letter be modified as I have proposed. If our request to modify the waiver conditions meets with the approval of your office, please confirm that approval of the modifications as described above by signing this letter below.

If you have any questions or require anything further for a favorable response to this request, please do not hesitate to contact me.

Respectfully,

Maria Tankenson Hodge

Modification of Waiver Conditions As Described Above
Accepted and Agreed To:

_____
Honorable Vincent F. Frazer
Office of the Attorney General of the United States
Virgin Islands

VI-JPM-000012489



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

August 14, 2012

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

Maria Tankenson Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands  00802

Re:   Wavier Request for Travel Notice for J. Epstein

Dear Attorney Hodge:

After careful review of your letter giving additional information to support your client, Jeffery Epstein's request for a shorter period for prior notice whenever he plans to leave the Territory of the Virgin Islands.  In light of the justification set out in your letter of July 30, 2012, I have decided to shorten the notice period and modify the other condition, as follows:

1.     Mr. Epstein will be allowed to notify the Department of Justice of his intention to travel out of the Territory twenty four (24) hours prior to his departure;

2.     Mr. Epstein will be allowed to continue to notify the department when he is staying in one of his stateside homes.  He must provide us with a current list and addresses of each of his stateside homes;

3.     When Mr. Epstein is staying in the home of an associate, he must notify the department of the city and state or country in which he is temporarily staying and his period of stay in the jurisdiction;

4.     When he is staying in a non-private lodging, he or his representative may provide the specifics of the name, city and address of the establishment.

04-38 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
6040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-3236

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000012490

Letter to Attorney Maria Hodge
Page 2

5.     Pursuant to section 9 (4) (iii) of Act No. 7372, Mr. Epstein must provide a copy of the following documents to the department.
   a.  all of his valid driver's licenses issued by any jurisdiction,
   b.  any and all government issued identification cards issued by any jurisdiction,
   c.  any passports issued to him.

I trust that the foregoing conditions will be workable for your client, in light of his frequent trips out of the Territory on business.  All other conditions stated in my letter of July 25, 2012 are in full force and affect.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## Fwd: Privileged and Confidential

J <jeevacation@gmail.com>
Mon 5/13/2019 11:17 AM
To: Shani Pinney <Shani.Pinney@vi.gov>; Kevin Augustin <Kevin.Augustin@doj.vi.gov>; Darren Indyke
< █████████████

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on May 18, 2019 from my permanent residence in the
U.S. Virgin Islands to my vacation home in Palm Beach, Florida, where I expect to stay until
May 21, 2019.  On May 21, 2019, I plan to travel from my vacation home in Palm Beach,
Florida to my vacation home in New York, New York, where I expect to stay until May 24,
2019.  On May 24, 2019, I plan to travel from my vacation home in New York, New York to
my vacation home in Stanley, New Mexico, where I expect to stay until May 29, 2019.  On
May 29, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation
home in New York, New York, where I expect to stay until June 3, 2019.  On June 3, 2019,
I plan to return from my vacation home in New York, New York to my permanent residence in
the U.S. Virgin Islands .

, I then plan to travel on June 10, 2019 from my permanent residence in the U.S. Virgin
Islands to my vacation home in New York, New York, where I expect to stay until June 14,
2019.  On June 14, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in
New York, New York to my residence in Paris, France for business.  I expect to arrive at Le
Bourget Airport in Paris, France at approximately 7:30PM local time on June 14, 2019 and to
remain at my residence in Paris, France until June 20, 2019.  On June 20, 2019, I plan to return
by private aircraft, N212JE, from Paris, France to my permanent residence in the U.S. Virgin
Islands.  I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin
Islands at approximately 11AM on June 20, 2019 and will email your office upon my return on
June 20, 2019.  While traveling abroad, I can be contacted on my mobile telephone number
at 212-533-3739.  In addition, I can be contacted through my business office at 340-775-
2525 or through my attorney, Darren K. Indyke, at █████████████

If you need any further information, please feel free to call Attorney Indyke at ██████████ or
on his mobile telephone number ████████████

Please advise if I need to come to your office in person to provide the above details.  If so, is
there a good time on Wednesday, May 15, 2019, for me to come see you?

