# EXHIBIT 84

| | |
|---|---|
| **Message** | |
| **From:** | Shani Pinney [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=26DE49538FAC41389B41EA85AAD6EDB0-SHANI PINNE] |
| **Sent:** | 2/25/2019 11:07:22 AM |
| **To:** | J [jeevacation@gmail.com]; Kevin Augustin [kevin.augustin@doj.vi.gov] |
| **Subject:** | Re: Registration & Travel |

There appears to be some issues at the time with our main line. I'll give you a call shortly.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 25, 2019 11:04 AM
**To:** Shani Pinney; Kevin Augustin
**Subject:** Re: Registration & Travel

we keep trying to call  no answer

On Mon, Feb 25, 2019 at 9:09 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
> Good Morning,
>
> I have not received notice from Attorney Indyke.
>
> I can be reached at the DOJ number 340-774-5666.
>
> **From:** J <jeevacation@gmail.com>
> **Sent:** Friday, February 22, 2019 12:03 PM
> **To:** Shani Pinney; Kevin Augustin; Darren Indyke
> **Subject:** Re: Registration & Travel
>
> did you recieve  attny Indykes  new notice .?    and may I have a number on which you can be reached this afternoon.
>
> On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
>> Thank you.
>>
>> I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.
>>
>> **From:** J <jeevacation@gmail.com>
>> **Sent:** Friday, February 22, 2019 10:19 AM
>> **To:** Shani Pinney
>> **Subject:** Re: Registration & Travel

Date: Tue, Feb 19, 2019 at 8:30 PM
Subject:
To: Shani Pinney <shani.pinney@vi.gov>, Darren Indyke <...>

S. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re:   Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney,

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International Airport in Puerta Plata, Dominican Republic at approximately 1.00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive at Palm Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On February 28, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, from my vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1.00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED]. I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

(The foregoing signature constitutes the electronic signature of Jeffrey Epstein)

---

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:
Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney  ,  i am on island until tues at noon  , and will  not return to the territory until the 20th of march,   my registration date is march 5  , woudl you prefer i wait until my return or would you prefer i come in tues mornng.   thx,

--
     please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and

destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved


--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved