# EXHIBIT 86



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

March 14, 2019

Jeffrey Epstein
6100 Red Hook, Suite B3
St. Thomas, VI 00802-1348

Dear Mr. Epstein:

The United States Virgin Islands Department of Justice ("USVIDOJ") understands that your business activities require you to make frequent trips outside of the Territory to the United States destinations and international destinations. While provisions were granted in the past, upon our careful review and consideration these are the conditions to which you must now comply:

1. Notification of any travel outside of the U.S. Virgin Islands must be provided in person at USVIDOJ when you are in the Territory;

2. Notification by email can only serve as notification if you are already outside the jurisdiction and planning on traveling to another destination or to notify of a change in the length of your travels while you are outside the Territory;

3. You are required to appear in person at USVIDOJ at least twenty one calendar days prior to any intended travel outside of the United States; and

4. If a reduction in the 21 day notification is requested, you must submit information in support of the request for approval at the discretion of USVIDOJ.

When you appear in person to inform of your intent to travel, you must provide the following information:

- Destination
- Dates of travel
- Places of arrival and departure
- Itinerary details
- Address or, in lieu, telephone contact information
- Purpose of travel
- Any other required information

These requirements are pursuant to Chapter 86, Section 1724 (b) of the Virgin Islands Code and H.R.515 - International Megan's Law.

04-08 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
6040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-0236

Jeffrey Epstein
March 14, 2019
Page 2

Mr. Epstein, please understand that the previous provisions for your travel notifications are no longer accepted by USVIDOJ and you must comply immediately with the conditions noted above. We thank you for you cooperation and trust that you will adhere to these conditions.

Sincerely,

Carol Thomas-Jacobs, Esq.
Acting Attorney General

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012329

# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

**Notification of Duty to Report Travel**

Name of recipient: Jeffrey Epstein

On this 15th day of Mar, 2019, I have been advised, and I understand,

**Travel to US Jurisdictions**

1. That pursuant to Chapter 86, Section 1724 (b) (1) in the event of a change in temporary lodging, I am required to inform the Virgin Islands Department of Justice, in person, of any changes to my temporary lodging information and shall notify the jurisdiction in which I will be temporarily staying. ____ Initials

2. That "temporary lodging" refers to a place where I abide, lodge, or reside, including, but not limited to vacation, business, or personal travel destinations outside of the U.S. Virgin Islands. ____ Initials

**International Travel**

1. That pursuant to Chapter 86, Section 1724 (b) (4) I am required to appear in person at the Virgin Islands Department of Justice at least twenty one (21) calendar days prior to any intended travel outside of the United States and provide pertinent travel information. ____ Initials

2. If a reduction in the 21-day notice requirement is requested, I must submit information in support of the request for approval at the discretion of the Department of Justice. ____ Initials

**Required Information for Travel**

1. That when I appear in person to inform the Department of Justice of my intent to travel, I must provide the following information:
   - i. Destination
   - ii. Dates of travel
   - iii. Places of arrival and departure
   - iv. Itinerary details
   - v. Address or, in lieu, telephone contact information
   - vi. Purpose of travel
   - vii. Any other required information ____ Initials

VIDOJ/SOR-16

I have also been advised, and understand, that failure to comply with these obligations subjects me to prosecution for failure to register or update my registration pursuant to:

1. Virgin Islands Code, Title 14, Section 1730, punishable by a fine not less than $3,000 nor more than $5,000, or imprisonment for not less than three months nor more than two years, or both; and ...

2. Federal Law, 18 U.S.C. Section 2250, punishable by up to 10 years of imprisonment.

**On this date, I was given a copy of this notification.**

Signature of Recipient

3/15/19
Date

VIDOJ-SOR2

14 VIC 1724

Virgin Islands from another jurisdiction for the purpose of establishing residency, employment, or becoming a student or who did not intend to but who eventually establishes residency, obtains employment or becomes a student within the jurisdiction of this territory shall register within three (3) business days of moving to or returning to the Territory.

* **(b)** All sex offenders required to register in this jurisdiction shall immediately notify the Department of Justice in writing to report the following changes within the prescribed time period and in accordance with the following:

* **(1)** Except as indicated in 1724(b)(4) below, all sex offenders required to register in this jurisdiction shall appear in person at the Department of Justice within three (3) business days after a change is made to update any changes to their name, residence (including termination of residency), temporary lodging information, vehicle information, internet identifiers, or telephone numbers. In the event of a change in temporary lodging, all sex offenders required to register in this jurisdiction shall within three (3) business days inform the Department of Justice, in person, of any changes to their temporary lodging information and both the sex offender and the Department of Justice shall notify within three (3) business days the jurisdiction in which the sex offender will be temporarily staying.

**(2)** Any sex offender who is a student in any capacity including, but not limited to, an intern or apprentice within the jurisdiction of the territory of the United States Virgin Islands, regardless of location, that changes their school, or otherwise terminates their schooling, or resumes their schooling shall within three (3) business days appear in person at the Department of Justice to update that information. The Department of Justice shall ensure that each jurisdiction in which the sex offender is required to register, or was required to register prior to the updated information being given, are notified within three (3) business days of the change.

**(3)** Any sex offender who is employed in the territory of the United States Virgin Islands in any capacity, including, but not limited to the Government of the Virgin Islands or a private employer or is otherwise employed within the territory of the United States Virgin Islands, regardless of location, that changes their employment, or otherwise terminates their employment, shall appear within three (3) business days in person at the Department of Justice to update that information. The Department of Justice shall ensure that each jurisdiction in which the sex offender is required to register prior to the updated information being given, are notified within three (3) business days of the change.

* **(4)** All sex offenders required to register in this jurisdiction shall appear in person at the Department of Justice at least twenty one (21) calendar days prior to any intended travel outside of the United States and provide information about their intended travel as provided in section 1726; however, a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice, that he travels frequently outside the United States for work or other legitimate purposes, or a sex offender who travels outside the United States for

emergency situations, shall notify the Department of Justice prior to departure, by telephone or in writing, of travel outside the United States for periods of 48 hours or less, and shall notify the Department of Justice in writing at least 24 hours before traveling outside of the United States for periods of more than 48 hours, and, in any such case, shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction; provided, however that the Attorney General may at his discretion reduce this twenty-one (21) day notice requirement if a sex offender requests such a reduction and provides information in support of the request.

**(c)** Before moving from the United States Virgin Islands to another jurisdiction within the United States, a person required to register shall register his new address, temporary or permanent, with the Department of Justice before he leaves the territory. Upon arriving in the new state, territory or Indian tribe, a person required to register shall report said arrival to the Department of Justice and register with the agency responsible for registering sex offenders in the new state, territory or Indian tribe of residency within three (3) days of his arrival. The registration information of that person will be removed from the Virgin Islands registry when proof is provided showing that he is registered in the new state, territory or Indian tribe. If a person required to register moves to a foreign country, he must register his new address with the Department of Justice before he leaves the territory and register in the foreign country if there is a registration requirement in that country.

**(d)** A sex offender who is required to register shall, at a minimum, appear in person at the Department of Justice for the purposes of verification and keeping their registration current in accordance with the following time frames:

**(1)** For "Tier 1" offenders, once every year for 15 years from the time of release from custody for a sex offender who is incarcerated for the registration offense or from the date of sentencing for a sex offender who is not incarcerated for the registration offense.

**(2)** For a "Tier 2" offenders, once every 180 days for 25 years from the time of release from custody for a sex offender who is incarcerated for the registration offense or from the date of sentencing for a sex offender who is not incarcerated for the registration offense.

**(3)** For "Tier 3" offenders, once every 90 days for the rest of their lives.

**(4)** For sex offenders classified in Tier 1, Tier 2 or Tier 3 who are homeless, once every week for the period of years prescribed above based upon his or her tier classification until he or she declares a permanent residence after which the frequency of registration shall be as prescribed above according to his or her tier classification.

**(e)** A sex offender may have their period of registration reduced as follows:

**(1)** A "Tier 1" sex offender may have his or her period of registration reduced to 10 years only after he or she has maintained a clean record for 10 consecutive years and the Sex Offender Registry Board has made a favorable determination regarding the risk of re-offense and the degree of dangerousness the sex offender poses to the community.

14 VIC 1726

**(ii)** a general description of the sex offender's physical appearance or characteristics, and

**(iii)** any identifying marks, such as, but not limited to, scars, moles birthmarks or tattoos.

**(12)** All licenses issued to the sex offender which authorizes the sex offender to engage in an occupation or carry out a trade or business.

**(13)** Information related to the sex offender's residence, which includes:

**(i)** the address of each residence at which the sex offender resides or will reside pursuant to the definition of "reside" or "resides" provided in this chapter, and

**(ii)** any location or description that identifies where the sex offender habitually resides regardless of whether it pertains to permanent residence or location otherwise identifiable by a street or address.

**(14)** Information related to a sex offender's school, which includes:

**(i)** the address of each school where the sex offender is or will be a student, and

**(ii)** [sic] the name of each school the sex offender is or will be a student as defined in this chapter.

**(15)** A valid social security number for the sex offender and all social security numbers used by the sex offender in the past, valid or otherwise.

* **(16)** A sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice, that he travels frequently outside the United States for work or other legitimate purposes, and a sex offender who travels outside the United States for emergency situations, shall notify the Department of Justice prior to departure, by telephone or in writing, of travel outside the United States for periods of 48 hours or less, and shall notify the Department of Justice in writing at least (24) hours before traveling outside of the United States for periods of more than (48) hours; and, in any such case, shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction; however, the Attorney General may, at his discretion, reduce the 21 day notice requirement, if a sex offender requests such a reduction and provides information in support of the request, satisfactory to the Department of Justice. The information must include:

**(i)** identifying information of the temporary lodging locations, including addresses and names, or, in the case of a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice, that he travels for work or other legitimate purposes frequently, reliable information regarding general travel locations and areas of work in lieu of specific addresses, and contact telephone information at which the sex offender can be contacted without unreasonable delay at all times while traveling away from the Virgin Islands; and

**(ii)** The dates the sex offender will be staying at each temporary lodging location, or in such general locations and areas of work; and

**(17)** The text of each provision of law defining the criminal offense(s) for which the sex offender is registered.

**(18)** Information related to all vehicles owned or operated by the sex offender for work or personal use including land vehicles, aircraft and watercraft, which includes:

**(i)** license plate numbers;

**(ii)** registration numbers or identifiers;

**(iii)** [sic] general description of the vehicle to include color, make, model, and year; and

**(iv)** any permanent or frequent location where any covered vehicle is kept.

* **(19)** Within the 21 days prior to traveling outside of the United States, a sex offender shall notify the Department of Justice in writing of the information listed in this paragraph, but a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice that he travels frequently outside the United States for work or other legitimate purposes, and a sex offender who travels outside the United States for emergency situations, shall provide notification to the Department of Justice under this section by telephone or in writing prior to departure for periods of 48 hours or less, and shall notify the Department of Justice in writing at least 24 hours before traveling outside of the United States for periods of more than 48 hours, and, in any such case, shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction; however, the Attorney General may, at his discretion, reduce the 21-day notice requirement if a sex offender requests such a reduction and provides information in support of the request. The sex offender engaged in travel subject to this section shall provide the following information:

**(i)** Destination;

**(ii)** Dates of travel;

**(iii)** Places of arrival and departure;

**(iv)** Itinerary details or, in the case of a sex offender, reasonable and reliable proof satisfactory to the Department of Justice that he travels outside the United States for work or other legitimate purposes frequently, or a sex offender who travels outside the United States for emergency situations, reliable information regarding general travel locations and areas of work in lieu of specific itinerary information;

**(v)** Address or, in lieu of address, contact telephone information at which the sex offender can be contacted without unreasonable delay at all times while in the destination country;

**(vi)** Purpose of travel;

**(vii)** Such other information as may be required by the Attorney General; and

**(viii)** In addition to any other information-sharing requirements of the chapter, any information regarding a sex offender's intended or actual travel outside of the United States must be immediately forwarded by the Department of Justice to the United States Marshals Service.

* **(20)** Any other information required by the Attorney General.

**(c)** The Department of Justice shall establish policies and procedures to ensure the following:

VIRGIN ISLANDS DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

# SEXUAL OFFENDER REGISTRATION FORM

**FOR USE BY LAW ENFORCEMENT AGENCIES**

## PLEASE PRINT - COMPLETE ALL SECTIONS

**SECTION A – Tier/Status**
[ X ] Tier I
[ ] Tier II
[ ] Tier III

**SECTION B**
[ ] New Registration
[ ] Modify Data
[X] Renewal Registration

**SECTION B**
[ ] Parole
[ ] Probation
[ ] Supervised Release

**SECTION D – Registration Information**
Name: EPSTEIN (Last) JEFFREY (First) EDWARD (Middle) Alias: ______ SSN#: [redacted] Alien #: ______
DOB: [redacted] (M/D/Y) POB: NEW YORK VI Driver's License#: [redacted] Exp. Date: [redacted] (M/D/Y)
Race: CAUC. Sex: M Ht. 6'0" Wt.: 175LBS Hair: GRAY Eyes: BLUE Scars, Marks, Tattoos: NONE

**SECTION E – Residence [ ]**
Physical Address: LITTLE SAINT JAMES, VI 00802
Mailing Address: 6100 RED HOOK, SUITE B3, STT VI 00802
Temporary Address: ______
Contact #: Home: ______ Cellular: (212) 553-3759

Closest Living Relative [ ] N/A
Name: MARK EPSTEIN Relationship: BROTHER
Address: NEW YORK
Contact #: Home: ______ Cellular: (917) 543-2432

**SECTION F – Internet Identifiers** -List any and all email addresses used, Instant Messaging addresses and identifiers, designations or monikers in internet communications and postings, and all social network identifiers. [ ] N/A

EMAILS ON FILE

**SECTION G – Employment** [ X ] Employed [ ] Unemployed
Employer: SOUTHERN TRUST Contact Person: ______ Occupation: OWNER
Telephone: (340) 775-2525 Address: 6100 RED HOOK, SUITE B3 Date Employment: ______
Employer: ______ Contact Person: ______ Occupation: ______
Telephone: ______ Address: ______ Date Employment: ______

**SECTION H – Volunteer Information [ ] N/A**
Organization: ______ Contact Person: ______ Duties: ______
Telephone: ______ Address: ______
Organization: ______ Contact Person: ______ Duties: ______
Telephone: ______ Address: ______

**SECTION I – Occupational License Information [ X ] N/A**
Date: ______ Occupational License Issuer: ______

**SECTION J – Education Information [X ] N/A** Dates Enrolled: ______
School: ______ Address: ______

**SECTION K – Vehicle, Trailer, Vessel, Etc. [ ] N/A**
Description (Year/Make/Model/Color Scheme): VEHICLES ON FILE
License Plate#: ______ VIN#: ______ Permanent/Frequent Location of Vehicle: ______

VIDOJ/SOR-1

**FORM NOT COMPLETE – TURN PAGE OVER TO CONTINUE**

**SECTION L – Offense Information** **VICTIM** [ ] Adult [ X ] Minor [ ] Acquitted by Reason of Insanity

| Date of Conviction | Offense Committed | Victim (Sex/Age) | Place of Conviction | Court/Court No. | AG No. |
|---|---|---|---|---|---|
| 06/30/2008 | PROCURING A MINOR FOR PROSTITUTION | F/-18 | FLORIDA | | |
| | | | | | |

**Are You Registered as a Sex Offender in another State: [ ] NO [ X ] YES**
**If YES, which state: NEW YORK and at what LEVEL III**

**SECTION M – PLEASE READ CAREFULLY BEFORE SIGNING**

As a Sexual Offender (Title 14 V.I.C. § 1721-1731) you are required by law to abide by the following:

1. Within three **(3) business days** of moving to or returning to the Virgin Islands you must register in the Virgin Islands and keep your registration current in each jurisdiction in which you reside, and in each jurisdiction where you are employed (including self-employment, non-compensated and volunteer activities), and in each jurisdiction where you are a student.
2. In the event there is a **change in your name, employment, residence, temporary lodging information, vehicle information, or internet identifiers**, you are required to appear in person at the Department of Justice **not later than three (3) working days after such change.**
3. In the event that you move outside of the United States Virgin Islands, you must register your new address with the Department of Justice before you leave and you must also register in your new state not later than **three (3) business days after arrival** there if your new state has a registration requirement.
4. In the event that you are traveling outside of the Virgin Islands your are to required to appear in person at the Department of Justice **prior to your departure** and provide your travel destination, dates of travel, places of arrival and departure, itinerary details, address, contact telephone information, and purpose of travel.
5. Depending on the type of sex offense for which you have been convicted, you are required to appear in person at the Department of Justice to verify your information and to take a current photograph, when necessary, **[ ] every three (3) months [ ] every six (6) months [ ] every year.**
6. Depending on the type of sex offense for which you have been convicted, you are required to appear in person at the Department of Justice to verify your information and to take a current photograph, when necessary, for a period of **[ ] 15 years [ ] 25 years [ ] for life.**
7. Failure to comply with these obligations subjects you to prosecution for failure to register or update your registration pursuant to:
   a. **Virgin Islands Code, Title 14, Section 1730, punishable by a fine not less than $3,000 nor more than $5,000, or imprisonment for not less than three months nor more than two years, or both; and ...**
   b. **Federal Law, 18 U.S.C. Section 2250, punishable by up to 10 years of imprisonment.**

**Be Reminded** that under Title I of the Adam Walsh Act entitled the "Sexual Offender Registration and Notification Act "(SORNA), all individuals convicted of a sex offense are required to register and keep their registration current in each jurisdiction where he or she resides, is an employee and is a student.

**FAILURE TO DO SO MAY SUBJECT YOU TO CRIMINAL PROSECUTION**

**YOUR NEXT REGISTRATION DATE: 03/05/2020**

| Registrant: | Witness: |
|---|---|
| I acknowledge that the above requirements as set forth have been explained to me. | I certify that I specifically informed the offender of his /her duties as set forth above and he indicated to me an understanding of those duties. |
| Signature of Registrant: [signature] Date: 3/15/19 | Signature of Registrar: [signature] Date: 03/15/19 |
| Print Name: Jeffrey Epstein | Print Name: Shani A. Pinney |

VIDOJ/SOR-1

VIRGIN ISLANDS DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

**Notification of Duty to Report Travel**

Name of recipient: Jeffrey Epstein

On this 15th day of Mar, 2019, I have been advised, and I understand,

**Travel to US Jurisdictions**

1. That pursuant to Chapter 86, Section 1724 (b) (1) in the event of a change in temporary lodging, I am required to inform the Virgin Islands Department of Justice, in person, of any changes to my temporary lodging information and shall notify the jurisdiction in which I will be temporarily staying. Initials

2. That "temporary lodging" refers to a place where I abide, lodge, or reside, including, but not limited to vacation, business, or personal travel destinations outside of the U.S. Virgin Islands. Initials

**International Travel**

1. That pursuant to Chapter 86, Section 1724 (b) (4) I am required to appear in person at the Virgin Islands Department of Justice at least twenty one (21) calendar days prior to any intended travel outside of the United States and provide pertinent travel information. Initials

2. If a reduction in the 21-day notice requirement is requested, I must submit information in support of the request for approval at the discretion of the Department of Justice. Initials

**Required Information for Travel**

1. That when I appear in person to inform the Department of Justice of my intent to travel, I must provide the following information:

   i. Destination
   ii. Dates of travel
   iii. Places of arrival and departure
   iv. Itinerary details
   v. Address or, in lieu, telephone contact information
   vi. Purpose of travel
   vii. Any other required information Initials

VIDOJ/SOR-16

I have also been advised, and understand, that failure to comply with these obligations subjects me to prosecution for failure to register or update my registration pursuant to:

1. Virgin Islands Code, Title 14, Section 1730, punishable by a fine not less than $3,000 nor more than $5,000, or imprisonment for not less than three months nor more than two years, or both; and ...

2. Federal Law, 18 U.S.C. Section 2250, punishable by up to 10 years of imprisonment.

**On this date, I was given a copy of this notification.**

Signature of Recipient

3/15/13
Date

VIDOJ-SOR2



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 03/19/19

# *Notification of International Travel of Sex Offender*

## Subject Information

Last Name: Epstein First Name: Jeffrey Middle Name: Edward

Aliases(if any):

Date of Birth: [REDACTED] Sex: M FBI # (internal use only): [REDACTED]

Citizenship: US

Passport#: [REDACTED] Country of Issuance: US

## Travel Information

Purpose of Travel: Vacation/Busi Means of Travel: Air

Date Departing U.S.: 03/19/19 Departure Location: New York, NY

Date Returning to U.S.: 03/29/2019 Arrival Location.: New York, NY

Destination Country: France Address: 22 Avenue Foch, Paris, France

## Criminal Record

Date(s) of Conviction: Jun 30, 2008 City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procurring a person under the age of 18 for prostitution

Victim information: Age/gender/relationship: Age: Unknown/Gender: F/Relationship: Unknown

Jurisdiction(s) of Current Registry: US Virgin Islands

## Other

Contact information in Destination Country: 212-533-3739

Other information, (i.e. itinerary; visa information; explain "other" responses above): Epstein plans to travel by private aircraft, N212JE

## Submitter's Information (internal use only)

Name : Shani A. Pinney Agency: USVI Department of Justice

Phone #: 340 774-5666 E-mail: spinney@doj.vi.gov

Print Form Reset Form

Please send to IOD.NSOTC@usdoj.gov
With Subject : Sex Offender Travel Notification

E-Mail

V1.0 (Feb 2012)



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 03/19/19

# Notification of International Travel of Sex Offender

## Subject Information

Last Name: Epstein First Name: Jeffrey Middle Name: Edward

Aliases(if any):

Date of Birth: [redacted] Sex: M FBI # (internal use only): [redacted]

Citizenship: US

Passport#: [redacted] Country of Issuance: US

## Travel Information

Purpose of Travel: Vacation/Busi Means of Travel: Air

Date Departing U.S.: 03/19/19 Departure Location: New York, NY

Date Returning to U.S.: 03/29/2019 Arrival Location.: New York, NY

Destination Country: France Address: 22 Avenue Foch, Paris, France

## Criminal Record

Date(s) of Conviction: Jun 30, 2008 City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procurring a person under the age of 18 for prostitution

Victim information: Age/gender/relationship: Age: Unknown/Gender: F/Relationship: Unknown

Jurisdiction(s) of Current Registry: US Virgin Islands

## Other

Contact information in Destination Country: 212-533-3739

Other information, (i.e. itinerary; visa information; explain "other" responses above): Epstein plans to travel by private aircraft, N212JE

## Submitter's Information (internal use only)

Name: Shani A. Pinney Agency: USVI Department of Justice

Phone #: 340 774-5666 E-mail: spinney@doj.vi.gov

Print Form Reset Form

Please send to IOD.NSOTC@usdoj.gov
With Subject : Sex Offender Travel Notification

E-Mail

V1.0 (Feb 2012)

# Fw: Mr. Jeffrey Epstein

Shani Pinney
Tue 3/19/2019 4:36 PM
To: Picou, Michael (USMS) <Michael.Picou@usdoj.gov>

---

**From:** Darren Indyke <[REDACTED]
**Sent:** Friday, March 1, 2019 8:46 PM
**To:** Shani Pinney; Shani Pinney
**Cc:** Kevin Augustin
**Subject:** Mr. Jeffrey Epstein

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. On March 2, 2019, Mr. Epstein plans to to travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until March 6, 2019. On March 6, 2019, Mr Epstein intends to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until March 9, 2019. On March 9, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on March 9, 2019 and to stay at his vacation home in Paris, France until March 17, 2019. On March 17, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 17, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 17, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

****************************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke -- All rights reserved.
****************************************************************************************************

Sent from my iPhone. Please excuse the typos.

