# EXHIBIT 87

Message

**From:** ttsors.alerts@nsopw.gov [ttsors.alerts@nsopw.gov]
**Sent:** 5/19/2017 7:06:56 AM
**To:** Aquanette Clarke [aquanette.clarke@vi.gov]; Barrett Stridiron [barrett.stridiron@vi.gov]; Kevin James [kevin.james@vi.gov]; Shani Pinney [shani.pinney@vi.gov]
**Subject:** Usvi - Overdue Offender(s) Notification

The following offenders are overdue for their verification appearances:



Epstein, Jeffrey Edward



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000088062

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000088063