# EXHIBIT 88

Message

| | |
|---|---|
| **From:** | ttsors.alerts@nsopw.gov [ttsors.alerts@nsopw.gov] |
| **Sent:** | 3/10/2018 7:06:08 AM |
| **To:** | Aquanette Clarke [aquanette.clarke@vi.gov]; Barrett Stridiron [barrett.stridiron@vi.gov]; Girard Ryan [girard.ryan@vi.gov]; Kevin Augustin [kevin.augustin@doj.vi.gov]; Kevin James [kevin.james@vi.gov]; Shani Pinney [shani.pinney@vi.gov] |
| **Subject:** | Usvi - Overdue Offender(s) Notification |

The following offenders are overdue for their verification appearances:



Epstein, Jeffrey Edward



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER