# EXHIBIT 90

Message
---
| | |
|---|---|
| **From**: | SORNA Exchange Portal [alerts@nsopw.gov] |
| **Sent**: | 3/15/2019 8:01:02 PM |
| **To**: | Mpetty@doj.vi.gov; Shani Pinney [shani.pinney@vi.gov]; Aquanette Clarke [aquanette.clarke@vi.gov]; Kevin James [kevin.james@vi.gov]; Girard Ryan [girard.ryan@vi.gov]; Kevin Augustin [kevin.augustin@doj.vi.gov]; Inais Borque [inais.borque@doj.vi.gov]; fortsrcu@fdle.state.fl.us |
| **Subject**: | SORNA Portal Notification - Offender Relocation Task for JEFFREY E EPSTEIN is overdue |

The Offender Relocation Task for JEFFREY E EPSTEIN is overdue.

https://portal.nsopw.gov/ORT/Detail/8d5583e3-1f56-4a12-bd9f-26996a5b06d9