# EXHIBIT 91

Message

**From:** Jeffrey Epstein [jeevacation@gmail.com]
**Sent:** 3/7/2014 10:34:03 AM
**To:** Shani Pinney [spinney@doj.vi.gov]; Darren Indyke 

I was contacted by agent Thomas today, at sor.  he said my registration was not updated.  As you recall i came in on monday the 3rd of march at 115 pm

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                                                                                      VI-JPM-000087016