# EXHIBIT 93

| Message | |
|---|---|
| **From:** | Jessica Magras-Parris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=65CB6892A3F443F1A397992465D97D87-JESSICA MAGRAS-PARRIS] |
| **Sent:** | 7/12/2019 2:09:51 PM |
| **To:** | Shani Pinney [shani.pinney@vi.gov] |
| **Subject:** | Re: Boating Registration |

Got it, thanks! Will work on this shortly

---

**From:** Shani Pinney
**Sent:** Friday, July 12, 2019 10:08:39 AM
**To:** Jessica Magras-Parris
**Subject:** Re: Boating Registration

Apologies as I failed to attached in the previous email.

---

**From:** Shani Pinney
**Sent:** Friday, July 12, 2019 11:07 AM
**To:** Jessica Magras-Parris
**Subject:** Boating Registration

Good Morning again Ms. Magras-Parris,

As briefly discussed in our telephone conversation, I am having issues updating our sexual offender public website with the information that was provided by Jeffrey Epstein. There appears to be an issue with the make and models that he has provided as they are not listed as options on our website. I am hoping that you can assist and have attached his boat listing.

Please let me know. Thank you!

*Shani A. Pinney*

Territorial Sex Offender Registry Program Manager
Virgin Islands Department of Justice
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802
(340) 774-5666 ext. 191

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                         VI-JPM-000080855