# EXHIBIT 94



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEX OFFENDER COMPLIANCE CHECK

NAME: Jeffrey Epstein                                   DATE: 07/18/13

DOB: ███████████        SSN: ███████████        REG. #: ███████████

**RESIDENCE:**

ADDRESS: _____

_____

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?     ☐ YES     ☐ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

_____        _____

_____        _____

_____        _____

_____        _____

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?     ☐ YES     ☐ NO

EMAIL 1: _____    EMAIL 2: _____

HOME PHONE: _____   CELL PHONE: _____   WORK PHONE: _____

OWN: ☐        RENT: ☐        OTHER: ☐ _____

HOUSEHOLD OCCUPANTS (Name and Age):

_____        _____

_____        _____

VEHICLES: Escalade ~~Parked~~ down by airport

MAKE: Dodge        MODEL: Caravan        LICENSE: ███████████

MAKE: Chevrolet        MODEL: Suburban        LICENSE: ███████████

**WORK:**        ☐ YES        ☐ NO

COMPANY NAME: _____

ADDRESS: _____

**SCHOOL:**    ☐ YES    ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

## WITNESS STATEMENT:

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _____    DATE: _____

SIGNATURE: _____    TELEPHONE: _____

## COMMENTS/NOTES:

Off island until August 2013.

_____

_____

_____

_____

_____

_____

☐ COMPLIANT    ☐ NOT IN COMPLIANCE    ☐ NOT LOCATED    ☐ NEEDS INVESTIGATION

SIGNATURE: _____    DATE: _____

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**SCHOOL:**    ☐ YES        ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

## WITNESS STATEMENT:

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _____   DATE: _____

SIGNATURE: _____   TELEPHONE: _____

## COMMENTS/NOTES:

Off island until August 2013.

_____

_____

_____

_____

_____

_____

☐ COMPLIANT   ☐ NOT IN COMPLIANCE   ☐ NOT LOCATED   ☐ NEEDS INVESTIGATION

SIGNATURE: _____   DATE: _____

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012618



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
### VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEX OFFENDER COMPLIANCE CHECK

NAME: Jeffrey Epstein                                DATE: 2014

DOB: ▓▓▓▓▓▓▓         SSN: ▓▓▓▓▓▓▓         REG. #: ▓▓▓▓▓▓▓

**RESIDENCE:**

ADDRESS: Little St. James

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?          ☐ YES     ☑ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?     ☑ YES     ☐ NO

EMAIL 1: *Emails on file          EMAIL 2:
* all contact #'s on-file
HOME PHONE:              CELL PHONE:              WORK PHONE:

OWN: ☑        RENT: ☐        OTHER: ☐

HOUSEHOLD OCCUPANTS (Name and Age):

2 adult employees

VEHICLES: * on file

MAKE:              MODEL:              LICENSE:

MAKE:              MODEL:              LICENSE:

**WORK:**     ☐ YES     ☐ NO

COMPANY NAME: STC

ADDRESS: American Yacht Harbor

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                VI-JPM-000012619

**SCHOOL:**          ☐ YES          ☑ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

NAME (printed): _____        DATE: _____

SIGNATURE: _Jeffery Epstein_                    TELEPHONE: _____

**COMMENTS/NOTES:**

_____

_____

_____

_____

_____

_____

_____

☑ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____        DATE: _07/29/2014_

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012620

**SCHOOL:**  ☐ YES  ☑ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____
_____
_____
_____
_____
_____

NAME (printed): _____   DATE: _____

SIGNATURE: _Jeffrey Epstein_   TELEPHONE: _____

**COMMENTS/NOTES:**

_____
_____
_____
_____
_____
_____

☑ COMPLIANT  ☐ NOT IN COMPLIANCE  ☐ NOT LOCATED  ☐ NEEDS INVESTIGATION

SIGNATURE: _____   DATE: 07/27/2014

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012621

VIRGIN ISLANDS DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

# SEX OFFENDER COMPLIANCE CHECK

NAME: Jeffrey Epstein DATE: 2015

DOB: [redacted] SSN: [redacted] REG. #: ____________

## RESIDENCE:

ADDRESS: LSJ

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A PRIVATE SCHOOL OR A PAROCHIAL SCHOOL? ☐ YES ☐ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME? ☐ YES ☐ NO

EMAIL 1: ____________ EMAIL 2: ____________

HOME PHONE: ____________ CELL PHONE: ____________ WORK PHONE: ____________

OWN: ☐ RENT: ☐ OTHER: ☐ ____________

HOUSEHOLD OCCUPANTS (Name and Age):

VEHICLES:

MAKE: ____________ MODEL: ____________ LICENSE: ____________

MAKE: ____________ MODEL: ____________ LICENSE: ____________

## WORK: ☐ YES ☐ NO

COMPANY NAME: ____________

ADDRESS: ____________

**SCHOOL:** ☐ YES   ☐ NO

SCHOOL NAME: .......................................................................................................................................

