## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT OF THE UNITED STATES
VIRGIN ISLANDS,

               Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

               Defendant /
               Third-Party Plaintiff

---

JPMORGAN CHASE BANK, N.A.,

               Third-Party Plaintiff,

v.

JAMES EDWARD STALEY,

               Third-Party Defendant.

Case No. 22-cv-10904-JSR

**AFFIDAVIT OF KEES D. THOMPSON
IN SUPPORT OF MOTION FOR
ADMISSION
*PRO HAC VICE***

## DECLARATION OF KEES D. THOMPSON

    I, Kees D. Thompson, do declare as follows:

1. I am an attorney at Williams & Connolly LLP, 680 Maine Avenue S.W., Washington, D.C. 20024.

2. I am a member in good standing of the bars of New York and the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 5, 2023

_____
Kees D. Thompson

Subscribed and sworn to before me

This ___5th___ day of _____July 2023_____

_____
Notary Public

My Commission Expires

KATHY E. JOHNSON
NOTARY PUBLIC
EXP.
4-30-26
DISTRICT OF COLUMBIA