UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant /<br>    Third-Party Plaintiff | Case No. 22-cv-10904-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>JAMES EDWARD STALEY,<br><br>    Third-Party Defendant. | |

  The motion of Joseph Bayerl for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of California and the bar of the District of Columbia and that his contact information is as follows:

  Applicant's Name:  Joseph Bayerl

  Firm Name:  Williams & Connolly LLP

  Address:  680 Maine Avenue, S.W.

  City/State/Zip:  Washington, D.C. 20024

  Telephone/Fax:  (202) 434-5483 / (202) 434-5029

  Email:  jbayerl@wc.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Third-Party Defendant James Edward Staley in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Joseph Bayerl is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                              _____
                                                                                                         Honorable Jed S. Rakoff
                                                                                                          United States District Judge