UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | 22-cv-10904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Plaintiff the United States Virgin Islands ("USVI") has moved to strike various of defendant JP Morgan Chase Bank, N.A. ("JP Morgan")'s affirmative defenses. See Dkt. 138, 139. Briefing on the motion poses questions about to what extent the USVI is seeking to vindicate sovereign, quasi-sovereign, and/or private interests. See Mem. Opp. Mot. Strike, Dkt. 157 ("USVI is acting as a private civil litigant"); Mem. Reply Supp. Mot. Strike at 1, Dkt. 168 (describing USVI's suit as aiming to "vindicate public interests").

While the Court expresses no view as to whether further information on this point will ultimately factor in its decision on USVI's motion, the Court believes that further detail as to precisely what interests USVI is seeking to vindicate -- and what damages USVI

1

claims -- may be helpful to its consideration of the nuanced legal issues raised in the parties' briefing. Accordingly, USVI is directed to file a letter brief, not to exceed 5 single-spaced pages, by no later than 7/14/23 describing with detailed particularity the interests it is asserting and the kinds and amounts of damages it is seeking. JP Morgan may submit any response (also not to exceed 5 single spaced pages) by 7/19/23.

SO ORDERED.

New York, NY
July 7, 2023

_____
JED S. RAKOFF, U.S.D.J.

2