IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant/Third-Party Plaintiff. | Case No. 22-cv-10904 (JSR) |
| JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | |

**JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION
FOR SUMMARY JUDGMENT AGAINST
THE GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS**

Pursuant to Section F of the Court's Second Revised Case Management Order, Dkt. 171, JPMorgan Chase Bank, N.A. ("JPMC") submits notice that it intends to file a motion for summary judgment by July 24, 2023. Pursuant to the Court's minute entry on June 16, 2023, the United States Virgin Islands' response to the motion is due by August 7, 2023, and JPMC's reply in support of its motion is due by August 14, 2023. Oral argument on the motion is scheduled for 4:00PM on August 18, 2023.

1

Dated: July 14, 2023

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth
John J. Butts
Andrew O'Laughlin
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com
andy.olaughlin@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Alan E. Schoenfeld
Christopher Bouchoux
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
alan.schoenfeld@wilmerhale.com
christopher.bouchoux@wilmerhale.com

*Attorneys for JPMorgan Chase Bank, N.A.*