UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY<br><br>Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR |

**GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'
NOTICE OF MOTIONS FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Section F of the Second Revised Civil Case Management Plan (Dkt. 171), the Government of the United States Virgin Islands ("Government") intends to file two summary judgment motions: one with respect to the Government's affirmative claims and one with respect to certain of Defendant JPMorgan Chase Bank, N.A.'s affirmative defenses.

As set forth in the Court's June 16, 2023 Minute Entry, the Government's initial moving papers are due by July 24, 2023; Defendant's answering papers are due by August 7, 2023; and the Government's reply papers are due by August 14, 2023. Oral argument on these motions is scheduled for 4:00 PM on August 18, 2023.

|  |  |
|---|---|
| Dated: July 14, 2023 | **ARIEL SMITH, ESQ.**<br>**ATTORNEY GENERAL**<br><br>By counsel,<br><br>/s/ *Linda Singer*<br>**LINDA SINGER**<br>Admitted *Pro Hac Vice*<br>Motley Rice LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Tel: (202) 232-5504<br>lsinger@motleyrice.com<br><br>**VENETIA VELAZQUEZ**<br>Admitted *Pro Hac Vice*<br>Acting Chief, Civil Division<br>Virgin Islands Department of Justice<br>Office of the Attorney General<br>213 Estate La Reine, RR1 Box 6151<br>Kingshill, St. Croix<br>U.S. Virgin Islands 00850<br>Tel: (340) 773-0295 ext. 202481<br>venetia.velazquez@doj.vi.gov<br><br>**DAVID I. ACKERMAN**<br>**MIMI LIU** (Admitted *Pro Hac Vice*)<br>**PAIGE BOGGS** (Admitted *Pro Hac Vice*)<br>Motley Rice LLC<br>401 9th Street NW, Suite 630<br>Washington, DC 20004<br>Tel: (202) 232-5504<br>dackerman@motleyrice.com<br>mliu@motleyrice.com<br>pboggs@motleyrice.com<br><br>*Attorneys for Plaintiff Government of the United States Virgin Islands* |