# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS ) ) ) Plaintiff, ) ) V. ) ) JPMORGAN CHASE BANK, N.A. ) ) Defendant/Third-Party Plaintiff. ) _____ ) ) JPMORGAN CHASE BANK, N.A. ) ) Third-Party Plaintiff, ) ) V. ) ) JAMES EDWARD STALEY ) ) Third-Party Defendant. ) _____ ) | Case Number: 1:22-cv-10904-JSR<br><br><br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jenna Forster, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, the Government of the United States Virgin Islands, in the above-captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  July 14, 2023                                              Respectfully Submitted,

 

                                                  **JENNA N. FORSTER**
Motley Rice LLC
28 Bridgeside Blvd,
Mount Pleasant, SC 29464
(202) 748-0624 phone/(202) 232-5513 fax
jforster@motleyrice.com