UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, | ) ) ) | AFFIDAVIT OF JENNA FORSTER |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| Defendant/Third-Party Plaintiff. | ) ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| V. | ) ) | |
| JAMES EDWARD STALEY | ) ) | |
| Third-Party Defendant. | ) ) | |

I, Jenna Forster, declare and state the following:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Date: 7/14/2023

JENNA N. FORSTER
Motley Rice LLC
28 Bridgeside Blvd,
Mount Pleasant, SC 29464
(202) 748-0624 phone/(202) 232-5513 fax
jforster@motleyrice.com

SWORN to and subscribed before me this __14__ day of ~~June~~ July 2023.

_____
NOTARY PUBLIC

My Commission Expires: __12/23/2023__

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California, County of Alameda**
Subscribed and sworn to (or affirmed) before me on this __14__ day of __July__, 20__23__
by __JENNA FORSTER__
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



JEFFREY C. LEE
Notary Public - California
Alameda County
Commission # 2314027
My Comm. Expires Dec 23, 2023