UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | 22-cv-10904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Plaintiff the United States Virgin Islands has moved to strike Defenses Fifth through Eighth set forth in the answer of defendant JP Morgan Chase Bank, N.A. See Dkt. 138, 139. The Court has received extensive briefing and oral argument on the motion. After full consideration, the Court denies the motion. Although the Court is skeptical that some or all of the defenses will survive summary judgment (let alone prevail at trial), the Court is satisfied they should not be stricken as a matter of pleading. An opinion setting forth the reasons for this ruling will issue in due course.

    SO ORDERED.

New York, NY
July 20, 2023

                                    JED S. RAKOFF, U.S.D.J.