## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GOVERNMENT OF THE UNITED
STATES VIRGIN ISLANDS,

                Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

                Defendant/Third-Party
                Plaintiff.

JPMORGAN CHASE BANK, N.A.,

Third-Party Plaintiff,

v.

JAMES EDWARD STALEY,

Third-Party Defendant.

Case No. 22-cv-10904 (JSR)

## DEFENDANT JPMORGAN CHASE BANK, N.A.'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant JPMorgan Chase Bank, N.A., hereby respectfully requests that the Court enter summary judgment for JPMC and against USVI on Count V (obstruction) and on both Counts with respect to USVI's demands for monetary relief. In the alternative, summary judgment should enter on Count V (obstruction) with respect to any alleged pre-December 2008 alleged conduct, and on Count I insofar as USVI alleges that JPMC acted with reckless disregard rather than with actual knowledge of a sex trafficking venture prior to December 2008. The reasons in support of Defendant's Motion are set forth in the attached Memorandum of Law and Local Rule 56.1 Statement of Undisputed Material Facts.

Dated: July 24, 2023

Respectfully submitted,

**MASSEY & GAIL LLP**

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ *Leonard A. Gail*
Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth
John J. Butts
Andres O'Laughlin
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com
andy.olaughlin@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Alan E. Schoenfeld
Christopher Bouchoux
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
alan.schoenfeld@wilmerhale.com
christopher.bouchoux@wilmerhale.com

*Attorneys for JPMorgan Chase Bank, N.A.*