# EXHIBIT 23

```
                 IN THE UNITED STATES DISTRICT COURT

              FOR THE SOUTHERN DISTRICT OF NEW YORK

   GOVERNMENT OF THE
   VIRGIN ISLANDS,

                 Plaintiff,

   v.                                    No. 22-cv-10904-JSR

   JP MORGAN CHASE BANK, N.A.,

                 Defendant.
   _____
   JPMORGAN CHASE BANK, N.A.,

                 Third-Party Plaintiff,

   v.

   JAMES EDWARD STALEY,
   Third-Party Defendant.
   _____


          THE ORAL DEPOSITION OF JOHN P. DE JONGH, JR.
   was taken on the 30th day of May, 2023 at the Law
   Offices of JOEL HOLT, 2132 Company Street,
   Christiansted, St. Croix U.S. Virgin Islands, between
   the hours of 9:02 a.m. and 4:46 p.m. pursuant to Notice
   and Federal Rules of Civil Procedure.

                         _____
                         Reported by:

                         DESIREE D. HILL
                     Registered Merit Reporter
                      Hill's Reporting Services
                         P.O. Box 307501
                     St. Thomas, Virgin Islands
                         (340) 777-6466
```

1        A.    The public newspaper accounts, yes.
2        Q.    Of Jeffrey Epstein?
3        A.    Yes.
4        Q.    And that public reporting put you on notice
5     of the allegations surrounding his sex abuse?
6              MR. TEAGUE:  Objection, form.
7              MS. BOGGS:  Vague.
8        Q.    (By Mr. O'Laughlin:) You can answer.
9        A.    Those notifications put me -- educated me
10    to what he was accused of doing when he got convicted
11    in '8 or '9.
12       Q.    In 2008 and 2009?
13       A.    Right.
14       Q.    So as of those dates, you knew the
15    accusations against Epstein?
16             MS. BOGGS:  Objection, vague.
17             MR. TEAGUE:  Objection, vague.
18       Q.    (By Mr. O'Laughlin:) And did you -- you
19    were the governor at the time, correct?
20       A.    Yes.
21       Q.    Did you request an investigation of
22    Epstein?
23       A.    As governor?
24       Q.    Yes.
25       A.    No.

1        Q.    Did you contact USVI DOJ about Epstein?
2        A.    No.
3        Q.    Did you contact Florida police about
4    Epstein?
5        A.    No.
6        Q.    Did you contact Florida law enforcement?
7        A.    No.
8        Q.    Did you contact New York law enforcement?
9        A.    As governor?  No.
10       Q.    Did you contact the FBI?
11       A.    No.
12       Q.    Did you direct anyone on your staff to do
13   any kind of investigation into Epstein?
14       A.    I would not do that.
15       Q.    Why not?
16       A.    My assumption will be that the Department
17   of Justice, any of the entities dealing with Jeffrey
18   Epstein would have done that.
19       Q.    Do you appoint the attorney general?
20       A.    Appoint with advice and consent of the
21   legislature, yes.
22       Q.    Are you in frequent communication with the
23   attorney general of the USVI?
24             MS. BOGGS:  Objection, vague, time
25       period.

1         MR. TEAGUE:  Same objection.
2         THE WITNESS:  When you say
3    "frequent," what do you mean.
4    Q.    (By Mr. O'Laughlin:) How frequent was your
5    communication with the attorney general of the USVI
6    while governor?
7    A.    Whenever issues came up, they bring it to
8    my attention.
9    Q.    How often would issues come up, do you
10   estimate?
11   A.    I can't.  I had more contact with other
12   commissioners on a day-to-day basis than with the AG.
13   Q.    Would you talk to the AG once a week?
14   A.    Sometimes.  Sometimes I go two weeks
15   without talking to him.  So it wasn't frequent.
16   That's why I meant, What do you mean by frequent?
17   Q.    Well, I'm asking you, how frequent?  I am
18   asking you maybe once a day, once a week, once a
19   month, four times a month?
20        MR. TEAGUE: Same objection.  You
21   can answer.
22        THE WITNESS:  Again, the frequency
23   I couldn't tell you.  Sometimes I would
24   talk to him a couple times a month.
25   Sometimes I would not talk to him.

1       Q.   (By Mr. O'Laughlin:) But if there was an
2  issue that required attention from the attorney
3  general, you would engage with the attorney general?
4       A.   Yes.  Definitely.
5       Q.   And when there was an issue, you would
6  engage frequently, several times?
7            MR. TEAGUE:  Objection, form.
8            THE WITNESS:  Again, maybe.
9       Depending on the issue.
10      Q.   (By Mr. O'Laughlin:) And at no point did
11 you ever request that the attorney general look into
12 Jeffrey Epstein, correct?
13           MS. BOGGS:  Objection, vague.
14           THE WITNESS:  That I would -- that
15      I initiate an investigation of Jeffrey
16      Epstein?  No.
17      Q.   (By Mr. O'Laughlin:) Did you make any
18 requests at any time to the attorney general to look
19 into Jeffrey Epstein?
20           MS. BOGGS:  Objection, vague.
21           THE WITNESS:  No.
22           MR. TEAGUE:  Objection, form.
23      Q.   (By Mr. O'Laughlin:) You mentioned that
24 your wife worked for Jeffrey Epstein.  Did she know
25 him closely?