# EXHIBIT 24

# In the Matter Of:

## Gov of the US Virgin Islands vs JP Morgan Chase

22-cv-10904

# FORMER GOV KENNETH E. MAPP

*May 24, 2023*

*Confidential*



ESQUIRE DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
 1   guess wherever you reside, you have to let that
 2   jurisdiction know.  So I guess in talking it out, I
 3   guess that would be logical.
 4         Q.   When do you think you learned that
 5   Mr. Epstein was required to register as a sex
 6   offender?
 7         A.   I guess in the general knowledge that he
 8   had either been convicted or pled guilty to some sex
 9   offense crime somewhere.  In all of the news reports,
10   one of the things you would, I guess, always see is
11   that, as a result of that, he would be required to
12   register as a sex offender.
13         Q.   So going back to the first time that you
14   were introduced to Mr. Epstein during your 2014
15   campaign, at that first meeting, on or before that
16   first meeting, did you know that Mr. Epstein had
17   previously been convicted of a sex crime?
18         A.   I don't know that I was aware of that.
19   Because it may have happened all around that time.  So
20   I'm not sure if I was or wasn't aware.  But certainly
21   by -- certainly by 2015 I guess I would say I did
22   know.
23         Q.   And do you know how you learned about
24   Mr. Epstein's prior conviction for a sex crime?
25         A.   Generally -- it would be through the media.
```



```
 1        Q.   (By Ms. Ellsworth) Fair to say you didn't
 2   have any information that gave you cause to ask
 3   anybody to investigate Mr. Epstein.  Correct?
 4        A.   That is fair to say.
 5        Q.   And you certainly didn't ask your attorney
 6   general to take any action in relation to
 7   Mr. Epstein --
 8        A.   No.
 9        Q.   -- during the time that you were governor?
10        A.   No.
11        Q.   And you didn't ask the Virgin Islands
12   Police Department to take any action pertaining to
13   Mr. Epstein while you were governor.  Correct?
14        A.   No.
15        Q.   Did you -- have you ever seen an article
16   that was published in "The Miami Herald" at some point
17   in the fall of 2018 about Mr. Epstein?
18        A.   No.  The fall of 2018 would have placed me
19   at the doorstep of my reelection.  The vote for the
20   reelection.  And, again, really in the midst of a lot
21   of response to the disaster and the hurricanes.  You
22   know.  So I wasn't online reading papers.  And
23   certainly I don't believe at that point the
24   Virgin Islands was getting the daily periodicals from
25   the mainland.  So --
```

