# EXHIBIT 25

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4    GOVERNMENT OF THE UNITED STATES
      VIRGIN ISLANDS,
 5
                     Plaintiff,
 6
      v,                                      No. 22-cv-10904-JSR
 7
      JPMORGAN BANK, N.A.,
 8
                     Defendant.
 9    _____
      JPMORGAN CHASE BANK, N.A.,
10             Third-Party Plaintiff

11    v.

12    JAMES EDWARD STALEY,
      Third-Party Defendant.
13    _____

14           THE ORAL DEPOSITION OF ALBERT BRYAN, JR. was

15    taken on the 6th day of June, 2023, at the Law Offices

16    of Joel Holt, 2132 Company Street, Christiansted, St.

17    Croix, U.S. Virgin Islands, between the hours of 8:42

18    a.m. and 3:47 p.m. pursuant to Notice and Federal Rules

19    of Civil Procedure.

20                        _____
                              Reported by:
21
                            DESIREE D. HILL
22                       Registered Merit Reporter
                          Hill's Reporting Services
23                            P.O. Box 307501
                         St. Thomas, Virgin Islands
24                            (340) 777-6466

25
```

1              (Deposition Exhibit No. 4 was
2               marked for identification.)
3         A.   Yes.
4         Q.   And Reuters is not a tabloid, right?
5         A.   Right.
6         Q.   It's the kind of source you would read?
7         A.   Right.
8         Q.   All right.  And you see what this is
9    reporting on the Guilty plea to a felony by
10   Mr. Epstein, right?
11        A.   Yes.
12        Q.   All right.  And you'll see in the fourth
13   paragraph of the article, it says that the "Guilty
14   plea is the latest twist in a case stemming from a
15   lengthy probe by Palm Beach police that reputed
16   billionaire paid several girls under 18 in return for
17   naked massages in his Palm Beach home that sometimes.
18   Involved alleged sexual assaults," you see that?
19        A.   Yes.
20        Q.   Serious stuff, right?
21        A.   This is.
22        Q.   Do you recall about knowing about these
23   allegations at the time that you voted to approve his
24   EDC extension?
25        A.   Like I said, I was only aware that he

1  copped a plea to having sex with a hooker who was
2  under age.
3  　　Q.　All right.  You're saying you were not
4  aware that he was alleged to have paid several girls
5  under 18 in return for naked massages?
6  　　A.　I may have been aware.
7  　　Q.　Were you aware that those massages
8  sometimes involved alleged sexual assaults?
9  　　A.　No.
10 　　Q.　So that fact published by Reuters -- or
11 that allegation that had been published by Reuters in
12 June of 2008, was not something that you learned or
13 knew when you were voting to extend the benefits to
14 Mr. Epstein in 2009?
15 　　A.　Not particularly, no.
16 　　Q.　Okay.  Did you ever hear the reporter named
17 Wayne Barrett was looking into the extension of
18 benefits to Mr. Epstein?
19 　　A.　Not to my knowledge.
20 　　Q.　Okay.  Would you have expected if an
21 investigative reporter was looking into the actions of
22 the EDC while you were the chair, that people at the
23 EDC would have brought that to your attention?
24 　　　　MR. ACKERMAN:  Object to form.
25 　　　　THE WINESS:  I don't know.  I'm

1    Q.   How did you learn that Jeffrey Epstein had
2    been arrested again?
3    A.   Probably in the papers, TV or some kind of
4    media.
5    Q.   What did you do?
6         MR. ACKERMAN: Objection to form.
7         THE WITNESS: Nothing.
8    Q.   (By Mr. Neiman:) Did you ever learn what
9    the new charges were?
10   A.   I wasn't really interested, you know, to
11   tell you the truth.
12   Q.   Okay. Let's take a look at -- do you
13   remember having conversation with somebody named
14   Richard Motta?
15   A.   Richard is my director of Communications.
16   Q.   Do you remember having communications with
17   Mr. Motta about what to do about press inquiries
18   related to Jeff Epstein after the news of his 2019
19   arrest?
20        MR. ACKERMAN: Objection to form.
21        THE WITNESS: Vaguely.
22   Q.   (By Mr. Neiman:) What do you remember?
23   A.   I remember having my director of
24   Communications. So, I mean, something like that, he
25   would definitely, if he gets press inquiries, he

1    seen this article at the time it came out?
2         A.   No.
3         Q.   Why not?
4         A.   I mean, I'm not particularly, you know --
5    I wasn't following the Epstein thing, to be quite
6    honest.
7         Q.   You see in the second page of the article,
8    it reads, "While at least one individual has said in a
9    civil lawsuit in New York that she was sexually abused
10   at Epstein's home on Little St. James."
11        A.   Yes.
12        Q.   That would be a topic of interest to you,
13   wouldn't it?
14        A.   (Witness reading article.)  Yes.
15        Q.   You don't remember learning that in July of
16   2019?
17        A.   No, I don't.  I remember the attorney
18   general making a public statement that said, None of
19   these victims were from the Virgin Islands.  That's
20   what I remember.  At that point, I turned my
21   attention elsewhere.
22             MR. ACKERMAN:  Still want to take
23        a break?
24             THE WITNESS:  You were saying
25        after the document.