# EXHIBIT 31

**From**:        Mary E Erdoes [mary.erdoes@jpmorgan.com]
**Sent**:        7/31/2010 4:10:35 PM
**To**:          Jes Staley [jes.staley@jpmorgan.com]
**Subject**:     Re:


The feds may not be quite done with (JE).  Having just completed 13 months in a fl jail for solicing
prost from a minor, he now might be under investig for other possible crimes, inclduing whether there's
any evidence of child trafficking.  E has settled several lawsuits by teens who say they were lured to
his palm beach mansion for massages or sx.  The us AG in fl wouldn't comment.  E's lawyer, jack
goldberger, says he knew nothing of any probe, and "they are not and should not be any pending criminal
investigations."

----- Original Message -----
From: Jes Staley
To: Mary E Erdoes
Sent: Sat Jul 31 11:06:43 2010
Subject:

What's in the Post, it was soild out here.

                                                                           JPM-SDNYLIT-00100251