# EXHIBIT 37

```
  1            IN THE UNITED STATES DISTRICT COURT
  2          FOR THE SOUTHERN DISTRICT OF NEW YORK
  3    _____
                                   |
  4    GOVERNMENT OF THE UNITED    |
       STATES VIRGIN ISLANDS,      |
  5                                |
               Plaintiff,          |
  6                                |
           vs.                     | Case No.
  7                                | 1:22-cv-10904-JSR
       JPMORGAN CHASE BANK, N.A.,  |
  8                                |
               Defendant.          |
  9    _____|
                                   |
 10    JPMORGAN CHASE BANK, N.A.,  |
                                   |
 11            Third-Party         |
               Plaintiff,          |
 12                                |
           vs.                     |
 13                                |
       JAMES EDWARD STALEY,        |
 14                                |
               Third-Party         |
 15            Defendant.          |
       _____|
 16
 17             Wednesday, April 19, 2023
 18         CONFIDENTIAL - ATTORNEYS' EYES ONLY
 19
               Videotaped deposition of Phillip DeLuca, held
 20    at the offices of Ulmer & Berne, 65 East State Street,
       Columbus, Ohio, commencing at 9:06 a.m., on the above
 21    date, before Carol A. Kirk, Registered Merit Reporter,
       Certified Shorthand Reporter, and Notary Public.
 22
 23             GOLKOW LITIGATION SERVICES
                      877.370.DEPS
 24                 deps@golkow.com
```

```
 1   I -- I think I read somewhere that they were
 2   interested in him.
 3           Q.   So why would that make you call?
 4           A.   I had a -- I spoke with the FBI
 5   daily.
 6           Q.   Was it to exchange information
 7   with the FBI about Mr. Epstein?
 8                MR. KRAUSE:  Objection.
 9           A.   My conversations?
10           Q.   The purpose of your call.
11           A.   The purpose of my call was
12   specifically to exchange information.
13           Q.   About Mr. Epstein?
14           A.   To gather information on what
15   their investigation was.
16           Q.   Did you ever provide information
17   to the FBI about Mr. Epstein?
18           A.   Like?  Not that I recall.
19           Q.   Did you ever speak with an FBI
20   agent about Mr. Epstein?
21           A.   An agent?
22           Q.   Anybody at the FBI.
23           A.   Oh, yes, I did.
24           Q.   Okay.  Who did you speak with at
```

Confidential - Attorneys' Eyes Only

```
 1   the FBI?
 2         A.    His name is Tim Moyer.
 3         Q.    Okay.  And what did you tell
 4   Mr. Moyer in your call?
 5         A.    I asked Mr. Moyer to provide me
 6   with the contact in the FBI who may have been
 7   working the Epstein matter.
 8         Q.    Did he confirm that the FBI -- did
 9   Mr. Moyer confirm that the FBI was looking at
10   Epstein?
11         A.    He indicated to me, "Let me get
12   back to you."
13         Q.    About whether the FBI was looking
14   at Mr. Epstein?
15               MR. KRAUSE:  Objection.
16         A.    I -- that's what I took it to
17   mean.
18         Q.    Did you share any information
19   about Mr. Epstein with Mr. Moyer when you spoke
20   with him?
21         A.    Not that I recall.
22         Q.    Did you send him any information
23   about Mr. Epstein?
24         A.    Not that I recall.
```

 1    Lenny Gail.  I represent JPMorgan.  A few

 2    clarifying questions, and we'll get you out of

 3    here.

 4         A.    Okay.

 5         Q.    You testified about a call you

 6    made to the FBI earlier today.

 7               Do you recall that?

 8         A.    I do.

 9         Q.    Before you made that call, had you

10    seen news stories relating to Jeffrey Epstein?

11         A.    I think so.

12         Q.    Remind us again the name of the

13    person you contacted.

14         A.    His name was Tim Moyer.

15         Q.    Why did you reach out to Mr. Moyer

16    at that time about Epstein?

17         A.    I met with the FBI on a monthly

18    basis at that point in time, and I recall

19    reading somewhere that the FBI was -- initiated

20    an investigation, and I was looking for the

21    contact that I could talk to.

22         Q.    What did you ask Mr. Moyer?

23         A.    I asked Tim for a contact that

24    I could talk to.

```
 1          Q.    What did he say in response?
 2          A.    "I'll get back to you."
 3          Q.    Do you recall anything else?
 4          A.    Pardon?
 5          Q.    Do you recall anything else about
 6   the call?
 7          A.    No.
 8          Q.    How was it left?
 9          A.    That he would get back to me.
10          Q.    So did you ever hear back from
11   Mr. Moyer?
12          A.    About that?  No.
13          Q.    Did you ever hear back from anyone
14   else at the FBI, whether an investigator, an
15   agent, or otherwise?
16          A.    No.
17          Q.    Given your consistent dealings
18   with law enforcement, how did you interpret the
19   fact that the FBI never got back to you about
20   Epstein?
21          A.    That they weren't interested.
22          Q.    Okay.  One more topic, and then
23   we'll be done.
24                ███████████████████
```