# EXHIBIT 38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,

          Plaintiff,

                       Case No.
   -against-           1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS,

          Plaintiff

          Vs.
JPMORGAN CHASE BANK, N.A.
-----------------------------------------x
        C O N F I D E N T I A L
        Videotaped oral deposition of
    FRANCIS PEARN taken pursuant to notice,
    was held at BOIES SCHILLER FLEXNER LLP,
    commencing May 30, 2023, 9:34 a.m., on
    the above date, before Leslie Fagin, a
    Court Reporter and Notary Public in the
    State of New York.


        MAGNA LEGAL SERVICES
          (866) 624-6221



```
 1            F Pearn

 2            MR. BUTTS:  Objection.              13:01:06

 3            You may answer as a 30(b)(1)        13:01:07

 4      witness.                                  13:01:08

 5      A.    I didn't do anything particular to  13:01:08

 6  check for account statements.                 13:01:11

 7      Q.    We reviewed a number of documents   13:01:12

 8  that summarized Epstein's account transaction 13:01:15

 9  history.                                       13:01:18

10            Did anything you reviewed either in 13:01:19

11  preparation or during today's deposition       13:01:22

12  suggest to you that his use of his JPMC bank    13:01:24

13  accounts before 2003 would have been           13:01:28

14  different than how he used his bank accounts    13:01:32

15  from 2003 onward?                               13:01:34

16            MR. BUTTS:  Object to form.  Beyond  13:01:36

17      the scope.                                  13:01:36

18            You may answer as a 30(b)(1)          13:01:40

19      witness if you are able.                    13:01:41

20      A.    I did not see anything that would     13:01:45

21  indicate they were used differently prior to    13:01:49

22  that period.                                     13:01:52

23      Q.    Was JPMorgan ever contacted in        13:01:53

24  regards to any government investigation          13:01:57

25  relating to Jeffrey Epstein?                     13:01:59
```



```
 1                F Pearn

 2            MR. BUTTS:  Objection.              13:02:02

 3            You may answer as a 30(b)(1)        13:02:06

 4       witness.                                 13:02:08

 5       A.   We received, in July of 2019, a    13:02:09

 6  subpoena from the Southern District of New    13:02:16

 7  York regarding Jeffrey Epstein.               13:02:20

 8       Q.   Anything before July of 2019?       13:02:22

 9       A.   I do not believe so.                13:02:26

10       Q.   From any agency?                    13:02:31

11       A.   That's correct.                     13:02:32

12       Q.   When did the investigation that     13:02:34

13  began in July 2019 end?                       13:02:37

14            MR. BUTTS:  Objection.              13:02:42

15            You may answer.                      13:02:42

16            You are talking about the Southern  13:02:44

17       District of New York investigation?      13:02:47

18            MR. VILLACASTIN:  Yes.              13:02:50

19            MR. BUTTS:  You may answer as a     13:02:51

20       30(b)(1) witness, if you are able.       13:02:54

21       A.   We continued that investigation up  13:02:55

22  through September of 2019 --                  13:02:57

23            MR. BUTTS:  He is asking you about  13:03:02

24       the U.S. Attorney's investigation, when  13:03:03

25       did the U.S. Attorney's investigation    13:03:06
```

