# EXHIBIT 7

# Risk Level & Designation Determination

State law requires individuals to be registered upon their release to the community. Risk level determines the type of information available about individuals required to register and whether the public can access that information online or through the toll-free telephone number. An individual's risk level is determined by a judge after a court hearing.

There are three risk levels:

- Level 1 (low risk of repeat offense), or
- Level 2 (moderate risk of repeat offense), or
- Level 3 (high risk of repeat offense and a threat to public safety exists).

A judge also determines whether an individual should be designated as a sexual predator, sexually violent offender or predicate sex offender, each of which is defined in the Sex Offender Registration Act Section 168-a.

Risk level and designation determines the duration of registration.

| Risk Level | Designation | Duration of Registration |
|---|---|---|
| 1 | NO | 20 YEARS |
| 2 | NO | LIFE |
| 3 | NO | LIFE |
| 1 | YES | LIFE |
| 2 | YES | LIFE |
| 3 | YES | LIFE |

The Sex Offender Registration Act includes the following provisions:

- Individuals who are Level 2 offenders with no designation may petition the court to end their legal obligation to register after 30 years on the Registry.
- Individuals may petition the court to have their risk level modified; a district attorney may also make this request.

The Sex Offender Registration Act Section 168-o outlines additional information about the process to petition the court.

Translation Services

This page is available in other languages

Translate