# EXHIBIT 16

IN THE SUPERIOR COURT
OF THE VIRGIN ISLANDS

**FILED**

March 12, 2020
TAMARA CHARLES
CLERK OF THE COURT

**IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| ...TER OF THE ESTATE OF JEFFREY E. EPSTEIN,<br><br>Deceased. | ) ) ) ) ) ) ) ) ) ) ) ) |

PROBATE NO. ST-19-PB-80

ACTION FOR TESTATE ADMINISTRATION

**CREDITOR'S CLAIM FOR UNLIQUIDATED DAMAGES**

Claimant Jane Doe 981 presents and files this Creditor's Claim for unliquidated damages against the Estate of Jeffrey E. Epstein ("Estate"):

1. Claimant's claim for unliquidated damages arises out of Jeffrey E. Epstein's sexual assault, sexual abuse and battery of Claimant.

2. Beginning in 2004, and continuing for years thereafter, Epstein trafficked, assaulted, and abused Claimant at his homes in New York and the U.S. Virgin Islands, causing Claimant severe physical and emotional trauma and distress.

3. Claimant has a right to money damages, whether in form of a judgment or liquidated damages, and has an equitable lien on all unencumbered assets of the Estate.

4. Claimant's claims for sexual assault, battery and intentional infliction of emotional distress are timely. New York law provides that a plaintiff shall have at least one year from the termination of a criminal action against the same defendant to bring a civil action based on the same facts or occurrences as the criminal action. *See* NY CPLR § 215(8)(a). A criminal action against Epstein was terminated on August 29, 2019. A claim under Virgin Islands law is also timely under the doctrine of equitable tolling.

5. This Claim is verified by the Affidavit of Claimant, which is attached as Exhibit 1.

Creditor's Claim for Unliquidated Damages
*In the Matter of the Estate of Jeffrey E. Epstein, ST-19-PB-80*
Page 2

The Affidavit is redacted to conceal the identity of Claimant at this time.

6.　　Claimant moves this Court to permit her to proceed by pseudonym at this point in the proceedings.

WHEREFORE, Claimant Jane Doe 981 asks this Court to enter judgment against the Estate in an amount sufficient to compensate her for her injuries, along with interest, attorney's fees and punitive damages.

DATED: March 12, 2020　　　　By: _/s/ Vincent A. Colianni_
Vincent A. Colianni
V.I. Bar No. #13
Vincent Colianni, II
V.I. Bar No. #768
Marina Leonard
V.I. Bar No. #R2058
2120 Company Street
Christiansted, VI 00820
Telephone: (340) 719-1766
Facsimile: (340) 719-1770
mailbox@colianni.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2020, I caused a true and correct copy of the foregoing document to be sent to the following via U.S. Mail and via email.

Christopher A. Kroblin, Esq.
Andrew W. Heymann, Esq.
William L. Blum, Esq.
Shari N. D'Andrade, Esq.
Marjorie Whalen, Esq.
KELLERHALS FERGUSON KROBLIN PLLC
Royal Palms Professional Building
9053 Estate Thomas, Suite 101
St. Thomas, V.I. 00802-3602

John K. Dema
Law Offices of John, K. Dema
1236 Strand Street, Suite 103
Christiansted, VI 00820
jdema@demalaw.com

A. Jeffrey Weiss, Esq.
A.J. Weiss & Associates
6934 Vessup Lane

**Creditor's Claim for Unliquidated Damages**
*In the Matter of the Estate of Jeffrey E. Epstein, ST-19-PB-80*
Page 3

ckroblin@kellfer.com
aheymann@solblum.com
wblum@solblum.com
sdandrade@kellfer.com
mwhalen@kellfer.com


Darren K. Indyke, Executor
c/o Kellerhals Ferguson Kroblin, PLLC
9053 Estate Thomas, Ste. 101
St. Thomas, VI 00802

Richard Kahn, Executor
c/o Kellerhals Ferguson Kroblin, PLLC
9053 Estate Thomas, Ste. 101
St. Thomas, VI 00802

