# **<u>FILED UNDER SEAL</u>**

# **EXHIBIT 27**