# EXHIBIT 33

```
    00001

 2            UNITED STATES DISTRICT COURT FOR THE
 3               SOUTHERN DISTRICT OF NEW YORK
 4
 5     Case No. 1:22-cv-10019 (JSR)
       - - - - - - - - - - - - - - - - -X
 6     JANE DOE 1, Individually          :
          and on behalf of all others    :
 7     similarly situated,               :
                        Plaintiffs       :
 8                                       :
          VS                             :
 9                                       :
          JPMORGAN CHASE BANK, N.A.,     :
10                      Defendant        :
       - - - - - - - - - - - - - - - - -X
11     Case No. 1:22-cv-10904 (JSR)
       - - - - - - - - - - - - - - - - -X
12     GOVERNMENT OF THE UNITED STATES   :
          VIRGIN ISLANDS                 :
13                      Plaintiffs       :
                                         :
14     VS                                :
                                         :
15     JPMORGAN CHASE BANK, N.A.,        :
                        Defendant        :
16     - - - - - - - - - - - - - - - - -X
17
                           CONFIDENTIAL
18
19              Videotaped deposition of
                 FRANCIS PEARN taken at the offices of
20           Boies Schiller Flexner LLP, 55 Hudson
                 Yards, New York, New York  10001, before
21           Clifford Edwards, Certified Shorthand
                 Reporter, and Notary Public in and for the
22           State of New York, on March 29, 2023, at
                 9:47 a.m. EDT.
23
24
25
```

```
 1
 2        A    Yes.
 3        Q    What is the relationship between a
 4   background investigation and a DDR, a due
 5   diligence report?
 6        A    The due diligence report is completed
 7   at the time by the -- the banker responsible for
 8   the relationship, leverages information obtained
 9   through searches of those systems for changes in
10   the client from a negative media PEP OFAC
11   perspective.
12        Q    Would a due diligence report during
13   this period include all of the information that
14   was a part of the background investigation?
15        A    The background investigation was done
16   at client on-boarding and then ongoing monitoring
17   of systems for negative media, OFAC designation,
18   PEPs, was done as part of ongoing client
19   screening, client -- know your client.
20        Q    What does "know your client" refer to
21   in your answer?
22        A    The -- the formal process that we have
23   at the bank as part of our BSA/AML program.
24             When clients are new to the bank and/or
25   changes in the products and services that the
```

Confidential - Francis Pearn

 1
 2     clients are utilizing, that may trigger updates to
 3     the Know Your Customer record.
 4          Q    As part of the Know Your Customer
 5     process that you just described in this time
 6     period, did JPMorgan also look at internal
 7     JPMorgan records on its customers for private
 8     bank?
 9                MR. BUTTS:  Objection to form.
10                You may answer if you are able.
11          A    If it's an existing client or customer
12     of the bank, there would be records and they
13     would be looked at.
14     BY MR. ARNOLD:
15          Q    What would those internal records
16     include?
17          A    It would include the history of the
18     products and services used by that existing
19     client.  It would include any -- any information
20     that was identified as part of the ongoing
21     transaction monitoring, there would be a history,
22     record of that, and that would be generally what
23     was looked at.
24          Q    Is there anything else you can think of
25     that would have been looked at in terms of -- as

```
 2      Q     Is that a written document?
 3      A     Yes.
 4      Q     Were clients who were assigned a high
 5   risk rating subject to annual Know Your Customer
 6   or KYC relationship reviews?
 7      A     Yes, they were.
 8      Q     What was involved in an annual Know
 9   Your Customer relationship review?
10      A     An update to the information that's
11   filed -- that's already included in the KYC file.
12   It will include searches for any change in status
13   of -- from an OFAC sanction perspective, it
14   will -- it will search for if they are now
15   considered a PEP, there will be the ongoing
16   negative media screening that is part of that.
17            And then also a general documentation of
18   has there been any change in the customer's
19   activity with the client or their -- the nature of
20   their products and services used at the bank.
21      Q     What was the purpose of the annual KYC
22   relationship review?
23      A     It -- it's part of our procedures to
24   ensure that we are current in our understanding
25   of the client, the relationships they have with
```

Confidential - Francis Pearn

```
 1
 2        A    Yes.
 3   BY MS. BOGGS:
 4        Q    If a customer has a crime related to a
 5   sexual offense against a minor, are they a higher
 6   risk for -- for human trafficking?
 7             MR. BUTTS:  Objection to form.
 8             And you may answer as a 30(b)(1)
 9        witness.
10        A    Yes.
11   BY MS. BOGGS:
12        Q    If a customer is a registered sex
13   offender, are they a higher risk for human
14   trafficking?
15             MR. BUTTS:  Same objections.
16        A    Yes.
17   BY MS. BOGGS:
18        Q    The second bucket is, "Demographic
19   links to online adult advertising and services."
20             And this is the category that we talked
21   about before; right?
22        A    Yes, it is.
23        Q    The third bucket is, "Previous AML
24   history."
25             This states, "Previous AML history,
```

```
 1
 2      while not necessarily HT-related, may be
 3      associated with an investigation related to
 4      suspicious activity, such as interstate,
 5      excessive, or structured cash activity."
 6              Do you see that?
 7         A    Yes.
 8         Q    So does this mean if a consumer has a
 9      prior history of excessive or structured cash
10      activity that they would be a higher risk for
11      human trafficking?
12                MR. BUTTS:  Same objections.
13         A    Yes.
14      BY MS. BOGGS:
15         Q    Other than the documents that you and I
16      have looked at today, have you seen any other
17      JPMorgan documents related to human trafficking?
18                MR. BUTTS:  Objection.  Form.
19                You may answer.
20         A    No.
21      BY MS. BOGGS:
22         Q    Other than William Langford and
23      Mr. DeLuca, are there any other individuals at
24      JPMorgan that would have more knowledge about the
25      human trafficking initiatives at JPMorgan?
```