# EXHIBIT 35

```
 1        UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF NEW YORK
 2                        - - -

 3   GOVERNMENT OF THE UNITED        : Case Number:
     STATES VIRGIN ISLANDS           : 1:22-cv-
 4          Plaintiff,                : 10904-JSR
            v.                       :
 5   JPMORGAN CHASE BANK, N.A.       :
            Defendant/Third-Party    :
 6          Plaintiff.                :
     _____
 7   JPMORGAN CHASE BANK, N.A.       :
            Third-Party Plaintiff,  :
 8          v.                       :
     JAMES EDWARD STALEY             :
 9          Third-Party Defendant.  :

10
                           - - -
11                    APRIL 28, 2023
                    HIGHLY CONFIDENTIAL
12                         - - -

13            Videotaped deposition of

14   KEVIN McCLEEREY, taken pursuant to

15   notice, was held at the law offices of

16   Porzio, Bromberg & Newman, P.C., 100

17   Southgate Parkway, 3rd Floor, Morristown,

18   New Jersey 07960, commencing at

19   9:13 a.m., on the above date, before

20   Amanda Dee Maslynsky-Miller, a Certified

21   Realtime Reporter and Notary Public in

22   and for the State of New York.

23                         - - -
            GOLKOW LITIGATION SERVICES, INC.
24       877.370.3377 ph| 917.591.5672 fax
```

```
 1         A.    No.  No.  No securities.
 2         Q.    Did limiting Mr. Epstein to
 3   banking and custody only mitigate the
 4   risk presented by Mr. Epstein?
 5               MR. BUTTS:  Objection to
 6         form.
 7               You may answer.
 8               THE WITNESS:  I think
 9         Jeffrey Epstein -- yes, I would
10         say yes, it did.
11   BY MS. OLIVER:
12         Q.    How?
13         A.    We were not expanding the
14   relationship based on the reputational
15   risk that we knew of at the time in
16   October of 2006.
17         Q.    Did limiting him to being a
18   banking-only client in any way limit the
19   risk presented by Mr. Epstein?
20               MR. BUTTS:  Objection.
21               You may answer.
22               THE WITNESS:  It should
23         have.
24   BY MS. OLIVER:
```

Kevin McCleerey - Highly Confidential

```
 1          Q.    How so?
 2          A.    We would have less accounts,
 3    or a -- we would cap the number of
 4    accounts and relationships with him.
 5          Q.    Did it limit his ability to
 6    make cash withdrawals in amounts for
 7    $40,000 to $80,000 several times a month?
 8          A.    No.
 9          Q.    Did it limit his ability to
10    send wires to women?
11          A.    There were no limitations,
12    no.
13          Q.    Did it limit his ability to
14    send wires to girls?
15          A.    I don't recall what
16    Mr. Epstein did with those accounts.  But
17    there were no limitations on his banking
18    accounts, just from what I remember.
19          Q.    At the time of the rapid
20    response meeting in 2006, what was the
21    risk posed by Mr. Epstein to JPMorgan?
22          A.    Reputational risk.
23          Q.    What was the nature of the
24    reputational risk posed by Mr. Epstein to
```

```
 1  alerts?
 2       A.    No.
 3       Q.    So we talked about -- we
 4  talked about the tools that you could use
 5  to do your job.
 6             I take it from some of the
 7  prior e-mails, did your team's task
 8  include searching for negative news
 9  articles about Private Bank clients?
10       A.    That was a separate group in
11  the bank, the global security services
12  group.  So any time a DDR was sent
13  through the process, it went to global
14  security services.
15             And they would -- they had
16  different databases, and it would trigger
17  any negative news for clients, they would
18  send that back to the banker, and to
19  somebody on my team, to indicate there
20  was some negative news about the client.
21             And it's certain if we saw
22  an article in a local paper, we would
23  escalate that.
24       Q.    So there was a sort of
```

```
 1   automated process that sent you or a
 2   member of your team an alert about a
 3   negative news article on a client?
 4        A.   Yes.
 5        Q.   And were those negative
 6   articles stored anywhere upon receipt?
 7        A.   It would always be retained
 8   by global security services.  And the
 9   reference to the article should have been
10   attached or made part of the KYC form.
11   They were called Red Dots, for some
12   reason.
13        Q.   And this is the Red Dot
14   memo?
15        A.   Yeah.  That's the Red Dots,
16   yeah.
17        Q.   And I take it that the head
18   of the asset management business didn't
19   receive Red Dot memos?
20        A.   No.
21        Q.   And either did the head of
22   the investment bank?
23        A.   No.
24        Q.   You testified that you did
```