# EXHIBIT 36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,

         Plaintiff,

                         Case No.
  -against-            1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
         Defendants.
- - - - - - - - - - - - - - - - - - - - - x

         C O N F I D E N T I A L

        Videotaped oral deposition of
MARYANNE RYAN taken pursuant to notice,
was held at BOIES SCHILLER FLEXNER LLP,
commencing May 24, 2023, 9:39 a.m., on
the above date, before Leslie Fagin, a
Court Reporter and Notary Public in the
State of New York.

        MAGNA LEGAL SERVICES
          (866) 624-6221
         www.MagnaLS.com



Page 19

```
 1            M. Ryan - Confidential
 2       Q.    And then who is Rick Seba?          09:53:32
 3       A.    Rick was a counterparty of mine      09:53:36
 4   when I joined the bank who was the same as I   09:53:41
 5   was, just for another line of business.        09:53:47
 6       Q.    Why would you have been cc'd on      09:53:49
 7   this email?                                    09:53:53
 8            MR. KRAUSE:   Objection.             09:53:54
 9       A.    James would have sent up emails to   09:53:56
10   us, and I was fairly new at the bank so he     09:54:06
11   included myself and others that did things     09:54:13
12   for the private bank in this email.            09:54:17
13   ██  ████████████████████████                   09:54:19
14   ██████████████████████                         09:54:23
15      █████████████████████████                   09:54:28
16   ██████████████████                             09:54:30
17   ██  ██████████████████████████                 09:54:32
18   ████████████████████████████                   09:54:37
19   ████████████                                   09:54:43
20       Q.    Looking in the message portion of    09:54:44
21   the email, where it says, News/Sonar Cash      09:54:46
22   Rpts.                                          09:54:46
23            What is your understanding of the    09:54:53
24   meaning of that?                               09:54:55
25       A.    Sonar was an alerting engine that    09:54:57
```



Page 56

```
 1          M. Ryan - Confidential
 2      A.   I do.                                  10:47:56
 3      Q.   Why did you write, I don't want to     10:47:56
 4   forget about this guy?                         10:48:00
 5      A.   I don't recall this email.  But        10:48:01
 6   clearly I didn't talk to Phil yet, so I        10:48:07
 7   reminded him we want to talk.                  10:48:10
 8      Q.   Is it possible that this was           10:48:12
 9   important to you because you did not often     10:48:16
10   work with clients that were convicted felons?  10:48:18
11          MR. KRAUSE:  Objection.                 10:48:21
12      A.   No.  I think we were a little busy     10:48:22
13   around this time at JPMorgan.                   10:48:25
14      Q.   We are going to move up the chain      10:48:28
15   again, this time to an email written by you,   10:48:30
16   Maryanne Ryan, December 1, 2010 at 10:48 a.m.  10:48:33
17          And you write in response to Phil       10:48:39
18   DeLuca:  Yes, in the PB and approved to stay   10:48:44
19   after his criminal conviction by Cutler.  My   10:48:47
20   fear is will all our touting of goodwill on    10:48:51
21   the HT work, if anyone should ever say yet we  10:48:54
22   bank Epstein, a known child sleaze.            10:48:59
23          Do you see that?                        10:49:03
24      A.   I do.                                  10:49:03
25      Q.   What is the HT work?                   10:49:04
```



