# EXHIBIT 38

Confidential Due Diligence Report

---

# Due Diligence Report

# Jeffrey Epstein

# JP Morgan Chase

Confidential - This report is not to be disseminated or photocopied to any third party without the express consent of Global Security & Investigations.

FILENAME

**EXHIBIT** Langford 49
Date: 5/3/23
MLG, CSR, RPR, CRR

1

Confidential Due Diligence Report

## TABLE OF CONTENTS

COMPANY INFORMATION ................................................................................7
OTHER DATABASE SEARCHES - (SEX OFFENDER) .......................11
PUBLICATIONS..................................................................................................13
OFAC/CONTROL LIST SEARCH .....................................................23

Confidential - This report is not to be disseminated or photocopied to any third party without the express consent of Global Security & Investigations.