# EXHIBIT 41

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

---

### Police Case#: 05-368 (1)

| | |
|---|---|
| **Defendant:** | **Jeffrey Epstein** |
| **Race/Sex:** | **White Male** |
| **DOB:** | |
| **Charges:** | **Unlawful Sexual Activity with a Minor (4) counts** |
| | **Lewd and Lascivious Molestation** |

---

From March 15, 2005, through February 2006, the Palm Beach Police Department conducted a sexual battery investigation involving Jeffrey Epstein, ▓▓▓▓ and ▓▓▓▓▓ Sworn taped statements were taken from five victims and seventeen witnesses concerning massages and unlawful sexual activity that took place at the residence of Jeffrey Epstein, 358 El Brillo Way, Palm Beach. Several of the victims were recruited by and brought to the residence by ▓▓▓▓ to perform massages for Epstein, for which ▓▓▓ received monetary compensation. During the visit they would be introduced to ▓▓▓▓ Epstein's assistant, who in turn would record their telephone numbers and name. The victims would be brought to Epstein's bedroom to provide the massage. Epstein would enter the room and order the victims to remove their clothing to provide the massage. As the victims complied and provided the massages, Epstein would rub his fingers on their vaginas. On occasion, Epstein would introduce a massager/vibrator and rub the victims vaginas as they provided the massage. On three separate occasions, Epstein had intercourse and inserted his penis/fingers in the victims vaginas. At the conclusion of the massages the victims were paid sums of money ranging from $200 - $1,000. ₂ facts, as reported, are as follows:

On 03/15/2005, A fourteen year old white female, hereinafter referred to as ▓▓▓ dob ▓▓▓▓▓ and her family reported unlawful sexual activity which occurred at a residence within the Town of Palm Beach. ▓▓▓ reported that a subject known to her as "Jeff" had touched her vaginal area with a vibrator/massager while within his residence. "Jeff" was later identified as Jeffrey Epstein through a photo line up.

During a sworn taped interview ▓▓▓ stated that ▓▓▓▓ dob ▓▓▓▓ a cousin of ▓▓▓▓ boyfriend and classmate of ▓▓▓▓▓▓▓▓▓ worked for a wealthy man and did sexual favors for him. She also admitted that ▓▓▓ had offered her an opportunity to make money. During the beginning of the month of February 2005, ▓▓▓ explained that she was first approached by ▓▓▓ to go with her to Epstein's house. ▓▓▓ stated that ▓▓▓ along with a Hispanic female, later identified at ▓▓▓▓▓ pick her up at her father's house on a Sunday. ▓▓▓ was not sure of the exact dates but knew it was a Sunday. ▓▓▓ told her ▓ther that they were going shopping but in reality ▓▓▓ drove them to Palm Beach. During the drive a

---

he foregoing instrument was sworn to or affirmed
:fore me this 1ˢᵗ day of May, 2006 by
— et Joe Recarey, who is personally known to me.

*[signature]*

:nature of Police Officer (F.S.S. 117.10)

**State of Florida**
**County of Palm Beach**

*[signature]*

**Signature/Arresting Officer**

**Date:**   05/01/2006

EXHIBIT
Langford 15
Date: 5/3/23
MLG, CSR, RPR, CRR

07/25/2006  11:01     5618354736          PALM BCH PD RECORDS                    PAGE  04/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

conversation occurred between ▮▮▮ and ▮▮▮ whereas ▮▮▮ reportedly told ▮▮▮ that if Jeff asked her age, she should say she was eighteen. It was later confirmed by the ▮▮▮ father that ▮▮▮ picked his daughter up on February 6, 2005. According to ▮▮▮ father, ▮▮▮ drove a pick up truck.

▮▮▮ described Epstein's house as a two-story pink house with a Cadillac Escalade parked in the driveway. She recalled that Jeff's house was on a dead end street. Upon arriving at the house ▮▮▮ stated that they walked up a driveway, past what appeared to be a small guard/security room. A male approaching them asking what they wanted. ▮▮▮ stated they were there to see Epstein. The male allowed them to continue walking up to the house. ▮▮▮ stated the man told them that Epstein was not there but was expected back. He allowed them to enter the house, via the kitchen. He offered them something to drink while they waited inside. Shortly thereafter, Epstein and his assistant, described as white female with blond hair and later identified as ▮▮▮ entered the kitchen. Epstein introduced himself to ▮▮▮ ▮▮▮ described Epstein as being approximately forty-five years old, having a long face and bushy eyebrows, with graying hair.

▮▮▮ and Epstein left the kitchen leaving ▮▮▮ alone in the kitchen. They returned a short time later. They all spoke briefly in the kitchen. ▮▮▮ was instructed to follow ▮▮▮ upstairs. ▮▮▮ recalled walking up a flight of stairs, lined with photographs, to a room that had a massage table in it. Upon entering the room there was a large bathroom to the right and a hot pink and green sofa in the room. There was a door on each side of the sofa. ▮▮▮ recalled there being a mural of a naked woman in the room, as well as several photographs of ▮ed women on a shelf. ▮▮▮ told the victim that Epstein would be up in a second.

Epstein entered the room wearing only a towel and told ▮▮▮ to take off her clothes. ▮▮▮ stated Epstein was stern when he told her to take off her clothes. ▮▮▮ said she did not know what to do as she was the only one there in the room so she took off her shirt leaving her bra on. Epstein had removed his towel and told the ▮▮▮ to take off everything. ▮▮▮ stated Epstein was nude when he took his towel off, placing it on the floor as he laid down on the table. ▮▮▮ stated she then removed her pants leaving her thong panties on. Epstein then instructed her to give him a massage pointing to a specific lotion for her to use. As ▮▮▮ began to give Epstein the massage, he told her to get on his back. ▮▮▮ stated she straddled herself on Epstein's back whereby her exposed buttocks were touching Epstein's bare buttocks. ▮▮▮ said Epstein was specific in his instruction to her on how to massage him, telling her to go clockwise or counter clockwise. Epstein then turned over and instructed ▮▮▮ to massage his chest. ▮▮▮ was now standing on the ground and resumed massaging Epstein's chest area. ▮▮▮ stated Epstein held onto the small of her back as she massaged his chest and shoulder area. Epstein then turned to his side and started to rub his penis in an up and down motion. Epstein then pulled out a purple vibrator and began to

The foregoing instrument was sworn to or affirmed                          State of Florida
before me this 1st day of May, 2006 by                                     County of Palm Beach
Det Joe Recarey, who is personally known to me.

*signature*                                                                *signature*
                                                                           Signature Arresting Officer

ignature of Police Officer (F.S.S. 117.10)                                 Date:  05/01/2006

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORJ# FLO 500600

massage ⬛ vaginal area. ⬛ stated there was no penetration as the vibrator was on top of her underwear. ⬛ recalled Epstein ejaculating because he had to use the towel to wipe himself as he got off the table.  Epstein then left the room and ⬛ got dressed.  She went back downstairs where she met with ⬛ ⬛ said she was paid three hundred dollars in cash from Epstein.  Before she left, Epstein asked ⬛ to leave her phone number. As ⬛ and ⬛ were leaving the house, ⬛ told ⬛ she received  two hundred dollars that day  for bringing her.

During the course of the investigation, parental consent was granted for ⬛ to assist with the investigation. At our direction ⬛ conducted controlled taped phone calls to ⬛ cellular telephone 561-308-0282. ⬛ spoke with ⬛ in an attempt to arrange another meeting with Epstein.  ⬛ asked what did she need to do to make more money.  ⬛ stated, "the more you do, the more you get paid." ⬛ had subsequently called back ⬛ and left a voice mail message for her indicating that she had set up an appointment for ⬛ to go to Epstein's house at 11:00 am on April 5, 2005.  This message was recorded from ⬛ voice mail.

Based on the above, trash pulls were established at Epstein's residence with Supervisor Tony Higgins of the Sanitation Bureau of the Town of Palm Beach. The trash pull from April 5, 2005  revealed a telephone message for Epstein which stated Haley and ⬛ name at 11:00 am.  This was the time frame ⬛ had informed ⬛ to be ready to go work at Epstein's house.

On October 3, 2005,  Sgt Frick and I went to ⬛ residence and viewed her vehicle parked in the driveway, a red Dodge Neon. Sgt. Frick and I knocked on the door and met with ⬛.  ⬛ was told that we were investigating a claim involving Jeffrey Epstein of El Brillo Way, in Palm Beach.  ⬛ was asked if she would  accompany us back to the police station for further questioning.  She was also told that at the conclusion of the interview she would be returned home.  ⬛ voluntarily came with us back to the Palm Beach Police Department.

