# EXHIBIT 43

| | |
|---|---|
| From: | doreen.hewitt-dunn@jpmorgan.com [doreen.hewitt-dunn@jpmorgan.com] |
| Sent: | 8/14/2006 5:01:37 PM |
| To: | maria.a.hornak@jpmorgan.com |
| CC: | csg_ao_de_fm2@jpmchase.com; mary.c.casey@jpmorgan.com; natalka.palczynski@jpmorgan.com; piers.a.cornelius@jpmorgan.com; kimberly.a.upham@jpmorgan.com |
| Subject: | Re: Article of J Epstein's Arrest |

http://www.nypost.com/news/regionalnews/mystery_moguls_teen_sex_secret_bared_in_probe_regionalnews_dan_mangan.htm

Doreen L. Hewitt
Assistant to: Tad C. Smith & Piers A. Cornelius
JPMorgan Private Bank | 345 Park Avenue, 7th Floor, New York, NY 10154
W: 212.464.2089 | F: 212.464.1108 | email: doreen.hewitt-dunn@jpmorgan.com

Maria A Hornak/JPMCHASE

**Maria A Hornak/JPMCHASE**

08/14/2006 12:29 PM

To Mary C Casey/JPMCHASE@JPMCHASE

cc Doreen X Hewitt-Dunn/JPMCHASE@JPMCHASE, CSG AO DE FM2, Natalka X Palczynski/JPMCHASE@JPMCHASE, Piers A Cornelius/JPMCHASE@JPMCHASE

Subject Article of J Epstein's Arrest

http://www.palmbeachpost.com/pbcwest/content/local_news/epaper/2006/08/14/m1a_EPSTEIN_0814.html


EXHIBIT 11
WIT: Casey
DATE: 4.7.23
C. Campbell, RDR CRR CSR #13921

Confidential

JPM-SDNYLIT-00105859



LOG IN

| NJ girl, 11, found dead by suicide … | Alabama cop fatally shot… | French pol blasted for 'inappropria… | Idaho man arrested for alleged… | Read the unsealed indictment… | Video shows pro-Putin blogger… | Idaho couple convicted of starving… | Trum attor indic |

NEWS

# MYSTERY MOGUL'S TEEN-SEX SECRET BARED IN PROBE

By Dan Mangan

August 14, 2006   4:00am

For years, a media-dodging financial adviser who owns Manhattan's largest pad has cultivated his mysterious image, suggesting he creates big investment profits for billionaire clients without revealing how he does it or whose portfolios he handles.

But now investment whiz Jeffrey Epstein's darkest personal secrets have allegedly been bared in an explosive, seamy prostitution case involving underage girls.

Instead of marveling at his stock-market acumen, Epstein's celebrity friends are now hearing sordid stories about his alleged obsession with getting massages in his Florida mansion from young girls – one allegedly just 14 years old.

The tawdry tale came to light when Epstein, 53, was busted in Florida on July 23 after a grand jury indicted him on a single felony charge of solicitation of prostitution. The grand jury declined to indict the silver-haired moneyman on charges of sexual contact with minors.

But a bitter rift between Palm Beach cops and prosecutors over how to handle the case has put Epstein at risk of more serious charges. The FBI is weighing whether to investigate his alleged contacts with underage girls.



Gerald Lefcourt, one of Epstein's high-powered lawyers, says his client is innocent and that his polygraph test helps prove it.

"There was no sexual contact with anyone underage," Lefcourt said, arguing that that has been "proved beyond a reasonable doubt" by evidence lawyers gave authorities.

Epstein owns what reportedly is Manhattan's largest home – a 51,000-square-foot Upper East Side house – plus a sprawling New Mexico ranch and a 100-acre private island in the U.S. Virgin Islands.

He also owns a two-story pink mansion in Palm Beach, which became the focus of a nearly yearlong police investigation.

Palm Beach police records show that on March 15, 2005, a 14-year-old girl alleged she had visited Epstein's house a month before at the behest of an older friend. The girl said that while at Epstein's pad, she partially stripped and gave Epstein a massage.

At one point, "Epstein then pulled out a purple vibrator" and used it on her, police records claim.

Epstein eventually paid the girl $300, and she left, the records allege.

The allegation ignited a probe that ultimately led to five young women who said Epstein had masturbated and touched their genitals during massages, the records state. Some girls initially were recruited by a woman named ███████████, documents say.

When cops confronted the 20-year-old ███████ the records show, she admitted that she had been recruited at age 17 by a friend to give Epstein a massage while she was naked.

"He tried to touch me, and I stopped him," ██████ alleged.

Epstein allegedly paid her $200 for the rubdown.

After the massage, Epstein told her that he understood she wasn't comfortable but that "he would pay her if she brought over some girls," the police records state.

"He told her the younger the better," the records claim.

██████ – who described herself as "like a Heidi Fleiss" – alleges that, over time, she brought six girls who were between 14 and 16 to Epstein's house, the police records state.

Police allege that Epstein's comely blond assistant, ██████████ helped arrange the sessions.

Several girls allege that ███████ 26, led them to Epstein's master bedroom, where she would set up a massage table and give them oils to rub on Epstein.

Cops wanted to charge ████████ and ██████ for their roles in procuring the girls, but the grand jury did not indict either women. ██████ declined to comment for this story, and ██████ could not be reached for comment.

According to one girl, "Epstein asked for her real age, [and she] stated she was 16. Epstein advised her not to tell anyone her real age," the records say.

The girl alleged that Epstein paid her to have sex with his girlfriend, ██████████ police records state.

Epstein would then watch the women have sex and take photos of their trysts to display at home, the records claim.

██████████ declined to comment.

The teen told cops she always refused to have intercourse with Epstein, the report states.

But one time, she told cops, Epstein allegedly grabbed her and forced himself on her.

When the girl became upset and screamed, "No!" Epstein apologized, and he later paid her $1,000 for the visit, the records allege.

Palm Beach cops prepared an arrest-warrant request proposing that Epstein be charged with unlawful sexual activity with certain minors and with lewd and lascivious molestation.

Instead, in a rare move, prosecutors brought the evidence to a grand jury, which indicted Epstein only on the prostitution charge.

The frustrated police now have given their evidence to the FBI's Miami division, which is considering whether to investigate Epstein for possible federal crimes involving underage girls, said Special Agent Judy Orihuela.

**READ NEXT**   WTC SICK MONITOR TO FOCUS ON CANCER

## SPONSORED STORIES



**What Was Eating Tom Lee?**
The tragic suicide of L.B.O. pioneer Thomas H. Lee rattled the cloistered world of finance.
Puck



**South Carolina Launches New Guidelines For Cars Used Less Than 50 Miles/Day**
BindRight



**The Scandal at the Center of Sergey Brin's…**
"The first words out of this person's…
Puck

**Unsold Electric Cars**