# EXHIBIT 46

Confidential Pursuant to Protective Order

```
 1            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    GOVERNMENT OF THE UNITED     )
 3  STATES VIRGIN ISLANDS        )
                                 )
 4        Plaintiff,             )
                                 )
 5  vs.                          ) 1:22-cv-10904-JSR
                                 )
 6  JPMORGAN CHASE BANK, N.A.,   )
                                 )
 7        Defendant/Third-       )
          Party Plaintiff.       )
 8  _____  )
    JPMORGAN CHASE BANK, N.A.    )
 9                               )
          Third-Party           )
10        Plaintiff,            )
                                 )
11  vs.                          )
                                 )
12  JAMES EDWARD STALEY,         )
                                 )
13        Third-Party            )
          Defendant.             )
14
               SATURDAY, JUNE 10, 2023
15
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16
    **CONFIDENTIAL BSA PORTIONS UNDER SEPARATE COVER**
17                     - - -
18            Videotaped deposition of James E.
    Staley, held at the offices of Boies Schiller
19  Flexner, LLC, 55 Hudson Yards, New York, New
    York, commencing at 9:13 a.m. Eastern, on the
20  above date, before Carrie A. Campbell,
    Registered Diplomate Reporter and Certified
21  Realtime Reporter.
22
23                     - - -
24          GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com
```

Confidential - Pursuant to Protective Order

```
 1   QUESTIONS BY MS. LIU:

 2        Q.     Mr. Staley, on or about the end

 3   of July 2006, after Jeffrey Epstein was

 4   indicted on child sex offenses, did you speak

 5   with Mr. Dimon about the fact that

 6   Mr. Epstein had been indicted?

 7        A.     My recollection is yes.

 8        Q.     And how soon after the

 9   indictment do you recall speaking to

10   Mr. Dimon?

11        A.     I don't recall.

12        Q.     And what was the context in

13   which you would have spoken to Mr. Dimon

14   about Jeffrey Epstein's indictment?

15        A.     I don't recall the exact

16   conversation.

17        Q.     And to the extent this was July

18   of 2006, at that time you were the head of

19   asset and wealth management and you reported

20   directly to Mr. Dimon, correct?

21        A.     That's correct.

22        Q.     Do you recall if you were

23   bringing this information to his attention

24   because he was your boss?

25        A.     Yes.
```

Confidential - Pursuant to Protective Order

```
 1            Q.      Do you recall if there was
 2     anyone else present during your conversation
 3     with Mr. Dimon?
 4            A.      No.
 5            Q.      Do you recall where the
 6     conversation took place?
 7            A.      No.
 8            Q.      Where was your office at that
 9     time in 2006?
10            A.      It was in one of two buildings.
11     There was a building across the street from
12     the bank headquarters, and then there was
13     another building that was about four blocks
14     away.  I'm not sure which building I was in
15     at that time.
16            Q.      And do you recall if you sat in
17     the same building as Mr. Dimon at that time?
18            A.      In 2006?
19            Q.      Yes.
20            A.      I don't believe so.
21            Q.      Do you recall if the
22     conversation took place in person or by
23     phone?
24            A.      My recollection is it was by
25     phone.
```

Confidential - Pursuant to Protective Order

```
 1          Q.      And what, if anything, do you
 2    recall about that conversation?
 3          A.      Just to let Jamie know that a
 4    client of the bank had been indicted.
 5          Q.      And do you recall if at that
 6    time when you were letting Jamie Dimon know
 7    that Jeffrey Epstein had been indicted, if
 8    Mr. Dimon already knew who Jeffrey Epstein
 9    was?
10          A.      I don't recall.
11          Q.      Why was it that you would have
12    raised this information with Mr. Dimon
13    following Mr. Epstein's indictment?
14          A.      Epstein was a client of the
15    bank.  It was a -- and the indictment was a
16    very public event.
17          Q.      Do you recall if at the time
18    you raised Jeffrey Epstein's indictment with
19    Mr. Dimon that he had already heard about it
20    in the news?
21          A.      I don't recall.
22          Q.      And do you recall anything
23    about Mr. Dimon's response to your sharing
24    the information about Jeffrey Epstein's
25    indictment?
```

Confidential Pursuant to Protective Order

1    wealth management, she had conversations with

2    Mr. Dimon about Jeffrey Epstein?

3         A.     I would imagine so.

4                MR. GAIL:  Objection.

5    QUESTIONS BY MS. LIU:

6         Q.     Okay.  You would imagine so,

7    but you're not aware of any actual

8    conversation; is that fair?

