# EXHIBIT 57

| Category | BegControl | EndControl |
|---|---|---|
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054399 | JPM-SDNYLIT-00054402 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054403 | JPM-SDNYLIT-00054406 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054407 | JPM-SDNYLIT-00054416 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054417 | JPM-SDNYLIT-00054424 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054425 | JPM-SDNYLIT-00054432 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054433 | JPM-SDNYLIT-00054442 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054443 | JPM-SDNYLIT-00054450 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054451 | JPM-SDNYLIT-00054458 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054459 | JPM-SDNYLIT-00054470 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054471 | JPM-SDNYLIT-00054480 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054481 | JPM-SDNYLIT-00054486 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054487 | JPM-SDNYLIT-00054492 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054493 | JPM-SDNYLIT-00054500 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054501 | JPM-SDNYLIT-00054506 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054507 | JPM-SDNYLIT-00054514 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054515 | JPM-SDNYLIT-00054520 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054521 | JPM-SDNYLIT-00054530 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054531 | JPM-SDNYLIT-00054540 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054541 | JPM-SDNYLIT-00054550 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054551 | JPM-SDNYLIT-00054558 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054559 | JPM-SDNYLIT-00054568 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054569 | JPM-SDNYLIT-00054580 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054581 | JPM-SDNYLIT-00054588 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054589 | JPM-SDNYLIT-00054594 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054595 | JPM-SDNYLIT-00054600 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054601 | JPM-SDNYLIT-00054610 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054611 | JPM-SDNYLIT-00054620 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054621 | JPM-SDNYLIT-00054628 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054629 | JPM-SDNYLIT-00054636 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054637 | JPM-SDNYLIT-00054646 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054647 | JPM-SDNYLIT-00054656 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054657 | JPM-SDNYLIT-00054666 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054667 | JPM-SDNYLIT-00054670 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054671 | JPM-SDNYLIT-00054678 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054679 | JPM-SDNYLIT-00054688 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054689 | JPM-SDNYLIT-00054694 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054695 | JPM-SDNYLIT-00054704 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054705 | JPM-SDNYLIT-00054714 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054715 | JPM-SDNYLIT-00054718 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054719 | JPM-SDNYLIT-00054726 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054727 | JPM-SDNYLIT-00054736 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054737 | JPM-SDNYLIT-00054742 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054743 | JPM-SDNYLIT-00054750 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054751 | JPM-SDNYLIT-00054758 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054759 | JPM-SDNYLIT-00054766 |

| Category | BegControl | EndControl |
|---|---|---|
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054767 | JPM-SDNYLIT-00054774 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054775 | JPM-SDNYLIT-00054784 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054785 | JPM-SDNYLIT-00054796 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054797 | JPM-SDNYLIT-00054804 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054805 | JPM-SDNYLIT-00054814 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054815 | JPM-SDNYLIT-00054824 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054825 | JPM-SDNYLIT-00054834 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054835 | JPM-SDNYLIT-00054844 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054845 | JPM-SDNYLIT-00054854 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00054855 | JPM-SDNYLIT-00054864 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072550 | JPM-SDNYLIT-00072558 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072559 | JPM-SDNYLIT-00072568 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072569 | JPM-SDNYLIT-00072579 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072580 | JPM-SDNYLIT-00072589 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072590 | JPM-SDNYLIT-00072599 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072600 | JPM-SDNYLIT-00072610 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072611 | JPM-SDNYLIT-00072620 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072621 | JPM-SDNYLIT-00072629 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072630 | JPM-SDNYLIT-00072640 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072641 | JPM-SDNYLIT-00072651 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072652 | JPM-SDNYLIT-00072660 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072661 | JPM-SDNYLIT-00072670 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072671 | JPM-SDNYLIT-00072678 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072679 | JPM-SDNYLIT-00072686 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072687 | JPM-SDNYLIT-00072696 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072697 | JPM-SDNYLIT-00072706 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072707 | JPM-SDNYLIT-00072715 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072716 | JPM-SDNYLIT-00072725 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072726 | JPM-SDNYLIT-00072738 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072739 | JPM-SDNYLIT-00072750 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072751 | JPM-SDNYLIT-00072761 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072765 | JPM-SDNYLIT-00072772 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072773 | JPM-SDNYLIT-00072782 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072783 | JPM-SDNYLIT-00072791 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072792 | JPM-SDNYLIT-00072800 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072801 | JPM-SDNYLIT-00072809 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072810 | JPM-SDNYLIT-00072817 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072818 | JPM-SDNYLIT-00072824 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072825 | JPM-SDNYLIT-00072833 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072834 | JPM-SDNYLIT-00072841 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072842 | JPM-SDNYLIT-00072849 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072850 | JPM-SDNYLIT-00072857 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072858 | JPM-SDNYLIT-00072865 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072866 | JPM-SDNYLIT-00072873 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072874 | JPM-SDNYLIT-00072882 |

| Category | BegControl | EndControl |
|---|---|---|
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072883 | JPM-SDNYLIT-00072891 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072892 | JPM-SDNYLIT-00072899 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072900 | JPM-SDNYLIT-00072909 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072910 | JPM-SDNYLIT-00072918 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072919 | JPM-SDNYLIT-00072928 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072929 | JPM-SDNYLIT-00072936 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072937 | JPM-SDNYLIT-00072944 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072945 | JPM-SDNYLIT-00072953 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072954 | JPM-SDNYLIT-00072962 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072963 | JPM-SDNYLIT-00072971 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072972 | JPM-SDNYLIT-00072981 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072982 | JPM-SDNYLIT-00072988 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072989 | JPM-SDNYLIT-00072997 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00072998 | JPM-SDNYLIT-00073006 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073007 | JPM-SDNYLIT-00073015 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073016 | JPM-SDNYLIT-00073025 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073026 | JPM-SDNYLIT-00073035 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073036 | JPM-SDNYLIT-00073043 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073044 | JPM-SDNYLIT-00073053 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073085 | JPM-SDNYLIT-00073092 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073093 | JPM-SDNYLIT-00073100 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073101 | JPM-SDNYLIT-00073108 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073109 | JPM-SDNYLIT-00073116 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073117 | JPM-SDNYLIT-00073124 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073125 | JPM-SDNYLIT-00073132 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073133 | JPM-SDNYLIT-00073142 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073143 | JPM-SDNYLIT-00073150 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073151 | JPM-SDNYLIT-00073158 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073159 | JPM-SDNYLIT-00073166 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073167 | JPM-SDNYLIT-00073174 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073175 | JPM-SDNYLIT-00073182 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073183 | JPM-SDNYLIT-00073190 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073191 | JPM-SDNYLIT-00073198 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073199 | JPM-SDNYLIT-00073206 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073207 | JPM-SDNYLIT-00073214 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073215 | JPM-SDNYLIT-00073222 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073223 | JPM-SDNYLIT-00073230 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073231 | JPM-SDNYLIT-00073236 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073237 | JPM-SDNYLIT-00073244 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073245 | JPM-SDNYLIT-00073252 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073253 | JPM-SDNYLIT-00073258 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073259 | JPM-SDNYLIT-00073264 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073265 | JPM-SDNYLIT-00073272 |
| Epstein's JPMorgan Account ending in 0438 | JPM-SDNYLIT-00073273 | JPM-SDNYLIT-00073280 |