# EXHIBIT 68

USCG Due Diligence Report - Individual

 **JPMorgan Private Bank**

---

DDR Name: ▓▓▓▓▓▓▓ ~
DDR Status: Process Completed

---

## Banker Information

| | |
|---|---|
| Banker: | Paul V Morris/JPMCHASE |
| LE/OU: | 102/29338 |
| Banker SID: | N256838 |
| Banker BAC: | 8634--CHBG |
| Banker FNEN: | 01 |

**Banker History:**

03/04/2010 11:09:15 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Paul V Morris/JPMCHASE.
07/28/2006 11:00:04 PM - CRD / Notrix changed: Banker from Jeffrey M Matusow/JPMCHASE to Mary C Casey/JPMCHASE.
07/13/2006 11:00:44 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Jeffrey M Matusow/JPMCHASE.
07/10/2006 11:00:44 PM - CRD / Notrix changed: Banker from Robert Baynard/JPMCHASE to Mary C Casey/JPMCHASE.
07/07/2006 11:00:21 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Robert Baynard/JPMCHASE.
01/19/2006 11:00:30 PM - CRD / Notrix changed: Banker from Mary Rieth/JPMCHASE to Mary C Casey/JPMCHASE.
04/22/2005 10:10:28 PM - CRD / Notrix changed: Banker GID from 00000043917 to U043917.

## DM ID Link Information

The DM for this DDR is DM Name -JEFFREY E EPSTEIN CAS ID - 9710670708.
The following DDR's are associated with this Decision Maker .

| DDR Name | Banker | Security Services Search Date |
|---|---|---|
| 116 East 65th St., LLC | Morris, Paul V | 02/02/2009 |
| Darren K. Indyke PLLC | Morris, Paul V | 10/17/2008 |
| ▓▓▓▓▓ | Morris, Paul V | 02/08/2004 |
| EMMCAC, LLC | Morris, Paul V | 08/06/2004 |
| Epstein, Jeffrey | Morris, Paul V | 03/07/2011 |
| Financial Trust Company, Inc. | Morris, Paul V | 08/11/1999 |
| Financial Trust Company, Inc. | Morris, Paul V | 05/21/2003 |
| Freedom Air International, Inc. | Morris, Paul V | 03/11/2010 |
| HBRK Associates Inc. | Morris, Paul V | 10/17/2008 |
| Hyperion Air, Inc. | Morris, Paul V | 02/03/2009 |
| I-Correct.com LLC | Morris, Paul V | 01/30/2009 |
| Indyke, Darren K | Morris, Paul V | 01/15/2010 |
| Jege, Inc. | Morris, Paul V | 02/03/2009 |
| LYN & JOJO LLC | Morris, Paul V | 07/31/2006 |
| ▓▓▓▓▓ | Morris, Paul V | 02/08/2004 |
| MAX Foundation | Morris, Paul V | 12/10/2009 |
| New York Strategy Group, LLC | Morris, Paul V | 04/16/2003 |
| Plan D, Inc. | Morris, Paul V | 01/30/2009 |
| The 2007 Jeffrey E Epstein Insurance Trust #2 - November 1, 2007 | Morris, Paul V | 12/01/2008 |
| The 2007 Jeffrey E Epstein Insurance Trust #3 dtd November 1, 2007 | Morris, Paul V | 12/02/2008 |
| The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 | Morris, Paul V | 11/25/2008 |
| The C.O.U.Q. Foundation, Inc. | Morris, Paul V | 01/28/2004 |
| The Haze Trust | | |

## Name/Contact Information

⦿ New Client (No Decision Maker/UCAS/PCN Exists)
○ Existing Client (Decision Maker/UCAS/PCN Exists)
○ Prospect (must be converted to a client prior to the account opening.)

