# EXHIBIT 72

# DEALBREAKER

HOME  ›  JEFFREY EPSTEIN

# Meet ████████████████, Star Girl of the Raunchiest Part of Epstein Scandal

JOHN CARNEY  •  UPDATED: JAN 14, 2019  ·  ORIGINAL: JUL 28, 2006

Without a doubt, the absolutely raunchiest part of the Epstein affadavit stars a mysterious young woman named "█████████" Lesbian strap-on raunchiness, ending in something that sounds to us a little bit like rape. We get all the details but no explanation of who █████ is or what her relationship with Epstein was. She's not one of his high school victims, and doesn't seem to have talked to the police. But it somehow seems fitting that this mysterious money manager to the billionaires would have an unknown Czech sex puppet lying around somewhere.
Gawker identified her in a NY Social Diary photo where ████ (far left) is palling around with Epstein's pimp assistant Sarah Kellen (right). Here she looks very respectable. Not at all like the "large rubber penis" wielding girl we know from the affadavit. Surely there's a more representative photo. Of course there is. After the jump, check out ████ looking a little more, uhm, severe, sexy and ready to get it on. And we'll throw in the raunchy portion of the affadavit below for your, uhm, reading pleasure.

[Note: ████ of course, couldn't be reached to confirm that this is her. But we're pretty sure it is.]
Here's the relevant part of the affidavit.



> [Annoying redacting ink blot covering up girl's name] advised that things escalated within the home as Epstein would instruct and pay [ink blot] to have intercourse with his female friend, ████████ [Ink blot] explained the intercourse included strap on dildos, large rubber penis' [sic] and other devices that Epstein had at his disposal. Epstein would watch them have intercourse and masturbate himself. Occasionally, Epstein would then join in during the female on female intercourse and provide oral sex to both [ink blot] and ██████ This occured during the time [ink blot] was sixteen years of age.
> [Ink blot] advised that this continued to escalate during two years. The routine became familiar to [ink blot]. Epstein's assistant Sarah [Kellen] would telephone her every time Epstein was in the Town of Palm Beach and would place appointments for her to visit and work for

> Epstein. [... Ink blot] stated during one visit to Epstein's house in which she provided a massage to Epstein, his female friend, ▮▮▮▮▮▮▮▮▮▮ was also present. [Ink blot] provided the massage in which ▮▮▮▮▮▮▮ and her would fondle each others breasts and kiss for Epstein to enjoy. Towards the end of this massage, Epstein grabbed [ink blot] and turned her over onto her stomach on the massage table and forcible insterted his penis into her vagina. [Ink blot] became upset over this. She said her head was being held against the table forcibly, as he continued to pump inside her. She screamed "No!" and Epstein stopped. She told him that she did not want to have his penis inside of her. Epstein did not ejaculate inside of her and apologized for his actions and subsequently paid her a thousand dollars for that visit. [Ink blot] stated she knows he still displays her photographs throughout the house.