# EXHIBIT 73

| | |
|---|---|
| **From:** | maria.a.hornak@jpmorgan.com |
| **To:** | mary.c.casey@jpmorgan.com <mary.c.casey@jpmorgan.com> |
| **CC:** | CSG_AO_DE_FM2@jpmchase.com <CSG_AO_DE_FM2@jpmchase.com> |
| **Sent:** | 3/8/2007 5:46:33 PM |
| **Subject:** | Fw: New Chase Credit Cards |
| **Attachments:** | JE - Chase Credit Cards.xls; pic22512.gif |

----- Forwarded by Maria A Hornak/JPMCHASE on 03/08/2007 12:45 PM -----

**"Rich Kahn"**

03/08/2007 12:31 PM

To
cc
SubjectRe: New Chase Credit Cards

```
Please call me with any questions.
Thank you.

Rich Kahn
New York Strategy Group LLC
457 Madison Avenue
Fourth Floor
New York, NY 10022
tel  212-891-6430
fax 212-750-2408
rkahn@nysgmail.com

-----Original Message-----
From: Bella Klein
Sent: Wednesday, March 07, 2007 4:13 PM
To: Rich Kahn
Subject: FW: CC


-----Original Message-----
From: maria.a.hornak@jpmorgan.com [mailto:maria.a.hornak@jpmorgan.com]
Sent: Wednesday, March 07, 2007 3:59 PM
To: Bella Klein
Cc: CSG_AO_DE_FM2@jpmchase.com
Subject: CC

There are a variety of cards available. Once you have the application
complete, we will need to submit a "special consideration form" along w/
the application to ask for an exception. Therefore, fax me the app upon
completion.

http://www.chase.com/ccp/index.jsp?pg_name=ccpmapp/card_acquisitions/uns
olicited/page/PFSCreditChooseCategory&cat=business


To ensure a timely response, be sure to copy the following address on
all
emails:   CSG_AO_DE_FM2@jpmchase.com

Regards,
Maria A Hornak
Associate
1-888-207-5225/302-634-5730
Fax: 1-888-731-6608/302-634-5010
```



Confidential

JPM-SDNYLIT-00001494

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

*(See attached file: JE - Chase Credit Cards.xls)*

Confidential

JPM-SDNYLIT-00001495

# Document Produced in Native Format

Confidential

JPM-SDNYLIT-00001496

|  | JEFFREY EPSTEIN CHASE CREDIT CARDS |  |  |
|---|---|---|---|
|  | **Cardholders** | **Social Security #** | **Card Limit** | **Notes** |

| # | Cardholders | Social Security # | Card Limit | Notes |
|---|---|---|---|---|
|  | JEGE Inc. |  |  |  |
|  | C/o Jeffrey Epstein |  |  |  |
|  | 457 Madison Avenue, 4th Floor |  |  |  |
|  | New York, NY 10021 |  |  |  |
|  | EIN #             S Corp |  |  |  |
| 1 | David Rodgers | [redacted] | 10,000.00 | Travels through Paris, Europe and US Virgin Islands and US monthly |
| 2 | Larry Visoski | [redacted] | 10,000.00 | Travels through Paris, Europe and US Virgin Islands and US monthly |
| 3 | Larry Morrison | [redacted] | 2,500.00 | Travels through Paris, Europe and US Virgin Islands and US monthly |
| 4 | William Hammond | [redacted] | 2,500.00 | Travels through Paris, Europe and US Virgin Islands and US monthly |
|  | *Total JEGE Cards: 4* |  | 25,000.00 |  |
|  | NES LLC |  |  |  |
|  | C/o Jeffrey Epstein |  |  |  |
|  | 457 Madison Avenue, 4th Floor |  |  |  |
|  | New York, NY 10021 |  |  |  |
|  | EIN #[redacted] / Single Member LLC |  |  |  |
| 1 | Valdson Cotrin     French SS # --> | [redacted] | 5,000.00 | [redacted] All charges in Europe are ok |
| 2 | [redacted] |  | 6,000.00 | New Mexico charges |
| 3 | Brice M Gordon |  | 6,000.00 | New Mexico charges |
| 4 | Joseph Rueda |  | 3,000.00 | New York charges |
| 5 | Luciano Fontanilla |  | 5,000.00 | New York charges |
| 6 | Janusz Banasiak |  | 3,000.00 | Florida charges |
| 7 | [redacted] |  | 10,000.00 | Travels through Paris, Europe and US Virgin Islands and US monthly |
| 8 | [redacted] |  | 5,000.00 | Travels through Paris, Europe and US Virgin Islands and US monthly |
| 9 | [redacted] |  | 10,000.00 | Travels through Paris, Europe and US Virgin Islands and US monthly |
| 10 | [redacted] |  | 6,500.00 | [redacted] All charges in Europe are ok |
|  | *Total NES Cards: 10* |  | 59,500.00 |  |

**NOTES**

1. **Chase Business Card with Premier Cash Rebate.** Earn 3% cash back on purchases at gas stations, restaurants, office supply stores, hardware & home improvement centers, plus 1% back on purchases made elsewhere. No annual fee
2. The 3% cash back on purchases is maxed out at 4,000 points per month.  No annual cap on 1% cash back on an annual basis.
3. Can access Cards at Chase.com - no limit on dollar redemptions - checks will be made to JE and we can deposit into his bank account
4. Rich Kahn to be proxy on account / Only JE can authorize credit line increases and close accounts
5. Cards take 2-5 business days to arrive once ordered.  They will all be sent to 457 Madison Avenue

Confidential

JPM-SDNYLIT-00001496