# EXHIBIT 74

**From:** Bonnie K Perry <bonnie.k.perry@jpmorgan.com>
**To:** Paul V Morris <paul.v.morris@jpmorgan.com>
**CC:** Mary C Casey <mary.c.casey@jpmorgan.com>;James Dalessio <James.Dalessio@jpmorgan.com>
**Sent:** 6/9/2010 10:16:07 PM
**Subject:** Jeffrey Epstein
**Attachments:** Epstein Article - dtd. 6-9-2010.pdf; Epstein Article dtd. 5-27-2010.pdf

Hi Paul -

I have regressed the DDR back to you for additional information. **Redacted - Privileged**

**Redacted - Privileged**

**DDR Name: Jeffrey Epstein ~**
DDR Link -> Notes://PPUSMC017/85256F64005749BC/6BCDEBE8A049C44485256E6F0063C802/5EE4238F2F8C2E1485256D2400745A6D

- Please update the Transaction Profile/Expected account activity - specifically, please note monthly cash withdrawal activity, ranging $30k to $50k and the purpose of these cash withdrawals.
- Please update the summary to include the client's current personal circumstances, business activities, etc. I have attached a couple of articles to assist.

Further, please update the "Financial Trust Company Inc." DDR - last update 2003. This entity holds the bulk of the wealth held for Mr. Epstein within the relationship.

**DDR Name: Financial Trust Company, Inc. ~**
DDR link -> Notes://PPUSMC017/85256F64005749BC/58A38C458E8182CD8525727C0067562D/26A36B1774A08A5485256D240076F422

- Since this is a BVI entity, please ensure that you obtain evidence of tax declaration (e.g., a statement from the lawyer / accountant and 5 yrs of tax statements).

3 entities within the relationship do not currently have DDRs. Please create DDRs for the following entities:

- 116 East 65th St LLC
- NES, LLC
- Zorro Trust

If you have any questions, please feel free to contact either me or Jim Dalessio.

Thanks,
Bonnie

**Bonnie K Perry, VP, CAMS** | Private Bank Risk Mgmt & Control
712 Main, 4th Fl, Houston, TX 77002 (TX2-N045)
Tel: 713.216-5136
Fax: 713.216-7970

EXHIBIT 35
WIT: Casey
DATE: 4-7-23
C. Campbell, RDR CRR CSR #13921



Local

**ATTORNEYS SETTLE FEE DISPUTE WITH BILLIONAIRE LAW FIRM HAD SOUGHT MONEY FOR LEGAL BILLS FROM SEX OFFENDER**

By Jane Musgrave The Palm Beach Post
314 words
9 June 2010
South Florida Sun-Sentinel
FLSS
Palm Beach
3B
English
Copyright 2010, South Florida Sun-Sentinel. All Rights Reserved.

A $2 million dispute between billionaire sex offender **Jeffrey Epstein** and attorneys who represented 15 women who claimed the Palm Beach resident sexually abused them is apparently over.

In court papers filed late Monday, attorneys representing Miami law firm Podhurst Orseck said a settlement had been reached with Epstein. Terms of the agreement weren't spelled out.

Podhurst Orseck filed suit against Epstein last month, claiming his refusal to pay its legal bill constituted a violation of an agreement the money manager signed to escape federal charges. As part of the 2007 plea deal, Epstein agreed to pay attorneys to negotiate settlements on behalf of the 33 women who told federal prosecutors he had paid them for sexually charged massages at his Palm Beach mansion when some were as young as 14.

Twelve of the women sought the help of Podhurst partner Robert Josefsberg, who was appointed to negotiate settlements. He also represented three women in civil lawsuits that were also settled for undisclosed amounts. About a dozen other women hired other attorneys to represent them. Most of those lawsuits are still pending.

Epstein, 57, argued that Podhurst inflated its costs. He said he had already paid the firm roughly $500,000 and didn't believe he owed another $2 million. He offered to put $2 million in a court registry until the dispute was resolved.

Epstein pleaded guilty to two sex-related charges and was released from the Palm Beach County jail in July after serving 13 months of an 18-month jail sentence. In return, federal prosecutors agreed not to pursue him for crimes that could have sent him to prison for decades.

Billionaire sex offender **Jeffrey Epstein** had argued law firm inflated its costs. Photo(s)

Document FLSS000020100609e6690003z



A SECTION
**JUDGE ORDERS N.Y. PAPER\ TO GIVE UP EPSTEIN TAPE**

By MICHELE DARGAN Daily News Staff Writer
529 words
27 May 2010
Palm Beach Daily News
PBDN
DN1
1A
English
Copyright 2010 The Palm Beach Daily News. All Rights Reserved.

Palm Beach Post File Photo by Uma Sanghvi\ **Jeffrey Epstein**, shown in this 2008 file photo, spoke to 'New York Daily\ News' reporter George Rush on tape. Since Epstein has asserted his Fifth\ Amendment privilege in depositions, the taped conversation is the only way\ the jury can hear Epstein in his own words, attorneys for client Jane Doe\ say.

The New York Daily News must turn over a tape-recorded interview between reporter George Rush and sex offender **Jeffrey Epstein** because the information cannot be obtained anywhere else and outweighs reporter's privilege, a federal judge has ruled.

Attorneys Brad Edwards and Paul Cassell have been fighting to obtain the tape in representing their client Jane Doe, a minor at the time of Epstein's abuse. Since Epstein has asserted his Fifth Amendment privilege in depositions, the taped conversation is the only way the jury can hear Epstein in his own words, the attorneys say.

After listening to the 22-minute recording and reading the transcript, Manhattan U.S. District Judge Lawrence McKenna agreed in his six-page ruling.

Of particular relevance, McKenna noted "a statement included in the first full paragraph attributed to Mr. Epstein at page 15 of the transcript ... the court finds that the materials at issue 'are not reasonably obtainable from other available source' ... since the record is quite clear that Mr. Epstein has regularly been asserting, and will continue to assert, his Fifth Amendment privilege to relevant questions. The fact that the recording is in Mr. Epstein's own voice is also significant from a trial perspective."

Portions of the recording can be used related to liability and damages, the ruling says.

But whether the attorneys will have the tape in time for the start of their July 17 trial is still in question.

The judge's order says the recording and transcript will be held in chambers or under seal until any appeal is decided or the time to file a notice of appeal has expired.

"We're happy that the court agreed with our argument that this important evidence supporting Jane Doe's case can be presented to the jury," Cassell said by phone Tuesday.

Laura Handman, attorney for the New York Daily News, said they are appealing the decision.

Epstein, 57, pleaded guilty last year to soliciting a minor for prostitution and soliciting prostitution after a Palm Beach police investigation revealed he paid underage girls for massages and sex acts at his Palm Beach mansion. He served 13 months of his 18-month sentence at the Palm Beach County Stockade and received liberal work-release privileges while in jail. He is currently serving house arrest at his El Brillo Way home.

Epstein signed a federal non-prosecution agreement under which he would not be charged with related federal crimes if he successfully served out his time and abided by the conditions under the state charges. He also waived his right to contest liability and damages in civil lawsuits by 33 minor girls identified by the non-prosecution agreement.

-- mdargan@pbdailynews.com

Document PBDN000020100602e65r0000d

 **2010 Factiva, Inc. All rights reserved.**

 2010 Factiva, Inc. All rights reserved.