# EXHIBIT 76

## Rapid Response Team
## October 17, 2006
## Existing Client – Jeffrey Epstein

Private Banker – Mary Casey – GDP 464-0374

### Nature of Existing Relationship
The Epstein relationship, which includes accounts for his personal investment company – Financial Trust Company, consists of banking, asset and credit accounts with balances totaling approximately $32 million.

Cash withdrawals are routinely made in amounts for $40,000 to $80,000 several times a month, which total over $750,000 year to date.

### Source of Wealth
Jeffrey Epstein is a money manager for wealthy individuals. Press articles indicate that he owns what is said to be the Manhattan's largest private house and runs his business from a 100 acre private island in St. Thomas.

### Derogatory Information reported by Security Services
The following derogatory information was identified by Security Services within related entity DDRs for Jeffrey Epstein – YHS, LLC, Ranch Lake II, Inc and Ranch Lake III, Inc – all opened with a temporary waiver
- Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes.

### Banker Recommendation from DDR
After internal discussions with Jes Staley, Mary Erdoes, Catherine Keating, John Duffy and Mary Casey, it was decided that we will keep Mr. Epstein solely as a banking client and on a 'reactive', client service basis. We will not proactively solicit new investment business from him.

### Team Meeting

### Conclusion
After internal discussions with Jes Staley, Mary Erdoes, Catherine Keating, John Duffy and Mary Casey, it was decided that we will keep Mr. Epstein solely as a banking client and on a 'reactive', client service basis. We will not proactively solicit new investment business from him.


EXHIBIT
Erdoes - 3
3/15/23

**CONFIDENTIAL – ATTORNEY CLIENT PRIVALEDGE**

Confidential
JPM-SDNYLIT-00127953