# EXHIBIT 77

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
        Plaintiff,
                       Case No.
   -against-           1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
        Defendants.
- - - - - - - - - - - - - - - - - - - - x

        C O N F I D E N T I A L

    Videotaped oral deposition of
  BONNIE PERRY taken pursuant to notice,
  was held REMOTELY, commencing May 10,
  2023, 9:39 a.m., on the above date,
  before Leslie Fagin, a Court Reporter
  and Notary Public in the State of New
  York.


      MAGNA LEGAL SERVICES
        (866) 624-6221
       www.MagnaLS.com



```
                                                              Page 53
 1           ███████
 2     █████████     ████████████████                        10:51:13
 3     █████████                                             10:51:14
 4     ███████████████                                       10:51:14
 5     ████████████   █████████████                          10:51:15
 6     ██████████     ██████████████████████                 10:51:19
 7  ████████████████████████████████████████e                10:51:20
 8  █████████████                                            10:51:20
 9     █████████████████████████████                         10:51:26
10     A.    I don't know.                                   10:51:28
11     Q.    Are you aware of any sex                        10:51:31
12  trafficking cases coming out of the private              10:51:33
13  bank during your tenure at JPMorgan?                     10:51:35
14           MR. BUTTS:  Objection.                          10:51:40
15           You may answer.                                 10:51:42
16     A.    No, I don't remember any.                       10:51:42
17     Q.    I think we spoke about rapid                    10:51:45
18  response meetings earlier in your discussion             10:51:49
19  of your responsibilities, is that right?                 10:51:52
20     A.    That's correct.                                 10:51:53
21     Q.    What is a rapid response meeting?               10:51:54
22     A.    So it's an escalation of                        10:51:57
23  information that was brought to us,                      10:52:01
24  derogatory information, where it seems                   10:52:07
25  something that should be escalated up to                 10:52:11
```



```
                                                    Page 54
 1                    B Perry
 2   management and they just -- we give them the    10:52:13
 3   facts, they review it and make a               10:52:20
 4   determination on how they want to proceed.     10:52:22
 5        Q.   So by us, you mean the Americas      10:52:26
 6   control group slash --                         10:52:31
 7        A.   Americas --                          10:52:42
 8             MR. BUTTS:  So that's I think a      10:52:42
 9        good reminder.  We are talking over each  10:52:43
10        other a little bit.                       10:52:46
11             So can you, Leslie, read the last    10:52:50
12        piece of her answer or the question and   10:52:54
13        then the answer from what you got so      10:52:56
14        far.                                      10:53:00
15             (Record read.)                       10:53:04
16             MR. BUTTS:  Maybe Danny, you can     10:53:19
17        take it from the top on that question     10:53:21
18        and we can then answer.                   10:53:22
19        Q.   By us, you mean the Americas         10:53:23
20   control group/risk management group, right?   10:53:27
21             MR. BUTTS:  Objection to form.       10:53:31
22             You may answer.                      10:53:32
23        A.   Yes.  We received it.  If I recall,  10:53:33
24   copies may have gone to the banker and their   10:53:39
25   manager, I don't remember.                     10:53:42
```

