# EXHIBIT 79

| Category | BegControl | EndControl |
|---|---|---|
| Currency Transaction Reports | FINCEN00000001 | |
| Currency Transaction Reports | FINCEN00000361 | |
| Currency Transaction Reports | FINCEN00000413 | |
| Currency Transaction Reports | FINCEN00000689 | |