# EXHIBIT 82

**From:** DeLuca, Phillip A [phillip.a.deluca@jpmchase.com]
**Sent:** 7/18/2013 8:26:02 PM
**To:** Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com]
**Subject:** RE: Epstein more info found

Shouldn't the business have been telling us this?

---

**From:** Ryan, Maryanne X
**Sent:** Thursday, July 18, 2013 4:15 PM
**To:** DeLuca, Phillip A
**Subject:** RE: Epstein more info found

[REDACTED] Issue is he really never stopped the large cash withdrawals.

Maryanne Ryan
AML Investigations
VP, Compliance Director
194 Wood Ave South Iselin, NJ 08830
Phone 732-452-8071

---

**From:** DeLuca, Phillip A
**Sent:** Thursday, July 18, 2013 4:08 PM
**To:** Ryan, Maryanne X
**Subject:** RE: Epstein more info found

No answer yet

[REDACTED]

---

**From:** Ryan, Maryanne X
**Sent:** Thursday, July 18, 2013 4:07 PM
**To:** DeLuca, Phillip A
**Subject:** Epstein more info found

Did you give her an answer yet, I found more

EXHIBIT
Ryan 23
5-24-23

Original account did large withdrawals in subsequent years and then he switched it from personal to Hyperion air account

4 in 09 $100,000
6 in 2010 $170,000
6 in 11 $200,000 = 60,000 in air account
9 in 2012 $290,000
2 in 2013 $80,000

All the POA not him personally

Maryanne Ryan
AML Investigations
VP, Compliance Director
194 Wood Ave South Iselin, NJ 08830
Phone 732-452-8071

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00021966