# EXHIBIT 92

| | |
|---|---|
| From: | mary.erdoes@jpmorgan.com [mary.erdoes@jpmorgan.com] |
| Sent: | 9/20/2007 12:27:09 PM |
| To: | jes.staley@jpmorgan.com |
| Subject: | Re: Ny post |

It's actually on page 14 in the "page six" column. Epstein. Rumored 15 months jail with 15 months home confinement. Then a few details of one of the nights-yuck.

    Jes Staley

----- Original Message -----

   From: Jes Staley
   Sent: 09/20/2007 06:24 AM CDT
   To: Mary Erdoes
   Subject: Re: Ny post

What's on Six?
    Mary E Erdoes

   From: Mary E Erdoes
   Sent: 09/20/2007 07:22 AM EDT
   To: Jes Staley
   Subject: Ny post

"Page six"



EXHIBIT 14
WIT: Staley
DATE: 6/10/23
C. Campbell, RDR CRR CSR #13921

| | |
|---|---|
| From: | lisa.e.waters@jpmorgan.com [lisa.e.waters@jpmorgan.com] |
| Sent: | 9/20/2007 7:42:35 PM |
| To: | mary.erdoes@jpmorgan.com |

FYI. Sorry if this is a duplication.

> *September 20, 2007* -- THE sordid sex case involving **Jeffrey Epstein** may be coming to an unhappy ending - with a plea deal that would put the publicity-shy billionaire behind bars for 15 months for allegedly soliciting underage teen girls for sex at his Palm Beach mansion.
>
> Sources tell Page Six that Epstein's high-powered lawyers - including **Alan Dershowitz**, **Gerald Lefcourt**, **Roy Black** and **Kenneth Starr** - have been negotiating a deal with federal prosecutors who are probing, among other things, whether the gray-haired money manager paid West Palm Beach girls for sex or transported them across state lines. Epstein is currently charged by the State of Florida with soliciting young prostitutes for sex - but federal charges would be far more serious.
>
> The Palm Beach Post reported yesterday that Epstein is very close to a deal with the feds that would send him to jail for 1½ to 2 years. Sources tell us that while a deal has not yet solidified, what's under discussion is a guilty plea to at least one charge in exchange for a sentence of 15 months in a Florida state prison, followed by 15 months of home confinement. That would be a fraction of the time he would have to serve if he were to be convicted by a jury.
>
> Epstein's spokesman, **Howard Rubenstein**, said his client would have no comment. Dershowitz also declined to comment late yesterday.
>
> Palm Beach police records show that on March 15, 2005, a 14-year-old girl alleged she had visited Epstein's estate, where she partially stripped and gave him a massage during which he "pulled out a purple vibrator" and used it on her in exchange for $300. A further probe uncovered five young women who said Epstein had masturbated and touched their genitals during massages, the records state. A woman named [REDACTED] - who described herself as "like a **Heidi Fleiss**" - later admitted bringing six girls between the ages of 14 and 16 to Epstein's house, according to cops.
>
> Despite the allegations, Epstein was only nailed on a single charge of soliciting a hooker - but it sparked a federal probe. Epstein's lawyers and friends have insisted he was the hapless victim of a vendetta by Palm Beach Police Chief **Michael Reiter**, whom they described as a "born-again nutcase."

Lisa E. Waters
Managing Director
IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co.
of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

**From:** lisa.e.waters@jpmorgan.com [lisa.e.waters@jpmorgan.com]
**Sent:** 9/20/2007 6:08:12 PM
**To:** george.p.lencyk@jpmorgan.com

*September 20, 2007* -- THE sordid sex case involving **Jeffrey Epstein** may be coming to an unhappy ending - with a plea deal that would put the publicity-shy billionaire behind bars for 15 months for allegedly soliciting underage teen girls for sex at his Palm Beach mansion.

