# EXHIBIT 93

| | |
|---|---|
| **From:** | Burnside, Thomas J [thomas.j.burnside@jpmchase.com] |
| **Sent:** | 6/17/2013 7:50:10 PM |
| **To:** | Gomel, Jessica L [jessica.l.gomel@jpmchase.com]; Dyer, John W [john.w.dyer@jpmchase.com]; Seba, Rick [rick.seba@jpmchase.com]; Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com]; Alaniz, Richard [richard.alanizjr@jpmchase.com]; Vossel, Caryn A [caryn.a.vossel@jpmchase.com]; Robinette, Jerry [jerry.robinette@jpmchase.com]; Bookheimer, Brian D [brian.d.bookheimer@jpmorgan.com] |
| **CC:** | DeLuca, Phillip A [phillip.a.deluca@jpmchase.com] |
| **Subject:** | RE: Discussion draft of De-risk matrix - June 10 |
| **Attachments:** | AML Investigations de-risk survey June 17 draft.xlsx |

Here is a revised version with "names" received to date.

---

**From:** Burnside, Thomas J
**Sent:** Monday, June 17, 2013 8:03 AM
**To:** Gomel, Jessica L; Dyer, John W; Seba, Rick; Ryan, Maryanne X; Alaniz, Richard; Vossel, Caryn A; Robinette, Jerry; Bookheimer, Brian D
**Cc:** DeLuca, Phillip A
**Subject:** FW: Discussion draft of De-risk matrix - June 10

Phil has been asked to provide "names" for the de-risk process today.

Can you please send any names you have in the attached spread sheet.

Thanks

Tom

---

**From:** Burnside, Thomas J
**Sent:** Thursday, June 13, 2013 12:15 PM
**To:** DeLuca, Phillip A
**Cc:** Gomel, Jessica L; Dyer, John W; Seba, Rick; Ryan, Maryanne X; Alaniz, Richard; Vossel, Caryn A; Robinette, Jerry; Bookheimer, Brian D
**Subject:** RE: Discussion draft of De-risk matrix - June 10

Here is most recent matrix.

Please note that I added a new Tab for the "Name Risk" customers. Please complete with any nominations and send to me.

---

**From:** Burnside, Thomas J
**Sent:** Thursday, June 13, 2013 8:14 AM
**To:** DeLuca, Phillip A
**Cc:** Gomel, Jessica L; Dyer, John W; Seba, Rick; Ryan, Maryanne X; Alaniz, Richard; Vossel, Caryn A; Robinette, Jerry; Bookheimer, Brian D
**Subject:** RE: Discussion draft of De-risk matrix - June 10

We are still in process of discussing de-risk matrix with team, but we need to give a status update to Cindy (see e-mail below)

I attach a proposed deck and hope that we can discuss at least briefly during 9:00 call.

DeLuca Deposition
**Exhibit 23**
334640-CAK   04/19/2023

**From:** DeLuca, Phillip A
**Sent:** Thursday, June 13, 2013 6:51 AM
**To:** Burnside, Thomas J
**Subject:** FW: Discussion draft of De-risk matrix - June 10

Tom,

I will need the slides that we discussed by Mid day today. In addition Please send the most recent version of the attached encompassing the risk ranking that we discussed in our Monday afternoon call

If John is not yet available we can leave a placeholder and work around him. I am to meet with Cindy later in the day.

Thanks,
Phil

**From:** Burnside, Thomas J
**Sent:** Monday, June 10, 2013 2:52 PM
**To:** DeLuca, Phillip A; Dyer, John W; Gomel, Jessica L; Seba, Rick; Ryan, Maryanne X; Alaniz, Richard; Robinette, Jerry
**Subject:** Discussion draft of De-risk matrix - June 10

**Here is a discussion draft of the de-risk survey (with preliminary indexing) that I would like to discuss on today's call.**

Confidential

JPM-SDNYLIT-00194343

Document Produced in Native Format

Confidential

JPM-SDNYLIT-00194344

JPM-SDNYLIT-00194344 (1)
Proposal


JPM-SDNYLIT-00194344 (1)
Proposal



JPM-SDNYLIT-00194344 (1)
Proposal

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Tracking number | LOB | Name | ECI | Reason | | | |
| 2 | ■ | ■ | ■ | ■ | ■ | | | |
| 3 | 2 | PB | Jeffrey Epstein | 9710670708 | He was a convicted sex offender and supposedly bought his way to a lesser sentencing. He paid a whole series of girls to stay quiet. The FBI is reportedly preparing to launch a new inquiry into Epstein after one of his under-age erotic masseuses, ■ made a string of disturbing allegations about her role.<br><br>U.S. detectives are said to be furious that Epstein, 58, escaped with only 13 months in jail for child sex offences after he struck a plea bargain with prosecutors.<br><br>The deal protected him from further prosecution for offences in Florida. But the significance of Miss ■ claims that under-age girls were moved abroad for sex is that she paves the way for the FBI to prosecute him for offences committed outside Florida under the Trafficking Victims Protection Act.<br><br>PB did not want to keep him but due to his relationship with the old head of the PB (Jes Staley) they were over ruled | | | |
| | ■ | ■ | ■ | ■ | | | | |
| 10 | 9 | | | | | | | |
| 11 | 10 | | | | | | | |
| 12 | 11 | | | | | | | |
| 13 | 12 | | | | | | | |
| 14 | 13 | | | | | | | |
| 15 | 14 | | | | | | | |
| 16 | 15 | | | | | | | |
| 17 | 16 | | | | | | | |

JPM-SDNYLIT-00194344
Name risk