# EXHIBIT 97

| | |
|---|---|
| **From:** | bonnie.k.perry@jpmorgan.com |
| **To:** | Anne.Verdon@chase.com <Anne.Verdon@chase.com>;James.Dalessio@jpmorgan.com <James.Dalessio@jpmorgan.com>;Kevin.McCleerey@jpmorgan.com <Kevin.McCleerey@jpmorgan.com>;lisa.e.waters@jpmorgan.com <lisa.e.waters@jpmorgan.com>;marcus.sheridan@jpmorgan.com <marcus.sheridan@jpmorgan.com>;mary.c.casey@jpmorgan.com <mary.c.casey@jpmorgan.com> |
| **Sent:** | 7/15/2008 1:31:53 PM |
| **Subject:** | Rapid Response Memo - Epstein |
| **Attachments:** | Rapid Response Team - Jeffrey Espstein 2nd Mtg - July 2007.doc.zip |

For the 2:00 pm EST Rapid Response Meeting on Jeffrey Epstein:

*(See attached file: Rapid Response Team - Jeffrey Espstein 2nd Mtg - July 2007.doc.zip)*

**Bonnie K Perry, VP, CAMS** | Private Bank Risk Mgmt and Control Group |, 712 Main, 4th Floor, Houston, TX 77002 (TX2-N045) | ( Tel: 713.216.5136 | 7 Fax: 713.216-7970
+: bonnie.k.perry@jpmorgan.com



Confidential

# Rapid Response Team
## July 15, 2008
### Existing Client – Jeffrey Epstein (Follow-up Rapid Response Mtg.)

Private Banker – Mary Casey – 212 464-0374
Senior Manager – Marc Sheridan – 212 464-1321

**Nature of Existing Relationship**
The Epstein relationship, which includes accounts for his personal investment company – Financial Trust Company, mainly consists of banking and asset accounts with balances totaling approximately $121.5 million.   He has one open credit account with a -0- balance.

[ EMBED AcroExch.Document.7 ]

**Source of Wealth**
Jeffrey Epstein is a money manager for wealthy individuals.  Press articles indicate that he owns what is said to be the Manhattan's largest private house and runs his business from a 100 acre private island in St. Thomas.

**Derogatory Information originally reported by Security Services (September, 2006)**
The following derogatory information was identified by Security Services within related entity DDRs for Jeffrey Epstein:

- Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes.

*Derogatory Information Update – July 2008*

On July 3, 2008, Jeffrey Epstein was sentenced to 12 months in jail for solicitation of a prostitute and six months for procuring a person under age 18 for prostitution.  His jail sentence will be followed by 12 months of house arrest.

[ EMBED AcroExch.Document.7 ][ EMBED AcroExch.Document.7 ]

**Conclusion from 1st Rapid Response Meeting of 10/17/06**
After internal discussions with Jes Staley, Mary Erdoes, Catherine Keating, John Duffy and Mary Casey, it was decided that we will keep Mr. Epstein solely as a banking client and on a 'reactive', client service basis.  We will not proactively solicit new investment business from him.

**Conclusion from follow-up Rapid Response of 7/15/08:**

**CONFIDENTIAL – ATTORNEY CLIENT PRIVALEDGE**

Article 1

Listen to Article

OPINION
**RICH MAN FOUGHT THE LAW -- AND HE MOSTLY WON**
481 words
7 July 2008
The Palm Beach Post
FINAL
14A
English
Copyright 2008. The Palm Beach Post, All Rights Reserved.

**Jeffrey Epstein**

Two years after a grand jury indicted him on a felony charge of solicitation of prostitution, **Jeffrey Epstein** finally admitted that he lured a teenage girl to his $8.5 million, 13,000-square-foot Palm Beach mansion for sex. A week ago, the 55-year-old investment banker began serving 18 months in jail.

But that plea deal -- guilty of felony solicitation of prostitution and procuring a person under the age of 18 for prostitution -- does not account for all five of the girls, one as young as 14, who alleged that Epstein sexually abused them. And why is Epstein serving his term in the overcrowded Palm Beach County Jail and not a state prison, where inmates are sent if their sentences are longer than one year?

