# EXHIBIT 101

## Confidential Due Diligence Report

Copyright 2007 N.Y.P. Holdings, Inc.
All Rights Reserved
The New York Post
October 6, 2007 Saturday

**SECTION:** All Editions; Pg. 10
**LENGTH:** 376 words
**HEADLINE:** MODEL SHOP DENIES EPSTEIN TIE
**BODY:**

THE owners of **MC2 models** are denying industry speculation that massage maven Jeffrey Epstein is a secret financial backer of the agency being run by scandal-scarred Jean-Luc Brunel, who was once accused of taking advantage of underage models.

Epstein, who this week agreed to plead guilty to soliciting underage prostitutes at his Florida mansion in a deal that will send him to prison for about 18 months, reportedly gave "millions" to start MC2, which opened in October 2005 with offices in New York, Miami and Tel Aviv. One of the girls Epstein, 54, was accused of soliciting massages from was described in court documents as being just 14.

"E equals MC squared . . . get it, like the equation? E equals Epstein. He just thinks everyone is too dumb to figure it out," said a model industry insider. "He's a desperate old man that fantasizes and takes advantage of young girls."

The trouble doesn't stop there.

Karins Models founder Brunel, who's currently a partner in MC2, denied allegations in a 1997 "60 Minutes" segment that he took advantage of young models who were high on drugs. Brunel also reportedly left his Trump Tower digs in 1999 after complaints of night carousing, which he also denied.

Disgraced former Elite models exec Gerald Marie is also involved with MC2, says our source.

Marie was accused of having sex with underage models in a 1999 BBC documentary where he was filmed saying he hoped to seduce contestants in a modeling contest in which the average age of participants was 15. He also dated Linda Evangelista when she was a teen.

"He's also involved in the agency," said the source. "Gerald and Jean-Luc like the same things. They hang out because they have young girls in common, like two guys who enjoy the same wine."

MC2 president Jeffrey Fuller confirmed Brunel was a partner in the company, but denied any working relationship with either Epstein or Marie.

"We have no relationship business-wise with Gerald Marie. Jeffrey Epstein has no ownership or involvement in our company and never has. Jean-Luc Brunel and I are the only two partners and owners of **MC2 Model** Management," Fuller said.

Epstein's rep said he was not involved in the agency. "He has no business relationship with them," said Howard Rubenstein.
**LOAD-DATE:** October 9, 2007



**Confidential - This report is not to be disseminated or photocopied to any third party without the express consent of Global Security & Investigations.**