# EXHIBIT 102

**From:** mary.c.casey@jpmorgan.com
**To:** christopher.f.french@jpmchase.com <christopher.f.french@jpmchase.com>
**Sent:** 10/26/2007 1:56:05 PM
**Subject:** Re: Jeffrey Epstein new LOC
**Attachments:** pic11857.gif

Thank you -- I am relieved to hear! Have a great weekend (it's freezing in western Canada!),

Mary

  Christopher F French

```
From: Christopher F French
Sent: 10/26/2007 05:52 AM CDT
To: Mary Casey
Subject: Re: Jeffrey Epstein new LOC
```

I spoke to Mary and Sonnick. Mary wants us to move forward based on our earlier decision to continue doing business with JE. Not a big deal with Catherine, she just wasn't aware of the existing LC.

Let's speak next week.

Regards

Chris

  Mary C Casey

```
From: Mary C Casey
Sent: 10/25/2007 11:10 PM CDT
To: Christopher French
Cc: Marcus Sheridan
Subject: Re: Jeffrey Epstein new LOC
```

Let's catch up next week. I did not hear back from Sonnick or Mary. I did know that we had that existing LOC. Why would Catherine be surprised that we had credit exposure to him?

Mary

  Christopher F French

```
From: Christopher F French
Sent: 10/25/2007 07:00 PM CDT
To: Mary Casey
Subject: Re: Jeffrey Epstein new LOC
```



EXHIBIT 23
WIT: Casey
DATE: 4·7·23
C. Campbell, RDR CRR CSR #13921

Mary - we are moving forward on this but we will need this to be cash secured (which I explained to Rich Kahn).

Not sure if you knew this but we do still have an existing $1MM LC that we issued a few years ago that is secured by the Tween stock (formerly TOO). That was the LC supporting the Modelling Agency's loan to Mellon.

When I explained that to Catherine Keating she was surprised to learn that we had any existing credit exposure to Jeffery.

Let me know if you would like to discuss when you are back next week.

Regards,

Chris

> Mary C Casey

```
From:    Mary C Casey
Sent:    10/25/2007 01:23 PM CDT
To:      Steven Sonnick; Mary Erdoes
Cc:      Marcus Sheridan; Christopher French
Subject: Jeffrey Epstein new LOC
```

I need your guidance on the below, please. My current understanding is that we are business as usual with Epstein's office and thus this small Letter of Credit should be approved. However, I know Sonnick and the credit team are concerned so please advise how we should proceed.

Thanks,

Mary

> Christopher F French

```
From:    Christopher F French
Sent:    10/25/2007 12:21 PM EDT
To:      Mary Casey
Cc:      Philip Merriss Jr
Subject: Fw: Form of letter of credit
```

Mary - Rich Kahn from Jeffery Epstein's office would like to discuss this letter of credit. How should I handle this?

**Christopher F. French**
JP Morgan Private Bank | 345 Park Avenue, 7th Floor, New York, NY 10154
W: 212.464.0929 | F: 212.464.1108 | email: Christopher.f.french@jpmorgan.com
----- Forwarded by Christopher F French/JPMCHASE on 10/25/2007 12:20 PM -----

| "Rich Kahn" | To |
|---|---|
| 10/25/2007 09:20 AM | cc |
| | Subject FW: Form of letter of credit |

Please review and advise if this language is OK

Confidential

JPM-SDNYLIT-00001963

The schedule which for drawdown's would be as follows:

Beginning Amount: 680,000 4/1/08
Then a reduction each month of 20,000
660,000 5/1/08
640,000 6/1/08
Concluding with
60,000 11/1/10
40,000 12/1/10
20,000 1 /1/11

        0 2/1/11


Please call me so we can discuss
Thank you



Rich Kahn
457 Madison Avenue
4th Floor
New York, NY 10022
tel 212-891-6430
fax 212-750-2408


**From:** DKIESQ@aol.com [mailto:DKIESQ@aol.com]
**Sent:** Tuesday, October 23, 2007 2:22 PM
**To:** Rich Kahn
**Subject:** Fwd: Form of letter of credit

For 444 Madison

Darren K. Indyke
Attorney-At-Law
457 Madison Avenue
4th Floor
New York, New York 10022
Tel: 212-750-1176
Fax: 212-750-0381
e-mail: dkiesq@aol.com

------------------------------

IRS Circular 230 Legend: Any advice contained herein was not intended or written to be used, and cannot be used, for the purpose of avoiding U.S. federal, state, or local tax penalties. Unless otherwise specifically indicated above, you should assume that any statement in this email relating to any U.S. federal, state, or local tax matter was written in connection with the promotion or marketing by other parties of the transaction(s) or matter(s) addressed in this email. Each taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
==================================================================
Confidentiality Notice: This communication and any attachments contain information from Darren K.

Indyke, Esq. that constitute attorney work product or that are otherwise confidential and/or privileged. Except for personal use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.
================================================================

---

See what's new at AOL.com and Make AOL Your Homepage.
----- Message from "Ohliger, Lee" on Mon, 15 Oct 2007 10:47:20 -0400 -----
          **To:**
          **cc:**
     **Subject:** Form of letter of credit

Darren:

Here is a draft of a letter of credit. You indicated that your bank might not want to have as many scheduled reduction dates as the sub-sublease provides, so I did not put the entire schedule in this draft.

Best regards,

Lee A. Ohliger
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Tel. (212) 238-8716
Fax (212) 732-3232
*****************************************************

IRS Circular 230 Information: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*****************************************************

This e-mail message and its attachments are confidential, intended only for the addressee(s) named above and may contain information that is proprietary, privileged, attorney work product or otherwise exempt from disclosure. If you receive this message in error please notify us at postmaster@clm.com and immediately delete this message and its attachments from your system.

*****************************************************  6237495_1.DOC

Confidential          JPM-SDNYLIT-00001965