# EXHIBIT 107

| | |
|---|---|
| **From:** | Patel, Ashish S <ashish.s.patel@jpmchase.com> |
| **To:** | Morris, Paul V <paul.v.morris@jpmorgan.com>;Casey, Mary C" <mary.c.casey@jpmorgan.com> |
| **CC:** | Dalessio, James <James.Dalessio@jpmorgan.com>;Perry, Bonnie K" <bonnie.k.perry@jpmorgan.com>;Schreiner, Dori B" <dori.b.schreiner@jpmchase.com>;Meisner, Mary E" <mary.e.meisner@jpmchase.com>;Couto, Maria A. <Maria.A.Couto@chase.com>;GCS-DDR Management <GCS-DDR_Management@jpmchase.com>;O'reilly, John J" <john.j.oreilly@jpmchase.com> |
| **Sent:** | 3/7/2011 6:07:12 PM |
| **Subject:** | USCG - Red Dot Memo - Jeffrey Epstein (DDR # 1309811) ***REVISED*** |
| **Attachments:** | 1309811 Red-Dot Memo USCG.doc |

Please see updated red-dot memo.  The DDR will be signed-off shortly.  Thanks!

---

**From:** Cao, Chen Hui
**Sent:** Friday, March 04, 2011 4:18 PM
**To:** Morris, Paul V; Casey, Mary C
**Cc:** Dalessio, James; Perry, Bonnie K; Schreiner, Dori B; Meisner, Mary E; Couto, Maria A.; GCS-DDR Management; O'reilly, John J
**Subject:** Red Dot Memo for Jeffrey Epstein - 1309811

Please review the attached memo.

Thank you,

Peter (Chen Hui) Cao
J.P. Morgan Chase Bank, N.A
Global Security & Investigations
Due Diligence Unit
Tel. 201-595-7393
Fax 201-595-7943
Chen.Hui.Cao@jpmchase.com



EXHIBIT 10
Erdoes - 26
3/15/23
PENGAD 800-631-6989

Confidential

# JP Morgan Chase

| | | |
|---|---|---|
| JP Morgan Chase | To: | Paul V Morris & Mary C Casey |
| | CC: | James Dalessio; Bonnie K Perry; Dori B Schreiner; Mary E Meisner; Maria A. Couto; GCS-DDR Management; John J O'reilly |
| | From: | Global Security & Investigations |
| | Date: | 3/4/2011 |
| | Subject: | DDR – 1309811 |

**Account Name:**                                    **Jeffrey Epstein**

**Client Type:**                                     Existing Client

**Banker:**                                          **Paul V Morris**

**Type of Derogatory Information:**                  **Internal Database and Publications**

**Investigator's Comments:**

The following information was previously reported to Mary C Casey on 09/21/2006 under the account YHS, LLC (DDR # 7391/06):

Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes.  Jeffrey Epstein served 13 months in jail.

As of 3/4/2011:

Numerous articles detail various law enforcement agencies investigating Jeffrey Epstein for allegedly participating in child trafficking and molesting underage girls.

Jeffrey Epstein is required to register as a sex offender.

Jeffrey Epstein has settled a dozen civil lawsuits out of court from his victims regarding solicitation for an undisclosed amount.

MC2 Model Management received $1 million from Epstein in 2005.  It is unknown if the money was given as a secret investment or payment for services as a procurer.

Jean Luc Brunel, owner of MC2 Model Management and Jeffrey Epstein engaged in racketeering that involved luring in minor children for sexual play for money.  In addition, Brunel was a frequent passenger on Epstein's private jet and often visited Epstein in jail.

MC2 Model Management was issued a citation by the Florida Business and Professional Regulation for acting as a talent agent without a license.

MC2 Model Management LLC has two outstanding federal tax liens totaling $593,789 ($443,728 + $150,061).