# EXHIBIT 110

NEW YORK POST

LOG IN

Pro surfer Mikala Jones die… | RFK Jr., his brilliant Harvard… | Three teens accused of murder aft… | Beyoncé's mother, Tina Knowles,… | Homeless man found living in… | Minnesota man found dead in… | US Marine taken into custody… | Dangerous TikTok trends clai…

NEWS

# SECOND GIRL SUES MOGUL

By Dareh Gregorian

February 7, 2008   7:50am

A teen who says she was sexually assaulted by Jeffrey Epstein has filed a $50 million against the financier, the second girl to file suit against the Manhattan multimillionaire in two weeks.

In papers filed in federal court in Florida, the teen – identified only as "Jane Doe No. 2" – says she was lured to Epstein's Palm Beach mansion and then sexually assaulted in his massage room.

"She was recruited by another girl from her school who told her she could make money giving massages to old people. She thought she was going to some kind of center," said her lawyer, Jeffrey Herman.

Herman is also representing "Jane Doe No. 1," who says she was 14 when she went to Epstein's home to give him a massage and wound up getting sexually assaulted by him.

Epstein's lawyer, Guy Lewis, said, "Both complaints are full of lies."

He called the new lawsuit "an outrageous, defamatory, copycat of the first."

The Doe No. 2 suit, like the first, charges that Epstein "engaged in a plan and scheme in which he gained access to primarily disadvantaged minor girls in his home, sexually assaulted these girls, and then gave them money.

"In or about 2004-2005, Jane Doe, then approximately 16 years old, fell into Epstein's trap and become one of his victims."

The suit also says the teen was "recruited" by another minor to "give Epstein a massage for monetary compensation" – and brought to his mansion, where she was taken up to the then-52-year-old's massage room.

Epstein walked in wearing only a towel, and told the girl to "take off her clothes and give him a massage. Jane kept her panties and bra on and complied with Epstein's instructions," the suit says.

"After a short period of time, Epstein removed the towel and rolled over exposing his penis. Epstein began to masturbate and he sexually assaulted Jane," the suit says.

He then paid her $200, and the "recruiter" $100, the suit alleges.

Herman said that police had interviewed the girl after finding her name and phone number in Epstein's records, but he's currently only facing criminal charges related to Jane Doe No. 1.

That teen allegedly told Epstein she was 18 at the time of their 2005 encounter, but was actually 14 at the time.

Epstein is expected to plead guilty to a single count of felony solicitation of prostitution next month in return for an 18-month prison term. He would face up to five years behind bars if convicted at trial.

*dareh.gregorian@nypost.com*

READ NEXT    BRITNEY SPEARS OUT OF PSYCH WARD: REPORT

**SPONSORED STORIES**

[gallery] Rising Above: Stories of Encounters Between Customers and Employees
http://parentinfluence.com/


[Photos] After Tony Curtis Died, Kim Novak Confessed What He Did
Last Night On


Dr. Kellyann: "Souping" Is The Secret To Slimming Down After 60
dkawellness.com



