**INTENTIONALLY LEFT BLANK**

# EXHIBIT 111