# EXHIBIT 114

**From:** Phillip A DeLuca [phillip.a.deluca@jpmchase.com]
**Sent:** 12/22/2010 8:38:31 PM
**To:** William D Langford [william.d.langford@jpmchase.com]
**Subject:** FW: HC 197601 Fortent alert 233158 FW: epstein

This will be raised to the Rapid Response team (Catherine Keating) after the first of the year.

McCleerey agrees this customer should go

---

**From:** Phillip A DeLuca
**Sent:** Tuesday, December 21, 2010 1:56 PM
**To:** William D Langford
**Cc:** Maryanne X Ryan
**Subject:** FW: HC 197601 Fortent alert 233158 FW: epstein

William,

When you have a moment I'd like to discuss.

Thanks,
Phil

---

**From:** Maryanne X Ryan
**Sent:** Tuesday, December 21, 2010 10:24 AM
**To:** Phillip A DeLuca
**Subject:** FW: HC 197601 Fortent alert 233158 FW: epstein

I don't want to forget about this guy.

Regards,
Maryanne Ryan, Vice President, AML Operations | JPMorgan Chase Bank, N.A. | Legal and Compliance Department | 194 Wood Avenue South, Floor 4, Iselin, NJ  08830-2710 | W: 732.452.8071

---

**From:** Maryanne X Ryan
**Sent:** Friday, December 03, 2010 1:27 PM
**To:** Phillip A DeLuca
**Subject:** FW: HC 197601 Fortent alert 233158 FW: epstein

Next week I would like to talk about this guy, a PB client that Cutler had to approve since he is a convicted felon.


DeLuca Deposition Exhibit 8
334640-CAK    04/19/2023



Jeffrey Epstein likes making gobs of money, spending it on treats like a private Caribbean island and his own fortress, and having sex with underage girls. But just a week after he completed his sentence for soliciting a minor for prostitution, Epstein is being investigated by the Department of Justice for child sex trafficking. And his friend and modeling scout Jean Luc Brunel may have been using his agency to procure young girls from Eastern Europe. A modeling agency as a front to traffic young girls from Eastern Europe? Cliche, yes. But in this case, possibly true.

Epstein has been accused of having sexual contact with hundreds of young teen girls over the past several years. He has settled more than a dozen lawsuits brought against him by underage girls he molested, often in the context of receiving a "massage." For years Epstein employed at least four staff members who, as part of their daily duties, were in charge of finding young girls to give him 2-3 massages a day. But these massage often had very unhappy endings for the girls involved. Additionally, when police raided his Manhattan penthouse, they found it decorated with large nude photos of very young girls. He's even been accused of procuring a 14-year-old as his personal sex slave.

But even more disturbing than Epstein's pedophilia is the relationship that Epstein and modeling mogul Jean Luc Brunel (who also has a laundry list of molestation allegations against him) may have built around the sex trafficking of young girls from Europe to the U.S. When Brunel was setting up his agency, MC2, Epstein sent him $1 million bucks to get him on his feet. Now, Brunel flies to Europe to recruit young models (many of which are under 17) and bring them back to the U.S. on Epstein's private jet. Clients have testified that the girls are generally very young and speak little English. So far it's unclear as to whether these girls were forced into commercial prostitution, or whether they were used by Epstein and Brunel as private "masseuses." Either way, using a modeling agency to lure a underage girls across an ocean for sex is human trafficking.

Epstein and Brunel may be human traffickers. They may just be wealthy pedophiles with a private jet and a modeling agency. But either way, they have between them molested hundreds of young girls and gotten off with a tickle of the wrist and a sly wink. For example, despite a myriad of charges against him, Epstein plead guilty to only two minor charges and served only a 13-month sentence with a year of probation. But during his "sentence" he went into the office every day, and during his "probation" he traveled frequently to his private island in the Virgin Islands.

A man who raped a 13-year-old and made $40,000 a year would have served real jail time and be living with his crime for the next ten years at least. But because he's rich, Epstein gets trips to his private island while his victims get nothing.

Regards,
Maryanne Ryan, Vice President, AML Operations | JPMorgan Chase Bank, N.A. | Legal and Compliance Department | 194 Wood Avenue South, Floor 4, Iselin, NJ 08830-2710 | W: 732.452.8071

---

**From:** Yrjo L Massa
**Sent:** Friday, December 03, 2010 1:11 PM
**To:** Maryanne X Ryan; Janice R Barnes; Oscar M Cunha
**Subject:** FW: HC 197601 Fortent alert 233158 FW: epstein

FYI

---

**From:** James Dalessio
**Sent:** Friday, December 03, 2010 11:49 AM
**To:** Yrjo L Massa
**Subject:** FW: HC 197601 Fortent alert 233158 FW: epstein

George
I spoke to the Market Manager, Mary Casey today -- she was aware of these allegations prior to the last annual DDR approval (high risk client). We will revisit if the allegations turn into an indictment.
Regards,
Jim

---

**From:** James Dalessio
**Sent:** Wednesday, November 24, 2010 11:35 AM
**To:** Yrjo L Massa
**Cc:** Kevin McCleerey; Bonnie K Perry
**Subject:** RE: HC 197601 Fortent alert 233158 FW: epstein

Hi George,
We have escalated the new allegations in the press to the Banker and Market Manager – who were aware of the news stories – we have this client flagged as high risk so the DDR is updated and reapproved annually.

Will keep you posted
Regards,
Jim

---

**From:** Yrjo L Massa
**Sent:** Tuesday, November 23, 2010 5:38 PM
**To:** James Dalessio
**Subject:** FW: HC 197601 Fortent alert 233158 FW: epstein
**Importance:** High

Follow up

---

**From:** Yrjo L Massa
**Sent:** Monday, November 08, 2010 4:46 PM
**To:** James Dalessio
**Subject:** FW: HC 197601 Fortent alert 233158 FW: epstein

Hi Jim,

Have you had a chance to review the following new news releases?

Thanks

Yrjo

---

**From:** Yrjo L Massa
**Sent:** Friday, October 22, 2010 2:21 PM
**To:** James Dalessio
**Subject:** HC 197601 Fortent alert 233158 FW: epstein

FYI
New news on Jeffery Epstein

July 29, 2010 | 10:43pm
The Justice Department is investigating Jeffrey Epstein for child trafficking,
The Daily Beast has learned—and has widened the scope of its probe to include a famous modeling agency.

Confidential

JPM-SDNYLIT-00152741

HC  197601
Fortent alert 233158

ECI# 9710670708

http://www.businessinsider.com/hedge-funder-joseph-epstein-investigated-for-child-trafficking-2010-7\

http://www.thedailybeast.com/blogs-and-stories/2010-07-29/jeffrey-epstein-feds-probe-possible-child-trafficking-charge/

---

**From:** Oscar M Cunha
**Sent:** Friday, October 22, 2010 10:23 AM
**To:** Yrjo L Massa
**Subject:** epstein

http://www.thedailybeast.com/blogs-and-stories/2010-07-29/jeffrey-epstein-feds-probe-possible-child-trafficking-charge/

Confidential