# EXHIBIT 115

**From:** Phillip A DeLuca [phillip.a.deluca@jpmchase.com]
**Sent:** 12/23/2010 1:24:28 PM
**To:** William D Langford [william.d.langford@jpmchase.com]
**Subject:** RE:

Don't think he will but I'll keep you advised

-----Original Message-----
From: William D Langford
Sent: Thursday, December 23, 2010 8:23 AM
To: Phillip A DeLuca
Subject: RE:

Good. Let me know if McCleerey waffles on Epstein. No patience for this.

- W

-----Original Message-----
From: Phillip A DeLuca
Sent: Thursday, December 23, 2010 8:23 AM
To: William D Langford
Subject: RE:

Yup!

On cell if needed. [Redacted - Privileged] and I sent you an e-mail yesterday on that scum Epstein. That looks good to. I reminded McCleerey that he listened to 2 days of HT at the forum and this account could be problematic in several ways

-----Original Message-----
From: William D Langford
Sent: Thursday, December 23, 2010 8:20 AM
To: Phillip A DeLuca
Subject: RE:

[Redacted - Privileged]

- W

-----Original Message-----
From: Phillip A DeLuca
Sent: Thursday, December 23, 2010 8:17 AM
To: William D Langford
Subject: RE:

After I rec'd a contact from Rachel Rojas, I spoke to the bureau in Baton Rouge and they seemed interested but hard to tell in a way because they spoke in bureau speak language

[Redacted - Privileged]

-----Original Message-----
From: William D Langford
Sent: Thursday, December 23, 2010 7:48 AM
To: Phillip A DeLuca
Subject:

[Redacted - Privileged]

Sent with Good (www.good.com)

DeLuca Deposition
**Exhibit 10**
334640-CAK   04/19/2023