# EXHIBIT 116

| From: | Dalessio, James <James.Dalessio@jpmorgan.com> |
|---|---|
| To: | Morris, Paul V <paul.v.morris@jpmorgan.com> |
| CC: | Perry, Bonnie K <bonnie.k.perry@jpmorgan.com> |
| Sent: | 1/4/2011 8:36:56 PM |
| Subject: | Re: Rapid Response meeting this Thursday |

EXHIBIT 40
WIT: Cour
DATE: 4-7-23
C. Campbell, RDR CRR CSR #13921

Paul
Thanks I was not aware of the new credit
Jim

---

**From:** Morris, Paul V
**To:** Dalessio, James
**Cc:** Perry, Bonnie K
**Sent:** Tue Jan 04 14:48:21 2011
**Subject:** RE: Rapid Response meeting this Thursday

Jim, I thought we did that in approving a $50 million new line of credit last month? I'm happy to do whatever you advise.  Best,

---

**From:** Dalessio, James
**Sent:** Tuesday, January 04, 2011 2:44 PM
**To:** Morris, Paul V
**Cc:** Perry, Bonnie K
**Subject:** Re: Rapid Response meeting this Thursday

Paul
william langford requested that we responsor this client in light of the new allegations of human trafficing which the firm has been actively assisting law enforcement in uncovering others engaged in this practice
Regards
Jim

---

**From:** Morris, Paul V
**To:** Dalessio, James
**Sent:** Tue Jan 04 14:10:26 2011
**Subject:** RE: Rapid Response meeting this Thursday

Jim, Happy New Year!, can you give me a call to discuss, I thought we decided this was not necessary.  Thanks

---

**From:** Dalessio, James
**Sent:** Monday, January 03, 2011 3:44 PM
**To:** Morris, Paul V
**Cc:** Casey, Mary C; Perry, Bonnie K; McCleerey, Kevin
**Subject:** Rapid Response meeting this Thursday

Hi Paul,
See attached draft document for the Rapid Response meeting this Thursday

We were asked by the firms AML Compliance Director, William Langford, to re-evaluate our sponsorship of Epstein and request re-approval from Steve Cutler if we wanted to retain.

Pls call me if you would like to discuss.

Thanks

JPM-SDNYLIT-00011967

Jim


Private Bank Risk Management
270 Park Ave., 18th Floor
New York, NY 10017
Phone (212) 464-1197, Fax (917) 463-0156

Confidential