# EXHIBIT 117

**From:** DeLuca, Phillip A [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PHILLIP.A.DELUCA]
**Sent:** 1/6/2011 12:10:49 PM
**To:** Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com]
**Subject:** RE: 2011 Conferences

This is the guy who likes young girls, correct?

Hope that they do not cave!!

---

**From:** Ryan, Maryanne X
**Sent:** Wednesday, January 05, 2011 8:20 PM
**To:** DeLuca, Phillip A
**Subject:** Re: 2011 Conferences

Can't wait. BTW, 4 tomorrow is the rapid response meeting on Epstein, the sleazy PB client.

---

**From:** DeLuca, Phillip A
**To:** Ryan, Maryanne X
**Sent:** Wed Jan 05 19:40:34 2011
**Subject:** Re: 2011 Conferences

Let's talk tomorrow. I had an interesting conversation w/Truax

---

**From:** Ryan, Maryanne X
**To:** DeLuca, Phillip A
**Sent:** Wed Jan 05 18:43:33 2011
**Subject:** Re: 2011 Conferences

Will do. Sorry about the one on one. I have one last phone interview tomorrow and then serious decisions. Today the person told me how Rich told her that his dept has shrunk from 13 to 6 blah blah blah. Why that ever was part of the interpretation is interesting.

---

**From:** DeLuca, Phillip A
**To:** Ryan, Maryanne X
**Sent:** Wed Jan 05 15:42:23 2011
**Subject:** RE: 2011 Conferences

I think we can do that

Can you price it out in a request memo and I'll get it approved.

BTW We missed our 1 x 1 today

---

**From:** Ryan, Maryanne X
**Sent:** Wednesday, January 05, 2011 2:00 PM
**To:** DeLuca, Phillip A
**Subject:** 2011 Conferences

Phil-


EXHIBIT
Ryan 6
5.24.23

Where do you think we stand on conferences this year. This is one I have never been to but I see W is moderating. Instead of the ML Alert conference, could this be a possibility?

Regards,

Maryanne Ryan, Vice President, AML Operations | JPMorgan Chase Bank, N.A. | Legal and Compliance Department | 194 Wood Avenue South, Floor 4, Iselin, NJ  08830-2710 | ☎ W: 732.452.8071

Confidential