# EXHIBIT 119

```
 1      IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
     GOVERNMENT OF THE           :
 3   UNITED STATES VIRGIN        :
     ISLANDS,                    :   CASE NO.
 4                               :   1:22-CV-10904
     Plaintiff,                  :   -JSR
 5                               :
            v.                   :
 6                               :
     JPMORGAN CHASE BANK,        :
 7   N.A.,                       :
                                 :
 8   Defendant/Third Party       :
     Plaintiff.                  :
 9   _____      :
     JPMORGAN CHASE BANK,        :
10   N.A.,                       :
                                 :
11   Third Party Plaintiff,      :
                                 :
12          v.                   :
                                 :
13   JAMES EDWARD STALEY,        :
                                 :
14   Third Party Defendant.      :

15      CONFIDENTIAL - ATTORNEYS' EYES ONLY
                      - - -
16                 May 3, 2023
                      - - -
17
                   Videotaped deposition
18   of WILLIAM D. LANGFORD, taken pursuant to
     notice, was held at the law offices of
19   Boies Schiller Flexner LLP, 55 Hudson
     Yards, New York, New York, and remotely,
20   beginning at 9:37 a.m., on the above
     date, before Michelle L. Gray, a
21   Registered Professional Reporter,
     Certified Shorthand Reporter, Certified
22   Realtime Reporter, and Notary Public.

23          GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672
24              deps@golkow.com
```

```
 1   asked to provide a briefing to JPMorgan's
 2   board or a board committee that included
 3   discussion of Jeffrey Epstein?
 4           A.    No, I don't believe I was.
 5           Q.    And did you ever talk to the
 6   bank's operating committee about Jeffrey
 7   Epstein?
 8           A.    No, I did not.
 9           Q.    Do you believe -- did you
10   believe, while you worked at JPMorgan,
11   that JPMorgan should have continued to
12   provide banking services and credit to
13   Jeffrey Epstein?
14                 MR. KRAUSE:  Objection.
15                 THE WITNESS:  Sorry.  Did I
16         believe that we should not have?
17   BY MS. SINGER:
18           Q.    That they should have --
19   that JPMorgan should have provided
20   banking services and credit to Jeffrey
21   Epstein.
22                 MR. KRAUSE:  Objection.
23                 THE WITNESS:  My view was
24         that we should exit Jeffrey
```

```
 1               Epstein as a client.
 2   BY MS. SINGER:
 3         Q.    Do you remember when you
 4   formed that view?
 5         A.    Yes.
 6         Q.    And when was that?
 7         A.    End of 2010, early 2011.
 8         Q.    And what prompted you to
 9   come to that opinion?
10         A.    The facts and information
11   provided by Phil and Maryanne to me.
12         Q.    And by Phil and Maryanne,
13   you mean Phil DeLuca and Maryanne Ryan?
14         A.    Yes.  Yes.
15         Q.    We all feel like we know
16   them too, Mr. Langford.
17               And when you say "facts and
18   information," I think is what you said,
19   what -- what stands out in your memory
20   about what caused you to reach the
21   opinion that JPMorgan should not be doing
22   business with Jeffrey Epstein?
23         A.    That he pled guilty to
24   soliciting sex with an underage girl.
```

1  Epstein. I don't have patience."
2       Did you have reason to
3  believe that McCleerey was waffling?
4       A.   I don't believe so, no.
5       Q.   And when you say no patience
6  for this, was there something that had
7  happened that had tried your patience?
8       A.   Not specifically, no. Exit
9  decisions are always a bit of a
10 challenge, generally, in a bank. And to
11 me it was clear what we needed to do.
12 And McCleerey had agreed, according to
13 Phil. And we needed to execute.
14      Q.   Had an exit decision been
15 made about Jeffrey Epstein at this point?
16           MR. KRAUSE: Objection.
17           THE WITNESS: No, I hadn't
18      escalated it yet. We were pushing
19      it. I had ask that this be
20      redone, to push again, to say it's
21      time that we exit Epstein.
22 BY MS. SINGER:
23      Q.   And who had you asked?
24      A.   I had pushed up through Phil