# EXHIBIT 121

| | |
|---|---|
| From: | Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com] |
| Sent: | 3/12/2013 1:41:47 PM |
| To: | DeLuca, Phillip A [phillip.a.deluca@jpmchase.com] |
| Subject: | FW: High Profile |
| Attachments: | ███ Rapid Response Team - Jeffrey Espstein 3r Mtg - Jan 2010-doc.zip; ███ |

Here you go. I am working from home as I still feel lousy. Head cold that won't go away.

**From:** Ryan, Maryanne X
**Sent:** Tuesday, February 19, 2013 4:44 PM
**To:** DeLuca, Phillip A
**Subject:** High Profile

Here are the ones that I think should be closed, where the LOB has disagreed and signed off to keep.



DeLuca Deposition
Exhibit
22
334640-CAK   04/19/2023

PB customer Jeffrey Edward Epstein is an American financier and science and education philanthropist, who is convicted sex offender. On multiple occasions this relationship has been escalated and approved to remain, including by Steve Cutler. (Rapid Response Doc attached)



Redacted - Privileged

 to keep open that I think we would like to exit,

# Redacted - Privileged

Maryanne Ryan
Legal and Compliance
AML Investigations
VP, Compliance Director
194 Wood Ave South
Iselin, NJ 08830
Phone 732-452-8071

Confidential

JPM-SDNYLIT-00194273