# EXHIBIT 126

# Arthur Middlemiss

Partner at Lewis Baach Kaufmann Middlemiss pllc
New York, New York, United States

## Contact

www.linkedin.com/in/arthur-middlemiss-341a6b11 (LinkedIn)

## Top Skills

AML
Criminal Law
Policy

## Experience

**Lewis Baach Kaufmann Middlemiss pllc**
Partner
February 2013 - Present (10 years 6 months)
New York, New York

Arthur D. Middlemiss practices in the areas of financial crimes compliance. Mr. Middlemiss focuses on providing strategic counsel to foreign and domestic entities seeking to mitigate regulatory, criminal and reputational risk in the areas of anti-money laundering, sanctions, anti-corruption and reputational risk.

**JP Morgan Chase & Co.**
Managing Director
June 2008 - January 2013 (4 years 8 months)

Director of the Global Anti-Corruption Program -- responsible for the continuing development and execution of the Firm's enterprise-wide anti-corruption program.

Past roles at JPMC included: Head of the Anti-Money Laundering ("AML") Financial Intelligence Unit ("FIU"), a task force designed to recognize and confront major emergent enterprise-wide AML risks. The FIU coordinates the firm's enterprise-wide AML-related reaction to major public events, conducts issue-based investigations to identify AML typologies, and develops proactive strategies to check anticipated threats.

Led the AML surveillance teams for two lines of business: Treasury and Security Services, focused on foreign correspondent banking, and the Investment Bank.

Provided counsel on AML-related legal issues, coordinated with regulatory and law enforcement authorities, developed policies and procedures, and created and delivered training materials.

**Bear Stearns**
Managing Director

June 2007 - June 2008 (1 year 1 month)

Responsible for Anti-Money Laundering surveillance for the firm.  Counsel the firm on Anti-Money Laundering related issues.

New York County District Attorney's Office
Assistant District Attorney
September 1994 - June 2007 (12 years 10 months)

Bureau Chief -- DANY Overseas/Investigation Division Central: Chief of a bureau of thirty senior lawyers and investigators prosecuting complex white collar crime, including money laundering, tax evasion, securities fraud, and international criminal conduct.  In March 2006, testified before the United States House of Representatives Committee on International Relations, Subcommittee on Oversight and Investigations, "Banking, Corruption and Terrorism," http://www.foreignaffairs.house.gov/archives/109/26777.pdf.

―――

## Education

Boston University School of Law
JD  · (1991 - 1994)

Lafayette College
BA, Government/Law · (1987 - 1991)