# EXHIBIT 130

| | |
|---|---|
| From: | mary.erdoes@jpmorgan.com [mary.erdoes@jpmorgan.com] |
| Sent: | 8/27/2006 10:20:16 PM |
| To: | jes.staley@jpmorgan.com |
| Subject: | Re: Ted dimon |

Oh, and what I meant to tell you about last night was they were a few people laughing about jeffrey. One of the guys ran a unit of ▓▓. Apparently ▓▓▓▓ has 8 assistants, one is more beautiful than the other (even though he's gay). Anyway, lots of comparisons to JE.

ME

> Jes Staley

>> From: Jes Staley
>> Sent: 08/27/2006 02:38 PM
>> To: Mary Erdoes
>> Subject: Re: Ted dimon

The brokers are gasping. Its a nice raining Sunday. Good sailing yesterday.

Last night went to the Huggy Bear concert. The age difference between husbands and wifes would have fit in well with Jeffery. What a joke.

Are you working this week?

Jes
--------------------------
Sent from my BlackBerry Wireless Handheld
> Isabel Sloane

>> From: Isabel Sloane
>> Sent: 08/27/2006 12:11 PM
>> To: Mary Erdoes; Jes Staley
>> Subject: Ted dimon

There's a blurb in the nyt biz section that ted dimon and his team have moved to merrill lynch!
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)



EXHIBIT
Erdoes-10
3/15/23

Confidential                                                                                   JPM-SDNYLIT-00099337