# **FILED UNDER SEAL**

# EXHIBIT 131