# EXHIBIT 134

Home   ›   Entertainment & Pop Culture   ›   Actors

Arts & Culture

⋮ Actions

# Miley Cyrus

American actress and singer

*Also known as: Destiny Hope Cyrus, Miley Ray Cyrus*

Written by John M. Cunningham
Fact-checked by The Editors of Encyclopaedia Britannica
Last Updated: May 15, 2023 • Article History

☰ Table of Contents

🔊 Listen to article   5 minutes



Miley Cyrus

See all media

**Category:**  Arts & Culture

**Born:** November 23, 1992 (age 30) • Franklin • Tennessee

✕

You have reached Britannica's public website.

Click here for ad-free access to your Britannica School or Library account.

Get Started

Case 1:22-cv-10904-JSR Document 241-4 Filed 07/25/23 Page 3 of 4

**Miley Cyrus**, in full **Miley Ray Cyrus**, original name **Destiny Hope Cyrus**, (born November 23, 1992, Franklin, Tennessee, U.S.), American singer and actress whose performance on the television show _Hannah Montana_ (2006–11) and its related soundtrack albums catapulted her into stardom.

Cyrus was born to country singer and actor Billy Ray Cyrus and his wife, Tish, and grew up on her family's farm outside Nashville. Her sunny disposition as a child earned her the nickname "Smiley Miley." (She had her name legally changed to Miley Ray Cyrus in 2008). Though her father was initially reluctant to let her follow in his show business footsteps, at the age of nine she landed a role in an episode of his TV series _Doc_. Another role, in the film _Big Fish_ (2003), followed.



Britannica Quiz

**Pop Culture Quiz**

In 2005 Cyrus auditioned for the lead role in _Hannah Montana_, a Disney Channel series about a girl who leads a double life as a normal middle-school student and, with the help of a blonde wig, as a glamorous pop singer. Though initially deemed by executives to be too small and young for the character, she persisted and won the part. The show debuted the following year (featuring Billy Ray as her TV dad) and became an immediate sensation, scoring record ratings for cable television and turning the 13-year-old into a bona fide star. Aiming to capitalize on the show's obvious youth-market appeal, a soundtrack album featuring the music of _Hannah Montana_ was released in 2006 and eventually sold more than three million copies. It was followed by the equally successful _Hannah Montana 2: Meet Miley Cyrus_ (2007), which was packaged as a double CD, with half of the material under Cyrus's own name.

In late 2007 Cyrus embarked on a national tour called Best of Both Worlds in support of her latest album. Two concerts from the tour were filmed and presented as a 3-D movie; it made more than $30 million in its opening weekend despite having been released only to select theatres. Although already well known to the preteen demographic, she gained wider exposure in early 2008 as her song "See You Again" crossed over to the pop charts. Later that year she released the album _Breakout_ and voiced one of the leading roles in the animated film _Bolt_. For the latter, Cyrus cowrote the single "I Thought I Lost You," which was nominated for a Golden Globe Award.

✕

You have reached Britannica's public website.

Click here for ad-free access to your Britannica School or Library account.



**Miley and Billy Ray Cyrus**

Though her celebrity status had increased, Cyrus continued to perform as Hannah Montana in various media. In early 2009 she starred in *Hannah Montana: The Movie* and sang on its soundtrack, and she later issued two additional soundtrack albums (2009, 2010) for the TV show before its final episode aired in 2011. Meanwhile, Cyrus continued to record under her own name for the EP *The Time of Our Lives* (2009), which featured the hit "Party in the U.S.A.," and the full-length album *Can't Be Tamed* (2010). In addition, she took starring movie roles in the romantic drama *The Last Song* (2010) and the low-budget coming-of-age tale *LOL* (2012).

In 2013 Cyrus released the album *Bangerz*, which departed from her earlier work in its embrace of hip-hop influences and its frequently adult-themed lyrics. Her new style was epitomized by the single "We Can't Stop," a bouncy ode to hedonism that she notably performed, in controversially risqué fashion, at the MTV Video Music Awards. The ballad "Wrecking Ball," meanwhile, became Cyrus's first song to top the *Billboard* singles chart. She then veered away from the mainstream with *Miley Cyrus & Her Dead Petz* (2015), a collection of loosely psychedelic songs recorded in large part with the rock band the Flaming Lips and made available for free on the Internet. *Younger Now* (2017) featured a number of ballads and country-infused songs, one of which was a duet with Dolly Parton. Cyrus's seventh studio album, the rock-infused *Plastic Hearts* (2020), further highlighted her versatility.

✕          You have reached Britannica's public website.

Click here for ad-free access to your Britannica School or Library account.