# EXHIBIT 135

**From:**       Ryan, Maryanne X [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARYANNE.X.RYAN]
**Sent:**       2/9/2011 7:34:54 PM
**To:**         DeLuca, Phillip A [phillip.a.deluca@jpmchase.com]
**Subject:**    Fw:


See below, I just tried to follow up, so NO do not have the conclusion.

----- Original Message -----
From: Langford, William D
To: Ryan, Maryanne X
Sent: Mon Feb 07 21:44:21 2011
Subject: RE:

Sweet...I want heated sidewalks!

-----Original Message-----
From: Ryan, Maryanne X
Sent: Monday, February 07, 2011 9:33 PM
To: Langford, William D
Subject: Re:

I am working offline so flipping you the link right now not possible, I will in the am. I typed svu and
his name and there is a gawker story Law and Order commerates JE taste for teen hookers. It was in there
that they talked about when you move from one state to another the process of becoming registered in the
new state. He might want to go back to FL, they like him there better.

I guess the weather here in NY has not phased him as he does have heated sidewalks so I guess he has not
had to shovel!

----- Original Message -----
From: Langford, William D
To: Ryan, Maryanne X
Sent: Mon Feb 07 21:26:46 2011
Subject: RE:

...

We do need to catch up.  The next step is to speak with Ken Starr.

Do you have any press on the NY/Manhattan DA action?

- W

-----Original Message-----
From: Ryan, Maryanne X
Sent: Monday, February 07, 2011 9:22 PM
To: Langford, William D
Subject:

I hear you are out of town as I am meeting Art in the am at your office in the am.  Wanted to catch up on
Epstein as he was the featured ripped from the headlines story on Law and Order SVU this week. I also
read that the state of ny in conjunction with Manhattan DA just two weeks ago ruled him a level 3 which
is the highest you can be in NY.

So if you have insomnia you can watch the story over the internet.



Confidential                                                                    JPM-SDNYLIT-00453044