# EXHIBIT 137

| From: | Ryan, Maryanne X [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARYANNE.X.RYAN] |
| Sent: | 11/29/2011 5:32:01 PM |
| To: | DeLuca, Phillip A [phillip.a.deluca@jpmchase.com] |
| | |
| Sensitivity: | Company Confidential |

## FBI Set to Reopen Epstein Case Based on Testimony of ███████ ███████

John on March 7, 2011 at 5:30 am

The Daily Mail, which has been doing the investigative work the US press hasn't been, has learned that the FBI may reopen the case based on the testimony of Epstein's underage "erotic masseuse" ███████.

The FBI is reportedly preparing to launch a new inquiry into Epstein after one of his under-age erotic masseuses, ███████, made a string of disturbing allegations about her role.

U.S. detectives are said to be furious that Epstein, 58, escaped with only 13 months in jail for child sex offences after he struck a plea bargain with prosecutors.

The deal protected him from further prosecution for offences in Florida. But the significance of Miss ███████'s claims that under-age girls were moved abroad for sex is that she paves the way for the FBI to prosecute him for offences committed outside Florida under the Trafficking Victims Protection Act.

Maryanne Ryan
Legal and Compliance
AML Operations
VP, Compliance Director
194 Wood Ave South
Iselin, NJ 08830
Phone 732-452-8071



DeLuca Deposition
**Exhibit 20**
334640-CAK        04/19/2023