# EXHIBIT 139

**From:**      Erdoes, Mary E [mary.erdoes@jpmorgan.com]
**Sent:**      9/13/2012 2:55:28 AM
**To:**        Brigstocke, David [david.brigstocke@jpmorgan.com]
**Subject:**   Re: Paulson

WoW

----- Original Message -----
From: Brigstocke, David
Sent: Wednesday, September 12, 2012 10:35 PM
To: Erdoes, Mary E
Subject: Re: Paulson

House. The size of the Union Club. In fact it used to be a club. Reminded me of JE's house, except it was
more tasteful, and fewer nymphettes.
More like the Frick.
Art was fabulous.
D.

----- Original Message -----
From: Erdoes, Mary E
Sent: Wednesday, September 12, 2012 10:20 PM
To: Brigstocke, David
Subject: Re: Paulson

Apartment?

----- Original Message -----
From: Brigstocke, David
Sent: Wednesday, September 12, 2012 09:11 PM
To: Erdoes, Mary E
Subject: Paulson

John sends best wishes, and said he enjoyed the US Open!
D.

EXHIBIT ___19___
WIT: __Staley__
DATE: __6/10/23__
C. Campbell, RDR CRR CSR #13921

Confidential

JPM-SDNYLIT-00755203