# EXHIBIT 141

**From:** Jes Staley [jes.staley@jpmorgan.com]
**Sent:** 8/30/2009 1:05:21 AM
**To:** 'jeevacation@gmail.com' [jeevacation@gmail.com]
**Subject:** Re:

Yep.

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley
**Sent:** Thu Aug 27 14:00:13 2009
**Subject:** Re:
how long london? do you need anything there?
On Thu, Aug 27, 2009 at 10:47 AM, Jes Staley <jes.staley@jpmorgan.com> wrote:

We've done Nantucket, the Vineyard, and Newport. We're now in Stonington, Conn, and my brother, peter, spent the night.

He said I've never looked so relaxed.

Back in the saddle Monday. In London with Jamie, mid week.

I hope all is well with you.

Jes

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley
**Sent:** Thu Aug 27 06:10:07 2009
**Subject:**
now where are you.. still on the boat?

--
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this


EXHIBIT 11
WIT: Dimon
DATE: 5-26-23
C. Campbell, RDR CRR CSR #13921

communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

---

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.