# FILED UNDER SEAL

# EXHIBIT 152

| Category | BegControl | EndControl |
| --- | --- | --- |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054867 | JPM-SDNYLIT-00054876 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054877 | JPM-SDNYLIT-00054880 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054881 | JPM-SDNYLIT-00054886 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054887 | JPM-SDNYLIT-00054894 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054895 | JPM-SDNYLIT-00054902 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054903 | JPM-SDNYLIT-00054910 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054911 | JPM-SDNYLIT-00054920 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054921 | JPM-SDNYLIT-00054924 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054925 | JPM-SDNYLIT-00054930 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054931 | JPM-SDNYLIT-00054936 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054937 | JPM-SDNYLIT-00054944 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054945 | JPM-SDNYLIT-00054952 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054953 | JPM-SDNYLIT-00054956 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054957 | JPM-SDNYLIT-00054964 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054965 | JPM-SDNYLIT-00054970 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054971 | JPM-SDNYLIT-00054976 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054977 | JPM-SDNYLIT-00054984 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054985 | JPM-SDNYLIT-00054992 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00054993 | JPM-SDNYLIT-00055000 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055001 | JPM-SDNYLIT-00055008 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055009 | JPM-SDNYLIT-00055012 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055013 | JPM-SDNYLIT-00055022 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055023 | JPM-SDNYLIT-00055026 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055027 | JPM-SDNYLIT-00055034 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055035 | JPM-SDNYLIT-00055040 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055041 | JPM-SDNYLIT-00055048 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055049 | JPM-SDNYLIT-00055058 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055059 | JPM-SDNYLIT-00055066 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055067 | JPM-SDNYLIT-00055072 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055073 | JPM-SDNYLIT-00055078 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055079 | JPM-SDNYLIT-00055082 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055083 | JPM-SDNYLIT-00055090 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055091 | JPM-SDNYLIT-00055098 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055099 | JPM-SDNYLIT-00055106 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055107 | JPM-SDNYLIT-00055118 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055119 | JPM-SDNYLIT-00055126 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055127 | JPM-SDNYLIT-00055132 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055133 | JPM-SDNYLIT-00055138 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055139 | JPM-SDNYLIT-00055148 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055149 | JPM-SDNYLIT-00055154 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055155 | JPM-SDNYLIT-00055162 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055163 | JPM-SDNYLIT-00055170 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055171 | JPM-SDNYLIT-00055180 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055181 | JPM-SDNYLIT-00055184 |

| Category | BegControl | EndControl |
| --- | --- | --- |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055185 | JPM-SDNYLIT-00055190 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055191 | JPM-SDNYLIT-00055198 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055199 | JPM-SDNYLIT-00055206 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055207 | JPM-SDNYLIT-00055214 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055215 | JPM-SDNYLIT-00055220 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055221 | JPM-SDNYLIT-00055226 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00055227 | JPM-SDNYLIT-00055234 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073294 | JPM-SDNYLIT-00073297 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073298 | JPM-SDNYLIT-00073305 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073306 | JPM-SDNYLIT-00073312 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073313 | JPM-SDNYLIT-00073318 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073319 | JPM-SDNYLIT-00073325 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073326 | JPM-SDNYLIT-00073332 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073333 | JPM-SDNYLIT-00073338 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073339 | JPM-SDNYLIT-00073344 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073345 | JPM-SDNYLIT-00073351 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073352 | JPM-SDNYLIT-00073383 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073416 | JPM-SDNYLIT-00073447 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073448 | JPM-SDNYLIT-00073485 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073486 | JPM-SDNYLIT-00073509 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073510 | JPM-SDNYLIT-00073541 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073542 | JPM-SDNYLIT-00073567 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073568 | JPM-SDNYLIT-00073595 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073596 | JPM-SDNYLIT-00073603 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073604 | JPM-SDNYLIT-00073629 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073630 | JPM-SDNYLIT-00073657 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073658 | JPM-SDNYLIT-00073687 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073688 | JPM-SDNYLIT-00073717 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073718 | JPM-SDNYLIT-00073745 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073746 | JPM-SDNYLIT-00073767 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073768 | JPM-SDNYLIT-00073795 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073796 | JPM-SDNYLIT-00073815 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073816 | JPM-SDNYLIT-00073823 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073824 | JPM-SDNYLIT-00073841 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073842 | JPM-SDNYLIT-00073851 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073852 | JPM-SDNYLIT-00073865 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073866 | JPM-SDNYLIT-00073877 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073878 | JPM-SDNYLIT-00073889 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073890 | JPM-SDNYLIT-00073901 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073902 | JPM-SDNYLIT-00073913 |
| Epstein's JPMorgan account ending in 0663 | JPM-SDNYLIT-00073914 | JPM-SDNYLIT-00073921 |