Case 1:22-cv-10904-JSR   Document 241-23   Filed 07/25/23   Page 1 of 5

# EXHIBIT 153

| Category | BegControl | EndControl |
|---|---|---|
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046709 | JPM-SDNYLIT-00046712 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046717 | JPM-SDNYLIT-00046720 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046725 | JPM-SDNYLIT-00046728 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046733 | JPM-SDNYLIT-00046736 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046741 | JPM-SDNYLIT-00046746 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046753 | JPM-SDNYLIT-00046756 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046757 | JPM-SDNYLIT-00046760 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046761 | JPM-SDNYLIT-00046766 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046767 | JPM-SDNYLIT-00046772 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046773 | JPM-SDNYLIT-00046776 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046777 | JPM-SDNYLIT-00046780 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046781 | JPM-SDNYLIT-00046786 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046787 | JPM-SDNYLIT-00046792 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046793 | JPM-SDNYLIT-00046798 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046799 | JPM-SDNYLIT-00046804 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046805 | JPM-SDNYLIT-00046810 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046811 | JPM-SDNYLIT-00046816 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046817 | JPM-SDNYLIT-00046822 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046823 | JPM-SDNYLIT-00046828 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046829 | JPM-SDNYLIT-00046834 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046835 | JPM-SDNYLIT-00046840 |

| Category | BegControl | EndControl |
|---|---|---|
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046841 | JPM-SDNYLIT-00046846 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046847 | JPM-SDNYLIT-00046852 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046859 | JPM-SDNYLIT-00046866 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046875 | JPM-SDNYLIT-00046880 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046887 | JPM-SDNYLIT-00046894 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046903 | JPM-SDNYLIT-00046908 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046915 | JPM-SDNYLIT-00046922 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046931 | JPM-SDNYLIT-00046936 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046943 | JPM-SDNYLIT-00046948 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046955 | JPM-SDNYLIT-00046960 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046967 | JPM-SDNYLIT-00046972 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046979 | JPM-SDNYLIT-00046982 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046987 | JPM-SDNYLIT-00046990 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00046995 | JPM-SDNYLIT-00047000 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047007 | JPM-SDNYLIT-00047012 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047019 | JPM-SDNYLIT-00047024 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047031 | JPM-SDNYLIT-00047036 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047043 | JPM-SDNYLIT-00047046 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047051 | JPM-SDNYLIT-00047054 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047059 | JPM-SDNYLIT-00047062 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047067 | JPM-SDNYLIT-00047070 |

| Category | BegControl | EndControl |
|---|---|---|
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047071 | JPM-SDNYLIT-00047074 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047075 | JPM-SDNYLIT-00047078 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047079 | JPM-SDNYLIT-00047082 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047083 | JPM-SDNYLIT-00047086 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047087 | JPM-SDNYLIT-00047090 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047091 | JPM-SDNYLIT-00047094 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047095 | JPM-SDNYLIT-00047098 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047099 | JPM-SDNYLIT-00047102 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047103 | JPM-SDNYLIT-00047106 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00047107 | JPM-SDNYLIT-00047110 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065890 | JPM-SDNYLIT-00065895 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065896 | JPM-SDNYLIT-00065899 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065900 | JPM-SDNYLIT-00065903 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065910 | JPM-SDNYLIT-00065913 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065914 | JPM-SDNYLIT-00065917 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065928 | JPM-SDNYLIT-00065931 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065932 | JPM-SDNYLIT-00065935 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065936 | JPM-SDNYLIT-00065939 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065946 | JPM-SDNYLIT-00065949 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065950 | JPM-SDNYLIT-00065953 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065954 | JPM-SDNYLIT-00065959 |

| Category | BegControl | EndControl |
|---|---|---|
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00065980 | JPM-SDNYLIT-00065985 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066012 | JPM-SDNYLIT-00066015 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066016 | JPM-SDNYLIT-00066019 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066034 | JPM-SDNYLIT-00066037 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066038 | JPM-SDNYLIT-00066043 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066044 | JPM-SDNYLIT-00066049 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066054 | JPM-SDNYLIT-00066057 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066058 | JPM-SDNYLIT-00066061 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066068 | JPM-SDNYLIT-00066071 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066096 | JPM-SDNYLIT-00066099 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066100 | JPM-SDNYLIT-00066103 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066108 | JPM-SDNYLIT-00066111 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066126 | JPM-SDNYLIT-00066129 |
| The C.O.U.Q. Foundation's JPMorgan account ending in 1565 | JPM-SDNYLIT-00066130 | JPM-SDNYLIT-00066133 |