# EXHIBIT 160

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                              Case No.
    -against-              1:22-cv-10018-JSR
DEUTSCHE BANK AKTEINGESELLSCHAFT, et al.,
          Defendants.
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,

          Plaintiff,
                              Civil Action No.
    -against-              1:22-cv-10019-JSR

JP MORGAN CHASE BANK, N.A.

          Defendants.

- - - - - - - - - - - - - - - - - - - - - x
            C O N F I D E N T I A L
         Videotaped oral deposition of PAUL
    MORRIS, taken pursuant to subpoena, was
    held REMOTELY, commencing April 18,
    2023, 9:00 a.m., on the above date,
    before Leslie Fagin, a Court Reporter
    and Notary Public in the State of New
    York.
              MAGNA LEGAL SERVICES
                 (866) 624-6221
```



```
                                                          Page 14
 1            P. Morris - Confidential
 2       Q.    Right.  So over the course of your          09:12:50
 3   relationship with Jeffrey Epstein, did he             09:12:52
 4   introduce you to other potential clients?             09:12:54
 5            MS. BEBCHICK:  Objection.                    09:12:58
 6       A.    Yes.                                        09:13:00
 7       Q.    And was one of the other potential          09:13:01
 8   clients Epstein introduced you to Leon Black?         09:13:05
 9       A.    Yes.                                        09:13:11
10       Q.    Did Leon Black become a client of           09:13:12
11   yours?                                                09:13:19
12       A.    I believe so.                               09:13:20
13       Q.    Is whether or not Leon Black was a          09:13:23
14   client of yours something you can't recall            09:13:35
15   one way or the other?                                 09:13:37
16            MS. BEBCHICK:  Objection.                    09:13:41
17       A.    I think we were working on getting          09:13:44
18   an account open for him and I think that was          09:13:46
19   it.  I don't recall if we ever got that open.         09:13:53
20       Q.    Were there any other clients or             09:13:56
21   potential clients that Jeffrey Epstein                09:14:03
22   introduced you to?                                    09:14:05
23            MR. BOUCHOUX:  Objection.  Form.             09:14:08
24       A.    There was one other real estate             09:14:10
25   developer, David Mitchell who we met in New           09:14:16
```



Page 15

```
 1          P. Morris - Confidential
 2    York.                                            09:14:23
 3          Q.   Did David Mitchell ever become a      09:14:23
 4    client of yours?                                 09:14:26
 5          A.   No.                                   09:14:27
 6          Q.   Over the course of your               09:14:29
 7    relationship with Jeffrey Epstein, did he        09:14:30
 8    make promises to introduce you to other high     09:14:32
 9    net worth individuals for the purposes of        09:14:36
10    potentially becoming one of your clients?        09:14:41
11              MR. BOUCHOUX:  Objection.  Form.       09:14:45
12          A.   No.                                   09:14:47
13          Q.   Did you ever discuss with Jeffrey     09:14:47
14    Epstein the possibility of him referring         09:14:53
15    other clients to you?                            09:14:56
16          A.   No.                                   09:15:02
17          Q.   Was there ever a time when you        09:15:03
18    discussed with Jeffrey Epstein the               09:15:11
19    introduction to an individual or individuals     09:15:15
20    in the restaurant business?                      09:15:18
21              MR. BOUCHOUX:  Objection.  Form.       09:15:23
22          A.   I don't recall.                       09:15:25
23          Q.   Was there ever a time when you and    09:15:25
24    Jeffrey Epstein discussed potentially an         09:15:28
25    introduction with Andrew Farkas to be a          09:15:32
```



