# EXHIBIT 161

# Document Produced in Native Format



Confidential

JPM-SDNYLIT-00133088

## WEALTH MANAGEMENT TOP 25 INVESTOR CLIENTS

|  | Wealth Management 2003 YE Revenues | Top 25 2003 FY Revenues | % of 2003 FY Revenues |
|---|---|---|---|
| Total revenue | $ 284,297,205 | $ 46,779,565 | 16.5% |
| Investor | $ 180,127,370 | $ 41,294,377 | 22.9% |
| SDI | $ 76,193,098 | $ 26,792,733 | 35.2% |
| IM | $ 36,916,920 | $ 5,952,996 | 16.1% |
| Fiduciary* | $ 67,017,352 | $ 8,548,648 | 12.8% |

| Banker | DM Name | Investor Revenue 2003 FY | 2004 YTD | SDI 2003 FY | SDI 2004 YTD | IM 2003 FY | IM 2004 YTD | FID* 2003 FY | FID* 2004 YTD |
|---|---|---|---|---|---|---|---|---|---|
| RIETH,MARY C | EPSTEIN,JEFFREY E | 8,197,375 | 631,783 | 8,197,375 | 183,797 | - | $ 433,712 | - | 14,274 |
| SHERIDAN,WILLIAM M |  | 4,342,683 | 515,291 | 1,859,303 | 515,291 | 2,375,688 | $ - | 107,692 | - |
| BAYNARD,ROBERT P |  | 3,272,282 | 382,353 | 3,272,282 | 382,353 | - | $ - | - | - |
| DOOLEY,DOUGLAS J |  | 3,108,357 | 285,069 | - | 3,001 | 324,182 | $ - | 2,784,175 | 282,068 |
| RYDEN,KURT V |  | 1,903,040 | 234,978 | 1,903,040 | 3,068 | - | $ - | - | 231,910 |
| VALENTI,LOUISE |  | 1,553,105 | 208,402 | 48,863 | 208,402 | - | $ - | 1,504,242 | - |
| RYDEN,KURT V |  | 1,530,435 | 157,367 | 1,530,435 | 73,559 | - | $ - | - | 83,808 |
| SIMON,ROBERT |  | 1,316,345 | 146,283 | 1,316,345 | 146,283 | - | $ - | - | - |
| RIETH,MARY C |  | 1,236,542 | 141,256 | 1,236,542 | 7,117 | - | $ - | - | 134,139 |
| MITCHELL,JENNIFER |  | 1,185,317 | 128,146 | 1,183,379 | - | 1,938 | $ 128,146 | - | - |
| KENWORTHY,MARY M. |  | 1,172,259 | 105,403 | 64,653 | 105,403 | 947,701 | $ - | 159,905 | - |
| MARKOVICH,JOSEPH B |  | 1,064,323 | 103,862 | 461,151 | - | 603,172 | $ 11,581 | - | 92,281 |
| SERLIN,MARILYN |  | 1,047,026 | 98,186 | - | 98,186 | 101,231 | $ - | 945,795 | - |
| DEVIENNE,ARIANE |  | 1,037,099 | 97,765 | 28,262 | 1,852 | - | $ - | 1,008,837 | 95,913 |
| MARKOVICH,JOSEPH B |  | 974,181 | 93,347 | 464,282 | 93,347 | 509,899 | $ - | - | - |
| SERLIN,MARILYN |  | 991,975 | 95,958 | 991,975 | 18,831 | - | $ 77,127 | - | - |
| SHERIDAN,WILLIAM M |  | 938,784 | 93,228 | 153,706 | 93,228 | 785,078 | $ - | - | - |
| RONAYNE,GERALD |  | 911,895 | 91,133 | 821,182 | - | 88,057 | $ - | 2,660 | 91,133 |
| BAYNARD,ROBERT P |  | 894,635 | 86,169 | 894,635 | 765 | - | $ 85,404 | - | - |
| RIETH,MARY C |  | 887,182 | 82,010 | 887,182 | 60,288 | - | $ 21,722 | - | - |
| SERLIN,MARILYN |  | 800,262 | 81,979 | - | 81,979 | 26,201 | $ - | 774,061 | - |
| WATSON,JAMES |  | 760,852 | 81,008 | - | 81,008 | - | $ - | 760,852 | - |
| WOODARD,TERRY |  | 749,274 | 80,732 | 607,264 | 80,732 | 142,010 | $ - | - | - |
| VALENTI,LOUISE |  | 711,820 | 78,681 | 163,553 | 1,560 | 47,838 | $ 23,053 | 500,429 | 54,068 |
| KENWORTHY,MARY M. |  | 707,325 | 77,359 | 707,324 | 153 | 1 | $ 987 | - | 76,219 |
| **TOTALS:** |  | 41,294,377 | 4,177,747 | 26,792,733 | 2,240,203 | 5,952,996 | $ 781,732 | 8,548,648 | 1,155,812 |

* All Fiduciary revenue is 70% of the actual to represent the revenue associated with Investors.

