# EXHIBIT 165

**Rapid Response Team**
**July 15, 2008**
**Existing Client – Jeffrey Epstein (Follow-up Rapid Response Mtg.)**

Private Banker – Mary Casey – 212 464-0374
Senior Manager – Marc Sheridan – 212 464-1321

**Nature of Existing Relationship**
The Epstein relationship, which includes accounts for his personal investment company – Financial Trust Company, mainly consists of banking and asset accounts with balances totaling approximately $121.5 million.  He has one open credit account with a -0- balance.

[ EMBED AcroExch.Document.7 ]

**Source of Wealth**
Jeffrey Epstein is a money manager for wealthy individuals.  Press articles indicate that he owns what is said to be the Manhattan's largest private house and runs his business from a 100 acre private island in St. Thomas.

**Derogatory Information originally reported by Security Services (September, 2006)**
The following derogatory information was identified by Security Services within related entity DDRs for Jeffrey Epstein:

- Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes.

*Derogatory Information Update – July 2008*

On July 3, 2008, Jeffrey Epstein was sentenced to 12 months in jail for solicitation of a prostitute and six months for procuring a person under age 18 for prostitution.  His jail sentence will be followed by 12 months of house arrest.

[ EMBED AcroExch.Document.7 ][ EMBED AcroExch.Document.7 ]

**Conclusion from 1st Rapid Response Meeting of 10/17/06**
After internal discussions with Jes Staley, Mary Erdoes, Catherine Keating, John Duffy and Mary Casey, it was decided that we will keep Mr. Epstein solely as a banking client and on a 'reactive', client service basis.  We will not proactively solicit new investment business from him.

**Conclusion from follow-up Rapid Response of 7/15/08:**

No change to relationship approach.



EXHIBIT
Erdoes-18
3/15/23

**CONFIDENTIAL – ATTORNEY CLIENT PRIVALEDGE**
