# EXHIBIT 168

*Tom 1H 2011 – Representative Transactions*

**Project Molecule (Jes Staley, Monica Issar, David Wezdenko, Janine Racanelli)**

- Involved in discussions relating to building a solution for potential ~$40-$80BN of Gates' funds, thought to be related to the Giving Pledge, either for both US and foreign donors, or strictly foreign donors
- Worked with David Shevlin at Simpson Thatcher, Wezdenko, Jes, Janine and Monica) to discuss possible structures and implications of using support organizations (shelved v. new IRS determination letter), foreign private charitable foundations, etc. to meet a wide range of potential scenarios, including a desire for pooled investments, a desire to pool funds towards a single charitable purpose, a desire to separate donated funds and track individual gift performance, etc.

EXHIBIT 4
WIT: Staley
DATE: 6/10/23
C. Campbell, RDR CRR CSR #13921

2

Confidential JPM-SDNYLIT-00754976

**Jeffrey Epstein (Paul Barrett, Jonathan Rikoon)**

- Epstein is GIO's biggest revenue producer
- Advised on/helped Epstein execute various trades along with his tax accountant as to the tax characterization of foreign exchange trades and structured notes
- Also pitched the Preferred Partnership Freeze



4

Confidential JPM-SDNYLIT-00754978

[redacted]

