# EXHIBIT 169

| | |
|---|---|
| **From:** | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| **To:** | Duffy, John R <john.r.duffy@jpmorgan.com>;McCleerey, Kevin" <Kevin.McCleerey@jpmorgan.com> |
| **Sent:** | 7/3/2013 12:39:54 AM |
| **Subject:** | Epstein summary |

John and Kevin, how is this summary on Jeffrey? Let me if you need me to get more specific on the accounts. I have calls in to Jeffrey's office staff to ask about Haze and Jeepers, but they were gone for the day. I should have some more detail tomorrow morning. Regards, Justin

---

Jeffrey Epstein has accumulated his net worth, which is estimated to be $500MM+, by advising billionaires on their wealth. His consults with clients on planning for future generations and helping them manage their balance sheets. He does not specifically manage money for clients. His client base includes people like Leon Black (founder of Apollo) and Les Wexner, who founded the Limited clothing chain.

It is well known publically and internally that Jeffrey plead guilty to solicitation of prostitution and served 13 months in jail starting in 2008. However, even given these issues, he still clearly well-respected and trusted by some of the richest people in the world.

The assets he keeps at J.P. Morgan are his own money, which he actively trades through our Global Investment Opportunities desk with Paul Barrett's team. He is one of the most active and sophisticated investors on the GIO desk. Jeffrey also maintains lines of credit backed by his liquid portfolio, although none are drawn at this time. He has numerous credit cards which are always paid on time. Besides Paul and me, Jeffrey has relationships with John Duffy (we met with Jeffrey together this year) and Mary Erdoes.

Jeffrey is a US citizen but is also a permanent resident of the US Virgin Islands for income tax purposes. He owns most of his assets through the Southern Trust Company and Southern Financial, which are USVI entities and both owned 100% by Jeffrey. He has his own island in the USVI, which is called Little Saint Jeff. Besides this property, he owns a 50,000 sq ft townhome in Manhattan, a ranch near Santa Fe, NM and a home in Palm Beach, FL. He has LLC's that own/operate these properties and related credit cards (Zorro, LSJ, NES, etc.)

He is also a supporter of the sciences through The Jeffrey Epstein VI Foundation, which funds science and research around the world. He donated $30MM to Harvard to set up the university's Program for Evolutionary Dynamics and has also funded research at Princeton.

Born in Brooklyn, New York, Epstein attended Lafayette High School. He attended classes at Cooper Union from 1969 to 1971 and then at the Courant Institute of Mathematical Sciences, leaving without a degree. From 1973 to 1975 he taught calculus and physics at the Dalton School. Epstein began his financial career in 1976 as an options trader at Bear Stearns. He specialized in mathematical models such as the Black-Scholes option-pricing model and later worked in the special products division, advising high net worth clients on tax strategies. In 1980, Epstein became a partner at Bear Stearns. In 1982, Epstein founded his own financial management firm, J. Epstein & Co., managing the assets of clients with more than a billion in net worth. In 1987, Leslie Wexner, founder and chairman of the Columbus, Ohio-based Limited chain of women's-clothing stores became a well-known client. In 1996, Epstein changed the name of his firm to The Financial Trust Company and based it on the island of St. Thomas in the US Virgin Islands. In 2013, Jeffrey merged Financial Trust Company into the Southern Trust Company.

**Justin D. Nelson - Managing Director**
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781

EXHIBIT
Nelson 7
4/21/23

Confidential

JPM-SDNYLIT-00029230