# EXHIBIT 171

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
         Plaintiff,
                              Civil Action No.
    -against-                 1:22-cv-10019-JSR
JP MORGAN CHASE BANK, N.A.
         Defendants.
- - - - - - - - - - - - - - - - - - - - - x
     Highly Confidential-Attorneys Eyes Only

         Videotaped oral deposition of
    JUSTIN NELSON, taken pursuant to
    subpoena, was held BOIES SCHILLER
    FLEXNER, 55 Hudson Yards,New York, New
    York commencing April 21, 2023, 9:42
    a.m., on the above date, before Leslie
    Fagin, a Court Reporter and Notary
    Public in the State of New York.




             MAGNA LEGAL SERVICES
               (866) 624-6221
              www.MagnaLS.com



Page 43

```
 1         J. Nelson - Confidential
 2   unfortunately.                                        10:21:13
 3         Q.    Do you know whose ultimate decision       10:21:14
 4   it was to terminate Jeffrey Epstein?                  10:21:17
 5         A.    I don't.                                  10:21:18
 6         Q.    Did you maintain a relationship           10:21:19
 7   with Jeffrey Epstein after he was terminated?         10:21:23
 8         A.    I did.                                    10:21:26
 9         Q.    Why?                                      10:21:26
10         A.    Jeffrey had other clients as part         10:21:29
11   of his business and we got to know one of             10:21:34
12   them, but that was of interest to us.                 10:21:39
13         Q.    Who was that?                             10:21:41
14         A.    Of the clients?                           10:21:42
15         Q.    Yes.                                      10:21:45
16         A.    One of them was Leon Black.               10:21:46
17         Q.    And was the reason for remaining in       10:21:48
18   contact with Jeffrey Epstein after he was             10:21:52
19   terminated from JPMorgan, because he could            10:21:55
20   continue to be somewhat of a referral source          10:21:58
21   for JPMorgan?                                         10:22:01
22               MR. BUTTS:   Objection to form.           10:22:03
23               You may answer.                           10:22:04
24         A.    Possibly.                                 10:22:04
25         Q.    And one of the referrals that you         10:22:05
```



```
                                                         Page 45
1          J. Nelson - Confidential
2    Epstein have any certificates, master's,         10:23:17
3    doctorate or anything else in the field of      10:23:20
4    tax?                                             10:23:22
5           MR. BUTTS:  Objection to form.           10:23:24
6           You may answer.                           10:23:25
7       A.  I don't think so.                         10:23:25
8       Q.  And what did you understand Leon          10:23:27
9    Black's profession to be in 2013?                10:23:30
10      A.  He was the CEO and founder of             10:23:33
11   Apollo.                                          10:23:35
12      Q.  What is Apollo?                           10:23:35
13      A.  A private equity group.                   10:23:37
14      Q.  In terms of the relationship              10:23:39
15   between Jeffrey Epstein and Leon Black, it       10:23:50
16   was your understanding that Jeffrey Epstein      10:23:53
17   was providing some sort of advice to Leon        10:23:55
18   Black?                                           10:23:59
19          MR. BUTTS:  Objection to form.            10:24:00
20          You may answer.                           10:24:02
21      A.  Yes.                                      10:24:02
22      Q.  The best that you can recall is           10:24:03
23   that advice related to tax advice?               10:24:04
24      A.  Yes.                                      10:24:08
25      Q.  Did Jeffrey Epstein also advise           10:24:08
```



```
                                                      Page 46
 1          J. Nelson - Confidential
 2   Leon Black on investments?                       10:24:12
 3       A.   I don't know.                           10:24:15
 4       Q.   Was there ever a point in time          10:24:15
 5   where Jeffrey Epstein was communicating with     10:24:19
 6   you on behalf of Leon Black related to any       10:24:21
 7   investment vehicles?                             10:24:26
 8       A.   I don't remember.                       10:24:30
 9       Q.   Back in 2013, what was Jeffrey          10:24:31
10   Epstein telling you about the ability to         10:24:35
11   connect you with Leon Black?                     10:24:39
12       A.   On occasion, he had brought up some     10:24:43
13   opportunities for us to deepen a relationship    10:24:47
14   with Leon.  He was already a client at that      10:24:52
15   time of the private bank.                        10:24:55
16       Q.   In 2013, when you say, he, we are       10:24:56
17   talking about Leon Black was already a client    10:24:58
18   of JPMorgan?                                     10:25:00
19       A.   Correct.                                10:25:01
20       Q.   So there was already a relationship     10:25:02
21   between Leon Black and JPMorgan in 2013 at       10:25:04
22   the time when Jeffrey Epstein was terminated     10:25:07
23   from the bank?                                   10:25:09
24       A.   Yes.                                    10:25:10
25       Q.   Did you become the private banker       10:25:10
```



```
                                                      Page 83
 1            J. Nelson - Confidential
