# EXHIBIT 173

| | |
|---|---|
| **From:** | jes.staley@jpmorgan.com |
| **To:** | rosa.m.dasilva@jpmorgan.com <rosa.m.dasilva@jpmorgan.com> |
| **Sent:** | 1/23/2008 6:09:28 PM |
| **Subject:** | Re: Jeffrey Epstein |
| **Attachments:** | pic14867.gif |

Go through Jamie's office.

  Rosa M da Silva

----- Original Message -----

  **From:** Rosa M da Silva
  **Sent:** 01/23/2008 12:53 PM EST
  **To:** Jes Staley
  **Subject:** Fw: Jeffrey Epstein

Jes: Is it OK for me to contact Ehud Barak directly to arrange a mtg with Jamie? Thanks, Rosa

----- Forwarded by Rosa M da Silva/JPMCHASE on 01/23/2008 12:51 PM -----

    **"Lesley Groff"**    To
            cc
    01/23/2008 12:44 PM   Subject Jeffrey Epstein

Hello Rosa…I think ▮▮▮ might have already emailed you, but wanted to follow up just in case (Jeffrey was talking to me on the phone and to ▮▮▮ who was standing with him at the same time…so not sure which one of us was to actually email you!)

Jeffrey requested that we give you the contact email for Ehud Barak so that you can organize the meeting with Jamie Diamond and Barak on your end for simplification. Nili handles Mr. Barak's itinerary. (She is his 'life partner'-I'm guessing like a wife, but not married??!) Her email address is:

: ▮▮▮▮▮▮▮▮▮▮

Thanks Rosa,
LEsley

**EXHIBIT**
**113**

Confidential

JPM-SDNYLIT-00002152