# EXHIBIT 176

**From:** Jes Staley <jes.staley@jpmorgan.com>
**To:** 'jeevacation@gmail.com' <jeevacation@gmail.com>
**Sent:** 6/18/2009 3:03:27 AM
**Subject:** Re:

Jamie is in Asia. I just got back from London and I'm in Boston. Let me what's up for the weekend. If I'm in the city, for sure.

---

**From:** Jeffrey Epstein
**To:** Jes Staley
**Sent:** Wed Jun 17 21:44:49 2009
**Subject:**

peter will be staying at 71 st over weekend, do you want to organize either you , or you and jamie,, quietly,, up to you.



Confidential                                                                                            JPM-SDNYLIT-00006005