# EXHIBIT 183

| | |
|---|---|
| **From:** | Evangelisti, Joseph [joseph.evangelisti@jpmchase.com] |
| **Sent:** | 11/23/2013 2:44:19 PM |
| **To:** | Dimon, Jamie [jamie.dimon@jpmchase.com] |
| **CC:** | Scher, Peter L [peter.l.scher@jpmchase.com]; Miller, Judith B. [judith.b.miller@jpmorgan.com] |
| **Subject:** | FT |

Jamie -
FYI -- Good context below from Richard Kaye.   Joe

----- Original Message -----
From: Kaye, Richard
Sent: Saturday, November 23, 2013 03:17 AM Eastern Standard Time
To: Zuccarelli, Jennifer R; Mayhew, David L; Scher, Peter L; Miller, Judith B.; Evangelisti, Joseph; Marchiony, Brian J; Beizer, Emily S; Kornblau, Mark A
Subject: Re: FT- Fine dining for Dimon at the Palace raises concerns of commercialization

Thanks Jenn. I think we all expected some sort of article like this, and the surprise is that it has taken them so long.

The fact is that the Duke and Palace officials went into this entirely with their eyes open. Our name was deliberately not used in respect of the event or invitations, and we suggested the involvement of organisations of which the Duke is a Patron. I'd also say that, in speaking with the Duke on the night, he was very proud of what he had brought together and what it meant for business in the UK. He actually said to me, "is anyone tweeting about this tonight.. they should be." We told him it wasn't a very tweeting sort of crowd but he certainly didn't want to keep the event a secret. The Duke has a long history of fending off criticisms of his engagement with business and is fairly resilient. My take on this is that, although we would rather not be in the papers again, it doesn't do us too much harm to be seen still be in favour with the British establishment and top business figures.

----- Original Message -----
From: Zuccarelli, Jennifer R
Sent: Friday, November 22, 2013 11:43 PM
To: Mayhew, David L; Kaye, Richard; Scher, Peter L; Miller, Judith B.; Evangelisti, Joseph; Marchiony, Brian J; Beizer, Emily S; Kornblau, Mark A
Subject: FT- Fine dining for Dimon at the Palace raises concerns of commercialization

Below is the FT story on our Buckingham Palace dinner.  The story focuses more on the use of Buckingham Palace, but unfortunately we are the lead of the story with a few MPs commenting on it.


Financial Times
Fine dining for Dimon at the Palace raises concerns of commercialization
By Patrick Jenkins, Helen Warrell and Kiran Stacey
November 22, 2013

It must have been a welcome spot of light relief for Jamie Dimon. Only days after he finally agreed to a $13bn settlement with US mortgage regulators, the boss of JPMorgan - and dozens of his corporate clients - were sitting back amid the splendour of Buckingham Palace, enjoying a fine dinner and performances by the Royal Philharmonic and the English National Ballet.

The event, hosted by Prince Andrew, Duke of York, reflects growing enthusiasm by the Royal Family to use its premises to promote business interests. But it also risks stoking criticism over its apparent commercialisation and its intimacy with business.

One senior participant said the bank paid nothing for the evening but the Palace said the bank paid an undisclosed fee for food, drink and the venue. The bank said it also made charitable donations to the orchestra and ballet company.

According to the Palace, the Duke of York is involved in efforts to support British business, and the event was an opportunity to "engage" with international chief executives about what Britain has to offer.

Keith Vaz, the Labour chairman of the home affairs select committee, said the arrangement threatened to undermine the cachet of the royal palaces and even the security of the royal family.

He compared it to controversial plans to open up the House of Commons to businesses, telling the Financial Times: "It could be that a company perhaps is not blue chip but may look it. We could take their money and only afterwards find out it is not an appropriate company to book a room in Buckingham Palace."

EXHIBIT 13
WIT: Staley
DATE: 6/10/23
C. Campbell, RDR CRR CSR #13921

Confidential                                                                                                                  JPM-SDNYLIT-00153462

He added: "There is also the fact that this should be a special place. This is the home of the Queen. Where is it all going to end?"

The JPMorgan event on October 30, had a guestlist that included up to 100 corporate and political heavyweights, ranging from Kofi Annan, the former UN secretary-general, to Indian industrialist Ratan Tata. Also present was Tony Blair, the former prime minister who chairs JPMorgan's "international council" of senior advisers.

Key to organising the night was David Mayhew, the veteran City dealmaker who agreed a decade ago to sell to JPMorgan the Cazenove brokerage he led for many years. Mr Mayhew, still an adviser to JPMorgan, is a close personal friend of Prince Andrew.

Paul Flynn, a republican Labour MP, said renting out Buckingham Palace to US investment banks should be only the start in making the royal family less dependent on the taxpayer. "I think they could raise about £100m a year by renting out rooms to tourists on a timeshare basis - they've got about 600 rooms," he said.

Prince Andrew has a mixed record in promoting British business. He stepped down two years ago as the UK's trade envoy following a string of controversies over his business links, most notably his close friendship with US tycoon Jeffrey Epstein who was jailed for sex offences.

Additional reporting by George Parker and Daniel Schäfer

Confidential

JPM-SDNYLIT-00153463