# **FILED UNDER SEAL**

# **EXHIBIT 187**