# EXHIBIT 207

## Contact

www.linkedin.com/in/mahmoud-
difrawy-41889529 (LinkedIn)

# Mahmoud Difrawy

Vice Chairman,Middle East at J.P. Morgan

London, England, United Kingdom

## Experience

**J.P. Morgan**
Vice Chairman,Middle East
January 2010 - Present (13 years 7 months)

**J.P.Morgan Private Bank**
Middle East Region Executive
January 2001 - August 2007 (6 years 8 months)

_____

## Education

**Rutgers University**
Economics,Finance · (1971 - 1974)