# EXHIBIT 209

**Date:** Tuesday, December 8 2009 02:11 PM
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley <jes.staley@jpmorgan.com>;

no to china /ports yet.. sultan will meet you privately to give you guidance, on the players, the groundwork is well prepared. remember you are going as the senior statesman , you do not need to talk about the nitty grittty of deals ,, leave that to underlings

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com , and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIAL

ESTATE_JPM002897