# EXHIBIT 212

**From:** Duffy, John R [john.r.duffy@jpmorgan.com]
**Sent:** 8/15/2013 12:31:01 AM
**To:** Erdoes, Mary E [mary.erdoes@jpmorgan.com]
**Subject:** Re: JE

Doubt it, ▓ doesn't have it.  Only discussed potential debt deal.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

----- Original Message -----
From: Erdoes, Mary E
Sent: Wednesday, August 14, 2013 05:47 PM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE

Is ▓ going to give him poa?

----- Original Message -----
From: Duffy, John R
Sent: Wednesday, August 14, 2013 03:12 PM
To: Erdoes, Mary E
Subject: Re: JE

He maintains that he will become ▓'s primary advisor and will be calling the shots.  Wants to be sure he can work with us on ▓ and others.


John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

----- Original Message -----
From: Erdoes, Mary E
Sent: Wednesday, August 14, 2013 09:58 AM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE

Y

----- Original Message -----
From: Duffy, John R
Sent: Wednesday, August 14, 2013 03:21 AM
To: Erdoes, Mary E
Subject: JE

He called yesterday.  Still looking for closure.  Understands better now the impact of his cash activities - sticking to aviation needs.

Separately, he maintains he will be ▓'s primary advisor and there will be other client assignments in the future.  I told him we would work with him as long as it was through the client accounts, JE entities would not be acceptable.

That's OK right?

EXHIBIT
Erdoes-49
3/15/23

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

Confidential

JPM-SDNYLIT-00101011