# EXHIBIT 213

| | |
|---|---|
| **From:** | Erdoes, Mary E <mary.erdoes@jpmorgan.com> |
| **To:** | Staley, Jes <jes.staley@jpmorgan.com> |
| **Sent:** | 7/10/2012 7:01:25 AM |
| **Subject:** | Fw: J. Epstein and  |

Why on earth would he be inbetween us and ▉?

---

**From:** Duffy, John R
**Sent:** Monday, July 09, 2012 06:16 PM
**To:** Erdoes, Mary E
**Subject:** J. Epstein and ▉

Jeffrey is pursuing a loan through us on ▉s behalf. Additionally, Jeffrey mentioned that he introduced ▉ to us years ago and that this was the genesis of the PB relationship with ▉. Can we talk?

John R Duffy
Chief Executive Officer
U.S. Private Bank
JP Morgan
270 Park Avenue
New York, NY 10017

*Tel: 212-464-1468*
john.r.duffy@jpmorgan.com

*JP Morgan*

