# FILED UNDER SEAL

# EXHIBIT 215