# EXHIBIT 225

**From:** Nelson, Justin D <justin.d.nelson@jpmorgan.com>
**To:** 'Spinella@ApolloLP.com' <Spinella@ApolloLP.com>
**Sent:** 9/30/2014 5:05:22 PM
**Subject:** Re: meeting with Leon Black

Sure:

Justin Nelson
Paul Barrett
Eileen Alexanderson
Jeffrey Epstein


Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com


----- Original Message -----
From: Melanie Spinella [mailto:Spinella@ApolloLP.com]
Sent: Tuesday, September 30, 2014 11:17 AM
To: Nelson, Justin D
Subject: RE: meeting with Leon Black

Good morning Justin - yes, it is on the calendar. Can you please give me the names of all who are coming so I can register them. Thanks

-----Original Message-----
From: Nelson, Justin D [mailto:justin.d.nelson@jpmorgan.com]
Sent: Tuesday, September 30, 2014 8:33 AM
To: Melanie Spinella
Subject: RE: meeting with Leon Black

Melanie,

Just wanted to confirm that we are still good to see Leon tomorrow (10/1) at 10am.

Thanks, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com
JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC


-----Original Message-----
From: Melanie Spinella [mailto:Spinella@ApolloLP.com]
Sent: Friday, September 05, 2014 9:19 AM
To: Nelson, Justin D
Subject: RE: meeting with Leon Black

Yes - 43rd floor

-----Original Message-----
From: Nelson, Justin D [mailto:justin.d.nelson@jpmorgan.com]
Sent: Friday, September 05, 2014 9:18 AM
To: Melanie Spinella
Subject: RE: meeting with Leon Black


EXHIBIT
Nelson 6
4/21/23

Also, just to confirm, 9 West 57th Street, right? Thanks, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com
JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC


-----Original Message-----
From: Melanie Spinella [mailto:Spinella@ApolloLP.com]
Sent: Friday, September 05, 2014 9:09 AM
To: Nelson, Justin D
Subject: RE: meeting with Leon Black

Let's do October 1st at 10 - I will let Eileen know

-----Original Message-----
From: Nelson, Justin D [mailto:justin.d.nelson@jpmorgan.com]
Sent: Friday, September 05, 2014 9:06 AM
To: Melanie Spinella
Subject: RE: meeting with Leon Black

Melanie, we are open those times. Just let us know what works best. Eileen and Jeffrey need to be there as well I believe. Thanks, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com
JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC


-----Original Message-----
From: Melanie Spinella [mailto:Spinella@ApolloLP.com]
Sent: Friday, September 05, 2014 8:32 AM
To: Nelson, Justin D
Subject: FW: meeting with Leon Black

Good morning Justin - Can you believe - NONE of those times work for Leon! It's always better to email or at least cc me when trying to set up a meeting with Leon - Eileen does not know his schedule - He could do:

September 30th - 2-3
October 1st - 9:30 - 12
October 9th - 10:30 - 12

Hopefully one of these times will work. Thanks, Melanie

-----Original Message-----
From: Eileen Alexanderson [mailto:EAlexanderson@elysllc.com]
Sent: Friday, September 05, 2014 8:27 AM
To: Melanie Spinella
Subject: FW: meeting with Leon Black



-----Original Message-----
From: Nelson, Justin D [mailto:justin.d.nelson@jpmorgan.com]
Sent: Thursday, September 04, 2014 11:01 AM
To: Eileen Alexanderson
Cc: Siebert, Kyle F
Subject: RE: meeting with Leon Black

Eileen,

Confidential

JPM-SDNYLIT-00032512

Here are the updated times for the meeting. If there are specific times that work for Leon but are not on here let me know and I'll try to move something around.

