# EXHIBIT 226

| | |
|---|---|
| From: | Lesley Groff <lesley.jee@gmail.com> |
| To: | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| Sent: | 4/21/2014 6:03:29 PM |
| Subject: | Re: Wed. Night Jeffrey Epstein? |

Jeffrey has confirmed 5:15 on Thursday works! Please come see him at his home : 9 East 71st Street between 5th and Madison

On Apr 21, 2014, at 12:58 PM, Nelson, Justin D wrote:

> Sounds good. Thanks!
>
> Justin D. Nelson - Managing Director
> The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
> p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com
>
>
>
> ----- Original Message -----
> From: Lesley Groff [mailto:lesley.jee@gmail.com]
> Sent: Monday, April 21, 2014 12:57 PM Eastern Standard Time
> To: Nelson, Justin D
> Subject: Re: Wed. Night Jeffrey Epstein?
>
> Jeffrey won't be around on Monday 28th..pencil in Thurs. April 24th at 5:15pm and I will get back to you as soon as I can..
>
> On Apr 21, 2014, at 12:26 PM, Nelson, Justin D wrote:
>
>> Could thursday work around 515pm?
>>
>> I'm not there Friday. But I am also in the city on Monday (28th) if that can work.
>>
>> Justin D. Nelson - Managing Director
>> The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
>> p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com
>>
>>
>>
>> ----- Original Message -----
>> From: Lesley Groff [mailto:lesley.jee@gmail.com]
>> Sent: Monday, April 21, 2014 11:56 AM Eastern Standard Time
>> To: Nelson, Justin D
>> Subject: Re: Wed. Night Jeffrey Epstein?
>>
>> I did! Let me see if we could do end of the week...might you be in NY on Thurs or Fri?
>>
>> On Apr 21, 2014, at 8:11 AM, Nelson, Justin D wrote:
>>
>>> I did not reach out to sue, but it wasn't a rush. Let me know what could work.
>>>
>>> I hope you had a good vaca!
>>>
>>> Justin
>>>
>>> Justin D. Nelson - Managing Director
>>> The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06
>>> p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail:

EXHIBIT Nelson 5 4/21/23

Confidential                                                                 JPM-SDNYLIT-00032218

```
justin.d.nelson@jpmorgan.com
>>> JPMorgan Chase Bank, N.A. and J.P. Morgan Securities LLC
>>>
>>>
>>> -----Original Message-----
>>> From: Lesley Groff [mailto:lesley.jee@gmail.com]
>>> Sent: Monday, April 21, 2014 8:02 AM
>>> To: Nelson, Justin D
>>> Subject: Re: Wed. Night Jeffrey Epstein?
>>>
>>> Morning. Did you contact sue on this? Let me know if we still need to work on a meeting. Thanks, Lesley
>>>
>>> Sent from my iPhone
>>>
>>> On Apr 14, 2014, at 11:40 AM, "Nelson, Justin D" <justin.d.nelson@jpmorgan.com> wrote:
>>>
>>>> Lesley, I hope you had a nice weekend. Just thought I'd check in and
>>>> see if I could stop by the week of the 21st or the following week.
>>>> Thanks, Justin
>>>>
>>>> Justin D. Nelson - Managing Director
>>>> The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich,
>>>> CT 06830
>>>> p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail:
>>>> justin.d.nelson@jpmorgan.com JPMorgan Chase Bank, N.A. and J.P. Morgan
>>>> Securities LLC
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Lesley Groff [mailto:lesley.jee@gmail.com]
>>>> Sent: Tuesday, March 25, 2014 3:36 PM
>>>> To: Nelson, Justin D
>>>> Cc: Sue Hamblin
>>>> Subject: Re: Wed. Night Jeffrey Epstein?
>>>>
>>>> I knew it was a long shot! JE should be back in NY around week of April 21...but we will see! Take care.
>>>>
>>>> On Mar 25, 2014, at 3:30 PM, "Nelson, Justin D" <justin.d.nelson@jpmorgan.com> wrote:
>>>>
>>>>> Unfortunately I can't make it Wednesday night... let's do it when
>>>>> he's in NYC next. Just let me know when and I'll put it on the calendar.
>>>>> Regards, Justin
>>>>>
>>>>>
>>>>>
>>>>> Justin D. Nelson - Managing Director
>>>>> The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich,
>>>>> CT 06830
>>>>> p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail:
>>>>> justin.d.nelson@jpmorgan.com JPMorgan Chase Bank, N.A. and J.P.
>>>>> Morgan Securities LLC
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From: Lesley Groff [mailto:lesley.jee@gmail.com]
>>>>> Sent: Tuesday, March 25, 2014 2:27 PM
>>>>> To: Nelson, Justin D
>>>>> Cc: Sue Hamblin
>>>>> Subject: Wed. Night Jeffrey Epstein?
>>>>>
>>>>> Justin, might you have plans to be in the city tomorrow night, Wed. March 26th...?
```

Confidential

JPM-SDNYLIT-00032219

```
  Jeffrey says he could see you then....please let me know...otherwise, we will wait for when
  he is in NY next!
  >>>>>
  >>>>> Thanks, Lesley
  >>>>>
  >>>>> This email is confidential and subject to important disclaimers and conditions
  including on offers for the purchase or sale of securities, accuracy and completeness of
  information, viruses, confidentiality, legal privilege, and legal entity disclaimers,
  available at http://www.jpmorgan.com/pages/disclosures/email.
  >>>>
  >>>>
  >>>> This email is confidential and subject to important disclaimers and conditions
  including on offers for the purchase or sale of securities, accuracy and completeness of
  information, viruses, confidentiality, legal privilege, and legal entity disclaimers,
  available at http://www.jpmorgan.com/pages/disclosures/email.
  >>>
  >>> This email is confidential and subject to important disclaimers and conditions
  including on offers for the purchase or sale of securities, accuracy and completeness of
  information, viruses, confidentiality, legal privilege, and legal entity disclaimers,
  available at http://www.jpmorgan.com/pages/disclosures/email.
  >>
  >>
  >> This email is confidential and subject to important disclaimers and conditions including
  on offers for the purchase or sale of securities, accuracy and completeness of information,
  viruses, confidentiality, legal privilege, and legal entity disclaimers, available at
  http://www.jpmorgan.com/pages/disclosures/email.
  >
  >
  > This email is confidential and subject to important disclaimers and conditions including
  on offers for the purchase or sale of securities, accuracy and completeness of information,
  viruses, confidentiality, legal privilege, and legal entity disclaimers, available at
  http://www.jpmorgan.com/pages/disclosures/email.
```

Confidential