# EXHIBIT 250

| | |
|---|---|
| **From:** | jes.staley@jpmorgan.com |
| **To:** | mary.c.casey@jpmorgan.com <mary.c.casey@jpmorgan.com> |
| **CC:** | mary.erdoes@jpmorgan.com <mary.erdoes@jpmorgan.com> |
| **Sent:** | 8/8/2006 11:27:16 AM |
| **Subject:** | Re: Help w/ Jeffrey Epstein |

I agree with your second point. We should only give investment advice if he gives us a full mandate for a model portfolio. No one off ideas.

Second, we should not right off the fee. To start, I will send him a note.

Jes
---------------------------
Sent from my BlackBerry Wireless Handheld

    Mary C Casey

       **From:** Mary C Casey
       **Sent:** 08/07/2006 05:33 PM
       **To:** Jes Staley
       **Cc:** Mary Erdoes
       **Subject:** Help w/ Jeffrey Epstein

Jes -- two questions:

i) I learned from JPMAM today that Jeffrey still has not paid (and apparently will not pay) the $238,000 in IM fees owed for Luddy's portfolio for FTC and Wexner Children's Trust. They have asked me to intervene. So, shall I call Jeffrey again and insist we get paid or shall we officially write this off? If the latter, I don't think PB should take the hit for this as the marketing/management/etc. was done by JPMAM.

ii) Also, back to what you and I discussed on the phone, I am still grappling with how Jeffrey should be covered in PB. My product partners (and I) have expressed a reluctance to proactively cover him as every transaction becomes problematic. My sense is that it should evolve into a banking and client service-only relationship. Would you agree?

I would appreciate your help,

Mary

Mary Casey
Managing Director
JPMorgan Private Bank
345 Park Ave.
New York, NY 10154
tel: (212) 464-0374
fax: (212) 464-1912



IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax

matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Confidential