# EXHIBIT 254

| | |
|---|---|
| **From:** | cutler, stephen m [cutler, stephen m] |
| **Sent:** | 7/20/2011 1:16:36 AM |
| **To:** | Condren, James [james.condren@chase.com]; Staley, Jes [jes.staley@jpmorgan.com]; Erdoes, Mary E [mary.erdoes@jpmorgan.com]; Shenker, Nina O [nina.o.shenker@jpmorgan.com] |
| **Subject:** | RE: Jeffrey Epstein PRIVILEGED AND CONFIDENTIAL |

This is not an honorable person in any way.  He should not be a client.

-----Original Message-----
From: Condren, James
Sent: Tuesday, July 19, 2011 5:53 PM
To: Staley, Jes; Erdoes, Mary E; Cutler, Stephen M; Shenker, Nina O
Subject: Jeffrey Epstein PRIVILEGED AND CONFIDENTIAL

I just conveyed to Mr. Epstein our response to his proposal to settle his High Grade Fund and Bear Stock claims together for $21 million. Redacted - Privileged

# Redacted - Privileged



Confidential

JPM-SDNYLIT-00274561