# EXHIBIT 260

| | |
|---|---|
| **From:** | Schwartz, Jonathan [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=V293453] |
| **Sent:** | 3/29/2011 9:15:35 PM |
| **To:** | Shenker, Nina O [nina.o.shenker@jpmorgan.com] |
| **CC:** | Langford, William D [william.d.langford@jpmchase.com] |
| **Subject:** | FW: fyi |

Nina,

Just called your office with William to talk to you about the email below and follow-up discussion I've had with Jes and Steve.   Understand you're on the West Coast.    Would you be available to speak with us sometime this evening (up until 1030pm NY) or tomorrow before you catch your 9am (NY-time) flight?   If tomorrow morning, best to try to chat for at 830 or 845am (NY time) your time since William and I both have meetings at 8am east coast.

Thanks,

Jon

**From:** Staley, Jes
**Sent:** Monday, March 28, 2011 5:15 PM
**To:** Schwartz, Jonathan
**Subject:** FW: fyi

Privileged – let's discuss

Jes Staley | Chief Executive Officer| Investment Bank | **J.P. Morgan** | 383 Madison Avenue, 7th Floor | T: +1 212 270 2375 | jes.staley@jpmorgan.com

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Monday, March 28, 2011 10:52 AM
**To:** Staley, Jes
**Subject:** fyi

fowwarded "
Jeffrey , It should now be apparent to both you and  Glenn's  own counsel
that there is a  serious problem . In today's email it states that Glenn now
admits to knowing  about the Zwirn plane in Sept or Oct of 06.- both before
your withdrawal notice of Nov 13.06 .  His protestations and rantings at our
last meeting, witnessed by  his counsel confirmed "Had he known , he would
never have convinced you to only put in for your 80 million withdrawal".  He
is in a box. We know that Schulte Roth was called in in May 06  , so that is
really when he first found out. The money for the plane was taken from the
Highbridge  managed acct. Highbridge was owned my JPM at that time. This is
ugly.


--
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for



Δ π EXHIBIT 30
Deponen Cutler
Date 5/24/23   Rptr. am
WWW.DEPOBOOKPRODUCTS.COM

Confidential

JPM-SDNYLIT-00731610

the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

Confidential

JPM-SDNYLIT-00731611