# EXHIBIT 272

**From:** mary.erdoes@jpmorgan.com [mary.erdoes@jpmorgan.com]
**Sent:** 12/12/2008 1:44:29 AM
**To:** jes.staley@jpmorgan.com
**Subject:** Re: this is crazy

Jes-
I know you are travelling but glenn and I have been going back and forth all night. This is terrible. Just terrible. ▮▮▮▮ has over 1b. Nicole has another client with 1b. We have HUNDREDS of clients with some. The ny/palm beach community will be in shock. Can you call JE to get scoop from down there? We have helped a ton of clients tonight with wiring info and legal advice direction.
Ugh

　　　Jes Staley
----- Original Message -----

>　　From: Jes Staley
>　　Sent: 12/11/2008 06:35 PM CST
>　　To: Mary Erdoes
>　　Subject: Re: this is crazy

We must have some clients with major pain.
　　　Mary E Erdoes
----- Original Message -----

>　　From: Mary E Erdoes
>　　Sent: 12/11/2008 06:59 PM EST
>　　To: Lawrence Unrein
>　　Cc: Jes Staley
>　　Subject: this is crazy

so we are clean thus far on exposure to Madoff via our Fund of Funds.
will check Geneva in the am.

we have hundreds of clients who have money with him, including 2 who have over $1b.
One (▮▮▮▮▮▮▮) wired him $170mm on tuesday.

i'm stunned.
ME



Confidential

JPM-SDNYLIT-00099627