# FILED UNDER SEAL

# EXHIBIT 282

CONFIDENTIAL
1       UNITED STATES DISTRICT COURT FOR THE

2          SOUTHERN DISTRICT OF NEW YORK

3          CASE NUMBER:  22-CV-10904-JSR

4              ACTION FOR DAMAGES

5

GOVERNMENT OF THE UNITED STATES        )
6  VIRGIN ISLANDS,                         )
                                        )
7                       Plaintiff,     )
                                        )
8  VS.                                    )
                                        )
9  JP MORGAN CHASE BANK, N.A.,            )
                                        )
10                      Defendant.   )
                                        )
11  -------------------------------------

12

13              CONFIDENTIAL

14

15      VIDEO RECORDED DEPOSITION OF

16              DENISE GEORGE

17          MONDAY, JULY 17, 2023

18

19

20

REPORTED BY:
21
DENISE D. HARPER-FORDE
22  Certified Shorthand Reporter (CSR)
Certified RealTime Reporter (CRR)
23  Certified LiveNote Reporter (CLR)
Registered Professional Reporter (RPR)
24  Notary Public (FLORIDA)

25



1   just speak for what happened when I

2   got there.

3        Q.  So when you got there and you

4   felt strongly that you wanted to do

5   something --

6        A.  Uh-huh.

7        Q.  -- what were the things you

8   did?

9        A.  Well, what I did first -- and

10  keeping in mind that I first came, and

11  I have a complete department to run,

12  and there are crises going on in

13  various departments.  It's -- the

14  department is critically understaffed,

15  and there were many things.

16          But what I did with respect to

17  that in hearing all these things is

18  first, as I indicated, I made a

19  general -- you know, just an inquiry

20  to find out do we have cases?  Do we

21  have a record of anyone complaining or

22  any -- anyone complaining about seeing

23  something that looked suspicious on

24  Little St. James or -- or with respect

25  to Jeffrey Epstein in particular.



1      And I -- but mainly with law

2  enforcement.  So I inquired with VIPD,

3  you know, to see if there's anything,

4  if they could look in their records

5  and the Department of Justice.  I

6  didn't do that with the federal

7  authorities who were also there

8  because they're -- you know, they're

9  not going to disclose if there's a

10  pending investigation or anything like

11  that.

12      But I did not inquire with

13  them, but -- and I found that

14  the first -- that's the first thing

15  that I did and found that there was --

16  there was nothing.  Everything I got

17  back was that they didn't have any

18  record of anything.

19      And so that's the first thing.

20  And at that point in time, also what

21  had been transpiring was not only the

22  sex offender, the request that was --

23  we were dealing with, but then I came

24  to understand or I had the -- just say

25  it was my understanding upon



1  information and belief and that the

2  federal authorities were investigating

3  Jeffrey Epstein also, but -- and then

4  later on there was the prosecution.

5      Q.  So there was a lot in that

6  answer.  So let's unpack it.

7      A.  Yeah, but to be -- you asked

8  me what did I do --

9      Q.  Sure.

10     A.  -- after.

11     Q.  So you reached out to DOJ and

12 the VIPD?

13     A.  Yes, and I --

14     Q.  That was one thing?

15     A.  Yeah.

16     Q.  And both of them came back and

17 reported that there was --

18     A.  Right.

19     Q.  -- what?

20     A.  That they had seen -- in the

21 records, they had not seen any reports

22 of any complaints that came in.  That

23 would be something that, you know, of

24 course complaints that came in

25 regarding sexual assault trafficking



1    or, you know, that sort of thing would

2    have been going on on the island.

3         Q.  And then what did you do after

4    you found out it came back that there

5    were no complaints?

6         A.  I just -- well, I guess

7    personally I didn't -- well, what I

8    did was at that point in time, I just

9    started to really read a lot of the --

10   of the reports, and it's -- it's news

11   media reports.

12        Which is fairly hearsay to

13   hear -- to just get the gist of what

14   is being said even though I know that

15   you can't -- I can't just rely on --

16   on news media.  I can't do that.

17        You know, it's rumor,

18   innuendo.  But to see where they're

19   getting this information from and

20   what's happening because it became

21   even more of a curiosity for me and

22   thinking this is something we -- we

23   got to do something about, you know.

24        I don't know what happened

25   then, but I can't sit here and hear



1    that all this happened, especially

2    when under our statutes, sexual

3    assaults and -- and child abuse are --

4    have no statute of limitations.

5              So it wouldn't have been too

6    late to do anything if we had solid

7    evidence, because I can't go by

8    innuendo.  I can't go by rumor.  I

9    can't go by media reports and say,

10   Okay, you know, let's, you know, do an

11   investigation.

12             And then I was also critically

13   short-staffed as well.  I didn't have

14   the resources either.  But it was

15   really where I was really

16   contemplating what can be done.

17             But once learning or

18   understanding that the federal

19   authorities were investigating

20   Mr. Epstein and prosecuting

21   criminally, and there was -- there

22   might have been a criminal

23   investigation going on.

24             That is something that I would

25   not do -- that it sort of preempts



```
 1   going and doing something when once
 2   the federal authorities or any other
 3   authorities have started a criminal
 4   investigation or that prosecutors.
 5            They made the arrest.  Then
 6   that's sort of under, I think it's
 7   called the First Forum Rule.  It's --
 8   it's like in respect to the other
 9   forum, that you do not -- you know, we
10   won't go and, you know, start up a
11   prosecution when there's one already
12   there.
13            So it's been -- it pleased me
14   to see that something was being done
15   with law enforcement organization that
16   had the resources to be able to do it.
17   So once I learned that that was
18   happening.  Okay, then at least
19   something is being done.  There's a
20   prosecution.
21            And then I was very -- you
22   know, try to be in-tuned with what it
23   is and what the charges were once he
24   was arrested, and looking forward to
25   seeing Jeffrey Epstein brought to
```



1    justice.  But also hearing more about

2    what happened and what part Little St.

3    James may have played in it.

4         Q.  How did you learn that a

5    federal investigation was being

6    done?

7         A.  I did not learn it for sure,

8    but I -- I don't recall exactly how --

9    there were certain questions that

10   might have been asked or something

11   that I -- I just sensed that there was

12   an investigation going on.

13          And I can't -- and it's not

14   something that I could -- would even

15   disclose, of course, even if I knew.

16   But I sensed that one was going on.

17        Q.  Questions asked by who?

18        A.  I can't tell you that.  You

19   know, I mean, if there -- I just don't

20   recall exactly, but I think something

21   I read or something and in my mind I

22   said, Okay.  That means that the

23   federal authorities must be

24   investigating.

25          That was my conclusion.  It

