# FILED UNDER SEAL

# EXHIBIT 283

1                  IN THE UNITED STATES DISTRICT COURT

2             FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    GOVERNMENT OF THE UNITED STATES
     VIRGIN ISLANDS,

5
                          Plaintiff,

6
             vs.                          No. 22-cv-10904-JSR

7
     JPMORGAN CHASE BANK, N.A.,

8
                          Defendant.

9    _____

10   JPMORGAN CHASE BANK, N.A.,

11          Third-Party Plaintiff,

12   v.

13   JAMES EDWARD STALEY,
     Third-Party Defendant.

14   _____

15          THE ORAL DEPOSITION OF SANDRA BESS was taken on

16   the 18th day of May, 2023 at the Ritz-Carlton Hotel,

17   6900 Great Bay, Nazareth, Charlotte Amalie, St. Thomas,

18   U.S. Virgin Islands, between the hours of 8:43 a.m. and

19   11:53 a.m. pursuant to Notice and Federal Rules of Civil

20   Procedure.

21                       _____
                              Reported by:
22
                            DESIREE D. HILL
23                      Registered Merit Reporter
                        Hill's Reporting Services
24                         P.O. Box 307501
                        St. Thomas, Virgin Islands
25                         (340) 714-0269

```
 1                    (Deposition Exhibit No. 1 was

 2                     marked for identification.)

 3          Q.    (By Mr. Neiman:) Did you -- let's just

 4     pause for one second before we start talking about

 5     this document.

 6                    With any of those supervisors, did you

 7     ever have any discussions about Mr. Epstein's

 8     criminal issues?

 9          A.    No, sir.

10          Q.    Let's take a look at the document that I

11     placed in front of you marked as Exhibit 1.

12                    Can you tell me what this is?

13          A.    It is the certificate that is given to me,

14     assigned to me, Financial Trust, as a compliance

15     officer.

16          Q.    So, this is the certificate for the tax

17     benefit for the Financial Trust Corporation --

18     Financial Trust Company, I should say?

19          A.    Yes, sir.

20          Q.    And you were the compliance officer in

21     relation to this certificate?

22          A.    Yes, sir.

23          Q.    I'm going to ask you a couple of questions

24     about this certificate.

25                    If you take a look at page 3, you'll see
```

```
 1                    THE WITNESS:  Yes, sir.

 2          Q.    (By Mr. Neiman:)  What is Exhibit 2?

 3          A.    Exhibit 2 is an amendment to -- could I

 4     refer to it as Exhibit 1?  Yes.

 5          Q.    Sure.

 6          A.    Extension amendment, I apologize.

 7          Q.    So Exhibit 2 is the Extension of benefits

 8     as amended for the same company as is addressed in

 9     Exhibit 1?

10          A.    Yes, sir.

11          Q.    All right.  Were you involved as a

12     compliance officer in both the initial period and the

13     extension period for this company?

14          A.    As the compliance officer, yes, sir.

15          Q.    Okay.  And do you know how it's decided

16     which --

17          A.    No, sir.

18          Q.    -- compliance officer gets which companies

19     to do their work for?

20          A.    No, sir.  It would just be assigned by the

21     supervisor.

22          Q.    Okay.  And would it by typical in your

23     compliance work to make site visits to a company?

24          A.    Yes, sir.

25          Q.    Tell me about what site visits are.
```

1     Q.    Okay. Did you do any unannounced visits to

2    the Financial Trust Company as best as you can recall?

3     A.    As best as I can recall, I probably would

4    have done one or two.

5     Q.    Okay.  Tell me about the one or two

6    unannounced visits that you recall.

7     A.    Nothing that I can specifically recall,

8    but I would show up at the door, identify myself, and

9    then ask to see the compliance person -- the person

10   that I relayed to, speak to on the email, on the

11   phone, or anyone else if that person is not there.

12    Q.    Who was the person or people at the

13   Financial Trust Company that you dealt with?

14    A.    Cecile de Jongh.

15    Q.    Okay.  And who is Cecile de Jongh?

16    A.    The office manager at the Financial Trust

17   and Southern Trust.

18    Q.    And during the time that you were

19   interacting with her as a compliance officer, was she

20   also the First Lady of the Virgin Islands?

