# FILED UNDER SEAL

# EXHIBIT 288

# JEFFERY EPSTEIN EDC COMPANIES

## FINANCIAL TRUST COMPANY, INC.

**EXHIBIT**

**1**

### 1. APPLICATIONS:

**(A) Original Application:**

    a. Date:
        i. Received: 12/18/98
        ii. Accepted: ~~02/22/09~~ *3/22/99*

    b. Activity: Financial and Economic Consulting, Money Management, Investment Advisory and Financial Services

    c. Commitment:
        i. Investment: $300K
        ii. Employment: 11 people

    d. Public Hearing : 04/23/99

    e. Decision Meeting: 09/07/99

    f. Governor Approval: 11/26/99

    g. Certificate: 10 years (Staggered Benefits)
        i. Commence: 04/01/99
        ii. Terminate: 12/31/09

    h. Incentives:
        i. Income Tax: 100%
        ii. Gross Receipts Tax: 100%
        iii. Real Property Tax (Business): 100%
        iv. Excise Tax (Machinery & Equipment): 100%
        v. Excise Tax (Raw Materials): 100%
        vi. Custom Duties: 1%

**(B) Modification/Extension Application:**

    a. Date:
        i. Received: ~~12/18/98~~ *1/14/09*
        ii. Accepted: ~~02/22/09~~ *1/28/09*

    b. Activity: Designated Service Business – Financial and Economic Consulting

    c. Commitment:
        i. Investment: $100K
        ii. Employment: 10 people

    d. Public Hearing : 02/12/09

    e. Decision Meeting:
        i. ~~11/27/09~~ (Tabled) *4/27/09*
        ii. 05/07/09 (Continued)
        iii. 05/28/09 (Tabled)
        iv. 10/15/09 (Approved)

    f. Governor Approval: 02/13/10

    g. Certificate: 5 years (Staggered Benefits)

    h. Incentives:
        i. Commence: 04/01/09

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000019063

# JEFFERY EPSTEIN EDC COMPANIES

    ii. Terminate: 12/31/14
    iii. Income Tax: 81%
    iv. Gross Receipts Tax: 90%
    v. Real Property Tax (Business): N/A
    vi. Excise Tax (Machinery & Equipment): 90%
    vii. Excise Tax (Raw Materials): N/A
    viii. Custom Duties: N/A

## 2. PETITIONS:
### (A) Suspension Request:
    a. Date: 04/04/12
    b. Period: 03/23/12 – 03/22/13 (1 Year)
    c. Decision Meeting:
        i. 05/02/12 (Continued)
        ii. 05/17/12 (Tabled)
        iii. 06/21/12 (Approved)

### (B) Termination Request:
    a. Date: 03/28/13
    b. Decision Meeting:
    c. Effective: 03/28/13

## 3. COMPLIANCE:
### (A) 1st Compliance Report:
    a. Date: 04/17/08
    b. Period: 04/01/99 – 12/31/06
    c. Findings: In Compliance with All Certificate's Standard and Special Conditions

### (B) 2nd Compliance Report:
    a. Date: 01/31/14
    b. Period: 01/01/07 – 12/31/08
    c. Findings: In Compliance with All Certificate's Standard and Special Conditions

### (C) 3rd Compliance Report:
    a. Date: 01/31/14
    b. Period: 01/01/09 – 03/23/12
    c. Findings: In Compliance with All Certificate's Standard and Special Conditions

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000019064

## JEFFERY EPSTEIN EDC COMPANIES

## SOUTHERN TRUST COMPANY, INC.

**1. APPLICATIONS:**
    **(A) Original Application:**
        a.  Date:
            i.  Received: 09/21/12
           ii.  Accepted: *10/25/12*
        b.  Activity: Designated Financial Services Business – Development of Financial and Biomedical Informatics
        c.  Commitment:
            i.  Investment: $400K
           ii.  Employment: 10 people (5 people immediately plus an additional 5 people by the end of the 6th year of operation)
        d.  Public Hearing : 11/15/12
        e.  Decision Meeting: 01/23/13
        f.  Governor Approval: 05/31/13
        g.  Certificate: 10 years
            i.  Commence: 02/01/13
           ii.  Terminate: 01/31/23
        h.  Incentives:
            i.  Income Tax: 90%
           ii.  Gross Receipts Tax: 100%
          iii.  Real Property Tax (Business): N/A
          iv.  Excise Tax (Machinery & Equipment): 100%
           v.  Excise Tax (Raw Materials): N/A
          vi.  Custom Duties: N/A

