# FILED UNDER SEAL

# EXHIBIT 289

# JEFFERY EPSTEIN EDC COMPANIES

**FINANCIAL TRUST COMPANY, INC.**

1. **APPLICATIONS:**
   **(A) Original Application:**
   a. Date:
      i. Received: 12/18/98
      ii. Accepted: 02/22/09
   b. Activity: Financial and Economic Consulting, Money Management, Investment Advisory and Financial Services
   c. Commitment:
      i. Investment: $300K
      ii. Employment: 11 people
   d. Public Hearing : 04/23/99
   e. Decision Meeting: 09/07/99
   f. Governor Approval: 11/26/99
   g. Certificate: 10 years (Staggered Benefits)
      i. Commence: 04/01/99
      ii. Terminate: 12/31/09
   h. Incentives:
      i. Income Tax: 100%
      ii. Gross Receipts Tax: 100%
      iii. Real Property Tax (Business): 100%
      iv. Excise Tax (Machinery & Equipment): 100%
      v. Excise Tax (Raw Materials): 100%
      vi. Custom Duties: 1%

   **(B) Modification/Extension Application:**
   a. Date:
      i. Received: 12/18/98
      ii. Accepted: 02/22/09
   b. Activity: Designated Service Business – Financial and Economic Consulting
   c. Commitment:
      i. Investment: $100K
      ii. Employment: 10 people
   d. Public Hearing : 02/12/09
   e. Decision Meeting:
      i. 11/27/09 (Tabled)
      ii. 05/07/09 (Continued)
      iii. 05/28/09 (Tabled)
      iv. 10/15/09 (Approved)
   f. Governor Approval: 02/13/10
   g. Certificate: 5 years (Staggered Benefits)
   h. Incentives:
      i. Commence: 04/01/09

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                             VI-JPM-000019063

# JEFFERY EPSTEIN EDC COMPANIES

      ii. Terminate: 12/31/14
     iii. Income Tax: 81%
     iv. Gross Receipts Tax: 90%
      v. Real Property Tax (Business): N/A
     vi. Excise Tax (Machinery & Equipment): 90%
    vii. Excise Tax (Raw Materials): N/A
   viii. Custom Duties: N/A

## 2. PETITIONS:
### (A) Suspension Request:
    a. Date: 04/04/12
    b. Period: 03/23/12 – 03/22/13 (1 Year)
    c. Decision Meeting:
         i. 05/02/12 (Continued)
        ii. 05/17/12 (Tabled)
       iii. 06/21/12 (Approved)

### (B) Termination Request:
    a. Date: 03/28/13
    b. Decision Meeting:
    c. Effective: 03/28/13

## 3. COMPLIANCE:
### (A) 1st Compliance Report:
    a. Date: 04/17/08
    b. Period: 04/01/99 – 12/31/06
    c. Findings: In Compliance with All Certificate's Standard and Special Conditions

### (B) 2nd Compliance Report:
    a. Date: 01/31/14
    b. Period: 01/01/07 – 12/31/08
    c. Findings: In Compliance with All Certificate's Standard and Special Conditions

### (C) 3rd Compliance Report:
    a. Date: 01/31/14
    b. Period: 01/01/09 – 03/23/12
    c. Findings: In Compliance with All Certificate's Standard and Special Conditions

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    VI-JPM-000019064

# JEFFERY EPSTEIN EDC COMPANIES

## SOUTHERN TRUST COMPANY, INC.

1. **APPLICATIONS:**
   **(A) Original Application:**
   a. Date:
      i. Received: 09/21/12
      ii. Accepted:
   b. Activity: Designated Financial Services Business – Development of Financial and Biomedical Informatics
   c. Commitment:
      i. Investment: $400K
      ii. Employment: 10 people (5 people immediately plus an additional 5 people by the end of the 6th year of operation)
   d. Public Hearing : 11/15/12
   e. Decision Meeting: 01/23/13
   f. Governor Approval: 05/31/13
   g. Certificate: 10 years
      i. Commence: 02/01/13
      ii. Terminate: 01/31/23
   h. Incentives:
      i. Income Tax: 90%
      ii. Gross Receipts Tax: 100%
      iii. Real Property Tax (Business): N/A
      iv. Excise Tax (Machinery & Equipment): 100%
      v. Excise Tax (Raw Materials): N/A
      vi. Custom Duties: N/A

