# EXHIBIT 294



## Kellerhals Ferguson Kroblin PLLC

9100 Port of Sale Mall, Suite 15, St. Thomas, VI 00802-3602

340.779.2564 Telephone | 1.888.316.9269 Fax | www.kellfer.com

January 8, 2014

*Via email: sberry@usvieda.org*

Ms. Stephanie Berry
Director of Compliance
Economic Development Authority
8000 Nisky Center, Suite 620
St. Thomas, VI 00802

    Re:    <u>Southern Trust Company, Inc.</u>

Dear Ms. Berry:

We received your letter of January 7, 2015 requesting an assessment of the potential impact, if any, certain media discussions regarding the principal of Southern Trust Company, Inc. ("STC") would have on the business activities of STC. We do not believe that these media discussions will have any impact on the business activities of STC.

Should you have any additional questions please do not hesitate to contact me.

Very truly yours,

Erika Kellerhals

cc:    Percival Clouden, Chief Executive Officer
       Jennifer Nugent-Hill, Assistant CEO
       Tracy Lynch Bhola, Legal Counsel
       Sandra Bess, Compliance Officer

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000040186