# EXHIBIT 295

1

2              UNITED STATES DISTRICT COURT FOR THE

3                SOUTHERN DISTRICT OF NEW YORK

4     --------------------------
GOVERNMENT OF THE UNITED
5     STATES OF AMERICA,

6          Plaintiff,

7     v                          Case No. 1:22-cv-10904-UA

8     JPMORGAN CHASE BANK, N.A.,

9          Defendant,
      --------------------------
10

11

12

13

14                    CONFIDENTIAL

15              VIDEOTAPED DEPOSITION OF

16                STACEY E. PLASKETT

17              Tuesday, May 9, 2023

18                 9:00 a.m. EST

19

20

21

22

23

24     Reported by:  Goldy Gold, RPR

25     Job No. J9647388



| | | |
|---|---|---|
| 1 | STACEY PLASKETT - CONFIDENTIAL | |
| 2 | a letter like this on behalf of any Epstein | 09:59 |
| 3 | entity that was written not by the Palm Beach | 09:59 |
| 4 | Bank, but by JPMorgan? | 10:00 |
| 5 | A.     I don't recall. | 10:00 |
| 6 | Q.     Do you remember in or about 2019 an | 10:00 |
| 7 | application being submitted to extend the tax | 10:00 |
| 8 | benefits for the Financial Trust Company? | 10:00 |
| 9 | A.     I do not recall. | 10:00 |
| 10 | MR. NEIMAN:  Let me show you some | 10:00 |
| 11 | things and see if these help you refresh | |
| 12 | your recollection about it. | |
| 13 | Let's start with the document I'll ask you | 10:00 |
| 14 | to mark -- I'll ask the reporter to mark | 10:00 |
| 15 | as Plaskett Exhibit 2. | 10:00 |
| 16 | [Exhibit 2, transcript of an | 10:00 |
| 17 | economic development meeting, Bates 202, | 10:04 |
| 18 | was marked for identification.] | 10:01 |
| 19 | BY MR. NEIMAN: | 10:01 |
| 20 | Q.     Let me ask you, Congresswoman, if | 10:01 |
| 21 | you recognize Plaskett Exhibit 2? | 10:01 |
| 22 | All right.  Let me just repeat my | 10:04 |
| 23 | question.  It looks like you've had a chance to | 10:04 |
| 24 | read through the document.  Do you recognize | 10:04 |
| 25 | this? | 10:04 |



| | |
|---|---|
| 1 | STACEY PLASKETT - CONFIDENTIAL |
| 2 | A.    It appears to be a transcript of an | 10:04 |
| 3 | economic development meeting. | 10:04 |
| 4 | Q.    All right.  And you can see that | 10:04 |
| 5 | there's a list of who was present, and one of the | 10:04 |
| 6 | people who's identified as being present is you, | 10:04 |
| 7 | right? | 10:04 |
| 8 | A.    Correct. | 10:04 |
| 9 | Q.    Do you have any memory of this | 10:04 |
| 10 | meeting, having had a chance to take a look | 10:04 |
| 11 | the -- | 10:04 |
| 12 | A.    No. | 10:04 |
| 13 | Q.    Okay.  Let's take a look at the -- | 10:04 |
| 14 | at the people who are present here, just for a | |
| 15 | moment, on the first page of the document.  You | 10:04 |
| 16 | can see that there's a reference to somebody | 10:04 |
| 17 | named Albert Bryan, Jr., Chairman. | 10:05 |
| 18 | Is that the same Albert Bryan who is | 10:05 |
| 19 | now the governor of the Virgin Islands? | 10:05 |
| 20 | (Reporter admonition.) | |
| 21 | BY MR. NEIMAN: | |
| 22 | Q.    Is that the same Albert Bryan who is | |
| 23 | now the governor of the Virgin Islands? | |
| 24 | A.    Yes. | 10:05 |
| 25 | Q.    And then the next person below that | 10:05 |

