# EXHIBIT 298

```
 1            UNITED STATES DISTRICT COURT FOR THE

 2               SOUTHERN DISTRICT OF NEW YORK

 3             CASE NUMBER:  22-CV-10904-JSR

 4                     ACTION FOR DAMAGES

 5
    GOVERNMENT OF THE UNITED STATES      )
 6  VIRGIN ISLANDS,                      )
                                         )
 7                        Plaintiff,     )
                                         )
 8  VS.                                  )
                                         )
 9  JP MORGAN CHASE BANK, N.A.,          )
                                         )
10                        Defendant.     )
                                         )
11  --------------------------------------

12

13

14

15           VIDEO RECORDED DEPOSITION OF

16                 MARGARITA BENJAMIN

17               FRIDAY, JULY 14, 2023

18

19

20
    REPORTED BY:
21
    DENISE D. HARPER-FORDE
22  Certified Shorthand Reporter (CSR)
    Certified RealTime Reporter (CRR)
23  Certified LiveNote Reporter (CLR)
    Registered Professional Reporter (RPR)
24  Notary Public (FLORIDA)

25
```



```
 1  that you are here to testify on behalf
 2  of the Government of the U.S. Virgin
 3  Islands?
 4         A.  Yes, I do.
 5         Q.  Okay.  And the topic that
 6  you're testifying about is the
 7  Government's knowledge of Cecile de
 8  Jongh's employment with an
 9  Epstein-related organization.  Do you
10  understand that?
11         A.  Yes, I do.
12         Q.  Can you tell me what the
13  Government's knowledge was in the time
14  period 2000 to 2019 about Ms. De
15  Jongh's employment?
16              ATTORNEY ACKERMAN:  Object to
17  form.  You can answer.
18              THE WITNESS:  Right.  I can --
19  I can speak for specific government
20  and not the overall government.  But
21  it was widely known that Cecile de
22  Jongh was the Governor's wife.  And in
23  particular, being a part of our
24  program, she would engage with several
25  different government agencies.
```



```
 1              For instance, the Department
 2   of Corporations, the Division of
 3   Corporations, that's where they would
 4   file their corporate annual reports.
 5   And so it was known, of course by
 6   record, she -- her -- she was listed
 7   in those reports that she was also
 8   working for the company.
 9         Q.   For which company?
10         A.   For Financial Trust.
11         Q.   All right.  Which was
12   Mr. Epstein's company?
13         A.   Mr. Epstein's company, yes.
14         Q.   Okay.  So you've mentioned one
15   --
16         A.   Right.
17         Q.   -- place, the Division of
18   Corporations.
19              What else?
20         A.   Correct.
21              And she was also -- would be
22   also engaging with the Bureau of
23   Internal Revenue.  And so coming in
24   contact with any individuals in the
25   Bureau of Internal Revenue as a
```



```
 1   manager for the company and speaking
 2   on behalf of any filings that were
 3   done, they will be able to recognize
 4   her.
 5            It's important to note that
 6   she was publicly known as the wife, of
 7   course.  Once he became Governor, she
 8   was part of the swearing-in ceremony
 9   that was advertised and was publicly
10   shown.  Generally everyone knew that
11   she was his wife.
12            Those who would have come in
13   contact with her as a cause of doing
14   business would then recognize her as
15   his wife relating to the business of
16   Financial Trust.
17        Q.  Okay.  Any other government
18   agencies that you're in a position to
19   testify knew that Ms. --
20        A.  Uh-huh.
21        Q.  -- de Jongh was working for an
22   Epstein-related organization?
23        A.  The Department of Labor.
24        Q.  Uh-huh.  How did the
25   Department of Labor know?
```



1        A.  Well, our Chairman, Albert
2    Bryan, was also Commissioner at the
3    Department of Labor.  And also during
4    the course of the certificate of
5    benefits, the term of certificate of
6    benefits, there was also Commissioner
7    Catherine Hendry, that was also at one
8    point working there, and other staff
9    members that would have engaged in the
10   reporting that was filed with that
11   agency.
