# EXHIBIT 299

```
 1            UNITED STATES DISTRICT COURT FOR THE

 2               SOUTHERN DISTRICT OF NEW YORK

 3              CASE NUMBER:  22-CV-10904-JSR

 4                      ACTION FOR DAMAGES

 5
    GOVERNMENT OF THE UNITED STATES      )
 6  VIRGIN ISLANDS,                      )
                                         )
 7                         Plaintiff,    )
                                         )
 8  VS.                                  )
                                         )
 9  JP MORGAN CHASE BANK, N.A.,          )
                                         )
10                         Defendant.    )
                                         )
11  --------------------------------------

12

13

14

15            VIDEO RECORDED DEPOSITION OF

16                 CAROL THOMAS JACOBS

17                THURSDAY, JULY 13, 2023

18

19

20
    REPORTED BY:
21
    DENISE D. HARPER-FORDE
22  Certified Shorthand Reporter (CSR)
    Certified RealTime Reporter (CRR)
23  Certified LiveNote Reporter (CLR)
    Registered Professional Reporter (RPR)
24  Notary Public (FLORIDA)

25
```



```
 1              ATTORNEY NEIMAN:  All right.
 2              ATTORNEY ACKERMAN:  Okay.
 3              (BY ATTORNEY NEIMAN):
 4         Q.   Ms. Thomas-Jacobs, I'm showing
 5    you a document that's marked as
 6    Exhibit 2.  And this is the E-mail
 7    exchange between Jeffrey Epstein and
 8    somebody named Cecile de Jongh on
 9    March 17th of 2019, which is three
10    days after the letter that we've been
11    looking at.
12              Do you know Cecile de Jongh?
13         A.   I know of Cecile de Jongh.  I
14    don't personally know Cecile de Jongh.
15         Q.   All right.
16         A.   I know she was -- she's the --
17    she's Governor De Jongh's wife.
18         Q.   Okay.  And were you aware that
19    Ms. De Jongh worked for Mr. Epstein?
20         A.   I think everyone in the Virgin
21    Islands knew that.
22         Q.   Okay.  And did you ever
23    interact with  Ms. De Jongh related to
24    Mr. Epstein?
25         A.   No.
```

