# EXHIBIT A

# Marvin, Cynthia

| | |
|---|---|
| **From:** | Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com> |
| **Sent:** | Friday, July 14, 2023 7:05 PM |
| **To:** | Singer, Linda; WHJPMCService |
| **Cc:** | DL - Motley Rice JPMC Service; Wohlgemuth, Stephen; Schiffmann, Eden |
| **Subject:** | RE: status of "timeline" data |
| **Attachments:** | JPM-SDNYLIT-VOL-093.zip |

**CAUTION:EXTERNAL**

Linda,

Attached please find an encrypted zip file containing a spreadsheet with the data requested by USVI.  A password will follow shortly.

Have a nice weekend,
Jake

**Jake Tuttle Newman | WilmerHale**
he/him/his
617.526.6426

**From:** Singer, Linda <lsinger@motleyrice.com>
**Sent:** Friday, July 14, 2023 5:33 PM
**To:** Tuttle Newman, Jake <Jacob.TuttleNewman@wilmerhale.com>; WHJPMCService

**Cc:** DL - Motley Rice JPMC Service ; Wohlgemuth, Stephen <SWohlgemuth@wc.com>; Schiffmann, Eden <ESchiffmann@wc.com>
**Subject:** status of "timeline" data

**EXTERNAL SENDER**

Jake and all:

Can you give us an update on the promised production of the data underlying the spreadsheet, please?

Thanks,
Linda



**Linda Singer** Attorney at Law

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9626 **f.** 202.386.9622
lsinger@motleyrice.com

1

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.