# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, | ) ) ) | AFFIDAVIT OF JENNA FORSTER |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| Defendant/Third-Party Plaintiff. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| V. | ) ) | |
| JAMES EDWARD STALEY | ) ) | |
| Third-Party Defendant. | ) ) | |

I, Jenna Forster, declare and state the following:

1. I have never been convicted of a felony;

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and

3. there are no disciplinary proceedings presently against me.

I make this Affidavit in support of my *Motion for Admission Pro Hac Vice* to appear as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-captioned action.

Date: 8/2/2023

JENNA N. FORSTER
Motley Rice LLC
28 Bridgeside Blvd,
Mount Pleasant, SC 29464
(202) 748-0624 phone/(202) 232-5513 fax
jforster@motleyrice.com

SWORN to and subscribed before me this ⎯2⎯ day of August 2023.

_____
NOTARY PUBLIC

My Commission Expires: 10/14/2027

[Notary Seal: KELLI RENEE YOUNG, NOTARY PUBLIC, EXP. 10-14-27, DISTRICT OF COLUMBIA]