

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JENNA NICHOLE FORSTER*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that JENNA NICHOLE FORSTER, # 345746, was on the 22nd day of November, 2022, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of July 2023.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By:_____
*Biying Jia, Assistant Deputy Clerk*