UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS | ) ) ) | Case Number: 1:22-cv-10904 JSR |
| PLAINTIFF, | ) ) ) | ORDER FOR ADMISSION PRO HAC VICE |
| V. | ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| Defendant/Third-Party Plaintiff. _____ | ) ) ) | |
| JPMORGAN CHASE BANK, N.A. | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| V. | ) ) | |
| JAMES EDWARD STALEY | ) ) | |
| Third-Party Defendant. _____ | ) ) | |

The motion of Jenna Forster for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

> Name:            Jenna N. Forster
> Firm Name:       Motley Rice LLC
> Address:         28 Bridgeside Blvd
> City/State/Zip:  Mount Pleasant, SC 29464
> Telephone/Fax:   (202) 748-0624
> Email:           jforster@motleyrice.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Government of the United States Virgin Islands, in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

New York, NY

August \_\_\_\_\_, 2023

_____
JED S. RAKOFF, U.S.D.J.