# EXHIBIT 55
# FILED UNDER SEAL

Confidential Pursuant to Protective Order

```
 1                UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
 2

    GOVERNMENT OF THE UNITED      )
 3  STATES VIRGIN ISLANDS         )
                                  )
 4        Plaintiff,              )
                                  )
 5  vs.                           ) 1:22-cv-10904-JSR
                                  )
 6  JPMORGAN CHASE BANK, N.A.,    )
                                  )
 7        Defendant/Third-        )
          Party Plaintiff.        )
 8  _____)
    JPMORGAN CHASE BANK, N.A.     )
 9                                )
          Third-Party             )
10        Plaintiff,              )
                                  )
11  vs.                           )
                                  )
12  JAMES EDWARD STALEY,          )
                                  )
13        Third-Party             )
          Defendant.              )
14
                  FRIDAY, MAY 26, 2023
15
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16
    **CONFIDENTIAL BSA PORTIONS UNDER SEPARATE COVER**
17                      - - -
18           Videotaped deposition of James
    Dimon, held at the offices of JPMorgan Chase,
19  383 Madison Avenue, New York, New York,
    commencing at 9:02 a.m. Eastern, on the above
20  date, before Carrie A. Campbell, Registered
    Diplomate Reporter and Certified Realtime
21  Reporter.
22
23                      - - -
24          GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com
```

```
 1                  DIRECT EXAMINATION
 2   QUESTIONS BY MR. SULLIVAN:
 3        Q.    Good morning, sir.  My name is
 4   Brendan Sullivan, counsel for Jes Staley, and
 5   I'll begin the questioning today.
 6              First off, I want you to focus
 7   on the year 2006.  Mr. Epstein was indicted
 8   in Florida in the summer of 2006.
 9              Were you informed of that
10   indictment by personnel in the bank?
11        A.    I do not believe I was.
12        Q.    Did you speak with Jes Staley
13   about the fact that Mr. Epstein had been
14   indicted?
15        A.    I did not.
16        Q.    Did you receive a report from
17   Jes Staley that he had visited with
18   Mr. Epstein the day or so after the
19   indictment?
20        A.    I did not.
21        Q.    Did Mr. Staley inform you what
22   Mr. Epstein said with respect to the
23   indictment which had been returned a day or
24   two before?
25        A.    Nope.
```

Confidential Pursuant to Protective Order

```
 1       Q.    Did you speak with Mr. Staley
 2   at all in the year 2006 about Mr. Epstein?
 3       A.    I don't recall ever having a
 4   conversation with him about Jeff Epstein.
 5       Q.    Do you -- strike that.
 6             During the year 2006, did you
 7   speak at any time with Mary Erdoes about the
 8   Epstein indictment and whether or not he
 9   should continue as a customer of the bank?
10       A.    Nope.
11       Q.    During the year 2006, did you
12   speak with general counsel Steve Cutler with
13   respect to Mr. Epstein having been indicted
14   and whether he should remain a customer of
15   the bank?
16             MR. BUTTS:  Objection.
17             And I'll instruct you -- you
18        may answer the question yes or no, and
19        we'll take it from there.
20             THE WITNESS:  No.
21   QUESTIONS BY MR. SULLIVAN:
22       Q.    Were you aware of the fact that
23   Mr. Epstein had been indicted, through any
24   source other than bank personnel, in the year
25   2006?
```

Confidential Pursuant to Protective Order

```
 1          Q.     And therefore -- well, did you
 2   ever have a conversation with him on the
 3   telephone?
 4          A.     No.
 5                 (Discussion off the record.)
 6          Q.     I would like to focus you, sir,
 7   on the transaction known as Highbridge.
 8                 Do you remember what year that
 9   arose?
10          A.     I don't recall the specific
11   year, no.
12          Q.     Well, what is Highbridge?
13          A.     It was a hedge fund.  A money
14   manager.
15          Q.     And how was it it came to be
16   acquired by the bank?
17          A.     Jes Staley was running asset
18   management, and he brought it to our
19   attention.  He wanted to acquire it.
20          Q.     And a decision was made to
21   acquire it?
22          A.     After review, yes.
23          Q.     And what was it -- did it turn
24   out to be a good decision, productive for the
25   bank?
```

1   A.   Not really.
2   Q.   Was Jeffrey Epstein involved in
3   the transaction at all?
4   A.   I don't recall any involvement
5   on his part.  Back then.
6   Q.   Were you informed that Jeffrey
7   Epstein received a $15 million fee for his
8   work in connection with that transaction?
9         MR. BUTTS:  Again, at the time?
10        MR. SULLIVAN:  Yes, at the
11   time.
12        THE WITNESS:  No.
13   QUESTIONS BY MR. SULLIVAN:
14   Q.   And I don't mean by -- paid by
15   the bank.  Paid by --
16   A.   No.
17   Q.   Have you, sir, at any time
18   spoken with regulators in the UK about
19   Mr. Staley?
20   A.   Regulators?  I don't believe
21   so.
22   Q.   Now, there came a time -- sir,
23   have you spoken to any official of Barclays
24   Bank about Jes Staley?
25   A.   Yes.

Confidential Pursuant to Protective Order

```
 1        A.     I don't think Jeff Epstein ever
 2   arranged for me to meet with anybody, to my
 3   knowledge.  And I knew Ehud Barak.  We did
 4   not need introductions to anybody.
 5               (Dimon Exhibit 113 marked for
 6         identification.)
 7   QUESTIONS BY MR. BOIES:
 8        Q.     Let me ask you to look at a
 9   document that has been previously marked as
10   Exhibit 113.
11               This is a series of e-mails.
12   The one at the bottom, January 23, 2008, at
13   12:44 p.m., says, "Hello Rosa, I think ▮
14   may have already e-mailed you, but wanted to
15   follow up just in case.  Jeffrey was talking
16   to me on the phone and to ▮     who was
17   standing with him at the same time, so not
18   sure which one of us was actually to e-mail
19   you.  Jeffrey requested that we give you the
20   contact e-mail for Ehud Barak so that you
21   could organize the meeting with Jamie Dimon
22   and Barak on your end for simplification."
23               And then Rosa writes to Jes
24   Staley, "Jes, is it okay for me to contact
25   Ehud Barak directly to arrange a meeting with
```