# EXHIBIT 57

Confidential - Francis Pearn

```
    00001

 2            UNITED STATES DISTRICT COURT FOR THE
 3               SOUTHERN DISTRICT OF NEW YORK
 4
 5      Case No. 1:22-cv-10019 (JSR)
        - - - - - - - - - - - - - - - - - -X
 6      JANE DOE 1, Individually           :
           and on behalf of all others     :
 7      similarly situated,                :
                     Plaintiffs            :
 8                                         :
           VS                              :
 9                                         :
           JPMORGAN CHASE BANK, N.A.,      :
10                   Defendant             :
        - - - - - - - - - - - - - - - - - -X
11      Case No. 1:22-cv-10904 (JSR)
        - - - - - - - - - - - - - - - - - -X
12      GOVERNMENT OF THE UNITED STATES    :
           VIRGIN ISLANDS                  :
13                   Plaintiffs            :
                                           :
14      VS                                 :
                                           :
15      JPMORGAN CHASE BANK, N.A.,         :
                     Defendant             :
16      - - - - - - - - - - - - - - - - - -X
17
                            CONFIDENTIAL
18
19              Videotaped deposition of
                  FRANCIS PEARN taken at the offices of
20          Boies Schiller Flexner LLP, 55 Hudson
                  Yards, New York, New York  10001, before
21          Clifford Edwards, Certified Shorthand
                  Reporter, and Notary Public in and for the
22          State of New York, on March 29, 2023, at
                  9:47 a.m. EDT.
23
24
25
```

Confidential - Francis Pearn

 1
 2     a human trafficking activity, they would be able
 3     to see that.
 4     BY MS. BOGGS:
 5          Q    Did JPMorgan's assessment of its risks
 6     relating to human trafficking materially change
 7     from 2006 to 2019?
 8                    MR. BUTTS:  Objection.  Form.
 9                    You may answer if you are able.
10          A    It evolved.  Like, as our program did.
11     As more work was done with other institutions,
12     with law enforcement, with global bodies such as
13     the Wolfsberg organization, which we are a
14     member, the U.S. regulators later in 2014 and
15     again in 2020 put out supplements -- put out
16     supplementary guidance specific around human
17     trafficking.
18                    In there they included what they call
19     red flags or types of activities, the term I've
20     been using here, that could be an indicator or
21     indicators of human trafficking.
22                    So all of that led to or contributed to
23     our evolving our efforts to identify money --
24     potential money laundering related to human
25     trafficking.