# EXHIBIT 58
# FILED UNDER SEAL



Confidential

JPM-SDNYLIT-00072548

| POWER OF ATTORNEY INFORMATION | | DATE POWER OF ATTORNEY RECEIVED _/_/_ |
|---|---|---|
| POWER OF ATTORNEY NAME | | POWER OF ATTORNEY SIGNATURE X |
| ADDRESS (Street and Number) | | |
| CITY | STATE | ZIP CODE |

**BENEFICIARY INFORMATION**

**ADDITIONAL ACCOUNT SIGNERS** - (For Estate and Trust accounts, as needed) - Line out unused Signature boxes

| PRINT NAME | TITLE | SIGNATURE |
|---|---|---|
| | | X |
| | | X |
| | | X |

**VERIFICATION**

Primary Applicant:   ID-1: DL   ID#: ▓▓▓   St: ▓   Exp: 01/01/2006
                    ID-2: PP   ID#: ▓▓▓   St: Exp: 01/30/2013
ChexSystems:Approved   Code:9500   SSN-ST:FL   YR:2004
TU:Override   CDE:B   FPH:   Override Approval By:

Joint Applicant:   ID-1: ID#: St: Exp:
                  ID-2: ID#: St: Exp:
ChexSystems:   Code:   SSN-ST:   YR:
TU:   CDE: FPH:

**NOTARY INFORMATION** *(For Worldwide Consumer Bank)*

STATE OF _____  COUNTY OF _____
SS.:_____

On the _____ day of _____ before me personally came

_____

to me known, and known to me to be the individual described in, and who executed the foregoing instrument, and   he   acknowledged to me that   he   executed the same.

THE ABOVE INFORMATION AND (NO.) _____ SIGNATURE(S) (POA AND ADDITIONAL SIGNERS) WERE VERIFIED BY:
Print Name: _____   Initials _____   Dept. No./Br. No.: _____
03-9415 (Stock Order #)   FORM 113.DOC – 63

Confidential
JPM-SDNYLIT-00072549