# EXHIBIT 64

# Who We Are

RUBENSTEIN is a strategic communications & reputation management firm, founded by Howard J. Rubenstein in 1954. Every day, we earn our reputation by using our knowledge, network, and creativity to see around corners for our clients – navigating all media to help them solve problems, seize opportunities, and manage the risk of public moments.

## Our Team



### Steven Rubenstein
PRESIDENT

Steven leads the agency's day-to-day operations, driving innovation and growth for its 13 practices. A trusted counselor to CEOs, entrepreneurs, founders, and organizations, he oversees a roster of more than 400 clients across a breadth of industry sectors.

Under Steven's leadership, RUBENSTEIN has transformed, extending its roots as a New York City powerhouse to service national and international clients across a range of sectors, including business, media, entertainment, technology, real estate, sports, healthcare, education, culture, crisis, and philanthropy.

Read More



# Steven Rubenstein

PRESIDENT

Steven is the President of RUBENSTEIN, a strategic communications and reputation management firm founded by his father, Howard, more than 60 years ago. He leads the agency's day-to-day operations, driving innovation and growth for its 13 practices.

A trusted counselor to CEOs, entrepreneurs, founders, and organizations, Steven is adept at creating, enhancing, and protecting awareness and reputation. Since joining in 1992, he has worked as a practitioner across a breadth of industry sectors and today oversees a roster of more than 400 clients, including the Center for Reproductive Rights, Engine No. 1, David Letterman, New York-Presbyterian, the New York Yankees, Jerry Seinfeld, and the Whitney Museum of American Art. He is actively involved in the front-line representation of many of the firm's clients, including Broadway Video, Cascade Investment, Dow Jones, JP Morgan Chase, Milner Global Foundation, MoMA, News Corp., Tiger Global Management, Tishman Speyer, Uber, and Vornado.

Under his leadership, RUBENSTEIN has transformed, extending its roots as a New York City powerhouse to service national and international clients across a range of sectors, including business, media, entertainment, technology, real estate, sports, healthcare, education, culture, crisis, and philanthropy. Steven also built upon the firm's unrivaled strength in media relations, expanding its capabilities to manage communications and public awareness across traditional and digital platforms through the creation of online reputation management, digital, and content strategy practices.

Steven is a graduate of the University of Pennsylvania and serves as Chairman of the Association for a Better New York and the ABNY Foundation, as well as on the boards of directors of the Mayor's Fund to Advance New York City, the Partnership for New York City, and Friends of the High Line.