# EXHIBIT 66
# FILED UNDER SEAL

Mary Casey Confidential, Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
 2

    GOVERNMENT OF THE UNITED       )
 3  STATES VIRGIN ISLANDS          )
                                   )
 4         Plaintiff,              )
                                   )
 5  vs.                            )  1:22-cv-10904-JSR
                                   )
 6  JPMORGAN CHASE BANK, N.A.,     )
                                   )
 7         Defendant/Third-        )
           Party Plaintiff.        )
 8  _____)
    JPMORGAN CHASE BANK, N.A.      )
 9                                 )
           Third-Party             )
10         Plaintiff,              )
                                   )
11  vs.                            )
                                   )
12  JAMES EDWARD STALEY,           )
                                   )
13         Third-Party             )
           Defendant.              )
14

15             FRIDAY, APRIL 7, 2023

16       CONFIDENTIAL - ATTORNEYS' EYES ONLY

17                    - - -

18         Videotaped deposition of Mary
    Casey, held at the offices of Boies Schiller
19  & Flexner, 100 SE 2nd Street, Suite 2800,
    Miami, Florida, commencing at 9:23 a.m.
20  Eastern, on the above date, before Carrie A.
    Campbell, Registered Diplomate Reporter,
21  Certified Realtime Reporter, Illinois,
    California & Texas Certified Shorthand
22  Reporter, Missouri, Kansas, Louisiana & New
    Jersey Certified Court Reporter.
23                    - - -

24         GOLKOW LITIGATION SERVICES
                877.370.DEPS
25             deps@golkow.com
```

```
 1   Epstein's accounts?
 2              MR. BUTTS:  Objection.
 3              You may answer.
 4              THE WITNESS:  Escalate
 5      concerns?  No.
 6   QUESTIONS BY MS. LIU:
 7        Q.    Escalate anything else?
 8        A.    Yes.
 9        Q.    What would that be?
10        A.    I escalated concerns for
11   reputational risk.  I also, in response to a
12   request from compliance -- well, escalated
13   concerns with respect to reputational risk, I
14   would say.
15        Q.    And what does that mean?
16        A.    I would escalate my concerns
17   for whether -- my concerns around the
18   reputation of the firm and who we were
19   working with at the time.
20        Q.    Specifically what concerns did
21   you escalate for reputational risk with
22   respect to Jeffrey Epstein's accounts?
23        A.    Post-2006, when there was media
24   reports with respect to his behavior, I would
25   share my concerns with respect to the media
```

Mary Casey Confidential, Attorneys' Eyes Only

```
 1                THE WITNESS:  I escalated a
 2     concern.
 3   QUESTIONS BY MS. LIU:
 4        Q.     And what was your concern?
 5        A.     My concern was the reputational
 6   risk of the client.
 7        Q.     And that was based on seeing
 8   these news reports, correct?
 9        A.     That is correct.
10        Q.     And Mary Erdoes also saw these
11   news reports, correct?
12               She was on the same e-mail from
13   Philip Schlakman to you forwarding the news
14   report, correct?
15               MR. BUTTS:  Objection to form.
16               You may answer.
17               THE WITNESS:  She was on that
18     e-mail, yes.
19   QUESTIONS BY MS. LIU:
20        Q.     Do you know if she was worried,
21   too?
22        A.     I do not know.
23        Q.     And you were uncertain after
24   seeing those news reports whether you wanted
25   to continue to cover Jeffrey Epstein,
```

Mary Casey - Confidential, Attorneys' Eyes Only

1  Q. And you wrote those words in
2  April of 2004, correct?
3  A. Correct.
4  Q. "The Epstein/Wexner
5  relationship generated over 8.5 million in
6  revenue in 2003."
7  Do you see that?
8  A. I do.
9  Q. And at the end of that e-mail
10 you say, "Please thank him" -- I believe
11 you're referring to Mr. Indyke -- "for his
12 consistent support to us on such a, quote,
13 crucial relationship to the private bank."
14 Do you see that?
15 A. I do.
16 Q. Does that refresh your
17 recollection that the Epstein/Wexner
18 relationship was generating over 8.5 million
19 in revenue in 2003?
20 A. That refers to the Wexner
21 relationship and the Epstein relationship,
22 yes, combined.
23 Q. And you believe that that
24 relationship was a, quote, crucial
25 relationship to the private bank; is that

Mary Casey  Confidential, Attorneys' Eyes Only

