# EXHIBIT 68

| | |
|---|---|
| From: | Duffy, John R [john.r.duffy@jpmorgan.com] |
| Sent: | 8/10/2013 9:19:52 PM |
| To: | Nelson, Justin D [justin.d.nelson@jpmorgan.com]; Smith, Tad C [tad.c.smith@jpmorgan.com] |
| Subject: | Re: JE |

Ideally 60 days.  But I didn't give him a deadline.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC


----- Original Message -----
From: Nelson, Justin D
Sent: Saturday, August 10, 2013 02:37 PM Eastern Standard Time
To: Duffy, John R; Smith, Tad C
Subject: Re: JE

Understood - I'll call him. Any more specifics on timing of the transition in case he asks? Regards, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781


----- Original Message -----
From: Duffy, John R
Sent: Saturday, August 10, 2013 01:21 PM Eastern Standard Time
To: Nelson, Justin D; Smith, Tad C
Subject: JE

Told him it was time to part ways. He was very professional and said he will simply move on.  I told him we of course permit an orderly transition.

Justin should reach out to JE to discuss how we can be helpful - let's provide a list of accounts to start and confirm that we should coordinate with Harry


John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC