# EXHIBIT 70

# FILED UNDER SEAL

Confidential - Pursuant to Protective Order

```
1            UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
2
   GOVERNMENT OF THE UNITED    )
3  STATES VIRGIN ISLANDS       )
                               )
4        Plaintiff,            )
                               )
5  vs.                         ) 1:22-cv-10904-JSR
                               )
6  JPMORGAN CHASE BANK, N.A.,  )
                               )
7        Defendant/Third-      )
         Party Plaintiff.      )
8  _____ )
   JPMORGAN CHASE BANK, N.A.   )
9                              )
                               )
         Third-Party          )
10        Plaintiff,           )
                               )
11  vs.                        )
                               )
12  JAMES EDWARD STALEY,       )
                               )
13        Third-Party          )
          Defendant.           )
14
              SATURDAY, JUNE 10, 2023
15
     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16
   **CONFIDENTIAL BSA PORTIONS UNDER SEPARATE COVER**
17                    - - -
18            Videotaped deposition of James E.
   Staley, held at the offices of Boies Schiller
19  Flexner, LLC, 55 Hudson Yards, New York, New
   York, commencing at 9:13 a.m. Eastern, on the
20  above date, before Carrie A. Campbell,
   Registered Diplomate Reporter and Certified
21  Realtime Reporter.
22
23                    - - -
24          GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

Confidential - Pursuant to Protective Order

```
1    don't know.
2         Q.    Irrespective of your
3    involvement with his accounts, the fact that
4    he had his accounts and the size of his
5    accounts at JPMorgan benefitted JPMorgan.
6              You would agree, right?
7         A.    I think no -- you know, I don't
8    think any single client is that important,
9    but he was a client of the bank.
10        Q.    And he continued to refer
11   clients to JPMorgan before, during and after
12   his incarceration, correct?
13             MR. GAIL:  Objection.
14             THE WITNESS:  I don't think he
15        referred clients to the bank.  I met
16        clients through him, but I don't think
17        he was making a referral.
18   QUESTIONS BY MR. EDWARDS:
19        Q.    Do you know who Thomas McGraw
20   is?
21        A.    No.
22        Q.    Do you remember a Tom McGraw in
23   the tax department of JPMorgan?
24        A.    I don't.
25        Q.    Did you ever become aware of
```