# EXHIBIT 75

| | |
|---|---|
| **From:** | Duffy, John R [john.r.duffy@jpmorgan.com] |
| **Sent:** | 9/20/2013 9:20:48 PM |
| **To:** | Erdoes, Mary E [mary.erdoes@jpmorgan.com] |
| **Subject:** | JE |

Spoke with him. Good conversation. Told JE no on sole trustee or POA, yes for advisory role without discretion. Yes for custody in the client's name.

Tough one he brought up regarding Gates - JE and JPM as co-trustee. While I expect that this would be hard to get through - its like co-branding with him. We should still discuss it - Let's talk. He understood.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC