# EXHIBIT 76
# FILED UNDER SEAL

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                                Civil Action No.
    -against-                   1:22-cv-10019-JSR
JP MORGAN CHASE BANK, N.A.
          Defendants.
- - - - - - - - - - - - - - - - - - - - - x
      Highly Confidential-Attorneys Eyes Only

              Videotaped oral deposition of
         JUSTIN NELSON, taken pursuant to
         subpoena, was held BOIES SCHILLER
         FLEXNER, 55 Hudson Yards,New York, New
         York commencing April 21, 2023, 9:42
         a.m., on the above date, before Leslie
         Fagin, a Court Reporter and Notary
         Public in the State of New York.




                  MAGNA LEGAL SERVICES
                    (866) 624-6221
                   www.MagnaLS.com
```



```
                                                        Page 8
 1           J. Nelson - Confidential
 2   discussion within that meeting that led to        09:45:54
 3   the conclusion that Jeffrey Epstein was going     09:45:56
 4   to be terminated as a client?                     09:45:57
 5       A.   I don't remember specifics.              09:45:59
 6       Q.   What was your understanding as to        09:46:00
 7   the reason or reasons that Jeffrey Epstein        09:46:02
 8   was going to be terminated?                       09:46:04
 9       A.   Reputational risk.                       09:46:06
10       Q.   By reputational risk, what did that      09:46:08
11   mean in this particular context, that being      09:46:14
12   related to Jeffrey Epstein?                       09:46:16
13           MR. BUTTS:  Objection to form.            09:46:18
14           You can answer.                           09:46:20
15       A.   I think we are aware of the history     09:46:21
16   of Jeffrey, Mr. Epstein, I think that's what      09:46:26
17   went into that decision.                          09:46:31
18       Q.   Do you remember there being a            09:46:32
19   discussion about any specific banking             09:46:36
20   activity in which he was engaged at the time,    09:46:39
21   that being 2013 time period, that also            09:46:42
22   contributed to that decision?                     09:46:46
23           MR. BUTTS:  Objection to form.            09:46:47
24           You may answer.                           09:46:50
25       A.   I don't remember.                        09:46:50
```



Page 175

1        J. Nelson - Confidential
2        Q.   After Jeffrey Epstein has been                    13:30:03
3   terminated, you get the permission of John                  13:30:04
4   Duffy to continue a relationship with Jeffrey               13:30:10
5   Epstein where he will be a potential source                 13:30:13
6   of future referrals?                                        13:30:15
7             MR. BUTTS:   Objection to form.                   13:30:17
8             You may answer.                                   13:30:19
9        A.   Yes.                                              13:30:19
10       Q.   Do you remember where you were when               13:30:19
11  you had these discussions with Mr. Duffy?                   13:30:21
12       A.   I do not.                                         13:30:23
13       Q.   Were you given any parameters of                  13:30:24
14  what is okay to do and what is not okay to do               13:30:27
15  with respect to the relationship with Jeffrey               13:30:30
16  Epstein?                                                    13:30:33
17       A.   Yes.                                              13:30:33
18       Q.   What were they?                                   13:30:33
19       A.   We would not engage in any type of                13:30:35
20  relationship where Mr. Epstein had control of               13:30:40
21  a relationship, where we had to interface                   13:30:43
22  with him directly as a decisionmaker of any                 13:30:46
23  kind.                                                       13:30:50
24       Q.   At some point in time, even if that               13:30:50
25  was the objective from the beginning to make                13:30:54



```
                                                            Page 176
1          J. Nelson - Confidential
2    sure you didn't have to interface with him to    13:30:57
3    get to a client, isn't that what happened       13:31:00
4    with respect to Leon Black?                     13:31:03
5           MR. BUTTS:  Objection,                   13:31:05
6        mischaracterizes testimony.                 13:31:07
7        Q.   You can answer.                        13:31:09
8        A.   No because I never interfaced.  We     13:31:12
9    spoke to Mr. Epstein, but he was never a        13:31:17
10   signer on an account for anyone else that we    13:31:22
11   interacted with, he was not a decisionmaker.    13:31:25
12       Q.   Was there ever a point in time         13:31:30
13   where Leon Black was the client, but you and    13:31:33
14   your team could only speak with Mr. Epstein     13:31:37
15   as opposed to Mr. Black about the client        13:31:41
16   relationship?                                   13:31:45
17          MR. BUTTS:  Objection.                   13:31:46
18          You may answer.                          13:31:48
19       A.   We spoke to Mr. Epstein about          13:31:48
20   things related to Leon Black, but anything      13:31:51
21   that -- to actually do anything with Leon       13:31:56
22   Black had to go through Leon Black or his       13:32:00
23   family office.                                  13:32:02
24       Q.   And Mr. Epstein was not able to be     13:32:03
25   a signatory on Mr. Black's accounts, right?     13:32:10
```



```
                                                      Page 177
 1          J. Nelson - Confidential
 2      A.    Correct.                                13:32:13
 3      Q.    Did there come a point in time          13:32:13
 4   where there was a signatory, but Jeffrey         13:32:16
 5   Epstein was the person that was making the      13:32:20
 6   calls for Mr. Black?                             13:32:22
 7            MR. BUTTS:   Objection to form.         13:32:25
 8            You may answer if you are able.         13:32:26
 9      A.    There were times where Mr. Epstein      13:32:27
10   had a recommendation, but I can't remember       13:32:32
11   any of those things getting done, so, no.        13:32:38
12      Q.    How many times do you think you         13:32:43
13   visited Mr. Epstein after he was terminated      13:32:48
14   from JPMorgan?                                   13:32:52
15      A.    Several times.                          13:32:54
16      Q.    By several, ballpark what do you        13:32:55
17   think we are talking about?                      13:33:01
18      A.    Eight to 10, in that range.             13:33:02
19      Q.    When is the last time that you          13:33:04
20   remember visiting Jeffrey Epstein, what year?   13:33:05
21      A.    I don't remember.                       13:33:08
22      Q.    Did you visit Jeffrey Epstein as        13:33:09
23   late as 2017?                                    13:33:12
24      A.    It is possible.                         13:33:14
25      Q.    Did you ever spend the night at any     13:33:16
```

