# EXHIBIT 78
# FILED UNDER SEAL

| | |
|---|---|
| From: | Reda, Christina M [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=W067980] |
| Sent: | 6/29/2011 1:03:30 PM |
| To: | McGraw, Thomas [thomas.mcgraw@jpmorgan.com] |
| Subject: | ▮ |
| Attachments: | Tom 1H2011 1-doc.zip |

Tom,

Please find revised version of your mid-year accomplishments attached with this transaction added. Note that there are some yellow highlighted words towards the end of the document which indicate the spelling may be off. Please let me know if you would like any additions/changes.

Thanks,

Christina

Christina M. Reda
Private Bank at J.P. Morgan | Advice Lab
270 Park Avenue, 26th Floor | New York, NY 10017
Telephone: (212) 464-0789
Email: christina.m.reda@jpmorgan.com

-----Original Message-----
From: McGraw, Thomas
Sent: Tuesday, June 28, 2011 4:59 PM
To: Reda, Christina M
Cc: Racanelli, Janine A.
Subject: ▮

Christina - I have a number of credit related examples during the rating period......let's add this present one to my mid-year as an example. It's ▮
▮

Thanks,

Tom


***********************************************************************************************************
IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.


-----Original Message-----
From: McGraw, Thomas
Sent: Tuesday, June 28, 2011 4:53 PM
To: Dumont, Judith O
Cc: Grimes, John M; Romano, Louis M; Johnson, Eugene T; Mandelbaum, Joshua M; Zimmermann, Christopher G
Subject: ▮

# Redacted - Privileged

Confidential

JPM-SDNYLIT-00754968

# Redacted - Privileged

Tom

```
************************************************************************************************
**********************
IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S.
tax matters contained herein (including any attachments) is not intended or written to be used, and
cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with
JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-
related penalties.


-----Original Message-----
From: Grimes, John M
Sent: Monday, June 27, 2011 1:10 PM
To: Romano, Louis M; Johnson, Eugene T
Cc: Archer, Richard; Dumont, Judith O; Seaborn, Neal A; McGraw, Thomas; Bleicher, Kimberly M; Mandelbaum,
Joshua M; Zimmermann, Christopher G
Subject:
```

Lou,

[REDACTED]

Thanks,

John

```
John M. Grimes
JPMorgan Chase & Co.
1 Chase Manhattan Plaza, Floor 59
New York, NY 10005
Tel: (212) 552-4789
Fax: (212) 552-4902
john.m.grimes@jpmchase.com
************************************************************************************************
**************************************************
IRS Circular 230 Disclosure:

JPMorgan Chase & Co. and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S.
tax matters contained herein (including any attachments) is not intended or written to be used, and
cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with
JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-
related penalties.
************************************************************************************************
**************************************************

----- Original Message -----
From: Romano, Louis M
To: Grimes, John M; Johnson, Eugene T
Cc: Archer, Richard; Dumont, Judith O; Romano, Louis M; Seaborn, Neal A; McGraw, Thomas; Bleicher,
Kimberly M; Mandelbaum, Joshua M; Zimmermann, Christopher G; Johnson, Eugene T
Sent: Mon Jun 27 09:44:55 2011
Subject:
```

John/Gene,

[REDACTED]

Thank you,

Lou

Louis M. Romano CFP®
Executive Director
J.P. Morgan
270 Park Avenue, Floor 19
New York, NY 10017

212-464-0494 (phone)
212-464-0403 (fax)

-----Original Message-----
From: ███
Sent: Monday, June 27, 2011 9:40 AM
To: Romano, Louis M
Subject: ███

███

Sent from my Verizon Blackberry

****************************************************************

IRS Circular 230 Notice: Any tax advice provided herein is not intended or written to be used, and cannot be used for, the purpose of a) avoiding penalties the IRS and others may impose on the taxpayer, or b) promoting, marketing or recommending to another party any tax related matters.

****************************************************************

----- Original Message -----
From: Romano, Louis M <romano_louis@jpmorgan.com>
To: ███
Sent: Mon Jun 27 09:31:01 2011
Subject: ███

███

Regards,
Lou

Louis M. Romano CFP®

Executive Director

J.P. Morgan

270 Park Avenue, Floor 19

New York, NY 10017

212-464-0494 (phone)

212-464-0403 (fax)

From: ███
Sent: Friday, June 24, 2011 11:52 AM
To: Romano, Louis M
Subject: ███

Lou,

Confidential

████████████████████████████████████

Regards,



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Notice: Any tax advice provided herein is not intended or written to be used, and cannot be used for, the purpose of a) avoiding penalties the IRS and others may impose on the taxpayer, or b) promoting, marketing or recommending to another party any tax related matters.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

-----Original Message-----
From: ███████████████
Sent: Thursday, June 23, 2011 8:31 PM
To: 'romano_louis@jpmorgan.com'
Subject: ███████

Lou,

████████████████████████████████████

Sent from my Verizon Blackberry

Confidential

JPM-SDNYLIT-00754971

```
****************************************************************
```

IRS Circular 230 Notice: Any tax advice provided herein is not intended or written to be used, and cannot be used for, the purpose of a) avoiding penalties the IRS and others may impose on the taxpayer, or b) promoting, marketing or recommending to another party any tax related matters.

```
****************************************************************
```

----- Original Message -----
From: █████████████████████████████████
To: ████████████
Sent: Thu Jun 23 20:22:57 2011
Subject: ███████████

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

---

From: ██████████████████████████████████
Sent: Thursday, June 23, 2011 11:46 AM
To: ████████████████████
Subject: ████████



Thanks,





```
****************************************************************
```

IRS Circular 230 Notice: Any tax advice provided herein is not intended or written to be used, and cannot be used for, the purpose of a) avoiding penalties the IRS and others may impose on the taxpayer, or b) promoting, marketing or recommending to another party any tax related matters.

```
****************************************************************
```

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for

the use of the addressee(s) named above.  Any disclosure, distribution, copying or use of the

information by others is strictly prohibited.  If you have received this message in error, please

notify the sender by immediate reply and delete the original message.  Thank you.


This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.