# EXHIBIT 86

# VIRGIN ISLANDS PORT AUTHORITY POLICE MANUAL



P.O. Box 301707  
St. Thomas, VI  00803

Tel: (340) 774-1629  
Fax: (340) 714-1494

*Adopted November 18, 2009*

## 19. PATROL SECTORS

### 19.1 Purpose

Establish policy and procedures concerning geographically designated patrol responsibilities to ensure appropriate police patrol coverage of the VIPA, designate responsibilities, and to prioritize manning requirements.

### 19.2 Patrol Sector Policy

19.2.1 Three sectors are established to provide necessary police patrol coverage for the airport in accordance with requirements and available manning as follows:

(a) "Screening Sector" The three passenger areas. This is a foot patrol. Due to a FAA requirement to respond to each screening point within ten (10) minutes, the officer assigned to calls to this area must not compromise that FAA requirement.

(b) "Patrol Sector" The Airport Operations Area or AOA. All areas on the AOA and FBO areas. This is a vehicular patrol.

(c) "Traffic Sector" The "land side" areas outside the Airport Operations Area (AOA). This is a foot and vehicular patrol area.

These sectors shall be manned in the following priority: Screening, Patrol, Traffic.

### 19.3 Sector Functions and Responsibilities

Officers are responsible for emergency and routine response within all sectors, routine liaison with VIPA Authority and tenant employees in all sectors and other functions as assigned by the Lieutenant. Officers must conduct regular patrols of all sectors maintaining a high visibility posture. Officers are not limited to remaining within a specific sector but are responsible for activity in all sectors. The following functions are responsibilities for specific sectors and are listed in order of priority:

19.3.1 Screening Sector:

(a) Respond to the passenger screening areas when called by emergency alarm or routine request within the ten (10) minutes in accordance with the flexible response system specified in the Airport Security Program and approved by the FAA.

- Officer Safety
  Applies appropriate safety precautions and procedures in performance of duties. Applies such requirement in potentially dangerous and/or hazardous situations. Maintains awareness of own location and location of other officers.

- Public Interaction
  Provide assistance and information; explains procedures, policy, laws, reviews and/or complaints. Advises violators, mediates disputes, comforts victims and controls crowds.

- Reporting
  Provides oral and written reports to supervisors, and appropriate agencies. Issues citations and summons, takes statements from victims and/or witnesses, completes general paper work generated by assignment.

- Legal Knowledge
  Demonstrates working knowledge of codes, laws, regulation and legal procedure (i.e. accurately detects crimes and violations and applies appropriate codes, laws or regulations). Complies with statutory requirements when making arrests, conducting searches and obtaining evidence. Writes reports that include all necessary legal elements.

- Knowledge of Agency Policy & Procedure
  Demonstrates working knowledge of agency policy, regulation and procedure (i.e. ability to verbalize and apply them appropriately).

- Patrol
  Through implementation of working knowledge of procedures and techniques gained through training, education and experience; performs patrol of agency property and facilities, monitors security check points and passenger screening procedures, responds to calls for assistance or service on V.I. Port Authority Property and Facilities.

**MINIMUM QUALIFICATIONS:**

- Applicant must be a U.S. or Naturalized Citizen;
- Not less than 20 years or more than 35 years of age;
- Must pass entry level written exam and physical agility test;
- Have a High School Diploma or GED equivalency and Transcript;
- Be in excellent physical and mental condition;