# EXHIBIT 92

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,

        Plaintiff,

                        Case No.
   -against-            1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
        Defendants.
- - - - - - - - - - - - - - - - - - - - x

        C O N F I D E N T I A L

        Videotaped oral deposition of
BONNIE PERRY taken pursuant to notice,
was held REMOTELY, commencing May 10,
2023, 9:39 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

        MAGNA LEGAL SERVICES
          (866) 624-6221
         www.MagnaLS.com



Page 53

1

2                                                        10:51:13

3                                                        10:51:14

4                                                        10:51:14

5                                                        10:51:15

6                                                        10:51:19

7                                                        10:51:20

8                                                        10:51:20

9                                                        10:51:26

10                                                       10:51:28

11      Q.    Are you aware of any sex                   10:51:31

12  trafficking cases coming out of the private          10:51:33

13  bank during your tenure at JPMorgan?                 10:51:35

14          MR. BUTTS:   Objection.                      10:51:40

15          You may answer.                              10:51:42

16      A.    No, I don't remember any.                  10:51:42

17      Q.    I think we spoke about rapid               10:51:45

18  response meetings earlier in your discussion         10:51:49

19  of your responsibilities, is that right?             10:51:52

20      A.    That's correct.                            10:51:53

21      Q.    What is a rapid response meeting?          10:51:54

22      A.    So it's an escalation of                   10:51:57

23  information that was brought to us,                  10:52:01

24  derogatory information, where it seems              10:52:07

25  something that should be escalated up to            10:52:11



Page 54

1                    B Perry

2   management and they just -- we give them the          10:52:13

3   facts, they review it and make a                      10:52:20

4   determination on how they want to proceed.            10:52:22

5       Q.   So by us, you mean the Americas              10:52:26

6   control group slash --                                10:52:31

7       A.   Americas --                                  10:52:42

8            MR. BUTTS:  So that's I think a               10:52:42

9       good reminder.  We are talking over each          10:52:43

10      other a little bit.                                10:52:46

11           So can you, Leslie, read the last             10:52:50

12      piece of her answer or the question and            10:52:54

13      then the answer from what you got so               10:52:56

14      far.                                               10:53:00

15           (Record read.)                                10:53:04

16           MR. BUTTS:  Maybe Danny, you can              10:53:19

17      take it from the top on that question              10:53:21

18      and we can then answer.                            10:53:22

19      Q.   By us, you mean the Americas                  10:53:23

20   control group/risk management group, right?          10:53:27

21           MR. BUTTS:  Objection to form.                10:53:31

22           You may answer.                               10:53:32

23      A.   Yes.  We received it.  If I recall,           10:53:33

24   copies may have gone to the banker and their         10:53:39

25   manager, I don't remember.                            10:53:42



Page 187

1                       B Perry

2       Q.    Was it your understanding that        14:35:00

3    Mr. Epstein was using large cash withdrawals    14:35:08

4    to pay for fuel expenses when he travels to     14:35:11

5    foreign countries?                              14:35:13

6            MR. BUTTS:   Objection and objection    14:35:15

7       to form.                                     14:35:15

8            You may answer, if you are able.        14:35:19

9       A.    It's probably one of the only         14:35:20

10   things I really remember because of -- fuel     14:35:23

11   expenses for an airplane, I wouldn't even --    14:35:27

12   I have no idea what it costs, but I thought      14:35:30

13   that was interesting.                           14:35:33

14      Q.    Okay.   I appreciate your answer.      14:35:37

15           Can you just expand upon what you       14:35:38

16   mean by interesting?                            14:35:43

17           MR. BUTTS:   Objection to form.         14:35:45

18           You may answer.                         14:35:46

19      A.    I never thought about how much it      14:35:46

20   would cost to fuel an airplane and the answer   14:35:47

21   seemed reasonable.                              14:35:51

22      Q.    Does it seem reasonable today that     14:35:54

23   Jeffrey Epstein was using 20,000 to $40,000     14:35:56

24   in cash to pay for fuel expenses?               14:35:59

25           MR. BUTTS:   Objection and objection    14:36:03

