# EXHIBIT 96

**From:** vincenza.x.lucignano@jpmchase.com  
**Sent:** Friday, October 5, 2007 6:14 PM  
**To:** tamyka.clarke@jpmorgan.com; shawna.gilmore-orr@jpmorgan.com; Patricia.Oines@chase.com; rosa.m.dasilva@jpmorgan.com; lucy.baglivo@jpmorgan.com  
**Cc:** jes.staley@jpmorgan.com; mary.erdoes@jpmorgan.com; Anne.Verdon@chase.com; taylor_brent@jpmorgan.com; lisa.e.waters@jpmorgan.com; mary.c.casey@jpmorgan.com  
**Subject:** Fw: Meeting with JES and Mary re client

Thank you Rosa.

Please advise if Monday, Oct. 8th at 2pm is ok with everyone for a half an hour conference call. Also, there is a change in participants and Mary Casey will not be joining.

**Participants:**
**Jes Staley - OK**
**Mary Erdoes - OK**
**Anne Verdon - OK**
**Brent Taylor ?**
**Lisa Waters ?**

Thank you. *_*

Best Regards,

Vincenza Lucignano
JPMorganChase - Private Bank Law
Legal and Compliance Department
345 Park Avenue, 5th Floor
New York, New York 10154
Tel: (212) 464-2757
Fax: (212) 464-0302

----- Forwarded by Vincenza X Lucignano/JPMCHASE on 10/05/2007 01:02 PM -----
**JPMorganChase - Private Bank Law** Legal and Compliance Dept - Tel (212) 464-2757 Fax (212) 464-0302

Vincenza X Lucignano/JPMCHASE

10/05/2007 12:53 PM

To Tamyka N Clarke/JPMCHASE@JPMCHASE, Shawna T Gilmore-Orr/JPMCHASE@JPMCHASE, Patricia Oines/JPMCHASE@JPMCHASE, Rosa M da Silva/JPMCHASE@JPMCHASE, Lucy Baglivo/JPMCHASE

cc Jes Staley/JPMCHASE@JPMCHASE, Mary E Erdoes/JPMCHASE@JPMCHASE, Anne E Verdon/JPMCHASE@JPMCHASE, Brent Taylor/JPMCHASE@JPMCHASE, Lisa E. Waters/JPMCHASE@JPMCHASE, Mary C Casey/JPMCHASE@JPMCHASE

Subject Fw: Meeting with JES and Mary re client

Thanks for the update Shawna. As per Anne ok to include Mary Casey as well.

If everyone is available on Monday, October 8th for a half hour conference it is fine for Anne.

Please advise availability.

**Participants:**
Jes Staley
Mary Erdoes
Anne Verdon
Brent Taylor
Lisa Waters
Mary Casey

Thank you all.

Best Regards,

Vincenza Lucignano
JPMorganChase - Private Bank Law
Legal and Compliance Department
345 Park Avenue, 5th Floor
New York, New York 10154
Tel: (212) 464-2757
Fax: (212) 464-0302

----- Forwarded by Vincenza X Lucignano/JPMCHASE on 10/05/2007 12:39 PM -----
**JPMorgan Private Bank** Office of the CEO - Tel 212-464-1635 Fax 212-464-1613

**Shawna T Gilmore-Orr/JPMCHASE**

10/05/2007 12:33 PM

To Anne E Verdon/JPMCHASE@JPMCHASE

cc Lisa E. Waters/JPMCHASE@JPMCHASE, Tamyka N Clarke/JPMCHASE@JPMCHASE, Vincenza X Lucignano/JPMCHASE@JPMCHASE, Mary E Erdoes/JPMCHASE@JPMCHASE

Subject Re: Meeting with JES and Mary re client

Hi Anne
Not sure if you are aware, but Mary Casey just asked us to set up a call with you and Mary, possibly on Monday regarding the same topic

Shawna Gilmore-Orr
Executive Assistant to the CEO
of the JPMorgan Private Bank
Tel. 212-464-1635 Fax. 212-464-1613
 J.P. Morgan Chase & Co. Legal Department - Tel 212-464-1656 Fax 212-464-0302

**J.P. Morgan Chase & Co.** Legal Department - Tel 212-464-1656 Fax 212-464-0302

**Anne E Verdon/JPMCHASE**

10/05/2007 12:04 PM

To Shawna T Gilmore-Orr/JPMCHASE@JPMCHASE, Tamyka N Clarke/JPMCHASE@JPMCHASE, Lisa E. Waters/JPMCHASE@JPMCHASE, Vincenza X Lucignano/JPMCHASE@JPMCHASE

cc

Confidential
JPM-SDNYLIT-00001894

Subject:Meeting with JES and Mary re client

Hi - Brent says that JES would like to have a meeting with Mary Erdoes, Brent, me and and Lisa re Jeffrey Epstein next week. Vincenza, can you coordinate please?

Confidential                                                                                                                                                                                                                                                                             JPM-SDNYLIT-00001895