# EXHIBIT 97

**From:**     lisa.e.waters@jpmorgan.com [lisa.e.waters@jpmorgan.com]
**Sent:**     10/10/2007 12:39:53 PM
**To:**     vincenza.x.lucignano@jpmchase.com
**Subject:**     Re: Reminder: Conference Call Regarding: Jeffrey Epstein Today at 3pm
**Attachments:**     graycol.gif; 37339950.gif

Confirmed

    Vincenza X Lucignano

        **From:** Vincenza X Lucignano
        **Sent:** 10/10/2007 08:24 AM EDT
        **To:** Jes Staley; Mary Erdoes; Anne Verdon; Brent Taylor; Lisa Waters; Rosa da Silva;
Tamyka Clarke; Shawna Gilmore-Orr; Patricia Oines
        **Subject:** Reminder: Conference Call Regarding: Jeffrey Epstein Today at 3pm

Greetings, Confirmed: Conference Call Regarding Jeffrey Epstein at 3pm today.

Dial in: 1-866-870-8212



Participant Passcode: 77385318

Thank you.

Have a good day. * *

Best Regards,

Vincenza Lucignano
JPMorganChase - Private Bank Law
Legal and Compliance Department
345 Park Avenue, 5th Floor
New York, New York 10154
Tel: (212) 464-2757
Fax: (212) 464-0302

Confidential