# EXHIBIT 102

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,

       Plaintiff,

                Case No.
  -against-       1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - x

      C O N F I D E N T I A L

     Videotaped oral deposition of
MARYANNE RYAN taken pursuant to notice,
was held at BOIES SCHILLER FLEXNER LLP,
commencing May 24, 2023, 9:39 a.m., on
the above date, before Leslie Fagin, a
Court Reporter and Notary Public in the
State of New York.

     MAGNA LEGAL SERVICES
       (866) 624-6221
       www.MagnaLS.com



1　　　　　　　M. Ryan - Confidential

2　　　　　　　　　　　　　　　　　　　　　　09:59:00

3　　　　　　　　　　　　　　　　　　　　　　09:59:01

4　　　　　　　　　　　　　　　　　　　　　　09:59:07

5　　　　　　　　　　　　　　　　　　　　　　09:59:11

6　　　　　　　　　　　　　　　　　　　　　　09:59:16

7　　　　　　　　　　　　　　　　　　　　　　09:59:21

8　　　　　　　　　　　　　　　　　　　　　　09:59:26

9　　　　Q.　　In your experience working at the　09:59:29

10　　bank, would 20 cash withdrawals be considered　09:59:30

11　　unusual?　　　　　　　　　　　　　　　　09:59:36

12　　　　A.　　It all depends.　　　　　　　　　09:59:37

13　　　　Q.　　What does it depend on?　　　　　09:59:39

14　　　　A.　　The customer -- who the customer　09:59:41

15　　is, what they were doing through the bank,　09:59:45

16　　the dollar amounts of the transactions, the　09:59:47

17　　overall value of somebody's account, how the　09:59:50

18　　money came into the account, things such as　09:59:53

19　　that.　　　　　　　　　　　　　　　　　　09:59:55

20　　　　Q.　　Is there anything else it might　09:59:56

21　　depend on?　　　　　　　　　　　　　　　09:59:57

22　　　　A.　　I'm sure there are other things　10:00:01

23　　that once you start to look at the account　10:00:03

24　　might prompt you to include other elements.　10:00:05

25　　　　　　　　　　　　　　　　　　　　　　10:00:10



Page 25

```
 1              M. Ryan - Confidential
 2                                              10:01:22
 3                                              10:01:25
 4                                              10:01:26
 5                                              10:01:28
 6                                              10:01:34
 7                                              10:01:40
 8                                              10:01:43
 9                                              10:01:45
10                                              10:01:50
11                                              10:01:53
12                                              10:01:56
13                                              10:01:59
14                                              10:02:00
15      Q.   When a document ████████ came      10:02:01
16 from the private bank, what would be the next 10:02:05
17 step for the investigation team?              10:02:09
18      A.   We would look it over, and as long  10:02:11
19 as we were of the same opinion, we would file 10:02:15
20 the document as is -- almost as is, into a    10:02:19
21 SAR.                                          10:02:25
22      Q.   Is it possible that the            10:02:27
23 investigation team would determine no SAR was 10:02:29
24 necessary?                                    10:02:32
25      A.   Since we were charged with SAR     10:02:33
```



Page 27

```
 1          M. Ryan - Confidential
 2   have a requirement to discuss it with anyone    10:03:52
 3   else at the bank, is that correct?             10:03:53
 4       A.    Correct.                              10:03:55
 5       Q.    Is it possible despite not having a   10:03:56
 6   requirement to do so, your team or the         10:03:59
 7   investigation team may still discuss it with   10:04:01
 8   others at the bank?                            10:04:03
 9          MR. KRAUSE:  Objection.                 10:04:05
10       A.    The SAR decision lies solely with    10:04:06
11   the investigations department.  Could an       10:04:11
12   employee under me have discussed it with       10:04:15
13   another person within investigations?  Sure.   10:04:18
14          But they weren't going back to the      10:04:20
15   business to discuss the merits of SAR filing,  10:04:24
16   if that's what you are implying.               10:04:28
17       Q.    Would you have ever discussed the    10:04:30
18   merits of a SAR filing with anyone outside of  10:04:32
19   the investigation team?                        10:04:35
20          MR. KRAUSE:  Objection.                 10:04:37
21       A.    I would discuss facts that might be  10:04:38
22   in a SAR, but I would not be discussing        10:04:42
23   whether or not to put it on the clock or not   10:04:44
24   put it on the clock.                           10:04:46
25       Q.    Was there anyone at JPMorgan who     10:04:48
```



