# EXHIBIT 104

| | |
|---|---|
| **From:** | Dalessio, James [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JAMES.DALESSIO] |
| **Sent:** | 1/3/2011 8:44:28 PM |
| **To:** | Morris, Paul V [paul.v.morris@jpmorgan.com] |
| **CC:** | Casey, Mary C [mary.c.casey@jpmorgan.com]; Perry, Bonnie K [bonnie.k.perry@jpmorgan.com]; McCleerey, Kevin [kevin.mccleerey@jpmorgan.com] |
| **Subject:** | Rapid Response meeting this Thursday |
| **Attachments:** | Rapid Response Team - Jeffrey Espstein 3r Mtg - Jan 2010-doc.zip |

Hi Paul,
See attached draft document for the Rapid Response meeting this Thursday

We were asked by the firms AML Compliance Director, William Langford, to re-evaluate our sponsorship of Epstein and request re-approval from Steve Cutler if we wanted to retain.

Pls call me if you would like to discuss.

Thanks
Jim



Private Bank Risk Management
270 Park Ave., 18th Floor
New York, NY 10017
Phone (212) 464-1197, Fax (917) 463-0156