# EXHIBIT 107

| | |
|---|---|
| **From**: | Viani, Lisa X [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LISA.VIANI] |
| **Sent**: | 1/13/2011 4:26:12 PM |
| **To**: | Casey, Mary C [mary.c.casey@jpmorgan.com]; Morris, Paul V [paul.v.morris@jpmorgan.com] |

| | |
|---|---|
| **Subject**: | William Langford, Jes Staley & Catherine Keating RE: Jeffrey Epstein |
| **Location**: | Dial-in: 866-446-5908 / Participant passcode: 51690015 |

| | |
|---|---|
| **Start**: | 1/14/2011 2:30:00 PM |
| **End**: | 1/14/2011 2:45:00 PM |
| **Show Time As**: | Tentative |

| | |
|---|---|
| **Required Attendees**: | Langford, William D; Staley, Jes; Casey, Mary C; Morris, Paul V |
| **Optional Attendees**: | Cutler, Stephen M |

When: Friday, January 14, 2011 9:30 AM-9:45 AM (GMT-05:00) Eastern Time (US & Canada).
Where: Dial-in:   866-446-5908 /   Participant passcode:   51690015

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*~*

Mary Casey and Paul Morris will join the call in Catherine's office.

Confidential