# EXHIBIT 116
# FILED UNDER SEAL

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                              Case No.
   -against-                  1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
          Defendants.
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS,
          Plaintiff
          Vs.
JPMORGAN CHASE BANK, N.A.
------------------------------------------x
```

            C O N F I D E N T I A L
            Videotaped oral deposition of
      FRANCIS PEARN taken pursuant to notice,
      was held at BOIES SCHILLER FLEXNER LLP,
      commencing May 30, 2023, 9:34 a.m., on
      the above date, before Leslie Fagin, a
      Court Reporter and Notary Public in the
      State of New York.


              MAGNA LEGAL SERVICES
                (866) 624-6221



Page 105

```
 1      F Pearn - Attorneys' Eyes Only
 2                                                            11:42:39
 3                                                            11:42:41
 4                                                            11:42:41
 5                                                            11:42:44
 6                                                            11:42:47
 7                                                            11:42:48
 8                                                            11:42:51
 9                                                            11:42:58
10                                                            11:43:02
11                                                            11:43:11
12                                                            11:43:15
13                                                            11:43:19
14                                                            11:43:22
15                                                            11:43:26
16                                                            11:43:31
17                                                            11:43:34
18                                                            11:43:36
19                                                            11:43:40
20                                                            11:43:47
21                                                            11:43:51
22                                                            11:43:55
23                                                            11:43:56
24                                                            11:43:58
25                                                            11:43:59
```



```
 1         F Pearn - Attorneys' Eyes Only
 2                                                    11:44:04
 3                                                    11:44:04
 4                                                    11:44:06
 5                                                    11:44:07
 6                                                    11:44:10
 7                                                    11:44:13
 8                                                    11:44:17
 9                                                    11:44:24
10                                                    11:44:29
11                                                    11:44:33
12                                                    11:44:33
13                                                    11:44:36
14                                                    11:44:37
15                                                    11:44:37
16                                                    11:44:41
17                                                    11:44:47
18                                                    11:44:50
19                                                    11:44:55
20                                                    11:45:03
21                                                    11:45:04
22                                                    11:45:06
23                                                    11:45:09
24                                                    11:45:11
25                                                    11:45:16
```



```
                                                           Page 107
 1          F Pearn - Attorneys' Eyes Only
 2                                                         11:45:18
 3                                                         11:45:22
 4                                                         11:45:26
 5                                                         11:45:30
 6                                                         11:45:32
 7                                                         11:45:33
 8                                                         11:45:34
 9                                                         11:45:36
10                                                         11:45:38
11                                                         11:45:38
12                                                         11:45:40
13                                                         11:45:40
14         Q.   What is the compliance purpose of          11:45:41
15   informing a client how to avoid being flagged         11:45:45
16   for structuring, if it doesn't stop the               11:45:48
17   underlying cash withdrawals?                          11:45:51
18            MR. BUTTS:  Objection.                       11:45:52
19            You may answer as a 30(b)(1)                 11:45:54
20      witness, if you can.                               11:45:55
21         A.   Sure.  We would -- there was no            11:45:58
22   reason to prevent individuals or corporations         11:46:02
23   from transacting in cash.  Doing it to avoid          11:46:05
24   CTR reporting requirements is the problem,            11:46:11
25   and we make customers aware of their                  11:46:15
```



```
                                                    Page 164
 1                  F Pearn
 2   that year or the year prior?                   13:32:57
 3            MR. BUTTS:  Objection,                13:32:59
 4       argumentative, harassing,                  13:33:00
 5       mischaracterizes the testimony, wasting    13:32:59
 6       time.                                      13:33:02
 7       A.   I don't know how a banker in 2009     13:33:02
 8   would discuss his or her bonus, not my         13:33:05
 9   responsibility then nor now.                   13:33:14
10       Q.   Did Jeffrey Epstein receive a fee     13:33:15
11   for facilitating JPMorgan's acquisition of     13:33:17
12   Highbridge?                                    13:33:20
13            MR. BUTTS:  Objection.                13:33:21
14            From whom?                            13:33:25
15       Q.   Receive a fee from JPMorgan?          13:33:39
16       A.   Not from JPMorgan.                    13:33:44
17       Q.   What is your understanding of who     13:33:46
18   Jeffrey Epstein received a fee for?            13:33:48
19       A.   I understand he received a fee from   13:33:49
20   Highbridge.                                    13:33:51
21       Q.   In what amount?                       13:33:52
22       A.   I do not know the amount.             13:33:53
23       Q.   Do you have an estimate of what the   13:33:55
24   amount was?                                    13:33:58
25       A.   I do not.                             13:33:58
```


MAGNA LEGAL SERVICES

```
                                                        Page 182
 1                    F Pearn
 2   customer?                                          14:00:22
 3       A.   Sorry, what do you mean and that          14:00:26
 4   customer?                                          14:00:29
 5       Q.   Did Epstein have a role in                14:00:29
 6   introducing JPMorgan to Leon Black or              14:00:31
 7   expanding his accounts at JPMorgan?                14:00:34
 8            MR. BUTTS:   Object to form.              14:00:37
 9            You may answer.                           14:00:38
10       A.   As the founder and one of the             14:00:39
11   senior leaders at Apollo Global Management,        14:00:44
12   the bank had a long established relationship       14:00:47
13   with Apollo and with Mr. Black.                    14:00:50
14            My understanding is that Leon Black      14:00:57
15   was one of Mr. Epstein's clients as a money        14:01:01
16   manager.   And as far as I've been able to         14:01:05
17   determine, we don't see any -- or I don't see      14:01:12
18   any introduction of Leon Black as a private        14:01:16
19   bank client through Mr. Epstein.                   14:01:21
20       Q.   What about Bill Gates, what's your        14:01:23
21   understanding of the relationship between          14:01:26
22   Jeffrey Epstein and Bill Gates and did he          14:01:29
23   facilitate either the creation of accounts         14:01:32
24   with JPMorgan or an expansion of his business      14:01:36
25   with JPMorgan?                                     14:01:38
```

