# EXHIBIT 118

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of<br><br>JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK,<br><br><br>    Defendant. | Case No. 1:22-cv-10018 (JSR) |

## DECLARATION OF LAWRENCE P. VISOSKI JR.

I, Lawrence P. Visoski, Jr., declare as follows:

1. I am Lawrence P. Visoski, Jr., a non-party in the above-captioned matter.

2. I was employed as a pilot for Jeffrey Epstein ("Epstein") from July 1991 through August 2019.

3. I recall that, in approximately 2002 or 2003, when I first started flying that Epstein's Boeing 727, we used cash to pay for jet fuel.

4. Specifically, it is my recollection that, during this time period, the fuel refinery at the John F. Kennedy International Airport ("JFK") offered a significant discount if cash was used to purchase fuel because they were not set up to accept credit card payment. Accordingly, we used cash to purchase fuel on approximately six to ten occasions during the 2002-2003-time frame. Once the fuel price increased and there was less of a discount compared to what other fuel suppliers which accepted credit cards offered, we ceased using cash to purchase jet fuel.

5. On these occasions, I recall picking up the cash from Epstein's office prior to the flight and the manager from the fuel company would collect the money on board the plane. It is my recollection that all these transactions were documented.

NYACTIVE-22730321.1

6.  I do not recall paying for any jet fuel with cash after approximately 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this  26th  day of May, 2023.

_____
Lawrence P. Visoski, Jr.

NYACTIVE-22730321.1