# EXHIBIT 119
# FILED UNDER SEAL

Confidential - Attorneys' Eyes Only

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   _____
                                 |
 4   GOVERNMENT OF THE UNITED     |
     STATES VIRGIN ISLANDS,       |
 5                                |
             Plaintiff,           |
 6                                |
         vs.                      | Case No.
 7                                | 1:22-cv-10904-JSR
     JPMORGAN CHASE BANK, N.A.,   |
 8                                |
             Defendant.           |
 9   _____ |
                                  |
10   JPMORGAN CHASE BANK, N.A.,   |
                                  |
11           Third-Party          |
             Plaintiff,           |
12                                |
         vs.                      |
13                                |
     JAMES EDWARD STALEY,         |
14                                |
             Third-Party          |
15           Defendant.           |
     _____|
16
17              Wednesday, April 19, 2023
18         CONFIDENTIAL - ATTORNEYS' EYES ONLY
19
             Videotaped deposition of Phillip DeLuca, held
20   at the offices of Ulmer & Berne, 65 East State Street,
     Columbus, Ohio, commencing at 9:06 a.m., on the above
21   date, before Carol A. Kirk, Registered Merit Reporter,
     Certified Shorthand Reporter, and Notary Public.
22
23              GOLKOW LITIGATION SERVICES
                     877.370.DEPS
24                 deps@golkow.com
```

 1   Jeffrey Epstein from the bank?

 2            MR. KRAUSE:  Objection.

 3            You can answer.

 4       A.   Do I understand -- can you repeat
 5   that, please?

 6       Q.   Do you know the basis for AML
 7   Investigations' recommendation to exit
 8   Mr. Epstein from the bank?

 9       A.   I believe it was reputational
10   risk.

11       Q.   Reputational risk based on what?

12       A.   Based on a prior conviction.

13       Q.   A prior conviction for what?

14       A.   Some type of sexual activity.

15       Q.   Do you know when relative to
16   Mr. Epstein's conviction the recommendation to
17   exit him from the bank was made?

18       A.   No, I don't.

19       Q.   Do you recall whether AML
20   Investigations recommended more than once that
21   Mr. Epstein be exited from the bank?

22       A.   I don't recall.

23       Q.   Did you speak with Mr. Langford
24   about the disagreement between Private Bank and

Confidential - Attorneys' Eyes Only



Confidential - Attorneys' Eyes Only

```
 1   ███████████████████████████████████
 2      █   █████████████████████████████
 3      █   █████████████████
 4      █   █████
 5      █   █████
 6      █   █████████████████████████████
 7      █   █████
 8      █   █████████████████████████████
 9   ████████████████████████████████
10   ██████████████████████████
11      █   ████████████
12      █   ██████████████████████
13   █████████████████████████████████
14   █████████████████████████████████
15   ██████████████
16            ████████   █████████
17      █   ██████████████████████
18            █████████   ███████████
19            ████████   ████
20   BY MS. OLIVER:
21      █   █████   █████████████████████
22   ████████████████████████████
23   ██████████████████
24            ████████████████
```

```
 1          Q.    What did he say in response?
 2          A.    "I'll get back to you."
 3          Q.    Do you recall anything else?
 4          A.    Pardon?
 5          Q.    Do you recall anything else about
 6    the call?
 7          A.    No.
 8          Q.    How was it left?
 9          A.    That he would get back to me.
10          Q.    So did you ever hear back from
11    Mr. Moyer?
12          A.    About that?  No.
13          Q.    Did you ever hear back from anyone
14    else at the FBI, whether an investigator, an
15    agent, or otherwise?
16          A.    No.
17          Q.    Given your consistent dealings
18    with law enforcement, how did you interpret the
19    fact that the FBI never got back to you about
20    Epstein?
21          A.    That they weren't interested.
22          Q.    Okay.  One more topic, and then
23    we'll be done.
24                ██████████████████
```

```
 1   ██████████████████████████████████
 2   ██████████████████████████████████
 3   ███████████████
 4        ██    ███
 5        ██    ██████  ██
 6        ██    ██████████████████████
 7   █████
 8        ██    ██████████████████████
 9   ██████████████████████████████████
10   ██████████████████████████████████
11   ██████████████████████
12        ██    ████████████████
13        ██    ██████████████████████
14   ██████████████████████████████████
15   ██████████████████████████████████
16   ██████████████████████
17        ██    ████
```

18           Q.    Did anyone from JPMorgan's

19   Private Bank ever at any time try to dissuade

20   you personally from doing anything at all in

21   connection with Jeffrey Epstein?

22           A.    No.

23           Q.    Are you aware of any instance

24   where anyone from any of JPMorgan's businesses

```
 1   tried to dissuade you or any of your colleagues

 2   from doing anything at all relating to

 3   Jeffrey Epstein?

 4          A.    I'm not aware of any of them.

 5          █          ████████████████████████

 6   ██████████████████████████████████████████

 7   ██████████████████████████████████████████

 8   ██████████████████████████████████████

 9   ██████████████████████████████████████████

10   ██████

11          █          █████████████████

12          █          ██████████████████████████

13   ██████████████████████████

14          █          ███████████████████████

15          Q.    You did or did not develop a good

16   understanding of Maryanne Ryan's temperament and

17   skills from your time working with her?

18          A.    Yes.

19          Q.    How skilled was Maryanne as an

20   investigator?

21          A.    Maryanne was extremely skilled.

22          Q.    You did or did not develop a good

23   understanding of Maryanne Ryan's temperament

24   from your time working with her?
```