# EXHIBIT 121
# FILED UNDER SEAL

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                              Case No.
    -against-                 1:22-cv-10018-JSR
DEUTSCHE BANK AKTEINGESELLSCHAFT, et al.,
          Defendants.
- - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,

          Plaintiff,
                              Civil Action No.
    -against-                 1:22-cv-10019-JSR

JP MORGAN CHASE BANK, N.A.

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - x
          C O N F I D E N T I A L
          Videotaped oral deposition of PAUL
    MORRIS, taken pursuant to subpoena, was
    held REMOTELY, commencing April 18,
    2023, 9:00 a.m., on the above date,
    before Leslie Fagin, a Court Reporter
    and Notary Public in the State of New
    York.
              MAGNA LEGAL SERVICES
                (866) 624-6221
```



```
                                                        Page 337
 1           P. Morris - Confidential
 2   and questions about that.  And I recall our        19:14:44
 3   CEO spoke to Epstein and, you know, got            19:14:52
 4   answers on that.                                   19:14:58
 5       Q.   Do you remember what Jeffrey              19:15:00
 6   Epstein's answers were for the cash                19:15:01
 7   withdrawals in 2012 from Hyperion Air?             19:15:05
 8       A.   I believe they were for -- his            19:15:11
 9   answer was they were for fuel.                     19:15:16
10       Q.   Did you ever attempt to determine         19:15:18
11   whether the cash was actually used for the         19:15:22
12   payment of fuel?                                   19:15:31
13           MR. BOUCHOUX:  Objection to form.          19:15:36
14       A.   I did not.                                19:15:38
15       Q.   Did it ever concern you that              19:15:41
16   perhaps the cash was being withdrawn for the       19:15:47
17   payment related to sexual abuse or sex             19:15:51
18   trafficking?                                       19:15:55
19           MR. BOUCHOUX:  Objection to form.          19:15:56
20       A.   It never occurred to me that that's       19:16:00
21   what was happening.                                19:16:02
22       Q.   To your knowledge, did anyone             19:16:05
23   around you at JP Morgan ever indicate that         19:16:07
24   they suspected that the cash withdrawals were      19:16:11
25   being used or could be used for sexual abuse       19:16:17
```



```
                                                          Page 338
 1            P. Morris - Confidential
 2    or sex trafficking?                                 19:16:20
 3            MR. BOUCHOUX:  Objection to form.           19:16:23
 4       A.   Absolutely not, never heard that.           19:16:25
 5       Q.   Same question at Deutsche Bank, did         19:16:28
 6    anyone around you ever suggest that the cash        19:16:34
 7    withdrawal activity from Jeffrey Epstein's          19:16:39
 8    accounts was potentially being used by him to       19:16:42
 9    sexually abuse or sex traffic?                      19:16:48
10       A.   Absolutely not, I never heard that.         19:16:52
11       Q.   Do you recall from time to time at          19:17:01
12    JP Morgan being sent negative news articles         19:17:04
13    about Jeffrey Epstein connected to human            19:17:07
14    trafficking?                                        19:17:09
15            MS. BEBCHICK:  Objection.                   19:17:12
16       A.   I recall getting the negative news          19:17:15
17    stories from time to time, but I don't recall       19:17:20
18    them being about trafficking.                       19:17:24
19       Q.   Did you ever speak with Steven              19:17:47
20    Cutler about Jeffrey Epstein?                       19:17:51
21       A.   No, never spoke to him.                     19:17:52
22       Q.   Did you ever attend any rapid               19:18:02
23    response meeting that was called as a               19:18:06
24    consequence of any negative news articles           19:18:08
25    related to Jeffrey Epstein?                         19:18:12
```

