# EXHIBIT 129
# FILED UNDER SEAL

Confidential Pursuant to Protective Order

```
 1                 UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
 2

    GOVERNMENT OF THE UNITED     )
 3  STATES VIRGIN ISLANDS        )
                                 )
 4         Plaintiff,            )
                                 )
 5  vs.                          ) 1:22-cv-10904-JSR
                                 )
 6  JPMORGAN CHASE BANK, N.A.,   )
                                 )
 7         Defendant/Third-      )
           Party Plaintiff.      )
 8  _____    )
    JPMORGAN CHASE BANK, N.A.    )
 9                               )
           Third-Party           )
10         Plaintiff,            )
                                 )
11  vs.                          )
                                 )
12  JAMES EDWARD STALEY,         )
                                 )
13         Third-Party           )
           Defendant.            )
14
15              SUNDAY, JUNE 11, 2023
16    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
17                    - - -
18            Videotaped deposition of James E.
      Staley, Volume II, held at the offices of
19    Boies Schiller Flexner, LLC, 55 Hudson Yards,
      New York, New York, commencing at 9:07 a.m.
20    Eastern, on the above date, before Carrie A.
      Campbell, Registered Diplomate Reporter and
21    Certified Realtime Reporter.
22
23                    - - -
24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

Confidential Pursuant to Protective Order

```
 1        A.    No.
 2        Q.    Did you ever see Epstein --
 3   strike that.
 4              Did you ever observe Epstein
 5   lie to another person?
 6        A.    No.
 7        Q.    He was always truthful as far
 8   as you know?
 9        A.    Well, as I've said before, I
10   think when he pled guilty that -- he
11   obviously admitted to something that he
12   denied earlier.  So --
13        Q.    Lied to you personally, face to
14   face?
15        A.    Yeah.
16        Q.    Any other instances where you
17   observed Epstein not telling the truth?
18        A.    I don't recall.
19        Q.    Did you ever observe anything
20   that caused you to question whether Epstein
21   was engaged in sex trafficking?
22        A.    No.
23        Q.    Have you been interviewed by
24   █████████████████████████████████████████
     █████████████████████████████████████?
```