# EXHIBIT 135



Confidential

JPM-SDNYLIT-00006792