# EXHIBIT 136

| | |
|---|---|
| **From:** | Jeffrey Epstein <jeevacation@gmail.com> |
| **To:** | Jes Staley <jes.staley@jpmorgan.com> |
| **Sent:** | 6/16/2010 9:57:56 PM |
| **Subject:** | Re: |

ok

On Wed, Jun 16, 2010 at 4:54 PM, Jes Staley <jes.staley@jpmorgan.com> wrote:
I'm w A

---

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley
**Sent:** Wed Jun 16 16:34:02 2010
**Subject:** Re:

call me

On Wed, Jun 16, 2010 at 4:32 PM, Jes Staley <jes.staley@jpmorgan.com> wrote:
Is she free tonight?
This email is confidential and subject to important disclaimers and
conditions including on offers for the purchase or sale of
securities, accuracy and completeness of information, viruses,
confidentiality, legal privilege, and legal entity disclaimers,
available at http://www.jpmorgan.com/pages/disclosures/email.


--
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.
This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.


--
*************************************************************

Confidential

JPM-SDNYLIT-00008342

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

Confidential

JPM-SDNYLIT-00008343