# EXHIBIT 139

**From:**     Staley, Jes <jes.staley@jpmorgan.com>
**To:**       'jeffrey epstein' <jeevacation@gmail.com>
**Sent:**     3/3/2011 10:41:54 PM
**Subject:**  RE:

family

-----Original Message-----
From: jeffrey epstein [mailto:jeevacation@gmail.com]
Sent: Thursday, March 03, 2011 5:06 PM
To: Staley, Jes
Subject:

Told you ----family

Sorry for all the typos .Sent from my iPhone

Confidential               JPM-SDNYLIT-00013402