# EXHIBIT 140
# FILED UNDER SEAL

| | |
|---|---|
| From: | Jeffrey Epstein <jeevacation@gmail.com> |
| To: | Staley, Jes <jes.staley@jpmorgan.com> |
| Sent: | 3/5/2011 12:01:25 PM |
| Subject: | Re: |

family

On Fri, Mar 4, 2011 at 9:11 PM, Staley, Jes <jes.staley@jpmorgan.com> wrote:
▇ and I were talking tonight about what you have meant to me and to ▇

You have paid a price for what has been accused

But we know what u have done for us. And we count you as one of our deepest friends. And most honest of people.

Thanks
Jes

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.


--
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved