# EXHIBIT 145
# FILED UNDER SEAL

**From:** Jes Staley </O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JES.STALEY>
**To:**
**Sent:** 10/24/2009 4:11:25 PM
**Subject:** Fw: Fw:

Here is jeffery's comment

---

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley
**Sent:** Sat Oct 24 05:41:25 2009
**Subject:** Re: Fw:

at a minimum i would move the last paragraph" i will begin my contirbution to physics" to the top of the page

On Fri, Oct 23, 2009 at 10:12 PM, Jes Staley <jes.staley@jpmorgan.com> wrote:
Please read.

----- Original Message -----
From:
To: Jes Staley;                <                     >
Sent: Fri Oct 23 21:37:55 2009
Subject:

here is the first draft of the essay i am writing to the scholarship...i think you will like it
This email is confidential and subject to important disclaimers and
conditions including on offers for the purchase or sale of
securities, accuracy and completeness of information, viruses,
confidentiality, legal privilege, and legal entity disclaimers,
available at http://www.jpmorgan.com/pages/disclosures/email.


--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.

Confidential                                                                                       JPM-SDNYLIT-00006553