# EXHIBIT 149

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Staley, Jes <jes.staley@jpmorgan.com> |
| **To:** | 'jeevacation@gmail.com' <jeevacation@gmail.com> |
| **Sent:** | 1/19/2011 3:00:30 AM |
| **Subject:** | Fw: Cookie Checking In... |

:)

---

**From:** ████████████
**To:** Staley, Jes
**Sent**: Tue Jan 18 21:51:59 2011
**Subject:** Fw: Cookie Checking In...

Huh?

---

**From:** Cookie Neil
**Date:** Tue, 18 Jan 2011 20:33:13 -0500
**To:**
**Subject:** Cookie Checking In...

Hi 

Spoke with Jim today and he mentioned that the the GRE score is what it is - not to worry - the score does not seem to be a problem according to my sources...

What's going on with your applications?  Have you heard back from anyone?  Any thoughts or is Columbia still high on your list?

Look forward to hearing from you!

Best,

Cookie


**Cookie Neil | Director for Science Development | Columbia University**
**Columbia Alumni Center | 622 West 113th Street, New York, NY 10025**
**T:** █████████ **| M:** █████████   █████████

Confidential