# EXHIBIT 151

| | |
|---|---|
| **From:** | jes.staley@jpmorgan.com |
| **To:** | Jeffery Epstein <jeevacation@gmail.com> |
| **CC:** | rosa.m.dasilva@jpmorgan.com <rosa.m.dasilva@jpmorgan.com> |
| **Sent:** | 12/31/2008 6:37:38 PM |
| **Subject:** | Re: |

I may try next week. Rosa, is there a day that works?

----- Original Message -----
**From:** "Jeffrey Epstein" [jeevacation@gmail.com]
**Sent:** 12/31/2008 01:14 PM EST
**To:** Jes Staley
**Subject:** Re:

better
but try to come soon

On Wed, Dec 31, 2008 at 11:04 AM, <jes.staley@jpmorgan.com> wrote:

I think I will head back. If something changes, let me know. Otherwise I've asked Rosa to make a date free in early January for me to visit the Palm Beach office and spend some time with you.

I will call later.

Jes

----- Original Message -----
**From:** "Jeffrey Epstein" [jeevacation@gmail.com]
**Sent:** 12/30/2008 07:24 PM EST
**To:** Jes Staley

sunday will not work for me ., everyone is gone except the housekeepers, you are more than welcome to use the house . you will be well looked after. the chef from paris is there

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s). All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to

http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.

Confidential

JPM-SDNYLIT-00004662