# EXHIBIT 154

| | |
|---|---|
| **From:** | Jes Staley <jes.staley@jpmorgan.com> |
| **To:** | 'jeevacation@gmail.com' <jeevacation@gmail.com> |
| **Sent:** | 11/1/2009 1:37:54 PM |
| **Subject:** | |

So when all hell breaks lose, and the world is crumbling, I will come here, and be at peace.

Presently, I'm in the hot tub with a glass of white wine.

This is an amazing place. Truly amazing.

Next time, we're here together.

I owe you much. And I deeply appreciate our friendship. I have few so profound.

Best
Jes

Confidential
JPM-SDNYLIT-00006592