# EXHIBIT 160
# FILED UNDER SEAL

**From:** Jes Staley <jes.staley@jpmorgan.com>
**To:** 'jeevacation@gmail.com' <jeevacation@gmail.com>
**Sent:** 11/29/2009 7:27:54 PM
**Subject:** Fw:

Please use with discretion.

----- Original Message -----
From: Brian Sankey
To: Jes Staley
Cc: Hani X Deaibes
Sent: Sat Nov 28 05:58:04 2009
Subject:

Jes - re your question. Spoke with Hani this morning.

Key player in discussions is Marwan Abedin, Dubai Dept of Finance and Head of the Dubai Financial Support Fund. Marwan reports into the Supreme Fiscal Committee.

Also engaged but less involved has been Abdul Aziz Al-Muhairi, M.D. of Investment Corp. of Dubai and member of the SFC.

Separately (and privately) Hani is in contact with Hamad al Hurr, Under Secretary at the Abu Dhabi Dept. of Finance who reports directly to the Crown Prince, Shaikh Mohammed. If you want a flavour of the discussions with al Hurr probably best Hani call you at some point.

Hani - feel free to add if you wish.

Regards - Brian

Brian Sankey - from my Blackberry
(Tel: ▮▮▮▮▮

Confidential

JPM-SDNYLIT-00006704