# EXHIBIT 168

**From:** Schwartz, Jonathan [jonathan.schwartz@jpmchase.com]
**Sent:** 3/7/2011 9:00:07 PM
**To:** Cutler, Stephen M [stephen.m.cutler@jpmorgan.com]
**CC:** Langford, William D [william.d.langford@jpmchase.com]; Kolat, Gem [gem.kolat@jpmchase.com]
**Subject:** RE: Did you go back to Jes re:

```
    Privileged

    Gem is working on sending news links to you and William.   In the meantime, I got the name of Jay
    Lefkowitz at Kirkland from Jes' office.   I haven't talked to him in years but we used to see each other
    now and then thru mutual friends in the 90s.   I can call him.   Another possible call is to Willy
    Ferrer, the US Attorney in SD Florida.   Used to be one of Reno's special assistants and very nice
    person.   Not sure he would tell me anything but could try.


    -----Original Message-----
    From:  Cutler, Stephen M
    Sent:  Monday, March 07, 2011 10:17 AM Eastern Standard Time
    To:    Schwartz, Jonathan
    Subject:      Re: Did you go back to Jes re:

    Could you send me articles?

    ----- Original Message -----
    From: Schwartz, Jonathan
    To: Cutler, Stephen M
    Cc: Langford, William D
    Sent: Mon Mar 07 07:58:56 2011
    Subject: Re: Did you go back to Jes re:

    Yes and didn't get anything back from him, so I just called him again.  He said he'll call Epstein and
    get me a live name and number for a current lawyer.  The recent headlines (re FBI reopening its
    investigation in Daily Mail and NY Post over the weekend, and guilt-by-being-friends stories about Prince
    Andrew and former President Clinton) aint great.  Cc'ing William.

    ----- Original Message -----
    From: Cutler, Stephen M
    To: Schwartz, Jonathan
    Sent: Mon Mar 07 04:33:05 2011
    Subject: Did you go back to Jes re:

    Ken Starr's best friend?
```

Confidential