# EXHIBIT 171
# FILED UNDER SEAL

From: DeLuca, Phillip A [phillip.a.deluca@jpmchase.com]
Sent: 6/20/2013 12:05:02 AM
To: Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com]
Subject: RE: Please read and respond

Ok please leverage a and d

Also PJ wants to know the names of his other banks

-----Original Message-----
**From:** Ryan, Maryanne X
**Sent:** Wednesday, June 19, 2013 05:12 PM Eastern Standard Time
**To:** DeLuca, Phillip A
**Subject:** Re: Please read and respond

Security blanket but I have been unable to get to the underlying data of what fired in the SB.

**From:** DeLuca, Phillip A
**Sent:** Wednesday, June 19, 2013 03:57 PM
**To:** Ryan, Maryanne X
**Subject:** RE: Please read and respond

Not which account alerted but the reason for alerts.

**From:** Ryan, Maryanne X
**Sent:** Wednesday, June 19, 2013 2:15 PM
**To:** DeLuca, Phillip A
**Subject:** Re: Please read and respond

Account was ▇▇▇0663 and Starr was a former prosecutor he hired as part of his high power legal team. Other guy was part of OJ's dream team.

**From:** DeLuca, Phillip A
**Sent:** Wednesday, June 19, 2013 01:17 PM
**To:** Ryan, Maryanne X
**Subject:** Please read and respond

Does this feel ok for a lead in email?

Cindy,

Confidential
JPM-SDNYLIT-W-00021957

Per our conversation I have attached a document that details components of a PB relationship which was previously escalated to the PB Reputational risk committee, the nature of the relationship and several excerpts connected to the client reported in the media.

In summary, approximately 5 years ago (July 2008) - PB Risk referred Jeffrey Epstein to AML Investigations ███████████████

███ Similarly, ████████████████████████████████ an open source review of media reports yielded several negative media articles alleging connections between Jeffrey Epstein and the prostitution/underage sex trade. ████████████████████████████████

████████████ Discussions were held between AML Investigations and PB Risk who reconfirmed they have documented his negative background in the DDR, marked him high risk requiring annual DDR and received approval from Steve Cutler per policy on convicted felons.

In October 2010 - AML escalated news stories indicating renewed law enforcement interest in Epstein and requested a Rapid Response Call. Call was held in January 2011. No change to relationship, however it was agreed that Catherine Keating and William Langford explain to Jes Staley how the existence of the Epstein relationship could undermine the Human Trafficking Project currently underway within AML investigations.

The January 2011 with Keating, Langford and Staley was held at which time Staley referred the others to speak with Ken Starr (Who is he) who was hired by Epstein. William advised that call was made and was uneventful.

Langford mentioned that he briefed Steve Cutler on the potential press and optics related to maintaining the Epstein relationship while at the same time spearheading the Human Trafficking effort within AML. No change in retention.

Confidential

JPM-SDNYLIT-W-00021958