# EXHIBIT 175

# FILED UNDER SEAL

**From:** Riley, David M [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=U040757]
**Sent:** 7/9/2019 7:14:44 PM
**To:** Neilson, Peter J [peter.j.neilson@jpmchase.com]; Girard, Lauren R [lauren.r.girard@jpmorgan.com]; Delaney, Joan C [joan.c.delaney@jpmorgan.com]
**CC:** Kaufman, Rachel [rachel.kaufman@jpmorgan.com]; Yalav, Tamer [tamer.yalav@jpmorgan.com]
**Subject:** RE: Epstein
**Attachments:** Epstein AML Activity thru July 8th.xlsx

Hi Peter,

Here is what was found in the case management system. The search was performed on Jeffrey Epstein and included an address search for entities using the same addresses which identified The C O U Q Foundation Inc., Zorro Development Corp., Hyperion Air Inc., [redacted]

Summary:
1. [redacted]
2. 3 Mantas alerts [redacted]

Read out by year:
2008 - 1 Alert from SONAR [redacted]
2013 – 1 LOB referral, that included both Epstein and Hyperion Air Inc. [redacted]
2014 – 2 internal referrals [redacted] on Epstein, The C O U Q Foundation Inc. and Zorro Development Corp
2015 – [redacted] there were 2 alerts 1 Manual and 1 TRMRL [redacted]
2016 – [redacted] There were 2 Negative Media and 1 SPOI [redacted]
2017 – 1 Negative media alert on Epstein [redacted]
2018 – 4 Mantas Patterns of Funds Transfers Between Customers and External Entities on Epstein [redacted]
2019 – **3 Open** Mantas Rapid Movement of Funds alerts on Epstein [redacted]

Let me know if you have any questions.

Thanks,
Dave

Confidential

**From:** Neilson, Peter J
**Sent:** Tuesday, July 09, 2019 9:06 AM
**To:** Girard, Lauren R <lauren.r.girard@jpmorgan.com>; Riley, David M <david.m.riley@jpmorgan.com>; Delaney, Joan C <joan.c.delaney@jpmorgan.com>
**Cc:** Kaufman, Rachel <rachel.kaufman@jpmorgan.com>; Yalav, Tamer <Tamer.Yalav@jpmorgan.com>
**Subject:** Epstein

Dave – can you do a review and let me know what historical alerts/cases ▇ we may have on Epstein?

Lauren – please confirm whether or not he is a client in PB. Specifically go and look back and any US PB AMLOCs for for whether he was escalated/reviewed/exited etc. Pull any accompanying paperwork please.

Joan – can you get me the unsealed indictment?

pjn

Confidential