# EXHIBIT 188
# FILED UNDER SEAL

**From:** Dellosso, Donna [Donna.Dellosso@jpmorgan.com]
**Sent:** 7/16/2013 2:47:50 PM
**To:** Erdoes, Mary E [mary.erdoes@jpmorgan.com]; Cutler, Stephen M [stephen.m.cutler@jpmorgan.com]; Shenker, Nina O [nina.o.shenker@jpmorgan.com]; Duffy, John R [john.r.duffy@jpmorgan.com]; Nelson, Justin D [justin.d.nelson@jpmorgan.com]
**CC:** Morales, Millie [Millie.Morales@jpmorgan.com]
**Subject:** Materials for our Meeting Tomorrow at 1pm
**Attachments:** Subject Client Review - Epstein 07-11-2013 - Final-pptx.zip; Epstein KYC.pdf

Attached you will find materials for our meeting tomorrow on Jeffrey Epstein. For those attending in person materials will be available in the room. Logistics are included below:

**Location:** Mary's Office on 48 at 270P
**Dial-In:**
Domestic – 888-575-5762
International +857 318 0900
Participant Code: 27359641

---

Donna Dellosso
AM Risk Management
T:212-270-5200
C: ███████
donna.dellosso@jpmorgan.com