# EXHIBIT 189

# Subject Client Review – Jeffrey E Epstein

July 11, 2013

# Subject Client – Jeffrey E Epstein

## Summary

- The Epstein relationship opened in March 1985 with an individual account for Jeffrey E Epstein. The most recent account openings in April 2013 were for entities owning personal real estate (NES, LLC) and for owning/operating his Santa Fe ranch property (Zorro Development Corp). Relationship entities include Limited Liability Partnerships and Companies, Corporations and Trusts, and they are owned 100% by Jeffrey Epstein or he is the Trustee. Accounts cross UHNW and JPMS and account trades are conducted through the GIO team.

- Entity accounts often own and operate real estate properties domestically and in the Virgin Islands, including his Little Saint Jeff island, and one owns and operates his airplane. Southern Financial LLC is the primary personal investment vehicle and Southern Trust Company, Inc. owns Southern Financial, both of which are USVI entities created for income tax purposes related to his living in USVI as a permanent resident while being a US citizen.

- Non-Brokerage transaction activity over the past 12 months reflects combined activity totaling approximately $180MM, with the bulk of activity from pre-authorized deposits/payments and incoming/outgoing wire transfers. Total client positions as of May 31, 2013 are approximately $145MM.

Confidential    JPM-SDNYLIT-00136912

# Subject Client – Jeffrey E Epstein

## Epstein Related Account Listing

| NAME | TYPE | OPEN DATE |
| --- | --- | --- |
| NES, LLC | LTD Liability Company | 09-Apr-03 |
| NEW YORK STRATEGY GROUP, LLC | LTD Liability Company | 11-Apr-03 |
| TEALA DAVIES | Individual Customer | 09-Feb-04 |
| NADIA MARCINKO | Individual Customer | 09-Feb-04 |
| EMMCAC LLC | LTD Liability Company | 12-Jul-04 |
| LSJ LLC | LTD Liability Company | 17-May-07 |
| FORUMS LLC | LTD Liability Company | 02-Dec-04 |
| INDYKE HOLDINGS LLC | LTD Liability Company | 11-Feb-05 |
| EGC CAPITAL LLC | LTD Liability Company | 11-Feb-05 |
| YHS LLC | LTD Liability Company | 10-Jul-06 |
| Ranch Lake III INC | Corporation | 02-Aug-06 |
| RANCH LAKE II INC | Corporation | 02-Aug-06 |
| 116 EAST 65TH ST LLC | LTD Liability Company | 23-Oct-06 |
| JEGE INC | Corporation | 23-Oct-06 |
| The James E Cayne Trust NO 5 UAD 12/27/0 | Trust | 14-Dec-06 |
| I CORRECT COM LLC | LTD Liability Company | 03-May-07 |
| HBRK ASSOCIATES INC | Corporation | 03-Oct-08 |
| DARREN K INDYKE PLLC | Corporation | 03-Oct-08 |
| THE 2007 JEFFREY E EPSTEIN INSURANCE TRU | Trust | 18-Nov-08 |
| DARREN INDYKE | Individual Customer | JPMS Consolidated Acct |
| THE HAZE TRUST | Trust | 22-Apr-10 |
| HYPERION AIR LLC | Corporation | 21-Feb-13 |

3

# Subject Client – Jeffrey E Epstein

## Epstein Related Account Listing, continued

| NAME | TYPE | OPEN DATE |
| --- | --- | --- |
| JEGE LLC | Corporation | 21-Feb-13 |
| PLAN D LLC | Corporation | 21-Feb-13 |
| SOUTHERN FINANCIAL LLC | Corporation | 13-Mar-13 |
| JEEPERS, INC. | Corporation | 08-Dec-11 |
| MORT INC. | Corporation | 22-May-12 |
| SOUTHERN TRUST COMPANY, INC | Corporation | 07-Feb-13 |
| NES, LLC | Corporation | 15-Apr-13 |
| MAX FOUNDATION | Corporation – Not for Profit | 14-Feb-96 |
| NEPTUNE LLC | Corporation | 03-Jan-12 |
| J EPSTEIN AND COMPANY INCORPORATED | Corporation | 17-Sep-91 |
| FINANCIAL TRUSTEES INCORPORATED | Trust | 07-Apr-92 |
| JEFFREY E EPSTEIN | Individual Customer | 01-Mar-85 |

