# EXHIBIT 191

**To:** Armine, Cynthia[cynthia.armine@jpmchase.com]; Cutler, Stephen M[stephen.m.cutler@jpmorgan.com]; Shenker, Nina O[nina.o.shenker@jpmorgan.com]; Dellosso, Donna[Donna.Dellosso@jpmorgan.com]
**Cc:** Duffy, John R[john.r.duffy@jpmorgan.com]; DiIorio, Phil[phil.diiorio@jpmorgan.com]
**From:** Erdoes, Mary E[/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARY.ERDOES]
**Sent:** Fri 8/9/2013 9:14:57 PM (UTC)
**Subject:** Privileged and confidential follow up

Re our client exit, the conversation went well and was very professional. I suspect the call last night might have helped.

It will move in an orderly process.

John did an excellent job.
ME

Confidential

JPM-SDNYLIT-00150176