# EXHIBIT 192
# FILED UNDER SEAL

| | |
|---|---|
| From: | Duffy, John R [john.r.duffy@jpmorgan.com] |
| Sent: | 8/14/2013 10:16:00 AM |
| To: | Nelson, Justin D [justin.d.nelson@jpmorgan.com] |
| Subject: | Re: JE |

Thanks.  He and I spoke as well about his advisory business and whether our not we would work with him. I said "yes", as long as we were not transacting in JE accounts.


John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC


----- Original Message -----
From: Nelson, Justin D
Sent: Tuesday, August 13, 2013 05:00 PM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE

Spoke to him. Relayed the message as discussed. Regards, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781


----- Original Message -----
From: Duffy, John R
Sent: Tuesday, August 13, 2013 11:16 AM Eastern Standard Time
To: Nelson, Justin D
Subject: Re: JE

K. Thx, he reached to ME.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC


----- Original Message -----
From: Nelson, Justin D
Sent: Tuesday, August 13, 2013 10:29 AM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE

Btw, I left JE a message yesterday afternoon to follow-up. Haven't heard back. Will try again this afternoon. Regards, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781


----- Original Message -----

Confidential
JPM-SDNYLIT-00100998

From: Duffy, John R
Sent: Monday, August 12, 2013 03:10 PM Eastern Standard Time
To: Nelson, Justin D
Subject: Re: JE

Yes. Will call u in 2 mins

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC


----- Original Message -----
From: Nelson, Justin D
Sent: Monday, August 12, 2013 03:07 PM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE

I spoke to him. Do you have a minute to discuss by phone? I'm at ▉▉▉▉▉▉▉. Can give you the full update.

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781


----- Original Message -----
From: Duffy, John R
Sent: Monday, August 12, 2013 03:04 PM Eastern Standard Time
To: Nelson, Justin D
Subject: Re: JE

Thanks Justin.


John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

----- Original Message -----
From: Nelson, Justin D
Sent: Monday, August 12, 2013 02:36 PM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE

Been playing phone tag with Jeffrey. Hoping to connect this afternoon. In the meantime I am working on a summary of all accounts for them.

Ill find out if they have a similar structure elsewhere.

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781


----- Original Message -----
From: Duffy, John R
Sent: Monday, August 12, 2013 01:20 PM Eastern Standard Time
To: Nelson, Justin D

Confidential

JPM-SDNYLIT-00100999

Subject: JE

We need to put a letter together to lay out timeframes for JE's exit.  Cash activity is top priority - sooner is better and within 30 days is target.

Can you talk with Harry to see if they have a parallel account structure (same as ours) at another bank.  This would make transition easy.  Thx.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

Confidential

JPM-SDNYLIT-00101000