# EXHIBIT 193

# FILED UNDER SEAL

| | |
|---|---|
| **From:** | Duffy, John R <john.r.duffy@jpmorgan.com> |
| **To:** | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| **Sent:** | 9/13/2013 12:24:13 AM |
| **Subject:** | Re: Epstein - New Credit Cards? |

the answer needs to be "no", followed by this is a great opportunity to move forward with you new bank.


John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

---

**From**: Nelson, Justin D
**Sent**: Thursday, September 12, 2013 05:29 PM Eastern Standard Time
**To**: Duffy, John R
**Subject**: Fw: Epstein - New Credit Cards?

JE asking for more credit. I think I will have to call. Let me know if you want to discuss before I do.

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781

---

**From**: Young, Janet E
**Sent**: Thursday, September 12, 2013 04:32 PM Eastern Standard Time
**To**: Nelson, Justin D; Travers, Scott B
**Cc**: PB-Service1318
**Subject**: Epstein - New Credit Cards?

Justin and Scott
Please advise the status of the Epstein relationship at this time. See request for credit cards below.

Thanks,
Janet Young

---

**Janet E. Young**| Vice President | Private Bank| **J.P. Morgan** | NMLS ID # 832072 -  500 Stanton Christiana Road, Newark DE 19713
T: 800-634-1318 | F: 888-731-6607| janet.e.young@jpmorgan.com

**Alternate contacts:  Gina Magliocco and Jason Grosse**| T: 800-634-1318 | F: 888-731-6607

**From**: Richard Kahn [mailto:richardkahn12@gmail.com]
**Sent**: Thursday, September 12, 2013 4:29 PM
**To**: Young, Janet E
**Cc**: PB-Service1318

**Subject:** New Credit Cards

Can we please order new credit cards as follows:

1) LSJ LLC
cardholder: ▮▮▮▮▮▮▮ DOB ▮▮▮▮▮
limit $10,000

2) Southern Trust Company
cardholder: ▮▮▮▮▮▮▮ DOB ▮▮▮▮▮
limit $5,000

Can you please to my address below
Thank you


Richard Kahn
HBRK Associates Inc.
575 Lexington Avenue, 4th Floor,
New York, New York 10022
tel 212-971-1306
fax 646-350-0954
cell 917-414-7584

Confidential

JPM-SDNYLIT-00030328