# EXHIBIT 198



## U.S. Department of Justice

*United States Attorney*
*Southern District of Florida*

500 South Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Facsimile: (561) 820-8777
Direct Dial: (561) 209-1047

September 6, 2007

VIA FACSIMILE
Mr. David Petercsak
Bear Stearns
320 Park Avenue, 12th Floor
New York, NY 10022

Re:   Subpoena to Bear Stearns Companies, Inc.

Dear David:

I apologize for the delay in sending this letter. The primary date ranges for documents and information related to meetings with Mr. Epstein are the months of July 2004, March 2005, April 2005, September 2005, and October 2005.

Please let me know when I can expect the list of accounts at other financial institutions that Bear Stearns has either transferred money to or received money from on behalf of Mr. Epstein, so that I may narrow the financial records request accordingly. You also had mentioned that you expected to have some documents ready to produce at around this time. I would appreciate an update in that regard so that we can discuss whether an appearance before the grand jury by the Custodian of Records is required.

Thank you for your assistance with this matter, and if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

R. Alexander Acosta
United States Attorney

By:  *[signature]*
A. Marie Villafaña
Assistant United States Attorney

cc:   Dennis Block, Esq.

Confidential                                                                                                          JPM-SDNYLIT-00373254



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

A. Marie Villafaña
500 S. Australian Ave, 4th Floor
West Palm Beach, Florida 33401
(561) 820-8711
Facsimile (561) 820-8777

## FACSIMILE COVER SHEET

TO:         David Petercsak

FAX NO.     917-849-2172          PHONE NO.   212-272-4266

CC:         Dennis Block, Esq.

FAX NO.     212-504-5557          PHONE NO.   212-504-5555

DATE:       September 6, 2007     # OF PAGES:  2

RE:         Bear Stearns Subpoena

FROM:       A. MARIE VILLAFAÑA, Assistant U.S. Attorney

PHONE NO.   561 209-1047

COMMENTS:

Confidential

JPM-SDNYLIT-00373255



U.S. Department of Justice

United States Attorney
Southern District of Florida

A. Marie Villafaña
500 S. Australian Ave, 4th Floor
West Palm Beach, Florida 33401
(561) 820-8711
Facsimile (561) 820-8777

## FACSIMILE COVER SHEET

TO: David Petercsak

FAX NO. 917-849-2172    PHONE NO. 212-272-4266

CC: Dennis Block, Esq.

FAX NO. 212-504-5557    PHONE NO. 212-504-5555

DATE: August 27, 2007    # OF PAGES: 3

RE: Bear Stearns Subpoena

FROM: A. MARIE VILLAFAÑA, Assistant U.S. Attorney

PHONE NO. 561 209-1047

COMMENTS:

Confidential    JPM-SDNYLIT-00373256



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*500 South Australian Ave., Suite 400*
*West Palm Beach, FL 33401*
*(561) 820-8711*
*Facsimile: (561) 820-8777*
*Direct Dial: (561) 209-1047*

August 27, 2007

<u>VIA FACSIMILE</u>
Mr. David Petercsak
Bear Stearns
320 Park Avenue, 12th Floor
New York, NY 10022

    Re:  <u>Subpoena to Bear Stearns Companies, Inc.</u>

Dear David:

    It was a pleasure speaking with you and your colleagues today. As we discussed, here is a list of the entities related to Jeffrey Epstein of which I am aware:

1. J. Epstein Virgin Islands Foundation, Inc.
2. J. Epstein & Company, Inc.
3. Epstein Interests
4. Financial Trust Company, Inc.
5. NES, LLC
6. New York Strategy Group, Inc.
7. JEGE, Inc.
8. Hyperion Air, Inc.

    If Bear Stearns knows of other entities where Jeffrey Epstein is the chief executive officer (or chief operating officer) or is the sole owner/shareholder, then please provide information regarding those entities, as well.

    As we discussed, if you could provide me with a list of accounts at other financial institutions that Bear Stearns has either transferred money to or received money from on behalf of Mr. Epstein, I may be able to narrow the financial records request accordingly.

Confidential

JPM-SDNYLIT-00373257

MR. DAVID PETERCSAK
AUGUST 27, 2007
PAGE 2 OF 2

I will be meeting with the case agents tomorrow, and I will try to narrow the date ranges for information regarding meetings with Mr. Epstein. I will send a letter with that information tomorrow or Wednesday.

Thank you for your assistance with this matter, and if you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

R. Alexander Acosta
United States Attorney

By: *[signature]*

A. Marie Villafaña
Assistant United States Attorney

cc: Dennis Block, Esq.

Confidential

JPM-SDNYLIT-00373258