# EXHIBIT 199

**From**: Dawn Henry [dawn.henry@dpnr.vi.gov]
**Sent**: 12/21/2017 12:49:35 PM
**To**: jeffrey E. [jeevacation@gmail.com]
**Subject**: RE: Re:

**Importance**: High

It can be. How about the public libraries.

**From:** jeffrey E. [mailto:jeevacation@gmail.com]
**Sent:** Thursday, December 21, 2017 5:41 AM
**To:** Dawn Henry <dawn.henry@dpnr.vi.gov>
**Subject:** Re: Re:

education in any form   Im in

On Thu, Dec 21, 2017 at 7:38 AM, Dawn Henry <dawn.henry@dpnr.vi.gov> wrote:

> I may have an idea. Let me check first and get back to you.
>
> Dawn
>
> **From:** jeffrey E. [mailto:jeevacation@gmail.com]
> **Sent:** Thursday, December 21, 2017 5:36 AM
> **To:** Dawn Henry <dawn.henry@dpnr.vi.gov>
> **Subject:** Re: Re:
>
> we gave the salgave co 25 k  to the home for girls in st croix. .   any suggesttions for another 25k ?    -  with the deductions for low income. and reduced corp rate.   VI is going to need a new source of rev.
>
> On Thu, Dec 21, 2017 at 7:24 AM, Dawn Henry <dawn.henry@dpnr.vi.gov> wrote:
>
>> That is scary - sepsis. Dealing with the aftermath of a hurricane is always more challenging than the hurricane itself. With respect to electricity, the new schedule is to have the territory's electricity restored by January 31, 2018. I really don't know for internet because that responsibility is with private ISPs.
>>
>> Dawn
>>
>> **From:** jeffrey E. [mailto:jeevacation@gmail.com]
>> **Sent:** Thursday, December 21, 2017 5:16 AM
>> **To:** Dawn Henry <dawn.henry@dpnr.vi.gov>
>> **Subject:** Re:
>>
>> ill check thanks. , re pr person. im told, near death. from sepsis.. .   -  how long do you think until stt back in shape ?   I was the only private plane at the airport.

CONFIDENTIAL                                                                                           ESTATE_JPM015321

On Thu, Dec 21, 2017 at 6:16 AM, Dawn Henry <dawn.henry@dpnr.vi.gov> wrote:

Hi Jeffrey:

Sorry to hear progress has been slow on the islands. I have been issuing repair and maintenance request for CZM throughout the territory within 2 days of the application being deemed complete. The last I heard, you were working on submitting the request. Do you know if the application was submitted.

Hope your staff that went to PR are doing better.

Dawn

**From:** jeffrey E. [mailto:jeevacation@gmail.com]
**Sent:** Wednesday, December 20, 2017 6:16 PM
**To:** Dawn Henry <dawn.henry@dpnr.vi.gov>
**Subject:**

came to island just for the day. WHAT A DISASTER. . ! still no internet, clean water. . some people needed to be airlifted to pr. . so many dead things. . havent heard back from you after last correspondence. hope all is well. tax bill not fun for us

--
      please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright - all rights reserved

--
      please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited

and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

   please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

   please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL