# EXHIBIT 200

**From:** Cecile de Jongh [████████@yahoo.com]
**Sent:** 12/27/2017 2:45:30 PM
**To:** Richard Kahn [████████@gmail.com]; jeffrey E. [jeevacation@gmail.com]
**Subject:** Re: Fwd:

**Importance:** High

I'll cut the check today.

With warm regards,

Cecile de Jongh


On Wednesday, December 27, 2017 10:37:05 AM AST, jeffrey E. <jeevacation@gmail.com> wrote:


rich have stc makee a 25 k check to DPNR for the public library .
--------- Forwarded message ---------
From: **Dawn Henry** <dawn.henry@dpnr.vi.gov>
Date: Wed, Dec 27, 2017 at 9:26 AM
Subject: RE:
To: "jeffrey E." <jeevacation@gmail.com>


All public libraries are under DPNR. I was thinking either the Charles Wesley Turnbull Library on St. Thomas or the Sprauve Library on St. John since you live in this district. If you prefer to donate to school libraries I can connect you with the Commissioner for Education. Either way the Territory wins.


Dawn


**From:** jeffrey E. [mailto:jeevacation@gmail.com]
**Sent:** Wednesday, December 27, 2017 4:15 AM
**To:** Dawn Henry <dawn.henry@dpnr.vi.gov>
**Subject:**

which library org ?

--

    please note

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL	ESTATE_JPM015327