# EXHIBIT 203

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4    GOVERNMENT OF THE UNITED STATES
      VIRGIN ISLANDS,
 5
                     Plaintiff,
 6
      v,                                      No. 22-cv-10904-JSR
 7
      JPMORGAN BANK, N.A.,
 8
                     Defendant.
 9    _____
      JPMORGAN CHASE BANK, N.A.,
10             Third-Party Plaintiff

11    v.

12    JAMES EDWARD STALEY,
      Third-Party Defendant.
13    _____

14           THE ORAL DEPOSITION OF ALBERT BRYAN, JR. was

15    taken on the 6th day of June, 2023, at the Law Offices

16    of Joel Holt, 2132 Company Street, Christiansted, St.

17    Croix, U.S. Virgin Islands, between the hours of 8:42

18    a.m. and 3:47 p.m. pursuant to Notice and Federal Rules

19    of Civil Procedure.

20                         _____
                                Reported by:
21
                             DESIREE D. HILL
22                       Registered Merit Reporter
                         Hill's Reporting Services
23                           P.O. Box 307501
                        St. Thomas, Virgin Islands
24                           (340) 777-6466

25
```

1       running in this election?
2            A.   Six.
3            Q.   Okay.
4            A.   At least I think.  Don't quote me.  I'm
5       guessing.
6            Q.   Was that a normal number or was this a
7       particularly crowded field?
8            A.   Lately it's been pretty crowded.
9            Q.   And then Epstein reports that you won.
10               And Farkas writes back, Know him?
11               Mr. Epstein writes, Very, Very.
12               You see that?
13           A.   Eh-hmm.
14           Q.   You have any idea why he was describing
15      your relationship that way other than what we've
16      already discussed?
17               MR. ACKERMAN:  Objection
18          speculation.
19               THE WITNESS:  No, sir.
20           Q.   (By Mr. Neiman:)  Do you recall talking to
21      Mrs. de Jongh in or around this time period when you
22      were elected and when you began serving in office
23      about the topic of donations that Mr. Epstein's
24      company might make?
25           A.   Yeah.

 1         Q.   Take a look at some of those indications.
 2    Take a look first at Exhibit 8, which we'll mark as
 3    Exhibit 20.
 4              MR. ACKERMAN:   I got it as 19.
 5              MR. NEIMAN:   Well, let's make it
 6         19, then.
 7              (Deposition Exhibit No. 19 was
 8               marked for identification.)
 9         Q.   All right.  I'm showing you Exhibit 19
10    which is a short exchange between Mrs. de Jongh and
11    you copied to Richard Kahn.  Do you see that?
12         A.   Between Mrs. de Jongh and me?
13         Q.   No.  Between Mrs. de Jongh and Mr. Epstein
14    copied to Richard Kahn.
15         A.   Correct.  Yeah.
16         Q.   So Richard Kahn there, you could see the
17    name spelled out full.  Was that someone that
18    contributed to any of your campaigns?
19         A.   I don't know Richard Kahn, sir.
20         Q.   You don't know one way or the other whether
21    they contributed to your campaigns?
22         A.   No, I don't.
23         Q.   And Mrs. de Jongh is saying to Mr. Epstein
24    that she spoke to Albert.  That reference to you?
25         A.   Right.

1      Q.   And he will let us know where he thinks
2   STC's giving would be most impactful.  He said, "Thank
3   You."  You see that?
4      A.   Yes.
5      Q.   Do you recall this discussion with de Jongh
6   about where the giving would be most impactful?
7      A.   Yes.
8      Q.   How did you go about thinking about where
9   the giving would be most impactful?
10     A.   Well, I mean, people -- normally
11  non-profits usually contact government, like I said.
12  But I mean, when you're running an election, you
13  speak to everybody.  I mean, it's only 11,000 votes,
14  you could shake 11,000 hands.  But I have -- the
15  autism project is very near and dear to me.  Of
16  course Junior Achievement.  I know places that were
17  hit hard.
18          You know, one of my things, Little
19  League.  I always thought -- you know, when I played
20  Little League, we always had uniforms and really -- I
21  mean, looked professional.  And you know, the kids
22  play in t-shirts now.  I mean, I just think they just
23  get a better feeling when they go out there.
24     Q.   Okay.  And Junior Achievement was the place
25  you had worked before you became governor?

1      A.   Yes.
2      Q.   And so one of the things that you did when
3  Mrs. de Jongh asked you, you know, where STC's giving
4  would be most impactful, you said junior achievement?
5      A.   Yes.
6      Q.   You believed in the organization?
7      A.   Yeah.  I worked for $40,000 a year.  You
8  know, I didn't do it for the money.  I did it
9  because, you know, I really believed that kids need
10  financial literacy.
11     Q.   So, that was one of the things that you
12  recommended?
13     A.   Yes.
14     Q.   So Mrs. de Jongh knew that was an issue
15  that is personally important to you?
16     A.   I'm am sure she did.  She knows I was
17  essentially volunteering to be there.
18     Q.   So by giving to Junior Achievement,
19  Mr. Epstein would be making contribution, then, would
20  not only help the island but would be something that
21  would be appreciated by you personally, right?
22          MR. ACKERMAN:  Objection to form.
23          THE WITNESS:  All contributions to
24     our charities are appreciated by me
25     personally.

