# EXHIBIT 204

Date: Thursday, December 20 2018 05:35 PM
Subject: Charitable Donations
From: Cecile de Jongh <​███████@yahoo.com>
To: Jeffrey Epstein <jeevacation@gmail.com>;
CC: Richard Kahn <███████@gmail.com>;

Albert asked that the $30K go to the VI Little League.


With warm regards,

Cecile de Jongh

CONFIDENTIAL