# EXHIBIT 205

United States Virgin Islands

*Investors Dream*

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

### Fiscal/Calendar Year Ending     December 31, 2010

Financial Trust Company, Inc.

| | | |
|---|---|---:|
| Gross Sales (Ineligible Sales) & Eligible for Tax Benefits ... | ( $    - )$ | 100000 |
| Other Income (Ineligible) & Eligible for Tax Benefits | ( $    - )$ | -24347719 |
| Gross Wages Paid in the V.I. (Include vacation & sick pay, bonuses, overtime, etc.) $ | | 793923 |
| Average No. of Employees; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Residents; Full Time & (Part Time/Other)... | 10 | |
| Average No. of Non-Residents; Full Time & (Part Time/Other)... | | |
| Other Employee Costs (Unemployment & health insurance, pension, allowance, etc.) $ | | 260798 |
| Employee Income Taxes Paid and Withheld | $ | 224495 |

### TAXES AND DUTIES (Provide dollar amount paid, and value of exemption/refund for each tax)

| | | | |
|---|---|---|---:|
| Gross Receipts: | Amount Paid | $ | 400 |
| | Dollar Value of Exemption | | 3,600 |
| Real Property Tax: | Amount Paid | $ | - |
| | Dollar Value of Exemption | | - |
| Excise Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | | - |
| Income Taxes: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | | - |
| Customs Duties: | Total Paid | $ | - |
| | Dollar Value of Exemption/Refund | | - |
| Other: | Hotel room taxes paid | $ | - |
| | Other Taxes, Fee Paid to V.I. Government | $ | 1297 |
| TOTAL TAXES PAID: | | $ | 1297 |
| TOTAL VALUE OF EXEMPTIONS AND OR REFUNDS: | | $ | 3600 |

RECEIVED
Time: 3:23 pm
OCT 14 2011
By: _____
Economic Development Commission/STT

### EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT

| | Eligible Supplier | V.I. Suppliers | Non-Local | Totals |
|---|---:|---:|---:|---:|
| **Goods and Services:** | | | | |
| Raw materials, components | | | | $    - |
| Food, beverage | | | | $    - |
| Freight Charges | | | | |
| Insurance | 16202 | - | 2943 | $   19145 |
| Legal/ Accounting | - | 23736 | 685544 | $  709280 |
| Advertising / Promotion | - | 1435 | | $    1435 |
| Utilities (tel., water, elect. etc.) | - | 44355 | - | $   44355 |
| Interest & Other Bank Chg. | | | | |
| Supplies | 4641 | 20590 | 1017 | $   26248 |
| Repairs/Maintenance | 5431 | 3235 | - | $    8666 |
| Other (List Separately) | 35500 | 117213 | 11378 | $  164091 |
| Subtotal, Goods and Svcs: | 61774 | 210563 | 700882 | $  973219 |
| Capital Expenditures: | | | | $    - |
| Building & Improvements | | | | $    - |
| Leasehold Improvements | | | | $    - |
| Machinery / Equipment | 18305 | 17498 | 15042 | $   50844 |
| Furniture / Fixtures | | | | $    - |
| Vehicles | | | | $    - |
| Other (List Separately) | | | | $    - |
| Subtotal, Capital Expend: | 18305 | 17498 | 15042 | $   50844 |
| **GRAND TOTALS** | 80079 | 228061 | 715924 | $ 1024064 |

CUMULATIVE CAPITAL EXPENDITURES UNDER EDC CERTIFICATE          756208

Name/Signature of Preparer: *Jeanne Brennan*          Date: 10/11/11
                            (Signature)

                            Jeanne Brennan          Telephone Number: 340-775-2525
                            (Print Name)

**Fiscal/Calendar Year Ending** <u>December 31, 2010</u>

Company Name: <u>Financial Trust Company, Inc.</u>

## EXPENDITURES FOR GOODS, SERVICES, PLANT & EQUIPMENT -Other

| Goods and Services: | Eligible Supplier | V.I. Suppliers | Non-Local | | Totals |
|---|---|---|---|---|---|
| Dues and subscriptions | - | 1070 | 569 | $ | 1639 |
| Seminars and education | - | - | 10630 | $ | 10630 |
| Postage and delivery | - | 2305 | - | $ | 2305 |
| Travel and related | - | 5149 | 101 | $ | 5250 |
| Meals and transportation | - | 6339 | - | $ | 6339 |
| EDC Fees - Compliance, WDF, Renewal | 32500 | - | - | $ | 32500 |
| BoE Territorial Scholarship Fund | 3000 | | | | 3000 |
| Rent | - | 101764 | - | $ | 101764 |
| Other expenses | - | 586 | 78 | $ | 664 |
| Subtotal, Goods and Svcs: | 35500 | 117213 | 11378 | $ | 164091 |

## EXPENDITURES FOR CHARITABLE CONTRIBUTIONS

| | V.I. Educational | V.I. Charity | Academic Scholarship Program | | Totals |
|---|---|---|---|---|---|
| Charitable contributions | 33700 | 70764 | 20000 | $ | 124464 |
| | 33700 | 70764 | 20000 | $ | 124464 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000006067

