# EXHIBIT 206

**Date:** Tuesday, August 7 2012 05:31 PM
**Subject:** Re: VIPD Training,
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh <███████@yahoo.com>;

face to face

On Tue, Aug 7, 2012 at 11:17 AM, Cecile de Jongh <███████@yahoo.com> wrote:

Suspicion locally? My thought was that this would be ok because it is specifically homicide training.

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

🌍 Please consider the environment before printing this e-mail.

> **From:** Jeffrey Epstein <jeevacation@gmail.com>
> **To:** Cecile de Jongh <███████@yahoo.com>
> **Sent:** Tuesday, August 7, 2012 1:00 PM
> **Subject:** Re: VIPD Training,
>
> timing. ? I always would like to support these things.   in the past. it was looked upon with suspicioun.
>
> On Mon, Aug 6, 2012 at 2:32 PM, Cecile de Jongh <███████@yahoo.com> wrote:
>
> K
>
> With warm regards,
>
> Cecile
>
> DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

CONFIDENTIAL                                                        ESTATE_JPM025237

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

🌍 Please consider the environment before printing this e-mail.

---

**From:** Jeffrey <jeevacation@gmail.com>
**To:** Cecile de Jongh <████████@yahoo.com>
**Sent:** Monday, August 6, 2012 4:08 PM
**Subject:** Re: VIPD Training,

Yes but let's talk

Sorry for all the typos .Sent from my iPhone
On Aug 6, 2012, at 12:01 PM, Cecile de Jongh <████████@yahoo.com> wrote:

> Would you have any interest in funding this? See email below.
>
> With warm regards,
>
> Cecile
>
> DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.
>
> "Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln
>
> 🌍 Please consider the environment before printing this e-mail.
>
> ----- Forwarded Message -----
> **From:** Sebastiano Paiewonsky-Cassinelli <████████@yahoo.com>
> **To:** Cecile de Jongh <████████@yahoo.com>; Joe Aubain <████████@yahoo.com>
> **Sent:** Monday, August 6, 2012 2:53 PM
> **Subject:** FW: VIPD Training,
>
> Any thoughts?
>
> **From:** Roger Dewey <████████@stxfoundation.org>
> **Date:** Monday, August 6, 2012 2:28 PM
> **To:** Sebastiano Paiewonsky-Cassinelli <████████@yahoo.com>
> **Subject:** VIPD Training,

CONFIDENTIAL
ESTATE_JPM025238

Sebastiano,

The St. Croix Foundation has developed a partnership with the New York State Police Academy to send two VI officers to their week long world renown Homicide Investigation Training Program. This is by invitation only. We have mainly have sent St. Croix Officers but have included St. Thomas officers in the past. We want to make this available to two St. Thomas officers this year. You can review the training on their website. (Williams Homicide Training Course) It is September 15-20 in Albany.

We need to Department to identify two officers, and the registration must be done by close of business Wednesday. (Registration ends Friday and I am leaving on vacation Thursday.) I am not sure of the exact cost, but the registration fee is usually $800/attendee and we pay airfare and the first night hotel. The total has been approximately $3500-4000 each year. We can register them on line from my office but need to have a source to fund all this. (My VIPD fund that we manage is depleted.) In the past, however, we have subsequently charged the VIPD training division and gotten reimbursed and created a revolving fund for subsequent years.

We look forward to working with you.

Roger
------
Roger W. Dewey
President
St. Croix Foundation
http://www.stxfoundation.org/

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM025240