# EXHIBIT 207

```
             UNITED STATES DISTRICT COURT FOR THE

                  SOUTHERN DISTRICT OF NEW YORK

    ------------------------------
    GOVERNMENT OF THE UNITED
    STATES OF AMERICA,

         Plaintiff,

    v                                    Case No. 1:22-cv-10904-UA

    JPMORGAN CHASE BANK, N.A.,

         Defendant,
    ------------------------------




                            CONFIDENTIAL

                       VIDEOTAPED DEPOSITION OF

                         STACEY E. PLASKETT

                        Tuesday, May 9, 2023

                           9:00 a.m. EST






    Reported by:  Goldy Gold, RPR

    Job No. J9647388
```



```
 1                STACEY PLASKETT - CONFIDENTIAL
 2         Q.     What was your book going to be?                  09:23
 3         A.     It was going to be a historical book             09:23
 4   about earlier life, maybe a generation or so ago,             09:23
 5   in the Virgin Islands.                                        09:23
 6         Q.     And what was the law firm that you               09:23
 7   worked for initially?                                         09:24
 8         A.     I worked with Nichols Newman Logan.              09:24
 9         Q.     And how long were you with Nichols               09:24
10   Newman Logan?                                                 09:24
11         A.     I was there until 2007.                          09:24
12         Q.     Which was how -- I didn't ask you                09:24
13   actually when you first moved down?                           09:24
14         A.     I think I moved down in 2005, so                 09:24
15   approximately two years.                                      09:24
16         Q.     Okay.  And what kind of work were                09:24
17   you doing at Nichols Newman for those two years?              09:24
18         A.     Primarily transactional.  And also               09:24
19   in the Virgin Islands at that time, all attorneys             09:24
20   did court-appointed work.  Most of the lawyers in             09:24
21   the firm were not courtroom attorneys, and so I               09:24
22   did a lot of the courtroom appearances for the                09:24
23   law firm.                                                     09:24
24         Q.     Okay.  And then 2007, you moved to a             09:24
25   new job?                                                      09:24
```



```
 1              STACEY PLASKETT - CONFIDENTIAL
 2       A.     Yes.                                            09:24
 3       Q.     What was that?                                  09:24
 4       A.     I was hired as the counsel for the              09:24
 5  Virgin Islands Economic Development Authority.              09:25
 6              (Court reporter clarification.)
 7  BY MR. NEIMAN:                                              09:25
 8       Q.     What is the Virgin Islands Economic             09:25
 9  Development Authority?                                      09:25
10       A.     The Virgin Islands Economic                     09:25
11  Development Authority is a semi-autonomous agency           09:25
12  in the Virgin Islands, which handles many                   09:25
13  incentives to bring as well as grow businesses in           09:25
14  the territory through various vehicles:  A                  09:25
15  government development bank, which gives loans to           09:25
16  businesses, small businesses predominantly; a tax           09:25
17  incentive program under the U.S. code, which                09:25
18  allows businesses and individuals to receive tax            09:25
19  reductions on federal taxes for businesses and              09:25
20  employment that they bring to the territory.                09:25
21       Q.     And you described this as a                     09:25
22  semi-autonomous agency?                                     09:26
23       A.     Correct.                                        09:26
24       Q.     Can you explain what you meant by               09:26
25  that?                                                       09:26
```



```
 1            STACEY PLASKETT - CONFIDENTIAL
 2   you were going to run for Congress again?                11:04
 3        A.     When I lost.                                 11:04
 4        Q.     Okay.  And when you went to work for         11:04
 5   the Kellerhals firm, how long did you work there?        11:04
 6        A.     I don't recall the time frame, but           11:04
 7   it would have been 2013.                                 11:04
 8        Q.     I know that in the past, at least,           11:04
 9   Ms. Kellerhals had done work for Mr. Epstein             11:04
10   and/or his companies.                                    11:04
11               Did you, while you were at the firm,         11:04
12   do any work for Epstein or any Epstein-related           11:04
13   businesses?                                              11:04
14        A.     I don't recall.                              11:04
15        Q.     What kind of work did you do at the          11:04
16   firm?                                                    11:04
17        A.     Predominantly transactional for              11:04
18   companies that were in the Virgin Islands and for        11:04
19   a few advice related to the economic development.        11:05
20        Q.     And I take it that Epstein and his           11:05
21   businesses remained a client of the Kellerhals
22   firm during the time that you were there; is that        11:05
23   fair?                                                    11:05
24        A.     Yes.                                         11:05
25        Q.     All right.  Let's talk about a               11:05
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1             STACEY PLASKETT - CONFIDENTIAL
