# EXHIBIT 220

**Date:** Monday, November 10 2014 02:52 PM
**Subject:** Problem
**From:** Cecile de Jongh <███████@yahoo.com>
**To:** J E <jeevacation@gmail.com>;

Hi Jeffrey,

The Mapp campaign is going to take the $ that you gave to attack John. Celestino, Seb and others are against this. This is McGee pushing this. Can we stop payment on the check to send a message? Mapp was happy to stay positive but McGee is insisting and has ordered ads doing this.

With warm regards,

Cecile de Jongh
Sent from my iPhone

CONFIDENTIAL

ESTATE_JPM023608