# EXHIBIT 221

| | |
|---|---|
| From: | Cecile de Jongh [██████@yahoo.com] |
| Sent: | 9/1/2016 7:42:59 PM |
| To: | jeffrey E. [jeevacation@gmail.com] |
| CC: | Richard Kahn [██████@gmail.com]; Daphne Wallace [██████]; Governor Kenneth E. Mapp [govkenmapp@go.vi.gov] |
| Subject: | Re: |
| Importance: | High |

What is the name of the super PAC?

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Sep 1, 2016, at 1:30 PM, jeffrey E. <jeevacation@gmail.com> wrote:

prepare a check for mapps super pac . for 75k. . his assisant wien farrell will pick up tomorw.

--
please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM012505