# EXHIBIT 222

**Date:** Thursday, December 18 2014 06:15 PM
**Subject:** Fw: Inaugural Committee
**From:** Cecile de Jongh <███████@yahoo.com>
**To:** JEE <jeevacation@gmail.com>;

Jeffrey,

I just want to confirm that you want to donate $10,000 to the Mapp-Potter Inaugural committee and that it should come from Southern Trust.

With warm regards,
Cecile

On Thursday, December 18, 2014 6:43 AM, Sebastiano Paiewonsky Cassinelli <███████@yahoo.com> wrote:

Hi Cecile,

It was nice chatting with you.

Regarding a contribution to the Mapp-Potter Inaugural Committee, we would welcome any donation that Mr. Epstein would be so inclined to make.

Best,

Seb