# EXHIBIT 232

**From:** Cecile de Jongh [█████@yahoo.com]
**Sent:** 2/5/2014 5:16:41 PM
**To:** Jeffrey Epstein [jeevacation@gmail.com]
**Subject:** Re: Financial Trust - Compliance Reports

**Importance:** High

He said that he would meet with Sandra Bess and Stephanie Barry to go over protocols and get back to me. I am ████████████████████████ so will call you when I am clear of them.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Feb 5, 2014, at 10:14 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

what does he propose, this is not right

On Tue, Feb 4, 2014 at 8:39 PM, Cecile de Jongh <█████@yahoo.com> wrote:
Jeffrey,

Please see the attached audit report from the EDC for FTC, Inc. I spoke to Percy Clouden about the fact that we were never notified that we were being audited and never received a letter. He agreed that they were holding us to the renewal certificate requirements in 2009 when we did not get the renewal and its terms until 10/14/10. We were operating under the original certificate for all of 2009 because we did not know what the terms of the renewal were until October of 2010. We never got a letter in June of 2013 requesting information, never.

They are also holding us to a complete year in 2012 when we ceased operations in March, 2012. We are working on a response but I am not happy about this going in a formal letter without us having the opportunity to clear up their faulty premises. We got no phone call, no visit and no correspondence accept the letters we received this afternoon.

The documentation that they note as missing is in out files with stamped receipts from the EDC.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

Begin forwarded message:

Good afternoon Mrs. deJongh,

Attached for your review and response are two Financial Trust Company compliance reports for the periods:

CONFIDENTIAL                                                                                       ESTATE_JPM011964

- January 1, 2007 to December 31, 2008 and
- January 1, 2009 to March 23, 2013.

Please note these reports have also been sent to you via the US Post Office.

Should you require assistance, do not hesitate to contact us.

Sandra Bess
*Compliance Officer*
Email: sbess@usvieda.org
Phone: 340-714-1700 Ext 240
Fax: 340-774-8106
www.usvieda.org

8000 Nisky Shopping Center, Suite 620
St. Thomas, Virgin Islands 00802

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved