# EXHIBIT 236

**Date:** Friday, September 25 2015 08:52 AM
**From:** jeffrey E. <jeevacation@gmail.com>
**To:** Cecile de Jongh <[REDACTED]@yahoo.com>;

I will play any role in this you guys like.   I can lend john the money so he immediatly has it. .  i woulld gladly be on thephone ( anonymouse ) with john  quinn and the prosecutor  offering suggestions.    25 a year for 20 years.   . . 490 now. with an income tax credit for the full amount.    250 now, and 250 in 15 years. etc

--

please note

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM022970