# EXHIBIT 237

# FILED UNDER SEAL