# EXHIBIT 238

# FILED UNDER SEAL