# EXHIBIT 239

# FILED UNDER SEAL