# EXHIBIT 240

# FILED UNDER SEAL