# EXHIBIT 241

# FILED UNDER SEAL