# EXHIBIT 242

# FILED UNDER SEAL