# EXHIBIT 243

**Date:** Wednesday, February 11 2015 06:03 PM
**Subject:** Senator White
**From:** Cecile de Jongh <███████@yahoo.com>
**To:** JEE <jeevacation@gmail.com>;

You might want to consider putting Celestino on some sort of monthly retainer. That is what will get you his loyalty and access.

With warm regards,

Cecile

CONFIDENTIAL            ESTATE_JPM021989