# EXHIBIT 244

| | |
|---|---|
| **From:** | Lesley Groff [████@gmail.com] |
| **Sent:** | 7/12/2018 3:32:46 PM |
| **To:** | Jeffrey Epstein [jeevacation@gmail.com] |
| **Subject:** | Re: Bloomberg Invite for Plaskett for Congress fundraiser |

**Importance:**   High

Sure thanks Lesley

The short answer is that because there will be a primary and a general election for the congressional race our campaign can receive $5,400 from each individual contributor. The FEC states that a candidate may receive $2,700 for each race - and because there will be a primary and a general election a contributor may write one check for $5,400 and designate on the note line $2.7k for primary; $2.7k for general.

On Jul 12, 2018, at 10:57 AM, jeffrey E. <jeevacation@gmail.com> wrote:

get maximum ampounts allowed

On Thu, Jul 12, 2018 at 10:57 AM, Lesley Groff <████@gmail.com> wrote:

Begin forwarded message:

**From:** Stacey Plaskett <████@gmail.com>
**Subject: Bloomberg Invite for Plaskett for Congress fundraiser**
**Date:** July 12, 2018 at 10:55:05 AM EDT
**To:** ████@gmail.com, Erika Kellerhals <████@kellfer.com>
**Cc:** ████@detailsconsultingllc.com

Good morning Lesley,

If you would share this invitation with Jeffrey I'd be much appreciative. I would be grateful for his support and the support of those that he may direct to assist me.
I'll be in New York City the Thursday of the event through the weekend.

Again thanks

Stacey

Begin forwarded message:

**From:** Yolonda Addison <████@detailsconsultingllc.com>
**Date:** July 11, 2018 at 3:15:09 PM EDT
**To:** LeRoy Daughter <████@gmail.com>, Stacey Plaskett <████@gmail.com>
**Cc:** Jerome Murray <████@gmail.com>
**Subject: Bloomberg Invite**

CONFIDENTIAL

Here it is! Please let me know if you would like me to send it to anyone :)

*Yolonda Addison*

*Managing Director*

*Details Consulting, LLC*

 *office*

*www.detailsconsultingllc.com*

--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM012220