# EXHIBIT 245

# FILED UNDER SEAL