# EXHIBIT 246

# FILED UNDER SEAL