# EXHIBIT 247

# FILED UNDER SEAL