# EXHIBIT 248

# FILED UNDER SEAL