# EXHIBIT 249

# FILED UNDER SEAL