# EXHIBIT 250

# FILED UNDER SEAL