# EXHIBIT 252



# EPSTEIN'S TROPIC ISLE OF BABES

By PageSix.com Staff                                       October 29, 2007 | 9:00am

THE sordid sex scandals surrounding **Jeffrey Epstein** are making waves in the Caribbean, where the billionaire owns a private 900-acre getaway and has deep financial ties to the governor of the U.S. Virgin Islands.

Epstein – soon to cop a plea to soliciting sex from teen hookers at his Palm Beach estate – is being sued by a drug-addicted, transgender model who claims he/she was pressured into having sex with Epstein at the age of 16.

Sources say the former math teacher, who owns the lush, tropical island of Little St. James, off the coast of St. Thomas, regularly ferried boatloads of young women there.

Sources also say Epstein enjoys a warm relationship with USVI Gov. **John P. deJongh Jr.** "Epstein has donated as much as $1 million to the governor's election campaign," said our source. In addition, Epstein, who runs the charitable J. Epstein Virgin Islands Foundation, employs deJongh's wife, **Cecile**, as its director. He also pays for the education of the governor's children at the exclusive Antilles School on St. Thomas.

"There is concern that the deJonghs will now be associated with a sexual predator," our insider said.

Epstein's spokesman, **Howard Rubenstein**, told Page Six that Cecile DeJongh has worked for the foundation for nine years, making less than $125,000 annually. "There's no one better to know the needs of charities on the island than this woman," he told us, adding that all of Epstein's employees, not just the deJonghs, are given free tuition for their kids.

Rubenstein said deJongh has never been to Epstein's island, although he wouldn't comment on whether Epstein has imported platoons of young babes.

"Jeffrey is proud of what he gives to charity. He's really pleased to be able to able to help people on the island with his foundation," Rubenstein said.

DeJongh's flack didn't return our call, but the governor has told the St. John Tradewinds newspaper about his wife's position: "It's just a job; that's all. I think it's highly appropriate she continue there."

**READ NEXT** MY LIFE AMONG STARS OF INDIA





EXHIBIT 20

**TRENDING NOW**

Harry, Meghan got into 'car chase' because they're too cheap for a hotel: source — 151,223

Alec Baldwin berates 'shocked' female server at gala — 53,054

Bethenny Frankel roasts Prince Harry and Meghan Markle's 'drastic' car chase — 18,499

Martha Stewart puts a spin on Kate Middleton's gold gown for Sports Illustrated party — 14,826

NOW ON
**Page Six Style**



Alicia Keys shows off curves in a colorful bikini while partying on yacht

Kate Bosworth channels 'Blue Crush' with 'playful' Roxy collaboration

Khloé Kardashian wears Kim 'get your f—king ass up and work' meme T-shirt

SEE ALL ▸

NOW ON
**DECIDER**



Jim Brown, 'Dirty Dozen' Star and NFL Legend, Dead at 87

SEE ALL ▸

**MORE STORIES**

**NYPOST**



Transgender cyclist forced to stand alone on podium after win, gets blasted by Megyn Kelly

**PAGE SIX**



Harry, Meghan got into 'car chase' because they're too cheap for a hotel: source

# Page Six

**SECTIONS & FEATURES**
- VIDEO
- PHOTOS

**NEWSLETTERS & FEEDS**
- EMAIL NEWSLETTERS
- PODCASTS
- RSS FEEDS

**CONTACT US**
- TIPS
- ADVERTISE / MEDIA KIT
- CONTACT
- VULNERABILITY DISCLOSURE PROGRAM

**FOLLOW US**

© 2023 NYP HOLDINGS, INC. ALL RIGHTS RESERVED | TERMS OF USE | PRIVACY NOTICE | SITEMAP

YOUR CALIFORNIA PRIVACY RIGHTS

VIP | Powered by WordPress VIP