# EXHIBIT 254

State of Florida
Department of Corrections - Community Corrections
## TRAVEL PERMIT/INTRASTATE TRANSFER REQUEST

Name: __Jeffrey Epstein__                    DC#: __W35755__            Date: __3/1/2010__

☐ Probation   ☒ Community Control   ☐ Drug Offender Probation   ☐ Sex Offender   ☐ Post Release   ☐ Pretrial Intervention

Offense: __Procure Person Under Age of 18 for Prostitution__                    ☒ Felony   ☐ Misdemeanor

Sentence Length: __12 months Community Control__                    Termination Date: __7-21-2010__

---

☒ **TRAVEL PERMIT** (☐ *Provisional   ☐ *Temporary)

Purpose of Trip: __Business- Legal Meetings__

Name(s), address and telephone number of destination:
__Residence - Little St. James /Office- 6100 Red Hook Quarters #B3__

Departure Date: __3/5/2010__    Return Date: __3/5/2010__    Method of Travel: __Private Plane__

Accompanied By: __Staff__                    Relationship: _____

Comments/Instructions: __Contact Probation Officer on next business day upon return.__

☒ Contact your probation officer upon return or as instructed.
☒ Report any contact with law enforcement to your probation officer immediately.
☒ Pursuant to section 775.13 Florida Statutes, if the visit to another county in the State of Florida will exceed forty-eight (48) hours and you have
   been convicted of a felony, you are instructed and required to register with the sheriff of the county you enter. Failure to comply constitutes a
   misdemeanor crime punishable by law.

Approved by: _Candice Elkins_           Phone (Office/After Hours): __561-434-3960__

Officer: __Candice Elkins__                    Supervisor: __Willie Gaines__  _[signature] 3/1/10_

---

☐ **INTRASTATE TRANSFER REQUEST**

Proposed Residence: _____

Relation: _____                    Phone: _____

Proposed Employment: _____

Supervisor: _____                    Phone: _____

**REPORTING INSTRUCTIONS:** _____

*Provisional Travel Permit: Permission for non-sex offender to return to the state offender was living in at the time of sentencing.
*Temporary Travel Permit: Permission for visits out of state for a period not to exceed thirty (30) days.

---

### WAIVER OF EXTRADITION (FOR OUT OF STATE TRAVEL ONLY)
I have been given this permission with the explicit understanding that I am to continue to follow the rules and regulations of my supervision and to
travel only to the location designated above. If I should be arrested in any other state during the period of the trip granted me, I will waive extradition
and will not resist being returned to Florida.

Offender: _[signature]_

Witness: _[signature]_



DC3-220 (Revised 8/31/09)/
Original:   DC Offender File
Copy:      Offender
Copy:      Interstate Compact (for applicable Out-of-State Travel Only)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012205

*~ living in _____ Creek ~*
*Will notify when returning to*
*Reside*

# SEXUAL OFFENDER/SEXUAL PREDATOR REGISTRATION FORM

<u>PLEASE PRINT OR TYPE</u>              FOR USE BY LAW ENFORCEMENT AGENCIES

Complete all sections, attach fingerprint card, photograph, and genetic markers when available, and submit to the Department of Justice, GERS Building, 2nd Floor, Virgin Islands.   00802

**SECTION A** – Status
[X] Sex Offender  [ ] Habitual Sexual Offender
[ ] Sex Predator
 (Court Order Required)
[ ] New Registration
[ ] Modify Data

**SECTION B** – Contributing Agency Information
Agency Name: _____
Agency Address: _____
Phone Number: ( ___ ) _____   Fax: ( ___ ) _____
Checked for Warrants: [ ] Local System    [ ] FCIC.NCIC  SYSTEM
CCH for Sex Offenses:  [ ] Yes        [ ] No

**SECTION C** – Registration Information
Name: EPSTEIN        Jeffry        E        Alias: _____  DOB: ▮▮▮  Age: 57
        Last        First        Middle                                M/D/Y
VI Driver's License#: _____  Exp. Date: _____  SSN# ▮▮▮▮▮  Race: W  SEX: M  HT: 6
WT: 190  Hair: Gry  Eyes: BL  Scars, Marks, Tattoos: _____

**SECTION D** – Legal Residence
Physical Address: LST. 6thL St. Thomas
Mailing Address: _____
Telephone: Home 340-775-26 Work: _____
Future Residence: _____

Current Temporary Residence: _____
Closest Relative: _____
Address: _____
Relationship: _____  Telephone: _____

**SECTION E** – Employment               [X] Employed    [ ] Unemployed
Employer: PLC              Contact Person: Dara Forbe.       Telephone: 340-70-2,5
Date of Employment: 1/92  Address: Red Hook

**SECTION F** – Offense Information     **VICTIM**  [ ] Adult  [X] Minor    [ ] Acquitted by Reason of Insanity

| Date of Conviction | Offense Committed | Place of Conviction | Court/Court No. | AG No. |
|---|---|---|---|---|
| 7/26/08 | Soliciting Prostitn. | Fla. | | |
| | | | | |
| | | | | |

## PLEASE READ CAREFULLY BEFORE SIGNING

**SECTION G**

As a Sexual Offender or Sexual Predator (Title 14 V.I.C. § 1721-1731) you are required by law to abide by the following:

1.    Within five (5) working day of being placed under any type of supervision in the community you must use this form to register with the V.I. Department of Justice. In the event you are moving to or returning to the USVI from another jurisdiction, you must register with the V.I. Department of Justice within five (5) days of first residing in or returning to the USVI.

2.    In the event there is a change in your permanent or temporary residence after initial registration and any subsequent changes thereafter, you must notify the V.I. Department of Justice within three (3) days after arrival at your new residence.

3.    In the event there is a change in your address outside the USVI, you must register your new address with the V.I. Department of Justice prior to departure and also register in your new jurisdiction within ten (10) days after establishing residence there if the new jurisdiction has a registration requirement.

4.    You are required to verify your address with the V.I. Department of Justice annually on the anniversary of your initial registration. If you were determined to be a sexually violent predator, you must verify your address with the V.I. Department of Justice every ninety (90) days after the date of your initial release or commencement of parole.

5.    Failure to comply with the above requirements shall subject you to a fine of not less than $3,000.00 or imprisonment for not less than three (3) months or more than two (2) years, or both.

