# EXHIBIT 258

# FILED UNDER SEAL