# EXHIBIT 259

# FILED UNDER SEAL