# EXHIBIT 261

# FILED UNDER SEAL