# EXHIBIT 262

# FILED UNDER SEAL