# EXHIBIT 263

# FILED UNDER SEAL