# EXHIBIT 267

**Date:** Sunday, May 15 2011 12:27 PM
**Subject:** Re: Revision
**From:** Cecile de Jongh <█████@yahoo.com>
**To:** Jeffrey Epstein <jeevacation@gmail.com>;

This needs to be settled by Thursday because J goes away for a week and AG needs to submit by June 1. Don't want to email back and forth.

With warm regards,

Cecile

Sent from my iPhone
On May 15, 2011, at 8:18 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

> yes
>
> On Sun, May 15, 2011 at 1:59 PM, Cecile de Jongh <█████@yahoo.com> wrote:
>
>> We should wait for Darren and/or Marty to respond?
>>
>> With warm regards,
>>
>> Cecile
>>
>> Sent from my iPhone
>> On May 15, 2011, at 12:07 AM, jeffrey epstein <jeevacation@gmail.com> wrote:
>>
>>> Maybe we should distinguish between offenders and predators. Sailors pilots truckers, . It can't be more restrictive than if I traveled in h states. Or a waiver should be broader. Ithese files rcould be also accessible by the press. If we are not careful. A list of who I stay with should violate my privacy. Restrict my business and livelihood
>>>
>>> Sent from my iPad
>>> On May 15, 2011, at 5:16 AM, Cecile de Jongh <█████@yahoo.com> wrote:
>>>
>>>> I will forward this suggestion and let you know.
>>>>
>>>> With warm regards,
>>>>
>>>> Cecile
>>>>
>>>> Sent from my iPhone
>>>> On May 14, 2011, at 11:10 PM, jeffrey epstein <jeevacation@gmail.com> wrote:
>>>>
>>>>> We should add out of country for more than 7 days , otherwise I could not go for a day trip to Tortola ,at the last minute.

CONFIDENTIAL
ESTATE_JPM024492

Sent from my iPad
On May 15, 2011, at 3:40 AM, Cecile de Jongh <▮▮▮▮@yahoo.com> wrote:

See suggested language below.

With warm regards,

Cecile

Sent from my iPhone
Begin forwarded

I considered the language you shared with me. I believe this language may be best. We need to be able to know whether a person is at the address or not. To waive the notice requirement all together will not be acceptable to the federal DOJ program managers. Remember they must review and determine if we are in compliance.

This is the suggested language; will it work for you?

To be added to section 1724(b) (4);

Provided however, an offender who is required to register under this chapter, who is required to travel out of the United States more than three (3) times in a twelve month period, shall request a waiver from the Attorney General. The Attorney General may grant a waiver which will allow the offender to appear in person at the Department of Justice no less than five (5) days before the first trip to provide the information, thereafter the future trips may be advised by e-mail or telephone no less than 48 hours before departure.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                         ESTATE_JPM024493