# EXHIBIT 268

# FILED UNDER SEAL