# EXHIBIT 269

# FILED UNDER SEAL