# EXHIBIT 270

# FILED UNDER SEAL