# EXHIBIT 271

# FILED UNDER SEAL