# EXHIBIT 272

# FILED UNDER SEAL