# EXHIBIT 273

# FILED UNDER SEAL