# EXHIBIT 274

July 14, 2023 call with Monica Carbon, Attorney to Lt. Governor

Monica Williams Carbon, Esq.
Chief of Staff
Office of the Lieutenant Governor
5049 Kongens Gade
St. Thomas, VI  00802
Phone: (340) 774-2991, Extension 4113
Email:  monica.carbon@lgo.vi.gov


Worked for Attorney General mid-2007- ~March 2015 (until the beginning of the Mapp administration, that's when she left)

Legal Counsel to AG. He assigned her to work with SOR Board.

Sex Offender Registry Board expressed concerns that the law didn't have much teeth and was weak on guidance.  Maybe around 2008 she researched and found a US DOJ model law.  If adopted, then you could receive funding to build a registry (they didn't have one at that time).  And you would be part of national registry with other US jurisdictions that signed on.  Allowing to work with other registries in unison to track offenders.

She brought this to AG Frazer and recommended they establish task force (which was done), included Court and Human Services and others.  They met and reviewed the sections of the model law and got input from the community.

It took about 2 years to adopt – drafting legislation and going before legislature to get it passed. Then they built a registry. She can't recall when it was passed (it was passed in 2012).

In order to get funding, Carbon had a liaison at US DOJ.  She is no longer there.  Laurie McPherson.  The VI couldn't revise the law too much because if it differed too much from model law then the Government would lose federal funding.

Carbon shared the VI language with the US DOJ and the USDOJ said the USVI changes were okay.  Every step they took was under the guidance and approval of US DOJ.

Why working with Maria Hodge on proposed legislation and changes?  Carbon wasn't working "with her" but Carbon thinks she made inquiries to legislature re the language.  At the time, she wasn't concerned about Maria Hodge's representation of a sex offender because Carbon knew that anything submitted had to be approved by US DOJ.

**In the early period was there only one investigator in St. Croix or St. Thomas?** She thinks there were funding issues, she believes there was only funding for 1 investigator and 2 registrars – and that's what they had. The investigator was in St. Croix.

**Epstein**.

She can't recall when she got involved, Pinney would have been in direct contact with the registrants.

- Looked at 2010 file and she didn't recognize any of the handwriting. It's not hers.

1

- July 19, 2010 Email Indyke to Petty cc Carbon. Doesn't recall meeting with Indyke in 2010. Merlyn Petty was probably just filling in until they got a registry person. She doesn't recall any conversations about this, but most likely Carbon told Petty that Epstein had to notify of travel changes in person (which would have been just the general instructions to all registrants).
- 2010 file – fax from Florida registration included "Blogs and Stories – Billionaire Pedophile Goes Free" July 20, 2010.  She doesn't remember seeing this.  She doesn't remember if she knew it was in the file. Their role is to monitor him – he served his time and their job is registration. They did what they were supposed to do.
- The only thing she recalls about Epstein is that she met him. Epstein and Maria Hodge came in and met with Pinney. Epstein asked to meet her too. So she went and met him.
- She did not know or have any knowledge that there was illicit things going on in the VI involving Epstein.
- He seemed creepy and weird, nothing they could use to investigate.
- Met with Kellerhals, Hodge or Indyke? Just that one time (above) with Hodge and Pinney and Epstein.

What would be required to launch an investigation?

- If she knew for sure that something is going on – something beyond rumors.

2011 file: New York document indicating "level 3" offender in NY but classified as Level 1 in USVI.

- She recalls wanting him to be classified higher but in the USVI statute but believed they weren't able to put him as a level 3.

Memo from Indyke re classification as level 1 v. 3?  Can't recall anything about the memorandum.

2012 file: Memo to Pinney from Indyke cc Carbon. 9/6/2012.

- She doesn't recall the memo. She doesn't recall the assessment.

Statute 2019 Sexual Offender Registration and Community Protection Sec. 1721B Tiered Offenses.

- Carbon can't recall whether she considered the 13month sentence when looking at the tier assignment for Epstein.
- Solicitation of minor is also tier 2.  She can't recall her analysis.
- She can't recall the process to which a tier was assigned.   She can't recall who made the determination but believed it was likely her.

2012 Epstein's counsel sought waiver of notification requirements –

- She recalls a 48 hour notice requirement for travel

1/13/2012 Letter from Frazier to Epstein – this looks familiar to her.

6/2012 – legislation amendments pass, then Hodge sends letter requesting waiver. 7/26/12 Frazier responds; and follow up letters including 8/14/2012 Letter from Frazier.

- She doesn't recall doing any research or work on this request for a waiver.
- She probably would have been involved in the review of this statute.

Monitoring Visits to LSJ where JEE wasn't there.

- She doesn't recall much – she just recalls that Pinney mentioned a question as to whether they had the authority to go past the dock.
- She recalls that the US Marshalls would go out and invite them – because they had the boat.
- She doesn't recall any discussion re getting a warrant.
- If there were concerns she would have passed it to the AAG but does not recall ever doing so.

She took the sex offender registry responsibility very seriously.  If they had the authority, she would have done more but under the statute, they were just monitoring his location.