# EXHIBIT 277

# FILED UNDER SEAL