# EXHIBIT 280



THE UNITED STATES VIRGIN ISLANDS
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL

March 14, 2019

Jeffrey Epstein
6100 Red Hook, Suite B3
St. Thomas, VI 00802-1348

Dear Mr. Epstein:

    The United States Virgin Islands Department of Justice ("USVIDOJ") understands that your business activities require you to make frequent trips outside of the Territory to the United States destinations and international destinations. While provisions were granted in the past, upon our careful review and consideration these are the conditions to which you must now comply:

1. Notification of any travel outside of the U.S. Virgin Islands must be provided in person at USVIDOJ when you are in the Territory;

2. Notification by email can only serve as notification if you are already outside the jurisdiction and planning on traveling to another destination or to notify of a change in the length of your travels while you are outside the Territory;

3. You are required to appear in person at USVIDOJ at least twenty one calendar days prior to any intended travel outside of the United States; and

4. If a reduction in the 21 day notification is requested, you must submit information in support of the request for approval at the discretion of USVIDOJ.

    When you appear in person to inform of your intent to travel, you must provide the following information:

- Destination
- Dates of travel
- Places of arrival and departure
- Itinerary details
- Address or, in lieu, telephone contact information
- Purpose of travel
- Any other required information

    These requirements are pursuant to Chapter 86, Section 1724 (b) of the Virgin Islands Code and H.R.515 - International Megan's Law.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER     VI-JPM-000012328

Jeffrey Epstein
March 14, 2019
Page 2

    Mr. Epstein, please understand that the previous provisions for your travel notifications are no longer accepted by USVIDOJ and you must comply immediately with the conditions noted above. We thank you for you cooperation and trust that you will adhere to these conditions.

    Sincerely,

    *Carol Thomas-Jacobs* (signature)
    Carol Thomas-Jacobs, Esq.
    Acting Attorney General

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000012329