# EXHIBIT 282



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEX OFFENDER COMPLIANCE CHECK

NAME: _Jeffrey Epstein_                                    DATE: _07/18/13_

DOB: ▮▮▮▮▮▮        SSN: ▮▮▮▮▮▮▮▮        REG. #: ▮▮▮▮▮▮▮▮

## RESIDENCE:

ADDRESS: _____

_____

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A
PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?          ☐ YES          ☐ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

_____        _____

_____        _____

_____        _____

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?          ☐ YES          ☐ NO

EMAIL 1: _____        EMAIL 2: _____

HOME PHONE: _____        CELL PHONE: _____        WORK PHONE: _____

OWN: ☐          RENT: ☐          OTHER: ☐ _____

HOUSEHOLD OCCUPANTS (Name and Age):

_____        _____

_____        _____

VEHICLES: _Escalade Parked down by airport_

MAKE: _Dodge_            MODEL: _Caravan_        LICENSE: ▮▮▮▮▮▮

MAKE: _Chevrolet_        MODEL: _Suburban_        LICENSE: ▮▮▮▮▮▮

**WORK:**          ☐ YES          ☐ NO

COMPANY NAME: _____

ADDRESS: _____

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000012616

**SCHOOL:**     ☐ YES     ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _____   DATE: _____

SIGNATURE: _____   TELEPHONE: _____

**COMMENTS/NOTES:**

Off island until August 2013.

_____

_____

_____

_____

_____

☐ COMPLIANT   ☐ NOT IN COMPLIANCE   ☐ NOT LOCATED   ☐ NEEDS INVESTIGATION

SIGNATURE: _____   DATE: _____

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**SCHOOL:**   ☐ YES   ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _____   DATE: _____

SIGNATURE: _____   TELEPHONE: _____

**COMMENTS/NOTES:**

Off island until August 2013.

_____

_____

_____

_____

_____

☐ **COMPLIANT**  ☐ **NOT IN COMPLIANCE**  ☐ **NOT LOCATED**  ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____   DATE: _____

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEX OFFENDER COMPLIANCE CHECK

NAME: Jeffrey Epstein                                    DATE: 2014

DOB: ▮▮▮▮▮▮▮         SSN: ▮▮▮▮▮▮▮         REG. #: ▮▮▮▮▮▮▮

### RESIDENCE:

ADDRESS: Little St. James

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?              ☐ YES       ☑ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?     ☑ YES       ☐ NO

EMAIL: *Emails on file                    EMAIL 2:
* all contact #'s on file
HOME PHONE:                    CELL PHONE:                    WORK PHONE:

OWN: ☑          RENT: ☐          OTHER: ☐

HOUSEHOLD OCCUPANTS (Name and Age):

2 adult employees

VEHICLES: * on file

MAKE:                    MODEL:                    LICENSE:

MAKE:                    MODEL:                    LICENSE:

### WORK:              ☐ YES       ☐ NO

COMPANY NAME: STC

ADDRESS: American Yacht Harbor

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012619

**SCHOOL:**      ☐ YES      ☑ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _____     DATE: _____

SIGNATURE: _Jeffrey Epstein_          TELEPHONE: _____

**COMMENTS/NOTES:**

_____

_____

_____

_____

_____

_____

_____

☑ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____     DATE: _07/29/2014_

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**SCHOOL:**  ☐ YES  ☑ NO

SCHOOL NAME: _____

ADDRESS: _____

## WITNESS STATEMENT:

_____

_____

_____

_____

_____

_____

NAME (printed): _____     DATE: _____

SIGNATURE: _Jeffrey Epstein_     TELEPHONE: _____

## COMMENTS/NOTES:

_____

_____

_____

_____

_____

_____

☑ COMPLIANT   ☐ NOT IN COMPLIANCE   ☐ NOT LOCATED   ☐ NEEDS INVESTIGATION

SIGNATURE: _____   DATE: _07/29/2014_

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



# VIRGIN ISLANDS DEPARTMENT OF JUSTICE
## OFFICE OF THE ATTORNEY GENERAL
### VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEX OFFENDER COMPLIANCE CHECK

NAME: _Jeffrey Epstein_   DATE: 2015

DOB: ███████████   SSN: ████████████   REG. #: _____

### RESIDENCE:

ADDRESS: _LSJ_

_____

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?          ☐ YES          ☐ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

_____          _____
_____          _____
_____          _____

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?          ☐ YES          ☐ NO

EMAIL 1: _____          EMAIL 2: _____

HOME PHONE: _____          CELL PHONE: _____          WORK PHONE: _____

OWN: ☐          RENT: ☐          OTHER: ☐ _____

HOUSEHOLD OCCUPANTS (Name and Age):

_____          _____
_____          _____
_____          _____

VEHICLES:

MAKE: _____          MODEL: _____          LICENSE: _____

MAKE: _____          MODEL: _____          LICENSE: _____

### WORK:          ☐ YES          ☐ NO

COMPANY NAME: _____

ADDRESS: _____

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**SCHOOL:**   ☐ YES   ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

NAME (printed): _____   DATE: _____

SIGNATURE: _____   TELEPHONE: _____

**COMMENTS/NOTES:** (on island)                    @ first
Epstein not present on LSJ + Staff ^ refused ~~was~~ us entry.
Epstein contacted by staff and staff was allowed to escort
us on island (limited).

