# EXHIBIT 283

# FILED UNDER SEAL