# EXHIBIT 284

| | |
|---|---|
| **Date:** | Thursday, September 1 2011 04:07 PM |
| **Subject:** | Fwd: TWA, LLC's tenant approval Middle Bay GA Hangar - ID/badges process assistance |
| **From:** | Cecile de Jongh <████████@yahoo.com> |
| **To:** | Larry Visoski <████@aol.com>; |
| **CC:** | J E <jeevacation@gmail.com>; |
| **Attachments:** | 2TWA LLCapprovalLetter 1sep2011.pdf; Untitled attachment 48338.htm |

With warm regards,

Cecile

Sent from my iPhone
Begin forwarded message:

> From: "Walter Challenger" <WCHALLENGER@VIPORT.com>
> Date: September 1, 2011 12:04:20 PM EDT
> To: "Edred J. Wilkes" <ewilkes@VIPORT.com>
> Cc: "Denise Mills" <DMILLS@VIPORT.com>, "Kenn Hobson" <KHOBSON@VIPORT.com>
> **Subject: TWA, LLC's tenant approval Middle Bay GA Hangar - ID/badges process assistance**
>
> Good afternoon Chief Wilkes,
>
> Just an FYI: Attached is a copy of an approval letter from VIPA to TWA, LLC for tenancy at the former Air Center Helicopters' Inc. Middle Bay, General Aviation Hangar, Cyril E. King Airport. It is self-explanatory. A proposed lease agreement is in process. The Director of Operations of TWA, LLC, Larry Visoski, along with other staff of the company (pilots, etc) will visit your office regards badges/ID process. Please assist accordingly.
>
> The company desires to start to work ASAP on cleaning and refurbishing the hangar bay.
>
> Thank you for your continued assistance and cooperation in this matter. And please call me with any questions that you may need answered from the Property Management end.
>
> Thanks.
>
> Walter

**Walter L. Challenger, Jr.**

Property Management Officer

Virgin Islands Port Authority

P.O. Box 301707

St. Thomas, VI 00803

tel: (340) 714-6637

fax: (340) 715-0134

email: wchallenger@viport.com

CONFIDENTIAL