# EXHIBIT 285

**Date:** Tuesday, July 5 2016 11:24 AM
**Subject:** Airport Security Passes - July 5, 2016
**From:** Daphne Wallace <███████@gmail.com>
**To:** Jeffrey Epstein <jeevacation@gmail.com>; Cece de Jongh <███████@yahoo.com>;

Greetings Sir,

At this time, Jermaine does not have a Customs and Border Protection Security Seal. He uses his VI Port Authority badge, which allows him Ramp access with a VI Port Authority escort.

I will walk in the applications tomorrow.

Respectfully, Daphne

CONFIDENTIAL                                                                                             ESTATE_JPM025693