# EXHIBIT 286

# FILED UNDER SEAL