# EXHIBIT 287

| | |
|---|---|
| **Date:** | Monday, December 24 2018 06:47 PM |
| **Subject:** | VIPA |
| **From:** | Cecile de Jongh <█████████@yahoo.com> |
| **To:** | J E <jeevacation@gmail.com>; |

Happy Holidays Jeffrey,

John wanted to know whether you would support Carlton Dowe's bid to go back to VIPA? He is under consideration and worked his tail off on the campaign. He would be a good person for us at VIPA.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

CONFIDENTIAL