# EXHIBIT 288

**From:** Cecile de Jongh [█████@yahoo.com]
**Sent:** 5/26/2015 4:00:19 PM
**To:** jeffrey E. [jeevacation@gmail.com]
**Subject:** Re:

**Importance:** High

Dental Licensure - Donald says that the Rules and Regs are at the AG's office for review. I put a call into Justice and they will get back to me with the name of the atty working on the submission.

Dowe - I understand from Anna that your wheels-down time is at 2:45 and Dowe said that he can meet you at the hangar at that time.

With warm regards,
Cecile

On Tuesday, May 26, 2015 10:22 AM, jeffrey E. <jeevacation@gmail.com> wrote:

can you ask donald and the gov office the status of the dental licensure program, karyna is ready to roll. also ask carlton if he would like to see me today at hangar around 230,, will know definit time later.

--
    please note
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved