# EXHIBIT 290

| | |
|---|---|
| **Date:** | Tuesday, June 22 2010 02:36 PM |
| **Subject:** | Re: |
| **From:** | Jeffrey Epstein <jeevacation@gmail.com> |
| **To:** | Cecile de Jongh <█████████@yahoo.com>: |

thanks,, where and when would john like to meet. ?

On Tue, Jun 22, 2010 at 10:33 AM, Cecile de Jongh <████████@yahoo.com> wrote:

I spoke to Kenn.  He does not know who Mr. Carpenter is but the head of customs is Mr. Louis Harrigan.  Kenn will call Harrigan to find out who Carpenter is.  He will discuss with you on Thursday.

DISCLAIMER: The information contained in this e-mail may be privileged,confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh <████████@yahoo.com>
**Sent:** Tue, June 22, 2010 9:20:07 AM
**Subject:**
who is charge of customs in the v.i.. I used to have a great relationship with gloria Lambert the airport supervisor. I would like to know who is now in her place , or her boss.   woudl ken hobson know. ?  there is a mr carpenter ,who has been difficult lately. not sure why?

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is

ESTATE_JPM024879

confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.

CONFIDENTIAL

ESTATE_JPM024880