# EXHIBIT 291

**Date:** Thursday, November 15 2012 08:07 PM
**Subject:** Re: Phone call - November 15, 2012
**From:** Daphne Wallace <████████@gmail.com>
**To:** Jeffrey Epstein <jeevacation@gmail.com>;
**CC:** Cecile de Jongh <████████@yahoo.com>;

Greetings Mr. Epstein,

Cecile says she thinks it is ok since you are giving a turkey to everyone.

Respectfully,

Daphne

On Thu, Nov 15, 2012 at 3:01 PM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

Ask Cecil if she thinks it ok if I give all 78 customs agents a turkey

On Thursday, November 15, 2012, Daphne Wallace wrote:

Greetings Mr. Epstein,

Ms. LeeAnn Greaux of the St. Thomas Customs and Border Protection office just called. She says you called and requested to know the number of employees in their office - there are 78 employees in the St. Thomas office.

Respectfully,

Daphne

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved