# EXHIBIT 292

# FILED UNDER SEAL