# EXHIBIT 293

**Date:** Tuesday, March 6 2012 03:16 PM
**Subject:** Re: Vincent Fuller - Immigration Lawyer
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh <​█████@yahoo.com>;

ok

On Tue, Mar 6, 2012 at 11:06 AM, Cecile de Jongh <█████@yahoo.com> wrote:

Good morning Jeffrey,

I spoke with Vince Fuller and he can speak with you at 3 PM today. FYI - He asked me a host of questions pertaining to the immigration matter. He asked if this person was employed by you and I told him that I thought she was (???) The employment matter seemed important to him. He also wanted to know what her status is now (guest visa, grenn card etc.) and where she physically resides now.

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

🌿 Please consider the environment before printing this e-mail.

--
***********************************************************

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved