# EXHIBIT 295

| | |
|---|---|
| **Date:** | Thursday, May 16 2013 08:51 PM |
| **Subject:** | Re: |
| **From:** | Cecile de Jongh < ██████ @yahoo.com > |
| **To:** | Jeffrey Epstein <jeevacation@gmail.com>; |

Yes, I think it will.

With warm regards,

Cecile

Sent from my iPhone
On May 16, 2013, at 4:01 PM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

I can inroll ████ and █ if that helps the school

--
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM024119