# EXHIBIT 297

Home | Travel Advisories | Newsroom | About Us | Contact Us | Careers | MyTravelGov | Find U.S. Embassies & Consulates

# Travel.State.Gov
U.S. DEPARTMENT of STATE — BUREAU of CONSULAR AFFAIRS

U.S. Passports | International Travel | U.S. Visas | Intercountry Adoption | International Parental Child Abduction | Replace or Certify Documents

Tourism & Visit | Business | Employment | Study & Exchange | Immigrate | Other Visa Categories | U.S. Visa: Reciprocity and Civil Documents by Country

Travel.State.Gov > U.S. Visas > Study & Exchange > Student Visa

- Student Visa
- Exchange Visitor Visa

## Student Visa

### Overview

Generally, a citizen of a foreign country who wishes to enter the United States must first obtain a visa, either a nonimmigrant visa for temporary stay, or an immigrant visa for permanent residence. You must have a student visa to study in the United States. Your course of study and the type of school you plan to attend determine whether you need an F visa or an M visa.

| To enter the United States to attend: | You need the following visa category: |
|---|---|
| University or college | F |
| High School | F |
| Private elementary school | F |
| Seminary | F |
| Conservatory | F |
| Another academic institution, including a language training program | F |
| Vocational or other recognized nonacademic institution, other than a language training program | M |

### Students cannot travel on the Visa Waiver Program or with Visitor Visas

A student visa (F or M) is required to study in the United States. Foreign nationals may not study after entering on a visitor (B) visa or through the Visa Waiver Program (VWP), except to undertake recreational study (non-credit) as part of a tourist visit. For more information on the VWP, see Visa Waiver Program.

### For short periods of recreational study, a Visitor (B) visa may be appropriate

A visitor (B) visa permits enrollment in a short recreational course of study, which is not for credit toward a degree or academic certificate. Learn more about Visitor Visas.

Study leading to a U.S. conferred degree or certificate is never permitted on a visitor (B) visa, even if it is for a short duration. For example, a student in a distance learning program that requires a period of time on the institution's U.S. campus must obtain a student (F or M) visa prior to entering the United States.

### Student Acceptance at a SEVP Approved School

The first step is to apply to a SEVP-approved school in the United States. After the SEVP-approved school accepts your enrollment, you will be registered for the Student and Exchange Visitor Information System (SEVIS) and must pay the SEVIS I-901 fee. The SEVP-approved school will issue you a Form I-20. After you receive the Form I-20 and register in SEVIS, you may apply at a U.S. Embassy or Consulate for a student (F or M) visa. You must present the Form I-20 to the consular officer when you attend your visa interview.

If your spouse and/or children intend to live with you in the United States while you study, they must also enroll in SEVIS, obtain individual Form I-20s from the SEVP-approved school, and apply for a visa (but they do not pay the SEVIS fee).

Visit the U.S. Immigration and Customs Enforcement (ICE) Student and Exchange Visitor Program (SEVP) website to learn more about SEVIS and the SEVIS I-901 Fee.

Visit the Department of State EducationUSA website to learn about educational opportunities for undergraduate and graduate study, and an overview of the application process. You can also visit the DHS Study in the States school search page to search for SEVP-certified schools.

### How To Apply

There are several steps to apply for a visa. The order of these steps and how you complete them may vary by U.S. Embassy or Consulate. Please consult the instructions on the embassy or consulate website.

**Complete the Online Visa Application**

- **Online Nonimmigrant Visa Application, Form DS-160** – Learn more about completing the DS-160. You must: 1) complete the online visa application, and 2) print the application form confirmation page to bring to your interview.
- **Photo** – You will upload your photo while completing the online Form DS-160. Your photo must be in the format explained in the Photograph Requirements.

**Schedule an Interview**

Interviews are generally required for visa applicants with certain limited exceptions below. Consular officers may require an interview of any visa applicant.

| If you are age: | Then an interview is: |
|---|---|
| 13 and younger | Generally not required |
| 14 - 79 | Required (some exceptions for renewals) |
| 80 and older | Generally not required |

You should schedule an appointment for your visa interview at the U.S. Embassy or Consulate in the country where you live. You may schedule your interview at another U.S. Embassy or Consulate, but be aware that it may be more difficult to qualify for a visa outside of the country where you live.

Wait times for interview appointments vary by location, season, and visa category, so you should apply for your visa early. Review the interview wait time for the location where you will apply:

### Appointment Wait Time

Check the estimated wait time for a nonimmigrant visa interview appointment at a U.S. Embassy or Consulate.

