# EXHIBIT 299

# FILED UNDER SEAL