# EXHIBIT 300

# FILED UNDER SEAL