# EXHIBIT 301

# FILED UNDER SEAL