# EXHIBIT 302

# FILED UNDER SEAL