# EXHIBIT 303

# FILED UNDER SEAL