# EXHIBIT 304

# FILED UNDER SEAL