# EXHIBIT 305

**Date:** Wednesday, April 16 2014 11:43 PM
**Subject:** Fwd: VI Dental License Application
**From:** Cecile de Jongh <███████@yahoo.com>
**To:** JEE <jeevacation@gmail.com>;

Please see below.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.
Begin forwarded message:

**From:** Deborah Peter <███████@gmail.com>
**Date:** April 16, 2014 at 7:26:16 PM GMT-4
**To:** Cecile de Jongh <███████@yahoo.com>
**Subject: Re: VI Dental License Application**

Good Day Mrs. deJongh,
I spoke with Mr. Epstien and he had a few questions that I had to confer with the board for a response. he said it was okay to reply to you via email.

- The applicant will have to complete dental shool before she can sit for the VI Clinical Dental Exam;
- There are currently no established residency programs in the territory;
- The newly proposed Dental Practice Act is slated to go before the Senate Committee on health on May 9th, once that process is vetted the board will have a clearer idea on what her options are moving forward.

I hope this helps and enjoy your Easter.

On Wed, Apr 16, 2014 at 11:05 AM, Cecile de Jongh <███████@yahoo.com> wrote:

Thank you I will have him call you.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.
On Apr 16, 2014, at 11:04 AM, Deborah Peter <███████@gmail.com> wrote:

Good Morning Mrs. deJongh,
Yes, I'm available he can call me 773-1311 ext. 3047.

Enjoy your Easter,
Deborah
On Wed, Apr 16, 2014 at 10:17 AM, Cecile de Jongh <███████@yahoo.com> wrote:

Good morning Deborah,

Would you be available to speak with Mr. Jeffrey Epstein today about the Dental

CONFIDENTIAL
ESTATE_JPM023450

Licensure procedure?

With warm regards,
Cecile

On Wednesday, April 2, 2014 12:43 PM, Deborah Peter <░░░░░@gmail.com> wrote:

Good Day Mrs. deJongh,

I attached the VI dental licensure information and application packet as promised. The Dental Board revised and submitted a new practice act which will debut in the Senate Health Committee on May 9, 2014. If all goes well, there will be significant changes and allowances for reciprocity. Hope this information helps and please let me know if you need further assistance.

Sincere Regards,
Deborah Richardson-Peter, MPA
Dir.Professional Licensure & Health Planning
340 773-1311 xt 3047

CONFIDENTIAL
ESTATE_JPM023451