# EXHIBIT 307

From: Cecile de Jongh [█████@yahoo.com]
Sent: 8/5/2015 7:33:38 PM
To: J E [jeevacation@gmail.com]
Subject: ███

Importance: High



Celestino is going to work on this and I sent him some of █████'s info. He said (again) that it would be easier for him to look into and resolve these things for you if he had a contract with a retainer so that he could state to whomever that he has your permission to have info released to him.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

CONFIDENTIAL                                                                                           ESTATE_JPM015632