# EXHIBIT 308

**Date:** Thursday, October 1 2015 01:54 PM
**Subject:** Re:
**From:** jeffrey E. <jeevacation@gmail.com>
**To:** Cecile de Jongh <█████@yahoo.com>; Karyna Shuliak <█████@icloud.com>;

i spoke to her and she application was complete and the board would look at it on oct 30

On Thu, Oct 1, 2015 at 6:50 AM, Cecile de Jongh <█████@yahoo.com> wrote:

Another thought: it might be good to have Karyna call as well. I'm not sure if Richardson has ever spoken to her. I will continue to call too.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.
On Oct 1, 2015, at 6:15 AM, jeffrey E. <jeevacation@gmail.com> wrote:

pleaes lets have the request chain in writing. we were told twice before that the applicaiton was complete. can you send me her number. ?

On Wed, Sep 30, 2015 at 9:41 PM, Cecile de Jongh <█████@yahoo.com> wrote:

I tried Richardson again this afternoon since I did not get a return call but no answer. I'm not entirely sure that having Randy involved will help rather than hinder the cause at this point in the process. I would prefer that we wait to get confirmation that there is absolutely nothing left to do with her file.

Randy is not exactly a light touch or diplomatic and I don't want the board members to feel that they are threatened into approving Karyna. I will call everyday and I will call Donald as well. Please note that the board members are not Gov't employees.

With that said, it's obviously your decision re calling Randy.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.
On Sep 30, 2015, at 8:36 PM, jeffrey E. <jeevacation@gmail.com> wrote:

should i call randy knight re karyna?

--

    please note

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL
ESTATE_JPM021435