# EXHIBIT 309

**From:** jeffrey E. [jeevacation@gmail.com]
**Sent:** 11/11/2015 3:21:31 PM
**To:** Richard Kahn [▇▇▇@gmail.com]; Karyna Shuliak [▇▇▇@icloud.com]; Cecile de Jongh [▇▇▇@yahoo.com]
**Subject:** Fwd: VI Dental License Approval
**Attachments:** DR. Shuliak, DDS.pdf; Tax Clearance Instructions0001.pdf

next hurdle

---------- Forwarded message ----------
From: **Karyna Shuliak** <▇▇▇@icloud.com>
Date: Wed, Nov 11, 2015 at 4:06 PM
Subject: Fwd: VI Dental License Approval
To: Jeffrey <jeevacation@gmail.com>

Begin forwarded message:

**From:** Deborah Richardson-Peter <deborah.richardson-peter@doh.vi.gov>
**Date:** November 11, 2015 at 9:44:41 AM EST
**To:** "▇▇▇@icloud.com" <▇▇▇@icloud.com>
**Subject: VI Dental License Approval**

Good Day Dr. Shuliak,

A copy of your approval package is attached including the tax clearance instructions. Please let me know is you have any questions.

Best Regards,

Deborah Richardson-Peter, MPA
Director, Professional Licensure & Health Planning
3500 Estate Richmond
Christiansted, VI 00820-4370
Tel. (340)718-1311 xt. 3047
deborah.richardson-peter@doh.vi.gov

--
please note

CONFIDENTIAL                                                                                               ESTATE_JPM015122

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE

Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to [jeevacation@gmail.com](mailto:jeevacation@gmail.com), and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM015123