# EXHIBIT 311

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              IN THE SOUTHERN DISTRICT OF NEW YORK

 3

 4      GOVERNMENT OF THE UNITED STATES
        VIRGIN ISLANDS,
 5
                     Plaintiff
 6
             vs.                              No. 22-cv-10904-JSR
 7
        JPMORGAN CHASE BANK, N.A.,
 8
                     Defendant.
 9      _____

10      JPMORGAN CHASE BANK, N.A.,

11            Third-Party Plaintiff,

12      v.

13      JAMES EDWARD STALEY,
        Third-Party Defendant.
14      _____

15            THE ORAL DEPOSITION OF MARGARITA BENJAMIN was

16      taken on the 26th day of May, 2023 at the Ritz-Carlton

17      Hotel, 6900 Great Bay, Nazareth, St. Thomas, U.S.

18      Virgin Islands, between the hours of 3:50 p.m. and 9:22

19      p.m. pursuant to Notice and Federal Rules of Civil

20      Procedure.

21                          _____
                            Reported by:
22
                           DESIREE D. HILL
23                     Registered Merit Reporter
                        Hill's Reporting Services
24                         P.O. Box 307501
                       St. Thomas, Virgin Islands
25                          (340) 777-6466
```

```
1              THE WITNESS:  I can't say to the level
2         of backlog in the governor's office, but the
3         timeline in which to expedite the completion
4         by removing the governor would be
5         facilitate -- would be expeditious.  And then
6         there was also an analysis that was done that
7         looked at other jurisdictions and how they did
8         their decisions relating to tax incentives.
9         Q.    And what is the EDA?
10        A.    The Economic Development Authority is the
11   semiautonomous entity under the Government of the
12   U.S. Virgin Islands, and it's primarily tasked with
13   ensuring that we can enhance, diversify and grow the
14   economy of the U.S. Virgin Islands.
15              When we do that, we use several different
16   manners.  There are Enterprise Zone Commission that
17   deals with the depressed areas and zones.  We have
18   the Economic Development Commission that deals with
19   tax incentives, and we have our Industrial Park
20   Corporation, as well as our Economic Development Bank
21   that does small business lending.
22        Q.    So focusing in on the Economic Development
23   Commission, what is their specific function?
24        A.    The function of the Economic Development
25   Commission is to grow the economy and we do so by
```

```
1     completed at the same time, which would have been the
2     closeout for the Financial Trust first certificate
3     and the extension certificate, which would have been
4     around 2014.
5              And then Southern Trust would have had
6     their audit review, and their audit review would have
7     been around 2017, if I recall correctly.
8              And then the final wrap-up report would
9     have been done in 2022.
10       Q.    And what prompted those audits by EDC?
11             MR. ACKERMAN:  Object to form.
12             THE WITNESS:  As part of the normal
13        task, the compliance division is tasked with
14        reviewing reports that are filed, and also
15        writing written reports on the companies.
16             So as part of the normal course,
17        especially if the company is coming for an
18        extension or modification, we are tasked with
19        ensuring that we have a report that reflects
20        their activities under their certificate to the
21        period that we have the most current filing.
22       Q.    (By Mr. O'Laughlin:) So each of the audits
23    undertaken by the EDC of Epstein's companies were part
24    of the regular compliance function, correct?
25       A.    Yes.
```

