# EXHIBIT 315

**Date:** Thursday, December 20 2018 05:33 PM
**Subject:** Inaugural Committee
**From:** Cecile de Jongh <█████@yahoo.com>
**To:** Jeffrey Epstein <jeevacation@gmail.com>;

Hi Jeffrey,

I got a call from the Bryan/Roach Inaugural Committee and they asked for a $25,000 donation to the inaugural events. They are trying to raise all the money privately. Please let me know your thoughts.

With warm regards,

Cecile de Jongh

CONFIDENTIAL
ESTATE_JPM016245