# EXHIBIT 316

## GOVERNMENT OF
## THE VIRGIN ISLANDS OF THE UNITED STATES

### CHARLOTTE AMALIE, ST. THOMAS

C-111-99

**To All To Whom These Presents Shall Come:**

I, the undersigned, LIEUTENANT GOVERNOR, do hereby certify that

FINANCIAL TRUST COMPANY, INC.

of the Virgin Islands filed in my office on __November 6, 1998__ as provided for by law, Articles of Incorporation, duly acknowledged:

WHEREFORE the persons named in the said Articles, and who have signed the same, and their successors, are hereby declared to be from the date aforesaid, a corporation by the name and for the purposes set forth in said Articles, with the right of succession as therein stated.



Witness my hand and the Seal of the Government of the Virgin Islands of the United States, at Charlotte Amalie, St. Thomas, this __30th__ day of __November, A.D.__, 19 98

KENNETH E. MAPP
Lieutenant Governor for the Virgin Islands

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# ARTICLES OF INCORPORATION

## OF

## FINANCIAL TRUST COMPANY, INC.

We, the undersigned, for the purposes of associating to establish a corporation for the transaction of the business and the promotion and conduct of the objects and purposes hereinafter stated, under the provisions and subject to the requirements of the laws of the Virgin Islands of the United States (hereinafter called the Virgin Islands), and particularly the General Corporation Law of the Virgin Islands (Chapter 1, Title 13, Virgin Islands Code), as the same may be amended from time to time, do make and file these Articles of Incorporation in writing and do certify:

### ARTICLE I

The name of the corporation (hereinafter referred to as the "corporation") is FINANCIAL TRUST COMPANY, INC.

### ARTICLE II

The principal office of the corporation in the Virgin Islands is located at 41-42 Kongens Gade, St. Thomas, VI 00802 , and the name of the resident agent of the corporation at that address is Paul Hoffman.

### ARTICLE III

Without limiting in any manner the scope and generality of the allowable functions of the corporation, it is hereby provided that the corporation shall have the following purposes, objects and powers:

1. To provide financial counseling and investment advice to clients both within and without the United States Virgin Islands, including serving as trustee and/or fiduciary for such clients and others.

2. To engage in any commercial, industrial, agricultural, marketing, transportation, or service activity, business, or enterprise calculated or designed to be profitable to the corporation.

3. To design, develop, manufacture, construct, assemble, install, repair, maintain, prepare and compound and to buy, sell, import, export, and otherwise deal in commercial, industrial, agricultural, or other instruments, appliances, tools, machinery, equipment, parts, supplies, accessories, devices, preparations, compounds, and articles, and goods, wares, and merchandise of every kind; to maintain and operate laboratories and testing facilities of every kind and to carry on the business of analysts, testers, examiners, advisors, and technical consultants with respect to materials, equipment, and processes of every kind and to carry on research and experiments with respect thereto.

Articles of Incorporation
Page 2

4.  To acquire, hold, maintain, and operate such plants, workshops, offices, stores, buildings, equipment, vehicles, and vessels as may be desirable for the proper conduct of the business herein referred to, and to do and perform every other act that may be legally performed by a corporation engaged in such business.

5.  To apply for, acquire, register, use, hold, sell, assign, or otherwise dispose of (either absolutely or by way of lease, mortgages, pledge, or license), to grant licenses with respect to and otherwise turn to account any letters patent of the United States or of any foreign country, or pending applications therefor, and any inventions, improvements, devices, trade secrets, formulae, processes, trademarks, trade names, brands, labels, copyrights, and privileges and any right, title, or interest therein.

6.  To purchase, or otherwise acquire, take by devise, hold, own, mortgage, pledge, sell, enjoy or otherwise turn to account, assign, and transfer and to invest, trade, and deal in goods, wares, and merchandise, and real and personal property of every kind.

7.  To acquire all or any part of the good will, rights, property, and business of any person, firm, association, or corporation and to pay for the same in cash or in stock or bonds of this corporation or otherwise and to hold or in any manner dispose of the whole or any part of the property so purchased, and to assume in connection therewith any liabilities of any such person, firm, association, or corporation, and to conduct in any lawful manner in any place the whole or any part of the business thus acquired.

8.  To purchase, hold, sell, assign, transfer, mortgage, pledge, or otherwise dispose of the shares of the capital stock of, or any bonds, securities, or evidences of indebtedness created by any other corporation or corporations of the Virgin Islands or any other jurisdiction and, while the owner of such stocks, bonds, securities, or evidences of indebtedness, to exercise all the rights, powers and privileges of ownership, including the right to vote any stock thus owned.

9.  To borrow or raise money to any amount permitted by law by the sale or issue of bonds, notes, debentures, or other obligations of any kind and to secure the same by mortgages or other liens upon any and all of the property of every kind of the corporation.

10. To enter into and carry out any contracts including entering into joint ventures or partnerships, limited or general, as limited or general partner, or both, for or in relation to the foregoing business with any person, firm, association, corporation, or government or governmental agency.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000013481

Articles of Incorporation
Page 3

11.  To conduct its business in the Virgin Islands and elsewhere in the United States and foreign countries and to have offices within or outside the Virgin Islands and to hold, purchase, mortgage, and convey real and personal property within or outside the Virgin Islands.

12.  To do all and everything necessary, suitable and proper for the accomplishment of any of the purposes or the attainment of any of the objects or the exercise of any of the powers herein set forth, either alone or in connection with other firms, individuals, associations, or corporations in the Virgin Islands and elsewhere in the United States and foreign countries, and to do any other acts or things incidental or appurtenant to or growing out of or connected with the said business, purposes, objects, and powers or any part thereof not inconsistent with the laws of the Virgin Islands, and to exercise any and all powers now or hereafter conferred enumerated herein or not.

The purposes, objects, and powers specified in this Article shall not be limited or restricted by reference to the terms of any other subdivision or of any other Article of these Articles of Incorporation.

## ARTICLE IV

The total number of shares of stock which the corporation is authorized to issue is 1000 shares of common stock of no par value; no preferred stock is authorized.

The minimum amount of capital with which the corporation will commence business is $1,000.00.

## ARTICLE V

The name and place of residence of each of the persons forming the corporation are as follows:

Barbara Mignon Weatherly

Jennie-lynn Falk

Dale R. Michael

Articles of Incorporation
Page 4

## ARTICLE VI

The corporation is to have perpetual existence.

## ARTICLE VII

The corporation is to be unlimited in the amount of indebtedness to which it shall at any time be subject.

## ARTICLE VIII

For the management of the business and for the conduct of the affairs of the corporation, and in further creation, definition, limitation, and regulation of the powers of the corporation and of its directors and stockholders, it is further provided:

1.   The number of directors of the corporation shall be fixed by, or in the manner provided in the By-Laws, but in no case shall the number be less than three.   The directors need not be stockholders.

2.   In furtherance and not in limitation of the powers conferred by the laws of the Virgin Islands, and subject at all times to the provisions thereof, the Board of Directors is expressly authorized and empowered:

   a)   Subject to the right of a majority of the stockholders to amend, repeal, alter or modify the By-Laws at any regular meeting, or at any special meeting called for such purposes, to make, alter and repeal By-Laws, not inconsistent with any existing law, fixing or altering the management of the property of the corporation, the governing of its affairs, and the manner of certification and transfer of its stock.

   b)   To authorize and issue obligations of the corporation, secured and unsecured, to include therein such provisions as to redeemability, convertibility or otherwise, as the Board of Directors in its sole discretion may determine and to authorize the mortgaging or pledging of, and to authorize and cause to be executed mortgages and liens upon any property of the corporation, real or personal, including after acquired property.

   c)   To determine whether any, and, if any, what part of the net profits of the corporation or of its net assets in excess of its capital shall be declared in dividends and paid to the stockholders, and to direct and determine the use and disposition thereof.

VI-JPM-000013483

Articles of Incorporation
Page 5

d)   To contract in the name of the corporation with individual members of the Board of Directors in their individual capacity or as representatives of any firm, association or corporation.

e)   To sell or otherwise dispose of the real or personal property of the corporation.

f)   To set apart a reserve or reserves, and to abolish such reserve or reserves, or to make such other provisions, if any, as the Board of Directors may deem necessary or advisable for working capital, for additions, improvements and betterments to plant and equipment, for expansion of the business of the corporation (including the acquisition of real and personal property for this purpose) and for any other purpose of the corporation.

g)   To establish bonus, profit-sharing, pension, thrift and other types of incentive, compensation or retirement plans for the officers and employees (including officers and employees who are also directors) of the corporation and to fix the amounts of profits to be distributed or shared or contributed and the amounts of the corporation's funds otherwise to be devoted thereto and to determine the persons to participate in any such plans and the amounts of their respective participation.

h)   To issue, or grant options for the purpose of shares of stock of the corporation to officers and employees (including officers and employees who are also directors) of the corporation and on such terms and conditions as the Board of Directors may from time to time determine.

i)   To enter into contracts for the management of the business of the corporation for terms not exceeding five (5) years.

j)   To exercise all the powers of the corporation, except such as are conferred by law, or by these Articles of Incorporation or by the By-Laws of the corporation, upon the stockholders.

## ARTICLE IX

Any person made a party to or otherwise involved in any action, suit or proceeding, by reason of the fact that he is or was a director, resident agent or officer of the corporation or of any corporation in which he served as such at the request of the corporation, shall be indemnified by the corporation against any and all amounts, costs and expenses, including but not limited to, attorney's fees, amounts paid upon judgments or awards or in settlements (before or after suit is commenced),

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Articles of Incorporation
Page 6

actually and necessarily incurred by or imposed upon him in connection with such action, suit or proceeding, or in connection with any appeal therein, except in relation to matters as to which it shall be adjudged in such action, suit or proceeding, or in connection with any appeal therein, that such officer or director is liable for wilful misconduct in the performance of his duties. The provisions of this Article shall not be deemed exclusive of any other rights respecting indemnification to which one seeking indemnification may be entitled and shall not be read to limit or restrict any applicable provisions of law, nor to further limit the corporation as respects indemnification. The rights respecting indemnification referred to herein shall inure to the benefit of the heirs, executors and administrators of any person entitled to indemnification.

## ARTICLE X

The corporation reserves the right to amend, alter, change, or repeal any provisions contained in The Articles of Incorporation in the manner now or hereafter prescribed by statute and all rights conferred upon stockholders herein are granted subject to this reservation.

IN WITNESS WHEREOF we have made, signed and acknowledged these Articles of Incorporation this 6th day of November, 1998.

_____
Barbara Mignon Weatherly

_____
Jennie-lynn Falk

_____
Dale R. Michael

TERRITORY OF THE VIRGIN ISLANDS   )
                                   )ss:
DIVISION OF ST. THOMAS & ST. JOHN  )

The foregoing instrument was acknowledged before me this 6th day of November, 1998, by Barbara Mignon Weatherly, Jennie-lynn Falk, and Dale R. Michael.

_____
Notary Public

Paul Hoffman
Commission Expires June 27, 2000
Notary Public Commission No. LNP-13-96

# Consent of Agent for Service of Process

—— o ——

This writing witnesseth that the undersigned .... Paul Hoffman ............................
<div style="text-align:center">(Type or print agent's name)</div>

having been designated by the

FINANCIAL TRUST COMPANY, INC. _____
<div style="text-align:center">Name of Corporation</div>

as agent of the said company upon whom service of process may be made in all suits arising

against the said company in the Courts of the Virgin Islands, do hereby consent to act as

such agent, and that service of process may be made upon me in accordance with Title 13 of

the Virgin Islands Code.

IN WITNESS WHEREOF, I have hereunto set my signature this ............. 6th .... day of .........

November ..........................,19. 98 .

_____
<div style="text-align:center">(Signature of Agent)</div>

Subscribed and sworn to before me this...... 6th .... day of ..... November ......,19. 98 .

at ... St. Thomas, VI ..................................

_____
<div style="text-align:center">(Notary Public)</div>

Barbara Mignon Weatherly
Commission Expires November 21, 200_
Notary Public Commission No. NP-13-_

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CERTIFICATE OF APPOINTMENT
OF RESIDENT AGENT OF
FINANCIAL TRUST COMPANY, INC.

I, Jeffrey Epstein, President of Financial Trust Company, Inc. ("The Corporation") certify

that the board of directors of the Corporation on June 16, 2005, did unanimously consent to the

adoption of the following resolution:

RESOLVED, that Maria Tankenson Hodge, 1340 Taarneberg, St. Thomas, Virgin Islands,

(340) 774-6845, be and hereby is duly appointed to serve as resident agent for service of legal

process in the U.S. Virgin Islands with full authority to accept the service of legal process on behalf

of the Corporation.

DATED: 6/23/05

_____
Jeffrey Epstein, President

A TRUE COPY
ATTEST:

_____
Cecile DeJongh, Secretary

# CONSENT of AGENT for SERVICE of PROCESS
### ******

This writing witnesseth that the undersigned **MARIA TANKENSON HODGE**

having been designated by the corporation known as

### FINANCIAL TRUST COMPANY, INC.

as agent of the said company upon whom service of process may be made in all suits

arising against the said company in the Courts of the Virgin Islands, does hereby consent

to act as such agent, and that service of process may be made upon me in accordance with

Title 13 of the Virgin Islands Code.

IN WITNESS WHEREOF, I have hereunto set my signature this 24th day of June,

2005.

Maria Tankenson Hodge
HODGE & FRANCOIS
1340 Taarneberg
St. Thomas, VI   00802

Subscribed and sworn to before me this 24th day of June, 2005 at Charlotte

Amalie, St. Thomas, U.S. Virgin Islands.

