# EXHIBIT 317

# FILED UNDER SEAL