# EXHIBIT 320

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4    GOVERNMENT OF THE UNITED STATES
      VIRGIN ISLANDS,
 5
                   Plaintiff,
 6
           vs.                          No. 22-cv-10904-JSR
 7
      JPMORGAN CHASE BANK, N.A.,
 8
                   Defendant.
 9    _____

10    JPMORGAN CHASE BANK, N.A.,

11            Third-Party Plaintiff,

12    v.

13    JAMES EDWARD STALEY,
      Third-Party Defendant.
14    _____

15            THE ORAL DEPOSITION OF SANDRA BESS was taken on

16    the 18th day of May, 2023 at the Ritz-Carlton Hotel,

17    6900 Great Bay, Nazareth, Charlotte Amalie, St. Thomas,

18    U.S. Virgin Islands, between the hours of 8:43 a.m. and

19    11:53 a.m. pursuant to Notice and Federal Rules of Civil

20    Procedure.

21                        _____
                             Reported by:
22
                           DESIREE D. HILL
23                     Registered Merit Reporter
                       Hill's Reporting Services
24                         P.O. Box 307501
                      St. Thomas, Virgin Islands
25                         (340) 714-0269
```

```
 1    done for the period.
 2         Q.    I see.  So if there were a renewal coming
 3    up and there was no recent compliance report, you
 4    would prepare a summary of their compliance?
 5              MR. ACKERMAN:  Objection to form.
 6         Q.    (By Mr. Neiman:) Is that fair?  You can
 7    answer.
 8         A.    Yes, sir.
 9         Q.    All right.  Now, these compliance reports
10    that you prepare for a particular certificate holder,
11    how often would you put together a compliance report?
12         A.    A compliance report should be done
13    annually, but because the agency had some backlog as
14    we termed it, sometimes the report would take
15    probably three years before completion, five years
16    before completion, and sometimes you'd have one
17    that's done on an annual basis.
18         Q.    Would it be unusual for a company to not
19    get a compliance report until nine years after they
20    started as a certificate holder?  Would that be
21    unusual?
22         A.    It is -- should not be unusual 7but it
23    maybe has happened in one or two cases.
24         Q.    Okay.  So not the normal practice but might
25    have happened one or two times.
```

1           A.      From the annual report.
2           Q.      Okay.  So, you get the information provided
3    by the certificate holder?
4           A.      Yes, sir.
5           Q.      All right.  And what do you do to audit
6    whether the income information and tax information
7    provided by the certificate holder is accurate?
8                   MR. ACKERMAN:  Objection to form.
9                   THE WITNESS:  Excuse me one
10          second.  So we verify it.  So I look --
11          I would look at the presentation and
12          what was presented at the back and
13          ensure that the numbers total, and then
14          that's the information I would use.
15          Q.      (By Mr. Neiman:) Okay.  So, you would make
16   sure that what's in the cover sheet of the annual
17   report matches what the company has provided to you in
18   the support behind the cover sheet?
19          A.      Yes, sir.
20          Q.      And would you look at any third-party
21   sources or just the information the company provided
22   in terms of verifying their income and the tax
23   benefit?
24          A.      Only if it's unclear, and I would need to
25   veri -- go a little further to clarify the

1    information provided.
2         Q.   Okay.  But as long as what was provided
3    appear to support the numbers on the cover sheet, that
4    will be the end of your analysis?
5              MR. ACKERMAN:  Object to form.
6         Vague.
7              THE WITNESS:  Typically, it would
8         be.
9         Q.   (By Mr. Neiman:)  Okay.  Now, is any part
10   of your job as a compliance officer reviewing the
11   character of the people who are the owners of the
12   companies receiving tax benefits?
13        A.   No, sir.
14        Q.   Is there anybody at the Economic
15   Development Authority who has that responsibility?
16        A.   To the best of my knowledge, that would
17   come prior to -- I -- to me receiving the certificate
18   as a compliance officer, it would usually come from
19   the application side -- application division.
20        Q.   Okay.  And what if -- withdrawn.
21             Is there anything that is done to see if
22   any character issues have arisen since the
23   application process?
24        A.   None that I know of.
25        Q.   Now, are you familiar with a person named

```
 1        Q.   Okay. Did you do any unannounced visits to
 2   the Financial Trust Company as best as you can recall?
 3        A.   As best as I can recall, I probably would
 4   have done one or two.
 5        Q.   Okay.  Tell me about the one or two
 6   unannounced visits that you recall.
 7        A.   Nothing that I can specifically recall,
 8   but I would show up at the door, identify myself, and
 9   then ask to see the compliance person -- the person
10   that I relayed to, speak to on the email, on the
11   phone, or anyone else if that person is not there.
12        Q.   Who was the person or people at the
13   Financial Trust Company that you dealt with?
14        A.   Cecile de Jongh.
15        Q.   Okay.  And who is Cecile de Jongh?
16        A.   The office manager at the Financial Trust
17   and Southern Trust.
18        Q.   And during the time that you were
19   interacting with her as a compliance officer, was she
20   also the First Lady of the Virgin Islands?
21        A.   Yes, sir.
22        Q.   So, her husband was the governor?
23        A.   Yes, sir.
24        Q.   Okay.  Did the fact that she was married to
25   the governor affect how you interacted with her in any
```