# EXHIBIT 324

# FILED UNDER SEAL