# EXHIBIT 325

GOVERNMENT OF
THE VIRGIN ISLANDS OF THE UNITED STATES

ECONOMIC DEVELOPMENT COMMISSION

---

PUBLIC HEARING

THURSDAY, November 15, 2012
12:43 p.m. to 2:32 p.m.

Port Authority Conference Room
St. Thomas, Virgin Islands

---

MEMBERS PRESENT

ALBERT BRYAN, Chairman
NATHAN SIMMONDS, Vice Chairman
LYNN MILLIN MADURO, ESQ., Member
RANDOLPH ALLEN, Member
JOSE PENN, Member

STAFF PRESENT

PERCIVAL CLOUDEN, CEO
JENNIFER NUGENT-HILL, ACEO
HENRY SMOCK, ESQ., Legal Counsel
FRED HANDLEMAN, ESQ., Director of Legislative
 & Legal Affairs
MARGARITA BENJAMIN, Director of Applications
STEPHANIE BERRY, Director of Compliance
BETH HOFFMAN, ESQ., Investigator
SEMELE GEORGE, Public Relations
DORENE LEWIS, Board Liaison

PORTER'S COURT REPORTING, INC.
P.O. Box 11303
St. Thomas, Virgin Islands 00801

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

I N D E X

| ITEM | DESCRIPTION | PAGE |
|------|-------------|------|
| No. 1 | Meeting Called to Order | 3 |
| No. 2 | Roll Call | 3 |
| No. 3 | Review and Approval of Agenda | 4 |
| No. 4 | Cases for Public Hearing | |
| | a.   Southern Trust Company, Inc. | 6 |
| | b.   DIAM Management | 41 |
| | c.   Asset Recovery Management, Inc. | 65 |

(Hearing Adjourned.)

---

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016207

PROCEEDINGS

1

2      THE CHAIR:                Good morning.  I'd like

3 to call to order the Economic Development Commission Public

4 Hearing.

5      Can I have a roll call, please?

6      MR. PENN:                 Commissioner Bryan.

7      THE CHAIR:                Present.

8      MR. PENN:                 Commissioner Simmonds.

9      MR. SIMMONDS:             Here.

10     THE CHAIR:                Commissioner Allen.

11     MR. ALLEN:                Here.

12     MR. PENN:                 Commissioner Penn,

13 present.

14     Commissioner Smith.

15     THE CHAIR:                Excused.

16     MR. PENN:                 Commissioner Millin

17 Maduro.

18     THE CHAIR:                Late.

19     MR. PENN:                 Mr. Chair, you have four

20 members present.

21     THE CHAIR:                Having established a

22 quorum are there any changes to the agenda?

23     MS. HILL:                 Mr. Chairman, good

24 afternoon.  I'd like to thank all of the board members for

25 being here.  I'd like to acknowledge the presence of the

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016208

1   staff that's here relating to the EDC Public Hearing and to

2   introduce starting with introducing our new Director of

3   Compliance, Miss Stephanie Berry.  And we'd like to welcome

4   her to the team.  And she is bringing to the table a great

5   deal of skills and we look forward to her adding to the EDC

6   program with a very varied background that she brings.  She

7   is a Ph.D. candidate in industrial psychology and management

8   and is quite familiar with the government processes.  So we

9   want to welcome our new Director of Compliance and to also

10  acknowledge -- I know that my counsels have all been

11  introduced to her by e-mail.  Welcome, Stephanie Berry.

12          Attorney Smock is here, Counsel to the Board,

13  Attorney Beth Hoffman, our investigator, and our Public

14  Relations representative, Semele George, and of course our

15  Executive Assistant to the Board is with us today.  We are

16  happy that she's here.  She's feeling better.  Glad that you

17  are here.

18          And, Mr. Chairman, in response to your question

19  with regards to changes on the agenda, the agenda as is

20  presented to you is as it is.  The original document you had

21  in your drop box were amended because counsels have all

22  agreed, Counsel Erika Kellerhals and Attorney Roberts agreed

23  to shift their clients presentations.  So we will start with

24  Asset Management, sir, as you deem appropriate.

25          THE CHAIR:          Asset that's what's on

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000016209

```
 1    the agenda.

 2              MS. KELLERHALS:           I think we are going to

 3    go first, Southern Trust.

 4              MS. ROBERTS:              I thought we had

 5    agreed --

 6              MS. HILL:                 You are going to go

 7    first?

 8              MS. KELLERHALS:           Yes.

 9              MS. HILL:                 That's right.  I

10    apologize.  You did say that.

11              MS. ROBERTS:              And we would like DIAM

12    to go before Asset Recovery.

13              MS. HILL:                 That's the reorder of

14    the agenda.  Thank you.

15              MR. PENN:                 Mr. Chair, I'd like to

16    move that the agenda be amended that Southern Trust

17    Management Company be the first item for public hearing to

18    be followed by DIAM Management, Inc. and then Asset Recovery

19    Management, Inc.  So moved, Mr. Chair.

20              THE CHAIR:                Second?

21              MR. ALLEN:                Second.

22              THE CHAIR:                Properly moved and

23    seconded.  All those in favor?

24                        (Chorus of Ayes)

25              THE CHAIR:                Opposed?
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000016210

```
 1                    (No Response)

 2        THE CHAIR:               Abstention?

 3                    (No Response)

 4        THE CHAIR:               Motion carries.

 5        Motion to accept the agenda as amended.

 6     MR. PENN:               So moved, Mr. Chair.

 7     THE CHAIR:              Second?

 8     MR. SIMMONDS:           Second.

 9        THE CHAIR:               Properly moved and

10  seconded.  All those in favor?

11                    (Chorus of Ayes)

12        THE CHAIR:               Opposed?

13                    (No Response)

14        THE CHAIR:               Abstentions?

15                    (No Response)

16        THE CHAIR:               The agenda stands

17  approved.

