# EXHIBIT 326

# FILED UNDER SEAL