# EXHIBIT 327

# FILED UNDER SEAL