# EXHIBIT 329

# FILED UNDER SEAL