# EXHIBIT 334

Message

| From: | Jennifer Nugent-Hill [/O=USVIEDAEXCH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENNIFER NUGENT-HILL] |
|---|---|
| Sent: | 12/27/2012 1:41:45 PM |
| To: | Carol V. Chapman [cchapman@usvieda.org] |
| CC: | Percival Clouden [pclouden@usvieda.org] |
| Subject: | Re: Message for the CEO |

It is tentatively on the EDC Decision meeting agenda for the January 9th session  pending receipt of requested info from his Legal counsel. Ms. Benjamin has spoken to Atty Kellerhauls and  is awaiting info to complete our analysis. Thanks.

Sent on the run from my iPhone . Please excuse my typos. Thanks

On Dec 27, 2012, at 2:16 PM, "Carol V. Chapman" <cchapman@usvieda.org> wrote:

Good Day Mrs. Hill:

Hope you had a great Christmas and birthday.

The CEO called a  few moments ago and asked me to give you his best regards.  He is currently in Curacao visiting his aunts and is having telephone problems unable to get calls out at times.

He asked me to let you know he had a call from the First Lady and she has asked that Epstein be on the Board agenda (public hearing) for the January 9th meeting.

Thank you and have a good day.

Carol V. Chapman

Executive Assistant to the Chief Executive Officer

VI Economic Development Authority

5055 Norre Gade

St. Thomas, VI  00802



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

VI-JPM-000041660

Telephone (340) 714-1700 ext. 257

Fax (340) 774-0990

<image001.jpg>

*fresh air+clean water+lots of sunshine=ideal conditions for growth*