# EXHIBIT 335

# FILED UNDER SEAL