# EXHIBIT 2

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   CASE NO. 22-CV-10904
 5   --------------------------------------x
 6   GOVERNMENT OF THE UNITED STATES V.I.,
 7
 8                        Plaintiff,
 9
10   vs.
11
12   JPMORGAN CHASE BANK, N.A.,
13
14                        Defendant.
15   --------------------------------------x
16             ***CONFIDENTIAL***
17                  July 7, 2023
18
19      Confidential Remote Video-Recorded
20           30(b)(6) Deposition of
21          GVI BY JEAN-PIERRE ORIOL
22
23   Stenographically Reported By:
24   Mark Richman, CSR, CCR, RPR, CM
25   Job No. J9913116
```



```
 1       JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    page.
 3         MR. ACKERMAN:  Okay.
 4    A.    No, nothing privileged.
 5    Q.    Okay.  Could you read in that          01:13
 6    half page of notes, just read it aloud,
 7    please.
 8    A.    Sure.  The --
 9         MR. ACKERMAN:  Objection.  You
10    can go ahead.                               01:13
11    A.    Lieutenant Shelly-Ann Cannonier,
12    she's currently the director of
13    investigations for VIPD for the last two
14    and a half years.  She's been with the
15    VIPD for 26 years.  If the complaint was    01:13
16    lodged with VIPD a case number would
17    have been developed and generated.  VIPD
18    asserts that there have been no
19    complaints made.
20         And then for me, what my                01:14
21    understanding of this proceeding is, is
22    that I'm prepared to answer questions on
23    investigations and investigation
24    monitoring steps.
25    Q.    Is that all the notes?                 01:14
```



```
 1      JP ORIOL - 7.7.23 - CONFIDENTIAL
 2   after the Easter season when there's
 3   camping and there's people still living
 4   in tents and coordinating with them
 5   trying to move people off of the beaches        01:16
 6   and such.
 7          That's one example.
 8    Q.    How regular is your contact with
 9   the VIPD?
10          MR. ACKERMAN:  Objection to form.        01:16
11    A.    Not regular at all.
12    Q.    Have you gathered information
13   through your contact with VIPD that is
14   relevant in any way to this suit?
15          MR. ACKERMAN:  Objection to form.        01:17
16    A.    I don't understand the question.
17    Q.    So my question is you've done
18   some amount to prepare for this
19   testimony, for your testimony today by
20   talking to VIPD.  Setting that aside, as        01:17
21   part of your regular work for DPNR, have
22   you gathered any information from VIPD
23   that is responsive to the topic you're
24   designated on today?
25          MR. ACKERMAN:  Objection to form.        01:17
```



```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    A.     I would say yes.
 3    Q.     What sort of information?
 4    A.     Well, we in preparation for today
 5  asked them if they had any knowledge or              01:17
 6  any information about any complaint
 7  being made with respect to Mr. Epstein,
 8  you know, from the, from either of the
 9  islands, and the answer was no.
10    Q.     Okay.  And aside from that              01:18
11  interview that you've done, have you
12  ever learned of any information from
13  VIPD that has to do with Epstein?
14    A.     No.
15           MR. ACKERMAN:  Objection to form.       01:18
16    Q.     Have you been deposed before?
17    A.     Yes.
18    Q.     And was that in this case?
19    A.     One of them.
20    Q.     How many other depositions have        01:18
21  there been?
22    A.     Six or seven.
23    Q.     Can you describe them generally?
24    A.     Similar to now, asking questions,
25  me answering yes, no, all of them               01:19
```



