# EXHIBIT 8

```
 1              UNITED STATES DISTRICT COURT FOR THE

 2                 SOUTHERN DISTRICT OF NEW YORK

 3                CASE NUMBER:  22-CV-10904-JSR

 4                      ACTION FOR DAMAGES

 5
    GOVERNMENT OF THE UNITED STATES       )
 6  VIRGIN ISLANDS,                       )
                                          )
 7                          Plaintiff,    )
                                          )
 8  VS.                                   )
                                          )
 9  JP MORGAN CHASE BANK, N.A.,           )
                                          )
10                          Defendant.    )
                                          )
11  --------------------------------------

12

13

14

15             VIDEO RECORDED DEPOSITION OF

16                    CAROL THOMAS JACOBS

17                 THURSDAY, JULY 13, 2023

18

19

20
    REPORTED BY:
21
    DENISE D. HARPER-FORDE
22  Certified Shorthand Reporter (CSR)
    Certified RealTime Reporter (CRR)
23  Certified LiveNote Reporter (CLR)
    Registered Professional Reporter (RPR)
24  Notary Public (FLORIDA)

25
```



1        Q.   We have met before.  I am
2   David Ackerman with the law firm of
3   Motley Rice.  We represent the
4   Government of the Virgin Islands in
5   this action.
6             I'm just going to have a few
7   questions for you.  And I want to
8   start with that document that was
9   marked as Exhibit 10.  Can you pull
10  that in front of you?
11       A.   Yes.
12       Q.   And this is a document that's
13  entitled "Complaint."
14            Do you see that?
15       A.   Yes.
16       Q.   Okay.  Does the document
17  indicate where the Complaint was
18  filed?
19       A.   It says United States District
20  Court Southern District of New York.
21       Q.   Was this Complaint filed in
22  the Virgin Islands?
23       A.   No, it was not.
24       Q.   Okay.  In your opinion, do you
25  believe law enforcement has an



1   obligation to monitor public dockets
2   of every court in the country for
3   allegations that may reference the
4   Virgin Islands?
5         A.  I don't.  I think it's
6   unreasonable.  It would be an
7   unreasonable obligation on the Virgin
8   Islands.
9         Q.  Okay.  Thank you.  We can put
10  that document aside.
11            Let's go to Exhibit 1, which
12  is that big document.  And I want to
13  start with the page that is -- I
14  apologize, I need to find it -- 12500
15  near the end of the document.  Are you
16  there?
17        A.  Yes.
18        Q.  And this is the E-mail chain
19  that counsel showed you involving
20  Clive Rivers and Denise George.  And
21  you were copied on several of these
22  E-mails; is that correct?
23        A.  Yes.
24        Q.  Okay.  If you would look
25  please at the second page at the very

