# EXHIBIT 9

```
                            CONFIDENTIAL
 1          UNITED STATES DISTRICT COURT FOR THE

 2             SOUTHERN DISTRICT OF NEW YORK

 3           CASE NUMBER:   22-CV-10904-JSR

 4                   ACTION FOR DAMAGES

 5
     GOVERNMENT OF THE UNITED STATES       )
 6   VIRGIN ISLANDS,                       )
                                           )
 7                          Plaintiff,     )
                                           )
 8   VS.                                   )
                                           )
 9   JP MORGAN CHASE BANK, N.A.,           )
                                           )
10                          Defendant.     )
                                           )
11   ---------------------------------------

12

13                     CONFIDENTIAL

14

15         VIDEO RECORDED DEPOSITION OF

16                  DENISE GEORGE

17              MONDAY, JULY 17, 2023

18

19

20
     REPORTED BY:
21
     DENISE D. HARPER-FORDE
22   Certified Shorthand Reporter (CSR)
     Certified RealTime Reporter (CRR)
23   Certified LiveNote Reporter (CLR)
     Registered Professional Reporter (RPR)
24   Notary Public (FLORIDA)

25
```



```
 1  or, you know, that sort of thing would
 2  have been going on on the island.
 3         Q.  And then what did you do after
 4  you found out it came back that there
 5  were no complaints?
 6         A.  I just -- well, I guess
 7  personally I didn't -- well, what I
 8  did was at that point in time, I just
 9  started to really read a lot of the --
10  of the reports, and it's -- it's news
11  media reports.
12             Which is fairly hearsay to
13  hear -- to just get the gist of what
14  is being said even though I know that
15  you can't -- I can't just rely on --
16  on news media.  I can't do that.
17             You know, it's rumor,
18  innuendo.  But to see where they're
19  getting this information from and
20  what's happening because it became
21  even more of a curiosity for me and
22  thinking this is something we -- we
23  got to do something about, you know.
24             I don't know what happened
25  then, but I can't sit here and hear
```



1  that all this happened, especially
2  when under our statutes, sexual
3  assaults and -- and child abuse are --
4  have no statute of limitations.
5             So it wouldn't have been too
6  late to do anything if we had solid
7  evidence, because I can't go by
8  innuendo.  I can't go by rumor.  I
9  can't go by media reports and say,
10 Okay, you know, let's, you know, do an
11 investigation.
12            And then I was also critically
13 short-staffed as well.  I didn't have
14 the resources either.  But it was
15 really where I was really
16 contemplating what can be done.
17            But once learning or
18 understanding that the federal
19 authorities were investigating
20 Mr. Epstein and prosecuting
21 criminally, and there was -- there
22 might have been a criminal
23 investigation going on.
24            That is something that I would
25 not do -- that it sort of preempts



1   going and doing something when once
2   the federal authorities or any other
3   authorities have started a criminal
4   investigation or that prosecutors.
5           They made the arrest.  Then
6   that's sort of under, I think it's
7   called the First Forum Rule.  It's --
8   it's like in respect to the other
9   forum, that you do not -- you know, we
10  won't go and, you know, start up a
11  prosecution when there's one already
12  there.
13          So it's been -- it pleased me
14  to see that something was being done
15  with law enforcement organization that
16  had the resources to be able to do it.
17  So once I learned that that was
18  happening.  Okay, then at least
19  something is being done.  There's a
20  prosecution.
21          And then I was very -- you
22  know, try to be in-tuned with what it
23  is and what the charges were once he
24  was arrested, and looking forward to
25  seeing Jeffrey Epstein brought to



1  justice.  But also hearing more about
2  what happened and what part Little St.
3  James may have played in it.
4        Q.  How did you learn that a
5  federal investigation was being
6  done?
7        A.  I did not learn it for sure,
8  but I -- I don't recall exactly how --
9  there were certain questions that
10 might have been asked or something
11 that I -- I just sensed that there was
12 an investigation going on.
13            And I can't -- and it's not
14 something that I could -- would even
15 disclose, of course, even if I knew.
16 But I sensed that one was going on.
17       Q.  Questions asked by who?
18       A.  I can't tell you that.  You
19 know, I mean, if there -- I just don't
20 recall exactly, but I think something
21 I read or something and in my mind I
22 said, Okay.  That means that the
23 federal authorities must be
24 investigating.
25            That was my conclusion.  It



```
 1            ATTORNEY O'LAUGHLIN:  Sure.
 2       Yeah, let's do a few more
 3       questions.  Then we can take a
 4       break.
 5            (BY ATTORNEY O'LAUGHLIN):
 6       Q.  So just to be clear, you had a
 7  sense there would be federal charges,
 8  and that's what caused you to say,
 9  Okay, Feds are on it; I can kind of
10  like focus elsewhere?
11            ATTORNEY ACKERMAN:
12       Objection --
13            THE WITNESS:  No, that isn't
14       --
15            ATTORNEY ACKERMAN:  Object to
16       form, misstates prior testimony.
17            THE WITNESS:  Uh-huh.  Yeah,
18       that's not -- yeah, that's not
19       what I said.
20            (BY ATTORNEY O'LAUGHLIN):
21       Q.  Okay.  What --
22       A.  I said -- I did say that yes,
23  I did have a lunch.  And I guess I
24  can't pinpoint exactly what it was,
25  but I knew that I had the sense that
```



1   there was some federal investigation
2   that -- and but no, that doesn't mean
3   that I totally said, Okay.  Well, I'm
4   not going to focus on anything else.
5              Although I did have a lot of
6   things to focus on.  So that was not
7   the only thing I was focusing on as
8   Attorney General.  But it -- it was --
9   it brought some satisfaction that
10  there would be light shed on what
11  happened and why maybe.
12             And that Jeffrey Epstein, if
13  it is at all that these allegations
14  are true or if they can be proven to
15  be true, that he would be brought to
16  justice or he could be brought to
17  justice.
18             But just the existence of an
19  investigation isn't going to tell me
20  that, Oh, well, everything is solved.
21  No.  So it was still on my mind.  But
22  to tell you the plain truth, we,
23  Department of Justice, didn't have the
24  resources to even launch an
25  investigation even if I wanted to



```
 1   because the -- the investigative team
 2   was very short-staffed as well as most
 3   of the Department of Justice.
 4          Q.  Okay.  And do you know when
 5   you developed this hunch?
 6          A.  No.  You mean a specific --
 7   what are you asking for, a specific
 8   date?
 9          Q.  Or an approximate date.
10          A.  No.  I guess it's -- I don't
11   think -- it's just a compilation of --
12   I guess I was -- no, I don't.  I don't
13   know exactly when.
14          Q.  Okay.
15          A.  But I had been looking at a
16   lot of things, a lot of articles that,
17   you know, sent some information about
18   this.  And I just -- somehow I started
19   to conclude and I have a feeling that
20   this might be happening, but...
21          Q.  Okay.  So --
22          A.  I can't say exactly when that
23   happened.
24          Q.  So going back to the original
25   question, which was the steps you took
```

