# EXHIBIT 10

1                 IN THE UNITED STATES DISTRICT COURT

2              FOR THE SOUTHERN DISTRICT OF NEW YORK

3    GOVERNMENT OF THE
     VIRGIN ISLANDS,
4
                      Plaintiff,
5
     v.                                 No. 22-cv-10904-JSR
6
     JP MORGAN CHASE BANK, N.A.,
7
                      Defendant.
8    _____
     JPMORGAN CHASE BANK, N.A.,
9

10                 Third-Party Plaintiff,

11   v.

12   JAMES EDWARD STALEY,
     Third-Party Defendant.
13   _____

14

15             THE ORAL DEPOSITION OF JOHN P. DE JONGH, JR.

16   was taken on the 30th day of May, 2023 at the Law

17   Offices of JOEL HOLT, 2132 Company Street,

18   Christiansted, St. Croix U.S. Virgin Islands, between

19   the hours of 9:02 a.m. and 4:46 p.m. pursuant to Notice

20   and Federal Rules of Civil Procedure.

21                    _____
                           Reported by:
22
                        DESIREE D. HILL
23                   Registered Merit Reporter
                     Hill's Reporting Services
24                      P.O. Box 307501
                     St. Thomas, Virgin Islands
25                       (340) 777-6466

1          Q.    And do you have children?

2          A.    We do.

3          Q.    What are their names?

4          A.    John Percy de Jongh, III, that's my

5     oldest; Renee Adele de Jongh, that's my daughter,

6     she's the second; and my youngest is Julien Louis

7     de Jongh.

8          Q.    What are their ages?

9          A.    33, 30 -- 31 and 26.

10         Q.    Where did they attend high school?

11         A.    They attended Antilles School.

12         Q.    Same for primary school?

13         A.    Yes.

14         Q.    And where did they each attend college?

15         A.    JP, John de Jongh, III, attended American

16    University; Renee Adele attended Skidmore; and Julian

17    Louis attended, initially, Providence College, and

18    then he transferred to Temple.

19         Q.    Do you know who Jeffrey Epstein is?

20         A.    I do.

21         Q.    What do you know about him?

22               MR. TEAGUE:  Objection, vague.

23               You can answer.

24               MS. BOGGS:  Join.  And for

25          clarity, the government will join all of

1          the counsel for Governor de Jongh's

2          objections.

3               THE WITNESS:  He was my wife's

4          employer for a number of years,

5          financial affairs is what I understood

6          of him.  I've learned a lot more in the

7          last couple of years.

8          Q.    (By Mr. O'Laughlin:) What have you learned

9     in the last couple of years?

10         A.    Just more about things that he's accused

11    of doing.

12         Q.    What things are those?

13         A.    Trafficking.  Sex trafficking.

14         Q.    How did you learn about the sex

15    trafficking?

16         A.    In the newspaper.

17         Q.    When did you learn those facts?

18         A.    2018, 2019, with any great detail.

19         Q.    What do you mean by "with any great

20    detail?"

21         A.    I never paid attention much before.

22         Q.    But are you aware that there was public

23    reporting prior to 2018?

24         A.    Yes.

25         Q.    And did you read that public reporting?

1    your attention?

2         A.    No.

3         Q.    So at no point between 2010 and now have

4    these sorts of facts come to your attention?

5              MS. BOGGS:  Objection, form.

6              MR. TEAGUE:  Same objection.

7              THE WITNESS:  Well, let me -- I

8         thought you were asking me if this came

9         to my attention in 2010.

10        Q.    (By Mr. O'Laughlin:) No.  I meant has that

11   ever come to your attention.

12        A.    Any of these facts, specifically?

13        Q.    Yeah.

14        A.    Just from public records after 2000 --

15   after 2015, yeah.

16        Q.    So --

17        A.    I thought you were asking me was I aware

18   of this blog, the Daily Beast --

19        Q.    Okay.  So let's -- let me clarify.

20        A.    -- when I was governor.

21        Q.    So in 2010 when this article was published,

22   none of this came to your attention, correct?

23        A.    I was not aware of this article in 2010.

24        Q.    But at some point between 2010 and today,

25   you have become aware of these sorts of allegations,

```
 1    correct?

 2              MS. BOGGS:  Objection.

 3         Objection, form.  Mischaracterizes

 4         testimony.

 5              MR. TEAGUE:  Objection, form.  You

 6         can answer.

 7              THE WITNESS:  Not the number of

 8         pages in an indictment or the

 9         specificity of 12-year-old girls, no.

10         Just as general acts.

11         Q.   (By Mr. O'Laughlin:) What do you mean by

12    "general acts"?

13         A.   That the allegations that he brought girls

14    abroad, that some may have come to the V.I.  That's

15    it.

16         Q.   And when did those sorts of facts come to

17    your attention?

18         A.   Periodically.  I mean, I can't give you

19    the exact date.

20         Q.   But you would have been following the news,

21    generally?

22         A.   No.

23              MS. BOGGS:  Objection, form.

24         Mischaracterizes testimony.

25              THE WITNESS:  No, I would not be
```

1           recall those type of conversations.

2           Q.    (By Mr. O'Laughlin:) Prior to 2018, you

3      don't recall those types of conversations?

4           A.    No.

5           Q.    But after 2018, you do recall those type of

6      conversations?

7           A.    As more information became public, yes.

8           Q.    What were the conversations following 2018?

9           A.    Just that she was concerned about what he

10     did.

11          Q.    What was her concern?

12          A.    The impact on the young ladies.  And the

13     office, continued employment, what would happen to

14     the employees.

15          Q.    When did she raise those concerns with you?

16          MR. TEAGUE:  Objection, form.

17          Asked and answered.  You can answer

18          again.

19          THE WITNESS:  2018, 2019.

20          Q.    (By Mr. O'Laughlin:) Do you recall specific

21     conversations?

22          A.    No.  No.

23          Q.    It was just something you discussed

24     generally with her?

25          A.    Correct.

```
 1                    THE WITNESS:  That I can't answer.
 2           Q.    (By Mr. O'Laughlin:) But they oversaw them?
 3           A.    Yes.
 4                 MS. BOGGS:  Objection, form.
 5                 MR. TEAGUE:  Objection, form.
 6           Q.    (By Mr. O'Laughlin:)  Are you aware of
 7      allegations that Epstein was bringing women in and out
 8      through the USVI airport?
 9                    MS. BOGGS:  Objection, form.
10                    THE WITNESS:  Are we talking in
11           2014 during my term or are we talking
12           2018 and '19?
13           Q.    (By Mr. O'Laughlin:)  Let's answer both.
14      What about in 2014?
15           A.    No.
16           Q.    What about in 2018?
17           A.    Yes.
18           Q.    So in 2018, you were aware of allegations
19      that Epstein was bringing women in and out through the
20      V.I. airport?
21                    MS. BOGGS:  Objection, form.
22                    MR. TEAGUE:  Same objection.
23                    THE WITNESS:  When you say
24           "airport," I am presuming you mean the
25           building.  Mr. Epstein had a private
```