# EXHIBIT 11

```
 1            UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF NEW YORK
 2
                      CASE NO. 22-cv-10904
 3

 4   GOVERNMENT OF THE UNITED
     STATES VIRGIN ISLANDS,
 5
              Plaintiff,
 6
     v.
 7
     JP MORGAN CHASE BANK, N.A.,
 8
              Defendant.
 9   _____/

10

11                       *CONFIDENTIAL*

12                    VIDEO DEPOSITION OF

13              FORMER GOV. KENNETH E. MAPP

14

15               Wednesday, May 24, 2023

16                 9:48 a.m. - 5:03 p.m.

17

18                       Conducted at
                          Losey, PLLC
19                   1420 Edgewater Drive
                    Orlando, Florida 32804
20

21

22   Reported by:

23   Janet Hamilton, RPR, CRC, FPR
     Job No.:  J9718146
24
     AUSTIN REDCAY, Videographer
25   LOUWHAN WELCH, Exhibit Technician (via Zoom)
```



1    Q.   Did you discuss with anyone while you were
2    governor the fact that Mr. Epstein was required to
3    register as a sex offender?
4    A.   No.
5    Q.   Did you ever discuss with Mr. Epstein his
6    prior conviction for sex crimes?
7    A.   No.  No.
8    Q.   Did you discuss with the Virgin Islands
9    Police Department the monitoring of Mr. Epstein under
10   the sex offender registry laws while you were
11   governor?
12          MR. ACKERMAN:  Object to form.
13   A.   No.  And I don't even know if that's the
14   jurisdiction of the police department or the
15   Department of Justice.  I don't know.
16   Q.   (By Ms. Ellsworth) Did you ever discuss
17   with the Department of Justice --
18   A.   No.
19          I'm sorry.
20          MR. ACKERMAN:  Let her finish.
21   Q.   (By Ms. Ellsworth) -- the monitoring of
22   Mr. Epstein under the sex offender registry laws while
23   you were governor?
24   A.   No.
25   Q.   What was your reaction to learning the fact

```
 1  that Mr. Epstein had been convicted of a sex crime?
 2       A.   Surprised.  A little shocked.  Certainly
 3  wouldn't know the veracity of the case or whatever.
 4  Actually, I have to say after leaving
 5  Government House, like from the media and the reports,
 6  I kind of learned a lot more than I knew.  Even
 7  reading some of the documents pertaining to this case,
 8  I -- I don't know.  But if it's even 50% accurate, I
 9  did not know the level of those things at that time.
10       Q.   And I think you testified that it would
11  have been at some point by 2015 you were aware of
12  Mr. Epstein's prior sex crime conviction.  Correct?
13       A.   I would have.  Yes.
14       Q.   Did you ever ask him any questions about
15  it?
16       A.   No.
17       Q.   Did you ever ask Cecile de Jongh any
18  questions --
19       A.   No.
20       Q.   -- about Mr. Epstein's sex crimes
21  convictions?
22       A.   No.
23       Q.   Did you ever ask anybody at the Economic
24  Development Authority if they were aware of
25  Mr. Epstein's prior conviction for a sex crime?
```



```
 1         Q.   Did you ever receive any information while
 2   you were governor, from 2015 to 2019, that Mr. Epstein
 3   was engaged in improper behavior in the United States
 4   Virgin Islands?
 5         A.   No.
 6         Q.   What would you have done if you had
 7   received that information?
 8         A.   I don't know what I would have done.
 9   Because -- no one raised that issue with me.  So...
10              I guess if someone -- I relied on my
11   attorney generals and my police commissioners and my
12   counsels around me.  So I -- I -- I don't know.
13              You're asking me to speculate what I would
14   have done.
15              I would have probably given it off to one
16   of them.
17              THE WITNESS:  This is going to go a little
18         bit beyond, but I think it's necessary.
19              MR. ACKERMAN:  Answer the question.  Just
20         answer the question.
21              THE WITNESS:  All right.
22         A.   Well, I think it's speculative.  And I
23   don't know.  Because I wasn't -- I wasn't confronted
24   with any information for which I would have had to
25   take any action.
```



```
 1         Q.    (By Ms. Ellsworth) Fair to say you didn't
 2    have any information that gave you cause to ask
 3    anybody to investigate Mr. Epstein.  Correct?
 4         A.    That is fair to say.
 5         Q.    And you certainly didn't ask your attorney
 6    general to take any action in relation to
 7    Mr. Epstein --
 8         A.    No.
 9         Q.    -- during the time that you were governor?
10         A.    No.
11         Q.    And you didn't ask the Virgin Islands
12    Police Department to take any action pertaining to
13    Mr. Epstein while you were governor.  Correct?
14         A.    No.
15         Q.    Did you -- have you ever seen an article
16    that was published in "The Miami Herald" at some point
17    in the fall of 2018 about Mr. Epstein?
18         A.    No.  The fall of 2018 would have placed me
19    at the doorstep of my reelection.  The vote for the
20    reelection.  And, again, really in the midst of a lot
21    of response to the disaster and the hurricanes.  You
22    know.  So I wasn't online reading papers.  And
23    certainly I don't believe at that point the
24    Virgin Islands was getting the daily periodicals from
25    the mainland.  So --
```



```
 1              No.
 2         Q.   You testified earlier that after you left
 3   Government House in early 2019 you came to learn more
 4   about Mr. Epstein.  Do I have that correct?
 5         A.   Yes.
 6         Q.   How did you come to learn more about
 7   Mr. Epstein after you left Government House?
 8         A.   Well, at that point I was really more
 9   deeply involved in the care of my mom, who was ailing.
10   And I would be watching the news more.  I would have
11   the news on in the background, particularly when I was
12   at my mom's home.  And I would begin to -- you know.
13   You hear these stories.  And I don't know the time.  I
14   don't know if it was still in the Virgin Islands or by
15   the time I had moved to the mainland.  And the issue
16   of his actual arrest hit the news.  And then with
17   that, his arrest and being detained in New York, there
18   was just consistent and continuous news stories about
19   Jeffrey Epstein and his background.  And, you know,
20   what he was being accused of.  And on and on.
21              So that's why I say post 2019 on is when I
22   learned a lot more.
23         Q.   What was your reaction to the news of
24   Mr. Epstein's arrest in the summer of 2019?
25         A.   Shock.  Shock, literally.
```

