# EXHIBIT 13

**From:**      Cutler, Stephen M [stephen.m.cutler@jpmorgan.com]
**Sent:**      1/21/2011 12:02:59 AM
**To:**        Langford, William D [william.d.langford@jpmchase.com]
**Subject:**   Fw: Jeffrey Epstein-Ken Starr

You and I can call him tomorrow.

**From:** da Silva, Rosa M
**To:** Cutler, Stephen M
**Sent:** Thu Jan 20 19:00:04 2011
**Subject:** FW: Jeffrey Epstein-Ken Starr

Steve, As promised, below please find a Tel # for Ken Starr.  Thanks, Rosa

**From:** Lesley Groff [mailto:lgroff@dkipllc.com]
**Sent:** Thursday, January 20, 2011 6:56 PM
**To:** da Silva, Rosa M
**Subject:** Jeffrey Epstein-Ken Starr

Hi Rosa.  Jeffrey requested I send you Ken Starr's office phone number at Baylor University:

███████████

EXHIBIT
Langford 40
Date: 5/3/23
MLG, CSR, RPR, CRR

JPM-SDNYLIT-00152833