# EXHIBIT 15

```
             UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF NEW YORK
                            -  -  -

   GOVERNMENT OF THE UNITED           : Case Number:
   STATES VIRGIN ISLANDS              : 1:22-cv-
         Plaintiff,                   : 10904-JSR
         v.                           :
   JPMORGAN CHASE BANK, N.A.          :
         Defendant/Third-Party        :
         Plaintiff.                   :
   _____
   JPMORGAN CHASE BANK, N.A.          :
         Third-Party Plaintiff,       :
         v.                           :
   JAMES EDWARD STALEY                :
         Third-Party Defendant.       :
```

- - -

MAY 24, 2023
HIGHLY CONFIDENTIAL

- - -

Videotaped deposition of STEPHEN CUTLER, taken pursuant to notice, was held at the law offices of Boies Schiller Flexner LLP, 55 Hudson Yards, New York, New York, commencing at 9:40 a.m., on the above date, before Amanda Dee Maslynsky-Miller, a Certified Realtime Reporter and Notary Public in and for the State of New York.

- - -

GOLKOW LITIGATION SERVICES, INC.
877.370.3377 ph| 917.591.5672 fax
deps@golkow.com

```
 1                And then he writes back,
 2   Spoke with Jay -- that's Jay Lefkowitz at
 3   Kirkland & Ellis, correct?
 4        A.    I believe so.
 5        Q.    He represented Epstein in
 6   state plea/fed NPA process.
 7                Do you see that?
 8        A.    I do.
 9        Q.    He said that he and Epstein
10   have heard nothing to suggest that
11   there's a current FBI or other law
12   enforcement agency investigation,
13   believes any pre-plea conduct is subsumed
14   within plea NPA.  Acknowledges that there
15   could be a current investigation he
16   doesn't know about, but doesn't think
17   likely.
18                Do you see that?
19        A.    I do.
20        Q.    So Jay Lefkowitz did not
21   confirm to you, one way or the other,
22   whether or not there was an
23   investigation, just that he, at least,
24   stated to Jonathan Schwartz he was not
```

```
 1  aware, correct?
 2       A.   I read this to have him say
 3  neither he nor his client is aware of
 4  such an investigation.  That doesn't
 5  definitively mean that there wasn't.
 6       Q.   And at the SEC when you were
 7  investigating potential wrongdoers, you
 8  would not necessarily make it publicly
 9  known or known to the potential target
10  that you were investigating them,
11  correct?
12       A.   I would say most of the time
13  targets would know.  But, sure, there
14  would be occasions where the target would
15  not know.
16       Q.   Or there would be
17  potentially part -- during part of the
18  investigation where the target wouldn't
19  know yet, and then at some point later in
20  the investigation you might, for example,
21  issue a Wells notice, correct?
22       A.   Yeah, you would -- if -- I
23  don't mean to quarrel with you, but you
24  would likely have heard of an
```