# EXHIBIT 18

00001

2              UNITED STATES DISTRICT COURT FOR THE
3                  SOUTHERN DISTRICT OF NEW YORK
4
5        Case No. 1:22-cv-10019 (JSR)
         - - - - - - - - - - - - - - - - - -X
6        JANE DOE 1, Individually           :
            and on behalf of all others     :
7        similarly situated,                :
                           Plaintiffs       :
8                                           :
            VS                              :
9                                           :
            JPMORGAN CHASE BANK, N.A.,      :
10                     Defendant            :
         - - - - - - - - - - - - - - - - - -X
11       Case No. 1:22-cv-10904 (JSR)
         - - - - - - - - - - - - - - - - - -X
12       GOVERNMENT OF THE UNITED STATES    :
            VIRGIN ISLANDS                   :
13                     Plaintiffs           :
                                            :
14       VS                                 :
                                            :
15       JPMORGAN CHASE BANK, N.A.,         :
                        Defendant           :
16       - - - - - - - - - - - - - - - - - -X
17
                         CONFIDENTIAL
18
19            Videotaped deposition of
                FRANCIS PEARN taken at the offices of
20          Boies Schiller Flexner LLP, 55 Hudson
                Yards, New York, New York  10001, before
21          Clifford Edwards, Certified Shorthand
                Reporter, and Notary Public in and for the
22          State of New York, on March 29, 2023, at
                9:47 a.m. EDT.
23
24
25

Confidential - Francis Pearn

```
 1

 2          Q    So same person --

 3          A    Yes.

 4          Q    -- that you currently report to?

 5               Understood.

 6               When did you start working for JPMorgan?

 7          A    November of 1990.

 8          Q    Have you worked exclusively for

 9     JPMorgan since then?

10          A    No.

11          Q    Can you tell me who else you've worked

12     for and when?

13          A    So 1990 through 2001, JPMorgan; 2001

14     through 2006, Bank of America; 2006 to 2009,

15     Lehman Brothers; and then 2009 to today,

16     JPMorgan.

17          Q    What -- what were your primary

18     responsibilities in your -- in your previous

19     role?

20                    MR. BUTTS:  Which -- which previous

21               role are we talking about?

22                    MR. ARNOLD:  Fine.

23     BY MR. ARNOLD:

24          Q    What were -- what were -- what were

25     your responsibilities in your previous role as
```

Confidential - Francis Pearn

```
 1

 2                   You may answer as a 30(b)(1)

 3           witness.

 4       A    Yes.

 5   BY MS. BOGGS:

 6       Q    Here it's signed by a vice president,

 7   looks like Bill Dougherty.

 8            Is it typical for CTRs to be signed by a

 9   vice president?

10       A    I don't know.

11       Q    Who usually signs CTRs?

12       A    The -- the individual or individuals

13   that are responsible for the filing of the CTR.

14   Generally it's a group within our operations

15   teams.

16       Q    CTRs are different than SARs; right?

17       A    Yes.

18       Q    How are they different?

19       A    The CTR is merely a record of cash

20   transactions above the 10,000-dollar threshold.

21            The suspicious activity report, or SAR

22   as you -- as you said, is when the bank believes

23   that there is potentially suspicious activity

24   involving a transaction or a series of

25   transactions.
```

Confidential - Francis Pearn

```
 1

 2          Q      In the context of a CTR or a SAR, what

 3     is -- what does it mean for a structuring

 4     transaction?

 5          A      Structuring is not involved in CTRs.

 6     Structuring is a crime and structuring is

 7     something that our AML program monitors for.

 8          Q      So what is structuring?  What does it

 9     look like?

10          A      Structuring is the customer's attempts

11     to avoid the regulatory filing of a CTR, in

12     general terms.

13          Q      And so structured transactions are

14     reported in SARs, not CTRs; correct?

15          A      That's correct.

16          Q      JPMorgan is required to file CTRs

17     pursuant to federal regulation; right?

18          A      Yes.

19          Q      If a customer has a good reason for

20     needing to conduct a currency transaction

21     exceeding 10,000, do you still need to fill out a

22     CTR form?

23          A      Yes.

24          Q      So the -- the reasoning is irrelevant;

25     is that correct?
```

Confidential - Francis Pearn

```
 1

 2      trafficking that you are looking at in this risk

 3      assessment; it's more just a general pattern of

 4      behavior which would include money laundering and

 5      other activities?

 6                      MR. BUTTS:  Objection.  And

 7              objection to form.

 8                      You may answer.

 9         A    There are -- the -- the activities that

10      could be indicative of human trafficking or drug

11      smuggling are what our transaction monitoring is

12      focused on.

13                      In addition to that, there are various

14      scenarios that are -- have been in place and are

15      used to help investigators with once an alert is

16      generated through those activities that -- that I

17      talked about, that could be indicators of

18      activities such as human trafficking or drug

19      smuggling.

20                      And those are documented as part of the

21      BSA/AML investigative transaction monitoring

22      team's processes and procedures that they use that

23      could be indicative of human trafficking.

24                      So if they see the activity and then

25      they have the scenarios that would potentially be
```

Confidential - Francis Pearn

```
 1

 2     a human trafficking activity, they would be able

 3     to see that.

 4     BY MS. BOGGS:

 5          Q    Did JPMorgan's assessment of its risks

 6     relating to human trafficking materially change

 7     from 2006 to 2019?

 8               MR. BUTTS:  Objection.  Form.

 9               You may answer if you are able.

10          A    It evolved.  Like, as our program did.

11     As more work was done with other institutions,

12     with law enforcement, with global bodies such as

13     the Wolfsberg organization, which we are a

14     member, the U.S. regulators later in 2014 and

15     again in 2020 put out supplements -- put out

16     supplementary guidance specific around human

17     trafficking.

18               In there they included what they call

19     red flags or types of activities, the term I've

20     been using here, that could be an indicator or

21     indicators of human trafficking.

22               So all of that led to or contributed to

23     our evolving our efforts to identify money --

24     potential money laundering related to human

25     trafficking.
```