# EXHIBIT 20

# Section 314(b) | FinCEN.gov

 fincen.gov/section-314b

## Section 314(b)

USA PATRIOT Act Section 314(b) permits financial institutions, upon providing notice to the United States Department of the Treasury, to share information with one another in order to identify and report to the federal government activities that may involve money laundering or terrorist activity. Financial institutions wanting to do so may notify the Treasury Department by clicking on the Section 314(b) Certification link below and supplying the required information.

314(b) Fact Sheet (December 2020)

314(b) Infographic: Participation and Reporting (July, 2022)

Guidance on the Scope of Permissible Information Sharing Covered by Section 314(b) Safe Harbor of the USA PATRIOT Act (Rescinded December 2020)

Administrative Ruling Regarding the Participation of Associations of Financial Institutions in the 314(b) Program (Rescinded by FIN-2020-R002)

Rescission of Administrative Ruling Regarding the Participation of Associations of Financial Institutions in the 314(b) Program (December 2020)

## Financial Institution Notification Form

On-line 314b Registration