UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant/Third-Party Plaintiff,<br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | 22-cv-10904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Oral argument on the competing and voluminous motions for partial summary judgment filed by the Government of the United States Virgin Islands (Dkt. 217) and the JPMorgan Chase Bank, N.A. (Dkt. 222), which is currently scheduled for August 18, 2023, at 4:00 P.M., is hereby re-scheduled to August 31, 2023, at 4:00 P.M.

    SO ORDERED.

New York, NY
August 8, 2023

                                                  JED S. RAKOFF, U.S.D.J.