UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>       Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>       Defendant. | Case No. 22-cv-10904-JSR<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>       Third-Party Plaintiff,<br><br>  v.<br><br>JAMES EDWARD STALEY,<br><br>       Third-Party Defendant. | |

  Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Bethany K. Biesenthal, hereby move this Court for an order for admission to practice *pro hac vice* to appear as counsel for Defendant JPMorgan Chase Bank, N.A., in the above-captioned action.

  I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the requisite affidavit pursuant to Local Rule 1.3.

Dated: August 9, 2023                            Respectfully submitted,

                                                 /s/ Bethany K. Biesenthal
                                                 Bethany K. Biesenthal
                                                 JONES DAY
                                                 110 North Wacker Drive
                                                 Suite 4800
                                                 Chicago, IL 60606
                                                 Telephone: (312) 269-4303
                                                 Email: bbiesenthal@jonesday.com

                                                 *Attorney for JPMorgan Chase Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I, Bethany K. Biesenthal, certify that on August 9, 2023, I caused the foregoing Motion for Admission *pro hac vice* to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

*/s/ Bethany K. Biesenthal*
Bethany K. Biesenthal
