**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　　　Defendant.<br><br>―――――――――――――――――――<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>JAMES EDWARD STALEY,<br><br>　　　　　　Third-Party Defendant. | Case No. 22-cv-10904-JSR<br><br>**DECLARATION OF BETHANY K. BIESENTHAL IN SUPPORT OF MOTION TO ADMIT COUNSEL _PRO HAC VICE_** |

I, Bethany K. Biesenthal, declare under penalty of perjury that the following is true and correct:

1.　I am an attorney with the law firm of Jones Day. I am eligible to practice and a member in good standing of the bar of the State of Illinois. A Certificate of Good Standing is appended hereto. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

2.　I have never been convicted of a felony.

3.　I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4.　There are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 9, 2023

Respectfully submitted,

/s/ Bethany K. Biesenthal
Bethany K. Biesenthal
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone: (312) 269-4303
Email: bbiesenthal@jonesday.com

*Attorney for JPMorgan Chase Bank, N.A.*