UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>                        Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                        Defendant. | Case No. 22-cv-10904-JSR<br><br>**NOTICE OF APPEARANCE** |
| JPMORGAN CHASE BANK, N.A.,<br><br>                        Third-Party Plaintiff,<br><br>      v.<br><br>JAMES EDWARD STALEY,<br><br>                        Third-Party Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney hereby enters her appearance as counsel in this action for JPMorgan Chase Bank, N.A.  I certify that I am admitted to practice in this court.

Dated: Washington, D.C.
       August 9, 2023

Respectfully submitted,

<u>/s/ Charlotte H. Taylor</u>
Charlotte H. Taylor
JONES DAY
51 Louisiana Avenue, NW
Washington DC 20001
Tel: (202) 879-3872
Email:  ctaylor@jonesday.com

*Attorney for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I, Charlotte H. Taylor, certify that on August 9, 2023, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                                        */s/ Charlotte H. Taylor*
                                                                        Charlotte H. Taylor