UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────────────┐
│ GOVERNMENT OF THE UNITED STATES VIRGIN        │
│ ISLANDS,                                      │
│                                               │
│         Plaintiff,                            │
│                                               │
│     -v-                                       │
│                                               │
│ JPMORGAN CHASE BANK, N.A.,                    │
│                                               │
│         Defendant/Third-Party Plaintiff,      │
│     -v-                                       │
│                                               │
│ JAMES EDWARD STALEY,                          │
│                                               │
│         Third-Party Defendant.                │
└─────────────────────────────────────────────┘
```

22-cv-10904 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On July 18, 2023, plaintiff the Government of the United States Virgin Islands ("USVI") moved to compel the production of certain documents from JPMorgan Chase Bank, N.A. ("JPMorgan"), as well as for certain other relief. *See* Dkt. 212. After full consideration of letter briefing submitted by USVI and JPMorgan, the Court grants USVI's motion in part and denies that motion in part, as further specified below.

The Court hereby grants USVI's request to produce financial records for any newly disclosed girls or women to whom Epstein made payments, but only to the extent USVI is able to identify specific individuals in this category for whom financial records have not been previously produced to USVI. USVI shall promptly furnish JPMorgan with a list of such individuals, and JPMorgan shall produce the requested

1

financial records within five business days from the date of that request or confirm that the responsive financial records have already been produced. The Court denies USVI's request to compel production of all documents and information concerning "Project Jeep" or other investigations by JPMorgan that occurred after Epstein's 2019 arrest.

The Court denies USVI's request to require JPMorgan to stipulate to the admissibility of any additional records produced or to otherwise put forward a corporate representative to testify regarding them.

The Court grants USVI's request to supplement its expert reports within five days of the final document production by JPMorgan pursuant to this Order; any such supplemental expert report shall be limited to addressing (a) any documents newly produced pursuant to this Order or (b) any other document or information that was produced by JPMorgan after the close of discovery and that relates to the 2019 timeline document that precipitated the instant motion.

The Court denies USVI's request for monetary sanctions against JPMorgan.

The Clerk of the Court should now close entry number 212 on the docket of this case.

SO ORDERED.

New York, NY
August 9 , 2023

JED S. RAKOFF, U.S.D.J.