# EXHIBIT 306

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   CASE NO. 22-CV-10904
 5   ---------------------------------------x
 6   GOVERNMENT OF THE UNITED STATES V.I.,
 7
 8                        Plaintiff,
 9
10   vs.
11
12   JPMORGAN CHASE BANK, N.A.,
13
14                        Defendant.
15   ---------------------------------------x
16              ***CONFIDENTIAL***
17                   July 7, 2023
18
19        Confidential Remote Video-Recorded
20             30(b)(6) Deposition of
21            GVI BY JEAN-PIERRE ORIOL
22
23   Stenographically Reported By:
24   Mark Richman, CSR, CCR, RPR, CM
25   Job No. J9913116
```



```
 1      JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    page.
 3         MR. ACKERMAN:  Okay.
 4   A.    No, nothing privileged.                             01:13
 5   Q.    Okay.  Could you read in that
 6   half page of notes, just read it aloud,
 7   please.
 8   A.    Sure.  The --
 9         MR. ACKERMAN:  Objection.  You
10    can go ahead.                                            01:13
11   A.    Lieutenant Shelly-Ann Cannonier,
12   she's currently the director of
13   investigations for VIPD for the last two
14   and a half years.  She's been with the
15   VIPD for 26 years.  If the complaint was  01:13
16   lodged with VIPD a case number would
17   have been developed and generated.  VIPD
18   asserts that there have been no
19   complaints made.
20         And then for me, what my            01:14
21   understanding of this proceeding is, is
22   that I'm prepared to answer questions on
23   investigations and investigation
24   monitoring steps.
25   Q.    Is that all the notes?              01:14
```



```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2   related to DPNR duties.
 3     Q.    So that's what I was getting at.
 4   The subject matter of all of the six or
 5   seven depositions, you were testifying              01:19
 6   in connection with your work for DPNR?
 7     A.    Yes.
 8     Q.    Were you testifying in your
 9   individual capacity or as a corporate
10   designee?                                           01:19
11     A.    As an agent for the department.
12     Q.    So do you understand today that
13   you've been designated as a witness
14   pursuant to Rule 30(b)(6)?
15     A.    Yes.                                        01:19
16     Q.    What is your understanding of
17   what that means?
18         MR. ACKERMAN:  Objection.
19     A.    That I am representing the GVI
20   and not just DPNR.                                  01:19
21     Q.    So in your -- in the prior
22   deposition you gave in this case, you
23   testified in a personal capacity, but
24   here you're testifying as a
25   representative of the government,                   01:20
```



1    JP ORIOL - 7.7.23 - CONFIDENTIAL
2    A.    I would say that it's going
3    further from my, me personally going out
4    to the island having done investigation
5    work, but from a natural resource                          01:21
6    perspective.  And then if, again
7    speaking on behalf of the government,
8    that there were questions from VIPD and
9    whether or not they did any
10   investigations or monitoring.                              01:21
11   Q.    Okay.  So I'm going to read you
12   the topic which is "investigations or
13   investigative or monitoring steps
14   concerning Epstein or his companies
15   undertaken by the Virgin Islands Police                    01:22
16   Department or the DPNR that occurred
17   prior to December 1st, 2020."
18         Is that what you understand
19   you've been designated to testify about
20   today?                                                     01:22
21   A.    Yes.
22   Q.    So it's really two topics, one is
23   about the VIPD's investigations and
24   monitoring prior to December 1, 2020 and
25   one is about DPNR's, correct?                              01:22



800.211.DEPO (3376)
EsquireSolutions.com

```
 1       JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    A.    Yes, I understand.
 3    Q.    So let's start with the first
 4  one, VIPD.  Are you prepared to testify
 5  on that topic today?                            01:22
 6    A.    To the best of my ability, yes.
 7    Q.    And what did you do to prepare to
 8  testify as to investigations or
 9  investigative monitoring steps
10  concerning Epstein or his companies             01:22
11  undertaken by the VIPD?
12    A.    Met with the Lieutenant
13  Shelly-Ann Cannonier who is the director
14  of investigations for the VIPD, and
15  asking if there was any investigations          01:23
16  into Mr. Epstein I guess prior to 2020.
17    Q.    Do you know how long Lieutenant
18  Cannonier was the director of
19  investigations?
20    A.    Two and a half years.                   01:23
21    Q.    Do you know if the information
22  that Lieutenant Cannonier provided to
23  you was based only on the two and a half
24  years or was it based on the full period
25  from December 1, 2020 backwards?                01:23
```



```
 1      JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    A.    So what I know is that the
 3  purchase of Little St. James happened
 4  around 1999.
 5    Q.    Okay.  And then Mr. Epstein died            01:31
 6  in approximately 2019, or in 2019,
 7  correct?
 8    A.    Correct.
 9    Q.    So for approximately 20 years he
10  was a resident of the USVI?                         01:31
11         MR. ACKERMAN:  Objection, scope,
12   asked and answered, speculation.
13    A.    Yeah, I don't know the -- I don't
14  know when he was actually claiming
15  residency here in the territory.  I only            01:32
16  know when he purchased this property.
17    Q.    He owned property on USVI for 20
18  years, correct?
19    A.    Yes.
20         MR. ACKERMAN:  Objection, scope.             01:32
21    Q.    And during that 20-year period,
22  how many times did VIPD visit Epstein's
23  island?
24    A.    I don't know that any visits were
25  made.                                               01:32
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    Q.    And no, during that 20 year span,
 3   no complaints were received regarding
 4   Epstein, correct?
 5    A.    That's correct.                         01:32
 6    Q.    Beyond formal complaints, do you
 7   know if there were any interactions
 8   between VIPD and Epstein during that
 9   20-year period?
10          MR. ACKERMAN:  Objection.               01:32
11    A.    No --
12          MR. ACKERMAN:  Hold on,
13     Commissioner, let me just get my
14     objections in.  Objection, scope,
15     form.  Go ahead.                             01:32
16    A.    No, I do not.
17    Q.    Do you know if VIPD had any
18   interaction with Epstein's companies?
19          MR. ACKERMAN:  Objection, scope,
20     form.                                        01:33
21    A.    No, I do not.
22    Q.    Let's pull up tab 40 and enter it
23   as exhibit 1.
24          (Exhibit 1, document produced to
25     JPMorgan by the USVI titled 2010
```



