# EXHIBIT 307

STACEY E. PLASKETT  Confidential                              May 09, 2023
GOV. OF U.S. vs JPMORGAN CHASE BANK                                      1

```
 1
 2                UNITED STATES DISTRICT COURT FOR THE
 3                    SOUTHERN DISTRICT OF NEW YORK
 4    ----------------------------
      GOVERNMENT OF THE UNITED
 5    STATES OF AMERICA,
 6          Plaintiff,
 7    v                                    Case No. 1:22-cv-10904-UA
 8    JPMORGAN CHASE BANK, N.A.,
 9          Defendant,
      ----------------------------
10
11
12
13
14                            CONFIDENTIAL
15                      VIDEOTAPED DEPOSITION OF
16                        STACEY E. PLASKETT
17                       Tuesday, May 9, 2023
18                          9:00 a.m. EST
19
20
21
22
23
24    Reported by:  Goldy Gold, RPR
25    Job No. J9647388
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              STACEY PLASKETT - CONFIDENTIAL
 2         Q.    What are the limits?                             02:18
 3         A.    At that time, I believed an                      02:18
 4   individual could give over 30,000.  I can't                  02:18
 5   remember the exact amount, but it was in the                 02:18
 6   range of 30,000.                                             02:18
 7         Q.    How much did you ask Mr. Epstein to              02:18
 8   give?                                                        02:18
 9         A.    To the maximum, whatever that                    02:18
10   maximum was.                                                 02:19
11         Q.    Okay.  How do you get somebody to                02:19
12   give that much money?                                        02:19
13         A.    You ask them.                                    02:19
14         Q.    Okay.  Did Mr. Epstein ever ask for              02:19
15   anything from you?                                           02:19
16         A.    No.                                              02:19
17               MR. NEIMAN:  Let me know mark now as             02:19
18         Plaskett Exhibit 40, a one-page text                   02:19
19         exchange.                                              02:20
20               [Exhibit 40, September 2018 text                 02:20
21         exchange, was marked for identification.]              02:20
22   BY MR. NEIMAN:                                               02:20
23         Q.    All right.  Ms. Plaskett, I've                   02:20
24   handed you Exhibit 40, which is a text exchange              02:20
25   between you and Jerome, your chief of staff, in              02:20
```



1           STACEY PLASKETT - CONFIDENTIAL
2      Q.      Lawyers for JPMorgan, correct?                03:53
3      A.      Yes.                                          03:53
4      Q.      Thank you.  We can put that aside.            03:53
5              Ms. Plaskett, I am going to try to            03:53
6   be as brief as I can today, but we had a lot of          03:53
7   questions this morning about your tenure at EDA          03:53
8   and I want to make sure that a few things are            03:53
9   clear on the record.
10             When did you leave ADA?                       03:53
11     A.      In April of 2012.                             03:53
12     Q.      After April of 2012, did you have             03:53
13  any role in the Virgin Islands government?               03:54
14     A.      No.                                           03:54
15     Q.      Currently, you are a Congresswoman            03:54
16  representing the Virgin Islands, correct?                03:54
17     A.      Yes.                                          03:54
18     Q.      And that's part of the federal                03:54
19  government, right?                                       03:54
20     A.      Yes.                                          03:54
21     Q.      And do you understand that there's a          03:54
22  difference between the Virgin Islands government         03:54
23  and the federal government?                              03:54
24     A.      Very much so.                                 03:54
25     Q.      Thank you.  After 2012, did you have          03:54



| | | |
|---|---|---|
| 1 | STACEY PLASKETT - CONFIDENTIAL | |
| 2 | any authority over decisions regarding EDA tax | 03:54 |
| 3 | benefits? | |
| 4 | A.     No, I did not have authority over | 03:54 |
| 5 | tax benefits at any time. | 03:54 |
| 6 | Q.     Thank you.  After April of 2012, did | 03:54 |
| 7 | you have any input over decisions regarding EDA | 03:54 |
| 8 | tax benefits? | 03:54 |
| 9 | A.     No, I did not after 2012. | 03:54 |
| 10 | Q.     After April of 2012, did you have | 03:54 |
| 11 | any responsibility for anything having to do with | 03:54 |
| 12 | the granting or renewal or applications or | 03:55 |
| 13 | monitoring or compliance regarding EDA tax | 03:55 |
| 14 | benefits? | 03:55 |
| 15 | A.     No, I did not. | 03:55 |
| 16 | Q.     When did you join EDA? | 03:55 |
| 17 | A.     In December 2007. | 03:55 |
| 18 | Q.     When you joined EDA, was Financial | 03:55 |
| 19 | Trust Company already receiving tax benefits from | 03:55 |
| 20 | the Virgin Islands? | 03:55 |
| 21 | A.     Yes. | 03:55 |
| 22 | Q.     Before you joined EDA, did you have | 03:55 |
| 23 | anything to do with the decisions to initially | 03:55 |
| 24 | grant Mr. Epstein's company tax benefits from the | 03:55 |
| 25 | Virgin Islands? | 03:55 |

