# EXHIBIT 316

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE SOUTHERN DISTRICT OF NEW YORK

 3    GOVERNMENT OF THE UNITED STATES
      VIRGIN ISLANDS,                         No. 22-cv-10904-JSR
 4
                     Plaintiff,
 5
      v.
 6
      JPMORGAN CHASE BANK, N.A.,
 7
                     Defendant.
 8    _____
      JPMORGAN CHASE BANK, N.A.,
 9              Third-Party Plaintiff,

10    v.

11    JAMES EDWARD STALEY,
      Third-Party Defendant.
12    _____

13

14         THE ORAL DEPOSITION OF INAIS BORQUE was taken

15    on the 26th day of May, 2023 at the Ritz-Carlton Hotel,

16    6900 Great Bay, Nazareth, St. Thomas, U.S. Virgin

17    Islands, between the hours of 9:07 a.m. and 3:33 p.m.

18    pursuant to Notice and Federal Rules of Civil Procedure.

19                       _____
                         Reported by:
20

21

22                       DESIREE D. HILL
                      Registered Merit Reporter
23                    Hill's Reporting Services
                         P.O. Box 307501
24                  St. Thomas, Virgin Islands
                         (340) 777-6466
25
```

1     than a half an hour.
2          Q.   (By Mr. Ackerman:)  Okay.  Thank you.
3               Did you review documents in preparation
4     for the deposition?
5          A.   Yes.
6          Q.   And did the documents you reviewed include
7     the sex offender file material that counsel showed you
8     during this deposition?
9          A.   Yes.
10         Q.   Okay.  I want to ask you about the
11    compliance checks, which is the last topic you spoke
12    with me about.
13              You testified about weekly compliance
14    checks for sex offenders.  Do you recall that?
15         A.   Yes, I do.
16         Q.   Please explain what you mean when you are
17    referring to weekly sex offense -- compliance check
18    for sex offenders?
19         A.   What I meant by that is now that an
20    investigator is designated for the sex offender unit
21    is when we apply the every -- the weekly checkups,
22    random checkups.  Doesn't have to necessarily be --
23    it's not monitoring.  It's random.
24         Q.   Is there any rule requiring a weekly
25    checkup of every sex offender in the Virgin Islands?

1        A.    No.
2        Q.    Okay. You said "now." For how long has
3   that practice been in effect?
4        A.    I would say 2019.
5        Q.    Okay. Do you know whether prior to 2019
6   there were weekly checkups of sex offenders in the
7   Virgin Islands?
8        A.    I'm not sure because there wasn't an
9   investigator designated to the sex offender unit, but
10  they -- we did have the yearly checkups.
11       Q.    Okay.
12       A.    Which was the roundup.
13       Q.    Explain to me -- explain to us what the
14  yearly checkup is.
15       A.    The yearly checkup is just a random
16  checkup where we check all offenders in that one
17  week. We just randomly pop up at their residence to
18  make sure and confirm that they live at that
19  residence.
20       Q.    Okay. When you say check all offenders in
21  one week, what do you mean by that?
22       A.    Just randomly do compliance checks in that
23  one week, either in St. Croix or St. Thomas.
24       Q.    Okay. And when you say either in St. Croix
25  or St. Thomas, Mr. Epstein didn't live on the island