# EXHIBIT 318

```
 1            UNITED STATES DISTRICT COURT FOR THE

 2                SOUTHERN DISTRICT OF NEW YORK

 3              CASE NUMBER:  22-CV-10904-JSR

 4                     ACTION FOR DAMAGES

 5
     GOVERNMENT OF THE UNITED STATES       )
 6   VIRGIN ISLANDS,                       )
                                           )
 7                           Plaintiff,    )
                                           )
 8   VS.                                   )
                                           )
 9   JP MORGAN CHASE BANK, N.A.,           )
                                           )
10                           Defendant.    )
                                           )
11   ---------------------------------------

12

13

14


15             VIDEO RECORDED DEPOSITION OF

16                   MARGARITA BENJAMIN

17                 FRIDAY, JULY 14, 2023

18

19

20
     REPORTED BY:
21
     DENISE D. HARPER-FORDE
22   Certified Shorthand Reporter (CSR)
     Certified RealTime Reporter (CRR)
23   Certified LiveNote Reporter (CLR)
     Registered Professional Reporter (RPR)
24   Notary Public (FLORIDA)

25
```



```
 1   Ackerman, Motley Rice for the
 2   Government of the U.S. Virgin Islands
 3   and the witness.
 4                  (Witness sworn)
 5                DIRECT EXAMINATION
 6              (BY ATTORNEY NEIMAN):
 7       Q.  Good morning, Ms. Benjamin.
 8       A.  Good morning.
 9       Q.  How are you employed?
10       A.  Could you repeat?
11       Q.  Oh, I'm sorry.  I speak fast
12   sometimes.  I apologize.
13              Where do you work?
14       A.  I work with the Virgin Islands
15   Economic Development Authority in the
16   Virgin Islands Economic Development
17   Commissions Division.
18       Q.  And what is your job?
19       A.  I am presently the managing
20   director of Economic Development.
21       Q.  How long have you been in that
22   position?
23       A.  I have been in that position
24   since 2019.
25       Q.  All right.  And you understand
```



```
 1  that you are here to testify on behalf
 2  of the Government of the U.S. Virgin
 3  Islands?
 4       A.  Yes, I do.
 5       Q.  Okay.  And the topic that
 6  you're testifying about is the
 7  Government's knowledge of Cecile de
 8  Jongh's employment with an
 9  Epstein-related organization.  Do you
10  understand that?
11       A.  Yes, I do.
12       Q.  Can you tell me what the
13  Government's knowledge was in the time
14  period 2000 to 2019 about Ms. De
15  Jongh's employment?
16           ATTORNEY ACKERMAN:  Object to
17  form.  You can answer.
18           THE WITNESS:  Right.  I can --
19  I can speak for specific government
20  and not the overall government.  But
21  it was widely known that Cecile de
22  Jongh was the Governor's wife.  And in
23  particular, being a part of our
24  program, she would engage with several
25  different government agencies.
```



```
 1                   For instance, the Department
 2   of Corporations, the Division of
 3   Corporations, that's where they would
 4   file their corporate annual reports.
 5   And so it was known, of course by
 6   record, she -- her -- she was listed
 7   in those reports that she was also
 8   working for the company.
 9           Q.   For which company?
10           A.   For Financial Trust.
11           Q.   All right.  Which was
12   Mr. Epstein's company?
13           A.   Mr. Epstein's company, yes.
14           Q.   Okay.  So you've mentioned one
15   --
16           A.   Right.
17           Q.   -- place, the Division of
18   Corporations.
19                What else?
20           A.   Correct.
21                And she was also -- would be
22   also engaging with the Bureau of
23   Internal Revenue.  And so coming in
24   contact with any individuals in the
25   Bureau of Internal Revenue as a
```



1  manager for the company and speaking
2  on behalf of any filings that were
3  done, they will be able to recognize
4  her.
5           It's important to note that
6  she was publicly known as the wife, of
7  course.  Once he became Governor, she
8  was part of the swearing-in ceremony
9  that was advertised and was publicly
10 shown.  Generally everyone knew that
11 she was his wife.
12          Those who would have come in
13 contact with her as a cause of doing
14 business would then recognize her as
15 his wife relating to the business of
16 Financial Trust.
17     Q.   Okay.  Any other government
18 agencies that you're in a position to
19 testify knew that Ms. --
20     A.   Uh-huh.
21     Q.   -- de Jongh was working for an
22 Epstein-related organization?
23     A.   The Department of Labor.
24     Q.   Uh-huh.  How did the
25 Department of Labor know?



```
 1          A.   Those employees that were --
 2   had access specifically to the
 3   employment records would have known at
 4   that time.  The CEO and in the
 5   management team would have known at
 6   that particular time.
 7          Q.   So, in fact, from --
 8   throughout the EDC's relationship with
 9   Mr. Epstein's companies, the senior
10   management of the EDC would have known
11   of Ms. de Jongh's affiliation with
12   those companies?
13               ATTORNEY ACKERMAN:  Object to
14   form.
15               THE WITNESS:  Yes.  And it's
16   important to note that in and about
17   2012, everybody more or less knew
18   because there was an article that was
19   published that stated that she was
20   working with the Financial Trust,
21   Epstein's company.
22               (BY ATTORNEY NEIMAN):
23          Q.   Okay.  So certainly by 2012,
24   it was widely known within the
25   Government on the Virgin Islands that
```



```
 1   Ms. de Jongh was working for an
 2   Epstein-affiliated company?
 3           A.   Yes.
 4           Q.   How about within the
 5   Department of Justice of the Virgin
 6   Islands?  Did you do anything to
 7   assess whether the Department of
 8   Justice of the Virgin Islands was
 9   aware that Ms. de Jongh was working
10   for an Epstein-affiliated company?
11           A.   I have no direct knowledge
12   regarding the Department of Justice,
13   just what was read throughout the
14   depositions or throughout the
15   newspaper --
16           Q.   Okay.
17           A.   -- regarding what was
18   happening with the Department of
19   Justice.
20           Q.   And what did you learn from
21   the newspapers?
22           A.   That the then Attorney General
23   Frazer was in communication with
24   Cecile de Jongh regarding legislation
25   that was being passed for sexual
```

