IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>          Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>          Defendant/Third-Party Plaintiff. | Case No. 22-cv-10904 (JSR) |
| JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>Third-Party Defendant. | |

**NOTICE OF FILING OF REVISED REDACTED DOCUMENTS**

Please take notice that Defendant JPMorgan Chase Bank, N.A. ("JPMC") respectfully submits this notice of filing the attached previously filed documents: Attachment A (JPMorgan Chase Bank, N.A.'s Memorandum of Law in Opposition to the Government of the United States Virgin Islands' Motion for Partial Summary Judgment, previously filed as Dkt. 253); and Attachment B (JPMorgan Chase Bank, N.A.'s Local Civil Rule 56.1(B) Response to Statement of Material Facts as to which Government of the United States Virgin Islands Contends there is no Genuine Dispute, previously filed as Dkt. 271).  Additionally, JPMC respectfully submits the attached Exhibits to the Declaration of Felicia H. Ellsworth in Support of JPMorgan Chase Bank, N.A.'s Opposition to the Government of the United States Virgin Islands' Motion for Partial Summary Judgment: Dkt. 263-59 (Exhibit 112); Dkt. 263-64 (Exhibit 117); Dkt. 265-7 (Exhibit

1

131); Dkt. 265-28 (Exhibit 152); Dkt. 265-35 (Exhibit 159); Dkt. 265-41 (Exhibit 165); Dkt. 265-42 (Exhibit 166); Dkt. 267-16 (Exhibit 211); Dkt. 267-19 (Exhibit 214); Dkt. 267-20 (Exhibit 215); Dkt. 267-22 (Exhibit 217); Dkt. 267-23 (Exhibit 218); Dkt. 267-24 (Exhibit 219); Dkt. 267-30 (Exhibit 225); Dkt. 267-32 (Exhibit 227); Dkt. 267-34 (Exhibit 229); Dkt. 267-35 (Exhibit 230); Dkt. 267-36 (Exhibit 231); Dkt. 267-38 (Exhibit 233); Dkt. 267-39 (Exhibit 234); Dkt. 267-42 (Exhibit 237); Dkt. 267-43 (Exhibit 238); Dkt. 267-44 (Exhibit 239); Dkt. 267-45 (Exhibit 240); Dkt. 267-46 (Exhibit 241); Dkt. 267-47 (Exhibit 242); Dkt. 267-51 (Exhibit 246); Dkt. 267-52 (Exhibit 247); Dkt. 267-53 (Exhibit 248); Dkt. 267-54 (Exhibit 249); Dkt. 267-55 (Exhibit 250); Dkt. 267-65 (Exhibit 258); Dkt. 267-68 (Exhibit 261); Dkt. 267-69 (Exhibit 262); Dkt. 267-70 (Exhibit 263); Dkt. 267-71 (Exhibit 264); Dkt. 268-1 (Exhibit 265); Dkt. 268-2 (Exhibit 266); Dkt. 268-4 (Exhibit 268); Dkt. 268-5 (Exhibit 269); Dkt. 268-6 (Exhibit 270); Dkt. 268-7 (Exhibit 271); Dkt. 268-8 (Exhibit 272); Dkt. 268-9 (Exhibit 273); Dkt. 268-13 (Exhibit 277); Dkt. 268-22 (Exhibit 286); Dkt. 268-28 (Exhibit 292); Dkt. 268-35 (Exhibit 299); Dkt. 268-36 (Exhibit 300); Dkt. 268-37 (Exhibit 301); Dkt. 268-38 (Exhibit 302); Dkt. 268-39 (Exhibit 303); and Dkt. 268-60 (Exhibit 324).  These attachments are lesser redacted versions of those previously filed.

| | |
|---|---|
| Dated: August 14, 2023 | Respectfully submitted, |
| **MASSEY & GAIL LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| Leonard A. Gail (*pro hac vice*)<br>Rachel Morse (*pro hac vice*)<br>50 East Washington Street, Suite 400<br>Chicago, IL 60602<br>(t) (312) 283-1590<br>lgail@masseygail.com<br>rmorse@masseygail.com | /s/ *Felicia H. Ellsworth*<br>Felicia H. Ellsworth<br>John J. Butts<br>Andrés O'Laughlin<br>60 State Street<br>Boston, MA 02109<br>(t) (617) 526-6000<br>(f) (617) 526-5000<br>felicia.ellsworth@wilmerhale.com<br>john.butts@wilmerhale.com<br>andy.olaughlin@wilmerhale.com |
| **JONES DAY**<br><br>Bethany K. Biesenthal (*pro hac vice pending*)<br>110 North Wacker Drive<br>Suite 4800<br>Chicago, IL 60606<br>(t) (312) 269-4303<br>(f) (312) 782-8585<br>bbiesenthal@jonesday.com<br><br>Charlotte Taylor<br>51 Louisiana Ave. NW<br>Washington, DC 20001<br>(t) (202) 879-3872<br>(f) (202) 626-1700<br>ctaylor@jonesday.com | Boyd M. Johnson III<br>Robert L. Boone<br>Alan E. Schoenfeld<br>Christopher Bouchoux<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(t) (212) 230-8800<br>(f) (212) 230-8888<br>boyd.johnson@wilmerhale.com<br>robert.boone@wilmerhale.com<br>alan.schoenfeld@wilmerhale.com<br>christopher.bouchoux@wilmerhale.com<br><br>*Attorneys for JPMorgan Chase Bank, N.A.* |