# EXHIBIT 117
# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT                         09:09:27
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                          Case No.
    -against-             1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
          Defendants.
- - - - - - - - - - - - - - - - - - - - x

            C O N F I D E N T I A L

        Videotaped oral deposition of
    Richard Kahn taken pursuant to notice,
    was held REMOTELY, commencing May 18,
    2023, 9:21 a.m., on the above date,
    before Leslie Fagin, a Court Reporter
    and Notary Public in the State of New
    York.


            MAGNA LEGAL SERVICES
              (866) 624-6221
              www.MagnaLS.com



Page 75

1           R. Kahn
2  accounts at JPMorgan?                                    10:46:23
3      A.   I was not that involved in the cash             10:46:25
4  withdrawal process.  I believe it was ███                10:46:30
5  that was requesting it; potentially Harry was            10:46:33
6  going to get it from the bank.                           10:46:37
7           But I do recall there was a certain             10:46:41
8  period of time when I first started that                 10:46:44
9  there were large withdrawals of cash, and                10:46:48
10 that was because the pilots were requesting              10:46:54
11 cash because they were able to negotiate                 10:46:59
12 favorable rates from the fuel provider when              10:47:04
13 they would take long trips, they would get a             10:47:08
14 better rate if they paid with cash.                      10:47:11
15          So there were larger withdrawals                10:47:14
16 because I think at that time jet fuel was 6-             10:47:17
17 or $7 per gallon, and the plane could hold 6-            10:47:22
18 to 8,000 gallons, you know, it was a large               10:47:26
19 amount that was being paid for fuel.                     10:47:29
20     Q.   Which pilots were requesting cash?              10:47:30
21     A.   I don't recall which ones, but I                10:47:34
22 believe the pilots at the time were Larry                10:47:37
23 Visoski, Dave Rogers, and Bill Hammond.                  10:47:40
24     Q.   And you think it was Visoski,                   10:47:46
25 Rogers, or Hammond that were requesting cash?            10:47:49



```
                                                          Page 105
 1                  R. Kahn
 2   to that entity.                                      11:27:01
 3       Q.    What was the plane entity,                 11:27:02
 4   Hyperion, Inc.?                                      11:27:06
 5       A.    Hyperion was one of the plane              11:27:06
 6   entities, and I believe JEGE, Inc. was the           11:27:08
 7   other.                                               11:27:12
 8       Q.    And when we are talking about cash         11:27:12
 9   that is paid for fuel, are you saying cash           11:27:14
10   being wire transferred to a fuel company, or         11:27:20
11   are you saying cash being -- somebody goes to        11:27:24
12   the teller, withdraws cash money --                  11:27:28
13       A.    Correct.                                   11:27:28
14       Q.    -- and then hands that for fuel?           11:27:30
15             MS. ELLSWORTH:  Object to form.            11:27:32
16       A.    Correct.                                   11:27:33
17             MS. ELLSWORTH:  I'm not sure what          11:27:34
18       cash you are using in this context.              11:27:37
19             MR. EDWARDS:  I'm having the same          11:27:39
20       problem.                                         11:27:40
21       Q.    So what do you mean by cash?               11:27:40
22       A.    My understanding of cash is green          11:27:41
23   bills.                                               11:27:44
24       Q.    Okay.                                      11:27:46
25       A.    Not a wire or a check or not a             11:27:46
```



Page 109

|    |                                                           |          |
|----|-----------------------------------------------------------|----------|
| 1  |                    R. Kahn                               |          |
| 2  | money by wire to them, why would it make any             | 11:32:00 |
| 3  | difference whether this is in green bills or             | 11:32:03 |
| 4  | -- they're still receiving the money?                    | 11:32:08 |
| 5  |      A.   To answer your question, I think              | 11:32:10 |
| 6  | what you are asking why in some circumstances            | 11:32:12 |
| 7  | did we pay credit card, cash, or wire, and my            | 11:32:14 |
| 8  | answer for that is kind of something that we             | 11:32:18 |
| 9  | applied with all vendors, not just fuel.  We             | 11:32:20 |
| 10 | were always trying to get the best prices,               | 11:32:23 |
| 11 | whether it was fuel, whether it was an                   | 11:32:25 |
| 12 | architect, purchasing pretty much whatever it            | 11:32:27 |
| 13 | was.  So we would normally go where the best             | 11:32:30 |
| 14 | deal was.                                                 | 11:32:33 |
| 15 |            So in the circumstance where                  | 11:32:34 |
| 16 | Mr. Epstein used green bills cash, I believe             | 11:32:37 |
| 17 | that was a New York vendor, and I believe it             | 11:32:40 |
| 18 | was JFK Airport, but I'm not 100 percent                 | 11:32:42 |
| 19 | sure.                                                     | 11:32:47 |
| 20 |            In this example here, on the                  | 11:32:47 |
| 21 | exhibit, Exhibit 4, the last page, we were               | 11:32:48 |
| 22 | able to get the best pricing by prepaying and            | 11:32:51 |
| 23 | buying the fuel in bulk.                                 | 11:32:54 |
| 24 |            So we didn't discriminate against            | 11:32:56 |
| 25 | using cash, credit card, or wire.  We were               | 11:32:58 |



Page 110

1        R. Kahn
2  seeking the best pricing.                              11:33:00
3       Q.   But by this point in time that we           11:33:01
4  are looking at, 2012, that's long after the           11:33:04
5  time period where you were using green bills          11:33:06
6  to pay for case -- I mean to pay for fuel?            11:33:08
7       A.   I only remember a short window of          11:33:11
8  time that we paid cash for fuel.                       11:33:14
9       Q.   And that short window being before         11:33:16
10 the time period Jeffrey Epstein went to jail          11:33:17
11 in Florida; meaning, early in your                    11:33:19
12 relationship?                                          11:33:22
13      A.   Correct.                                    11:33:23
14      Q.   And during that period of time             11:33:24
15 where you would have used cash, would that            11:33:26
16 money have come from the -- from your office,         11:33:30
17 picked up by Larry Visoski, and taken to              11:33:35
18 whoever the vendor was for fuel?                       11:33:38
19           MS. ELLSWORTH:   Object to form.            11:33:41
20      A.   Yes.  At the time New York Strategy        11:33:43
21 Group would have been the office that Larry           11:33:48
22 came to and collected the cash, correct.              11:33:51
23      Q.   And would you have had receipts for        11:33:53
24 that fuel?                                             11:33:55
25      A.   We wouldn't have them at the time          11:33:57

