# EXHIBIT 152
# FILED UNDER SEAL

**Date:** Friday, October 23 2009 11:05 AM
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:**

photos ??. tell the eye glass place that these glasses have to be re done,, izon tells me that the glasses as they are progressives -have to sit high on the nose as close to the eye as possible,, the person who fit these did not know that. jes staley and wife are going to be at the ranch next weekend,, please coordinate== they get to stay in blue room

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.