# EXHIBIT 159
# FILED UNDER SEAL

**Date:** Friday, August 7 2009 12:58 PM
**Subject:** Re: Fw: Deutsche Bank confirms talks on strategic partnership with █████
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley <jes.staley@jpmorgan.com>;

typical

On Fri, Aug 7, 2009 at 8:45 AM, Jes Staley <jes.staley@jpmorgan.com> wrote:

Here is the latest.

----- Original Message -----
From: Karl X Altenburg
To: Jes Staley; Mary E Erdoes; Pablo Garnica
Cc: Bill T Winters; Klaus Diederichs; Christian Schmiderer
Sent: Fri Aug 07 08:37:58 2009
Subject: Re: Deutsche Bank confirms talks on strategic partnership with █████

We are talking to ███████████████ who is one of the four managing partners and the one who is representing the family. I had one 2hr meeting with him on this matter last week in which as you know he expressed interest in a partnership w jpm (noting however that the family would prefer not to shed control). A few days later the below came out - and we understand is far progressed - after which he is not returning my calls anymore. Consequently no meeting with you has been set up.
At this point not sure what else we can do.
Karl

----- Original Message -----
From: Jes Staley
To: Karl X Altenburg; Mary E Erdoes; Pablo Garnica
Cc: Bill T Winters; Klaus Diederichs
Sent: Fri Aug 07 13:29:28 2009
Subject: Re: Deutsche Bank confirms talks on strategic partnership with █████

Have we set up a meeting with them for when I'm in London. Who are we actually talking to?

Thanks

Jes

----- Original Message -----
From: Karl X Altenburg
To: Mary E Erdoes; Jes Staley; Pablo Garnica
Cc: Bill T Winters; Klaus Diederichs
Sent: Wed Aug 05 06:53:24 2009
Subject: Re: Deutsche Bank confirms talks on strategic partnership with █████

Ok

----- Original Message -----
From: Mary E Erdoes
To: Karl X Altenburg; Jes Staley; Pablo Garnica
Cc: Bill T Winters; Klaus Diederichs

CONFIDENTIAL

ESTATE_JPM002742

Sent: Wed Aug 05 11:33:03 2009
Subject: Re: Deutsche Bank confirms talks on strategic partnership with ▮

Yes we spoke about it yesterday.  Just let us know what transpires-happy to get on a plane to meet sooner if need be.
ME

----- Original Message -----
From: Karl X Altenburg
To: Mary E Erdoes; Jes Staley; Pablo Garnica
Cc: Bill T Winters; Klaus Diederichs
Sent: Wed Aug 05 06:27:05 2009
Subject: Re: Deutsche Bank confirms talks on strategic partnership with ▮

Don't know if Pablo updated you, but I had very constructive 2 hour mtg w the family partner last week, where he essentially said they see strong merits in an institutional partnership w JPM (possibly along the lines of our ▮ deal). He did say they would be reluctant to shed control (could be that deutsche is prepared to only take minority stake).

We left it that we both wanted to talk to our organisation re next steps. I called him monday intending to suggest a mtg w jes /yourself, but he didn't return the call for obvious reasons.
I left him message this morning asking him where we stand in light of news.

If he dosn't shut the door (deutsche bid is apparently non-binding), we may have to decide whether we want to become more formal in our approach.
Keep you posted
Karl

----- Original Message -----
From: Mary E Erdoes
To: Karl X Altenburg; Jes Staley; Pablo Garnica
Cc: Bill T Winters; Klaus Diederichs
Sent: Wed Aug 05 11:15:37 2009
Subject: Re: Deutsche Bank confirms talks on strategic partnership with ▮

Please let us know what you need us to do from here.
Mary

----- Original Message -----
From: Karl X Altenburg
To: Jes Staley; Mary E Erdoes; Pablo Garnica
Cc: Bill T Winters; Klaus Diederichs
Sent: Wed Aug 05 03:49:31 2009
Subject: Fw: Deutsche Bank confirms talks on strategic partnership with ▮

Looks like unfortunately we are late. ▮ hasn't returned my call since our mtg last week. Will try to talk to him. Karl

----- Original Message -----
From: Georg C Platzer
To: Klaus Diederichs; Karl X Altenburg; Christian Schmiderer; Team Rock
Sent: Wed Aug 05 08:34:31 2009
Subject: Fw: Deutsche Bank confirms talks on strategic partnership with ▮

CONFIDENTIAL

ESTATE_JPM002743

```
----- Original Message -----
From: Deutsche Bank Investor Relations <newsletter.db.ir@information.deutsche-bank.de>
To: Georg C Platzer
Sent: Wed Aug 05 07:53:22 2009
Subject: Deutsche Bank confirms talks on strategic partnership with ▉
```

FRANKFURT AM MAIN, 5 August 2009 - Deutsche Bank (XETRA: DBKGn.DE / NYSE: DB) confirmed talks on a strategic partnership with ▉ In this respect, Deutsche Bank has made a non-binding offer for a capital stake in ▉ will allow Deutsche Bank to conduct due diligence.

The strategic partnership is intended to give ▉ customers access to Deutsche Bank's global network and strengthen Deutsche Bank's position in business with affluent private clients in Germany.

About Deutsche Bank

Deutsche Bank is a leading global investment bank with a strong and profitable private clients franchise. A leader in Germany and Europe, the bank is continuously growing in North America, Asia and key emerging markets. With 78,896 employees in 72 countries, Deutsche Bank offers unparalleled financial services throughout the world. The bank competes to be the leading global provider of financial solutions for demanding clients creating exceptional value for its shareholders and people.

Deutsche Bank AG
Investor Relations
Phone +49-69-910-35395/ -38080
Fax +49-69-910-38591
E-mail: db.ir@db.com
http://www.deutsche-bank.com/ir

------------------------------
To unsubscribe the newsletter
------------------------------
If you wish to cancel receiving our newsletter please click on the URL stated below and follow the instructions:


This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email .


--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein

Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

CONFIDENTIAL                                                                                                              ESTATE_JPM002745