# EXHIBIT 211
# FILED UNDER SEAL

**Date : 6/23/2014 4:16:52 PM**
**From : "Cecile de Jongh"**
**To : "Erika Kellerhals"**
**Subject : Re: help!!**

I asked him already.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Jun 23, 2014, at 5:04 PM, Erika Kellerhals <​​​​​​​​​​​​​​​​> wrote:

I need to raise $20K by Wednesday for Stacey. Think I can ask JEE? Anyone else you can think of?

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC

Tel:
Fax:
email:

Notice: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information. Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received. Thank you.

Circular 230: To ensure compliance with the requirements imposed by the IRS, we inform you that any tax advice contained in our communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any tax penalty or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.