# EXHIBIT 214
# FILED UNDER SEAL

| | |
|---|---|
| Date: | Thursday, November 10 2016 01:33 PM |
| Subject: | Re: |
| From: | Cecile de Jongh < ███████ > |
| To: | jeffrey E. <jeevacation@gmail.com>; |
| Attachments: | Candidates.pdf |

Good morning,

Ten of the twelve candidates that we gave contributions to won. I personally raised funds for two candidates (Rodriguez and DeGraff) whom STC did not contribute to and they won as well. Gittens, from St. Croix, was an incumbent and he lost. He was a huge Mapp person...might be a sign of things to come in 2018. See the attached list -the names in **bold** and above the line are the winners.

With warm regards,

Cecile

On Thursday, November 10, 2016 8:28 AM, jeffrey E. <jeevacation@gmail.com> wrote:

how did our candidates do?

--

please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                                    ESTATE_JPM022478