# EXHIBIT 215

## t senator out, two still battling on St. Thomas



Daily News photo by R. JALANI HORTON
Ballots are scanned Tuesday at Charlotte Amalie High School on St. Thomas.

### St. Thomas–St. John Senate

| Candidate | Votes | % |
|---|---|---|
| Marvin Blyden | 6,186 | 11.46 |
| Janette Millin Young | 5,030 | 9.32 |
| Tregenza Roach | 4,813 | 8.92 |
| Myron Jackson | 4,200 | 7.78 |
| Jean Forde | 4,023 | 7.45 |
| Kevin Rodriquez | 3,929 | 7.28 |
| Dwayne DeGraff | 3,631 | 6.73 |
| Janelle Sarauw | 3,592 | 6.65 |
| Justin Harrigan Sr. | 3,360 | 6.22 |
| Patrick Simeon Sprauve | 3,131 | 5.80 |
| Alma Francis Heyliger | 2,612 | 4.84 |
| Stephen Frett | 2,473 | 4.58 |
| Wilma Marsh Monsanto | 1,474 | 2.73 |
| Albert Richardson | 1,311 | 2.43 |
| Bruce Flamon | 1,242 | 2.30 |
| Shirley Sadler | 1,039 | 1.92 |
| Maxwell Carty | 972 | 1.80 |
| Margaret Price | 550 | 1.02 |
| Write-in | 411 | 0.76 |

— Results are unofficial and do not include absentee or provisional ballots.

seats.

Sarauw said that while she is still hopeful for a victory, Tuesday's results show the difficulty in unseating incumbents.

"It's evident that, as a people, we're still apprehensive about change," she said. "Basically, we still elected the same status quo. We're still on edge but the people will decide. And I will yield to whatever the democracy decides."

Sarauw said that regardless of the final results, she'll continue to be civically engaged and work to better the St. Thomas community.

"I don't need a position to effect change. But it's evident that it's very difficult for young

See ST. THOMAS, page 4

## te-getter on St. Croix; Hansen wins seat



Daily News photo by LINDA MORLAND
Sen. Kurt Vialet, takes video of his supporters with his phone, after the results put him at the top of those running for Senate from St. Croix.

### St. Croix Senate

| Candidate | Votes | % |
|---|---|---|
| Kurt Vialet | 5,667 | 12.24 |
| Novelle Francis Jr. | 5,126 | 11.07 |
| Alicia Hansen | 4,513 | 9.75 |
| Sammuel Sanes | 4,497 | 9.72 |
| Positive Nelson | 4,221 | 9.12 |
| Nereida Rivera-O'Reilly | 4,175 | 9.02 |
| Neville James | 4,100 | 8.86 |
| Kenneth Gittens | 4,030 | 8.71 |
| Terrence Joseph | 2,807 | 6.06 |
| Norman Jn Baptiste | 1,726 | 3.73 |
| Robert Moorhead | 1,647 | 3.56 |
| Patricia James | 1,567 | 3.39 |
| Danny Emmanuel | 991 | 2.14 |
| Duane Howell | 770 | 1.66 |
| Write-in | 448 | 0.97 |

— Results are unofficial and do not include absentee or provisional ballots.

island of St. Croix. I am a staunch advocate of

sults" he said, praising his staff, campaign work-

"I am very thankful to God because it was an uphill battle for me to respond to the people's request that I represent them," Hansen said. "They wanted to get my voice back and they got it back. Now, it's back to work."

Hansen was disqualified from being on the 2014 ballot, although she launched a write-in campaign that year.

CONFIDENTIAL                                    ESTATE_JPM022479