# EXHIBIT 217
# FILED UNDER SEAL

Date : 10/2/2018 5:28:32 PM
From : "Cecile de Jongh"
To : "Una Pascal"
Subject : Fw: Re: Various

Hi Una,

Please cut the checks ($1,000 each) indicated below. The names on the checks are underlined and bolded.

Thanks.

With warm regards,

Cecile de Jongh

--- Forwarded Message ---
**From:** Richard Kahn
**To:** Cecile deJongh
**Cc:** Jeanne Brennan
**Sent:** Friday, September 28, 2018 02:24:14 PM ADT
**Subject:** Re: Various

i spoke with jee yesterday and ok to cut all checks (4) from STC
thank you



tel
fax
cel

On Sep 21, 2018, at 2:43 PM, Cecile de Jongh wrote:

Hi Rich,

Re          JE said that she should opt out of the Simple IRA contribution. I'll prepare a letter for her.

I discussed political contributions with him. I asked about writing checks from STC and he said to talk to you but his guess is yes. Please let me know your thoughts.

Senatorial candidates ($1,000 each):

Alicia Barnes - **Supporters of Alicia Barnes**

Donna Frett-Gregory - **Supporters of Donna Frett-Gregory**

Stedmann Hodge Jr. - **The Committee to Elect Stedmann Hodge, Jr.**

Athneil "Bobby" Thomas - **The Power PAC**

With warm regards,

Cecile de Jongh

CONFIDENTIAL
ESTATE_JPM058471