# EXHIBIT 218
# FILED UNDER SEAL

Date : 10/26/2018 9:31:57 PM
From : "Cecile de Jongh"
To : "Richard Kahn"
Cc : "Una Pascal"
Subject : Re:

Ok

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Oct 26, 2018, at 3:54 PM, Richard Kahn wrote:

use your office

Richard Kahn

tel
fax
cell

On Oct 26, 2018, at 4:51 PM, Una Pascal wrote:

Rich,

They also need a telephone.

On Fri, Oct 26, 2018 at 3:44 PM Richard Kahn wrote:
my address is ok as long as donation from jee

Richard Kahn
HBRK Associates Inc.

tel
fax
cell

> On Oct 26, 2018, at 3:33 PM, Cecile de Jongh wrote:
>
> Rich,
>
> What email address should we use on the DCCC website?  Una is trying to pay the $10,000.
>
> With warm regards,
>
> Cecile
>
> Sent from my iPhone and misspellings courtesy of iPhone.
>

> On Oct 26, 2018, at 1:04 PM, Una Pascal  wrote:
>
>
> Hi Cecile,
>
> I am processing the donation right now.  It is asking for a email address
> and a phone number. What information would like me to use?
>
> Thanks,
> Una

CONFIDENTIAL   ESTATE_JPM060697