# EXHIBIT 219
# FILED UNDER SEAL

Date : 11/9/2018 7:05:26 PM
From : "Cecile de Jongh"
To : "Jeanne Brennan"
Cc : ███████
Subject : PAC Check

Jeanne,

Please prepare a check in the amount of $25,000 to the below entity from STC as per JE.

From Adriane Dudley:

The PAC is Islands Engaged, Inc.
███████

attn: Yvette Sutphin

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

CONFIDENTIAL
ESTATE_JPM058976