# EXHIBIT 225

# FILED UNDER SEAL

**Date : 8/29/2016 4:43:18 PM**
**From : "Una Pascal"**
**To : "Cecile de Jongh"**
**Subject : Re: Chamber Invoice for Southern Trust**

I started to laugh!! I guess after he met with the Governor last week
in St. Croix

On Mon, Aug 29, 2016 at 11:23 AM, Cecile de Jongh ██████████ > wrote:
  Really?

  With warm regards,

  Cecile

  Sent from my iPhone and misspellings courtesy of iPhone.

  On Aug 29, 2016, at 10:39 AM, Una Pascal ██████████ > wrote:

  Kenneth Gittens
  Neville James
  Nellie Rivera-O'Reilly

On Mon, Aug 29, 2016 at 9:01 AM, Cecile de Jongh ██████████ wrote:
  Ok, thanks.  Which three were added?

  With warm regards,

  Cecile

  Sent from my iPhone and misspellings courtesy of iPhone.

  On Aug 29, 2016, at 9:31 AM, Una Pascal ██████████ wrote:

  Good Morning Cecile,

  He added three more Senators to the list.  I have them all sign for you.
  Unfortunately, the check for the Chamber will have to wait until he comes
  back to St. Thomas.

  Thanks,
  Una

  On Mon, Aug 29, 2016 at 8:05 AM, Cecile de Jongh ██████████ wrote:
  Good morning Una,

  Please cut a check for $2,500 to the Chamber of Commerce.  Have JE sign it on STT, please don't send it to NY.

  Also, did JE sign the political checks?

  With warm regards,

  Cecile

  Sent from my iPhone and misspellings courtesy of iPhone.

  Begin forwarded message:

  **From:** "Chamber Staff" ██████████
  **Date:** August 16, 2016 at 4:41:45 PM EDT
  **To:** ██████████
  **Subject: Chamber Invoice for Southern Trust**

                                                    ESTATE_JPM066053

Good Day Cecile,

Attached is the Fundraising Invoice you requeste.

Thanks,

Joe

This email has been checked for viruses by Avast antivirus software.
www.avast.com