Case 1:22-cv-10904-JSR   Document 284-20   Filed 08/14/23   Page 1 of 2

# EXHIBIT 227
# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Maria Hodge |
| **Sent:** | 6/25/2012 4:37:23 PM |
| **To:** | Ronald Russell  ; Ronald Russell [rrussell@legvi.org] |
| **BCC:** | jeevacation@gmail.com |
| **Subject:** | Bill 29-0239 Amendments |
| **Attachments:** | Bill 29-0239 draft amendment with new revisions 6 25 2012 (3).docx |
| **Importance:** | High |

Senator: I have spoken today to the AG's assistant, attorney Carbon, and also to Asst. AG Anderson, and they shared with me their counter-proposal language, which I still believe has a number of problems. After our discussion, by agreement I sent the attached compromise proposal to Attorney Carbon, but I have not been able to reach her by phone yet to get her response. (I left a voice message for her) This counter-proposal was specifically prepared to cover the DOJ concern that there be no off island travel without some notice, even in emergency situations, but to allow notice by expedited means in those cases, and also to adopt reasonable criteria for frequent travelers, etc. I hope you will offer this language rather than the draft the DOJ prepared. I will plan to be there if you have any questions. Maria Hodge

--
Maria Tankenson Hodge
Hodge & Francois



(fax)