# EXHIBIT 229
# FILED UNDER SEAL

**Date:** Monday, August 19 2013 04:57 PM
**Subject:** Re: Celestino White
**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh; Richard Kahn

approved

On Mon, Aug 19, 2013 at 10:12 AM, Cecile de Jongh wrote:

Senator White signed the Contractor's Agreement and the Confidentiality Agreement but I asked him to change the dates on the first page of the Contractor's Agreement to reflect 8/23/13. We will need to get him a check for $10,000 by Friday.

With warm regards,

Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

"Nearly all men can stand adversity, but if you want to test a man's character, give him power." ~ Abraham Lincoln

Please consider the environment before printing this e-mail.

--
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL                                             ESTATE_JPM021286