# EXHIBIT 231
# FILED UNDER SEAL

| | |
|---|---|
| Date: | Thursday, December 10 2009 01:55 PM |
| Subject: | Salary analysis.xlsx |
| From: | Cecile de Jongh |
| To: | Jeffrey Epstein <jeevacation@gmail.com>; |
| Attachments: | Salary analysis.xlsx |

Jeffrey,

Here are the numbers. To put her totals in context for you and, as we discussed, I checked on local salaries for this position - $150,000 to $160,000 for starting salary.

I hope you don't mind the background info - I just want you to have a bigger picture.
Thank you for looking at this.

CONFIDENTIAL                                                                                                                                        ESTATE_JPM024370