# EXHIBIT 233
# FILED UNDER SEAL

Date : 12/10/2013 6:29:47 PM
From : "Jeanne Brennan"
To : "Cecile deJongh" , "richard █████████"
Subject : Revised
Attachment : STC. FTC Salaries 2013.pdf;

Let me know if you see any changes that should be made. Jeanne

CONFIDENTIAL                                                                                                                                            ESTATE_JPM064333