# EXHIBIT 234
# FILED UNDER SEAL

# STC/FTC
## Salary and Benefit History
## 2009 - 2014

### Cecile

|  | | Proposed increases/bonuses | | | | |
|---|---|---|---|---|---|---|
|  | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** |
| Salary | | | | | | |
| Salary - Increase | | | | | | |
| Bonus | | | | | | |
| Health Insurance | | | | | | |
| Simple IRA | | | | | | |
| Payroll taxes | | | | | | |
| Antilles tuition | 15,300 | 14,900 | 15,300 | 16,230 | 16,230 | |
| College tuition | 74,799 | 38,176 | 79,735 | 21,569 | 22,027 | |

### Jeanne

|  | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** |
|---|---|---|---|---|---|---|
| Salary | | | | | | |
| Salary - Increase | | | | | | |
| Bonus | | | | | | |
| Health Insurance | | | | | | |
| Simple IRA | | | | | | |
| Payroll taxes | | | | | | |
| Antilles tuition | | | | | | |
| College tuition | | | | | | |

CONFIDENTIAL                                                                                      ESTATE_JPM064334

# STC/FTC
## Salary and Benefit History
## 2009 - 2014

### Anna

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Salary | | | | | | |
| Bonus | | | | | | |
| Health Insurance | | | | | | |
| Simple IRA | | | | | | |
| Payroll taxes | | | | | | |
| Local tuition | | | | | | |
| JEE personal | | | | | | |
| LSJE - as of 11.30.2013 | | | | | | |
| LSJE - as of December | | | | | | |

### Daphne

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Salary | | | | | | |
| Salary - Increase | | | | | | |
| Bonus | | | | | | |
| Health Insurance | | | | | | |
| Simple IRA | | | | | | |
| Payroll taxes | | | | | | |
| JEE personal | | | | | | |

CONFIDENTIAL                                                                          ESTATE_JPM064335

# STC/FTC
## Salary and Benefit History
## 2009 - 2014

### Una

|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Salary | | | | | | |
| Salary - Increase | | | | | | |
| Bonus | | | | | | |
| Health Insurance | | | | | | |
| Simple IRA | | | | | | |
| Payroll taxes | | | | | | |
| Local tuition | | | | | | |
| Loan given | | | | | | |
| payments made to date | | | | | | |

### Jermaine

|  | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Salary | | | | | | |
| Salary - Increase | | | | | | |
| Bonus | | | | | | |
| Health Insurance | | | | | | |
| Simple IRA | | | | | | |
| Payroll taxes | | | | | | |
| Local tuition | | | | | | |
| JEE personal | | | | | | |
| Loan given | | | | | | |
| payments made to date | | | | | | |

CONFIDENTIAL

ESTATE_JPM064336

# STC/FTC
## Salary and Benefit History
## 2009 - 2014

| Year | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|
| Total - for current employees | ██ | ██ | ██ | ██ | ██ | ██ |

CONFIDENTIAL