# EXHIBIT 237
# FILED UNDER SEAL

**Date:** Sunday, December 27 2015 09:52 PM
**Subject:** Re: Misc
**From:** John P. de Jongh, Jr.
**To:** jeffrey E. <jeevacation@gmail.com>;

Ok. Whatever time is best for you. I can call; my cell

John

Sent from my iPhone
On Dec 27, 2015, at 5:25 PM, jeffrey E. <jeevacation@gmail.com> wrote:

> lets talk tomorw .
>
> On Sun, Dec 27, 2015 at 3:52 PM, John de Jongh, Jr wrote:
>
>> Good afternoon.
>>
>> As you are aware, I was recently contacted by the VI Department of Justice and we seem to be near to an agreement on their acceptance of $380k (down from the initial $490k ask). Some details are still in process, however we are trying to put on hold a court-scheduled Motions hearing of January 13th so a final agreement can be executed. They have proposed a January 4th payment date and I have countered with a January 15th date.
>>
>> Per our previous conversation, I would like to take you up on your offer and request to borrow $215k.
>>
>> I really appreciate your willingness to help.
>>
>> John
>>
>> --
>>
>> please note
>>
>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of JEE
>> Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and

destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM050242