# EXHIBIT 238
# FILED UNDER SEAL

**Date:** Tuesday, June 27 2017 12:21 PM
**Subject:** Thank You
**From:** John de Jongh, Jr
**To:** 'jeffrey E.' <jeevacation@gmail.com>;

Good morning. Hope this finds you doing well.

Just wanted to again express my appreciation and thank you for the assistance at a very difficult time, it made matters much easier.

All the best,
John

CONFIDENTIAL
ESTATE_JPM050265