# EXHIBIT 240

**Date : 11/19/2019 1:35:00 AM**
**From : "Cecile de Jongh"**
**To : "Jeanne Brennan"**
**Subject : Talking Points**
**Attachment : 11.19.19 Talking Points.docx;**

Let me know your thoughts.

With warm regards,

Cecile de Jongh

CONFIDENTIAL                                                                                                                         ESTATE_JPM061002