# EXHIBIT 242
# FILED UNDER SEAL

Date : 2/5/2015 7:50:18 PM
From : "Ann Rodriquez"
To : "Lesley Groff"
Cc : "Cecile de Jongh" , "Daphne Wallace"
Subject : Re: Meeting w/ CW

Ok. Great.

Ann R.

On Feb 5, 2015, at 1:28 PM, Lesley Groff ▮▮▮▮ wrote:

> great. will do thanks
>
> On Feb 5, 2015, at 12:08 PM, Cecile de Jongh ▮▮▮▮ wrote:
>
>> Good afternoon Lesley,
>>
>> Please include on JE's schedule a meeting with former Senator Celestino White on Tuesday, February 10th at 2 PM at the STC office. The POC will be me. Thanks.
>>
>> With warm regards,
>>
>> Cecile

CONFIDENTIAL

ESTATE_JPM055381