# EXHIBIT 246
# FILED UNDER SEAL

Date : 12/20/2019 4:00:21 PM
From : "Celina D. Morris"
To : "Cecile ▮▮▮▮▮"
Subject : Introduction to the VIEDA Business Ambassador
Attachment : Business Ambassador Introduction_Southern Trust.pdf;image001.png;image002.png;image003.png;image004.png;

Good day:

Season's Greetings from the U.S. Virgin Islands Economic Development Authority ("VIEDA")!

Attached is a letter from VIEDA CEO, Kamal Latham, requesting your company's assistance with promoting the VIEDC tax incentive program, as well as introducing you to our Business Ambassador, Yolanda Bryan. Ms. Bryan is available to assist you with any challenges you may encounter as you do business in the U.S. Virgin Islands. She will be contacting you to schedule a meeting in the new year. Ms. Bryan can be reached via email at ybryan@usvieda.org or by telephone at 340-773-6499 (office) or ▮▮▮▮▮▮▮▮▮.

Thank you for your time and consideration, and all the best for the coming year.

Regards,

**Celina D. Morris**
*Executive Assistant to the CEO*
Email: cmorris@usvieda.org
Phone: 340-714-1700 Ext 1113
Fax: 340-774-0990
www.usvieda.org



UNITED STATES VIRGIN ISLANDS
**Economic Development Authority**
8000 Nisky Shopping Center, Suite 620
St. Thomas, U.S. Virgin Islands 00802

---

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.