# EXHIBIT 247
# FILED UNDER SEAL

Date : 1/17/2017 5:46:54 PM
From : "Everett Barnes"
To : "sharon.mccollum@doe.vi" , "cecile
Subject : Introduction; DOE Public Private Partnerships
Attachment : image001.png;

Commissioner, thank you for this introduction. Ms. deJongh, it is a pleasure to meet you and look forward to working with you in advancing the VIDE Public/Private Partnership. I have a colleague preparing a list of the most active foundations supporting education and initiatives related to the Commissioner's and Governor's priorities. As you are aware, most foundations do not release Requests for Proposals . They tend to follow processes where they "invite" select individuals or entities to do brief presentations of their ideas/vision and then work as partners to flesh out those ideas. That means that typically they either know who you are or you know who in the foundation to reach out to.. There are two critical elements that need to be in place: 1.] before we [VI/RMC] do anything we need a clear ,concise and compelling vision that articulates exactly what the VI plans to do. That needs to come from critical stakeholders and influencers in VI and not from "outsiders", like RMC; 2.] we will need "influencers", like Mr. Epstien and others, who can open the doors and get the Commissioner an audience. I am afraid this is going to be a long process. I have suggested to the Commissioner that after the VI vision is completed we should look at the possibility of "re-aligning" existing federal dollars to begin key initiatives and then look at what is available through competitive grants and foundations. It would be wonderful if we could build a small core group of "influencers " who have a personal commitment to the VI and who would be willing to provide some resources to get some initiatives off the ground without all the politics and bureaucracy associated with govt. or foundation funding. Look forward to meeting you in person soon. You have my e-mail. My office number is             My cell is
Reach out at any time.

Education, beyond all other devices of human creation, is the greatest equalizer of the conditions of Man.—Horace Mann, 1848

**From:** McCollum, Sharon [mailto:sharon.mccollum@doe.vi]
**Sent:** Thursday, January 12, 2017 3:40 PM
**To:** Everett Barnes; cecile
**Cc:** ccolest
**Subject:** Introduction; DOE Public Private Partnerships

Good afternoon Mrs. deJonghn and Mr. Barnes:

Please allow me to introduce the two of you via email.
I have spoken to Mrs. deJonghn regarding the assistance RMC will be giving the Department of Education in moving forward in building our public/private partnerships.
Our desire is to create targeted goals that can benefit both the Department of Education and the Territory. I have asked Mrs. deJonghn to include her employer, Jeffery Epistien, in reviewing a
list of potential donors to see if he is familiar with individuals to facilitate "inside" contacts.

RMC will supply a list of possible contacts for review.

We are planning a meeting, February 19, 2017, to bring to the table all parties that can assist DOE with making this vision a reality.

Everett Barnes
Cecile deJohghn

Regards,
*Sharon Ann McCollum, Ph.D.*
Commissioner
Virgin Islands Department of Education
1834 Kongens Gade St. Thomas, VI 00802
2133 Hospital Street, Christiansted, VI 00820
Phone: 340-774-0100 (STT) or 340-773-1095 (STX)


THE VIRGIN ISLANDS DEPARTMENT OF EDUCATION

CONFIDENTIALITY NOTICE: This e-mail and any attachments to it contains privileged information intended only for the use of the individual (s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Copying, duplication and/or use of any addressee's email address for purposes other than the subject of this email is prohibited. Thank you for your cooperation.