# EXHIBIT 249

**Date : 2/27/2017 7:38:10 PM**
**From : "Turnbull, Karen"**
**To : "Cecile de Jongh"**
**Cc : "McCollum, Sharon"**
**Subject : Discussion with Jeffrey Epstein**

Good Afternoon Mrs. de Jongh:
This serves as a follow up to an email that I forwarded regarding the Education Summit held February 15, 2017.  I trust you received the information regarding the K-3 Literacy Initiative that the Virgin Islands Department of Education is undertaking.  Additionally, Commissioner McCollum requested that I contact you relative to your assurance to speak with Mr. Jeffrey Epstein regarding other individuals who the Department of Education can possibly contact for funding.  Thank you.

*Karen Pulliam Turnbull*
*Office of the Commissioner*
*Department of Education*
*340-774-2810*

*Confidentiality Notice: The information in this e-mail and any attachments thereto is intended for the named recipient(s) only. This e-mail, including any attachments, may contain information that is privileged and confidential and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action or inaction in reliance on the contents of this e-mail and any of its attachments is STRICTLY PROHIBITED. If you have received this e-mail in error, please immediately notify the sender via return e-mail; delete this e-mail and all attachments from your e-mail system and your computer system and network; and destroy any paper copies you may have in your possession. Thank you for your cooperation*

CONFIDENTIAL

ESTATE_JPM065842