# EXHIBIT 250

**Date : 10/18/2017 12:22:55 AM**
**From : "Cecile de Jongh"**
**To : "Lesley Groff"**
**Subject : Slight Change of Plans**


Good evening Lesley,

We just got a call from American Airlines and they have switched us to leaving on Saturday, October 21st instead of Friday the 20th.  Is it alright for us to stay one more day in the apartment?

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

CONFIDENTIAL

ESTATE_JPM060812