# EXHIBIT 258

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   CASE NO. 22-CV-10904
 5   ---------------------------------------x
 6   GOVERNMENT OF THE UNITED STATES V.I.,
 7
 8                             Plaintiff,
 9
10   vs.
11
12   JPMORGAN CHASE BANK, N.A.,
13
14                             Defendant.
15   ---------------------------------------x
16              ***CONFIDENTIAL***
17                   July 7, 2023
18
19         Confidential Remote Video-Recorded
20              30(b)(6) Deposition of
21            GVI BY JEAN-PIERRE ORIOL
22
23   Stenographically Reported By:
24   Mark Richman, CSR, CCR, RPR, CM
25   Job No. J9913116
```



```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2   there had been a search party led by
 3   defendant Epstein and he was physically
 4   restraining individuals on his island,
 5   but there was no investigation opened by
 6   the VIPD, correct?
 7          MR. ACKERMAN:  Objection, form,
 8     scope.
 9   A.     Correct.
10          MR. O'LAUGHLIN:  Let's enter tabs
11     8 and 8A as exhibits 4 and 5.
12          (Exhibit 4, document, Bates
13     VI-JPM-000079660 was marked for
14     identification.)
15          (Exhibit 5, document, Bates
16     VI-JPM-000079661 was marked for
17     identification.)
18   A.     Okay.
19   Q.     So exhibit 4 is a message from
20   Jason Marsh dated December 82018 to a
21   JADA615@hotmail.com and it attaches
22   exhibit 5 which is a, appears to be a
23   scan of the Virgin Islands Daily News
24   paper from December 8, 2018.  Is that
25   correct?
```



<pre>
1        JP ORIOL - 7.7.23 - CONFIDENTIAL
2     A.    So there is no way for me to tell
3   from the exhibit 4 what is attached.
4     Q.    Sure.  But do you see the Bates
5   number at the bottom 79660?
6     A.    Yes.
7     Q.    And then the next page is 79661,
8   so they're sequentially Bated?
9     A.    I have 79662 as the -- I'm sorry,
10  I wasn't on the cover page of the Daily
11  News article.  Okay, yes.
12    Q.    Okay.  So obviously you don't
13  have access to metadata, but do you have
14  any reason to think that these weren't
15  produced side by side as the attachment
16  in the prior email?
17    A.    No.
18    Q.    Okay.  Who is Jason Marsh?
19    A.    He works in the VIPD.
20    Q.    Do you know what his specific
21  role within VIPD is?
22    A.    I do not know his present title.
23    Q.    Okay.  If I represent to you that
24  he is Deputy Commissioner, do you have
25  any reason to think that's not accurate?
</pre>

ESQUIRE DEPOSITION SOLUTIONS

```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    A.    No, that could be it.
 3    Q.    Okay.  Did you speak with Mr.
 4    Marsh in preparing to testify today?
 5    A.    No, I did not.
 6    Q.    Do you know if Lieutenant
 7    Cannonier did?
 8    A.    No, I do not.
 9    Q.    No, you don't know whether she
10    did or not or no you don't think she
11    did?
12    A.    No, I do not know if she spoke
13    with him.
14    Q.    Okay.  So the news article that
15    Deputy Commissioner Marsh sends, if you
16    look at the second page of the PDF has
17    the title Lawmakers issue call for
18    investigation of Epstein deal and it is
19    a republication of a Miami Herald piece.
20          Do you see that?
21          MR. ACKERMAN:  Object to form.
22     Mischaracterizes the document
23     entirely.
24    A.    Yes, I see the article.
25    Q.    Do you see it's by a Julie Brown?
```



```
 1         JP ORIOL - 7.7.23 - CONFIDENTIAL
 2      VI-JPM-000079601 was marked for
 3       identification.)
 4    A.    Okay.
 5    Q.    This is an email chain that
 6   starts with a July 16, 2019 email from a
 7   Curt Devine of CNN.com and it asks
 8   certain questions of the VI Police
 9   Department including "Has US Virgin
10   Islands Police Department participated
11   in (or been asked to participate in) any
12   investigation related to Mr. Jeffrey
13   Epstein?"
14          Do you see that?
15    A.    Yes.
16    Q.    Do you know what the answer to
17   that question is?
18    A.    Has the US Virgin Islands Police
19   Department received any complaints?  So,
20   again, from what was reported to me,
21   that there were no complaints.
22    Q.    Sorry, I was focused on the
23   second question which is has US Virgin
24   Islands police participated in or been
25   asked to participate in any
```



```
 1        JP ORIOL - 7.7.23 - CONFIDENTIAL
 2    investigation related to Mr. Jeffrey
 3    Epstein?
 4      A.    So what -- from -- so staff did
 5    not report to me that any invest- --
 6    that they were asked to participate in
 7    any investigation.
 8      Q.    So in addition to not having any
 9    investigation of their own, they didn't
10    participate in any investigation?
11      A.    Again, I don't know that there
12    was, if they were asked to.  Staff did
13    not report to me that they were asked to
14    participate in.
15      Q.    Okay.  Do you know if there was a
16    response by VIPD to these inquiries?
17           MR. ACKERMAN:  Objection, form,
18     scope.
19      A.    No, I do not know.
20      Q.    Okay.  Let's enter tab 17 as
21    exhibit 8.
22           (Exhibit 8, document, Bates
23     VI-JPM-000084037 was marked for
24     identification.)
25      A.    Okay.
```

