# EXHIBIT 265
# FILED UNDER SEAL

**From:** Jeffrey Epstein [jeevacation@gmail.com]
**Sent:** 4/9/2009 1:22:57 PM
**To:** Cecile de Jongh
**Subject:** Re: confidential

ok,, re germaine, we need the most competent people, he has not really kept up .. brice, and curtis have both complained. i don't mind replacing himm, and i really don't like the settlement issue,, he owed us full disclosure

On Thu, Apr 9, 2009 at 9:18 AM, Cecile de Jongh wrote:
Thanks - sending again to John. Vincent is off island and Gov't closed for Easter weekend until Tuesday (can you believe it). John will email to Vincent.

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh
**Sent:** Thursday, April 9, 2009 9:08:01 AM
**Subject:** Re: confidential

Cecil//+ I will talk to the attorney today.. here is the attachment

Chris lane is the man in charge of the interstate compact in florida//. The interstate compact dictates that Receiving states MUST now take probationers. But it is the sending states discretion on whether or not to apply. That is the norm,. As the receiving state is responsible for the cost of supervision, In the past states had previously turned down transferees. The interstate compact does not now allow the state to turn down transfers. Normally as " community control" has to be a heightened and hence, more expensive supervision, i.e. once a week reporting ( as opposed to once a month )and on weekends and holidays.) Florida usually does not ask another state to take on the added expense. As compared to the normal probation it costs more, so that in my case the VI has to agree to the same terms and conditions as the normal community control provisions that I would be subject to if I stayed.

I think best that the head of the compact commission for the VI – Ms. Swan should deal with Chris Lane ( Floridas' interstate compact administrator) .. Jessica Caldwell, my assistant has spoken to him previously and he thought this was accomplished with little fuss. The question that remains is where on my side do we start.. The probation officer, ( Duane Williams.) ,his supervisor, Roz Becker ( Neither one knows anything about this yet) or the probation compact person, the person in the office that usually handles transfers. I will get his number. //. Someone on this end must fill out the transfer request forms. I assume Duane.

On Thu, Apr 9, 2009 at 8:59 AM, Cecile de Jongh wrote:
Jeffrey,

I forwarded the document you sent me last week to John and he tried to send it on to Vincent. He then tried to open it to print it out and the file is corrupted- Vincent can't open either. I tried to reopen and print or to resend and I can't open it either. Can you resend to me?

CONFIDENTIAL
ESTATE_JPM016557

John has one question: Would it not be better to have your attorney write a letter to the AG (Vincent) requesting the transfer and then we move from there? He (John) sees nothing wrong with taking that approach rather than having just phone calls back and forth especially since you are a resident of the VI.

In either case, can you try to resend the document?

Cecile

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh
**Sent:** Thursday, April 2, 2009 10:48:06 AM
**Subject:** confidential

call me when you get a chance

CONFIDENTIAL
ESTATE_JPM016558