# EXHIBIT 268
# FILED UNDER SEAL

**Date:** Wednesday, May 18 2011 02:41 PM
**Subject:** Re: Question
**From:** Cecile de Jongh
**To:** Jeffrey Epstein <jeevacation@gmail.com>;

OK, thanks.

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh
**Sent:** Wed, May 18, 2011 10:37:32 AM
**Subject:** Re: Question

I would add that the attorney general can waive the notice requirement if the offenders vocation requires more than three intl trips per year,, The wash language, is only a guideline, people travel to and from canada, sailors travel, from country to country, TRUCKERS have to give their most traveled route,

On Wed, May 18, 2011 at 4:06 PM, Cecile de Jongh wrote:

> Good morning Jeffrey,
>
> If you could only change one thing in the bill, what would it be? The question of your "top priority" came up.
>
> Cecile

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is confidential, may be attorney-client privileged, may

CONFIDENTIAL                                                                  ESTATE_JPM024494

constitute inside information, and is intended only for the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM024495