# EXHIBIT 269
# FILED UNDER SEAL

| | |
|---|---|
| Date: | Tuesday, June 19 2012 05:26 PM |
| Subject: | Fwd: Bill 29-0239 Amendment |
| From: | Darren Indyke |
| To: | Jeffrey Epstein <jeevacation@gmail.com>; |
| Attachments: | Bill 29-0239 draft amendment to A Ayala.docx; Untitled attachment 55232.htm; Excerpts from Bil 29-0239 for amendment.pdf; Untitled attachment 55235.htm |

PLEASE NOTE THAT, EFFECTIVE JUNE 5, 2012, MY NEW CONTACT INFO WILL BE AS FOLLOWS:

DARREN K. INDYKE
DARREN K. INDYKE, PLLC

Telephone:
Telecopier:
Mobile:
email:

********************************************************************************

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Darren K. Indyke, PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.
Copyright of Darren K. Indyke, PLLC - © 2011 Darren K. Indyke, PLLC – All rights reserved.

********************************************************************************

Begin forwarded message:

> **From:** Maria Hodge
> **Date:** June 19, 2012 12:31:45 PM EDT
> **To:** aayala@legvi.org
> **Subject: Bill 29-0239 Amendment**
>
> Dear Attorney Ayala: Thank you so much for your call about this legislation. As promised, I attach a copy of my notes on the amendments to the bill I understand Senator Russell has agreed to support (in word format, to make it easier to copy and paste if you wish), and also a little pdf attachment which I made from a copy of the Bill that marks the location of each of the proposed amendments. Please let me know if there is anything else I can do to assist. I would greatly appreciate a copy of the draft amendment when it is ready, so that I can be sure I know what I'm talking about when I speak to the Senator about this and the specific amendments. ..Also, just to be sure I have your email address right, would you confirm receipt of this? Thanks again. The legislature is very lucky to have you. Maria
> --

Maria Tankenson Hodge
Hodge & Francois

██████████

CONFIDENTIAL                                                                                                                                     ESTATE_JPM030224