# EXHIBIT 270

Bill 29-0239

Proposed amendments:

Section 6, (amending Section 1724 of Title 14 of the VI Code),

    Section 6, Sub-section (b)(4) (revision to 1724(b) by deletion and replacement)

(4). All sex offenders required to register in this jurisdiction shall notify the Department of Justice at least twenty-one (21) calendar days prior to any intended travel outside the United States for seven (7) days or more, and provide information about their intended travel as provided in Section 1726; provided, however, that a sex offender who provides reasonable and reliable proof to the Department of Justice that he travels outside the United States frequently for work or other legitimate purposes, and a sex offender who travels outside the United States for emergency situations, shall notify the Department of Justice in writing at least twenty-four (24) hours before traveling outside of the United States for seven (7) days or more, and, in any such case, shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction.

Section 6, Sub-section 9(16) and (19) (revision to 1726 by deletion and replacement):

(16) Within twenty-one (21) days prior to travel away from the Virgin Islands for 7 days or more, the sex offender shall provide the information set forth below to the Department of Justice, provided, however, that a sex offender who provides reasonable and reliable proof to the Department of Justice that he travels frequently for work or other legitimate purposes, and a sex offender who travels for emergency situations, shall provide such information within at least twenty-four (24) hours before traveling away from the Virgin Islands for 7 days or more:

    (i) identifying information of the temporary lodging locations, including addresses and names, or, in the case of a sex offender who provides reasonable and reliable proof to the Department of Justice that he travels frequently for work or other legitimate purposes, reliable information regarding general travel locations and areas of work in lieu of specific addresses, and contact telephone information at which the sex offender can be contacted without unreasonable delay at all times while traveling away from the Virgin Islands , and

    (ii) the dates the sex offender will be staying at each temporary lodging location, or in such general locations and areas of work.

(19) Within twenty-one (21) days prior to traveling outside of the United States for seven (7) days or more, except when a different time for notification is prescribed under Section 1724(b)(4), the sex offender shall provide the following information:

(i) Destination;

(ii) Dates/Places of arrival and departure;

CONFIDENTIAL                                                                                                                                              ESTATE_JPM030225

(iii) Itinerary details or, in the case of a sex offender who provides reasonable and reliable proof to the Department of Justice that he travels frequently for work or other legitimate purposes, and a sex offender who travels for emergency situations, reliable information regarding general travel locations and areas of work in lieu of specific itinerary information;

(iv) Address or, in lieu of address, contact telephone information at which the sex offender can be contacted without unreasonable delay at all times while in the destination country;

(v) Purpose of Travel;

(vi) Any other information as may be required by the Attorney General; and

(vii) In addition to any other information sharing requirements of this chapter, any information regarding a sex offender's intended or actual travel outside of the United States will be immediately forwarded by the Department of Justice to the United States Marshals Service.

CONFIDENTIAL                                                                                                                                ESTATE_JPM030226