# EXHIBIT 273

Bill 29-0239

Proposed amendments:

Section 6, (amending Section 1724 of Title 14 of the VI Code),

    Section 6, Sub-section (b)(4) (revision to 1724(b) by deletion and replacement)

(4). All sex offenders required to register in this jurisdiction shall notify the Department of Justice in writing at least twenty-one (21) calendar days prior to any intended travel outside the United States, and provide information about their intended travel as provided in Section 1726; provided, however, that a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice, that he travels outside the United States frequently for work or other legitimate purposes, and a sex offender who travels outside the United States for emergency situations, shall notify the Department of Justice prior to departure, by telephone or in writing, of travel outside the United States for periods of forty-eight (48) hours or less, and shall notify the Department of Justice in writing at least twenty four (24) hours before traveling outside of the United States for periods of more than forty forty-eight (48) hours, and, in any such case, shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction; and **provided further, that the Attorney General may at his discretion reduce the twenty-one (21) day notice requirement if a sex offender requests such a reduction and provides information in support of the request, satisfactory to the Department of Justice:**

    Section 6, Sub-section 9(16) and (19) (revision to 1726 by deletion and replacement):

(16) Within twenty-one (21) days prior to travel away from the Virgin Islands, the sex offender shall provide the information set forth below in writing to the Department of Justice, provided, however, that a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice that he travels frequently for work or other legitimate purposes, and a sex offender who travels for emergency situations, shall provide such information to the Department of Justice prior to departure, by telephone or in writing, for travel away from the Virgin Islands for periods of forty-eight (48) hours or less, and shall provide such information in writing to the Department of Justice in writing at least twenty four (24) hours before traveling away from the Virgin Islands for periods of more than forty forty-eight (48) hours; and **provided further, however, that the Attorney General may at his discretion reduce this twenty-one (21) day notice requirement if a sex offender requests such a reduction and provides information in support of the request:**

    :

        (i) identifying information of the temporary lodging locations, including addresses and names, or, in the case of a sex offender who provides reasonable and reliable proof to the Department of Justice that he travels frequently for work or other legitimate purposes, reliable information regarding general travel locations and areas of work in lieu of specific addresses,

CONFIDENTIAL    ESTATE_JPM030179

and contact telephone information at which the sex offender can be contacted without unreasonable delay at all times while traveling away from the Virgin Islands , and

    (ii) the dates the sex offender will be staying at each temporary lodging location, or in such general locations and areas of work.

(19)  Within twenty-one (21) days prior to traveling outside of the United States, a sex offender shall notify the Department of Justice in writing of the information listed below, except that in the case of a sex offender who provides reasonable and reliable proof satisfactory to the Department of Justice that he travels outside the United States frequently for work or other legitimate purposes, and a sex offender who travels outside the United States for emergency situations, the notification to the Department of Justice under this section shall be provided by telephone or in writing prior to departure for periods of forty-eight (48) hours or less and the notification to the Department of Justice under this section shall be provided in writing at least twenty-four (24) hours before traveling outside of the United States for periods of more than forty-eight (48) hours, and in any such case, the sex offender shall notify the Department of Justice in writing upon the sex offender's return to this jurisdiction; and **provided further, however, that the Attorney General may at his discretion reduce this twenty-one (21) day notice requirement if a sex offender requests such a reduction and provides information in support of the request:**

    The sex offender engaged in travel subject to this section shall provide the following information:

    (i) Destination;

    (ii) Dates/Places of arrival and departure;

    (iii) Itinerary details or, in the case of a sex offender who provides reasonable and reliable proof to the Department of Justice that he travels frequently for work or other legitimate purposes, and a sex offender who travels for emergency situations, reliable information regarding general travel locations and areas of work in lieu of specific itinerary information;

    (iv) Address or, in lieu of address, contact telephone information at which the sex offender can be contacted without unreasonable delay at all times while in the destination country;

    (v) Purpose of Travel;

    (vi) Any other information as may be required by the Attorney General; and

    (vii)  In addition to any other information sharing requirements of this chapter, any information regarding a sex offender's intended or actual travel outside of the United States will be immediately forwarded by the Department of Justice to the United States Marshals Service.

CONFIDENTIAL  ESTATE_JPM030180