# EXHIBIT 277
# FILED UNDER SEAL

**From:** Cecile de Jongh
**Sent:** 7/30/2012 11:23:18 AM
**To:** Jeffrey Epstein [jeevacation@gmail.com]
**Subject:** Re:

**Importance:** High

When I see you next I can give you my insight into what I think is going on with V. I do not want to do it via email or phone.

With warm regards,

Cecile

Sent from my iPhone

On Jul 30, 2012, at 7:11 AM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

he went to the hearing, made a speech, without telling john, he didn;t return maria phone calls. . his office repeatedly did not give the letter we were told was coming, he agreed with maria and darren and then told john then changed the letter. reverting back to the exact same speech that he made at the legislature. .

On Mon, Jul 30, 2012 at 7:01 AM, Cecile de Jongh wrote:
Will do. It's not his style to go and say anything to Russell.

With warm regards,

Cecile

Sent from my iPhone

On Jul 29, 2012, at 9:26 PM, Jeffrey Epstein <jeevacation@gmail.com> wrote:

I appreciate you keeping a close watch on the vincent, issue, we will have to go for an amendment soon, i do not want to alienate him so he whispers in russells ear.

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                                    ESTATE_JPM015021

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

CONFIDENTIAL

ESTATE_JPM015022