# EXHIBIT 286
# FILED UNDER SEAL

# U.S. CUSTOMS AND BORDER PROTECTION
# SECURITY SEAL PROGRAM CHECKLIST

Please use the following checklist to ensure your application for a CBP Security Seal is complete for processing.

\___   CBP FORM 3078

\___   ACCESS REQUEST APPLICATION FORM

\___   VIRGIN ISLANDS POLICE DEPARTMENT CRIMINAL RECORD CHECK (NO MORE THAN **60** DAYS OLD)

\___   EMPLOYER REQUEST LETTER

\___   FIVE YEAR BACKGROUND VERIFICATION AND DECLARATION

\___   (**NEW & RENEWAL APPLICANTS**) FINGERPRINT RESULTS FROM THE VIRGIN ISLANDS PORT AUTHORITY (LESS THAN SIX (6) MONTHS OLD)

**X**   (**RENEWAL APPLICANTS**) FINGERPRINT PROCESS WILL BE CONDUCTED BY CBP ONLY IF THE VIPA FINGERPRINTS RESULTS ISSUED OVER 6 MONTHS. IT WILL COST $ 43.50 AND THE METHODS OF PAYMENTS ARE CASH OR CREDIT CARD.

\___   RULES AND REGULATIONS

\___   PROOF OF CITIZENSHIP/RESIDENCY (BIRTH CERTIFICATE, PASSPORT, PASSPORT CARD, NATURALIZATION CERTIFICATE, LAWFUL PERMANENT CARD)

\___   TWO (2) PASSPORT SIZE PHOTOGRAPHS

\*\* RENEWAL APPLICANTS SHOULD VERIFY WITH THE SECURITY OFFICE TO ENSURE THAT PROOF OF CITIZENSHIP & PASSPORT SIZE PHOTOGRAPHS ARE ALREADY ON FILE.

### OFFICE HOURS
**MONDAY**     11:00 - 3:00
**WEDNESDAY**  11:00 - 3:00
**THURSDAY**   10:00 - 1:00

Updated 09/2015

CONFIDENTIAL                                                                                     ESTATE_JPM044489

DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

## APPLICATION FOR IDENTIFICATION CARD

19 U.S.C. 66, 1551, 1555, 1565, 1624, 1641;
19 CFR 112.42, 118, 122.182, 146.6

OMB. No. 1651-0008
See back of form for Paperwork Reduction Act Notice and Privacy Act Notice

Please Type or Print

| # | Field | Value |
|---|---|---|
| 1. | TYPE OF ACTIVITY REQUIRING IDENTIFICATION CARD | ☐ Cartman/Lighterman  ☐ Broker's Employee  ☒ CBP Security Area Identification  ☐ Warehouse Officer or Employee  ☐ Container Station Employee  ☐ Foreign Trade Zone Employee  ☐ CES Employee |
| 2. | DATE OF THIS APPLICATION | 4/5/2018 |
| 3. | NAME (Last, First, & Middle) | [redacted] |
| 4. | SOCIAL SECURITY NUMBER | [redacted] |
| 5. | LIST ANY OTHER NAMES YOU HAVE EVER BEEN KNOWN BY (Nicknames, aliases, etc.) | |
| 6. | DATE OF BIRTH | [redacted] |
| 7. | HOME ADDRESS (Number, Street, City, State, and ZIP Code) | [redacted] |
| 8. | NAME AND ADDRESS OF PRESENT EMPLOYER | 6100 Red Hook Quarter B3, St. Thomas, VI 00802 |
| 9. | HOME PHONE NUMBER | [redacted] |
| 10. | BUSINESS PHONE NUMBER | 340-775-2525 |
| 11. | PLACE OF BIRTH (City, County, State, and Country) | [redacted] |
| 12. | HEIGHT | 6' 3" |
| 13. | WEIGHT | 212 lbs |
| 14. | COLOR HAIR | Black |
| 15. | COLOR EYES | Brown |
| 16. | VISIBLE SCARS OR MARKS | None |
| 17. | U.S. COAST GUARD PORT SECURITY CARD NUMBER | N/A |
| 18. | U.S. MERCHANT MARINE CARD NUMBER | N/A |
| 19. | HAVE YOU EVER APPLIED FOR CARD IN ITEM 17 OR ITEM 18? | ☐ YES  ☒ NO  (Skip Items 20 and 21) |
| 20. | HAS APPLICATION FOR EITHER CARD IN ITEM 17 OR 18 BEEN DENIED? | ☐ YES (If Yes, explain in Item 21)  ☒ NO  (Skip Item 21) |
| 21. | EXPLANATION OF APPLICATION DENIAL | |

