# EXHIBIT 292
# FILED UNDER SEAL

**Date:** Tuesday, January 25 2011 06:39 PM
**Subject:** Re:
**From:** Cecile de Jongh
**To:** Jeffrey Epstein <jeevacation@gmail.com>;
**CC:**

I am trying to find out from someone at Immigration (Hillary Hodge, Special Agent in Charge) but he is in a meeting right now.

John would like to know if we have done a fuel price analysis re what Hancock is charging. If we know that he is getting his fuel at Hovensa at the rack rate then we can figure out his margin. John is willing to press the issue if we have some info on what he is charging and that he definitely owns ExecuJet and the other entities.

DISCLAIMER: The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Cecile de Jongh
**Cc:**
**Sent:** Mon, January 24, 2011 6:07:40 PM
**Subject:**

can we find out if there is a eb5 visa regioanl center in the v.i. also tuition is approved

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved