# EXHIBIT 299

**Date : 11/22/2013 9:03:03 PM**
**From : "Jeanne Brennan"**
**To : "Cecile deJongh"**
**Cc : "Una Pascal"**
**Attachment : 20131122150104423.pdf;**

Cecile
The 2 five thousand $ checks we wrote to UVI are still outstanding.  Do you think we should follow up. They were written in August.
Thanks
Jeanne

Jeanne Brennan Wiebract, CPA


The information contained in this e-mail may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and delete all copies.

CONFIDENTIAL                                                              ESTATE_JPM064398