# EXHIBIT 300

# FILED UNDER SEAL

**Date:** Tuesday, February 10 2015 05:54 PM
**Subject:** Form I-20 UVI
**From:** Cecile de Jongh
**To:** JEE <jeevacation@gmail.com>;

---

## Application for Undergraduate Admission, Readmission and Transfer
## University of the Virgin Islands

**NEW AND TRANSFER STUDENTS:** Applicants seeking admission to the University must submit the completed application form, a non-refundable $25.00 application fee of $25.00 The fee must be submitted in U.S. dollars by certified check or money order (payable to the *University of the Virgin Islands*).

All documents *must be received in the Admissions Office* by **April 30** for the Fall semester and **October 30** for the Spring semester. "Official" documents should be mailed directly to the Admissions Office from the sending institution. Every effort should be made to submit required documents in a complete package, when possible. Admitted students will be required to submit a $100.00 non-refundable enrollment deposit fee to confirm their intent to enroll.

**To apply to the St. Thomas campus** - *forward the application to Admissions Office, #2 John Brewer's Bay St. Thomas, VI 00802-9990*

**INTERNATIONAL STUDENTS:** Students are urged to apply 4-6 weeks in advance of stated deadlines in order to facilitate timely Admissions and U.S. Dept. of Justice, Immigration and Naturalization Service (INS) processing. International students must submit:

☐ *Official certified copies* of General Certificate of Education (GCE), Caribbean Examination Council (CXC) or Caribbean Advanced Proficiency Examination (CAPE) results directly to the Admissions Office. Passes in five (5) "O" level GCE or CXC (General I and II), or a combination of both (including English Language) is acceptable for admission. The CXC (General III) will also be accepted if based on the six-point scale. Transfer credit is granted for CXC A-level work. The British Virgin Islands Grade I certificate is required from the BVI High School.

☐ *Scholastic Aptitude Test – SAT* (**UVI code 0879**) or the *American College Testing Assessment-ACT* (**UVI code - 5288**). Students should check with the Ministry of Education in their home country for test dates. Careful planning is required to ensure official results are forwarded to the Admissions Office **prior** to the admission deadline.

☐ *Test of English as a Foreign Language (TOEFL)* is required of applicants from countries where English is not the official language. For information about TOEFL write to: **Educational Testing Service Box 899, Princeton, NJ 08540 USA.**

☐ *The Certificate of Finances form* Documentation of financial support must be submitted along with the Certificate of Finance form to verify the availability of funds for at least the first year of study; and projected support for the remainder of the program. Documentation should include an official statement from the bank, or lending institution, to confirm the availability of funds. These must reflect the availability of funds for tuition, fees, and living expenses while attending the University of the Virgin Islands.

**Please note:** The I-20 Immigration Form will not be issued until the applicant has been accepted for admission and submitted evidence of their ability to pay tuition, fees and miscellaneous expenses.

ESTATE_JPM022289

There is a charge of $100.00 US for the I-901 processing fee (pay on-line at www.ice.gov/graphics/sevis/i901/faq4.html  or print and mail the form from www.ice.gov/sevis/i901)  or you will not be able to get an appointment for the interview at the Embassy. The I-20 is then taken to the nearest embassy, where students may be issued approval to pursue academic study in the U.S. INS regulations governing non-immigrant "F-1" students require that all persons in this status must pursue a full-time course of study, the equivalent of 12 undergraduate credits per semester. Failure to do so will render the student in violation of their "F-1"visa status. You may not attend the University full-time on a B-2 visa.

https://www.applyweb.com/uviu/UVI_under_grad_app_instructions.pdf

With warm regards,
Cecile

CONFIDENTIAL

ESTATE_JPM022290