# EXHIBIT 301
# FILED UNDER SEAL

| | |
|---|---|
| **Date:** | Monday, May 11 2015 01:12 PM |
| **Subject:** | ▮▮▮▮ - Visa Letter |
| **From:** | Cecile de Jongh ▮▮▮▮ |
| **To:** | Carlton Dowe <cdowe@viport.com>; |
| **Attachments:** | ▮▮▮ guidelines for O-1 letters.pdf; ▮▮▮ CV.docx |

Hi Carlton,

Here is ▮▮▮ resume and the visa guidelines. Please let me know if you are willing to do this and then we can talk about sample letters.

With warm regards,
Cecile

CONFIDENTIAL

ESTATE_JPM029515