# EXHIBIT 302

# FILED UNDER SEAL

Date : 6/21/2016 8:32:52 PM
From : █████████
To : "Lesley Groff"
Cc : "Larry Visoski Larry" , "Darren Indyke" , "Lynn Fontanilla" , "Jojo Fontanilla" , ████████████ ████████ ████████ █████████████ , ████ ████
"Cecile de Jongh" , ████████ , ████████ , "Rich Kahn"
Subject : Re: Jeffrey has given me Schedule!

Thx Lesley,

I'll send him an email right now.

I might just drop off the girls and come back to STT.

████████

> On Jun 21, 2016, at 4:27 PM, Lesley Groff █████████ wrote:
>
> Jeffrey will go to PB on Thursday June 23rd, 11am Wheels up
>
> Jeffrey will go to the island on Monday June 27th, wheels up time TBD.. ████ I know you will be on holiday June 24-July 1…will all be ok?

ESTATE_JPM055329