# EXHIBIT 303
# FILED UNDER SEAL

Date : 2/13/2014 10:33:13 PM
From : "Cecile de Jongh"
To : "Mukamal, Thomas"
Cc : "jeanne" , "Simonton, Eric" , "Lande, Mark"
Subject : Re: AYH P dock

Ok, great. I think he can be very helpful.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Feb 13, 2014, at 6:30 PM, "Mukamal, Thomas" wrote:

Thank you Cecile –

I had already discussed the matter with Celestino and asked for his advice as it was developing – I will see if he is available.

Best,
Tom

**From:** Cecile de Jongh
**Sent:** Thursday, February 13, 2014 5:27 PM
**To:** Mukamal, Thomas
**Cc:** jeanne; Simonton, Eric; Lande, Mark
**Subject:** Re: AYH P dock

Good evening Tom,

I have been giving this subject some thought and I think you should consider having Celestino White go with you and Jamie to the hearing. I do not think the members of the CZM Commission will go against Celestino. Just a thought.

With warm regards,

Cecile

Sent from my iPhone and misspellings courtesy of iPhone.

On Feb 12, 2014, at 10:24 AM, "Mukamal, Thomas" wrote:

Cecile & Jeanne –

These are draft exhibits we intend to use in presenting our objection to CZM. While they may change a bit, I think it will be helpful if we can walk you through these today as it will help in understanding what is going on.

Thanks,
Tom

Tom Mukamal
President
Island Global Yachting Ltd.
717 Fifth Avenue, 18th Floor
New York, New York 10022

This message, and any attachments hereto, is confidential and intended exclusively for the use of the individual or entity to whom it is addressed. This communication may contain information that is confidential, proprietary, privileged, subject to a confidentiality and/or non-disclosure agreement, or otherwise exempt or protected from disclosure (either by contract or under applicable law). If you are not the intended recipient, you are hereby notified that printing, retaining, reproducing, copying, disclosing, disseminating or using this message or any information contained herein (including any reliance thereon) is strictly prohibited. If you have received this message in error, please contact the sender immediately and destroy the message (including any attachments) and any copies in their entirety, whether in electronic or hard copy format. Nothing contained in this e-mail shall be considered a legally binding agreement, amendment or modification of any agreement with Island Capital Group LLC or any of its affiliates, each of which requires a fully executed agreement to be received by Island Capital Group LLC or such affiliate.

This message, and any attachments hereto, is confidential and intended exclusively for the use of the individual or entity to whom it is addressed. This communication may contain information that is confidential, proprietary, privileged, subject to a confidentiality and/or non-disclosure agreement, or otherwise exempt or protected from disclosure (either by contract or under applicable law). If you are not the intended recipient, you are hereby notified that printing, retaining, reproducing, copying, disclosing, disseminating or using this message or any information contained herein (including any reliance thereon) is strictly prohibited. If you have received this message in error, please contact the sender immediately and destroy the message (including any attachments) and any copies in their entirety, whether in electronic or hard copy format. Nothing contained in this e-mail shall be considered a legally binding agreement, amendment or modification of any agreement with Island Global Yachting LTD or any of its affiliates, each of which requires a fully executed agreement to be received by Island Global Yachting LTD or such affiliate.

<AYH Exhibit 1 to 4 (60x86).pdf>

This message, and any attachments hereto, is confidential and intended exclusively for the use of the individual or entity to whom it is addressed. This communication may contain information that is confidential, proprietary, privileged, subject to a confidentiality and/or non-disclosure agreement, or otherwise exempt or protected from disclosure (either by contract or under applicable law). If you are not the intended recipient, you are hereby notified that printing, retaining, reproducing, copying, disclosing, disseminating or using this message or any information contained herein (including any reliance thereon) is strictly prohibited. If you have received this message in error, please contact the sender immediately and destroy the message (including any attachments) and any copies in their entirety, whether in electronic or hard copy format. Nothing contained in this e-mail shall be considered a legally binding agreement, amendment or modification of any agreement with Island Global Yachting LTD or any of its affiliates, each of which requires a fully executed agreement to be received by Island Global Yachting LTD or such affiliate.

CONFIDENTIAL                                                                                                                                    ESTATE_JPM059348