# EXHIBIT 324

Date : 1/24/2019 4:53:55 PM
From : "Carlos Rodriguez"
To : "Cecile de Jongh"
Subject : Carlos work obligations

Greetings Cecile, here is a list of things Im doing for LSJ/GSJ and STC.

Take care of STC vehicles and vehicles at hangar, keep them fueled and clean.  Every time JE visits all his vehicles are washed and detailed, also hangar vehicles are washed and detailed.  Go on JE Denali to airport on his arrival to ensure there is a spare vehicle in case heli has issues, help with luggage and bring to red hook for pik up.  Keep hangar bedroom sheets always fresh laundered, I bring them to lsj for washing and ironing.  Provide access to hangar to contractors such as A/C, pest control etc, and take care of any request Larry might have also I keep generator always full of diesel. Ive been doing most of the ordering of parts for boats,  also been doing most shopping for LSJ/GSJ for most departments.

Some of my other obligations include, picking up guests and contractors from airport and bring them to and from to hotels and LSJ, some early morning some late at night. Ive been dealing with boat repair contractors in Tortola to help Randy and Patrick.  I do all boat registrations, some pikups at tropical and anything requested from me
thankyou
Carlos Rodriguez

CONFIDENTIAL                                                                                                                              ESTATE_JPM055884