UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY<br><br>Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR |

**GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'
<u>NOTICE OF FILING OF REVISED REDACTED DOCUMENTS</u>**

PLEASE TAKE NOTICE that Plaintiff Government of the United States Virgin Islands ("Government") respectfully submits this notice of filing the attached previously filed documents: Attachment A (Memorandum of Law in Support of Motion for Partial Summary Judgment, previously filed as Dkt. 220); and Attachment B (Statement of Material Facts as to Which Government of the United States Virgin Islands Contends There is No Genuine Dispute, previously filed as Dkt. 221). Additionally, the Government respectfully submits the following attached Exhibits to the Declaration of Mimi Liu in Support of Government of the United States Virgin Islands' Motion for Partial Summary Judgment:

| Exhibit # | Previously Filed Dkt. # |
|---|---|
| Exhibit 4 | 225-04 |
| Exhibit 5 | 225-5 |
| Exhibit 9 | 237-9 |
| Exhibit 27 | 225-27 |
| Exhibit 30 | 225-30 |
| Exhibit 34 | 225-34 |
| Exhibit 42 | 225-42 |
| Exhibit 45 | 225-45 |
| Exhibit 54 | 225-54 |
| Exhibit 55 | 225-55 |
| Exhibit 61 | 225-61 |
| Exhibit 64 | 225-64 |
| Exhibit 65 | 225-65 |
| Exhibit 67 | 225-67 |
| Exhibit 75 | 225-75 |
| Exhibit 80 | 225-80 |
| Exhibit 85 | 225-85 |
| Exhibit 86 | 225-86 |
| Exhibit 88 | 225-88 |
| Exhibit 89 | 225-89 |
| Exhibit 103 | 227-3 |
| Exhibit 105 | 227-5 |
| Exhibit 108 | 227-8 |
| Exhibit 109 | 227-9 |
| Exhibit 125 | 227-25 |
| Exhibit 128 | 227-28 |
| Exhibit 129 | 227-29 |
| Exhibit 131 | 227-31 |
| Exhibit 146 | 227-46 |
| Exhibit 149 | 227-49 |
| Exhibit 150 | 227-50 |
| Exhibit 151 | 230-1 |
| Exhibit 154 | 230-4 |
| Exhibit 155 | 230-5 |
| Exhibit 166 | 230-16 |
| Exhibit 167 | 230-17 |
| Exhibit 170 | 230-20 |
| Exhibit 174 | 230-24 |

| | |
|---|---|
| Exhibit 175 | 230-25 |
| Exhibit 177 | 232-2 |
| Exhibit 178 | 232-3 |
| Exhibit 179 | 232-4 |
| Exhibit 180 | 232-5 |
| Exhibit 182 | 232-7 |
| Exhibit 184 | 232-9 |
| Exhibit 186 | 232-11 |
| Exhibit 187 | 232-12 |
| Exhibit 191 | 232-15 |
| Exhibit 192 | 232-16 |
| Exhibit 193 | 232-17 |
| Exhibit 194 | 232-18 |
| Exhibit 195 | 232-19 |
| Exhibit 197 | 232-21 |
| Exhibit 198 | 232-22 |
| Exhibit 199 | 232-23 |
| Exhibit 200 | 232-24 |
| Exhibit 201 | 233-1 |
| Exhibit 202 | 233-2 |
| Exhibit 203 | 233-3 |
| Exhibit 204 | 233-4 |
| Exhibit 205 | 233-5 |
| Exhibit 206 | 233-6 |
| Exhibit 208 | 233-8 |
| Exhibit 210 | 233-10 |
| Exhibit 211 | 233-11 |
| Exhibit 214 | 233-14 |
| Exhibit 215 | 233-15 |
| Exhibit 216 | 233-16 |
| Exhibit 220 | 233-20 |
| Exhibit 221 | 233-21 |
| Exhibit 222 | 233-22 |
| Exhibit 223 | 233-23 |
| Exhibit 224 | 233-24 |
| Exhibit 228 | 234-3 |
| Exhibit 229 | 234-4 |
| Exhibit 230 | 234-5 |
| Exhibit 231 | 234-6 |

| Exhibit 232 | 234-7  |
|-------------|--------|
| Exhibit 233 | 234-8  |
| Exhibit 235 | 234-10 |
| Exhibit 236 | 234-11 |
| Exhibit 237 | 234-12 |
| Exhibit 240 | 234-15 |
| Exhibit 244 | 234-19 |
| Exhibit 245 | 234-20 |
| Exhibit 246 | 234-21 |
| Exhibit 249 | 234-24 |
| Exhibit 251 | 235-1  |
| Exhibit 259 | 235-9  |
| Exhibit 261 | 235-11 |
| Exhibit 262 | 235-12 |
| Exhibit 265 | 235-15 |
| Exhibit 266 | 235-16 |
| Exhibit 269 | 235-19 |
| Exhibit 270 | 235-20 |
| Exhibit 271 | 235-21 |
| Exhibit 275 | 235-25 |
| Exhibit 276 | 236-1  |
| Exhibit 302 | 236-27 |

These attachments are lesser redacted versions of those previously filed.

Dated: August 15, 2023                    **ARIEL SMITH, ESQ.**
                                          **ATTORNEY GENERAL**

                                          /s/ *Mimi Liu*
                                          **MIMI LIU**
                                          Admitted *Pro Hac Vice*
                                          Motley Rice LLC
                                          401 9th Street NW, Suite 630
                                          Washington, DC 20004
                                          Tel: (202) 232-5504
                                          mliu@motleyrice.com

                                          **VENETIA VELAZQUEZ**
                                          Admitted *Pro Hac Vice*
                                          Acting Chief, Civil Division
                                          Virgin Islands Department of Justice
                                          Office of the Attorney General
                                          213 Estate La Reine, RR1 Box 6151

Kingshill, St. Croix
U.S. Virgin Islands 00850
Tel: (340) 773-0295 ext. 202481
venetia.velazquez@doj.vi.gov

**LINDA SINGER** (Admitted *Pro Hac Vice*)
**DAVID I. ACKERMAN**
**PAIGE BOGGS** (Admitted *Pro Hac Vice*)
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
lsinger@motleyrice.com
dackerman@motleyrice.com
pboggs@motleyrice.com

*Attorneys for Plaintiff Government of the
United States Virgin Islands*