# EXHIBIT 5

| | |
|---|---|
| From: | Friedman, Stacey [stacey.friedman@chase.com] |
| Sent: | 8/10/2019 1:57:18 PM |
| To: | Dimon, Jamie [jamie.dimon@jpmchase.com] |
| Subject: | FW: Epstein update this am |

FYI

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** D'Alessandro, Steven L <steven.l.dalessandro@jpmchase.com>
**Date:** Saturday, Aug 10, 2019, 9:24 AM
**To:** Friedman, Stacey <stacey.friedman@chase.com>, Centella, Jill <jill.centella@jpmchase.com>, Balacek, Gerald T <gerald.t.balacek@jpmchase.com>
**Cc:** Buentello, Jennifer L <jennifer.l.buentello@jpmchase.com>, Swarts, David E <david.e.swarts@chase.com>, Tribolati, John <john.tribolati@jpmchase.com>, Roberts, Debra A <debra.a.roberts@jpmorgan.com>
**Subject:** FW: Epstein update this am

---

**From:** Buentello, Jennifer L <jennifer.l.buentello@jpmchase.com>
**Date:** Saturday, Aug 10, 2019, 9:16 AM
**To:** Swarts, David E <david.e.swarts@chase.com>, D'Alessandro, Steven L <steven.l.dalessandro@jpmchase.com>
**Subject:** Epstein update this am

The news is 4 minutes old, but reports are that he was found dead in MCC this morning.

https://www.google.com/amp/s/www.nytimes.com/2019/08/10/nyregion/jeffrey-epstein-suicide.amp.html

Sent with BlackBerry Work
(www.blackberry.com)