# EXHIBIT 27

Prompted by negative media, a review was conducted of transactions related to Jeffrey E Epstein. Scope: 01/01/2003 to 07/31/2019

**SUBJECT**
Jeffrey Edward Epstein

LexisNexis:
DOB: ████████
SSN: ████████
Addresses:
9 E 71st Street (2010-2019)
New York, NY 10021-4102

6100 Red Hook Qtrs, Suite B-3 (2008-2019)
St Thomas, VI 00802-1348

301 E 66th Street, Apt 10B (2000-2017)
New York, NY 10065-6216

457 Madison Avenue, 4th floor (1990-2016)
New York, NY 10022-6843
This address is also used by Leslie Wexner, under the name: Indyke Holdings LLC, Eric Gany, ECI: 022105790
From HALO: New York Strategy Group LLC

358 El Brillo Way (1974-2016)
Palm Beach, FL 33480-4730

49 Zorro Ranch Road BH or B or C (1999-2015)
Stanley, NM 87056-9743

1 Zorro Ranch Road (2001)
Stanley, NM 87056-9743

4315 S 2700 W (2011-2014)
Salt Lake City, UT 84184-0001

575 Lexington Ave, 4th floor (2013)
New York, NY 10022-6146

14 Wall Street (2008)
New York, NY 10005-2101

265 E 66th Street, Apt 31F (1974-2000)

Wire transactions described:

On 12/12/2003, FAMILY INTERESTS LP, located in the US Virgin Islands, originated one wire transaction for $55,878,270.01, from account ▇▇▇▇▇, maintained at Bear Stearns & Company, located in the US, debited through Citibank, located in the US, to beneficiary FAMILY INTERESTS LP C/O FINANCIAL TRUST CO GP, located in the US Virgin Islands, to JPMC account ▇▇▇▇▇. No payment details were referenced.

On 09/16/2010, FINANCIAL TRUST COMPANY INC, located in the US Virgin Islands, originated one wire transaction for $50,000.00, from JPMC account ▇▇▇▇▇ to beneficiary ▇▇▇▇▇ Kirkland & Ellis LLP, a law firm.  Payment details referenced:  "Jeffrey Epstein/reporting requirement".

On 07/12/2004, FINANCIAL TRUST COMPANY INC, located in the US Virgin Islands, originated one wire transaction for $2,000,000.00, from JPMC account ▇▇▇▇▇ to beneficiary ▇▇▇▇▇ Wachtel Missry LLP (misspelled as Masyr in the wire details), a law firm.  Payment details referenced:  "Attorney Investment account Ref:  From Jeffrey Epstein".

On 05/29/2019, HBRK ASSOCIATES INC LSJE, located in the US, originated one wire transaction for $15,000.00, from account ▇▇▇▇▇ maintained at TD Bank NA, located in the US, to beneficiary ▇▇▇▇▇ located in the US, to JPMC account ▇▇▇▇▇.

On 06/06/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $102,377.23, from account ▇▇▇▇▇ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇▇ Edwards Rotorcraft Solutions Inc, a helicopter repair service.

On 06/11/2015, HYPERION AIR LLC, located in the US Virgin Islands, originated one wire transaction for $112,928.38, from account ▇▇▇▇▇ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇▇ Edwards Rotorcraft Solutions Inc, a helicopter repair service.  Payment details referenced:  "Invoice C09293FL N331JE Serial number 49078".

On 02/19/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $2,175.00, from account ▇▇▇▇▇, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇▇ 1 Model Management LLC, a model agency.

On 02/02/2007, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $23,182.04, from JPMC account ▇▇▇▇▇ to beneficiary ▇▇▇▇▇ AirSea Packing Group Limited, a white glove shipping service.

On 10/03/2018, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $2,118.94, from account ▇▇▇▇▇ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇▇ a real estate agent.

On 04/03/2019, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $15,000.00, from account ▇▇▇▇▇, maintained at Deutsche Bank & Trust Company Americas, located in the US,

to beneficiary ██████████████ or JOSEPH P DWYER ████ located in the US, to JPMC account ████████.

