# EXHIBIT 42

# ABC News: The Blotter

## Warrants Were Prepared to Arrest Others in Millionaire Sex Scandal

July 28, 2006 12:24 PM

**Maddy Sauer Reports:**



Palm Beach police were planning to arrest two women in connection with their investigation into Jeffrey Epstein, the New York financier who has been charged with solicitation, though police say he also engaged in illegal sexual activity with minors.

According to police investigative documents obtained by ABC News, police prepared and submitted arrest warrant requests in May for ▮▮▮▮ Epstein's assistant, standing on the right side of the picture, and ▮▮▮▮, pictured in the middle, who police say was paid by Epstein to bring over young and underage girls to his house to massage Epstein.

▮▮▮▮ was to be arrested as a principal in the first degree on four counts of unlawful sexual activity with certain minors and as a principal in the first degree on one count of lewd and lascivious molestation. ▮▮▮▮'s warrant was for lewd and lascivious acts on a victim under 16 years of age.

According to police documents, some of the girls who massaged Epstein claimed that his assistant, ▮▮▮▮ would often prepare the massage table and arrange the oils before Epstein's massages. ▮▮▮▮ would also allegedly call the girls when Epstein was in town to see if they wanted "work." One girl told police, "Work is the term used by ▮▮▮ to provide the massage in underwear," according to police documents.

One girl also claimed that ▮▮▮ had attempted to reach her after the girl had been interviewed by police to talk about the questioning, according to police documents.

▮▮▮ did not return a call seeking comment.

▮▮▮ was interviewed by police in October 2005, and police say she admitted she brought six girls, ages 14 to 16, to Epstein's house to massage him. ▮▮▮ was paid $200 each time she brought a girl over, according to her statement to police.

Police say ▮▮▮ told them she wished to assist in their investigation in hopes of receiving a lesser charge. Police say that as ▮▮▮ was being driven home from questioning, she remarked, "I'm like a Heidi Fliess."

Another woman involved in the scandal was Epstein's girlfriend ▮▮▮▮▮▮, standing to the left in the above picture. Though the documents do not mention that any charges were being sought against ▮▮▮▮, one girl, who began massaging Epstein when she was 16-years-old, told police that she was paid by Epstein to have sex with ▮▮▮▮ as he watched. The girl also told police that "Epstein bragged he brought her ▮▮▮▮ into the United States to be his Yugoslavian sex slave," according to the documents.

Attempts to contact ▮▮▮ and ▮▮▮ have not been successful.

The warrants for ▮▮▮ and ▮▮▮ were submitted to the state attorney's office on May 4. A week later, no arrests had taken place. One police detective noted in the documents that he asked the assistant state attorney to take action.

http://blogs.abcnews.com/theblotter/2006/07/warrants_were_p.html                                                                         10/19/2007

Confidential                                                                                                                                   JPM-SDNYLIT-00269657

"I asked that she either issue the warrants or direct file, as so much time has elapsed since the original request to the Grand Jury," he noted. "I explained that the Palm Beach Police Department had concluded the case in December of 2005 and has been waiting for the case to go forward."

About six weeks later, after the state attorney's office had conducted their own additional investigation into the matter, State Attorney Barry Krischer decided to send the case to the grand jury.

Earlier this week the grand jury indicted Epstein for solicitation of a prostitute. No charges were brought against ▮▮▮▮ or ▮▮▮▮. The case is now closed as far as the state attorney's office is concerned. The police, meanwhile, have tuned the matter over to the FBI.

**Click here to read ABC News' full coverage on the Millionaire Sex Scandal.**