# EXHIBIT 61

**From:** ▬
**Sent:** 2/8/2006 8:33:43 PM
**To:** jes.staley@jpmorgan.com
**Subject:** J.Epstein

Hi Jes.. It's ▬, Jeffrey Epstein's assistant. Jeffrey had me email the Sultan of Dubai and ask if he could meet with you while you are in Dubai. He said March 16th would work for him and asked if you could email him directly. Here is his email: ▬
His full name is: Sultan Ahmed Bin Sulayem.
His titles are Chairman of Dubai Ports and Free Zone Corporation, or Chairman of The
Corporate Office or Chairman of Nakheel
We just call him Sultan...
Please let me know if you need any more info. and could you please confirm you received this email as I've been having some trouble with some of my emails going through. Thanks! ▬

Confidential                                                                                              JPM-SDNYLIT-00449033