# EXHIBIT 64

# Document Produced in Native Format

Confidential
JPM-SDNYLIT-00091213

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Search String | Transaction Number | Payment Date | Transaction Amount | Order Customer1 | Order Customer2 | Order Customer3 | Order Customer4 | Order Customer5 |
| 2 | | 8566200083JJ | 3/24/2011 | $300,000.00 | | BUTTERFLY TRUST | C/O HBRK ASSOCIATES | P O BOX 400 | NEW YORK NY101500400 |
| 3 | | 8567500083JJ | 3/24/2011 | $25,000.00 | | BUTTERFLY TRUST | C/O HBRK ASSOCIATES | P O BOX 400 | NEW YORK NY101500400 |
| 4 | | 9004900088JJ | 3/29/2011 | $3,000.00 | | BUTTERFLY TRUST | C/O HBRK ASSOCIATES | P O BOX 400 | NEW YORK NY101500400 |
| 5 | | 9608500091JJ | 4/1/2011 | $30,000.00 | | BUTTERFLY TRUST | C/O HBRK ASSOCIATES | P O BOX 400 | NEW YORK NY101500400 |
| 6 | | 1027800104JJ | 4/14/2011 | $25,000.00 | | BUTTERFLY TRUST | C/O HBRK ASSOCIATES | P O BOX 400 | NEW YORK NY101500400 |
| 7 | | 7922700027JJ | 1/27/2014 | $8,043.65 | | BUTTERFLY TRUST | C/O HBRK ASSOCIATES INC | P O BOX 806 | NEW YORK NY10150-0806 |

|   | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Order Bank1 | Order Bank2 | Order Bank3 | Order Bank4 | Order Bank5 | Debit ID | Debit Party Address1 | Debit Party Address2 | Debit Party Address3 | Debit Party Address4 |
| 2 | JPMCLEARING CORP | METROTECH CENTER | BROOKLYN NY | | | ███ | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 |
| 3 | JPMCLEARING CORP | METROTECH CENTER | BROOKLYN NY | | | ███ | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 |
| 4 | JPMCLEARING CORP | METROTECH CENTER | BROOKLYN NY | | | ███ | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 |
| 5 | JPMCLEARING CORP | METROTECH CENTER | BROOKLYN NY | | | ███ | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 |
| 6 | JPMCLEARING CORP | METROTECH CENTER | BROOKLYN NY | | | ███ | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 |
| 7 | JPMCLEARING CORP | METROTECH CENTER | BROOKLYN NY | | | ███ | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 |

| | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Debit Reference Number | Credit Party 1 ID | Credit Party 1 Line1 | Credit Party 1 Line2 | Credit Party 1 Line3 | Credit Party 1 Line4 | Credit Reference Number | Credit Party 2 Acct Party Line1 | Credit Party 2 Acct Party Line2 | Credit Party 2 Acct Party Line3 | Credit Party 2 Acct Party Line4 | Credit Party 2 Acct Party Line5 |
| 2 | ■ | ■ | CITIBANK | 111 WALL ST | NEW YORK NY 10043-0001 | | SWF OF 11/03/24 | ■ | ■ | | | |
| 3 | ■ | ■ | BARCLAYS BANK PLC | SPECIAL PURPOSE ACCOUNT | 27-01 QUEENS PLAZA NORTH | LONG ISLAND CITY NY 11101- | SWF OF 11/03/24 | ■ | BARCLAYS BK WIMBLE DON BUSINESS CTR | ■ | | |
| 4 | ■ | ■ | STANDARD CHARTERED BANK | 1 MADISON AVE | NEW YORK NY 10010-3603 | | SWF OF 11/03/29 | ■ | RAIFFEISENBANK ZAO | ■ | 129090 MOSCOW RUSSIA | |
| 5 | ■ | ■ | ■ | ■ | NEW YORK NY 10065-6217 | | SWF OF 11/04/01 | | | | | |
| 6 | ■ | ■ | ■ | ■ | NEW YORK NY 10065-6217 | | SWF OF 11/04/14 | | | | | |
| 7 | ■ | ■ | DEUTSCHE BANK TRUST COMPANY AMERICA | S | 60 WALL STREET | NEW YORK NY | SWF OF 14/01/27 | ■ | BUTTERFLY TRUST | C/O HBRK ASSOCIATES INC | P O BOX 806 | NEW YORK NY10150-0806 |

| | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Credit Party 3 Ult Bene Line1 | Credit Party 3 Ult Bene Line2 | Credit Party 3 Ult Bene Line3 | Credit Party 3 Ult Bene Line4 | Credit Party 3 Ult Bene Line5 | Credit Party 4 4th Credit Pty Line1 | Credit Party 4 4th Credit Pty Line2 | Credit Party 4 4th Credit Pty Line3 | Credit Party 4 4th Credit Pty Line4 | Credit Party 4 4th Credit Pty Line5 |
| 2 | | | | | | | | | | |
| 3 | ███ | ███ | | | | | | | | |
| 4 | ███ | ███ | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |

|   | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Details of Payment1 | Details of Payment2 | Details of Payment3 | Details of Payment4 | Bank to Bank Information1 | Bank to Bank Information2 | Bank to Bank Information3 | Bank to Bank Information4 | Bank to Bank Information5 | Bank to Bank Information6 |
| 2 | | | | | | | | | | |
| 3 | ███ | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |