# EXHIBIT 65

**From:** mary.rieth@jpmorgan.com [mary.rieth@jpmorgan.com]
**Sent:** 1/28/2004 10:09:38 PM
**To:** doreen x hewitt-dunn
**BCC:** assentor@jpmorgan.com
**Subject:** Bank accounts and credit cards

Can we please start DDRs on the two women mentioned below? They are models in NYC and friends of Jeffrey Epstein. We have socials and an address below, but not much else. Security services should be able to work off of the socials. Thanks!!

Mary C. Rieth
tel: (212) 464-1747
fax: (212) 464-1312
----- Forwarded by Mary Rieth/JPMCHASE on 01/28/2004 05:07 PM -----

**Ethan J Hornbecker**

01/27/2004 12:52 PM



Here are the details I have so far. I will be contacting the branch to see if they can open accounts via that route, if not we will handle it. I will let you know what I find out.

----- Forwarded by Ethan J Hornbecker/JPMCHASE on 01/27/04 12:50 PM -----

**eric@nysgllc.com**

01/27/04 12:47 PM



```
Hello Ethan, As discussed, we need to set up checking accounts and get
credit cards for two people. Their information is as follows:
              SSN [Redacted]-5638 she is a US Citizen
              SSN [Redacted]-4144 she is not a US Citizen

Address for both is                                    New York NY 10021
Credit limit for each card is $2,500 and will be guaranteed by Jeffrey
```

They had walked into a Chase branch on 2nd Ave and about 64th
Street. They spoke with Mary, but had no further information. The
initial deposit into each bank account will be $3,000.

Please let me know if you require further information. We would like to
get this going as soon as possible.


Thank you,


Eric

Confidential
JPM-SDNYLIT-00104317