# EXHIBIT 75

| | |
|---|---|
| From: | Gambardella, Brian P <brian.p.gambardella@jpmorgan.com> |
| To: | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| CC: | Mallek, Kenneth A <kenneth.a.mallek@chase.com> |
| Sent: | 3/19/2013 3:16:54 PM |
| Subject: | RE: Epstein |

Justin,

NES LLC – CAS: 0107204408 – No KYC on file
LSJ LLC – CAS: 0220977979 – No KYC on file
Zorro Dev Corp – CAS: N/A -  Client not on-boarded
Neptune LLC – CAS: 0391309309 – KYC Needs credit checked off as expected activity
Jege Inc -  CAS: 0220476622 – KYC needs credit checked off as an expected activity
Jeffrey Epstein – CAS: 9710670708 -  In progress, needs credit checked off as an expected activity

Thanks,
Brian

**Brian P Gambardella**| Analyst | Centralized Lending Team | Private Bank| 270 Park Ave - 17th Floor New York, NY 10017| **JPMorgan** | T: 1-212-464-2778|
Brian.p.gambardella@jpmorgan.com

---

**From:** Mallek, Kenneth A
**Sent:** Tuesday, March 19, 2013 9:01 AM
**To:** Gambardella, Brian P
**Cc:** Nelson, Justin D
**Subject:** FW: Epstein

Brian,

Please forward this to Justin.  This is the list I sent you yesterday.  Thanks

Kenneth Mallek, Vice President
JPMorgan, The Private Bank
270 Park Avenue - 17th Floor
New York, NY 10017
Tel. 212-464-1050
Fax 212-464-2531
kenneth.a.mallek@jpmorgan.com

---

**From:** Nelson, Justin D
**Sent:** Monday, March 18, 2013 6:54 PM
**To:** Mallek, Kenneth A
**Subject:** Epstein

Send me the list of entities I need to do a KYC for. I just got LSJ docs.


**Justin D. Nelson - Managing Director**
**The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830**
**p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail:** justin.d.nelson@jpmorgan.com **|NMLS ID: 821781**