# EXHIBIT 80

**From:** james.dalessio@jpmorgan.com [james.dalessio@jpmorgan.com]
**Sent:** 7/16/2008 3:02:47 PM
**To:** aml operations wcu@jpmchase
**CC:** rick seba/tx/one@jpmchase; janice r barnes/il/one@jpmchase; bonnie k perry/jpmchase@jpmchase; maryanne x ryan/jpmchase@jpmchase
**Subject:** [REDACTED] - Jeffrey Epstein
**Attachments:** _.png; [REDACTED]

Tks,
Jim

Confidential JPM-SDNYLIT-00269719