# EXHIBIT 89

| | |
|---|---|
| **From:** | Jeffrey M Matusow <jeffrey.m.matusow@jpmorgan.com> |
| **To:** | Mary C Casey <mary.c.casey@jpmorgan.com> |
| **Sent:** | 7/22/2009 8:42:25 PM |
| **Subject:** | Billionaire freed from jail on sex charges |

Will you be my buddy on this one??

Jeffrey M. Matusow
JPMorgan Private Bank | 345 Park Avenue, 8th Floor, New York, NY 10154
Work: 212.464.2447 | Cell: ▮▮▮▮▮▮▮▮▮▮ | Fax: 212.464.1706 | Email: jeffrey.m.matusow@jpmorgan.com
------------------------------------------------------------------
IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.


-----Original Message-----
From: JEFFREY MATUSOW, JPMORGAN CHASE BANK [mailto:jmatusow@bloomberg.net]
Sent: Wednesday, July 22, 2009 3:41 PM
To: Jeffrey M Matusow
Subject: (UPI) Billionaire freed from jail on sex charges



------------------------------------------------------------------------------
THIS COMMUNICATION IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS AN OFFER OR SOLICITATION FOR THE PURCHASE OR SALE OF ANY FINANCIAL INSTRUMENT OR AS AN OFFICIAL CONFIRMATION OF ANY TRANSACTION. ALL MARKET PRICES, DATA AND OTHER INFORMATION ARE NOT WARRANTED AS TO COMPLETENESS OR ACCURACY AND ARE SUBJECT TO CHANGE WITHOUT NOTICE. ANY COMMENTS OR STATEMENTS MADE HEREIN DONOT NECESSARILY REFLECT THOSE OF J.P. MORGAN CHASE & CO., ITS SUBSIDIARIES AND AFFILIATES.


+--------------------------------------------------------------------------+

Billionaire freed from jail on sex charges
2009-07-22 19:40:10.692 GMT


WEST PALM BEACH, Fla., July 22 (UPI) -- Florida billionaire Jeffrey Epstein left jail Wednesday after serving less than 13 months for procuring underage girls for sex, his attorney says.
Epstein, 56, of Palm Beach, Fla., was released from the Palm Beach County jail by a side door, avoiding a group of reporters who had gathered at the facility's front entrance, The Palm Beach Post reported.
"Jeffrey is just happy this is over," attorney Jack Goldberger told the newspaper, saying that for now, Epstein would go to his home with a feeling of "relief and excitement. He just wanted to go home and rest right now, and that's what he did."
While he has finished his jail sentence, Epstein still faces a host of legal problems. Underage girls claiming to be his victims have filed a dozen lawsuits against the money manager, prompting Goldberger to say, "There was never any victims. There are women who have filed lawsuits against Mr. Epstein and we will challenge them."
The Post said Epstein will be on probation for one year and will have to donate a sample of his DNA for the state's sex offender database.

Confidential

JPM-SDNYLIT-00006049

```
--
Copyright 2009 by United Press International
All rights reserved.
--
-0- Jul/22/2009 19:40 GMT
```

Copyright 2009 by United Press International
All rights reserved.

-0- Jul/22/2009 19:40 GMT