# EXHIBIT 103

| | |
|---|---|
| From: | steven.sonnick@jpmorgan.com |
| To: | mary.c.casey@jpmorgan.com <mary.c.casey@jpmorgan.com> |
| CC: | catherine.keating@jpmorgan.com <catherine.keating@jpmorgan.com>;lisa.e.waters@jpmorgan.com <lisa.e.waters@jpmorgan.com>;mary.erdoes@jpmorgan.com <mary.erdoes@jpmorgan.com> |
| Sent: | 2/29/2008 10:23:50 PM |
| Subject: | Re: Epstein wants a new L/C? |
| Attachments: | pic11827.gif |

Since we have already done one, I don't see how we can turn it down.
 Mary C Casey/JPMCHASE

| | |
|---|---|
| **Mary C Casey/JPMCHASE**<br><br>02/29/2008 05:18 PM | To Mary E Erdoes/JPMCHASE@JPMCHASE, Steven Sonnick/JPMCHASE@JPMCHASE, Catherine Keating/JPMCHASE@JPMCHASE<br>cc Lisa E. Waters/JPMCHASE@JPMCHASE<br>Subject Epstein wants a new L/C? |

Sorry for the email late on a Friday -- difficult issue -- Jeffrey Epstein's office just called and has asked for a new $1mm letter of credit. As I understand it, we're weeks away from his court date. Any l/c issued today will be outstanding for a year. It would be cash collateralized so not a credit issue per se (although we're awaiting full details of purpose for the l/c). Are we comfortable taking on additional credit exposure just ahead of his pending plea arrangement?

I would appreciate your guidance.

Mary


Mary Casey
Managing Director
JPMorgan Private Bank
345 Park Ave.
New York, NY 10154
tel: (212) 464-0374
fax: (212) 464-1912

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.