# EXHIBIT 109

**From:**     mary.erdoes@jpmorgan.com [mary.erdoes@jpmorgan.com]
**Sent:**     2/7/2008 11:11:29 PM
**To:**       lisa.e.waters@jpmorgan.com
**Subject:**  Re:

yup
Lisa E. Waters/JPMCHASE

| **Lisa E. Waters/JPMCHASE** | To"Mary Erdoes" <mary.erdoes@jpmorgan.com> |
|---|---|
| 02/07/2008 05:51 PM | cc |
| | Subject |

Second lawsuit filed against je. Same attorney. Nypost pg 18.

Confidential