# EXHIBIT 131

From:
Sent: 10/5/2007 12:58:03 PM
To: mary.c.casey@jpmorgan.com
Subject: Conspiracy Theories: The Truth About Jeffrey Epstein and 'Vanity Fair' - Gawker

As if you need this info.

http://gawker.com/news/conspiracy-theories/the-truth-about-jeffrey-epstein-and-vanity-fair-302773.php



Confidential    JPM-SDNYLIT-00106627