# EXHIBIT 149

Case 1:22-cv-10904-JSR   Document 285-32   Filed 08/15/23   Page 1 of 5

NOTE: This is an excerpt of JPM-SDNYLIT-00921097, produced in Excel format by JPMorgan. This excerpt was created to show relevant rows and columns by filtering for specific "Beneficiary_Normalized" entries and by hiding multiple columns.

JPMorgan designated this document Confidential.

CONFIDENTIAL

| | A | B | I | S | AP | AQ | AT | BG | BH |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ORIGINATOR_NORMALIZED | BENEFICIARY_NORMALIZED | AMOUNT | BUSINESS_DATE | DET_PYMT1 | DET_PYMT2 | DR_ADDR1 | ORD_CUST2 | ORD_CUST3 |
| 663 | JEFFREY E EPSTEIN | | $ 2,118.94 | 10/3/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 1054 | JEFFREY E EPSTEIN | | $ 10,000.00 | 4/8/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 1055 | JEFFREY E EPSTEIN | | $ 2,500.00 | 6/5/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 1057 | JEFFREY E EPSTEIN | | $ 5,000.00 | 3/18/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 1064 | JEFFREY E EPSTEIN | | $ 2,500.00 | 2/15/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 1065 | JEFFREY E EPSTEIN | | $ 1,000.00 | 2/12/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2520 | JEFFREY E EPSTEIN | | $ 6,000.00 | 12/7/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2521 | JEFFREY E EPSTEIN | | $ 5,000.00 | 10/12/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2533 | JEFFREY E EPSTEIN | | $ 5,000.00 | 1/17/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2539 | JEFFREY E EPSTEIN | | $ 5,000.00 | 3/19/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2560 | JEFFREY E EPSTEIN | | $ 5,000.00 | 9/5/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2561 | JEFFREY E EPSTEIN | | $ 3,000.00 | 3/7/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2562 | JEFFREY E EPSTEIN | | $ 2,500.00 | 1/22/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2563 | JEFFREY E EPSTEIN | | $ 24,000.00 | 5/8/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2566 | JEFFREY E EPSTEIN | | $ 10,000.00 | 9/14/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2567 | JEFFREY E EPSTEIN | | $ 10,000.00 | 10/30/2017 | EXPENSE REIMBURSEMENT | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2568 | JEFFREY E EPSTEIN | | $ 8,000.00 | 3/6/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2570 | JEFFREY E EPSTEIN | | $ 7,000.00 | 2/14/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2577 | JEFFREY E EPSTEIN | | $ 7,000.00 | 3/15/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2578 | JEFFREY E EPSTEIN | | $ 7,000.00 | 4/16/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2591 | JEFFREY E EPSTEIN | | $ 7,000.00 | 5/15/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2592 | JEFFREY E EPSTEIN | | $ 7,000.00 | 6/15/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2595 | JEFFREY E EPSTEIN | | $ 7,000.00 | 7/16/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | |
| 2596 | JEFFREY E EPSTEIN | | $ 7,000.00 | 8/15/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2597 | JEFFREY E EPSTEIN | | $ 7,000.00 | 9/17/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2598 | JEFFREY E EPSTEIN | | $ 7,000.00 | 11/15/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2599 | JEFFREY E EPSTEIN | | $ 6,000.00 | 12/19/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2600 | JEFFREY E EPSTEIN | | $ 6,000.00 | 1/17/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2601 | JEFFREY E EPSTEIN | | $ 4,000.00 | 10/15/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2602 | JEFFREY E EPSTEIN | | $ 4,000.00 | 1/17/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2603 | JEFFREY E EPSTEIN | | $ 4,000.00 | 2/19/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2604 | JEFFREY E EPSTEIN | | $ 4,000.00 | 3/18/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2605 | JEFFREY E EPSTEIN | | $ 2,922.82 | 6/26/2018 | REIMBURSEMENT FOR AZORES AND | MILANTRIP | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2606 | JEFFREY E EPSTEIN | | $ 2,219.43 | 3/14/2019 | JAPAN HOTEL | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |

