# EXHIBIT 150

| June 01, 2007 - | Ghislaine Maxwell | **JPMorgan** |
|---|---|---|
| June 29, 2007 | Primary Account Number: | **Private Bank** |
| Total enclosures: 12 | | |
| Page 1 of 8 | | |

```
                                    967  000   PB
GHISLAINE MAXWELL
C/O NEW YORK STRATEGY GROUP
457 MADISON AVENUE
4TH FLOOR
NEW YORK  NY  10022
```

JPMorgan Chase Bank, N.A.

**Your JPMorgan Private Bank Team:**

FRANCISCO VILLACIS
MELISSA DALTON
(888) 207-5225

Private Bank ServiceLine
For assistance after business hours,
7 days a week.
(800) 243-6727

## Morgan Premier Banking Summary

**Deposit Accounts**

| Description | Number | Opening Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|---|
| Premier Checking | | $149,704.20 | $7,634,946.28 | $7,663,408.95 | $121,241.53 |
| **Total** | | | | | **$121,241.53** |

| June 01, 2007 - | **Ghislaine Maxwell** |  |
|---|---|---|
| June 29, 2007 | Primary Account Number: | JPMorgan Private Bank |
| Page 2 of 8 | | |

**Premier Checking**
Account Number
    Ghislaine Maxwell

**Summary**

| | | | |
|---|---|---|---|
| Opening Balance | $149,704.20 | Average Balance | $937,555.13 |
| Deposits and Credits | $7,634,946.28 | Interest Paid this Period | $1,774.31 |
| Checks, Withdrawals and Debits | $7,663,408.95 | **Interest Paid Year to Date** | **$2,721.51** |
| **Ending Balance** | **$121,241.53** | **Annual Percentage Yield** | **2.33%** |

**Activity**

| Date | Description | Debit | Credits | Balance |
|---|---|---|---|---|
| **Opening Balance** | | | | **$149,704.20** |
| Jun 06 | Deposit 140061161 | | $9,025.00 | $158,729.20 |
| Jun 06 | Check Paid # 1060 | $620.00 | | $158,109.20 |
| Jun 06 | Check Paid # 1062 | $400.00 | | $157,709.20 |
| Jun 07 | Electronic Funds Transfer | | $6,599.20 | $164,308.40 |
| | NES LLC Re: PAYROLL | | | |
| | Ref: 250010103529TPW | | | |
| Jun 07 | Electronic Funds Transfer | | $105,000.00 | $269,308.40 |
| | CWB TRANSFER Re: 22495331 | | | |
| | Ref: 44842831 | | | |
| Jun 08 | Check Paid # 1061 | $7.00 | | $269,301.40 |
| Jun 12 | Check Paid # 1065 | $190.00 | | $269,111.40 |
| Jun 12 | Check Paid # 1066 | $4,947.00 | | $264,164.40 |
| Jun 12 | Check Paid # 1067 | $1,133.00 | | $263,031.40 |
| Jun 12 | Check Paid # 1068 | $1,396.00 | | $261,635.40 |
| Jun 14 | Check Paid # 1069 | $1,842.00 | | $259,793.40 |
| Jun 15 | Fedwire Credit | | $7,400,000.00 | $7,659,793.40 |
| | VIA: MELLON BANK N.A.-DUE FROM BK M | | | |
| | B/O: JEFFREY EPSTEIN | | | |
| | ST THOMAS VI 00802-1348 | | | |
| | REF: CHASE NYC/CTR/BNF=GHISLAINE MA | | | |
| | XWELL NEW YORK NY 10022-/AC-0000000 | | | |
| | 07391 RFB=O/B MELLON BANK BBI=/TIME | | | |
| | /15:32 | | | |
| | IMAD: 0615D3QCI20C005971 | | | |
| Jun 18 | Internal Funds Transfer | $7,400,000.00 | | $259,793.40 |
| | FUNDS TRANSFERRED FROM DDA AC# | | | |
| | TO DDA AC# As reque | | | |
| | sted | | | |
| Jun 20 | Check Paid # 1064 | $10,000.00 | | $249,793.40 |
| Jun 21 | Electronic Funds Transfer | | $6,599.20 | $256,392.60 |
| | NES LLC Re: PAYROLL | | | |
| | Ref: 576006255108TPW | | | |
| Jun 22 | Deposit 140061164 | | $948.57 | $257,341.17 |

| June 01, 2007 - | **Ghislaine Maxwell** | |
|---|---|---|
| June 29, 2007 | Primary Account Number: |  JPMorgan Private Bank |
| Page 3 of 8 | | |

