# EXHIBIT 154

# JEFFREY E. EPSTEIN
457 Madison Avenue
New York, NY 10022

Tel (212) 750-1176
Fax (212) 750-2408

## Memorandum

To: JAnet, JP Morgan

From: Harry Beller

Date: December 1, 2008

Re: JP Morgan
Account # ▮▮▮▮▮▮▮▮

*********************************************************************

Please wire Three Thousand Dollars (**$ 3,000**) from the above account to:

Corresponding Bank of beneficiary bank:
JP Morgan Chase Bank
NY, NY 10004

Account # : ▮▮▮▮▮▮▮▮

Beneficiary Bank:   Alfa- Bank Moscow

Swift:   ALFARUMM

Account #:   ▮▮▮▮▮▮▮▮▮▮

Account name:   ▮▮▮▮▮▮▮▮▮▮▮

# JEFFREY E. EPSTEIN

Tel: ███

Memorandum

To:     Janet, JP Morgan

From:   Harry Beller  /s/ Harry Beller

Date:   December 1, 2008

Re:     Jeffrey Epstein
        Account # ███

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please wire Two Thousand Dollars (**$ 2,000**) from the above account to:

Intermediary:  Deutsche Bank Trust Company Americas
               10004, Wall Street, 60 New York

Swift #:  BKTRUS33
ABA:      021001033

For further credit:

Swift #:       CBGURUMM
VTB 24 (JSC), Moscow, Russia
Acc # ███

Beneficiary Account:

███

Payment details:

Replenishment of Bank Card
███

# JEFFREY E. EPSTEIN

Tel (212) 750-1176
Fax (212) 750-2408

## Memorandum

To: Janet, JP Morgan

From: Harry Beller

Date: January 8, 2009

Re: Jeffrey Epstein
Account # ▮▮▮▮▮▮▮

*************************************************************

Please wire **Two Thousand Dollars ($ 2,000)** from the above account to:

Bank Name:      SEB Vilniaus Bankas

IBAN #:         ▮▮▮▮▮▮▮▮▮▮▮▮

Swift code:     CBVILT2X

Bank code:      70440

Account name:   ▮▮▮▮▮▮▮▮▮▮▮▮

# JEFFREY E. EPSTEIN

Tel: [REDACTED]

### Memorandum

To:     Janet, JP Morgan

From:   Harry Beller  /s/

Date:   September 8, 2009

Re:     Jeffrey Epstein
        Account # [REDACTED]

************************************************************************

Please wire Two Hundred Ninety Two Dollars ($292) from the above account to:

Intermediary:   Deutsche Bank Trust Company Americas
                10004, Wall Street, 60 New York

Swift #:    BKTRUS33
ABA:        021001033

For further credit:

Swift #:    CBGURUMM
VTB 24 (JSC), Moscow, Russia
Acc # [REDACTED]

Beneficiary Account:

[REDACTED]

Payment details:

Replenishment of Bank Card
[REDACTED]

Confidential                                                    JPM-SDNYLIT-00095709

# JEFFREY E. EPSTEIN

### MEMORANDUM

To:     Janet, JP Morgan

From:   Harry Beller

Date:   November 4, 2010

Re:     JP Morgan
        Account #  [REDACTED]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please wire Two Thousand Eight Hundred Fourty Dollars **(2,840)** from the above account to:

Standard Chartered Bank
New York
Swift: SCBLUS33
~~Chips ABA = 0256~~
ABA ~~Fedwire~~ #: 026002561

Account # [REDACTED]

For further credit to:

ZAO Raiffeisenbank
17/1 Troitskaya
Moscow, 129090
Russia

Swift code:    RZBMRUMM

Account name:  [REDACTED]
Account #:     [REDACTED]

Please call Bella Klein if you have any questions. [REDACTED]

_____
Ref. No

# JEFFREY E. EPSTEIN

### MEMORANDUM

To:     Janet, JP Morgan

From:   Harry Beller

Date:    August 21, 2012

Re:     JP Morgan
        Account # ▮▮▮▮▮

*************************************************************************

Please wire Two Thousand Dollars **($ 2,000)** from the above account to:

