# EXHIBIT 155

# Document Produced in Native Format

Confidential

| Search String | Transaction Number | Payment Date | Transaction Amount | Order Customer1 | Order Customer2 | Order Customer3 | Order Customer4 | Order Customer5 | Order Bank1 | Order Bank2 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8644000163JJ | 6/11/2008 | $50,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 9313600170JJ | 6/18/2008 | $100,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 3858200206JJ | 7/24/2008 | $40,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 5234400218JJ | 8/5/2008 | $50,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 1490200276JJ | 10/2/2008 | $100,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 7704200352JJ | 12/17/2008 | $50,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 9291900006JJ | 1/6/2009 | $100,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 1683600030JJ | 1/30/2009 | $25,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 5514209075FF | 3/16/2009 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | ST THOMAS VI008021347 | | /09253186 | J.P. MORGAN CLEARING CORP. |
| | 9693000121JJ | 5/1/2009 | $65,767.87 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 9695500121JJ | 5/1/2009 | $214,187.13 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 0776400134JJ | 5/14/2009 | $50,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 2557500154JJ | 6/3/2009 | $100,000.00 | | ENHANCEDEDUCATION | 6100REDHOOKQUARTER | STTHOMASVI008021347 | | BEAR STEARNS | NEW YORK NY |
| | 1123800349JJ | 12/15/2009 | $50,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | BEAR STEARNS | NEW YORK NY |
| | 0248500075JJ | 3/16/2010 | $50,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | BEAR STEARNS | NEW YORK NY |
| | 0896600082JJ | 3/23/2010 | $25,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | BEAR STEARNS | NEW YORK NY |
| | 2759400099JJ | 4/9/2010 | $50,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | JPMCLEARING CORP | METROTECH CENTER |
| | 3785700110JJ | 4/20/2010 | $25,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | JPMCLEARING CORP | METROTECH CENTER |
| | 4690100118JJ | 4/28/2010 | $190,400.89 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | JPMCLEARING CORP | METROTECH CENTER |
| | 4687800118JJ | 4/28/2010 | $58,464.11 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | JPMCLEARING CORP | METROTECH CENTER |
| | 5931600130JJ | 5/10/2010 | $50,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | JPMCLEARING CORP | METROTECH CENTER |
| | 7026400140JJ | 5/20/2010 | $25,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | JPMCLEARING CORP | METROTECH CENTER |
| | 1494100182JJ | 7/1/2010 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | JPMCLEARING CORP | METROTECH CENTER |
| | 7227700243JJ | 8/31/2010 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 | JPMCLEARING CORP | METROTECH CENTER |
| | 6133300333JJ | 11/29/2010 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| | 7464500344JJ | 12/10/2010 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| | 8838500356JJ | 12/22/2010 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| | 2555500026JJ | 1/26/2011 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| | 9266900090JJ | 3/31/2011 | $50,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| | 9581200091JJ | 4/1/2011 | $165,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| | 9960900095JJ | 4/5/2011 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search String | Transaction Number | Payment Date | Transaction Amount | Order Customer1 | Order Customer2 | Order Customer3 | Order Customer4 | Order Customer5 | Order Bank1 | Order Bank2 |
