# EXHIBIT 166

# Relationship List

| Party Name: | JEFFREY E EPSTEIN 1405152 |
|---|---|
| Party PCN: | 1405152 |

|  |  |  |  |  | Mkt Value |
|---|---|---|---|---|---|
| .....E | ..116 EAST 65TH ST LLC | | 116 EAST 65TH ST LLC | | |
| | ......... | DDA | 116 EAST 65TH ST | | 143,004.70 |
| | | | | SPN/CAS Market Value | 143,004.70 |
| .....E | ..AIR GHISLAINE INC | | (AIR GHISLAINE INC | | |
| | ......... | DDA | AIR GHISL INC | | 48,650.04 |
| | | | | SPN/CAS Market Value | 48,650.04 |
| .....E | ..ARTS INTERESTS | | (ARTS INTERESTS | | |
| Closed | ......... | CUSTODY | ARTS INTEREST TRUST ACCOUNT | | 0.00 |
| Closed | ......... | CUSTODY | ARTS INTEREST #2 | | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| .....E | ..ASW HOLDINGS INC | | ASW HOLDINGS INC | | |
| Closed | ......... | ASSET | ASW HOLDINGS, INC. | | 0.00 |
| Closed | ......... | REPORTING | ASW HOLDINGS INC | | 0.00 |
| Closed | ......... | MARGIN | ASW HOLDINGS, INC. | | 0.00 |
| Closed | ......... | MARGIN | ASW HOLDINGS, INC. | | 0.00 |
| Closed | ......... | MARGIN | ASW HOLDINGS, INC. | | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| .....E | ..COMMUNITY INTERESTS | | (COMMUNITY INTERESTS | | |
| | ......... | ASSET | COMMUNITY INTERESTS TRUST #2 | | 0.00 |
| Closed | ......... | CUSTODY | COMMUNITY INTEREST TRUST ACCOUNT | | 0.00 |
| | ......... | DDA | COMMUNITY INTEREST | | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| .....E | ..FAMILY INTERESTS, LP | | (FAMILY INTERESTS, LP | | |
| Closed | ......... | ASSET | FAMILY INTERESTS, LP | | 0.00 |
| Closed | ......... | REPORTING | FAMILY INTERESTS, LP | | 0.00 |
| Closed | ......... | MARGIN | FAMILY INTERESTS, LP | | 0.00 |
| Closed | ......... | MARGIN | FAMILY INTERESTS, LP | | 0.00 |
| Closed | ......... | MARGIN | FAMILY INTERESTS, LP | | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| .....E | ..FINANCIAL TRUST COMPANY INC | | (FINANCIAL TRUST COMPANY INC | | |
| | ......... | ASSET | FINANCIAL TRUST COMPANY, INC. | | 4,189,720.48 |
| | ......... | ASSET | FINANCIAL TRUST COMPANY INC | | 143,802,882.41 |
| | ......... | REPORTING | FINANCIAL TRUST COMPANY INC | | 0.00 |
| | ......... | REPORTING | FINANCIAL TRUST COMPANY INC | | 0.00 |
| | ......... | MARGIN | FINANCIAL TRUST COMPANY, INC. | | 0.00 |
| | ......... | MARGIN | FINANCIAL TRUST COMPANY, INC. | | 33.49 |
| | ......... | MARGIN | FINANCIAL TRUST COMPANY, INC. | | 0.00 |
| | ......... | MARGIN | FINANCIAL TRUST COMPANY INC | | 0.00 |
| | ......... | MARGIN | FINANCIAL TRUST COMPANY INC | | 0.00 |

