# EXHIBIT 167

**From:** Paul V Morris <paul.v.morris@jpmorgan.com>
**To:** John J Wattiker <john.j.wattiker@jpmorgan.com>
**Sent:** 12/13/2010 7:42:38 PM
**Subject:** RE: For the strategy session ...

John,

Top 3 clients are 1. Jeffrey Epstein, investment professional/active trader w/ GIO, $500 million NW,

thanks John
-----Original Message-----
From: John J Wattiker
Sent: Monday, December 13, 2010 11:58 AM
To: PB Closely Held All Bankers
Subject: FW: For the strategy session ...

All,

Just a friendly reminder to get me your top 3 clients and your "sleeping giants" by end of the day. When you send you names also, please include a one-liner about who they are, estimated TNW, and any other high-level details which might be helpful for the team to get a better idea of possible opportunities.

Thanks to all,

John

_____

John Wattiker | JPMorgan | The Private Bank
270 PARK AVENUE, 27TH FLOOR | NEW YORK, NEW YORK 10017
Telephone: 212.464.2615  | Facsimile: 212.464.2410 | Email: JOHN.J.WATTIKER@JPMORGAN.COM


-----Original Message-----
From: Mary C Casey
Sent: Friday, December 10, 2010 7:55 PM
To: PB Closely Held All Bankers
Cc: John J Wattiker
Subject: For the strategy session ...


Can each of you please identify:

1) Your top 3 clients in your base. Top can be revenues, assets and/or market importance (ie, if you have a "mega NY name" that is fully deepened but not necessarily your largest absolute client, you may opt to include it). The goal is to identify the team's marquee clients so that everyone is aware of them and to determine from what market segment they come;

2) Your top 5 "sleeping giants". These are the marquee and/or high potential names for whom we don't have decent penetration or with whom we have no traction. The goal is to identify those clients that we, as a team, need to build a strategy around.

Please forward these names to John Wattiker by end of day on Monday.

Thanks so much and happy weekend,

Mary
!

Confidential

JPM-SDNYLIT-00011655