# **EXHIBIT 170**

**From:** Southmayd, Thomas K. [thomas.southmayd@jpmorgan.com]
**Sent:** 9/27/2013 5:46:24 PM
**To:** Sheridan, Marcus [marcus.sheridan@jpmorgan.com]
**Subject:** RE: JEFFREY E EPSTEIN - 9710670708

I have put it under you in NY Tri-State Exec. I also noticed that in addition to this one and Dubin, you have several DM's with the name Vogel as part of the title. Should they be under you and if so, should we collapse them into one?

**From:** Sheridan, Marcus
**Sent:** Thursday, September 26, 2013 6:51 AM
**To:** Southmayd, Thomas K.
**Subject:** RE: JEFFREY E EPSTEIN - 9710670708

Thanks – agree that it should not be on the team – problem will just get worse…. Let's move to me

W. Marcus Sheridan | Managing Director | Asset Management | U.S. Private Bank | J.P. Morgan | 270 Park Avenue, New York, NY 10017
Tel: 212 464 1321 | Cell: ▓▓▓▓▓▓▓▓ | marcus.sheridan@jpmorgan.com

**From:** Southmayd, Thomas K.
**Sent:** Wednesday, September 25, 2013 8:43 PM
**To:** Sheridan, Marcus
**Subject:** Fw: JEFFREY E EPSTEIN - 9710670708

Duffy agreed with moving off of Justin. I suggested using NY Tri-State Exec to Jeff but he would prefer to keep it in the market. Jen Solimine will be most opposed to keeping it in the market because her team is just above E now and might slip to M+.

**From**: Whitaker, Jeff
**Sent**: Wednesday, September 25, 2013 06:03 PM Eastern Standard Time
**To**: Southmayd, Thomas K.
**Subject**: Fw: JEFFREY E EPSTEIN - 9710670708

Good to go.


Jeff Whitaker
CFO, U.S. Private Bank
J.P. Morgan
270 Park Avenue
New York, NY 10017
phone: +1 (212) 464-0159
fax: +1 (212) 464-2407
jeff.whitaker@jpmorgan.com


**From**: Duffy, John R
**Sent**: Wednesday, September 25, 2013 05:34 PM
**To**: Whitaker, Jeff
**Subject**: Re: JEFFREY E EPSTEIN - 9710670708

Sure. Thx.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

---

**From:** Whitaker, Jeff
**Sent:** Wednesday, September 25, 2013 04:15 PM Eastern Standard Time
**To:** Duffy, John R
**Subject:** FW: JEFFREY E EPSTEIN - 9710670708

John:

Would you be comfortable with our moving this relationship off of the banker's name and putting it on Tad (keeps it in the region and Market, but removes from the banker's scorecard). He was the banker on the account briefly and with our decision to exit, it might be fair to immunize Justin.

Let me know your thoughts.

Best,
Jeff

---

**From:** Southmayd, Thomas K.
**Sent:** Tuesday, September 24, 2013 5:20 PM
**To:** Whitaker, Jeff
**Cc:** Zee, Carmen X
**Subject:** Fw: JEFFREY E EPSTEIN - 9710670708

This is a client that we fired. I believe John called the client in the last couple of weeks and the assets have already started to leave. This client was moved to CT from CHBG when the banker resigned and it was decided that Justin Nelson should cover the client. Current year impact will be $500k and the 2014 impact will be about $2mm. The CT team does not think they should be impacted by this action and have asked Carmen and I to find a new home. Would you have time tomorrow to discuss?

---

**From:** Zee, Carmen X
**Sent:** Tuesday, September 24, 2013 04:04 PM Eastern Standard Time
**To:** Southmayd, Thomas K.
**Subject:** JEFFREY E EPSTEIN - 9710670708

Here are the numbers for Jeffrey Epstein. Since John just called him to exit relationship, I assumed that it would take 3 months for him to move it out which roughly equates to -$0.5MM YoY revenue decrease in 2013. In 2014 it will be roughly a -$2MM revenue impact. He currently has $176MM with us and actually has TCP flows of +$72MM this year

Currently assigned to Justin Nelson.

Let me know if you need more info.

Confidential

JPM-SDNYLIT-00394016

**Carmen Zee**
Associate

---

J.P. Morgan Private Bank
carmen.x.zee@jpmchase.com

270 Park Avenue, Floor 18
New York, NY 10017-2014
Phone: 1.212.464.0463