# EXHIBIT 174

**From:** Jes Staley <jes.staley@jpmorgan.com>
**To:** 'jeevacation@gmail.com' <jeevacation@gmail.com>
**Sent:** 6/5/2009 9:54:35 PM
**Subject:** Re:

I'm with Joe Lewis.

---

**From:** Jeffrey Epstein
**To:** Jes Staley
**Sent:** Fri Jun 05 16:41:59 2009
**Subject:**

well , for all intents and purposes peter mandelson is now deputy prime minister

Confidential

JPM-SDNYLIT-00005959