# EXHIBIT 187

| | |
|---|---|
| From: | mary.erdoes@jpmorgan.com [mary.erdoes@jpmorgan.com] |
| Sent: | 2/8/2008 8:52:41 PM |
| To: | dorothy.litos@jpmorgan.com |
| CC: | andrew.l.cohen@jpmorgan.com; dale.e.reed@jpmorgan.com |
| Subject: | Re: DALE REED - Travel Request on Client's plane approved |

Approved

Dorothy C Litos
----- Original Message -----

>    **From:** Dorothy C Litos
>    **Sent:** 02/08/2008 10:49 AM PST
>    **To:** Mary Erdoes
>    **Cc:** Andrew Cohen; Dale Reed
>    **Subject:** DALE REED - Travel Request on Client's plane approved

Hello Mary,

I hope you are doing well.

Compliance is requesting an executive member's approval for the request below. I gave approval locally last week for Dale Reed to accept the offer by Michael Ovitz to fly with him on his private plane to the JPM AIS conference in Miami.

Please let me know your thoughts ...

Thank you,

Dots

---

Dorothy Litos
Vice President
JPMorgan Private Bank
Direct: (310) 407-2016 Los Angeles

----- Forwarded by Dorothy C Litos/JPMCHASE on 02/08/2008 10:08 AM -----

| | |
|---|---|
| **Colleen P Dooley/JPMCHASE** | To Dorothy C Litos/JPMCHASE@JPMCHASE |
| 02/08/2008 09:07 AM | cc Stacey N Williams/JPMCHASE@JPMCHASE |
| | Subject Re: Fw: Travel Request on Client's plane approved |

Dots- as per the Code of Conduct section 6.5.2 (f) travel cannot be accepted without approval in writing from an executive committee member or someone who reports to an executive committee member with a copy to the Code Specialist (me). Please forward to me when you have the approval.

Colleen P. Dooley
Vice President
Private Bank/Private Client Services Compliance
phone 404-926-2518
fax 404-601-6882


Stacey N Williams/JPMCHASE
**JPMorgan Private Bank**

| | | |
|---|---|---|
| **Dorothy C Litos/JPMCHASE** | | ToPB Gift Exceptions@JPMCHASE |
| 01/29/2008 12:41 PM | | cc Dale E Reed/JPMCHASE@JPMCHASE, andrew.l.cohen@jpmorgan.com, Marbeth X Sobray/JPMCHASE@JPMCHASE |
| | | Subject Travel Request on Client's plane approved |

I have approved for Dale Reed to accept an invitation by his client and personal friend, Michael Ovitz to round trip on his personal plane to the JPM's Alternative Investment Summit in Miami. Mr. Ovitz is a long standing client of the Bank bio below:

Ovitz has been a client of the client of the LA office for about a year after being a prospect for several years. Through Jeffrey Epstein, Jes Staley has established a direct dialogue with Ovitz which has enabled us to pursue various opportunities in connection with his Disney stock options, his TV production company and other entertainment-related projects. This new entity is the borrower on the restructuring of a credit facility for which the borrower will be Artists Production Group (CKE Associates, LLC, Artists Management Group, LLC, Artists Television Group, LLC were the original borrowers). Dale Reed was Mr. Ovitz CFO for the Ovtiz Family office prior to his employment as a Senior Banker at JPMorgan. In 2001 Ovitz shuttered his television production company (ATG) and in 2002 sold his management company (AMG) to The Firm ████████. He is currently producing films under the Artists Production Group (APG) banner and providing management/agency services for a select hand full of clients (Tom Clancy, Michael Crighton). In addition, he is actively pursuing an NFL team for Los Angeles by working with a local developer Bill Geherity as a consultant. Ovitz recently negotiated a $10MM advance from the NFL to be used for Stadium planning and feasibility testing. His involvement is unclear, but seems to be purely a consulting roll for the stadium with hopes of having a piece of the stadium and a larger roll in a football team. Ovitz also remains active in the art world buying, selling and collecting major art pieces. Ovitz maintains one of the top 200 private art collections in the world. He has a very successful Japanese restaurant in west Los Angeles, Hamasaku. He is considering opening another location in Hollywood area. He has several real estate holdings, commercial and personal, and is planning to build a new residence in the Beverly hills area. His wife Judy is actively building a horse ranch in the Ojai, California area.


Dorothy Litos
Vice President
JPMorgan Private Bank
Direct: (310) 407-2016 Los Angeles

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co.
of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

Dale E Reed/JPMCHASE

| | | |
|---|---|---|
| **Dale E Reed/JPMCHASE** | To | "Dorothy C. Litos" <dorothy.litos@jpmorgan.com> |
| 01/29/2008 09:08 AM | cc | |
| | Subject | |

I have been invited to fly on ovitz plane with dreyer to miami and possibly back. Would you please approve?
---------------------------
Sent from my BlackBerry Wireless Handheld

Confidential                                                                                          JPM-SDNYLIT-00099560