# EXHIBIT 194

| | |
|---|---|
| **From:** | ann.borowiec@jpmorgan.com [ann.borowiec@jpmorgan.com] |
| **Sent:** | 10/24/2006 7:34:33 PM |
| **To:** | patricia.lunka@jpmorgan.com; Barry Berger [barry.s.berger@jpmchase.com]; zach.hulsey@jpmorgan.com; robert.a.keller@jpmorgan.com |
| **CC:** | lisa.c.perkins@jpmchase.com; irene.mancuso@jpmorgan.com; melissa.orquiola@jpmorgan.com |
| **Subject:** | Call today - TIME SENSITIVE |

We are setting up a conference call for 8:30pm today NY time, and 5:30pm West coast. I have confirmed that this works for 4 of us, but I am still trying to connect with Robert. We are doing this at Catherine's request. It is to get the necessary background on the potential investment mgt opportunity associated with Jeffrey Epstein (advisor) to the trusts set up on behalf of the Google founder's kids. Robert, I am hoping you are ok with this time. Please call me at 973-295-2437 (NJ office), or respond here to confirm or let me know if you have a conflict. Zach, Catherine has suggested including Jim Ellis, but I just learned ▮▮▮▮▮▮▮▮ Should I call him and include him on his cell, or just go ahead with this group? Thanks Ann

Dial in: 1-866-870-8212, participant code 20982843

Confidential
JPM-SDNYLIT-00390517