# EXHIBIT 197

| | |
|---|---|
| **From**: | joseph.markovich@jpmorgan.com [joseph.markovich@jpmorgan.com] |
| **Sent**: | 10/27/2006 1:02:19 PM |
| **To**: | ann.borowiec@jpmorgan.com |
| **CC**: | Barry Berger [barry.s.berger@jpmchase.com]; pooja.x.sinha@jpmchase.com |
| **Subject**: | Epstein Research |
| **Attachments**: | graycol.gif; pic28786.gif; ecblank.gif |

Pooja will do the research. Is this Epstein, Jeffrey Epstein? existing client who has made headlines recently? If so, I happened to have cut the last article about him out of the Times since I knew he was a client. I had it on my desk and gave it to Pooja. Joe

Joseph B. Markovich
Vice President
JPMorgan Private Bank
345 Park Avenue
New York, NY 10154
t. (212) 464-1502
f. (212) 464-1903

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, an discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.
Ann Borowiec/JPMCHASE

**Ann Borowiec/JPMCHASE**

10/26/2006 07:27 PM

To Joseph Markovich/JPMCHASE@JPMCHASE

cc "Barry Berger" <barry.s.berger@jpmchase.com>

Subject Fw:

Which analyst has capacity to do research on this friday. Should only take 1/2 hour max. Thx ann
---------------------------
Sent from my BlackBerry Wireless Handheld

Barry S Berger

**From:** Barry S Berger
**Sent:** 10/26/2006 04:13 PM
**To:** Ann Borowiec

let me know if you hear from Jes; if you do, it may make sense for me to bring investor up to date and have sit in on the 2:30 pm tomorrow meeting I am having with Ann Stallman. Let me know (by e-mail or voicemail). 2. re more information re Epstein: I know Pat had commissioned Kate to pull some background, but Kate is off for the balance of the week; you may want to touch base with Pat as best way to proceed if you do not want to wait for Kate's return. Again, let me know.

Barry S. Berger
Wealth Advisor
JPMorgan Private Bank
345 Park Avenue, 8th Floor
New York, NY 10154
Tel. 212-464-2661
Fax 212-464-1903
Email: barry.s.berger@jpmorgan.com

Confidential

JPM-SDNYLIT-00390521