# EXHIBIT 198

**From**: pooja.x.sinha@jpmorgan.com [pooja.x.sinha@jpmorgan.com]
**Sent**: 10/27/2006 1:33:15 PM
**To**: ann.borowiec@jpmorgan.com
**Subject**: NYTimes.com: Questions of Preferential Treatment Are Raised in Florida Sex Case

The New York Times  **E-Mail This**

**This page was sent to you by:**  pooja.x.sinha@jpmorgan.com

NATIONAL DESK

## Questions of Preferential Treatment Are Raised in Florida Sex Case

By ABBY GOODNOUGH

In the summer and autumn of last year, when most of the mansions here stood empty behind their towering hedges, the police stealthily watched one at the end of a waterside lane. They monitored the comings and goings of its owner's private jet, subpoenaed his phone records and riffled through his trash.

The owner was Jeffrey Epstein, 53, an intensely private New York money manager with several billionaire clients. Months earlier, the stepmother of a 14-year-old girl told the Palm Beach police that a wealthy older man, whom the girl later identified as Mr. Epstein, might have had inappropriate sexual contact with her.

This article is only accessible to subscribers of TimesSelect.

 **Most E-Mailed**

1. Just How Good Can Italy Get?
2. The Minimalist: The Well-Dressed Salad Wears Only Homemade
3. With Beheadings and Attacks, Drug Gangs Terrorize Mexico
4. Slabs Are Joining Scoops in Ice Cream Retailing
5. New Jersey Court Backs Full Rights for Gay Couples

 »  Go to Complete List

Advertisement

**The Last King of Scotland**
A powerful thriller that recreates on screen the world of Uganda under the mad dictatorship of Idi Amin. Deftly mixing fact and fiction and startlingly resonant with today's world, the



film features a tour de force performance from Forest
Whitaker as Amin.
<u>Click here to watch trailer</u>

.

Do you love NY? Get the insider' s guide to where to stay, what to do and where to eat. Go
to www.nytimes.com/travel for your NYC Guide now. <u>Click here</u>.

<u>Copyright 2006</u>  <u>The New York Times Company</u> | <u>Privacy Policy</u>



This communication is for informational purposes only. It is not intended as an offer or solicitation for the
purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices,
data and other information are not warranted as to completeness or accuracy and are subject to change without
notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its
subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt
from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any
disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is
STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus
or other defect that might affect any computer system into which it is received and opened, it is the
responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase
& Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If
you received this transmission in error, please immediately contact the sender and destroy the material in its
entirety, whether in electronic or hard copy format. Thank you.

Confidential