# EXHIBIT 202

**From:** irene.mancuso@jpmorgan.com [irene.mancuso@jpmorgan.com]
**Sent:** 1/9/2007 5:43:17 PM
**To:** ann.borowiec@jpmorgan.com
**Subject:** Barry's Update
**Attachments:** Ann Update 1-9-2006.doc.zip

I've also left you a hard copy. Thanks.

*(See attached file: Ann Update 1-9-2006.doc.zip)*

Irene Mancuso
JPMorgan Private Bank
212-464-1503
irene.mancuso@jpmorgan.com

Confidential
JPM-SDNYLIT-00449668