# EXHIBIT 203

Ann –

Update to my Nov. 14 memo:

1. **New clients I have brought to JPM**:

    A.

    B.

    C.

    D.

    E.

    F.

    G.



2. **Potential new clients I have brought or am about to bring to JPM (updates).**

    A.

B.



C.

D.

E.

3. **Special Situations:**

As to Jeff Epstein related initiatives, again you can give verbal update in view of recent telephone conversations you have had with Jes and Mary and I with Jeff.

Also, as you know, earlier today, Jeff called me to say he has asked two potential new clients in 200M range (Nick Ribis and Ben Jacobson) to call me directly.

4. **JPM Meetings/Pitches have been helping other NJ team members with for clients/prospects, etc.**

First: update re 8 listed on prior memo:

A.

B.



Others not on original list:

1.

2.

3. 
4.
5.
6.
7.
8.
9.
10.

11. Howard Rubenstein, others – see Jeffrey Epstein/special situations

12. 
13.
14.
15.
16.
17.
18.
19.

Confidential                                                                                                    JPM-SDNYLIT-00449671

Not sure this is a complete list, but should be reasonably complete.

Confidential
JPM-SDNYLIT-00449672