# EXHIBIT 204

| | |
|---|---|
| **From**: | ann.borowiec@jpmorgan.com [ann.borowiec@jpmorgan.com] |
| **Sent**: | 1/12/2007 12:50:21 AM |
| **To**: | barry.s.berger@jpmorgan.com |
| **CC**: | robert.c.blanch@jpmorgan.com; patricia.lunka@jpmorgan.com |
| **Subject**: | Re: Jeffrey E. referrals! |
| **Attachments**: | graycol.gif |

Is this the dc guy? I did speak to jes and he specifically told me to keep the epstein referrals...and he mentioned the one in dc....knew about it. Ann

---------------------------
Sent from my BlackBerry Wireless Handheld

    Barry S Berger

```
From: Barry S Berger
Sent: 01/11/2007 10:20 AM
To: Ann Borowiec
Cc: Robert Blanch; Patricia Lunka
Subject: Jeffrey E. referrals!
```

just got call from one of Jeff's referrals, Nick Ribis; his background material is on your chair (he is principal in Colony Capital, $6billion private equity fund, specializing in ownership of casinos (Resorts Int'l,etc.)). Spoke with him for about 15 minutes earlier this AM and he then asked me to meet him for lunch next week (the 17th) to discuss his estate planning (especially since his lawyer at Wolf Block has "confused him"); mentioned he had need of our investment capabilities as well, but when I suggested I would bring group to meeting to discuss investing/banking as well (Bob and Pat), he suggested for first meeting I come alone and we do it at his office (61th Street) over sandwiches. He also thought unnecessary to invite Jeffrey, but I will call Jeff and let him know Nick called me and he and I set up lunch. Lisa is puttingNick Ribis into Siebel.

Barry S. Berger
Wealth Advisor
JPMorgan Private Bank
345 Park Avenue, 8th Floor
New York, NY 10154
Tel. 212-464-2661
Fax 212-464-1903
Email: barry.s.berger@jpmorgan.com