# EXHIBIT 206

From: mahmoud.difrawy@jpmorgan.com [mahmoud.difrawy@jpmorgan.com]
Sent: 2/15/2006 10:16:05 AM
To: jes.staley@jpmorgan.com
Subject: Re: J.Epstein

Hi Jes,

We would certainly like to meet with Sultan privately and it would be nice if he could organise meetings with 2 of his colleagues...1)Mohammed Al Gergawi,Chairman Dubai Holding;2)Muhammad Al Abbar,Chairman Emaar.

Sultan,Muhammad and Mohammed are the 3 lieutenants to HH Sheikh Mohammed bin Rashid Al Maktoum,the ruler of Dubai.They are the three that executed his vision about the development of Dubai to rival Singapore and Hong Kong as an offshore business and tourist destination.

We will fix other meetings around them.

Mahmoud Difrawy
JPMorgan Private Bank
Tel. +44 (0)207 777 4995
Fax. +44 (0)207 777 0854

Jes Staley

---

| Jes Staley 14/02/2006 20:45 | To: Mahmoud Difrawy/JPMCHASE@JPMCHASE cc: Subject: Re: J.Epstein{doclink : document = '53587C3ADAEFB6388525710F0071052E' view = '5E502A1BAAAF40CA85256197006C1A32' database = '4225608F0033B810' } |
|---|---|

Mahmoud: What should I say to the Sultan?

Thanks,

Jes

| ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | To: jes.staley@jpmorgan.com |
|---|---|
| 02/08/2006 03:33 PM | cc: |
| Please respond to ▇▇▇▇ | Subject: J.Epstein |

Hi Jes.. It's ▇▇▇▇▇▇ Jeffrey Epstein's assistant. Jeffrey had me email the Sultan of Dubai and ask if he could meet with you while you are in Dubai. He said March 16th would work for him and asked if you could email him directly. Here is his email:
▇▇▇▇▇▇▇▇▇▇▇▇▇▇
His full name is: Sultan Ahmed Bin Sulayem.
His titles are Chairman of Dubai Ports and Free Zone Corporation, or Chairman of The Corporate Office or Chairman of Nakheel
We just call him Sultan...
Please let me know if you need any more info. and could you please confirm you received this email as I've been having some trouble with some of my emails going through. Thanks!
▇▇▇▇▇▇

Confidential
JPM-SDNYLIT-00449038