# EXHIBIT 211

**From:** Jes Staley <jes.staley@jpmorgan.com>
**To:** 'jeevacation@gmail.com' <jeevacation@gmail.com>
**Sent:** 12/9/2009 1:12:11 PM
**Subject:** Re:

Let me call you in 15 min.

---

**From:** Jeffrey Epstein
**To:** Jes Staley
**Sent:** Wed Dec 09 07:41:21 2009
**Subject:**

sultan is laying the groundwork for you to establish a serious presence.. jpm reputation in the region is poor.  i understand it comes from not being fooled. however , I think it in your interest to rebuild.  The swiss banks , are no longer sacrosanct. , the wealth management, and IB , are open opportunities, and like china very much personal.

--
************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.