# EXHIBIT 224

| | |
|---|---|
| **From:** | Siebert, Kyle F <kyle.siebert@jpmorgan.com> |
| **To:** | Barrett, Paul S <paul.s.barrett@jpmorgan.com> |
| **CC:** | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| **Sent:** | 8/14/2014 1:41:56 PM |
| **Subject:** | RE: |

███████

M06998005

**Kyle F. Siebert** | J.P. Morgan Private Bank | 100 West Putnam Avenue, Greenwich, CT 06830
T: 203 629-3107 | F: 203 200-7706 | Kyle.Siebert@JPMorgan.com |

---

**From:** Siebert, Kyle F
**Sent:** Wednesday, August 13, 2014 3:46 PM
**To:** Barrett, Paul S
**Cc:** Nelson, Justin D (justin.d.nelson@jpmorgan.com)
**Subject:** RE:

Paul – Eileen told us 10 was being wired this morning (attached). Nothing has hit the account yet.

**Kyle F. Siebert** | J.P. Morgan Private Bank | 100 West Putnam Avenue, Greenwich, CT 06830
T: 203 629-3107 | F: 203 200-7706 | Kyle.Siebert@JPMorgan.com |

---

**From:** Barrett, Paul S
**Sent:** Wednesday, August 13, 2014 3:43 PM
**To:** jeffrey E.
**Subject:** RE:

Great   - will check with the client service team and see if it arrived.

---

**Paul Barrett** | Managing Director | Global Investment Opportunities Group | **J.P. Morgan Securities LLC** | **J.P. Morgan Private Bank** | **J.P. Morgan Chase Bank N.A.**
320 Park Avenue, 14th Floor, New York, NY 10022 | T: (212) 622-2770 | F: (212) 310-0108 | paul.s.barrett@jpmorgan.com

**NOT AN OFFICIAL CONFIRMATION:** For informational purposes only.  This report does not represent an official account of the holdings, balances, or transactions made in your account and is being provided at your request.  Please refer to your monthly account statement for the official record of all of your account activities.  For question, please call your J.P. Morgan representative.

In discussion of options and other strategies, results and risks are based solely on hypothetical examples cited; actual results and risks will vary depending on specific circumstances. Investors are urged to consider carefully whether option or option-related products in general, as well as the products or strategies discussed herein are suitable to their needs. In actual transactions, the client's counterparty for OTC derivatives applications is JPMorgan Chase Bank, N.A., and affiliates. For a copy of the "Characteristics and Risks of Standardized Options" booklet, please contact your JPMorgan Advisor.
This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

---

**From:** jeffrey E. [mailto:jeevacation@gmail.com]
**Sent:** Wednesday, August 13, 2014 2:31 PM
**To:** Barrett, Paul S
**Subject:**

are we set now for leon,  10 million was wirred yesterday

--
    please note

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved