# EXHIBIT 228

**From:** McGraw, Thomas [thomas.mcgraw@jpmorgan.com]
**Sent:** 10/8/2013 8:30:08 PM
**To:** Nelson, Justin D [justin.d.nelson@jpmorgan.com]
**Subject:** RE: ███████████

By the way I spent about an hour with Jeffrey Epstein about a week ago at his request to discuss some planning strategies he contemplating for Leon Black. Are we still doing any business with him or his clients &/or is there any way for us to insert ourselves or get Jeffrey to insert us into transactions with people he apparently influences like Leon?

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

-----Original Message-----
From: Nelson, Justin D
Sent: Tuesday, October 08, 2013 1:09 PM
To: McGraw, Thomas
Subject: RE: ███████████

Thanks tom


Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781


-----Original Message-----
From: McGraw, Thomas
Sent: Tuesday, October 08, 2013 12:36 PM
To: Nelson, Justin D
Subject: RE: ███████████

████████████████████████████████████████████████████████████████████████████████████████████

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice.  Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

-----Original Message-----
From: Nelson, Justin D
Sent: Monday, October 07, 2013 5:50 PM
To: McGraw, Thomas

Subject: FW: ▮▮▮▮▮

▮▮▮▮▮

Thanks, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781

-----Original Message-----
From: ▮▮▮▮▮
Sent: Monday, October 07, 2013 5:48 PM
To: Nelson, Justin D
Subject: Re: ▮▮▮▮▮

▮▮▮▮▮

Sent from my iPhone

On Sep 27, 2013, at 10:20 AM, "Nelson, Justin D" <justin.d.nelson@jpmorgan.com<mailto:justin.d.nelson@jpmorgan.com>> wrote:

▮▮▮▮▮

▮▮▮▮▮ - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com<mailto:justin.d.nelson@jpmorgan.com> |NMLS ID: 821781

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.