# **EXHIBIT 231**

| | |
|---|---|
| **From:** | McGraw, Thomas <thomas.mcgraw@jpmorgan.com> |
| **To:** | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| **Sent:** | 5/8/2015 10:13:56 PM |
| **Subject:** | Jeffrey Epstein |
| **Attachments:** | Offshore Deferred Comp Sec.457A slides -McGraw Presentation WA Sept. '14 0ffsite.pdf |

Justin – Jeffrey asked earlier today that you give him a physical copy of the above attachment the next time you see him. Thanks, Tom

JPMorgan Chase and its affiliates do not provide tax, legal or accounting advice. This material has been prepared for informational purposes only, and is not intended to provide, and should not be relied on for, tax, legal or accounting advice. You should consult your own tax, legal and accounting advisors before engaging in any transaction.

**From:** jeffrey E. [mailto:jeevacation@gmail.com]
**Sent:** Thursday, May 07, 2015 4:27 PM
**To:** McGraw, Thomas
**Subject:** Fwd: exempt companies

tom take a look at these    and would like to speak toorw  re hedge fund money required to return to us  as well as tech co overseas funds being brought back to US ( read VI ),  pay tax at reduced rate.  . a vi  c corp foreign but to me domestic.  ?   maybe something to be done.   also wanted to talk about no limit insurance that justin mentioned
---------- Forwarded message ----------
From: **Erika Kellerhals** <ekellerhals@kellfer.com>
Date: Tue, May 5, 2015 at 8:43 PM
Subject: exempt companies
To: Jeffrey Epstein <jeevacation@gmail.com>

Hope you are feeling better. See attached.

Erika A. Kellerhals
Member
Kellerhals Ferguson Kroblin PLLC
9100 Port of Sale Mall, Ste 15
St. Thomas, VI 00802
Tel: 340 779 2564
Fax: 888 316 9269
email: ekellerhals@kellfer.com

Notice:  This communication may contain privileged or other confidential information.  If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, re-transmit, disseminate, or otherwise use this information.  Also, please indicate to the sender that you have received this e-mail in error, and delete the copy you received.

Thank you.

Circular 230: To ensure compliance with the requirements imposed by the IRS, we inform you that any tax advice contained in our communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any tax penalty or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--
please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

Confidential