# EXHIBIT 232

| | |
|---|---|
| **From:** | Barrett, Paul S <paul.s.barrett@jpmorgan.com> |
| **To:** | Brad Wechsler <BWechsler@elysllc.com> |
| **CC:** | Barrett Team <barrett_team@jpmorgan.com>;Jeffrey Epstein (jeevacation@gmail.com) <jeevacation@gmail.com>;Nelson, Justin D" <justin.d.nelson@jpmorgan.com> |
| **Sent:** | 10/26/2015 10:03:12 PM |
| **Subject:** | Proposed Portfolio |
| **Attachments:** | Consumer.zip; Defense.zip; Gaming.zip; Healthcare.zip |

Brad,

Below would be our proposed investments breakdown for $20mm:

| Theme | Proposed Investment |
|---|---|
| Consumer Discretionary | $ 2,500,000 |
| Interactive Gaming | $ 2,500,000 |
| Healthcare | $ 2,500,000 |
| Defense | $ 2,500,000 |
| Preferreds | $ 6,000,000 |
| HY: Frontier 8 ½% 04/15/20 | $ 1,000,000 |
| Structured Notes: TBD | $ 3,000,000 |
| **Total** | **$ 20,000,000** |

1. **Consumer Discretionary:**
Rising disposable income, lower oil prices, labor market strengthening and tame inflation should continue to boost confidence and spending.

| Ticker | Name | Rating | Target |
|---|---|---|---|
| DIS | WALT DISNEY CO/THE | OW | 130.00 |
| NKE | NIKE INC -CL B | OW | 135.00 |
| COST | COSTCO WHOLESALE CORP | OW | 162.00 |
| HD | HOME DEPOT INC | OW | 127.00 |
| RAD | RITE AID CORP | OW | 10.00 |

Source: Bloomberg, JPM 10/26/2015

2. **eGaming / Interactive Gaming:**
There are more than 700 different eGames events annually (ESPN plans to broadcast an eGame event for the first time in 2016), with a fan base that exceeds 260 million people. 2015 marks the first year global games market sales are projected to overtake filmed entertainment bringing in $91.5 billion and is forecast to rise to $113 billion by 2018. Despite an addressable market many times larger than ten years ago, valuations for the leading gaming vendors are trading at significantly lower multiples than at the top of the last cycle.

| Ticker | Name | Rating | Target | ADR |
|---|---|---|---|---|

| Ticker | Name | Rating | Target | |
|---|---|---|---|---|
| UBI FP | UBISOFT ENTERTAINMENT | OW | 20.00 | UBSFY |
| 9684 JT | SQUARE ENIX HOLDINGS CO LTD | OW | 4000 | |
| 7974 JP | NINTENDO CO LTD | N | 19,000.00 | NTDOY |
| NVDA | NVIDIA CORP | N | 24.00 | |
| 700 HK | TENCENT HOLDINGS LTD | OW | 187.00 | TCEHY |

Source: Bloomberg, JPM 10/26/2015

3. **Healthcare:**

The percentage of the American population that is over 65 years old has increased from 13% in 2010 to an estimated 18% in 2025. Company pipelines have also become more robust with a 54% increase since 2007 in the number of drugs gaining FDA approval. We think the sell-off which was due to the practices of a few select companies was too broad and overdone. We would use this as an opportunity to add to our core names.

| Ticker | Name | Rating | Target |
|---|---|---|---|
| BMY | BRISTOL-MYERS SQUIBB CO | OW | 78.00 |
| PFE | PFIZER INC | OW | 40.00 |
| MRK | MERCK & CO. INC. | OW | 66.00 |

Source: Bloomberg, JPM 10/26/2015

4. **Defense:**

Geopolitical events in Russia, the Middle East and the South China Sea are forcing governments to quickly ramp up defense spending. Defense stocks are well positioned in a low-growth environment with high earnings visibility, improving defense budget outlooks, and good shareholder return.

