# EXHIBIT 233

| | |
|---|---|
| **From:** | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| **To:** | Jeffrey Epstein (jeevacation@gmail.com) <jeevacation@gmail.com> |
| **Sent:** | 4/3/2017 7:18:34 PM |
| **Subject:** | LB |

Hi Jeffrey, I hope all is well. Is Barry up and running at Elysium yet? Would love to meet him. Thanks, Justin

**Justin D. Nelson - Managing Director**
**J.P. Morgan Private Bank | 100 West Putnam Avenue |Greenwich, CT 06830**
**p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com**
*JPMorgan Chase Bank, N.A.* and *J.P. Morgan Securities LLC*

*J.P.Morgan*