# EXHIBIT 235

**From:** Lesley Groff
**Sent:** 2/11/2019 2:49:25 PM
**To:** Erdoes, Mary E [mary.erdoes@jpmorgan.com]
**Subject:** Re: Jeffrey Epstein

...Mary, Jeffrey just thought that kathy is one of the most powerful women in washington and thought you two would bond..

Sent from my iPhone

On Feb 11, 2019, at 8:03 AM, Erdoes, Mary E <mary.erdoes@jpmorgan.com> wrote:

> Thanks so much, Lesley.
> I dont handle accounts myself but we will definitley get her in the right hands.
> I will reach out to her.
> Thanks for sharing.
> Mary
>
> **From:** Lesley Groff
> **Date:** Thursday, Feb 07, 2019, 2:08 PM
> **To:** Erdoes, Mary E <mary.erdoes@jpmorgan.com>
> **Subject:** Jeffrey Epstein
>
> Hello Mary. Hope you are well. Jeffrey wanted me to reach out to you re his very good friend and former White House counsel to Pres. Barak Obama, Kathy Ruemmler. She would like to open an account with JPM. Jeffrey requests she deal with you personally. Might this be possible?
>
> Lesley
> Assistant to Jeffrey Epstein
>
> This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidentiality, legal privilege, viruses and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.