# EXHIBIT 236

**From:**     Friedman, Stacey [stacey.friedman@chase.com]
**Sent:**     2/11/2019 1:13:44 PM
**To:**       Erdoes, Mary E [mary.erdoes@jpmorgan.com]
**Subject:**  RE:

I know her well.  She is a rock start litigator at Latham.  She was a deputy at the DOJ before going to the white house.  We're using her on some key matters.  I would think she would be a great client.

**From:** Erdoes, Mary E
**Sent:** Monday, February 11, 2019 8:05 AM
**To:** Friedman, Stacey <stacey.friedman@chase.com>
**Subject:**

Do you know Kathy?
Any reason we shouldnt take her?
Odd that this is coming through JE...

**From:** Lesley Groff <████████████>
**Date:** Thursday, Feb 07, 2019, 2:08 PM
**To:** Erdoes, Mary E <mary.erdoes@jpmorgan.com>
**Subject:** Jeffrey Epstein

Hello Mary.  Hope you are well.  Jeffrey wanted me to reach out to you re his very good friend and former White House counsel to Pres. Barak Obama, Kathy Ruemmler.  She would like to open an account with JPM.  Jeffrey requests she deal with you personally.  Might this be possible?

Lesley
Assistant to Jeffrey Epstein

Confidential