# EXHIBIT 240

**From:** Dimon, Jamie [jamie.dimon@jpmchase.com]
**Sent:** 7/25/2019 9:36:53 PM
**To:** Will, Kathleen [kathleen.will@jpmchase.com]
**Subject:** FW: FW:

**From:** Erdoes, Mary E
**Sent:** Thursday, July 25, 2019 1:50 PM
**To:** Friedman, Stacey <stacey.friedman@chase.com>; Dimon, Jamie <jamie.dimon@jpmchase.com>
**Subject:** FW:

**From:** Hill, David H <david.h.hill@jpmorgan.com>
**Date:** Thursday, Jul 25, 2019, 10:37 AM
**To:** Erdoes, Mary E <mary.erdoes@jpmorgan.com>
**Cc:** Kovats, Kristi L <kristi.l.kovats@jpmorgan.com>
**Subject:**

Bloomberg:  Jes Staley's Ties to Jeffrey Epstein Are Latest Headache at Barclays
[7.25.19, 10:06am]

The scandal involving Jeffrey Epstein, the disgraced millionaire arrested this month on charges of sex trafficking minors, has crossed from the world of New York money into the heart of the City of London.

The disclosure that Jes Staley, chief executive officer of Barclays Plc, had business ties to Epstein is just the latest headache for the American, who in 2015 was hired to steer the 328-year-old British institution. While Staley's ties to Epstein date back to the time he was at JPMorgan Chase & Co., the revelations come at an inopportune time for the CEO, who is seeking to usher in an era of stability after a period marked by conflict -- with shareholders, regulators and his own top executives.

Stephen Doherty, a spokesman for Barclays, said Staley has "never engaged or paid fees to Mr. Epstein to advise him, or to provide professional services, either in his various roles at JPMorgan, or personally."

Still, Staley faces the prospect of having to explain his past associations both in the court of public opinion and to the bank's board, after new chairman Nigel Higgins arrived in May. A decade of management upheaval and legal tangles that stretch back to the financial crisis in 2008 are among factors that have punished Barclays shareholders. The stock has lost more than 30% since Staley's appointment.

"The question is how close Staley was to Epstein," said Alan Beaney, Chief Executive at RC Brown Investment Management, which has held Barclays shares since 2012. "If further revelations come to light that the relationship was rather more than just a professional one, the board and probably the Financial Conduct Authority would probably look at things more closely."

For now, markets are unconcerned about potential management upheaval. Barclays shares have barely moved since the New York Times first reported the connection.

Epstein's arrest on July 6 thrust the spotlight on dozens of prominent names in business, politics and finance, for their links to the financier, including billionaire Les Wexner and Apollo Global Management LLC co-founder Leon Black. The fallout has since spread to Europe, ensnaring firms such as Deutsche Bank AG. The German lender is scrutinizing transactions that Epstein conducted through the bank after closing his accounts over several months earlier this year.

There had been signs that Staley's hand was strengthening at Barclays. Activist shareholder Edward Bramson, who campaigned against the CEO's strategy to build up the investment bank, lost his bid two months ago for a seat on the board. That, along with the arrival of Higgins, also an investment banker and the former head of the Rothschild & Co. boutique, could have marked a fresh start for Staley.

Instead, tumult is expected to continue. Bankers at Barclays are bracing for cuts, notably in the areas failing to deliver adequate returns, people with knowledge of the matter said. Some senior staff have left in recent months, including the former global head of G-10 foreign exchange trading and distribution, Fabio Madar, and other Barclays veterans such as Art Mbanefo and Guy Saidenberg.

The new regime's desire to contain costs has also triggered turnover. In a dispute over bonus cuts, Staley ousted his hand-picked investment banking chief, Tim Throsby. At the time, Staley vowed to bring greater oversight and accountability to the performance of the investment banking unit by bringing it directly under his control.

Going back about two decades, Epstein regularly brought Staley business when he ran JPMorgan's private bank and the two were close professionally, according to a person familiar with the matter. One of those introductions Epstein made was to hedge fund billionaire Glenn Dubin, the New York Times reported.

Epstein was an investor in Dubin's hedge fund and was also considered a friend, according to the report. Eva Andersson-Dubin, a former model and Miss Sweden who became a renowned physician, dated Epstein before marrying Dubin, and continued to socialize with Epstein after his time in jail.

Staley helped arrange JPMorgan's acquisition of a majority stake in Dubin's hedge fund Highbridge Capital Management in 2004, a deal that helped elevate Staley within the bank. At the time, Staley ran JPMorgan's asset management unit.

He also visited Epstein in Florida when he was serving his sentence following a 2008 guilty plea of soliciting prostitution, in one case with a minor, the Times said.

Staley left JPMorgan in 2013, worked at hedge fund BlueMountain Capital Management and in December 2015 joined Barclays as CEO.

The person familiar said Staley has had no contact for years with Epstein.

Epstein has pleaded not guilty to charges of sex trafficking in minors and conspiracy. He was found injured in the Manhattan jail where he's being held, according to a person familiar with the matter. The cause and extent of the injuries are unclear.