# EXHIBIT 244

JULY 2004

# PROJECT ALPHA

**Working group list**

*Last updated July 12, 2004*

*For edits to the WGL please contact Victor Dupont at 212-622-6089 or victor.r.dupont@jpmorgan.com*

Do not delete this paragraph mark

# Do not delete this paragraph mark

STRICTLY PRIVATE AND CONFIDENTIAL

CONFIDENTIAL

## JPMorgan Asset and Wealth Management
522 Fifth Avenue, 3rd Floor
New York, NY 10036

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Jes Staley**<br>AWM CEO<br>  Asst: Mullin, Christine M.<br>  Tel: (212) 837-2378<br>  Email: mullin_chrissy@jpmorgan.com | Tel: (212) 837-2375<br>Fax: (212) 837-5003<br>Email: jes.staley@jpmorgan.com | |
| **David Brigstocke**<br>AWM CFO<br>  Asst: Adele Engerer<br>  Tel: (212) 837-2251<br>  Email: adele.engerer@jpmorganfleming.com | Tel: (212) 837-9333<br>Fax: (212) 837-2601<br>Email:<br>david.hc.brigstocke@jpmorgan.com | |
| **Roy Kinnear**<br>Global Investment Management CFO<br>  Asst: Adele Engerer<br>  Tel: (212) 837-2251<br>  Email: adele.engerer@jpmorganfleming.com | Tel: (212) 837-2772<br>Fax: (212) 837-2601<br>Email:<br>roy.kinnear@jpmorganfleming.com | |

20 Finsbury Street, Floor 4
London, EC2Y9AQ
United Kingdom

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Pablo Forero**<br>Investment Mgmt., MD<br>  Asst: Suzie Powell<br>  Tel: (44-20) 7-742-8547<br>  Email:<br>  suzie.j.powell@jpmorganfleming.com | Tel: (44-20) 7-742-3897<br>Fax: (44-20) 7-742-5090<br>Email: pablo.forero@jpmorganfleming.com | |

20 Finsbury Street, Floor 6
London, EC2Y9AQ
United Kingdom

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Paul Bateman**<br>Investment Mgmt. CEO<br>  Asst: Jacquie Crinnon<br>  Tel: (44-20) 7-742-4037<br>  E-mail:<br>  jacquie.crinnion@jpmorganfleming.com | Tel: (44-20) 7-742-8475<br>Fax: (44-20) 7-742-8024<br>Email: paul.bateman@jpmorganfleming.com | |

PROJECT ALPHA

### 522 Fifth Avenue, 15th Floor
### New York, NY 10036

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Larry Unrein**<br>Private Equity, MD<br>  Asst: Debra Ogden<br>  Tel: (212) 837-1740<br>  Email: debra.l.ogden@jpmorgan.com | Tel: (212) 837-2225<br>Email:<br>lawrence.unreein@jpmorganfleming.com | ▇▇▇ |
| **Julian Shles**<br>Private Equity, MD<br>  Asst: Laura Riccardelli<br>  Tel: (212) 837-1726<br>  Email:<br>  laura.riccardelli@jpmorganfleming.com | Tel: (212) 837-2643<br>Fax: (212) 837-1377<br>Email: julian.shles@jpmorganfleming.com | ▇▇▇ |

### 522 Fifth Avenue, 18th Floor
### New York, NY 10036

| Name | Office phone and email | |
|---|---|---|
| **Alex Cook**<br>AWM Corporate Development, VP<br>  Asst: Stephanie Roman<br>  Tel: (212) 837-1533<br>  Email:<br>  Stephanie.n.roman@jpmorgan.com | Tel: (212) 837-1080<br>Fax: (212) 837-5041<br>Email: alexander.i.cook@jpmorgan.com | ▇▇▇ |
| **Anne Grissinger**<br>AWM VP | Tel: (212) 837-1088<br>Email: anne.p.grissinger@jpmorgan.com | ▇▇▇ |

### 8 Connaught Road Central, Floor 21
### Hong Kong

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Roger Hepper**<br>COO, JF Asset Mangement Limited<br>  Asst: Anita Wai Yi Tang<br>  Tel: (852) 2800-2807<br>  Email: anita.tang@jfam.com | Tel: (852) 2800-2801<br>Email: roger.hepper@jfam.com | |

