# EXHIBIT 251

| | |
|---|---|
| From: | Duffy, John R <john.r.duffy@jpmorgan.com> |
| To: | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| CC: | Hewitt, Christine <christine.hewitt@jpmorgan.com>;Perry, Bonnie K" <bonnie.k.perry@jpmorgan.com> |
| Sent: | 3/18/2013 1:48:48 PM |
| Subject: | RE: Red Flag Approval: Jeff Epstein |

approved

**From:** Nelson, Justin D
**Sent:** Monday, March 18, 2013 7:45 AM
**To:** Duffy, John R
**Cc:** Hewitt, Christine; Perry, Bonnie K
**Subject:** Fw: Red Flag Approval: Jeff Epstein

John, as discussed, please respond with your approval to open these accounts. Thanks.

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781

**From:** Hewitt, Christine
**Sent:** Wednesday, March 13, 2013 06:11 PM Eastern Standard Time
**To:** Duffy, John R
**Cc:** Nelson, Justin D; Conlin, Pat; Perry, Bonnie K
**Subject:** Red Flag Approval: Jeff Epstein

John,
Jeffrey Epstein is looking to open 4 new business accounts with us. Due to his background we have been advised by Bonnie that we need your approval to proceed with account opening. Below are the account names, eci's and a brief description of what they are. Please let us know if we have your approval to proceed. Thank you.

These entities own and operate personal aircrafts: (Deposit accounts only)
- Hyperion Air LLC – [redacted]
- JEGE LLC – [redacted]
- Plan D – [redacted]

This entity is an investment company that manages Jeffrey's personal assets: (Deposit and Asset Brokerage)
- Southern Financial LLC - [redacted]

**Christine Hewitt**
J.P. Morgan | The Private Bank | 100 West Putnam Avenue | Greenwich, CT 06830
W: 203.629.3142 | F. 203.200.7706 | email: mailto:christine.hewitt@jpmorgan.com