# EXHIBIT 266

| | |
|---|---|
| **From:** | Jeffrey Epstein <jeevacation@gmail.com> |
| **To:** | Jes Staley [redacted]; Erdoes, Mary E" <mary.erdoes@jpmorgan.com> |
| **Sent:** | 8/26/2011 10:13:53 AM |
| **Subject:** | |

I am more than happy to meet with anyone you think moves this along .. cutler. jamie. . etc.. As mary said it need to be PROPER. . please consider , there are four major areas of huge opportunity for some mutually satisfactory arrangement. Gates and his entourage ( facebook, spotify ( parker ). Middle East. Africa, China. THe common thread is they all want private advice. . The opportunities like the DAf idea , originates with me, i cook it slowly, adding various ingredients almost fully cook it. and then want to turn it over to you . As I said to mary , if Tom Pritsker established an investment bank and I did most things with tom, could that be a beginning of a solution. ?

--
************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

Confidential

JPM-SDNYLIT-00016924