# EXHIBIT 269

From:     Mary E Erdoes [cn=mary e erdoes/o=jpmchase]
Sent:     3/3/2005 4:54:55 AM
To:     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject:     Re:

Ok.
Thanks.
ME

----- Original Message -----
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: 03/02/2005 10:22 PM
To: mary.erdoes@jpmorgan.com
Subject: Re:

between me ▮▮▮▮▮▮ the last stock sale was $100mmm. the rest of the shares unsold..between me ▮▮▮▮▮▮...is $500mm (at current stock price)

:)

At 09:49 PM 3/2/2005, you wrote:

>This helps me to frame for him. I am calling him tomorrow.
>
>I hate to ask this, but in order to give him perspective, can you give me
>an order-of-magnitude on estimated net worth, if you so choose. Even an
>over/under. Like say over 300?
>Xo
>ME
>
>
>
>----- Original Message -----
>From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>Sent: 03/02/2005 08:08 PM
>To: erdoes_mary@jpmorgan.com
>
>
>My Tax Problem.
>



>
>So..thought that might help in lining up a meeting with Epstein?
>
>
>
>
>This communication is for informational purposes only. It is not intended
>as an offer or solicitation for the purchase or sale of any financial
>instrument or as an official confirmation of any transaction. All market
>prices,
>data and other information are not warranted as to completeness or
>accuracy and
>are subject to change without notice. Any comments or statements made
>herein do not necessarily reflect those of JPMorgan Chase & Co., its
>subsidiaries and affiliates

Confidential