# EXHIBIT 270

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** jes.staley@jpmorgan.com <jes.staley@jpmorgan.com>
**Sent:** 4/27/2009 9:55:09 PM
**Subject:** ▇

▇ can meet have dinner lunch a weekend with any of the following  seth lloyd mit quantum computing.. murray gell-man , santa-fe institute quarks ,, brian greene columbia -string theory,, leonard susskind  ,, strings theory, lawrence krause,, origins institute  phoenix arizona.. lee smolin perimiter institute, loop quantum gravity  , she can see the  large hadron collider in switzerland. private tour.

Confidential
JPM-SDNYLIT-00005844