# EXHIBIT 271

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley <jes.staley@jpmorgan.com>
**Sent:** 9/25/2010 1:20:15 AM
**Subject:** Re: Fw: Columbia

in a snap

On Fri, Sep 24, 2010 at 7:35 PM, Jes Staley <jes.staley@jpmorgan.com> wrote:
Can u get to this professor at Columbia?

----- Original Message -----
From: ███████████████████████████████
To: Jes Staley
Sent: Thu Sep 23 20:32:02 2010
Subject: Fw: Columbia


------Original Message------
From: ██████
To: ██████████████
ReplyTo: ██████
Subject: Re: Columbia
Sent: Sep 23, 2010 8:29 PM

Robert Mawhinney
------Original Message------
From: ██████
To: ██████
ReplyTo: ██████
Subject: Columbia
Sent: Sep 23, 2010 8:24 PM

██████ needs the name of the professor @ columbia



This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.


--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.