# EXHIBIT 302

**From:** jeffrey epstein [jeevacation@gmail.com]
**Sent:** 7/11/2011 1:02:48 PM
**To:** Erdoes, Mary E [mary.erdoes@jpmorgan.com]
**Subject:** Re: Re: Re:

Can we speak today

Sent from my iPad

On Jul 11, 2011, at 12:01 AM, "Erdoes, Mary E" <mary.erdoes@jpmorgan.com> wrote:

> Back in office on Friday, July 22nd.
> But available any time from european offices next 2 weeks.
> Mary
>
> **From:** jeffrey epstein <jeevacation@gmail.com>
> **To:** Erdoes, Mary E
> **Sent:** Sun Jul 10 20:13:54 2011
> **Subject:** Re: Re:
>
> There are 21 million reasons why I'd like to know when you return
>
> Sent from my iPad
>
> On Jul 10, 2011, at 4:09 PM, "Erdoes, Mary E" <mary.erdoes@jpmorgan.com> wrote:
>
>> Nothing better, except if it's your own
>>
>> **From:** Jeffrey Epstein <jeevacation@gmail.com>
>> **To:** Erdoes, Mary E
>> **Sent:** Sun Jul 10 16:01:00 2011
>> **Subject:** Re:
>>
>> how great is that
>>
>> On Sun, Jul 10, 2011 at 1:40 PM, Erdoes, Mary E <mary.erdoes@jpmorgan.com> wrote:
>>
>> --
>> ***************************************************************
>> The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by

EXHIBIT TX 85
WIT: Erdoes
DATE: 7-12-23
C. Campbell, RDR CRR CSR #13921

return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

This email is confidential and subject to important disclaimers and conditions
including on offers for the purchase or sale of securities, accuracy and
completeness of information, viruses, confidentiality, legal privilege, and legal
entity disclaimers, available at
http://www.jpmorgan.com/pages/disclosures/email.

Confidential

JPM-SDNYLIT-00100556

From: Erdoes, Mary E [mary.erdoes@jpmorgan.com]
Sent: 7/10/2011 8:40:44 PM
To: 'jeevacation@gmail.com' [jeevacation@gmail.com]
Attachments: IMG00076-20110710-2025.jpg

Confidential

JPM-SDNYLIT-00100548

Confidential

JPM-SDNYLIT-00100549