UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>        Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant /<br>        Third-Party Plaintiff | Case No. 22-cv-10904-JSR<br><br>**AFFIDAVIT OF JOHN MCNICHOLS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| JPMORGAN CHASE BANK, N.A.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>        Third-Party Defendant. | |

## DECLARATION OF JOHN MCNICHOLS

I, John McNichols, do declare as follows:

1. I am a partner at Williams & Connolly LLP, 680 Maine Avenue S.W., Washington, D.C. 20024.

2. I am a member in good standing of the bars of Maryland, Virginia, and the District of Columbia.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2023

John McNichols

Subscribed and sworn to before me

This 18 day of August

Shannah R. Andrews
Notary Public

My Commission Expires

SHANNAH R. ANDREWS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2027