UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY<br><br>Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR |

### GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS' MOTION TO EXCLUDE EXPERT OPINIONS OF KIMBERLY MEHLMAN-OROZCO, JOSEPH FONSECA AND CARLYN IRWIN

Pursuant to Rule 702 of the Federal Rules of Evidence, Plaintiff, the Government of the United States Virgin Islands ("Government"), respectfully moves for an Order excluding the expert opinions of Kimberly Mehlman-Orozco, Joseph Fonseca, and Carlyn Irwin. The reasons in support of the Government's motion are set forth in the Memorandum of Law filed herewith.

As set forth in the Court's August 14 Minute Entry, the Government's moving papers shall be filed no later than August 18, 2023; Defendant's responsive briefs shall be filed no later than August 25, 2023; and the Government's reply shall be filed no later than August 31, 2023. Oral argument shall be held on September 6, 2023 at 9:00 a.m.

Dated: August 18, 2023               **ARIEL SMITH, ESQ.**
                                     **ATTORNEY GENERAL**

                                     By counsel,

                                     /s/ *David I. Ackerman*
                                     **DAVID I. ACKERMAN**
                                     Motley Rice LLC
                                     401 9th Street NW, Suite 630
                                     Washington, DC 20004
                                     Tel: (202) 849-4962
                                     dackerman@motleyrice.com

                                     **VENETIA VELAZQUEZ**
                                     Admitted *Pro Hac Vice*
                                     Acting Chief, Civil Division
                                     Virgin Islands Department of Justice
                                     Office of the Attorney General
                                     213 Estate La Reine, RR1 Box 6151
                                     Kingshill, St. Croix
                                     U.S. Virgin Islands 00850
                                     Tel.: (340) 773-0295 Ext. 202481
                                     venetia.velazquez@doj.vi.gov

                                     **LINDA SINGER** (Admitted *Pro Hac Vice*)
                                     **MIMI LIU** (Admitted *Pro Hac Vice*)
                                     **PAIGE BOGGS** (Admitted *Pro Hac Vice*)
                                     Motley Rice LLC
                                     401 9th Street NW, Suite 630
                                     Washington, DC 20004
                                     Tel: (202) 232-5504
                                     lsinger@motleyrice.com
                                     mliu@motleyrice.com
                                     pboggs@motleyrice.com

                                     *Attorneys for Plaintiff Government of the*
                                     *United States Virgin Islands*