# Exhibit 3











