UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>       Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>       Defendant. | Case No. 22-cv-10904-JSR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION <u>*PRO HAC VICE*</u>** |
| JPMORGAN CHASE BANK, N.A.,<br><br>       Third-Party Plaintiff,<br><br>  v.<br><br>JAMES EDWARD STALEY,<br><br>       Third-Party Defendant. | |

  The motion of Bethany K. Biesenthal for admission to practice *pro hac vice* in the above captioned action is granted.

  Applicant has declared that she is a member in good standing of the bar of the State of Illinois and that her contact information is as follows:

  Bethany K. Biesenthal
  JONES DAY
  110 N. Wacker Drive
  Suite 4800
  Chicago, Illinois 60606
  Phone: (312) 269-4303
  bbiesenthal@jonesday.com

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant JPMorgan Chase Bank, N.A. in the above-entitled action;

**IT IS HEREBY ORDERED** that Bethany K. Biesenthal is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/24/2023

_____
Honorable Jed S. Rakoff
United States District Judge