**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>    Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY<br><br>    Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR |

**[PROPOSED] ORDER GRANTING JAMES EDWARD STALEY'S MOTION FOR LEAVE TO WITHDRAW JONATHAN DUNN AS COUNSEL OF RECORD**

Third-Party Defendant James Edward Staley's Motion for Leave to Withdraw Jonathan Dunn as Counsel of Record filed in the above-captioned action is **GRANTED**.

**IT IS HERBY ORDERED** that the *pro hac vice* admission granted to and the appearance of Jonathan Dunn as Counsel of Record for Third-Party Defendant in the above-captioned action is withdrawn, and the Clerk shall promptly remove Jonathan Dunn from the list of attorneys receiving electronic notices of filings and proceedings in this action.

New York, NY

Dated:_____ , 2023

                                                                                             The Honorable Jed S. Rakoff
                                                                             United States District Judge