UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Defendant/Third-Party Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| JPMORGAN CHASE BANK, N.A.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY<br><br>Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case Number: 1:22-cv-10904-JSR

**DECLARATION OF ELIZABETH PAIGE BOGGS IN SUPPORT OF THE GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS OF KIMBERLY MEHLMAN-OROZCO, JOSEPH FONSECA, AND CARLYN IRWIN**

Pursuant to 28 U.S.C. § 1746, I, Elizabeth Paige Boggs, declare under penalty of perjury as follows:

1. I am a member in good standing of the bars of the State of Illinois, the State of Indiana, and the District of Columbia, and have been admitted *pro hac vice* to practice before this Court. I am one of the attorneys representing the Government of the United States Virgin Islands in the above-captioned action. I am a Member of the law firm of Motley Rice LLC, and my office is located at 401 9th Street NW, Suite 630, Washington, DC 20004. I am familiar with the facts

set forth herein and if called as a witness, I could and would competently testify thereto. I submit this Declaration and the attached Exhibits in support of United States Virgin Islands' Reply in Support of Motion to Exclude Defendant JPMorgan Chase's Expert Opinions of Kimberly Mehlman-Orozco, Joseph Fonseca, and Carlyn Irwin.

2. Attached hereto are true and correct copies of the following:

| Exhibit Number | Description |
| --- | --- |
| Exhibit 9 | Excerpts from the transcript of the **Deposition of Dr. Kimberly Mehlman-Orozco**, taken on June 30, 2023, in this action. [portions designated confidential are redacted and filed under seal] |
| Exhibit 10 | Copy of **Sheryl L. Syme, et. al., *Human Trafficking: Red Flags for Dental Professionals*, DECISIONS IN DENTISTRY (Aug. 28, 2023, 12:50 PM), https://decisionsindentistry.com/article/human-trafficking-red-flags-dental-professionals/.** |
| Exhibit 11 | Screenshot from the following web page taken on August 30, 2023: **https://www.amazon.com/Jihadi-Next-Door-Defrauding-Terrorism/dp/1510732861**, showing the description of Dr. Mehlman-Orozco's book, "The Jihadi Next Door: How ISIS Is Forcing, Defrauding, and Coercing Your Neighbor Into Terrorism." |
| Exhibit 12 | Excerpts from the transcript of the **Deposition of Joseph Fonseca**, taken July 6, 2023, in this action. [portions designated confidential are redacted and filed under seal] |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 31, 2023

*Elizabeth Paige Boggs*
Elizabeth Paige Boggs