# Exhibit 12

Confidential Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
     GOVERNMENT OF THE UNITED      )
 3   STATES VIRGIN ISLANDS         )
                                   )
 4        Plaintiff,               )
                                   )
 5   vs.                           ) 1:22-cv-10904-JSR
                                   )
 6   JPMORGAN CHASE BANK, N.A.,    )
                                   )
 7        Defendant/Third-         )
          Party Plaintiff.         )
 8   _____)
     JPMORGAN CHASE BANK, N.A.     )
 9                                 )
          Third-Party              )
10        Plaintiff,               )
                                   )
11   vs.                           )
                                   )
12   JAMES EDWARD STALEY,          )
                                   )
13        Third-Party              )
          Defendant.               )
14
                 THURSDAY, JULY 6, 2023
15
       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16                     - - -
17          Videotaped deposition of Special
     Agent Joseph Fonseca, FBI (Retired), held at
18   the offices of WilmerHale, 250 Greenwich
     Street, New York, New York, commencing at
19   9:07 a.m. Eastern, on the above date, before
     Carrie A. Campbell, Registered Diplomate
20   Reporter and Certified Realtime Reporter.
21
22
23                     - - -
24          GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

```
 1        A.      I would not agree.
 2        Q.      Why not?
 3        A.      The supposition that wealth
 4   matters when you are working a case that has
 5   to do with paying juveniles small amounts of
 6   money, which we saw in every case, to
 7   sexually abuse them is not unusual.  Your
 8   wealth has nothing to do with those points of
 9   the sexual abuse.
10        Q.      Well, fair enough.
11                But we're not just talking
12   about wealth here, right?
13                Let me ask you this question.
14   How many sex trafficking cases have you been
15   involved in where there were over a hundred
16   victims?
17                MR. BOUCHOUX:  Objection to the
18        form.
19                THE WITNESS:  I don't think
20        any.
21   QUESTIONS BY MR. PENDELL:
22        Q.      So would you agree with me that
23   a sex trafficking case with over a hundred
24   victims is not a routine case?
25        A.      From the amount of victim point
```

Confidential Pursuant to Protective Order

1  QUESTIONS BY MR. PENDELL:
2       Q.   Okay.  If there are indeed
3  victims in this case that received, you know,
4  approx -- $30,000 or more from Mr. Epstein,
5  would you agree that that is unusual in a
6  typical sex trafficking case?
7       A.   Yes.  My subjects didn't --
8  that I dealt with didn't have $30,000 to pay
9  in one lump sum, no.  As I had mentioned
10 earlier, they weren't -- they didn't have the
11 funds that Mr. Epstein had.
12      Q.   And in those cases, the typical
13 payments were a few hundred dollars; is that
14 right?
15      A.   On each instance of sexual
16 abuse, yes, they were.
17      Q.   Okay.  During your tenure with
18 the FBI, whether it was as an investigative
19 agent or a coordinating agent, were you ever
20 responsible for reviewing banking information
21 as part of a sex trafficking operation?
22      A.   Not that I can recall.
23      Q.   Would there be somebody else on
24 your team that was responsible for that?
25           MR. BOUCHOUX:  Just objection

Confidential Pursuant to Protective Order

 1        ████████████████████████████████

 █   ████     ████████████████████████████████

 █   ██       ████████████████████

 █   ██   ████████████████████████████████

 █   ████████   ████████████████████████████████

 █   ██   ████████████████████

 █   ██   ████████████████████

 █   ████████████████████████████████████████

 █   ████████████████████████████████

 █   ████████████████████████████████████████

 █   ████████████████████████████████

 █   ████████████████████████████████

 █   ████████████████████

17        Q.    You were an FBI special agent

18   in November of 2018; is that right?

19        A.    That is correct.

20        Q.    Did you know personally or by

21   reputation a Steven M. D'Antuono?

22        A.    I do not.

23        Q.    If I told you that

24   Mr. D'Antuono was the section chief, criminal

25   investigative division for the FBI in