# EXHIBIT 1

Confidential - Pursuant to Protective Order

```
 1            UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    GOVERNMENT OF THE UNITED      )
 3  STATES VIRGIN ISLANDS         )
                                  )
 4         Plaintiff,             )
                                  )
 5  vs.                           )  1:22-cv-10904-JSR
                                  )
 6  JPMORGAN CHASE BANK, N.A.,    )
                                  )
 7         Defendant/Third-       )
           Party Plaintiff.       )
 8  _____      )
    JPMORGAN CHASE BANK, N.A.     )
 9                                )
           Third-Party            )
10         Plaintiff,             )
                                  )
11  vs.                           )
                                  )
12  JAMES EDWARD STALEY,          )
                                  )
13         Third-Party            )
           Defendant.             )
14
              SATURDAY, JUNE 10, 2023
15
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16
      ████████████████████████████████████████
17                    - - -
18            Videotaped deposition of James E.
    Staley, held at the offices of Boies Schiller
19  Flexner, LLC, 55 Hudson Yards, New York, New
    York, commencing at 9:13 a.m. Eastern, on the
20  above date, before Carrie A. Campbell,
    Registered Diplomate Reporter and Certified
21  Realtime Reporter.
22
23                    - - -
24        GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

Confidential - Pursuant to Protective Order

```
 1              A.      Mid-'90s.

 2              Q.      And do you recall that Jeffrey

 3    Epstein served as Les Wexner's money manager?

 4              A.      I recall that Epstein was an

 5    advisor to Les Wexner.  I don't know in what

 6    capacity.

 7              Q.      And do you know if Jamie Dimon

 8    and Les Wexner knew one another?

 9              A.      I imagine they did, yes.

10              Q.      Have you ever met Les Wexner?

11              A.      Yes.

12              Q.      In what context?

13              A.      Taking The Limited public.

14              Q.      That was before Mr. Dimon

15    joined the company, correct?

16              A.      Yes.

17              Q.      And when you took The Limited

18    public in the mid-'90s, you hadn't met

19    Jeffrey Epstein as part of that; is that

20    fair?

21              A.      My recollection is that's the

22    first time that I met him.

23              Q.      So you believe you met him at

24    some point before Sandy Warner suggested that

25    you have a meeting with him; is that correct?
```

CONFIDENTIAL - Pursuant to Protective Order

```
 1          A.      Very briefly, yes.

 2          Q.      And that would have been in

 3   relation to taking The Limited public?

 4          A.      I was visiting The Limited, and

 5   my recollection is Epstein had an office

 6   there, and I saw him for a couple minutes.

 7          Q.      And is it fair at that time you

 8   would -- you didn't know who he was?

 9          A.      No.

10          Q.      Why would you imagine that

11   Jamie Dimon and Les Wexner knew one another?

12          A.      Both their involvements with

13   Ohio.

14          Q.      What is Jamie Dimon's

15   involvement with Ohio?

16          A.      I think he worked for the bank

17   there.

18          Q.      Did you have occasion to meet

19   with Les Wexner after 2000?

20          A.      Not that I recall.

21          Q.      I want to talk about Labe

22   Jackson.

23                  Do you know who that is?

24          A.      Uh-huh, yes, I do.

25          Q.      And how do you know Labe
```

Confidential - Pursuant to Protective Order

1    don't know.

2         Q.    Irrespective of your

3    involvement with his accounts, the fact that

4    he had his accounts and the size of his

5    accounts at JPMorgan benefitted JPMorgan.

6              You would agree, right?

7         A.    I think no -- you know, I don't

8    think any single client is that important,

9    but he was a client of the bank.

10        Q.    And he continued to refer

11   clients to JPMorgan before, during and after

12   his incarceration, correct?

13             MR. GAIL:  Objection.

14             THE WITNESS:  I don't think he

15        referred clients to the bank.  I met

16        clients through him, but I don't think

17        he was making a referral.

18   QUESTIONS BY MR. EDWARDS:

19        Q.    Do you know who Thomas McGraw

20   is?

21        A.    No.

22        Q.    Do you remember a Tom McGraw in

23   the tax department of JPMorgan?

24        A.    I don't.

25        Q.    Did you ever become aware of

Confidential Pursuant to Protective Order

```
 1          Q.      Did you ever cooperate in any

 2   of the investigations, like voluntarily

 3   cooperate in any of the investigations, into

 4   Jeffrey Epstein?

 5          A.      No.

 6          Q.      Do you know whether JPMorgan

 7   cooperated in the Florida investigation,

 8   either on the state level or the federal

 9   level, in the 2006 to 2008 time frame?

10          A.      I don't know.

11          Q.      Were you ever asked whether

12   JPMorgan should cooperate in that

13   investigation?

14          A.      Not that I recall.

15          Q.      After Jeffrey Epstein was

16   arrested, did you go visit him?

17          A.      When?

18          Q.      When he was arrested, sorry, in

19   2019.

20          A.      No, I did not.

21          Q.      When was the last time you

22   spoke with Jeffrey Epstein?

23          A.      I want to say October,

24   November 2015.

25          Q.      Why was that the last time that
```

Confidential Pursuant to Protective Order

1    you spoke with Jeffrey Epstein?

2          A.    I became CEO of Barclays.

3          Q.    And what about your position as

4    CEO of Barclays had anything to do with you

5    no longer meeting with or communicating with

6    Jeffrey Epstein?

7          A.    Being CEO of a major British

8    bank is a very, very visible job, and I

9    thought it was not appropriate to deal at all

10   with Epstein in that role.

11         Q.    By that point in time, did you

12   realize that Jeffrey Epstein had lied to you

13   in the past about his lack of understanding

14   of the ages of some of the victims that had

15   accused him?

16         A.    Yes.

17         Q.    And did that have anything to

18   do with your making a decision to stop

19   talking with him?

20         A.    Yeah.  I think it became

21   increasingly that he had a very, very

22   terrible past, and I didn't want to be

23   associated with him.

24         Q.    When you were CEO of Barclays,

25   did you remain in contact with Prince Andrew?