# EXHIBIT 3

| Summary Data | Date as of: Dec 19 2022 |
|---|---|
| Summary Profile for | Staley, James E |
| Last Refreshed | Dec 20, 2022 2:03:16 PM |

### Basic Employee Information

| SID / Alternate ID | Status | Corporate Officer Title | Assignment Number | Job code / Description | Department | Full/Part time | Location | City, State, Country |
|---|---|---|---|---|---|---|---|---|
| U093791 / 093791 | Retired | Corporate Investment Bank | 0 | 003523 I Group Executive | 22543 - IB EXEC 2 | Full time | 270 Park Avenue Floor : 47 | New York, New York, United States |

### Personal/Current Job

| Company | Class | Standard Hours | Grade | FLSA status |
|---|---|---|---|---|
| 0002 JPMORGAN CHASE BANK, N.A. | X-Std EE | 40 | 907 | Exempt |

### Employment

| Binding Arbitration Indicator Legacy | HR Indicator | Original Start Date | Current Start Date | Termination Date | Termination Reason |
|---|---|---|---|---|---|
| N | N | Jul 9, 1979 | Jul 9, 1979 | Feb 1, 2013 | Nrml Ret |

### Department Hierarchy

| Eff Date | Department | Hierarchy 1 | Hierarchy 2 | Hierarchy 3 | Hierarchy 4 |
|---|---|---|---|---|---|
| Oct 18, 2009 | 22543 - IB EXEC 2 | S573050 - CORPORATE & INVESTMENT BANK | S572391 - CIB MANAGEMENT AND SUPPORT FUNCTIONS | S557377 - CIB MANAGEMENT | S572729 - NORTH AMERICA INVESTMENT BANK |

### Salary

| Eff Date | Action Reason | Currency | Salary Basis | Salary Basis Amount (For India/Japan: Basic Salary) | Chg Amt (For India/Japan: Total Fixed Pay Change Amount) | Change % | Annual Salary (For India/Japan: Total Fixed Pay) | ABBR | Shift Differential (US, Canada & India) |
|---|---|---|---|---|---|---|---|---|---|
| Feb 1, 2011 | CMA : Compensation Mix Adjustment | USD | US Regular Salary | ███████████████████████ | | | | | |

### Performance Rating

| Published Rating Year | Business Results Rating | Client/Customer/Stakeholder Rating | Teamwork and Leadership Rating |
|---|---|---|---|
| | | | |

JPM-SDNYLIT-00178391

| Job Profile | Data as of  Dec 19 2022 |
|---|---|
| Job Profile of | Staley,James E |
| Last Refreshed | Dec 20, 2022 2:03:16 PM |

**Basic Employee Information**

| SID/ Alternate ID | Status | Corporate Officer Title | Assignment Number | Job code/ Description | Department | Full/Part time | Location | City, State, Country |
|---|---|---|---|---|---|---|---|---|
| U093791 / 093791 | Retired | Corporate Investment Bank | 0 | 003523 / Group Executive | 22543 - IB EXEC 2 | Full time | 270 Park Avenue Floor : 47 | New York, New York, United States |

**Employment**

| Binding Arbitration Agreement | HR Indicator | Original Hire Date | Current Hire Date |
|---|---|---|---|
| N | N | Jul 9, 1979 | Jul 9, 1979 |

