# EXHIBIT 4

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                              Case No.
     -against-                1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
          Defendants.
- - - - - - - - - - - - - - - - - - - - - x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
GOVERNMENT OF THE UNITED STATES VIRGIN
ISLANDS,
          Plaintiff
          Vs.
JPMORGAN CHASE BANK, N.A.
------------------------------------------x
              C O N F I D E N T I A L
              Videotaped oral deposition of
        FRANCIS PEARN taken pursuant to notice,
        was held at BOIES SCHILLER FLEXNER LLP,
        commencing May 30, 2023, 9:34 a.m., on
        the above date, before Leslie Fagin, a
        Court Reporter and Notary Public in the
        State of New York.


              MAGNA LEGAL SERVICES
                 (866) 624-6221
```



Page 182

```
 1                     F Pearn
 2   customer?                                              14:00:22
 3       A.   Sorry, what do you mean and that              14:00:26
 4   customer?                                              14:00:29
 5       Q.   Did Epstein have a role in                    14:00:29
 6   introducing JPMorgan to Leon Black or                  14:00:31
 7   expanding his accounts at JPMorgan?                    14:00:34
 8           MR. BUTTS:  Object to form.                    14:00:37
 9           You may answer.                                14:00:38
10       A.   As the founder and one of the                 14:00:39
11   senior leaders at Apollo Global Management,            14:00:44
12   the bank had a long established relationship           14:00:47
13   with Apollo and with Mr. Black.                        14:00:50
14           My understanding is that Leon Black            14:00:57
15   was one of Mr. Epstein's clients as a money            14:01:01
16   manager.  And as far as I've been able to              14:01:05
17   determine, we don't see any -- or I don't see          14:01:12
18   any introduction of Leon Black as a private            14:01:16
19   bank client through Mr. Epstein.                       14:01:21
20       Q.   What about Bill Gates, what's your            14:01:23
21   understanding of the relationship between              14:01:26
22   Jeffrey Epstein and Bill Gates and did he              14:01:29
23   facilitate either the creation of accounts             14:01:32
24   with JPMorgan or an expansion of his business          14:01:36
25   with JPMorgan?                                         14:01:38
```



Page 183

1          F Pearn

2          MR. BUTTS:  That's a compound                14:01:39
3     question.  He can answer them one at a            14:01:40
4     time, but not both.                               14:01:42
5     A.   The first, I am aware of Bill                14:01:43
6  Gates' knowing and relationship with Epstein,        14:01:47
7  again, through the press, photographs and            14:01:52
8  such, and Mr. Gates' comments about                  14:01:56
9  unfortunately knowing Epstein.  That's that.         14:02:01
10         On the second, I have not seen any           14:02:06
11 evidence or any documents that would indicate        14:02:08
12 that Jeffrey Epstein was involved in bringing        14:02:12
13 Bill Gates to JPMorgan as a private bank             14:02:19
14 client.  We had a long established                   14:02:23
15 relationship with Mr. Gates as well as               14:02:28
16 Mr. Black at the institution.                        14:02:30
17    Q.   Are you aware of a project that              14:02:31
18 Bill Gates and Jeffrey Epstein were involved         14:02:33
19 in in 2011 to 2013 concerning the                    14:02:35
20 establishment of a fund for charitable               14:02:40
21 donations?                                           14:02:43
22         MR. BUTTS:  Objection.                       14:02:44
23         You may answer.                              14:02:45
24    A.   I am aware of that initiative, yes.          14:02:45
25    Q.   What is your understanding of that           14:02:48

