# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                              Civil Action No.
    -against-                 1:22-cv-10019-JSR
JP MORGAN CHASE BANK, N.A.
          Defendants.
- - - - - - - - - - - - - - - - - - - - - x
     Highly Confidential-Attorneys Eyes Only

          Videotaped oral deposition of
     JUSTIN NELSON, taken pursuant to
     subpoena, was held BOIES SCHILLER
     FLEXNER, 55 Hudson Yards, New York, New
     York commencing April 21, 2023, 9:42
     a.m., on the above date, before Leslie
     Fagin, a Court Reporter and Notary
     Public in the State of New York.



               MAGNA LEGAL SERVICES
                 (866) 624-6221
                 www.MagnaLS.com



Page 8

```
 1          J. Nelson - Confidential
 2   discussion within that meeting that led to         09:45:54
 3   the conclusion that Jeffrey Epstein was going      09:45:56
 4   to be terminated as a client?                      09:45:57
 5       A.   I don't remember specifics.               09:45:59
 6       Q.   What was your understanding as to         09:46:00
 7   the reason or reasons that Jeffrey Epstein         09:46:02
 8   was going to be terminated?                        09:46:04
 9       A.   Reputational risk.                        09:46:06
10       Q.   By reputational risk, what did that      09:46:08
11   mean in this particular context, that being       09:46:14
12   related to Jeffrey Epstein?                        09:46:16
13           MR. BUTTS:  Objection to form.            09:46:18
14           You can answer.                            09:46:20
15       A.   I think we are aware of the history     09:46:21
16   of Jeffrey, Mr. Epstein, I think that's what      09:46:26
17   went into that decision.                           09:46:31
18       Q.   Do you remember there being a           09:46:32
19   discussion about any specific banking              09:46:36
20   activity in which he was engaged at the time,    09:46:39
21   that being 2013 time period, that also            09:46:42
22   contributed to that decision?                      09:46:46
23           MR. BUTTS:  Objection to form.            09:46:47
24           You may answer.                            09:46:50
25       A.   I don't remember.                         09:46:50
```



```
                                                          Page 32
 1          J. Nelson - Confidential
 2      A.   No.                                          10:10:07
 3      Q.   Did you think that Jeffrey Epstein           10:10:08
 4  should have been terminated as a client when          10:10:10
 5  he was?                                               10:10:13
 6      A.   No.                                          10:10:14
 7      Q.   Why not?                                     10:10:14
 8      A.   Obviously, I knew about the past             10:10:17
 9  and what he had done.  Interactions I had             10:10:20
10  with him were all very professional.  I was           10:10:24
11  aware of things that happened in the past,            10:10:28
12  but that's all I have to add about it.                10:10:30
13      Q.   Did you voice any objection when             10:10:33
14  you learned that Jeffrey Epstein was going to         10:10:35
15  be terminated as a client from JPMorgan?              10:10:38
16      A.   No.                                          10:10:41
17      Q.   Why not?                                     10:10:43
18      A.   Respect the decision of the firm             10:10:43
19  and all the work, the team's decision on how          10:10:45
20  they wanted to approach it.                           10:10:49
21      Q.   It looks like from your book of              10:10:51
22  business, you have numerous clients that are          10:10:52
23  ultra high net worth individuals, right?              10:10:55
24      A.   I do.                                        10:10:57
25      Q.   And even in 2013, Jeffrey Epstein            10:10:58
```



```
                                                          Page 42
 1         J. Nelson - Confidential
 2   with Mr. Epstein being forthcoming with          10:19:51
 3   information related to his accounts?            10:19:54
 4        A.   I don't remember.                     10:19:55
 5        Q.   One way or the other?                 10:19:56
 6        A.   No.                                   10:19:58
 7        Q.   I'm finished with that exhibit.       10:19:58
 8             So in the end of 2013, when Jeffrey   10:20:16
 9   Epstein is told that his accounts are going     10:20:24
10   to be terminated, what was your relationship    10:20:27
11   at that time with Jeffrey Epstein, how would    10:20:31
12   you characterize it?                            10:20:34
13             MR. BUTTS:  Objection to form.        10:20:35
14             You may answer.                       10:20:36
15        A.   Like any other client relationship,   10:20:36
16   professional relationship.                      10:20:42
17        Q.   Did you ask risk or compliance or     10:20:44
18   anyone about receiving a greater explanation    10:20:51
19   for why the Jeffrey Epstein relationship was    10:20:55
20   being terminated?                               10:20:58
21        A.   I don't remember.                     10:20:59
22        Q.   Who were the primary advocates, if    10:21:00
23   you remember, for the termination of Jeffrey    10:21:05
24   Epstein from JPMorgan?                          10:21:08
25        A.   I don't remember that either,         10:21:11
```



