# EXHIBIT 20

**From:** Casey, Mary C [mary.c.casey@jpmorgan.com]
**Sent:** 12/17/2012 8:26:58 PM
**To:** Nelson, Justin D [justin.d.nelson@jpmorgan.com]
**Subject:** Epstein account move

Justin – just a quick heads up that Jeffrey's account relationship will now be moving over to you as we start the new 'metric' year.  Best of luck – always happy to help here if I can as issues come up.

Thanks,

Mary


Mary Casey, Managing Director, J.P. Morgan Private Bank
270 Park Ave., New York, NY  10017
tel:  (212) 464-0374; fax: (212) 464-1311
mary.c.casey@jpmorgan.com