# EXHIBIT 21

| | |
|---|---|
| From: | Duffy, John R [john.r.duffy@jpmorgan.com] |
| Sent: | 10/10/2012 3:01:17 PM |
| To: | Staley, Jes [jes.staley@jpmorgan.com] |
| Subject: | RE: 2 things |

Could work – I think he is quick to say "yes" to clients and with JE that worries me a bit – we would need to coach him on that. If you prefer to go with him we will provide the needed "education".

John R Duffy
Chief Executive Officer
U.S. Private Bank
JP Morgan
270 Park Avenue
New York, NY 10017

*Tel: 212-464-1468*
*john.r.duffy@jpmorgan.com*



---

**From:** Staley, Jes
**Sent:** Wednesday, October 10, 2012 9:55 AM
**To:** Duffy, John R
**Subject:** RE: 2 things

How about Justin?



Sent with Good (www.good.com)


-----Original Message-----
**From:** Duffy, John R
**Sent:** Wednesday, October 10, 2012 09:31 AM Eastern Standard Time
**To:** Staley, Jes
**Subject:** 2 things


Jes

1. Any open spots on your calendar for lunch or a drink?

2. We need a new banker for J. Epstein. Paul Morris left to join DB. We have a banker with lots of Wall St experience under his belt who has thick skin. Do you want/need to meet him first?

Thx, John

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank

Confidential                                                                                                   JPM-SDNYLIT-00100770

270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

Confidential
JPM-SDNYLIT-00100771