# EXHIBIT 22

Confidential - Pursuant to Protective Order

```
 1                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
       GOVERNMENT OF THE UNITED    )
 3     STATES VIRGIN ISLANDS       )
                                   )
 4           Plaintiff,            )
                                   )
 5     vs.                         ) 1:22-cv-10904-JSR
                                   )
 6     JPMORGAN CHASE BANK, N.A.,  )
                                   )
 7           Defendant/Third-      )
             Party Plaintiff.      )
 8     _____)
       JPMORGAN CHASE BANK, N.A.   )
 9                                 )
             Third-Party           )
10           Plaintiff,            )
                                   )
11     vs.                         )
                                   )
12     JAMES EDWARD STALEY,        )
                                   )
13           Third-Party           )
             Defendant.            )
14
                   THURSDAY, JULY 13, 2023
15
          CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
16
                            - - -
17            Videotaped deposition of 30(b)(6)
       JPMorgan Chase Bank, N.A., designee Francis
18     Pearn, held at the offices of Williams &
       Connolly, 650 Fifth Avenue, Suite 1500,
19     New York, New York, commencing at 9:41 a.m.
       Eastern, on the above date, before Carrie A.
20     Campbell, Registered Diplomate Reporter and
       Certified Realtime Reporter.
21
22
                            - - -
23
                  GOLKOW LITIGATION SERVICES
24          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
25
```

Confidential Pursuant to Protective Order

```
 1          case, what was found.
 2     QUESTIONS BY MR. WOHLGEMUTH:
 3          Q.    So JPMorgan's view is that the
 4     cash activity that Mr. Epstein was engaging
 5     in was, in fact, consistent with the
 6     explanation that he provided?
 7          A.    That's correct.
 8          Q.    Has any other private banking
 9     client of JPMorgan ever said, I'm withdrawing
10     hundreds of thousands of dollars in cash
11     every year to pay for private aviation
12     expenses?  Is that an explanation that's ever
13     been provided to your knowledge, sir?
14               MR. BUTTS:  Objection.  Beyond
15          the scope.
16               You may answer as a 30(b)(1)
17          witness.
18               THE WITNESS:  I have no idea or
19          have heard of that being an
20          explanation for large cash.
21               That said, I have seen very
22          large amounts of cash be taken out of
23          the bank by private bank clients over
24          my time at the bank.
25          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

 1                  So I just want to be more
 2      precise as to how that investigation began.
 3          Q.      Understood.
 4                  And as it related to
 5      Mr. Staley, that investigation began at what
 6      time?
 7          A.      So that would have been in
 8      probably end of September, beginning of
 9      October 2019 when we were in, I'd say, very
10      much the heaviest part of the investigation
11      around Mr. Epstein and Ms. Maxwell, for that
12      matter, in response to those subpoenas.
13                  The e-mails that we found
14      between Mr. Staley and Mr. Epstein was part
15      of that investigation, and those e-mails were
16      provided to our AML investigators who then
17      did the work that you saw resulting in the --
18      what I'll call the connection of wires from
19      Mr. Epstein's accounts to the woman ▓▓▓▓▓,
20      what have you, and then linking it to the
21      e-mails between Mr. Staley and Mr. Epstein
22      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
23          Q.      JPMorgan was aware before this
24      e-mail review that you've mentioned that
25      Mr. Staley had a relationship with

```
 1     Mr. Epstein, correct?
 2          A.    That's correct.
 3          Q.    JPMorgan was aware that
 4     Mr. Epstein hosted Mr. Staley at his home,
 5     correct?
 6          A.    That's correct.
 7          Q.    On a number of occasions,
 8     correct?
 9          A.    Correct.
10          Q.    JPMorgan was aware that
11     Mr. Staley visited other properties owned by
12     Mr. Epstein, fair?
13          A.    That's correct.
14          Q.    And when communicating with
15     Mr. Epstein, Mr. Staley used his JPMorgan
16     account primarily it's fair to say, right?
17                MR. BUTTS:  Objection.
18                You may answer as a 30(b)(1)
19          witness if you --
20                THE WITNESS:  I honestly don't
21          know.  I can only comment on what I
22          saw through the JPMorgan e-mail
23          account.
24     QUESTIONS BY MR. WOHLGEMUTH:
25          Q.    Okay.  That's fair.  Let me put
```