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                              VI-JPM-000012492

Please confirm by reply email to me your receipt of this email.  Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]


--
   please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　　VI-JPM-000012493

**Re: Privileged and Confidential**

J <jeevacation@gmail.com>
Wed 5/15/2019 12:31 PM
**To:** Shani Pinney <Shani.Pinney@vi.gov>

212Je. Gulfstream

On Wed, May 15, 2019 at 11:27 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
Good Morning,

I am preparing the paperwork for your travel and I need the aircraft you will travel on from here to the mainland and when traveling from state to state.

—————————————————————————————————————————————————

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, May 13, 2019 11:16 AM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Fwd: Privileged and Confidential


Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:      Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on May 18, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in Palm Beach, Florida, where I expect to stay until May 21, 2019.  On May 21, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until May 24, 2019.  On May 24, 2019, I plan to travel from my vacation home in New York, New York to my vacation home in Stanley, New Mexico, where I expect to stay until May 29, 2019.  On May 29, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation home in New York, New York, where I expect to stay until June 3, 2019.  On June 3, 2019, I plan to return from my vacation home in New York, New York to my permanent residence in the U.S. Virgin Islands .

, I then plan to travel on June 10, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in New York, New York, where I expect to stay until June 14, 2019.  On June 14, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my residence in Paris, France for business.   I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on June 14, 2019 and to remain at my residence in Paris, France until June 20, 2019.  On June 20, 2019, I plan to

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012494

return by private aircraft, N212JE, from Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on June 20, 2019 and will email your office upon my return on June 20, 2019. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at ▮▮▮▮▮▮▮▮▮▮▮

If you need any further information, please feel free to call Attorney Indyke at ▮▮▮▮▮▮ ▮▮▮ or on his mobile telephone number ▮▮▮▮▮▮▮▮▮▮▮

Please advise if I need to come to your office in person to provide the above details. If so, is there a good time on Wednesday, May 15, 2019, for me to come see you?

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012495

**Re: Privileged and Confidential**

J <jeevacation@gmail.com>
Wed 5/15/2019 12:31 PM
To: Shani Pinney <Shani.Pinney@vi.gov>

212Je. Gulfstream

On Wed, May 15, 2019 at 11:27 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
Good Morning,

I am preparing the paperwork for your travel and I need the aircraft you will travel on from here to the mainland and when traveling from state to state.

From: J <jeevacation@gmail.com>
Sent: Monday, May 13, 2019 11:16 AM
To: Shani Pinney; Kevin Augustin; Darren Indyke
Subject: Fwd: Privileged and Confidential

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on May 18, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in Palm Beach, Florida, where I expect to stay until May 21, 2019. On May 21, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until May 24, 2019. On May 24, 2019, I plan to travel from my vacation home in New York, New York to my vacation home in Stanley, New Mexico, where I expect to stay until May 29, 2019. On May 29, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation home in New York, New York, where I expect to stay until June 3, 2019. On June 3, 2019, I plan to return from my vacation home in New York, New York to my permanent residence in the U.S. Virgin Islands .

, I then plan to travel on June 10, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in New York, New York, where I expect to stay until June 14, 2019. On June 14, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my residence in Paris, France for business. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on June 14, 2019 and to remain at my residence in Paris, France until June 20, 2019. On June 20, 2019, I plan to

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012496

return by private aircraft, N212JE, from Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on June 20, 2019 and will email your office upon my return on June 20, 2019. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at ████████████

If you need any further information, please feel free to call Attorney Indyke at ████████ ████ or on his mobile telephone number ██████████████

Please advise if I need to come to your office in person to provide the above details. If so, is there a good time on Wednesday, May 15, 2019, for me to come see you?

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved
--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                    VI-JPM-000012497

## Re: Privileged and Confidential

J <jeevacation@gmail.com>
Wed 5/15/2019 12:31 PM
To: Shani Pinney <Shani.Pinney@vi.gov>

212Je. Gulfstream

On Wed, May 15, 2019 at 11:27 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
Good Morning,

I am preparing the paperwork for your travel and I need the aircraft you will travel on from here to the mainland and when traveling from state to state.