# Fw: Mr. Jeffrey Epstein

Shani Pinney

Tue 3/19/2019 4:36 PM

To: Picou, Michael (USMS) <Michael.Picou@usdoj.gov>

---

**From:** Darren Indyke [REDACTED]
**Sent:** Friday, March 1, 2019 8:46 PM
**To:** Shani Pinney; Shani Pinney
**Cc:** Kevin Augustin
**Subject:** Mr. Jeffrey Epstein

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. On March 2, 2019, Mr. Epstein plans to to travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until March 6, 2019. On March 6, 2019, Mr Epstein intends to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until March 9, 2019. On March 9, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on March 9, 2019 and to stay at his vacation home in Paris, France until March 17, 2019. On March 17, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 17, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 17, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DARREN K. INDYKE

**************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

**************************************************************************************************

Sent from my iPhone. Please excuse the typos.

# Fw: Mr. Jeffrey Epstein

Shani Pinney
Tue 3/19/2019 4:36 PM
To: Picou, Michael (USMS) <Michael.Picou@usdoj.gov>

---

**From:** Darren Indyke <[REDACTED]
**Sent:** Friday, March 1, 2019 8:46 PM
**To:** Shani Pinney; Shani Pinney
**Cc:** Kevin Augustin
**Subject:** Mr. Jeffrey Epstein

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. On March 2, 2019, Mr. Epstein plans to to travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until March 6, 2019. On March 6, 2019, Mr Epstein intends to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until March 9, 2019. On March 9, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on March 9, 2019 and to stay at his vacation home in Paris, France until March 17, 2019. On March 17, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 17, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 17, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

***********************************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
***********************************************************************************************************

Sent from my iPhone. Please excuse the typos.



VIRGIN ISLANDS DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## Out of Territory Travel

Full name: Jeffrey Epstein

Personal Information: DOB: [REDACTED] Sex: M Hair: Gray

Eyes: Blue Height: 6' Weight: 175lbs

Contact Information (Name, Address and Telephone Number of Destination):

03/15/19-13/17/19 – 358 El Brillo Way, Palm Beach, FL

03/17/19-03/19/19 – 9 E 71st Street, New York, New York

03/19/19/-03/29/19 – 22 Avenue Foch Apt 2DD, Paris France

03/29/19/-04/1/19 – 9 E 71st Street, New York, New York

Purpose of Travel: Leisure

Date Leaving: March 15, 2019 Date Returning: April 1, 2019

Method of Travel: Air

Type of proof provided: Airline Itinerary ____ Vessel Itinerary ___

Driver's License #: [REDACTED]

1. Offense (Description of Offense):

Procuring a minor for prostitution

Felony: x Misdemeanor: ____

2. Offense (Description of Offense):

____________________

Felony: ____ Misdemeanor: ____

VIDOJ/SOR-7

3. Offense (Description of Offense):

______________________________________________

Felony: ______ Misdemeanor: ________

Tier: ___I___ Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: ___N/A___

______________________________

______________________________

BY ______N/A______
(MM/DD/YY)

Completed By: ______________________ Date: 03/09/19
Sexual Registry Coordinator

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

SOR-5



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
## VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

**Out of Territory Travel**

Full name: Jeffrey Epstein

Personal Information: DOB: [redacted] Sex: M Hair: Gray

Eyes: Blue Height: 6' Weight: 175lbs

Contact Information (Name, Address and Telephone Number of Destination):

03/15/19-13/17/19 – 358 El Brillo Way, Palm Beach, FL

03/17/19-03/19/19 – 9 E 71st Street, New York, New York

03/19/19/-03/29/19 – 22 Avenue Foch Apt 2DD, Paris France

03/29/19/-04/1/19 – 9 E 71st Street, New York, New York

Purpose of Travel: Leisure

Date Leaving: March 15, 2019 Date Returning: April 1, 2019

Method of Travel: Air

Type of proof provided: Airline Itinerary ____ Vessel Itinerary ___

Driver's License #: [redacted]

1. Offense (Description of Offense):

Procuring a minor for prostitution

Felony: x Misdemeanor: ____

2. Offense (Description of Offense):

__________

Felony: ____ Misdemeanor: ____

VIDOJ/SOR-7

3. Offense (Description of Offense):

______________________________________________

Felony: _____ Misdemeanor: _____

Tier: I Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: N/A

BY N/A
(MM/DD/YY)

Completed By: [signature]
Sexual Registry Coordinator

Date: 03/09/19

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
## VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

**Out of Territory Travel**

Full name: Jeffrey Epstein

Personal Information: DOB: [REDACTED] Sex: M Hair: Gray

Eyes: Blue Height: 6' Weight: 175lbs

Contact Information (Name, Address and Telephone Number of Destination):

03/15/19-13/17/19 – 358 El Brillo Way, Palm Beach, FL

03/17/19-03/19/19 – 9 E 71st Street, New York, New York

03/19/19/-03/29/19 – 22 Avenue Foch Apt 2DD, Paris France

03/29/19/-04/1/19 – 9 E 71st Street, New York, New York

Purpose of Travel: Leisure

Date Leaving: March 15, 2019 Date Returning: April 1, 2019

Method of Travel: Air

Type of proof provided: Airline Itinerary _____ Vessel Itinerary ___

Driver's License #: [REDACTED]

1. Offense (Description of Offense):

Procuring a minor for prostitution

Felony: x Misdemeanor: ______

2. Offense (Description of Offense):

______________________________

Felony: _____ Misdemeanor: ______

VIDOJ/SOR-7

3. Offense (Description of Offense):

______________________________________________

Felony: _____ Misdemeanor: _____

Tier: ___I Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: N/A

BY N/A
(MM/DD/YY)

Completed By: ____________________ Date: 03/09/19
Sexual Registry Coordinator

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Mr. Jeffrey Epstein

Darren Indyke <dki.birchtreebr@gmail.com>
Sat 3/30/2019 10:00 AM
To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [REDACTED] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. Mr. Epstein plans to remain at his vacation home in Paris, France until April 2, 2019. On April 2, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 6:15PM local time on April 2, 2019 and to stay at his vacation home in New York, New York until April 8, 2019. On April 8, 2019, Mr. Epstein plans to travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until April 11, 2019. On April 11, 2019, Mr. Epstein plains to return from his vacation home in Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return to the U.S. Virgin Islands on April 11, 2019.

This is also to advise you that Mr. Epstein plans to travel on April 15, 2019 by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 15, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. Mr. Epstein expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on April 30, 2019 and will email your office upon his return. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED]

If you need any further information, please feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

****************************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
****************************************************************************************************

**Mr. Jeffrey Epstein**

Darren Indyke [REDACTED]
Sat 3/30/2019 10:00 AM
To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [REDACTED]; Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. Mr. Epstein plans to remain at his vacation home in Paris, France until April 2, 2019. On April 2, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 6:15PM local time on April 2, 2019 and to stay at his vacation home in New York, New York until April 8, 2019. On April 8, 2019, Mr. Epstein plans to travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until April 11, 2019. On April 11, 2019, Mr. Epstein plains to return from his vacation home in Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return to the U.S. Virgin Islands on April 11, 2019.

This is also to advise you that Mr. Epstein plans to travel on April 15, 2019 by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 15, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. Mr. Epstein expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on April 30, 2019 and will email your office upon his return. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

If you need any further information, please feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

****************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

****************************************************************************************************

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**Mr. Jeffrey Epstein**

Darren Indyke [redacted]
Sat 6/29/2019 1:32 PM
To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [redacted] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

I have not received confirmation of my last email. I am sending this to you in an abundance of caution to ensure that you have notice of Mr. Epstein's modified travel plans.

Mr. Epstein will remain at 22 Avenue Foch in Paris, France until July 14, 2019. On July 14, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France to 9 East 71st Street, New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on July 14, 2019 and to stay at 9 East 71st Street, New York, New York until July 20, 2019. On July 20, 2019, Mr. Epstein plans to travel from New York, New York to 358 El Brillo Way in Palm Beach, Florida, where he expects to stay until July 21, 2019. On July 21, 2019, Mr. Epstein plans to return from Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on July 21, 2019.

This is also to advise you that on July 24, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to 22 Avenue Foch in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on July 24, 2019 and to remain at 22 Avenue Foch in Paris, France until August, 3, 2019. On August 3, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 12:00PM local time on August 3, 2019 and will email your office upon his return on August 3, 2019.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Mr. Jeffrey Epstein

Darren Indyke [REDACTED]
Sat 3/30/2019 10:00 AM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [REDACTED] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. Mr. Epstein plans to remain at his vacation home in Paris, France until April 2, 2019. On April 2, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 6:15PM local time on April 2, 2019 and to stay at his vacation home in New York, New York until April 8, 2019. On April 8, 2019, Mr. Epstein plans to travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until April 11, 2019. On April 11, 2019, Mr. Epstein plains to return from his vacation home in Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return to the U.S. Virgin Islands on April 11, 2019.

This is also to advise you that Mr. Epstein plans to travel on April 15, 2019 by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 15, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. Mr. Epstein expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on April 30, 2019 and will email your office upon his return. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

***************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
***************************************************************************************************

**Mr. Jeffrey Epstein**

Darren Indyke [redacted]

Sat 3/30/2019 10:00 AM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [redacted] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. Mr. Epstein plans to remain at his vacation home in Paris, France until April 2, 2019. On April 2, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 6:15PM local time on April 2, 2019 and to stay at his vacation home in New York, New York until April 8, 2019. On April 8, 2019, Mr. Epstein plans to travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until April 11, 2019. On April 11, 2019, Mr. Epstein plains to return from his vacation home in Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return to the U.S. Virgin Islands on April 11, 2019.

This is also to advise you that Mr. Epstein plans to travel on April 15, 2019 by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 15, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. Mr. Epstein expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on April 30, 2019 and will email your office upon his return. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [redacted]

If you need any further information, please feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

*******************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the eddressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

*******************************************************************************************************

Mr. Jeffrey Epstein

Darren Indyke [redacted]
Sat 3/30/2019 10:00 AM
To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [redacted] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. Mr. Epstein plans to remain at his vacation home in Paris, France until April 2, 2019. On April 2, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 6:15PM local time on April 2, 2019 and to stay at his vacation home in New York, New York until April 8, 2019. On April 8, 2019, Mr. Epstein plans to travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until April 11, 2019. On April 11, 2019, Mr. Epstein plains to return from his vacation home in Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return to the U.S. Virgin Islands on April 11, 2019.

This is also to advise you that Mr. Epstein plans to travel on April 15, 2019 by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 15, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. Mr. Epstein expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on April 30, 2019 and will email your office upon his return. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [redacted]

**Carol Thomas-Jacobs**

**From:** Erika Kellerhals <[redacted]
**Sent:** Monday, April 1, 2019 10:12 AM
**To:** Carol Jacobs
**Subject:** J. Epstein Communication of 3/14

Good morning Carol. I hope this email finds you well and certainly hope you are enjoying your day off. Is there a time we could speak this week regarding your letter to Mr. Epstein of March 14, 2019?

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas Suite 101
St. Thomas, VI 00802

[redacted]

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

If you need any further information, please feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

**************************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
**************************************************************************************************



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## Out of Territory Travel

Full name: Jeffrey Epstein

Personal Information: DOB: [redacted] Sex: M Hair: Gray

Eyes: Blue Height: 6'0 Weight: 170

Contact Information (Name, Address and Telephone Number of Destination):

06/10/19-06/14/19: 9 E 71st St, New York, NY

06/14/19-06/20/19: 22 Avenue Foch Apt 2DD, Paris 75116, Pars, France

Purpose of Travel: Business

Date Leaving: 06/10/19 Date Returning: 06/14/19

Method of Travel: 212Je, Gulfstream & N212JE,

Type of proof provided: Airline Itinerary _____ Vessel Itinerary ___

Driver's License #: [redacted]

1. Offense (Description of Offense):

Procuring a person under age of 18 for prostitution

Felony: x Misdemeanor: ______

2. Offense (Description of Offense):

________________________________________

Felony: _____ Misdemeanor: ______

3. Offense (Description of Offense):

________________________________________

VIDOJ/SOR-7

**Mr. Jeffrey Epstein**

Darren Indyke <[REDACTED]

Thu 4/4/2019 5:02 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [REDACTED]; Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. On April 7, 2019, Mr. Epstein will travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until April 9, 2019. On April 9, 2019, Mr. Epstein plains to return from his vacation home in Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return to the U.S. Virgin Islands on April 9, 2019.

This is also to advise you that Mr. Epstein plans to travel on April 20, 2019 by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 20, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. Mr. Epstein expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM local time on April 30, 2019 and will email your office upon his return. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED]

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Respectfully,

DARREN K. INDYKE

*****************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

*****************************************************************************************************

# Mr. Jeffrey Epstein

Darren Indyke [redacted]
Thu 4/4/2019 5:02 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke <[redacted]Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. On April 7, 2019, Mr. Epstein will travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until April 9, 2019. On April 9, 2019, Mr. Epstein plains to return from his vacation home in Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return to the U.S. Virgin Islands on April 9, 2019.

This is also to advise you that Mr. Epstein plans to travel on April 20, 2019 by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 20, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. Mr. Epstein expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM local time on April 30, 2019 and will email your office upon his return. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [redacted]

If you need any further information, please feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012369

Respectfully,

DARREN K. INDYKE

*****************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

*****************************************************************************************************

**Mr. Jeffrey Epstein**

Darren Indyke <dki.birchtreebr@gmail.com>
Thu 4/4/2019 5:02 PM
To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [REDACTED] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. On April 7, 2019, Mr. Epstein will travel from his vacation home in New York, New York to his vacation home in Palm Beach, Florida, where he expects to stay until April 9, 2019. On April 9, 2019, Mr. Epstein plains to return from his vacation home in Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return to the U.S. Virgin Islands on April 9, 2019.

This is also to advise you that Mr. Epstein plans to travel on April 20, 2019 by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 20, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. Mr. Epstein expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM local time on April 30, 2019 and will email your office upon his return. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED]

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

**************************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
**************************************************************************************************

**Shani Pinney**

**From:** J <jeevacation@gmail.com>
**Sent:** Wednesday, April 10, 2019 11:58 AM
**To:** Shani Pinney; Darren Indyke
**Subject:** Re:

i am not feeling well and might leave earlier than planned I can come in tomrow afternoon aroudn 130 if ok with you

On Wed, Apr 10, 2019 at 7:59 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Morning,

How about the 16th at 9am?

---

**From:** J <jeevacation@gmail.com>
**Sent:** Tuesday, April 9, 2019 3:46 PM
**To:** Shani Pinney; Shani Pinney; Darren Indyke; Kevin Augustin
**Subject:**

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on April 16, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in New York, New York, where I expect to stay until April 19, 2019. On April 19, 2019, I plan to travel on by private aircraft, N212JE, from my vacation home in New York, New York to my residence in Paris, France for business. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 19, 2019 and to remain there until April 30, 2019. On April 30, 2019, I plan to travel by private aircraft, N212JE, from Paris, France to my vacation home in New York, New York. I expect to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on April 30, 2019 and to stay at my vacation home in New York, New York until May 3, 2019. On May 3, 2019, I plan to travel from my vacation home in New York, New York to my vacation home in Stanley, New Mexico, where I expect to stay until May 14, 2019. On May 14, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation home in New York, New York, where I expect to stay until May 16, 2019, when I plan to return from my vacation home in New York, New York to my permanent residence in the U.S. Virgin Islands. I will email your office upon my return on May 16, 2019. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-

3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED]

If you need any further information, please feel free to call Attorney Indyke at [REDACTED] or on his mobile telephone number [REDACTED].

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney. Is there a good time on tuesday the 16th to come to you if needed . thx,

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

**Carol Thomas-Jacobs**

**From:** Erika Kellerhals <[redacted]>
**Sent:** Wednesday, April 10, 2019 10:53 AM
**To:** Carol Jacobs
**Subject:** Re: J. Epstein Communication of 3/14

Good morning Attorney Jacobs - just following up on my question regarding the Sexual Offender Registry Board and whether or not it is active. Thank you.

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas Suite 101
St. Thomas, VI 00802

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

On Mon, Apr 8, 2019 at 1:21 PM Erika Kellerhals <[redacted]> wrote:
Good day Attorney Jacobs,

Thank you again for speaking with me last week. I had one last question that I forgot to ask you. Is there an active Sex Offender Registry Board - as provided for in the statute?

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas Suite 101
St. Thomas, VI 00802



[redacted]

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

On Wed, Apr 3, 2019 at 7:24 AM Carol Jacobs <Carol.Jacobs@vi.gov> wrote:

I am not available tomorrow. How about Friday at 11:00 am?

**From:** Erika Kellerhals [redacted]
**Sent:** Wednesday, April 03, 2019 7:23 AM
**To:** Carol Jacobs <Carol.Jacobs@vi.gov>
**Subject:** Re: J. Epstein Communication of 3/14

Good morning Carol. I just realized I have to be at airport at 3pm. Any chance we could talk at 2:30? Or tomorrow I am free between 9:30 and 12?

Erika A. Kellerhals

Member

Kellerhals Ferguson Kroblin PLLC

9053 Estate Thomas, Suite 101

St. Thomas VI 00802

[redacted]

On Apr 2, 2019, at 9:39 AM, Carol Jacobs <Carol.Jacobs@vi.gov> wrote:

340 774-5666 ext 101

Sent from my iPhone

On Apr 2, 2019, at 9:12 AM, Erika Kellerhals <[redacted] wrote:

Thank you. Please let me know the best number to call you.

Erika A. Kellerhals

Member

Kellerhals Ferguson Kroblin PLLC

Royal Palms Professional Building

9053 Estate Thomas Suite 101

St. Thomas, VI 00802

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

On Tue, Apr 2, 2019 at 8:33 AM Carol Jacobs <Carol.Jacobs@vi.gov> wrote:

Tomorrow at 3:00 p.m.

---

**From:** Erika Kellerhals <
**Sent:** Monday, April 1, 2019 10:12:22 AM
**To:** Carol Jacobs
**Subject:** J. Epstein Communication of 3/14

Good morning Carol. I hope this email finds you well and certainly hope you are enjoying your day off. Is there a time we could speak this week regarding your letter to Mr. Epstein of March 14, 2019?

Erika A. Kellerhals

Member

Kellerhals Ferguson Kroblin PLLC

Royal Palms Professional Building

9053 Estate Thomas Suite 101

St. Thomas, VI 00802



Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
**VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY**

## Out of Territory Travel

Full name: Jeffrey Epstein

Personal Information: DOB: [REDACTED] Sex: M Hair: Gray
Eyes: Blue Height: 6'0 Weight: 175lbs

Contact Information (Name, Address and Telephone Number of Destination):

9 E 71st St., New York, NY – 04/14/19-04/19/19

22 Avenue Foch Apt 2DD, Paris, France – 04/19/19-04/30/19

9 E 71st St., New York, NY – 04/30/19-05/03/19

49 Zorro Ranch Rd., Stanley, NM – 05/03/19-05/14/19

9 E 71st St., New York, NY – 05/14/19-05/16/19

Purpose of Travel: Business

Date Leaving: 04/14/19 Date Returning: 05/14/19

Method of Travel: Private AirCraft

Type of proof provided: Airline Itinerary ____ Vessel Itinerary ___

Driver's License #: [REDACTED]

1. Offense (Description of Offense):

Procurring a minor for prostitution

Felony: x Misdemeanor: ______

2. Offense (Description of Offense):

______________________________

Felony: ____ Misdemeanor: ______

VIDOJ/SOR-7

3. Offense (Description of Offense):

______________________________________________

Felony: _____ Misdemeanor: __

Tier: 1 Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: TBD
– will notify via email

BY ____________
(MM/DD/YY)

Completed By: [signature]
Sexual Registry Coordinator

Date: 04/11/19

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

OR-5



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## Out of Territory Travel

Full name: Jeffrey Epstein

Personal Information: DOB: [redacted] Sex: M Hair: Gray

Eyes: Blue Height: 6'0 Weight: 175lbs

Contact Information (Name, Address and Telephone Number of Destination):

9 E 71st St,, New York, NY – 04/14/19-04/19/19

22 Avenue Foch Apt 2DD, Paris, France – 04/19/19-04/30/19

9 E 71st St,, New York, NY – 04/30/19-05/03/19

49 Zorro Ranch Rd., Stanley, NM – 05/03/19-05/14/19

9 E 71st St,, New York, NY – 05/14/19-05/16/19

Purpose of Travel: Business

Date Leaving: 04/14/19 Date Returning: 05/14/19

Method of Travel: Private AirCraft

Type of proof provided: Airline Itinerary _____ Vessel Itinerary ___

Driver's License # [redacted]

1. Offense (Description of Offense):

Procurring a minor for prostitution

Felony: x Misdemeanor: ______

2. Offense (Description of Offense):

______

Felony: _____ Misdemeanor: ______

VIDOJ/SOR-7

3. Offense (Description of Offense):

______________________________

Felony: ______ Misdemeanor: ______

Tier: 1 Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: TBD
– will notify via email
______________________________

BY ______________
(MM/DD/YY)

Completed By: [signature]
Sexual Registry Coordinator

Date: 04/11/19

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

SOR-5



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
## VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

**Out of Territory Travel**

Full name: Jeffrey Epstein

Personal Information: DOB: [REDACTED] Sex: M Hair: Gray

Eyes: Blue Height: 6'0 Weight: 175lbs

Contact Information (Name, Address and Telephone Number of Destination):

9 E 71st St., New York, NY – 04/14/19-04/19/19

22 Avenue Foch Apt 2DD, Paris, France – 04/19/19-04/30/19

9 E 71st St., New York, NY – 04/30/19-05/03/19

49 Zorro Ranch Rd., Stanley, NM – 05/03/19-05/14/19

9 E 71st St., New York, NY – 05/14/19-05/16/19

Purpose of Travel: Business

Date Leaving: 04/14/19 Date Returning: 05/14/19

Method of Travel: Private AirCraft

Type of proof provided: Airline Itinerary ____ Vessel Itinerary ___

Driver's License #: [REDACTED]

1. Offense (Description of Offense):

Procurring a minor for prostitution

Felony: x Misdemeanor: ______

2. Offense (Description of Offense):

______________________________

Felony: _____ Misdemeanor: ______

VIDOJ/SOR-7

3. Offense (Description of Offense):

______________________________________________

Felony: _____ Misdemeanor: __

Tier: 1 Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: TBD

– will notify via email

BY ____________________
(MM/DD/YY)

Completed By: [signature]
Sexual Registry Coordinator

Date: 04/11/19

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

OR-5



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 03/19/19

# Notification of International Travel of Sex Offender

## Subject Information

Last Name: Epstein | First Name: Jeffrey | Middle Name: Edward

Aliases(if any):

Date of Birth: [redacted] | Sex: M | FBI # (internal use only): [redacted]

Citizenship: US

Passport#: [redacted] | Country of Issuance: US

## Travel Information

Purpose of Travel: Vacation/Busi | Means of Travel: Air

Date Departing U.S.: 03/19/19 | Departure Location: New York, NY

Date Returning to U.S.: 03/29/2019 | Arrival Location.: New York, NY

Destination Country: France | Address: 22 Avenue Foch, Paris, France

## Criminal Record

Date(s) of Conviction: Jun 30, 2008 | City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procurring a person under the age of 18 for prostitution

Victim information: Age/gender/relationship: Age: Unknown/Gender: F/Relationship: Unknown

Jurisdiction(s) of Current Registry: US Virgin Islands

## Other

Contact information in Destination Country: 212-533-3739

Other information, (i.e. itinerary; visa information; explain "other" responses above): Epstein plans to travel by private aircraft, N212JE

## Submitter's Information (internal use only)

Name: Shani A. Pinney | Agency: USVI Department of Justice

Phone #: 340 774-5666 | E-mail: spinney@doj.vi.gov

Print Form | Reset Form

Please send to IOD.NSOTC@usdoj.gov
With Subject : Sex Offender Travel Notification

E-Mail

V1.0 (Feb 2012)



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 04/17/2019

# *Notification of International Travel of Sex Offender*

## Subject Information

Last Name: Epstein
First Name: Jeffery
Middle Name: Edward

Aliases(if any):

Date of Birth: [redacted]
Sex: M
FBI # (internal use only): [redacted]

Citizenship: US

Passport#: [redacted]
Country of Issuance: United States

## Travel Information

Purpose of Travel: Business
Means of Travel: Air

Date Departing U.S.: 04/19/19
Departure Location: New York, NY

Date Returning to U.S.: 04/30/19
Arrival Location.: St. Thomas, USVI

Destination Country: France
Address: 22 Avenue Foch, Paris France

## Criminal Record

Date(s) of Conviction: 06/30/08
City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procuring a person under the age of 18 for prostitution

Victim information: Age/gender/relationship: Age: Unknown/Gender:F/Relationship: Unknown

Jurisdiction(s) of Current Registry: US Virgin Islands

## Other

Contact information in Destination Country: 212-533-3739 and 340-775-2525

Other information, (i.e. itinerary; visa information; explain "other" responses above): Epstein expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 20, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands.