ADDRESS: ...........................................................................................................................................

## WITNESS STATEMENT:

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

NAME (printed): .................................................   DATE: ...................................

SIGNATURE: .................................................   TELEPHONE: ...................................

**COMMENTS/NOTES:** (on island)

Epstein not present on LSJ, & Staff refused us us entry @ first.
Epstein contacted by Staff and staff was allowed to escort
us on island (limited).

.......................................................................................................................................

.......................................................................................................................................

.......................................................................................................................................

☐ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: .................................................   DATE: 07/16/15

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**SCHOOL:**          ☐ YES          ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____
_____
_____
_____
_____
_____
_____

NAME (printed): _____     DATE: _____

SIGNATURE: _____     TELEPHONE: _____

**COMMENTS/NOTES:**  (off island)

Epstein not present on LSJ + staff refused was us entry. @ first
Epstein contacted by staff and staff was allowed to escort
us on island (limited).

_____
_____
_____
_____

☐ COMPLIANT   ☐ NOT IN COMPLIANCE   ☐ NOT LOCATED   ☐ NEEDS INVESTIGATION

SIGNATURE: _____     DATE: 07/16/15

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012624



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
### VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

*Ann Rodriguez monday*

## SEX OFFENDER COMPLIANCE CHECK

NAME: Jeffrey Epstein                          DATE: May 13, 2016

DOB: ███████          SSN: _____          REG. #: _____

## RESIDENCE:

ADDRESS: _____

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?        ☐ YES        ☒ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

_____        _____
_____        _____
_____        _____

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?        ☒ YES        ☐ NO

EMAIL 1: _____        EMAIL 2: _____

HOME PHONE: _____        CELL PHONE: _____        WORK PHONE: _____

OWN: ☐        RENT: ☐        OTHER: ☐ _____

HOUSEHOLD OCCUPANTS (Name and Age):

_____        _____
_____        _____
_____        _____

VEHICLES:

MAKE: _____        MODEL: _____        LICENSE: _____

MAKE: _____        MODEL: _____        LICENSE: _____

## WORK:        ☐ YES        ☐ NO

COMPANY NAME: _____

ADDRESS: _____

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**SCHOOL:**  ☐ YES    ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_Epstein not on island. Left earlier for last minute travel._

NAME (printed): _____   DATE: _____

SIGNATURE: _____   TELEPHONE: _____

**COMMENTS/NOTES:**

_Verification not completed as Epstein off island_

☐ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____   DATE: 05/13/2010

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEX OFFENDER COMPLIANCE CHECK

NAME: Jeffrey Epstein     DATE: 07/10/18

DOB: ███████     SSN: _____     REG. #: _____

**RESIDENCE:**

ADDRESS: Little St. James - denied entry beyond dock
* verified @ his office in Red Hook

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?     ☐ YES     ☑ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

_____     _____

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?     ☑ YES     ☐ NO

EMAIL 1: _____     EMAIL 2: _____

HOME PHONE: _____     CELL PHONE: 212-533-3139     WORK PHONE: 775-2605

OWN: ☑     RENT: ☐     OTHER: ☐ _____

HOUSEHOLD OCCUPANTS (Name and Age):

Karen (adult employee) - Age @ time unknown
Bryce (adult employee) - Age @ time unknown

VEHICLES:

MAKE: _____     MODEL: _____     LICENSE: _____

MAKE: _____     MODEL: _____     LICENSE: _____

**WORK:**     ☐ YES     ☐ NO

COMPANY NAME: Southern Trust Company

ADDRESS: _____

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**SCHOOL:**      ☐ YES      ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _Jeffrey Epstein_      DATE: _7/10/15_

SIGNATURE: _____      TELEPHONE: _____

**COMMENTS/NOTES:**

_____

_____

_____

_____

_____

_____

☐ COMPLIANT   ☐ NOT IN COMPLIANCE   ☐ NOT LOCATED   ☐ NEEDS INVESTIGATION

SIGNATURE: _____      DATE: _07/10/18_

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                VI-JPM-000012628

**SCHOOL:**    ☐ YES       ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _Jeffrey Epstein_         DATE: _7/10/18_

SIGNATURE: _____        TELEPHONE: _____

**COMMENTS/NOTES:**

_____

_____

_____

_____

_____

_____

_____

☐ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____        DATE: _07/10/18_

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012629