John H. Benham, Esq.
Law Office of John H. Benham, P.C.
P.O. Box 11729
St. Thomas, VI 00801
john@benhamlawvi.com

Douglas B. Chanco, Esq.
ChancoSchiffer P.C.
3355 Lenox Road, Suite 750
Atlanta, GA 30326
doug@csfirm.com

Richard Bourne-Vanneck, Esq.
Law Offices of Richard Bourne-Vanneck
9800 Buccaneer Mall Suite #9
St. Thomas, VI 00802
richard@rpvblawoffices.com

Gloria Allred, Esq.
ALLRED, MAROKO & GOLDBERG
305 Broadway, Suite 607
New York, NY 10007

St. Thomas, VI 00802
jeffweiss@weisslaw-vi.net

Denise N. George, Esq.
Attorney General
Ariel M. Smith, Esq.
Chief, Civil Division
Virgin Islands Department of Justice
34-38 Krondprinsdens Gade
GERS Complex, 2nd Floor
St. Thomas, VI 00804

Sean Foster, Esq.
Marjorie Rawls Roberts, P.C.
P.O. Box 6347
St. Thomas, VI 00804
sean@marjorierobertspc.com

Kevin F. D'Amour
Gaylin Vogel, Esq.
5143 Palm Passage, 18b & 19b
St. Thomas, VI 00802
kevin.damour@comcast.net

Melody D. Westfall, Esq.
Westfall Law PLLC
4032 Anchor Way, Suite 8
Christiansted, VI 00820
mwestfall@westfalllaw.com

Mariann Meier Wang, Esq.
Daniel Mullkoff, Esq.
CUTI HECKER WANG LLP
305 Broadway, Suite 607
New York, NY 10007
mwang@chwllp.com
dmullkoff@chwllp.com

*/s/ Marina Leonard*
Marina Leonard

IN THE SUPERIOR COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN THE MATTER OF THE ESTATE OF ) | |
| ) | PROBATE NO. ST-19-PB-80 |
| JEFFREY E. EPSTEIN, ) | |
| ) | |
| Deceased ) | |
| ) | |

## AFFIDAVIT OF JANE DOE 981

I, ▮▮▮▮▮▮▮▮ aka Jane Doe 981, being first duly sworn on oath, depose and say:

1. I have reviewed my Creditor's Claim for Unliquidated Damages against the Estate of Jeffrey E. Epstein in which I am identified as Jane Doe 981. The facts set forth therein are true and correct to the best of my knowledge.

2. Although unliquidated at this time, compensation for my claim is due from the Estate of Jeffrey E. Epstein. No payments have been made thereon, and no counterclaim has been filed to my knowledge.

3. I will submit a detailed Affidavit at such time as this Court permits me to proceed as Jane Doe 981. The Affidavit will present the factual details in support of my Creditor's Claim for Unliquidated Damages in this case.

Further the Affiant sayeth not.

I have read the foregoing affidavit which consists of one (1) page, including this page. I swear that the foregoing affidavit is true and correct to the best of my information, knowledge, and belief. This affidavit is signed on _11_ day of March 2020 in Beverly Hills, California under oath and penalty of perjury of the laws of the United States.

*Jane Doe 981*
―――――――――――――
Jane Doe 981, Affiant/Claimant

▮▮▮▮▮▮▮▮
―――――――――――――
▮▮▮▮▮▮▮ Affiant/Claimant

1
AFFIDAVIT OF JANE DOE 981 —RE: UNLIQUIDATED CREDITOR'S CLAIM

EXHIBIT
1

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of <u>Los Angeles</u>

Subscribed and sworn to (or affirmed) before me on this <u>11th</u> day of <u>March</u>, 20<u>20</u>, by ███████████,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

KRISTINA E. GRIGORIAN
Notary Public - California
Los Angeles County
Commission # 2184510
My Comm. Expires Feb 25, 2021

(Seal)                Signature _Kristia G_____