Page 57

1           M. Ryan - Confidential

2     A.    It was a project that was going on      10:49:09

3  within investigations related to human           10:49:13

4  trafficking and certain typology work that       10:49:21

5  they were looking to dig through to identify     10:49:28

6  human trafficking.                               10:49:34

7     Q.    What did you mean by, our touting       10:49:36

8  of goodwill?                                     10:49:39

9     A.    Phil was involved and was given an      10:49:40

10 award by someone with regards to some of the     10:49:51

11 work the bank had done in the human              10:49:55

12 trafficking space.                               10:49:57

13    Q.    Was that an award given by the bank     10:49:57

14 or by an external organization?                  10:50:00

15    A.    External.                               10:50:02

16    Q.    When you call Epstein, a known          10:50:04

17 child sleaze, what did you mean by that?         10:50:14

18    A.    Clearly I was reading the articles      10:50:17

19 that he was alleged to have done some            10:50:21

20 inappropriate things, so I said it as I saw      10:50:24

21 it.                                              10:50:27

22    Q.    So your understanding at that time      10:50:28

23 was that Epstein was a child sleaze?             10:50:31

24         MR. KRAUSE:  Objection.                  10:50:37

25    A.    That's what I wrote.                    10:50:38



Page 68

                    M. Ryan - Confidential

1

2    time as to whether the bank should have              11:19:59

3    retained Jeffrey Epstein as a client?               11:20:01

4         A.   I believe I did at this time.             11:20:05

5         Q.   What was that opinion?                    11:20:08

6         A.   I thought that Jeffrey Epstein            11:20:10

7    should go.                                          11:20:14

8         Q.   By go, you mean that the bank             11:20:16

9    should no longer keep him as a client?              11:20:18

10        A.   Correct.                                  11:20:20

11        Q.   When you say, the sleazy PB client,       11:20:21

12   are you referring to the allegations of             11:20:28

13   sexual misconduct with children that you had        11:20:33

14   referred to in a previous email?                    11:20:36

15        A.   Likely, yes.                              11:20:39

16        Q.   Is there anything else you can            11:20:40

17   think of that you might have been referring         11:20:42

18   to when you said, the sleazy PB client?             11:20:44

19        A.   No.                                       11:20:47

20        Q.   Moving up to the next email from          11:20:48

21   Phil DeLuca to you, Maryanne Ryan, on January       11:20:52

22   6, 2011.                                            11:20:56

23             Do you see that?                          11:21:03

24        A.   I do.                                     11:21:03

25        Q.   He writes, This is the guy who            11:21:03



Page 69

```
 1            M. Ryan - Confidential
 2   likes young girls, correct?  Hope that they    11:21:07
 3   do not cave!!                                  11:21:13
 4            Do you see that?                       11:21:17
 5       A.   I do.                                  11:21:17
 6       Q.   Based on that first sentence that      11:21:18
 7   Phil DeLuca wrote to you, is it your            11:21:24
 8   understanding that it was generally known at    11:21:28
 9   the bank that Jeffrey Epstein was a guy who     11:21:31
10   likes young girls?                              11:21:35
11            MR. JOHNSON:  Objection.               11:21:38
12            MR. KRAUSE:  Objection.                11:21:39
13       A.   I don't know generally known at the    11:21:39
14   bank.  Phil and I had the exchange, we were     11:21:42
15   on the same page.                               11:21:47
16       Q.   And Phil was your direct report, is    11:21:49
17   that correct?                                   11:21:55
18       A.   I reported directly to Phil.           11:21:55
19   ██  ██████████████████████████████             11:21:57
20   █████████████████████████████████              11:22:07
21   █████████████████████████████████              11:22:14
22   █████████████████████████████████              11:22:19
23   ████████████████████████████████████           11:22:26
24   █████████████████████████████                  11:22:30
25       ████████████  ██████████                   11:22:33
```