Upon our arrival at the police station, ⬛ was brought to the interview room in the Detective Bureau where I obtained a taped, sworn statement.  I began the interview by asking ⬛ how she became acquainted with Epstein.  ⬛ stated that approximately two years ago, just after she turned 17 years of age, she was approached by a friend named Molly at the Canopy Beach Resort in Rivera Beach.  ⬛ was asked if she wanted to make money.  She was told she would have to provide a  massage and should make $200.00. Robson thought about the offer and agreed to meet with Jeffrey.

---

The foregoing instrument was sworn to or affirmed before me this 1ˢᵗ day of May,  2006  by let Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

Signature Arresting Officer

Signature of Police Officer (F.S.S. 117.10)

Date:   05/01/2006

*Probable Cause Affidavit*

# Palm Beach Police Department

### Agency ORI# FLO 500600

Molly (Unknown last name) and Tony (Unknown last name) picked ▮▮▮ up and she was taken to Epstein's house.  Upon her arrival to the house she was introduced to Epstein in the kitchen of the house.  She was also introduced to a white female known to her as ▮▮▮ She was led upstairs to the main bedroom known to her as Jeff Epstein's bedroom. ▮▮▮ arranged the massage table and covered the table with a sheet.  She brought out the massage oils and laid them next to the massage bed. ▮▮▮ then left the room and informed ▮▮▮ Jeff would be in, in a minute.  Jeff entered the bedroom wearing only a towel.  He removed the towel and laid nude on the massage table.  He laid on the table onto his stomach and picked a massage oil for ▮▮▮ to rub on him.  During the massage, ▮▮▮ stated "He tried to touch me and I stopped him."  I asked how he tried to touch her. ▮▮▮ stated that Epstein grabbed her buttocks and she felt uncomfortable. ▮▮▮ told Epstein, I'll massage you but I don't want to be touched. ▮▮▮ stated she performed the massage naked.  At the conclusion of the massage, Epstein paid ▮▮▮ $200.

After the massage Epstein stated to ▮▮▮ that he understood she was not comfortable, but he would pay her if she brought over some girls.  He told her the younger the better. ▮▮▮ stated she once tried to bring a 23 year old female and Epstein stated that the female was too old. ▮▮▮ stated that in total she only remembers six girls that she brought to see Epstein, each time she was paid $200. ▮▮▮ stated she had brought the following girls: ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ ( a16 year old female), ▮▮▮ (a 16 year old female) and ▮▮▮. ▮▮▮ said that at the time she brought these  girls to Epstein's house they were all 14 ￢ough 16 years of age. I asked ▮▮▮ which one was the youngest. ▮▮▮ advised ▮▮was the youngest as ￢ was fourteen when the massage occurred. ▮▮▮ stated every girl she brought knew what to expect when they arrived.  They were told they would provide a massage, possibly naked,  and allow some touching.  I asked her if ▮▮was aware.  She stated every girl she brought knew what to expect.  She explained she knew that ▮▮ wanted to make money.  She approached ▮▮and explained about going to work for Jeff, ▮▮agreed and arrangements were made to bring her to Epstein's house on a weekend. ▮▮▮ stated that she and ▮▮▮ (Later identified as ▮▮▮ picked up ▮▮at her house. ▮▮▮ stated that at that time she was driving a red pickup truck.  They traveled to Epstein's house and entered through the kitchen door.  They met with the house chef and Epstein's assistant ▮▮▮ ▮▮was introduced to Epstein while they were in the kitchen area. ▮▮led ▮▮upstairs and Epstein went upstairs.  When the massage was over ▮▮returned to the kitchen area. ▮▮▮ stated she was paid $200.00 for bringing ▮▮to Epstein's  house. ▮▮▮ stated ▮▮told her she was paid $300.00 for the massage.

▮▮▮ stated that ▮▮was the last person she brought to Epstein's house.  She had changed her cellular number to avoid being contacted by ▮▮▮ She continued stating that she had no direct contact with Epstein

---

The foregoing instrument was sworn to or affirmed before me this 1ˢᵗ day of May, 2006 by Det Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

_____
Signature Arresting Officer

_____
Signature of Police Officer (F.S.S. 117.10)

Date:  05/01/2006

07/25/2006   11:01      5618354736            PALM BCH PD RECORDS                PAGE   07/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

when he was going to travel to Palm Beach. ▮▮▮▮ said when Epstein announces to his assistant, ▮▮▮ that he is traveling to Palm Beach, ▮▮▮ would then contact ▮▮▮ to arrange girls to "work" for Epstein. ▮▮ stated that once her parents discovered that she was visiting Epstein, they disapproved of the encounters with him and she stopped. ▮▮▮▮ further stated that ▮▮ still tries to call ▮▮▮▮ house and leaves messages.

Sgt Frick entered the room and explained to ▮▮▮ that based on her own statements, she had implicated herself by bringing underage girls to Epstein's house. ▮▮▮▮ provided cellular telephone numbers for the girls she had mentioned previously. Additionally, she also provided possible addresses and areas in which they lived.

As ▮▮▮▮ was being taken home in the vehicle, a tape recorder was placed within the vehicle to record any conversations within the vehicle. During the drive back to her home, ▮▮▮▮ made the comment "I'm like a Heidi Fleiss." (Hollywood Madam who sent girls to clients for sexual favors in California). ▮▮▮ was dropped off at her house without incident.

On October 3, 2005, Sgt Frick and I went to speak with ▮▮ a sixteen year-old female who was brought to Epstein's residence by ▮▮▮▮ We met with ▮▮ mother at their front door. We explained the ongoing investigation and asked to speak with ▮▮ as we had information that she had "worked" for Jeff. Mrs. ▮ introduced us to her husband and allowed us entry into the home. We sat in the dining room and met a ▮▮ Date of Birth ▮▮▮▮ As she was under the age of eighteen, Mrs ▮ was advised we would be speaking with her. She expressed if her daughter had information, she wanted to assist. We interviewed ▮▮ who denied having any inappropriate encounters with Jeff (Epstein). She stated she had gone to Jeff's house with ▮▮▮▮ approximately eight months ago and sat in the kitchen with the house chef, but nothing happened. As the parents were present during the interview, we felt that ▮▮ was withholding information from us. She made several comments as to putting the entire incident behind her. I left my telephone number and advised should she wish to speak with me again to telephone me. Sgt Frick and I thanked Mrs. ▮ for her time and left the area. She stated she would ask ▮ again after we left as to what happened at Epstein's house. I informed her that ▮ had my telephone number and hopefully she would call.

On October 4, 2005, Det Dawson and I drove to the ▮▮▮ home and met with ▮▮▮▮▮ and ▮▮▮▮▮ dob ▮▮▮▮ During a sworn taped statement, ▮▮▮ ▮▮▮ stated approximately a year ago when she was seventeen years old, she was taken to a house by ▮▮▮▮▮ ▮▮▮ stated she knows ▮▮ because they both attend ▮▮▮▮▮ She was told she could make money working

---

The foregoing instrument was sworn to or affirmed before me this 1st day of May, 2006 by Det Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

Signature/Arresting Officer

Date:   05/01/2006

*[signature]*

ignature of Police Officer (F.S.S. 117.10)

Page 5 of 22

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

for Jeff. She was told she would have to provide a massage to Jeff. ████ stated upon her arrival to the house she was brought to the kitchen area by ████ They met with the house chef who was already in the kitchen area. ████ stated ████ would wait for her in the kitchen. ████ was introduced to ████ Jeff's assistant, who brought her upstairs to the master bedroom. ████ prepared the room and massage table for a massage. Epstein entered the room wearing only a towel and she provided a massage. ████ stated she kept her clothes on during the massage. She advised sometime during the massage, Epstein grabbed her buttocks and pulled her close to him. ████ said she was uncomfortable by the incident involving Jeff. At the conclusion of the massage, she was paid $200.00 for the massage. I asked ████ if she has any formal training in massages to which she replied no. I asked her if ████ received any monies for taking her to perform the massage. ████ stated ████ had received money for taking her there but was unsure in the amount. ████ stated she returned to Epstein's house on another occasion with ████ and another girl, ████. ████ stated she waited in the kitchen with ████ while ████ was taken upstairs by ████ stated she only did the massage once as she was uncomfortable with the whole experience.