9         A.     That's fair.

10        Q.     So your testimony is that given

11   her role as the head of asset and wealth

12   management, you would have expected, as you

13   had done, that she would have reported or

14   talked to Mr. Dimon about the problems with

15   Mr. Epstein; is that fair?

16        A.     That's what I would expect,

17   yes.

18        Q.     Is it the case that Sandy

19   Warner had interactions with Mr. Epstein?

20        A.     I believe so.

21        Q.     And tell me about that.

22               MR. GAIL:  Objection.

23               THE WITNESS:  Sandy Warner was

24        the individual who asked that I meet

25        with Epstein, and my recollection, it

Confidential Pursuant to Protective Order

```
 1          was following a meeting that Sandy
 2          Warner had with Jeffrey Epstein.
 3    QUESTIONS BY MS. LIU:
 4          Q.     And was that in or about the
 5    2000 time period?
 6          A.     Yes.
 7          Q.     And that -- and during that
 8    time period, Mr. Warner was the CEO of
 9    JPMorgan, correct?
10          A.     That's correct.
11          Q.     And you knew Mr. Warner because
12    you worked at JPMorgan; is that fair?
13          A.     That's correct.
14          Q.     And tell me what you recall
15    about Mr. Warner asking you to meet with
16    Jeffrey Epstein.
17          A.     Sandy Warner had met with
18    Epstein, he said, and recently he also had
19    made me head of the private bank.
20                 And Sandy said, you should meet
21    Epstein.  He's one of the most connected
22    people I know of in New York.
23          Q.     And you did meet with
24    Mr. Epstein at that time?
25          A.     Yes.
```

Confidential - Pursuant to Protective Order

```
1          Q.      And do you recall if you ever
2    reported back to Mr. Warner, I met with
3    Mr. Epstein?
4          A.      I would imagine I did, yes.
5          Q.      And Mr. Epstein became a client
6    of the private bank at the time?
7          A.      No, he was a client already.
8    He was a client before I met him.
9          Q.      And who had the direct client
10   relationship with Jeffrey Epstein at the time
11   you met him?
12         A.      I don't know.
13         Q.      Did you ultimately take over
14   the client relationship with Mr. Epstein on
15   or about that 2000 time period?
16         A.      No, I did not.
17         Q.      What was your professional
18   relationship vis-à-vis Mr. Epstein as a
19   client of the bank at that time?
20         A.      He was covered by a banking
21   team that -- I didn't know who that was.  My
22   knowledge of Epstein came through Sandy
23   Warner, and I got to know him, but I was not
24   his banker.
25         Q.      But you were the head of the
```

Confidential - Pursuant to Protective Order

1              Do you see that?

2        A.      Yes.

3        Q.      Okay.  And GIO stands for

4   global investment opportunities, correct?

5        A.      I don't know.

6        Q.      But it was part of the private

7   bank, correct?

8        A.      It appears so.

9              (Staley Exhibit 5 marked for

10        identification.)

11   QUESTIONS BY MS. LIU:

12        Q.      Okay.  You can put that

13   document away.

14              Okay.  So you'll recall we

15   looked at the 2003 document showing his

16   revenues at the top at 8.1-plus million

17   dollars.

18              You recall that, correct?

19        A.      Yes.

20        Q.      Okay.  I'm showing you now what

21   has been marked as Exhibit 5.