---

☐ Backlog Client

---

JPMC Internal Use Only

EXHIBIT
*Erdoes-6*
*7/15/23*
PENGAD 800-631-6989

---

JPM-SDNYLIT-00036564

| Is this DDR being used for multiple entities? | ☐ Yes  ☒ No |
| --- | --- |

| | |
| --- | --- |
| Last Name: | ███████ |
| First Name: | ██████ |
| Middle Name/Initial: | |
| Previous Last Name(s): | |
| Title: | |
| Business Name: | |

(To Record Individual's Ownership Or Employer)

| Addresses | Primary Address (Legal address on account) | Business Address (Other than Primary Address) |
| --- | --- | --- |
| Name: | ████████████ | |
| Attention: | | |
| Address Line 1: | ████████████ | |
| Address Line 2: | ████ | |
| City: | ██████ | |
| State: | ██ | |
| Province: | | |
| Postal/Zip Code: | ████ | |
| Country: | ██ | UNITED STATES |

| | |
| --- | --- |
| Legal Entity: | Individual / Joint |
| Industry Code: | NAIC Code: |
| Citizenship: | To be confirmed |
| Date of Birth: | (Use 4-digit year) |
| Gender: | Female |
| Tax ID # : | ████████  Remember to collect W-8's or other applicable tax forms for each jurisdiction. |
| Passport/Drivers License #: | |
| Home Phone: | **(212)-000-0000** |

## Introduction Information

| | |
| --- | --- |
| Introduction Type: | Related Client A/C |
| Specific Information: | Jeffrey Epstein |
| Met With Principal? | ☐ Yes  ☒ No |

If you did not meet the Principal, give an indication of why you haven't met the individual and when you will. Mary will meet with her as soon as possible. She has met several times with Jeffrey Epstein.

What form of goverment issued identification document did you obtain for the files?
Other

| If Other ,Please Describe: | not yet supplied |
| --- | --- |

## Financial Information

| | |
| --- | --- |
| Occupation, Business or Employer of the Client: | Model |

Confidential

| Net Worth of Client: | $ 0.1 (USD millions) |
|---|---|
| Documentation/ Information obtained to confirm stated net worth of the Client: | personal information provided by Epstein advisor, Eric Ganey |
| Source Of Wealth: | Earned |
| Please Describe: | through modelling assignments |

## Transaction Profile/Expected Account Activity

What is the purpose/intended use of this account?

What is the expected source of account funding ?

Approximate $ amount to fund the account :

Please check the types of account and expected activity for this legal entity (inflows and outflows of securities and cash) - check ALL that apply:

| Account | Activity Level: Low (1-5 transactions/month) Medium (6-12 trs/month) High (over 12 trs/month) |
|---|---|
| DDA/MMIA: | ● Low ○ Medium ○ High |
| SDI: | ○ Low ○ Medium ○ High |
| Investment Management: | ○ Low ○ Medium ○ High |
| Funds: | ○ Low ○ Medium ○ High |
| Other: | ○ Low ○ Medium ○ High |

Transaction Profile/Expected Account Activity
Checking account

## Required Security Services Checks

Security Search Type: Full

Note for Security Services:
Please list any specific search requests/instructions to Security Services here

## Security Services Information

A Security Services Check is REQUIRED for New Clients and Prospects
This section to be completed by the Security Services Group:

List Individuals and Corporate Entities Investigated:
▓▓▓▓▓▓ was fully researched in New York only.

Reference the Due Diligence Report titled (▓▓▓▓ for a (FULL) report on (▓▓▓▓). No research was conducted on ▓▓▓▓ under this particular DDR.

Please Note: All research is subject to the availability of electronic database resources.
Attachment:
DDR # 061104 (no attachment)

| Search Type | Is Further Review by | Security Service Details: | Banker Response: |
|---|---|---|---|
| | | | |

Confidential   JPM-SDNYLIT-00036566

| | Banker Required? | | |
|---|---|---|---|
| Company Information | No | No records were found. | |
| Corporate Records | No | No records were found. | |
| Other Database Searches (RDC/CDC/MIS) | | | |
| Civil Court Action | No | No records were found. | |
| Federal & State Court Action | No | No records were found. | |
| Personal Particulars | No | Social security number ███████ could not be confirmed as belonging to ████████ A check with the social security administrations lists social security number ████████ as a valid number, but not yet issued. | |
| Publications | No | Nothing derogatory was found. | |
| Regulatory Sanctions | No | No records were found. | |
| OFAC/Control List Search | | | |