Sources tell Page Six that Epstein's high-powered lawyers - including **Alan Dershowitz**, **Gerald Lefcourt**, **Roy Black** and **Kenneth Starr** - have been negotiating a deal with federal prosecutors who are probing, among other things, whether the gray-haired money manager paid West Palm Beach girls for sex or transported them across state lines. Epstein is currently charged by the State of Florida with soliciting young prostitutes for sex - but federal charges would be far more serious.

The Palm Beach Post reported yesterday that Epstein is very close to a deal with the feds that would send him to jail for 1½ to 2 years. Sources tell us that while a deal has not yet solidified, what's under discussion is a guilty plea to at least one charge in exchange for a sentence of 15 months in a Florida state prison, followed by 15 months of home confinement. That would be a fraction of the time he would have to serve if he were to be convicted by a jury.

Epstein's spokesman, **Howard Rubenstein**, said his client would have no comment. Dershowitz also declined to comment late yesterday.

Palm Beach police records show that on March 15, 2005, a 14-year-old girl alleged she had visited Epstein's estate, where she partially stripped and gave him a massage during which he "pulled out a purple vibrator" and used it on her in exchange for $300. A further probe uncovered five young women who said Epstein had masturbated and touched their genitals during massages, the records state. A woman named ▓▓▓▓▓▓▓ - who described herself as "like a **Heidi Fleiss**" - later admitted bringing six girls between the ages of 14 and 16 to Epstein's house, according to cops.

Despite the allegations, Epstein was only nailed on a single charge of soliciting a hooker - but it sparked a federal probe. Epstein's lawyers and friends have insisted he was the hapless victim of a vendetta by Palm Beach Police Chief **Michael Reiter**, whom they described as a "born-again nutcase."

Lisa E. Waters
Managing Director
IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co.
of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Confidential

JPM-SDNYLIT-00390951

| | |
|---|---|
| From: | lisa.e.waters@jpmorgan.com [lisa.e.waters@jpmorgan.com] |
| Sent: | 9/20/2007 6:16:31 PM |
| To: | phil.diiorio@jpmorgan.com |
| Subject: | NY post page 6 |

*September 20, 2007* -- THE sordid sex case involving **Jeffrey Epstein** may be coming to an unhappy ending - with a plea deal that would put the publicity-shy billionaire behind bars for 15 months for allegedly soliciting underage teen girls for sex at his Palm Beach mansion.

Sources tell Page Six that Epstein's high-powered lawyers - including **Alan Dershowitz**, **Gerald Lefcourt**, **Roy Black** and **Kenneth Starr** - have been negotiating a deal with federal prosecutors who are probing, among other things, whether the gray-haired money manager paid West Palm Beach girls for sex or transported them across state lines. Epstein is currently charged by the State of Florida with soliciting young prostitutes for sex - but federal charges would be far more serious.

The Palm Beach Post reported yesterday that Epstein is very close to a deal with the feds that would send him to jail for 1½ to 2 years. Sources tell us that while a deal has not yet solidified, what's under discussion is a guilty plea to at least one charge in exchange for a sentence of 15 months in a Florida state prison, followed by 15 months of home confinement. That would be a fraction of the time he would have to serve if he were to be convicted by a jury.

Epstein's spokesman, **Howard Rubenstein**, said his client would have no comment. Dershowitz also declined to comment late yesterday.

Palm Beach police records show that on March 15, 2005, a 14-year-old girl alleged she had visited Epstein's estate, where she partially stripped and gave him a massage during which he "pulled out a purple vibrator" and used it on her in exchange for $300. A further probe uncovered five young women who said Epstein had masturbated and touched their genitals during massages, the records state. A woman named ████████████ - who described herself as "like a **Heidi Fleiss**" - later admitted bringing six girls between the ages of 14 and 16 to Epstein's house, according to cops.

Despite the allegations, Epstein was only nailed on a single charge of soliciting a hooker - but it sparked a federal probe. Epstein's lawyers and friends have insisted he was the hapless victim of a vendetta by Palm Beach Police Chief **Michael Reiter**, whom they described as a "born-again nutcase."

Lisa E. Waters
Managing Director
IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co.
of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.