The slow, dissatisfying resolution of the case sends a message to the public that there's a different system of justice for the wealthy who hire high-powered lawyers. Epstein's legal team included West Palm Beach defense attorney Jack Goldberger, Harvard Law School Professor Alan Dershowitz, who defended O.J. Simpson against murder charges, and Kenneth Starr, the prosecutor who pursued then-President Bill Clinton for lying about sex with young women.

Palm Beach police spent 11 months investigating Epstein before State Attorney Barry Krischer sent the case to a grand jury, instead of charging Epstein so the man who once boasted of accepting only billionaire clients could face a trial. The police had taken a high school transcript, class schedules and phone messages from Epstein's home that showed he knew the girls were underage. Yet Mr. Krischer was more swayed by Epstein's lawyers, who attempted to impugn the girls' character by showing they had chatted on myspace.com about smoking marijuana and drinking. He should have let a jury decide whether the victims -- and Epstein -- were credible.

Ultimately, one charge against Epstein finally reflected the age of one victim, and the plea agreement left Epstein labeled a sex offender. With that additional charge, if Epstein had been convicted at a trial, he could have been sentenced to anything from probation to 15 years in prison, Assistant State Attorney Lanna Belohlavek said, adding that the recommended guideline sentence was 21 months.

Epstein also won't have to certify to the court that he is receiving counseling, typically required of sex offenders, because he has a private psychiatrist. But without court supervision, who will ensure Epstein is in fact being treated?

The plea deal also drops a federal investigation of Epstein. If a federal investigation was warranted, how does dropping it before completion benefit the public?

Epstein preyed on girls and denied it. For three years, his wealth and the influence of his lawyers bought him the protection the state attorney owed to the victims.

PHOTO (B&W)

Document PMBP000020080708e4770000j

Confidential  JPM-SDNYLIT-00003028

More Like This

**Related Factiva Intelligent Indexing™**                                                    +

Dow Jones Factiva          © 2008 Factiva, Inc. All rights reserved.  Feedback  |  What's New  |  Privacy Policy  **DOWJONES**

Case 1:22-cv-10904-JSR   Document 239-22   Filed 07/25/23   Page 6 of 11



Listen to Article

A SECTION
**EPSTEIN PLEADS GUILTY, GIVEN 18 MONTHS IN JAIL**
By WILLIAM KELLY Daily News Staff Writer
653 words
3 July 2008
Palm Beach Daily News
FINAL
A1
English
Copyright 2008 The Palm Beach Daily News. All Rights Reserved.

**Jeffrey Epstein** (mug)

Taken into custody.

Palm Beach billionaire Jeffrey Epstein pleaded guilty Monday in Palm Beach Circuit Court to felony charges that he solicited underage girls for prostitution.

Judge Deborah Dale Pucillo sentenced Epstein, 55, to 18 months at the Palm Beach County Jail, followed by 12 months of house arrest, during which he will be confined to his home on El Brillo Way and permitted to leave only for work or community service.

Epstein was taken directly into custody.

He was sentenced to 12 months in jail for solicitation of a prostitute and six months for procuring a person under age 18 for prostitution.

That will be followed by 12 months of house arrest, during which time he will be allowed no unsupervised contact with minors and no access to pornographic materials.

The State Attorney's Office would not say how many victims there were in the case, but the incidents occurred in 2004 and 2005.

In court Monday, Epstein wore a blue blazer, tennis shoes and blue jeans, and was accompanied by at least two attorneys, West Palm Beach lawyer Jack A. Goldberger and Miami attorney Guy Lewis.

Epstein responded politely when asked by the judge if he had read and fully understood the terms of his plea agreement.

As a condition of the agreement, Epstein will be registered as a sex offender for the rest of his life. But he will not be required to undergo treatment for his condition. His lawyer said Epstein has been seeing a psychiatrist.

After he leaves jail, Epstein will not be required to wear an electronic monitor, but will have to keep a daily log of his activities and maintain weekly contact with a probation officer. He will be allowed to leave his home for up to a half-hour while traveling to and from work or community service.

Goldberger would not comment on the case. But Epstein's spokesman, Howard J. Rubenstein, said in a statement that Epstein has now resolved the criminal case.