```
                                                    Page 16
 1          P. Morris - Confidential
 2   potential client?                              09:15:36
 3       A.   Yes.                                  09:15:37
 4       Q.   Is that something that three          09:15:38
 5   questions ago you just didn't remember and     09:15:42
 6   now I've jogged your memory?                   09:15:44
 7            MR. BOUCHOUX:  Objection.             09:15:50
 8            MS. BEBCHICK:  Objection.             09:15:51
 9       Argumentative.                             09:15:51
10       Q.   You can answer.                       09:15:53
11       A.   I just didn't recall --               09:15:54
12       Q.   Fair enough.  Fair enough.            09:15:58
13            So Andrew -- in addition to David     09:15:59
14   Mitchell, Andrew Farkas is another individual  09:16:01
15   that Jeffrey Epstein discussed with you        09:16:04
16   making an introduction to be a potential       09:16:08
17   client, correct?                               09:16:10
18       A.   Yes.                                  09:16:13
19       Q.   And did Jeffrey Epstein make that     09:16:13
20   introduction between you and Andrew Farkas?    09:16:17
21       A.   Yes, he did.                          09:16:21
22       Q.   Did Andrew Farkas become a client     09:16:22
23   of yours?                                      09:16:25
24       A.   No.                                   09:16:26
25       Q.   Do you know why not?                  09:16:26
```



Page 17

1       P. Morris - Confidential
2           MR. BOUCHOUX:  Objection.                09:16:30
3       A.  He was covered by another banker.        09:16:34
4       Q.  Another banker at the same              09:16:36
5   financial institution you worked?                09:16:39
6       A.  Yes.                                    09:16:41
7       Q.  All right.  So he was already an        09:16:42
8   existing client of the bank when Jeffrey        09:16:44
9   Epstein made the introduction?                   09:16:47
10      A.  I don't know if he was an existing      09:16:48
11  client, but he was a prospect of another         09:16:50
12  banker.                                          09:16:53
13      Q.  Okay.  Other than David Mitchell        09:16:54
14  and Andrew Farkas, can you recall any other     09:16:56
15  individuals -- sorry, and Leon Black -- can     09:16:59
16  you recall any other individuals Jeffrey        09:17:03
17  Epstein referred to you or indicated he would   09:17:06
18  set up a meeting for you to potentially be a    09:17:10
19  client?                                          09:17:14
20          MR. BOUCHOUX:  Objection.  Form.       09:17:15
21      A.  There was another Boris Nikolic.        09:17:17
22      Q.  Who was Boris Nikolic?                  09:17:26
23      A.  Boris Nikolic was a medical             09:17:28
24  advisor.  He was an entrepreneur, runs a         09:17:30
25  venture fund.                                   09:17:34



```
                                                        Page 18
 1           P. Morris - Confidential
 2      Q.   Was Boris Nikolic also somehow            09:17:36
 3   related to Bill Gates?                            09:17:38
 4      A.   Yes.                                      09:17:40
 5      Q.   Did Jeffrey Epstein make you aware        09:17:42
 6   of the relationship between Boris Nikolic and    09:17:45
 7   Bill Gates?                                       09:17:49
 8      A.   I don't recall.                           09:17:50
 9      Q.   Did Jeffrey Epstein tell you that         09:17:51
10   he, Jeffrey Epstein, had recently met with        09:17:54
11   Bill Gates and there was a prospect of an         09:17:58
12   introduction between you and Bill Gates?          09:18:03
13      A.   I don't recall.                           09:18:06
14      Q.   Do you remember Jeffrey Epstein           09:18:08
15   ever telling you that he had met with Bill        09:18:10
16   Gates?                                            09:18:14
17      A.   I don't recall.                           09:18:14
18      Q.   Do you remember Jeffrey Epstein           09:18:14
19   ever telling you that he had met with             09:18:18
20   somebody named Josh Harris?                       09:18:20
21      A.   I don't recall.                           09:18:24
22      Q.   Is Josh Harris the name of an             09:18:25
23   individual that Jeffrey Epstein indicated         09:18:29
24   that he would introduce you to for the            09:18:31
25   purposes of becoming one of your clients?         09:18:34
```



Page 38

```
 1           P. Morris - Confidential
 2   aware of?                                          09:42:38
 3       A.   No.                                       09:42:39
 4       Q.   For the entire period that you were       09:42:39
 5   the private banker of Jeffrey Epstein, what        09:42:45
 6   then did you understand Jeffrey Epstein's          09:42:49
 7   day-to-day business to be?                         09:42:51
 8           MS. BEBCHICK:  Objection.                  09:42:55
 9       A.   Can we go back -- can we go back to       09:43:00
10   the question, the previous question again.        09:43:02
11       Q.   I believe the previous question --       09:43:07
12   tell me if I'm misstating this, but I believe     09:43:09
13   the previous question was other than Les          09:43:12
14   Wexner, are you aware of any other client         09:43:14
15   that Jeffrey Epstein had between 2010 and         09:43:16
16   2016?                                              09:43:19
17       A.   No, I -- he -- yes, he was working       09:43:20
18   with Leon Black, that was my understanding.       09:43:25
19       Q.   When did you learn that Jeffrey          09:43:27
20   Epstein was working for Leon Black?                09:43:30
21           MR. BOUCHOUX:  Objection.  Form.           09:43:33
22       A.   I don't know exactly.  I don't            09:43:36
23   recall.                                            09:43:40
24       Q.   Did you learn that Jeffrey Epstein       09:43:40
25   was working with Leon Black during your           09:43:42
```



Page 39