JPM-SDNYLIT-00133088

**WEALTH MANAGEMENT TOP 25 INVESTOR CLIENTS**

| | Wealth Management 2004 YTD Revenues | Top 25 2004 YTD Revenues | % of 2004 YTD Revenues |
|---|---|---|---|
| Total revenue | $ 25,412,910 | $ 7,055,576 | 27.6% |
| Investor | $ 16,117,008 | $ 4,177,747 | 25.9% |
| SDI | $ 6,369,469 | $ 2,240,203 | 35.2% |
| IM | $ 3,900,784 | $ 781,732 | 20.0% |
| Fiduciary* | $ 5,846,755 | $ 1,155,812 | 19.8% |

Revenues By Client

| Banker | DM Name | Investor Revenue 2003 FY | Investor Revenue 2004 YTD | SDI 2003 FY | SDI 2004 YTD | IM 2003 FY | IM 2004 YTD | FID* 2003 FY | FI*D 2004 YTD |
|---|---|---|---|---|---|---|---|---|---|
| SHERIDAN,WILLIAM M | | $ 4,342,683 | 631,783 | 1,859,303 | 183,797 | 2,375,688 | $ 433,712 | 107,692 | 14,274 |
| RIETH,MARY C | EPSTEIN,JEFFREY E | 8,197,375 | 515,291 | 8,197,375 | 515,291 | - | $ - | - | - |
| RYDEN,KURT V | | 309,449 | 382,353 | 309,449 | 382,353 | - | $ - | - | - |
| DEVIENNE, ARIANE | | 1,037,099 | 285,069 | 28,262 | 3,001 | - | $ - | 1,008,837 | 282,068 |
| DEVIENNE, ARIANE | | 677,704 | 234,978 | 34,409 | 3,068 | - | $ - | 643,295 | 231,910 |
| KENWORTHY, MARY M. | | 470,839 | 208,402 | 470,839 | 208,402 | - | $ - | - | - |
| SERLIN, MARILYN | | 704,485 | 157,307 | 620,227 | 73,559 | - | $ - | 84,258 | 83,898 |
| RIETH,MARY C | | 21,650 | 146,283 | 21,650 | 146,283 | - | $ - | - | - |
| VALENTI,LOUISE | | 1,553,105 | 141,256 | 48,863 | 7,117 | - | $ - | 1,504,242 | 134,139 |
| VALENTI,LOUISE | | - | 128,146 | - | - | - | $ 128,146 | - | - |
| RYDEN,KURT V | | 1,903,040 | 105,403 | 1,903,040 | 105,403 | - | $ - | - | - |
| SERLIN, MARILYN | | 1,047,026 | 103,862 | - | - | 101,231 | $ 11,581 | 945,795 | 92,281 |
| RIETH,MARY C | | 571,586 | 98,186 | 571,586 | 98,186 | - | $ - | - | - |
| RONAYNE, GERALD | | 452,644 | 97,765 | 89,114 | 1,852 | - | $ - | 363,530 | 95,913 |
| KLEHM,SHEILA | | 608,617 | 95,958 | 289,957 | 18,831 | 318,660 | $ 77,127 | - | - |
| RONAYNE, GERALD | | 251,161 | 93,347 | 251,161 | 93,347 | - | $ - | - | - |
| BAYNARD, ROBERT P | | 3,272,282 | 93,228 | 3,272,282 | 93,228 | - | $ - | - | - |
| SERLIN, MARILYN | | 800,262 | 91,133 | - | - | 26,201 | $ - | 774,061 | 91,133 |
| SIMON, ROBERT | | 389,136 | 86,169 | 78,581 | 765 | 310,555 | 85,404 | - | - |
| RONAYNE, GERALD | | 511,899 | 82,010 | 821,182 | 60,288 | 88,057 | $ 21,722 | 2,660 | - |
| RIETH,MARY C | | 887,182 | 81,979 | 887,182 | 81,979 | - | $ - | - | - |
| DEVENS, ROBERT | | 149,034 | 81,008 | 149,034 | 81,008 | - | $ - | - | - |
| MCGANN, RONALD | | 701,086 | 80,732 | 701,086 | 80,732 | - | $ - | - | - |
| KINARD, RANDY E | | 571,737 | 78,681 | 17,134 | 1,560 | 104,929 | 23,053 | 449,674 | 54,068 |
| LELEN, RONALD T. | | (58,515) | 77,359 | 1,663 | 153 | 9,732 | 987 | (69,910) | 76,219 |
| **TOTALS:** | | 29,772,566 | 4,177,747 | 20,623,379 | 2,240,203 | 3,335,053 | 781,732 | 5,814,134 | 1,155,812 |

* All Fiduciary revenue is 70% of the actual to represent the revenue associated with Investors.

Top 25 as of Jan 04

JPM-SDNYLIT-00133088