 2            You may answer.                         11:00:35
 3       A.   I don't think so.                       11:00:35
 4       Q.   Meaning, you had been at the bank a     11:00:36
 5  really long time at that point in time, but       11:00:39
 6  you are really only telling them for the          11:00:42
 7  three years leading up to this?                   11:00:44
 8       A.   Going back also several years that      11:00:46
 9  I only have access to so much data, so if I       11:00:50
10  could go back farther, I probably could, but      11:00:53
11  I don't think I had that at my fingertips at      11:00:56
12  the time.                                         11:00:59
13       Q.   The last two lines, Cumulative          11:00:59
14  growth over this period both for you and the      11:01:03
15  pod.  The period of time was from 2016 to         11:01:05
16  2018 that those last numbers are factored?        11:01:08
17       A.   Yes.                                    11:01:11
18       Q.   Then if we go to the last page, the     11:01:13
19  title says, Client Points.                        11:01:16
20            What does client points mean?           11:01:19
21       A.   Those refer to new clients, new         11:01:22
22  client acquisition.                               11:01:25
23       Q.   Is that part of also the metric         11:01:26
24  that would play into any incentive or bonus?      11:01:29
25            MR. BUTTS:  Objection.                  11:01:36
```



```
                                                       Page 84
 1              J. Nelson - Confidential
 2              You may answer.                        11:01:37
 3       A.    It's one of the factors that could      11:01:37
 4   be considered for compensation, yes.              11:01:39
 5       Q.    Is this a form that was created by      11:01:40
 6   JPMorgan and you are filling in data or is        11:01:44
 7   this an internal form that's created by you       11:01:47
 8   and you are choosing what data to provide?        11:01:50
 9       A.    I'm choosing what data to provide       11:01:53
10   here.                                             11:01:56
11       Q.    Meaning, somebody at JPMorgan           11:01:56
12   didn't say, hey, complete your 2018 annual        11:01:58
13   review and this template was already given to     11:02:01
14   you to fill in the blanks?                        11:02:05
15       A.    Right.                                  11:02:07
16       Q.    You created this from scratch?          11:02:08
17       A.    I created the financial information    11:02:10
18   that I put in here, yes.                          11:02:13
19       Q.    I feel like my questions were          11:02:15
20   really poor, so I will try this again because     11:02:17
21   now I don't understand what we are talking        11:02:20
22   about.                                            11:02:23
23              I understand that you provided the    11:02:25
24   information that is forming the substance         11:02:28
25   such as manager's comments, that's                11:02:31
```



```
                                                    Page 172
1          J. Nelson - Confidential
2      Q.   So once he left, did you speak with        13:27:05
3  risk, compliance or anyone else about whether       13:27:10
4  or not it was appropriate to reach out to           13:27:16
5  Jeffrey Epstein and attempt to further              13:27:19
6  cultivate the relationship with him as a            13:27:21
7  referral source?                                    13:27:27
8          MR. BUTTS:  Objection to form.              13:27:27
9          You may answer.                             13:27:28
10     A.   I don't remember the specifics, but        13:27:28
11 I know there were discussions about that.           13:27:30
12     Q.   Can we presume that after he was           13:27:33
13 terminated as a client, you didn't reach out        13:27:37
14 to him without anyone in JPMorgan knowing and       13:27:42
15 go over to his house and attempt to utilize         13:27:45
16 him as a referral source?                           13:27:48
17         MR. BUTTS:  Objection to form.              13:27:50
18         You may answer.                             13:27:52
19     A.   Can you repeat that.                       13:27:52
20     Q.   Sure.  So two different scenarios.         13:27:53
21 One is, he is terminated as a client because        13:27:57
22 he is too high risk for JPMorgan and without        13:28:00
23 talking to anyone, you set up an appointment        13:28:03
24 with Jeffrey Epstein to go to his house and         13:28:06
25 try to use him as a referral source, that's         13:28:09
```



```
                                                        Page 173
 1            J. Nelson - Confidential
 2    one.                                              13:28:13
 3            No. 2 is, he is terminated as a           13:28:13
 4    client, too much risk and there is a              13:28:17
 5    discussion between you, and I will ask who is     13:28:19
 6    all involved in that discussion, about            13:28:22
 7    whether or not it's still okay to meet with       13:28:24
 8    him in person and utilize him as a potential      13:28:26
 9    referral source so --                             13:28:29
10        A.   Scenario 2.                              13:28:30
11            MR. BUTTS:  I didn't see the end of       13:28:35
12        the question there.                           13:28:37
13            MR. EDWARDS:  We were checking            13:28:37
14        boxes.                                        13:28:39