Thanks, Justin

9/9 - 1pm - 3pm
9/10 - 2:30pm - 3:30pm
9/11 - open until noon
9/15 - 3pm-5pm
9/16 - 9am-10:30am or 1:30pm to 5pm
9/22 - 12:30pm - 2:00pm
9/23 - 8am - 1:30pm
9/25 - 8am - 4:00pm

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com
JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC


-----Original Message-----
From: Eileen Alexanderson [mailto:EAlexanderson@elysllc.com]
Sent: Wednesday, August 27, 2014 9:30 AM
To: Nelson, Justin D
Subject: RE: meeting with Leon Black

I will check later today.

-----Original Message-----
From: Nelson, Justin D [mailto:justin.d.nelson@jpmorgan.com]
Sent: Wednesday, August 27, 2014 9:28 AM
To: Eileen Alexanderson
Subject: FW: meeting with Leon Black

Eileen,

FYI. Looks like he wants to wait on this ... anything we can be doing in the meantime? Not sure if we can still work on finalizing the docs.

Regards, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com
JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC


-----Original Message-----
From: Melanie Spinella [mailto:Spinella@ApolloLP.com]
Sent: Wednesday, August 27, 2014 9:17 AM
To: Nelson, Justin D
Subject: RE: meeting with Leon Black

Hi Justin - I ran this by Leon yesterday and he actually wants to wait a bit. Thanks - I'll let you know. Melanie

-----Original Message-----
From: Nelson, Justin D [mailto:justin.d.nelson@jpmorgan.com]
Sent: Wednesday, August 27, 2014 8:32 AM
To: Melanie Spinella
Subject: RE: meeting with Leon Black

Confidential

JPM-SDNYLIT-00032513

Hi Melanie, just wanted to follow-up on the meeting when you have time. Thanks, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com
JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC


-----Original Message-----
From: Melanie Spinella [mailto:Spinella@ApolloLP.com]
Sent: Friday, August 22, 2014 4:58 PM
To: Nelson, Justin D
Subject: Re: meeting with Leon Black

Hi Justin - I'm out until Tuesday - let me look at the calendar and get back to you then.
Enjoy the weekend

Sent from my iPhone

On Aug 22, 2014, at 4:20 PM, "Nelson, Justin D" <justin.d.nelson@jpmorgan.com<mailto:justin.d.nelson@jpmorgan.com>> wrote:

Hi Melanie,

I wanted to see if we could reschedule our meeting with Leon. Are there some dates/times in September that work well for him? I'm happy to coordinate with Eileen and Jeffrey as well.

Here are some dates that work for us. No problem if you have other times in mind, we will try and move things around.

Thanks and have a great weekend! Justin

9/9 anytime
9/10 1pm-3:30pm
9/11 until noon
9/15 3pm-5pm
9/16 9-10:30 or 1:30 to 5pm
9/17 10am-3:30pm
9/22 3pm-5pm

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail:
justin.d.nelson@jpmorgan.com<mailto:justin.d.nelson@jpmorgan.com>
JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC


From: Melanie Spinella [mailto:Spinella@ApolloLP.com]
Sent: Monday, July 07, 2014 4:42 PM
To: Barrett, Paul S
Cc: 'Eileen Alexanderson'
Subject: RE: meeting with Leon Black
Importance: High

Dear Paul - I apologize for the late notice, but something has come up and Leon has to be out of the office at meetings tomorrow - I will call you to reschedule. Thank you

Best, Melanie



This email is confidential and subject to important disclaimers and conditions including on

offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

This email and any files transmitted with it are confidential and intended solely for the person or entity to whom they are addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

Apollo Global Management, LLC

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

This email and any files transmitted with it are confidential and intended solely for the person or entity to whom they are addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

Apollo Global Management, LLC

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

This email and any files transmitted with it are confidential and intended solely for the person or entity to whom they are addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

Apollo Global Management, LLC

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

Confidential

This email and any files transmitted with it are confidential and intended solely for the person or entity to whom they are addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

Apollo Global Management, LLC


This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.


This email and any files transmitted with it are confidential and intended solely for the person or entity to whom they are addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

Apollo Global Management, LLC


This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.


This email and any files transmitted with it are confidential and intended solely for the person or entity to whom they are addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

Apollo Global Management, LLC