21    A.    Yes, sir.

22    Q.    So, her husband was the governor?

23    A.    Yes, sir.

24    Q.    Okay.  Did the fact that she was married to

25   the governor affect how you interacted with her in any

```
 1    way?

 2          A.    No, sir.

 3          Q.    Okay.  Do you remember where the Financial

 4    Trust Company's offices were?

 5          A.    It was -- it was located in the Yacht

 6    Haven, American Yacht Haven on the second floor.

 7          Q.    Can you describe what the offices were

 8    like?

 9          A.    A glass door, typically white furniture.

10    The reception area would be at the front.  I think

11    accounting was in a door right behind the reception

12    area.

13                There was an office -- there was an

14    office off to the right, maybe two or three at the

15    back on the right and there was a kitchen just not

16    too far from the reception area.

17          Q.    About how many times were you at the

18    offices of FTC as best as you can recall?

19          A.    FTC, maybe once or twice.

20          Q.    You seem to be able to describe it very

21    well from one or two visits.

22          A.    Yeah, because I have to be -- as a

23    compliance officer be very observant.  So --

24          Q.    And did Mr. Epstein have an office at

25    Financial Trust Company?
```

```
 1                    (Deposition Exhibit No. 3 was

 2                     marked for identification.)

 3          Q.    (By Mr. Neiman:) Do you recognize

 4    Exhibit 3?

 5          A.    Yes, I do.

 6          Q.    What is Exhibit 3?

 7          A.    It is a certificate for Southern Trust

 8    Company, Inc.

 9          Q.    And what is Southern Trust Company, Inc. as

10    you understand it?

11          A.    Southern Trust Company, Inc. is a

12    designated service which provides --

13               THE REPORTER:  I'm sorry,

14          provides --

15               THE WITNESS:  -- extensive DNA

16          database, develops data mining platform

17          for a database to be available through

18          the internet.

19          Q.    (By Mr. Neiman:)  Okay.  And that's how the

20    company is described in the certificate, correct?

21          A.    Yes, sir.

22          Q.    And is it correct that Southern Trust

23    Company was one of the companies that you served as

24    the compliance officer for?

25          A.    Yes, sir.
```

1          MR. NEIMAN:  Okay.  All right.  We

2      have been going for an hour.  Should

3      could we take a short break?

4          MR. ACKERMAN:  Yes.

5          THE WITNESS:  Yes.  Thank you.

6          VIDEOGRAPHER:  Are you ready to go

7      off the record?

8          MR. NEIMAN:  Yes, let's go off.

9          VIDEOGRAPHER:  Going off the

10     record, the time is 9:42 a.m., Wednesday

11     May 17, 2023.  We're off the record.

12              (Break taken.)

13         VIDEOGRAPHER:  Okay.  We are going

14     back on the record.  The time is

15     10:09 a.m., Wednesday, May 17, 2023.

16     We're on the record.

17     Q.    (By Mr. Neiman:) Good morning, again,

18  Ms. Bess.  I want to show you now a document I will

19  mark as Exhibit 4.

20              (Deposition Exhibit No. 4 was

21               marked for identification.)

22     Q.    (By Mr. Neiman:) All right.  Ms. Bess, do

23  you recognize Exhibit 4?

24     A.    Yes.

25     Q.    Can you tell us what it is?

1        A.     It's a compliance report for Financial

2   Trust Company as of December 31st, 20 -- 2006.

3        Q.     Who prepared this report?

4        A.     I prepared this document, this report.

5        Q.     Okay.  Was this the first compliance report

6   that you prepared related to the Financial Trust

7   Company?

8        A.     If I can recall, yes, it is.

9        Q.     Okay.  Do you have any idea -- I withdraw

10  it.

11             The date of this report is April of

12  2008.  Do you see that?

13        A.     Yes.

14        Q.     So, That would be about nine years after

15  Financial Trust Company first became a beneficiary of

16  the tax benefit, correct?

17        A.     Correct.

18        Q.     Do you know why it took nine years for the

19  first compliance report related to Financial Trust

20  Company to be prepared?

21        A.     As I indicated prior, may have had other

22  items that were priority before this report was

23  completed.

24        Q.     Okay.  But you would agree with me that

25  nine years is an unusually long time for wait for the

1   first compliance report in your experience?

2              MR. ACKERMAN:  Objection to form.

3              THE WITNESS:  In my experience,

4        yes.

5        Q.    (By Mr. Neiman:)  And the report covers a

6   period of April 1, 1999 to December 31st, 2006.  Do

7   you see that?

8        A.    Yes.

9        Q.    What materials did you rely on in preparing

10  this report?

11       A.    The tax return, the employment records,

12  the procurement, anything that they would have noted

13  on their cover, the report -- the annual report, to

14  record the goods and services or local procurement

15  and any documentation to certify the special

16  conditions.

17       Q.    And do you recall relying in your

18  compliance report on any information other than the

19  information that was provided by Financial Trust

20  Company?

21       A.    No, sir.

22       Q.    All right.  Let's take a look at the first

23  page of the substantive report, the second page of the

24  exhibit.

25              Okay.  And you'll see about halfway down