**2. PETITIONS: N/A**

**3. COMPLIANCE:**
    • **Compliance Report:**
        a. Date: 11/15/18
        b. Period: 02/01/13 – 12/31/17
        c. Findings: In Compliance with All Certificate's Standard and Special Conditions

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER        VI-JPM-000019065

# JEFFERY EPSTEIN EDC COMPANIES

## IGY-AYH ST. THOMAS HOLDING, LLC

**1. APPLICATIONS:**
  **(A) Transfer Application:**
    a. Date:
      i. Received: 04/25/07
      ii. Accepted: 2/26/10
    b. Public Hearing : 05/24/07
    c. Decision Meeting: 05/04/10
    d. Approved By The Governor: N/A
    e. Certificate: Remainder of Certificate Benefit Period
      i. Commence: 01/19/07
      ii. Terminate: 10/31/12
    f. Incentives:
      i. Income Tax: 100%
      ii. Gross Receipts Tax: 100%
      iii. Real Property Tax (Business): 100%
      iv. Excise Tax (Machinery & Equipment): 100%
      v. Excise Tax (Raw Materials): N/A
      vi. Custom Duties: 1%
    g. Note: Jeffery Epstein acquired 50% interest as a passive investor on 05/29/07

  **(B) Extension Application:**
    a. Date:
      i. Received: 10/22/10
      ii. Accepted: 11/12/10
    b. Activity: Marina & Upland Services
    c. Commitment:
      i. Investment: $210K
      ii. Employment: 24 people
    d. Public Hearing : 11/23/10
    e. Decision Meeting: 02/24/11
    f. Governor Approval: 06/21/11
    g. Certificate: 5 years (Staggered Benefits)
    h. Commence: 03/08/10
    i. Terminate: 10/31/17
    j. Incentives:
      i. Income Tax: 81%
      ii. Gross Receipts Tax: 90%
      iii. Real Property Tax (Business): 90%
      iv. Excise Tax (Machinery & Equipment): 90%
      v. Excise Tax (Raw Materials): N/A
      vi. Custom Duties: 1%

4 | P a g e

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   VI-JPM-000019066

## JEFFERY EPSTEIN EDC COMPANIES

(C) Modification/Extension Application (Act 7651 & 5 years investment)
- a. Received: 03/05/18
- b. Accepted: 05/31/18
- c. Activity: Marina & Upland Services
- d. Commitment:
  - i. Investment: $2MM
  - ii. Employment: 17 people
- e. Public Hearing : 06/05/18
- f. Decision Meeting: 07/05/18
- g. Governor Approval: N/A
- h. Certificate: 10 years (Staggered Benefits)
  - i. Commence: 03/08/15
  - ii. Terminate: 10/31/27
- i. Incentives:
  - i. Income Tax: 81%
  - ii. Gross Receipts Tax: 90%
  - iii. Real Property Tax (Business): 90%
  - iv. Excise Tax (Machinery & Equipment): 90%
  - v. Excise Tax (Raw Materials): N/A
  - vi. Custom Duties: N/A

**2. PETITIONS: N/A**

**3. COMPLIANCE:**
- **(A) 1st Compliance Report:**
  - a. Date: 04/24/17
  - b. Period: 01/19/07 – 12/31/12
  - c. Findings: Out of Compliance
    - i. Retirement Benefits – Accepted $500.97 Contribution Made to Workforce Development Fund
    - ii. Contractors & Subcontractors Have Valid Business License – Paid $5,000 to the Industrial Promotion Fund
    - iii. Compliance Clearance Granted

- **(B) 2nd Compliance Report:**
  - a. Date: 04/24/17
  - b. Periods: 01/01/13 – 12/31/17
  - c. Findings: Out of Compliance
    - i. Procurement Procedures – Paid $6,000 Fine to the Industrial Promotion Fund
    - ii. Long-term Disability Insurance during 2015 – Paid $5,000 Fine to the Industrial Promotion Fund
    - iii. Compliance Clearance Granted

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000019067