2. **PETITIONS: N/A**

3. **COMPLIANCE:**
   - **Compliance Report:**
     a. Date: 11/15/18
     b. Period: 02/01/13 – 12/31/17
     c. Findings: In Compliance with All Certificate's Standard and Special Conditions

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                          VI-JPM-000019065

## JEFFERY EPSTEIN EDC COMPANIES

### IGY-AYH ST. THOMAS HOLDING, LLC

1. **APPLICATIONS:**
   **(A) Transfer Application:**
   a. Date:
      i. Received: 04/25/07
      ii. Accepted:
   b. Public Hearing : 05/24/07
   c. Decision Meeting: 05/04/10
   d. Approved By The Governor: N/A
   e. Certificate: Remainder of Certificate Benefit Period
      i. Commence: 01/19/07
      ii. Terminate: 10/31/12
   f. Incentives:
      i. Income Tax: 100%
      ii. Gross Receipts Tax: 100%
      iii. Real Property Tax (Business): 100%
      iv. Excise Tax (Machinery & Equipment): 100%
      v. Excise Tax (Raw Materials): N/A
      vi. Custom Duties: 1%
   g. Note: Jeffery Epstein acquired 50% interest as a passive investor on 05/29/07

   **(B) Extension Application:**
   a. Date:
      i. Received: 10/22/10
      ii. Accepted: 11/12/10
   b. Activity: Marina & Upland Services
   c. Commitment:
      i. Investment: $210K
      ii. Employment: 24 people
   d. Public Hearing : 11/23/10
   e. Decision Meeting: 02/24/11
   f. Governor Approval: 06/21/11
   g. Certificate: 5 years (Staggered Benefits)
   h. Commence: 03/08/10
   i. Terminate: 10/31/17
   j. Incentives:
      i. Income Tax: 81%
      ii. Gross Receipts Tax: 90%
      iii. Real Property Tax (Business): 90%
      iv. Excise Tax (Machinery & Equipment): 90%
      v. Excise Tax (Raw Materials): N/A
      vi. Custom Duties: 1%

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                   VI-JPM-000019066

# JEFFERY EPSTEIN EDC COMPANIES

(C) Modification/Extension Application (Act 7651 & 5 years investment)
    a. Received: 03/05/18
    b. Accepted: 05/31/08
    c. Activity: Marina & Upland Services
    d. Commitment:
        i. Investment: $2MM
        ii. Employment: 17 people
    e. Public Hearing : 06/05/18
    f. Decision Meeting: 07/05/18
    g. Governor Approval: N/A
    h. Certificate: 10 years (Staggered Benefits)
        i. Commence: 03/08/15
        ii. Terminate: 10/31/27
    i. Incentives:
        i. Income Tax: 81%
        ii. Gross Receipts Tax: 90%
        iii. Real Property Tax (Business): 90%
        iv. Excise Tax (Machinery & Equipment): 90%
        v. Excise Tax (Raw Materials): N/A
        vi. Custom Duties: N/A

## 2. PETITIONS: N/A

## 3. COMPLIANCE:

  **(A) 1st Compliance Report:**
    a. Date: 04/24/17
    b. Period: 01/19/07 – 12/31/12
    c. Findings: Out of Compliance
        i. Retirement Benefits – Accepted $500.97 Contribution Made to Workforce Development Fund
        ii. Contractors & Subcontractors Have Valid Business License – Paid $5,000 to the Industrial Promotion Fund
        iii. Compliance Clearance Granted

  **(B) 2nd Compliance Report:**
    a. Date: 04/24/17
    b. Periods: 01/01/13 – 12/31/17
    c. Findings: Out of Compliance
        i. Procurement Procedures – Paid $6,000 Fine to the Industrial Promotion Fund
        ii. Long-term Disability Insurance during 2015 – Paid $5,000 Fine to the Industrial Promotion Fund
        iii. Compliance Clearance Granted

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER      VI-JPM-000019067