12       Q.  So the Department of Labor was
13   another portion of the Virgin Islands
14   Government that you are testifying
15   during the 2000 to 2019 time period
16   knew that Ms. de Jongh was not only
17   the -- that   Ms. de Jongh was
18   working for an Epstein-affiliated
19   organization?
20       A.  Yes.
21       Q.  Okay.
22       A.  And then in preparation for
23   today, I reviewed several documents
24   that attest to the fact that the
25   Department of Planning and Natural



```
 1   Resources --
 2         Q.  Uh-huh.
 3         A.  -- was aware.
 4             The now sitting Commissioner
 5   was then the director of CZM.  And so
 6   in that role, he was aware of that.
 7   The previous Commissioner, Dawn Henry,
 8   was also aware that he was -- she was
 9   working with that company.
10         Q.  Okay.  And is it your
11   testimony that from 2000 to 2019, that
12   the Virgin Islands DPNR was aware that
13   Ms. de Jongh was representing -- or
14   was working for an Epstein-related
15   company?
16         A.  I would not say from 2000, but
17   somewhere within that period that they
18   would have been aware of it.
19         Q.  Can you be more specific?
20         A.  I would say probably around
21   2007 or so where they may have been
22   doing more major construction on the
23   island.
24         Q.  Okay.  You mentioned the EDC
25   director, Mr. Bryan, now the Governor.
```



```
 1         A.   Uh-huh.
 2         Q.   But we haven't asked yet about
 3   the EDC.
 4              Did the EDC know from the 2-
 5   -- from 2000 to 2019 that Ms. de Jongh
 6   was working for an Epstein-affiliated
 7   company?
 8         A.   Those in management, those
 9   board members who were -- like Ms.
10   Lynn Millin at one --
11              COURT REPORTER:  Ms.?
12              THE WITNESS:  Lynn Millin was
13   also a Commissioner at the Department
14   of Planning and Natural Resources, and
15   she was a previous board member of the
16   Economic Development Commission.
17              (BY ATTORNEY NEIMAN):
18         Q.   Okay.  But to just -- let me
19   just put my question to you again.
20         A.   Okay.
21         Q.   From the time period 2000 to
22   2019, was the EDC of the Virgin
23   Islands aware that            Ms. de
24   Jongh was working for an
25   Epstein-affiliated company?
```



```
 1            A.  Those employees that were --
 2   had access specifically to the
 3   employment records would have known at
 4   that time.  The CEO and in the
 5   management team would have known at
 6   that particular time.
 7            Q.  So, in fact, from --
 8   throughout the EDC's relationship with
 9   Mr. Epstein's companies, the senior
10   management of the EDC would have known
11   of Ms. de Jongh's affiliation with
12   those companies?
13            ATTORNEY ACKERMAN:  Object to
14   form.
15            THE WITNESS:  Yes.  And it's
16   important to note that in and about
17   2012, everybody more or less knew
18   because there was an article that was
19   published that stated that she was
20   working with the Financial Trust,
21   Epstein's company.
22            (BY ATTORNEY NEIMAN):
23            Q.  Okay.  So certainly by 2012,
24   it was widely known within the
25   Government on the Virgin Islands that
```



1   Ms. de Jongh was working for an
2   Epstein-affiliated company?
3        A.   Yes.
4        Q.   How about within the
5   Department of Justice of the Virgin
6   Islands?  Did you do anything to
7   assess whether the Department of
8   Justice of the Virgin Islands was
9   aware that Ms. de Jongh was working
10  for an Epstein-affiliated company?
11       A.   I have no direct knowledge
12  regarding the Department of Justice,
13  just what was read throughout the
14  depositions or throughout the
15  newspaper --
16       Q.   Okay.
17       A.   -- regarding what was
18  happening with the Department of
19  Justice.
20       Q.   And what did you learn from
21  the newspapers?
22       A.   That the then Attorney General
23  Frazer was in communication with
24  Cecile de Jongh regarding legislation
25  that was being passed for sexual