```
 1   fair?
 2        A.    Mr. Wexner was a crucial
 3   relationship to the private bank, yes.
 4        Q.    And Mr. Epstein?
 5        A.    Mr. Epstein was the money
 6   manager for Mr. Wexner, yes.  So, therefore,
 7   he was part of an important relationship.
 8        Q.    And Mr. Epstein had, at one
 9   point under you, 72 accounts with over
10   $120 million with the bank, correct?
11        A.    I don't know.
12        Q.    Mr. Epstein was also a crucial
13   relationship to the bank, correct?
14        A.    Those are your words, not mine.
15        Q.    I'm asking you.  Those are
16   actually your words in this e-mail,
17   Ms. Casey.
18        A.    My e-mail refers to Leslie
19   Wexner.
20        Q.    The Epstein/Wexner
21   relationship.
22        A.    Correct, because Mr. Epstein
23   was the money manager for Mr. Wexner.
24        Q.    And the crucial relationship
25   was the Epstein/Wexner relationship, correct?
```

Mary Casey Confidential, Attorneys' Eyes Only


1  compliance department that I believe taps
2  into -- again, this is institution
3  organizational structure that I'm --
4      Q.    Okay.  So you might be
5  getting --
6           MR. BUTTS:  Hold on.  I don't
7      think she finished.
8           Did you finish your answer?
9           THE WITNESS:  Yeah.  So, I
10     mean, I'm familiar with it in a
11     general way.  I can't speak to it with
12     specificity.
13 QUESTIONS BY MS. LIU:
14     Q.    Do you recall being involved in
15 a rapid response team meeting for Jeffrey
16 Epstein in October of 2006?
17     A.    I don't recall specific
18 meetings, no.
19     Q.    Do you know what a rapid
20 response team meeting is?
21     A.    So -- yes.
22     Q.    What is a rapid response team
23 meeting?
24     A.    So a rapid response meeting is
25 the result of -- it's an escalation point

1  when derogatory information or something of
2  note happens in a given client relationship.
3      Q.   And do you recall participating
4  in rapid responses team meetings for any
5  other clients besides Jeffrey Epstein?
6      A.   I don't recall specific
7  meetings, no.
8      Q.   Would you agree or disagree
9  that it's rare for there to be a rapid
10 response team meeting for a private bank
11 client?
12     A.   It is not rare.
13     Q.   And do you recall that in total
14 there were four rapid response team meetings
15 related to Jeffrey Epstein?
16     A.   I don't know the exact number.
17     Q.   Do you have any reason to think
18 that there might have been more than four
19 rapid response team meetings related to
20 Jeffrey Epstein?
21     A.   I don't know.
22          (Casey Exhibit 19 marked for
23     identification.)
24 QUESTIONS BY MS. LIU:
25     Q.   Okay.  I'm handing you what has

```
 1   Epstein escalated to Jamie Dimon?
 2        A.    No.  It was escalated to
 3   Stephen Cutler.
 4        Q.    And that's what you said on
 5   Exhibit 25 a few months earlier, right?  You
 6   asked -- you recall you asked Lisa Waters:
 7   When is the decision due to be made by
 8   Cutler?
 9              You remember you referenced
10   Cutler by name?
11        A.    I did.
12        Q.    And then a few months later,
13   you don't reference Cutler.  You say,
14   "Pending Dimon review."
15              Why did you say Dimon and not
16   Cutler, as you had previously stated, if it's
17   your testimony that it was pending Cutler
18   review?
19        A.    Uh-huh.
20              Well, I don't remember penning
21   this e-mail exactly, but reading it today, I
22   know that I intended that to be Cutler, and I
23   did not mean it to be Jamie Dimon, as he had
24   nothing to do with this.
25        Q.    How do you know he has nothing
```