MAGNA
LEGAL SERVICES

Page 52

```
 1            M. Ryan - Confidential

 2       Q.    Who is Mary Casey?                  10:42:19

 3       A.    According to Jim, she was the       10:42:21

 4  market manager.                                10:42:23

 5       Q.    In the last sentence, it says, We   10:42:24

 6  will revisit if the allegations turn into an   10:42:28

 7  indictment.  Is that right?                    10:42:32

 8       A.    Correct.                            10:42:33

 9       Q.    Is it your understanding that Jim   10:42:34

10  is reporting Mary Casey's determination or     10:42:40

11  making his own determination about that?       10:42:46

12            MR. KRAUSE:  Objection.              10:42:48

13       A.    I have no idea.                      10:42:49

14       Q.    Do you have a view why the bank     10:42:50

15  would wait until allegations turn into an      10:42:53

16  indictment before doing an update of the DDR?  10:42:57

17            MR. KRAUSE:  Objection.              10:43:04

18       A.    Can you repeat the question?        10:43:12

19       Q.    Do you have a view as to why the    10:43:14

20  bank would wait to revisit the allegations     10:43:21

21  until they turn into an indictment?            10:43:27

22            MR. KRAUSE:  Objection.              10:43:29

23       A.    So there is too much unknown in     10:43:30

24  this sentence, the way it's written.  I don't  10:43:47

25  know that -- whether or not the allegations    10:43:51
```



Page 53

```
 1          M. Ryan - Confidential
 2   were included in the last DDR since she knew    10:43:56
 3   about it or not.                                 10:43:59
 4          It is -- there is lots of things --       10:44:08
 5   lots of people that are in the news that         10:44:10
 6   never go anywhere.  So the fact that somebody    10:44:15
 7   is waiting for it to solidify into an            10:44:18
 8   indictment is not that unusual.                  10:44:22
 9   Q.   Earlier you said, quote, That's the         10:44:34
10   forced timeline, but a banker can update his     10:44:38
11   profile of a customer at any point.  End         10:44:41
12   quote.                                           10:44:44
13          Do you have a view why, given these       10:44:45
14   news articles, why the banker would not want     10:44:50
15   to update the profile sooner rather than         10:44:53
16   waiting for an indictment?                       10:44:56
17          MR. KRAUSE:  Objection.                   10:44:58
18   A.   I have never been in the banker's           10:45:00
19   role, so I don't know what he or she feels is    10:45:03
20   important to include or not include nor could    10:45:07
21   I tell from this sentence whether or not it      10:45:11
22   was or wasn't included in that last annual       10:45:14
23   DDR.                                             10:45:17
24   Q.   Would an investigator ask a banker          10:45:18
25   why they're making that determination?           10:45:22
```