Confidential                                                                                     JPM-SDNYLIT-00136914

# Subject Client – Jeffrey E Epstein

## Epstein Related Account Balances

| Account Number | Account Name | Product Type | Current Balance/Market Value | Liabilities | Accrued Income |
|---|---|---|---|---|---|
| 4094302 | IndykXXXXXXXXXXhelle | Brokerage Custody | $ 0.03 | $ 0.00 | $ 0.00 |
| ▮3067 | HYPEXXXXXXXXXR INC | CD 12-14 MONTHS | $ 100,000.00 | $ 0.00 | $ 3.28 |
| ▮9065 | ▮ | Chase Better Banking | $ 2,136.35 | $ 0.00 | $ 0.00 |
| ▮9001 | ▮ | Chase Savings | $ 7.83 | $ 0.00 | $ 0.00 |
| XXXXXXXXXXXX4711 | CreXXXXXard | Credit Card | | $ 600.40 | $ 0.00 |
| XXXXXXXXXXXX7230 | CreXXXXXard | Credit Card | | $ 21,281.39 | $ 0.00 |
| XXXXXXXXXXXX8855 | CreXXXXXard | Credit Card | | $ 2,415.59 | $ 0.00 |
| XXXXXXXXXXXX0342 | CreXXXXXard | Credit Card | | $ 0.00 | $ 0.00 |
| XXXXXXXXXXXX4927 | CreXXXXXard | Credit Card | | $ 21,281.39 | $ 0.00 |
| XXXXXXXXXXXX5864 | CreXXXXXard | Credit Card | | $ 3,163.28 | $ 0.00 |
| XXXXXXXXXXXX1028 | CreXXXXXard | Credit Card | | -$ 1,029.15 | $ 0.00 |
| ▮0395 | HYPEXXXXXXXXXR INC | Credit Facility | | $ 100,000.00 | $ 0.00 |
| ▮9768 | EPSTEXXXXXXXXXXXREY E. | Credit Facility | | $ 59.52 | $ 0.00 |
| ▮7577 | SOUTHEXXXXXXXXXXXXXIAL LLC | Credit Facility | | $ 711,711.84 | $ 0.00 |
| ▮7760 | SOUTHEXXXXXXXXXXXXXIAL LLC | Credit Facility | | $ 21,358.03 | $ 0.00 |
| ▮2518 | THE XXXXXXXRUST | JPM Business MMDA | $ 28,358.72 | $ 0.00 | $ 1.86 |
| ▮2865 | MAX XXXXXXXXTION | JPM Business MMDA | $ 17,202.51 | $ 0.00 | $ 1.13 |
| ▮3157 | NEW YORKXXXXXXXXXXXXXXXXOUP, LLC | JPM Business MMDA | $ 78,167.74 | $ 0.00 | $ 5.12 |
| ▮3465 | MAX XXXXXXXXTION | JPM Classic Bus Checking w/Int | $ 3,542.51 | $ 0.00 | $ 0.02 |
| ▮2632 | THE 2007 JEFF …XX D INDYKE & L NEWMAN TTEES | JPM Classic Bus Checking w/Int | $ 188.65 | $ 0.00 | $ 0.00 |