```
 1        Q.    (By Ms. Neiman:)  But this is a charity
 2   that you particularly invested in, right?
 3        A.    If you're asking if it bought favor
 4   because he invested in Junior Achievement?  Not
 5   particularly.
 6        Q.    I didn't ask you that.  I asked you --
 7        A.    I felt like I was helping them out more
 8   than they were helping me out.
 9        Q.    Sure.  But you were helping them out by
10   suggesting that they contribute to a charity that you
11   were quite close to, right?
12        A.    Right.  I think in the documents I was
13   shown, though, I said it would be self-serving for me
14   to recommend Junior Achievement.  So I didn't want to
15   do that, you know.  Because, I mean, those are my
16   people.
17        Q.    But then you actually suggest Junior
18   Achievement?
19        A.    Yeah, but I said it will be self-serving
20   for me to do so.
21        Q.    So you suggested that it will be
22   self-serving?
23        A.    Yeah.
24        Q.    And then they decided to give to Junior
25   Achievement, right?
```

1        A.    I don't know.

2        Q.    Fair enough.  All right.  Let's take a look

3   at -- well, this time I'm showing you Exhibit 20.

4   This is another email exchange to Mrs. de Jongh and

5   Epstein in December of 2018.  Between the time when

6   you were elected and began to serve as Governor,

7   correct?

8              (Deposition Exhibit No. 20 was

9               marked for identification.)

10       A.    Eh-hmm.

11       Q.    It's a tough one for the court reporter.

12       A.    Yes.

13             MR. ACKERMAN:  Objection to form.

14       The last question, I think there were

15       two questions in there.

16             MR. NEIMAN:  Okay.

17       Q.    (By Mr. Neiman:)  Now, if you look at the

18  bottom of the page, you could see that Mrs. de Jongh

19  writes, Good afternoon Jeffrey, Albert suggested a

20  school for autistic children and Junior Achievement.

21  Do you see that?

22       A.    Yes.

23       Q.    Autism is another issue that's personally

24  important to you?

25       A.    Yes.