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



UNITED STATES VIRGIN ISLANDS

*Investors Dream*

## EDC ANNUAL REPORT
### Value of Exemptions of Stockholders/Partners/Members

**BENEFICIARY**   Financial Trust Company, Inc.    **Fiscal Year Ending** December 31, 2010

| Stockholders, Partners or Members | Social Security No. | Physical Address | % Distributable Shares | EDC Income | Business Activity | Total Tax Due | EDC Credit | Balance Tax Due |
|---|---|---|---|---|---|---|---|---|
| Jeffrey E. Epstein | ███████ | Little Saint James St. Thomas U.S. Virgin Islands | 100 | See page 1 of Economic Development Commission Annual Report | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | TOTAL: $ | $ | $ |

Note: Totals of EDC Credit and Balance Tax Due must be carried forward to the EDC Annual Report and reported under Taxes and Duties (See instructions).



VI-JPM-00006068

Financial Trust Company
Summary of Jobs by Specific Classification

**Management**

Office Manager
Controller
President

**Supervisory**

Assistant Controller

**Technical**

Network Administrator
Senior Researcher

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000006069

## ECONOMIC DEVELOPMENT COMMISION ANNUAL REPORT

Fiscal/Calendar Year Ending                                     12/31/2010

Financial Trust Company, Inc.

| Date | Charitable Organization | Amount |
|---|---|---|
| 01/22/2010 | St. Thomas Baseball Explorers | 1000 |
| 01/01/2010 | Voided check All Saints School | -600 |
| 03/16/2010 | Virgin Islands Montessori School | 2900 |
| 03/16/2010 | Antilles School, Inc. | 5000 |
| 03/16/2010 | Sts. Peter & Paul Catholic School | 200 |
| 03/16/2010 | Sts. Peter & Paul Catholic School | 600 |
| 03/23/2010 | Sprauve School Fundraiser | 500 |
| 04/13/2010 | The V. I Police Department | 3500 |
| 04/13/2010 | Sts. Peter & Paul Catholic School | 250 |
| 04/13/2010 | Community Foundation of the V. I. | 1500 |
| 05/14/2010 | Wesley Methodist Church | 100 |
| 05/25/2010 | V.I. Tennis Association | 5000 |
| 05/25/2010 | Rwanda Project USVI, Inc | 7500 |
| 06/08/2010 | Community Foundation of the V. I. | 3000 |
| 06/15/2010 | USVI Dept. of Education | 500 |
| 06/15/2010 | Friends of the St.Thomas Public Libraries | 5000 |
| 06/17/2010 | St. Thomas Majorettes, Inc. | 100 |
| 06/22/2010 | Friends of the St.Thomas Public Libraries | 1000 |
| 06/22/2010 | Beacon Schools of the VI, Inc. | 5000 |
| 06/22/2010 | Virgin Islands Olympic Committee | 2000 |
| 07/13/2010 | Prophecy Academy, Inc. | 500 |
| 07/26/2010 | Elrod Hendricks Charter | 5000 |
| 08/03/2010 | V. I. Volleyball Federation | 2500 |
| 08/11/2010 | St. Thomas Swimming Associations, Inc. | 3000 |
| 08/13/2010 | V.I. Humanities Council | 1000 |
| 08/13/2010 | Caribbean Islands Education Foundation | 2000 |
| 08/13/2010 | St. Thomas-St. John Chamber of Commerce | 200 |
| 08/13/2010 | Saint Croix Foundation | 2500 |
| 08/13/2010 | V. I. Council for the Boy Scouts | 2500 |
| 08/13/2010 | Lutheran Social Services of the V.I. | 2500 |
| 08/13/2010 | V.I. Dept. of Education | 2000 |
| 08/13/2010 | Community Foundation of the V. I. | 500 |
| 08/13/2010 | Humane Society of St. Thomas | 1000 |
| 08/13/2010 | Habitat for Humanity of the U.S.V.I. | 1000 |
| 09/01/2010 | The Kingshill School | 5000 |
| 09/01/2010 | Humane Society of St. Thomas | 5000 |
| 09/14/2010 | Antilles School, Inc. | 3000 |
| 09/14/2010 | J.U.I.C.E. Flag Football Camp, Inc. | 3500 |
| 10/18/2010 | Future Stars Baseball Organization | 1000 |
| 10/18/2010 | Dept. of Human Services - CFS | 1000 |
| 10/26/2010 | Zero Tolerance Basketball Org, Inc. | 3864 |
| 10/26/2010 | Schneider Regional Medical Center | 1500 |
| 11/15/2010 | Rising Stars Youth Steel Orchestra | 300 |
| 12/21/2010 | The Good Hope School | 2500 |
| 12/21/2010 | United Way of St. Thomas-St. John | 3500 |
| 12/21/2010 | Lutheran Social Services of the V.I. | 2850 |
| 12/21/2010 | We Grow Food, Inc. | 1000 |
| | Total charitable expenditures | 104464 |

**Academic Scholarship Program**

| | | |
|---|---|---|
| 06/03/2010 | Old Dominion University - IEKHS scholarship | 10000 |
| 06/03/2010 | North Carolina A & T University - CAHS Scholarship | 10000 |
| | | 20000 |

| | |
|---|---|
| | 124464 |