 2        A.    I don't recall.
 3        Q.    Did you talk to Mr. Epstein about
 4   this press release?
 5        A.    I don't recall.
 6        Q.    Just going back to the press release
 7   for a moment.  I'm sorry.
 8              You'll see in the third paragraph,
 9   there's a description of you having received
10   $5,400 in two separate contributions from Epstein
11   on August 2nd, according to federal campaign
12   finance records, right?
13        A.    Yes.
14        Q.    And that was true, right?  You had
15   gotten two donations from Mr. Epstein personally
16   on or about August 2nd of 2016?
17        A.    Yes, totaling $5,400.
18        Q.    Okay.  And that was -- so August 2nd
19   was about two weeks after the text exchange with
20   Erika about what building you should be going to
21   for a meeting with Mr. Epstein, right?  That's
22   Exhibit 20?
23        A.    State the date again?
24        Q.    I said it's about two weeks after --
25        A.    Yes.
```



```
 1              STACEY PLASKETT - CONFIDENTIAL
 2       A.     Virgin Islands' politics, national          02:16
 3  politics, campaign contribution.                        02:16
 4       Q.     Okay.  Do you remember what your ask        02:16
 5  was?                                                    02:16
 6       A.     No.                                         02:16
 7       Q.     Were you trying to raise money for          02:16
 8  the DCCC at this time?                                  02:17
 9       A.     I think I was always trying to raise        02:17
10  money for the Democratic Congressional Campaign         02:17
11  Committee.                                              02:17
12       Q.     That's one of the jobs of being a           02:17
13  Democratic congressperson, correct?                     02:17
14       A.     Yes.                                        02:17
15       Q.     And you had a total of $250,000 that        02:17
16  you were supposed to try to raise?                      02:17
17       A.     Members of Congress, based upon             02:17
18  their seniority and committee assignments, have         02:17
19  dues as well as raise amounts that are requested.       02:17
20       Q.     And do you recall yours being around        02:17
21  $250,000 in this time period?                           02:17
22       A.     I don't recall at that time period          02:17
23  what it was, but that does not sound                    02:17
24  unreasonable.                                           02:17
25       Q.     It does not sound unreasonable?             02:17
```



```
 1             STACEY PLASKETT - CONFIDENTIAL                  02:17
 2        A.    No.                                            02:17
 3        Q.    Okay.  And that's a lot of money?              02:17
 4        A.    Yes.                                           02:17
 5        Q.    So who were your prospects for                 02:17
 6   raising that kind of money?                               02:17
 7        A.    Individuals who had donated before,            02:17
 8   alumni, individuals who were interested in the            02:17
 9   same topics for which committees I sat on, other          02:18
10   Democratic donors throughout the country,                 02:18
11   et cetera.                                                02:18
12        Q.    Was Mr. Epstein on that list of                02:18
13   people who would be a potential help in raising           02:18
14   money for the DCCC?                                       02:18
15        A.    Yes.                                           02:18
16        Q.    Did you ask him to contribute to               02:18
17   that?                                                     02:18
18        A.    Yes.                                           02:18
19        Q.    Was that part of what was discussed            02:18
20   at this meeting in September?                             02:18
21        A.    I don't recall if it's that                    02:18
22   specific, but it's possible, yes.                         02:18
23        Q.    Are there limits to the amount that            02:18
24   any individual can donate to the DCCC?                    02:18
25        A.    Yes.                                           02:18
```



```
                STACEY PLASKETT - CONFIDENTIAL
 1
 2       Q.    What are the limits?                             02:18
 3       A.    At that time, I believed an                      02:18
 4  individual could give over 30,000.  I can't                 02:18
 5  remember the exact amount, but it was in the                02:18
 6  range of 30,000.                                            02:18
 7       Q.    How much did you ask Mr. Epstein to              02:18
 8  give?                                                       02:18
 9       A.    To the maximum, whatever that                    02:18
10  maximum was.                                                02:19
11       Q.    Okay.  How do you get somebody to                02:19