    **Be Reminded** that even if you may not be required to register under Virgin Islands Law, under Title 1 of the Adam Walsh Act entitled the "Sexual Offender Registration and Notification Act "(SORNA), all individuals convicted of a sex offense are required to register and keep their registration current in each jurisdiction where he or she resides, is an employee and is a student.

**Registrant:**

I acknowledge that the above requirements as set forth been explained to me.

_Jeffry Epstein_     3/5/10
Signature of Registrant     Date

_Jeffry Epstein_
Print Name

**Witness:**

I certify that I specifically informed the offender of his/her duties as have set forth above and he indicated to me an understanding of those duties.

_Merlyn Petty_     3/5/10
Signature of Registrar     Date

_Merlyn Petty_
Print Name

_Atty Maria Hodge_

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

7/22/10

Contacted Florida Sex Offender Unit
at 850-410-8572  Re: Charges

Offense date 7/23/06
Charge: - Prostitution
Convicted date 6/30/08
Pled Guilty.
Wher: PalmBeach County - Florida

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012207

**Merlyn Petty**

| | |
|---|---|
| **From:** | Merlyn Petty |
| **Sent:** | Thursday, July 22, 2010 10:46 AM |
| **To:** | 'Darren Indyke' |
| **Subject:** | RE: Notification Procedures |

Mr. Indyke:

Mr.Epstein has indicated that the US Virgin Islands is his primary residence; therefore he is required to notify the Virgin Islands Registry of his desire to travel outside our jurisdiction. During our telephone conversation I told him, he can make notification via email with a copy of his traveling itinerary. I was advised that he can provide that information by email along with his temporary residence address and telephone contact number. If Mr. Epstein is in the territory he is to provide that information to the registry in person.

**From:** Darren Indyke [mailto:dkiesq@aol.com]
**Sent:** Monday, July 19, 2010 12:07 PM
**To:** mpetty@doj.vi.gov
**Cc:** mcarbon@doj.vi.gov
**Subject:** Notification Procedures

Dear Ms. Petty:

    I would like to thank you for taking the time to explain to Mr. Jeffrey Epstein and myself by telephone today the procedures required of Mr. Epstein once he arrives in the Virgin Islands in the event he should desire to temporarily leave the jurisdiction. This will confirm your advice that if Mr. Epstein should desire to leave the jurisdiction, he is to inform you by email at mpetty@doj.vi.gov, with a copy to Attorney Monica Carbon at mcarbon@doj.vi.gov, of his itinerary, providing you with a copy of the itinerary, and to also inform you upon his return to the Virgin Islands by similarly emailing you with a copy to Attorney Carbon.

Respectfully,

Darren K. Indyke
Darren K. Indyke, PLLC
301 East 66th Street, 10B
New York, New York 10065
Telephone: (212) 517-2052
Telecopier: (212) 517-7779
email: dkiesq@aol.com

7/19    Notification made the ST. Thomas 'is
        primiary residence
                            (201007 FL0001)

7/22/2010

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012208

Fax:8594108599          Jul 22 2010 12:40pm   P003/012



Registration No:  314643                Person Number:  73274

**FDLE SEXUAL PREDATOR/OFFENDER REGISTRATION FORM**

Agency Name:  Palm Beach County SO

***** Note: Your next ReRegistration month is January of 2011 *****

Registration For:   July 2010 - SEXUAL OFFENDER

## Reason For Registration

[ ] Initial Registration     [ ] Scheduled ReRegistration     [X] Information Update     [ ] Early/Late ReRegistration

## Registrant Information

Name:  JEFFREY E EPSTEIN          *SSN: ▮▮▮   DOB: ▮▮▮   Race:  White   Sex: Male
(First Middle Last, Suffix)

*Disclosure of your Social Security Number (SSN) is mandatory pursuant to Florida law, sections 775.21, 943.0435, 944.607, 985.481, F.S., and federal law, 42 USC 16901, et seq. Use of your SSN is for the purposes of identification. FDLE may share the information with the other agencies for the same purpose.

FL DL or ID Card #: ▮▮▮   Height: 6' 00 "   Weight: 180 lbs   Hair:  Grey   Eyes:  Blue

Place of Birth: United States Of America (usa)

Currently on Probation/Parole:  [X] No   [ ] Yes

Probation Type:   [ ] State          Officer Name:              Phone: (   )
                        State

            [ ] Federal       Officer Name:              Phone: (   )
                        City

            [ ] County        Officer Name:              Phone: (   )
                        County

## Out of State Travel Information (Complete if permanent or temporary address is out of state)

[X] Permanently leaving Florida to establish a residence in another state    Date of Departure: 7/20/2010
[ ] Temporarily leaving Florida to visit another state
[ ] Moving from another state to permanently establish a residence in Florida    Date of Arrival:
[ ] Visiting from another state and establishing a temporary address in Florida
[ ] Other (please describe):

| Previous Permanent Address | Current Permanent Address |
|---|---|
| 358 El Brillo Way (Address Line 1) | 6100 Red Hook Quarters Ste B3 (Address Line 1) |
| (Address Line 2) | Little St James Island (Address Line 2) |
| Palm Beach (City)  FL (State)  33480-4730 (Zip) | St Thomas (City)  YY (State)  00802 (Zip) |
| County: Palm Beach   End Date: 07/19/2010 | County: St Thomas   Start Date: 07/19/2010 |
| [ ] I am vacating this residence and have no other permanent or temporary residence as of this date: | [ ] I have no other permanent or temporary residence at this time. |

Page 1 of 6                                            2010-07-22 12:38:10 PM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012209

Fax:8504109599                              Jul 22 2010 12:40pm  P004/012

**Registration No: 314643**          **Person Number: 73274**

## Temporary Addresses     ☐ I do NOT have a temporary address

| | | | | |
|---|---|---|---|---|
| 1. | 22 Avenue Foch 2dd (Street Address) | Paris (City) | YY (State) | 00000 (Zip) |
| | County: Paris | Dates you will be at this address: From: | To: | |

| | | | | |
|---|---|---|---|---|
| 2. | 49 Zorro Ranch Rd (Street Address) | Stanley (City) | NM (State) | 87056-9743 (Zip) |
| | County: Santa Fe | Dates you will be at this address: From: | To: | |

| | | | | |
|---|---|---|---|---|
| 3. | 9 E 71st St (Street Address) | New York (City) | NY (State) | 10021-4102 (Zip) |
| | County: New York | Dates you will be at this address: From: | To: | |

| | | | | |
|---|---|---|---|---|
| 4. | 358 El Brillo Way (Street Address) | Palm Beach (City) | FL (State) | 33480-4730 (Zip) |
| | County: Palm Beach | Dates you will be at this address: From: | To: | |

| | | | | |
|---|---|---|---|---|
| 5. | (Street Address) | (City) | (State) | (Zip) |
| | County: | Dates you will be at this address: From: | To: | |