_____

_____

_____

☐ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____   DATE: 07/16/15

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012623

**SCHOOL:**   ☐ YES   ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _____   DATE: _____

SIGNATURE: _____   TELEPHONE: _____

**COMMENTS/NOTES:** (off island)

Epstein not present on LSJ + Staff refused to us entry. @ first

Epstein contacted by staff and staff was allowed to escort

us on island (limited).

_____

_____

_____

_____

☐ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____   DATE: 07/16/15

VIDOJ/SOR-11

VI-JPM-000012624



**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

Ann Rodriguez
monday

## SEX OFFENDER COMPLIANCE CHECK

NAME: _Jeffrey Epstein_     DATE: _May 13, 2016_

DOB: ███████     SSN: _____     REG. #: _____

## RESIDENCE:

ADDRESS: _____

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?    ☐ YES    ☒ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

_____  _____
_____  _____
_____  _____

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?    ☒ YES    ☐ NO

EMAIL 1: _____    EMAIL 2: _____

HOME PHONE: _____    CELL PHONE: _____    WORK PHONE: _____

OWN: ☐    RENT: ☐    OTHER: ☐ _____

HOUSEHOLD OCCUPANTS (Name and Age):

_____  _____
_____  _____
_____  _____

VEHICLES:

MAKE: _____    MODEL: _____    LICENSE: _____

MAKE: _____    MODEL: _____    LICENSE: _____

**WORK:**    ☐ YES    ☐ NO

COMPANY NAME: _____

ADDRESS: _____

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    VI-JPM-000012625

**SCHOOL:**    ☐ YES    ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

Epstein not on island. Left earlier for last minute travel.

_____

_____

_____

_____

_____

NAME (printed): _____    DATE: _____

SIGNATURE: _____    TELEPHONE: _____

**COMMENTS/NOTES:**

Verification not completed as Epstein off island

_____

_____

_____

_____

_____

☐ **COMPLIANT**  ☐ **NOT IN COMPLIANCE**  ☐ **NOT LOCATED**  ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____    DATE: _05_|_13_|_2010_

VIDOJ/SOR-11

VI-JPM-000012626

**VIRGIN ISLANDS DEPARTMENT OF JUSTICE**
OFFICE OF THE ATTORNEY GENERAL
VIRGIN ISLANDS SEXUAL OFFENDER REGISTRY

## SEX OFFENDER COMPLIANCE CHECK

NAME: _Jeffrey Epstein_                    DATE: _07/10/18_

DOB: ███████████     SSN: _____     REG. #: _____

**RESIDENCE:**

ADDRESS: _Little St. James - denied entry beyond dock_
_& verified @ his office in Red Hook_

IS THIS ADDRESS WITHIN A ONE-MILE RADIUS OF A CHILD-CARE FACILITY, A PUBLIC SCHOOL, A
PRIVATE SCHOOL OR A PAROCHIAL SCHOOL?          ☐ YES     ☑ NO

IF SO, PLEASE LIST ALL FACILITIES AND/OR SCHOOLS:

_____          _____

IS THERE A COMPUTER WITH INTERNET ACCESS IN THE HOME?     ☑ YES     ☐ NO

EMAIL 1: _____          EMAIL 2: _____

HOME PHONE: _____     CELL PHONE: _212-533-3739_     WORK PHONE: _775-2525_

OWN: ☑     RENT: ☐          OTHER: ☐

HOUSEHOLD OCCUPANTS (Name and Age):
_Karen (adult employee) - Age @ time unknown_
_Bryce (adult employee) - Age @ time unknown_

VEHICLES:

MAKE: _____     MODEL: _____     LICENSE: _____

MAKE: _____     MODEL: _____     LICENSE: _____

**WORK:**          ☐ YES     ☐ NO

COMPANY NAME: _Southern Trust Company_

ADDRESS: _____

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012627

**SCHOOL:**     ☐ YES     ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _Jeffrey Epstein_____     DATE: _7/10/15_____

SIGNATURE: _____     TELEPHONE: _____

**COMMENTS/NOTES:**

_____

_____

_____

_____

_____

_____

☐ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____     DATE: _07/10/18_____

VIDOJ/SOR-11

VI-JPM-000012628

**SCHOOL:**       ☐ YES       ☐ NO

SCHOOL NAME: _____

ADDRESS: _____

**WITNESS STATEMENT:**

_____

_____

_____

_____

_____

_____

_____

NAME (printed): _Jeffrey Epstein_          DATE: 7/10/15

SIGNATURE: _____          TELEPHONE: _____

**COMMENTS/NOTES:**

_____

_____

_____

_____

_____

_____

☐ **COMPLIANT**   ☐ **NOT IN COMPLIANCE**   ☐ **NOT LOCATED**   ☐ **NEEDS INVESTIGATION**

SIGNATURE: _____          DATE: 07/10/18

VIDOJ/SOR-11

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000012629