Note: Please check the individual Embassy or Consulate website to determine if your case is eligible for a waiver of the in-person interview.

Applicants scheduling visa appointments in a location different from their place of residence should check post websites for nonresident wait times.

Select a U.S. Embassy or Consulate:

Wait Times for Embassy/Consulate
[Enter a City] [GO]

| Nonimmigrant Visa Type | Appointment Wait Time |
|---|---|
| Interview Required Students/Exchange Visitors (F, M, J) | -- days |
| Interview Required Petition-Based Temporary Workers (H, L, O, P, Q) | -- days |
| Interview Required Crew and Transit (C, D, C1/D) | -- days |
| Interview Required Visitors (B1/B2) | -- days |
| Interview Waiver Students/Exchange Visitors (F, M, J) | -- days |
| Interview Waiver Petition-Based Temporary Workers (H, L, O, P, Q) | -- days |
| Interview Waiver Crew and Transit (C, D, C1/D) | -- days |
| Interview Waiver Visitors (B1/B2) | -- days |

See details on appointment availability and processing times

### More Information

- A-Z Index
- Lost/Stolen Travel Documents
- Denials
- SEVIS-ICE
- DHS-Study in the States
- Visa Expiration Date
- Automatic Revalidation
- Nonimmigrants in the United States–Applying for Visas in Canada or Mexico
- Find a U.S. Embassy or Consulate
- Student Advising Center
- Visa Applicants - State Sponsors of Terrorism
- Customer Service Statement

FAQS: ABOUT VISAS - THE BASICS

FAQS: DS-160

EDUCATIONUSA LEARN MORE

**New Students** – Student (F and M) visas for new students can be issued up to 365 days in advance of the start date for a course of study.  However, you will not be allowed to enter the United States on your student visa more than 30 days before the start date.

**Continuing Students** - Student (F and M) visas for continuing students may be issued at any time, as long as the student is currently enrolled at a SEVP-approved school or institution and in SEVIS.  Continuing students may enter the United States at any time before classes start.

**Prepare for Your Interview**

- **Fees - Pay the non-refundable visa application fee,** if you are required to pay it before your interview. If your visa is approved, you may also pay a visa issuance fee, if applicable to your nationality. Fee information is provided below:

**Application Fee**

$185

**Select your nationality to see Issurance Fee**

Select a country/authority or area

All Fees

- Review the instructions available on the website of the U.S. Embassy or Consulate where you will apply to learn more about fee payment.

**Gather Required Documentation**

Gather and prepare the following required documents before your visa interview:

- **Passport** valid for travel to the United States – Your passport must be valid for at least six months beyond your period of stay in the United States (unless exempt by country-specific agreements). Each individual who needs a visa must submit a separate application, including any family members listed in your passport.
- **Nonimmigrant Visa Application,** Form DS-160 confirmation page.
- **Application fee payment receipt,** if you are required to pay before your interview.
- **Photo** – You will upload your photo while completing the online Form DS-160. If the photo upload fails, you must bring one printed photo in the format explained in the Photograph Requirements.
- **Certificate of Eligibility for Nonimmigrant (F-1) Student Status-For Academic and Language Students, Form I-20 or Certificate of Eligibility for Nonimmigrant (M-1) Student Status for Vocational Students, Form I-20** – Your school will send you a Form I-20 once they have entered your information in the SEVIS database. You and your school official must sign the Form I-20.  All students must be registered in the Student and Exchange Visitor System (SEVIS). Your spouse and/or minor children, if they intend live in the United States with you, will each receive an individual Form I-20.

**Additional Documentation May Be Required**

A consular officer will interview you to determine your qualifications for a student visa, and may request additional documents, such as evidence of:

- Your academic preparation, such as:
    - Transcripts, diplomas, degrees, or certificates from schools you attended; and
    - Standardized test scores required by your U.S. school;
- Your intent to depart the United States upon completion of the course of study; and
- How you will pay all educational, living and travel costs.

Review the instructions for how to apply for a visa on the website of the U.S. Embassy or Consulate where you will apply.

**Attend Your Visa Interview**

A consular officer will interview you to determine whether you are qualified to receive a student visa. You must establish that you meet the requirements under U.S. law to receive a visa.

Ink-free, digital fingerprint scans are taken as part of the application process. They are usually taken during your interview, but this varies based on location.

After your visa interview, the consular officer may determine that your application requires further administrative processing.  The consular officer will inform you if this is required.

After the visa is approved, you may need to pay a visa issuance fee (if applicable to your nationality), and make arrangements for the return of the passport and visa to you.  Review the visa processing times to learn more.