```
 1         Q.   They weren't undertaken based on some news
 2    tip or some concerns specific to Jeffrey Epstein,
 3    correct?
 4         A.   Not that I'm aware of.
 5         Q.   Okay.  Are you aware of any investigation
 6    that was outside of the normal compliance audits into
 7    Epstein by the EDC?
 8         A.   No, sir.
 9         Q.   So at no point prior to December 1, 2020
10    did the EDC undertake any investigations into Epstein
11    or his companies beyond the normal compliance
12    function?
13              MR. ACKERMAN:  Object to form.
14              THE WITNESS:  All of the written reports
15         reflected there are part of the standard
16         compliance review.
17              Any other investigation would have been
18         documented and part of the file.  I have no
19         knowledge of such.
20         Q.   (By Mr. O'Laughlin:) You're not aware of
21    any additional investigations?
22         A.   Correct, sir.
23              MR. ACKERMAN:  Objection.  Go ahead.
24         Q.   (By Mr. O'Laughlin:) let's -- so the email
25    that we're looking at had several attachments to it,
```

1        to rap up pretty quickly.
2               VIDEOGRAPHER:  We are going off the
3        record.  The time is 8:52 p.m., Friday,
4        May 26th, 2023.  We're off the record.
5                    (Break taken.)
6               VIDEOGRAPHER:  We are going back on the
7        record after a short break.  The time is now
8        9:00 p.m., Friday, May 26th, 2023.  We're on
9        the record.
10              MR. O'LAUGHLIN:  Let's enter Tab 45 as
11       the next exhibit.
12              MS. WARREN:  Tab 45 is in the chat as
13       Exhibit 37.
14              (Deposition Exhibit No. 37 was
15               marked for identification.)
16       Q.    (By Mr. O'Laughlin:)  Ms. Benjamin, let me
17  know once you've reviewed the document.
18       A.    Reviewed.
19       Q.    So we've talked a lot about the various
20  media inquiries received by EDA over the years.  Do
21  you recognize this document?
22       A.    No.
23       Q.    It's a memorandum from Semele George to
24  Chanel Petersen.  And it's a chart that collects the
25  various inquiries that were made to EDA and the

```
 1    responses that were made.
 2              Who is Semele George?
 3         A.   She's a public relations specialist in our
 4    marketing division.
 5         Q.   And who is Chanel Petersen?
 6         A.   She's the former marketing director.
 7         Q.   So it's a long document, 40 pages of media
 8    inquiries.  But if you scroll down to the bottom to
 9    PDF page 39.
10         A.   Is 39 the last page?
11              MR. ACKERMAN:  The second.
12         Q.   Do you see page 39?
13         A.   Yes.
14         Q.   So it lists the partes who were involved in
15    responses to the media inquiries and it lists you as
16    one of those individuals designated, correct?
17         A.   Number 7, is that what you're looking at?
18              MR. ACKERMAN:  No.
19         Q.   (By Mr. O'Laughlin:)  No, it's page 39
20    within the PDF.
21              MR. ACKERMAN:  Second to last page of
22         the document.
23         Q.   (By Mr. O'Laughlin:)  Bates number 22645?
24         A.   July 11, 2019?
25              MR. ACKERMAN:  Keep going.  Keep going.
```

1     Keep going.  Hold on.  Andy, we're having an
2     issue here.
3          THE WITNESS:  Unless it's still
4     downloading.
5          MR. ACKERMAN:  I think it might still
6     be.  Yeah, her document is still downloading,
7     so she didn't have all the document.
8          It's 22645 is the number?
9          MR. O'LAUGHLIN:  Yes.
10         THE WITNESS:  This item next -- okay.
11    Okay.
12        Q.   (By Mr. O'Laughlin:)  So 22645 provides a
13    summary, and it states who the parties were involved
14    regarding responses to media inquiries, and it lists
15    you as one of those parties, correct?
16        A.   Yes.
17        Q.   And then below that is a summary, and it
18    reads, "55 total inquiries were received from the
19    following:  Eight publications, one television station
20    and 14," and then in parentheses "13 reporters and
21    investigative journalists.
22             "In addition, three interviews were
23    conducted for the York Times by Steve Adder on
24    behalf of Maxi Goldstein, Wall Street Journal by
25    Rebecca O'Bryan, and Bloomberg News Miami by

```
 1    Jonathan Levin."
 2              Did I read that correctly?
 3        A.    Yes.
 4        Q.    And just to be clear, no investigations
 5    were undertaken in response to any of these inquiries,
 6    correct?
 7        A.    Not that I'm aware of.
 8        Q.    And no one reached out to VIPD in
 9    connection with these inquiries, correct?
10        A.    Not that I'm aware of.
11        Q.    And no one reached out to USVI DOJ in
12    connection with these inquiries, correct?
13              MR. ACKERMAN:  Objection, scope.
14              THE WITNESS:  No knowledge.
15        Q.    (By Mr. O'Laughlin:)  And no one reached
16    out to the FBI in connection with these inquiries,
17    correct?
18              MR. ACKERMAN:  Scope.
19              THE WITNESS:  No knowledge.
20        Q.    (By Mr. O'Laughlin:)  And no one reached to
21    law enforcement of any kind in connection with these
22    inquiries, correct?
23              MR. ACKERMAN:  Scope.
24              THE WITNESS:  No knowledge.
25              MR. O'LAUGHLIN:  Let's enter Tab 35 as
```