Notary Public

Denise M. Francois
My Commission Expires: October 17, 2006
LNP-002-03



THE UNITED STATES VIRGIN ISLANDS
## OFFICE OF THE LIEUTENANT GOVERNOR
### DIVISION OF CORPORATIONS AND TRADEMARKS

ENTERED DEC 0 3 2013

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

## FRANCHISE TAX REPORT – DOMESTIC CORPORATION
CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th.
AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| | |
|---|---|
| TODAY'S DATE | 6/30/2013 |
| TAX CLOSING DATE | 12/31/2012 |
| EMPLOYER IDENTIFICATION NO. (EIN) | ▇▇▇▇▇ |

### SECTION 1

| | |
|---|---|
| CORPORATION NAME | Financial Trust Company, Inc. |
| PHYSICAL ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| MAILING ADDRESS | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/6/1998 |
| NATURE OF BUSINESS | Services |

### SECTION 2
CAPITAL STOCK AUTHORIZED ON LAST FILED REPORT — 1000 shares no par value
CAPITAL STOCK AUTHORIZED ON THIS DATE — 1000 shares no par value

### SECTION 3 – PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS
A. AS SHOWN ON LAST FILED REPORT — $764808
B. ADDITIONAL CAPITAL PAID SINCE LAST REPORT — $ 0.00
C. SUM OF 'A' AND 'B' ABOVE — $764808
D. PAID-IN CAPITAL WITHDRAWN SINCE LAST REPORT — $ 0
E. PAID-IN CAPITAL STOCK AT DATE OF THIS REPORT — $764808
F. HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD — $764808

### SECTION 4 - COMPUTATION OF TAX
A. AT RATE OF $1.50 PER THOUSAND (PLEASE ROUND DOWN TO THE NEAREST THOUSAND)
ON HIGHEST TOTAL PAID-IN CAPITAL STOCK AS REPORTED ON LINE 3F ABOVE — $1147.21
B. TAX DUE (4A OR $150.00 (WHICHEVER IS GREATER)) — $1147.21

### SECTION 5 – PENALTY AND INTEREST FOR LATE PAYMENT
A. PENALTY – 20% OR $50.00 (WHICHEVER IS GREATER) OF 4B
B. INTEREST – 1% COMPOUNDED ANNUALLY FOR EACH MONTH,
OR PART THEREOF, BY WHICH PAYMENT IS DELAYED BEYOND
THE JUNE 30th DEADLINE
C. TOTAL PENALTY AND INTEREST

R# 228673
# 1147·21
C# 1002

### SECTION 6 – TOTAL DUE (TAXES, PENALTY, INTEREST)
SUM OF 4B AND 5C — $1147.21

DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS,
RE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION
AY BE GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.

TREASURER

SIGNATURE _Jeanne Brennan_   DATE 6/30/13

Jeanne Brennan

PRESIDENT

SIGNATURE   DATE

Jeffrey E. Epstein

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

5049 Kongens Gade
Charlotte Amalie, Virgin Islands 00802
Phone - 340.776.8515
Fax - 340.776.4612

1105 King Street
Christiansted, Virgin Islands 00820
Phone - 340.773.6449
Fax - 340.773.0330

## ANNUAL REPORT – DOMESTIC AND FOREIGN CORPORATION

CORPORATE FILINGS AND REQUISITE TAXES ARE DUE, EACH YEAR, ON OR BEFORE JUNE 30th. AVOID PENALTIES AND INTEREST BY PAYING ON TIME.

| TODAY'S DATE | TAX CLOSING DATE | EMPLOYER IDENTIFICATION NO. (EIN) |
|---|---|---|
| 6/30/2013 | 12/31/2012 | |

**SECTION 1**

| | |
|---|---|
| CORPORATION NAME | Financial Trust Company, Inc. |
| ADDRESS OF MAIN OFFICE | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| ADDRESS OF PRINCIPLE USVI OFFICE | 6100 Red Hook Quarter, B3, St. Thomas, U.S. Virgin Islands 00802 |
| DATE OF INCORPORATION | 11/6/1998 |
| COUNTRY/STATE OF INCORPORATION | U. S. Virgin Islands |
| AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR | 1,000 shares no par value |
| AMOUNT OF PAID-IN CAPITAL CAPITAL AT CLOSE OF FISCAL YEAR | 764,808 |
| AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE USVI DURING THE FISCAL YEAR | 764,808 |

**SECTION 2**

NAMES AND ADDRESSES OF ALL DIRECTORS AND OFFICERS OF THE CORPORATION AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE –

| NAME/TITLE | ADDRESS | TERM EXPIRATION |
|---|---|---|
| Jeffrey E Epstein President/Director | 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802 | Serves until successor elected |
| Jeanne Brennan Vice President/Treasurer/Director | | Serves until successor elected |
| Cecile de Jongh Vice President/Secretary/Director | | Serves until successor elected |
| | | |
| | | |

I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, AT TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY GROUNDS FOR DENIAL OR SUBSEQUENT REVOCATION OF REGISTRATION.

TREASURER

SIGNATURE _Jeanne Brennan_   DATE 6/30/13

Jeanne Brennan
PRINTED FIRST NAME AND LAST NAME

PRESIDENT

SIGNATURE _Jeffrey Epstein_   DATE

Jeffrey Epstein
PRINTED FIRST NAME AND LAST NAME

* IF THE LAST REPORT DOES NOT COVER THE PERIOD IMMEDIATELY PRECEDING THE REPORT PERIOD COVERED BY THIS REPORT, A SUPPLEMENTARY REPORT ON THE SAME MUST BE FILED, BRIDGING THE GAP BETWEEN THE TWO REPORTS.

* THIS REPORT IS NOT CONSIDERED COMPLETE UNLESS ACCOMPANIED BY A GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR, AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

* FOREIGN SALES CORPORATIONS THAT ARE REGISTERED WITH THE SECURITY AND EXCHANGE COMMISSION MUST FURNISH EVIDENCE OF SUCH REGISTRATION AND COMPLY WITH BALANCE SHEET AND PROFIT AND LOSS STATEMENTS. FCSS THAT ARE NOT REGISTERED WITH THE COMMISSION ARE EXEMPT FROM FILING THE GENERAL BALANCE SHEET AND THE PROFIT AND LOSS STATEMENT.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

REPORT OF STOCKHOLDERS
ON TAX EXEMPTED ENTITIES
(Due on or before June 30th of each year.)

-O-

Pursuant to Title 29, Chapter 12, Section 716 (a) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

NAME OF ENTITY ___Financial Trust Company, Inc._____

TYPE OF ENTITY: (Please select one.)

| | |
|---|---|
| ☐ Sole Proprietor/Partnership | ☐ Domestic Limited Partnership |
| ☐ Foreign Limited Partnership | ☐ Domestic Limited Liability Partnership |
| ☐ Foreign Limited Liability Partnership | ☒ Domestic Corporation |
| ☐ Exempt Corporation | ☐ Foreign Corporation |
| ☐ Domestic Limited Liability Company | ☐ Foreign Limited Liability Company |

MAILING ADDRESS _6100 Red Hook Qtr Suite B-3 St. Thomas, VI 00802___

PERIOD OF TAX EXEMPTION ___2009 to March 2012_____

NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:

| Name | Address | Percent % | Bona fide Residents |
|---|---|---|---|
| Jeffrey E. Epstein | 6100 Red Hook Qtr Ste B-3 St. Thomas, VI 00802 | 100% | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Note: This report must also include the names and addresses of all legal or equitable owners of such benefited business who have or will claim benefits under this chapter as bona fide residents of the Virgin Islands, pursuant to Act No. 6748.

DATED ___6/30/13_____

VERIFIED: _____
President or Vice President

_____
Secretary or Asst. Secretary

_____
Manager or Managing Partner

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000013491

# GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR



## REPORT

DIVISION OF CORPORATION AND TRADEMARKS

TEL. (340) 776-8515 • FAX. (340) 776-4612

OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

### DOMESTIC CORPORATION
(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

Date of Report: June 30, 2012

**EMPLOYER I.D. No.:**

Date of Last Report: June 30, 2011

This Report is for the Period Ended June 30th, 2012

1) **NAME OF CORPORATION:** Financial Trust Company, Inc.

    a.  Address: 6100 Red Hook Quarter, B3 St. Thomas USVI 00802
    b.  Date of Incorporation: November 6, 1998
    c.  Kind of Business: Services

*1923792 ·*
*#1147·21*
*check#3912*

2) **AMOUNT OF CAPITAL STOCK AUTHORIZED:**

    a.  When last report filed ...................................................
    b.  On date of this report ...................................................

.... 1000 shares common stock no par .......
.... 1000 shares common stock no par ......

3) **AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:**

    a.  As shown on last report filed ...................................................
    b.  Additional capital paid in since last report ...................................
    c.  Sum of (a) and (b) ...................................................
    d.  Paid-in Capital withdrawn since last report...................................
    e.  Paid-in Capital Stock at date of this report...................................
    f.  HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING
       PERIOD ...................................................

$ 764808
$ -
$ -
$ -
$ 764808

$ 764808

4) **COMPUTATION OF TAX:**

    a.  At rate of $1.50 per M (fractions of a thousand disregarded) on
       highest total paid-in capital stock as reported on Line 3(t) above  $ 1147.21
    b.  TAX DUE: (Above figure, or $150 whichever is greater)  $ -

$ 1147.21

5) **PENALTY AND INTEREST FOR LATE PAYMENT:**

    a.  20% or $50.00 whichever is greater penalty for failure to pay by June 30th  $...
    b.  1 % interest compounded annually for each month or part thereof by which payment is
       delayed beyond June 30th  $...
    c.  **Total Penalty And Interest**:

$ -

6) **TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c)**

$ 1147.21

(Attach checks payable to The Government of the Virgin Islands and mail documents to the Office of the Lieutenant Governor, Division of
Corporation and Trademarks, 5049 Kongens Gade, St. Thomas, VI 00802-6487.)

**Certified Correct**

_Yvonne Lorenzo_

**Treasurer**

**President**

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013492

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION: Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

RESIDENT OR AUTHORIZED AGENT IN THE VI Maria Hodge, 1340 Taarneberg St. Thomas, VI 00802

COUNTRY OR STATE IN WHICH INCORPORATED: United States Virgin Islands

FISCAL YEAR COVERED BY LAST REPORT FILED: December 31, 2010

FISCAL YEAR COVERED BY THIS REPORT: December 31, 2011

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 1,000 shares common stock, no par value.

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR: 764,808

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR: 764,808

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE

Jeffrey E. Epstein, Director/President, 6100 Red Hook Quarter, B3
St. Thomas, VI 00802-1348; Serves until successor elected
Cecile de Jongh, Director/Vice President/Secretary PO Box 8361
St. Thomas, VI 00801, Serves until successor elected
Jeanne Brennan, Director/Vice President/Treasurer 6501 Red Hook Quarter Suite 201
St Thomas, VI 00802, Serves until successor elected

DATED: June 30, 2012          VERIFIED

_(PRESIDENT OR VICE PRESIDENT)_

_(TREASURER OR ASST. TREASURER)_

1.   If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2.   THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR

## REPORT

DIVISION OF CORPORATION AND TRADEMARKS

TEL: (340) 776-8515 • FAX: (340) 776-4612

OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

ENTERED SEP 1 3 2011

### DOMESTIC CORPORATION
(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

Date of Report: June 30, 2011

EMPLOYER I.D. No.: ▮▮▮▮▮▮▮▮

Date of Last Report: June 30, 2010

This Report is for the Period Ended June 30, 2011

1) NAME OF CORPORATION: Financial Trust Company, Inc.

    a.   Address: 6100 Red Hook Quarter B-3 St. Thomas USVI 00802
    b.   Date of Incorporation: November 6, 1998
    c.   Kind of Business: Services

2) AMOUNT OF CAPITAL STOCK AUTHORIZED:

    a.   When last report filed ....................................................
    b.   On date of this report .....................................................

    1000 shares common stock at par

    1000 shares common stock at par

3) AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

    a.   As shown on last report filed ........................................
    b.   Additional capital paid in since last report ...........................
    c.   Sum of (a) and (b) ......................................................
    d.   Paid-in Capital withdrawn since last report...........................
    e.   Paid-in Capital Stock at date of this report ...........................
    f.   **HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD** ...............................................................

    $ 764808
    $ -
    $
    $ -
    $ 764808

    $ 764808

4) COMPUTATION OF TAX:

    a.   At rate of $1.50 per M (fractions of a thousand disregarded) on highest total paid-in capital stock as reported on Line 3(t) above    $ 1147.21
    b.   TAX DUE: (Above figure, or $150 whichever is greater)    $ -

    $ 1147.21

5) PENALTY AND INTEREST FOR LATE PAYMENT:

    a.   20% or $50.00 whichever is greater penalty for failure to pay by June 30th    $ ..................
    b.   1 ½ interest compounded annually for each month or part thereof by which payment is delayed beyond June 30th    $ ..................
    c.   **Total Penalty And Interest**    $ -

6) TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c)    $ 1147.21
(Attach checks payable to The Government of the Virgin Islands and mail documents to the Office of the Lieutenant Governor, Division of Corporation and Trademarks, 5049 Kongens Gade, St. Thomas, VI 00802-6487.)

**Certified Correct**

_Joanne Dunnan_

Treasurer

_(signature)_

President

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013494

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

(DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION: Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS: Same

RESIDENT OR AUTHORIZED AGENT IN THE VI: Maria Hodge, 1340 Taarneberg St. Thomas, VI 00802

COUNTRY OR STATE IN WHICH INCORPORATED: United States Virgin Islands

FISCAL YEAR COVERED BY LAST REPORT FILED: December 31, 2009

FISCAL YEAR COVERED BY THIS REPORT: December 31, 10

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 1,000 shares no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR: 764,808

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR: 764,808

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE

Jeffrey E. Epstein, Director/President, 6100 Red Hook Quarter, B3, St. Thomas, VI 00802-1348;  Serves until successor elected

Cecile de Jongh, Director/Vice President/Secretary
St. Thomas, VI 00801.  Serves until successor elected

Jeanne Brennan, Director/Vice President/Treasurer
St Thomas, VI 00802,  Serves until successor elected

DATED: June 30, 2011          VERIFIED

(PRESIDENT OR VICE PRESIDENT)

(TREASURER OR ASST. TREASURER)

1.  If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2.  THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND         PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

FINANCIAL TRUST COMPANY, INC.
EIN # ███████
BALANCE SHEET
As of December 31, 2012

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 29,428,408 |
| ACCOUNTS RECEIVABLE | | - |
| RELATED INVESTMENTS | | 105,787,562 |
| INVESTMENT IN SUBSIDIARY | | 72,238,145 |
| PROPERTY AND EQUIPMENT, net of depreciation | | 264,732 |
| OTHER ASSETS | | 4,070,632 |
| **TOTAL ASSETS** | | 211,789,480 |
| | | |
| ACCOUNTS PAYABLE | $ | 1,230 |
| LIABILITIES ON SECURITIES SOLD NOT YET PURCHASED | | 1,263,226 |
| **TOTAL LIABILITIES** | | 1,264,456 |
| STOCKHOLDER'S EQUITY | | |
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 209,760,216 |
| | | 210,525,024 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 211,789,480 |

STATEMENT OF INCOME AND RETAINED EARNINGS
For the year ended December 31, 2012

| | | |
|---|---|---|
| Fee income | $ | |
| Relalated investment losses | | (12,277,257) |
| **Total revenues** | | (12,277,257) |
| Investment expenses | | 58,508 |
| General and administrative expenses | | 1,658,291 |
| **Total expenses** | | 1,716,799 |
| **NET LOSS** | | (13,994,055) |
| RETAINED EARNINGS, beginning of year | | 243,449,791 |
| Less: DISTRIBUTIONS | $ | 19,695,520 |
| RETAINED EARNINGS, end of year | | 209,760,216 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