18        Cases for Public Hearing, Southern Trust Company.

19  Who speaks to this matter?

20        MS. KELLERHALS:         I do.

21        THE CHAIR:              Mr. Smock, could you

22  swear in the testifiers?

23

24        (Thereupon Erika Kellerhals, Esq. and Jeffrey

25  Epstein were duly sworn in by Attorney Smock.)
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016211

1          MS. KELLERHALS:               Good afternoon,

2    Chairman, Commissioners and Staff.  I appreciate the

3    opportunity to come before you today and speak with you

4    regarding my client, Southern Trust Company, Inc.

5          I'm here today with Mr. Jeffrey Epstein who is

6    the President of Southern Trust.  And after a brief

7    introduction covering the business and its compliance with

8    the statutory requirements of the EDC program, I'm going to

9    turn the floor over to Mr. Epstein and he will talk to you a

10   little bit about the new business model.

11         Southern Trust, which will be located on the

12   Island of St. Thomas is applying for benefits under Category

13   IIa as a designated service business.  And once it gets up

14   and running it will provide cutting edge consulting services

15   to companies around the world lying in part upon the use of

16   biomedical and financial informatics.  The client base for

17   this company is going to range from individual consumers to

18   scientist, to investment companies looking to create new

19   strategies using what's called mine information.  I want to

20   get a few housekeeping out of the way and on the record

21   before Mr. Epstein explains to you exactly what it is they

22   are going to be doing.