```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2     A.    No.
 3     Q.    What else did you ask her?
 4     A.    We asked if -- about any records,
 5   any requests that were made about any                  01:25
 6   investigations.  She indicated that she
 7   had spoken to the prior staff in the
 8   office.  They were looking for if any
 9   complaints were made and she did not
10   come across any complaints having been                 01:25
11   filed for them to initiate an
12   investigation.
13     Q.    What else did you ask her?
14     A.    How long she had been in the
15   position, how long she had been with the               01:25
16   VIPD.
17     Q.    What were the answers to each of
18   those questions?
19     A.    Again, she had been in the -- in
20   the division as the director for the                   01:25
21   last two and a half years.  She had been
22   with the VIPD now 26 years.  And then we
23   asked about the process for if like what
24   typically happens when somebody reaches
25   out or files a complaint.  So she                      01:26
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1       JP ORIOL - 7.7.23 - CONFIDENTIAL
 2   indicated that the VIPD would, in
 3   opening up an investigation from a
 4   complaint, it's assigned a case number
 5   and then there would be follow-up                              01:26
 6   investigations.
 7       But that in her research, that
 8   there had not been any complaint filed,
 9   and therefore there was no, there was no
10   case number generated or anything of                            01:26
11   that nature to suggest that there was
12   any investigation.
13   Q.   What other questions did you ask
14   her?
15   A.   That was really it.                                        01:26
16   Q.   Beyond your conversation with
17   Lieutenant Cannonier, did you speak with
18   anyone else to prepare to testify on
19   this topic today?
20   A.   Only my attorneys.                                         01:27
21   Q.   And what -- how often did you
22   meet with them?
23   A.   For this second deposition?
24   Once.
25   Q.   For how long?                                              01:27
```



```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2   Q.    And no, during that 20 year span,
 3   no complaints were received regarding
 4   Epstein, correct?
 5   A.    That's correct.                          01:32
 6   Q.    Beyond formal complaints, do you
 7   know if there were any interactions
 8   between VIPD and Epstein during that
 9   20-year period?
10         MR. ACKERMAN:  Objection.                01:32
11   A.    No --
12         MR. ACKERMAN:  Hold on,
13    Commissioner, let me just get my
14    objections in.  Objection, scope,
15    form.  Go ahead.                              01:32
16   A.    No, I do not.
17   Q.    Do you know if VIPD had any
18   interaction with Epstein's companies?
19         MR. ACKERMAN:  Objection, scope,
20    form.                                         01:33
21   A.    No, I do not.
22   Q.    Let's pull up tab 40 and enter it
23   as exhibit 1.
24         (Exhibit 1, document produced to
25    JPMorgan by the USVI titled 2010
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1       JP ORIOL - 7.7.23 - CONFIDENTIAL
 2        VI-JPM-000079601 was marked for
 3        identification.)
 4    A.   Okay.
 5    Q.   This is an email chain that                         02:03
 6   starts with a July 16, 2019 email from a
 7   Curt Devine of CNN.com and it asks
 8   certain questions of the VI Police
 9   Department including "Has US Virgin
10   Islands Police Department participated           02:03
11   in (or been asked to participate in) any
12   investigation related to Mr. Jeffrey
13   Epstein?"
14            Do you see that?
15    A.   Yes.                                       02:03
16    Q.   Do you know what the answer to
17   that question is?
18    A.   Has the US Virgin Islands Police
19   Department received any complaints?  So,
20   again, from what was reported to me,             02:03
21   that there were no complaints.
22    Q.   Sorry, I was focused on the
23   second question which is has US Virgin
24   Islands police participated in or been
25   asked to participate in any                      02:04
```



```
 1      JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    Q.    So this is a response by Glenn
 3  Dratte to the CNN reporter and he's
 4  reporting, "I did a complete check with
 5  the VIPD criminal investigations bureau
 6  and no complaints has been filed against
 7  Mr. Jeffrey Epstein with the Virgin
 8  Islands Police Department.  If there's
 9  anything further I can assist please
10  reach out to my office."
11        Do you see that?
12    A.    Yes.
13    Q.    So that is the answer as of July
14  18, 2019.
15        Do you know if subsequent to that
16  date there was any investigation?
17        MR. ACKERMAN:  Objection, scope,
18    form.
19    A.    No, I do not know.  Or at least
20  what was reported to me was that there
21  was no investigation.  There is no case
22  number that has been assigned with
23  anything related to Mr. Epstein, so --
24    Q.    And that's -- that's --
25    A.    So I would say no.
```



800.211.DEPO (3376)
EsquireSolutions.com