```
 1       JP ORIOL - 7.7.23 - CONFIDENTIAL
 2     VI-JPM-000079601 was marked for
 3     identification.)
 4   A.    Okay.
 5   Q.    This is an email chain that                    02:03
 6   starts with a July 16, 2019 email from a
 7   Curt Devine of CNN.com and it asks
 8   certain questions of the VI Police
 9   Department including "Has US Virgin
10   Islands Police Department participated             02:03
11   in (or been asked to participate in) any
12   investigation related to Mr. Jeffrey
13   Epstein?"
14         Do you see that?
15   A.    Yes.                                          02:03
16   Q.    Do you know what the answer to
17   that question is?
18   A.    Has the US Virgin Islands Police
19   Department received any complaints?  So,
20   again, from what was reported to me,                02:03
21   that there were no complaints.
22   Q.    Sorry, I was focused on the
23   second question which is has US Virgin
24   Islands police participated in or been
25   asked to participate in any                         02:04
```



```
 1      JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    Q.    So this is a response by Glenn
 3   Dratte to the CNN reporter and he's
 4   reporting, "I did a complete check with
 5   the VIPD criminal investigations bureau           02:06
 6   and no complaints has been filed against
 7   Mr. Jeffrey Epstein with the Virgin
 8   Islands Police Department.  If there's
 9   anything further I can assist please
10   reach out to my office."                         02:06
11         Do you see that?
12    A.    Yes.
13    Q.    So that is the answer as of July
14   18, 2019.
15         Do you know if subsequent to that          02:06
16   date there was any investigation?
17         MR. ACKERMAN:  Objection, scope,
18      form.
19    A.    No, I do not know.  Or at least
20   what was reported to me was that there           02:06
21   was no investigation.  There is no case
22   number that has been assigned with
23   anything related to Mr. Epstein, so --
24    Q.    And that's -- that's --
25    A.    So I would say no.                        02:07
```



```
 1       JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    Q.    And that's ever, there's no date
 3   restriction on that?
 4    A.    Well that I -- based on what was
 5   reported to me as of this year, in them                    02:07
 6   looking back, that there is no case
 7   number.
 8    Q.    Okay.  Would there be any
 9   investigation that wouldn't be assigned
10   a case number?                                             02:07
11    A.    That I don't know.  PD would have
12   to assign -- PD would have to indicate
13   that directly.
14    Q.    Did you ask Lieutenant Cannonier
15   that question?                                             02:07
16    A.    What Lieutenant Cannonier did
17   state is that if there was a complaint
18   received or that they were opening an
19   investigation, that there would be a
20   case number.                                               02:07
21    Q.    Okay.  So no USVI individual ever
22   came to VIPD to say they were a victim
23   of Jeffrey Epstein, correct?
24    A.    To my understanding, that's
25   correct.                                                   02:08
```



```
 1      JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    Q.    When you are conducting -- you or
 3  other DPNR officials are conducting
 4  investigations for DPNR, are you doing
 5  that within the confines of DPNR's                        04:07
 6  jurisdiction?
 7    A.    Correct.
 8    Q.    If you saw suspicious activity
 9  that was outside DPNR's jurisdiction,
10  would you or other DPNR investigators                     04:07
11  have reported that activity to the
12  proper authorities?
13    A.    Yes, that's correct.
14    Q.    And does that include, by the
15  way, the visit to Epstein's island where                  04:08
16  you saw Epstein with a woman?
17    A.    Yes.
18    Q.    Thank you.  And earlier today
19  there was a, there was an exhibit with
20  Jason Marsh, it was an email and                          04:08
21  attachment.  Do you recall that set of
22  documents? It's exhibits 4 and 5.
23    A.    I can go back to it.  I mean I
24  know we saw a number of, a number of
25  emails that I think Jason was copied on.                  04:08
```



```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    Q.    Yes.  I'm referring to the one,
 3   the PDF title is 8 and 8A if you have
 4   that.
 5    A.    Okay, yes.                                    04:09
 6    Q.    All right.  8, the part of the
 7   exhibit that is exhibit 5, the one that
 8   is titled 8A, how many pages is that PDF
 9   document?
10    A.    48.                                           04:09
11    Q.    And do you know whether Mr. Marsh
12   was forwarding only one article in the
13   Virgin Islands Daily News or whether he
14   was forwarding the entire paper?
15    A.    I have no clue.                               04:09
16          MR. O'LAUGHLIN:  Objection.
17    Q.    Do you know, do you know which
18   article in the 48 pages Mr. Marsh was
19   forwarding to this email address?
20    A.    No, I have no clue.                           04:09
21    Q.    All right.  We can put that
22   document aside.  Commissioner Oriol,
23   that's all I have.  Thank you very much.
24          THE WITNESS:  Okay.
25          MR. O'LAUGHLIN:  So we're going               04:10
```