22. LIST ALL RESIDENCES DURING THE LAST 5 YEARS (List in reverse order, beginning with the present address)

| DATES From | DATES To | Number and Street | City | State |
|---|---|---|---|---|
| 2008 | PRESENT | [redacted] | [redacted] | [redacted] |

23. HAVE YOU EVER SERVED IN THE ARMED SERVICES OF THE U.S.? ☐ YES ☒ NO (Skip Items 24-28)
24. BRANCH OF SERVICE
25. DATES OF SERVICE
26. SERIAL NUMBER
27. TYPE OF DISCHARGE
28. IF DISCHARGE WAS OTHER THAN HONORABLE, EXPLAIN IN FULL DETAIL

29. HAVE YOU EVER APPLIED FOR AN IDENTIFICATION CARD WITH THE BUREAU OF CUSTOMS AND BORDER PROTECTION? ☒ YES (If Yes, explain details) ☐ NO

I presently hold a CBP Security Seal on behalf of Thomas World Air, LLC.

CBP Form 3078 (01/00)

CONFIDENTIAL

ESTATE_JPM044490

30. PREVIOUS EMPLOYMENT – LIST IN CHRONOLOGICAL ORDER, GIVING EARLIEST EMPLOYMENT FIRST (Last 10 Years)

| DATES From | DATES To | EMPLOYER NAME AND ADDRESS | OCCUPATION |
|---|---|---|---|
| 2/1/2000 | 2/1/2013 | Financial Trust Company, Inc.<br>6100 Red Hook B3, St. Thomas, VI 00802 | Technician |
| 2/2/2013 | Present | Southern Trust Company, Inc.<br>6100 Red Hook B3, St. Thomas, VI 00802 | Technician |

31. HAVE YOU EVER BEEN CONVICTED OF ANY CRIME OR OFFENSE (Other than traffic violations, you may exclude any items which occurred before your 16th birthday) IN THIS COUNTRY OR ELSEWHERE?   ☐ YES (If YES, explain in Item 32.)   ☒ NO

32. EXPLANATION OF ALL CONVICTIONS (Federal, State, Military, or Foreign)

| Date | Place | Charge | Court | Final Disposition |
|---|---|---|---|---|
| | | | | |

33. DO YOU NOW USE OR HAVE YOU EVER USED NARCOTIC DRUGS?   ☐ YES (If YES, explain below)   ☒ NO

34. ATTACH PHOTOGRAPH HERE

35. CERTIFICATION   I certify that all of the statements made in this Application are true, complete, and correct to the best of my knowledge and belief, and are made in good faith.

SIGNATURE X

DATE

Paperwork Reduction Act Notice: The Paperwork Reduction Act says we must tell you why we are collecting this information, how we will use it, and whether you have to give it to us. We ask for this information to carry out the Bureau of Customs and Border Protection laws of the United States. This form is used by licensed cartmen or lightermen or their employees as an application to apply for a CBP identification card and is required to obtain or retain a benefit. The estimated average burden associated with this collection of information is 15 minutes per respondent or recordkeeper depending on individual circumstances. The valid OMB Control Number for this Information Collection is 1651-0008.