On 06/05/2018 and 04/08/2019, JEFFREY EPSTEIN, located in the US, originated two wire transactions, totaling $12,500.00, from account ████████, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ████████████ located in the US, to JPMC account ████████.

On 02/12, 02/15 and 03/18/2019, JEFFREY EPSTEIN originated three wire transactions, totaling $8,500.00, from account ████████, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ████████████ located in the US, to JPMC account ████████.

On 10/7, 10/9, and 10/20/2019, JEFFREY EPSTEIN, located in the US Virgin Islands, originated three wire transactions, totaling $18,840.00, from account ████████ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary SILINSKY ANDREY GENNADEVICH, located in the Russian Federation, two wires to account ████████████████ and one wire to account ████████████████████ maintained at JPMC Foreign Correspondent Bank ("FCB") Sberbank of Russia (JPMC FCB ████████), located in the Russian Federation.

On 01/21/2015 and 10/13/2015, JEFFREY EPSTEIN, located in the US Virgin Islands, originated three attempted wire transactions, totaling $1,633.35, from account ████████ maintained at Deutsche Bank & Trust Company Americas, located in the US, which did not complete.

On 09/03/2010, JEFFREY EPSTEIN, located in the US, originated one attempted wire transaction for $87,398.24, from account ████████ maintained at Goldman Sachs & Co, located in the US, which did not complete.

On 12/28/2016, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one attempted wire transaction for $5,000.00, from account ████████ maintained at Deutsche Bank & Trust Company Americas, located in the US, which did not complete.

On 01/11/2018, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $25,000.00, from account ████████ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ████████ Bernard Kruger MD PC, a physician. Payment details referenced: "Priority private care for Mr Epstein and 5 assistants".

On 11/07/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $12,179.40, from account ████████ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ████████ Busy Body Gyms To Go LLC, a seller of home gym equipment. Payment details referenced: "Invoice 79 6276 customer 756178".

On 01/17/2018, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $14,538.32, from account ████████ maintained at Deutsche Bank & Trust Company Americas, located in the US,

to beneficiary ▇▇▇▇ Cardio Partners Inc, a seller of medical equipment. Payment details referenced: "Sales order number 9149923 customer ID 550519PO 111015479(2) 20 wire fee included".

On 01/23/2015, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $1,613.35, from account ▇▇▇▇ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇ Celoni's Marine Products LLC, a marine contractor. Payment details referenced: "LSJE LLC INV 1 21 15".

On 10/12/2004, JEFFREY E EPSTEIN, located in the US, originated one wire transaction for $33,460.00, from JPMC account ▇▇▇▇ to beneficiary ▇▇▇▇ Christie's Customer Account, an auctioneer. Payment details referenced: "Re: JEFFREY EPSTEIN invoice# J097209 sale #1419 rock lot #176".

On 11/22/2013, 12/11/2013, and 03/06/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated three wire transactions, totaling $16,816.00, from account ▇▇▇▇ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇ Clarity Custom Inc, a seller and installer of audio systems. Payment details referenced: "50 percent deposit for 90 East 71 Sreet", "50 percent deposit for 9 East 71 St invoice 2 and final balance invoice E 1", and "9 East 71 St final balance".

On 07/08/2016, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $6,303.86, from account ▇▇▇▇ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇ Clayman & Rosenberg LLP, a law firm. Payment details referenced: "Reference shoppers travel subpoena".

On 05/13/2008, JEFFREY E EPSTEIN, located in the US, originated one wire transaction for $20,000.00, from JPMC account ▇▇▇▇ to beneficiary ▇▇▇▇ D Eric Williams, employee at an airplane repairs company. Payment details referenced: "Re: Jeffrey Epstein-deposit".

From 10/12/2017 to 03/07/2019, JEFFREY EPSTEIN, located in the US, originated seven wire transactions, totaling $31,500.00, from account ▇▇▇▇, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇ located in the US, to JPMC account ▇▇▇▇.