| | A | B | I | S | AP | AQ | AT | BG | BH |
|---|---|---|---|---|---|---|---|---|---|
| 2613 | JEFFREY E EPSTEIN | | $ 2,100.00 | 9/20/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2620 | JEFFREY E EPSTEIN | | $ 1,499.78 | 6/5/2018 | HOTEL MILAN | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2623 | JEFFREY E EPSTEIN | | $ 1,014.30 | 6/8/2018 | HOTEL LISBON | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2624 | JEFFREY E EPSTEIN | | $ 1,000.00 | 12/14/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2645 | JEFFREY E EPSTEIN | | $ 808.53 | 7/13/2018 | HOTEL TORONTO | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2646 | JEFFREY E EPSTEIN | | $ 594.12 | 6/11/2018 | REFERENCE PORTO HOTEL PORTUGAL TRIP | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2647 | JEFFREY E EPSTEIN | | $ 550.00 | 1/22/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2649 | JEFFREY E EPSTEIN | | $ 206.82 | 11/5/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2650 | JEFFREY E EPSTEIN | | $ 193.05 | 5/25/2018 | HOTEL BOLOGNA | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2651 | JEFFREY E EPSTEIN | | $ 135.00 | 11/1/2018 | REFERENCE: TRAIN REIMBURSEMENT | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 2654 | JEFFREY E EPSTEIN | | $ 5,000.00 | 3/25/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 3020 | 44130552  BUTTERFLY TRUST | | $ 50,000.00 | 2/6/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - BUTTERFLY TRUST | 6100 RED HOOK QUARTER B3 ST. THOMA |
| 3189 | BUTTERFLY TRUST | | $ 50,000.00 | 4/22/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - BUTTERFLY TRUST | 6100 RED HOOK QUARTER B3 ST. THOMA |
| 3190 | BUTTERFLY TRUST | | $ 50,000.00 | 1/28/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - BUTTERFLY TRUST | 6100 RED HOOK QUARTER B3 ST. THOMA |
| 3694 | BUTTERFLY TRUST | | $ 36,000.00 | 4/8/2019 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - BUTTERFLY TRUST | C/O HBRK ASSOCIATES INC |
| 3873 | JEFFREY E EPSTEIN | | $ 28,000.00 | 9/28/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 4560 | BUTTERFLY TRUST | | $ 25,000.00 | 1/28/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - BUTTERFLY TRUST | 6100 RED HOOK QUARTER B3 ST. THOMA |
| 4668 | BUTTERFLY TRUST | | $ 23,625.44 | 9/24/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - BUTTERFLY TRUST | 6100 RED HOOK QUARTER B3 ST. THOMA |
| 5059 | JEFFREY E EPSTEIN | | $ 10,000.00 | 11/18/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 5060 | JEFFREY E EPSTEIN | | $ 8,000.00 | 6/19/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 5062 | JEFFREY E EPSTEIN | | $ 7,000.00 | 6/25/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 5063 | JEFFREY E EPSTEIN | | $ 5,560.00 | 2/17/2016 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 5064 | JEFFREY E EPSTEIN | | $ 3,143.00 | 1/8/2016 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 5069 | JEFFREY E EPSTEIN | | $ 2,722.00 | 3/1/2016 | EXPENSE REIMBURSEMENT | | FIRSTBANK PUERTO RICO | JEFFREY EPSTEIN | LITTLE SAINT JAMES ISLAND |
| 5070 | JEFFREY E EPSTEIN | | $ 2,300.00 | 10/19/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 5071 | JEFFREY E EPSTEIN | | $ 1,500.00 | 6/27/2016 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 5081 | JEFFREY E EPSTEIN | | $ 350,000.00 | 11/4/2016 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 5083 | JEFFREY E EPSTEIN | | $ 28,000.00 | 9/25/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 5084 | JEFFREY E EPSTEIN | | $ 28,000.00 | 7/6/2018 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 5085 | JEFFREY E EPSTEIN | | $ 25,000.00 | 6/11/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 5336 | BUTTERFLY TRUST | | $ 15,000.00 | 2/6/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | - BUTTERFLY TRUST | 6100 RED HOOK QUARTER B3 ST. THOMA |
| 5404 | JEFFREY EPSTEIN | | $ 14,000.00 | 8/25/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 7755 | JEFFREY E EPSTEIN | | $ 64,000.00 | 6/3/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8451 | JEFFREY E EPSTEIN | | $ 10,000.00 | 6/23/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8568 | JEFFREY E EPSTEIN | | $ 14,000.00 | 1/21/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |

| | A | B | I | S | AP | AQ | AT | BG | BH |
|---|---|---|---|---|---|---|---|---|---|
| 8570 | JEFFREY E EPSTEIN | | $ 10,000.00 | 11/18/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8571 | JEFFREY E EPSTEIN | | $ 900.00 | 12/19/2013 | MEDICAL REIMBURSEMENT | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8574 | JEFFREY E EPSTEIN | | $ 450.00 | 2/6/2014 | EXP REIMBURSEMENT | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8637 | JEFFREY E EPSTEIN | | $ 1,000.00 | 9/15/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8638 | JEFFREY E EPSTEIN | | $ 25,000.00 | 5/30/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8639 | JEFFREY E EPSTEIN | | $ 2,422.20 | 11/3/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 8640 | JEFFREY E EPSTEIN | | $ 1,400.00 | 6/7/2016 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 8641 | JEFFREY E EPSTEIN | | $ 1,289.27 | 2/18/2014 | REIMB FOR JE PURCHASES | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8642 | JEFFREY E EPSTEIN | | $ 779.00 | 11/27/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 8643 | JEFFREY E EPSTEIN | | $ 720.00 | 6/20/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8644 | JEFFREY E EPSTEIN | | $ 600.00 | 12/3/2013 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8647 | JEFFREY E EPSTEIN | | $ 600.00 | 2/19/2014 | REIMB FOR CLASSES | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8648 | JEFFREY E EPSTEIN | | $ 600.00 | 5/2/2014 | REIMB FOR CLASSES | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8649 | JEFFREY E EPSTEIN | | $ 480.00 | 11/5/2013 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8650 | JEFFREY E EPSTEIN | | $ 480.00 | 1/6/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8651 | JEFFREY E EPSTEIN | | $ 400.00 | 9/29/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8652 | JEFFREY E EPSTEIN | | $ 294.86 | 7/23/2014 | REIMB FOR JE PURCHASES | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8656 | JEFFREY E EPSTEIN | | $ 210.00 | 11/3/2015 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8658 | JEFFREY E EPSTEIN | | $ 180.00 | 10/16/2014 | GRAND PRIX DRIVING | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8659 | JEFFREY E EPSTEIN | | $ 158.55 | 11/15/2017 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | C/O HBRK ASSOCIATES INC |
| 8660 | JEFFREY E EPSTEIN | | $ 141.00 | 5/30/2014 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | JEFFREY EPSTEIN | 6100 RED HOOK QTR B3 SAINT THOMAS |
| 8793 | NES LLC | | $ 1,557.71 | 12/14/2016 | | | DEUTSCHE BANK TRUST COMPANY AMERICA | NES LLC | C/O HBRK ASSOCIATES INC |
| 9423 | | | | | | | | | |
| 9424 | Grand Total | | $ 1,116,375.82 | | | | | | |