**Premier Checking**
Account Number                                                                                               (cont.)
    Ghislaine Maxwell

### Activity

| Date | Description | Debit | Credits | Balance |
|---|---|---|---|---|
| Jun 22 | Internal Funds Transfer<br>FUNDS TRANSFERRED FROM DDA AC#<br>TO DDA AC#     As reque<br>sted | $100,000.00 | | $157,341.17 |
| Jun 22 | Check Paid #    1063 | $40,000.00 | | $117,341.17 |
| Jun 22 | Check Paid #    1070 | $27,409.53 | | $89,931.64 |
| Jun 26 | Electronic Funds Transfer<br>CWB TRANSFER Re: 23605173<br>Ref: 47062367 | | $105,000.00 | $194,931.64 |
| Jun 27 | Check Paid #    1071 | $464.42 | | $194,467.22 |
| Jun 28 | Internal Funds Transfer<br>FUNDS TRANSFERRED FROM DDA AC#<br>TO DDA AC#     Letter f<br>rom client | $75,000.00 | | $119,467.22 |
| Jun 29 | Interest Paid | | $1,774.31 | $121,241.53 |
| | | $7,663,408.95 | $7,634,946.28 | |

**Ending Balance**                                                                                             **$121,241.53**

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1060 | Jun 06 | $620.00 | 1064 | Jun 20 | $10,000.00 | 1068 | Jun 12 | $1,396.00 |
| 1061 | Jun 08 | $7.00 | 1065 | Jun 12 | $190.00 | 1069 | Jun 14 | $1,842.00 |
| 1062 | Jun 06 | $400.00 | 1066 | Jun 12 | $4,947.00 | 1070 | Jun 22 | $27,409.53 |
| 1063 | Jun 22 | $40,000.00 | 1067 | Jun 12 | $1,133.00 | 1071 | Jun 27 | $464.42 |
| **Total Checks** | | | | | | | | **$88,408.95** |

Enclosed Checks: 12

### About Your Relationship

We value your relationship with JPMorgan Private Bank. You were not charged for services this statement period. Thank You.

| | | |
|---|---|---|
| June 01, 2007 -<br>June 29, 2007<br>Page 4 of 8 | **Ghislaine Maxwell** <br>Primary Account Number:  | **JPMorgan**<br>Private Bank |

## Important Information about Your Statement
Accounts are subject to the General Terms For Accounts and Services and applicable appendices and account agreements. Your accounts, unless otherwise indicated on the statement, are held by JPMorgan Chase Bank, N.A. (the "Bank").

Deposit accounts held at the Bank, including checking, savings, CD, and money market accounts, are FDIC insured.

### In Case of Errors or Questions About Your Electronic Funds Transfers (personal accounts only)
Telephone or write to the Bank if you think your statement or receipt is wrong, or if you need more information about an electronic transaction on a statement or receipt. The phone number for inquiries is printed on the front of this statement. The address for inquiries appears below. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

Please direct all inquiries to your Morgan Account Officer at
JPMorgan Private Bank Client Service
500 Stanton Christiana Road, 1/OPS3
Newark, DE 19713-2107

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (20 business days for transactions outside the U.S. and point-of-sale transactions), we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In Case of Errors or Questions About Non Electronic Transfers
Please examine your account at once. If you feel an error has taken place or have questions concerning a non-electronic transaction, telephone or write us within 30 days. The phone number is printed on the front of this statement. The address appears above. If no report is received within this period, your account will be considered correct.

### Mutual Funds/Securities

> **Securities (including Mutual Funds) and annuities are not bank deposits and are not FDIC insured nor are they obligations of or guaranteed by JPMorgan Chase Bank, N.A. or its affiliates or any federal or state government or government agency or government sponsored agency. Securities (including mutual funds) and annuities involve investment risks, including the possible loss of the principal amount invested.**

The distributor of the JPMorgan Funds is JPMorgan Distribution Services, Inc., which is an affiliate of JPMorgan Chase Bank, N.A.. JPMorgan Chase Bank, N.A., and its affiliates receive compensation from JPMorgan Funds for providing services. Read the JPMorgan Funds prospectuses carefully for details, including fees and expenses, before investing or sending money.