Standard Chartered Bank
New York
Swift: SCBLUS33
Chips ABA: 0256
Fedwire #: 026002561

Account # ▮▮▮▮▮

For further credit to:

ZAO Raiffeisenbank
17/1 Troitskaya
Moscow, 129090
Russia

Swift code:    RZBMRUMM

Account name: ▮▮▮▮▮
Account #: ▮▮▮▮▮

Please call Bella Klein if you have any questions. ▮▮▮▮▮

_____
Ref. No

## Young, Janet E

**From:** bellaklein
**Sent:** Tuesday, August 21, 2012 3:04 PM
**To:** PB-Service1318
**Cc:** Rich Kahn; Harry Beller
**Subject:** JEE WT to SP #2
**Attachments:** SKMBT_pdf

Please confirm,
Thank you,
Bella
Begin forwarded message:

**From:** kmbizhub@hbrkassociates.com
**Date:** August 21, 2012 2:37:01 PM EDT
**To:**
**Subject: Message from KMBT_C253**
**Reply-To:** kmbizhub@hbrkassociates.com

1

Confidential                                                                                                                                  JPM-SDNYLIT-00097241

```
-----Original Message-----
From: Grosse, Jason A
Sent: Monday, January 14, 2013 4:23 PM
To: Grosse, Jason A
Subject:
```

All electronic mail (email) and attachments stored, received, or transmitted on the firm's systems are the property of JPMorgan Chase and subject to applicable laws and regulations and all messages sent or received by JPMorgan Chase systems are considered corporate records for the purposes of monitoring.

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

ID: 036301149386570 DATE: 01/14/2013 21:27:00 Page 1 of 2 DID: 8887316607 CSID:  INDEX1:  INDEX2:

Confidential

JPM-SDNYLIT-00097437

# JEFFREY E. EPSTEIN

## Memorandum

To:      Janet, JP Morgan

From:    Jeffrey Epstein

Date:    January 14, 2013

Re:      Jeffrey Epstein
         Account # [redacted]

*************************************************************************

Please wire **Ten Thousand Dollars & 00/100 ($10,000)** from the above account to:

| | |
|---|---|
| Intermediary: | Deutsche Bank Trust Company Americas New York |
| Swift: | BKTRUS33 |
| Beneficiary Bank: | Joint Stok Company |
| Swift: | TECNBY22 |
| Account Number: | [redacted] |
| Beneficiary: | [redacted] Minsky Belarus UL.Koriskogo8-5 |

**From:** bellaklein
**Sent:** Tuesday, October 15, 2013 9:09 AM
**To:** PB-Service1318
**Cc:** Harry Baller; Richard Kahn
**Subject:** JE WT to CT

Please confirm,
Thank you,
Bella

Begin forwarded message:

**From:** kmbizhub@hbrkassociates.com
**Subject: Message from KMBT_C253**
**Date:** October 15, 2013 8:45:55 AM EDT
**To:**
**Reply-To:** kmbizhub@hbrkassociates.com

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

ID: 036310154533715 DATE: 10/15/2013 13:12:00 Page 1 of 2 DID: 8887316607 CSID: INDEX1: INDEX2:

Confidential                                                                                                          JPM-SDNYLIT-00097820

# JEFFREY E. EPSTEIN

Memorandum

To: Janet, JP Morgan

From: Jeffrey Epstein

Date: October 15, 13

Re: Jeffrey Epstein
Account # ███████

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please wire **Twenty Thousand Dollars & 00/100 ($20,000)** from the above account to:

| | |
|---|---|
| Intermediary: | Deutsche Bank Trust Company Americas New York |
| Swift: | BKTRUS33 |
| Beneficiary Bank: | Joint Stok Company |
| Swift: | TECNBY22 |
| Account Number: | ███████ |
| Beneficiary: | ███████ Minsky Belarus UL.Koriskogo8-5 |