| 33 | | 6160700153JJ | 6/2/2011 | $10,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 34 | | 0600100195JJ | 7/14/2011 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 35 | | 4371300230JJ | 8/18/2011 | $8,333.33 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 36 | | 5580100244JJ | 9/1/2011 | $8,333.33 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 37 | | 8863100276JJ | 10/3/2011 | $8,333.33 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 38 | | 0026300285JJ | 10/12/2011 | $200,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 39 | | 1347700298JJ | 10/25/2011 | $200,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 40 | | 2117300305JJ | 11/1/2011 | $8,333.33 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 41 | | 5186200335JJ | 12/1/2011 | $8,333.33 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 42 | | 8738400003JJ | 1/3/2012 | $8,333.33 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 43 | | 2149400032JJ | 2/1/2012 | $8,333.33 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 44 | | 5911400067JJ | 3/7/2012 | $25,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 45 | | 6222300069JJ | 3/9/2012 | $200,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 46 | | 1458300115JJ | 4/24/2012 | $1,000,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 47 | | 3859700136JJ | 5/15/2012 | $5,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 48 | | 4148200230JJ | 8/17/2012 | $100,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 49 | | 4534300234JJ | 8/21/2012 | $200,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 | JPMCLEARING CORP | METROTECH CENTER |
| 50 | | 7083900324JJ | 11/19/2012 | $15,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 51 | | 0182300352JJ | 12/17/2012 | $200,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 52 | | 0406700353JJ | 12/18/2012 | $4,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 53 | | 4156900018JJ | 1/18/2013 | $4,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 54 | | 4409400022JJ | 1/22/2013 | $55,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 55 | | 5562700031JJ | 1/31/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 56 | | 7890300053JJ | 2/22/2013 | $5,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 57 | | 8097800056JJ | 2/25/2013 | $4,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 58 | | 0566000077JJ | 3/18/2013 | $6,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 59 | | 3622700101JJ | 4/11/2013 | $60,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 60 | | 3563600101JJ | 4/11/2013 | $200,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 61 | | 5113000114JJ | 4/24/2013 | $4,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 62 | | 8098100140JJ | 5/20/2013 | $4,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 63 | | 0521500161JJ | 6/10/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search String | Transaction Number | Payment Date | Transaction Amount | Order Customer1 | Order Customer2 | Order Customer3 | Order Customer4 | Order Customer5 | Order Bank1 | Order Bank2 |
| 64 | | 1698600170JJ | 6/19/2013 | $4,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 65 | | 5089500197JJ | 7/16/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 66 | | 8456300226JJ | 8/14/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 67 | | 0636500247JJ | 9/4/2013 | $9,250.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 68 | | 2225400261JJ | 9/18/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 69 | | 3707900273JJ | 9/30/2013 | $200,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 70 | | 4540400277JJ | 10/4/2013 | $12,397.77 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 71 | | 5904700290JJ | 10/17/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 72 | | 7249400302JJ | 10/29/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 73 | | 8399200310JJ | 11/6/2013 | $9,050.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 74 | | 9205400318JJ | 11/14/2013 | $1,200,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 75 | | 9629600322JJ | 11/18/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 76 | | 2279400344JJ | 12/10/2013 | $45,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 77 | | 3535400353JJ | 12/19/2013 | $2,000.00 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 78 | | 3535300353JJ | 12/19/2013 | $6,524.08 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |
| 79 | | 7049800017JJ | 1/17/2014 | $3,016,824.26 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 | JPMCLEARING CORP | METROTECH CENTER |

| | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Order Bank3 | Order Bank4 | Order Bank5 | Debit ID | Debit Party Address1 | Debit Party Address2 | Debit Party Address3 | Debit Party Address4 | Debit Reference Number |
| 2 | | | | | BEAR STEARNS SECURITIES CORP | 115 S JEFFERSON RD | WHIPPANY NJ 07981-1035 | | |
| 3 | | | | | BEAR STEARNS SECURITIES CORP | 115 S JEFFERSON RD | WHIPPANY NJ 07981-1035 | | |
| 4 | | | | | BEAR STEARNS SECURITIES CORP | 115 S JEFFERSON RD | WHIPPANY NJ 07981-1035 | | |
| 5 | | | | | BEAR STEARNS SECURITIES CORP | 115 S JEFFERSON RD | WHIPPANY NJ 07981-1035 | | |
| 6 | | | | | J.P. MORGAN CLEARING CORP. | 115 S JEFFERSON RD | WHIPPANY NJ 07981-1035 | | |
| 7 | | | | | J.P. MORGAN CLEARING CORP. | 500 STANTON CHRISTIANA RD | NEWARK DE 19713-2105 | | |
| 8 | | | | | J.P. MORGAN CLEARING CORP. | 500 STANTON CHRISTIANA RD | NEWARK DE 19713-2105 | | |
| 9 | | | | | J.P. MORGAN CLEARING CORP. | 500 STANTON CHRISTIANA RD | NEWARK DE 19713-2105 | | |
| 10 | ATTN: | 1 METROTECH CENTER NORTH | 4TH FLOOR - CASHIERS DEPT | | CITIBANK | 111 WALL ST | NEW YORK NY 10043-0001 | | |
| 11 | | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 12 | | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 13 | | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 14 | | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 15 | | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 16 | | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 17 | | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 18 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 19 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 20 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 21 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 22 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 23 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 24 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 25 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 26 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 27 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 28 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 29 | BROOKLYN NY | | | | J.P. MORGAN CLEARING CORP. | ONE METROTECH CENTER NORTH | BROOKLYN NY 11201-3862 | | |
| 30 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 31 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 32 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |

| | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Order Bank3 | Order Bank4 | Order Bank5 | Debit ID | Debit Party Address1 | Debit Party Address2 | Debit Party Address3 | Debit Party Address4 | Debit Reference Number |
| 33 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 34 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 35 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 36 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 37 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 38 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 39 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 40 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 41 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 42 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 43 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 44 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 45 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 46 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 47 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 48 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 49 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 50 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 51 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 52 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 53 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 54 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 55 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 56 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 57 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 58 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 59 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 60 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 61 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 62 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 63 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |

| | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Order Bank3 | Order Bank4 | Order Bank5 | Debit ID | Debit Party Address1 | Debit Party Address2 | Debit Party Address3 | Debit Party Address4 | Debit Reference Number |
| 64 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 65 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 66 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 67 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 68 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 69 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 70 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 71 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 72 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 73 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 74 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 75 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 76 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 77 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 78 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |
| 79 | BROOKLYN NY | | | | J P MORGAN CLEARING CORP | 4 CHASE METROTECH CENTER | NY1 C060 3RD FLOOR | BROOKLYN NY 11245-0003 | |

| | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Credit Party 1 ID | Credit Party 1 Line1 | Credit Party 1 Line2 | Credit Party 1 Line3 | Credit Party 1 Line4 | Credit Reference Number | Credit Party 2 Acct Party Line1 | Credit Party 2 Acct Party Line2 | Credit Party 2 Acct Party Line3 | Credit Party 2 Acct Party Line4 | Credit Party 2 Acct Party Line5 |
| 2 | | BANK OF AMERICA N.A. | 100 WEST 33RD STREET | NEW YORK NY 10001 | | SWF OF 08/06/11 | | MARKJUDETRAMO | | | |
| 3 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PR | | SWF OF 08/06/18 | | ENHANCEDEDUCATION | ATTNJEFFEPSTEIN | 6100REDHOOKQUARTER | SUITE3B |
| 4 | | THE C O U Q FOUNDATION INC | 457 MADISON AVE 4TH FL | NEW YORK NY 10022- | | SWF OF 08/07/24 | | | | | |
| 5 | | SUNTRUST ATL | SUNTRUST BANK ATLANTA | MIAMI FL 33172 | | SWF OF 08/08/05 | | BENJAMINNATHENAILGOERTZEL | | | |
| 6 | | THE C O U Q FOUNDATION INC | 457 MADISON AVE 4TH FL | NEW YORK NY 10022- | | SWF OF 08/10/02 | | | | | |
| 7 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PR | | SWF OF 08/12/17 | | ENHANCEDEDUCATION | ATTNJEFFEPSTEIN | 6100REDHOOKQUARTER | SUITE3B |
| 8 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PR | | SWF OF 09/01/06 | | ENHANCEDEDUCATION | ATTNJEFFEPSTEIN | 6100REDHOOKQUARTER | SUITE3B |
| 9 | | SUNTRUST ATL | SUNTRUST BANK ATLANTA | MIAMI FL 33172 | | SWF OF 09/01/30 | | BENJAMINNATHANIELGOERTZEL | | | |
| 10 | | THE C O U Q FOUNDATION INC | 250 S AUSTRALIAN AVE STE 1404 | WEST PALM BEACH FL 33401-5016 | | O/B CITIBANK NYC | | | | | |
| 11 | | LESLIE H WEXNER | 8000 WALTON PKY STE 100 | NEW ALBANY OH 43054- | | SWF OF 09/05/01 | | | | | |
| 12 | | THE WEXNER FAMILY CHARITABLE FUND | 8000 WALTON PKY STE 100 | NEW ALBANY OH 43054- | | SWF OF 09/05/01 | | | | | |
| 13 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PR | | SWF OF 09/05/14 | | ENHANCEDEDUCATION | ATTNJEFFEPSTEIN | 6100REDHOOKQUARTER | SUITE3B |
| 14 | | THE C O U Q FOUNDATION INC | 250 S AUSTRALIAN AVE STE 1404 | WEST PALM BEACH FL 33401-5016 | | SWF OF 09/06/03 | | | | | |
| 15 | | APPLE BANK NYC | APPLE BANK FOR SAVINGS | NEW YORK NY 10168- | | SWF OF 09/12/15 | | BAIS AVROHAM | | | |
| 16 | | THE C O U Q FOUNDATION INC | 250 S AUSTRALIAN AVE STE 1404 | WEST PALM BEACH FL 33401-5016 | | SWF OF 10/03/16 | | | | | |
| 17 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PR | | SWF OF 10/03/23 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 |
| 18 | | THE C O U Q FOUNDATION INC | 250 S AUSTRALIAN AVE STE 1404 | WEST PALM BEACH FL 33401-5016 | | SWF OF 10/04/09 | | | | | |
| 19 | | THE CELINA DUBLIN UNITED FUND | 40 W 57TH ST FL 33 | NEW YORK NY 10019-4001 | | SWF OF 10/04/20 | | THE CELINA DUBIN UNITED FUND | | | |
| 20 | | THE WEXNER FAMILY CHARITABLE FUND | 8000 WALTON PKY STE 100 | NEW ALBANY OH 43054- | | SWF OF 10/04/28 | | | | | |
| 21 | | LESLIE H WEXNER | 8000 WALTON PKY STE 100 | NEW ALBANY OH 43054- | | SWF OF 10/04/28 | | | | | |
| 22 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 10/05/10 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 |
| 23 | | BANK OF AMERICA N.A. | 100 WEST 33RD STREET | NEW YORK NY 10001 | | SWF OF 10/05/20 | | ILLUSION WORKS LL C | | | |
| 24 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 10/07/01 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 |
| 25 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 10/08/31 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021347 |
| 26 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 10/11/29 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 27 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 10/12/10 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 28 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 10/12/22 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 29 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 11/01/26 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 30 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 11/03/31 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 31 | | BANK OF AMERICA N.A. | SUPE | 100 WEST 33RD STREET | NEW YORK NY 10001 | SWF OF 11/04/01 | | BENNING VIOLINS STUDIO CITY MUSIC | | | |
| 32 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 11/04/05 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |

| | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Credit Party 1 ID | Credit Party 1 Line1 | Credit Party 1 Line2 | Credit Party 1 Line3 | Credit Party 1 Line4 | Credit Reference Number | Credit Party 2 Acct Party Line1 | Credit Party 2 Acct Party Line2 | Credit Party 2 Acct Party Line3 | Credit Party 2 Acct Party Line4 | Credit Party 2 Acct Party Line5 |
| 33 | | WELLS FARGO NA | WELLS FARGO BANK | SAN FRANCISCO CA 94111 | | SWF OF 11/06/02 | | HUMANITY + | | | |
| 34 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 11/07/14 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 35 | | BANK OF AMERICA N.A. | SUPE | 100 WEST 33RD STREET | NEW YORK NY 10001 | SWF OF 11/08/18 | | MARVIN MINSKY + GLORIA RUDISCH | | | |
| 36 | | BANK OF AMERICA N.A. | SUPE | 100 WEST 33RD STREET | NEW YORK NY 10001 | SWF OF 11/09/01 | | MARVIN MINSKY + GLORIA RUDISCH | | | |
| 37 | | BANK OF AMERICA N.A. | SUPE | 100 WEST 33RD STREET | NEW YORK NY 10001 | SWF OF 11/10/03 | | MARVIN MINSKY + GLORIA RUDISCH | | | |
| 38 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 11/10/12 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 39 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 11/10/25 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 40 | | BANK OF AMERICA N.A. | SUPE | 100 WEST 33RD STREET | NEW YORK NY 10001 | SWF OF 11/11/01 | | MARVIN MINSKY + GLORIA RUDISCH | | | |
| 41 | | BANK OF AMERICA N.A. | SUPE | 100 WEST 33RD STREET | NEW YORK NY 10001 | SWF OF 11/12/01 | | MARVIN MINSKY + GLORIA RUDISCH | | | |
| 42 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 12/01/03 | | MARVIN MINSKY + GLORIA RUDISCH | | | |
| 43 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 12/02/01 | | MARVIN MINSKY + GLORIA RUDISCH | | | |
| 44 | | THE CELINA DUBIN UNITED FUND | 40 W 57TH ST FL 33 | NEW YORK NY 10019-4001 | | SWF OF 12/03/07 | | | | | |
| 45 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 12/03/09 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 46 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 12/04/24 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 47 | | CY NATL BK LA | CITY NATIONAL BANK GENERAL LEDGER | LOS ANGELES CA 90006-3701 | | SWF OF 12/05/15 | | J/P HAITIAN RELIEF ORGANIZATION | | | |
| 48 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 12/08/17 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 49 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 12/08/21 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI008021348 |
| 50 | | SL COMMUNICATIONS AND LIFESTYLE LLC | C/O SHELLEY LEWIS | 211 E 60TH ST APT C3 | NEW YORK NY 100221466 | SWF OF 12/11/19 | | | | | |
| 51 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 12/12/17 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 |
| 52 | | BK AMER NYC | BANK OF AMERICA N.A. | NEW YORK NY 10001 | | SWF OF 12/12/18 | | | | | |
| 53 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/01/18 | | | | | |
| 54 | | WELLS FARGO NA | WELLS FARGO BANK | SAN FRANCISCO CA 94104-1298 | | SWF OF 13/01/22 | | HUMANITY PLUS | | | |
| 55 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/01/31 | | | | | |
| 56 | | CITY NATIONAL BANK | NEW YORK NY | | | SWF OF 13/02/22 | | ELTON JOHN AIDS FOUNDATION | | | |
| 57 | | BK AMER NYC | BANK OF AMERICA N.A. | NEW YORK NY 10001 | | SWF OF 13/02/25 | | | | | |
| 58 | | BK AMER NYC | BANK OF AMERICA N.A. | NEW YORK NY 10001 | | SWF OF 13/03/18 | | | | | |
| 59 | | CITIBANK NYC | CITIBANK N.A. | NEW YORK NY 10043-0001 | | SWF OF 13/04/11 | | CITIGROUP GLOBAL MARKETS INC. | ONE NEW YORK PLAZA | NEW YORK NEW YORK 10004 | |
| 60 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 13/04/11 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 |
| 61 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/04/24 | | | | | |
| 62 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/05/20 | | | | | |
| 63 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/06/10 | | | | | |

| | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Credit Party 1 ID | Credit Party 1 Line1 | Credit Party 1 Line2 | Credit Party 1 Line3 | Credit Party 1 Line4 | Credit Reference Number | Credit Party 2 Acct Party Line1 | Credit Party 2 Acct Party Line2 | Credit Party 2 Acct Party Line3 | Credit Party 2 Acct Party Line4 | Credit Party 2 Acct Party Line5 |
| 64 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/06/19 | | | | | |
| 65 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/07/16 | | | | | |
| 66 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/08/14 | | | | | |
| 67 | | FAIRWINDS FCU | FAIRWINDS CREDIT UNION | ORLANDO FL 32813 | | SWF OF 13/09/04 | | SHEARS CONSULTING GROUP LLC | | | |
| 68 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/09/18 | | | | | |
| 69 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 13/09/30 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 |
| 70 | | FAIRWINDS FCU | FAIRWINDS CREDIT UNION | ORLANDO FL 32813 | | SWF OF 13/10/04 | | SHEARS CONSULTING GROUP LLC | | | |
| 71 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/10/17 | | | | | |
| 72 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/10/29 | | | | | |
| 73 | | FAIRWINDS FCU | FAIRWINDS CREDIT UNION | ORLANDO FL 32813 | | SWF OF 13/11/06 | | SHEARS CONSULTING GROUP LLC | | | |
| 74 | | FIRSTBANK PR | FIRSTBANK PUERTO RICO | SANTURCE PUERTO RICO | | SWF OF 13/11/14 | | ENHANCED EDUCATION | 6100 RED HOOK QUARTER | SUITE 3B | ST THOMAS VI00802-1348 |
| 75 | | BANK OF AMERICA N.A. | SUPE | 222 BROADWAY | NEW YORK NY 10001 | SWF OF 13/11/18 | | | | | |
| 76 | | WELLS FARGO NA | WELLS FARGO BANK | SAN FRANCISCO CA 94104-1298 | | SWF OF 13/12/10 | | HUMANITY PLUS | | | |
| 77 | | BK AMER NYC | BANK OF AMERICA N.A. | NEW YORK NY 10001 | | SWF OF 13/12/19 | | | | | |
| 78 | | FAIRWINDS FCU | FAIRWINDS CREDIT UNION | ORLANDO FL 32813 | | SWF OF 13/12/19 | | SHEARS CONSULTING GROUP LLC | | | |
| 79 | | BK OF NYC | THE BANK OF NEW YORK MELLON | NEW YORK NY 10005-2901 | | SWF OF 14/01/17 | | PERSHING LLC | | | |

| | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Credit Party 3 Ult Bene Line1 | Credit Party 3 Ult Bene Line2 | Credit Party 3 Ult Bene Line3 | Credit Party 3 Ult Bene Line4 | Credit Party 3 Ult Bene Line5 | Credit Party 4 4th Credit Pty Line1 | Credit Party 4 4th Credit Pty Line2 | Credit Party 4 4th Credit Pty Line3 | Credit Party 4 4th Credit Pty Line4 | Credit Party 4 4th Credit Pty Line5 |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |

| | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Credit Party 3 Ult Bene Line1 | Credit Party 3 Ult Bene Line2 | Credit Party 3 Ult Bene Line3 | Credit Party 3 Ult Bene Line4 | Credit Party 3 Ult Bene Line5 | Credit Party 4 4th Credit Pty Line1 | Credit Party 4 4th Credit Pty Line2 | Credit Party 4 4th Credit Pty Line3 | Credit Party 4 4th Credit Pty Line4 | Credit Party 4 4th Credit Pty Line5 |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |
| 55 | | | | | | | | | | |
| 56 | | | | | | | | | | |
| 57 | | | | | | | | | | |
| 58 | | | | | | | | | | |
| 59 | /1017079912 | MACCABI WORLD UNION | | | | | | | | |
| 60 | | | | | | | | | | |
| 61 | | | | | | | | | | |
| 62 | | | | | | | | | | |
| 63 | | | | | | | | | | |

| | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Credit Party 3 Ult Bene Line1 | Credit Party 3 Ult Bene Line2 | Credit Party 3 Ult Bene Line3 | Credit Party 3 Ult Bene Line4 | Credit Party 3 Ult Bene Line5 | Credit Party 4 4th Credit Pty Line1 | Credit Party 4 4th Credit Pty Line2 | Credit Party 4 4th Credit Pty Line3 | Credit Party 4 4th Credit Pty Line4 | Credit Party 4 4th Credit Pty Line5 |
| 64 | | | | | | | | | | |
| 65 | | | | | | | | | | |
| 66 | | | | | | | | | | |
| 67 | | | | | | | | | | |
| 68 | | | | | | | | | | |
| 69 | | | | | | | | | | |
| 70 | | | | | | | | | | |
| 71 | | | | | | | | | | |
| 72 | | | | | | | | | | |
| 73 | | | | | | | | | | |
| 74 | | | | | | | | | | |
| 75 | | | | | | | | | | |
| 76 | | | | | | | | | | |
| 77 | | | | | | | | | | |
| 78 | | | | | | | | | | |
| 79 | /N4G024950 | J. EPSTEIN VIRIGN ISLAND FOUNDATION | INC. | | | | | | | |

| | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Details of Payment1 | Details of Payment2 | Details of Payment3 | Details of Payment4 | Bank to Bank Information1 | Bank to Bank Information2 | Bank to Bank Information3 | Bank to Bank Information4 | Bank to Bank Information5 | Bank to Bank Information6 |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | /TIME/17:11 | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | /TIME/11:34 | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |

| | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Details of Payment1 | Details of Payment2 | Details of Payment3 | Details of Payment4 | Bank to Bank Information1 | Bank to Bank Information2 | Bank to Bank Information3 | Bank to Bank Information4 | Bank to Bank Information5 | Bank to Bank Information6 |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | Aug-11 | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | PEGGY SIEGEL BAND A PIED TICKET | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | JAN 16 2013- FEB 15 2013 | | | | | | | | | |
| 54 | | | | | | | | | | |
| 55 | ADVANCE FOR EXPENSES | | | | | | | | | |
| 56 | | | | | | | | | | |
| 57 | FINAL PAYMENT | | | | | | | | | |
| 58 | | | | | | | | | | |
| 59 | MORGAN STANLEY SMITH BARNEY | | | | | | | | | |
| 60 | | | | | | | | | | |
| 61 | APRIL 16 2013- MAY 15 2013 | | | | | | | | | |
| 62 | MAY 16 2013 -JUNE 15 2013 | | | | | | | | | |
| 63 | MAY 16 2013 -JUNE 15 2013 | | | | | | | | | |

| | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Details of Payment1 | Details of Payment2 | Details of Payment3 | Details of Payment4 | Bank to Bank Information1 | Bank to Bank Information2 | Bank to Bank Information3 | Bank to Bank Information4 | Bank to Bank Information5 | Bank to Bank Information6 |
| 64 | JUNE 16- JULY 15 2013 | | | | | | | | | |
| 65 | 7/16-8/15 | | | | | | | | | |
| 66 | 8/16-9/15 | | | | | | | | | |
| 67 | INVOICE 321 | | | | | | | | | |
| 68 | SEPT 16- OCT 15 2013 | | | | | | | | | |
| 69 | | | | | | | | | | |
| 70 | INVOICE 324 | | | | | | | | | |
| 71 | 10/16-11/15 | | | | | | | | | |
| 72 | EXPENSE | | | | | | | | | |
| 73 | INVOICE 326 | | | | | | | | | |
| 74 | | | | | | | | | | |
| 75 | NOV 16- DEC 15 2013 | | | | | | | | | |
| 76 | | | | | | | | | | |
| 77 | MAY 16 2013 -JUNE 15 2013 | | | | | | | | | |
| 78 | INVOICE 329 | | | | | | | | | |
| 79 | | | | | | | | | | |