# Relationship List

| Party Name: | JEFFREY E EPSTEIN 1405152 |
|---|---|
| Party PCN: | 1405152 |

| | | | | | Mkt Value |
|---|---|---|---|---|---:|
| | ......... | | MARGIN | FINANCIAL TRUST COMPANY INC | 0.00 |
| | | | | SPN/CAS Market Value | 147,992,636.38 |
| .....E | ..FORUMS LLC | (FORUMS LLC | | | |
| Purged | ......... | | DDA | FORUMS LLC | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| .....E | ..GHISLAINE MAXWELL | (GHISLAINE MAXWELL | | | |
| | ......... | | ASSET | GHISLAINE MAXWELL | 6,981,668.36 |
| | ......... | | ASSET | GHISLAINE MAXWELL IRA | 30,819.13 |
| | ......... | | DDA | MAXWELL GHISLAINE | 97,548.93 |
| | ......... | | REPORTING | GHISLAINE MAXWELL | 0.00 |
| | ......... | | MARGIN | GHISLAINE MAXWELL | 0.00 |
| | ......... | | MARGIN | GHISLAINE MAXWELL | (5.14) |
| | ......... | | MARGIN | GHISLAINE MAXWELL | 0.00 |
| | | | | SPN/CAS Market Value | 7,110,031.28 |
| .....E | ..HEALTH & SCIENCE INTEREST II | (HEALTH & SCIENCE INTEREST II | | | |
| Closed | ......... | | ASSET | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| Closed | ......... | | REPORTING | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| Closed | ......... | | MARGIN | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| Closed | ......... | | MARGIN | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| Closed | ......... | | MARGIN | HEALTH & SCIENCE INTERESTS II TRUST | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| .....E | ..HERITAGE INTERESTS | (HERITAGE INTERESTS | | | |
| Closed | ......... | | CUSTODY | HERITAGE INTEREST TRUST ACCOUNT | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| .....E | ..HYPERION AIR INC | (HYPERION AIR INC | | | |
| | ......... | | DDA | HYPERION AIR INC | 25,995.11 |
| | | | | SPN/CAS Market Value | 25,995.11 |
| .....E | ..I CORRECT COM LLC | (I CORRECT COM LLC | | | |
| | ......... | | DDA | I-CORRECT COM LLC | 13,648.68 |
| | | | | SPN/CAS Market Value | 13,648.68 |
| .....E | ..INSTITUTIONAL INTERESTS | (INSTITUTIONAL INTERESTS | | | |
| Closed | ......... | | CUSTODY | INSTITUTIONAL INTEREST-HYPERION | 0.00 |
| Closed | ......... | | CUSTODY | INSTITUTIONAL INTEREST - GENERAL | 0.00 |
| Closed | ......... | | CUSTODY | INSTITUTIONAL INTERESTS #3 | 0.00 |
| | | | | SPN/CAS Market Value | 0.00 |
| .....E | ..INTERNATIONAL CHARITABLE INTEREST II | (INTERNATIONAL CHARITABLE INTEREST II | | | |
| Purged | ......... | | DDA | INTL CHAR INTE II | 0.00 |