| Ticker | Name | Rating | Target |
|---|---|---|---|
| GD | GENERAL DYNAMICS CORP | OW | 169.00 |
| NOC | NORTHROP GRUMMAN CORP | N | 198.00 |
| BA | BOEING CO/THE | OW | 177.00 |
| RTN | RAYTHEON COMPANY | OW | 130.00 |
| LMT | LOCKHEED MARTIN CORP | N | 225.00 |

Source: Bloomberg, JPM 10/26/2015

5. **Preferreds:** (We would like to put one turn of leverage on these in the margin account)

Preferreds performed quite well amidst recent market turbulence, with rapid price and liquidity recovery. While Preferreds, as hybrid securities, might have been expected to experience more volatility during this period, we believe that the fundamental strength of bank balance sheets as well as the securities' fixed income duration (as rates rallied) cushioned the sector. The broader firm tone in the markets coupled with the fact that bank earnings season is largely completed and the market saw no preferred issuance is creating a strong technical backdrop for the assets.

*Indicative Pricing*

| CUSIP/ISIN | Security | Ask Price | Ratings (Moody's/S&P) | Next Call Date | YLD to NXT Call | Back-end Coupon Reset |
|---|---|---|---|---|---|---|
| **Non-Call 5yr** | | | | | | |
| 38148BAB4 | GS 5 3/8 Perp | 99.500 | Ba1 / BB | 5/10/2020 | 5.50 | 3mL+392.2bps |
| 617474AA9 | MS 5.55 Perp | 100.750 | Ba1 / BB | 7/15/2020 | 5.37 | 3mL+381bps |
| **Non-Call 10yr** | | | | | | |
| 46625HJQ4 | JPM 6 3/4 Perp | 106.875 | Baa3 / BBB- | 2/1/2024 | 5.70 | 3mL+378bps |
| 060505EN0 | BAC 6.1 Perp | 99.750 | Ba2 / BB+ | 3/17/2025 | 6.13 | 3mL+389.8bps |
| 172967JM4 | C 5.95 Perp | 96.875 | Ba2 / BB+ | 5/15/2025 | 6.39 | 3mL+390.5bps |

6. **Frontier Communications:**
   *FTR 8 ½% 04/15/20*
   *Indicative Offer: 104.50*
   *YTM: 7.30%*

   Frontier is the largest rural telecom company in the U.S., focused on providing services to small and medium-sized cities. With a market cap of $5billion, FTR is the 5th largest US wireline company. Over the last 5 years, FTR has increased revenue 5x, and has achieved geographic diversification & product mix through tactical acquisitions of broadband assets from both AT&T and Verizon. The bonds offer attractive relative value, picking up ~200bps vs. BB comps and ~50bps over single-B comps. Frontier issued $6.6bn of bonds on September 11th to back its purchase of landline assets from Verizon Communications, a deal largely anticipated by the market. Post issuance, the supply overhang has now been virtually removed from the Frontier complex.

7. **Structured Notes:** In these volatile markets, we continue to like structured notes that provide protection on the downside coupled with unlimited upside or double-digit coupons. We will show these as we think pricing looks interesting.

---

**Paul Barrett** | Managing Director | Global Investment Opportunities Group | **J.P. Morgan Securities LLC** | **J.P. Morgan Private Bank** | **J.P. Morgan Chase Bank N.A.**
320 Park Avenue, 14th Floor, New York, NY 10022 | T: (212) 622-2770 | F: (212) 310-0108 | paul.s.barrett@jpmorgan.com

**NOT AN OFFICIAL CONFIRMATION:** For informational purposes only. This report does not represent an official account of the holdings, balances, or transactions made in your account and is being provided at your request. Please refer to your monthly account statement for the official record of all of your account activities. For question, please call your J.P. Morgan representative.

In discussion of options and other strategies, results and risks are based solely on hypothetical examples cited; actual results and risks will vary depending on specific circumstances. Investors are urged to consider carefully whether option or option-related products in general, as well as the products or strategies discussed herein are suitable to their needs. In actual transactions, the client's counterparty for OTC derivatives applications is JPMorgan Chase Bank, N.A., and affiliates. For a copy of the "Characteristics and Risks of Standardized Options" booklet, please contact your JPMorgan Advisor. This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.