PROJECT ALPHA

CONFIDENTIAL

# JP Morgan Chase Executive Management

270 Park Avenue, Floor 8
New York, NY 10017

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Bill Harrison**<br>Chairman and CEO<br>  Asst: Ellen Guobis-Keller<br>  Tel: (212) 270-3434<br>  Email: ellen.guobis-keller@chase.com | Tel: (212) 270-4019<br>Email: william.harrison@chase.com | |
| **David Coulter**<br>Vice Chairman, Investment Bank<br>  Asst: Katharine Will<br>  Tel: (212) 270-0121<br>  Email: kathleen.will@chase.com | Tel: (212) 270-2494<br>Fax: (212) 270-0880<br>Email: david.a.coulter@chase.com | |

1 Bank One Plaza, Floor 9
Chicago, IL 60670

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Jamie Dimon**<br>Chairman, CEO and President<br>  Asst: Nancy Falco<br>  Tel: (212) 270-1121<br>  Email: falco_nancy@jpmorgan.com | Tel: (312) 336-2222<br>Fax: (312)-732-6400<br>Email: jamie_dimon@bankone.com | |

270 Park Avenue, Floor 9
New York, NY 10017

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Dina Dublon**<br>EVP and CFO<br>  Asst: Anna Maria Consani<br>  Tel: (212) 270-6916<br>  Email: cathy.boyle@chase.com | Tel: (212) 270-9735<br>Fax: (212) 270-1604<br>Email: dina.dublon@chase.com | [redacted] |

PROJECT ALPHA

Confidential                                                                                                   JPM-SDNYLIT-00724987

# JPMorgan Chase Corporate Development

270 Park Avenue, 9th Floor
New York, NY 10017

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Jay Mandelbaum**<br>Executive Vice President<br>  Asst: Aileen Rodriguez<br>  Tel: (212) 277-1573<br>  Email: aileen_f_rodriguez@bankone.com | Tel: (212) 277-1568<br>Fax: (212) 277-1506<br>Email: jay_mandelbaum@bankone.com | |

1 Bank One Plaza, 9th Floor
Chicago, IL 60670

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Brian Bessey**<br>Senior Vice President<br>  Asst: Stephanie McGee<br>  Tel: (212) 270-0999<br>  Email: stephanie.mcgee@jpmorgan.com | Tel: (212) 270-4657<br>Fax: (212) 270-5553<br>Email: brian_a_bessey@bankone.com | [REDACTED] |

270 Park Avenue, 37th Floor
New York, NY 10017

| Name | Office phone and email |
|---|---|
| **Jim Schimmel**<br>JPM Corporate Development, VP<br>  Asst: Francine Knight<br>  Tel: (212) 270-2259<br>  Email: francine.knight@chase.com | Tel: (212) 270-9743<br>Fax: (212) 270-0659<br>Email: james.schimmel@chase.com |
| **Alice Lin**<br>Legal, Associate<br>  Asst: Francine Knight<br>  Tel: (212) 270-2259<br>  Email: francine.knight@chase.com | Tel: (212) 270-9037<br>Fax: (212) 270-0659<br>Email: alice.lin@jpmorgan.com |

PROJECT ALPHA

CONFIDENTIAL

# JPMorgan Chase Corporate Treasury
270 Park Avenue, 28th Floor
New York, NY 10017

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **David Edelson**<br>Treasurer<br>  Asst: Catherine Boyle<br>  Tel: (212) 270-9312<br>  Email: cathy.boyle@chase.com | Tel: (212) 270-7002<br>Fax: (212) 270-9589<br>Email: david.edelson@jpmchase.com | [redacted] |
| **Rich Landau**<br>Capital & Liquidity Mgmt., MD<br>  Asst: Starlett Brown<br>  Tel: (212) 270-6290<br>  Email: starlet.brown@jpmchase.com | Tel: (212) 270-6291<br>Fax: (212) 270-0819<br>Email: richard.landau@chase.com | [redacted] |
| **Lou Morrell**<br>Finance & Risk Mgmt., MD<br>  Asst: Starlett Brown<br>  Tel: (212) 270-6290<br>  Email: starlet.brown@jpmchase.com | Tel: (212) 270-9737<br>Fax: (212) 270-0819<br>Email: lou.morrell@chase.com | |