**Job History (Status, Job, Class, Title changes)**

| Effective Date | Action Reason Code | Status | Grade | Job Code / Description | Class | Bank Title | Subsidiary Title |
|---|---|---|---|---|---|---|---|
| Feb 2, 2013 | RMT : Nrml Ret | Retired | 607 | 003523 : Group Executive | X-Std EE | Corporate Investment Bank | |
| Aug 1, 2012 | OTC : Officer Title Change | Active | 607 | 003523 : Group Executive | X-Std EE | Corporate Investment Bank | |
| Jul 11, 2003 | ADG : Adjustment to Grade | Active | 607 | 003523 : Group Executive | X-Std EE | Managing Director | |
| Jun 16, 2003 | JRC : Job Reclassification/ Analysis | Active | 317 | 003523 : Group Executive | X-Std EE | Managing Director | |
| Sep 10, 2001 | ACT : Conversion - Active EE | Active | 399 | W20001 : JPMCONV-IM & PB, MD | X-Std EE | Managing Director | |
| Dec 15, 1993 | NCR : New/Changed Job Responsibility | Active | JPM | W250 : Products | X-Std EE | Managing Director | |
| Feb 1, 1990 | PRO : Promotion | Active | JPM | J29000 : Managing Director | X-Std EE | Managing Director | |
| Jan 10, 1990 | PRO : Promotion | Active | JPM | J29000 : Managing Director | X-Std EE | Managing Director | |
| Feb 16, 1989 | XFR : Transfer | Active | JPM | J28500 : Vice President | X-Std EE | Vice President | |
| Jan 1, 1988 | XFR : Transfer | Active | JPM | W250 : Products | X-Std EE | Vice President | |
| Apr 1, 1985 | PRO : Promotion | Active | JPM | J28500 : Vice President | X-Std EE | Vice President | |
| Mar 13, 1985 | PRO : Promotion | Active | JPM | J28500 : Vice President | X-Std EE | Vice President | |
| Jul 13, 1983 | PRO : Promotion | Active | JPM | J28000 : Associate | X-Std EE | Associate | |
| Jul 1, 1983 | PRO : Promotion | Active | JPM | J28000 : Associate | X-Std EE | Associate | |
| Nov 12, 1981 | PRO : Promotion | Active | JPM | J28000 : Associate | X-Std EE | Associate | |
| Nov 1, 1981 | PRO : Promotion | Active | JPM | J1 : Non-Off Job | X-Std EE | | |
| Jul 13, 1981 | PRO : Promotion | Active | JPM | J1 : Non-Off Job | X-Std EE | | |
| Jul 9, 1979 | HIR : Hire | Active | JPM | J1 : Non-Off Job | X-Std EE | | |

**Contract Data - Acquisition and Divestitures**

| Contract Date | Status | Contract Type | Contract Template |
|---|---|---|---|

**Location History**

| Effective Date | Action Reason | Location name | City | State | Country |
|---|---|---|---|---|---|
| Sep 1, 2011 | WLO : Work Location Change | 270 Park Avenue | New York | New York | United States |
| Mar 16, 2011 | WLO : Work Location Change | 383 Madison Avenue (BSC) | New York | New York | United States |
| Oct 1, 2010 | WLO : Work Location Change | 270 Park Avenue | New York | New York | United States |
| Feb 1, 2007 | WLO : Work Location Change | 245 Park Avenue | New York | New York | United States |
| Jan 1, 2005 | WLO : Work Location Change | 522 Fifth Avenue | New York | New York | United States |
| Sep 16, 2002 | WLO : Work Location Change | 522 Fifth Avenue | New York | New York | United States |
| Apr 12, 1999 | WLO : Work Location Change | 345 Park Avenue | New York | New York | United States |
| Oct 1, 1990 | WLO : Work Location Change | 40 Exchange Place | New York | New York | United States |
| Feb 16, 1989 | XFR : Transfer | 15 Broad Street | New York | New York | United States |
| Jan 1, 1988 | XFR : Transfer | Ave Almirante Barroso | Rio de Janeiro | | Brazil |
| Jul 9, 1979 | HIR : Hire | 60 Wall Street | New York | New York | United States |

**Assignment history**

| Begin Date | End Date | Assignment type | Assignment Policy | Assignment reason | Home Location |
|---|---|---|---|---|---|

**Department and Company history**

| Effective Date | Action Reason | Company | Department |
|---|---|---|---|
| Oct 18, 2009 | XFR : Transfer | 802 : JPMorgan Chase Bank | 22543 : IB EXEC 2 |
| Jan 1, 2007 | CNV : Conversion | 802 : JPMorgan Chase Bank | 29638 : AWM MGMT |
| Oct 1, 2001 | XFR : Transfer | 001 : JPMorgan Chase Bank, NA | 29638 : AWM MGMT |
| Sep 10, 2001 | ACT : Conversion - Active EE | 001 : JPMorgan Chase Bank, NA | 14421 : JP MGMT COMMITTEE 0099014421 |