Page 117

```
 1          J. Nelson - Confidential
 2      A.   It's possible.                              11:44:21
 3      Q.   Did you ever get confirmation of            11:44:21
 4  that?                                                11:44:24
 5      A.   I don't remember.                           11:44:24
 6      Q.   Was it only one telephone                   11:44:25
 7  conversation you had with Jes about Jeff             11:44:31
 8  Epstein before becoming the private banker?          11:44:34
 9      A.   Yes.                                        11:44:36
10      Q.   Tell me about that conversation.            11:44:36
11  You initiated it and then what was the               11:44:37
12  conversation?                                        11:44:39
13           MR. BUTTS:  Objection to form.              11:44:41
14           You may answer.                             11:44:43
15      A.   It was a while ago, but --                  11:44:43
16      Q.   It's only 10 years ago.  You got            11:44:47
17  this.                                                11:44:49
18      A.   I remember raising my concerns to           11:44:49
19  him, I remember him letting me know that it          11:44:52
20  was okay to do this and I trust him, have a          11:44:57
21  good relationship with him and accepted that         11:45:03
22  and moved on.                                        11:45:05
23      Q.   What was the origin of your concern         11:45:06
24  when you -- that led to you picking up the           11:45:13
25  phone to call Jes Staley?                            11:45:16
```



```
                                                      Page 189
 1         J. Nelson - Confidential
 2      A.   I don't, but it says it was               13:46:07
 3   confirmed, whether it happened or not,            13:46:08
 4   though, I don't remember.                         13:46:11
 5      Q.   Given the timing of this meeting,         13:46:11
 6   April of 2014, do you know what the subject       13:46:15
 7   matter would have been in a meeting with          13:46:17
 8   Jeffrey Epstein about?                            13:46:24
 9      A.   No.                                       13:46:24
10      Q.   Other than meeting with him about         13:46:24
11   issues related to Leon Black, were there any      13:46:26
12   other issues that you met with Jeffrey            13:46:30
13   Epstein about after he was no longer a client     13:46:33
14   of JPMorgan?                                      13:46:36
15      A.   Not that I remember.                      13:46:37
16      Q.   Did you have any involvement in the       13:46:38
17   -- strike that.                                   13:46:47
18           Did Jeffrey Epstein ever introduce        13:46:48
19   you to Bill Gates?                                13:46:50
20      A.   He did not.  He had referenced that       13:46:51
21   he knew him, but I never met Bill Gates.          13:46:54
22      Q.   In what context did Jeffrey Epstein       13:46:58
23   say he knew Bill Gates?                           13:47:04
24      A.   He had mentioned that Bill Gates          13:47:06
25   was at his house having breakfast with him.       13:47:09
```



```
                                                         Page 190
 1            J. Nelson - Confidential
 2     I forget when he mentioned that, but I            13:47:12
 3     remember him saying that.                         13:47:15
 4          Q.    Were you ever made aware of            13:47:15
 5     something called the Donor Advisory Fund?         13:47:17
 6          A.    No.                                    13:47:21
 7          Q.    Did you ever speak with Jeffrey        13:47:21
 8     Epstein about a fund that he was trying to        13:47:30
 9     put together with Bill Gates and some other       13:47:36
10     very wealthy people that he was intending to      13:47:40
11     bring JPMorgan in on?                             13:47:47
12          A.    No.                                    13:47:48
13          Q.    Did Jeffrey Epstein ever say that      13:47:49
14     he was going to introduce you to Bill Gates       13:47:55
15     at any time?                                      13:47:58
16          A.    No.                                    13:47:58
17          Q.    So him telling you -- Jeffrey          13:47:59
18     Epstein was just telling you that he had          13:48:03
19     breakfast at his house with Bill Gates with       13:48:05
20     no other real context to it?                      13:48:07
21          A.    To make sure probably that he knew     13:48:11
22     -- that I knew he had wealthy clients.            13:48:17
23               (Nelson Exhibit 6, email thread,        13:49:01
24          marked for identification.)                  13:50:37
25          A.    Okay.                                  13:50:37
```