From: J <jeevacation@gmail.com>
Sent: Monday, May 13, 2019 11:16 AM
To: Shani Pinney; Kevin Augustin; Darren Indyke
Subject: Fwd: Privileged and Confidential

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:      Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on May 18, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in Palm Beach, Florida, where I expect to stay until May 21, 2019.  On May 21, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until May 24, 2019.  On May 24, 2019, I plan to travel from my vacation home in New York, New York to my vacation home in Stanley, New Mexico, where I expect to stay until May 29, 2019.  On May 29, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation home in New York, New York, where I expect to stay until June 3, 2019.  On June 3, 2019, I plan to return from my vacation home in New York, New York to my permanent residence in the U.S. Virgin Islands .

, I then plan to travel on June 10, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in New York, New York, where I expect to stay until June 14, 2019.  On June 14, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my residence in Paris, France for business.   I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on June 14, 2019 and to remain at my residence in Paris, France until June 20, 2019.  On June 20, 2019, I plan to

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                        VI-JPM-000012498

return by private aircraft, N212JE, from Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on June 20, 2019 and will email your office upon my return on June 20, 2019. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at ▮▮▮▮▮▮▮

If you need any further information, please feel free to call Attorney Indyke at ▮▮▮▮▮▮ ▮▮▮ or on his mobile telephone number ▮▮▮▮▮▮▮▮▮.

Please advise if I need to come to your office in person to provide the above details. If so, is there a good time on Wednesday, May 15, 2019, for me to come see you?

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved
--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012499

## Carol Thomas-Jacobs

| | |
|---|---|
| **From:** | Clive Rivers |
| **Sent:** | Thursday, June 20, 2019 8:25 AM |
| **To:** | Denise George |
| **Cc:** | Erika Kellerhals; Carol Jacobs |
| **Subject:** | Re: L to George |

Good morning Denise

Erika and I would like to meet with you. What does your schedule look like next week?

Clive Rivers

Sent from my iPhone

On Jun 17, 2019, at 6:20 PM, Denise George <Denise.George@doj.vi.gov> wrote:

> Good day,
>
> There is no specific information that I am seeking at this time. Please submit reasonable and reliable proof as required by statute. If the travel notifications are helpful in your submission of the required proof, you may submit.
>
> Regards,
>
> **Denise N. George, Esq.**
> **Attorney General Nominee**
> **Virgin Islands Department of Justice**
> **Office of the Attorney General**
> **34-38 Kronprindsens Gade**
> **GERS Complex, 2nd Floor**
> **St. Thomas, VI  00802-5749**
> **(340) 774-5666**
> Denise.George@doj.vi.gov
>
> *Please Print Responsibly*
> *This email transmission contains confidential and privileged information.  This information is intended solely for use by the individual/ entity named as the recipient hereof.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited.*
>
>
>
> **From:** Erika Kellerhals <
> **Sent:** Monday, June 17, 2019 5:55 PM
> **To:** Denise George <Denise.George@doj.vi.gov>
> **Cc:** ccrivers64@gmail.com; Carol Jacobs <Carol.Jacobs@vi.gov>
> **Subject:** Re: L to George

1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012500

Good day Attorney George. I am following up on my email of June 7th.   We are in the process of compiling the information you requested in your correspondence. However, before we finalize, I wanted to inquire as to whether there was any specific information you are looking for that constitutes "reasonable and reliable proof" that Mr. Epstein travels frequently outside the U.S.  Neither the VI Code, nor the SORNA guidelines define "reasonable and reliable proof" and in an attempt to get this matter resolved as soon as possible, we want to ensure you have all of the information you need to make a determination.

I also need your guidance as to whether you would like us to compile all of the notifications of travel that have been sent to Shani Pinney since 2012 or if you are able to obtain those documents from within your own agency.

Please let us know.

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC

9053 Estate Thomas, Suite 101
St. Thomas VI 00802

On Jun 2, 2019, at 8:50 PM, Erika Kellerhals <ekellerhals@kelfer.com> wrote:

Thank you for your correspondence Attorney George. We will pull together the information you requested and provide it ASAP.

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC

9053 Estate Thomas, Suite 101
St. Thomas VI 00802

On Jun 2, 2019, at 8:24 PM, Denise George <Denise.George@doj.vi.gov> wrote:

Good day Attorney Kellerhals and Attorney Rivers,

This email is in response to your correspondence dated April 30, 2019, in which you request the Department of Justice ("VIDOJ") to

2

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

reconsider the terms of your client's sexual offender travel notification requirements as set forth in the March 14, 2019 letter from former Acting Attorney General Carol Thomas Jacobs. I will need additional information from Mr. Epstein prior to making that determination.