## Submitter's Information (internal use only)

Name: Shani A. Pinney
Agency: USVI DOJ

Phone #: 340-774-5666
E-mail: spinney@doj.vi.gov

Print Form | Reset Form

Please send to IOD.NSOTC@usdoj.gov
With Subject : Sex Offender Travel Notification

E-Mail

V1.0 (Feb 2012)



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 04/17/2019

# Notification of International Travel of Sex Offender

## Subject Information

Last Name: Epstein First Name: Jeffery Middle Name: Edward

Aliases(if any):

Date of Birth: [redacted] Sex: M FBI # (internal use only): [redacted]

Citizenship: US

Passport#: [redacted] Country of Issuance: United States

## Travel Information

Purpose of Travel: Business Means of Travel: Air

Date Departing U.S.: 04/19/19 Departure Location: New York, NY

Date Returning to U.S.: 04/30/19 Arrival Location.: St. Thomas, USVI

Destination Country: France Address: 22 Avenue Foch, Paris France

## Criminal Record

Date(s) of Conviction: 06/30/08 City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procuring a person under the age of 18 for prostitution

Victim information: Age/gender/relationship: Age: Unknown/Gender:F/Relationship: Unknown

Jurisdiction(s) of Current Registry: US Virgin Islands

## Other

Contact information in Destination Country: 212-533-3739 and 340-775-2525

Other information, (i.e. itinerary; visa information; explain "other" responses above): Epstein expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 20, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands.

## Submitter's Information (internal use only)

Name: Shani A. Pinney Agency: USVI DOJ

Phone #: 340-774-5666 E-mail: spinney@doj.vi.gov

Print Form Reset Form

Please send to IOD.NSOTC@usdoj.gov
With Subject : Sex Offender Travel Notification

E-Mail

V1.0 (Feb 2012)



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 04/17/2019

# *Notification of International Travel of Sex Offender*

## Subject Information

Last Name: Epstein First Name: Jeffery Middle Name: Edward

Aliases(if any):

Date of Birth: [redacted] Sex: M FBI # (internal use only): [redacted]

Citizenship: US

Passport#: [redacted] Country of Issuance: United States

## Travel Information

Purpose of Travel: Business Means of Travel: Air

Date Departing U.S.: 04/19/19 Departure Location: New York, NY

Date Returning to U.S.: 04/30/19 Arrival Location.: St. Thomas, USVI

Destination Country: France Address: 22 Avenue Foch, Paris France

## Criminal Record

Date(s) of Conviction: 06/30/08 City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procuring a person under the age of 18 for prostitution

Victim information: Age/gender/relationship: Age: Unknown/Gender:F/Relationship: Unknown

Jurisdiction(s) of Current Registry: US Virgin Islands

## Other

Contact information in Destination Country: 212-533-3739 and 340-775-2525

Other information, (i.e. itinerary; visa information; explain "other" responses above): Epstein expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on April 20, 2019 and to remain at his vacation home in Paris, France until April 30, 2019, when he plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands.

## Submitter's Information (internal use only)

Name: Shani A. Pinney Agency: USVI DOJ

Phone #: 340-774-5666 E-mail: spinney@doj.vi.gov

Print Form Reset Form

Please send to IOD.NSOTC@usdoj.gov
With Subject : Sex Offender Travel Notification

E-Mail

V1.0 (Feb 2012)

**Mr. Jeffrey Epstein**

Darren Indyke <[REDACTED]

Tue 4/23/2019 4:59 AM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [REDACTED] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. On April 25, 2019, Mr. Epstein will travel by private aircraft bearing U.S. Registration No. N212JE for a day trip from his vacation home in Paris, France to Marrakech, Morocco and return that same day from Marrakech, Morocco to his vacation home in Paris, France. He expects to arrive at Menara Airport in Marrakech, Morocco at approximately 12:00PM local time on April 25, 2019 and depart that same evening and return to Le Bourget, Airport in Paris, France at approximately 12:35AM on April 26, 2019. He expects to stay at his vacation home in Paris, France until April 30, 2019. On April 30, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on April 30, 2019 and to stay at his vacation home in New York, New York until May 3, 2019. On May 3, 2019, Mr. Epstein plans to travel from his vacation home in New York, New York to his vacation home in Stanley, New Mexico, where he expects to stay until May 14, 2019. On May 14, 2019, Mr. Epstein plans to travel from his vacation home in Stanley, New Mexico to his vacation home in New York, New York, where he expects to stay until May 16, 2019. On May 16, 2019, Mr. Epstein plans to return from his vacation home in New York, New York to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on May 16, 2019.

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at 212-533-3739. In addition, he can be contacted at his business office at 340-775-2525 or through me at [REDACTED]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

If you need any further information, please also feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED].

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

**DARREN K. INDYKE**

****************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

****************************************************************************************************

7/11/2019 Case 1:22-cv-10904-JSR Document 194-27 Filed 06/20/23 Page 65 of 196
Mail - Shari Pinney - Outlook

or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
***********************************************************************************************************

https://outlook.office.com/mail/search/id/AAQkAGVkOGYxYWYzLTVkMTktNGNlZi1iODgzLTRhNjczM2E1OTJkZQAQAK07dlLJ8npBpy2XvGofPbA%3D 2/2

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012391

7/11/2019 Case 1:22-cv-10904-JSR Document 194-27 Filed 06/20/23 Page 66 of 196
Mail - Shani Pinney - Outlook

Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
*************************************************************************************************************************

https://outlook.office.com/mail/search/id/AAQkAGVkOGYxYWYzLTVkMTktNGNlZi1iODgzLTRhNjczM2E1OTJkZQAQAAIhBssT5PRGqmBDHMcSBz8… 2/2

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012392

Mr. Jeffrey Epstein

Darren Indyke <[REDACTED]

Tue 4/23/2019 4:59 AM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke <[REDACTED]; Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. On April 25, 2019, Mr. Epstein will travel by private aircraft bearing U.S. Registration No. N212JE for a day trip from his vacation home in Paris, France to Marrakech, Morocco and return that same day from Marrakech, Morocco to his vacation home in Paris, France. He expects to arrive at Menara Airport in Marrakech, Morocco at approximately 12:00PM local time on April 25, 2019 and depart that same evening and return to Le Bourget, Airport in Paris, France at approximately 12:35AM on April 26, 2019. He expects to stay at his vacation home in Paris, France until April 30, 2019. On April 30, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on April 30, 2019 and to stay at his vacation home in New York, New York until May 3, 2019. On May 3, 2019, Mr. Epstein plans to travel from his vacation home in New York, New York to his vacation home in Stanley, New Mexico, where he expects to stay until May 14, 2019. On May 14, 2019, Mr. Epstein plans to travel from his vacation home in Stanley, New Mexico to his vacation home in New York, New York, where he expects to stay until May 16, 2019. On May 16, 2019, Mr. Epstein plans to return from his vacation home in New York, New York to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on May 16, 2019.

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at 212-533-3739. In addition, he can be contacted at his business office at 340-775-2525 or through me at [REDACTED]

If you need any further information, please also feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

*****************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

*****************************************************************************************************

**Kellerhals Ferguson Kroblin PLLC**

Royal Palms Professional Building, 9053 Estate Thomas, Suite 101, St. Thomas, V.I. 00802

[REDACTED] Telephone | [REDACTED] Fax | www.kellfer.com

April 25, 2019

**Via Hand Delivery**

JUSTICE: ATTORNEY GENE
APR 25 2019 PM4:(

Denise N. George Counts, Esq.
Attorney General Nominee
Department of Justice
Office of the Attorney General
34-38 Kronsprindsens Gade
GERS Building, 2nd Floor
St. Thomas V.I. 00802

**Re: Change in Notification Procedures**

Dear Attorney General Counts:

We represent Mr. Jeffrey Epstein, who is registered on the U.S. Virgin Islands Sexual Offender Registry. For the reasons explained below, we are respectfully requesting that the U.S. Virgin Islands Department of Justice ("USVIDOJ") reinstate the proven travel notification procedures that have been in effect since Mr. Epstein's initial registration. Since initially registering with the Registry in 2009, Mr. Epstein has strictly followed the USVIDOJ's same travel notification procedures, which fully comply with both U.S. Virgin Islands statutory law and the United States Sex Offender Registration and Notification Act ("SORNA"). By letter to Mr. Epstein dated March 14, 2019, then Acting Assistant Attorney General Carol Thomas Jacobs acknowledged Mr. Epstein's well documented history of frequent and extensive travel, but advised that the USVIDOJ would no longer permit Mr. Epstein to follow these procedures, despite the fact that they have worked flawlessly for the past ten (10) years.

**Mr. Epstein's Frequent and Extensive Travel**

Both Mr. Epstein's former attorney, Maria Hodge, and Mr. Epstein's stateside counsel, Darren Indyke, previously provided substantial documentation to the USVIDOJ as to Mr. Epstein's frequent and extensive travel for business and other legitimate purposes. In nearly all cases, Mr. Epstein has been required to travel, both internationally and domestically, on little notice and to change his travel plans frequently on equally little notice. The email travel notification authorized under Virgin Islands law has provided the most efficient and workable method to keep the USVIDOJ instantly informed of Mr. Epstein's frequent and extensive travel plans and the changes regularly required to be made to those plans. As a result of this system of email travel notification, the USVIDOJ has been aware of Mr. Epstein's location every single day of his life without exception for the past ten (10) years. This is confirmed by the USVIDOJ's own files which contain hundreds of Mr. Epstein's email travel notices and changes to those notices that have been provided to Ms. Shani Pinney, the USVIDOJ Sexual Offender Registry Coordinator, during that ten (10) year period.

**The USVIDOJ's Failure to Notify the Dominican Republic of Mr. Epstein's Travel**

Mr. Epstein has a ten (10) year record of perfect compliance with his travel notification obligations to the USVIDOJ. In many cases, Mr. Epstein has over-notified the USVIDOJ regarding his travel in order to ensure his continuing compliance. To our knowledge, the only issue ever to occur with respect to Mr. Epstein's travel is related to his recent travel to the Dominican Republic on February 19, 2019. Mr. Epstein bears absolutely no responsibility for this issue as he gave timely notice to the USVIDOJ of his intended travel to the Dominican Republic. It is our understanding that the issue arose solely as a result of the USVIDOJ's inadvertent failure to notify the Dominican Republic of Mr. Epstein's intended travel to that jurisdiction, as required by 14 V.I.C. §1726(d). Because of the USVIDOJ's failure, Mr. Epstein was detained for several hours by the Dominican Republic authorities and eventually refused entry into the country. Unfortunately, we believe that this incident, caused solely by the USVIDOJ, and not by Mr. Epstein, resulted in additional scrutiny regarding Mr. Epstein's travel reporting, and that this in turn gave rise to the recent decision to change the travel reporting procedures that have worked perfectly for the past ten (10) years. Attached as Appendix 1, you will find a detailed account of Mr. Epstein's extensive notification efforts relating to his trip to the Dominican Republic and the response from the USVIDOJ.

**Request to Reinstate the Prior Travel Notification Procedures**

I have included for your review, as Appendix 2, the correspondence between Attorney Hodge and then-Attorney General Vincent Frazer in which then-Attorney General Frazer confirmed the twenty-four (24) hour statutory notice period applicable to Mr. Epstein's frequent travel outside the Virgin Islands, as well as Mr. Epstein's right to provide travel notification to the USVIDOJ via email and by facsimile in lieu of in person notification.

Specifically, we are requesting reinstatement of the following travel notification procedures confirmed by the USVIDOJ[1]:

- Mr. Epstein will be allowed to notify the Department of Justice of his intention to travel outside the Territory twenty-four (24) hours prior to his departure;
- Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him, or by email with an electronic signature;
- Mr. Epstein will be allowed to continue to notify the department when he is staying in one of his stateside homes. He must provide … a current list of, and address for each of his stateside homes;
- If the jurisdiction to which he travels requires his registration for the duration of time he is there, he will comply with that registration requirement;
- When Mr. Epstein is staying at the home of an associate, he must notify the department of the city and state or country in which he is temporarily staying and his period of stay in the jurisdiction;

[1] This list reflects the relevant requirements communicated by letters dated July 25, 2012 and August 14, 2012 from then-Attorney General Vincent Frazer.

- When Mr. Epstein is staying in a non-private lodging he, or his representative, may provide the specifics of the name, city, and address of the establishment;
- Notice must be given of any modification from the travel itinerary, as originally advised after leaving the territory. Such notice may be submitted by facsimile or email by Mr. Epstein or his legal counsel; and
- Upon returning to the Virgin Islands, Mr. Epstein shall immediately notify the Department of Justice by visit, facsimile, or email with electronic signature.

**Current Notification Requirements**

Attorney Jacobs letter of March 14, 2019 revoked the notification procedures previously confirmed by the USVIDOJ and now requires the following:

- [Mr. Epstein is] required to appear in person at the USVIDOJ at least twenty-one (21) calendar days prior to any travel outside the United States;
- Notification of any travel outside the U.S. Virgin Islands must be provided in person at the USVIDOJ when [Mr. Epstein] is in the territory;
- Notification by email can only serve as notification if [Mr. Epstein is] already outside the territory and planning on travelling to another destination or to notify of a change in the length of [Mr. Epstein's] travels while [Mr. Epstein is] outside the territory;
- If a reduction in the twenty-one (21) day notification is requested, [Mr. Epstein] must submit information in support of the request for approval at the discretion of the USVIDOJ.

**The Prior Travel Notification Procedures Fully Comply with SORNA and the USVI Statutes**

As discussed in Attorney Hodge's letter of July 30, 2012, SORNA very clearly authorizes flexible travel notification procedures in cases, such as Mr. Epstein's, where registrants travel frequently for work or other legitimate purposes. As detailed in Attorney Hodge's letter of July 30, 2012:

> The Federal SORNA guidelines have already recognized that there are cases where flexibility in the application of SORNA's travel notification procedures is necessary. For example, the SORNA guidelines themselves discuss the case of an individual who is a "long haul trucker" who regularly drives thousands of miles through "dozens of jurisdictions in the course of his employment", as well as the cases of a home-improvement contractor and of a day laborer, who travel regularly to various locations that may change on a daily basis -- see The National Guidelines for Sex Offender Registration and Notification, pp. 39 and 43 -- or the case of an individual "who lives in a northern border state and who commutes to Canada for work on a daily basis" -- see Supplemental Guidelines for Sex Offender Registration and Notification, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. These cases are analogous to any number of possible situations in our Territory, including pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, all of whom travel to and from the Territory on a frequent and regular basis in the ordinary course of their employment or business. The burden on both the Department of Justice and the worker of requiring such a worker to give 72-hours and in some

> cases 21-day prior notice each time he leaves the Territory and to confirm every location and address included in his travel notification would be substantial. In situations such as these, the SORNA guidelines permit the responsible jurisdictions to reduce notice requirements and simply require the traveling registrant to provide a most likely itinerary of "normal travel routes" and "general areas" of work. The National Guidelines for Sex Offender Registration and Notification, pp. 39 and 43. Mr. Epstein's case is no different from any of these cases where SORNA expressly permits this flexibility in the manner and content of travel notification.
>
> Consider, for example, the case of a St. Thomas boat captain chartering trips to various islands in the Caribbean. Requiring that boat captain to provide 72 hours prior travel notice would prevent him from taking any charters unless requested of him more than three days in advance. With visiting tourists on short stays frequently requesting charters only a day or two in advance, such a requirement would substantially interfere with the boat captain's ability to conduct his business. Moreover, requiring him to provide specific addresses of his travels could also be problematic in that tourists chartering his boat might not even make such determinations until the day of the actual charter. Requiring the boat captain to be inflexible with his charter passengers would therefore also seriously interfere with his business. The supplemental SORNA guidelines have specifically stated in their own words that such requirements could be "pointlessly burdensome" and "unworkable". See Supplemental Guidelines for Sex Offender Registration and Notification, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. Consistent with the flexibility afforded by the SORNA Guidelines, both Senator Russell and [then-Attorney General Frazer] acknowledged at that June 21, 2012 legislative hearing that the law must be flexible to enable those who must travel frequently and on short notice to do so.

The very same flexibility authorized by SORNA for frequent travel reporting is incorporated into Virgin Islands law. In fact, Section 1724(b)(4) provides for a mandatory exception to the twenty-one (21) day in person notice otherwise required for international travel. Section 1724(b)(4) explicitly states that "... a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice, that he travels frequently outside the United States for work or other legitimate purposes, or a sex offender who travels outside the United States for emergency situations, ***shall notify the Department of Justice in writing*** at least 24 hours before traveling outside of the United States for periods of more than 48 hours, and, in any such case, shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction."

Therefore, in cases such as Mr. Epstein's, where he has provided reasonable and reliable proof to the USVIDOJ that he travels outside the United States for work or other legitimate purposes, we believe he is only required to notify the USVIDOJ in writing (that is, by email) at least twenty-four (24) hours before travelling outside the United States and to notify the USVIDOJ in writing upon his return. We believe that the USVIDOJ is already in possession of substantial proof of Mr. Epstein's extensive and frequent international, as well as his domestic, business travel. However, in the event you would like us to resubmit any information, we would be happy to do so.

Further adopting the recommendations of federal SORNA guidelines, Virgin Islands law provides equal flexibility with respect to reporting travel between the USVI and the United States. Email travel reporting prior to departing the USVI for destinations in the United States fully complies with the requirements of Section 1724(c). Section 1724(c) provides that "[b]efore moving from the United States Virgin Islands to another jurisdiction within the United States, a person required to register shall register his new address, temporary or permanent, with the Department of Justice before he leaves the territory." By its very terms, Section 1724(c) specifically does not require in person notification. Therefore, Attorney Jacobs' requirement to appear in person to notify the USVIDOJ of travel between the USVI and the United States appears to exceed the requirements of Virgin Islands law.

Although Attorney Jacobs cited section 1724(b)(1) as the reasoning for revocation of the established travel procedures, we do not believe that this section is applicable to Mr. Epstein's travels to the United States. Among the many reasons that we believe that section 1724(b)(1) does not apply is the fact that Mr. Epstein has already registered his temporary lodging with the USVIDOJ. By its very language, section 1724(b)(1) appears only to apply in the event there are changes to Mr. Epstein's temporary lodging in the United States. Mr. Epstein maintains temporary lodging (vacation homes) in Florida, New York, and New Mexico. All of the required information regarding those temporary lodgings has been on file with the USVIDOJ since Mr. Epstein initially registered in the USVI in 2009. There have been no changes to Mr. Epstein's temporary lodging information since his initial registration, and there certainly have been no changes to his temporary lodging information since his last in person annual registration renewal earlier this year, as required by section 1724(d).

**Safeguards to Ensure Compliance**

As a result of the incident in the Dominican Republic, we are conscious of the need to make sure there are safeguards in place to ensure Mr. Epstein's compliance and also to ensure that proper notification is given to jurisdictions that require it. We are respectfully requesting that going forward, the USVIDOJ provide Mr. Epstein with an email copy of all notifications it is required to make to jurisdictions outside the USVI pursuant to section 1726(d). By receiving an email copy of these notifications, Mr. Epstein will be able to confirm that the USVIDOJ has received each of his travel notices and, if necessary, take additional action to ensure that such notice has been received by the USVIDOJ and forwarded to the appropriate jurisdictions outside the USVI.

Mr. Epstein's counsel, Darren Indyke, and I would appreciate the opportunity to discuss this matter with you further. We will make ourselves available at your convenience.

Respectfully,

Erika A. Kellerhals

*Encl*

**APPENDIX 1**

In accordance with the procedures authorized by Attorney General Frazer in August 2012, Mr. Epstein gave proper email notice on February 16, 2019 to Ms. Shani Pinney, the Territorial Sexual Offender Registry Program Manager, of his intention to travel for a day trip to the Dominican Republic on February 19, 2019. Mr. Epstein's attorney, Darren Indyke, was copied on that email notice, and received the email at the same time Mr. Epstein emailed it to Ms. Pinney. *See* **Exhibit 1.** That notice included all international travel information necessary in order for the Department of Justice to give the Dominican Republic authorities the required advance notice of Mr. Epstein's arrival.

Mr. Epstein also emailed Ms. Pinney on February 18, 2019 regarding his obligation to annually renew his registration on March 5, 2019 and advised that after leaving at noon on February 19, 2019, Mr. Epstein anticipated being outside of the Territory until March 20, 2019. Mr. Epstein inquired in his email as to whether he should renew his registration before he left the next day or after he returned on March 20, 2019. Attorney Indyke was also copied on that email, and also received it when Mr. Epstein emailed it to Ms. Pinney. *See* **Exhibit 2.**

Despite Mr. Epstein's timely and proper notice to the Department of Justice of his travel to the Dominican Republic, the Dominican Republic did not receive advance notice of Mr. Epstein's travel. As a result, upon Mr. Epstein's arrival in the Dominican Republic on February 19, 2019, he was detained for several hours and ultimately denied entry. Having been refused entry, Mr. Epstein then traveled to his vacation home in Palm Beach, Florida, as his February 16, 2019 email notice advised he would do.

On February 21, 2019 at 9:57PM (EST), Attorney Indyke notified Ms. Pinney of a modification to Mr. Epstein's travel plans. As authorized by the travel notification procedures in effect prior to your March 14, 2019 letter, because Mr. Epstein was traveling and no longer in the Territory at that time, Attorney Indyke provided the changes to Mr. Epstein's itinerary by email to Ms. Pinney at the same email address that he had previously used to transmit his messages successfully. *See* **Exhibit 3**. All of the required information, including the required information for international travel, was included in that email.