Page 70

1        M. Ryan - Confidential

2                                                    11:22:33

3                                                    11:22:35

4                                                    11:22:35

5                                                    11:22:38

6                                                    11:22:41

7                                                    11:22:45

8                                                    11:22:48

9                                                    11:22:53

10                                                   11:22:54

11                                                   11:22:57

12       Q.   It was your understanding at that    11:23:01

13  time that Jeffrey Epstein was not using any    11:23:03

14  bank accounts or wire services in his          11:23:06

15  exploitation of women or children?            11:23:11

16            MR. KRAUSE:   Objection.             11:23:14

17       A.   If I had thought, I would have       11:23:16

18  acted on it.                                    11:23:18

19       Q.   When Phil says, I hope -- sorry, he  11:23:19

20  doesn't say I -- he says, Hope that they do    11:23:28

21  not cave.                                       11:23:32

22            What did you understand that to      11:23:32

23  mean?                                           11:23:34

24       A.   We were presenting to the business   11:23:37

25  to tee it back up again to make a decision on  11:23:41



Page 71

```
 1        M. Ryan - Confidential
 2  retention.  So Phil was of the mindset, as      11:23:44
 3  was I, that he had to go.                        11:23:49
 4      Q.   Why did you think he had to go?         11:23:52
 5      A.   He was a reputational risk to the       11:23:57
 6  bank.                                            11:24:00
 7      Q.   Why was it a reputational risk to       11:24:01
 8  the bank?                                        11:24:04
 9      A.   Any client that would be               11:24:05
10  consistently in the news for any variety of      11:24:10
11  reasons would present reputational risk to       11:24:15
12  the bank.                                        11:24:18
13      Q.   But in this particular instance,        11:24:18
14  what was the reputational risk to the bank?      11:24:20
15      A.   There were allegations and there        11:24:23
16  was a conviction about improper behavior with    11:24:25
17  a minor.                                         11:24:30
18      Q.   And at that time you believed those     11:24:35
19  allegations?                                     11:24:39
20        MR. KRAUSE:  Objection.                    11:24:41
21      A.    I had no firsthand knowledge.  I       11:24:45
22  was reading what I read in the paper, and I      11:24:47
23  thought it was disturbing enough that the        11:24:50
24  customer should be re-reviewed for exit          11:24:53
25  determination by JPMorgan.                       11:24:57
```



Page 88

```
 1          M. Ryan - Confidential
 2   exposed further, it would have a negative      11:48:48
 3   impact.                                        11:48:51
 4      Q.   So is your understanding of what       11:48:52
 5   you wrote that Catherine felt that more        11:48:55
 6   information about Epstein could be further     11:48:58
 7   exposed?                                       11:48:58
 8          MR. KRAUSE:  Objection.                 11:49:05
 9      A.   I don't recall whether or not she      11:49:06
10   stated something or this was an implied        11:49:07
11   statement.                                     11:49:11
12      Q.   But sitting here today, you view       11:49:13
13   that the two potential options are she either  11:49:16
14   could have stated something or implied         11:49:19
15   something, but in either instance, the         11:49:21
16   message she conveyed to you was that there     11:49:23
17   was concern that more information could come   11:49:26
18   out about Epstein's conduct?                   11:49:29
19          MR. KRAUSE:  Objection.                 11:49:31
20      A.   No.  I think she was basically --      11:49:32
21   that she telling us -- us meaning Art and I,   11:49:36
22   because we were from the representatives,      11:49:38
23   that we needed to go to Jes.                   11:49:41
24      Q.   Okay.  In the next sentence you        11:49:44
25   say, Epstein was released in July from house  11:49:48
```



Page 89

```
 1          M. Ryan - Confidential
 2   arrest and the Palm Beach Post carried two      11:49:51
 3   articles saying DOJ may be investigating for    11:49:55
 4   child trafficking via a modeling agency he is   11:49:59
 5   part owner in.                                  11:50:04
 6          Does this refresh your recollection      11:50:05
 7   that you may have been aware that Epstein was   11:50:06
 8   being investigated by a government agency in    11:50:10
 9   early 2011?                                     11:50:15
10          MR. KRAUSE:  Objection.                  11:50:19
11          MR. JOHNSON:  Objection.                 11:50:20
12     A.   I'm reciting an article that             11:50:21
13   alludes to an ongoing DOJ investigation.        11:50:23
14     Q.   So you were aware it was possible        11:50:26
15   that the DOJ was investigating Epstein at       11:50:28
16   that time?                                      11:50:32
17          MR. KRAUSE:  Objection.                  11:50:32
18     A.   That is what the press was               11:50:33
19   reporting.                                      11:50:35
20     Q.   When you wrote, via a modeling           11:50:42
21   agency he is part owner in, do you know what    11:50:45
22   modeling agency you were referring to?          11:50:48
23     A.   It had initials -- I discovered          11:50:53
24   there was some modeling agency for which the    11:51:01
25   banker told me something about, M2, owned by    11:51:07
```