At the conclusion of the interview, the tape was stopped. I was informed that ████ had attempted to reach ████ via cell phone. A voice mail message on October 4, 2005 at 10:59 am, revealed a female voice who identified herself as ████ who requested ████ to call her back reference the police questioning. ████ provided the incoming telephone number as ████. ████ stated she inadvertently told ████ 'bout the police investigation because ████ had called her to tell her about how she just received a rental car ʃm Jeff Epstein. ████ had called her to tell her that she was given a rental car, a 2005 Silver Nissan Sentra, to utilize to visit family and visit Epstein. ████ asked her what was going on at the house that the police would be asking questions. ████ stated ████ then called Jeff and ████ and asked what was going on reference the ongoing police investigation. According to ████ ████ has since then been trying to contact her to ask about the police questions. I instructed ████ not to contact ████ and do not provide any more information to ████ as she would notify Jeff Epstein and ████ what was transpiring.

On October 4, 2005, I made telephone contact with ████ who had left several messages for me to contact her. During the message, she advised she was not completely truthful when we met in person but would like to speak with me to advise what had happened. She further advised she did not want to speak of this incident in front of her mother. At approximately 3:48 pm I made telephone contact with ████ During a taped recorded statement ████ stated the following: approximately a year ago, when she was sixteen years of age, ████ took her to Epstein's house twice. She knows ████ because they both attend ████. The first time she went, ████ drove to the house. They entered through the kitchen area where she was

---

The foregoing instrument was sworn to or affirmed
before me this 1st day of May, 2006 by
Det Joe Recarey, who is personally known to me.

*[signature]*

Signature of Police Officer (F.S.S. 117.10)

State of Florida
County of Palm Beach

*[signature]*

Signature/Arresting Officer

Date:  05/01/2006

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

introduced to ▮▮▮▮ and Epstein. She was taken upstairs to a bedroom by ▮▮▮▮ who set the room up with a massage bed and brought out the oils to use. Epstein then entered the room wearing a towel. He laid on the table and picked out a lotion for ▮ to rub on him. At one point during the massage  he tried to remove her shirt, at which point she became very upset and discontinued the massage. Both ▮ and Epstein had a verbal disagreement, at which time she left without being paid. She got with ▮▮▮▮▮▮ who was sitting in the kitchen and told her "let's go." ▮▮advised she received no money for that day. ▮▮also said that ▮▮▮▮ had told her if she was uncomfortable with what was going on, to let him know and he'll stop.  She knew that the more you do the more you get paid. ▮▮advised that several weeks later she agreed to be taken a second time by ▮▮▮▮▮▮    Once they arrived at the residence, ▮▮▮▮▮▮ sat in the kitchen and ▮▮▮ took her upstairs to the master bedroom again. ▮▮▮ set the room up with a massage bed and brought out the oils to use.  Epstein then entered the room wearing a towel. He laid on the table and picked out a lotion for ▮▮to rub on him. At one point during the massage he tried to touch her buttocks.  As ▮▮was wearing tight jeans and had a tight belt on Epstein was unable to touch her buttocks.  Epstein then rolled onto his back during the massage and then attempted to touch her breasts ▮▮then became upset again and told Epstein she didn't want to be touched. ▮▮discontinued the massage and was paid $200.00. ▮▮then went downstairs where ▮▮▮▮▮▮ was waiting for her. She told ▮▮▮▮ she wanted to leave. ▮▮said she never returned to the house. ▮▮ stated she is aware that her friend, ▮▮▮▮▮▮was also at the house and had a problem with Epstein.

I later researched ▮▮▮▮▮▮dob ▮▮▮▮and  met with her at her residence. During a sworn ped statement, ▮▮▮▮stated the following:  on or about November 2004, she was approached at ▮▮▮▮▮▮▮ by ▮▮▮▮ a fellow student. ▮▮▮asked ▮▮ if she wanted to make money. She agreed and was told she would provide a massage to wealthy man in Palm Beach. ▮▮▮picked her up and drove her to a house in Palm Beach. She was brought into the kitchen area of the house. She further stated that fellow ▮▮▮▮▮▮▮▮▮students ▮▮ and ▮▮▮ ▮▮▮came with them.  They were brought into the kitchen where she was introduced to Epstein and other females.▮▮▮▮stated she was introduced to a female  helper of Epstein, the female was described as  white female (unknown name ), with blond hair.  She stated that the assistant was familiar with ▮▮▮▮   The assistant brought her upstairs into a master bedroom area.  The assistant set up the massage table and put out lotions to be used.  She told ▮ Epstein would be available in a minute.  Epstein entered the room wearing only a towel.  Epstein removed his towel, and laid naked on the massage table and picked a lotion to rub on his thighs and back.  ▮▮▮▮ further stated during the massage, Epstein asked her to remove her clothes.  She complied and removed her pants and blouse. ▮▮▮▮ didn't remember if she had removed her bra but feels that she did. ▮▮▮▮was certain that she stayed in her thong underwear. ▮▮▮▮continued the massage and at one point she climbed onto the massage

---

The foregoing instrument was sworn to or affirmed
before me this 1ˢᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

*[signature]*

Signature of Police Officer (F.S.S. 117.10)

Signature/Arresting Officer

Date:  05/01/2006

07/25/2006  11:01    5618354736                        PALM BCH PD RECORDS                    PAGE  10/24

## *Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

---

table, straddling Epstein to massage his back. While doing this her buttocks were touching Epsteins. ▆▆▆
was instructed to return to the ground at which time Epstein turned to have his chest rubbed. ▆▆▆ advised she
was sure he was masturbating based on his hand movements going up and down on his penis area. ▆▆▆ did
not want to look at his penis area because she was uncomfortable. Epstein removed a large white vibrator which
was next to the massage table and turned it on. ▆▆▆ stated Epstein began rubbing the vibrator over her thong
underwear on her vaginal area. Shortly thereafter, Epstein ejaculated and removed himself from the table. He
walked over to where the shower was and opened the glass door. She waited as he was taking a shower in her
direct view. When I asked ▆▆▆ how old she was when this occurred, she stated she had just turned
seventeen. At the conclusion of the shower, ▆▆▆ was paid either $350.00 or $400.00. She stated she
wasn't sure, but knows it was close to $400.00. ▆▆▆ stated she never returned to provide a massage for
Epstein.

At approximately 2:10 pm, Det Dawson and I met with ▆▆▆ dob ▆▆▆ at her residence. As ▆▆▆
was only seventeen years of age, I had notified her mother, that she would be interviewed reference an ongoing
investigation in Palm Beach. I assured her that her daughter was not a suspect. I explained the possibility of her
being either a witness or victim. Mrs ▆ advised she wanted ▆ to cooperate and consented to the interview.

During a sworn taped statement, ▆▆▆ stated the following: at the age of sixteen, during the month of
September 2004, she was approached by ▆▆▆ for a chance to make money. ▆▆▆ was friends with
sociates of ▆▆▆ and knew the same people. ▆▆▆ had been previously told by her friends from ▆▆▆
▆▆▆ what ▆▆▆ did for Epstein. ▆▆▆ called a person known to ▆ as ▆▆▆ and
scheduled the appointment. ▆▆▆ picked ▆ up and drove her to Palm Beach to a street called "Brillo Way".
They drove to the end of the street and entered a large driveway. They entered the kitchen area of the house and
met with Epstein. ▆▆▆ was introduced to Jeff Epstein ▆▆▆ led ▆ upstairs to the main bedroom area and
set up the room with a massage table and set out the oils ▆ stated that while going up the stairs and into the
bedroom she observed numerous photographs of naked young girls. ▆▆▆ dimmed the lights and turned on
soft music. ▆▆▆ exited the room and Epstein entered the room wearing only a towel. Epstein picked oils and
instructed her to rub his legs, under his buttocks, back and chest area. Epstein asked her to get comfortable. ▆▆
advised she did not remove her clothes. She was wearing tight jeans and a cropped tank top exposing her belly
area. During the massage, Epstein removed his towel and laid on the massage table naked. As ▆ rubbed
Epstein's chest area, he attempted to reach down her pants to touch her buttocks area however was unable to
due so due to the tightness of the jeans and a tight belt. ▆▆ advised Epstein began to masturbate as she rubbed
his chest. Epstein moaned as she rubbed his chest. She observed he was continuing to masturbate and

---

The foregoing instrument was sworn to or affirmed                    State of Florida
before me this 1st day of May, 2006 by                               County of Palm Beach
Det Joe Recarey, who is personally known to me.

*[signature]*                                                        *[signature]*

Signature of Police Officer (F.S.S. 117.10)          Signature/Arresting Officer

                                                     Date:  05/01/2006

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

attempted to reach up her tank top and touch her breasts. ████ pulled back and Epstein stopped, however he kept masturbating until he climaxed. He cleaned himself with the towel he was previously wearing. ████ was paid $200.00 for the massage and left the area. She met with ████ who was waiting in the kitchen area and left the house.