22              So now you'll see we're into

23   about a year later, February 24, 2005.  You,

24   Jes Staley, send an e-mail to somebody named

25   Olivier de Givenchy at JPMorgan.

```
 1               Do you see that?
 2      A.     Yes.
 3      Q.     And you say, "Ghislaine is a
 4  good friend of one of our very big clients in
 5  the US.  Can we please try to help her?"
 6               Do you see that?
 7      A.     Yes, I do.
 8      Q.     Okay.  And "one of our very big
 9  clients" in the context of this e-mail in
10  early 2005 is referring to Jeffrey Epstein,
11  correct?
12      A.     Correct.
13      Q.     You can put that document away.
14               So leading up to Jeffrey
15  Epstein's indictment in 2006, it's fair to
16  say that he was one of JPMorgan's very big
17  clients; is that fair?
18      A.     That's fair.
19      Q.     Earlier you testified that
20  Jeffrey Epstein referred a number of clients
21  to JPMorgan over the years.
22               Is that correct?
23      A.     That's correct.
24               MR. GAIL:  Objection.
25
```

Confidential - Pursuant to Protective Order

```
 1     QUESTIONS BY MS. LIU:

 2          Q.     And among these clients are

 3     Sergey Brin?

 4          A.     Yes.

 5          Q.     Google LLC?

 6          A.     Yes.

 7          Q.     Sultan Ahmed bin Sulayem?

 8          A.     Yes.

 9          Q.     Ehud Barak?

10          A.     I don't know if Ehud became a

11     client.

12          Q.     Peter Mandelson?

13          A.     Also don't know if Peter became

14     a client.

15          Q.     Mort Zuckerman?

16          A.     Yes.

17          Q.     ███████████████████

18          A.     I believe so.

19          Q.     Highbridge Capital Management

20     which we discussed?

21          A.     Again, as I said before, I'm

22     not sure whether Epstein introduced

23     Highbridge or -- as -- or not.

24          Q.     Glenn Dubin?

25          A.     Same answer.
```

1      Q.    Kathryn Ruemmler?

2      A.    Yeah, I don't know.

3      Q.    Bill Gates?

4      A.    Yes.

5      Q.    Leon Black?

6      A.    Same as Glenn.  I don't know

7  how I first met Leon.

8      Q.    David Gergen?

9      A.    That's correct.

10      Q.    Boris Nikolic?

11      A.    Yes.

12      Q.    Larry Summers?

13      A.    Yes.

14      Q.    Nathan Myhrvold with Microsoft?

15      A.    Yeah, I know Nathan.  I don't

16  know -- same answer.  I don't know whether

17  Epstein introduced Nathan or not.

18      Q.    Kimbal Musk?

19      A.    I didn't know Kimbal Musk.

20      Q.    Elon Musk?

21      A.    Yes.

22      Q.    Les Wexner?

23      A.    No.

24      Q.    Because Les Wexner, as you

25  described, was working with JPMorgan to take

1    The Limited public?

2         A.    That's correct.

3         Q.    George Mitchell?

4         A.    I don't know.

5         Q.    Bill Richardson?

6         A.    Yes.

7         Q.    Okay.  And you suggested on

8    Ehud Barak you weren't sure whether or not he

9    became a client of JPMorgan's; is that fair?

10        A.    That's fair.

11        Q.    Okay.  But Jeffrey Epstein did

12   set up various meetings between employees of

13   the bank and Ehud Barak; is that correct?

14        A.    I met Ehud Barak.  I don't know

15   if he set up meetings with other people from

16   Morgan.

17        Q.    Are you aware whether or not

18   Mr. Dimon also met with Ehud Barak?

19             MR. GAIL:  Objection.

20             THE WITNESS:  I don't recall.

21   QUESTIONS BY MS. LIU:

22        Q.    To the extent Mr. Dimon met

23   with Mr. Barak, would that have been a

24   meeting that would have been facilitated by

25   Mr. Epstein?

Confidential -- Pursuant to Protective Order

1            MR. GAIL:  Triple objection.

2     QUESTIONS BY MS. LIU:

3         Q.     You can answer, sir.

4         A.     Ask the question again?

5         Q.     To the extent Mr. Dimon met

6     with Ehud Barak, would that have been a

7     meeting facilitated by Jeffrey Epstein?