Has this been identified as a Red Dot DDR? : ○ Yes ○ No

| | |
|---|---|
| Expense No.: | 99/137001 |
| Total Costs: | $0.00 |
| Signed by: | Vanessa A Budhu |

| | |
|---|---|
| Dated: | 02/08/2004 09:42:46 AM |

## Individual Checks

| Background Check | Date (Required If Check Carried Out) | Comments (Required If Check Carried Out) |
|---|---|---|
| ☐ Morgan Network | 01/28/2004 | ████████ is a Slovakian citizen who has come to the US for modelling work. Jeffrey Epstein knows the model personally. Epstein is a longstanding client of JPMPB. |
| ☐ TRW/CIC | | |
| ☐ Lexis Nexis | | |
| ☐ Dun_Bradstreet | | |
| ☐ Bank References | | |
| ☐ Directories | | |
| ☐ Bus Social Contacts | | |
| ☐ Other | | |

## Summary

| | |
|---|---|
| Summary Of Findings: | Jeffrey Epstein often provides support to emerging models. In this case, ████████ has arrived from the Slovak Republic and Epstein has asked us the favor of opening a checking account for her and he will guarantee her credit card application. The selection of Slovakia as her citizenship in the DDR system was not available to be chosen and needs to be rectified. |
| Anticipated Product(s) | Deposits |

Confidential

## Number Assignments

Standalone Entity?

**• Yes ○ No**

If this legal entity is or will be a Client (PCN) or
Prospect answer YES.
If this legal entity is or will be part of an Existing
PCN relationship answer NO.

If "No" above, then indicate the Client (PCN):
Ultimate Customer Number (UCN):

1405152

Optionally, you may
indicate the Affiliation Number:

SPN Required?
SPN#:

**• Yes ○ No**
5388082

CAS ID:

0123837908

Client Service Team:

Camillo A D'Orazio/JPMCHASE, Maria A
Hornak/JPMCHASE, Ethan J Hornbecker/JPMCHASE
Please type in the name of the CSS person/persons
that supports your region.

## Approval Information

Public/High Profile Figure              No

High Risk Jurisdiction                  No

High Risk Business              No

Banker:          Paul V Morris/JPMCHASE

LE/OU:           102/29338

Senior Manager:   Tad C Smith

## Annual / Periodic Review Information

Annual/Periodic Review     36 months
Due in:

Periodic Review Comments :

This annual/periodic review is for DMID  # 9710670708 - DMID Name: JEFFREY E EPSTEIN
The actual review is being conducted within the  Ranch Lake III, Inc. DDR.

**Banker Approval Information**

Based on my due diligence and the information provided , I approve the acceptance of ██████████ ~ as a Client.
Mary Rieth    02/09/2004 08:33:37 AM

**Senior Manager Approval Information**

Based on the information provided and the approval granted by *Mary Rieth*, I approve the acceptance of ██████████ ~
as a Client.

Tad C Smith    02/09/2004 09:23:31 AM

**Admin Comments**

Confidential                                                    JPM-SDNYLIT-00036568

| Admin Comments: |
|---|
| By: |
| Date: |

Admin Comments History :

**Document History**

Created: 01/29/2004                                    By: Doreen X Hewitt-Dunn

Last Modified: 02/09/2004 09:23:42 AM          By: Tad C Smith

Submitted: 01/29/2004                                 By: Doreen X Hewitt-Dunn

**Audit History**

Converted Tracking Document History:
1. Security Services Sign-Off by: Vanessa A Budhu on 02/08/2004 09:42:51 AM.
2. Client Manager Approval by: Mary Rieth on 02/09/2004 08:33:37 AM.
3. Awaiting Security Services Research by: Doreen X Hewitt-Dunn on 01/29/2004 11:09:35 AM.
4. Senior Manager Approval by: Tad C Smith on 02/09/2004 09:23:34 AM.

Confidential

JPM-SDNYLIT-00036569