"Mr. Epstein accepted responsibility for the charges, relating to conduct that occurred several years ago," Rubenstein said.

Confidential                                                                                        JPM-SDNYLIT-00003030

A Manhattan investment banker, Epstein was scheduled to go to trial in July after being indicted in July 2006 on a felony charge of soliciting prostitution.

The indictment followed an 11-month investigation by Palm Beach Police, who said Epstein paid five underage girls for massages and sometimes sex at his El Brillo Way home.

Police turned the case over to State Attorney Barry Krischer's office with a probable cause affidavit that said Epstein should be arrested on four counts of unlawful sex acts with a minor and one count of lewd and lascivious molestation, all second-degree felonies.

But rather than arresting Epstein on those charges, Krischer's office took the case before a grand jury, which indicted him on one count of solicitation of prostitution, a third-degree felony.

Reiter, reportedly infuriated, called Krischer's treatment of the case "highly unusual," and requested and received an FBI investigation to determine whether any laws were broken.

Reiter would not comment for this story and has refused all media requests for comment on the plea agreement.

Epstein also faces five lawsuits in federal and state courts from women who claim that he sexually assaulted them when they were younger than 18. The lawsuits claim Epstein procured the underage girls, through a Palm Beach Community College student, to come to his El Brillo Way home and give him massages.

Lewis, who is representing him in the civil cases, has said the lawsuits are without merit and that the alleged victims lied about their ages.

Epstein was cuffed, fingerprinted and taken to jail. He will fulfill a 12-month community service requirement at his own nonprofit Florida science foundation.

- wkelly@pbdailynews.com

PHOTO (C)

Document PBDN000020080704e4730000c

More Like This





# Relationship List

| Party Name: | JEFFREY E EPSTEIN 1405152 |
|---|---|
| Party PCN: | 1405152 |

| Status | | Account | Type | Name | Mkt Value |
|---|---|---|---|---|---:|
| | ....E | ..116 EAST 65TH ST LLC 7704690 (116 EAST 65TH ST LLC 0220476439) | | | |
| | ......... | ...000000739474235 | DDA | 116 EAST 65TH ST | 134,594.81 |
| | | | | SPN/CAS Market Value | 134,594.81 |
| | ....E | ..AIR GHISLAINE INC 7704674 (AIR GHISLAINE INC 0220476436) | | | |
| | ......... | ...000000739474324 | DDA | AIR GHISL INC | 15,666.27 |
| | | | | SPN/CAS Market Value | 15,666.27 |
| | ....E | ..ARTS INTERESTS 1472925 (ARTS INTERESTS 9702082108) | | | |
| Closed | ......... | ...C87104003 | CUSTODY | ARTS INTEREST TRUST ACCOUNT | 0.00 |
| Closed | ......... | ...C88279002 | CUSTODY | ARTS INTEREST #2 | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| | ....E | ..ASW HOLDINGS INC 2790149 (ASW HOLDINGS INC 9707853608) | | | |
| Closed | ......... | ...Q78859008 | ASSET | ASW HOLDINGS, INC. | 0.00 |
| Closed | ......... | ...X78859000 | REPORTING | ASW HOLDINGS INC | 0.00 |
| Closed | ......... | ...Q78859214 | MARGIN | ASW HOLDINGS, INC. | 0.00 |
| Closed | ......... | ...Q78859222 | MARGIN | ASW HOLDINGS, INC. | 0.00 |
| Closed | ......... | ...Q78859230 | MARGIN | ASW HOLDINGS, INC. | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| | ....E | ..COMMUNITY INTERESTS 1472941 (COMMUNITY INTERESTS 9702082308) | | | |
| | ......... | ...Q73749006 | ASSET | COMMUNITY INTERESTS TRUST #2 | 0.00 |
| Closed | ......... | ...C87102007 | CUSTODY | COMMUNITY INTEREST TRUST ACCOUNT | 0.00 |
| | ......... | ...000000000138890 | DDA | COMMUNITY INTEREST | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| | ....E | ..FAMILY INTERESTS, LP 5028906 (FAMILY INTERESTS, LP 0106438908) | | | |
| Closed | ......... | ...Q39483005 | ASSET | FAMILY INTERESTS, LP | 0.00 |
| Closed | ......... | ...X39483007 | REPORTING | FAMILY INTERESTS, LP | 0.00 |
| Closed | ......... | ...Q39483211 | MARGIN | FAMILY INTERESTS, LP | 0.00 |
| Closed | ......... | ...Q39483229 | MARGIN | FAMILY INTERESTS, LP | 0.00 |
| Closed | ......... | ...Q39483237 | MARGIN | FAMILY INTERESTS, LP | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| | ....E | ..FINANCIAL TRUST COMPANY INC 2811138 (FINANCIAL TRUST COMPANY INC 9707980808) | | | |
| | ......... | ...Q78805001 | ASSET | FINANCIAL TRUST COMPANY, INC. | 4,601,133.95 |
| | ......... | ...Q30171005 | ASSET | FINANCIAL TRUST COMPANY INC | 107,903,620.45 |
| | ......... | ...X78805003 | REPORTING | FINANCIAL TRUST COMPANY INC | 0.00 |
| | ......... | ...X30171007 | REPORTING | FINANCIAL TRUST COMPANY INC | 0.00 |
| | ......... | ...Q78805217 | MARGIN | FINANCIAL TRUST COMPANY, INC. | 0.00 |
| | ......... | ...Q78805225 | MARGIN | FINANCIAL TRUST COMPANY, INC. | 33.49 |
| | ......... | ...Q78805233 | MARGIN | FINANCIAL TRUST COMPANY, INC. | 0.00 |
| | ......... | ...Q30171211 | MARGIN | FINANCIAL TRUST COMPANY INC | 0.00 |
| | ......... | ...Q30171229 | MARGIN | FINANCIAL TRUST COMPANY INC | 0.00 |