```
 1            P. Morris - Confidential
 2    tenure at JP Morgan or was it during your       09:43:44
 3    tenure at Deutsche Bank?                        09:43:47
 4         A.   I can't recall exactly --             09:43:55
 5         Q.   How did you first -- sorry.           09:43:58
 6         A.   It's okay.                            09:43:58
 7         Q.   Sometimes on Zoom it's not all that   09:44:04
 8    easy to figure out when one person is done      09:44:05
 9    talking and the next one begins, so I           09:44:08
10    apologize for interrupting you.                 09:44:09
11              MR. TODRES:  And Paul, if you have    09:44:21
12         any further computer issues, let us        09:44:22
13         know.  We have a technician outside.  He   09:44:22
14         can fix anything --
15              THE WITNESS:  It's just freezing
16         every once in a while.
17              MR. TODRES:  Do you want to take a
18         break now to stop it --
19              THE WITNESS:  No, it's fine.
20              Can you repeat the question?
21              MR. EDWARDS:  Sure.                   09:44:28
22         Q.   How did you first learn of the        09:44:28
23    relationship between Jeffrey Epstein and Leon   09:44:30
24    Black?                                          09:44:34
25              MR. BOUCHOUX:  Objection.  Form.      09:44:36
```



Page 40

1        P. Morris - Confidential
2        A.   Don't -- I don't recall.                    09:44:37
3        Q.   Did you ever have any conversations         09:44:38
4   with Jeffrey Epstein about the fact that Leon         09:44:40
5   Black was a client of his?                            09:44:45
6        A.   I don't recall.                             09:44:50
7        Q.   Did you ever have any conversations         09:44:51
8   with Leon Black about any association that he         09:44:53
9   had with Jeffrey Epstein?                             09:44:58
10       A.   No.  I don't recall, no.                    09:45:00
11       Q.   How many meetings did you ever have         09:45:02
12  with Leon Black?                                      09:45:06
13       A.   Leon Black had a family office.  So         09:45:13
14  if the question is with Leon directly or his          09:45:18
15  family office.  I want to clarify to be               09:45:22
16  helpful.                                              09:45:32
17       Q.   Sure.  I appreciate the                     09:45:32
18  clarification.                                        09:45:32
19            So let's start with just Leon               09:45:33
20  Black.  How many times did you meet with Leon         09:45:35
21  Black personally?                                     09:45:37
22       A.   One time.                                   09:45:37
23       Q.   And was that at his office that you         09:45:38
24  described previously in the deposition where         09:45:40
25  Jeffrey Epstein was also present?                     09:45:43



Page 41

```
 1              P. Morris - Confidential
 2         A.   Yes.                                    09:45:45
 3         Q.   Then in addition to that meeting        09:45:45
 4    with Leon Black personally, am I                  09:45:50
 5    understanding that you also had meetings with     09:45:53
 6    other people in his family office?                09:45:56
 7         A.   Yes, a team of my colleagues at         09:46:00
 8    Deutsche Bank.                                    09:46:04
 9         Q.   So your meeting with Leon Black's       09:46:05
10    family office where he was not personally in     09:46:10
11    attendance, occurred when you were at            09:46:14
12    Deutsche Bank, is that right?                    09:46:18
13         A.   Yes.                                    09:46:20
14         Q.   Does that fact that you can recall     09:46:21
15    that the meetings with his family office         09:46:29
16    occurred while you were at Deutsche Bank,        09:46:32
17    does that help to refresh your recollection      09:46:34
18    as to when your meeting with Leon Black          09:46:36
19    personally occurred?                             09:46:40
20              MR. BOUCHOUX:  Objection.              09:46:43
21              MS. BEBCHICK:  Objection.              09:46:44
22         A.   Is the question when my meeting        09:46:49
23    with Leon Black was?                             09:46:52
24         Q.   Yes.                                   09:46:55
25         A.   I just don't recall.                   09:46:56
```