15            MR. BUTTS:  You set up the two            13:28:40
16        boxes, I thought, and I will say              13:28:42
17        objection to form.                            13:28:44
18            And which box are you picking?            13:28:44
19        A.   I'm checking box 2.                      13:28:46
20        Q.   So try to explain to me how, in as       13:28:48
21    great of detail as you can, that comes about,     13:28:52
22    that you reach out to Jeffrey Epstein and you     13:28:56
23    end up going over to his house to meet with       13:29:00
24    him after he has been terminated as an            13:29:03
25    employee of JPMorgan?                             13:29:05
```



```
                                                        Page 174
 1         J. Nelson - Confidential
 2              MR. BUTTS:  Objection to form.         13:29:06
 3              You may answer.                        13:29:06
 4              I think you said terminated as an      13:29:10
 5    employee.                                        13:29:13
 6         A.   Say that one more time.                13:29:13
 7         Q.   Tell me, in as great detail as you     13:29:14
 8    can, how that comes about that you reach out    13:29:17
 9    to Jeffrey Epstein and go meet with him at      13:29:21
10    his house after he has been terminated as a    13:29:24
11    client of JPMorgan?                              13:29:27
12              MR. BUTTS:  Objection to form.         13:29:29
13              You may answer.                        13:29:31
14         A.   Other than just setting up the        13:29:31
15    meeting.  I know there was a discussion about  13:29:33
16    what was okay to do or not do as far as         13:29:40
17    working with Mr. Epstein post the exit.         13:29:44
18         Q.   I would expect that.                   13:29:48
19              Who was the discussion with,          13:29:50
20    between you and who else?                        13:29:52
21         A.   I think it was John Duffy.             13:29:53
22         Q.   So John Duffy was actually the        13:29:55
23    person who signed the letter telling Jeffrey   13:29:58
24    Epstein he is being terminated, right?          13:30:01
25         A.   Yes.                                   13:30:02
```



```
                                                         Page 175
 1           J. Nelson - Confidential
 2       Q.   After Jeffrey Epstein has been              13:30:03
 3  terminated, you get the permission of John            13:30:04
 4  Duffy to continue a relationship with Jeffrey         13:30:10
 5  Epstein where he will be a potential source           13:30:13
 6  of future referrals?                                  13:30:15
 7           MR. BUTTS:   Objection to form.              13:30:17
 8           You may answer.                              13:30:19
 9       A.   Yes.                                        13:30:19
10       Q.   Do you remember where you were when         13:30:19
11  you had these discussions with Mr. Duffy?             13:30:21
12       A.   I do not.                                   13:30:23
13       Q.   Were you given any parameters of            13:30:24
14  what is okay to do and what is not okay to do         13:30:27
15  with respect to the relationship with Jeffrey         13:30:30
16  Epstein?                                              13:30:33
17       A.   Yes.                                        13:30:33
18       Q.   What were they?                             13:30:33
19       A.   We would not engage in any type of          13:30:35
20  relationship where Mr. Epstein had control of         13:30:40
21  a relationship, where we had to interface             13:30:43
22  with him directly as a decisionmaker of any           13:30:46
23  kind.                                                 13:30:50
24       Q.   At some point in time, even if that         13:30:50
25  was the objective from the beginning to make          13:30:54
```



```
                                                         Page 177
 1            J. Nelson - Confidential
 2       A.    Correct.                                  13:32:13
 3       Q.    Did there come a point in time            13:32:13
 4   where there was a signatory, but Jeffrey            13:32:16
 5   Epstein was the person that was making the          13:32:20
 6   calls for Mr. Black?                                13:32:22
 7            MR. BUTTS:  Objection to form.             13:32:25
 8            You may answer if you are able.            13:32:26
 9       A.    There were times where Mr. Epstein        13:32:27
10   had a recommendation, but I can't remember          13:32:32
11   any of those things getting done, so, no.           13:32:38
12       Q.    How many times do you think you           13:32:43
13   visited Mr. Epstein after he was terminated         13:32:48
14   from JPMorgan?                                      13:32:52
15       A.    Several times.                            13:32:54
16       Q.    By several, ballpark what do you          13:32:55
17   think we are talking about?                         13:33:01
18       A.    Eight to 10, in that range.               13:33:02
19       Q.    When is the last time that you            13:33:04
20   remember visiting Jeffrey Epstein, what year?       13:33:05
21       A.    I don't remember.                         13:33:08
22       Q.    Did you visit Jeffrey Epstein as          13:33:09
23   late as 2017?                                       13:33:12
24       A.    It is possible.                           13:33:14
25       Q.    Did you ever spend the night at any       13:33:16
```