Page 70

1          M. Ryan - Confidential

2                                                    11:22:33

3                                                    11:22:35

4                                                    11:22:35

5                                                    11:22:38

6                                                    11:22:41

7                                                    11:22:45

8                                                    11:22:48

9                                                    11:22:53

10                                                   11:22:54

11                                                   11:22:57

12      Q.   It was your understanding at that      11:23:01

13  time that Jeffrey Epstein was not using any      11:23:03

14  bank accounts or wire services in his           11:23:06

15  exploitation of women or children?              11:23:11

16           MR. KRAUSE:  Objection.                11:23:14

17      A.   If I had thought, I would have         11:23:16

18  acted on it.                                     11:23:18

19      Q.   When Phil says, I hope -- sorry, he     11:23:19

20  doesn't say I -- he says, Hope that they do      11:23:28

21  not cave.                                        11:23:32

22           What did you understand that to         11:23:32

23  mean?                                            11:23:34

24      A.   We were presenting to the business     11:23:37

25  to tee it back up again to make a decision on   11:23:41



Page 71

1          M. Ryan - Confidential

2    retention.  So Phil was of the mindset, as      11:23:44

3    was I, that he had to go.                        11:23:49

4          Q.   Why did you think he had to go?       11:23:52

5          A.   He was a reputational risk to the     11:23:57

6    bank.                                            11:24:00

7          Q.   Why was it a reputational risk to     11:24:01

8    the bank?                                        11:24:04

9          A.   Any client that would be              11:24:05

10   consistently in the news for any variety of      11:24:10

11   reasons would present reputational risk to       11:24:15

12   the bank.                                        11:24:18

13         Q.   But in this particular instance,      11:24:18

14   what was the reputational risk to the bank?      11:24:20

15         A.   There were allegations and there      11:24:23

16   was a conviction about improper behavior with    11:24:25

17   a minor.                                         11:24:30

18         Q.   And at that time you believed those   11:24:35

19   allegations?                                     11:24:39

20              MR. KRAUSE:  Objection.               11:24:41

21         A.   I had no firsthand knowledge.  I      11:24:45

22   was reading what I read in the paper, and I      11:24:47

23   thought it was disturbing enough that the        11:24:50

24   customer should be re-reviewed for exit          11:24:53

25   determination by JPMorgan.                       11:24:57



Page 92

1              M. Ryan - Confidential

2                                                    11:54:07

3                                                    11:54:09

4                                                    11:54:14

5                                                    11:54:17

6                                                    11:54:19

7                                                    11:54:22

8                                                    11:54:24

9                                                    11:54:26

10                                                   11:54:29

11                                                   11:54:32

12                                                   11:54:33

13                                                   11:54:34

14                                                   11:54:39

15                                                   11:54:42

16                                                   11:54:46

17        Q.    But it is fair to say that at the   11:54:49

18   very least at this rapid response meeting       11:54:51

19   whether or not to keep Jeffrey Epstein as a     11:54:54

20   client was discussed, is that right?           11:54:56

21        A.    That was the intention of the       11:54:59

22   discussion.                                     11:55:01

23        Q.    Do you believe it is proper for a   11:55:02

24   banker to directly ask a client for facts      11:55:06

25   regarding an investigation into whether the    11:55:13



Page 107

```
 1              M. Ryan - Confidential
 2              Do you see that?              12:13:37
 3      A.    I do.                           12:13:37
 4      Q.    Did you find it surprising that the  12:13:38
 5  bank had extended a loan in relation to a      12:13:43
 6  modeling agency that the DOJ appeared to be    12:13:50
 7  investigating in relation to underage sex      12:13:56
 8  trafficking?                                   12:14:02
 9              MR. KRAUSE:  Objection.            12:14:03
10      A.    I needed to know more.  It was the   12:14:04
11  first I was hearing of it, so I wanted to      12:14:07
12  understand more about M2.                      12:14:14
13      Q.    When you said, If girls were         12:14:19
14  exploited via their contract or arrangement    12:14:27
15  it would be hard for us to tell, what did you  12:14:30
16  mean by that?                                  12:14:39
17      A.    If some girl signed on to a          12:14:41
18  modeling agency and was of the belief that     12:14:44
19  she was coming to America to do modeling and   12:14:48
20  that wasn't the case, we would not know        12:14:51
21  whether or not that was true or not.           12:14:55
22      Q.    In 2011, did you believe the         12:14:59
23  allegations regarding the M2 modeling agency?  12:15:02
24              MR. KRAUSE:  Objection.            12:15:05
25      A.    I think I just heard about it.       12:15:06
```