Confidential

JPM-SDNYLIT-00136915

# Subject Client – Jeffrey E Epstein

## Epstein Related Account Balances, continued

| Account | Account Name | Product Type | Current Balance/ Market Value | Liabilities | Accrued Income |
|---|---|---|---|---|---|
| 478120913 | JEXXXXLC | JPM Classic Business Checking | $ 92,286.71 | $ 0.00 | $ 0.00 |
| 472 | NEXXXXLC | JPM Classic Business Checking | $ 110,353.22 | $ 0.00 | $ 0.00 |
| 340 | JEXXXXNC | JPM Classic Business Checking | $ 109,064.11 | $ 0.00 | $ 0.00 |
| 515 | NEPXXXXXXLLC | JPM Classic Business Checking | $ 24,309.46 | $ 0.00 | $ 0.00 |
| 332 | HYPEXXXXXXXXXR INC | JPM Classic Business Checking | $ 36,147.52 | $ 0.00 | $ 0.00 |
| 169 | HBRK XXXXXXXXXXXES INC | JPM Classic Business Checking | $ 204,018.72 | $ 0.00 | $ 0.00 |
| 193 | DARRENXXXXXXXXXXXXE PLLC | JPM Classic Business Checking | $ 55,868.87 | $ 0.00 | $ 0.00 |
| 235 | 116 EAXXXXXXXXXXXXST LLC | JPM Classic Business Checking | $ 17,112.15 | $ 0.00 | $ 0.00 |
| 727 | SOUTHEXXXXXXXXXXXXXAL, LLC | JPM Classic Business Checking | $ 273,688.00 | $ 0.00 | $ 0.00 |
| 245 | SOUTHERNXXXXXXXXXXXXXXXXXANY, INC | JPM Classic Business Checking | $ 174,999.75 | $ 0.00 | $ 0.00 |
| 130 | NEW YORKXXXXXXXXXXXXXXXXXXOUP, LLC | JPM Classic Business Checking | $ 87,931.82 | $ 0.00 | $ 0.00 |
| 5872 | SOUTHERNXXXXXXXXXXXXXXXXXANY, INC | JPMORGAN BUSINESS SVNGS | $ 24,394,495.56 | $ 0.00 | $ 2,400.42 |
| 0101 | SOUTHERNXXXXXXXXXXXXXXXX LLC-MGN | Margin | $ 33.49 | $ 0.00 | $ 0.00 |
| 0101 | SOUTHERNXXXXXXXXXXXXXXXXXLC – MGN | Margin | $ 314,640.75 | $ 0.00 | $ 0.00 |
| 0663 | JEFFXXXXXXXXXXSTEIN | Private Client Checking Plus | $ 48,804.61 | $ 0.00 | $ 0.32 |
| 0438 | JEFFRXXXXXXXXXXXSTEIN | Private Client Checking Plus | $ 1,364,996.47 | $ 0.00 | $ 4.08 |
| 3620 | JEFFXXXXXXXXXXSTEIN | Private Client Savings | $ 56,830.56 | $ 0.00 | $ 7.46 |
| 5005 | JEEXXXXXXXXINC. | Standard Custody (With JPMSI) | $ 29,529,259.57 | $ 0.00 | $ 0.00 |
| 0003 | SOUTHEXXXXXXXXXXXXXAL, LLC | Standard Custody (With JPMSI) | $ 67,596,374.88 | $ 535,986.10 | $ 628,480.25 |
| 9006 | SOUTHEXXXXXXXXXXXXXAL, LLC | Standard Custody (With JPMSI) | $ 22,383,838.81 | $ 0.00 | $ 510.96 |
| 0002 | SOUTHERNXXXXXXXXXXXXXXXXXANY, INC | Standard Custody (With JPMSI) | $ 5,311,700.80 | $ 0.00 | $ 25,026.00 |
| 8001 | DARREN KXXXXXXXXXXXXXXXX ROLLOVER | Standard Custody (With JPMSI) | $ 242,366.82 | $ 0.00 | $ 0.00 |
| 4006 | THE XXXXXXXXRUST | Standard Custody (With JPMSI) | $ 22,069,681.61 | $ 0.00 | $ 95,740.46 |
| | | Total: | $ 174,728,408.60 | $ 1,416,828.39 | $ 752,181.36 |