```
 1    on each islands, three balls, three inaugurations,
 2    three church services.
 3         Q.    So that adds up.
 4         A.    Yes, it does.
 5         Q.    So your campaign went out solicited
 6    donations from people?  Yes?
 7         A.    Yes.
 8         Q.    And one of the people that you raised money
 9    from was Mr. Epstein, correct?
10         A.    Not to my knowledge.
11         Q.    All right.  Let's take a look.  This is
12    document marked as Exhibit 23.  You see this is an
13    email on December 20th from Mrs. de Jongh to Mr.
14    Epstein.  The subject is Inaugural Committee.  You see
15    that?
16               (Deposition Exhibit No. 23 was
17                marked for identification.)
18         A.    Correct.
19         Q.    And Ms. De Jongh is reporting she got a
20    call from Bryan/Roach inaugural committee, and they
21    asked for a $25,000 donation to the inaugural event?
22    You see that?
23         A.    You asked me if my campaign raised any
24    money.  This is not my campaign.  This is the
25    inaugural committee.
```

1           Q.    Will you agree that you described your
2    campaign as going out and raising money for your
3    inauguration?
4           A.    No, I just want -- when I'm reading this,
5    I'm just saying what this document says.
6           Q.    When you talked before, was there also fund
7    raising going on by your campaign for the
8    inauguration?
9           A.    The inaugural committee.
10          Q.    Not the campaign?
11          A.    I'm not sure.  I mean, remember this is
12   the island.  Like, this is the same people.  So I
13   can't say they were in the capacity of the campaign
14   or -- we don't have any recorded -- I don't think we
15   recorded any donations to the election roll for the
16   inaugural committee from the campaigns.  So if the
17   inaugural committee was raising money, they were
18   doing it under that guise -- not the campaign was
19   done.
20          Q.    Same people, different entity doing the
21   raising.
22          A.    Sort of the same people.  We had a lot
23   more people in the inaugural committee.
24          Q.    Sure.  Once you won, everybody wants to be
25   a part of --

1              MR. ACKERMAN:  Objection.
2              THE WITNESS:  Absolutely.
3         Q.   (By Mr. Neiman:)  And what it says here
4    about how you were trying to raise the money privately
5    for inaugural events, that's inaccurate?
6              MR. ACKERMAN:  Objection to form.
7              THE WITNESS:  Yeah.  I wasn't
8         trying to raise any money.  The
9         inaugural committee was.
10        Q.   (By Mr. Neiman:)  Well, did you tell them
11   don't do this?
12             MR. ACKERMAN:  Objection to form.
13             THE WITNESS:  No.
14        Q.   (By Mr. Neiman:)  You could have told them
15   not to do it, right?
16             MR. ACKERMAN:  Objection to form.
17             THE WITNESS:  Yeah, I could have
18        told them not to do it.  I think the
19        whole inaugural activity thing is a
20        waste of money anyway.  So I didn't
21        really have any involvement in it.
22        Q.   (By Mr. Neiman:)  Well, you went to the
23   events?
24        A.   I didn't have a choice.
25        Q.   I mean, you could have told them I don't

1  want to raise money for this, right?
2          MR. ACKERMAN:  Objection.
3          THE WITNESS:  I didn't raise any
4     money for it.
5     Q.   (By Mr. Neiman:)  There was no -- the
6  inaugural committee didn't raise any money?
7     A.   I didn't raise any money for it.
8          MR. ACKERMAN:  Objection to form.
9     Q.   (By Mr. Neiman:)  You could have told them
10 you didn't want them to raise any monies for these
11 events, right?
12    A.   I guess.
13    Q.   But you didn't?
14    A.   No, I didn't do that.
15    Q.   They understood this is something that you
16 wanted them to do.
17    A.   No, no, no.
18         MR. ACKERMAN:  Objection to form.
19         THE WITNESS:  They understood that
20    this was something traditional that they
21    do.  I mean, we just had another one.  I
22    didn't think that we should have done
23    that either but I respect the wishes of
24    the people and what comes with the
25    office.

1     Q. (By Mr. Neiman:) Okay. You certainly
2 didn't do anything to discourage the inaugural
3 committee from raising money, did you?
4     MR. ACKERMAN: Objection to form.
5     THE WITNESS: No.
6     Q. (By Mr. Neiman:) And here they're asking
7 for Mr. Epstein to make a contribution. Do you know
8 whether he did or not?
9     A. No, I don't.
10     Q. What kind of records were kept of who had
11 contributed to the inaugural committee?
12     MR. ACKERMAN: Objection to form.
13 Foundation.
14     THE WITNESS: I don't know.
15     Q. (By Mr. Neiman:) No idea one way or the
16 other?
17     A. No. I mean, you have to remember we had a
18 runoff election. So by the time I realized that I
19 was going to be governor was almost December. We
20 didn't have -- we were taking over the government on,
21 like, January 7th. We had people to vet for cabinet
22 membership. And, you know, my focus at this time was
23 not party. So it was trying to make sure that I was
24 prepared to take over the government.
25     Q. Sure. And one of the things you had to do