12  give that much money?                                       02:19
13       A.    You ask them.                                    02:19
14       Q.    Okay.  Did Mr. Epstein ever ask for              02:19
15  anything from you?                                          02:19
16       A.    No.                                              02:19
17             MR. NEIMAN:  Let me know mark now as             02:19
18       Plaskett Exhibit 40, a one-page text                   02:19
19       exchange.                                              02:20
20             [Exhibit 40, September 2018 text                 02:20
21       exchange, was marked for identification.]              02:20
22  BY MR. NEIMAN:                                              02:20
23       Q.    All right.  Ms. Plaskett, I've                   02:20
24  handed you Exhibit 40, which is a text exchange             02:20
25  between you and Jerome, your chief of staff, in             02:20
```



```
 1              STACEY PLASKETT - CONFIDENTIAL
 2   Jeffrey Epstein, right?                                       02:25
 3          A.      Yes.  I believe I'm instructing                02:25
 4   Jerome to send it to Erika and to let her know                02:25
 5   about the conversation I had with him about it.               02:25
 6          Q.      With the idea that she would then              02:25
 7   reach out to Mr. Epstein to arrange the                       02:25
 8   contribution?                                                 02:25
 9          A.      Yes.                                           02:25
10          Q.      And do you recall that the DCCC                02:25
11   rejected Mr. Epstein's contribution?                          02:26
12          A.      Yes.                                           02:26
13          Q.      Tell me what you remember about                02:26
14   that.                                                         02:26
15          A.      To the best of my recollection, I              02:26
16   recall that I was informed by my chief of staff               02:26
17   that the DCCC informed him that Mr. Epstein's                 02:26
18   contribution would not be accepted by the DCCC.               02:26
19          Q.      What did you do when you heard that?           02:26
20          A.      I'm not sure who -- if I can recall            02:26
21   who I reached out to at that point to inform.                 02:26
22          Q.      Okay.  Did you do anything to try to           02:26
23   find out why the Democratic Congressional                     02:26
24   Campaign Committee had rejected Mr. Epstein's                 02:26
25   donation?                                                     02:26
```



```
 1              STACEY PLASKETT - CONFIDENTIAL
 2        A.    I don't recall if it was already                02:26
 3  expressed to me in his letting me know that it
 4  was denied or if I got additional information.  I           02:26
 5  don't recall.                                               02:27
 6        Q.    Do you recall what you learned was              02:27
 7  the reason why the DCCC would not accept                    02:27
 8  Mr. Epstein's contribution?                                 02:27
 9        A.    Yes.                                            02:27
10        Q.    What was that?                                  02:27
11        A.    That he had not passed their                    02:27
12  vetting.                                                    02:27
13        Q.    What did you understand that to be a            02:27
14  reference to?                                               02:27
15        A.    I did not know the specifics of what            02:27
16  that vetting was.                                           02:27
17        Q.    Did you assume that it related to               02:27
18  his status as a sex offender?                               02:27
19              MR. ECKARD:  Object to form.                    02:27
20              THE WITNESS:  I was not sure of the             02:27
21        totality of the circumstances.                        02:27
22  BY MR. NEIMAN:                                              02:27
23        Q.    Did learning that the DCCC had                  02:27
24  declined to accept Mr. Epstein's contribution               02:27
25  because he had not passed their vetting cause you           02:27
```



```
 1              STACEY PLASKETT - CONFIDENTIAL
 2         record at 4:21.                                  04:22
 3   BY MR. NEIMAN:                                         04:22
 4         Q.    All right.  Congresswoman, this            04:22
 5   won't take too much longer.                            04:22
 6               MR. NEIMAN:  I'm going to hand you a       04:22
 7         document that's marked as Plaskett               04:22
 8         Exhibit 54.                                      04:22
 9               [Exhibit 54, 2014 to 2020 donor            04:22