## Mailing Address
☐ Same as Permanent   ☐ Same as Temporary

9 E 71st St
(Address Line 1)

(Address Line 2)

New York                   NY      10021
(City)                     (State)  (Zip)

County: New York          End Date:

## Phone Numbers     Please note: The registrant has reported additional phone numbers not displayed here.
☐ I do NOT have or use any home or mobile phone numbers

| | Phone Number: | Phone Type: |
|---|---|---|
| 1. | (561) 655-7621 | Home |
| 2. | (561) 655-7626 | Home |
| 3. | (561) 601-4589 | Mobile |
| 4. | (505) 220-5911 | Work |
| 5. | (505) 991-0024 | Work |

## Employment     ☐ I am currently unemployed.

| | | | | |
|---|---|---|---|---|
| 1. | Employer: F T C | Occupation: Owner | Start Date: | |
| | Address: 6100 Redhook Quarter Ste B3 (Street Address) | St Thomas (City) | YY (State) | 00802 (Zip) |
| | County: Us Virgin Islands | Contact Person: | | |

| | | | | |
|---|---|---|---|---|
| 2. | Employer: | Occupation: | Start Date: | |
| | Address: (Street Address) | (City) | (State) | (Zip) |
| | County: | Contact Person: | | |

| | | | | |
|---|---|---|---|---|
| 3. | Employer: | Occupation: | Start Date: | |
| | Address: (Street Address) | (City) | (State) | (Zip) |
| | County: | Contact Person: | | |

2010-07-22 12:38:10 PM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                          VI-JPM-000012210

**Registration No:  314643**          **Person Number:  73274**

**Vehicles**

☐ I do NOT own any vehicles at this time or mobile home.
Please list those registered here, owned, rented, or otherwise in your care or control.

| # | (Year) | (Make) | (Model) | (Color/Color Scheme) | (Vehicle Type) |
|---|--------|--------|---------|----------------------|----------------|
| 1. | 2000 | Chevrolet | Surburban | Black | Truck |
|   | (License Tag #)     (State) | This vehicle is: ☒ NOT used as a residence   ☐ Used as a residence | | | |
| 2. | 2007 | Other | Other | Black | Truck |
|   | (License Tag #)     (State) | This vehicle is: ☒ NOT used as a residence   ☐ Used as a residence | | | |
| 3. | 2010 | Chevrolet | Surburban | Black | Truck |
|   | (License Tag #)     (State) | This vehicle is: ☒ NOT used as a residence   ☐ Used as a residence | | | |
| 4. | 2005 | Cadillac | Other | Black | Truck |
|   | (License Tag #)     (State) | This vehicle is: ☒ NOT used as a residence   ☐ Used as a residence | | | |
| 5. | 2004 | Chevrolet | Surburban | Black | Truck |
|   | (License Tag #)     (State) | This vehicle is: ☒ NOT used as a residence   ☐ Used as a residence | | | |

**Vessels**

☐ I do NOT own any vessels at this time.
Please list those registered here, owned, rented, or otherwise in your care or control.

| # | (Year) | (Vessel Type) | (Color/Color Scheme) | (Name of Vessel) |
|---|--------|---------------|----------------------|-------------------|
| 1. | 2001 | Other | White | Lady G2 |
|   | (Registration #) | This vessel is: ☒ NOT used as a residence   ☐ Used as a residence | | |
| 2. | 2000 | Other | White | Calypso |
|   | (Registration #) | This vessel is: ☒ NOT used as a residence   ☐ Used as a residence | | |
| 3. | 1984 | Other | White | Lady G |
|   | (Registration #) | This vessel is: ☒ NOT used as a residence   ☐ Used as a residence | | |
| 4. | 2000 | Other | Red | Nana |
|   | (Registration #) | This vessel is: ☒ NOT used as a residence   ☐ Used as a residence | | |
| 5. | 1998 | Other | Blue | Lady K |
|   | (Registration #) | This vessel is: ☒ NOT used as a residence   ☐ Used as a residence | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                      VI-JPM-000012211

Fax:8504108599          Jul 22 2010 12:41pm   P006/012

Registration No: 314643          Person Number: 73274

## Campus Activity          [X] I am NOT a student, employee, or volunteer at a university or institution of higher learning.

1. [ ] Student  [ ] Employee  [ ] Volunteer

University/School Name: _____  Campus: _____

Start Date: _____  End Date: _____

Address: _____

  (Street Address)                              (City)                    (State)   (Zip)

County: _____  Employer: _____  Contact: _____

2. [ ] Student  [ ] Employee  [ ] Volunteer

Start Date: _____  End Date: _____

University/School Name: _____  Campus: _____

Address: _____

  (Street Address)                              (City)                    (State)   (Zip)

County: _____  Employer: _____  Contact: _____

3. [ ] Student  [ ] Employee  [ ] Volunteer

Start Date: _____  End Date: _____

University/School Name: _____  Campus: _____

Address: _____

  (Street Address)                              (City)                    (State)   (Zip)

County: _____  Employer: _____  Contact: _____

## Cyber Communication Accounts          [ ] I do NOT use any email addresses or instant message screen names.

| Email Addresses | Instant Message Screen Names | |
| --- | --- | --- |
| | Name: | Provider: |
| 1. leeproject@yahoo.com | 1. | |
| 2. jeevacation@gmail.com | 2. | |
| 3. | 3. | |
| 4. | 4. | |
| 5. | 5. | |

## Adjudication Information

| Date Adjudicated | Crime | Location of Adjudication/Conviction | Victim Information |
| --- | --- | --- | --- |
| 1. | | (County) , (State) | [ ] Minor  [ ] Adult  Gender: |
| 2. | | (County) , (State) | [ ] Minor  [ ] Adult  Gender: |
| 3. | | (County) , (State) | [ ] Minor  [ ] Adult  Gender: |
| 4. | | (County) , (State) | [ ] Minor  [ ] Adult  Gender: |