**Entering the United States**

A visa does not guarantee entry into the United States.  A visa only allows a foreign citizen to travel to a U.S. port-of-entry (generally an airport) and request permission to enter the United States. The Department of Homeland Security (DHS), U.S. Customs and Border Protection (CBP) officials at the port-of-entry have authority to permit or deny admission to the United States.

After you present your passport, visa, and Form I-20 at the port-of-entry, a CBP official will make this decision.  Once you are allowed to enter the United States, the CBP official will provide an admission stamp or paper Form I-94, Arrival/Departure Record.

Learn about procedures for students (with F or M visas) entering the United States on the CBP website under Arrival Procedures for Students or Exchange Visitors.  Learn about admissions and entry requirements, restrictions about bringing food, agricultural products, and other restricted/prohibited goods, and more by reviewing the CBP website.

**Extending Your Stay**

Foreign students in the United States with F visas must depart the United States within 60 days after the program end date listed on Form I-20, including any authorized practical training.

Foreign students may request an extension through U.S. Citizenship and Immigration Services (USCIS) website (see the USCIS Extend Your Stay page). Additional information to maintain student status is on the U.S. Immigration and Customs Enforcement SEVP website under Maintaining Your Immigration Status While a Student or Exchange Visitor.

Failure to depart the United States on time will result in being out of status. Under U.S. law, visas of individuals who are out of status are automatically voided (Section 222(g) of the Immigration and Nationality Act).  Any multiple entry visa that was voided due to being out of status will not be valid for future entries into the United States.

Failure to depart the United States on time may also result in you being ineligible for visas in the future. Review Visa Denials and Ineligibilities and Waivers: Laws to learn more.

**Change of Status**

If your plans change while in the United States (for example, you marry a U.S. citizen or receive an offer of employment), you may be able to request a change in your nonimmigrant status to another category through U.S. Citizenship and Immigration Services (USCIS). See Change My Nonimmigrant Status on the USCIS website to learn more.

While you are in the United States, receiving a change of status from USCIS does not require you to apply for a new visa.  However, once you depart the United States you must apply for a new visa at a U.S. Embassy or Consulate in the appropriate category for your travel.

**Additional Information**

- There is no guarantee you will be issued a visa. Do not make final travel plans or buy tickets until you have a visa.
- For information about working in the United States during your study, review Students and Employment and Form I-765 Work Authorization Instructions on the USCIS website.
- If you have a temporary break in your study, view the information on the SEVP website under Do Students Returning from Temporary Absences Need New Visas? If your student visa is still valid, but you are outside the United States, you should consult with your Designated School Officials.
- Spouse and children
    - Your spouse and unmarried, minor children who intend to reside with you during your study may apply for F-2 or M-2 visas. Although SEVIS fee payment is not required, your school must issue them an individual Form I-20, which is required to apply for their visas. You must provide a copy of your F-1 or M-1 visa and provide proof of relationship.
    - Your minor children are permitted to attend school in the United States while accompanying you.
    - U.S. Embassies and Consulates will adjudicate visa applications that are based on a same-sex marriage in the same way that we adjudicate applications for opposite gender spouses.
- A valid U.S. visa in an expired passport is still valid. Unless canceled or revoked, a visa is valid until its expiration date. If you have a valid visa in your expired passport, do not remove it from your expired passport. You may use your valid visa in your expired passport along with a new valid passport for travel and admission to the United States.

Can I enter the United States more than 30 days in advance?

Optional Practical Training

Attending Public Secondary School

Visa Renewal

Visa Denial and Ineligibility

I was refused a visa under section 214(b). May I reapply?

Misrepresentation or Fraud

Citizens of Canada and Bermuda

Further Questions

## Travel.State.Gov

Travel.State.Gov
U.S. Passports
International Travel
U.S. Visas
Intercountry Adoption
International Parental Child Abduction
Records and Authentications

## Popular Links

Home
Travel Advisories
Newsroom
About Us
Contact Us
Careers
MyTravelGov
Find U.S. Embassies & Consulates

## Stay Connected

Legal Resources

Legal Information
Info for U.S. Law Enforcement

Privacy | Copyright & Disclaimer | FOIA | No FEAR Act Data | Office of the Inspector General | USA.gov | USA.gov/espanol |
This site is managed by the U.S. Department of State. External links to other Internet sites and listings of private entities on this page are provided as a convenience and should not be construed as the U.S. Department of State or U.S. government endorsement of the entity, its views, the products or services it provides, or the accuracy of information contained therein. The order in which names appear has no significance, and the listings or links may be removed at any time at the discretion of the Department.