FINANCIAL TRUST COMPANY, INC.
EIN #
BALANCE SHEET
As of December 31, 2011

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 29,608,037 |
| ACCOUNTS RECEIVABLE | | 3,743,963 |
| RELATED INVESTMENTS | | 109,811,863 |
| INVESTMENT IN SUBSIDIARY | | 97,110,019 |
| PROPERTY AND EQUIPMENT, net of depreciation | | 304,946 |
| OTHER ASSETS | | 4,095,397 |
| TOTAL ASSETS | | 244,674,225 |
| | | |
| ACCOUNTS PAYABLE | $ | 18,109 |
| LIABILITIES ON SECURITIES SOLD NOT YET PURCHASED | | 441,517 |
| TOTAL LIABILITIES | | 459,626 |
| STOCKHOLDER'S EQUITY | | |
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 243,449,791 |
| | | 244,214,599 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 244,674,225 |

STATEMENT OF INCOME AND RETAINED EARNINGS
For the year ended December 31, 2011

| | | |
|---|---|---|
| Fee income | $ | 100,000 |
| Relaiated investment losses | | (9,228,140) |
| Total revenues | | (9,128,140) |
| Investment expenses | | 806,495 |
| General and administrative expenses | | 2,635,460 |
| Total expenses | | 3,441,954 |
| NET LOSS | | (12,570,094) |
| RETAINED EARNINGS, beginning of year | | 273,469,886 |
| Less: DISTRIBUTIONS | $ | 17,450,000 |
| RETAINED EARNINGS, end of year | | 243,449,791 |

VI-JPM-000013497

FINANCIAL TRUST COMPANY, INC
EIN #
BALANCE SHEET
As of December 31, 2010

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 28,173,321.80 |
| ACCOUNTS RECEIVABLE | | 1,455,637.30 |
| RELATED INVESTMENTS | | 126,843,024 |
| INVESTMENT IN SUBSIDIARY | | 114,453,570 |
| PROPERTY AND EQUIPMENT, net of depreciation | | 340,673 |
| OTHER ASSETS | | 3,889,312 |
| TOTAL ASSETS | | 275,155,539 |
| | | |
| ACCOUNTS PAYABLE | $ | 845 |
| LIABILITIES ON SECURITIES SOLD NOT YET PURCHASED | | 920,000 |
| TOTAL LIABILITIES | | 920,845 |
| STOCKHOLDER'S EQUITY | | |
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 273,469,886 |
| | | 274,234,694 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 275,155,539 |

STATEMENT OF INCOME AND RETAINED EARNINGS
For the year ended December 31, 2010

| | | |
|---|---|---|
| Fee income | $ | 100,000 |
| Relalated investment losses | | (18,008,043) |
| Total revenues | | (17,908,043) |
| | | |
| Investment expenses | | 5,365,105 |
| General and administrative expenses | | 2,124,682 |
| Total expenses | | 7,489,787 |
| NET LOSS | | (25,397,830) |
| | | |
| RETAINED EARNINGS, beginning of year | | 333,445,836 |
| Less: DISTRIBUTIONS | $ | 34,578,120 |
| RETAINED EARNINGS, end of year | | 273,469,886 |

VI-JPM-000013498

# REPORT OF STOCKHOLDERS
## ON TAX EXEMPTED ENTITIES
(Due on or before June 30th of each year.)

-O-

Pursuant to Title 29, Chapter 12, Section 716 (a) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

**NAME OF ENTITY**   Financial Trust Company, Inc.

**TYPE OF ENTITY**: (Please select one.)

| | | | |
|---|---|---|---|
| ☐ | Sole Proprietor/Partnership | ☐ | Domestic Limited Partnership |
| ☐ | Foreign Limited Partnership | ☐ | Domestic Limited Liability Partnership |
| ☐ | Foreign Limited Liability Partnership | ☒ | Domestic Corporation |
| ☐ | Exempt Corporation | ☐ | Foreign Corporation |
| ☐ | Domestic Limited Liability Company | ☐ | Foreign Limited Liability Company |

**MAILING ADDRESS**   6100 Red Hook Qtr Suite B-3 St. Thomas, VI 00802

**PERIOD OF TAX EXEMPTION**   Ten (10) years

**NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:**

| Name | Address | Percent % | Bona fide Residents |
|---|---|---|---|
| Jeffrey E. Epstein | 6100 Red Hook Qtr Ste B-3 St. Thomas, VI 00802 | 100% | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

Note: This report must also include the names and addresses of all legal or equitable owners of such benefited business who have or will claim benefits under this chapter as bona fide residents of the Virgin Islands, pursuant to Act No. 6748.

**DATED**   June 30, 2007

**VERIFIED**

_____
President or Vice President
Jeffrey E. Epstein

_____
Secretary or Asst. Secretary
Cecile R. de Jongh

_____
Manager or Managing Partner

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   VI-JPM-000013499

# GOVERNMENT OF THE VIRGIN ISLANDS OF The UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR



## REPORT

DIVISION OF CORPORATION AND TRADEMARKS

TEL.(340) 776-8515 ● FAX. (340) 776-4612

OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

### DOMESTIC CORPORATION
(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

Date of Report: June 29, 2010

**EMPLOYER I.D. No.:**

Date of Last Report: June 30, 2009

**ENTERED SEP 0 7 2010**

This Report is for the Period Ended June 30th, 2010

1) **NAME OF CORPORATION:** Financial Trust Company, Inc.

   a.  Address: 6100 Red Hook Quarter B-3 St. Thomas USVI 00802
   b.  Date of Incorporation: November 6, 1998
   c.  Kind of Business: Services

2) **AMOUNT OF CAPITAL STOCK AUTHORIZED:**

   a.  When last report filed .............................................
   b.  On date of this report .............................................

3) **AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:**

   a.  As shown on last report filed ...................................... $ 764808
   b.  Additional capital paid in since last report ....................... $ -
   c.  Sum of (a) and (b) ................................................ $ -
   d.  Paid-in Capital withdrawn since last report........................ $ -
   e.  Paid-in Capital Stock at date of this report ...................... $ 764808
   f.  **HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING**
      **PERIOD** ...... ................................................ $ 764808

4) **COMPUTATION OF TAX:**

   a.  At rate of $1.50 per M (fractions of a thousand disregarded) on
      highest total paid-in capital stock as reported on Line 3(f) above  $ 1,147.21
   b.  TAX DUE: (Above figure, or $150 whichever is greater)  $ -    $ 1147.21

5) **PENALTY AND INTEREST FOR LATE PAYMENT:**

   a.  20% or $50.00 whichever is greater penalty for failure to pay by June 30th  $ ..........
   b.  1 % interest compounded annually for each month or part thereof by which payment is
      delayed beyond June 30th  $ ..........
   c.  **Total Penalty And Interest:**  $ -

6) **TOTAL DUE AND FORWARDED HEREWITH** (Sum of (4) (b) and (5) (c)  $ 1147.21

(Attach checks payable to The Government of the Virgin Islands and mail documents to the Office of the Lieutenant Governor, Division of
Corporation and Trademarks, 5049 Kongens Gade, St. Thomas, VI 00802-6487.)

**Certified Correct**

_____
**Treasurer**

_____
**President**

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013500

Particulars of Franchise Tax and Annual Report Filing 2019
## SOUTHERN TRUST COMPANY, INC. (581871)

**Filing Date**                                07/31/2019 7:41 PM

*Changed*

**Handling Option**                       Standard Processing

# Capital Stock Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital** *Previous Value* | 2,248,643.00 |
| **Total Capital** *Previous Value* | 2249643.00 |
| **Capital Withdrawn** *Previous Value* | 0.00 |
| **Amount of Capital at Date of this Report** *Previous Value* | 2,249,643.00 |
| **Highest Capital Amount during the reporting Period** | 2,249,643.00 |
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2019 |
| **Tax Identifier Number** | █████████ |

# Business Mailing Addresses

| | |
|---|---|
| **Principal Office or Place of Business** | 9053 Estate Thomas, Ste 101, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |

# Directors/Officers

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                VI-JPM-000013501

| | |
|---|---|
| **Name** | Jeffrey EPSTEIN |
| **Status** | Active |
| **Physical Address** | 6100 Red Hook Qtr, B3, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Email Address** | Ekellerhals@kellfer.com |
| **Position** | President |
| **Term Expiration** | Perpetual |

| | |
|---|---|
| **Name** | Darren INDYKE |
| **Status** | Active |
| **Physical Address** | ███████████████████████████ |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Email Address** | ██████████████ |
| **Position** | Secretary |
| **Term Expiration** | Perpetual |

| | |
|---|---|
| **Name** | Richard KAHN |
| **Status** | Active |
| **Physical Address** | ███████████████████████████ |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Email Address** | ██████████████ |
| **Position** | Treasurer |
| **Term Expiration** | Perpetual |

## Documents

| | | |
|---|---|---|
| **Did the entity have Economic Activity during the reporting period?** *Previous Value* | Yes | |
| **Balance Sheet** | BALANCE SHEET.docx07/31/2019 7:22 PM | *Created* |
| **Income Statement** | INCOME STATEMENT.docx07/31/2019 7:22 PM | *Created* |

# Signature(s)

| | |
|---|---|
| **Name** | Ms. Erika KELLERHALS |
| **Position** | Attorney in Fact |
| **On Behalf Of** | President |
| **Name** | Jeffrey EPSTEIN |
| **Date** | 07/31/2019 |
| **Name** | Richard KAHN |
| **Position** | Treasurer |
| **Date** | 07/31/2019 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Ms. Erika Kellerhals |
| **Telephone** | (1) 340-779-2564 |
| **Email** | ▮▮▮▮▮▮▮▮▮ |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE** | Yes |

**IN THIS APPLICATION
ARE SUBJECT TO
INVESTIGATION AND
THAT ANY FALSE OR
DISHONEST ANSWER TO
ANY QUESTION MAY BE
GROUNDS FOR DENIAL,
SUBSEQUENT
REVOCATION OF
REGISTRATION, OR
OTHER FINES AND
PENALTIES PURSUANT TO
THE FRAUDULENT
CLAIMS STATUTE AS SET
FORTH IN 14 V.I.C. § 843.**

**Submitted By**                    ekellerhals
                                    107.72.178.96
                                    ERIKA KELLERHALS

                                    1
**Receipt Date**                    07/31/2019 7:41 PM
**Time Zone**                       Atlantic Standard Time
**Locale**                          English

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000013504

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

(DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

**NAME OF CORPORATION**: Financial Trust Company, Inc.

**ADDRESS OF MAIN OFFICE**: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

**PRINCIPAL OFFICE IN THE VIRGIN ISLANDS**: Same

**RESIDENT OR AUTHORIZED AGENT IN THE VI**: Maria Hodge, 1340 Taarneberg St. Thomas, VI 00802

**COUNTRY OR STATE IN WHICH INCORPORATED**: United States Virgin Islands

**FISCAL YEAR COVERED BY LAST REPORT FILED**: December 31, 2008

**FISCAL YEAR COVERED BY THIS REPORT**: December 31, 2009

**AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR**: 1,000 shares no par value

**AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR**: 764,808

**AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR**: 764,808

**NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE**

Jeffrey E. Epstein, Director/President, 6100 Red Hook Quarter, B3
St. Thomas, VI 00802-1348;   Serves until successor elected
Cecile de Jongh, Director/Vice President/Secretary
St. Thomas, VI 00801,   Serves until successor elected
Jeanne Brennan, Director/Vice President/Treasurer
St Thomas, VI 00802,   Serves until successor elected

**DATED**: June 30, 2010        **VERIFIED** _____

(PRESIDENT OR VICE PRESIDENT)

(TREASURER OR ASST. TREASURER)

1. If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2. THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND        PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

FINANCIAL TRUST COMPANY, INC.
EIN # ▮▮▮▮▮▮
BALANCE SHEET
December 31, 2007

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 4,732,504 |
| INVESTMENTS | | 278,443,231 |
| INVESTMENT IN SUBSIDIARY | | 133,395,223 |
| FIXED ASSETS | | 337,839 |
| OTHER ASSETS | | 59,671,409 |
| TOTAL ASSETS | | 476,580,206 |
| | | |
| ACCOUNTS PAYABLE | $ | 79 |
| | | |
| TOTAL LIABILITIES | | 79 |

STOCKHOLDER'S EQUITY

| | | |
|---|---|---|
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 475,815,319 |
| | | 476,580,127 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 476,580,206 |

STATEMENT OF INCOME AND RETAINED EARNINGS
Year ended December 31, 2007

| | | |
|---|---|---|
| Fee income | $ | 3,965,864 |
| Investment income | | 47,053,611 |
| Total revenues | | 51,019,475 |
| Investment expenses | | 233,615 |
| General and administrative expenses | | 1,452,706 |
| Total expenses | | 1,686,321 |
| NET INCOME | | 49,333,154 |
| BEGINNING RETAINED EARNINGS | | 475,211,165 |
| Less: DISTRIBUTIONS | | 48,729,000 |
| ENDING RETAINED EARNINGS | $ | 475,815,319 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013506

# GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR



## REPORT

DIVISION OF CORPORATION AND TRADEMARKS
TEL.(340) 776-8515 • FAX (340) 776-4612

OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

### DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

Date of Report: June 29, 2009
Date of Last Report: June 30, 2008
This Report is for the Period Ended June 30th, 2009

**EMPLOYER I.D. No.:** [redacted]

1) **NAME OF CORPORATION:** Financial Trust Company, Inc.

   a. Address: 6100 Red Hook Quarter B-3 St. Thomas USVI 00802
   b. Date of Incorporation: November 6, 1998
   c. Kind of Business: Services

2) **AMOUNT OF CAPITAL STOCK AUTHORIZED:**

   a. When last report filed .......... 1000 shares common stock, no par
   b. On date of this report .......... 1000 shares common stock, no par

3) **AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:**

   a. As shown on last report filed .......... $ 764808
   b. Additional capital paid in since last report .......... $ -
   c. Sum of (a) and (b) .......... $ -
   d. Paid-in Capital withdrawn since last report .......... $ -
   e. Paid-in Capital Stock at date of this report .......... $ 764808
   f. **HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD** .......... $ 764808

4) **COMPUTATION OF TAX:**

   a. At rate of $1.50 per M (fractions of a thousand disregarded) on highest total paid-in capital stock as reported on Line 3(f) above $ 1147.21
   b. TAX DUE: (Above figure, or $150 whichever is greater) $ - .......... $ 1147.21

5) **PENALTY AND INTEREST FOR LATE PAYMENT:**

   a. 20% or $50.00 whichever is greater penalty for failure to pay by June 30th $ ..........
   b. 1 % interest compounded annually for each month or part thereof by which payment is delayed beyond June 30th $ ..........
   c. **Total Penalty And Interest:** .......... $ -