23         Southern Trust is going to meet all the statutory

24   requirements including that with respect to capital

25   investment.  In fact Southern Trust has indicated in their

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016212

```
 1    application will exceed the statutory investment requirement

 2    of $100,000.00.

 3             We've also set out a detailed employee benefit

 4    plan.  And one of the things that's noted about the plan

 5    itself is in addition to providing generous lead packages,

 6    life insurance and a donated leave program, the company

 7    actually includes one hundred percent employee and dependent

 8    coverage for health insurance.  So the company will absorb

 9    the cost of all health insurance.  And they have agreed to a

10    minimum $50,000.00 per year charitable contribution in

11    addition to the mandatory contributions to the Territorial

12    Scholarship Fund and the Department of Labor database.  And

13    those of you who know Mr. Epstein he has been a long-term

14    resident of the Virgin Islands know that he has given

15    generously over the course of the last 11 years to various

16    charities in the Virgin Islands.

17             We did request as part of the application a

18    waiver of the employee requirement for the first five years

19    down to five employees.  There were a couple of different

20    reasons for doing that.  One is as Mr. Epstein explains and

21    as we explained in the application, there are some very

22    specialized job positions needed by virtue of the business

23    model and what the business itself would be doing.  And it's

24    anticipated that getting to maximum capacity and finding the

25    right employees will take a significant period of time.  And
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          VI-JPM-000016213

1    as a result of asking for that waiver of the employment

2    requirement down to five, we are also asking that the

3    percentage residency requirement also be amended from 80

4    percent to 50 percent for the first five years.

5            I'm now going to turn the floor over to Mr.

6    Epstein and he can talk to you a little bit about his

7    background in this business in particular.

8            MR. EPSTEIN:             Thank you.

9            What's happening in today's environment is the

10   fact that most everyone here has a computer in front of

11   them.  Most of the time if you look back 25 years if you

12   wanted to know whose genetics determined your current

13   circumstance, if you wanted to get financial advice, if you

14   wanted to get medical advice you would go to one doctor.

15   You would, hopefully, choose the right doctor and he would

16   according to his experience say, fine, maybe you have a

17   stomach ache and we have in response to your problems three

18   or four solutions.

19           In fact if you were going to go into the Army

20   years ago they classified your health like only five

21   categories.  Were you sort of very healthy, healthy or were

22   you F-4.  Everything was very general and very broad

23   categories.

24           As you all are aware everything nowadays has

25   become personalized.  You have your clothes that you wear

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000016214

1   can be custom made.  Everyone has many options on how to set

2   up their computers.  What's happening in the world is that

3   many decisions that used to be made by one single individual

4   now it's impossible to get accurate information without

5   accessing vast numbers of databases.  What Southern Trust

6   will do will be basically organizing mathematical algorithms

7   so that if I want to know what my predisposition is for

8   cancer we can now have my genes specifically sequenced.

9          Unfortunately, it hit home as of yesterday for me

10  exactly what my company does.  One of my closest friends was

11  diagnosed two days ago with a terminal cancer.  Now he's at

12  the best hospital.  I've known him since I was six years

13  old.  His tumor needs to be sequenced.  We will spend time

14  going through the DNA of his exact tumor.

15          Now that was the first step that's available

16  today.  It hasn't been available ever before.  But that's

17  only the first step.  Now we know specifically what type of

18  cancer he has.

19          In the past unless you are lucky enough to have

20  the right doctor when you went to diagnose that problem and

21  he can say, well, Jose or Albert I've seen this before and

22  you were out of luck.  Now what we'll do is we'll use this

23  one sequence, his own DNA and the specific problem he has

24  with his cancer and access worldwide databases of every

25  drug, every single drug across the world that's been tested

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016215

on all different types of cancers that specifically have his

DNA sequence involved.  So the chances of a successful

treatment are now viable where before as he said last night

he would be dead in four weeks.

So as of medical advance you are able for the

first time to have custom made medicine but you can't do

that without accessing a vast database of information.  Even

if you are the best doctor in New York or California or

here, you can only read what you can read.  You have 24

hours a day.  The new sequences in biomedicine will allow

you to access every publication that affects your area and

you don't have time to read it.

So my company's algorithms will in fact digest

the information as best as they can currently and then spit

out its recommendations.  So you'll have computer generated

solutions for medical problems, which is the next century's

work on how to get people healthy.

My real business has always been money.  People

want to know which companies to invest in and you might have

been lucky enough -- I was poor but if your parents had any

money and they wanted to simply find the stock to buy or how

to invest their money, again they had to find a stockbroker

or a local banker or someone they could go to and ask their

advice.  And that one person's advice was only as good as

the college they went to or their experience in the

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000016216

1  business.

2          Now, just as I -- with my friend or as a simple

3  example years ago if you had asked me what is the name of

4  George Washington's horse?  I lived in Coney Island.  George

5  Washington's horse, okay, what would I have to do?  I'd have

6  to get on the bus and go to the library.  I'd have to ask

7  the librarian for a book on George Washington.  Hopefully,

8  somewhere in the appendix would be a note that said George

9  Washington's horse or otherwise I was in trouble.  I'd have

10  to actually read the book.

11          I would then go back, make a report, come to my

12  school.  And as you all know right now we go to Goggle and

13  in a nanosecond Goggle searches 10 billion documents for the

14  names of George Washington's horse.  And you can find out

15  what the horse ate for breakfast on a certain day.

16          So my company will then take the concept of

17  building these search algorithms but not searching the

18  information for the name of George Washington's horse but in

19  fact searching the world's databases for what is the best

20  investments.  I can't spend 24 hours a day going through all

21  the investments around the world but my computer can do it

22  in a nanosecond.

23          Unbeknownst to most people today again when I

24  first started on Wall Street I was a school teacher.  The

25  stock exchange traded a couple of million shares per day and

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016217

1    that was a big -- and if you had a 100 million shares a day

2    it was a calamity.  Now everyday, every minute those numbers

3    of shares are traded but not by people.  Seventy-Five or

4    Eighty percent of all the trading around the world -- when I

5    say trading, all the statistics you read about how many

6    shares traded today is done by a computer.  In fact some of

7    the computers trade thousands of times per second buying and

8    selling at small increments.

9            So the speed at which decisions are made you have

10   speed by computers but you need a search engine, just like

11   Goggle has a search engine for documents, a method to search

12   the financial arena for the best investments in my financial

13   arm of Southern Trust and the best medicine.  So again if it

14   was me personally -- this again it hits very close to home.

15   I'm leaving for New York after this meeting to go sit with

16   the sequencers to see if I can save my friend.  And this is

17   the first time in history that it's probably a chance

18   because most people don't know when they say you have lung

19   cancer, cancer is not really a thing.  It's not like -- you

20   see we used to -- the past 30 years we know we had a

21   disease.  You had the flu or you had some type of liver

22   disorder.  Cancer is very different.  Cancer is not a thing.

23   It's a process.  It's a process.

24            What do I mean by that?  It doesn't mean I have

25   something in my lung that has a little "C" that says cancer.

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016218

1    It means that my lung is doing something.  It is a process.

2    It is cancering.  My lung is cancering or my prostate is

3    cancering.  In my friend's case his brain, bones and liver

4    are cancering.

5         So in the past -- unfortunately anyone diagnosed

6    with a disease for lung cancer you could only treat them

7    with a lung cancer approved drug.  Like I have a breast care

8    center in New York.  So now it turns out that many females

9    for breast care you can treat it with things that were only

10   used before for prostate.  And the only way they got to that

11   is they realized that in certain studies in the Netherlands

12   just by these search engines there had been good results

13   based on the computers being able to search the database,

14   the solutions for specific types of problems.

15        Why the Virgin Islands?  Again we have high speed

16   connections in St. Croix.  So I have to beg both servers to

17   hold my database information.  The high level people that

18   Erika mentioned is I need high level mathematicians to come

19   down and help program the computers.  Some people actually

20   have to be here and monitor the computers.  And these

21   algorithms -- it's amazing but true -- much of the work

22   hopefully to be done later in life.

23        So that five, ten years away is the computers

24   themselves will help redesign some of the computer programs.

25   Just like in the cars we first built some computers to help

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000016219

1   us manufacture cars.  Now the computers are helping to

2   design.  They in fact design their own little parts.

3           In the new version you can actually printout just

4   like a fax machine started 20 years ago, you could have the

5   computer design the part and make it.  It actually prints

6   parts.  So Southern Trust will be basically building up a

7   database searching mechanism to search things on an

8   individual basis both in the medical field and the financial

9   field.

10          Again it's an exciting area that the idea is that

11  the diseases that affect the local population -- I do lots

12  of work in Africa.  To backup Africa is for me a fertile

13  ground for experimentation because it has been so

14  underdeveloped it is not burdened with the current system.

15  What do I mean?

16          When telephone companies now come to places like

17  Senegal where I was a couple of months ago, they don't put

18  copper in the ground.  They don't have to worry about laying

19  cables and going to everyone's house.  They leapfrog the old

20  systems going directly to cellular.

21          So though Senegal and Ivory Coast are poor

22  countries, 70 percent of the people have cell phones because

23  they were able to not deal with the local in-breaded

24  telephone companies who had to charge a ridiculous sense of

25  money because they had already laid all this pipe and copper

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016220

1   in the ground.  The same thing here, Africa has almost no

2   medicine.  It's difficult.  But with searching as opposed to

3   testing people everyone is not the same, not everyone needs

4   an aspirin and not everyone needs the same aspirin or the

5   same amount of aspirin.  The idea would be to build up a

6   personal medical database for lots of people.

7           That's it.  And ask as many questions about the

8   subject.  I enjoy it.

9           MR. SIMMONDS:              Good afternoon.  I get

10  the financial part.  I mean you got a billion dollars to

11  invest.  You search for the best investments and you invest

12  other people's money.

13          The medical part I'm not sure I get as yet.  I

14  mean I'm not going to ask you how much something like that

15  would cost because it sounds like it would be really

16  expensive.  But who are you catering too?  I mean people are

17  going to come to you and say, you know what, I have an

18  ailment.  I need you to search and see if there is a cure.

19          MR. EPSTEIN:              No, it's the drug

20  companies.  To develop a new drug now cost a billion dollars

21  because you sort of start from scratch and it's really like

22  trial and error in your backyard, trying to figure out which

23  piece fits in this screw.  So the drug companies spend the

24  first five years testing all the different parts to see if

25  it will work on this drug -- on this disease.  The drug

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                          VI-JPM-000016221

```
 1   companies would much rather have my computer do the trials

 2   and errors.