Pursuant to the requirements of Public law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on Form CBP-3078 is 5 U.S.C. 301, Reorganization Plan No. 1 of 1950; 19 U.S.C. 1551, 1565, 1624, 1641; 19 CFR 112.42. The principal purpose for collecting the information is to enable the CBP to conduct a background investigation and thereby determine whether the applicant meets the criteria required for the issuance of an identification card. The information collected and contained in the applicant's file may be provided to those employees of the CBP who have a need for the records in the performance of their duties. The information may also be used, when deemed appropriate, in a proceeding to revoke or suspend the identification card. Disclosure of all information requested on Form CBP-3078 is voluntary; however, failure to disclose some or all of this information may result in the CBP's inability to conduct the required background investigation.

CBP Form 3078 (01/00)(Back)

CONFIDENTIAL                                                                                         ESTATE_JPM044491



## U.S. CUSTOMS AND BORDER PROTECTION
## CYRIL E. KING AIRPORT, ST. THOMAS, VIRGIN ISLANDS
## ACCESS REQUEST APPLICATION

NAME: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   DATE OF BIRTH: ▓▓▓▓▓▓▓▓▓▓▓

COMPANY: Thomas World Air, LLC   JOB TITLE: Technician/Driver

HOME TELEPHONE NO.: ▓▓▓▓▓▓▓▓▓▓   WORK TELEPHONE NO.: 340-775-2525

CELLPHONE NO: ▓▓▓▓▓▓▓▓▓▓   VIPA BADGE NO.: ▓▓▓▓▓▓

BADGE EXPIRATION DATE: ▓▓▓▓▓▓   CBP SEAL NO.: ▓▓▓▓▓▓

WILL THIS EMPLOYEE WORK FOREIGN FLIGHTS?   WILL THIS EMPLOYEE ESCORT PASSENGERS THROUGH U.S. CUSTOMS & BORDER PROTECTION?

YES **X**   NO _____   YES **X**   NO _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Bond Number ▓▓▓▓▓▓▓▓▓▓ will be responsible for any liquidated damages against the company for any violations committed against established procedures or the rules and regulations of U.S. Customs and Border Protection.

_____   4/9/2018
AUTHORIZED OFFICIAL                 DATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FOR U.S. CUSTOMS AND BORDER PROTECTION USE ONLY

ENTERED BY: _____   APPROVED BY: _____

DATE: _____   RECORD NUMBER: _____

| SQ11 | | | NN16 | | |
|---|---|---|---|---|---|
| DATE | POSITIVE SEE ATTACHED | NEGATIVE | DATE | POSITIVE SEE ATTACHED | NEGATIVE |
|  |  |  |  |  |  |

Updated 11/2013

# DEPARTMENT OF HOMELAND SECURITY
## U.S. CUSTOMS AND BORDER PROTECTION

CYRIL E. KING AIRPORT SECURITY PROGRAM
EMPLOYER'S FIVE YEAR BACKGROUND VERIFICATION AND DECLARATION

I, **Cecile R. de Jongh** of **Southern Trust Company, Inc.**
(Company Issuing Officer)          (Company or Agency)

hereby certify that: A background check has been performed on the applicant,

_____, _____
(Employee's Name)         (Social Security Number)

to the extent allowable by law, including at a minimum, references and employment history. Stated employment history has been verified for the preceding five (5) years. To the best of my knowledge, the applicant meets the conditions necessary to conduct duties in the Customs and Border Protection Security Areas as outlined in 19 CFR 122.181.

### VERIFIED INFORMATION

| Company or Agency Name | Person Contacted | Phone Number | Dates Employed | Dates & Time | How Contacted |
|---|---|---|---|---|---|
| Financial Trust Company, Inc. | Jeanne Brennan | | 2/1/2000 - 2/1/2013 | 4/9/2018 (10:52 am) | In person |
| Southern Trust Company, Inc. | Jeanne Brennan | | 2/2/2013 - Present | 4/9/2018 (10:52 am) | In person |
| | | | | | |