From 03/06/2017 to 03/18/2019, JEFFREY EPSTEIN, located in the US, originated 31 wire transactions, totaling $156,243.85, from account ▇▇▇▇ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇ located in the US, to JPMC account ▇▇▇▇ Payment details referenced: "Expense reimbursement", "Hotel Bologna", "Hotel Milan", "Hotel Lisbon", "Reference Porto Hotel Portugal trip", "Reimbursement for Azores and Milan trip", "Hotel Toronto", "Reference: train reimbursement", and "Japan hotel".

On 03/25/2015, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $5,000.00, from account ▇▇▇▇ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▇▇▇▇ located in the US, to JPMC account ▇▇▇▇

On 07/22/2009 and 08/12/2009, JEFFREY E EPSTEIN, located in the US, originated two wire transactions, totaling $5,940.74, from JPMC account ▮ to beneficiary ▮ Environmental Technology Control, seller and installer of home theatres.  Payments details referenced:  Bene: Environmental Technology Control Inc  Ref:  JEFFREY EPSTEIN NEC Phone upgrade 50% inv 74578.

On 03/01/2005, JEFFREY E EPSTEIN, located in the US, originated one wire transaction for $250,000.00, from JPMC account ▮ to beneficiary FORUMS LLC, located in the US Virgin Islands, to JPMC account ▮   Payment details referenced:  "Ref: JEFFREY EPSTEIN".

On 12/31/2007 and 04/05/2012, JEFFREY E EPSTEIN, located in the US, originated two wire transactions, totaling $140,000.00, from JPMC account ▮ to beneficiary ▮ Fowler White Burnett PA, a law firm.  Payment details referenced:   "Lily Sanchez--JEFFREY EPSTEIN", and "Ref per agreement between JEFFREY EPSTEIN and Chris Knight".  Sanchez and Knight were attorneys for the firm.

On 06/15/2007, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $7,400,000.00, from account ▮ maintained at Bear Stearns Securities Corp, located in the US, debited through Mellon Bank NA, located in the US, to beneficiary GHISLAINE MAXWELL, located in the US, to JPMC account ▮.

On 12/04/2013 and 12/19/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated two wire transactions, totaling $237,824.41, from account ▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮ Gulfstream Aerospace Corporation, an airplane manufacturer.  Payment details referenced:  "Work order SC351348 serial 1085", and "Invoice 7114003572 serial 1085".

On 01/28/2015, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $2,000.00, from account ▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮ Hack Reactor, a software coding school.  Payment details referenced: ▮.

On 06/05/2017 and 07/07/2017, JEFFREY EPSTEIN, located in the US, originated two wire transactions, totaling $50,000.00, from account ▮, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮ Hiltzik Strategies LLC, a communications and consulting firm.  Payment details referenced:  "Invoice number 2436 1 June 2017" and "Invoice number 2436 2 July 2017".

On 09/03/2014 and 11/13/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated two wire transactions, totaling $18,068.99, from account ▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮ Holland and Sherry Inc, an interior decorating firm.  Payment details referenced:  "Invoice SI293001 invoice I21111602 invoice I21111562", and "invoice SI296256".

On 05/20/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated two wire transactions, totaling $31,097.00, from account ▮ maintained at Deutsche Bank & Trust Company Americas,

located in the US, to beneficiary ▮▮▮▮ Honeywell International Inc, an avionics manufacturer. Payment details referenced: "Inv 440052EB921 JEGE LLC SN 1085".

On 03/07/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $19,782.36, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ Hoover Enterprises Inc, an intranet/facilities updating and management company. Payment details referenced: "HFC125243".

On 12/18/2007, JEFFREY E EPSTEIN, located in the US, originated one wire transaction for $6,090.00, from JPMC account ▮▮▮▮ to beneficiary ▮▮▮▮ MS Metals Inc, a supplier specializing in metal products for the marine industry. Payment details referenced: "Inv#IMS4869".

On 12/30/2015, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $10,000.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ located in the US, to JPMC account ▮▮▮▮.