JPMorgan Select Shares of the Connecticut Daily Tax Free Income Fund, Inc. and JPMorgan Select Shares of the New Jersey Daily Municipal Income Fund, Inc. are not part of, or affiliated with, the JPMorgan Family of Mutual Funds. Reich & Tang Distributors Inc. and Reich & Tang Asset Management L.P., which are unaffiliated with JPMorgan, are the funds' distributors and investment advisor, respectively. Reich & Tang Distributors Inc. is a member NASD.

### IRA Accounts
Accounts where the Bank serves as trustee or as discretionary investment manager for an ERISA plan or an IRA that hold Fiduciary Shares (as described below) do not bear any portion of investment, administrative, custodian or other charges paid to the Bank or its affiliates for services to the applicable JPMorgan Funds since these charges are subject to rebate as defined below. For accounts where the Bank serves as trustee, or discretionary investment manager for an ERISA plan or an IRA, which hold shares in the JPMorgan Funds other than Fiduciary Shares, the Bank receives fees for services from the JPMorgan Funds but waives account fees with respect to the funds so held. Fiduciary Shares are shares in the Select Shares class of JPMorgan Tax Aware Large Cap Value Fund, JPMorgan US Equity Fund, JPMorgan Tax Aware US Equity Fund, JPMorgan Tax Aware Large Cap Growth Fund, JPMorgan Mid Cap Equity Fund, JPMorgan Trust Small Cap Equity Fund, JPMorgan Fleming International Equity Fund, JPMorgan Short Term Bond Fund II, JPMorgan Bond Fund II, JPMorgan Tax Aware Enhanced Income Fund, JPMorgan Tax Aware Short-Intermediate Income Fund, JPMorgan Intermediate Tax-Free Income Fund, JPMorgan Tax-Free Income Fund, JPMorgan California Bond Fund, JPMorgan NY Intermediate Tax Free Income Fund and JPMorgan NJ Tax Free Income Fund held in the Bank's trust accounts or in the Bank's investment management accounts for ERISA plans or IRAs. "Rebate" means an amount returned by the Bank to the account which holds the Fiduciary Shares. The rebate amount represents the portion of servicing fees paid to the Bank by the mutual fund with respect to Fiduciary Shares.

June   01, 2007 -
June   29, 2007    **Ghislaine Maxwell**                              **JPMorgan Private Bank**

Page  5 of  8        Primary Account Number:  ▇▇▇▇

Premier Checking                             ▇▇▇▇▇

CHECK NO.  1070        $27,409.53    PAID 06/22



Case 1:22-cv-10904-JSR   Document 285-33   Filed 08/15/23   Page 7 of 9

June 01, 2007 -
June 29, 2007

**Ghislaine Maxwell**

JPMorgan Private Bank

Page 6 of 8    Primary Account Number:

Premier Checking

CHECK NO.  1060            $620.00      PAID 06/06

 

CHECK NO.  1061            $7.00        PAID 06/08

 

CHECK NO.  1062            $400.00      PAID 06/06

 

CHECK NO.  1063            $40,000.00   PAID 06/22

 

CHECK NO.  1064            $10,000.00   PAID 06/20

 

June  01, 2007 -
June  29, 2007

**Ghislaine Maxwell**

**JPMorgan Private Bank**

Page  7 of  8

Primary Account Number: 

Premier Checking 

**CHECK NO.   1065            $190.00       PAID 06/12**

 

**CHECK NO.   1066          $4,947.00       PAID 06/12**

 

**CHECK NO.   1067          $1,133.00       PAID 06/12**

 

**CHECK NO.   1068          $1,396.00       PAID 06/12**

 

**CHECK NO.   1069          $1,842.00       PAID 06/14**

 

| | |
|---|---|
| June 01, 2007 - <br> June 29, 2007 <br><br> Page 8 of 8 | **Ghislaine Maxwell** <br><br> Primary Account Number:  |

**JPMorgan Private Bank**

Premier Checking   

**CHECK NO.  1071          $464.42     PAID 06/27**