Generated: September 3, 2008, 11:05:27 AM (EDT)                    Page 2 of 4

# Relationship List

| Party Name: | JEFFREY E EPSTEIN 1405152 |
|---|---|
| Party PCN:  | 1405152 |

|  |  |  | | Mkt Value |
|---|---|---|---|---:|
| | | | SPN/CAS Market Value | 0.00 |
| .....E | ..J EPSTEIN FOUNDATION | | (J EPSTEIN FOUNDATION | |
| | .......... | DDA | EPSTEIN INTEREST | 23,714.29 |
| | | | SPN/CAS Market Value | 23,714.29 |
| .....E | ..JEFFREY E EPSTEIN | | (JEFFREY E. EPSTEIN | |
| | .......... | ASSET | JEFFREY EPSTEIN | 56,200.41 |
| | .......... | CREDIT | JEFFREY E EPSTEIN | 0.00 |
| Closed .......... | | CUSTODY | JEFFREY EPSTEIN | 0.00 |
| | .......... | DDA | EPSTEIN JEFFREY | 235,277.06 |
| | .......... | DDA | EPSTEIN JEFFREY | 98,055.96 |
| Closed .......... | | TIME DEPOSITS/ CDS | EPSTEIN JEFFREY E. | 0.00 |
| | | | SPN/CAS Market Value | 389,533.43 |
| .....E | ..JEGE INC | | (JEGE INC | ) |
| | .......... | DDA | JEGE INC | 23,528.25 |
| | | | SPN/CAS Market Value | 23,528.25 |
| .....E | ..LESLIE H WEXNER AS TRUSTEE OF THE WEXNER CHILDREN'S TRUST U/A 1/24/96 | | (LESLIE H WEXNER AS TRUSTEE OF THE WEXNER CHILDREN'S TRUST U/A 1/24/96 | |
| Closed .......... | | ASSET | WEXNER CHILDRENS TRUST U/A 01/24/96 | 0.00 |
| | | | SPN/CAS Market Value | 0.00 |
| .....E | ..LYN & JOJO LLC | | (LYN & JOJO LLC | |
| | .......... | DDA | LYN JOJO LLC | 22,726.38 |
| | | | SPN/CAS Market Value | 22,726.38 |
| .....E | | | | |
| | .......... | DDA | | 7,442.21 |
| | .......... | SAVINGS | | 26,874.56 |
| | | | SPN/CAS Market Value | 34,316.77 |
| .....E | ..NES, LLC | | (NES, LLC | |
| | .......... | DDA | | 59,573.31 |
| | | | SPN/CAS Market Value | 59,573.31 |
| .....E | ..NEW YORK STRATEGY GROUP, LLC | | (NEW YORK STRATEGY GROUP, LLC | |
| | .......... | DDA | NEW YORK STRA GRO | 305,389.82 |
| | .......... | MMIA | NEW YORK STRA GRO | 1,361.95 |
| | | | SPN/CAS Market Value | 306,751.77 |
| .....E | ..PALM BEACH TRUST | | PALM BEACH TRUST | |
| | .......... | DDA | PALM BEACH TRUST | 0.00 |
| | .......... | MMIA | PALM BEACH TRUST | 0.00 |



Confidential　　　　　JPM-SDNYLIT-00003757

# Relationship List

| Party Name: | JEFFREY E EPSTEIN 1405152 |
|---|---|
| Party PCN: | 1405152 |

|  |  |  |  | Mkt Value |
|---|---|---|---|---|
|  |  |  | SPN/CAS Market Value | 0.00 |
| .....E | ..PLAN D INC | (PLAN D INC | | |
| .......... | | DDA | PLAN D INC | 5,357.24 |
|  |  |  | SPN/CAS Market Value | 5,357.24 |
| .....E | ..RANCH LAKE II INC | (RANCH LAKE II INC | | |
| Purged .......... | | DDA | RANCH LAKE II INC | 0.00 |
|  |  |  | SPN/CAS Market Value | 0.00 |
| .....E | ..RANCH LAKE III INC | (RANCH LAKE III INC | | |
| Purged .......... | | DDA | RANCH LAKE III INC | 0.00 |
|  |  |  | SPN/CAS Market Value | 0.00 |
| .....E | ..THE C O U Q FOUNDATION INC | THE C O U Q FOUNDATION INC | | |
| Closed .......... | | ASSET | THE C.O.U.Q. FOUNDATION, INC. | 0.00 |
| .......... | | DDA | THE C.O.U.Q. | 12,233.34 |
|  |  |  | SPN/CAS Market Value | 12,233.34 |
| .....E | ..THE JAMES E CAYNE TRUST NO 5 UAD 12/27/04 JEFFREY EPSTEIN TRUSTEE | (THE JAMES E CAYNE TRUST NO 5 UAD12/27/04 JEFFREY EPSTEIN TRUSTEE | | |
| Purged .......... | | DDA | JAMES E CAYN TRU | 0.00 |
|  |  |  | SPN/CAS Market Value | 0.00 |
| .....E | ..TRUST 100 | TRUST 100 | | |
| Purged .......... | | DDA | TRUST 100 | 0.00 |
|  |  |  | SPN/CAS Market Value | 0.00 |
| .....E | ..ZORRO TRUST | (ZORRO TRUST | | |
| .......... | | DDA | ZORRO TRUST | 6,750.48 |
|  |  |  | SPN/CAS Market Value | 6,750.48 |

PCN Market Value ..................................................... 156,218,451.45

Generated: September 3, 2008, 11:05:27 AM (EDT)                                              Page 4 of