PROJECT ALPHA

CONFIDENTIAL

## JPMorgan Controllers & Accounting Policy
245 Park Avenue, Floor 10
New York, NY 10017

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **David Morris**<br>Controllers, Senior Vice President<br>  Asst: Michelle Corbin<br>  Tel: (212) 270-6290<br>  Email: michelle.d.corbin@chase.com | Tel: (212) 648-0377<br>Fax: (646) 534-6126<br>Email: david.m.morris@jpmchase.com | [redacted] |
| **Arthur Kirshenbaum**<br>Corporate accounting, Vice President | Tel: (212) 648-0384<br>Fax: (646) 534-6132<br>Email: arthur.kirshenbaum@chase.com | |
| **Audrey Senior**<br>Vice President | Tel: (212) 648-0389<br>Fax: (646) 534-6132<br>Email: audrey.n.senior@chase.com | |

PROJECT ALPHA

CONFIDENTIAL

# JPMorgan Tax Group
245 Park Avenue, 8th Floor
New York, NY 10167

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Benjamin Lopata**<br>Tax Group, MD<br> Asst: Lynn Mark<br> Tel:  (212) 648-1111<br> E-mail: mark_lynn@jpmorgan.com | Tel: (212) 648-1040<br>Fax: (646) 534 6003<br>Email: lopata_benjamin@jpmorgan.com | [redacted] |
| **Allen Friedman**<br>Tax Group, MD<br> Asst: Lynn Mark<br> Tel:  (212) 648-1111<br> E-mail: mark_lynn@jpmorgan.com | Tel: (212) 648-1041<br>Fax: (646) 534-6002<br>Email: friedman_allen@jpmorgan.com | [redacted] |
| **John Grimes**<br>Tax Group, VP<br> Asst: Susan Allen<br> Tel:  (212) 648-1052<br> E-mail: susan.p.allen@chase.com | Tel: (212) 648-1043<br>Fax: (646) 534-6003<br>Email: john.m.grimes@jpmchase.com | [redacted] |

PROJECT ALPHA

Confidential     JPM-SDNYLIT-00724991

CONFIDENTIAL

## JPMorgan Legal
270 Park Avenue, Floor 39
New York, NY 10017

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Kathleen Juhase**<br>Senior Vice President<br>Asst: Joanne Kearney<br>Tel: (212) 270-2503<br>Fax: (212) 270-5092 | Tel: (212) 270-5907<br>Fax: (646) 534-6126<br>Email: juhase_kathleen@jpmorgan.com | [REDACTED] |
| **Neila Radin**<br>Legal, Senior Vice President<br>Asst: Eileen Cannon<br>Tel: (212) 270-8219<br>Email: Eileen.cannon@chase.com | Tel: (212) 270-0938<br>Fax: (212) 270-1222<br>Email: neila.radin@chase.com | |

522 Fifth Avenue, Floor 20
New York, NY 10036

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **James Casey**<br>Vice President<br>Asst: Daisha Reyes<br>Tel: (212) 837-1795<br>Email: daisha.l.reyes@jpmorgan.com | Tel: (212) 837-1939<br>Fax: (212) 837-2631<br>Email: james.casey2@jpmorgan.com | |

270 Park Avenue, Floor 40
New York, NY 10017

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Alice Chen**<br>Vice President<br>Asst: Zenobia Souter<br>Tel: (212) 270-3662<br>Email: zenobia.j.souter@chase.com | Tel: (212) 270-2447<br>Fax: (212) 270-7429<br>Email: alice.chen@chase.com | [REDACTED] |

345 Park Avenue, Floor 5
New York, NY 10154

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Anne Verdon**<br>Senior Vice President<br>Asst: Linda Awenire<br>Tel: (212) 464-2757<br>Email: awenire_linda@jpmorgan.com | Tel: (212) 464-1656<br>Fax: (212) 464-0302<br>Email: anne.verdon@chase.com | |

522 5th Avenue, Floor 10
New York, NY 10036

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Len Wallace**<br>Vice President | Tel: (212) 837-8964<br>Fax: (917) 464-7309<br>Email: leonard.f.wallace@jpmorgan.com | |

PROJECT ALPHA

CONFIDENTIAL

522 5th Avenue, Floor 16
New York, NY 10036

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Tom Smith**<br>Managing Director<br>Asst: Jacqueline Gutierrez<br>Tel: (212) 837-8926<br>Email: Jacqueline.gutierrez@jpmorgan.com | Tel: (212) 837-2580<br>Fax: (212) 837-1108<br>Email: thomas.j.smith@jpmorgan.com | |

PROJECT ALPHA

Confidential                                                                 JPM-SDNYLIT-00724993