JPM-SDNYLIT-00178392

| Apr 12, 1999 | XFR : Transfer | 001 : JPMorgan Chase Bank, NA | 99014421 : PCG/ OPERATING COMMITTEE |
| Jun 15, 1995 | XFR : Transfer | 033 : JPMorgan Securities Inc. | 333919522 : EQUITY CAPITAL MARKETS |
| Mar 16, 1992 | XFR : Transfer | 033 : JPMorgan Securities Inc. | 333919508 : EQUITY SYNDICATES - GLOBAL MAR |
| Jan 1, 1992 | XFR : Transfer | 033 : JPMorgan Securities Inc. | 333919520 : EQUITY SALES |
| Oct 1, 1990 | XFR : Transfer | 033 : JPMorgan Securities Inc. | 333919521 : LISTED STOCK TRADING |
| May 1, 1989 | XFR : Transfer | 033 : JPMorgan Securities Inc. | 333919520 : EQUITY SALES |
| Feb 18, 1989 | XFR : Transfer | 033 : JPMorgan Securities Inc. | 333919545 : CAPITAL MARKETS SERVICES |
| Jan 1, 1985 | XFR : Transfer | 692 : MY Limiteda | 618000214 : TREASURY FUNDING |
| Aug 1, 1984 | XFR : Transfer | 311 : J.P. Morgan AG4 | 607000286 : MORGAN GUARANTY INTL FINANCE C |
| Oct 1, 1982 | XFR : Transfer | 001 : JPMorgan Chase Bank, NA | 99194222 : SAO PAULO REPRESENTATIVE/CLOSE |
| Jun 2, 1980 | XFR : Transfer | 001 : JPMorgan Chase Bank, NA | 99500973 : LATIN AMERICAN AREA PLAN/CLOSE |
| Jul 9, 1979 | HIR : Hire | 001 : JPMorgan Chase Bank, NA | 99125309 : CORPORATE FINANCE SERVICES |

## Department Hierarchy

| Eff Date | Department | Hierarchy 1 | Hierarchy 2 | Hierarchy 3 | Hierarchy 4 |
|---|---|---|---|---|---|
| Oct 16, 2009 | 22543 - IB EXEC 2 | S573050 - CORPORATE & INVESTMENT BANK | S572291 - CIB MANAGEMENT AND SUPPORT FUNCTIONS | S557377 - CIB MANAGEMENT | S572729 - NORTH AMERICA INVESTMENT BANK |

## Local Cost Center History

| Effective Date | Local Cost Center | Legal entity | Operating Unit |
|---|---|---|---|
| | | | |

## Performance Rating

| Published Rating Year | Business Results Rating | Client/Customer/Stakeholder Rating | Teamwork and Leadership Rating |
|---|---|---|---|
| | | | |

Confidential

| Salary Profile | Data as of  Dec 19 2022 |
| Salary Profile of | Staley,James E |
| Last Refreshed | Dec 20, 2022 2:03:16 PM |

**Basic Employee Information**

| SID/ Alternate ID | Status | Corporate Officer Title | Assignment Number | Job code/ Description | Department | Full/Part time | Location | City, State, Country |
|---|---|---|---|---|---|---|---|---|
| U003791 / 680791 | Retired | Corporate Investment Bank | 0 | 003523 / Group Executive | 22543 - IB EXEC 2 | Full time | 270 Park Avenue Floor : 47 | New York, New York, United States |

**Current Salary**

| Currency | Salary Basis | Salary Basis Amount (For India/Japan: Basic Salary) | Salary Basis Amount USD | Annual Salary (For India/ Japan: Total Fixed Pay) | Annual Full-Time Equivalent Salary Amount | ABBR | Shift Differential (US, Canada & India) |
|---|---|---|---|---|---|---|---|
| USD | US Regular Salary | ███████████████████████████████████████████████████████████ | | | | | |