As you are well aware, my role as the Attorney General is to ensure that the laws of the territory are faithfully executed without passion or prejudice. This, of course, includes monitoring and enforcing the provisions of the *Sexual Offender Registration and Community Protection* laws codified at 14 V.I.C. § 1721, *et seq.* The primary purpose behind these sections of law is to protect the safety of communities from the dangers posed by sexual offenders like Mr. Epstein, through ensuring that such criminal sex offenders are registered and that their whereabouts are accounted for and verified at all times within the United States, its territories and abroad.

While my predecessors have apparently had differing interpretations of Title 14, Section 1724(b)(4) of the Virgin Islands Code, it is my understanding that the 21-day in-person notification for international travel can only be waived upon a showing of *"reasonable and reliable proof satisfactory to the Department of Justice"* that your client frequently travels internationally for business or some other legitimate purpose.

In this particular case, I have not been presented with any documentation of such proof, nor does the VIDOJ have any record of such documentation ever having been submitted to the VIDOJ. I am therefore requesting that you forward to the VIDOJ a copy of the documentation that was originally submitted to Attorney General Frazer that validated such a waiver, as well as any and all supporting documentation from 2012 until the present that would substantiate compliance with the original terms offered by the former Attorney General. Only after receiving and reviewing this information can I make a determination as to what terms of international travel your client must abide by. At the same time, a further determination will be made regarding the travel terms your client must comply with regarding travel from the territory to jurisdictions within the United States. Until this review is completed, the Department is requiring that the current terms of Mr. Epstein's travel—both internationally and nationally—be strictly adhered to.

Please feel free to contact me with any questions or concerns with the request stated above.

Best regards,

**Denise N. George, Esq.**
**Attorney General Nominee**
**Virgin Islands Department of Justice**
**Office of the Attorney General**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    VI-JPM-000012502

34-38 Kronprindsens Gade
GERS Complex, 2nd Floor
St. Thomas, VI 00802-5749
(340) 774-5666
Denise.George @doj.vi.gov

**From:** Erika Kellerhals <​████████████████​>
**Sent:** Sunday, June 2, 2019 3:34 PM
**To:** Denise George <Denise.George@doj.vi.gov>
**Subject:** Re: L to George

Good afternoon Attorney George.

Please send any correspondence regarding Mr. Epstein to both Attorney
Rivers and me. Thank you.

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas Suite 101
St. Thomas, VI 00802



Notice: This communication may contain privileged or other confidential information. If you are
not the intended recipient, or believe that you have received this communication in error, please
do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please
indicate to the sender that you have received this e-mail in error, and delete the copy you
received. Thank you.

On Sun, Jun 2, 2019 at 3:24 PM Denise George
<Denise.George@doj.vi.gov> wrote:

Good day Attorney Kellerhals, are you still representing Mr. Epstein in
this matter or should I send my correspondence to Attorney Rivers.
Please advise. Thank you.

4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   VI-JPM-000012503

**From:** Erika Kellerhals ████████████████
**Sent:** Monday, May 6, 2019 3:40 PM
**To:** Denise George <Denise.George@doj.vi.gov>
**Subject:** Re: L to George

Good afternoon. I just wanted to confirm that you received my email of last week.

Erika A. Kellerhals

Member

Kellerhals Ferguson Kroblin PLLC

9053 Estate Thomas, Suite 101

St. Thomas VI 00802



On May 1, 2019, at 9:56 AM, Erika Kellerhals
████████████████ wrote:

> Good morning Attorney General George. I hope this email finds you well. First off, I must apologize profusely for incorrectly addressing my prior correspondence to you. I regret the oversight. To that end, I have attached a corrected letter to this email.

> Once you have a chance to review, we would welcome the opportunity to discuss this further with you. I am traveling outside the territory for the next 5 days - but you can always reach me on my cell at ████████

5

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012504

Thank you in advance.

Erika A. Kellerhals

Member

Kellerhals Ferguson Kroblin PLLC

Royal Palms Professional Building

9053 Estate Thomas Suite 101

St. Thomas, VI 00802

Email: 

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

<2019-04.30 Ltr to Denise George_Corrected.pdf>

6

7/8/2019

Mail - Shani Pinney - Outlook

## Mr. Jeffrey Epstein

Darren Indyke ▨

Sat 6/29/2019 1:32 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke ▨; Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

I have not received confirmation of my last email.  I am sending this to you in an abundance of caution to ensure that you have notice of Mr. Epstein's modified travel plans.