Six (6) days after Mr. Epstein emailed his February 16, 2019 travel notice, and three (3) days after Mr. Epstein had been detained and refused entry to the Dominican Republic, Mr. Epstein received a response from Ms. Pinney. By email on February 22, 2019 at 9:11AM (EST), Ms. Pinney advised that:

> I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
>
> In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.
>
> Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

*See* **Exhibit 4**. Five (5) minutes later, at 9:16AM (EST), Mr. Epstein re-sent to Ms. Pinney the email travel notice that he sent on February 16, 2019 and copied Attorney Indyke on the email he re-sent. *See* **Exhibit 5**. Ms. Pinney responded by email at 9:43AM (EST) that she searched her emails and

could not find Mr. Epstein's original February 16, 2019 email travel notice. *See* **Exhibit 6**. However, Ms. Pinney did receive Mr. Epstein's February 18, 2019 email and Mr. Epstein's 9:16AM (EST) email on February 22, 2019. *See* the email chains in **Exhibits 4** & **6**. Ms. Pinney also stated that:

> In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

*See* **Exhibit 6**.

In light of Ms. Pinney's advice that she had not received Mr. Epstein's emails, Mr. Epstein inquired as to whether she had received Attorney Indyke's February 21, 2019 email regarding the changes to Mr. Epstein's travel itinerary. Mr. Epstein sent Ms. Pinney four (4) separate emails on February 22, 2019 asking for confirmation that Attorney Indyke's February 21, 2019 email had been received. Both Attorney Indyke and Agent Augustin were copied on all of them. *See* **Exhibits 7, 8, 9 & 10**. Attorney Indyke received each of these emails at the time they were sent to Ms. Pinney. Attorney Indyke also sent emails to both Ms. Pinney and Agent Augustin on February 22, 2019, which included a copy of the February 21, 2019 email Attorney Indyke sent to Ms. Pinney. *See* **Exhibits 11 & 12**. Three (3) days later, on February 25, 2019, Ms. Pinney emailed Mr. Epstein that she had not received any notices from Attorney Indyke. *See* **Exhibit 13**. However, none of the emails sent by Attorney Indyke, or for that matter by Mr. Epstein, during the February 16, 2019 to February 28, 2019 period were returned as undelivered by the DOJ's email server, and Attorney Indyke and Ms. Pinney have communicated successfully by email for years.

Exhibit

From: J jeevacation@gmail.com
Subject:
Date: February 16, 2019 at 6:29 PM
To: Shani Pinney spinney@doj.vi.gov, Darren Indyke [REDACTED]

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International Airport in Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive at Palm Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On February 28, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, from my vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED]. I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [REDACTED] or on his mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited

and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012403

**Exhibit 2**

From: J jeevacation@gmail.com
Subject:
Date: February 18, 2019 at 3:37 PM
To: Shani Pinney spinney@doj.vi.gov, Darren Indyke [REDACTED]

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues mornng. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

**Exhibit 3**

From: **Darren Indyke** [redacted]
Subject: **Mr. Jeffrey Epstein**
Date: **February 21, 2019 at 9:57 PM**
To: shari.pinney@vi.gov, **S Pinney** spinney@doj.vi.gov
Cc: **Darren Indyke** [redacted]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012405

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019. On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
************************************************************************************************

Exhibit 4

From: J jeevacation@gmail.com
Subject: Fwd: Registration & Travel
Date: February 22, 2019 at 9:21 AM
To: Darren Indyke [redacted]

---------- Forwarded message ---------
From: **Shani Pinney** <Shani.Pinney@vi.gov>
Date: Fri, Feb 22, 2019 at 9:11 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues morning thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit

From: J jeevacation@gmail.com
Subject: Fwd:
Date: March 16, 2019 at 2:29 PM
To: Darren Indyke [REDACTED]

pls

On Fri, Feb 22, 2019 at 9:16 AM J <jeevacation@gmail.com> wrote:
this was sent before I left.

---------- Forwarded message ---------
From: J <jeevacation@gmail.com>
Date: Sat, Feb 16, 2019 at 6:29 PM
Subject:
To: Shani Pinney <spinney@doj.vi.gov>, Darren Indyke [REDACTED]

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International Airport in Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive at Palm Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22. 2019. On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On February 28, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, from my vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED] I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [REDACTED] or on his mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit

From: J jeevacation@gmail.com
Subject: Fwd: Registration & Travel
Date: February 22, 2019 at 9:49 AM
To: Darren Indyke [redacted]

---------- Forwarded message ---------
From: **Shani Pinney** <Shani.Pinney@vi.gov>
Date: Fri, Feb 22, 2019 at 9:43 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>
Cc: Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at [illegible] PM
Subject:
To: Shani Pinney <[illegible]> Darren Indyke <[illegible]>

S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney,

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On Feb 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran approximately 7:30PM local time on February 26, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 20 approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [redacted] I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

(The foregoing signature constitutes the electronic signature of Jeffrey Epstein) [illegible]

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators

that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , I am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues mornng. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit

From: J jeevacation@gmail.com
Subject: **Re: Registration & Travel**
Date: **February 22, 2019 at 9:26 AM**
To: **Sheni Pinney** Sheni Pinney @ gov, **Darren Indyke** [redacted]

please confirm that you have receive the emails i just sent showing notification Before I left. and you should have additional travel details from attny Indyke . if not, please let me know

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues mornng. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit [illegible]

From: J jeevacation@gmail.com
Subject: **Re: Registration & Travel**
Date: **February 22, 2019 at 11:04 AM**
To: **Shani Pinney** Shani.Pinney@vi.gov, Kevin Augustin [illegible]doj.vi.gov, **Darren Indyke** [REDACTED]

did you recieve attny indykes new notice .? and may I have a number on which you can be reached this afternoon.

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at 6:30 PM
Subject:
To: Shani Pinney <[illegible]>, Darren Indyke <[illegible]>

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A[illegible] Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive [illegible] Beach International Airport in Palm Beach, Florida at approximately 8:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 26, 2019. On Feb[illegible] 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran[illegible] approximately 7:30PM local time on February 26, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, [illegible] vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2[illegible] approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, a[REDACTED] will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

(The foregoing signature constitutes the electronic signature of Jeffrey Epstein)

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation. In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of

business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer I come in tues mornng. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit

From: J jeevacation@gmail.com
Subject: **Fwd: Mr. Jeffrey Epstein**
Date: **February 22, 2019 at 11:57 AM**
To: **Shani Pinney** spinney@doj.vi.gov, Kevin.Augustin@doj.vi.gov, **Darren Indyke** [REDACTED]

please confirm receipt of this email. thx still no answer on phone at 340 774 5666

---------- Forwarded message ---------
From: **Darren Indyke** [REDACTED]
Date: Fri, Feb 22, 201[REDACTED]
Subject: Fwd: Mr. Jeffrey Epstein
To: jeevacation@gmail.com <jeevacation@gmail.com>
Cc: Darren Indyke [REDACTED]

DARREN K. INDYKE
[REDACTED]

*******************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
*******************************************************************************************

Begin forwarded message:

**From:** Darren Indyke <[REDACTED]
**Subject: Mr. Jeffrey Epstein**
**Date:** February 21, 2019 at 9:57:41 PM EST
**To:** "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
**Cc:** Darren Indyke [REDACTED]

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019.
On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on

expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

[REDACTED]

**********************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
**********************************************************************************

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 1(

From: J jeevacation@gmail.com
Subject: Fwd: Registration & Travel
Date: March 16, 2019 at 2:31 PM
To: Darren Indyke [redacted]

---------- Forwarded message ---------
From: J <jeevacation@gmail.com>
Date: Mon, Feb 25, 2019 at 10:04 AM
Subject: Re: Registration & Travel
To: Shani Pinney <spinney@doj.vi.gov>, <Kevin.Augustin@doj.vi.gov>

we keep trying to call no answer

On Mon, Feb 25, 2019 at 9:09 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Morning,

I have not received notice from Attorney Indyke.

I can be reached at the DOJ number 340-774-5666.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 12:03 PM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Re: Registration & Travel

did you recieve attny Indykes new notice .? and may I have a number on which you can be reached this afternoon.

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at 6:29 PM
Subject:
To: Shani Pinney [illegible], Darren Indyke [illegible]

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re. Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney,

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerto Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A[illegible] Puerto Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arriv[illegible] Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On Feb[illegible] 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran[illegible] approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, [illegible] vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2[illegible]
[illegible]

approximately [illegible] In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, a[REDACTED]will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

(The foregoing signature constitutes the electronic signature of Jeffrey Epstein)

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , I am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues morning. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit

From: Darren Indyke [redacted]
Subject: Fwd: Mr. Jeffrey Epstein
Date: February 22, 2019 at 12:15 PM
To: shani.pinney@vi.gov, S Pinney spinney@doj.vi.gov
Cc: Darren Indyk[redacted]

Good day, Ms. Pinney. Hope you are well. Can you please confirm receipt of my email below.

Thank you.

DARREN K. INDYKE
[redacted]

*********************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
*********************************************************************************************

Begin forwarded message:

**From:** Darren Indyke [redacted]
**Subject:** Mr. Jeffrey Epstein
**Date:** February 21, 2019 at 9:57:41 PM EST
**To:** "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
**Cc:** Darren Indyke [redacted]

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019. On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [redacted] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

[REDACTED]

************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

************************************************************************************

Exhibit 1

From: Darren Indyke [redacted]
Subject: Fwd: Mr. Jeffrey Epstein
Date: February 22, 2019 at 12:30 PM
To: Kevin.Augustin@doj.vi.gov
Cc: Darren Indyke [redacted]

Mr. Kevin Augustin
SOR Investigator
Virgin Islands Department of Justice
United States Virgin Islands

Dear Mr. Augustin:

At Ms. Shani Pinney's direction, I am forwarding a copy of the travel modification notice for Mr. Jeffrey Epstein that I emailed to Ms. Pinney yesterday. Please kindly confirm receipt of this notice. Thank you.

Respectfully,

DARREN K. INDYKE
[redacted]

*****************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

*****************************************************************************************************

Begin forwarded message:

From: Darren Indyke [redacted]
Subject: Mr. Jeffrey Epstein
Date: February 21, 2019 at 9:57:41 PM EST
To: "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
Cc: Darren Indyke [redacted]

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019. On

home in New York, New York, where he expects to stay until February 28, 2019. On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

[REDACTED]

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

Exhibit 1:

From: J jeevacation@gmail.com
Subject: Fwd: Registration & Travel
Date: February 25, 2019 at 9:11 AM
To: Darren Indyke

---------- Forwarded message ---------
From: Shani Pinney <Shani.Pinney@vi.gov>
Date: Mon, Feb 25, 2019 at 9:09 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>

Good Morning,

I have not received notice from Attorney Indyke.

I can be reached at the DOJ number 340-774-5666.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 12:03 PM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Re: Registration & Travel

did you recieve altny Indykes new notice .? and may I have a number on which you can be reached this afternoon.

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at 6:26 PM
Subject:
To: Shani Pinney [illegible], Darren Indyke [illegible]

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On Feb 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2( approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [redacted]. I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

(The foregoing signature constitutes the electronic signature of Jeffrey Epstein)

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues morng. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may

constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

**APPENDIX 2**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012428

# HODGE & FRANCOIS

July 16, 2012

Honorable Vincent Frazer
Office of the Attorney General of the Virgin Islands
Department of Justice
St. Thomas, VI
Via Hand Delivery and Email

Re: Request Pursuant to Bill 29-0239 for Reduction/Approval of Notice Procedures for Travel Outside the Virgin Island by Jeffrey Epstein

Dear Attorney General Frazer:

Thank you for meeting with me and Attorney Darren Indyke on Friday, July 13, 2012, to discuss implementation of the new travel notice procedures for registered sex offenders under Bill 29-0239 (including the amendment thereto), an Act amending chapter 86 of title 14 of the Virgin Islands Code, to expand the laws of the United States Virgin Islands regarding the monitoring and tracking of sex offenders within this jurisdiction, that has been passed by the Legislature, and which we anticipate will be signed into law by the Governor in the near future.

As we discussed and has been well-documented with your Department over the past several years, my client, Jeffrey Epstein, has business and other legitimate reasons that require him to engage in frequent travel outside of the Virgin Islands and outside of the United States. In connection with that travel, Mr. Epstein has an extensive history of what you and your office have confirmed has been fully compliant notification to your Department regarding Mr. Epstein's frequent travel during the period he has been required to register under the existing Virgin Islands law. As we also discussed, we reasonably anticipate that Mr. Epstein will continue to have notice obligations to your Department in the future regarding his on-going, frequent travel, and we wish to insure that Mr. Epstein continues to remain fully compliant under the revised provisions of Bill 29-0239, as amended, while properly invoking the discretion of the Office of the Attorney General, conferred in the language of this Bill, to reduce the notice requirements in the Bill upon request of a registered offender who provides supporting information.

Accordingly, we respectfully make this formal request on behalf of Mr. Epstein that the Office of the Attorney General exercise discretion under Sections 6 and 9 of Bill 29-0239, as amended, to both allow a shortened notice period for proposed travel, and modification of the

ATTORNEYS AT LAW
1340 TAARNEBERG, ST. THOMAS, VIRGIN ISLANDS
PHONE: [redacted] FAX: [redacted]
EMAIL: [redacted]

information required in lieu of that otherwise required under those sections of the Bill. In particular, we request that Mr. Epstein be permitted to continue his long-standing practice for notice of his frequent travel outside of the Virgin Islands and outside of the United States, which your Department has verified as fully acceptable, of providing written travel notice to your Department by email or facsimile from Mr. Epstein or his legal counsel immediately prior to Mr. Epstein's departure. As has also been Mr. Epstein's long-standing practice verified by your Department as acceptable, we respectfully request that the Office of the Attorney General confirm that provision of the following information in that notice will satisfy the travel notice requirements: (1) Mr. Epstein's date of departure, (2) the general geographic areas of his travel, and with respect to travel to any of his vacation homes, a statement that he is traveling to his vacation home, (3) the time period for his intended travel, and (4) his contact information (consisting of a cell number where he can always be reached during the period of his intended travel, and also a cell number where his legal counsel can always be reached), in case of any need to contact Mr. Epstein while he is traveling. In addition, we request that written notice by email or facsimile from Mr. Epstein or his legal counsel be permitted for any changes in travel plans that have occurred after Mr. Epstein has departed the Virgin Islands, so long as such notice is given prior to departure to any changed locations. In any event, consistent with the long-standing practice accepted by your Department, email or facsimile notice from Mr. Epstein or his legal counsel of Mr. Epstein's return to the Virgin Islands would be given immediately prior to Mr. Epstein's departure for his return travel to the Virgin Islands.

By continuing this established practice, which has proven to be an absolutely reliable, efficient and effective means of maintaining contemporaneous reporting of Mr. Epstein travels, and at the same time avoids unnecessary repeated notices to your Department of the frequent changes in Mr. Epstein's travel plans from causes outside of Mr. Epstein's control, and by recognizing the bona fide justification for this approval based upon the already well-documented frequent business travel and other justified foreign and domestic travel of this individual, we submit that there are good grounds for this request. We, therefore, respectfully request that the Office of the Attorney General exercise the discretion, as conferred by Bill 29-0239, as amended, to adjust both the notice requirements and the specific information required, upon request of a registered offender. Your Department's files already contain substantial documentation of Mr. Epstein's frequent business travel, his travel to his vacation residences, and his extensive and flawless history of timely notification to your Department of travel away from the Virgin Islands. However, if you feel that any additional information is needed to justify the exercise of the statutory discretion to

reduce notice and adjust the information required under the amended law, we respectfully request that you inform us, so that the necessary information can be promptly provided.

I also wish to confirm, as agreed during our meeting, that during any period that may elapse between the signing into law by the Governor of Bill 29-0239, as amended, and your Office's completion of review of this request under the Bill to exercise discretion as described above, the continued compliance by Mr. Epstein with the above-described travel notification practices he has followed to date will be deemed compliance with the new law.

Again, I appreciate you taking the time to meet with us to discuss this, particularly in view of the commitment on the part of Mr. Epstein to comply with the law. Please advise me if there is any additional information that may be required for a favorable response to the foregoing request.

Sincerely,

Maria Tankenson Hodge



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

July 25, 2012

Maria Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands 00802

**Re:** Implementation of Act No.7372, (Bill No. 29-0239); International travel Notice request

Dear Attorney Hodge:

I am in receipt of your letter of July 16, 2012 requesting clarification of our implementation of the new provisions of the local sex offender registration and notification law (T. 14 VIC Chapter 86). I understand that your letter was written on behalf of Mr. Jeffrey Epstein, a registrant on the Virgin Islands Sex Offender Registry.

It is my understanding that Mr. Epstein's business activities require him to make frequent and often unexpected trips out of the territory to United States destinations and to international destinations. Your letter is accepted as a request pursuant to the new provisions of Act No. 7372, for the Attorney General to waive the 21 day prior notice requirement to the Department of Justice for Mr. Epstein, when travelling out of the Virgin Islands.

Based upon your representation and that of Attorney Darren Indyke, we will grant the waiver of the (21) twenty one day notice requirement to the Department of Justice when Mr. Epstein is traveling out of the Territory. This waiver is granted upon compliance with the following conditions:

1. Prior notice must be given to the Department of Justice no less than Seventy two (72) hours before travel out of the Virgin Islands;

2. Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him; or by e-mail with an electronic signature;

3. If the jurisdiction to which he travels requires his registration for the duration of time he is there, he will comply with that registration requirement;

4. The following information will be provided by the Notice;
   a. identifying information of the temporary lodging location, including addresses. Foreign jurisdiction lodging may be identified by city and country;

34-38 Kronprindsens Gade • GERS Bldg., 2nd Floor • St. Thomas, U.S. Virgin Islands 00802 • (340) 774-5666 • Fax (340) 774-9710
6040 Castle Coakley • Design Center Bldg. • Christiansted, St. Croix, U.S. Virgin Islands 00820 • (340) 773-0295 • Fax (340) 773-8236

b. the dates he will be departing from the Virgin Islands and the date expected to return;
c. the dates he will be staying at any intermediary temporary location.

5. Notice must be given of any modification from the travel itinerary, as originally advised after leaving the territory. Such notice may be submitted by facsimile or e-mail by Mr. Epstein or his legal counsel;

6. Upon returning to the Virgin Islands, Mr. Epstein shall immediately notified the Department of Justice by visit, facsimile, or e-mail with electronic signature.

I do recognize that these conditions vary from the former conditions. However in light of the discretion given to the Attorney General by Act No.7372, we are forced to take a closer look at the waiver conditions.

Please let me know if your client has any questions about these conditions.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

cc: Registrant file

# HODGE & FRANCOIS

July 30, 2012

Honorable Vincent Frazer
Office of the Attorney General of the Virgin Islands
Department of Justice
St. Thomas, VI
Via Hand Delivery and Email

Re: July 25, 2012 Letter Regarding Act No. 7372 Travel Notice Request

Dear Attorney General Frazer:

I received your letter of July 25, 2012 agreeing to grant the Attorney General's waiver, pursuant to the provisions of Act No. 7372, of the 21-day prior notice requirement under that Act with respect to Mr. Epstein's travels outside of the Virgin Islands, and I have shared it with my client. We appreciate the consideration given to Mr. Epstein's frequent travel requirements. However, we still have serious concerns regarding what we believe are undue restrictions placed on Mr. Epstein's travel and the conduct of his business and professional activities by certain of the specific conditions imposed as part of this waiver, and we respectfully request that your office reconsider those specific conditions.

Specifically, we believe that the waiver conditions requiring Mr. Epstein to provide 72 hours notice before traveling out of the Virgin Islands and requiring Mr. Epstein to provide a specific address of temporary lodging locations when traveling within the United States will have an unduly restrictive effect on his right to travel and conduct his legitimate business and professional activities. As I understand it, both you and Senator Russell stated during the hearing on the Act before the Rules and Judiciary Committee on June 21, 2012, that the travel notification requirements of this Act were specifically not intended to be penal in nature. Both you and Senator Russell acknowledged that this was meant to be a notice provision, nothing more. However, as explained below, the restrictive effect of the 72-hour prior notice requirement and the requirement that Mr. Epstein disclose the specific address of his temporary lodging while in the United States would impede Mr. Epstein's right to travel and conduct business and professional activities in a manner that would indeed, be penal in nature.

I want to discuss the legal justification for greater flexibility in notice. The Federal SORNA guidelines have already recognized that there are cases where flexibility in the application of SORNA's travel notification procedures is necessary. For example, the SORNA guidelines themselves discuss the case of an individual who is a "long haul trucker" who regularly drives thousands of miles through "dozens of jurisdictions in the course of his employment", as well as the cases of a home-improvement contractor and of a day laborer, who travel regularly to various locations that may change on a daily basis -- see **The National**

ATTORNEYS AT LAW
1340 TAARNEBERG, ST. THOMAS, VIRGIN ISLANDS
PHONE: [redacted] FAX: [redacted]
EMAIL: [redacted]

**Guidelines for Sex Offender Registration and Notification**, pp. 39 and 43 -- or the case of an individual "who lives in a northern border state and who commutes to Canada for work on a daily basis" -- see **Supplemental Guidelines for Sex Offender Registration and Notification**, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. These cases are analogous to any number of possible situations in our Territory, including pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, all of whom travel to and from the Territory on a frequent and regular basis in the ordinary course of their employment or business. The burden on both the Department of Justice and the worker of requiring such a worker to give 72-hours prior notice each time he leaves the Territory and to confirm every location and address included in his travel notification would be substantial. In situations such as these, the SORNA guidelines permit the responsible jurisdictions to reduce notice requirements and simply require the traveling registrant to provide a most likely itinerary of "normal travel routes" and "general areas" of work. **The National Guidelines for Sex Offender Registration and Notification**, pp. 39 and 43. Mr. Epstein's case is no different from any of these cases where SORNA expressly permits this flexibility in the manner and content of travel notification.

Consider, for example, the case of a St. Thomas boat captain chartering trips to various islands in the Caribbean. Requiring that boat captain to provide 72 hours prior travel notice would prevent him from taking any charters unless requested of him more than three days in advance. With visiting tourists on short stays frequently requesting charters only a day or two in advance, such a requirement would substantially interfere with the boat captain's ability to conduct his business. Moreover, requiring him to provide specific addresses of his travels could also be problematic in that tourists chartering his boat might not even make such determinations until the day of the actual charter. Requiring the boat captain to be inflexible with his charter passengers would therefore also seriously interfere with his business. The supplemental SORNA guidelines have specifically stated in their own words that such requirements could be "pointlessly burdensome" and "unworkable". See **Supplemental Guidelines for Sex Offender Registration and Notification**, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. Consistent with the flexibility afforded by the SORNA Guidelines, both Senator Russell and you acknowledged at that June 21, 2012 hearing that the law must be flexible to enable those who must travel frequently and on short notice to do so.

In fact, when the travel notification amendment was revised for the Rules and Judiciary Committee vote on June 25, 2012, the Attorney General discretion provision was inserted into the law, rather than a specific 72-hour short notice exception to the 21-day notice requirement, to provide your office with the flexibility to make decisions on a case-by-case basis. In the case of frequent travelers, such as Mr. Epstein, as well as pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, who travel for business, professional and other legitimate purposes several times a month, both on short notice and under circumstances where travel plans frequently change on short notice, the new law provides your office with the flexibility to grant a waiver that will not unduly restrict their travel and business and professional activities, and that includes the right to allow notice prior to departure less than 72 hours in advance.

As you know, from the beginning of Mr. Epstein's registration in March 2010, he has a demonstrated history of frequent travel and a flawless record of fully compliant travel

notification to your office. Even at times when the email servers at the Department of Justice were not operating, Mr. Epstein's counsel took measures to ensure alternative notification by providing telephonic and fax notification of the travel notice emails that were sent to the Department of Justice. His record clearly demonstrates that he is unerringly diligent in ensuring that the Virgin Islands is provided with timely notice of his travels outside of the Territory, and he will remain so in the future under this new law.