Page 90

```
 1              M. Ryan - Confidential
 2   a guy by the name Brunel, B-R-U-N-E-L.        11:51:23
 3         Q.   Then you write, I think Catherine  11:51:29
 4   believes that after the briefing on HT that   11:51:33
 5   Jes would need to point blank ask Jeffrey the 11:51:37
 6   status of any criminal investigations.        11:51:42
 7              Do you see that?                    11:51:51
 8         A.   Yes.                                11:51:51
 9         Q.   And by point blank, what did you   11:51:51
10   mean?                                          11:51:56
11         A.   Directly.                           11:52:02
12         Q.   Does that seem to violate what you 11:52:04
13   stated several times today that during an     11:52:19
14   investigation, the bank would not reach out   11:52:23
15   to a client regarding any element of that     11:52:25
16   investigation?                                 11:52:30
17              MR. KRAUSE:   Objection.            11:52:31
18         A.   I said we would not reach out.  We, 11:52:32
19   investigations, would not be in direct        11:52:34
20   contact with a customer.  Discussing          11:52:36
21   something in the public domain by a banker is 11:52:39
22   within and exactly what they should be doing. 11:52:41
23         Q.   So just so I understand, if there  11:52:45
24   is a fact that the investigation team needs   11:52:48
25   to conduct its investigation but you don't    11:52:50
```



```
 1           M. Ryan - Confidential
 2      A.   He was a peer of mine.              13:51:06
 3      Q.   And the subject is Re:  Weekly      13:51:07
 4  update - December 1, 2011.  Is that right?   13:51:16
 5      A.   Correct.                            13:51:21
 6      Q.   So is the email below that you are  13:51:22
 7  writing indicating your weekly update of     13:51:25
 8  things you were working on at that time?     13:51:35
 9      A.   Correct.                            13:51:37
10      Q.   In December 2011, you included      13:51:38
11  Jeffrey Epstein review, is that right?       13:51:47
12      A.   I did.                              13:51:48
13      Q.   What was that review in regards to? 13:51:49
14      A.   I don't recall.                     13:51:55
15      Q.   Do you recall if any other of your  13:51:58
16  peers or members of the team that are        13:52:01
17  included on this email ever assisted you in  13:52:03
18  any way regarding Jeffrey Epstein review?    13:52:06
19      A.   My peers would not have been        13:52:15
20  involved with Jeffrey Epstein.               13:52:16
21           MR. LAW:  This is Exhibit 13, Bates 13:52:45
22      number JPM-SDNYLIT-00453044.             13:52:58
23           (Ryan Exhibit 13, Emails, marked    13:53:06
24      for identification.)                     13:53:34
25           THE WITNESS:  Okay.                 13:53:34
```



Page 146

```
 1              M. Ryan - Confidential
 2       Q.   So I direct you to the first email    13:53:34
 3  in the chain at the bottom of the page.  It's   13:53:38
 4  an email from you, Maryanne Ryan, to William    13:53:41
 5  Langford on February 7, 2011, is that right?    13:53:44
 6       A.   Yes.                                   13:53:48
 7       Q.   There is no subject line, is that      13:53:48
 8  right?                                           13:53:51
 9       A.   There isn't.                           13:53:51
10       Q.   You write, I hear you are out of       13:53:52
11  town as I am meeting Art in the a.m. at your     13:53:56
12  office in the a.m., wanted to catch up on        13:53:59
13  Epstein as he was the featured ripped from       13:54:05
14  the headline story on Law and Order SVU this     13:54:11
15  week.  I also read that the State of New York    13:54:16
16  in conjunction with Manhattan DA just two        13:54:19
17  weeks ago ruled him a level 3, which is the      13:54:23
18  highest you can be in New York.  So if you       13:54:27
19  have insomnia, you can watch the story over      13:54:30
20  the internet.                                    13:54:34
21            Do you see that?                       13:54:35
22       A.   Yes.                                   13:54:35
23       Q.   When you say Law and Order SVU, are    13:54:35
24  you referring to Law and Order Special           13:54:40
25  Victims Unit?                                    13:54:43
```



Page 147

```
 1          M. Ryan - Confidential
 2     A.    The television show by that name,    13:54:44
 3  yes.                                           13:54:46
 4     Q.    Why did you think that Epstein was    13:54:47
 5  the featured ripped from the headline story    13:54:49
 6  on Law and Order SVU that week?                13:54:52
 7     A.    That entire series was based on       13:54:57
 8  real life stories, and it's never difficult    13:55:03
 9  to figure out, since I am a New Yorker, I      13:55:10
10  knew exactly what this particular episode was  13:55:14
11  on, and so I sent it to William so that he     13:55:16
12  could see.                                     13:55:20
13     Q.    In the episode do you recall them     13:55:20
14  ever mentioning Jeffrey Epstein or in any way  13:55:22
15  explicitly saying that the character           13:55:24
16  portrayed was referencing Jeffrey Epstein?     13:55:28
17     A.    I don't recall.                       13:55:31
18  ██   ████████████████████████████             13:55:35
19  ██████████████████████████                    13:55:37
20  ████████████████████████████                  13:55:42
21  ██████████████████                            13:55:48
22          MR. KRAUSE:  Objection.                13:55:53
23     A.    ████   I saw it -- happened to see    13:55:53
24  it, made sure I told William that a customer   13:55:58
25  might have been the implied story that was     13:56:01
```