████ then explained she never provided another massage for Epstein. She did however, go to the house with ████ and ████ (████) as they took another friend of ████ ████ advised she was present when ████ ████ went to work for Epstein. She advised she rode over and sat in the kitchen area with ████ to wait for ████ ████ advised while they waited for ████ the house chef prepared lunch for them as it was almost lunchtime when they went. When ████ was finished with the massage they left the area.  I asked ████ if ████ ever told her what would be expected when she provided a massage. ████ stated yes, ████ told her that a massage would be expected, possibly naked and possibly some touching involved. ████ has no formal training in providing massages. ████ spoke about a third and last time she went to Epstein's house. ████ drove another girl, ████ (sixteen years of age) who is ████ friend, to Epstein's house. ████ stated ████ knew that ████ had made money  massaging Epstein and wanted to make money herself. ████ took them in the kitchen area of the house and introduced ████ to ████ ████ took ████ upstairs to the main bedroom. ████ advised she doesn't know what happened as ████ did not speak about what happened in the room. ████ received ¯¯00.00 from ████ for going with her to Epstein's house and recommending ████

On October 6, 2005, at 11:45 am, I met with ████ ████ dob ████, at ████ and explained to her why we there to interview her. She advised she was aware of the ongoing investigation. ████ stated she had previously spoken with ████ ████ who told her she was interviewed by detectives. During a sworn taped statement, ████ stated she knew that ████ worked for Jeff Epstein in Palm Beach. ████ advised she originally had been taken to the Epstein house by ████ whom she met when they both attended ████ ████ She began going to the house when she was sixteen years of age and stated she had been there a lot of times to provide massages over the past two years. I asked her if she had formal training in providing massages, which ████ stated she had not. ████ advised she was told what was expected of her by providing massages and she would have to remove clothing but if she felt uncomfortable just to say so and Epstein would stop pushing the issue. ████ began providing massages and advised she kept her clothes on. She considered Epstein a pervert and he kept pushing to go further and further. ████ explained she would keep telling him she had a boyfriend and would not be right to her boyfriend. It wasn't until recently that ████ began removing her clothes and staying in her thong underwear to provide a massage. ████ explained

---

The foregoing instrument was sworn to or affirmed
before me this 1ˢᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

*[signature]*

Signature of Police Officer (F.S.S. 117.10)

State of Florida
County of Palm Beach

Signature Arresting Officer

Date:   05/01/2006

07/25/2006  11:01    5618354736                    PALM BCH PD RECORDS                    PAGE  12/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO·500600

Epstein wanted to be rubbed on his back and recently he began turning over and have her rub his chest as he masturbated. He would try to touch her breasts as she rubbed his chest. ▆▆▆ stated "Jeff would try to get away with more and more on each massage". ▆▆▆ stated Epstein would try to touch her more and on one occasion he attempted to use a massager/vibrator on her. ▆▆▆ drove ▆▆▆ to the house for the original massage. ▆▆▆ left ▆▆▆ her cell phone number and every time Epstein would come into town ▆▆▆ would call her for an appointment to "work". Each time she went, ▆▆▆ would meet her at the kitchen door area. She would bring her upstairs and prepare the massage table. ▆▆▆ advised Epstein would ask her questions about herself. Epstein knew she was a soccer player and would be attending ▆▆▆ I asked ▆▆▆ if Epstein knew her real age ▆▆▆ stated Epstein did and didn't care. The most recent massage she provided was on October 1, 2005. During the massage, she asked Epstein if she could borrow one of his vehicles to visit her family and boyfriend in Orlando, Florida. Epstein had told her she could borrow one of his vehicles but later stated he would rent her a car. She continued with the massage as Epstein grabbed her buttocks and caressed the buttocks cheeks. I asked ▆▆▆ if she was wearing undergarments to which she replied her thong underwear. Once he tried to touch her breasts, she would pull away from him and he would stop. ▆▆▆ was asked if he ever used a vibrator on her. ▆▆▆ was aware of the vibrator but advised she never would allow him to use the vibrator on her. She described the vibrator as the large white vibrator with a huge head on the tip of the vibrator. She stated he kept the vibrator in a closet near the massage table.

▆▆▆ stated that on October 3, 2005, she was contacted by Epstein's assistant, ▆▆▆ who informed her ...at Jeff Epstein had rented her a new Nissan Sentra and she should come by the house to pick it up. ▆▆▆ informed ▆▆▆ she would have the car for a month. ▆▆▆ stated Epstein knew her car was not working properly and that she had missed appointments in the past because of her car being inoperable. ▆▆▆ explained the car is currently parked next to the ▆▆▆ Gym field. I asked her if she ever took any one to the house. ▆▆▆ explained she took ▆▆▆ a friend of hers who attended ▆▆▆, who has relocated to Orlando to attend college. I asked if she ever allowed another female in the room. ▆▆▆ advised no one was brought into the room with her.

At the conclusion of the interview, Det Dawson and I went to the gym area of ▆▆▆ and located the Silver Nissan Sentra bearing Florida tag X98·APM . The vehicle is registered to Dollar Rent a Car out of the Palm Beach International Airport. The vehicle was rented by Janusz Banasiack, later learned to be Epstein's houseman, and paid with Epstein's credit card.

On September 11, 2005, w/f ▆▆▆, dob ▆▆▆▆▆▆ was arrested by the Palm Beach Police Department

---

The foregoing instrument was sworn to or affirmed
before me this 1ˢᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

*[signature]*

Signature/Arresting Officer

*[signature]*

Signature of Police Officer (F.S.S. 117.10)

Date:  05/01/2006

07/25/2006  11:01     5618354736                    PALM BCH PD RECORDS                              PAGE  13/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

for misdemeanor possession of marijuana. During the arrest ████told the arresting officer that she had information about sexual activity taking place at the residence of Jeffrey Epstein. Additionally, during the ongoing trash pulls from Epstein's residence, discarded papers were found which contained ████ name and cell phone number.

On October, 11, 2005, Det Dawson and I met with ████and obtained a sworn taped statement. ████ explained she had been going to Epstein's house since 2002, when she was sixteen years of age. Since then she has gone to the house hundreds of times. ████stated she became his "number one girl." She explained that on her first visit she was brought to the house by fellow ████████████████████classmate, ███████ ████said she was brought through the kitchen area where she met ████████ for the first time. ████was led to the master bedroom, Epstein s room. ████explained that as she was walking up the stairs she observed several photographs of naked women along the walls and tables of the house. ████further explained that she was brought into the bedroom, where █████prepared the room by setting up the massage table and provided the oils for her to rub on Epstein. ████explained she remembered the steam room area, which contained two large showers. Epstein entered the room from the steam room area and introduced himself. Epstein lay on the table and told her to get comfortable. ████removed her skirt and kept her shirt on. Epstein then instructed her to remove her shirt. ████removed her shirt and remembered she was not wearing a bra. ████stated she provided the massage wearing only her panties. She continued rubbing his legs, thighs and feet. ████advised he turned over onto his back. Epstein touched her breasts and began to masturbate. Epstein ejaculated which meant the massage was over. At the conclusion of the massage,████was paid $200.00. They walked together downstairs ιere █████ and ███████were waiting. ████stated ██████received an unknown amount of money for taking her to Epstein. Epstein instructed to leave her cellular telephone number so that he could contact her when he is in town.

████stated that during her many visits a routine was established between her and Epstein. She would enter the house and get naked in the bedroom. She would then start with a back massage. Epstein would roll on to his back and allow her to massage his chest area. ████stated Epstein would then began to masturbate himself and at the same time would insert his fingers in her vagina and masturbate her with his fingers. ████explained Epstein would continue this process until he ejaculated. He would then utilize a vibrator/massager on her vagina until ████ climaxed. ████advised that during her frequent visits, Epstein asked for her real age, ████stated she was sixteen. Epstein advised her not to tell anyone her real age. ████advised that things escalated within the home as Epstein would instruct and pay████ to have intercourse with his female friend, █████████ ████explained the intercourse included using strap on dildos, large rubber penis' and other devices that Epstein had at his disposal. Epstein would watch them have intercourse and masturbate himself . Occasionally, Epstein would then join in

The foregoing instrument was sworn to or affirmed
before me this 1ˢᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

*[signature]*
ɔignature of Police Officer (F.S.S. 117.10)

Signature Arresting Officer

Date:  05/01/2006

*Probable Cause Affidavit*

# Palm Beach Police Department

### Agency ORI# FLO 500600

during the female on female intercourse and provide oral sex to both ▇▇and ▇▇▇▇▇▇ This occurred during the time ▇▇was sixteen years of age.