8            MR. GAIL:  Objection.

9            THE WITNESS:  That's -- I don't

10        know.

11    QUESTIONS BY MS. LIU:

12        Q.     Do you know if Mr. Dimon had

13    any independent connection to Ehud Barak?

14        A.     I don't know.

15        Q.     I think with respect to Peter

16    Mandelson, you also suggested you don't know

17    if he became a client of the bank; is that

18    correct?

19        A.     That's correct.

20        Q.     But did Mr. Epstein facilitate

21    meetings with persons at the bank, including

22    yourself and Mr. Mandelson?

23        A.     He facilitated meetings between

24    myself and Peter Mandelson, yes.

25        Q.     And do you know if Mr. Dimon

Confidential -- Pursuant to Protective Order

```
 1    ever met or -- I'll rephrase.

 2              Do you know if Mr. Dimon ever

 3    met with Mr. Mandelson?

 4         A.    I don't know.

 5         Q.    And to the extent you met with

 6    Ehud Barak, that meeting was arranged by --

 7    or those meetings were arranged by Jeffrey

 8    Epstein; is that fair?

 9         A.    That's fair.

10         Q.    Do you recall Mr. Epstein

11    arranging a meeting between you and the

12    Sultan of Dubai in early 2006?

13         A.    I don't recall.

14         Q.    Do you recall meeting with the

15    Sultan of Dubai?

16         A.    Yes.

17         Q.    And do you recall meeting with

18    the Sultan of Dubai while you were the head

19    of asset and wealth management at JPMorgan?

20         A.    Yes.

21         Q.    And to the extent -- I'll

22    rephrase.

23              You met with Mr. Dubai {sic} as

24    part of your position as the head of asset

25    and wealth management at JPMorgan, correct?
```

Confidential -- Pursuant to Protective Order

```
 1          A.      Dubai is a country, not his

 2   name.

 3          Q.      And I apologize.  I'm looking

 4   at a document.

 5               But "the Sultan" we're

 6   referring to, Ahmed bin Sulayem, right?

 7          A.      Yes.

 8          Q.      And you recall that the meeting

 9   that Mr. Epstein arranged for you with Sultan

10   Ahmed bin Sulayem was taken by you as part of

11   your role as the head of asset and wealth

12   management at JPMorgan?

13          A.      Yes.

14          Q.      And is it fair to say that your

15   meeting with Ehud Barak, or your meetings

16   with Ehud Barak, were also taken by you as

17   part of your role as an executive at

18   JPMorgan?

19          A.      Yes.

20          Q.      And same question for Bill

21   Gates.  You met with Bill Gates on various

22   occasions, correct?

23          A.      Yes.

24          Q.      And again, is it fair to say

25   that your meetings with Bill Gates, arranged
```

Confidential - Pursuant to Protective Order

1    by Jeffrey Epstein, were taken by you as part

2    of your role as the head of asset and wealth

3    management at JPMorgan?

4         A.    Yes.

5         Q.    You also met with Larry

6    Summers, correct?

7         A.    Correct.

8         Q.    And to the extent those

9    meetings were arranged by Jeffrey Epstein,

10   were those meetings taken by you as part of

11   your role as the head of asset and wealth

12   management at JPMorgan?

13        A.    Yes.

14             VIDEOGRAPHER:  Mimi, can we

15        pause one moment?

16             MS. LIU:  Sure.

17             VIDEOGRAPHER:  We have a random

18        phone number that wants to enter into

19        the Zoom.

20             MS. LIU:  Can we go off the

21        record?

22             VIDEOGRAPHER:  Stand by.

23        11:07.  We are off the video record.

24         (Off the record at 11:07 a.m.)

25             VIDEOGRAPHER:  11:09, we are on

Confidential - Pursuant to Protective Order

1        the video record.

2                (Staley Exhibit 6 marked for

3        identification.)