# Relationship List

| Party Name: | JEFFREY E EPSTEIN 1405152 |
|---|---|
| Party PCN: | 1405152 |

|  |  |  |  |  | Mkt Value |
|---|---|---|---|---|---:|
|  |  | ...Q30171237 | MARGIN | FINANCIAL TRUST COMPANY INC | 0.00 |
|  |  |  |  | SPN/CAS Market Value | 112,504,787.89 |
|  | ....E | ..FORUMS LLC 5770459 (FORUMS LLC 0220043107) |  |  |  |
| Purged |  | ...000000739264567 | DDA | FORUMS LLC | 0.00 |
|  |  |  |  | SPN/CAS Market Value | 0.00 |
|  | ....E | ..GHISLAINE MAXWELL 5036151 (GHISLAINE MAXWELL 0106585908) |  |  |  |
|  |  | ...Q52167006 | ASSET | GHISLAINE MAXWELL | 6,964,354.72 |
|  |  | ...Q18563009 | ASSET | GHISLAINE MAXWELL IRA | 30,746.64 |
|  |  | ...000000739116312 | DDA | MAXWELL GHISLAINE | 138,938.81 |
|  |  | ...X52167008 | REPORTING | GHISLAINE MAXWELL | 0.00 |
|  |  | ...Q52167212 | MARGIN | GHISLAINE MAXWELL | 0.00 |
|  |  | ...Q52167220 | MARGIN | GHISLAINE MAXWELL | (5.11) |
|  |  | ...Q52167238 | MARGIN | GHISLAINE MAXWELL | 0.00 |
|  |  |  |  | SPN/CAS Market Value | 7,134,035.06 |
|  | ....E | ..HEALTH & SCIENCE INTEREST II 2668718 (HEALTH & SCIENCE INTEREST II 9707122608) |  |  |  |
| Closed |  | ...Q31568001 | ASSET | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| Closed |  | ...X31568003 | REPORTING | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| Closed |  | ...Q31568217 | MARGIN | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| Closed |  | ...Q31568225 | MARGIN | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| Closed |  | ...Q31568233 | MARGIN | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
|  |  |  |  | SPN/CAS Market Value | 0.00 |
|  | ....E | ..HERITAGE INTERESTS 1472933 (HERITAGE INTERESTS 9702082208) |  |  |  |
| Closed |  | ...C87103005 | CUSTODY | HERITAGE INTEREST TRUST ACCOUNT | 0.00 |
|  |  |  |  | SPN/CAS Market Value | 0.00 |
|  | ....E | ..HYPERION AIR INC 7705530 (HYPERION AIR INC 0220476583) |  |  |  |
|  |  | ...000000739474332 | DDA | HYPERION AIR INC | 54,227.96 |
|  |  |  |  | SPN/CAS Market Value | 54,227.96 |
|  | ....E | ..I CORRECT COM LLC 7975864 (I CORRECT COM LLC 0220537699) |  |  |  |
|  |  | ...000000695238154 | DDA | I-CORRECT COM LLC | 13,648.68 |
|  |  |  |  | SPN/CAS Market Value | 13,648.68 |
|  | ....E | ..INSTITUTIONAL INTERESTS 1472917 (INSTITUTIONAL INTERESTS 9702082008) |  |  |  |
| Closed |  | ...C86721005 | CUSTODY | INSTITUTIONAL INTEREST-HYPERION | 0.00 |
| Closed |  | ...C86812002 | CUSTODY | INSTITUTIONAL INTEREST - GENERAL | 0.00 |
| Closed |  | ...C88177008 | CUSTODY | INSTITUTIONAL INTERESTS #3 | 0.00 |
|  |  |  |  | SPN/CAS Market Value | 0.00 |
|  | ....E | ..INTERNATIONAL CHARITABLE INTEREST II 2676362 (INTERNATIONAL CHARITABLE INTEREST II 9707162508) |  |  |  |
| Closed |  | ...000000040021920 | DDA | INTL CHAR INTE II | 0.00 |