```
                                                    Page 46
 1          P. Morris - Confidential
 2   bonuses or commissions?                        09:52:43
 3        A.   Yes.                                 09:52:47
 4        Q.   What was the payment structure at    09:52:48
 5   JP Morgan when you started as a private        09:52:53
 6   banker?                                        09:52:56
 7             MS. BEBCHICK:  Objection.            09:52:57
 8        A.   The compensation structure, as I     09:53:00
 9   recall, was a base salary and an annual        09:53:03
10   discretionary bonus.                           09:53:08
11        Q.   What factors were taken into         09:53:10
12   account to determine what that discretionary   09:53:14
13   bonus would be?                                09:53:17
14        A.   I don't recall all the factors but   09:53:22
15   it was not a formulaic.  Based on business     09:53:25
16   development, revenues, client coverage, a      09:53:32
17   number of factors, but I can't recall all the  09:53:36
18   details.                                       09:53:38
19        Q.   Okay. Do you remember receiving --   09:53:39
20   sorry.                                         09:53:39
21             Do you remember receiving a letter   09:53:48
22   when you started at JP Morgan informing you    09:53:48
23   that your base salary would be ▓▓▓▓▓▓?         09:53:52
24        A.   I don't recall but it sounds about   09:53:56
25   right.                                         09:53:59
```



Page 48

|     |     |     |
| --- | --- | --- |
| 1 |      P. Morris - Confidential | |
| 2 |      MR. BOUCHOUX:  Objection.  Form. | 09:55:14 |
| 3 | A.   I don't recall. | 09:55:17 |
| 4 | Q.   Was one of the objectives that was | 09:55:19 |
| 5 | instilled in you as a JP Morgan private | 09:55:22 |
| 6 | banker to acquire new clients? | 09:55:24 |
| 7 |      MR. BOUCHOUX:  Objection.  Form. | 09:55:28 |
| 8 | A.   Yes, that was my understanding. | 09:55:31 |
| 9 | Q.   And was the acquisition of high net | 09:55:32 |
| 10 | worth or ultra high net worth individuals a | 09:55:40 |
| 11 | targeted group of people for you? | 09:55:46 |
| 12 |      MR. BOUCHOUX:  Objection.  Form. | 09:55:49 |
| 13 | Vague.  Ambiguous. | 09:55:51 |
| 14 | A.   That was my understanding. | 09:55:52 |
| 15 | Q.   Did you understand that the more | 09:55:53 |
| 16 | money you brought in to JP Morgan, the | 09:55:56 |
| 17 | greater the chances of you getting a bonus | 09:56:02 |
| 18 | would be? | 09:56:04 |
| 19 |      MS. BEBCHICK:  Objection. | 09:56:08 |
| 20 |      MR. BOUCHOUX:  Objection.  Form. | 09:56:09 |
| 21 | A.   It wasn't so much about, you know, | 09:56:12 |
| 22 | the assets, it was about what those assets | 09:56:14 |
| 23 | produced for the business.  Revenues, for | 09:56:20 |
| 24 | example. | 09:56:23 |
| 25 | Q.   What does that mean -- explain to | 09:56:23 |



Page 49

```
 1              P. Morris - Confidential
 2    me because I'm not a banker, what it means to        09:56:25
 3    -- increasing revenue or assets as opposed to        09:56:33
 4    just bringing in money under management?             09:56:37
 5              I don't understand the difference.         09:56:38
 6         A.   Sure.  Some assets really might            09:56:44
 7    just not generate any revenues because you           09:56:47
 8    are not managing them, you know, they might          09:56:52
 9    just be sitting in a brokerage account.  But         09:56:54
10    you could have a portfolio that we are               09:56:57
11    actively managing or you can have an account         09:57:01
12    that you are actively trading, that is               09:57:03
13    potentially or definitely more valuable and          09:57:06
14    that generates revenues.                             09:57:10
15              If you just have some assets               09:57:12
16    sitting in a brokerage account, they don't           09:57:15
17    generate assets, they don't generate revenues        09:57:17
18    at all.                                              09:57:19
19         Q.   So it wasn't really just the amount        09:57:20
20    of money that gets brought under management,         09:57:22
21    it's also the types of vehicles that you are         09:57:25
22    managing that would matter most to JP Morgan?        09:57:27
23              MR. BOUCHOUX:  Objection.  Form.           09:57:30
24         Misstates.                                      09:57:31
25         A.   I can't recall all that.  I just           09:57:32
```



Page 53