Page 108

```
 1              M. Ryan - Confidential
 2   There was one article and I just heard about      12:15:08
 3   it right there in that meeting that there was     12:15:11
 4   a loan, that's all I knew.                        12:15:13
 5       Q.    Once you learned move about the M2       12:15:15
 6   modeling agency, did you form an opinion          12:15:18
 7   about whether the allegations regarding           12:15:21
 8   underage sex trafficking were true?               12:15:25
 9              MR. KRAUSE:   Objection.                12:15:28
10       A.    Again, there was an article that         12:15:29
11   the DOJ was looking at it, that's all I knew.     12:15:32
12                                                      12:15:37
13                                                      12:15:40
14                                                      12:15:44
15                                                      12:15:52
16                                                      12:15:56
17                                                      12:15:56
18                                                      12:16:00
19                                                      12:16:02
20                                                      12:16:05
21       Q.    So you end this email by saying,         12:16:06
22   Bottom line, we need W to meet with Jes to        12:16:24
23   explain HT and then Jes can decide the next       12:16:27
24   steps.  Typed on my BB, so sorry for typos.      12:16:33
25   I do have a PB rapid response memo I can          12:16:38
```



```
                                            Page 129
  1           M. Ryan - Confidential
  2   know what -- I didn't know what Cutler knew    13:26:08
  3   or didn't know about the bank's HT work.       13:26:10
  4      Q.   I'm just trying to understand why      13:26:16
  5   you think Steve Cutler may feel differently,   13:26:21
  6   ████████████████████████████████████████████  13:26:26
  7   ████████████████████████████████████████████  13:26:30
  8   ████████████████████████████████████████████  13:26:33
  9   ████████████████████████████████████████████  13:26:37
 10           MR. KRAUSE:  Objection.  Asked and     13:26:37
 11       answered.                                  13:26:39
 12      A.   We were trying to get him out on       13:26:39
 13   reputational risk reasons.  Marrying together  13:26:44
 14   the current work that the department was       13:26:49
 15   doing, coupled with his old approval would     13:26:54
 16   have given him a complete picture to           13:26:57
 17   reapprove or relook at whether or not he was   13:27:00
 18   still comfortable.                             13:27:02
 19      Q.   You then write, I circled back with    13:27:04
 20   PB and that was the reason for the RR meeting  13:27:07
 21   on Friday.  Seems -- no, let's stop there.     13:27:12
 22           I will restate that.  You write, I     13:27:19
 23   circled back with PB and that was the reason   13:27:21
 24   for the RR meeting on Friday.                  13:27:23
 25           Do you see that?                       13:27:26
```



Page 133

1          M. Ryan - Confidential

2    that if it were up to them, they would have        13:31:13

3    terminated their relationship with Jeffrey         13:31:16

4    Epstein?                                           13:31:19

5          MR. WOHLGEMUTH:  Objection.                  13:31:19

6      A.   I don't recall anything specific            13:31:21

7    said.                                              13:31:24

8      Q.   You then write, Digging will take a         13:31:35

9    few days, I will get back to you when I am         13:31:38

10   done.  The guy likes cash so the paper trail       13:31:40

11   could be hard.                                     13:31:48

12          Do you see that?                            13:31:50

13     A.   I do.                                        13:31:50

14     Q.   What did you mean when you said,            13:31:50

15   the guy likes cash so the paper trail could        13:31:53

16   be hard?                                           13:31:56

17     A.   As I recall, there were not credit          13:32:01

18   cards activity so I couldn't place people in       13:32:10

19   places at a certain time which is something        13:32:16

20   we might look at credit card data for because      13:32:18

21   paid -- he took out a lot of cash.                 13:32:22

22                                                       13:32:25

23                                                       13:32:29

24                                                       13:32:33

25                                                       13:32:34



Page 134

```
 1            M. Ryan - Confidential
 2                                                    13:32:36
 3                                                    13:32:39
 4                                                    13:32:42
 5                                                    13:32:43
 6                                                    13:32:44
 7                                                    13:32:47
 8                                                    13:32:49
 9                                                    13:32:53
10                                                    13:32:56
11            MR. LAW:  This will be Exhibit 10,      13:33:41
12       Bates number JPM-SDNYLIT-W-00021929.         13:33:43
13            (Ryan Exhibit 10, Email Chain,          13:33:54
14       marked for identification.)                  13:33:54
15            THE WITNESS:  Okay.                      13:34:59
16                                                    13:35:00
17                                                    13:35:03
18                                                    13:35:07
19                                                    13:35:12
20                                                    13:35:13
21                                                    13:35:14
22                                                    13:35:19
23                                                    13:35:27
24                                                    13:35:30
25                                                    13:35:30
```