Confidential

JPM-SDNYLIT-00136916

# Subject Client – Jeffrey E Epstein

## Total Positions – May 31, 2013

| Account ECI | Client Account Name | May-13 |
|---|---|---:|
| 4408 | NES, LLC | $ 68,556 |
| 2608 | NEW YORK STRATEGY GROUP, LLC | $ 166,093 |
| 7908 | NADIA MARCINKO | $ 1,941 |
| 6439 | 116 EAST 65TH ST LLC | $ 31,016 |
| 6583 | HYPERION AIR INC | $ 300,299 |
| 6622 | JEGE INC | $ 114,307 |
| 5242 | HBRK ASSOCIATES INC | $ 273,038 |
| 5317 | DARREN K INDYKE PLLC | $ 121,981 |
| 9009 | THE 2007 JEFFREY E EPSTEIN INSURANCE TRUST NO 3 DTD NOVEMBER 1 2007 | $ 189 |
| 5201 | DARREN INDYKE | $ 242,361 |
| 7308 | THE HAZE TRUST | $ 23,473,528 |
| 7545 | JEGE LLC | $ 48,034 |
| 9376 | SOUTHERN FINANCIAL LLC | $ 95,636,107 |
| 7215 | JEEPERS, INC. | $ 6,728,282 |
| 6266 | SOUTHERN TRUST COMPANY, INC | $ 18,263,089 |
| 3017 | MAX FOUNDATION | $ 20,744 |
| 9309 | NEPTUNE LLC | $ 37,985 |
|  |  | $ 145,527,549 |

# Subject Client – Jeffrey E Epstein

## Epstein Cash Transactions

- One entity, Hyperion Air Inc, conducts the bulk of the cash withdrawal transactions. There were nine cash withdrawals since May 2012 totaling $312,000, as follows:

    1. 05-29-2012        $30,000
    2. 07-09-2012        $30,000
    3. 07-31-2012        $30,000
    4. 09-10-2012        $30,000
    5. 09-28-2012        $30,000
    6. 10-23-2012        $40,000
    7. 12-07-2012        $40,000
    8. 02-28-2013        $40,000
    9. 06-04-2013        $40,000 (FYI as this is a more recent transaction)

- Hyperion Air Inc. is a private corporation created by Jeffrey Epstein to handle the maintenance and upkeep of his personal aircraft. He travels extensively overseas and prefers to use cash to pay fuel expenses in foreign countries.

Confidential

JPM-SDNYLIT-00136918

Case 1:22-cv-10904-JSR   Document 265-65   Filed 08/07/23   Page 10 of 12

JPMC INTERNAL USE ONLY

# Subject Client – Jeffrey E Epstein

## Non-Brokerage Transactions – June 2012 through May 2013

- Total of 2,268 transactions at combined value of $178,649,140

- Top five transaction types by dollar totals, reflecting 98% of all transactions
    1. Pre-authorized deposits – 30% - $54,044,816
    2. Inbound Fed wire transfers – 26% - $46,748,710
    3. Pre-authorized payments – 25% - $43,828,227
    4. Outbound Fed wire transfers – 13% - $24,061,012
    5. ACH Debits – 4% - $7,164,115

- Top five transaction types by volume, reflecting 83% of all transactions (remaining items <5% each)
    1. ACH Debits – 36% - 818 items
    2. ATM withdrawals and POS PIN purchases – 15% - 340 items
    3. Checks received via Electronic Check Settlement – 14% - 306 items
    4. Outbound Fed wire transfers – 12% - 281 items
    5. Pre-authorized payments – 6% - 124 items

Confidential                                                                                                    JPM-SDNYLIT-00136919

# Subject Client – Jeffrey E Epstein

**Products Utilized**

- Credit Facilities
- Advised Line Commitments and Notes
- Installment Loan
- Letter of Credit
- Margin
- Brokerage Custody
- Certificates of Deposit
- Chase Better Banking Checking
- Chase Savings
- Private Client Checking
- Private Client Savings
- Standard Custody and with JPMSI
- Business Checking
- Business Savings
- Business MMDA
- Client Funds Checking
- Client Funds MMDA
- IOLTA Account
- Credit Card

10

# Subject Client – Jeffrey E Epstein

## APPENDIX

- KYC Report – provided as separate document