10         list, was marked for identification.]            04:22
11               MR. ECKARD:  Counsel, this one             04:22
12         doesn't have a Bates number.  Was it             04:22
13         produced?                                        04:22
14               MR. NEIMAN:  Yes.  This was produced       04:22
15         as a native.                                     04:22
16   BY MR. NEIMAN:                                         04:22
17         Q.    So, Congresswoman, you were asked          04:22
18   some questions about the number of donors that        04:22
19   you have and the like by Mr. Ackerman, and I just     04:22
20   want to show you your actual list that you             04:22
21   produced of your donors, at least from the 2014       04:22
22   cycle through the 2020 cycle.  Okay?                   04:22
23               Do you see that?                           04:23
24         A.    Yes.                                       04:23
25         Q.    And what we've done is we've              04:23
```



```
 1              STACEY PLASKETT - CONFIDENTIAL
 2   highlighted the particular individuals on this              04:23
 3   list who are either Epstein or Epstein-affiliated           04:23
 4   persons who made contributions to your campaign             04:23
 5   in those cycles.  Okay?                                     04:23
 6          A.     I'm looking through it.                       04:23
 7          Q.     Yes.  Let me know when you're ready.          04:23
 8          A.     Okay.  Yes.                                   04:23
 9          Q.     And you can see on page 3 that                04:23
10   Mr. Epstein appears as a donor, and that his                04:23
11   lifetime total to your campaigns for the 2014               04:23
12   through 2020 campaign cycles was $8,100                     04:23
13   personally, correct?                                        04:24
14          A.     I see that number, yes.                       04:24
15          Q.     And then if you look at the next              04:24
16   page, you can that Lesley Groff, who you                    04:24
17   corresponded with in connection with Mr. Epstein,           04:24
18   also donated to your campaign?                              04:24
19          A.     Yes.                                          04:24
20          Q.     And she donated 2,600.  Do you see            04:24
21   that?                                                       04:24
22          A.     Yes, I see that.                              04:24
23          Q.     And then if you look at the next              04:24
24   page after that, you can see that Darren Indyke,            04:24
25   who we saw was the person who presented on behalf           04:24
```



|    |                                                                      |       |
|----|----------------------------------------------------------------------|-------|
| 1  | STACEY PLASKETT - CONFIDENTIAL                                       |       |
| 2  | of FTC, seeking a tax -- extension of tax breaks                     | 04:24 |
| 3  | from the development authority while you were                        | 04:24 |
| 4  | there, gave $10,700 to your campaign.                                | 04:24 |
| 5  | Do you see that?                                                     | 04:24 |
| 6  | A.    Yes.                                                           | 04:24 |
| 7  | Q.    And that Mr. Kahn, who is also                                 | 04:24 |
| 8  | associated with Mr. Epstein, gave $10,700 to your                    | 04:24 |
| 9  | campaign as well.                                                    | 04:24 |
| 10 | Do you see that?                                                     | 04:24 |
| 11 | A.    Okay.  I see.                                                  | 04:24 |
| 12 | Q.    And that Bella Klein, who is                                   | 04:25 |
| 13 | described in this document as Darren Indyke's                        | 04:25 |
| 14 | administrative assistant, also donated $2,600 to                     | 04:25 |
| 15 | your campaign?                                                       | 04:25 |
| 16 | A.    I see that.                                                    | 04:25 |
| 17 | Q.    So across those five people, there's                           | 04:25 |
| 18 | total donations in excess of $30,000, correct?                       | 04:25 |
| 19 | A.    I'm adding that up.  That sounds                               | 04:25 |
| 20 | correct.                                                             | 04:25 |
| 21 | Q.    Did you have any other contributor                             | 04:25 |
| 22 | who donated either directly themselves, or by                        | 04:25 |
| 23 | themselves, and with a group of people associated                    | 04:25 |
| 24 | with them, more than $30,000?                                        | 04:25 |
| 25 | MR. ACKERMAN:  Objection to form.                                    | 04:25 |