Were you or are you subject to registration or community notification in another state?   [ ] Yes  [X] No   If Yes, in what state? _____

Page 4 of 8                                                        2010-07-22 12:35:11 PM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                VI-JPM-000012212

**Registration No: 314643**                    **Person Number: 73274**

# NOTICE OF SEXUAL PREDATOR AND SEXUAL OFFENDER OBLIGATIONS

As a Sexual Predator (Florida Statute 775.21) or Sexual Offender (Florida Statute 943.0435, 944.607, or 985.481) where **"Permanent residence"** means a place where the person abides, lodges, or resides for 5 or more consecutive days, and **"Temporary residence"** means a place where the person abides, lodges, or resides for a period of 5 or more days in the aggregate during any calendar year and which is not the person's permanent address; or, for a person whose permanent residence is not in this state, a place where the person is employed, practices a vocation, or is enrolled as a student for any period of time in this state, I understand that I am required by law to abide by the following: **FAILURE TO COMPLY WITH ANY OF THE FOLLOWING REQUIREMENTS IS A FELONY OF THE THIRD DEGREE (UNLESS OTHERWISE NOTED)**

1. I must report **in person** to the local Sheriff's Office within 48 hours of establishing or maintaining a residence in the state of Florida or within 48 hours of release from custody and/or supervision of Department of Corrections (DOC), Department of Children and Family Services (DCFS) or Department of Juvenile Justice (DJJ) to register my temporary or permanent address.

2. Within 48 hours after the initial report required as stated in requirement #1 above, I must report **in person** the driver's license office of the Department of Highway Safety and Motor Vehicles (DHSMV) to obtain a valid Florida driver's license or identification card displaying one of the following designations **"775.21, F.S."** or **"943.0435, F.S."**, unless a driver's license or identification card with such designation was previously secured or updated while under supervision of DOC, DCFS or DJJ and there have been no changes to my address, name or designation (Florida Statute 322.212).

3. I must report **in person** either twice a year (during the month of my birth and during the sixth month following my birth month) **or four times per year (once during the month of my birth and every 3rd month thereafter)**, depending upon my offense/designation, to the Sheriff's Office in the county in which I reside or am otherwise located to reregister.

*NOTE: Unless otherwise notified by the Florida Department of Law Enforcement (FDLE), Sexual Offenders that were not adjudicated delinquent are required to reregister twice a year. All Sexual Predators are required to reregister four times a year and all Sexual Offenders adjudicated delinquent are required to reregister four times a year.*

| [X] I AM REQUIRED TO REREGISTER TWO TIMES A YEAR; I MUST REREGISTER AS NOTED BELOW. {Sexual Offenders (943.0435), unless otherwise notified by FDLE} | | | | [ ] I AM REQUIRED TO REREGISTER FOUR TIMES A YEAR; I MUST REREGISTER AS NOTED BELOW. {Sexual Predators (775.21) and Sexual Offenders (985.481), unless otherwise notified by FDLE} | | | |
|---|---|---|---|---|---|---|---|
| Month of Birth | I must reregister in: | Month of Birth | I must reregister in: | Month of Birth | I must reregister in the months of: | Month of Birth | I must reregister in the months of: |
| Jan | Jan & July | July | Jan & July | Jan | Jan, April, July & Oct | July | Jan, April, July & Oct |
| Feb | Feb & Aug | Aug | Feb & Aug | Feb | Feb, May, Aug, & Nov | Aug | Feb, May, Aug, & Nov |
| Mar | Mar & Sept | Sept | Mar & Sept | Mar | Mar, June, Sept & Dec | Sept | Mar, June, Sept & Dec |
| April | April & Oct | Oct | April & Oct | April | April, July, Oct & Jan | Oct | April, July, Oct & Jan |
| May | May & Nov | Nov | May & Nov | May | May, Aug, Nov & Feb | Nov | May, Aug, Nov & Feb |
| June | June & Dec | Dec | June & Dec | June | June, Sept, Dec & Mar | Dec | June, Sept, Dec & Mar |

2010-07-22 12:38:11 PM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012213

Fax:8504108599                    Jul 22 2010 12:41pm    P008/012

**Registration No: 314643**                    **Person Number: 73274**

4. Within 48 hours, after any change of address in permanent or temporary residence, change of name due to marriage or other legal process, or when my driver's license is subject to renewal, I must report that information **in person** to the driver's license office of the Department of Highway Safety and Motor Vehicles to obtain and maintain a valid Florida driver's license or identification card.

5. If I live in another state, but work or attend school in Florida, I MUST register my work or school address as a temporary address within 48 hours by reporting **in person** to the local Sheriff's Office. I must also obtain and maintain a valid Florida driver's license or identification card.

6. If I intend to establish residence in another state or jurisdiction other than the State of Florida, I must report **in person** to the local Sheriff's Office to notify of my intention to do so within 48 hours prior to leaving.

7. If I later decide to remain in this state (see #6 above), I must report **in person** back to the local Sheriff's Office to notify of my intention to remain in Florida. This report must occur within 48 hours after the date I indicated that I would leave. **Failure to comply with this requirement is a felony of the second degree.**

8. If I move from a permanent residence and do not have another permanent or temporary residence, I must report this change **in person** to the Sheriff's Office within 48 hours. I must update all registration information and provide an address or location that I will occupy until I establish a residence.

9. If I later decide to remain at the permanent residence (see #8 above), I must report **in person** back to the Sheriff's Office to notify of my intention. This report must occur within 48 hours after the date that I indicated that I would leave the permanent residence. **Failure to comply with this requirement is a felony of the second degree.**

10. I MUST respond to any address verification correspondence from FDLE within three weeks of the date of the correspondence.

11. If I am employed, carry on a vocation, am a student, or become a resident of another state I must also register in that state.

12. If I am enrolled, employed, or carrying on a vocation at an institution of higher education in this state, I shall also provide the name, address, and county of each institution, including each campus attended, and my enrollment or employment status. I shall report each change in enrollment or employment status **in person** at the Sheriff's Office within 48 hours after any change in status.

13. I MUST report any electronic mail address or instant message name, prior to using such, during registration/ reregistration and provide all updates through the online system provided by the Florida Department of Law Enforcement.