6) **TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c)** $ 1147.21

**(Attach checks payable to The Government of the Virgin Islands and mail documents to the Office of the Lieutenant Governor, Division of Corporation and Trademarks, 5049 Kongens Gade, St. Thomas, VI 00802-6487.)**

**Certified Correct**

[signature]
**Treasurer**

[signature]
**President**

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

(DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION: Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS: Same

RESIDENT OR AUTHORIZED AGENT IN THE VI: Maria Hodge, 1340 Taarneberg St. Thomas, VI 00802

COUNTRY OR STATE IN WHICH INCORPORATED: United States Virgin Islands

FISCAL YEAR COVERED BY LAST REPORT FILED: December 31, 2007

FISCAL YEAR COVERED BY THIS REPORT: December 31, 2008

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 1,000 shares no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR: 764,808

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR: 764,808

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE

Darren Indyke, Director/President, 6100 Red Hook Quarter, B3
St. Thomas, VI 00802-1348;  Serves until successor elected
Cecile de Jongh, Director/Vice President/Secretary
St. Thomas, VI 00801,  Serves until successor elected
Jeanne Brennan, Director/Vice President/Treasurer
St Thomas, VI 00802,  Serves until successor elected

DATED: June 30, 2009          VERIFIED

(PRESIDENT OR VICE PRESIDENT)

(TREASURER OR ASST. TREASURER)

1.  If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2.  THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND         PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

FINANCIAL TRUST COMPANY, INC.
EIN # ███████
BALANCE SHEET
As of December 31, 2008

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 145,493,041 |
| ACCOUNTS RECEIVABLE | | 5,040,548 |
| RELATED INVESTMENTS | | 57,717,468 |
| INVESTMENT IN SUBSIDIARY | | 141,165,001 |
| PROPERTY AND EQUIPMENT, net of depreciation | | 308,736 |
| OTHER ASSETS | | 14,495,336 |
| TOTAL ASSETS | | 364,220,131 |
| | | |
| ACCOUNTS PAYABLE | $ | 8,972 |
| | | |
| TOTAL LIABILITIES | | 8,972 |

STOCKHOLDER'S EQUITY

| | | |
|---|---|---|
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 363,446,350 |
| | | 364,211,159 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 364,220,131 |

STATEMENT OF INCOME AND RETAINED EARNINGS
For the year ended December 31, 2008

| | | |
|---|---|---|
| Fee income | $ | 100,000 |
| Relalated investment income | | 9,680,688 |
| Other related losses | | (105,227,459) |
| Total revenues | | (95,446,771) |
| Investment expenses | | 3,440,476 |
| General and administrative expenses | | 1,981,721 |
| Total expenses | | 5,422,197 |
| NET LOSS | | (100,868,968) |
| RETAINED EARNINGS, beginning of year | | 475,815,319 |
| Less: DISTRIBUTIONS | | 11,500,000 |
| RETAINED EARNINGS, end of year | $ | 363,446,350 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**GOVERNMENT C    HE VIRGIN ISLANDS OF '    & UNITED STATES**

OFFICE OF
THE LIEUTENANT GOVERNOR

**REPORT**
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADEM
TEL. (340) 776-8515  FAX (340) 776



## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

EMPLOYER I.D. No.

Date of Report: June 30, 2008

Date of Last Report: June 30, 2007

This Report is for the Period Ended June 30th, 2008.

1.)   NAME OF CORPORATION: Financial Trust Company, Inc.

    (a)  Address: 6100 Red Hook Qtr. B3, St. Thomas, USVI 00802

    (b)  Date of Incorporation: November 6, 1998

    (c)  Kind of Business: Services

2.)   AMOUNT OF CAPITAL STOCK AUTHORIZED:

    (a)  When last report filed ............................................. $ 1000 shares of common stock no par value

    (b)  On date of this report ............................................. $ 1000 shares of common stock no par value

3.)   AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

    (a)  As shown on last report filed ...................................... $ 764,808

    (b)  Additional capital paid in since last report ..................... $

    (c)  Sum of (a) and (b) .............................................. $

    (d)  Paid-in Capital withdrawn since last report ...................... $

    (e)  Paid-in Capital Stock at date of this report ..................... $ 764,808

    (f)  HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING
    PERIOD ............................................................ $ 764,808

4.)   COMPUTATION OF TAX:

    (a)  At rate of $1.50 per M (fractions of a thousand disregarded ) on
    highest total paid-in capital stock as reported on Line 3(f) above   $ 1147.21

    (b)  TAX DUE: (Above figure, or $150 whichever is greater )   $............   $ 1,147.21

5.)   PENALTY AND INTEREST FOR LATE PAYMENT:

    (a)  10% penalty for failure to pay by June 30th ........................ $.............. 0

    (b)  1% interest for each month or part thereof by which payment is
    delayed beyond June 30th ........................................... $.............. 0

    (c)  Total Penalty And Interest:   $ -0-

6.)   TOTAL DUE AND FORWARDED HEREWITH (Sum of (4)(b) and (5)(c))   $ 1,147.21
    (Attach check payable to The Lieutenant Governor.)

Certified Correct

_____
Treasurer

_____
President

Rev. 02/98

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION: Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS: Same

RESIDENT OR AUTHORIZED AGENT IN THE VI: Maria Hodge, 1340 Taarneberg St. Thomas, VI 00802

COUNTRY OR STATE IN WHICH INCORPORATED: United States Virgin Islands

FISCAL YEAR COVERED BY LAST REPORT FILED: December 31, 2006

FISCAL YEAR COVERED BY THIS REPORT: December 31, 2007

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 1,000 shares no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR: 764,808

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR: 764,808

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE

Darren Indyke, Director/President, 6100 Red Hook Quarter, B3
St. Thomas, VI 00802-1348;  Serves until successor elected
Cecile de Jongh, Director/Vice President/Secretary
St. Thomas, VI 00801,  Serves until successor elected
Jeanne Brennan, Director/Vice President/Treasurer
St Thomas, VI 00802,  Serves until successor elected

DATED: June 27, 2008          VERIFIED

(PRESIDENT OR VICE PRESIDENT)

(TREASURER OR ASST. TREASURER)

1.   If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2.   THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND        PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

# GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

OFFICE OF
HE LIEUTEMANT GOVERNOR



## REPORT

OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADEMARKS

TEL (340) 776-8515 • FAX. (340) 776-4612



### DOMESTIC CORPORATION
(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

Date of Report: June 29, 2007

**EMPLOYER I.D. No.:**

Date of Last Report: June 30, 2006

This Report is for the Period Ended June 30th, 2007

1) NAME OF CORPORATION: Financial Trust Company, Inc.

  a.  Address: 6100 Red Hook Quarter B-3 St. Thomas USVI 00802
  b.  Date of Incorporation: November 6, 1998
  c.  Kind of Business: Services

2) AMOUNT OF CAPITAL STOCK AUTHORIZED:

  a.  When last report filed ....................................................
  b.  On date of this report ....................................................

3) AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

  a.  As shown on last report filed ...................................................... $ 764808
  b.  Additional capital paid in since last report ...................................... $ -
  c.  Sum of (a) and (b) ................................................................ $ -
  d.  Paid-in Capital withdrawn since last report....................................... $ -
  e.  Paid-in Capital Stock at date of this report ...................................... $ 764808
  f.  HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING
    PERIOD ......................................................................... $ 764808

4) COMPUTATION OF TAX:

  a.  At rate of $1.50 per M (fractions of a thousand disregarded) on
    highest total paid-in capital stock as reported on Line 3(f) above  $ 1147.21
  b.  TAX DUE: (Above figure, or $150 whichever is greater)  $ -      $ 1147.21

5) PENALTY AND INTEREST FOR LATE PAYMENT:

  a.  20% or $50.00 whichever is greater penalty for failure to pay by June 30th  $ -
  b.  1 % interest compounded annually for each month or part thereof by which payment is
    delayed beyond June 30th  $ -
  c.  Total Penalty And Interest:      $ -

6) TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c)    $ 1147.21
(Attach checks payable to The Government of the Virgin Islands and mail documents to the Office of the Lieutenant Governor, Division of
Corporation and Trademarks, 5049 Kongens Gade, St. Thomas, VI 00802-6487.)

Certified Correct

_____
Treasurer

_____
President

VI-JPM-000013512

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

**NAME OF CORPORATION**: Financial Trust Company, Inc.

**ADDRESS OF MAIN OFFICE**: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

**PRINCIPAL OFFICE IN THE VIRGIN ISLANDS**: Same

**RESIDENT OR AUTHORIZED AGENT IN THE VI**: Maria Hodge, 1340 Taarneberg St. Thomas, VI 00802

**COUNTRY OR STATE IN WHICH INCORPORATED**: United States Virgin Islands

**FISCAL YEAR COVERED BY LAST REPORT FILED**: December 31, 2005

**FISCAL YEAR COVERED BY THIS REPORT**: December 31, 2006

**AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR**: 1,000 shares no par value

**AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR**: 764,808

**AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR**: 764,808

**NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE**

Jeffrey E. Epstein, Director/President, 6100 Red Hook Quarter, B3
St. Thomas, VI 00802-1348;  Serves until successor elected
Cecile de Jongh, Director/Secretary/ Treasurer
St. Thomas, VI 00801,  Serves until successor elected
Ghislaine Maxwell, Director,
St Thomas, VI 00802-1348,  Serves until successor elected

**DATED**: June 27, 2007      **VERIFIED**

(PRESIDENT OR VICE PRESIDENT)

(TREASURER OR ASST. TREASURER)

1. If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2. THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

FINANCIAL TRUST COMPANY, INC.
EIN # ███████
BALANCE SHEET
December 31, 2006

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 55,700,201 |
| RECEIVABLES | | 72,092 |
| INVESTMENTS | | 303,000,394 |
| INVESTMENT IN SUBSIDIARY | | 117,067,882 |
| FIXED ASSETS | | 316,672 |
| OTHER ASSETS | | 11,050,034 |
| TOTAL ASSETS | | 487,207,275 |
| | | |
| ACCOUNTS PAYABLE | $ | 2,434 |
| LIABILITIES ON SECURITIES SOLD NOT YET PURCHASED | | 11,184,465 |
| DUE TO BROKER | | 43,404 |
| STOCK SUBSCRIPTION PAYABLE | | 1,000 |
| TOTAL LIABILITIES | | 11,231,303 |

STOCKHOLDER'S EQUITY

| | | |
|---|---|---|
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 475,211,165 |
| | | 475,975,973 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 487,207,276 |

STATEMENT OF INCOME AND RETAINED EARNINGS
Year ended December 31, 2006

| | | |
|---|---|---|
| Fee income | $ | 65,984,969 |
| Investment income | | 8,051,002 |
| Total revenues | | 74,035,971 |
| Investment expenses | | 1,954,568 |
| General and administrative expenses | | 1,337,238 |
| Total expenses | | 3,291,806 |
| NET INCOME | | 70,744,165 |
| BEGINNING RETAINED EARNINGS | | 474,967,000 |
| Less: DISTRIBUTIONS | | 70,500,000 |
| ENDING RETAINED EARNINGS | $ | 475,211,165 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## GOVERNMENT O .HE VIRGIN ISLANDS OF 1  E UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR



**REPORT**
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADEMA
TEL. (340) 776-6515   FAX (340) 776.

### DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

EMPLOYER I.D. No.

Date of Report: June 30, 2005

Date of Last Report: June 30, 2004

This Report is for the Period Ended June 30th, 2005.

**1.)   NAME OF CORPORATION:** Financial Trust Company, Inc.

    (a)   **Address:** 6100 Red Hook Qtr. B3, St. Thomas, USVI 00802

    (b)   Date of Incorporation: November 6, 1998

    (c)   Kind of Business: Services

**2.)   AMOUNT OF CAPITAL STOCK AUTHORIZED:**

    (a)   When last report filed ....................................................   $ 1000 shares of common stock no par value

    (b)   On date of this report ....................................................   $ 1000 shares of common stock no par value

**3.)   AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:**

    (a)   As shown on last report filed ........................................   $ 28,797,888

    (b)   Additional capital paid in since last report ...................   $

    (c)       Sum of (a) and (b) .........................................   $

    (d)   Paid-in Capital withdrawn since last report .................   $ 28,033,080

    (e)   Paid-in Capital Stock at date of this report ..................   $ 764,808

    (f)   HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING
        PERIOD   $ 28,797,888

**4.)   COMPUTATION OF TAX:**

    (a)   At rate of $1.50 per M (fractions of a thousand disregarded ) on
        highest total paid-in capital stock as reported on Line 3(f) above   $ 43,196.83

    (b)   TAX DUE: (Above figure, or $150 whichever is greater )   $ 43,196.83

**5.)   PENALTY AND INTEREST FOR LATE PAYMENT:**

    (a)   10% penalty for failure to pay by June 30th ........................   $  0

    (b)   1% interest for each month or part thereof by which payment is
        delayed beyond June 30th........................................................   $  0

    (c)       **Total Penalty And Interest:**   $ -0-

**6.)   TOTAL DUE AND FORWARDED HEREWITH (Sum of (4)(b) and (5)(c) )**   $ 43,196.83
    (Attach check payable to The Lieutenant Governor.)

Certified Correct

_____
Treasurer

_____
President

Rev. 02/98

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# ANNUAL REPORT

### ON DOMESTIC OR FOREIGN CORPORATIONS

(DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE,
REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS,
THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION: Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS: Same

RESIDENT OR AUTHORIZED AGENT IN THE VI: Paul Hoffman 41-42 Kongens Gade St. Thomas, VI 00802

COUNTRY OR STATE IN WHICH INCORPORATED: United States Virgin Islands

FISCAL YEAR COVERED BY LAST REPORT FILED: December 31, 2003

FISCAL YEAR COVERED BY THIS REPORT: December 31, 2004

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 1,000 shares no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR: 764,808

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL
YEAR: 28,797,888

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR
AND EXPIRATION DATES OF TERMS OF OFFICE

Jeffrey E. Epstein, Director/President, 6100 Red Hook Quarter, B3

St. Thomas, VI 00802-1348;  Serves until successor elected

Ghislaine Maxwell, Director, Treasurer, 6100 Red Hook Quarter, B3

St Thomas, VI 00802-1348,  Serves until successor elected

Cecile de Jongh, Secretary;
St. Thomas, VI 00801,  Serves until successor elected

DATED: June 27, 2005                VERIFIED _____
                                              (PRESIDENT OR VICE PRESIDENT)

                                         _____
                                              (TREASURER OR ASST. TREASURER)

1.  If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary
    report on the same form must be filed, bridging the gap, if any, between the two reports.