 3          MR. SIMMONDS:            But you are not testing

 4   anything.  You are basically just searching for already

 5   tested products.

 6          MR. EPSTEIN:            The algorithms

 7   themselves will be almost like a chemistry lab in the

 8   computer.  In the old days when you had to test for

 9   something you had to actually build it to see if it would

10   work.  When the Wright Brothers built their airplane they

11   flew it and it crashed.  They flew it and that's when they

12   changed the wing.

13          And now what you do is you design it in the

14   computer.  The computer inside all the new space ships are

15   all designed by saying here is the wind, here is the gravity

16   and the product comes out at the end.  So there is big drug

17   companies that want to know what's the most likely pathway

18   to hit this type of disease.

19          MR. SIMMONDS:            Why would it take five

20   years before local folks could be trained in doing this sort

21   of --

22          MR. EPSTEIN:            It won't take five.  It

23   will be growing simultaneously because the mathematics it's

24   like the new programs.  For example, the last Windows

25   program that came out last week, Windows 8, took 600 people
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016222

1    six years to do.  Now it's not that many people but you need

2    high level programmers.

3              So I would like to have young people -- I'm a

4    teacher by heart -- engaged early on.  But the programming

5    initially will take time to get up and running and been

6    testing it until it sort of becomes a model for its

7    performance.

8              MR. SIMMONDS:           Thank you.

9              THE CHAIR:              Mr. Allen.

10             MR. ALLEN:              Good afternoon, Mr.

11   Epstein.  I've been listening to you quite intense.

12             You are asking for five years exemption and you

13   need instead of 80/20, you need 50/50.  You know that's

14   going to take going back to the Legislature to change the

15   statute?

16             MS. KELLERHALS:         We are aware that they

17   did bring in an amendment to go to the Legislature -- that

18   the Legislature actually passed legislation that would

19   reduce the number of employees to five.  I understand that

20   it was vetoed by the Governor.  But based upon my

21   discussions with the EDC staff it was my understanding that

22   at this time based on the circumstances of each applicant it

23   would be considered.

24             MR. ALLEN:              That's the reason why

25   it's in this proposal?

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                          VI-JPM-000016223

1      MS. KELLERHALS:          It's in the proposal in

2   part because it fits the business model better.  It allows

3   them as Mr. Epstein explained there is that ramp up while

4   they are getting the programs together.

5      MR. EPSTEIN:          I much rather it be

6   shorter frankly.

7      MR. ALLEN:          You much rather it be

8   shorter?

9      MR. EPSTEIN:          Sorry.  I would like to

10  get it done as fast as possible.

11     MR. ALLEN:          Yes, I understand that.

12  But some of the computer models that you discussed it's so

13  way out.  Is this your thinking or this is something that is

14  on the market that you are trying to tap into?

15     MR. EPSTEIN:          I am not a mad man.  So

16  it might appear that way.

17     MR. ALLEN:          No, I'm just asking if

18  this is your thought brand new or there is something out

19  there that you are trying to bring it here.

20     MR. EPSTEIN:          Both.  There are

21  products just beginning.  They have not yet been fully

22  developed.  Database mining is a very -- product is probably

23  the wrong word.  The database mining which mining means as

24  in the past you got to dig into the ground.  Here the

25  concept of database mining is very well established but not

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016224

1    in these two areas.

2         Normally, for example, as you know when you go in

3    your computer it might target you for a specific type of

4    advertisement because it knows that after you've been

5    searching for French fries.  So they mine all the people in

6    the area who is looking for French fries and said, you know,

7    Randolph seems to like that.  So we'll send him a message.

8         So the concept itself is very well established,

9    using the medical really the next couple of years.

10        MR. ALLEN:            I have no more

11   questions.

12        THE CHAIR:            How do you get around

13   all the proprietary medical information, though?  I mean how

14   does that --

15        MR. EPSTEIN:            Because you initially

16   start out -- most people they opt in or opt out.  Sometimes

17   they, even for the first sequencing, potentially to answer

18   your question, when the human geno project is first begun a

19   question came in if they sequence my geno, my personal geno,

20   is that information tied to Jeffrey Epstein or will it be

21   anonymous?  And everyone whose genes get sequenced has the

22   right to say I don't want my name associated with my gene

23   because maybe if I have something that's bad I might have a

24   rocker gene from a woman pre-deposing me to breast cancer I

25   won't get health insurance.