### SEAL ISSUANCE REQUEST

NEW ( )   RENEWAL (X)   DAMAGED ( )   LOST ( )*   STOLEN ( )*   MISPLACED ( )*

Job Title: **Technician/Driver**          Date of Birth: _____

Zone Requested:   Zone 1 ( )   Zone 2 (X)

U. S. Citizen (X)      Resident Alien ( )      Registration # _____

Does applicant currently hold a U.S. Customs and Border Protection Access Seal with another employer?
Yes **X**       No _____       If yes, name of employer (s): **Thomas World Air, LLC**

If Lost/Stolen, please provide explanation of when/where/how U.S. Customs and Border Protection Seal was lost:
_____

I declare that all statement containing in this declaration are true and correct.

_____
Signature of Company Official and Date

WARNING: IT IS UNLAWFUL UNDER UNITED STATES LAWS AND REGULATIONS FOR ANY PERSON TO MAKE ANY FALSE OR MISLEADING REPRESENTATION, STATEMENT, OR CERTIFICATION TO ANY CBP OFFICER FOR THE PURPOSE OF GAINING ACCESS TO A CBP SECURED AREA FOR HIM/HERSELF OR THEIR EMPLOYEE. ANYONE WHO IS FOUND TO HAVE MADE SUCH STATEMENTS WILL BE DEEMED IN VIOLATION OF LAW (18 USC 1001).

CONFIDENTIAL                                                                                               ESTATE_JPM044493



## U. S. CUSTOMS AND BORDER PROTECTION SECURITY PROGRAM
## CYRIL E. KING AIRPORT RULES AND REGULATIONS

The U. S. Customs and Border Protection Zones are defined as follows:

____ Zone 1 (Red Seal): This zone is the Federal Inspectional Service (FIS) area. It includes the areas with direct access to the sterile areas, the sterile area, and extends to the area's leading to the aircraft.

**X** Zone 2 (Black Seal): This zone includes the ramp, tarmac, and baggage/cargo staging areas where activities related to international arrivals/departures. As international and domestic flights may occupy adjacent areas at many locations, it is anticipated that the CBP security area outside the FIS will be flexible. This zone also apply to employees that are responsible for assisting with the unloading of the restaurants' merchandise from delivery trucks/vehicles and taking the restaurants' trash from sterile area to the designated trash receptacles that is located on the ramp.

____ Zones 1 & 2 (Red Seal): This zone includes the FIS, sterile areas indirect access to the FIS, ramp, cargo, and baggage staging areas for domestic and international flights whether it be arrivals/departures.

1. When in the designated security area(s), the Virgin Islands Port Authority identification badge will be worn and be clearly visible at all times during <u>authorized working hours only</u>.
2. If the ID is damaged, lost, or stolen it will be reported to the employer, VIPA, and CBP Security Office. In the instance of a lost or stolen ID, a police report will be filed within the 1st 24 hours of the incident and a copy should be given to the employer, VIPA, and the CBP Security Office.
3. No person shall not be found in a designated zone(s) without official need. Use of an identification badge for personal business is strictly prohibited and the badge will then be confiscated.
4. No person to whom an identification badge shall transfer or make the issued badge available for another person's use.
5. It is strictly prohibited for anyone except a CBP officer/ VIPA security officer to remove a seal from an identification badge. If there is a problem with a seal, the identification badge should be returned to the Port Authority for replacement. Once the seal has been removed from that SIDA badge, it is no longer valid. The replacement badge must then be presented to the CBP Airport Security Office in order to receive a replacement seal.
6. It is the responsibility of each employee to renew his/her VI Port Authority identification badge and CBP seal before the expiration date. The CBP seal must be returned to the CBP Security Office when it is no longer required for work, or when unable to renew the application on time.

Any violation to the CBP Rules and Regulations is a serious violation and can result in disciplinary action(s) or fines in the amount of $1000.00 per violation.

I acknowledge that I have read and fully understand the above rules and regulations of U. S. Customs and Border Protection.

Name (Print)   _____

Signature   _____   Date _____

Updated 09/2014

CONFIDENTIAL

ESTATE_JPM044494