On 07/25/2011, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire for $1,404,945.00, from account ▮▮▮▮ maintained at JPMC (formerly Bear Stearns Securities Corp) located in the US, to beneficiary ▮▮▮▮ Insured Aircraft Title Service, an airplane insurer. Payment details referenced: "Serial number N162AE AND N722JE".

From 11/25/2013 to 12/17/2015, JEFFREY EPSTEIN, located in the US Virgin Islands, originated 12 wire transactions, totaling $62,752.48, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ an artist. Payment details referenced: "Paint for LSJ", various dates, invoice, expenses, Paris Apt, NES LLC, and LSJE LLC.

On 09/28/2017, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $28,000.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ (legally changed her name to ▮▮▮▮), located in the US, to JPMC account # ▮▮▮▮.

On 12/22/2006, JEFFREY EPSTEIN, located in the US, originated one wire for $1,886,654.10, from JPMC account ▮▮▮▮ to beneficiary ▮▮▮▮ JP Molyneux Studio Ltd, an interior design service.

From 06/25/2014 to 01/08/2016, JEFFREY EPSTEIN, located in the US Virgin Islands, originated five wire transactions, totaling $30,443.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ located in the US, to JPMC account ▮▮▮▮.

On 02/17/2016, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $5,560.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ located in the US, to JPMC account ▮▮▮▮

On 03/01/2016, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $2,722.00, from account ▮▮▮▮ maintained at FirstBank Puerto Rico, located in Puerto Rico, to beneficiary ▮▮▮▮ located in the US, to JPMC account ▮▮▮▮ Payment details referenced: "Expense reimbursement".

On 06/27/2016, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $1,500.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮, located in the US, to JPMC account ▮▮▮▮

On 06/11/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $25,000.00, from account ▮▮▮▮, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ located in the US, to JPMC account ▮▮▮▮

From 11/04/2016 to 07/06/2018, JEFFREY EPSTEIN, located in the US, originated three wire transactions, totaling $406,000.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ located in the US, to JPMC account # ▮▮▮▮

From 04/22/2008 to 10/23/2009, JEFFREY E EPSTEIN, located in the US, originated five wire transactions, totaling $590,969.04, from JPMC account ▮▮▮▮ to beneficiary ▮▮▮▮ Kirkland & Ellis LLP, a law firm. Payment details referenced: JEFFREY EPSTEIN, and various invoice and message numbers.

On 01/12/2018, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $33,000.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ LK Automotive Enterprises LLC dba Koeppel Subaru, a car dealership. Payment details referenced: "Reference VIN 4S3BNAN6XJ3024481 2018 Subaru".

On 10/28/2016, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $181.59, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ Masterpiece International Ltd, a customs broker and freight forwarder. Payment details referenced: "Invoice number 009109503 001customer number 4JEEPS". JEEPS is likely an acronym for JEFFREY E EPSTEIN.

On 08/07/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $5,000.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ Mehmet Arda Beskardes dba M Arda Beskardes Esq, an attorney.

On 03/07/2016, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $3,090.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ Mehmet Arda Beskardes dba M Arda Beskardes Esq, an attorney. Payment details referenced: ▮▮▮▮ No information was found for ▮▮▮▮

From 03/08/2017 to 10/03/2018, JEFFREY EPSTEIN, located in the US, originated seven wire transactions, totaling $29,020.00, from account ▮▮▮▮, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ Mehmet Arda Beskardes dba M Arda Beskardes Esq, an attorney. Payment details referenced: retainer, filing fee, gift, ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮. No information was found for ▮▮▮▮ or ▮▮▮▮. ▮▮▮▮ and ▮▮▮▮ are models.

On 06/03/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $64,000.00, from account ▮▮▮▮, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ (full name ▮▮▮▮), located in the US, to JPMC account ▮▮▮▮.

On 10/24/2013 and 11/06/2013, JEFFREY EPSTEIN, located in the US Virgin Islands, originated two wire transactions, totaling $150,000.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary NES LLC, located in the US Virgin Islands, to JPMC account ▮▮▮▮.

On 03/10/2017, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $3,442.00, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ New York Film Academy Ltd, an acting school. Payment details referenced: ▮▮▮▮.