CONFIDENTIAL

# JPMorgan Securities Inc.
277 Park Avenue, 13th Floor
New York, NY 10172

### Financial Institutions Coverage

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **James von Moltke**<br>Managing Director<br>  Asst: Carol Fields<br>  Tel: (212) 622-6057 | Tel: (212) 622-6340<br>Fax: (646) 534-1887<br>Email: james.vonmoltke@jpmorgan.com | [redacted] |
| **Jim Greenberg**<br>Managing Director<br>  Asst: Jill Haddad<br>  Tel: (212) 622-4699 | Tel: (212) 622-6061<br>Fax: (646) 534-1876<br>Email: james.a.greenberg@jpmorgan.com | [redacted] |
| **David Stawik**<br>Vice President<br>  Asst: Michele Armstrong<br>  Tel: (212) 622-6998 | Tel: (212) 622-6974<br>Fax: (646) 534-3004<br>Email: david.stawik@jpmorgan.com | [redacted] |
| **K. Jamie Patterson**<br>Associate<br>  Asst: Deborah Cohen<br>  Tel: (212) 622-6997 | Tel: (212) 622-6320<br>Fax: (646) 534-3004<br>Email: Kristine.jamie.patterson@jpmorgan.com | [redacted] |
| **James Glinski**<br>Associate<br>  Asst: Sheila Halpin<br>  Tel: (212) 622-6064 | Tel: (212) 622-6976<br>Fax: (646) 534-1892<br>Email: james.d.glinski@jpmorgan.com | [redacted] |
| **Victor Dupont**<br>Analyst<br>  Asst: Angelique Perez<br>  Tel: (212) 622-2085 | Tel: (212) 622-6089<br>Email: victor.r.dupont@jpmorgan.com | [redacted] |

## 1211 Avenue of the Americas
New York, NY

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Dick Herbst**<br>Managing Director<br>  Asst: Rachel Harris<br>  Tel: (212) 622-6066<br>  Email: rachel.r.harris@jpmchase.com | Tel: (212) 789-6089<br>Fax: (212) 789-6077<br>Email: richard.herbst@jpmorgan.com | [redacted] |

## 277 Park Avenue, 3rd Floor
New York, NY 10172

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Richard Casavechia**<br>Managing Director<br>  Asst: Jaymie Moran<br>  Tel: (212) 622-2283<br>  Email: jaymie.moran@jpmorgan.com | Tel: (212) 622-2499<br>Fax: (212) 534-0135<br>Email: richard.casavechia@jpmorgan.com | [redacted] |

PROJECT ALPHA

CONFIDENTIAL

## Cahill Gordon

80 Pine Street
New York, NY 10005
General number: (212) 701-3000
Fax: (212) 269-5420

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Gerald Tennenbaum**<br>Corporate partner<br>  Asst: Geri Perez<br>  Tel: (212) 701-3226<br>  Email: gperez@cahill.com | Tel: (212) 701-3224<br>Fax: (212) 269-5420<br>Email: gtennenbaum@cahill.com | [redacted] |
| **Jon Mark**<br>Corporate partner<br>  Asst: Mary Kupidlowski<br>  Tel: (212) 701-3795<br>  Email: mkupidlowski@cahill.com | Tel: (212) 701-3100<br>Fax: (212) 269-5420<br>Email: jmark@cahill.com | |
| **Ben Cohen**<br>Tax partner<br>  Asst: Gina Lawson<br>  Tel: (212) 701-3855<br>  Email: glawson@cahill.com | Tel: (212) 701-3853<br>Fax: (212) 269-5420<br>Email: bcohen@cahill.com | |
| **Phil Heimowitz**<br>Council<br>  Asst: Rebekah Wilce<br>  Tel: (212) 701-3842<br>  Email: rwilce@cahill.com | Tel: (212) 701-3624<br>Fax: (212) 269-5420<br>Email: pheimowitz@cahill.com | |
| **Erica Swanson**<br>Tax associate<br>  Asst: Nicole DeLutri<br>  Tel: (212) 701-3643<br>  Email: ndelutri@cahill.com | Tel: (212) 701-3624<br>Fax: (212) 269-5420<br>Email: eswanson@cahill.com | |