**Salary History**

| Effective Date | Action Reason | Currency | Salary Basis | Salary Basis Amount (For India/Japan: Basic Salary) | Chg Amt (For India/Japan: Total Fixed Pay Change Amount) | Change % | Annual Salary (For India/ Japan: Total Fixed Pay) | Annual Full-Time Equivalent Salary Amount |
|---|---|---|---|---|---|---|---|---|
| Feb 1, 2011 | CMA Compensation Mix Adjustment | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 2008 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Apr 1, 2005 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 2003 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Jan 1, 1998 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 1995 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 1994 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 1993 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 1992 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 1991 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 1990 | PRO : Promotion | USD | US Regular Salary | ████████ | | | | |
| Feb 1, 1989 | MER : Merit | USD | BR Regular Salary | ████████ | | | | |
| Mar 1, 1988 | MER : Merit | USD | BR Regular Salary | ████████ | | | | |
| Mar 1, 1987 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Mar 1, 1986 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Apr 1, 1985 | PRO : Promotion | USD | US Regular Salary | ████████ | | | | |
| Apr 1, 1984 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Jul 1, 1983 | PRO : Promotion | USD | US Regular Salary | ████████ | | | | |
| Apr 1, 1983 | ATB : Across-The-Board | USD | US Regular Salary | ████████ | | | | |
| Jan 1, 1983 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Nov 1, 1981 | PRO : Promotion | USD | US Regular Salary | ████████ | | | | |
| Jul 13, 1981 | PRO : Promotion | USD | US Regular Salary | ████████ | | | | |
| Jan 12, 1981 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Jul 14, 1980 | MER : Merit | USD | US Regular Salary | ████████ | | | | |
| Jan 14, 1980 | MER : Merit | USD | US Regular Salary | ████████ | | | | |

Confidential

| Jul 9, 1979 | HIR : Hire | USD | US Regular Salary | |
|---|---|---|---|---|

**Salary-related Job History (Grade, Salary, Full/Part Time Status changes)**

| Effective Date | Action Reason | Corporate Officer Title | Salary Basis | Grade | Full/Part Time | Standard Hours |
|---|---|---|---|---|---|---|
| August 1, 2012 | OTC : Officer Title Change | Corporate Investment Bank | US Regular Salary | 607 | Full time | 40 |
| July 1, 2004 | HRS : Standard Hours Change | Managing Director | US Regular Salary | 607 | Full time | 40 |
| July 11, 2003 | ADG : Adjustment to Grade | Managing Director | US Regular Salary | 607 | Full time | 35 |
| June 16, 2003 | JRC : Job Reclassification/Analysis | Managing Director | US Regular Salary | 317 | Full time | 35 |
| September 10, 2001 | ACT : Conversion - Active EE | Managing Director | US Regular Salary | 399 | Full time | 35 |
| February 1, 1990 | PRO : Promotion | Managing Director | US Regular Salary | JPM | Full time | 35 |
| January 10, 1990 | PRO : Promotion | Managing Director | BR Regular Salary | JPM | Full time | 35 |
| March 1, 1988 | MER : Merit | Vice President | BR Regular Salary | JPM | Full time | 35 |
| January 1, 1988 | XFR : Transfer | Vice President | US Regular Salary | JPM | Full time | 40 |
| April 1, 1986 | PRO : Promotion | Vice President | US Regular Salary | JPM | Full time | 35 |
| March 13, 1985 | PRO : Promotion | Vice President | US Regular Salary | JPM | Full time | 35 |
| July 13, 1983 | PRO : Promotion | Associate | US Regular Salary | JPM | Full time | 35 |
| July 1, 1983 | PRO : Promotion | Associate | US Regular Salary | JPM | Full time | 35 |
| November 12, 1981 | PRO : Promotion | Associate | US Regular Salary | JPM | Full time | 35 |
| November 1, 1981 | PRO : Promotion | | US Regular Salary | JPM | Full time | 35 |
| July 13, 1981 | PRO : Promotion | | US Regular Salary | JPM | Full time | 35 |
| July 9, 1979 | HIR : Hire | | US Regular Salary | JPM | Full time | 35 |

**Note. A salary conversion row is visible in the Salary History block for all local employees. This row is part of the data conversion with the move from PeopleSoft to the New Me@jpmc

**Note: The salary history section will not show the repatriation salary for employees who rolled off expat assignment unless they had a salary change at time of repatriation

JPM-SDNYLIT-00178395