Mr. Epstein will remain at 22 Avenue Foch in Paris, France until July 14, 2019.  On July 14, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France to 9 East 71st Street, New York, New York.  He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on July 14, 2019 and to stay at 9 East 71st Street, New York, New York until July 20, 2019.  On July 20, 2019, Mr. Epstein plans to travel from New York, New York to 358 El Brillo Way in Palm Beach, Florida, where he expects to stay until July 21, 2019.  On July 21, 2019, Mr. Epstein plans to return from Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands.  He will email your office upon his return on July 21, 2019.

This is also to advise you that on July 24, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to 22 Avenue Foch in Paris, France.  He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on July 24, 2019 and to remain at 22 Avenue Foch in Paris, France until August, 3, 2019. On August 3, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from Paris, France to his permanent residence in the U.S. Virgin Islands.  He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 12:00PM local time on August 3, 2019 and will email your office upon his return on August 3, 2019.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012506

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at <u>212-533-3739</u>. In addition, he can be contacted at his business office at <u>340-775-2525</u> or through me at ▮▮▮▮▮▮▮▮▮▮▮▮

If you need any further information, please also feel free to call me at ▮▮▮▮▮▮ ▮▮▮ or on my mobile telephone number ▮▮▮▮▮▮▮▮▮

Please confirm by reply email to me your receipt of this email.  Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE



**************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke -- All rights reserved.
**************************************************************************

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012507

**Mr. Jeffrey Epstein**

Darren Indyke <

Sat 6/29/2019 1:32 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke              Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:    Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

I have not received confirmation of my last email. I am sending this to you in an abundance of caution to ensure that you have notice of Mr. Epstein's modified travel plans.

Mr. Epstein will remain at 22 Avenue Foch in Paris, France until July 14, 2019. On July 14, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France to 9 East 71st Street, New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on July 14, 2019 and to stay at 9 East 71st Street, New York, New York until July 20, 2019. On July 20, 2019, Mr. Epstein plans to travel from New York, New York to 358 El Brillo Way in Palm Beach, Florida, where he expects to stay until July 21, 2019. On July 21, 2019, Mr. Epstein plans to return from Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on July 21, 2019.

This is also to advise you that on July 24, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to 22 Avenue Foch in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on July 24, 2019 and to remain at 22 Avenue Foch in Paris, France until August, 3, 2019. On August 3, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 12:00PM local time on August 3, 2019 and will email your office upon his return on August 3, 2019.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000012508

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at 212-533-3739. In addition, he can be contacted at his business office at 340-775-2525 or through me at

If you need any further information, please also feel free to call me at
or on my mobile telephone number

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE



***************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
***************************************************************************************

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                      VI-JPM-000012509

7/8/2019                                    Mail - Shani Pinney - Outlook

## Mr. Jeffrey Epstein

Darren Indyke ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sat 6/29/2019 1:32 PM
To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke ▮▮▮▮▮▮▮▮▮▮▮; Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:     Mr. Jeffrey Epstein – Travel Notice

Dear Ms. Pinney:

I have not received confirmation of my last email. I am sending this to you in an
abundance of caution to ensure that you have notice of Mr. Epstein's modified travel
plans.

Mr. Epstein will remain at 22 Avenue Foch in Paris, France until July 14, 2019. On July
14, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue
Foch in Paris, France to 9 East 71st Street, New York, New York. He expects to
arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local
time on July 14, 2019 and to stay at 9 East 71st Street, New York, New York until
July 20, 2019. On July 20, 2019, Mr. Epstein plans to travel from New York, New
York to 358 El Brillo Way in Palm Beach, Florida, where he expects to stay until July
21, 2019. On July 21, 2019, Mr. Epstein plans to return from Palm Beach, Florida to
his permanent residence in the U.S. Virgin Islands. He will email your office upon
his return on July 21, 2019.