Mr. Epstein has always previously provided the necessary travel notice, through his counsel, immediately prior to Mr. Epstein's departure. He has done this because, in many instances, , his travel dates and destinations are not known with certainty until a few hours prior to departure, or they can and frequently do change on little or no notice for reasons that are not within his control. For example, meeting schedules and locations for business or professional trips evolved constantly over the past two years, and Mr. Epstein has had to remain flexible to accommodate these changes. Moreover, unexpected changes in weather patterns and mechanical issues with the aircraft had also accelerated or delayed travel plans. Instead of providing a constant flow of notices to the Department of Justice in anticipation of possible or changed travel, Mr. Epstein has provided notice immediately prior to departure to ensure that the notice he provided was as accurate as possible. It was and still is believed that this avoids unnecessary administrative burden to the Department of Justice, which we understand would be required to update its notices to other jurisdictions every time a new or changed notice is received from Mr. Epstein.

In addition, to the extent that notification by Mr. Epstein of his entry into another jurisdiction is even required by that jurisdiction, the notice is not required from Mr. Epstein prior to his arrival in that jurisdiction, and in some cases notice is not required until as much as several days after arrival. Even in the State of Florida, the jurisdiction of Mr. Epstein's conviction which triggered his registration requirement, Mr. Epstein is not required to provide any minimum prior notice of his travel to Florida. In fact, he is permitted to provide email notice on the day of his arrival. It is our understanding that notification immediately prior to Mr. Epstein's departure from the Virgin Islands would still provide the Virgin Islands with ample time to inform jurisdictions of Mr. Epstein's arrival, particularly when notification is done through electronic means and is instantaneous. Moreover, in light of Mr. Epstein extensive record of unerring diligence in providing notice of his travels and complying with his other registration obligations, there are ample grounds to conclude that Mr. Epstein would continue to be fully compliant in both the Virgin Islands and in all other jurisdictions to which the Virgin Islands may have to give notice of Mr. Epstein's travels.

Requiring 72 hours notice of Mr. Epstein prior to his travel would severely restrict his ability to remain flexible to accommodate ever-evolving meeting schedules and locations and the schedules of Mr. Epstein's business and professional colleagues. For example, not infrequently, Mr. Epstein is asked in the early morning to meet in a particular jurisdiction later in the day. Because of the 72-hour notice requirement, in the future, Mr. Epstein would have to wait three days before he could accommodate such a request for a meeting. As another example, assuming Mr. Epstein gave the proper 72-hour notice of a trip to New York, but learned on the day of his intended departure that the persons with whom he was to meet in New York later that day desired to meet in a different location, Mr. Epstein would not be able to meet at the alternative

location because of the 72-hour notice requirement. In Mr. Epstein's business and professional life, situations like this occur with frequency and regularity, and even a 72-hour notice requirement would obviously have a significantly deleterious effect on his business and professional activities.

For this reason, we respectfully request that Mr. Epstein be permitted to provide notice immediately prior to his departure when traveling outside of the Virgin Islands, provided that Mr. Epstein will endeavor to provide 24-hours notice to the extent he has such advance knowledge of his travel. We understand your requirement that notices come from Mr. Epstein, himself, when he is in the Virgin Islands and providing notice of his travel outside of the Territory, and Mr. Epstein will comply with that requirement.

Another waiver condition contained your the July 25, 2012 letter is that Mr. Epstein provide your office with the address of his temporary lodging while traveling within the United States. Mr. Epstein has and will continue to provide notice to the Department of Justice of the addresses of temporary lodging that are his own homes. In fact, as the extensive volume of Mr. Epstein's travel notification emails to the Department of Justice demonstrate, Mr. Epstein has regularly stayed at his vacation homes when traveling and has so advised the Department of Justice in his travel notifications each time he has done so. Inasmuch as the Department of Justice already has a complete listing of the addresses of all of Mr. Epstein's vacation homes in the registration information Mr. Epstein has provided and updates to the Department of Justice, it was not thought necessary to include the specific addresses of Mr. Epstein's vacation homes in each of the notices. To ensure compliance with the waiver conditions, Mr. Epstein will provide the specific addresses of Mr. Epstein's vacation homes in the travel notices in the future.

However, frequently when Mr. Epstein travels to locations in the United States at which he does not have a vacation home, he has stayed as a guest in the homes of third parties, including business and professional associates. Many times these invitations have been and are extended to Mr. Epstein after arriving in these locations as plans change and meetings extend beyond scheduled times. Thus, originally scheduled hotel reservations are cancelled and new lodging arrangements have to be made (which would again require further notices to the Department of Justice, which would presumably have to send updates to the jurisdictions to which the original notices were previously given). Many of these hosts would be uncomfortable with Mr. Epstein having to provide the addresses of their homes in the travel notifications to the Department of Justice, particularly when the hosts are oftentimes prominent figures whose addresses are not a matter of public knowledge and there is no guarantee that their addresses would not be disclosed in response to FOIA or other Sunshine Law requests. Requiring Mr. Epstein to provide these addresses would likely deter potential hosts from offering Mr. Epstein lodging and thus again interfere with his ability to travel and maintain the necessary flexibility in the conduct his business, professional and other legitimate activities.

It is for this reason that we respectfully request that the waiver condition requiring Mr. Epstein to provide the addresses of his temporary lodging in his notification of travel within the United States be eliminated, provided that when Mr. Epstein stays at his vacation homes while traveling in the United States he will so advise the Department of Justice, and include in the notice the specific address of his vacation home at which he is staying. In all other cases,

consistent with the Federal SORNA Guidelines which authorize jurisdictions to permit frequent inter-jurisdictional travelers, such as long-haul truckers, day laborers, and international border commuters, to provide a most likely itinerary of "normal travel routes" and "general areas" of work, Mr. Epstein should be allowed to provide the general geographic area of his temporary lodging and to provide a cell telephone number at which Mr. Epstein may be contacted at all times while travelling.

We believe that the foregoing proposals are consistent with the Federal SORNA Guidelines and consistent with the balance intended to be achieved in the travel notice amendment as described by both Senator Russell and you at the Rules and Judiciary Committee hearing on June 21, 2012. As has always been the case, Mr. Epstein would continue to provide timely notification to the Department of Justice of his travel before departing the Virgin Islands, so as to enable the Virgin Islands to electronically inform the necessary jurisdictions of this travel. Notice of Mr. Epstein's general geographic location and a contact number to reach him at all times would be provided, as well as his specific address when he stays at his vacation homes. With this balance, the timing and the content of Mr. Epstein's travel notification would provide your office the information it needs without impeding Mr. Epstein's right to travel and conduct his business, professional and other legitimate activities, and would thereby avoid transforming the Act's travel notice provisions into a punitive measure contrary to express legislative intent.

Once again, we appreciate the grant to Mr. Epstein by the Office of the Attorney General of the travel notification waiver as described in your letter of July 25, 2012, and respectfully request that the two waiver conditions described above imposed in that letter be modified as I have proposed. If our request to modify the waiver conditions meets with the approval of your office, please confirm that approval of the modifications as described above by signing this letter below.

If you have any questions or require anything further for a favorable response to this request, please do not hesitate to contact me.

Respectfully,

Maria Tankenson Hodge

Modification of Waiver Conditions As Described Above
Accepted and Agreed To:

______________________________________

Honorable Vincent F. Frazer
Office of the Attorney General of the United States
Virgin Islands

THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

August 14, 2012

Maria Tankenson Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands 00802

**Re:** Wavier Request for Travel Notice for J. Epstein

Dear Attorney Hodge:

After careful review of your letter giving additional information to support your client, Jeffery Epstein's request for a shorter period for prior notice whenever he plans to leave the Territory of the Virgin Islands. In light of the justification set out in your letter of July 30, 2012, I have decided to shorten the notice period and modify the other condition, as follows:

1. Mr. Epstein will be allowed to notify the Department of Justice of his intention to travel out of the Territory twenty four (24) hours prior to his departure;
2. Mr. Epstein will be allowed to continue to notify the department when he is staying in one of his stateside homes. He must provide us with a current list and addresses of each of his stateside homes;
3. When Mr. Epstein is staying in the home of an associate, he must notify the department of the city and state or country in which he is temporarily staying and his period of stay in the jurisdiction;
4. When he is staying in a non-private lodging, he or his representative may provide the specifics of the name, city and address of the establishment.

34-38 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
6040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-3236

5. Pursuant to section 9 (4) (iii) of Act No. 7372, Mr. Epstein must provide a copy of the following documents to the department.

a. all of his valid driver's licenses issued by any jurisdiction,
b. any and all government issued identification cards issued by any jurisdiction,
c. any passports issued to him.

I trust that the foregoing conditions will be workable for your client, in light of his frequent trips out of the Territory on business. All other conditions stated in my letter of July 25, 2012 are in full force and affect.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

**Mr. Jeffrey Epstein**

Darren Indyke [REDACTED]

Fri 4/26/2019 12:27 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [REDACTED] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. On April 29, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 1PM local time on April 29, 2019 and to stay at his vacation home in New York, New York until May 1, 2019. On May 1, 2019, Mr. Epstein plans to return from his vacation home in New York, New York to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on May 1, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**Mr. Jeffrey Epstein**

Darren Indyke <[redacted]
Fri 4/26/2019 2:54 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke <[redacted] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. Mr. Epstein must now depart Paris a day earlier than we advised you previously today. On April 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 6:30PM local time on April 28, 2019 and to stay at his vacation home in New York, New York until May 1, 2019. On May 1, 2019, Mr. Epstein plans to return from his vacation home in New York, New York to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on May 1, 2019.

If you need any further information, please feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE
[redacted]

*****************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication

**Mr. Jeffrey Epstein**

Darren Indyke [redacted]

Fri 4/26/2019 12:27 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [redacted] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. On April 29, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in Paris, France to his vacation home in New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 1PM local time on April 29, 2019 and to stay at his vacation home in New York, New York until May 1, 2019. On May 1, 2019, Mr. Epstein plans to return from his vacation home in New York, New York to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on May 1, 2019.

If you need any further information, please feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

[redacted]

*************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.



VIRGIN ISLANDS DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## Out of Territory Travel

Full name: Jeffrey Epstein

Personal Information: DOB: [redacted] Sex: M Hair: Gray

Eyes: Blue Height: 6'0 Weight: 170

Contact Information (Name, Address and Telephone Number of Destination):

06/10/19-06/14/19: 9 E 71st St, New York, NY

06/14/19-06/20/19: 22 Avenue Foch Apt 2DD, Paris 75116, Pars, France

Purpose of Travel: Business

Date Leaving: 06/10/19 Date Returning: 06/14/19

Method of Travel: 212Je. Gulfstream & N212JE,

Type of proof provided: Airline Itinerary ____ Vessel Itinerary ___

Driver's License #: [redacted]

1. Offense (Description of Offense):

Procuring a person under age of 18 for prostitution

Felony: x Misdemeanor: ______

2. Offense (Description of Offense):

______

Felony: ____ Misdemeanor: ______

3. Offense (Description of Offense):

______

VIDOJ/SOR-7

Felony: ____ Misdemeanor: ______

Tier: I

Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: New York, NY contact the monitoring unit upon arrival (212) 323-7101

BY Noted Above
(MM/DD/YY)

Completed By: ______
Sexual Registry Coordinator

Date: ______

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

)R-5



Kellerhals Ferguson Kroblin PLLC

Royal Palms Professional Building, 9053 Estate Thomas, Suite 101, St. Thomas, V.I. 00802
[REDACTED] Telephone | [REDACTED] Fax | www.kellfer.com

April 30, 2019

**Via Electronic Delivery**

Denise N. George, Esq.
Attorney General Nominee
Department of Justice
Office of the Attorney General
34-38 Kronsprindsens Gade
GERS Building, 2nd Floor
St. Thomas V.I. 00802

**Re: <u>Change in Notification Procedures</u>**

Dear Attorney General George:

We represent Mr. Jeffrey Epstein, who is registered on the U.S. Virgin Islands Sexual Offender Registry. For the reasons explained below, we are respectfully requesting that the U.S. Virgin Islands Department of Justice ("USVIDOJ") reinstate the proven travel notification procedures that have been in effect since Mr. Epstein's initial registration. Since initially registering with the Registry in 2009, Mr. Epstein has strictly followed the USVIDOJ's same travel notification procedures, which fully comply with both U.S. Virgin Islands statutory law and the United States Sex Offender Registration and Notification Act ("SORNA"). By letter to Mr. Epstein dated March 14, 2019, then Acting Assistant Attorney General Carol Thomas Jacobs acknowledged Mr. Epstein's well documented history of frequent and extensive travel, but advised that the USVIDOJ would no longer permit Mr. Epstein to follow these procedures, despite the fact that they have worked flawlessly for the past ten (10) years.

**<u>Mr. Epstein's Frequent and Extensive Travel</u>**

Both Mr. Epstein's former attorney, Maria Hodge, and Mr. Epstein's stateside counsel, Darren Indyke, previously provided substantial documentation to the USVIDOJ as to Mr. Epstein's frequent and extensive travel for business and other legitimate purposes. In nearly all cases, Mr. Epstein has been required to travel, both internationally and domestically, on little notice and to change his travel plans frequently on equally little notice. The email travel notification authorized under Virgin Islands law has provided the most efficient and workable method to keep the USVIDOJ instantly informed of Mr. Epstein's frequent and extensive travel plans and the changes regularly required to be made to those plans. As a result of this system of email travel notification, the USVIDOJ has been aware of Mr. Epstein's location every single day of his life without exception for the past ten (10) years. This is confirmed by the USVIDOJ's own files which contain hundreds of Mr. Epstein's email travel notices and changes to those notices that have been provided to Ms. Shani Pinney, the USVIDOJ Sexual Offender Registry Coordinator, during that ten (10) year period.

**The USVIDOJ's Failure to Notify the Dominican Republic of Mr. Epstein's Travel**

Mr. Epstein has a ten (10) year record of perfect compliance with his travel notification obligations to the USVIDOJ. In many cases, Mr. Epstein has over-notified the USVIDOJ regarding his travel in order to ensure his continuing compliance. To our knowledge, the only issue ever to occur with respect to Mr. Epstein's travel is related to his recent travel to the Dominican Republic on February 19, 2019. Mr. Epstein bears absolutely no responsibility for this issue as he gave timely notice to the USVIDOJ of his intended travel to the Dominican Republic. It is our understanding that the issue arose solely as a result of the USVIDOJ's inadvertent failure to notify the Dominican Republic of Mr. Epstein's intended travel to that jurisdiction, as required by 14 V.I.C. §1726(d). Because of the USVIDOJ's failure, Mr. Epstein was detained for several hours by the Dominican Republic authorities and eventually refused entry into the country. Unfortunately, we believe that this incident, caused solely by the USVIDOJ, and not by Mr. Epstein, resulted in additional scrutiny regarding Mr. Epstein's travel reporting, and that this in turn gave rise to the recent decision to change the travel reporting procedures that have worked perfectly for the past ten (10) years. Attached as Appendix 1, you will find a detailed account of Mr. Epstein's extensive notification efforts relating to his trip to the Dominican Republic and the response from the USVIDOJ.

**Request to Reinstate the Prior Travel Notification Procedures**

I have included for your review, as Appendix 2, the correspondence between Attorney Hodge and then-Attorney General Vincent Frazer in which then-Attorney General Frazer confirmed the twenty-four (24) hour statutory notice period applicable to Mr. Epstein's frequent travel outside the Virgin Islands, as well as Mr. Epstein's right to provide travel notification to the USVIDOJ via email and by facsimile in lieu of in person notification.

Specifically, we are requesting reinstatement of the following travel notification procedures confirmed by the USVIDOJ[1]:

- Mr. Epstein will be allowed to notify the Department of Justice of his intention to travel outside the Territory twenty-four (24) hours prior to his departure;
- Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him, or by email with an electronic signature;
- Mr. Epstein will be allowed to continue to notify the department when he is staying in one of his stateside homes. He must provide ... a current list of, and address for each of his stateside homes;
- If the jurisdiction to which he travels requires his registration for the duration of time he is there, he will comply with that registration requirement;
- When Mr. Epstein is staying at the home of an associate, he must notify the department of the city and state or country in which he is temporarily staying and his period of stay in the jurisdiction;

[1] This list reflects the relevant requirements communicated by letters dated July 25, 2012 and August 14, 2012 from then-Attorney General Vincent Frazer.

- When Mr. Epstein is staying in a non-private lodging he, or his representative, may provide the specifics of the name, city, and address of the establishment;
- Notice must be given of any modification from the travel itinerary, as originally advised after leaving the territory. Such notice may be submitted by facsimile or email by Mr. Epstein or his legal counsel; and
- Upon returning to the Virgin Islands, Mr. Epstein shall immediately notify the Department of Justice by visit, facsimile, or email with electronic signature.

**Current Notification Requirements**

Attorney Jacobs letter of March 14, 2019 revoked the notification procedures previously confirmed by the USVIDOJ and now requires the following:

- [Mr. Epstein is] required to appear in person at the USVIDOJ at least twenty-one (21) calendar days prior to any travel outside the United States;
- Notification of any travel outside the U.S. Virgin Islands must be provided in person at the USVIDOJ when [Mr. Epstein] is in the territory;
- Notification by email can only serve as notification if [Mr. Epstein is] already outside the territory and planning on travelling to another destination or to notify of a change in the length of [Mr. Epstein's] travels while [Mr. Epstein is] outside the territory;
- If a reduction in the twenty-one (21) day notification is requested, [Mr. Epstein] must submit information in support of the request for approval at the discretion of the USVIDOJ.

**The Prior Travel Notification Procedures Fully Comply with SORNA and the USVI Statutes**

As discussed in Attorney Hodge's letter of July 30, 2012, SORNA very clearly authorizes flexible travel notification procedures in cases, such as Mr. Epstein's, where registrants travel frequently for work or other legitimate purposes. As detailed in Attorney Hodge's letter of July 30, 2012:

> The Federal SORNA guidelines have already recognized that there are cases where flexibility in the application of SORNA's travel notification procedures is necessary. For example, the SORNA guidelines themselves discuss the case of an individual who is a "long haul trucker" who regularly drives thousands of miles through "dozens of jurisdictions in the course of his employment", as well as the cases of a home-improvement contractor and of a day laborer, who travel regularly to various locations that may change on a daily basis -- see The National Guidelines for Sex Offender Registration and Notification, pp. 39 and 43 -- or the case of an individual "who lives in a northern border state and who commutes to Canada for work on a daily basis" -- see Supplemental Guidelines for Sex Offender Registration and Notification, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. These cases are analogous to any number of possible situations in our Territory, including pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, all of whom travel to and from the Territory on a frequent and regular basis in the ordinary course of their employment or business. The burden on both the Department of Justice and the worker of requiring such a worker to give 72-hours and in some

> cases 21-day prior notice each time he leaves the Territory and to confirm every location and address included in his travel notification would be substantial. In situations such as these, the SORNA guidelines permit the responsible jurisdictions to reduce notice requirements and simply require the traveling registrant to provide a most likely itinerary of "normal travel routes" and "general areas" of work. The National Guidelines for Sex Offender Registration and Notification, pp. 39 and 43. Mr. Epstein's case is no different from any of these cases where SORNA expressly permits this flexibility in the manner and content of travel notification.
>
> Consider, for example, the case of a St. Thomas boat captain chartering trips to various islands in the Caribbean. Requiring that boat captain to provide 72 hours prior travel notice would prevent him from taking any charters unless requested of him more than three days in advance. With visiting tourists on short stays frequently requesting charters only a day or two in advance, such a requirement would substantially interfere with the boat captain's ability to conduct his business. Moreover, requiring him to provide specific addresses of his travels could also be problematic in that tourists chartering his boat might not even make such determinations until the day of the actual charter. Requiring the boat captain to be inflexible with his charter passengers would therefore also seriously interfere with his business. The supplemental SORNA guidelines have specifically stated in their own words that such requirements could be "pointlessly burdensome" and "unworkable". See Supplemental Guidelines for Sex Offender Registration and Notification, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. Consistent with the flexibility afforded by the SORNA Guidelines, both Senator Russell and [then-Attorney General Frazer] acknowledged at that June 21, 2012 legislative hearing that the law must be flexible to enable those who must travel frequently and on short notice to do so.

The very same flexibility authorized by SORNA for frequent travel reporting is incorporated into Virgin Islands law. In fact, Section 1724(b)(4) provides for a mandatory exception to the twenty-one (21) day in person notice otherwise required for international travel. Section 1724(b)(4) explicitly states that "... a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice, that he travels frequently outside the United States for work or other legitimate purposes, or a sex offender who travels outside the United States for emergency situations, ***shall notify the Department of Justice in writing*** at least 24 hours before traveling outside of the United States for periods of more than 48 hours, and, in any such case, shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction."

Therefore, in cases such as Mr. Epstein's, where he has provided reasonable and reliable proof to the USVIDOJ that he travels outside the United States for work or other legitimate purposes, we believe he is only required to notify the USVIDOJ in writing (that is, by email) at least twenty-four (24) hours before travelling outside the United States and to notify the USVIDOJ in writing upon his return. We believe that the USVIDOJ is already in possession of substantial proof of Mr. Epstein's extensive and frequent international, as well as his domestic, business travel. However, in the event you would like us to resubmit any information, we would be happy to do so.

Further adopting the recommendations of federal SORNA guidelines, Virgin Islands law provides equal flexibility with respect to reporting travel between the USVI and the United States. Email travel reporting prior to departing the USVI for destinations in the United States fully complies with the requirements of Section 1724(c). Section 1724(c) provides that "[b]efore moving from the United States Virgin Islands to another jurisdiction within the United States, a person required to register shall register his new address, temporary or permanent, with the Department of Justice before he leaves the territory." By its very terms, Section 1724(c) specifically does not require in person notification. Therefore, Attorney Jacobs' requirement to appear in person to notify the USVIDOJ of travel between the USVI and the United States appears to exceed the requirements of Virgin Islands law.

Although Attorney Jacobs cited section 1724(b)(1) as the reasoning for revocation of the established travel procedures, we do not believe that this section is applicable to Mr. Epstein's travels to the United States. Among the many reasons that we believe that section 1724(b)(1) does not apply is the fact that Mr. Epstein has already registered his temporary lodging with the USVIDOJ. By its very language, section 1724(b)(1) appears only to apply in the event there are changes to Mr. Epstein's temporary lodging in the United States. Mr. Epstein maintains temporary lodging (vacation homes) in Florida, New York, and New Mexico. All of the required information regarding those temporary lodgings has been on file with the USVIDOJ since Mr. Epstein initially registered in the USVI in 2009. There have been no changes to Mr. Epstein's temporary lodging information since his initial registration, and there certainly have been no changes to his temporary lodging information since his last in person annual registration renewal earlier this year, as required by section 1724(d).

**<u>Safeguards to Ensure Compliance</u>**

As a result of the incident in the Dominican Republic, we are conscious of the need to make sure there are safeguards in place to ensure Mr. Epstein's compliance and also to ensure that proper notification is given to jurisdictions that require it. We are respectfully requesting that going forward, the USVIDOJ provide Mr. Epstein with an email copy of all notifications it is required to make to jurisdictions outside the USVI pursuant to section 1726(d). By receiving an email copy of these notifications, Mr. Epstein will be able to confirm that the USVIDOJ has received each of his travel notices and, if necessary, take additional action to ensure that such notice has been received by the USVIDOJ and forwarded to the appropriate jurisdictions outside the USVI.