Page 148

```
 1          M. Ryan - Confidential
 2    out in the news.                          13:56:04
 3         Q.   When you said the Manhattan DA just  13:56:07
 4    two weeks ago ruled him a level 3 which is   13:56:11
 5    the highest you can be in New York, what did 13:56:15
 6    you mean by that?                        13:56:17
 7         A.   We now had a registered sex     13:56:18
 8    offender, in addition to being a convicted  13:56:22
 9    felon as a customer.                     13:56:25
10    ███  ██████████████████████████████      13:56:27
11    █████████████████████████████████████    13:56:32
12    █████████████████████████████████████    13:56:35
13    ████████████████                          13:56:39
14          MR. KRAUSE:   Objection.            13:56:39
15         A.   ████   I thought it was one more 13:56:40
16    piece of ammunition that might sway him being 13:56:42
17    terminated as a customer.                13:56:46
18         Q.   Why would he have been terminated 13:56:48
19    as a customer?                           13:56:50
20         A.   Again, goes to reputational risk. 13:56:51
21         Q.   Moving up to your email in the  13:57:00
22    chain, at 9:33 p.m., again to William      13:57:07
23    Langford.  You write in the second sentence, 13:57:15
24    I typed SVU and his name and there is a    13:57:19
25    Gawker story, Law and Order commerates JE  13:57:23
```



```
                                                    Page 149
 1          M. Ryan - Confidential
 2   taste for teen hookers.                         13:57:30
 3          Do you see that?                          13:57:33
 4   A.    Yes.                                       13:57:33
 5   ██    ████████████████████████                   13:57:34
 6   ███████████████████████████████                  13:57:43
 7   ███████████████████████████████                  13:57:47
 8   ████████████████████████                         13:57:50
 9          MR. KRAUSE:  Objection.                   13:57:53
10   A.    It made me more anxious to get             13:57:56
11   Jeffrey Epstein out of the bank.                 13:57:59
12   ██    █████████████████████                       13:58:01
13   ███████████████████████████████                  13:58:04
14   █████████████████████████████                    13:58:06
15   ██████████                                       13:58:10
16          MR. KRAUSE:  Objection.                   13:58:11
17   A.    I thought that all of these facts          13:58:15
18   had to be escalated to the business to make      13:58:18
19   an informed decision about getting him out of    13:58:20
20   the bank.  I was of the opinion that he          13:58:23
21   should be out of the bank.                       13:58:26
22          MR. LAW:  This will be Exhibit 14,        13:59:12
23      with Bates JPM-SDNYLIT-00194162.              13:59:14
24          (Ryan Exhibit 14, Email Chain,            13:59:27
25      marked for identification.)                   13:59:41
```



Page 187

```
 1          M. Ryan - Confidential
 2   There is not an obligation to review it on a      15:22:18
 3   daily basis, but they have to understand what     15:22:23
 4   is going on in their customer's accounts.         15:22:25
 5        Q.   Would the business review wire          15:22:28
 6   transactions for high risk clients with any       15:22:34
 7   proximity to when they were -- when those         15:22:41
 8   transactions occurred?                            15:22:45
 9             MR. KRAUSE:  Objection.                 15:22:46
10        A.   What the business, and each             15:22:51
11   business was different, has to do, all            15:22:54
12   depended on the business.  The -- if a            15:22:57
13   customer was doing wire transactions in the       15:23:01
14   private bank, those are facilitated by a          15:23:04
15   blank employee.  So the customer sends in         15:23:09
16   instructions and they are verified with the       15:23:14
17   customer and then the customer's information      15:23:15
18   is input.                                          15:23:17
19             Private bank customers don't do         15:23:17
20   their own execution.  So if a customer calls      15:23:19
21   in and does something bizarre, that would be      15:23:24
22   a source of referral to investigations to         15:23:28
23   tell us that they thought something was           15:23:31
24   unusual about the customer's ask.                 15:23:35
25        Q.   So if there had been any suspicious     15:23:37
```