▇▇advised this continued to escalate during two years. The routine became familiar to ▇▇ Epstein's assistant ▇▇▇ would telephone her every time Epstein was in the Town of Palm Beach and would place appointments for her to visit and work for Epstein. Each time something new was introduced, additional monies were produced and offered for ▇▇to allow the acts to happen. ▇▇consented to perform all these acts but was adamant that there was an understanding with Epstein that no vaginal penetration would occur with his penis. ▇▇ explained that Epstein's penis was deformed. ▇▇explained that his penis was oval shaped. ▇▇ claimed when Epstein's penis was erect, it was thick toward the bottom but was thin and small toward the head portion. ▇▇ called Epstein's penis "egg-shaped." ▇▇ stated Epstein would photograph ▇▇▇▇▇▇ and her naked and having sex and proudly display the photographs within the home. ▇▇stated during one visit to Epstein's house in which she provided a massage to Epstein, his female friend, ▇▇▇▇▇▇ was also present. ▇▇ provided the massage in which ▇▇▇▇▇and her would fondle each others breasts and kiss for Epstein to enjoy. Towards the end of this massage, Epstein grabbed ▇▇and turned her over onto her stomach on the massage table and forcibly inserted his penis into her vagina. ▇▇ stated Epstein began to pump his penis in her vagina.▇▇became upset over this. She said her head was being held against the table forcibly, as he continued to pump inside her. She screamed "No!" and Epstein stopped. She told him that she did not want to have his ▇▇is inside of her. Epstein did not ejaculate inside of her and apologized for his actions and subsequently paid ▇▇▇ a thousand dollars for that visit. ▇▇ stated she knows he still displays her photographs through out the house.

· On October 12, 2005, Det Dawson and I met with ▇▇▇▇▇▇▇▇, dob ▇▇▇▇▇▇▇who stated during a sworn taped statement, that nothing happened between her and Epstein. ▇▇▇▇▇▇appeared nervous during the interview. I assured her that I have spoken with other people who advised differently. ▇▇▇▇ stated on several occasions she provided a massage to Epstein. She stated she was brought to the Epstein house in March of 2005. ▇▇▇▇▇ ▇▇a classmate at ▇▇▇▇▇▇▇▇▇▇▇▇ approached her and asked her if she wanted to "work". ▇▇▇ made the arrangements with ▇▇▇ Epstein's assistant. ▇▇▇▇▇ who has no formal training in providing massages, stated she provided a massage, fully clothed for $200.00 . As I sensed hesitancy in her answers, I asked ▇▇▇▇▇ if she had been contacted by anyone from Epstein's organizations or his house. ▇▇▇▇stated she was interviewed already by a private investigator for Epstein. He identified himself as "Paul" and inquired about the police investigation, and left his telephone number 305-710-5165 for additional contact. ▇▇▇provided no additional information, as it appeared her responses were almost scripted.

| | |
|---|---|
| The foregoing instrument was sworn to or affirmed before me this 1st day of May, 2006 by Det Joe Recarey, who is personally known to me. | State of Florida County of Palm Beach |
| *(signature)* | *(signature)* Signature/Arresting Officer |
| Signature of Police Officer (F.S.S. 117.10) | Date:  05/01/2006 |

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

On November 6, 2005, at approximately 3:30 pm, I met with ███ ███ dob███████, at the Palm Beach Police Department. ███ was identified as a potential witness/victim through information obtained during the trash pulls. During the sworn taped statement, ███ advised she was at Jeffrey Epstein's house one time, approximately two months ago. She was approached by a girl, ███ ███ who was dating ███ roommate, for an opportunity to make some quick money. ███ advised she needed to make some quick cash to make the rent that month. She agreed to go to the house. She had been told by ███ ████that the massage would have to be done in her underwear. She advised ███drove with her and brought her into the house. They walked into the kitchen area, and took the stairs upstairs. ███further stated she was brought into a master bedroom area. She advised she recalled seeing portraits of naked women throughout the room. A massage table was already out near the sauna/shower area in the master bedroom. Epstein entered the room wearing only a towel and introduced himself as "Jeff." At Epstein's direction, ███ and ███ removed their clothing down to their panties, Epstein laid on his stomach area and they provided a massage on his legs and feet area. I asked ███ if she had any formal massage training and she replied "no." ███ advised she was topless and the panties she wore were the boy shorts lace panties. She and ███ continued the massage until the last ten minutes of the massage, Epstein, told ███to leave the room so that ███could finish the massage. ███got dressed, and left the room as Epstein turned over onto his back. Epstein then removed the towel and laid naked . Epstein requested that ███rub his chest area, ███stated as she did this, Epstein, began masturbating. ███ stated Epstein pulled down her boy short panties, and he produced a large white vibrator ███th a large head. She stated it was within his reach in a drawer in his master bathroom. He rubbed the vibrator her vaginal area. ███ advised he never penetrated her vagina with the vibrator. He continued to rub her vagina with the vibrator as he continued to masturbate. ███ stated she was very uncomfortable during the incident but knew it was almost over. Epstein climaxed and started to remove himself from the table. He wiped himself with the towel he had on previously and went into the shower area. ███got dressed and met with ███in the kitchen area. Epstein came into the kitchen and provided ███ $200.00 for bringing ███ and paid $200.00 to ███for providing the massage. ███ was told to leave her telephone number with ███ for future contact. ███provided her cellular telephone number. ███was asked if she was recently contacted about this investigation by anyone from the Epstein organization. She replied she was called but it was for work. She stated she was called by ███ for her to return to "work" for Epstein. ███ stated "work" is the term used by ███ to provide the massages and other things. ███ advised she declined as she was not comfortable in providing that type of "work."

On November 7, 2005, Det Sandman and I met with ███ ███ dob 0███████ During a sworn taped statement,███ stated she met Jeffrey Epstein through ███ when they were still

---

The foregoing instrument was sworn to or affirmed
before me this 1ˢᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

_signature_

Signature/Arresting Officer

_signature_

Signature of Police Officer (F.S.S. 117.10)

Date:   05/01/2006

07/25/2006  11:01    5518354736                        PALM BCH PD RECORDS                    PAGE  16/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

___

attending ██████████████ ██████ would approach females who wished to work for Epstein. ██████ stated she was offered to work for Epstein but declined. ██████ explained that "work" means give massages. She was asked about any formal training in providing massages which she said "no." ██████ said she accompanied ████ and other females who were taken to Epstein's house to provide massages. ████ further stated she had been to the house approximately 4 or 5 times in the past year. She accompanied with ████ ██████ ██████████, ████████ ███ and ████████████ Each time the girls were taken over, they were previously told they would have to provide a massage, possibly naked. They were also told that should Epstein require them to do anything extra, and they were not comfortable just to tell him and he would stop. ██████ stated ████ received $200.00 for each girl she brought over to massage Jeffrey Epstein. When I asked which girl appeared to be the youngest, she replied, ████ who was really young, fifteen years old at the most. ██████ further stated each time she went to the house, she sat in the kitchen and waited with ██ until the massage was over. She further stated that the cook would make lunch or a snack for them as they waited. I asked her if there was anything that caught her attention within the home. ██████ stated there were a lot of naked girls in photographs throughout the house.

On November 8, 2005, at approximately 2:00pm , I met with ████ ████████ dob ████████████ at the Palm Beach Police Department. During a sworn taped statement, ██████ stated she had met Epstein approximately two years ago when she was first approached by ████████ a classmate at ████████. ████ approached her about working for Epstein and providing a massage to him for $200.00. ██████ had made the arrangements however was unable to take her the day the arrangements were made. ████ had ██████ take ███ ████ also attended ████████████████ and was familiar with Epstein. ██████ recalled she was brought there and entered through the back kitchen door. She had met with an assistant ████ and another assistant Adrianna. ████ brought her upstairs as she observed several photographs of naked females throughout the house. ██████ stated Epstein came in the room, wearing only a towel, and laid on the table. ██████ stated he picked out the oils he wanted her to use and requested she remove her clothing to provide the massage. ██████ stated that on the first massage she provided she did not remove her clothing. ██████ stated she had returned several times after that. Each time she returned it was more than a massage. Epstein would walk into the master bedroom/bathroom area wearing only a towel. He would masturbate as she provided a massage. ██████ stated she was unsure if he climaxed as he masturbated under the towel. Additionally, she never looked below his waist. She claimed that Epstein would convince her to remove her clothes. She eventually removed her clothes and stayed in her thong panties. On occasion, Epstein would use a massager/vibrator, which she described as white in color and a large head. Epstein would rub the vibrator/massager on her vaginal area as he would masturbate. ██████ stated she had been to the house

___

The foregoing instrument was sworn to or affirmed
before me this 1ˢᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

*[signature]*

**Signature of Police Officer (F.S.S. 117.10)**

State of Florida
County of Palm Beach

*[signature]*

Signature/Arresting Officer

Date:   05/01/2006

07/25/2006  11:01      5618354736                    PALM BCH PD RECORDS                        PAGE  17/24

*Probable Cause Affidavit*

# Palm Beach Police Department

Agency ORI# FLO 500600

numerous times. ⬛ added she has no formal training in providing a massage. ⬛ stated she brought two females during her visits to provide massages. ⬛ stated she brought a girl named ⬛ and ⬛ ⬛ from ⬛ ⬛ stated she received $200.00 for each girl she brought.