4    QUESTIONS BY MS. LIU:

5        Q.     Mr. Staley, you're being handed

6    what has been marked as Exhibit 6.

7                You'll see there's an e-mail

8    from Jeffrey Epstein dated May 5, 2014, to

9    you, Jes Staley.

10               Do you see that?

11       A.     Yes.

12       Q.     Okay.  And he's forwarding a

13   message from Sultan bin Sulayem dated May 5,

14   2014.

15               Do you see that?

16       A.     Yes.

17       Q.     And if you could turn to the

18   next two pages, you see that there are two

19   photographs there of Jamie Dimon and Sultan

20   bin Sulayem?

21       A.     Yes.

22       Q.     Do you know if Jeffrey Epstein

23   was the one who would have facilitated any

24   later meeting between Mr. Dimon and

25   Mr. Sulayem?

Confidential - Pursuant to Protective Order

```
 1          A.      I don't know.

 2          Q.      And what is DP World?  Do you

 3    know?

 4          A.      I believe it is Dubai Port.

 5          Q.      And that's a conference, DP

 6    World?

 7          A.      I think DP, Dubai Ports, is a

 8    part of the Dubai government.  I don't know

 9    what -- whether it's a conference or whether

10    it's their building.

11          Q.      During your time period working

12    at JPMorgan, are you aware whether or not

13    Mr. Dimon had interest in meeting with the

14    Sultan bin Sulayem?

15          A.      No, I'm not aware.

16          Q.      Let me ask you about a few

17    other names that I didn't see in the

18    discovery responses that you provided in this

19    case.

20                  Michael Ovitz, was that a

21    client referred to by -- referred to the bank

22    by Jeffrey Epstein?

23          A.      I don't believe Ovitz was

24    referred by Epstein, no.

25          Q.      But Ovitz had some connection
```

1    to Jeffrey Epstein; is that fair?

2         A.    I don't know what sort of

3    connection Ovitz had with Epstein.

4         Q.    What about Andrew Farkas?

5         A.    I believe so.

6         Q.    But he was a referral with

7    Jeffrey Epstein's to the bank?

8         A.    I believe -- or -- I don't

9    know.

10        Q.    Prince Andrew?

11        A.    I don't -- I'm not sure if

12   Prince Andrew became a client of the bank.

13        Q.    But Jeffrey Epstein at least

14   facilitated meetings between persons working

15   at the bank and Prince Andrew; is that fair?

16        A.    Yes.

17        Q.    Do you recall in or about 2012

18   or 2013 that Mr. Dimon was invited to a

19   dinner at Buckingham Palace hosted by Prince

20   Andrew?

21        A.    I am not aware of that.

22        Q.    Do you know during your time

23   period working at JPMorgan whether Mr. Dimon

24   had any separate or independent relationship

25   with Prince Andrew apart from the one that

Confidential - Pursuant to Protective Order

1    Jeffrey Epstein brought to the bank?

2         A.    I don't know.

3               MR. GAIL:  Objection.  That

4         assumes facts not in evidence.  That

5         is outrageous.

6    QUESTIONS BY MS. LIU:

7         Q.    You can answer the question.

8         A.    Can you ask the question again?

9         Q.    Yes.

10              Do you know during your time

11   period working at JPMorgan whether Mr. Dimon

12   had any separate or independent relationship

13   with Prince Andrew apart from the one that

14   Jeffrey Epstein brought to the bank?

15              MR. GAIL:  Objection.

16              There's no evidence that there

17        was a separate relationship, and

18        you're baking it into your question.

19        Just ask whether he had a relationship

20        with him.

21   QUESTIONS BY MS. LIU:

22        Q.    You can answer the question.

23        A.    So ask again?

24        Q.    Do you know during your time

25   period working at JPMorgan, sir, whether

Confidential   Pursuant to Protective Order

1   Mr. Dimon had any independent relationship

2   with Prince Andrew?

3                   MR. GAIL:  Objection.

4                   THE WITNESS:  I don't know.

5   QUESTIONS BY MS. LIU:

6        Q.    You're not aware of one; is

7   that fair?