# Relationship List

| Party Name: | JEFFREY E EPSTEIN 1405152 |
|---|---|
| Party PCN: | 1405152 |

| | | | | | Mkt Value |
|---|---|---|---|---|---|
| | | | | SPN/CAS Market Value | 0.00 |
| | ....E | ..J EPSTEIN FOUNDATION 1456792 (J EPSTEIN FOUNDATION 9702023708) | | | |
| | ......... | ...000000000138912 | DDA | EPSTEIN INTEREST | 34,558.82 |
| | | | | SPN/CAS Market Value | 34,558.82 |
| | ....E | ..JEFFREY E EPSTEIN 1405152 (JEFFREY E. EPSTEIN 9710670708) | | | |
| | ......... | ...Q79961001 | ASSET | JEFFREY EPSTEIN | 56,040.45 |
| | ......... | ...400664956 | CREDIT | JEFFREY E EPSTEIN | 0.00 |
| Closed | ......... | ...C87261001 | CUSTODY | JEFFREY EPSTEIN | 0.00 |
| | ......... | ...000000739110438 | DDA | EPSTEIN JEFFREY | 1,181,493.49 |
| | ......... | ...000000739470663 | DDA | EPSTEIN JEFFREY | 111,312.68 |
| Closed | ......... | ...0000904112675 | TIME DEPOSITS/ CDS | EPSTEIN JEFFREY E. | 0.00 |
| | | | | SPN/CAS Market Value | 1,348,846.62 |
| | ....E | ..JEGE INC 7705808 (JEGE INC 0220476622) | | | |
| | ......... | ...000000739474340 | DDA | JEGE INC | 48,452.62 |
| | | | | SPN/CAS Market Value | 48,452.62 |
| | ....E | ..LESLIE H WEXNER AS TRUSTEE OF THE WEXNER CHILDREN'S TRUST U/A 1/24/96 2111950 (LESLIE H WEXNER AS TRUSTEE OF THE WEXNER CHILDREN'S TRUST U/A 1/24/96 9704574408) | | | |
| Closed | ......... | ...Q70676004 | ASSET | WEXNER CHILDRENS TRUST U/A 01/24/96 | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| | ....E | ..LYN & JOJO LLC 7448732 (LYN & JOJO LLC 0220410635) | | | |
| | ......... | ...000000739413856 | DDA | LYN JOJO LLC | 22,726.38 |
| | | | | SPN/CAS Market Value | 22,726.38 |
| | ....E | ▮▮▮▮ 5388082 (▮▮▮▮ 0123837908) | | | |
| | ......... | ...000743007689065 | DDA | ▮▮▮▮ | 8,026.46 |
| | ......... | ...000743007689001 | SAVINGS | ▮▮▮▮ | 6,512.20 |
| | | | | SPN/CAS Market Value | 14,538.66 |
| | ....E | ..NES, LLC 5063124 (NES, LLC 0107204408) | | | |
| | ......... | ...000000739121472 | DDA | NES LLC | 140,310.01 |
| | | | | SPN/CAS Market Value | 140,310.01 |
| | ....E | ..NEW YORK STRATEGY GROUP, LLC 5065704 (NEW YORK STRATEGY GROUP, LLC 0107272608) | | | |
| | ......... | ...000000739123130 | DDA | NEW YORK STRA GRO | 75,137.68 |
| | ......... | ...000000739123157 | MMIA | NEW YORK STRA GRO | 1,360.89 |
| | | | | SPN/CAS Market Value | 76,498.57 |
| | ....E | ..PALM BEACH TRUST 6705774 (PALM BEACH TRUST 9704261208) | | | |
| | ......... | ...000000000107694 | DDA | PALM BEACH TRUST | 0.00 |
| | ......... | ...000000025113862 | MMIA | PALM BEACH TRUST | 0.00 |