```
 1          P. Morris - Confidential
 2   really, again, as I mentioned, the revenues      10:18:17
 3   were, you know, insignificant.                   10:18:20
 4        Q.   What would Jeffrey Epstein have        10:18:22
 5   done with his assets that could have             10:18:25
 6   increased the revenues for Deutsche Bank?        10:18:28
 7             MS. BEBCHICK:  Objection.              10:18:33
 8        A.   You know, a number of things; more     10:18:35
 9   trading, asset -- you know, investment           10:18:36
10   management.                                      10:18:40
11        Q.   And what instead was he doing with     10:18:42
12   his assets that was not generating revenue?     10:18:45
13        A.   He was doing a little bit of           10:18:52
14   trading but it just wasn't that active.          10:18:55
15        Q.   Was Leon Black somebody that you       10:19:00
16   considered to be an important potential          10:19:05
17   client for you?                                  10:19:07
18             MR. BOUCHOUX:  Objection.  Form.       10:19:08
19             MS. BEBCHICK:  Objection.              10:19:09
20        A.   Yes, he was definitely a priority      10:19:13
21   prospect.                                        10:19:19
22        Q.   Why was that?                          10:19:19
23        A.   Leon Black had a very significant      10:19:26
24   net worth and he was a CEO of a large            10:19:30
25   investment firm, and I looked at him as a        10:19:36
```



Page 54

1        P. Morris - Confidential
2    priority prospect.                                    10:19:48
3        Q.   At some point in time, would you             10:19:49
4    agree that there was nothing more important           10:19:50
5    to you than Jeffrey Epstein and Leon Black?           10:19:52
6            MR. BOUCHOUX:  Objection.  Form.              10:19:57
7            MS. BEBCHICK:  Objection.                     10:19:58
8        A.   No, I don't think Epstein really             10:19:59
9    turned out to be that important.  I think             10:20:10
10   over time, we -- on the business side, we             10:20:13
11   spent very little time with Mr. Epstein, not          10:20:23
12   that we weren't hopeful to do other things            10:20:29
13   with him.  But I was busy, my team was busy           10:20:32
14   working with many other people and                    10:20:40
15   prospecting many other people and he wasn't           10:20:42
16   that important --                                     10:20:48
17       Q.   So when --                                   10:20:56
18           MR. BOUCHOUX:  I don't think the              10:20:56
19       witness is done.                                  10:20:58
20       A.   Yeah, I think there were two                 10:20:58
21   questions.                                            10:20:58
22           So Leon Black was a -- clearly an             10:20:59
23   important prospect, but he was just a                 10:21:01
24   prospect to us.                                       10:21:03
25       Q.   So when you were at Deutsche Bank,           10:21:08



Page 173

```
 1        P. Morris - Confidential
 2           MR. BOUCHOUX:  Objection.  Form.        14:07:38
 3       Asked and answered.  Misstates              14:07:40
 4       testimony.  Mischaracterizes facts.         14:07:42
 5       Argumentative.                              14:07:46
 6       A.   Sorry, I can't recall other client     14:07:50
 7   names.                                          14:07:54
 8       Q.   While you were at JP Morgan, did       14:07:54
 9   there come a point in time where Jeffrey        14:08:04
10   Epstein wanted to bring you in on a deal        14:08:13
11   related to Leon Black?                          14:08:16
12           MS. BEBCHICK:  Objection to form.       14:08:20
13       A.   Yes.                                   14:08:23
14       Q.   Was that related to an art loan?       14:08:23
15       A.   Yes.                                   14:08:30
16       Q.   Did you get brought in on the art      14:08:30
17   loan deal at JP Morgan?                         14:08:34
18           MR. BOUCHOUX:  Objection to form.       14:08:37
19       A.   No, I don't believe so.                14:08:39
20       Q.   Do you know why not?                   14:08:42
21       A.   I don't recall.                        14:08:47
22       Q.   Did there come a point where           14:08:49
23   Jeffrey Epstein wanted an introduction fee      14:08:51
24   related to Leon Black while you were Jeffrey    14:08:57
25   Epstein's private banker at JP Morgan?          14:09:02
```