Page 139

```
 1            M. Ryan - Confidential
 2                                                    13:41:44
 3                                                    13:41:46
 4                                                    13:41:50
 5                                                    13:41:51
 6                                                    13:41:55
 7                                                    13:41:58
 8                                                    13:42:02
 9                                                    13:42:05
10                                                    13:42:10
11                                                    13:42:15
12                                                    13:42:18
13                                                    13:42:21
14                                                    13:42:21
15                                                    13:42:24
16                                                    13:42:27
17                                                    13:42:30
18                                                    13:42:34
19            MR. LAW:  This is Exhibit 11, Bates     13:43:13
20      number JPM-SDNYLIT-00194154.                  13:43:16
21            (Ryan Exhibit 11, Email, marked for     13:43:24
22      identification.)                              13:43:47
23            THE WITNESS:  Okay.                      13:43:47
24      Q.   This is an email from you, Maryanne      13:43:48
25   Ryan, to Phillip DeLuca on November 29, 2011,    13:43:53
```



Page 202

```
 1           M. Ryan - Confidential
 2                                              16:13:17
 3                                              16:13:19
 4                                              16:13:22
 5                                              16:13:26
 6                                              16:13:30
 7                                              16:13:34
 8                                              16:13:37
 9                                              16:13:45
10                                              16:13:48
11                                              16:13:52
12                                              16:13:58
13                                              16:14:01
14                                              16:14:03
15                                              16:14:05
16                                              16:14:10
17                                              16:14:14
18                                              16:14:18
19                                              16:14:23
20                                              16:14:27
21                                              16:14:34
22                                              16:14:40
23                                              16:14:43
24                                              16:14:45
25                                              16:14:48
```



Page 203

          M. Ryan - Confidential

1

2                                                      16:14:51

3                                                      16:14:54

4                                                      16:15:00

5                                                      16:15:05

6                                                      16:15:08

7                                                      16:15:15

8                                                      16:15:23

9                                                      16:15:23

10                                                     16:15:26

11                                                     16:15:30

12                                                     16:15:32

13                                                     16:15:35

14                                                     16:15:39

15                                                     16:15:40

16                                                     16:15:42

17                                                     16:15:45

18                                                     16:15:51

19                                                     16:15:56

20                                                     16:15:59

21                                                     16:16:01

22                                                     16:16:02

23                                                     16:16:05

24                                                     16:16:08

25                                                     16:16:10



Page 208

1        M. Ryan - Confidential

2                                          16:23:14
3                                          16:23:15
4                                          16:23:17
5                                          16:23:22
6                                          16:23:25
7                                          16:23:28
8                                          16:23:30
9                                          16:23:31
10                                         16:23:34
11                                         16:23:39
12                                         16:23:42
13                                         16:23:45
14                                         16:23:47
15                                         16:23:47
16                                         16:23:47
17                                         16:23:56
18                                         16:24:01
19                                         16:24:08
20                                         16:24:11
21                                         16:24:15
22                                         16:24:18
23                                         16:24:23
24                                         16:24:23
25                                         16:24:27