## PLEASE READ CAREFULLY BEFORE SIGNING

**As a Sexual Predator (*Florida Statute 775.21*) or Sexual Offender (*Florida Statute 943.0435, 944.607 or 985.481*), you are required by law to abide by those requirements listed on this form. By signing below, you acknowledge that you have read or have been read all the requirements on this form, AND that you understand these requirements.**

**YOU ARE REQUIRED TO REREGISTER EACH YEAR AT THE SHERIFF'S OFFICE IN THE MONTHS OF January AND July.**

Under penalty of perjury I declare the above is true and correct.

Fingerprint

Registrant: _____    Witnessed by Reporting Officer: _____
                    Signature Required                                                    Signature Required

**Printed Name:** JEFFREY E EPSTEIN    **Date:** 07/19/2010    **Printed Name:** veronica english    **Date:** 07/19/2010

**\* OFFICIAL DOCUMENT   DO NOT DESTROY \***

**\*\*\*\*\* NOTE: Your next ReRegistration month is January of 2011. \*\*\*\*\***

Page 8 of 8                                                                            2010-07-22 12:38:11 PM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                        VI-JPM-000012214

# THE DAILY BEAST

READ THIS SKIP THAT

**PRINT**

# BLOGS & STORIES

## Billionaire Pedophile Goes Free

by *Conchita Sarnoff*

July 20, 2010 | 11:08pm

**Hedge fund mogul Jeffrey Epstein became a free man Wednesday, five years after he was first accused of sexually abusing underage girls. After months of reporting, The Daily Beast's Conchita Sarnoff reveals exclusive details of the investigation and the legal wrangling that saved him from a long prison term. She reports:**

- Palm Beach's police chief objected to Epstein's "special treatment" and gave The Daily Beast an exclusive look at his nine-hour deposition about the investigation.

- Earlier versions of the U.S attorney's charges, including a sealed 53-page indictment, could have landed Epstein in prison for 20 years.

- Victims alleged that Epstein molested underage girls from South America, Europe, and the former Soviet republics, including three 12-year-old girls brought over from France as a birthday gift.

- The victims also alleged trips out of state and abroad on Epstein's private jets, which would be evidence of sex trafficking—a much more serious federal crime than the state charges Epstein was convicted of.

- Epstein's attorneys investigated members of the Palm Beach Police Department, while others ordered private investigators to follow and intimidate the victims' families; one even posed as a police officer.

- Then-Attorney General Alberto Gonzales told The Daily Beast that he "would have instructed the Justice Department to pursue justice without making a political mess."

Film director Roman Polanski is not the only convicted pedophile to walk free this month and return to a life of privilege. On Wednesday, hedge fund manager Jeffrey Epstein completes his one-year house arrest in Palm Beach, which has been even less arduous than Polanski's time at a Swiss ski chalet.

During Epstein's term of "house arrest," he made several trips each month to his New York home and his private Caribbean island. In the earlier stage of his sentence for soliciting prostitution with a minor—13 months in the Palm Beach Stockade—he was allowed out to his office each day. Meanwhile, Epstein has settled more than a dozen lawsuits brought by the underage girls who were recruited to perform "massages" at his Palm Beach mansion. Seven victims reached a last-minute deal last week, days before a scheduled trial; each received well over $1 million—an amount that will hardly dent Epstein's $2 billion net worth.

With that, the known victims of Epstein's sexual compulsion have been officially silenced, and the case against him is closed unless new ones come forward. According to banking sources, he has been moving assets out of the U.S. and may well follow Polanski into a luxurious exile.

## Watch Jeffrey Epstein Storm Out of a Deposition When Asked About His Penis

http://www.thedailybeast.com/blogs-and-stories/2010-07-20/jeffrey-epstein-billionaire-ped...    7/22/2010

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012215

But the question remains: Did Epstein's wealth and social connections—former President Bill Clinton; Prince Andrew; former Israeli Prime Minister Ehud Barak; New Mexico Gov. Bill Richardson; and former Treasury Secretary Larry Summers were just a few of the prominent passengers on his private jets—allow him to receive only a slap on the wrist for crimes that carry a mandatory 20-year sentence? Was he able, with his limitless assets and heavy-hitting lawyers— Alan Dershowitz, Gerald Lefcourt, Roy Black, Kenneth Starr, Guy Lewis, and Martin Weinberger among them—to escape equal justice?

Michael Reiter, the former Palm Beach police chief, certainly thinks so. He gave The Daily Beast exclusive access to the transcript of his nine-hour deposition for the victims' civil suits, in which he explained how the case against Epstein was minimized by the State Attorney's Office, then bargained down by the U.S. Department of Justice, all in an atmosphere of hardball legal tactics and social pressures so intense that Reiter became estranged from several colleagues. At the time, Reiter, who retired in 2009 and now runs his own security firm, objected both to Epstein's plea agreement and to the flexible terms of his incarceration in the county jail rather than state prison. Asked during the deposition whether he thought Epstein received special treatment, he answered "yes."

In March 2005, Reiter's department, acting on a complaint from the Florida parents of a 14-year-old girl, launched an investigation that would eventually uncover a pattern of predatory behavior stretching back years and spanning several continents, knowingly enabled by Epstein's associates and employees. Two or three times a day, whenever Epstein was in Palm Beach, a teenage girl would be brought to the mansion on El Brillo Way. ("The younger the better," he instructed Haley Robson, a local teenager who was paid to bring other girls to the house, and who declared, on a police tape, that she was "like a Heidi Fleiss," the infamous California madam.) Advised that she would be giving a "massage," the girl was then pressured to remove her clothes, submit to fondling and a large vibrator, and sometimes lured into more invasive sexual contact. Each girl was paid $200 or more, depending on how far things went, by house manager Alfredo Rodriguez, who was instructed always to have $2,000 cash on hand.

The Palm Beach Police Department identified 17 local girls who had contact with Epstein before the age of consent; the youngest was 14, and many were younger than 16. And that was just at one of Epstein's many homes around the world—he also owns property in New York, Santa Fe, Paris, London, and the Caribbean. Subsequent investigation by the FBI, reaching as far back as 2001, identified roughly 40 victims, not counting Nadia Marcinkova, whom Epstein referred to as his "Yugoslavian sex slave" because he had imported her from the Balkans at age 14. Now 24,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012216

Marcinkova became a member of the household and is alleged to have participated in the sexual contact with underage girls.