2.  THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND
    PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE.
    FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT AUDITOR.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                          VI-JPM-000013516

# REPORT OF STOCKHOLDERS
## ON TAX EXEMPTED ENTITIES
(Due on or before June 30 of each year.)

-O-

Pursuant to Title 33, Chapter 201, Section 4102 (b) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

NAME OF ENTITY _____ Financial Trust Company, Inc._____

TYPE OF ENTITY: (Please select one.)

Sole Proprietor/Partnership                    Domestic Limited Partnership

Foreign Limited Partnership                    Domestic Limited Liability Partnership

Foreign Limited Liability Partnership          Domestic Corporation

Exempt Corporation                             Foreign Corporation

Foreign Limited Liability Company              Domestic Limited Liability Company

MAILING ADDRESS _____ 6100 Red Hook Quarters B-3 St. Thomas VI 00802

PERIOD OF TAX EXEMPTION _____ Ten (10) years _____

NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:

_____ Jeffrey E. Epstein _____ 6100 Red Hook Quarters B-3
_____ American Yacht Harbor
_____ St. Thomas VI 00802

DATED __ June 30, 2005 __              VERIFIED _____
                                               President or Vice President

                                               Jeffrey E. Epstein
                                               _____
                                               Secretary or Asst. Secretary

                                               _____
                                               Manager or Managing Partner

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000013517

FINANCIAL TRUST COMPANY, INC.
EIN # ▓▓▓▓▓▓
BALANCE SHEET
December 31, 2004

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 157,181,657 |
| INVESTMENTS | | 405,285,955 |
| FIXED ASSETS | | 363,332 |
| OTHER ASSETS | | 383,762 |
| **TOTAL ASSETS** | $ | 563,214,706 |
| | | |
| ACCOUNTS PAYABLE | $ | 9,753 |
| LIABILITIES ON SECURITIES SOLD NOT YET PURCHASED | | 75,726,397 |
| LIABILITIES ON REPURCHASE AGREEMENTS | | 11,978,000 |
| **TOTAL LIABILITIES** | | 87,714,150 |

STOCKHOLDER'S EQUITY

| | | |
|---|---|---|
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 474,735,748 |
| | | 475,500,556 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 563,214,706 |

STATEMENT OF INCOME AND RETAINED EARNINGS
Year ended December 31, 2004

| | | |
|---|---|---|
| Fee income | $ | 53,104,052 |
| Investment income | | 73,581,555 |
| Total revenues | | 126,685,607 |
| Investment expenses | | 16,018,008 |
| General and administrative expenses | | 2,216,986 |
| Total expenses | | 18,234,994 |
| NET INCOME | | 108,450,613 |
| BEGINNING RETAINED EARNINGS | | 366,285,135 |
| ENDING RETAINED EARNINGS | $ | 474,735,748 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## GOVERNMEN ⸮ THE VIRGIN ISLANDS ⸮ ⸝ E UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR

**REPORT**
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADEMA
TEL. (340) 776-8515  FAX. (340) 776



## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

EMPLOYER I.D. No. ▮▮▮▮▮▮

Date of Report: June 30, 2004

Date of Last Report: June 30, 2003 ........................

This Report is for the Period Ended June 30th, 2004.

**1.)** NAME OF CORPORATION: Financial Trust Company, Inc.

   (a) Address: 6100 Red Hook Qtr. B3, St. Thomas, USVI 00802

   (b) Date of Incorporation: November 6, 1998

   (c) Kind of Business: Services

**2.)** AMOUNT OF CAPITAL STOCK AUTHORIZED:

   (a) When last report filed ............................................................ $ 1000 shares of common stock no par value

   (b) On date of this report ............................................................ $ 1000 shares of common stock no par value

**3.)** AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

   (a) As shown on last report filed ............................................. $ 55,297,888

   (b) Additional capital paid in since last report ........................ $ ...................................

   (c)       Sum of (a) and (b) ....................................................... $ ...................................

   (d) Paid-in Capital withdrawn since last report ....................... $ 26,500,000

   (e) Paid-in Capital Stock at date of this report ........................ $ 28,797,888

   (f) HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD ........................................................................... $ 55,297,888

**4.)** COMPUTATION OF TAX:

   (a) At rate of $1.50 per M (fractions of a thousand disregarded ) on highest total paid-in capital stock as reported on Line 3(f) above $ 82,946.83

   (b) TAX DUE: (Above figure, or $150 whichever is greater ) $ .................... $ 82,946.83

**5.)** PENALTY AND INTEREST FOR LATE PAYMENT:

   (a) 10% penalty for failure to pay by June 30th ........................ $ .................... 0

   (b) 1% interest for each month or part thereof by which payment is delayed beyond June 30th........................................................ $ .................... 0

   (c)     Total Penalty And Interest:          $ ...................................

**6.)** TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c) ) (Attach check payable to The Lieutenant Governor.)    $ 82,946.83

Certified Correct

_____
Treasurer

_____
President

Rev. 02/98

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013519

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

(DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE,
REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS,
THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION: Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS: Same

RESIDENT OR AUTHORIZED AGENT IN THE VI: Paul Hoffman 41-42 Kongens Gade St. Thomas, VI 00802

COUNTRY OR STATE IN WHICH INCORPORATED: USVI

FISCAL YEAR COVERED BY LAST REPORT FILED: December 31, 2002

FISCAL YEAR COVERED BY THIS REPORT: December 31, 2003

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 1,000 shares no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR: 28,797,888

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL
YEAR: 55,297,888

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR
AND EXPIRATION DATES OF TERMS OF OFFICE

Jeffrey E. Epstein, Director/President, 6100 Red Hook Quarter, B3

St. Thomas, VI 00802-1348;  Serves until successor elected

Ghislaine Maxwell, Director, Treasurer, 6100 Red Hook Quarter, B3

St Thomas, VI 00802-1348,  Serves until successor elected

Cecile de Jongh, Secretary; █████████
St. Thomas, VI 00801,  Serves until successor elected

DATED: June 25, 2004          VERIFIED _____
                                    (PRESIDENT OR VICE PRESIDENT)

                                    _____
                                    (TREASURER OR ASST. TREASURER)

1.  If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary
    report on the same form must be filed, bridging the gap, if any, between the two reports.

2.  THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND
    PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE.
    FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT AUDITOR.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

## REPORT OF STOCKHOLDERS
## ON TAX EXEMPTED ENTITIES
(Due on or before June 30th of each year.)

Pursuant to Title 29, Chapter 12, Section 716 (a) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

**NAME OF ENTITY**   Financial Trust Company, Inc.

**TYPE OF ENTITY:** (Please select one.)

| | | | |
|---|---|---|---|
| ☐ | Sole Proprietor/Partnership | ☐ | Domestic Limited Partnership |
| ☐ | Foreign Limited Partnership | ☐ | Domestic Limited liability Partnership |
| ☐ | Foreign Limited Liability Partnership | X | Domestic Corporation |
| ☐ | Exempt Corporation | ☐ | Foreign Corporation |
| ☐ | Domestic Limited Liability Company | ☐ | Foreign Limited Liability Company |

**MAILINGADDRESS** 6100 Red Hook Qtr Suite B-3 St. Thomas, VI 00802

**PERIOD OF TAX EXEMPTION**   Ten (10) years

**NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:**

| Name | Address | Percent % | Bona fide Residents |
|---|---|---|---|
| Jeffrey E. Epstein | 6100 Red Hook Qtr Ste B-3 St. Thomas, VI 00802 | 100% | X |
| | | | |
| | | | |
| | | | |
| | | | |

Note: This report must also include the names and addresses of all legal or equitable owners of such benefited business - who have or will claim benefits under this chapter as bona fide residents of the Virgin Islands, pursuant to Act No.678

DATED   June 30 2008            VERIFIED

President or Vice President – Jeanne Brennan

Secretary or Asst. Secretary – Cecile de Jongh

Manager or Managing Partner – Cecile de Jongh

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

F  PORT OF STOCKHOLDERS
G..  TAX EXEMPTED ENTITIES

(Due on or before June 30th of each year.)

-O-

Pursuant to Title 29, Chapter 12, Section 716 (a) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

**NAME OF ENTITY** _Financial Trust Company, Inc._

**TYPE OF ENTITY:** (Please select one.)

| | | | |
|---|---|---|---|
| ☐ | Sole Proprietor/Partnership | ☐ | Domestic Limited Partnership |
| ☐ | Foreign Limited Partnership | ☐ | Domestic Limited Liability Partnership |
| ☐ | Foreign Limited Liability Partnership | ☒ | Domestic Corporation |
| ☐ | Exempt Corporation | ☐ | Foreign Corporation |
| ☐ | Domestic Limited Liability Company | ☐ | Foreign Limited Liability Company |

**MAILINGADDRESS** _6100 Red Hook Qtr Suite B-3 St. Thomas, VI 00802_

**PERIOD OF TAX EXEMPTION** _Ten (10) years_

**NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:**

| Name | Address | Percent % | Bona fide Residents |
|---|---|---|---|
| Jeffrey E. Epstein | 6100 Red Hook Qtr Ste B-3 St. Thomas, VI 00802 | 100% | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

Note: This report must also include the names and addresses of all legal or equitable owners of such benefited business who have or will claim benefits under this chapter as bona fide residents of the Virgin Islands, pursuant to Act No. 6748.

DATED _6/30/09_

VERIFIED _(signature)_
President or Vice President

_(signature)_
Secretary or Asst. Secretary

_(signature)_
Manager or Managing Partner

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013522

GOVERNMENT 7 THE VIRGIN ISLANDS OF T' UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR

**REPORT**
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADEMARKS
TEL. (340) 776-4515   FAX (340) 776-461!

## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

EMPLOYER I.D. No.

Date of Report: June 30, 2003
Date of Last Report: June 28, 2002
This Report is for the Period Ended June 30, 2003

1.)   NAME OF CORPORATION: .... Financial Trust Company, Inc.

   (a)  Address: 6100 Red Hook Quarter B3, St. Thomas, USVI 00802
   (b)  Date of Incorporation: November 6, 1998
   (c)  Kind of Business: Services

2.)   AMOUNT OF CAPITAL STOCK AUTHORIZED:

   (a)  When last report filed .................................................
      1000 shares of common
      $ stock no par value
   (b)  On date of this report ..............................................
      $ 1000 shares of common stock no par value

3.)   AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

   (a)  As shown on last report filed ...........................   $ 66,827,613 *
   (b)  Additional capital paid in since last report ...........   $ ...........
   (c)  Sum of (a) and (b) .........................................   $ ...........
   (d)  Paid-in Capital withdrawn since last report ...........   $ 11,529,725
   (e)  Paid-in Capital Stock at date of this report ...........   $ 55,297,888
   (f)  HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD   $ 66,827,613

4.)   COMPUTATION OF TAX:

   (a)  At rate of $1.50 per M (fractions of a thousand disregarded ) on highest total paid-in capital stock as reported on Line 3(f) above  $.............. 0
   (b)  TAX DUE: (Above figure, or $150 whichever is greater )  $..............   $ 100,241.42

5.)   PENALTY AND INTEREST FOR LATE PAYMENT:

   (a)  10% penalty for failure to pay by June 30th ..............  $.............. 0
   (b)  1% interest for each month or part thereof by which payment is delayed beyond June 30th..............  $.............. 0
   (c)  **Total Penalty And Interest:**   $.............. 0

6.)   TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c) )
(Attach check payable to The Lieutenant Governor.)   $  100,241.42

Certified Correct

_____
Treasurer

_____
President

Rev. 02/98

*-Restated to adjust for prior years distributions.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   VI-JPM-000013523



# ANNUAL REPORT
## ON DOMESTIC OR FOREIGN CORPORATIONS
### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION ...Financial Trust Company, Inc...............................................

ADDRESS OF MAIN OFFICE .6100 Red Hook Quarter, B3, St. Thomas, USVI 00802-1348...

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS ....Same..............................................

RESIDENT OR AUTHORIZED AGENT IN THE V.I. .Paul Hoffman 41-42 %nogens Gade St. Thomas VI

COUNTRY OR STATE IN WHICH INCORPORATED .USVI...................................... 00802

FISCAL YEAR COVERED BY LAST REPORT FILED 1 ..December 31, 2001..........................

FISCAL YEAR COVERED BY THIS REPORT: ....December 31, 2002................................

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR .1,000 shares no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR .55,297,888.............................

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL
YEAR ...........66,827,613..................................................................

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR
AND EXPIRATION DATES OF TERMS OF OFFICE

.........Jeffrey E. Epstein, Director/President, 6100 Red Hook Quarter, B3.....
.........St. Thomas, VI 00802-1348....Serves until successor elected............
.........Darren K. Indyke, Director, Treasurer and Secretary, ▮▮▮▮▮▮▮▮▮▮▮▮
New York, NY 10021...........Serves until successor elected
.........Jeffrey A. Schantz, Director   ▮▮▮▮▮▮▮▮▮▮   New York, NY 10022
         Serves until successor elected.

DATED: .June 25, 2003..........

VERIFIED : _____
            (President) or (Vice President)

            _____
            (Treasurer) or (Asst. Treasurer)

1.  If last report filed does not cover the period immediately preceding the period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2.  THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

Foreign Sales Corporations that are registered with the Security and Exchange Commission must furnish evidence of such registration and comply with the balance sheet and P & L Statements. FSC's that are not registered with the Commission are exempted from filing the General Balance Sheet and the Profit and Loss Statement.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES



OFFICE OF
THE LIEUTENANT GOVERNOR

## REPORT
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADEMA
TEL. (340) 776-8515 FAX (340) 776

## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

EMPLOYER I.D. No.

Date of Report: ..June..28,..2002..........

Date of Last Report: ..June..30,...2001.....

This Report is for the Period Ended June 30th, 20.0

1.)  NAME OF CORPORATION: .....Financial..Trust..Company,.Inc...............................................................

    (a)  Address: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

    (b)  Date of Incorporation: November 6, 1998

    (c)  Kind of Business: Services

2.)  AMOUNT OF CAPITAL STOCK AUTHORIZED:

    (a)  When last report filed .............................................................
$ 1000 shares of common stock, no par value

    (b)  On date of this report .............................................................
$ 1000 shares of common stock no par value

3.)  AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

    (a)  As shown on last report filed .............................................................. $ ...88,279,478...................

    (b)  Additional capital paid in since last report ..................................... $ ................-...........................

    (c)  Sum of (a) and (b) ............................................................... $ ...88,279,478...................

    (d)  Paid-in Capital withdrawn since last report .................................... $ ................-...........................

    (e)  Paid-in Capital Stock at date of this report ..................................... $ ...88,279,478...................

    (f)  HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING
PERIOD
$ ...88,279,478...................