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016225

```
 1            So the decision of having your name associated

 2  with the sequence is your decision.  However, the sequence

 3  then goes into a big pile and says the person who had that

 4  sequence was responsive to this drug.  So there is no name

 5  attached.  So there is no privacy issue.

 6            If it turns out that most people don't mind

 7  having their names I was surprised.  But most people say,

 8  look, if I'm doing something good for society and it's

 9  helpful you say, yes, I've had a problem and if I can help

10  others my name could be attached.  That's a decision I would

11  make.

12            THE CHAIR:            So it's a biomedical

13  Goggle that --

14            MR. EPSTEIN:          Yes.

15            THE CHAIR:            -- that tracks genes,

16  preference gene receptivity to different medications in

17  order to make doctors more efficient.

18            MR. EPSTEIN:          Yes, and drugs more

19  efficient.

20            THE CHAIR:            But how do you get paid?

21            MR. EPSTEIN:          The drug companies

22  instead of having -- as I said imagine having your own

23  little chemistry lab in a computer as opposed to having a

24  thousand people.  So they pay me for the algorithm.

25            THE CHAIR:            So they pay you a
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000016226

1    membership fee to access your server or they pay you for an

2    algorithm that you actually sell them instead?

3                MR. EPSTEIN:              There will be just like

4    in any other product because there are different algorithms.

5    Some will be outright purchases, probably the simple ones.

6    There will be leases for longer runs and most people will be

7    coming back.  Sometime if you want to know -- just like a

8    search engine in answer to one question.  So you get paid

9    for that one piece of advice, ongoing advice or exclusive

10   rights like drug companies might want to have for a specific

11   answer.

12               THE CHAIR:                And these mathematicians

13   build these algorithms to build themselves or they build

14   algorithms specifically for whatever question is posed

15   because I know you mentioned -- I still want to know why you

16   have a server here, though?

17               MR. EPSTEIN:              I'd like to have

18   everything here for security purposes.  As you know

19   everybody is hacking servers.  The only way really

20   unfortunately to make sure you are secure is to have

21   location wise.  Once you put your server --

22               THE CHAIR:                So your server will be

23   more or less your vault rather than a server to power

24   anybody else anywhere else?

25               MR. EPSTEIN:              Yes, yes.  The systems

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                          VI-JPM-000016227

```
 1   everything is interconnected.  But again the only real way

 2   to have certain types of things is servers that are not

 3   connected to the Internet directly.

 4             THE CHAIR:             How do you anticipate

 5   that this business will grow so that it would actually

 6   affect employment?

 7             MR. EPSTEIN:             Because if things go as

 8   I planned it will need a significant number of people,

 9   hopefully, again, probably between five to ten years or

10   maybe more operate a virtual laboratory.  So you need lots

11   of people.  You need to watch and help the mathematicians.

12   It's accessing the computers and training people to operate

13   the systems.

14             As you know if you thought about it years ago, 20

15   years ago if we said we are going to have to program a

16   computer, it's impossible.  I can't do it.  I'm a pretty

17   good mathematicians.  But now students coming up can program

18   things that were unthinkable years ago.

19             THE CHAIR:             And the office space or

20   will there be an office space?

21             MR. EPSTEIN:          Yes, sir.

22             THE CHAIR:             It will be in St.

23   Thomas?

24             MR. EPSTEIN:          Yes, sir.

25             THE CHAIR:             But the server will be
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                              VI-JPM-000016228

```
 1    on the level three establishment on St. Croix?

 2              MR. EPSTEIN:             Don't know yet.

 3              THE CHAIR:               Because I know I heard

 4    you mention St. Croix and the access to the band.  But you

 5    are figuring you can tap in a fiber anywhere and get there?

 6              MR. EPSTEIN:             Yes.  You want the

 7    access.  So that's really for the trading aspects.

 8              It turns out -- and again it's an interesting

 9    fact, that computers that trade, the algorithms that's a

10    different part of the business, the computers that trade it

11    makes a tremendous difference if you have fiber and high

12    speed fiber but not high speed fiber.

13              So just as a silly example there was a company in

14    New York that moved its offices three streets closer to the

15    stock exchange and paid millions of dollars to upgrade their

16    space so they can be three streets closer because then they

17    get an edge.

18              MR. SIMMONDS:            Mr. Chair, if I might

19    follow-up on something that you asked?

20              THE CHAIR:               Sure.

21              MR. SIMMONDS:            So what then do you see

22    as the economic benefit to the territory?

23              MR. EPSTEIN:             Well, obviously,

24    hopefully --

25              MR. SIMMONDS:            I mean you are
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016229

1  suggesting that it will be at least five years, maybe even

2  longer before you start ramping up employment.

3            MR. EPSTEIN:            I think there will be

4  revenues of a considerable number of millions of dollars at

5  the end of the fifth year.  But the ramp up these are high

6  dollar revenue items to the company.  So obviously in terms

7  of the taxes and in terms of employment.

8            MR. SIMMONDS:            I'm sorry, taxes for the

9  five or so individuals that --

10           MR. EPSTEIN:            No, no, the business

11 taxes.

12           MR. SIMMONDS:            The business taxes?

13           MR. EPSTEIN:            Yes, sir.

14           MR. SIMMONDS:            But you are getting an

15 exemption.

16           MS. KELLERHALS:            Right, but the

17 exemptions are only 90 percent on eligible income.

18           MR. SIMMONDS:            So you are saying that

19 the 10 percent would be substantial for the territory?

20           MR. EPSTEIN:            Yes.  The answer is

21 "yes".  And combined with employment it's a little down

22 side.

23           THE CHAIR:            How was this --

24           MR. SIMMONDS:            You are already a

25 resident of the Virgin Islands, right?

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000016230

1          MR. EPSTEIN:              Yes, sir.  I also have

2    homes in New York and Florida.  Most people prefer -- I

3    prefer to be down here.  This is my favorite place to be.

4    It's a more difficult business environment but I prefer to

5    be here.  I prefer to have my employees here.  I've had a

6    very successful time here.

7          THE CHAIR:               How is this different,

8    the financial side than what you were doing before?

9          MR. EPSTEIN:              What I was doing before

10   was really financial advice which is almost I don't want to

11   say antiquated but somewhat.  You would come to me and say

12   what should I buy?  And I'll use my judgment based on 30

13   years in the business of what you should buy.  I didn't

14   really use computer search engines to find it.  It's a very

15   different business.  This is not financial advice.  This is

16   the mathematics and the product of financial algorithms for

17   sale.

18          THE CHAIR:               So you have clients that

19   have invested in this and these algorithms produce not

20   information but -- they do produce information but it

21   actually trades based on that information.

22          MR. EPSTEIN:              That's correct.

23          THE CHAIR:               The computer.

24          MR. EPSTEIN:              Yes, the computer can

25   trade.  And the client they can either buy its position in

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000016231

1   the algorithm or can have advice but I prefer only the

2   algorithm.  I don't want to do financial advice.  This is

3   much more sophisticated.

4          THE CHAIR:          When you say they buy a

5   position in the algorithm, you can invest in an algorithm?

6          MR. EPSTEIN:          Yes.  So if you go on,

7   for example, many trading sites you, yourself, can sign up

8   as a subscription and say I get the Albert Bryan newsletter.

9   When you think about that what was that?  That was someone

10  who is willing to pay you a monthly fee for your personal

11  advice.  Here we do the same thing except it's not a person.

12  It's a computer.

13         THE CHAIR:          Why isn't this a Tech

14  Park business, though?

15         MS. KELLERHALS:          We couldn't come to an

16  agreement with the Tech Park.  So there is an understanding

17  that we could go to the EDC.

18         THE CHAIR:          Because I was trying to

19  figure out if there was a distinctive difference because it

20  is a little different.  It is an Internet provided service

21  but your core business is not really Internet.

22         MR. EPSTEIN:          No, it's database.

23         THE CHAIR:          It's data.

24         MR. EPSTEIN:          Yes, data and it's

25  management.

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016232

1            THE CHAIR:              Right, I go it.

2            MR. PENN:               In the projections you

3    have two revenue lines, fee income and investment income.

4    It seems that -- is the fee income both the medical and the

5    financial?

6            MR. EPSTEIN:            It's a mixture.  Again

7    according to what the client wants to do, whether they want

8    to have a single -- you can invest, for example, in the

9    follow-up in only the bond algorithm.  So you would then be

10   paying for your piece of a bond algorithm.  If you wanted to

11   have more you would be fee for the entire business.

12           MR. PENN:               I was just trying to get

13   a feel for how much of the business you estimated because

14   your estimate would have been medical versus financial.

15           MR. EPSTEIN:            I think it will move.  I

16   think it will start off being more financial because the

17   medical is much more sophisticated.  But in terms of overall

18   sort of doing good thing, hopefully, I think the medical

19   area would be more exciting.

20           MR. PENN:               And how many people

21   would you say would you need to do what you project for year

22   five?  I'm not going to put numbers on the record but I see

23   nearly a doubling of your estimates between year one and

24   year five and I'm just trying to figure out --

25           MR. EPSTEIN:            I wanted to be

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016233