On 09/16/2010, JEFFREY E EPSTEIN, located in the US, originated one wire transaction for $10,000.00, from JPMC account ▮▮▮▮ to beneficiary ▮▮▮▮ Newgrange Consulting Group, a public relations firm. Payment details referenced: "Ref JEFFREY EPSTEIN".

On 06/21/2016, JEFFREY EPSTEIN, located in the US, originated one wire transaction for $15,000.00, from account ▮▮▮▮, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ Priority Private Care Management Inc, a private medical facility. Payment details referenced: "Priority private care for Mr. Epstein and 5 Assistants".

On 10/16/2012 and 12/20/2012, JEFFREY E EPSTEIN, located in the US, originated two wire transactions, totaling $21,000.00, from JPMC account ▮▮▮▮ to beneficiary ▮▮▮▮ Reputation Changer LLC, a reputation management company. Payment details referenced: JEFFREY EPSTEIN, 1 month trial, and month 2.

On 03/06/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $7,222.64, from account ▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮ Rolls Royce PLC, manufacturer airplane engines. Payment details referenced: "Invoice 2000291922 JEGE LLC".

On 06/27/2008, JEFFREY E EPSTEIN, located in the US, originated one wire transaction for $25,000.00, from JPMC account ▮▮▮▮, to beneficiary ▮▮▮▮ Rubenstein Associates Inc, a law firm. Payment details referenced: "Ref.JEFFREY EPSTEIN-Inv N89617".

On 06/23/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $10,000.00, from account ▮▮▮▮▮▮, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ located in the US, to JPMC account ▮▮▮▮▮▮.

From 12/19/2013 to 11/18/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated four wire transactions, totaling $25,350.00, from account ▮▮▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮▮▮▮▮▮▮ located in the US, to JPMC account ▮▮▮▮▮▮. Payment details for two of the wires referenced: "Medical reimbursement" and "Exp reimbursement".

On 09/15/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one attempted wire transaction for $1,000.00, from account ▮▮▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ located in the Russian Federation, to account ▮▮▮▮▮▮▮▮ maintained at OJSC Alfa Bank (JPMC FCB ▮▮▮▮▮▮▮), located in the Russian Federation, which did not complete.

From 11/05/2013 to 11/03/2015, , JEFFREY EPSTEIN, located in the US Virgin Islands, originated 13 wire transactions, totaling $30,995.13, from account ▮▮▮▮▮▮, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮▮▮▮▮▮▮ located in the US, to JPMC account ▮▮▮▮▮▮ Payment details referenced: reimbursement for JE purchases and classes, and "Grand Prix driving".

From 06/07/2016 to 11/27/2017, JEFFREY EPSTEIN, located in the US, originated four wire transactions, totaling $4,759.75, from account ▮▮▮▮▮▮ maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▮▮▮▮▮▮▮▮▮▮▮▮ located in the US, to JPMC account ▮▮▮▮▮▮.

On 12/05/2006, JEFFREY E EPSTEIN, located in the US, originated one wire transaction for $13,080.88, from JPMC account ▮▮▮▮▮▮, to beneficiary ▮▮▮▮▮▮ Tajan SA, a seller of fine art, jewelry and watches.

From 03/09/2004 to 03/18/2008, JEFFREY E EPSTEIN, located in the US, originated five wire transactions, totaling $540,000.00, from JPMC account ▮▮▮▮▮▮ to beneficiary The 2001 JEFFREY&EPSTEIN INSURANCE (correct name is THE 2001 JEFFREY E EPSTEIN INSYURANCE TRUST), located in the US, to JPMC account ▮▮▮▮▮▮▮ Payment details referenced: "Insurance Trust" and "Account name: THE 2001 JEFFREY E EPSTEIN INSURANCE TRUST".

On 12/03/2003, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $2,408,447.11, from JPMC account ▮▮▮▮▮▮ to beneficiary THE SWEATER TRUST (no address listed), to account ▮▮▮▮▮▮ maintained at Bear Stearns & Co Inc, credited through Citibank.