PROJECT ALPHA

CONFIDENTIAL

## Highbridge Capital Management

9 West 57th Street, 27th Floor
New York, NY 10019
Tel: (212) 287-4900
Fax: (212) 287-4915

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Glenn Dubin** | Tel:  212-287-4977<br>Email: glenn.dubin@hcmny.com | [redacted] |
| **Henry Swieca** | | |
| **Robert J. Caruso**<br>Managing Director, COO | Tel: (212) 287-4714<br>Fax: (212) 287-4915<br>Email: bob@hcmny.com | |
| **Ronald S. Resnick**<br>Managing Director, Chief<br>Administrative Officer | Tel: (212) 287-4900<br>Fax: (212) 287-4915<br>Email: ron@hcmny.com | |

PROJECT ALPHA

Confidential                                                                                           JPM-SDNYLIT-00724996

CONFIDENTIAL

# Goldman Sachs

85 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 902-1000q

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Don Truesdale**<br>Managing Director<br>  Asst: Gloria Mallios | Tel: (212) 902-6226<br>Fax: (212) 357-0926<br>Email: don.truesdale@gs.com | ▮ |
| **Ivan Ross**<br>Managing Director<br>  Asst: Sandra McMillan | Tel: (212) 902-6877<br>Fax: (212) 357-9110<br>Email: ivan.ross@gs.com | ▮ |
| **Huntley Garriot**<br>Vice President<br>  Asst: Jennifer Marino | Tel: (212) 902-6314<br>Fax: (212) 357-0926<br>Email: huntley.garriott@gs.com | ▮ |

PROJECT ALPHA

CONFIDENTIAL

## Financial Trust Company and Advisors

6100 Red Hook Quarter, Suite B-3  
St. Thomas, USVI 00802

457 Madison Avenue, 4th Floor  
New York, NY 10022

| Name | Office phone and email | Home address and phone |
|---|---|---|
| Jeffrey E. Epstein<br>Asst: Adrienne Bausch | St. Thomas:<br>Tel: (340) 775-2525<br>Fax: (340) 775-2528<br>NY:<br>Tel: (212) 770-9895<br>Fax: (212) 371-8042 | |
| Jeffrey Schartz | Tel: (576) 791-0044 | |

New York Strategy Group, LLC  
457 Madison Avenue, 4th Floor  
New York, NY 10022

| Name | Office phone and email | Home address and phone |
|---|---|---|
| Darren K. Indyke, Esq. | Tel: (212) 750-1176<br>Fax: (212) 750-0381<br>Email: dkiesq@aol.com | [redacted] |

Watchel & Masyr  
110 East 59th Street  
New York, NY 10022

| Name | Office phone and email | Home address and phone |
|---|---|---|
| Steven J. Cohen, Esq. | Tel: (212) 909-9505<br>Fax: (212) 909-9463<br>Email: cohen@wmllp.com | |

Weil Gotshal & Manges  
767 Fifth Avenue, 28th Floor  
New York, NY

| Name | Office phone and email | Home address and phone |
|---|---|---|
| Kenneth Heitner, Esq. | Tel: (212) 310 8288<br>Email: Kenneth.heitner@weil.com | [redacted] |

PROJECT ALPHA

CONFIDENTIAL

# KPMG

345 Park Avenue, 2nd Floor
New York NY 10154
Tel: (212) 758-9700
Fax: (212) 758-9819

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Mary Barnes**<br>Partner, Advisory services<br>Asst: Minnie Davis | Tel: (212) 954-7475 | |
| **Miguel Sagarna**<br>Transaction services | Tel: (212) 872-5543<br>Fax: (212) 954-2609<br>Email: msagarna@kpmg.com | [redacted] |
| **Jonathan Doherty**<br>Transaction services | Tel: (212) 872-6644<br>Fax: (212) 954-7278<br>Email: jddoherty@kpmg.com | |

PROJECT ALPHA

CONFIDENTIAL

## Schulte Roth & Zabel LLP

919 Third Ave.
New York, NY 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

| Name | Office phone and email | Home address and phone |
|---|---|---|
| **Andre Weiss**<br>Corporate Partner<br> Asst: Donna Rivera | Tel: (212) 756-2431<br>Email: andre.weiss@srz.com | |
| **Phillipe Benedict**<br>Tax partner<br> Asst: Doris McPherson | Tel: (212) 756-2124<br>Email: philippe.benedict@srz.com | |
| **Kimberly Monroe**<br>Corporate associate<br> Asst: Tina Bologna | Tel: (212) 756-2556<br>Email: kimberly.monroe@srz.com | |

PROJECT ALPHA