This is also to advise you that on July 24, 2019, Mr. Epstein plans to travel by
private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to
22 Avenue Foch in Paris, France. He expects to arrive at Le Bourget Airport in Paris,
France at approximately 7:30PM local time on July 24, 2019 and to remain at 22
Avenue Foch in Paris, France until August, 3, 2019. On August 3, 2019, Mr. Epstein
plans to return by private aircraft, N212JE, from Paris, France to his permanent
residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King
International Airport in St. Thomas, U.S. Virgin Islands at approximately 12:00PM
local time on August 3, 2019 and will email your office upon his return on August 3,
2019.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                              VI-JPM-000012510

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at 212-533-3739. In addition, he can be contacted at his business office at 340-775-2525 or through me at ▮▮▮▮▮▮▮▮▮

If you need any further information, please also feel free to call me at ▮▮▮▮▮▮▮ ▮▮▮ or on my mobile telephone number ▮▮▮▮▮▮▮

Please confirm by reply email to me your receipt of this email.  Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE



**************************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke.  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke -- All rights reserved.
**************************************************************************************************

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012511



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## <u>Out of Territory Travel</u>

Full name: <u>Jeffrey Epstein</u>

Personal Information:   DOB: ███████   Sex: <u>M</u>   Hair: <u>Gray</u>
Eyes: <u>Blue</u>   Height: <u>6'0</u>   Weight: <u>170</u>

Contact Information (Name, Address and Telephone Number of Destination):

<u>06/10/19-06/14/19: 9 E 71ˢᵗ St, New York, NY</u>

<u>06/14/19-06/20/19: 22 Avenue Foch Apt 2DD, Paris 75116, Pars, France</u>

Purpose of Travel: <u>Business</u>

Date Leaving: <u>06/10/19</u>   Date Returning: <u>06/14/19</u>

Method of Travel: <u>212Je. Gulfstream & N212JE,</u>

Type of proof provided: Airline Itinerary _____   Vessel Itinerary ___

Driver's License #: ███████

1. Offense (Description of Offense):

<u>Procuring a person under age of 18 for prostitution</u>

Felony: <u>x</u>   Misdemeanor: _____

2. Offense (Description of Offense):

_____

Felony: _____   Misdemeanor: _____

3. Offense (Description of Offense):

_____

VIDOJ/SOR-7

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012512

Felony: _____   Misdemeanor: _____

Tier: ____I_____   Duration of Registration period:  15 years _____

Upon Arrival in your Destination Please Report to:  __New York, NY__ contact the monitoring unit upon arrival
                                                     (212) 323-7101 _____

                                           BY _____ Noted Above _____
                                                        (MM/DD/YY)

Completed By: _____   Date: _____
              Sexual Registry Coordinator

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

SOR-5

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                        VI-JPM-000012513



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## Out of Territory Travel

Full name: Jeffrey Epstein

Personal Information:   DOB: ███████   Sex: M   Hair: Gray

Eyes: Blue   Height: 6'0   Weight: 170

Contact Information (Name, Address and Telephone Number of Destination):

05/18/19-05/21/19: 358 El Brillo, Palm Beach, FL

05/21/19-05/24/19: 9 E 71ˢᵗ St, New York, NY

05/24/19-05/29/19: 49 Zora Ranch, RD, Stanley, NM

05/29/19-06/03/19: 9 E 71ˢᵗ St, New York, NY

Purpose of Travel: Business/leisure

Date Leaving: 05/18/19   Date Returning: 06/03/19

Method of Travel:   212Je. Gulfstream

Type of proof provided: Airline Itinerary _____   Vessel Itinerary _____

Driver's License #: ██████████

1. Offense (Description of Offense):

   Procuring a person under age of 18 for prostitution

Felony: _x_   Misdemeanor: _____

2. Offense (Description of Offense):

Felony: _____   Misdemeanor: _____

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012514

3. Offense (Description of Offense):

_____

Felony: _____   Misdemeanor: _____

Tier: ___I_____   Duration of Registration period: _15 years___

Upon Arrival in your Destination Please Report to: _Palm Beach, FL  Stockade Sheriff's Office upon arrival_
_(561) 688-4990 (more than 3 days); New York, NY_
_contact the monitoring unit upon arrival (212) 323-7101;_
_Stanley, NM Torrance County Sheriff's Office upon arrival_
_(505) 705-4034 (more than 5 days)_____

_____

_____

BY _____Noted Above_____
                    (MM/DD/YY)

Completed By: _____   Date: _____
                Sexual Registry Coordinator

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

SOR-5

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   VI-JPM-000012515