Mr. Epstein's counsel, Darren Indyke, and I would appreciate the opportunity to discuss this matter with you further. We will make ourselves available at your convenience.

Respectfully,

Erika A. Kellerhals

*Encl*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**APPENDIX 1**

In accordance with the procedures authorized by Attorney General Frazer in August 2012, Mr. Epstein gave proper email notice on February 16, 2019 to Ms. Shani Pinney, the Territorial Sexual Offender Registry Program Manager, of his intention to travel for a day trip to the Dominican Republic on February 19, 2019. Mr. Epstein's attorney, Darren Indyke, was copied on that email notice, and received the email at the same time Mr. Epstein emailed it to Ms. Pinney. *See* **Exhibit 1.** That notice included all international travel information necessary in order for the Department of Justice to give the Dominican Republic authorities the required advance notice of Mr. Epstein's arrival.

Mr. Epstein also emailed Ms. Pinney on February 18, 2019 regarding his obligation to annually renew his registration on March 5, 2019 and advised that after leaving at noon on February 19, 2019, Mr. Epstein anticipated being outside of the Territory until March 20, 2019. Mr. Epstein inquired in his email as to whether he should renew his registration before he left the next day or after he returned on March 20, 2019. Attorney Indyke was also copied on that email, and also received it when Mr. Epstein emailed it to Ms. Pinney. *See* **Exhibit 2.**

Despite Mr. Epstein's timely and proper notice to the Department of Justice of his travel to the Dominican Republic, the Dominican Republic did not receive advance notice of Mr. Epstein's travel. As a result, upon Mr. Epstein's arrival in the Dominican Republic on February 19, 2019, he was detained for several hours and ultimately denied entry. Having been refused entry, Mr. Epstein then traveled to his vacation home in Palm Beach, Florida, as his February 16, 2019 email notice advised he would do.

On February 21, 2019 at 9:57PM (EST), Attorney Indyke notified Ms. Pinney of a modification to Mr. Epstein's travel plans. As authorized by the travel notification procedures in effect prior to your March 14, 2019 letter, because Mr. Epstein was traveling and no longer in the Territory at that time, Attorney Indyke provided the changes to Mr. Epstein's itinerary by email to Ms. Pinney at the same email address that he had previously used to transmit his messages successfully. *See* **Exhibit 3.** All of the required information, including the required information for international travel, was included in that email.

Six (6) days after Mr. Epstein emailed his February 16, 2019 travel notice, and three (3) days after Mr. Epstein had been detained and refused entry to the Dominican Republic, Mr. Epstein received a response from Ms. Pinney. By email on February 22, 2019 at 9:11AM (EST), Ms. Pinney advised that:

> I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
>
> In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.
>
> Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

*See* **Exhibit 4.** Five (5) minutes later, at 9:16AM (EST), Mr. Epstein re-sent to Ms. Pinney the email travel notice that he sent on February 16, 2019 and copied Attorney Indyke on the email he re-sent. *See* **Exhibit 5.** Ms. Pinney responded by email at 9:43AM (EST) that she searched her emails and

could not find Mr. Epstein's original February 16, 2019 email travel notice. *See* **Exhibit 6**. However, Ms. Pinney did receive Mr. Epstein's February 18, 2019 email and Mr. Epstein's 9:16AM (EST) email on February 22, 2019. *See* the email chains in **Exhibits 4** & **6**. Ms. Pinney also stated that:

> In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

*See* **Exhibit 6.**

In light of Ms. Pinney's advice that she had not received Mr. Epstein's emails, Mr. Epstein inquired as to whether she had received Attorney Indyke's February 21, 2019 email regarding the changes to Mr. Epstein's travel itinerary. Mr. Epstein sent Ms. Pinney four (4) separate emails on February 22, 2019 asking for confirmation that Attorney Indyke's February 21, 2019 email had been received. Both Attorney Indyke and Agent Augustin were copied on all of them. *See* **Exhibits 7, 8, 9 & 10**. Attorney Indyke received each of these emails at the time they were sent to Ms. Pinney. Attorney Indyke also sent emails to both Ms. Pinney and Agent Augustin on February 22, 2019, which included a copy of the February 21, 2019 email Attorney Indyke sent to Ms. Pinney. *See* **Exhibits 11 & 12**. Three (3) days later, on February 25, 2019, Ms. Pinney emailed Mr. Epstein that she had not received any notices from Attorney Indyke. *See* **Exhibit 13**. However, none of the emails sent by Attorney Indyke, or for that matter by Mr. Epstein, during the February 16, 2019 to February 28, 2019 period were returned as undelivered by the DOJ's email server, and Attorney Indyke and Ms. Pinney have communicated successfully by email for years.

Exhibit 1

From: J jeevacation@gmail.com
Subject:
Date: February 16, 2019 at 6:29 PM
To: Shani Pinney spinney@doj.vi.gov, Darren Indyke

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International Airport in Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive at Palm Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On February 28, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, from my vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [redacted] I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [redacted] or on his mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited

and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012454

**Exhibit 2**

From: J [illegible]
Subject:
Date: February 18, 2019 at 3:37 PM
To: Shani Pinney [illegible], Darren Indyke [REDACTED]

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woodl you prefer i wait until my return or would you prefer i come in tues morning. thx.

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 3

From: **Darren Indyke** [redacted]
Subject: **Mr. Jeffrey Epstein**
Date: **February 21, 2019 at 9:57 PM**
To: shani.pinney@vi.gov, **S Pinney** spinney@doj.vi.gov
Cc: **Darren Indyke** [redacted]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012456

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019. On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

****************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

****************************************

Exhibit 4

From: J [illegible]
Subject: Fwd: Registration & Travel
Date: February 22, 2019 at 9:21 AM
To: Darren Indyke [redacted]

---------- Forwarded message ---------
From: **Shani Pinney** <Shani.Pinney@vi.gov>
Date: Fri, Feb 22, 2019 at 9:11 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues mornng. thx.

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 5

From: J jeevacation@gmail.com
Subject: Fwd:
Date: March 16, 2019 at 2:29 PM
To: Darren Indyke [REDACTED]

ple

On Fri, Feb 22, 2019 at 9:15 AM J <jeevacation@gmail.com> wrote:
this was sent before i left.

---------- Forwarded message ---------
From: J <jeevacation@gmail.com>
Date: Sat, Feb 16, 2019 at 6:29 PM
Subject:
To: Shani Pinney <spinney@doj.vi.gov>, Darren Indyke [REDACTED]

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerta Plata, Dominican Republic. I expect arrive at Gregorio Luperon International Airport in Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive at Palm Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22. 2019. On February 22,, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On February 28, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, from my vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED] I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [REDACTED] or on his mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 6

From: J jeevacation@gmail.com
Subject: Fwd: Registration & Travel
Date: February 22, 2019 at 9:49 AM
To: Darren Indyke [REDACTED]

---------- Forwarded message ---------
From: **Shani Pinney** <Shani.Pinney@vi.gov>
Date: Fri, Feb 22, 2019 at 9:43 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>
Cc: Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

[illegible]

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerto Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22., 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On Feb 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2( approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED] will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators

that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues mornng. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 7

From: J jeevacation@gmail.com
Subject: Re: Registration & Travel
Date: February 22, 2019 at 9:26 AM
To: Shani Pinney Shani.Pinney@vi.gov, Darren Indyke [REDACTED]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012463

please confirm that you have receive the emails I just sent showing notification Before I left. and you should have additional travel details from attny Indyke . If not, please let me know

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues morning. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 8

From: J jeevacation@gmail.com
Subject: Re: Registration & Travel
Date: February 22, 2019 at 11:04 AM
To: Shani Pinney Shani.Pinney@vi.gov, Kevin Augustin [illegible], Darren Indyke [REDACTED]

did you recieve attny Indykes new notice .? and may I have a number on which you can be reached this afternoon.

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at 5:26 PM
Subject:
To: Shani Pinney [illegible], Darren Indyke [illegible]

s. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerto Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A Puerto Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On Febr 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2[illegible] approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3733. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED] will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke a[REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of

business day.

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer i come in tues morning. thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 9

From: J jeevacation@gmail.com
Subject: Fwd: Mr. Jeffrey Epstein
Date: February 22, 2019 at 11:57 AM
To: Shani Pinney spinney@doj.vi.gov, Kevin.Augustin@doj.vi.gov, Darren Indyke

please confirm receipt of this email. thx still no answer on phone at 340 774 5666

---------- Forwarded message ---------
From: **Darren Indyke** <dkl.birchtreebr@gmail.com>
Date: Fri, Feb 22, 2019 at 9:40 AM
Subject: Fwd: Mr. Jeffrey Epstein
To: jeevacation@gmail.com <jeevacation@gmail.com>
Cc: Darren Indyke <dkl.birchtreebr@gmail.com>

DARREN K. INDYKE

*************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke -- All rights reserved.

*************************************************************************************

Begin forwarded message:

**From:** Darren Indyke
**Subject:** Mr. Jeffrey Epstein
**Date:** February 21, 2019 at 9:57:41 PM EST
**To:** "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
**Cc:** Darren Indyke <

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019.
On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on

March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [redacted] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

[redacted]

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 10

From: J [illegible]
Subject: Fwd: Registration & Travel
Date: March 16, 2019 at 2:31 PM
To: Darren Indyke [redacted]

---------- Forwarded message ---------
From: J <jeevacation@gmail.com>
Date: Mon, Feb 25, 2019 at 10:04 AM
Subject: Re: Registration & Travel
To: Shani Pinney <spinney@doj.vi.gov>, <Kevin.Augustin@doj.vi.gov>

we keep trying to call no answer

On Mon, Feb 25, 2019 at 9:09 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Morning,

I have not received notice from Attorney Indyke.

I can be reached at the DOJ number 340-774-5666.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 12:03 PM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Re: Registration & Travel

did you recieve attny Indykes new notice .? and may I have a number on which you can be reached this afternoon

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Sent: [illegible] Feb 16, 2019 at [illegible] PM
Subject:
To: Shani Pinney [illegible]

S. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re. Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney,

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerto Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A[illegible] Puerto Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arriv[illegible] Beach International Airport in Palm Beach, Florida at approximately 5:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 26, 2019. On Feb[illegible] 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fra[illegible] approximately 7:30PM local time on February 26, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, [illegible] vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2[illegible]

[illegible] at 340-775-2525 or through my attorney Darren K. Indyke, at [redacted]. I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please also feel free to call my attorney, Darren K. Indyke at [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , i am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , would you prefer i wait until my return or would you prefer i come in tues morning thx,

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Exhibit 11

From: Darren Indyke
Subject: Fwd: Mr. Jeffrey Epstein
Date: February 22, 2019 at 12:15 PM
To: shani.pinney@vi.gov, S Pinney spinney@doj.vi.gov
Cc: Darren Indyke

Good day, Ms. Pinney. Hope you are well. Can you please confirm receipt of my email below.

Thank you.

DARREN K. INDYKE

****************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

****************************************************************************************

Begin forwarded message:

**From:** Darren Indyke <
**Subject:** Mr. Jeffrey Epstein
**Date:** February 21, 2019 at 9:57:41 PM EST
**To:** "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
**Cc:** Darren Indyke <

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019. On February 28, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at . Mr. Epstein will email

your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE
[REDACTED]

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

Exhibit 12

From: **Darren Indyke** [redacted]
Subject: **Fwd: Mr. Jeffrey Epstein**
Date: **February 22, 2019 at 12 30 PM**
To: [illegible]
Cc: **Darren Indyke** [redacted]

Mr. Kevin Augustin
SOR Investigator
Virgin Islands Department of Justice
United States Virgin Islands

Dear Mr. Augustin:

At Ms. Shani Pinney's direction, I am forwarding a copy of the travel modification notice for Mr. Jeffrey Epstein that I emailed to Ms. Pinney yesterday. Please kindly confirm receipt of this notice. Thank you.

Respectfully,

DARREN K. INDYKE

*****************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

*****************************************************************************

Begin forwarded message:

**From:** Darren Indyke <[redacted]
**Subject:** Mr. Jeffrey Epstein
**Date:** February 21, 2019 at 9:37:41 PM EST
**To:** "shani.pinney@vi.gov" <shani.pinney@vi.gov>, S Pinney <spinney@doj.vi.gov>
**Cc:** Darren Indyke <[redacted]

Ms. S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a modification to Mr. Epstein's travel plans. Mr. Epstein will stay at his vacation home in Palm Beach, Florida until February 24, 2019. On February 24, 2019, Mr. Epstein plans to to travel from his vacation home in Palm Beach, Florida to his vacation home in New York, New York, where he expects to stay until February 28, 2019. On

February 28, 2019. Mr. Epstein plans to travel by private aircraft, N212JE, from his vacation home in New York, New York to his vacation home in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on February 28, 2019 and to stay at his vacation home in Paris, France until March 9, 2019. On March 9, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from his vacation home in Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2019 at approximately 1:00PM local time. While traveling abroad, he can be contacted on his mobile telephone number at 212-533-3739. In addition, he can be contacted through his business office at 340-775-2525 or through me at [REDACTED] Mr. Epstein will email your office upon his return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

[REDACTED]

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.

Exhibit 13

From: J
Subject: Fwd: Registration & Travel
Date: February 25, 2019 at 9:11 AM
To: Darren Indyke [REDACTED]

---------- Forwarded message ---------
From: **Shani Pinney** <Shani.Pinney@vi.gov>
Date: Mon, Feb 25, 2019 at 9:09 AM
Subject: Re: Registration & Travel
To: J <jeevacation@gmail.com>

Good Morning,

I have not received notice from Attorney Indyke.

I can be reached at the DOJ number 340-774-5666.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 12:03 PM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Re: Registration & Travel

did you recieve attny Indykes new notice .? and may I have a number on which you can be reached this afternoon.

On Fri, Feb 22, 2019 at 9:43 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Thank you.

I searched my email and I did not receive this or any correspondence from you on the date February 16, 2019 as indicated in your attachment. In the future, cc SOR Investigator Augustin to assure that the travel details are received. Agent Augustin has been cc'd in this email. Also, you are required to report on March 11th after your return to the USVI on March 9th to complete your yearly registration.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Friday, February 22, 2019 10:19 AM
**To:** Shani Pinney
**Subject:** Re: Registration & Travel

Date: Sat, Feb 16, 2019 at [illegible]
Subject:
To: [illegible]

S. Pinney
Territorial Sexual Offender Registry Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney,

This is to advise you that I will travel by private aircraft, N212JE, on February 19, 2019 for a day trip to Puerto Plata, Dominican Republic. I expect arrive at Gregorio Luperon International A[illegible] Puerta Plata, Dominican Republic at approximately 1:00PM local time, and to travel by private aircraft, N212JE, that same day to my vacation home in Palm Beach, Florida. I expect to arrive [illegible] Beach International Airport in Palm Beach, Florida at approximately 6:45PM local time on February 19, 2019 and to stay at my vacation home in Palm Beach, Florida until February 22, 2019. On February 22, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until February 28, 2019. On Feb[illegible] 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my vacation home in Paris, France. I expect to arrive at Le Bourget Airport in Paris, Fran[illegible] approximately 7:30PM local time on February 28, 2019 and to stay at my vacation home in Paris, France until March 9, 2019. On March 9, 2019, I plan to return by private aircraft, N212JE, [illegible] vacation home in Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands on March 9, 2[illegible] approximately 1:00PM local time. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3735. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED] I will email your office upon my return to the U.S. Virgin Islands on March 9, 2019.

If you need any further information, please [illegible] to [illegible] my attorney, Darren K. Indyke [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

(The foregoing signature constitutes the electronic signature of Jeffrey Epstein)

On Fri, Feb 22, 2019 at 9:11 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Day,

I am only now responding because I have been out of the office. Please note that an appointment is not needed to fulfill your registration obligation.
In the future, report in person to DOJ to register and there will be Investigators that can assist in my absence.

Also, I have not received your travel details. As you are aware these details must be provided prior to your departure. Please provide by the end of business day.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, February 18, 2019 4:36 PM
**To:** Shani Pinney; Darren Indyke
**Subject:**

Ms Piney , I am on island until tues at noon , and will not return to the territory until the 20th of march, my registration date is march 5 , woudl you prefer i wait until my return or would you prefer I come in tues morning, thx,

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may

constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

# APPENDIX 2

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000012479

# HODGE & FRANCOIS

July 16, 2012

Honorable Vincent Frazer
Office of the Attorney General of the Virgin Islands
Department of Justice
St. Thomas, VI
Via Hand Delivery and Email

Re: Request Pursuant to Bill 29-0239 for Reduction/Approval of Notice Procedures for Travel Outside the Virgin Island by Jeffrey Epstein

Dear Attorney General Frazer:

Thank you for meeting with me and Attorney Darren Indyke on Friday, July 13, 2012, to discuss implementation of the new travel notice procedures for registered sex offenders under Bill 29-0239 (including the amendment thereto), an Act amending chapter 86 of title 14 of the Virgin Islands Code, to expand the laws of the United States Virgin Islands regarding the monitoring and tracking of sex offenders within this jurisdiction, that has been passed by the Legislature, and which we anticipate will be signed into law by the Governor in the near future.

As we discussed and has been well-documented with your Department over the past several years, my client, Jeffrey Epstein, has business and other legitimate reasons that require him to engage in frequent travel outside of the Virgin Islands and outside of the United States. In connection with that travel, Mr. Epstein has an extensive history of what you and your office have confirmed has been fully compliant notification to your Department regarding Mr. Epstein's frequent travel during the period he has been required to register under the existing Virgin Islands law. As we also discussed, we reasonably anticipate that Mr. Epstein will continue to have notice obligations to your Department in the future regarding his on-going, frequent travel, and we wish to insure that Mr. Epstein continues to remain fully compliant under the revised provisions of Bill 29-0239, as amended, while properly invoking the discretion of the Office of the Attorney General, conferred in the language of this Bill, to reduce the notice requirements in the Bill upon request of a registered offender who provides supporting information.

Accordingly, we respectfully make this formal request on behalf of Mr. Epstein that the Office of the Attorney General exercise discretion under Sections 6 and 9 of Bill 29-0239, as amended, to both allow a shortened notice period for proposed travel, and modification of the

ATTORNEYS AT LAW
1340 TAARNEBERG, ST. THOMAS, VIRGIN ISLANDS
PHONE: [redacted] FAX: [redacted]
EMAIL: [redacted]

information required in lieu of that otherwise required under those sections of the Bill. In particular, we request that Mr. Epstein be permitted to continue his long-standing practice for notice of his frequent travel outside of the Virgin Islands and outside of the United States, which your Department has verified as fully acceptable, of providing written travel notice to your Department by email or facsimile from Mr. Epstein or his legal counsel immediately prior to Mr. Epstein's departure. As has also been Mr. Epstein's long-standing practice verified by your Department as acceptable, we respectfully request that the Office of the Attorney General confirm that provision of the following information in that notice will satisfy the travel notice requirements: (1) Mr. Epstein's date of departure, (2) the general geographic areas of his travel, and with respect to travel to any of his vacation homes, a statement that he is traveling to his vacation home, (3) the time period for his intended travel, and (4) his contact information (consisting of a cell number where he can always be reached during the period of his intended travel, and also a cell number where his legal counsel can always be reached), in case of any need to contact Mr. Epstein while he is traveling. In addition, we request that written notice by email or facsimile from Mr. Epstein or his legal counsel be permitted for any changes in travel plans that have occurred after Mr. Epstein has departed the Virgin Islands, so long as such notice is given prior to departure to any changed locations. In any event, consistent with the long-standing practice accepted by your Department, email or facsimile notice from Mr. Epstein or his legal counsel of Mr. Epstein's return to the Virgin Islands would be given immediately prior to Mr. Epstein's departure for his return travel to the Virgin Islands.

By continuing this established practice, which has proven to be an absolutely reliable, efficient and effective means of maintaining contemporaneous reporting of Mr. Epstein travels, and at the same time avoids unnecessary repeated notices to your Department of the frequent changes in Mr. Epstein's travel plans from causes outside of Mr. Epstein's control, and by recognizing the bona fide justification for this approval based upon the already well-documented frequent business travel and other justified foreign and domestic travel of this individual, we submit that there are good grounds for this request. We, therefore, respectfully request that the Office of the Attorney General exercise the discretion, as conferred by Bill 29-0239, as amended, to adjust both the notice requirements and the specific information required, upon request of a registered offender. Your Department's files already contain substantial documentation of Mr. Epstein's frequent business travel, his travel to his vacation residences, and his extensive and flawless history of timely notification to your Department of travel away from the Virgin Islands. However, if you feel that any additional information is needed to justify the exercise of the statutory discretion to

reduce notice and adjust the information required under the amended law, we respectfully request that you inform us, so that the necessary information can be promptly provided.

I also wish to confirm, as agreed during our meeting, that during any period that may elapse between the signing into law by the Governor of Bill 29-0239, as amended, and your Office's completion of review of this request under the Bill to exercise discretion as described above, the continued compliance by Mr. Epstein with the above-described travel notification practices he has followed to date will be deemed compliance with the new law.

Again, I appreciate you taking the time to meet with us to discuss this, particularly in view of the commitment on the part of Mr. Epstein to comply with the law. Please advise me if there is any additional information that may be required for a favorable response to the foregoing request.

Sincerely,

Maria Tankenson Hodge



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

July 25, 2012

Maria Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands 00802

**Re:** Implementation of Act No.7372, (Bill No. 29-0239); International travel Notice request

Dear Attorney Hodge:

I am in receipt of your letter of July 16, 2012 requesting clarification of our implementation of the new provisions of the local sex offender registration and notification law (T. 14 VIC Chapter 86). I understand that your letter was written on behalf of Mr. Jeffrey Epstein, a registrant on the Virgin Islands Sex Offender Registry.

It is my understanding that Mr. Epstein's business activities require him to make frequent and often unexpected trips out of the territory to United States destinations and to international destinations. Your letter is accepted as a request pursuant to the new provisions of Act No. 7372, for the Attorney General to waive the 21 day prior notice requirement to the Department of Justice for Mr. Epstein, when travelling out of the Virgin Islands.

Based upon your representation and that of Attorney Darren Indyke, we will grant the waiver of the (21) twenty one day notice requirement to the Department of Justice when Mr. Epstein is traveling out of the Territory. This waiver is granted upon compliance with the following conditions:

1. Prior notice must be given to the Department of Justice no less than Seventy two (72) hours before travel out of the Virgin Islands;

2. Notice must be given by Mr. Epstein himself, via in-person visit, by facsimile correspondence which is signed by him; or by e-mail with an electronic signature;

3. If the jurisdiction to which he travels requires his registration for the duration of time he is there, he will comply with that registration requirement;

4. The following information will be provided by the Notice;
   a. identifying information of the temporary lodging location, including addresses. Foreign jurisdiction lodging may be identified by city and country;

34-38 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
6040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-8286

b. the dates he will be departing from the Virgin Islands and the date expected to return;
c. the dates he will be staying at any intermediary temporary location.

5. Notice must be given of any modification from the travel itinerary, as originally advised after leaving the territory. Such notice may be submitted by facsimile or e-mail by Mr. Epstein or his legal counsel;

6. Upon returning to the Virgin Islands, Mr. Epstein shall immediately notified the Department of Justice by visit, facsimile, or e-mail with electronic signature.

I do recognize that these conditions vary from the former conditions. However in light of the discretion given to the Attorney General by Act No.7372, we are forced to take a closer look at the waiver conditions.