Page 188

```
 1          M. Ryan - Confidential
 2   wire activity, your team wouldn't be made      15:23:40
 3   aware of it unless the business alerted you     15:23:43
 4   to it?                                          15:23:47
 5          MR. KRAUSE:  Objection.                  15:23:47
 6      A.   So every bank's process is a            15:23:51
 7   layered approach to determining suspicious      15:23:55
 8   activity.  The bank -- the bank has             15:23:59
 9   monitoring systems, in this case the private    15:24:03
10   bank had monitoring systems, coupled with       15:24:06
11   negative media reviews, coupled with subpoena   15:24:08
12   searches.                                       15:24:12
13          So it's a layered approach to            15:24:12
14   determine whether or not a customer's           15:24:14
15   activity is what is normal and expected and     15:24:16
16   what we know, based on what we know about a     15:24:22
17   customer.                                       15:24:25
18      Q.   So within that layered approach for     15:24:25
19   wire transactions within the private bank,      15:24:27
20   how would your team be made aware if there      15:24:32
21   was any suspicious activity in relation to a    15:24:36
22   wire transaction?                               15:24:41
23          MR. KRAUSE:  Objection.                  15:24:43
24      A.   So the surveillance of the private      15:24:44
25   bank evolved over the years that I was at the   15:24:53
```



Page 230

```
 1              M. Ryan - Confidential
 2       A.    They spent, he didn't spend.        17:16:50
 3       Q.    Did you find it unusual that they   17:16:59
 4   spent a good deal at spa establishments?      17:17:02
 5       A.    No.                                 17:17:08
 6       Q.    Looking at the beginning of find    17:17:25
 7   No. 1, you say, the opening of DDA accounts   17:17:27
 8   and a CC for two 18-year-olds turned 19 days  17:17:32
 9   later, that appear to be part of his inner    17:17:39
10   entourage.  One is mentioned in many of the   17:17:43
11   recaps of the escapades as a willing          17:17:45
12   participant and assistant when hosting        17:17:48
13   visitors.  She has received about 450,000     17:17:50
14   since opening from Epstein.                    17:17:53
15              Do you see that?                    17:17:56
16       A.    I do.                               17:17:56
17       Q.    Did you find it unusual that a man  17:17:57
18   over 50 years old was opening accounts for    17:18:02
19   18-year-old women who were not his relatives? 17:18:09
20       A.    If they were significant other to   17:18:18
21   him, no, I would not have found that unusual. 17:18:21
22       Q.    Did you find it unusual that a      17:18:25
23   willing participant of the escapades was paid 17:18:30
24   450,000 from Epstein?                          17:18:37
25       A.    I'm not sure which article this is  17:18:46
```



Page 231

1           M. Ryan - Confidential

2    referring to.  The way -- the way I phrased      17:18:51

3    it, if we are referring to that person          17:18:54

4    earlier that I looked at, that was in another    17:18:57

5    email, if -- I thought she was his              17:19:01

6    significant other and she was routinely         17:19:09

7    gifted money from Epstein and had her own       17:19:11

8    account with her own credit card, which had     17:19:15

9    no strings; meaning he didn't control it.       17:19:17

10   She came and went with the banker however she   17:19:20

11   would see fit, that did not appear that         17:19:22

12   unusual to me.                                   17:19:26

13        Q.   If you learned that she was not his   17:19:27

14   significant other, would it have appeared       17:19:29

15   unusual to you?                                  17:19:33

16        A.   I would have found it very unusual    17:19:33

17   that he would have sponsored somebody for the   17:19:36

18   private bank to independently operate if --     17:19:38

19   that would not fit a fact pattern of somebody   17:19:46

20   that was controlling somebody to me.            17:19:50

21        Q.   Are you aware of anyone at the bank   17:19:52

22   asking Jeffrey Epstein whether these women      17:19:56

23   were his significant others?                     17:20:00

24        A.   I am not aware of what led to the     17:20:04

25   opening of these accounts.                       17:20:08