On November 8, 2005, I met with ⬛ ⬛, W/F, ⬛; at the Palm  Beach Police Department.   During a sworn taped statement, ⬛ stated she had met Jeffrey Epstein approximately one year ago. She was approached by a subject known to her as ⬛. ⬛ had asked her if she wanted to make money providing massages to Epstein. ⬛ had heard that several girls from ⬛ were doing this and making money. She agreed and was taken to the house by ⬛. ⬛ had introduced her to ⬛ and Epstein and brought her upstairs to a master bedroom  where a massage table was prepared and the proper oils were selected. ⬛ left the room and waited downstairs for her. ⬛ stated Epstein entered the room wearing a towel and laid on his stomach.  She provided a massage wearing only her thong panties. ⬛ advised Epstein had masturbated every time she provided a massage. She stated Epstein continued to masturbate until he climaxed.  Once that occurred the massage was over.  She felt the whole situation was weird but she advised she was paid $200.00 for providing the massage.  She also stated ⬛ was paid $200.00 by Epstein for bringing ⬛. ⬛ stated she had gone a total of 15 times to Epstein's residence to provide a massage and things had escalated from just providing a massage.  Epstein began touching her on her buttocks and grabbed her closer to him as he masturbated.  Epstein also grabbed her breasts and fondled her breasts with his ⬛ds as she provided the massage. ⬛ stated on one occasion, while she was only seventeen years of age, he offered extra monies to have vaginal intercourse.  She stated this all occurred on the massage table. ⬛ stated Epstein penetrated her vagina with his penis and began having intercourse with her until he reached the point of climax.  Epstein removed his penis from her vagina and climaxed onto the massage table. ⬛ received $350.00 for her massage.  I asked her if she had any formal training in providing massages, ⬛ stated she did not. ⬛ continued to state on one other occasion, Epstein introduced his girlfriend, ⬛ into the massage. ⬛ was brought into room with ⬛ to provide a massage.  Epstein had them kiss and fondle each other around the breasts and buttocks as they provided a massage to Epstein.  Epstein, watched and masturbated as this occurred.  On other occasions, Epstein, introduced the large white vibrator/massager in the massage.  Epstein stroked the vibrator/massager on ⬛ vagina as she provided the massage.

On November 14, 2005, Det Sandman and I met with ⬛ ⬛, dob ⬛  During a sworn taped statement she advised she started going to the house approximately one year ago and has been there approximately five or six times. ⬛ also stated she was sixteen years old when she first went to Epstein's house.  On her first visit she was brought by a fellow student from ⬛ known to her

The foregoing instrument was sworn to or affirmed
before me this 1ˢᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

*[signature]*

**Signature of Police Officer (F.S.S. 117.10)**

State of Florida
County of Palm Beach

*[signature]*

Signature/Arresting Officer

Date:   05/01/2006

16

07/25/2006  11:01   5618354736                    PALM BCH PD RECORDS                    PAGE  18/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

as ████ █████ stated █████ brought her into the house and she was introduced to ████████ then brought her upstairs into a master bathroom, located within the bedroom, ████████ stated she met Epstein in the bathroom.  He laid on the table and picked the massage oils.  She provided the massage as he laid naked on the massage bed.  She stated she rubbed his calves and back area.  Upon the end of the massage, Epstein removed himself from the massage table and paid her $300.00 for the massage. ████████said each subsequent time she went to the house, she was notified by ████████████ that Epstein was in town and would like her to "work". ████████ stated she returned to the house and was again led upstairs by ████████  She provided the massage, clothed. ████████was asked if she ever removed her clothing to provide a massage. ████████ stated it was not until the third time that she went that she removed her clothing. ████████ stated she was notified by ████ that Epstein wanted her to come to work.  She arrived at the house and was led upstairs by ████████  She started providing the massage when Epstein asked her to remove her clothing. ████████removed her pants, shirt and bra.  She stayed in her thong panties and continued rubbing Epstein.  Epstein turned over onto his back and she rubbed his chest area. ████████stated she knew he was masturbating himself as she providing the massage. ████████ stated she believed he climaxed based on his breathing.  She did not want to view either the climax or the fact that he was masturbating ████████stated once the breathing relaxed he got up and told her to get dressed.  She was paid $300.00 for her services. ████████stated on the last time she went to provide a massage, she was notified by ████████████ to come to the house and "work". ████████ stated she was now dating her current boyfriend and did not feel comfortable going.  She recalled it was approximately January 2005.

e said she went, already thinking that this would be the last time.  She went upstairs and went into the master bathroom.  She met with Epstein, who was wearing only a towel, and laid onto the table. ████████stated Epstein caught her looking at the clock on several occasions.  Epstein asked her if she was in a hurry, ████████ stated her boyfriend was in the car waiting for her. ████████ further stated that Epstein got upset as he wasn't enjoying the massage.  She told him that she didn't want to continue and she would not be back.  Epstein told her to leave as she was ruining his massage. ████████advised she had no formal training in providing any massages. ████████ stated although she had a falling out with Epstein, she still received a Christmas bonus from Epstein. ████████ stated she was wired money from Western Union for her Christmas bonus.  Subpoena results from Western Union revealed money was sent from Jeffrey Epstein on December 23, 2004. ████████ received $200.00 from Epstein for her Christmas bonus.

On November 15, 2005, Det. Sandman and I met with████, dob████████  During a sworn taped statement, ████stated she met Jeffrey Epstein over a year ago.  She was sixteen years of age and was approached by████████ a fellow████████tudent, who informed her that she could make $200.00 providing a massage to Epstein. ████████ had informed her that she would have to provide this

The foregoing instrument was sworn to or affirmed
before me this 1ˢᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

_____
Signature of Police Officer (F.S.S. 117.10)

_____
Signature/Arresting Officer

Date:   05/01/2006

16

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

massage topless. ▇▇▇▇ made the arrangements with Epstein and his assistants and took ▇▇▇ to the house. ▇▇
stated ▇▇▇▇ and she entered through a glass door that led into a kitchen. She was taken upstairs by ▇▇▇▇, to a
master bedroom. She recalled the master bathroom had a large pink couch, sauna and matching shower.
Epstein entered into the room wearing only a towel. ▇▇▇▇ and ▇▇▇▇ removed their clothing remaining only in
thong underwear. She further stated that Epstein laid on his chest on the table. The oils were selected on which
ones to use. Both ▇▇▇ and ▇▇▇ provided the massage on his legs, back and feet. Forty minutes into the
massage, Epstein turned over onto his back and requested ▇▇▇ wait downstairs in the kitchen area for ▇▇▇
Epstein instructed ▇▇ to finish the massage. As ▇▇▇ got dressed, ▇▇▇ starting rubbing Epstein's chest. ▇▇▇
left the room, and Epstein began masturbating as ▇▇ rubbed Epstein's chest. ▇▇▇ stated Epstein continued
masturbating until he climaxed on the towel he was wearing. When asked if he had removed the towel she stated
he turned the towel around so that the opening would allow him to expose himself. After he cleaned himself off
with the towel he instructed ▇▇▇ the massage was done and to get dressed and meet with him downstairs. ▇▇▇
got dressed and met with Epstein in the kitchen area. She was paid $200.00 dollars for providing the massage.
▇▇▇ stated she was aware that ▇▇▇ also received monies for the same thing. The second time she went to the
house she was again approached by ▇▇▇ ▇▇▇ advised if she wanted to return to the house to provide another
massage, ▇▇ agreed and the arrangements were made by ▇▇▇ for her to return to the house. ▇▇▇ stated ▇▇▇
drove her to the house and knocked on the same glass door which leads to the kitchen area. They were allowed
entry into the house by one of the staff members. ▇▇▇ led her upstairs to the master bedroom and master
bathroom area. ▇▇▇ left ▇▇ this time to do the massage alone. Epstein entered the room again wearing only a
towel. ▇▇▇ began removing her clothing as she did the last time she was at the house. Epstein instructed her to
get naked. He laid on the table onto his stomach as ▇▇ began massaging his legs and back. As ▇▇ finished
with Epstein's back and legs, Epstein then turned over onto his back. ▇▇▇ started to rub his chest and he began
masturbating. As ▇▇ rubbed his chest, Epstein leaned over and produced a massager/vibrator. He turned it on
and began rubbing ▇▇▇ vagina and masturbating himself at the same time. ▇▇▇ stated she continued to rub his
chest as this was occurring. She described the vibrator/massager as large grey with a large head. Epstein
rubbed her vagina for approximately two to three minutes with the massager/vibrator. He then removed the
vibrator from her vaginal area and concentrated on masturbating himself. ▇▇▇ stated Epstein climaxed onto the
towel again and informed her that the massage was done. ▇▇▇ got dressed and met with ▇▇▇ who was waiting
in the kitchen area. She received $200.00 for the massage. ▇▇▇ said she never returned to the house and had no
desire to return to the house. ▇▇▇ was asked if she received any formal massage training. She advised she had
no formal training. ▇▇▇ was asked if Epstein knew her real age. ▇▇▇ stated he knew, as he asked her questions
about herself and high school. He was aware she attended, and is still attending ▇▇▇▇▇▇▇▇▇▇