8                   MR. GAIL:  Objection.

9                   Not aware of any relationship.

10                  THE WITNESS:  Yeah, I'm not

11        aware.  I was not aware.

12   QUESTIONS BY MS. LIU:

13        Q.    Mr. Staley, you're not

14   represented by counsel for JPMorgan in this

15   deposition, are you?

16        A.    No.

17                  MR. SULLIVAN:  I'll let him

18        know if that occurs.

19                  MR. GAIL:  We don't profess

20        otherwise.

21   QUESTIONS BY MS. LIU:

22        Q.    Mr. Staley, do you recall at

23   various times Mr. Epstein promoting Mr. Dimon

24   to head up the Treasury Department?

25        A.    No, I'm not aware of that.

Confidential - Pursuant to Protective Order

1    on this."

2              Do you see that?

3         A.     Yes.

4         Q.     And then Todd writes, "Did Ace

5    go to him for an exception to the felon

6    policy?"

7              Do you see that?

8         A.     Yes.

9         Q.     Do you have any understanding

10   from your time at the bank what an exception

11   to the felon policy meant?

12        A.     No, not specifically here.

13        Q.     And are you familiar with any

14   conversations between Ace Greenberg and Steve

15   Cutler or anybody about keeping Jeffrey

16   Epstein as a client at the bank in this time

17   period?

18        A.     I was not part of these

19   conversations.

20        Q.     Was Ace Greenberg at this time

21   a fairly important person at JPMorgan?  Did

22   he have any heft?

23        A.     He was -- yeah, Ace Greenberg

24   was important.

25        Q.     Okay.  You can put that

Confidential    Pursuant to Protective Order

1    of your meeting or relationship with Darling?

2         A.    Not that I know of, no.

3         Q.    Okay.

4         A.    Or not that I recall, no.

5         Q.    Okay.  If we go down one more,

6    January 25, 2010, this is another e-mail,

7    Epstein to Staley.  "The more time you have

8    to announce, the better.  I have set you up

9    and Peter to meet in Davos with Darling."

10             This is a reference to Peter

11   Mandelson?

12        A.    I believe so.

13        Q.    Do you remember meeting with

14   Peter Mandelson in Davos?  At Davos?

15        A.    Yes.

16        Q.    And how many times did you

17   ultimately meet with Peter Mandelson?

18        A.    I don't -- just a handful.

19        Q.    If we go down to the last

20   bullet point on that page, it's talking about

21   an individual named Thomas -- Tom Pritzker.

22             Do you know who that is?

23        A.    Yes.

24        Q.    Is that somebody who was -- who

25   Jeffrey Epstein introduced you to?

Confidential  Pursuant to Protective Order

```
1          A.      I believe so.

2          Q.      And did Tom Pritzker ever

3    become a client of JPMorgan?

4          A.      I believe he did.

5          Q.      When Jeffrey Epstein made these

6    connections, in this instance, such as the

7    one with Tom Pritzker, was Jeffrey Epstein

8    ever paid as a consultant, an advisor, or any

9    other way for making that connection?

10         A.      Not that I'm aware of, no.

11         Q.      As you sit here now, do you

12   understand why it was that Jeffrey Epstein

13   would go through the effort of making the

14   connection for you with somebody like Tom

15   Pritzker?

16         A.      Again, I think he valued his

17   network of contacts, and introducing me to

18   Tom, vice versa, enhanced that network for

19   him.

20         Q.      A connection such as Tom

21   Pritzker was valuable to JPMorgan, right?

22         A.      True.  Yes.

23         Q.      And a -- and that connection

24   was then likely valuable for Tom Pritzker,

25   right?
```

1        A.      No.

2        Q.      Did you understand him to have

3    a massage room at his home?

4        A.      Yes.

5        Q.      Were you given a tour of his

6    home where you saw the massage room?

7        A.      A tour of the whole house.

8    His main living room was on the second floor,

9    and I think that's where the room was.