Generated: July 10, 2008, 14:54:18 PM (EDT)

Page 3 of 4

Confidential

JPM-SDNYLIT-00003034

# Relationship List

| Party Name: | JEFFREY E EPSTEIN 1405152 |
|---|---|
| Party PCN: | 1405152 |

| | | | | | | Mkt Value |
|---|---|---|---|---|---|---|
| | | | | | SPN/CAS Market Value | 0.00 |
| | .....E | ..PLAN D INC 7961308 (PLAN D INC 0220534454) | | | | |
| | | ...000000739554964 | DDA | PLAN D INC | | 5,357.24 |
| | | | | | SPN/CAS Market Value | 5,357.24 |
| | .....E | ..RANCH LAKE II INC 7597231 (RANCH LAKE II INC 0220445362) | | | | |
| Purged | | ...000000739447483 | DDA | RANCH LAKE II INC | | 0.00 |
| | | | | | SPN/CAS Market Value | 0.00 |
| | .....E | ..RANCH LAKE III INC 7597100 (RANCH LAKE III INC 0220445315) | | | | |
| Purged | | ...000000739447491 | DDA | RANCH LAKE III INC | | 0.00 |
| | | | | | SPN/CAS Market Value | 0.00 |
| | .....E | ..THE C O U Q FOUNDATION INC 5356814 (THE C O U Q FOUNDATION INC 0122518408) | | | | |
| Closed | | ...Q44552000 | ASSET | THE C.O.U.Q. FOUNDATION, INC. | | 0.00 |
| | | ...000921501931565 | DDA | THE C.O.U.Q. | | 16,926.87 |
| | | | | | SPN/CAS Market Value | 16,926.87 |
| | .....E | ..THE JAMES E CAYNE TRUST NO 5 UAD 12/27/04 JEFFREY EPSTEIN TRUSTEE 7777914 (THE JAMES E CAYNE TRUST NO 5 UAD12/27/04 JEFFREY EPSTEIN TRUSTEE 0220495944) | | | | |
| Purged | | ...000000739509071 | DDA | JAMES E CAYN TRU | | 0.00 |
| | | | | | SPN/CAS Market Value | 0.00 |
| | .....E | ..TRUST 100 1636995 (TRUST 100 9702671908) | | | | |
| Closed | | ...000000000115009 | DDA | TRUST 100 | | 0.00 |
| | | | | | SPN/CAS Market Value | 0.00 |
| | .....E | ..ZORRO TRUST 1642332 (ZORRO TRUST 9702689308) | | | | |
| | | ...000000000119024 | DDA | ZORRO TRUST | | 6,750.48 |
| | | | | | SPN/CAS Market Value | 6,750.48 |

| PCN Market Value | | 121,571,926.94 |
|---|---|---|