Page 209

M. Ryan - Confidential

1

2                                                              16:24:30

3                                                              16:24:32

4                                                              16:24:34

5                                                              16:24:38

6                                                              16:24:42

7                                                              16:24:45

8                                                              16:24:47

9                                                              16:24:51

10                                                             16:24:54

11                                                             16:24:58

12                                                             16:25:01

13                                                             16:25:04

14                                                             16:25:08

15                                                             16:25:11

16                                                             16:25:15

17                                                             16:25:16

18                                                             16:25:21

19                                                             16:25:27

20                                                             16:25:29

21                                                             16:25:42

22                                                             16:25:46

23                                                             16:25:49

24                                                             16:25:54

25                                                             16:25:59



Page 221

```
 1          M. Ryan - Confidential
 2    to MC2 Models Management LLC.                   16:46:17
 3            Do you see that?                        16:46:23
 4       A.   I do.                                   16:46:23
 5       Q.   Did you find it unusual that the        16:46:24
 6    bank had issued a million dollars letter of     16:46:27
 7    credit to Jeffrey Epstein to backstop a loan    16:46:32
 8    of a model management company that was          16:46:37
 9    publicly alleged to facilitate underage sex     16:46:42
10    trafficking?                                    16:46:48
11            MR. KRAUSE:  Objection.                 16:46:49
12       A.   As a standby letter of credit, it's     16:46:53
13    a backstop.  So we were guaranteeing the        16:46:58
14    million -- or Jeffrey Epstein was               16:47:03
15    guaranteeing the million dollars if something   16:47:04
16    went wrong with the Mellon loan.                16:47:06
17       Q.   The next email up, Paul Morris          16:47:11
18    writes, Jim, FYI, expires in April.  I          16:47:15
19    believe this has been extended for a year       16:47:19
20    each of the last two years.  Let me know if     16:47:22
21    you want to discuss.  Thanks.                   16:47:25
22            Do you see that?                        16:47:26
23       A.   I do.                                   16:47:26
24       Q.   Do you know if that loan was            16:47:27
25    extended in April of 2011?                      16:47:29
```



Page 222

```
 1          M. Ryan - Confidential

 2      A.   I do not know.                    16:47:36

 3      Q.   Would you have been surprised if  16:47:37

 4  the loan was extended in April of 2011 given  16:47:39

 5  the public allegations regarding MC2 Models  16:47:42

 6  Management LLC?                            16:47:47

 7          MR. KRAUSE:  Objection.            16:47:48

 8      A.   There was an article about MC2,   16:47:49

 9  yes.  But MC2 Model Management, LLC, the same  16:47:57

10  entity, or -- I don't know if it's the exact  16:48:04

11  same entity.  But I don't know -- it's a    16:48:07

12  backstop loan that was never called upon.  So  16:48:12

13  I don't know what goes into making a credit  16:48:20

14  decision of pure exit or if there are strings  16:48:22

15  attached to it.                            16:48:26

16      Q.   Would it strike you as unusual for  16:48:27

17  the bank to offer credit to a client to     16:48:29

18  backstop a loan for a company that has       16:48:35

19  publicly been alleged to facilitate underage  16:48:39

20  sex trafficking?                           16:48:42

21          MR. KRAUSE:  Objection.            16:48:44

22      A.   I would hope that in the annual    16:48:45

23  review that fact would have come out and     16:48:53

24  might have stopped them from renewing the    16:48:56

25  loan.                                      16:48:58
```



Page 225

```
 1            M. Ryan - Confidential
 2       Q.   When you say some other interesting    17:09:09
 3  finds but no smoking guns were.                   17:09:13
 4            Do you see that?                         17:09:16
 5       A.   Yes.                                     17:09:16
 6       Q.   What did you mean by, other             17:09:17
 7  interesting finds?                                17:09:23
 8            MR. KRAUSE:  Objection.                 17:09:28
 9       A.   Just other things I noticed that I      17:09:29
10  was including so he could have other facts         17:09:32
11  when he went to speak to Jes.                      17:09:42
12       Q.   What was interesting about these        17:09:44
13  finds?                                             17:09:47
14       A.   I mean he sponsored other customers     17:09:51
15  to the bank, saw different payments, no huge       17:10:08
16  amounts.  I referred to him as a sugar daddy.      17:10:14
17  His foundation began paying donations to the       17:10:19
18  Palm Beach police department down in Florida,      17:10:26
19  around -- as reported, just before the case        17:10:31
20  started; paid other monies to different            17:10:33
21  schools, nothing -- no astronomical payments.      17:10:36
22            And I noticed that his business         17:10:41
23  account, I saw no credits and debits to            17:10:43
24  particular investors of his.  He sent a lot        17:10:48
25  of money to his local Palm Beach bank              17:10:54
```