Epstein quickly got wind of the investigation, and progress on the case got messy very quickly. He hired a squad of lawyers and private investigators and dispatched influential friends to pressure the police into backing off. Instead, local detectives pressed on and brought the matter to the attention of the FBI. The detectives asked their federal colleagues whether the fact that some victims appeared to have traveled out of state on Epstein's planes—plus the use of interstate phone service to arrange assignations—might be violations of the federal 2000 Trafficking Victims Protection Act, which carries a minimum sentence of 20 years. (Florida enacted the federal TVPA in 2002.)

So when State Attorney Barry Krischer, who also ran Florida's Crimes Against Children Unit, proved reluctant to mount a vigorous prosecution of Epstein, saying the local victims were not credible witnesses, Chief Reiter wrote the attorney a letter complaining of the state's "highly unusual" conduct and asking him to remove himself from the case. He did not, and the evidence his office presented to a state grand jury produced only a single count of soliciting prostitution. (Krischer has since retired and would not comment for this article.) The day after that indictment was returned, Reiter was relieved to have the FBI step in and take over the investigation.

The details that eventually emerged were often shocking and occasionally bizarre. For Epstein's birthday one year, according to allegations in a civil suit, he was presented with three 12-year-old girls from France, who were molested then flown back to Europe the next day. These same civil complaints allege that young girls from South America, Europe, and the former Soviet republics, few of whom spoke English, were recruited for Epstein's sexual pleasure. According to a former bookkeeper, a number of the girls worked for MC2, the modeling agency owned by Jean Luc Brunel, a longtime acquaintance and frequent guest of Epstein's. Brunel received $1 million from the billionaire around the time he started the agency.

The non-prosecution agreement executed between Epstein and the Department of Justice states that Epstein and four members of his staff were investigated for "knowingly, in affecting interstate and foreign commerce, recruiting enticing and obtaining by any means a person, knowing that person has not yet obtained the age of 18 years and would be caused to engage in commercial sex act"—that is, child sex trafficking. Yet the agreement allowed Epstein to plead guilty to only two lower-level state crimes, soliciting prostitution and soliciting a minor child for prostitution.

Although the police investigation was officially closed, Chief Reiter tried to stay abreast of the federal case against Epstein. He was particularly concerned that Epstein be registered as a sex offender, which was part of the final deal, and that a fund be set up to compensate his victims—which was not, although Epstein agreed to bankroll their civil lawsuits. Attorney Dershowitz says Epstein's agreement to pay attorney fees for the victims and agree to civil damage claims—without admitting guilt—amounted to "extortion under threat of criminal prosecution."

But exactly which crimes did the Department of Justice threaten to prosecute? The Daily Beast has learned that there were several earlier versions of the U.S Attorney's charges, including a 53-page indictment that, had he been convicted, could have landed Epstein in prison for 20 years. Brad Edwards, attorney for seven of the victims, confirms the existence of an earlier draft of the non-prosecution agreement, officially under seal, in which it appears that Epstein "committed, at some point, to a 10-year federal sentence." But in the end Epstein's legal team refused that deal and threatened to proceed to trial. And that's where the question of whether the case was "winnable" before a jury again came into play, according to a source in the U.S Attorney's Office, which shared the state attorney's view that the prosecution was far from a slam dunk.

For one, it was clear from the start that Epstein would spare no legal expense and that his team of veteran lawyers, whose cases ranged from O.J. Simpson to the investigation of Clinton's relationship with an intern, would play rough. When the Palm Beach police started to identify victims, according to Detective Joe Recarey's report, Dershowitz began sending the detective Facebook and MySpace posts to demonstrate that some of these girls were no angels. Reiter's deposition also states that he heard from local private investigators that Dershowitz had launched background checks on both the police chief and Det. Recarey. Dershowitz denies all of that. According to Reiter, both he and Recarey also became aware that they were under surveillance for several months, without knowing who ordered it. And the Florida victims began to complain that they and family members were being followed and intimidated by private investigators

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                      VI-JPM-000012217

who were then linked to local attorneys in Epstein's employ. In one reported instance, the private investigator claimed to be a police officer, and Reiter considered filing witness-tampering charges.

The credibility of the victims was also an issue; they had never complained of their treatment by Epstein until they were contacted by police, and they may have voluntarily returned to the Palm Beach mansion several times. Many of the girls came from disadvantaged backgrounds or broken homes, and they were susceptible to Epstein's cash, intimidation, and charm. Those who were 16 when they went to El Brillo Way would have been in their 20s by the time they took the stand, and Epstein's investigators had dredged up every instance of bad behavior in their pasts. According to an exchange in the Reiter deposition, a few of the victims had worked in West Palm Beach at massage parlors known as "jack shacks." Each new compromising detail was immediately forwarded to the State Attorney's Office, where staff met frequently with Epstein's lawyers.

The Florida statutes are clear: Any person older than 24 who engages in sexual contact with someone under the age of 18 commits a felony of the second degree. The victim's prior sexual conduct is not relevant; ignorance of her age is no defense. She needn't resist physically to cast doubt on the issue of "consent." For a child under 16, even lewd behavior short of touching is a felony of the second degree. But convincing a jury that a sexual encounter is a heinous crime is difficult if the victim can be made to appear willing and unharmed, not to mention vulgar and mercenary. It wasn't hard to imagine some of the victims quickly being discredited in court by Epstein's crack legal team, who repeatedly noted that the age of consent is lower in many other states.

But that doesn't quite explain why the Department of Justice would forgo the child-trafficking charges, which pertain regardless of a girl's attitude or character. Epstein's final sentence is so out of line with the statutory guidelines for that crime that it appears the department may have been influenced by the existence of his many powerful friends and attorneys. A highly intelligent man who once taught math at the Dalton School in New York without a bachelor's degree, Epstein has been a serious and respected player in the highest reaches of politics and philanthropy. He has made substantial contributions to political candidates, served on the Council on Foreign Relations, and donated $30 million to Harvard University.