4.)  COMPUTATION OF TAX:

    (a)  At rate of $1.50 per M (fractions of a thousand disregarded ) on
highest total paid-in capital stock as reported on Line 3(f) above  $.................... 0

    (b)  TAX DUE: (Above figure, or $150 whichever is greater )  $.................  $........132,419............

5.)  PENALTY AND INTEREST FOR LATE PAYMENT:

    (a)  10% penalty for failure to pay by June 30th ........................  $................... 0

    (b)  1% interest for each month or part thereof by which payment is
delayed beyond June 30th...............................................$................... 0

    (c)  **Total Penalty And Interest:**  $.....................0....................  0

6.)  TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c))  $_____132,419_____
(Attach check payable to The Lieutenant Governor.)

**Certified Correct**

Daniel K. U____
Treasurer

President

Rev. 02/98

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE,
REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS,
THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION ..... Financial Trust Company, Inc. ..............................

ADDRESS OF MAIN OFFICE .. 6100 Red Hook Quarter, B3, St. Thomas, USVI 00801 .......

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS ..... Same ..............................

RESIDENT OR AUTHORIZED AGENT IN THE V.I. Paul Hoffman, ███████████████ St. Thomas,
                                                                                          00802

COUNTRY OR STATE IN WHICH INCORPORATED ... USVI ..............................

FISCAL YEAR COVERED BY LAST REPORT FILED¹ .. December 31, 2000 ..............................

FISCAL YEAR COVERED BY THIS REPORT² ... December 31, 2001 ..............................

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR ..1,000 shares no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR ... 88,279,478 ..............................

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL

YEAR ........ 88,279,478 ..............................

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR
AND EXPIRATION DATES OF TERMS OF OFFICE

.............. Jeffrey E. Epstein, Director/President, 6100 Red Hook Quarter, B3.

.............. St. Thomas, VI 00802, serves until successor elected. ███████████

.............. Darren K. Indyke, Director, Treasurer and Secretary, ███████████

............. New York, NY 10021, serves until successor elected ......................

............. Jeffrey A. Schantz, Director, ███████████████ New York, NY 10022
              serves until successor elected.

DATED: .. June 28, 2002 ......          VERIFIED : ..............................
                                                        (President) or (Vice President)

                                        ..............................
                                                        (Treasurer) or (Asst. Treasurer)

1. If last report filed does not cover the period immediately preceding the period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2. THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

Foreign Sales Corporations that are registered with the Security and Exchange Commission must furnish evidence of such registration and comply with the balance sheet and P & L Statements. FSC's that are not registered with the Commission are exempted from filing the General Balance Sheet and the Profit and Loss Statement.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

FINANCIAL TRUST COMPANY, INC.
EIN #
BALANCE SHEET
December 31, 2005

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 24,682,395 |
| RECEIVABLES | | 55,225 |
| INVESTMENTS | | 473,416,997 |
| FIXED ASSETS | | 310,207 |
| OTHER ASSETS | | 11,099,766 |
| TOTAL ASSETS | $ | 509,564,590 |
| | | |
| ACCOUNTS PAYABLE | $ | 956 |
| LIABILITIES ON SECURITIES SOLD NOT YET PURCHASED | | 33,788,422 |
| DUE TO BROKER | | 43,404 |
| TOTAL LIABILITIES | | 33,832,781 |
| | | |
| STOCKHOLDER'S EQUITY | | |
| Common stock and paid in capital | | 964,809 |
| Retained earnings | | 474,967,000 |
| | | 475,731,808 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 509,564,590 |

STATEMENT OF INCOME AND RETAINED EARNINGS
Year ended December 31, 2005

| | | |
|---|---|---|
| Fee income | $ | 30,879,815 |
| Investment income | | 56,854,920 |
| Total revenues | | 87,734,735 |
| Investment expenses | | 42,103,648 |
| General and administrative expenses | | 2,149,835 |
| Total expenses | | 44,253,483 |
| NET INCOME | | 43,481,252 |
| BEGINNING RETAINED EARNINGS | | 474,735,748 |
| Less: DISTRIBUTIONS | | 43,250,000 |
| ENDING RETAINED EARNINGS | $ | 474,967,000 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# REPORT OF STOCKHOLDER
## ON TAX EXEMPTED ENTITIES
### (Due on or before June 30 of each year.)

-0-

Pursuant to Title 33, Chapter 201, Section 4102 (b) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

NAME OF ENTITY Financial Trust Company, Inc.

TYPE OF ENTITY: (Please select one)

Sole Proprietor/Partnership

Foreign Limited Partnership

Foreign Limited Liability Partnership

Exempt Corporation

Foreign Limited Liability Company

Domestic Limited Partnership

Domestic Limited Liability Partnership

( Domestic Corporation )

Foreign Corporation

Domestic Limited Liability Company

MAILING ADDRESS: 6100 Red Hook Quarters B-3 St. Thomas, VI 00802

PERIOD OF TAX EXEMPTION: Ten ( 10 ) Years

NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:

Jeffrey E. Epstein                    6100 Red Hook Quarter B-3 AYH St. Thomas, VI 00801

DATED June 27, 2006            VERIFIED

President or Vice President
Jeffrey E. Epstein

Secretary or Asst. Secretary

Manager or Managing Partner

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000013528

06/23/99

## Balance Sheet
### As of December 31, 1998

|  | Dec 31, '98 |
|---|---|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| JEE Funding | 13,172.60 |
| Net Income | -13,172.60 |
| **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | 0.00 |

Page 1

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013529

06/23/99

# Profit and Loss
## January through December 1998

| | Jan - Dec '98 |
|---|---|
| **Income** | 0.00 |
| **Expense** | |
| Legal & Professional | |
| Legal | 13,172.60 |
| **Total Legal & Professional** | 13,172.60 |
| **Total Expense** | 13,172.60 |
| **Net Income** | -13,172.60 |



**Page 1**

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013530

07-09-2001   09:22am   From-                                    2123718042              T-621   P.001/001   F-736



OFFICE OF
THE LIEUTENANT GOVERNOR

**REPORT**
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADES
TEL. (340) 776-8515   FAX. (340) 7

**DOMESTIC CORPORATION**

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

EMPLOYER I.D. No.
................
....

Date of Report: ..June 30, 2001

Date of Last Report: .June 30, 2000

This Report is for the Period Ended June 30th, 2(

1.)   NAME OF CORPORATION: ............Financial Trust Company, Inc....................................................

   (a) Address:   6100 Red Hook Quarter B-3, St. Thomas, USVI   00802
   (b) Date of Incorporation:   November 6, 1998
   (c) Kind of Business:   Services

2.)   AMOUNT OF CAPITAL STOCK AUTHORIZED:

   (a) When last report filed ........................................................   $ .June 30, 2000
   (b) On date of this report .........................................................   $ .1,000 shares of.
                                         common stock no
                                         par value

3.)   AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

   (a) As shown on last report filed ........................................   $ ...300,000
   (b) Additional capital paid in since last report .....................   $.87,979,478
   (c)      Sum of (a) and (b) ...............................................   $.88,279,478
   (d) Paid-in Capital withdrawn since last report ....................   $.
   (e) Paid-in Capital Stock at date of this report .....................   $.88,279,478
   (f) HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING
       PERIOD   $.88,279,478

4.)   COMPUTATION OF TAX:

   (a) At rate of $1.50 per M (fractions of a thousand disregarded ) on
       highest total paid-in capital stock as reported on Line 3(f) above  $.................. 0
   (b) TAX DUE: (Above figure, or $150 whichever is greater )  $..................   $.....132,419

5.)   PENALTY AND INTEREST FOR LATE PAYMENT:

   (a) 10% penalty for failure to pay by June 30th ...................  $.................. 0
   (b) 1% interest for each month or part thereof by which payment is
       delayed beyond June 30th........................................$.................. 0
   (c)    **Total Penalty And Interest:**   $.................0

6.)   TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c) )   $...132,419
   (Attach check payable to The Lieutenant Governor.)

Certified Correct

_Treasurer_
Secretary

_President_

Rev. 02/98

ZO.9 100.oN LZ:6   00.80 NUL                                    :ID

VI-JPM-000013531

Jun-28-2001  05:04pm   From-

T-472   P.003/003   F-172

# ANNUAL REPORT
## ON DOMESTIC OR FOREIGN CORPORATIONS

### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER I, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION ...Financial Trust Company, Inc.............................

ADDRESS OF MAIN OFFICE .6100. Red. Hook. Quarter,...Suite. B-3,. St. ...Thomas,. .USVI. 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS ....Same.................

RESIDENT OR AUTHORIZED AGENT IN THE V... Paul. Hoffman,.................St. ..Thomas, USVI 00802

COUNTRY OR STATE IN WHICH INCORPORATED .USVI.....................

FISCAL YEAR COVERED BY LAST REPORT FILED[1]. .December...31,.. .1999.................

FISCAL YEAR COVERED BY THIS REPORT[2].......December...31,. .2000......................

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR 1,000. shares,. no-par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR .. 88,279,478

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS

DURING THE FISCAL YEAR .....88,279,478.................

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE

OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE

Jeffrey. E.. Epstein,. Director and President,. .6100. Red Hook. Quarter,. c/o. American. Yacht. Harbor,.

Suite 2, St.. Thomas, USVI 00802,. serves. until. successor. elected ........................

Darren K.. Indyke,. Director,. Treasurer. and. Secretary,............................New York,.

New York 10021,. serves. until. successor. elected. ..............................................

Jeffrey A.. Schantz,. Director,...................., New. York,. New. York. 10022,. serves.............

until successor elected

DATED: ...June. 29,. 2001. .......   VERIFIED: ...........................

(President) or Vice President)

.....Darren K. Indyke.............

(Treasurer ) or (Asst. Treasurer)

1.   If last report filed does not cover the period immediately preceding the period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2.   THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

Foreign Sales Corporations are registered with the Security and Exchange Commission must furnish evidence of such registration and comply with the balance sheet and P & L Statement. FSC's do not complete, signed with the Commission are exempted from filing the General Balance Sheet and the Profit and Loss Statement.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013532

FINANCIAL TRUST COMPANY, INC.

EIN #

BALANCE SHEET

December 31, 2001

| | | |
|---|---|---|
| CASH | $ | 46,968,234 |
| INVESTMENTS | | 179,004,937 |
| FIXED ASSETS | | 437,151 |
| OTHER ASSETS | | 114,013 |
| TOTAL ASSETS | $ | 226,524,334 |
| | | |
| ACCOUNTS PAYABLE | $ | 20,460 |
| OTHER LIABILITIES | | 1,534,007 |
| | | 1,554,467 |

STOCKHOLDER'S EQUITY

| | | |
|---|---|---|
| Common stock and paid in capital | | 66,827,613 |
| Retained earnings | | 158,142,255 |
| | | 224,969,868 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 226,524,334 |

STATEMENT OF INCOME AND RETAINED EARNINGS

Year ended December 31, 2001

| | | |
|---|---|---|
| Investment income | $ | 20,995,777 |
| Fee income | | 46,842,367 |
| Total revenues | | 67,838,144 |
| General and administrative expenses | | 1,649,037 |
| Investment expenses | | 3,786,144 |
| Total expenses | | 5,435,181 |
| NET INCOME | | 62,402,963 |
| BEGINNING RETAINED EARNINGS | | 95,739,292 |
| ENDING RETAINED EARNINGS | $ | 158,142,255 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013533

# REPORT OF STOCKHOLDERS
## ON TAX EXEMPTED ENTITIES
(Due on or before June 30 of each year.)

-O-

Pursuant to Title 33, Chapter 201, Section 4102 (b) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

NAME OF ENTITY <u>Financial Trust Company, Inc.</u>

TYPE OF ENTITY: (Please select one.)

Sole Proprietor/Partnership                    Domestic Limited Partnership

Foreign Limited Partnership                    Domestic Limited Liability Partnership

Foreign Limited Liability Partnership          (Domestic Corporation)

Exempt Corporation                             Foreign Corporation

Foreign Limited Liability Company              Domestic Limited Liability Company


MAILING ADDRESS <u>6100 Red Hook Quarter, B-3, St. Thomas, VI 00802</u>

PERIOD OF TAX EXEMPTION <u>Ten (10) years</u>

NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:

<u>Jeffrey E. Epstein, 6100 Red Hook Quarter</u>
<u>c/o American Yacht Harbor, #2</u>
<u>St. Thomas, VI 00802</u>

DATED <u>June 25, 2002</u>          VERIFIED _____
                                           President or Vice President

                                         _____
                                         Secretary or Asst. Secretary

                                         _____
                                         Manager or Managing Partner

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000013534

OFFICE OF
LIEUTENANT GOVERNOR

DIVISION OF CORPORATION AND TRADES
TEL. (340) 776-8515   FAX. (340) 7

# REPORT
## OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

TAXPAYER I.D. No. _____

Date of Report: **June 30, 2000**

Date of Last Report: **June 22, 1999**

This Report is for the Period Ended June 30th _____

**NAME OF CORPORATION:** ..... Financial Trust Company, Inc. .....

  (a)  **Address:**    6100 Red Hook Quarter B-3, St. Thomas, VI 00802

  (b)  **Date of Incorporation:**    November 6, 1998

  (c)  **Kind of Business:**    Services

**AMOUNT OF CAPITAL STOCK AUTHORIZED:**

  (a)  When last report filed .....     $ ..... N/A

  (b)  On date of this report .....    $ ..... 1,000 shares of common stock, no par value

**AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:**

  (a)  As shown on last report filed .....    $ ..... N/A

  (b)  Additional capital paid in since last report .....    $ ..... 300,000

  (c)  Sum of (a) and (b) .....    $ ..... 300,000

  (d)  Paid-in Capital withdrawn since last report .....    $ ..... 0

  (e)  Paid-in Capital Stock at date of this report .....    $ ..... 300,000

  (f)  HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD    $ .....