```
 1    conservative.  If things go well we'll meet a lot of people.
 2            MR. PENN:               But I mean I guess with
 3    the question you had before about the mix 50/50 --
 4            MR. EPSTEIN:            Yes.
 5            MR. PENN:               -- in year five what do
 6    you project that to be to generate what you project even
 7    though it's conservative?  How many bodies are you
 8    considering?
 9            MR. EPSTEIN:            Again I would like as
10    many as possible frankly.  But the idea is how well will a
11    product this mechanism take.  Especially because it's
12    medical you don't want to sell something before it's ready.
13    And once it's ready then there would be people in the
14    marketing department.  There will be a bunch of other
15    things.  So it's difficult to put a number on it.
16            MR. PENN:               How do you market that?
17            MR. EPSTEIN:            Well, for the medical
18    things through the drug companies as well as certain medical
19    NIH, the hospital divisions, the medical countries.  Iceland
20    is one of the few countries -- and that's another discussion
21    at some point because Iceland is an isolated community and
22    they have 50 years of genetic information.  So everyone in
23    Iceland has a genetic sequence and you can then see what's
24    happening, the children, what was really inherited.  Is
25    breast cancer inherited, not inherited.  Is schizophrenia by
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   VI-JPM-000016234

1    simply looking at all the data that was accumulated?

2            Places, frankly, like St. Thomas are the perfect

3    place to sequence people because it's so isolated.  You are

4    able to get much better data than ever before.  And it also

5    ends up -- and that's one of the advantages of being here as

6    opposed to New York.

7            THE CHAIR:            But when I think of

8    genetic sequencing -- and I know we are getting way out on a

9    limb.

10           MR. EPSTEIN:          No, ask.

11           THE CHAIR:            I mean I would think

12   that you would have to have some DNA sampling of these

13   people going back for 50 years and 50 years ago we didn't

14   have that type of technology.  So how do you -- I mean

15   people have died.  How do you trace that?  How do you do

16   sequencing of somebody who is no longer here?

17           MR. EPSTEIN:          In Iceland they've kept

18   the sequencing.  They started taking blood.  So they have

19   kept blood samples from everyone.  That was very forward

20   thinking.  So they were simply able to get the sequence out

21   of the blood.

22           THE CHAIR:            Got you.  That was

23   confusing.

24           MR. EPSTEIN:          Yes, it's 50 years of

25   data.  It's the only country.  It doesn't make them any

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016235

1  healthier at the moment but they have tremendous amounts of

2  data but almost no information.

3          THE CHAIR:              Wow!

4          MR. EPSTEIN:            Because now they have

5  300,000 people and all their ancestors.  Now what do we do

6  with it?

7          It was the same problem when we had the human

8  geno.  It was a book of three billion letters and it took

9  ten years to do and three billion dollars to do it, three

10 billion dollars to do it only ten years ago.  That same

11 sequence you can now walk into your doctor and have it done

12 for $65.00.  You can sequence your entire geno for $65.00.