Please let me know if your client has any questions about these conditions.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

cc: Registrant file

# HODGE & FRANCOIS

July 30, 2012

Honorable Vincent Frazer
Office of the Attorney General of the Virgin Islands
Department of Justice
St. Thomas, VI
Via Hand Delivery and Email

Re: July 25, 2012 Letter Regarding Act No. 7372 Travel Notice Request

Dear Attorney General Frazer:

I received your letter of July 25, 2012 agreeing to grant the Attorney General's waiver, pursuant to the provisions of Act No. 7372, of the 21-day prior notice requirement under that Act with respect to Mr. Epstein's travels outside of the Virgin Islands, and I have shared it with my client. We appreciate the consideration given to Mr. Epstein's frequent travel requirements. However, we still have serious concerns regarding what we believe are undue restrictions placed on Mr. Epstein's travel and the conduct of his business and professional activities by certain of the specific conditions imposed as part of this waiver, and we respectfully request that your office reconsider those specific conditions.

Specifically, we believe that the waiver conditions requiring Mr. Epstein to provide 72 hours notice before traveling out of the Virgin Islands and requiring Mr. Epstein to provide a specific address of temporary lodging locations when traveling within the United States will have an unduly restrictive effect on his right to travel and conduct his legitimate business and professional activities. As I understand it, both you and Senator Russell stated during the hearing on the Act before the Rules and Judiciary Committee on June 21, 2012, that the travel notification requirements of this Act were specifically not intended to be penal in nature. Both you and Senator Russell acknowledged that this was meant to be a notice provision, nothing more. However, as explained below, the restrictive effect of the 72-hour prior notice requirement and the requirement that Mr. Epstein disclose the specific address of his temporary lodging while in the United States would impede Mr. Epstein's right to travel and conduct business and professional activities in a manner that would indeed, be penal in nature.

I want to discuss the legal justification for greater flexibility in notice. The Federal SORNA guidelines have already recognized that there are cases where flexibility in the application of SORNA's travel notification procedures is necessary. For example, the SORNA guidelines themselves discuss the case of an individual who is a "long haul trucker" who regularly drives thousands of miles through "dozens of jurisdictions in the course of his employment", as well as the cases of a home-improvement contractor and of a day laborer, who travel regularly to various locations that may change on a daily basis -- see **The National**

ATTORNEYS AT LAW
1340 TAARNEBERG, ST. THOMAS, VIRGIN ISLANDS
PHONE: [redacted] FAX: [redacted]
EMAIL: [redacted]

**Guidelines for Sex Offender Registration and Notification**, pp. 39 and 43 -- or the case of an individual "who lives in a northern border state and who commutes to Canada for work on a daily basis" -- see **Supplemental Guidelines for Sex Offender Registration and Notification**, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. These cases are analogous to any number of possible situations in our Territory, including pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, all of whom travel to and from the Territory on a frequent and regular basis in the ordinary course of their employment or business. The burden on both the Department of Justice and the worker of requiring such a worker to give 72-hours prior notice each time he leaves the Territory and to confirm every location and address included in his travel notification would be substantial. In situations such as these, the SORNA guidelines permit the responsible jurisdictions to reduce notice requirements and simply require the traveling registrant to provide a most likely itinerary of "normal travel routes" and "general areas" of work. **The National Guidelines for Sex Offender Registration and Notification**, pp. 39 and 43. Mr. Epstein's case is no different from any of these cases where SORNA expressly permits this flexibility in the manner and content of travel notification.

Consider, for example, the case of a St. Thomas boat captain chartering trips to various islands in the Caribbean. Requiring that boat captain to provide 72 hours prior travel notice would prevent him from taking any charters unless requested of him more than three days in advance. With visiting tourists on short stays frequently requesting charters only a day or two in advance, such a requirement would substantially interfere with the boat captain's ability to conduct his business. Moreover, requiring him to provide specific addresses of his travels could also be problematic in that tourists chartering his boat might not even make such determinations until the day of the actual charter. Requiring the boat captain to be inflexible with his charter passengers would therefore also seriously interfere with his business. The supplemental SORNA guidelines have specifically stated in their own words that such requirements could be "pointlessly burdensome" and "unworkable". See **Supplemental Guidelines for Sex Offender Registration and Notification**, Federal Register, Vol. 76, No. 7 (January 11, 2011), p. 1638. Consistent with the flexibility afforded by the SORNA Guidelines, both Senator Russell and you acknowledged at that June 21, 2012 hearing that the law must be flexible to enable those who must travel frequently and on short notice to do so.

In fact, when the travel notification amendment was revised for the Rules and Judiciary Committee vote on June 25, 2012, the Attorney General discretion provision was inserted into the law, rather than a specific 72-hour short notice exception to the 21-day notice requirement, to provide your office with the flexibility to make decisions on a case-by-case basis. In the case of frequent travelers, such as Mr. Epstein, as well as pilots, fisherman, boat captains, boat workers, cruise ship workers, merchants and international businessman, who travel for business, professional and other legitimate purposes several times a month, both on short notice and under circumstances where travel plans frequently change on short notice, the new law provides your office with the flexibility to grant a waiver that will not unduly restrict their travel and business and professional activities, and that includes the right to allow notice prior to departure less than 72 hours in advance.

As you know, from the beginning of Mr. Epstein's registration in March 2010, he has a demonstrated history of frequent travel and a flawless record of fully compliant travel

notification to your office. Even at times when the email servers at the Department of Justice were not operating, Mr. Epstein's counsel took measures to ensure alternative notification by providing telephonic and fax notification of the travel notice emails that were sent to the Department of Justice. His record clearly demonstrates that he is unerringly diligent in ensuring that the Virgin Islands is provided with timely notice of his travels outside of the Territory, and he will remain so in the future under this new law.

Mr. Epstein has always previously provided the necessary travel notice, through his counsel, immediately prior to Mr. Epstein's departure. He has done this because, in many instances, , his travel dates and destinations are not known with certainty until a few hours prior to departure, or they can and frequently do change on little or no notice for reasons that are not within his control. For example, meeting schedules and locations for business or professional trips evolved constantly over the past two years, and Mr. Epstein has had to remain flexible to accommodate these changes. Moreover, unexpected changes in weather patterns and mechanical issues with the aircraft had also accelerated or delayed travel plans. Instead of providing a constant flow of notices to the Department of Justice in anticipation of possible or changed travel, Mr. Epstein has provided notice immediately prior to departure to ensure that the notice he provided was as accurate as possible. It was and still is believed that this avoids unnecessary administrative burden to the Department of Justice, which we understand would be required to update its notices to other jurisdictions every time a new or changed notice is received from Mr. Epstein.

In addition, to the extent that notification by Mr. Epstein of his entry into another jurisdiction is even required by that jurisdiction, the notice is not required from Mr. Epstein prior to his arrival in that jurisdiction, and in some cases notice is not required until as much as several days after arrival. Even in the State of Florida, the jurisdiction of Mr. Epstein's conviction which triggered his registration requirement, Mr. Epstein is not required to provide any minimum prior notice of his travel to Florida. In fact, he is permitted to provide email notice on the day of his arrival. It is our understanding that notification immediately prior to Mr. Epstein's departure from the Virgin Islands would still provide the Virgin Islands with ample time to inform jurisdictions of Mr. Epstein's arrival, particularly when notification is done through electronic means and is instantaneous. Moreover, in light of Mr. Epstein extensive record of unerring diligence in providing notice of his travels and complying with his other registration obligations, there are ample grounds to conclude that Mr. Epstein would continue to be fully compliant in both the Virgin Islands and in all other jurisdictions to which the Virgin Islands may have to give notice of Mr. Epstein's travels.

Requiring 72 hours notice of Mr. Epstein prior to his travel would severely restrict his ability to remain flexible to accommodate ever-evolving meeting schedules and locations and the schedules of Mr. Epstein's business and professional colleagues. For example, not infrequently, Mr. Epstein is asked in the early morning to meet in a particular jurisdiction later in the day. Because of the 72-hour notice requirement, in the future, Mr. Epstein would have to wait three days before he could accommodate such a request for a meeting. As another example, assuming Mr. Epstein gave the proper 72-hour notice of a trip to New York, but learned on the day of his intended departure that the persons with whom he was to meet in New York later that day desired to meet in a different location, Mr. Epstein would not be able to meet at the alternative

location because of the 72-hour notice requirement. In Mr. Epstein's business and professional life, situations like this occur with frequency and regularity, and even a 72-hour notice requirement would obviously have a significantly deleterious effect on his business and professional activities.

For this reason, we respectfully request that Mr. Epstein be permitted to provide notice immediately prior to his departure when traveling outside of the Virgin Islands, provided that Mr. Epstein will endeavor to provide 24-hours notice to the extent he has such advance knowledge of his travel. We understand your requirement that notices come from Mr. Epstein, himself, when he is in the Virgin Islands and providing notice of his travel outside of the Territory, and Mr. Epstein will comply with that requirement.

Another waiver condition contained your the July 25, 2012 letter is that Mr. Epstein provide your office with the address of his temporary lodging while traveling within the United States. Mr. Epstein has and will continue to provide notice to the Department of Justice of the addresses of temporary lodging that are his own homes. In fact, as the extensive volume of Mr. Epstein's travel notification emails to the Department of Justice demonstrate, Mr. Epstein has regularly stayed at his vacation homes when traveling and has so advised the Department of Justice in his travel notifications each time he has done so. Inasmuch as the Department of Justice already has a complete listing of the addresses of all of Mr. Epstein's vacation homes in the registration information Mr. Epstein has provided and updates to the Department of Justice, it was not thought necessary to include the specific addresses of Mr. Epstein's vacation homes in each of the notices. To ensure compliance with the waiver conditions, Mr. Epstein will provide the specific addresses of Mr. Epstein's vacation homes in the travel notices in the future.

However, frequently when Mr. Epstein travels to locations in the United States at which he does not have a vacation home, he has stayed as a guest in the homes of third parties, including business and professional associates. Many times these invitations have been and are extended to Mr. Epstein after arriving in these locations as plans change and meetings extend beyond scheduled times. Thus, originally scheduled hotel reservations are cancelled and new lodging arrangements have to be made (which would again require further notices to the Department of Justice, which would presumably have to send updates to the jurisdictions to which the original notices were previously given). Many of these hosts would be uncomfortable with Mr. Epstein having to provide the addresses of their homes in the travel notifications to the Department of Justice, particularly when the hosts are oftentimes prominent figures whose addresses are not a matter of public knowledge and there is no guarantee that their addresses would not be disclosed in response to FOIA or other Sunshine Law requests. Requiring Mr. Epstein to provide these addresses would likely deter potential hosts from offering Mr. Epstein lodging and thus again interfere with his ability to travel and maintain the necessary flexibility in the conduct his business, professional and other legitimate activities.

It is for this reason that we respectfully request that the waiver condition requiring Mr. Epstein to provide the addresses of his temporary lodging in his notification of travel within the United States be eliminated, provided that when Mr. Epstein stays at his vacation homes while traveling in the United States he will so advise the Department of Justice, and include in the notice the specific address of his vacation home at which he is staying. In all other cases,

consistent with the Federal SORNA Guidelines which authorize jurisdictions to permit frequent inter-jurisdictional travelers, such as long-haul truckers, day laborers, and international border commuters, to provide a most likely itinerary of "normal travel routes" and "general areas" of work, Mr. Epstein should be allowed to provide the general geographic area of his temporary lodging and to provide a cell telephone number at which Mr. Epstein may be contacted at all times while travelling.

We believe that the foregoing proposals are consistent with the Federal SORNA Guidelines and consistent with the balance intended to be achieved in the travel notice amendment as described by both Senator Russell and you at the Rules and Judiciary Committee hearing on June 21, 2012. As has always been the case, Mr. Epstein would continue to provide timely notification to the Department of Justice of his travel before departing the Virgin Islands, so as to enable the Virgin Islands to electronically inform the necessary jurisdictions of this travel. Notice of Mr. Epstein's general geographic location and a contact number to reach him at all times would be provided, as well as his specific address when he stays at his vacation homes. With this balance, the timing and the content of Mr. Epstein's travel notification would provide your office the information it needs without impeding Mr. Epstein's right to travel and conduct his business, professional and other legitimate activities, and would thereby avoid transforming the Act's travel notice provisions into a punitive measure contrary to express legislative intent.

Once again, we appreciate the grant to Mr. Epstein by the Office of the Attorney General of the travel notification waiver as described in your letter of July 25, 2012, and respectfully request that the two waiver conditions described above imposed in that letter be modified as I have proposed. If our request to modify the waiver conditions meets with the approval of your office, please confirm that approval of the modifications as described above by signing this letter below.

If you have any questions or require anything further for a favorable response to this request, please do not hesitate to contact me.

Respectfully,

Maria Tankenson Hodge

Modification of Waiver Conditions As Described Above
Accepted and Agreed To:

________________________________________

Honorable Vincent F. Frazer
Office of the Attorney General of the United States
Virgin Islands



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

VINCENT F. FRAZER, ESQUIRE
ATTORNEY GENERAL

August 14, 2012

Maria Tankenson Hodge, Esq.
Hodge & Francois
Attorneys At Law
1340 Taarneberg
St. Thomas, Virgin Islands 00802

**Re:** Wavier Request for Travel Notice for J. Epstein

Dear Attorney Hodge:

After careful review of your letter giving additional information to support your client, Jeffery Epstein's request for a shorter period for prior notice whenever he plans to leave the Territory of the Virgin Islands. In light of the justification set out in your letter of July 30, 2012, I have decided to shorten the notice period and modify the other condition, as follows:

1. Mr. Epstein will be allowed to notify the Department of Justice of his intention to travel out of the Territory twenty four (24) hours prior to his departure;
2. Mr. Epstein will be allowed to continue to notify the department when he is staying in one of his stateside homes. He must provide us with a current list and addresses of each of his stateside homes;
3. When Mr. Epstein is staying in the home of an associate, he must notify the department of the city and state or country in which he is temporarily staying and his period of stay in the jurisdiction;
4. When he is staying in a non-private lodging, he or his representative may provide the specifics of the name, city and address of the establishment.

34-38 KRONPRINDSENS GADE • GERS BLDG., 2ND FLOOR • ST. THOMAS, U.S. VIRGIN ISLANDS 00802 • (340) 774-5666 • FAX (340) 774-9710
6040 CASTLE COAKLEY • DESIGN CENTER BLDG. • CHRISTIANSTED, ST. CROIX, U.S. VIRGIN ISLANDS 00820 • (340) 773-0295 • FAX (340) 773-3230

5. Pursuant to section 9 (4) (iii) of Act No. 7372, Mr. Epstein must provide a copy of the following documents to the department.

a. all of his valid driver's licenses issued by any jurisdiction,
b. any and all government issued identification cards issued by any jurisdiction,
c. any passports issued to him.

I trust that the foregoing conditions will be workable for your client, in light of his frequent trips out of the Territory on business. All other conditions stated in my letter of July 25, 2012 are in full force and affect.

Very truly yours,

Vincent F. Frazer, Esq.
Attorney General

# Fwd: Privileged and Confidential

J <jeevacation@gmail.com>
Mon 5/13/2019 11:17 AM
To: Shani Pinney <Shani.Pinney@vi.gov>; Kevin Augustin <Kevin.Augustin@doj.vi.gov>; Darren Indyke [REDACTED]

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on May 18, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in Palm Beach, Florida, where I expect to stay until May 21, 2019. On May 21, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until May 24, 2019. On May 24, 2019, I plan to travel from my vacation home in New York, New York to my vacation home in Stanley, New Mexico, where I expect to stay until May 29, 2019. On May 29, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation home in New York, New York, where I expect to stay until June 3, 2019. On June 3, 2019, I plan to return from my vacation home in New York, New York to my permanent residence in the U.S. Virgin Islands .

, I then plan to travel on June 10, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in New York, New York, where I expect to stay until June 14, 2019. On June 14, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my residence in Paris, France for business. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on June 14, 2019 and to remain at my residence in Paris, France until June 20, 2019. On June 20, 2019, I plan to return by private aircraft, N212JE, from Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on June 20, 2019 and will email your office upon my return on June 20, 2019. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED]

If you need any further information, please feel free to call Attorney Indyke at [REDACTED] or on his mobile telephone number [REDACTED]

Please advise if I need to come to your office in person to provide the above details. If so, is there a good time on Wednesday, May 15, 2019, for me to come see you?

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE

Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## Re: Privileged and Confidential

J <jeevacation@gmail.com>
Wed 5/15/2019 12:31 PM
**To:** Shani Pinney <Shani.Pinney@vi.gov>

212Je. Gulfstream

On Wed, May 15, 2019 at 11:27 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Morning,

I am preparing the paperwork for your travel and I need the aircraft you will travel on from here to the mainland and when traveling from state to state.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, May 13, 2019 11:16 AM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Fwd: Privileged and Confidential

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on May 18, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in Palm Beach, Florida, where I expect to stay until May 21, 2019. On May 21, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until May 24, 2019. On May 24, 2019, I plan to travel from my vacation home in New York, New York to my vacation home in Stanley, New Mexico, where I expect to stay until May 29, 2019. On May 29, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation home in New York, New York, where I expect to stay until June 3, 2019. On June 3, 2019, I plan to return from my vacation home in New York, New York to my permanent residence in the U.S. Virgin Islands .

, I then plan to travel on June 10, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in New York, New York, where I expect to stay until June 14, 2019. On June 14, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my residence in Paris, France for business. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on June 14, 2019 and to remain at my residence in Paris, France until June 20, 2019. On June 20, 2019, I plan to

return by private aircraft, N212JE, from Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on June 20, 2019 and will email your office upon my return on June 20, 2019. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [redacted]

If you need any further information, please feel free to call Attorney Indyke at [redacted] or on his mobile telephone number [redacted]

Please advise if I need to come to your office in person to provide the above details. If so, is there a good time on Wednesday, May 15, 2019, for me to come see you?

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE

## Re: Privileged and Confidential

J <jeevacation@gmail.com>
Wed 5/15/2019 12:31 PM
To: Shani Pinney <Shani.Pinney@vi.gov>

212Je. Gulfstream

On Wed, May 15, 2019 at 11:27 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Morning,

I am preparing the paperwork for your travel and I need the aircraft you will travel on from here to the mainland and when traveling from state to state.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, May 13, 2019 11:16 AM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Fwd: Privileged and Confidential

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on May 18, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in Palm Beach, Florida, where I expect to stay until May 21, 2019. On May 21, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until May 24, 2019. On May 24, 2019, I plan to travel from my vacation home in New York, New York to my vacation home in Stanley, New Mexico, where I expect to stay until May 29, 2019. On May 29, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation home in New York, New York, where I expect to stay until June 3, 2019. On June 3, 2019, I plan to return from my vacation home in New York, New York to my permanent residence in the U.S. Virgin Islands .

, I then plan to travel on June 10, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in New York, New York, where I expect to stay until June 14, 2019. On June 14, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my residence in Paris, France for business. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on June 14, 2019 and to remain at my residence in Paris, France until June 20, 2019. On June 20, 2019, I plan to

return by private aircraft, N212JE, from Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on June 20, 2019 and will email your office upon my return on June 20, 2019. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED]

If you need any further information, please feel free to call Attorney Indyke at [REDACTED] 8238 or on his mobile telephone number [REDACTED]

Please advise if I need to come to your office in person to provide the above details. If so, is there a good time on Wednesday, May 15, 2019, for me to come see you?

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE

## Re: Privileged and Confidential

J <jeevacation@gmail.com>
Wed 5/15/2019 12:31 PM
To: Shani Pinney <Shani.Pinney@vi.gov>

212Je. Gulfstream

On Wed, May 15, 2019 at 11:27 AM Shani Pinney <Shani.Pinney@vi.gov> wrote:

Good Morning,

I am preparing the paperwork for your travel and I need the aircraft you will travel on from here to the mainland and when traveling from state to state.

---

**From:** J <jeevacation@gmail.com>
**Sent:** Monday, May 13, 2019 11:16 AM
**To:** Shani Pinney; Kevin Augustin; Darren Indyke
**Subject:** Fwd: Privileged and Confidential

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you that I will travel on May 18, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in Palm Beach, Florida, where I expect to stay until May 21, 2019. On May 21, 2019, I plan to travel from my vacation home in Palm Beach, Florida to my vacation home in New York, New York, where I expect to stay until May 24, 2019. On May 24, 2019, I plan to travel from my vacation home in New York, New York to my vacation home in Stanley, New Mexico, where I expect to stay until May 29, 2019. On May 29, 2019, I plan to travel from my vacation home in Stanley, New Mexico to my vacation home in New York, New York, where I expect to stay until June 3, 2019. On June 3, 2019, I plan to return from my vacation home in New York, New York to my permanent residence in the U.S. Virgin Islands .

, I then plan to travel on June 10, 2019 from my permanent residence in the U.S. Virgin Islands to my vacation home in New York, New York, where I expect to stay until June 14, 2019. On June 14, 2019, I plan to travel by private aircraft, N212JE, from my vacation home in New York, New York to my residence in Paris, France for business. I expect to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on June 14, 2019 and to remain at my residence in Paris, France until June 20, 2019. On June 20, 2019, I plan to

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

return by private aircraft, N212JE, from Paris, France to my permanent residence in the U.S. Virgin Islands. I expect to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 11AM on June 20, 2019 and will email your office upon my return on June 20, 2019. While traveling abroad, I can be contacted on my mobile telephone number at 212-533-3739. In addition, I can be contacted through my business office at 340-775-2525 or through my attorney, Darren K. Indyke, at [REDACTED]

If you need any further information, please feel free to call Attorney Indyke at [REDACTED] [REDACTED] or on his mobile telephone number [REDACTED]

Please advise if I need to come to your office in person to provide the above details. If so, is there a good time on Wednesday, May 15, 2019, for me to come see you?

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

/s/ Jeffrey Epstein

[The foregoing signature constitutes the electronic signature of Jeffrey Epstein]

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE

**Carol Thomas-Jacobs**

**From:** Clive Rivers <[redacted]
**Sent:** Thursday, June 20, 2019 8:25 AM
**To:** Denise George
**Cc:** Erika Kellerhals; Carol Jacobs
**Subject:** Re: L to George

Good morning Denise

Erika and I would like to meet with you. What does your schedule look like next week?

Clive Rivers

Sent from my iPhone

On Jun 17, 2019, at 6:20 PM, Denise George <Denise.George@doj.vi.gov> wrote:

Good day,

There is no specific information that I am seeking at this time. Please submit reasonable and reliable proof as required by statute. If the travel notifications are helpful in your submission of the required proof, you may submit.

Regards,

**Denise N. George, Esq.**
**Attorney General Nominee**
**Virgin Islands Department of Justice**
**Office of the Attorney General**
**34-38 Kronprindsens Gade**
**GERS Complex, 2nd Floor**
**St. Thomas, VI 00802-5749**
**(340) 774-5666**
**Denise.George@doj.vi.gov**

*Please Print Responsibly*
*This email transmission contains confidential and privileged information. This information is intended solely for use by the individual/ entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited.*

**From:** Erika Kellerhals [redacted]
**Sent:** Monday, June 17, 2019 5:55 PM
**To:** Denise George <Denise.George@doj.vi.gov>
**Cc:** [redacted] Carol Jacobs <Carol.Jacobs@vi.gov>
**Subject:** Re: L to George

Good day Attorney George. I am following up on my email of June 7th. We are in the process of compiling the information you requested in your correspondence. However, before we finalize, I wanted to inquire as to whether there was any specific information you are looking for that constitutes "reasonable and reliable proof" that Mr. Epstein travels frequently outside the U.S. Neither the VI Code, nor the SORNA guidelines define "reasonable and reliable proof" and in an attempt to get this matter resolved as soon as possible, we want to ensure you have all of the information you need to make a determination.