**The foregoing instrument was sworn to or affirmed**
**before me this 1st day of May, 2006 by**
**Det Joe Recarey, who is personally known to me.**

*[signature]*

**Signature of Police Officer (F.S.S. 117.10)**

**State of Florida**
**County of Palm Beach**

*[signature]*

**Signature Arresting Officer**

**Date:  05/01/2006**

17

*Probable Cause Affidavit*
# Palm Beach Police Department
Agency ORI# FLO 500600

---

During the course of the investigation a search warrant was executed at Jeffrey Epstein's home located at 358 El Brillo Way in Palm Beach. While in the home I observed the pink and green couch within the master bedroom area just as the girls previously mentioned. The stairway, which is located from the kitchen area to the master bedroom area, is lined with photos of naked young girls. Additionally, numerous photographs of naked young females, some of which appeared to be the girls I previously interviewed, were on display throughout the house. Also located in the house were various phone message books. The telephone message books have a duplicate copy (Carbon Copy) which, once a phone message is written into the book, the top copy is then torn on the perforated edge and the carbon copy is left in the book. First names of girls, dates and telephone numbers were on the copy of the messages. I recognized various numbers and names of girls that had already been interviewed. The body of the messages were time of the day that they called for confirmation of "work." Other names and telephone numbers were located in which the body of the messages were, "I have girls for him" or "I have 2 girls for him." These messages were taken by ▮▮▮▮▮▮ who signed the bottom of the messages. During the execution of the warrant, I located a ▮▮▮▮▮▮▮▮▮▮▮▮ transcript for ▮▮ in Epstein's bedroom desk. This desk had stationary marked Jeffrey E Epstein. I located a wood colored armoire beside Epstein's bed that contained a bottle of "Joy Jelly," which is used to provide a warm massage. Several massage tables were located throughout the second floor of the residence, including a massage table found in Epstein's bedroom. On the first floor of the residence I found two covert cameras hidden within clocks. One was located in the garage and the other located in the library area on a shelf behind Epstein's desk. A computer was located ⌐ich was believed to contain the images from the covert cameras. The computer's hard drive was reviewed which showed several images of ▮▮▮▮▮ and other witnesses that have been interviewed. All of these images appeared to come from the camera positioned behind Epstein's desk.

On December 13, 2005, Det. Dawson and I met with ▮▮, dob ▮▮▮▮▮▮. During a sworn taped statement, ▮▮ stated that when she was sixteen years old she was taken to Epstein's house to provide a massage for money. ▮▮ stated it was before Christmas last year (2004) when an associate, ▮▮ approached her and asked if she needed to make money for Christmas. ▮▮ made arrangements to take ▮▮ to the house and drove ▮▮ to the house to "work." They were encountered by a white female with long blond hair. ▮▮ was unable to remember the name of the white female with blond hair but knew she was Epstein's assistant. She was led upstairs by the white female who explained that there would be lotions out already and Epstein would choose the lotion he wanted her to use. She was led through a spiral staircase which led to a master bedroom and bathroom. The massage table was already set up in the bathroom. ▮▮ described the bathroom as a large spacious bathroom with a steam room and shower beside it. ▮▮ was introduced to Epstein who was on the phone when she entered the room. Epstein was wearing a white towel and laid on his stomach so that ▮▮ may

---

The foregoing instrument was sworn to or affirmed
before me this 1ᵗ day of May, 2006 by
Det Joe Recarey, who is personally known to me.

State of Florida
County of Palm Beach

_signature_

Signature of Police Officer (F.S.S. 117.10)

Signature/Arresting Officer

Date:   05/01/2006

·a·

*Probable Cause Affidavit*

# Palm Beach Police Department

### Agency ORI# FLO 500600

massage his feet and calves. ⬛started the massage with the oils Epstein chose and rubbed his feet and calves. Epstein got off the phone and requested she massage his back as well. ⬛began rubbing his back and got to the small of his back. During the rubbing of his back, Epstein asked her to get comfortable. He requested she remove her pants and shirt. ⬛removed her shirt and pulled her pants off. ⬛stayed in her bra and thong panties. As she finished massaging the small of Epstein's back, he then turned onto his back. Epstein instructed ⬛to rub his chest and pinch his nipples. As she began to rub his chest, Epstein asked her questions about herself. ⬛remembered telling him she attended ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛. Epstein asked her if she was sexually active. Before⬛could answer, he also asked  what sexual position does she enjoy. ⬛ stated she was shy and didn't like talking about those things. She continued rubbing his chest. Epstein reached up and unsnapped her bra from the front. ⬛ explained the bra she used had a front snapping device. Epstein rubbed her breasts and asked her if she like having her breasts rubbed. ⬛said "no, I don't like that." Epstein then removed his towel and laid on the bed naked exposing his penis to⬛. He began touching his penis and masturbated as he touched her breasts. ⬛explained Epstein then touched her vaginal area by rubbing her vagina with his fingers on the outside of her thong panties. ⬛tensed up and stated Epstein was aware that she was uncomfortable. ⬛stated that Epstein said to her, "Relax, I'm not going inside." She further explained Epstein commented to her how beautiful and sexy she was.  Epstein then moved her thong panties to one side and began stroking her clitoris. ⬛ said, "He commented how hard my clit was." He then inserted two fingers in her vagina and was stroking her within her vagina. She tried pulling back to pull out his fingers from within her ˑˑˑˑgina. Epstein removed his fingers from within her vagina and apologized for putting his fingers inside her. During this time, he kept his hand on her vaginal area and continued to rub her vagina.⬛ stated he rubbed her really hard as he was masturbating. ⬛said he climaxed onto the towel he had been previously wearing and got up from the table.  Epstein told her there was $200.00 dollars for her on the dresser within the master bathroom. Epstein also told her that there was an additional $100.00 that was to be given to⬛for bringing her there to massage him.  Epstein told her to leave her telephone number with his assistant as he wanted to see her again. Epstein stated his assistant would contact her to work again soon.  I asked her if she ever received any formal massage training to which ⬛stated she did not. ⬛stated it was the only time she ever went to work for Jeff and knew what happened to her was wrong. She further stated that she had never been contacted for any additional work.