10       Q.      So did he show you the massage

11   room?

12       A.      I don't know whether he -- I

13   just -- whether I just saw it in passing.

14       Q.      Did you take the elevator up to

15   the massage room?

16       A.      No.

17       Q.      The stairs?

18       A.      Yes.

19       Q.      Okay.

20       A.      Well, not to the massage room.

21   I took the stairs up to the second floor.

22       Q.      Were there other individuals

23   that you remember by name having met at

24   Jeffrey Epstein's townhouse?

25       A.      Ask it again?

Confidential -- Pursuant to Protective Order

```
1          Q.      Were there other individuals,

2    asides -- beside Jeffrey Epstein, that you

3    met at Jeffrey Epstein's townhouse that you

4    remember by name?

5          A.      Yes.

6          Q.      Who?

7          A.      Bill Gates.

8          Q.      Okay.

9          A.      Leon Black.  Katie Couric.  Eva

10   Dubin.  ████████

11         Q.      ████████████████████

12         A.      Yeah, I believe so.

13         Q.      Okay.

14         A.      Larry and Sergey Brin.  The

15   Sultan.

16                 Those would be, you know, off

17   the top of my head.

18         Q.      Okay.  Switching to a different

19   class of people.  Did you meet any of Jeffrey

20   Epstein's staff or friends or any of the

21   females that were at his house?

22         A.      Yes.

23         Q.      And who?

24         A.      Lesley Groff.

25         Q.      What did you understand Lesley
```

```
1    Groff's position to be?

2         A.    His secretary.

3         Q.    Okay.  Most of the scheduling

4    of the meetings and things of that nature

5    went through Lesley, the same way you went

6    through Rosa?

7         A.    Right.

8         Q.    Okay.

9         A.    Eva Dubin.

10        Q.    What did you understand her

11   relationship to be as it related to Jeffrey

12   Epstein, aside from being Glenn Dubin's wife?

13        A.    They dated for about ten years,

14   is my understanding.

15        Q.    A long time in the past, right?

16        A.    Yes.

17                     ███████

18        Q.    What did you understand ███

19   ████'s role to be?

20        A.    She was one of his assistants.

21        Q.    Okay.  How many times do you

22   remember meeting ██████████?

23        A.    A number of times.

24        Q.    Okay.  Anybody else?

25        A.    He had a couple that took care
```

Confidential    Pursuant to Protective Order

```
 1    of the house.  I don't remember their names.

 2         Q.     Jo Jo Fontanella?

 3         A.     I don't remember their names.

 4         Q.     Okay.

 5         A.     Off the top of my head, those

 6    are --

 7         Q.     Did you meet ██████████?

 8         A.     Yes.  Sorry.

 9         Q.     And in what context did you

10    meet ██████████?

11         A.     She was also one of his

12    assistants.

13         Q.     And what did you think that her

14    role was?

15         A.     You know, he had a lot of

16    properties.  He traveled around.  He had

17    assistants that helped him with all that.

18         Q.     What did you understand Jeffrey

19    Epstein's business to be on a day-to-day

20    basis?

21         A.     My understanding was -- well,

22    he managed his network.  My understanding,

23    you know, he didn't have a business, per se;

24    that his wealth was accumulated from his

25    relationship with Les Wexner.
```

```
 1              UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    GOVERNMENT OF THE UNITED      )
 3  STATES VIRGIN ISLANDS         )
                                  )
 4        Plaintiff,              )
                                  )
 5  vs.                           ) 1:22-cv-10904-JSR
                                  )
 6  JPMORGAN CHASE BANK, N.A.,    )
                                  )
 7        Defendant/Third-        )
          Party Plaintiff.        )
 8  _____   )
    JPMORGAN CHASE BANK, N.A.     )
 9                                )
          Third-Party            )
10        Plaintiff,              )
                                  )
11  vs.                           )
                                  )
12  JAMES EDWARD STALEY,          )
                                  )
13        Third-Party             )
          Defendant.              )
14
15              SUNDAY, JUNE 11, 2023
16     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
17                    - - -
18          Videotaped deposition of James E.
    Staley, Volume II, held at the offices of
19  Boies Schiller Flexner, LLC, 55 Hudson Yards,
    New York, New York, commencing at 9:07 a.m.
20  Eastern, on the above date, before Carrie A.
    Campbell, Registered Diplomate Reporter and
21  Certified Realtime Reporter.
22
23                    - - -
24          GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

Confidential - Pursuant to Protective Order



```
 1        A.      No.