Page 226

```
 1          M. Ryan - Confidential                17:11:00
 2   account.                                      17:11:00
 3      Q.   So those were the finds, correct?     17:11:00
 4      A.   Correct.                              17:11:05
 5      Q.   What was interesting about those      17:11:05
 6   finds?                                        17:11:08
 7      A.   Just terminology I applied to it.     17:11:10
 8   Nothing -- nothing underhanded about, I just  17:11:14
 9   thought they were things I told William as he 17:11:20
10   prepared for that meeting.                    17:11:22
11   ███   ████████████████████████████████       17:11:23
12   ███████████████████████████  why do you      17:11:26
13   think you needed to tell William about these  17:11:29
14   finds?                                        17:11:33
15          MR. KRAUSE:  Objection.                17:11:35
16      A.   He was meeting with Jes about         17:11:37
17   retaining Epstein as a customer.  So there    17:11:39
18   were different facts that I thought I should  17:11:44
19   pass on to William beforehand.                17:11:46
20      Q.   So for example, if we look at No.     17:11:52
21   2, where you say, His foundation account did  17:11:57
22   pay donations to the Palm Beach police        17:11:59
23   department as reported just before the case   17:12:02
24   started, this same foundation account did pay 17:12:04
25   monies direct to models and payments direct   17:12:08
```



MAGNA ▶
LEGAL SERVICES

Page 227

```
 1          M. Ryan - Confidential

 2   to specialty schools (massage, culinary) and      17:12:11

 3   universities on behalf of models/aspiring         17:12:19

 4   actresses, nothing was astronomical.              17:12:24

 5          Do you see that?                           17:12:29

 6      A.   I do.                                     17:12:29

 7      Q.   Were you aware in 2011 that Jeffrey       17:12:29

 8   Epstein was alleged to commit sexual              17:12:37

 9   misconduct in relation to massages?               17:12:42

10      A.   I don't know when I became aware of       17:12:53

11   certain things.  There has been so much press     17:12:57

12   that -- throughout the years, I can't speak       17:13:00

13   to exact moment that I heard about different      17:13:03

14   allegations.                                      17:13:07

15      Q.   Were you aware in 2011 that Jeffrey       17:13:08

16   Epstein's sexual misconduct often involved        17:13:17

17   models and aspiring actresses?                    17:13:23

18          MR. KRAUSE:  Objection.                    17:13:28

19      A.   I don't -- I don't recall what I          17:13:29

20   read or didn't read about the people he           17:13:35

21   associated to.                                    17:13:38

22                                                     17:13:40

23                                                     17:13:44

24                                                     17:13:47

25                                                     17:13:52
```



Page 228

1            M. Ryan - Confidential

2                                          17:13:55

3                                          17:13:57

4                                          17:14:00

5                                          17:14:03

6                                          17:14:08

7                                          17:14:12

8                                          17:14:16

9                                          17:14:19

10                                         17:14:22

11                                         17:14:28

12                                         17:14:32

13                                         17:14:36

14                                         17:14:39

15                                         17:14:42

16                                         17:14:43

17                                         17:14:44

18                                         17:14:46

19                                         17:14:50

20                                         17:14:53

21                                         17:14:55

22                                         17:14:59

23                                         17:15:01

24                                         17:15:04

25                                         17:15:07



Page 229

```
 1              M. Ryan - Confidential
```

█████████████████████████████████████  17:15:09
█████████████████████████████████████  17:15:10
█████████████████████████████████████  17:15:16
█████████████████████████████████████  17:15:19
█████████████████████████████████████  17:15:23
█████████████████████████████████████  17:15:33
█████████████████████████████████████  17:15:37
█████████████████████████████████████  17:15:41
█████████████████████████████████████  17:15:43
█████████████████████████████████████  17:15:46

```
12      Q.   In the previous find you call      17:15:55
13 Jeffrey Epstein a sugar daddy.               17:15:58
14           Do you see that?                   17:16:03
15      A.   I do.                              17:16:03
16      Q.   What does that mean?               17:16:03
17      A.   Somebody that likes to spend his   17:16:04
18 money on ladies.                             17:16:08
19      Q.   Does the term sugar daddy, in your 17:16:15
20 view, imply financial support in exchange for 17:16:19
21 sexual favors?                               17:16:25
22      A.   No, it does not.                   17:16:26
23      Q.   Did you find it unusual that he    17:16:32
24 spends, quote, a good deal at spa            17:16:36
25 establishments, end quote?                   17:16:39
```