Moreover, many of his high-powered acquaintances availed themselves of Epstein's private jets, for which the pilot logs, obtained by discovery in the civil suits, sometimes showed that bold-face names were on the same flights as underage girls. A high-profile trial threatened to splash mud over all sorts of big players, just as both Gov. Richardson and Bill Clinton's wife were running for president. Also, a hedge fund prosecution in which Epstein offered to give evidence was heating up. Alberto Gonzales, who was U.S. attorney general throughout most of the Epstein investigation and resigned just before the non-prosecution agreement was signed, told The Daily Beast that he "would have instructed the Justice Department to pursue justice without making a political mess." But that may have been an impossible mandate, given the players involved.

Instead, said attorney Brad Edwards, "Epstein committed crimes that should have jailed him for most of his life...he was jailed for only a few months." And this week he walks through his door a free man.

*Conchita Sarnoff has developed multimedia communication programs for Fortune 500 companies and has produced three current events debate television programs, The Americas Forum, From Beirut to Kabul, and a segment for The Oppenheimer Report. She is a contributor to The Huffington Post and is writing a book about child trafficking in America.*

Get a head start with the Morning Scoop email. It's your Cheat Sheet with must reads from across the Web. Get it.

For inquiries, please contact The Daily Beast at editorial@thedailybeast.com.

URL: http://www.thedailybeast.com/blogs-and-stories/2010-07-20/jeffrey-epstein-billionaire-pedophile-goes-free/p/

**PRINT**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                    VI-JPM-000012218

Fax:8504108599          Jul 22 2010 12:40pm   P001/012

 **FDLE**

| Florida Department of Law Enforcement | Florida Offender Registration & Tracking Services | Charlie Crist, *Governor* |
|---|---|---|
| | Post Office Box 1489 | Bill McCollum, *Attorney General* |
| Gerald M. Bailey | Tallahassee, Florida 32302-1489 | Alex Sink, *Chief Financial Officer* |
| *Commissioner* | 1-888-357-7332 | Charles H. Bronson, *Commissioner of Agriculture* |
| | www.fdle.state.fl.us | |

July 22, 2010

SOR Supervisor
VIRGIN ISLANDS DEPARTMENT OF JUSTICE
48B-50C KRONPRINDSENS GADE
GERS BUILDING, 2ND FLOOR
SAINT THOMAS, VI 00802

**ATTENTION:** ALL STATE SEXUAL OFFENDER REGISTRATION UNITS

Dear SOR Supervisor:

Please be advised that the below-named sexual offender in the state of Florida has announced an intention to change his place of residence and has indicated a forwarding address for your state. We have submitted the following information that can be used to obtain the offender's criminal history and fingerprints if you require them for any investigative purposes. A Florida Department of Law Enforcement flyer has been included, as well as the latest copy of this subject's Florida registration form indicating a move to your state, if available.

Name: Jeffrey E. Epstein          Sex: Male          Race: White
DOB: ███████          SSN#: ███████
Florida SID#: ███████          FBI#: ███████

| Qualifying Offense(s): Procuring A Person Under Age Of 18 For Prostitution; F.s. 796.03 | |
|---|---|
| County/State Of Conviction: PALM BEACH, FL | |
| Date Of Conviction: 06/30/2008 | County Case Number: 0809381 |
| Clerk Of Court Phone Number: (561) 355-2996 | |

| Qualifying Offense(s): Procuring A Person Under Age Of 18 For Prostitution; F.s. 796.03 | |
|---|---|
| County/State Of Conviction: PALM BEACH, FL | |
| Date Of Conviction: 06/30/2008 | County Case Number: 0809381 |
| Clerk Of Court Phone Number: (561) 355-2996 | |

**DATE RELEASED FROM PRISON/PROBATION:** 07/21/2010

| LAST REGISTERED ADDRESS IN FLORIDA: | RELOCATION OUT OF STATE ADDRESS: |
|---|---|
| 358 El Brillo Way<br>Palm Beach, FL 33480-4730 | 6100 Red Hook Quarters Ste B3<br>Little St James Islands<br>St Thomas, VI 00802 |

**ADDITIONAL INFORMATION:**

PER PALM BEACH COUNTY SHERIFF'S OFFICE (561-688-3000): Epstein is establishing his

*Service • Integrity • Respect • Quality*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012219

Fax:8504108599     Jul 22 2010 12:40pm  P002/012

SOR Supervisor
July 22, 2010
Page 2

permanent residence as the US Virgin Islands. He will be going to his temp. address in NY 07/20/2010 to 07/24/2010 and then to Paris.

If we may be of further assistance, please advise the FDLE Offender Registration & Tracking Services Unit by calling (888) 357-7332.

Sincerely,

Kristen Shipp
Florida Offender Registration & Tracking Services

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012220

## Merlyn Petty

**From:** Darren Indyke [dkiesq@aol.com]
**Sent:** Friday, July 23, 2010 11:05 AM
**To:** mpetty@doj.vi.gov
**Cc:** mcarbon@doj.vi.gov
**Subject:** Mr. Jeffrey Epstein

Ms. Merlyn Petty
Virgin Islands Department of Justice
United States Virgin Islands

Re: Mr. Jeffrey Epstein

Dear Ms. Petty:

As you are aware, the supervision of my client, Jeffrey Epstein, by the State of Florida ended on July 21, 2010.  Mr. Epstein has not yet returned to the Virgin Islands.  He has notified the Florida Department of Corrections Sex Offender Department that he would travel first to New York and then to Europe (a copy of his notification is available upon your request).

In accordance with your email to me dated July 22, 2010, this is to inform you that Mr. Jeffrey Epstein intends to depart from New York and travel to Europe this weekend for a period of three weeks.  While in Europe he can be contacted on his mobile telephone at 561-601-4569.  In addition, he may be contacted through his business office in the Virgin Islands at 340-775-2525.  We will contact you and appear in person upon Mr. Epstein's return to the Virgin Islands.

If you need to reach me for any further information, please feel free to call me at my office in New York on my direct dial telephone number 646-862-4817 or on my mobile telephone number ▮▮▮▮▮▮▮.

Respectfully,

Darren K. Indyke
Darren K. Indyke, PLLC
301 East 66th Street, 10B
New York, New York  10065
Telephone: (212) 517-2052
Direct: (646) 862=4817
Telecopier: (212) 517-7779
email: dkiesq@aol.com

7/23/2010

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**Merlyn Petty**

| | |
|---|---|
| **From:** | Maria Hodge [maria@hodgefrancois.com] |
| **Sent:** | Monday, August 09, 2010 3:50 PM |
| **To:** | mpetty@doj.vi.gov |

**Subject:** Additional Registration Information for Mr. Jeffrey Epstein

Dear Ms. Petty:  As instructed in our phone call, I am sending you the information to complete the two final items on the registration submitted by my client in your office today.