**COMPUTATION OF TAX:**

  (a)  At rate of $1.50 per M (fractions of a thousand disregarded ) on highest total paid-in capital stock as reported on Line 3(f) above    $ ..... 450

  (b)  TAX DUE: (Above figure, or $150 whichever is greater )    $ ..... 450      $ ..... 450

**PENALTY AND INTEREST FOR LATE PAYMENT:**

  (a)  10% penalty for failure to pay by June 30th .....    $ ..... 0

  (b)  1% interest for each month or part thereof by which payment is delayed beyond June 30th .....    $ ..... 0

  (c)  Total Penalty And Interest:    $ ..... 0

**TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c) )**
(Attach check payable to The Lieutenant Governor.)    $ ..... 450

...d Correct:

_____ Treasurer

_____ President

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# ANNUAL REPORT
## ON DOMESTIC OR FOREIGN CORPORATIONS
### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION ......... Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE .. 6100 Red Hook Quarter B-3, St. Thomas, USVI 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS .. Same

RESIDENT OR AUTHORIZED AGENT IN THE V.I. Paul Hoffman, ▮▮▮▮▮▮▮▮▮▮ St. Thor

COUNTRY OR STATE IN WHICH INCORPORATED .... USVI                          USVI 00

FISCAL YEAR COVERED BY LAST REPORT FILED: .. December 31, 1998

FISCAL YEAR COVERED BY THIS REPORT: .. December 31, 1999

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR 1,000 shares, no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR .. 0

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR .. 0

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE

Jeffrey E. Epstein, Director and President 6100 Red Hook Quarter, c/o American Yacht Harbor Suite 2, St. Thomas, VI 00802, serves until success elected

Darren K. Indyke, Director , Treasurer, and Secretary ▮▮▮▮▮▮▮▮▮▮ , NY, NY 10021, serves until successor elected

Jeffrey A. Schantz, Director, ▮▮▮▮▮▮▮▮▮▮ NY, NY 10022 , serves until successor elected

DATED : 6-29-00

VERIFIED : _____
(President) or (Vice President)

_____
(Treasurer)

1. If last report filed does not cover the period immediately preceding the period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2. **THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE.**

Foreign Sales Corporations that are registered with the Security and Exchange Commission must furnish evidence of such registration and comply with the balance sheet and P & L Statements. FSC's that are not registered with the Commission are exempted from filing the General Balance Sheet and the Profit and Loss Statement.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013536

**Financial Trust Company, Inc**
EIN #
**BALANCE SHEET**
December 31, 2000

| | |
|---|---|
| CASH | $ 83,682,149 |
| INVESTMENTS | 101,643,311 |
| FIXED ASSETS | 555,875 |
| OTHER ASSETS | 1,090,097 |
| TOTAL ASSETS | $ 186,971,432 |
| | |
| ACCOUNTS PAYABLE | $ 90,101 |
| OTHER LIABILITIES | 2,862,561 |
| | 2,952,662 |
| STOCKHOLDER'S EQUITY | |
| Common Stock and Paid-in-Capital | 88,279,478 |
| Retained earnings | 95,739,292 |
| | 184,018,770 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ 186,971,432 |

**STATEMENT OF INCOME AND RETAINED EARNINGS**
Year Ended December 31, 2000

| | |
|---|---|
| Investment Income | $ 30,746,043 |
| Fee Income | 44,296,405 |
| Total revenues | 75,042,448 |
| | |
| General and administrative expenses | 1,271,258 |
| Investment expenses | 1,305,809 |
| Total expenses | 2,577,067 |
| NET INCOME | 72,465,381 |
| BEGINNING RETAINED EARNINGS | 23,273,911 |
| ENDING RETAINED EARNINGS | $ 95,739,292 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER VI-JPM-000013537

**GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES**

OFFICE OF
THE LIEUTENANT GOVERNOR

**REPORT**
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADEMARK
TEL. (340) 776-8515   FAX. (340) 776-4[...]

## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

EMPLOYER I.D. No.

Date of Report: June 22, 1999

Date of Last Report: N/A

This Report is for the Period Ended June 30th

1.)  NAME OF CORPORATION: Financial Trust Company, Inc.

    (a)  Address: c/o Paul Hoffman, P.C., P.O. Box 870, St. Thomas, USVI
                                                                                  00804-0870
    (b)  Date of Incorporation: November 6, 1998
    (c)  Kind of Business: Services

2.)  AMOUNT OF CAPITAL STOCK AUTHORIZED:

    (a)  When last report filed ........................... $ N/A
    (b)  On date of this report ........................... $ 1,000 shares of common stock, no par value

3.)  AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

    (a)  As shown on last report filed ........................... $ N/A
    (b)  Additional capital paid in since last report ........................... $ 300,000
    (c)  Sum of (a) and (b) ........................... $ 300,000
    (d)  Paid-in Capital withdrawn since last report ........................... $ 0
    (e)  Paid-in Capital Stock at date of this report ........................... $ 300,000
    (f)  HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD ........................... $ 300,000

4.)  COMPUTATION OF TAX:

    (a)  At rate of $1.50 per M (fractions of a thousand disregarded ) on highest total paid-in capital stock as reported on Line 3(f) above  $ 450
    (b)  TAX DUE: (Above figure, or $150 whichever is greater )  $ 450 ........................... $ 450

5.)  PENALTY AND INTEREST FOR LATE PAYMENT:

    (a)  10% penalty for failure to pay by June 30th ........................... $ 0
    (b)  1% interest for each month or part thereof by which payment is delayed beyond June 30th ........................... $ 0
    (c)  Total Penalty And Interest: ........................... $ 0

6.)  TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c) )
(Attach check payable to The Lieutenant Governor.)  $ 450

Certified Correct

_Daniel _____
Secretary

_____
President

. 02/98

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# ANNUAL REPORT
## ON DOMESTIC OR FOREIGN CORPORATIONS
### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 378, CHAPTER I, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION .Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE c/o Paul Hoffman, P.C., P.O. Box 870, St. Thomas, USV 00804-087

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS .Same.

RESIDENT OR AUTHORIZED AGENT IN THE V.I. Paul Hoffman, ███████████ St. Thom

COUNTRY OR STATE IN WHICH INCORPORATED  USVI                              USVI 00802

FISCAL YEAR COVERED BY LAST REPORT FILED ' N/A

FISCAL YEAR COVERED BY THIS REPORT° ..December 31, 1998

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR .1,000 shares, no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR ....0

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FIS-CAL YEAR ....0

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE

Jeffrey E. Epstein, Director and President, P.O. Box 870, St. Thomas, USVI, 00804, serves until successor elected

Darren K. Indyke, Director and Secretary, ████████████████ NY, NY 100 serves until successor elected

Amanda J. Ellison, Director, ████████████ Palm Beach, FL 33480, serves until successor elected

DATED: ..6.28.99

VERIFIED :

_____
(President) or (Vice President)

Darren K. Indyke
Secretary

1. If last report filed does not cover the period immediately preceding the period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2. THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE.

Foreign Sales Corporations that are registered with the Security and Exchange Commission must furnish evidence of such registration and comply with the balance sheet and P & L Statements. FSC's that are not registered with the Commission are exempted from filing the General Balance Sheet and the Profit and Loss Statement.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# REPORT OF STOCKHOLDERS
## ON TAX EXEMPTED ENTITIES
### (Due on or before June 30 of each year.)

-O-

Pursuant to Title 33, Chapter 201, Section 4102 (b) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

NAME OF ENTITY ___Financial Trust Company, Inc.___

TYPE OF ENTITY: (Please select one.)

Sole Proprietor/Partnership                Domestic Limited Partnership

Foreign Limited Partnership                Domestic Limited Liability Partnership

Foreign Limited Liability Partnership        (Domestic Corporation)

Exempt Corporation                         Foreign Corporation

Foreign Limited Liability Company          Domestic Limited Liability Company

MAILING ADDRESS ___6100 Red Hook Quarter, B-3, St. Thomas, VI 00802___

PERIOD OF TAX EXEMPTION ___Ten (10) years___

NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:

___Jeffrey E. Epstein, 6100 Red Hook Quarter___
___c/o American Yacht Harbor, Suite 2___
___St. Thomas, VI 00802___

DATED _____        VERIFIED _____
                                     President or Vice President

                                     _____
                                     Secretary or Asst. Secretary

                                     _____
                                     Manager or Managing Partner

1

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000013540

**Financial Trust Company, Inc.**
EIN # ▆▆▆▆▆▆▆
**BALANCE SHEET**
**December 31, 1999**

| | | |
|---|---|---|
| ASSETS | $ | 24,472,690 |
| | | |
| LIABILITIES | $ | 898,779 |
| | | |
| STOCKHOLDER'S EQUITY | | |
| Common Stock and Paid in Capital | | 300,000 |
| Retained earnings | | 23,273,911 |
| | | 23,573,911 |
| LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 24,472,690 |

**STATEMENT OF INCOME**
**Year Ended December 31, 1999**

| | | |
|---|---|---|
| REVENUES | $ | 43,965,458 |
| EXPENSES | | 264,268 |
| NET INCOME | $ | 43,701,190 |

**STATEMENT OF CHANGES IN RETAINED EARNINGS**
**Year Ended December 31, 1999**

| | | |
|---|---|---|
| BEGINNING RETAINED EARNINGS | $ | 0 |
| NET INCOME | | 43,701,190 |
| DIVIDEND DISTRIBUTIONS | | (20,427,279) |
| ENDING RETAINED EARNINGS | $ | 23,273,911 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013541

FINANCIAL TRUST COMPANY, INC.
EIN #
BALANCE SHEET
December 31, 2003

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 60,042,696 |
| INVESTMENTS | | 335,170,706 |
| FIXED ASSETS | | 357,117 |
| OTHER ASSETS | | 75,899 |
| **TOTAL ASSETS** | $ | 395,646,418 |
| | | |
| ACCOUNTS PAYABLE | $ | 8,906 |
| LIABILITIES ON SECURITIES SOLD NOT YET PURCHASED | | 554,489 |
| **TOTAL LIABILITIES** | | 563,395 |

STOCKHOLDER'S EQUITY

| | | |
|---|---|---|
| Common stock and paid in capital | | 28,797,888 |
| Retained earnings | | 366,285,135 |
| | | 395,083,023 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 395,646,418 |

STATEMENT OF INCOME AND RETAINED EARNINGS
Year ended December 31, 2003

| | | |
|---|---|---|
| Fee income | $ | 58,954,853 |
| Investment income | | 34,282,912 |
| Total revenues | | 93,237,765 |
| Investment expenses | | 1,480,406 |
| General and administrative expenses | | 1,806,023 |
| Total expenses | | 3,286,429 |
| NET INCOME | | 89,951,336 |
| BEGINNING RETAINED EARNINGS | | 276,333,799 |
| ENDING RETAINED EARNINGS | $ | 366,285,135 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013542

06/23/99

# Balance Sheet
## As of December 31, 1998

|  | Dec 31, '98 |
|---|---|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| JEE Funding | 13,172.60 |
| Net Income | -13,172.60 |
| **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | 0.00 |

Page 1

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013543

06/23/99

# Profit and Loss
## January through December 1998

|  | Jan - Dec '98 |
|---|---|
| **Income** | 0.00 |
| **Expense** | |
| Legal & Professional | |
| Legal | 13,172.60 |
| **Total Legal & Professional** | 13,172.60 |
| **Total Expense** | 13,172.60 |
| **Net Income** | **-13,172.60** |

Page 1

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000013544

## REPORT OF STOCKHOLDERS
## ON TAX EXEMPTED ENTITIES
(Due on or before June 30th of each year.)

-O-

Pursuant to Title 29, Chapter 12, Section 716 (a) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

**NAME OF ENTITY** Financial Trust Company, Inc.

**TYPE OF ENTITY:** (Please select one.)

| | | | |
|---|---|---|---|
| ☐ | Sole Proprietor/Partnership | ☐ | Domestic Limited Partnership |
| ☐ | Foreign Limited Partnership | ☐ | Domestic Limited Liability Partnership |
| ☐ | Foreign Limited Liability Partnership | ☒ | Domestic Corporation |
| ☐ | Exempt Corporation | ☐ | Foreign Corporation |
| ☐ | Domestic Limited Liability Company | ☐ | Foreign Limited Liability Company |

**MAILING ADDRESS** 6100 Red Hook Qtr Suite B-3 St. Thomas, VI 00802

**PERIOD OF TAX EXEMPTION** 2009 to March 2012

**NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:**

| Name | Address | Percent % | Bona fide Residents |
|---|---|---|---|
| Jeffrey E. Epstein | 6100 Red Hook Qtr Ste B-3 St. Thomas, VI 00802 | 100% | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

Note: This report must also include the names and addresses of all legal or equitable owners of such benefited business who have or will claim benefits under this chapter as bona fide residents of the Virgin Islands, pursuant to Act No. 6748.

DATED 6·15·12

VERIFIED
_____
President or Vice-President

_____
Secretary or Asst. Secretary

_____
Manager or Managing Partner

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# REPORT OF STOCKHOLDERS
# ON TAX EXEMPTED ENTITIES
(Due on or before June 30th of each year.)

-O-

Pursuant to Title 29, Chapter 12, Section 716 (a) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

**NAME OF ENTITY**  _Financial Trust Company, Inc._

**TYPE OF ENTITY:** (Please select one.)

| | | | |
|---|---|---|---|
| ☐ | Sole Proprietor/Partnership | ☐ | Domestic Limited Partnership |
| ☐ | Foreign Limited Partnership | ☐ | Domestic Limited Liability Partnership |
| ☐ | Foreign Limited Liability Partnership | ☒ | Domestic Corporation |
| ☐ | Exempt Corporation | ☐ | Foreign Corporation |
| ☐ | Domestic Limited Liability Company | ☐ | Foreign Limited Liability Company |

**MAILING ADDRESS**  _6100 Red Hook Quarter B3  St. Thomas  USVI  00802_

**PERIOD OF TAX EXEMPTION**  _Five Years_

**NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:**

| Name | Address | Percent % | Bona fide Residents |
|---|---|---|---|
| Jeffrey E Epstein | 6100 Red Hook Qtr B3 St. Thomas, VI 00802 | 100 | ☑ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

Note: This report must also include the names and addresses of all legal or equitable owners of such benefited business who have or will claim benefits under this chapter as bona fide residents of the Virgin Islands, pursuant to Act No. 6748.

DATED  _6/30/10_

VERIFIED  _George Arana_
President or Vice President

Secretary or Asst. Secretary

Manager or Managing Partner

# PORT OF STOCKHOLDER:
## ON TAX EXEMPTED ENTITIES
(Due on or before June 30th of each year.)

~~ENTERED~~ ~~JUL 1 9 2011~~

-O-

Pursuant to Title 29, Chapter 12, Section 716 (a) of the Virgin Islands Code, requiring the filing stockholders, the following statement is filed the Office of the Lieutenant Governor.