13         MS. MADURO:             I have one question for

14 Legal Counsel.  So through the Chair may I ask my question

15 to Legal Counsel?

16         With respect to the fact that the Governor has

17 vetoed the proposed legislation, how will that impact us

18 inasmuch as we are in a public hearing and this board is

19 going to have to later decide moving this application

20 forward without the approved legislation?

21         MR. SMOCK:              You'll have to remind me

22 which legislation are you talking about?

23         MS. MADURO:             On the amount of

24 employees that the companies may have.  Traditionally we

25 would approve an application with a minimum of 10 and move

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016236

1  forward in the event that the applicant cannot ramp up to 10

2  we would do a modification or a waiver of employees.  But in

3  this instant we are going to start out knowing that we are

4  not going to have 10 employees.

5      MR. SMOCK:          So we'll be dealing with

6  the old legislation.

7      THE CHAIR:          But the law allows for

8  us to waive the employment in any case.

9      MR. SMOCK:          If we wish.

10     THE CHAIR:          For due cause only

11 because those employees are not needed.

12     MR. SMOCK:          If we wish to.

13     MS. MADURO:         True.  But we

14 traditionally do it by coming back to public hearing.  So in

15 the interest of time and because we now know that the

16 applicant is not intending to ramp up to that I think it

17 should be notated on the record so that we don't have to

18 come back in the event that the applicant is approved to a

19 waiver process or a modification process on it.

20     MR. SMOCK:          I believe it's already a

21 part of the application.

22     THE CHAIR:          How many more people are

23 doing this?

24     MR. EPSTEIN:         There is a couple doing

25 it in California.  Steve Jobs had a group that was trying to

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    VI-JPM-000016237

```
 1  help him and it was a little too short.  They didn't get it
 2  done in time but they were getting there.  In fact the last
 3  day of his life they thought they were able to sequence his
 4  gene in a way and maybe find a useful drug and he had
 5  enough.  They said we think we can try a new one that's
 6  specifically tailored for your specific problem and he said
 7  I can't do this anymore.  And then they had a big meeting.
 8  They tried to convince him to try it and he said I'm done.
 9          THE CHAIR:              Where are you getting
10  your mathematicians from?
11          MR. EPSTEIN:            Usually from the United
12  States.
13          THE CHAIR:              That's a big place.
14          MS. HILL:               I'm sorry, where?
15          MR. EPSTEIN:            United States.  I had
16  hoped to get some from Europe just like engineers but it
17  turns out that they don't exist anymore and anybody in this
18  level of mathematics anywhere, they don't exist in China
19  because you need a bit of a creative person as opposed to
20  simply a copy cat.  They don't exist in Europe.  And if you
21  are really good you are already here.  So the universities
22  usually.
23          THE CHAIR:              So you already have one?
24          MR. EPSTEIN:            I've had one.
25          THE CHAIR:              And what was his profile
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                      VI-JPM-000016238

1    like?

2           MR. EPSTEIN:              Harvard.  It's usually

3    Harvard, MIT.  But this is Harvard and he used to be at the

4    institute of advanced studies at Princeton.

5           THE CHAIR:              So in your five-year

6    plan you are going to send some Virgin Islanders to Harvard?

7           MR. BRYAN:              No, I want to train them

8    here.

9           THE CHAIR:              How do you do that,

10   though?

11          MR. EPSTEIN:              Because it's much -- you

12   have to start off thinking that, for example, Algebra is not

13   as important as it used to be.  Programming is important.

14   And you don't have to -- in the old days you have to

15   actually poke holes in the card to program.  And now the

16   younger people can have their little abortage (phon) do

17   things simply by typing in and raise the abortage

18   right-hand.  You type it in and it already programs.

19          So advance programming is very different.  It's

20   nothing -- I'm sure if you have children how they text, for

21   example, they speak in B2B, see you soon.  You could ask me

22   five minutes ago how am I going to teach -- one of the

23   problems is how do you teach kids to talk because in fact

24   they are starting to talk as they text.  So adults don't

25   understand it.

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016239

```
 1            THE CHAIR:              Is that what it is?

 2            MR. EPSTEIN:            Yes.

 3            THE CHAIR:              So are you planning --

 4    and I know you have contributed generously before.  So are

 5    you planning to do -- I know we have one applicant that

 6    started our Junior Achievement Program and we have some

 7    others that did a financial piece that seems to be

 8    successful at Charlotte Amalie High.  Junior Achievement has

 9    gone viral.  It's all over the Virgin Islands now.

10            Are you going to do any programs to start to

11    build that type of interest and expose young people to that

12    kind of --

13            MR. EPSTEIN:            I'm willing to do any of

14    those things.  Again I come from a background where I had no

15    money and it was only by understanding math and science that

16    I was able to live the life I currently lead.  So I would

17    love to do it.

18            THE CHAIR:              Any other questions?

19            MR. EPSTEIN:            I'll be more than happy

20    in some other forum to sit down and say fine.  In fact in

21    some of the scholarship money that I have given before here

22    in St. Thomas was to try to find children to go to visit

23    Harvard, encourage them.

24            One of the things I did five years ago is I

25    brought a whole bunch of Noble Prize winners here to St.
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016240

1    Thomas for lectures at the university again so kids can see

2    they don't have to be in the music business.  Science is as

3    fun and exciting.

4          MR. SIMMONDS:          One of our board members

5    is the Provost at UVI.  So we certainly will have him get in

6    touch with you and see what kind of programs could be

7    developed in conjunction with UVI to train mathematicians.

8          MR. EPSTEIN:          Not only mathematicians,

9    in fact it's a longer discussion.  I'm willing to have as

10   many discussions anybody here would like to have on the

11   record, off the record.  But that Apple computer sitting in

12   front of the Chairman has more teaching ability than all the

13   teachers in St. Thomas but people don't understand how to

14   use it yet still, not only here but most places because the

15   teacher unions don't like that idea.