I also need your guidance as to whether you would like us to compile all of the notifications of travel that have been sent to Shani Pinney since 2012 or if you are able to obtain those documents from within your own agency.

Please let us know.

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC

9053 Estate Thomas, Suite 101
St. Thomas VI 00802

On Jun 2, 2019, at 8:50 PM, Erika Kellerhals < wrote:

Thank you for your correspondence Attorney George. We will pull together the information you requested and provide it ASAP.

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC

9053 Estate Thomas, Suite 101
St. Thomas VI 00802

On Jun 2, 2019, at 8:24 PM, Denise George <Denise.George@doj.vi.gov> wrote:

Good day Attorney Kellerhals and Attorney Rivers,

This email is in response to your correspondence dated April 30, 2019, in which you request the Department of Justice ("VIDOJ") to

reconsider the terms of your client's sexual offender travel notification requirements as set forth in the March 14, 2019 letter from former Acting Attorney General Carol Thomas Jacobs. I will need additional information from Mr. Epstein prior to making that determination.

As you are well aware, my role as the Attorney General is to ensure that the laws of the territory are faithfully executed without passion or prejudice. This, of course, includes monitoring and enforcing the provisions of the *Sexual Offender Registration and Community Protection* laws codified at 14 V.I.C. § 1721, *et seq*. The primary purpose behind these sections of law is to protect the safety of communities from the dangers posed by sexual offenders like Mr. Epstein, through ensuring that such criminal sex offenders are registered and that their whereabouts are accounted for and verified at all times within the United States, its territories and abroad.

While my predecessors have apparently had differing interpretations of Title 14, Section 1724(b)(4) of the Virgin Islands Code, it is my understanding that the 21-day in-person notification for international travel can only be waived upon a showing of "*reasonable and reliable proof satisfactory to the Department of Justice*" that your client frequently travels internationally for business or some other legitimate purpose.

In this particular case, I have not been presented with any documentation of such proof, nor does the VIDOJ have any record of such documentation ever having been submitted to the VIDOJ. I am therefore requesting that you forward to the VIDOJ a copy of the documentation that was originally submitted to Attorney General Frazer that validated such a waiver, as well as any and all supporting documentation from 2012 until the present that would substantiate compliance with the original terms offered by the former Attorney General. Only after receiving and reviewing this information can I make a determination as to what terms of international travel your client must abide by. At the same time, a further determination will be made regarding the travel terms your client must comply with regarding travel from the territory to jurisdictions within the United States. Until this review is completed, the Department is requiring that the current terms of Mr. Epstein's travel—both internationally and nationally—be strictly adhered to.

Please feel free to contact me with any questions or concerns with the request stated above.

Best regards,

**Denise N. George, Esq.**
**Attorney General Nominee**
**Virgin Islands Department of Justice**
**Office of the Attorney General**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**34-38 Kronprindsens Gade**
**GERS Complex, 2nd Floor**
**St. Thomas, VI 00802-5749**
**(340) 774-5666**
Denise.George@doj.vi.gov

**From:** Erika Kellerhals [redacted]
**Sent:** Sunday, June 2, 2019 3:34 PM
**To:** Denise George <Denise.George@doj.vi.gov>
**Subject:** Re: L to George

Good afternoon Attorney George.

Please send any correspondence regarding Mr. Epstein to both Attorney Rivers and me. Thank you.

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC
Royal Palms Professional Building
9053 Estate Thomas Suite 101
St. Thomas, VI 00802

[redacted]

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

On Sun, Jun 2, 2019 at 3:24 PM Denise George <Denise.George@doj.vi.gov> wrote:

Good day Attorney Kellerhals, are you still representing Mr. Epstein in this matter or should I send my correspondence to Attorney Rivers. Please advise. Thank you.

**From:** Erika Kellerhals [redacted]
**Sent:** Monday, May 6, 2019 3:40 PM
**To:** Denise George <Denise.George@doj.vi.gov>
**Subject:** Re: L to George

Good afternoon. I just wanted to confirm that you received my email of last week.

Erika A. Kellerhals

Member

Kellerhals Ferguson Kroblin PLLC

9053 Estate Thomas, Suite 101

St. Thomas VI 00802

[redacted]

On May 1, 2019, at 9:56 AM, Erika Kellerhals [redacted] wrote:

Good morning Attorney General George. I hope this email finds you well. First off, I must apologize profusely for incorrectly addressing my prior correspondence to you. I regret the oversight. To that end, I have attached a corrected letter to this email.

Once you have a chance to review, we would welcome the opportunity to discuss this further with you. I am traveling outside the territory for the next 5 days - but you can always reach me on my cell a[redacted]

Thank you in advance.

Erika A. Kellerhals

Member

Kellerhals Ferguson Kroblin PLLC

Royal Palms Professional Building

9053 Estate Thomas Suite 101

St. Thomas, VI 00802

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

<2019-04.30 Ltr to Denise George_Corrected.pdf>

Mr. Jeffrey Epstein

Darren Indyke [REDACTED]
Sat 6/29/2019 1:32 PM
To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [REDACTED] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

I have not received confirmation of my last email. I am sending this to you in an abundance of caution to ensure that you have notice of Mr. Epstein's modified travel plans.

Mr. Epstein will remain at 22 Avenue Foch in Paris, France until July 14, 2019. On July 14, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France to 9 East 71st Street, New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on July 14, 2019 and to stay at 9 East 71st Street, New York, New York until July 20, 2019. On July 20, 2019, Mr. Epstein plans to travel from New York, New York to 358 El Brillo Way in Palm Beach, Florida, where he expects to stay until July 21, 2019. On July 21, 2019, Mr. Epstein plans to return from Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on July 21, 2019.

This is also to advise you that on July 24, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to 22 Avenue Foch in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on July 24, 2019 and to remain at 22 Avenue Foch in Paris, France until August, 3, 2019. On August 3, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 12:00PM local time on August 3, 2019 and will email your office upon his return on August 3, 2019.

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at 212-533-3739. In addition, he can be contacted at his business office at 340-775-2525 or through me at [REDACTED]

If you need any further information, please also feel free to call me at [REDACTED] or on my mobile telephone number [REDACTED]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

*****************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke -- All rights reserved.
*****************************************************************************

**Mr. Jeffrey Epstein**

Darren Indyke [redacted]

Sat 6/29/2019 1:32 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke [redacted] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

I have not received confirmation of my last email. I am sending this to you in an abundance of caution to ensure that you have notice of Mr. Epstein's modified travel plans.

Mr. Epstein will remain at 22 Avenue Foch in Paris, France until July 14, 2019. On July 14, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France to 9 East 71st Street, New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on July 14, 2019 and to stay at 9 East 71st Street, New York, New York until July 20, 2019. On July 20, 2019, Mr. Epstein plans to travel from New York, New York to 358 El Brillo Way in Palm Beach, Florida, where he expects to stay until July 21, 2019. On July 21, 2019, Mr. Epstein plans to return from Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on July 21, 2019.

This is also to advise you that on July 24, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to 22 Avenue Foch in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on July 24, 2019 and to remain at 22 Avenue Foch in Paris, France until August, 3, 2019. On August 3, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 12:00PM local time on August 3, 2019 and will email your office upon his return on August 3, 2019.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at 212-533-3739. In addition, he can be contacted at his business office at 340-775-2525 or through me at [redacted]

If you need any further information, please also feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE
[redacted]

****************************************************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
****************************************************************************************************

Mr. Jeffrey Epstein

Darren Indyke <[redacted]

Sat 6/29/2019 1:32 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke <[redacted]>; Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

I have not received confirmation of my last email. I am sending this to you in an abundance of caution to ensure that you have notice of Mr. Epstein's modified travel plans.

Mr. Epstein will remain at 22 Avenue Foch in Paris, France until July 14, 2019. On July 14, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France to 9 East 71st Street, New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11AM local time on July 14, 2019 and to stay at 9 East 71st Street, New York, New York until July 20, 2019. On July 20, 2019, Mr. Epstein plans to travel from New York, New York to 358 El Brillo Way in Palm Beach, Florida, where he expects to stay until July 21, 2019. On July 21, 2019, Mr. Epstein plans to return from Palm Beach, Florida to his permanent residence in the U.S. Virgin Islands. He will email your office upon his return on July 21, 2019.

This is also to advise you that on July 24, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to 22 Avenue Foch in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on July 24, 2019 and to remain at 22 Avenue Foch in Paris, France until August, 3, 2019. On August 3, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from Paris, France to his permanent residence in the U.S. Virgin Islands. He expects to arrive at Cyril E. King International Airport in St. Thomas, U.S. Virgin Islands at approximately 12:00PM local time on August 3, 2019 and will email your office upon his return on August 3, 2019.

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at 212-533-3739. In addition, he can be contacted at his business office at 340-775-2525 or through me at [redacted]

If you need any further information, please also feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE
[redacted]

**********************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke – All rights reserved.
**********************************************************************************************



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

**Out of Territory Travel**

Full name: Jeffrey Epstein

Personal Information: DOB: [REDACTED] Sex: M Hair: Gray
Eyes: Blue Height: 6'0 Weight: 170

Contact Information (Name, Address and Telephone Number of Destination):

06/10/19-06/14/19: 9 E 71st St, New York, NY

06/14/19-06/20/19: 22 Avenue Foch Apt 2DD, Paris 75116, Pars, France

Purpose of Travel: Business

Date Leaving: 06/10/19 Date Returning: 06/14/19

Method of Travel: 212Je. Gulfstream & N212JE,

Type of proof provided: Airline Itinerary ____ Vessel Itinerary ___

Driver's License #: [REDACTED]

1. Offense (Description of Offense):

Procuring a person under age of 18 for prostitution

Felony: x Misdemeanor: ____

2. Offense (Description of Offense):

________________________

Felony: ____ Misdemeanor: ____

3. Offense (Description of Offense):

________________________

VIDOJ/SOR-7

Felony: ______ Misdemeanor: ________

Tier: I Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: New York, NY contact the monitoring unit upon arrival (212) 323-7101

BY Noted Above
(MM/DD/YY)

Completed By: ____________________ Date: ______
Sexual Registry Coordinator

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

SOR-5

# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## Out of Territory Travel

Full name: Jeffrey Epstein

Personal Information: DOB: [redacted] Sex: M Hair: Gray
Eyes: Blue Height: 6'0 Weight: 170

Contact Information (Name, Address and Telephone Number of Destination):

05/18/19-05/21/19: 358 El Brillo, Palm Beach, FL

05/21/19-05/24/19: 9 E 71st St, New York, NY

05/24/19-05/29/19: 49 Zora Ranch, RD, Stanley, NM

05/29/19-06/03/19: 9 E 71st St, New York, NY

Purpose of Travel: Business/leisure

Date Leaving: 05/18/19 Date Returning: 06/03/19

Method of Travel: 212Je. Gulfstream

Type of proof provided: Airline Itinerary ____ Vessel Itinerary ____

Driver's License #: [redacted]

1. Offense (Description of Offense):

Procuring a person under age of 18 for prostitution

Felony: x Misdemeanor: ____

2. Offense (Description of Offense):

____

Felony: ____ Misdemeanor: ____

VIDOJ/SOR-7

3. Offense (Description of Offense): ______

Felony: ____ Misdemeanor: ____

Tier: I Duration of Registration period: 15 years

Upon Arrival in your Destination Please Report to: Palm Beach, FL Stockade Sheriff's Office upon arrival (561) 688-4990 (more than 3 days); New York, NY contact the monitoring unit upon arrival (212) 323-7101; Stanley, NM Torrance County Sheriff's Office upon arrival (505) 705-4034 (more than 5 days)

BY Noted Above
(MM/DD/YY)

Completed By: [signature]
Sexual Registry Coordinator

Date: ____

(You are required to notify the Sexual Registry Coordinator when you return to the Territory)

SOR-5



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 07022019

# Notification of International Travel of Sex Offender

## Subject Information

Last Name: Epstein  First Name: Jeffrey  Middle Name: Edward

Aliases(if any):

Date of Birth: [redacted]  Sex: M  FBI # (internal use only):

Citizenship: US

Passport#:  Country of Issuance:

## Travel Information

Purpose of Travel: Other  Means of Travel: Air

Date Departing U.S.:  Departure Location:

Date Returning to U.S.: 07/06/2019  Arrival Location.: Teterboro Airport in Teterboro, New Jersey

Destination Country: Paris, France  Address: 22 Avenue, Foch, Paris

## Criminal Record

Date(s) of Conviction: 06/30/2008  City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procuring a person under age of 18 for prostitution

Victim information: Age/gender/relationship: 14/Female/Relationship unknown

Jurisdiction(s) of Current Registry: USVI

## Other

Contact Information in Destination Country: 212-533-3739

Other information, (i.e. itinerary; visa information; explain "other" responses above): Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France for a day trip to Nice, France and then travel that same day to 9 East 71st Street, New York, New York. He expects to arrive at Nice Cote d' Azur Airport in Nice, France at approximately 12PM local time on July 6, 2019, and after departing Nice, France later that same date arrive at Teterboro Airport in Teterboro, New Jersey at approximately 9: 30PM local time on July 6, 2019.

## Submitter's Information (Internal use only)

Name: Shani A. Pinney  Agency: US VI Department of Justice

Phone #: (340) 774-5666  E-mail: spinney@doj.vi.gov

Print Form  Reset Form  Please send to IOD.NSOTC@usdoj.gov With Subject: Sex Offender Travel Notification  E-Mail

V1.0 (Feb 2012)



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 07022019

# Notification of International Travel of Sex Offender

## Subject Information

Last Name: Epstein First Name: Jeffrey Middle Name: Edward

Aliases (if any):

Date of Birth: [redacted] Sex: M FBI # (internal use only):

Citizenship: US

Passport#: Country of Issuance:

## Travel Information

Purpose of Travel: Other Means of Travel: Air

Date Departing U.S.: Departure Location:

Date Returning to U.S.: 07/06/2019 Arrival Location.: Teterboro Airport in Teterboro, New Jersey

Destination Country: Paris, France Address: 22 Avenue, Foch, Paris

## Criminal Record

Date(s) of Conviction: 06/30/2008 City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procuring a person under age of 18 for prostitution

Victim Information: Age/gender/relationship: 14/Female/Relationship unknown

Jurisdiction(s) of Current Registry: USVI

## Other

Contact Information in Destination Country: 212-533-3739

Other Information, (i.e. itinerary; visa information; explain "other" responses above): Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France for a day trip to Nice, France and then travel that same day to 9 East 71st Street, New York, New York. He expects to arrive at Nice Cote d' Azur Airport in Nice, France at approximately 12PM local time on July 6, 2019, and after departing Nice, France later that same date arrive at Teterboro Airport in Teterboro, New Jersey at approximately 9:30PM local time on July 6, 2019.

## Submitter's Information (Internal use only)

Name: Shani A. Pinney Agency: US VI Department of Justice

Phone #: (340) 774-5666 E-mail: spinney@doj.vi.gov

Print Form | Reset Form

Please send to IOD.NSOTC@usdoj.gov
With Subject: Sex Offender Travel Notification

E-Mail

V1.0 (Feb 2012)



UNITED STATES MARSHALS SERVICE
NSOTC
NATIONAL SEX OFFENDER TARGETING CENTER

Date Submitted: 07022019

# Notification of International Travel of Sex Offender

## Subject Information

Last Name: Epstein First Name: Jeffrey Middle Name: Edward

Aliases(if any):

Date of Birth: [redacted] Sex: M FBI # (internal use only):

Citizenship: US

Passport#: Country of Issuance:

## Travel Information

Purpose of Travel: Other Means of Travel: Air

Date Departing U.S.: Departure Location:

Date Returning to U.S.: 07/06/2019 Arrival Location.: Teterboro Airport in Teterboro, New Jersey

Destination Country: Paris, France Address: 22 Avenue, Foch, Paris

## Criminal Record

Date(s) of Conviction: 06/30/2008 City and State or Jurisdiction of Conviction: Florida

Sex Offense(s) of which Convicted: Procuring a person under age of 18 for prostitution

Victim information: Age/gender/relationship: 14/Female/Relationship unknown

Jurisdiction(s) of Current Registry: USVI

## Other

Contact information in Destination Country: 212-533-3739

Other information, (i.e. itinerary; visa information; explain "other" responses above): Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France for a day trip to Nice, France and then travel that same day to 9 East 71st Street, New York, New York. He expects to arrive at Nice Cote d' Azur Airport in Nice, France at approximately 12PM local time on July 6, 2019, and after departing Nice, France later that same date arrive at Teterboro Airport in Teterboro, New Jersey at approximately 9:30PM local time on July 6, 2019.

## Submitter's Information (internal use only)

Name: Shani A. Pinney Agency: US VI Department of Justice

Phone #: (340) 774-5666 E-mail: spinney@doj.vi.gov

Print Form Reset Form

Please send to IOD.NSOTC@usdoj.gov
With Subject : Sex Offender Travel Notification

E-Mail

V1.0 (Feb 2012)

**Mr. Jeffrey Epstein**

Darren Indyke <[REDACTED]

Wed 7/3/2019 3:26 PM

To: Shani Pinney <Shani.Pinney@vi.gov>; Shani Pinney <Shani.Pinney@vi.gov>
Cc: Darren Indyke <[REDACTED] Kevin Augustin <Kevin.Augustin@doj.vi.gov>

Ms. S. Pinney
Territorial SOR Program Manager
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein - Travel Notice

Dear Ms. Pinney:

This is to advise you of a further modification to Mr. Epstein's travel plans. Mr. Epstein will depart Paris, France on the same day as scheduled, but his day trip to Nice, France has been canceled. Mr. Epstein will remain at 22 Avenue Foch in Paris, France until July 6, 2019. On July 6, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from 22 Avenue Foch in Paris, France to 9 East 71st Street, New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 6:30PM local time on July 6, 2019. Mr. Epstein will also depart New York, New York a day earlier than previously advised. Mr. Epstein expects to stay at 9 East 71st Street, New York, New York until July 8, 2019, when he plans to return from New York, New York to his permanent residence in the U.S. Virgin Islands. Mr. Epstein will email your office upon his return on July 8, 2019.

This is also to advise you that Mr. Epstein's trip to Palm Beach, Florida will be a day earlier than previously advised. On July 12, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to 358 El Brillo Way in Palm Beach, Florida, where he expects to stay until July 16, 2019. Mr. Epstein's remaining plans are unchanged. On July 16, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from Palm Beach, Florida to 22 Avenue Foch in Paris, France. He expects to arrive at Le Bourget Airport in Paris, France at approximately 7:30PM local time on July 16, 2019 and to remain at 22 Avenue Foch in Paris, France until July 29, 2019. On July 29, 2019, Mr. Epstein plans to return by private aircraft, N212JE, from Paris, France to 9 East 71st Street, New York, New York. He expects to arrive at Teterboro Airport in Teterboro, New Jersey at approximately 11:30AM local time on July 29, 2019 and to stay at 9 East 71st Street, New York, New York until July 30, 2019, when he plans to return from New York,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

New York to his permanent residence in the U.S. Virgin Islands. Mr. Epstein will email your office upon his return on July 30, 2019.

This is also to advise you that on August 3, 2019, Mr. Epstein plans to travel by private aircraft, N212JE, from his permanent residence in the U.S. Virgin Islands to 358 El Brillo Way in Palm Beach, Florida, where expects to stay until August 6, 2019. On August 6, 2019, Mr. Epstein plans to travel by private aircraft, N120JE, from Palm Beach, Florida to 49 Zorro Ranch Road in Stanley, New Mexico, where expects to stay until August 21, 2019, when he plans to return to his permanent residence in the U.S. Virgin Islands. Mr. Epstein will email your office upon his return on August 21, 2019.

While traveling internationally, Mr. Epstein can be contacted on his mobile telephone at 212-533-3739. In addition, he can be contacted at his business office at 340-775-2525 or through me at [redacted]

If you need any further information, please also feel free to call me at [redacted] or on my mobile telephone number [redacted]

Please confirm by reply email to me your receipt of this email. Thank you, Ms. Pinney.

Respectfully,

DARREN K. INDYKE

*****************************************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke - © 2019 Darren K. Indyke -- All rights reserved.

*****************************************************************************************************



**DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

**34-38 Kronprindsens Gade**
**GERS Complex, 2nd Floor**
**St. Thomas, V.I. 00802**
**Fax: (340) 776-3494**

**#6040 Estate Castle Coakley**
**Christiansted**
**St. Croix, V.I. 00820(340) 774-5666**
**(340) 773-0295 Fax: (340) 773-1425**

**AFFIDAVIT OF DILIGENT SEARCH**

I, Shani A. Pinney depose and state the following:

1. I am employed as the Territorial Sex Offender Registry Program Manager with the United States Virgin Islands Department of Justice ("VIDOJ"), designated by the Attorney General to register all sex offenders currently residing in the District of St. Thomas, St. John and Water Island.

2. As the Territorial Sex Offender Registry Program Manager, I am the custodian of the records for the Virgin Islands Sexual Offender Registry ("V.I. Sexual Offender Registry") which among other duties requires me to receive and record information which has been provided to the Department of Justice by sex offenders, law enforcement agencies and other sex offender registries concerning sex offenders who are required to register under the laws of this Territory.

3. On July 15, 2019, at the request of Brad Bolen, of the United States Marshals Service, I conducted a diligent search of the Sex Offender Registry filing system including a search of all data electronically entered and stored in the V.I. Sexual Offender Registry Database and a manual search of pending files.

4. As a result of this search there were records indicating that JEFFREY EPSTEIN is registered in the U.S. Virgin Islands as a sexual offender and is required to provide in person notification of any travel outside of the U.S. Virgin Islands.

5. JEFFREY EPSTEIN notified VIDOJ on March 9, 2019 of intended travel to Paris, France from March 19, 2019 until March 29, 2019.

6. On March 30, 2019 email notification was received advising of modification to travel plans and JEFFREY EPSTEIN instead departed from Paris, France and returned to the U.S. on April 2, 2019.

7. JEFFREY EPSTEIN informed VIDOJ on April 11, 2019 of intended travel to Paris, France from April 4, 2019 until April 30, 2019.

8. On April 23, 2019 email notification was received advising of a day trip for JEFFREY EPSTEIN to Marrakech, Morocco on April 25, 2019.

9. Email notification was received on April 26, 2019 advising of modification to travel plans and JEFFREY EPSTEIN instead departed from Paris, France and returned to the U.S. on April 29, 2019.

10. JEFFREY EPSTEIN informed VIDOJ on June 13, 2019 of intended travel to Paris, France from June 14, 2019 until June 20, 2019.

11. Our records do not reflect that JEFFREY EPSTEIN returned to the U.S. on June 20, 2019.

12. On July 2, 2019 email notification was received advising of a day trip for JEFFREY EPSTEIN to Nice, France on July 6, 2019.

13. Later on July 3, 2019 email notification was received advising that the day trip for JEFFREY EPSTEIN to Nice, France on July 6, 2019 was cancelled.

14. Email notification received on July 3, 2019 also advised of modification to travel plans and JEFFREY EPSTEIN instead departed from Paris, France and returned to the U.S. on July 6, 2019.

Further affiant sayeth not.

Shani A. Pinney
Territorial Sex Offender Registry Program Manager
Virgin Islands Department of Justice, Office of the Attorney General

SUBSCRIBED and SWORN to before me
on this 15th day of July, 20___
Shirlen Luke
NOTARY PUBLIC