On January 9, 2006, I located and interviewed another victim,⬛ dob ⬛⬛⬛⬛⬛. ⬛was identified as a potential victim/witness from information obtained during trash pulls from Epstein's residence. ⬛stated she met Epstein when she was fifteen years of age. She was approached by a friend from⬛⬛⬛⬛⬛⬛ ⬛⬛⬛ ⬛⬛⬛⬛to be taken to Jeffrey Epstein's house to work. She was originally told she would be able

---

**The foregoing instrument was sworn to or affirmed before me this 1ˢᵗ day of May, 2006 by Det Joe Recarey, who is personally known to me.**

*[signature]*

**Signature of Police Officer (F.S.S. 117.10)**

**State of Florida**
**County of Palm Beach**

*[signature]*

**Signature/Arresting Officer**

**Date:   05/01/2006**

07/25/2006  11:01       5618354736            PALM BCH PD RECORDS                    PAGE  22/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

to model lingerie for a wealthy Palm Beacher. ██ was taken to Epstein's house located on El Brillo Way. ██ introduced ██ to Jeffrey Epstein. Epstein had his personal chef prepare dinner for ██ and ████ At the conclusion of dinner, ████ and Epstein brought ██ upstairs into a master bedroom area. ██ observed a large massage table with a sheet on it. Epstein entered through a door and exited wearing only a towel. ████ informed ██ that they were going to provide a massage on Epstein. ██ asked why were they doing this instead of modeling lingerie. ████ explained to ██ that this was his routine and to rub his calves and feet. Epstein had told ██ to get comfortable. ██ removed her pants and blouse. ██ stated she stayed only in panties as she did not wear a bra that evening. ██ stated while rubbing his calves and feet, Epstein turned over onto his back. Epstein told ██ to rub his chest and rub his nipples. ██ stated that as she started rubbing his chest, Epstein began masturbating himself . Epstein touched her breasts and stroked her vagina with his fingers. Epstein continued to masturbate himself as he stroked her vagina. Epstein ejaculated on his towel and paid ██ $200.00 for the massage. Epstein told ██ that if she told anyone what happened at his house that bad things could happen. ██ and ████ were brought home by Epstein's houseman and ██ was afraid that Epstein knew where she lived. ██ stated that several days later she received a telephone call from Sarah Kellen who coordinated for ██ to return to "work." ██ returned to the house and was brought to Epstein's bedroom area by Sarah who prepared the room for the massage. Epstein entered the room wearing only a towel. Epstein had ██ remove her clothing and provide the massage naked. ██ began rubbing his feet and calves and Epstein turned over onto his back. Epstein rubbed her vagina with his fingers. Epstein began to masturbate himself with an upwards and wnward motion on his penis. Epstein continued to touch her vagina with one hand and masturbate with the ner hand. Once Epstein ejaculated onto the towel he was wearing, the massage was over. ██ was paid $200.00 for the massage. Epstein again told ██ not to speak of what happened at his house or bad things would happen. ██ wanted to notify authorities however she was afraid of what would happen to either her or her family.

During the course of the investigation, several subjects were identified as a potential witness/victim through information obtained during the trash pulls, physical surveillance and telephone message books retrieved from the search warrant. While conducting research on the subjects, I discovered that the females were age eighteen or older. Interviews were conducted on the consenting adults whose statements provided the same massage routine when they went to "work" for Epstein. The females would be notified by ████████ and made appointments for the females to "work" for Epstein. The females would come to Epstein's house and were led upstairs, through a stairwell from the kitchen area, by ████████ to Epstein's bedroom. Epstein would then enter the room wearing only a towel, and ask them to get comfortable. The females would then provide the massage naked as Epstein would either touch their vaginas with his fingers and/or utilize the massager/vibrator on

The foregoing instrument was sworn to or affirmed                    State of Florida
before me this 1ˢᵗ day of May, 2006 by                              County of Palm Beach
Det Joe Recarey, who is personally known to me.

_____                                            Signature/Arresting Officer
Signature of Police Officer (F.S.S. 117.10)                        Date:   05/01/2006

07/25/2006  11:01    5618354736                    PALM BCH PD RECORDS                         PAGE  23/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

their vaginal area. He would masturbate during the massage and upon his climaxing, the massage would end. The girls were then paid two or three hundred dollars for the massage.

On November 21, 2005 I interviewed Jose Alessi, a former houseman for Jeffrey Epstein. Alessi stated he was employed for eleven years with Mr. Epstein, from approximately 1993 through 2004. Alessi stated he was the house manager, driver and house maintenance person. It was his responsibility to prepare the house for Epstein s arrival. When asked about cooks or assistants, Alessi stated they traveled with Epstein on his private plane. I asked Mr. Alessi about the massages that have occurred at Epstein's home. Alessi stated Epstein receives three massages a day. Each masseuse that visited the house was different. Alessi stated that towards the end of his employment, the masseuses were younger and younger. When asked how young, Mr. Alessi stated they appeared to be sixteen or seventeen years of age at the most. The massages would occur in Epstein's bedroom or bathroom. He knew this because he often set up the massage tables. I asked if there were things going on other than a massage. Alessi stated that there were times towards the end of his employment that he would have to wash off a massager/vibrator and a long rubber penis, which were in the sink after the massage. Additionally, he stated the bed would almost always have to be made after the massage.

On January 4, 2006 I interviewed another former houseman, Mr Alfredo Rodriguez. During a sworn taped statement, Mr. Rodriguez stated he was employed by Jeffrey Epstein for approximately six months, from vember 2004 through May of 2005. His responsibilities as house manager included being the butler, chauffeur, chef, houseman, run errands for Epstein and provide for Epstein's guests. I asked Rodriguez about masseuses coming to the house. Rodriguez stated Epstein would have two massages a day. Epstein would have one massage in the morning and one massage in the afternoon everyday he was in residence. Rodriguez stated he would be informed to expect someone and make them comfortable until either ████████ or Epstein would meet with them. Rodriguez stated once the masseuses would arrive, he would allow them entry into the kitchen area and offer them something to drink or eat. They would then be encountered by either ████████ or Epstein. They would be taken upstairs to provide the massage. I asked Rodriguez if any of the masseuses appeared young in age. Rodriguez stated the girls that would come appeared to be too young to be masseuses. He stated one time under Epstein's direction, he delivered a dozen roses to ████████ for one of the girls that came to provide a massage. He knew the girls were still in high school and were of high school age. I asked Rodriguez about the massages. He felt there was a lot more going on than just massages. He would often clean Mr. Epstein's bedroom after the alleged massages and would discover massagers/vibrators and sex toys scattered on the floor. He also said he would wipe down the vibrators and sex toys and put them away in an armoire. He described the armoire as a small wood armoire which was on the wall close to Epstein's

---

**The foregoing instrument was sworn to or affirmed before me this 1ˢᵗ day of May, 2006 by Det Joe Recarey, who is personally known to me.**

*signature*

Signature of Police Officer (F.S.S. 117.10)

**State of Florida**
**County of Palm Beach**

*signature*

Signature/Arresting Officer

Date:   05/01/2006

07/25/2006  11:01   5618354736                    PALM BCH PD RECORDS                    PAGE  24/24

*Probable Cause Affidavit*
# Palm Beach Police Department
### Agency ORI# FLO 500600

bed. On one occasion Epstein ordered Rodriguez to go to the Dollar rent a car and rent a car for the same girl he brought the roses to, so that she could drive her self to Epstein's house without incident. Rodriguez said the girl always needed rides to and from the house.

Rodriguez produced a green folder which contained documents, and a note with Mr. Epstein's stationary with direction to deliver a bucket of roses to ▬▬▬▬▬▬ after ▬ high school drama performance. Also in that same note was direction to rent a car for ▬▬ and direction to extend the rental contract.

During the course of the investigation, subpoenas were obtained for cell phone and home phone records from several victims and witnesses along with the cell phone records of ▬▬▬▬ An analysis of these records was conducted which found numerous telephone calls were made between ▬▬▬ and the victims. These records indicate the dates the calls were made are consistent with the dates and times they victims/witnesses stated they were contacted. Specifically, The phone records showed ▬▬ called ▬▬ ▬▬ during the exact times and dates when victim ▬ advised the incident occurred. ▬▬ also coordinated the encounters with ▬▬ ▬▬, ▬▬ ▬▬ and ▬▬ ▬▬ during the time frame the girls stated they occurred.

Pursuant to a lawful subpoena I obtained Epstein's private plane records for 2005 from Jet Aviation. The plane records show arrival and departure of Epstein's plane at Palm Beach International airport. These records were compared to the cell phone records of ▬▬▬ This comparison found that all the phone calls ▬▬ made to ▬▬ and the victims were made in the days just prior to their arrival or during the time Epstein was in Palm Beach.

Therefore, as Jeffrey Epstein, who at the time of these incidents was fifty one years of age, did have vaginal intercourse either with his penis or digitally with ▬▬ ▬▬, ▬ and ▬▬ who were minors at the time this occurred, there is sufficient probable cause to charge Jeffrey Epstein with four counts of Unlawful Sexual Activity with a Minor, in violation of Florida State Statute 794.05(1), a second degree felony. As Epstein, who at the time of the incident was fifty two years of age, did use a vibrator on the external vaginal area of ▬▬ a fourteen year old minor, there is sufficient probable cause to charge him with Lewd and Lascivious Molestation, in violation of Florida State Statute  800.04 (5),  a second degree felony.

---

**The foregoing instrument was sworn to or affirmed before me this 1ˢᵗ day of May, 2006 by Det Joe Recarey, who is personally known to me.**

*[signature]*

**Signature of Police Officer (F.S.S. 117.10)**

**State of Florida**
**County of Palm Beach**

*[signature]*

Signature/Arresting Officer

Date:   05/01/2006