 2        Q.      If I asked you the question --

 3        A.      I don't recall how many times.
```

Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



1    Q.    Do you remember, did you walk

2    to 301?

3    A.    I don't recall.

4    Q.    Did you ever walk to Jeffrey's

5    townhouse from your place?

6    A.    Yes.

7    Q.    Okay.  Is that typically how

8    you would visit, is you would walk from your

9    place to his?

10    A.    No.

11    Q.    There was an e-mail that we

12    looked at yesterday where you were writing to

13    somebody else in JPMorgan that you spoke with

14    Jeffrey Epstein and he denied the ages.

15              Do you remember that?

16    A.    Yes.

17    Q.    And he had been accused at that

18    point in time of having erotic massages with

19    a bunch of children and paying them for it.

20              Do you remember that?  Those

21    being the allegations?

22    A.    In what year are you talking

23    about?

24    Q.    Sure.  This is after he was

25    indicted in 2006 and before he pleads guilty

Confidential   Pursuant to Protective Order

```
1    in 2008.
2              During that period of time, he
3    was accused of sexual interactions with
4    children, and he was paying them money,
5    right?
6         A.   I don't recall them being
7    called children, though.
8         Q.   Okay.  Well, you remember that
9    the charge was procurement of a minor for
10   prostitution?
11        A.   Yes.
12        Q.   And he was essentially charged
13   with obtaining erotic massages from young
14   females who, during the course of that
15   investigation, were revealed to be underage,
16   and he was paying them cash in exchange for
17   those erotic massages.
18              Do you remember that?
19        A.   Yes.
20        Q.   And you reported back to the
21   bank that Jeffrey Epstein denied the ages,
22   correct?
23        A.   That's correct.
24        Q.   Jeffrey Epstein was not denying
25   the conduct, right?
```

Confidential   Pursuant to Protective Order

1     A.     That's right.

2     Q.     The conduct that he was being

3     accused of, he was admitting that he did it.

4     He was just denying that he knew the ages of

5     the victims, right?

6     A.     Correct.

7     Q.     And you were reporting that

8     back to the bank, that what was being denied

9     is the ages, right?

10     A.     Right.

11     Q.     So the bank has, essentially,

12     all of the information that you had at the

13     time, which is that Jeffrey Epstein is

14     admitting to this conduct of engaging in sex

15     for money with young women.  And the only

16     thing he was disputing is the age of the --

17     of the potential victims, right?

18     A.     Right.

19     Q.     So the bank is understanding --

20     is getting an e-mail from you that Jeffrey

21     Epstein, the only thing he's contending over

22     here is the ages, right?

23     A.     Yes.

24     Q.     And so when the bank is

25     receiving that information, they now know

1    what you know, which is, this is the type of

2    conduct that our client is engaging in, and

3    the only dispute that he has about the

4    allegations are the ages of the victims,

5    right?

6         A.     That's correct.

7         Q.     And based on that information

8    that they are receiving, meaning JPMorgan is

9    receiving, Stephen Cutler and anybody else

10   who had the ability to exit Jeffrey Epstein

11   elect instead to keep Jeffrey Epstein as a

12   client, right?

13        A.     Yes.

14        Q.     There was a point that was made

15   earlier about your sharing information that

16   was internal JPMorgan information not to be

17   disseminated to the public.

18               Do you remember that?

19        A.     Yes.

20        Q.     And it was framed as a

21   potential violation of the code of conduct in

22   that information that was internal

23   information to JPMorgan was being shared with

24   Jeffrey Epstein.

25               Do you remember that?