Page 230

```
 1            M. Ryan - Confidential

 2       A.    They spent, he didn't spend.        17:16:50

 3       Q.    Did you find it unusual that they   17:16:59

 4   spent a good deal at spa establishments?      17:17:02

 5       A.    No.                                 17:17:08

 6       Q.    Looking at the beginning of find    17:17:25

 7   No. 1, you say, the opening of DDA accounts   17:17:27

 8   and a CC for two 18-year-olds turned 19 days  17:17:32

 9   later, that appear to be part of his inner    17:17:39

10   entourage.  One is mentioned in many of the   17:17:43

11   recaps of the escapades as a willing          17:17:45

12   participant and assistant when hosting        17:17:48

13   visitors.  She has received about 450,000     17:17:50

14   since opening from Epstein.                   17:17:53

15            Do you see that?                     17:17:56

16       A.    I do.                               17:17:56

17       Q.    Did you find it unusual that a man  17:17:57

18   over 50 years old was opening accounts for    17:18:02

19   18-year-old women who were not his relatives? 17:18:09

20       A.    If they were significant other to   17:18:18

21   him, no, I would not have found that unusual. 17:18:21

22       Q.    Did you find it unusual that a      17:18:25

23   willing participant of the escapades was paid 17:18:30

24   450,000 from Epstein?                         17:18:37

25       A.    I'm not sure which article this is  17:18:46
```



Page 231

1             M. Ryan - Confidential

2    referring to.  The way -- the way I phrased      17:18:51

3    it, if we are referring to that person          17:18:54

4    earlier that I looked at, that was in another    17:18:57

5    email, if -- I thought she was his              17:19:01

6    significant other and she was routinely         17:19:09

7    gifted money from Epstein and had her own       17:19:11

8    account with her own credit card, which had     17:19:15

9    no strings; meaning he didn't control it.       17:19:17

10   She came and went with the banker however she   17:19:20

11   would see fit, that did not appear that         17:19:22

12   unusual to me.                                  17:19:26

13        Q.   If you learned that she was not his   17:19:27

14   significant other, would it have appeared       17:19:29

15   unusual to you?                                 17:19:33

16        A.   I would have found it very unusual    17:19:33

17   that he would have sponsored somebody for the   17:19:36

18   private bank to independently operate if --     17:19:38

19   that would not fit a fact pattern of somebody   17:19:46

20   that was controlling somebody to me.            17:19:50

21        Q.   Are you aware of anyone at the bank   17:19:52

22   asking Jeffrey Epstein whether these women      17:19:56

23   were his significant others?                    17:20:00

24        A.   I am not aware of what led to the     17:20:04

25   opening of these accounts.                      17:20:08



Page 278

```
 1              M. Ryan - Confidential
 2                                              18:23:07
 3                                              18:23:09
 4                                              18:23:12
 5                                              18:23:16
 6                                              18:23:20
 7                                              18:23:20
 8                                              18:23:23
 9                                              18:23:27
10                                              18:23:29
11                                              18:23:34
12                                              18:23:36
13                                              18:23:47
14                                              18:23:57
15                                              18:23:59
16                                              18:24:04
17                                              18:24:06
18       Q.   So I do want to ask you a little  18:24:08
19   about Mr. DeLuca's statement.              18:24:10
20            As you just testified, he responds 18:24:12
21   to your email about the large cash         18:24:15
22   withdrawals not stopping, and he said      18:24:17
23   shouldn't the business have been telling us 18:24:20
24   this, correct?                             18:24:22
25       A.   That's what he wrote.             18:24:23
```