Jeffrey Epstein's Virgin Islands Driver's License Info:
License Number is: ci ▮▮▮▮▮ dd▮▮▮▮▮
issued: January 15, 2010
Expires: January 20, 2015

Jeffrey Epstein's brother's Address: ▮▮▮▮▮▮▮▮

I understand that you will insert this information in the two blank spaces and initial the inserted items, as discussed during our meeting.

Thank you again for your guidance in this matter.

Sincerely,

Maria Hodge

8/9 2010

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## SEXUAL OFFENDER/SEXUAL PREDATOR REGISTRATION FORM

PLEASE PRINT OR TYPE                                                    FOR USE BY LAW ENFORCEMENT AGENCIES

Complete all sections, attach fingerprint card, photograph, and genetic markers when available, and submit to the Department of Justice, GERS Building, 2nd Floor, Virgin Islands.   00802

**SECTION A** – Status

[X] Sex Offender  [ ] Habitual Sexual Offender

[ ] Sex Predator

(Court Order Required)

[X] New Registration

[ ] Modify Data

**SECTION B** – Contributing Agency Information

Agency Name: _____

Agency Address: _____

Phone Number: ( )_____ Fax: ( )_____

Checked for Warrants: [ ] Local System   [ ] FCIC NCIC  SYSTEM

CCH for Sex Offenses: [ ] Yes        [ ] No

**SECTION C** – Registration Information

Name: EPSTEIN   JEFFREY   EDWARD   Alias: N/A   DOB: ▓▓▓▓▓ Age: 57

    Last     First     Middle                       M/D/Y

VI Driver's License#: ▓▓▓▓▓ Exp. Date: ▓▓▓▓ SN#: ▓▓▓▓▓ Race: W   SEX: M   HT: 6'

WT: 175   Hair: Silver   Eyes: blue   Scars, Marks, Tattoos: None

**SECTION D** – Legal Residence

Physical Address: Little St. James Island, USVI   Current Temporary Residence: none

Mailing Address: 6300 Red Hook, Suite B3 St. Thomas   Closest Relative: MARK EPSTEIN – BROTHER

Telephone: Home 340-775-8111   Work 775-2525   00802   Address: ▓▓▓▓▓

Future Residence: N/A   Relationship: BROTHER   Telephone: ▓▓▓▓▓

**SECTION E** – Employment          [ X ] Employed        [ ] Unemployed

Employer: Financial Trust Company   Contact Person: Cat Maria Hodge   Telephone: 774-6845

Date of Employment: 1998   Address: 6300 Red Hook, Suite B3

**SECTION F** – Offense Information   **VICTIM**   [ ] Adult   [ ] Minor   [ ] Acquitted by Reason of Insanity

| Date of Conviction | Offense Committed | Place of Conviction | Court/Court No. | AG No. |
|---|---|---|---|---|
| Same as last | | | | |
| | | | | |
| | | | | |

### PLEASE READ CAREFULLY BEFORE SIGNING

**SECTION G**

As a Sexual Offender or Sexual Predator (Title 14 V.I.C. § 1721-1731) you are required by law to abide by the following:

1.  Within five (5) working day of being placed under any type of supervision in the community you must use this form to register with the V.I. Department of Justice. In the event you are moving to or returning to the USVI from another jurisdiction, you must register with the V.I. Department of Justice within **five (5) days** of first residing in or returning to the USVI.

2.  In the event there is a change in your permanent or temporary residence after initial registration and any subsequent changes thereafter, you must notify the V.I. Department of Justice within **three (3) days** after arrival at your new residence.

3.  In the event there is a change in your address outside the USVI, you must register your new address with the V.I. Department of Justice prior to departure and also register in your new jurisdiction within **ten (10) days** after establishing residence there if the new jurisdiction has a registration requirement.

4.  You are required to verify your address with the V.I. Department of Justice annually on the anniversary of your initial registration.  If you were determined to be a sexually violent predator, you must verify your address with the V.I. Department of Justice every **ninety (90) days** after the date of your initial release or commencement of parole.

5.  Failure to comply with the above requirements shall subject you to a fine of not less than $3,000.00 or imprisonment for not less than three (3) months or more than two (2) years, or both.

    **Be Reminded** that even if you may not be required to register under Virgin Islands Law, under Title 1 of the Adam Walsh Act entitled the "Sexual Offender Registration and Notification Act "(SORNA), all individuals convicted of a sex offense are required to register and keep their registration current in each jurisdiction where he or she resides, is an employee and is a student.

**Registrant:**

I acknowledge that the above requirements as set forth been explained to me.

_Signature of Registrant_          8/9/10  _Date_

JEFFREY EPSTEIN
_Print Name_

**Witness:**

I certify that I specifically informed the offender of his/her duties as have set forth above and he indicated to me an understanding of those duties.

_Signature of Registrar_          8/9/10  _Date_

Merlyn Petty
_Print Name_

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# HODGE & FRANCOIS

August 12, 2010

Ms. Merlyn Petty
Virgin Islands Department of Justice
Via Hand Delivery

     Re: Jeffrey Epstein Listing of Vehicles Etc

Dear Ms. Petty:

Thank you again for your courtesy during our meeting on Monday, August 9, 2010, during which Mr. Epstein completed his registration upon his return to his home in the Virgin Islands.

As discussed with you and the Attorney General's legal counsel, we enclose a listing of Mr. Epstein's automobiles, boats, and aircraft, including those at other locations where he has residences, since the Virgin Islands is his primary residence and we understand that this information should be in your files. We also have included a listing of all of his landline telephone numbers, at each of the residences, as well as his cellphone number (561-601-4569) at which he should always be reachable.

Please let me know if you have any questions about this.

Sincerely,

Maria Tankenson Hodge

Encl.

ATTORNEYS AT LAW
1340 TAARNEBERG, ST. THOMAS, VIRGIN ISLANDS
PHONE: 340-774-6845   FAX: 340-776-8900
EMAIL: MARIA@HODGEFRANCOIS.COM

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER       VI-JPM-000012224