NAME OF ENTITY  *Financial Trust Company, Inc.*

TYPE OF ENTITY: (Please select one.)

| | | | |
|---|---|---|---|
| ☐ | Sole Proprietor/Partnership | ☐ | Domestic Limited Partnership |
| ☐ | Foreign Limited Partnership | ☐ | Domestic Limited Liability Partnership |
| ☐ | Foreign Limited Liability Partnership | ☒ | Domestic Corporation |
| ☐ | Exempt Corporation | ☐ | Foreign Corporation |
| ☐ | Domestic Limited Liability Company | ☐ | Foreign Limited Liability Company |

MAILING ADDRESS  *6100 Red Hook Quarter B3 St. Thomas USVI 00082*

PERIOD OF TAX EXEMPTION  *Five Years*

NAMES AND ADDRESSES OF ALL PERSONS (ENTITIES) OWNING FIVE (5) OR MORE PERCENT OF THE STOCK OR EQUITABLE OWNERSHIP:

| Name | Address | Percent % | Bona fide Residents |
|---|---|---|---|
| Jeffrey E. Epstein | 6100 Red Hook Qtr. B3 St. Thomas, VI 00082 | 100 % | ☒ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

Note: This report must also include the names and addresses of all legal or equitable owners of such benefited business who have or will claim benefits under this chapter as bona fide residents of the Virgin Islands, pursuant to Act No. 6748.

DATED  *6/30/11*

VERIFIED  *Darren Indyke*
President or Vice President

*[signature]*
Secretary or Asst. Secretary

*[signature]*
Manager or Managing Partner

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000013547



# GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

OFFICE OF
THE LIEUTENANT GOVERNOR

**REPORT**
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

DIVISION OF CORPORATION AND TRADE
TEL. (340) 776-4515   FAX (340)



## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

**EMPLOYER I.D. No.**

Date of Report: June 30, 2008

Date of Last Report: June 30, 2007

This Report is for the Period Ended June 30th, 20

1.) NAME OF CORPORATION: Financial Trust Company, Inc.

    (a) Address: 6100 Red Hook Qtr. B3, St. Thomas, USVI 00802
    (b) Date of Incorporation: November 6, 1998
    (c) Kind of Business: Services

2.) AMOUNT OF CAPITAL STOCK AUTHORIZED:

    (a) When last report filed .................................................. $ 1000 shares of common stock no par va
    (b) On date of this report ................................................. $ 1000 shares of common stock no par va

3.) AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

    (a) As shown on last report filed ..................................... $ 764,808
    (b) Additional capital paid in since last report ................... $
    (c) Sum of (a) and (b) .................................................... $
    (d) Paid-in Capital withdrawn since last report ................. $
    (e) Paid-in Capital Stock at date of this report ................. $ 764,808
    (f) HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING PERIOD      $ 764,808

4.) COMPUTATION OF TAX:

    (a) At rate of $1.50 per M (fractions of a thousand disregarded) on highest total paid-in capital stock as reported on Line 3(f) above $ 1,147.21
    (b) TAX DUE: (Above figure, or $150 whichever is greater) $ ............... $ 1,147.21

5.) PENALTY AND INTEREST FOR LATE PAYMENT:

    (a) 10% penalty for failure to pay by June 30th ..................... $ ............ 0
    (b) 1% interest for each month or part thereof by which payment is delayed beyond June 30th ................................................ $ ............ 0
    (c) Total Penalty And Interest: $ -0-

6.) TOTAL DUE AND FORWARDED HEREWITH (Sum of (4) (b) and (5) (c) ) (Attach check payable to The Lieutenant Governor.) $ 1,147.21

**Certified Correct**

_____
Treasurer

_____
President

Rev. 02/98

VI-JPM-000013548

FINANCIAL TRUST COMPANY, INC.
EIN #███████
BALANCE SHEET
December 31, 2007

| | | |
|---|---|---|
| CASH AND CASH EQUIVALENTS | $ | 4,732,504 |
| INVESTMENTS | | 278,443,231 |
| INVESTMENT IN SUBSIDIARY | | 133,395,223 |
| FIXED ASSETS | | 337,839 |
| OTHER ASSETS | | 59,671,409 |
| TOTAL ASSETS | | 476,580,206 |
| | | |
| ACCOUNTS PAYABLE | $ | 79 |
| | | |
| TOTAL LIABILITIES | | 79 |

STOCKHOLDER'S EQUITY

| | | |
|---|---|---|
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 475,815,319 |
| | | 476,580,127 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 476,580,206 |

STATEMENT OF INCOME AND RETAINED EARNINGS
Year ended December 31, 2007

| | | |
|---|---|---|
| Fee income | $ | 3,965,864 |
| Investment income | | 47,053,611 |
| Total revenues | | 51,019,475 |
| Investment expenses | | 233,615 |
| General and administrative expenses | | 1,452,706 |
| Total expenses | | 1,686,321 |
| NET INCOME | | 49,333,154 |
| BEGINNING RETAINED EARNINGS | | 475,211,165 |
| Less: DISTRIBUTIONS | | 48,729,000 |
| ENDING RETAINED EARNINGS | $ | 475,815,319 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

FINANCIAL TRUST COMPANY, INC.
EIN # ▮▮▮▮▮▮
BALANCE SHEET
As of December 31, 2009

| | | |
|---|---|---:|
| CASH AND CASH EQUIVALENTS | $ | 134,328,728 |
| ACCOUNTS RECEIVABLE | | 55,417 |
| RELATED INVESTMENTS | | 53,631,852 |
| INVESTMENT IN SUBSIDIARY | | 131,432,981 |
| PROPERTY AND EQUIPMENT, net of depreciation | | 289,829 |
| OTHER ASSETS | | 14,495,336 |
| **TOTAL ASSETS** | | 334,234,043 |
| | | |
| ACCOUNTS PAYABLE | $ | 23,400 |
| **TOTAL LIABILITIES** | | 23,400 |

STOCKHOLDER'S EQUITY

| | | |
|---|---|---:|
| Common stock and paid in capital | | 764,808 |
| Retained earnings | | 333,445,836 |
| | | 334,210,644 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY | $ | 334,234,043 |

STATEMENT OF INCOME AND RETAINED EARNINGS
For the year ended December 31, 2009

| | | |
|---|---|---:|
| Fee income | $ | 800,000 |
| Relalated investment losses | | (11,014,238) |
| Other related losses | | - |
| Total revenues | | (10,914,238) |
| Investment expenses | | 6,752 |
| General and administrative expenses | | 1,767,524 |
| Total expenses | | 1,774,276 |
| NET LOSS | | (12,688,515) |
| RETAINED EARNINGS, beginning of year | | 363,446,350 |
| Less: DISTRIBUTIONS | | 17,312,000 |
| RETAINED EARNINGS, end of year | $ | 333,445,836 |

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES

**OFFICE OF
THE LIEUTENANT GOVERNOR**



**REPORT**
OF CORPORATION FRANCHISE TAX DUE
PURSUANT TO TITLE 13, SECTION 531, VIRGIN ISLANDS CODE

**DIVISION OF CORPORATION AND TRADEMA.**
TEL. (340) 776-8515  FAX. (340) 776

## DOMESTIC CORPORATION

(THIS REPORT IS DUE ON OR BEFORE JUNE 30TH OF EACH YEAR)

EMPLOYER I.D. No.

▓▓▓▓▓▓ ......

Date of Report: June 22, 1999

Date of Last Report: N/A

This Report is for the Period Ended June 30th .......

1.) NAME OF CORPORATION: Financial Trust Company, Inc.

   (a) Address: c/o Paul Hoffman, P.C., P.O. Box 870, St. Thomas, USVI
   (b) Date of Incorporation: November 6, 1998             00804-0870
   (c) Kind of Business: Services

2.) AMOUNT OF CAPITAL STOCK AUTHORIZED:

   (a) When last report filed ................................ $ N/A
   (b) On date of this report ................................ $ 1,000 shares of comm
                                                  stock, no par value

3.) AMOUNT OF PAID-IN CAPITAL STOCK USED IN CONDUCTING BUSINESS:

   (a) As shown on last report filed ................................ $ N/A
   (b) Additional capital paid in since last report ................ $ 300,000
   (c)     Sum of (a) and (b) ................................ $ 300,000
   (d) Paid-in Capital withdrawn since last report ................ $ 0
   (e) Paid-in Capital Stock at date of this report ................ $ 300,000
   (f) HIGHEST TOTAL PAID-IN CAPITAL STOCK DURING REPORTING
      PERIOD                                   $ 300,000

) COMPUTATION OF TAX:

   (a) At rate of $1.50 per M (fractions of a thousand disregarded ) on
      highest total paid-in capital stock as reported on Line 3(f) above $ 450
   (b) TAX DUE: (Above figure, or $150 whichever is greater ) $ 450      $ 450

PENALTY AND INTEREST FOR LATE PAYMENT:

   (a) 10% penalty for failure to pay by June 30th ................ $ 0
   (b) 1% interest for each month or part thereof by which payment is
      delayed beyond June 30th ................................ $ 0
   (c)     Total Penalty And Interest:           $ 0

TOTAL DUE AND FORWARDED HEREWITH (Sum of (4)(b) and (5)(c))
(Attach check payable to The Lieutenant Governor.)      $ 450

tified Correct

*Daimⁿk ᵈⁿᵍᵗⁱ*
    Secretary

2/92

*[signature]*
President

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# ANNUAL REPORT
## ON DOMESTIC OR FOREIGN CORPORATIONS
### (DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 372, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION .Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE c/o Paul Hoffman, P.C., P.O. Box 870, St. Thomas, US ........................................................................00804-08

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS .Same.

RESIDENT OR AUTHORIZED AGENT IN THE V.I. Paul Hoffman, 41-42 Kongens Gade, St. Tho

COUNTRY OR STATE IN WHICH INCORPORATED .USVI................................USVI 00802

FISCAL YEAR COVERED BY LAST REPORT FILED : N/A.

FISCAL YEAR COVERED BY THIS REPORT: ..December 31, 1998

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR 1,000 shares, no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR ....0...............................

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FIS-

CAL YEAR ....0.........................................................................................

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL

YEAR AND EXPIRATION DATES OF TERMS OF OFFICE
Jeffrey E. Epstein, Director and President, P.O. Box 870, St. Thomas, USVI, 00804, serves until successor elected

Darren K. Indyke, Director and Secretary, ▇▇▇▇▇▇▇▇▇▇▇▇ NY; NY 1(
serves until successor elected

Amanda J. Ellison, Director, ▇▇▇▇▇▇▇▇▇▇▇▇ Palm Beach, FL 3348(
serves until successor electe

· DATED: .6.28.99.........

VERIFIED : ........................................................
(President) or (Vice President)

..........................................................
Secretary

1. If last report filed does not cover the period immediately preceding the period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2. THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE.

Foreign Sales Corporations that are registered with the Security and Exchange Commission must furnish evidence of such registration and comply with the balance sheet and P & L Statements. FSC's that are not registered with the Commission are exempted from filing the General Balance Sheet and the Profit and Loss Statement.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# ANNUAL REPORT

## ON DOMESTIC OR FOREIGN CORPORATIONS

(DUE ON OR BEFORE JUNE 30 OF EACH YEAR)

PURSUANT TO SECTIONS 371 AND 373, CHAPTER 1, TITLE 13, OF THE VIRGIN ISLANDS CODE, REQUIRING THE FILING OF ANNUAL REPORTS BY DOMESTIC AND FOREIGN CORPORATIONS, THE FOLLOWING STATEMENT IS FILED WITH THE OFFICE OF THE LIEUTENANT GOVERNOR.

NAME OF CORPORATION: Financial Trust Company, Inc.

ADDRESS OF MAIN OFFICE: 6100 Red Hook Quarter, B3, St. Thomas, USVI 00802

PRINCIPAL OFFICE IN THE VIRGIN ISLANDS: Same

RESIDENT OR AUTHORIZED AGENT IN THE VI: Maria Hodge, 1340 Taarneberg St. Thomas, VI 00802

COUNTRY OR STATE IN WHICH INCORPORATED: United States Virgin Islands

FISCAL YEAR COVERED BY LAST REPORT FILED: December 31, 2006

FISCAL YEAR COVERED BY THIS REPORT: December 31, 2007

AMOUNT OF AUTHORIZED CAPITAL STOCK AT CLOSE OF FISCAL YEAR: 1,000 shares no par value

AMOUNT OF PAID-IN CAPITAL AT CLOSE OF FISCAL YEAR: 764,808

AMOUNT OF CAPITAL USED IN CONDUCTING BUSINESS WITHIN THE VIRGIN ISLANDS DURING THE FISCAL YEAR: 764,808

NAME AND ADDRESSES OF DIRECTORS AND OFFICERS OF THE COMPANY AT THE CLOSE OF FISCAL YEAR AND EXPIRATION DATES OF TERMS OF OFFICE

Darren Indyke, Director/President, 6100 Red Hook Quarter, B3
St. Thomas, VI 00802-1348;  Serves until successor elected
Cecile de Jongh, Director/Vice President/Secretary
St. Thomas, VI 00801,  Serves until successor elected
Jeanne Brennan, Director/Vice President/Treasurer
St Thomas, VI 00802,  Serves until successor elected

DATED: June 27, 2008

VERIFIED _____
(PRESIDENT OR VICE PRESIDENT)

_____
(TREASURER OR ASST. TREASURER)

1.   If last report filed does not cover the period immediately preceding this period covered by this report, a supplementary report on the same form must be filed, bridging the gap, if any, between the two reports.

2.   THIS REPORT IS NOT COMPLETE NOR ACCEPTABLE UNLESS ACCOMPANIED BY GENERAL BALANCE SHEET AND        PROFIT AND LOSS STATEMENT FOR THE LAST FISCAL YEAR AS REQUIRED BY THE VIRGIN ISLANDS CODE. FINANCIAL STATEMENTS SHOULD BE SIGNED BY AN INDEPENDENT PUBLIC ACCOUNTANT.

HIGHLY CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

FINANCIAL TRUST COMPANY, INC.
EIN #
BALANCE SHEET
December 31, 2002

| | | |
|---|---|---:|
| CASH | $ | 106,082,128 |
| INVESTMENTS | | 280,140,608 |
| FIXED ASSETS | | 389,697 |
| OTHER ASSETS | | 95,096 |
| TOTAL ASSETS | $ | 386,707,529 |
| | | |
| ACCOUNTS PAYABLE | $ | 5,328 |
| OTHER LIABILITIES | | 55,070,514 |
| | | 55,075,842 |

STOCKHOLDER'S EQUITY

| | |
|---|---:|
| Common stock and paid in capital | 55,297,888 |
| Retained earnings | 276,333,799 |
| | 331,631,687 |
| TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY   $ | 386,707,529 |

STATEMENT OF INCOME AND RETAINED EARNINGS
Year ended December 31, 2002

| | | |
|---|---|---:|
| Investment income | $ | 44,720,327 |
| Fee income | | 77,680,429 |
| Total revenues | | 122,400,756 |
| General and administrative expenses | | 1,842,476 |
| Investment expenses | | 2,366,736 |
| Total expenses | | 4,209,212 |
| NET INCOME | | 118,191,544 |
| BEGINNING RETAINED EARNINGS | | 158,142,255 |
| ENDING RETAINED EARNINGS | $ | 276,333,799 |

VI-JPM-000013554