16          There is something that I would always encourage

17   adults to do as I would encourage all children is something

18   that some people know about and some might not.  It's called

19   the Khan Academy, K-h-a-n, Academy.  Now if you haven't seen

20   it you should go on line.  It teaches every subject you

21   learn in high school.  You can watch it when you want.  It's

22   simple.  You don't feel embarrassed if you don't understand

23   it the first time because you can play it over and over

24   again.  You can blog with other children or people your own

25   age to learn the same subject or maybe having the same

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016241

```
 1    problems you have.  I don't understand how miosis works or

 2    mitosis in bio-medicine.

 3             So I can blog now and say who else?  Can someone

 4    explain to me how the chromosome split and they get answers.

 5    So, yes, it's a tremendous amount of things to be done.

 6             THE CHAIR:              You know we were having

 7    that discussion the other day and that's a serious shift

 8    now.  Because the most important thing is teaching kids how

 9    to learn on the Internet because all of the information is

10    already there.  They don't need to sit.  Florida has this

11    future school I think it's called Florida Virtual School.

12    And they have their whole high school curriculum on line for

13    anybody in the nation to go on and do it.  But in the Virgin

14    Islands like Iceland we are in the middle of nowhere.

15             MR. EPSTEIN:              You see that's sort of

16    insensibly the same thinking I grew up with.  But the middle

17    of nowhere just like Africa you have an Apple computer

18    sitting on the Internet.  So in fact you are not in the

19    middle of nowhere.  You are in the middle of everything.

20    You are in the middle of everything.  You just have to

21    understand how to use this thing.  And it's not taught in

22    the school.

23             And not only are the computers now used to say so

24    you can learn Algebra but it turns out -- and if again let's

25    look ten years down the road if I'm successful it turns out
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                          VI-JPM-000016242

1    that with 14 people in the room everyone has a different

2    learning skill and they learn differently.  Some people are

3    very visual.  Once they see a motorcycle part they can put

4    it together.  I can't.  Some people need to hear it verbally

5    because they learn verbally.  Some people learn visually.

6    Some people have a combination of the two.

7           If you go back 500 years there was not one person

8    that sat in the classroom and said to the people in the

9    field sit in here and let me lecture you and don't move

10   while I do it.  In fact as I described it the thing that

11   everyone learns to do and really learns well is to walk and

12   no one taught them.  No one taught you to walk.

13          THE CHAIR:              So what you are

14   suggesting is in 10 years we may be able to have a -- your

15   same product that would be able to take a genetic code of

16   how somebody is, figure out what is the best way for them to

17   learn and put it on the Internet for them?

18          MR. EPSTEIN:              I don't want to say --

19   that's pushing it but yes.  It's the Frankenstein version

20   but it's true, yes.  In fact it will turn out that certain

21   people can learn certain things.  Certain people can move

22   through space differently.

23          So your skill set if you think about it the

24   questions that people ask are questions they have to find

25   the right person to ask.  You want to find the best doctor.

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016243

```
 1    If you got sick and I got sick we go to the best doctor.

 2              The best doctor for a 100 percent likelihood is

 3    connected on that machine somehow.  So how can you find that

 4    person in the right place that's connected with that

 5    information?  It's really exciting.

 6              THE CHAIR:                That is.

 7              MR. EPSTEIN:              Yes, but things like the

 8    Khan Academy you don't need -- if you want to learn

 9    mathematics you don't really need to go to high school.

10              THE CHAIR:                So why can't we fix the

11    LEAC, man, if we can do all of that?

12              Anymore questions?

13              MR. SMOCK:                Mr. Chairman, for the

14    record to follow-up on Commissioner Millin's question and

15    comments, this application did request fewer than 10

16    persons.  But Section 708 of Title 29 Subsection F does

17    provide for the record that:

18

19              To be eligible for the granting of

20              benefits you must employ at least

21              10 persons on a full-time basis.

22              And such enterprise and all employees

23              and such enterprise shall be subject

24              to the exceptions contained in Section

25              711 of this subchapter be residents
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016244

1              of the United States Virgin Islands

2              provided however that the applicant may

3              employ fewer than 10 such persons upon

4              demonstrating to the Commission that the

5              employment of this number of persons in

6              his particular enterprise would not be

7              economically feasible or practical.  And

8              upon a further finding by the Commission

9              that the desirability of the proposed

10             enterprise outweighs the fact that it is

11             not labor intensive.

12

13        I believe this application also ask for a

14   residency reduction also.  But it is permitted under the

15   code if this commission so finds.

16        MS. HILL:              And if I may, Mr.

17   Chairman, the amendment to the legislation to reduce the

18   five, we have submitted to Senator Malone the appropriate

19   wording.  And my understanding is that that amendment is to

20   be dealt with on Monday by the Committee of the Whole to

21   address the EDC requirements.  So we should be okay.

22        THE CHAIR:              Fantastic.  Maybe we

23   don't have to do anything.

24        Anymore questions?

25             (No Response)

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER      VI-JPM-000016245



```
 1          THE CHAIR:              Thank you.
 2          MS. KELLERHALS:         Thank you.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                        VI-JPM-000016246

1

2

3

4

5                    <u>CERTIFICATE</u>

6

7

8          This is hereby certified to be

9          a true and accurate transcript

10         of the foregoing proceedings.

11

12

13

14

15

16                    _____
                                Verdell Porter
17                            Shorthand Reporter

18

19

20

21

22

23

24

25

TRANSCRIPT BY PORTER'S COURT REPORTING, INC. (340) 775-2428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    VI-JPM-000016247