# EXHIBIT 24

USCG Due Diligence Report - Fiduciary 

---

DDR Name: The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 ~
DDR Status: Process Completed

---

## Banker Information

| | |
|---|---|
| Banker: | Mary C Casey/JPMCHASE |
| LE/OU: | [redacted] |
| Banker SID: | [redacted] |
| Banker BAC: | [redacted] |
| Banker FNEN: | 01 |

**Banker History:**

## DM ID Link Information

The DM for this DDR is DM Name - JEFFREY E. EPSTEIN   CAS ID - [redacted]
The following DDR's are associated with this Decision Maker.

| DDR Name | Banker | Security Services Search Date |
|---|---|---|
| 116 East 65th St., LLC | Casey, Mary C | 02/02/2009 |
| Air Ghislaine, Inc. | Casey, Mary C | 02/05/2009 |
| Air Ghislaine, Inc. | Casey, Mary C | 02/05/2009 |
| Darren K. Indyke PLLC | Casey, Mary C | 10/17/2008 |
| Epstein, Jeffrey | Casey, Mary C | 05/21/2003 |
| Epstein, Jeffrey | Casey, Mary C | 12/10/2008 |
| Epstein, Jeffrey | Morris, Paul V | 12/10/2008 |
| Epstein, Jeffrey | Morris, Paul V | 04/16/2010 |
| Epstein, Jeffrey | Morris, Paul V | 04/16/2010 |
| Epstein, Jeffrey | Morris, Paul V | 03/07/2011 |
| Freedom Air International, Inc. | Morris, Paul V | 03/11/2010 |
| HBRK Associates Inc. | Casey, Mary C | 10/17/2008 |
| Hyperion Air, Inc. | Casey, Mary C | 02/03/2009 |
| I-Correct.com LLC | Casey, Mary C | 01/30/2009 |
| Jege, Inc. | Casey, Mary C | 02/03/2009 |
| LYN & JOJO LLC | Casey, Mary C | 07/31/2006 |
| MAX Foundation | Casey, Mary C | 12/10/2009 |
| Maxwell, Ghislaine | Rieth, Mary | 03/31/2005 |
| Plan D, Inc. | Casey, Mary C | 01/30/2009 |
| The 2007 Jeffrey E Epstein Insurance Trust #2 - November 1, 2007 | Casey, Mary C | 12/01/2008 |
| | Casey, Mary C | 12/02/2008 |
| The 2007 Jeffrey E Epstein Insurance Trust #3 dtd November 1, 2007 | Casey, Mary C | 11/25/2008 |
| | Morris, Paul V | |
| The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 | | |
| The Haze Trust | | |

## Trust/Estate Name / Contact Information

○ New Client (No Decision Maker/UCAS/PCN Exists)
◉ Existing Client (Decision Maker/UCAS/PCN Exists)
○ Prospect (must be converted to a client prior to the account opening.)

☐ Backlog Client

---

| | |
|---|---|
| Full Legal Entity Name: | The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 |
| Legal Entity: | Trust |
| Trust Tax ID #: | [redacted] |

You must ensure that a copy of an IRS application for tax id has been received

JPMC Internal Use Only

| | |
|---|---|
| Trust / Estate Situs (Domicile): | XX |
| JPM Executor or Trustee? | ○ Yes - Sole<br>○ Yes - Joint<br>● No |
| Fiduciary Manager | |

**Non JPM Trustee(s) / Executor(s):**

Complete this section for Non-JPM trustees / executors.

| | |
|---|---|
| Primary Non JPM Trustee/Executor is an | ● Individual   ○ Organization |

List the following information for the Primary Non JPM trustee / executor. If an Organization, please list under "Last Name" section and mark "First name" with a dash (-).

| | |
|---|---|
| Last Name : | Indyke |
| First name : | Darren |
| Middle Name/Initial: | Keith |
| Address Line 1: | 457 Madison Avenue |
| Address Line 2: | 4th Floor |
| City: | New York |
| State | NY |
| Province: | |
| Country: | UNITED STATES |
| Postal/Zip Code: | 10022 |
| Contact Phone: | () |
| Date of Birth :(mm/dd/yyyy) | [REDACTED] |
| What form of government issued identification document did you obtain for the files?<br>Driver's License | |
| Tax ID / Social Security Number | [REDACTED] |
| Passport/Drivers License # | NJ Drivers license # [REDACTED] |

List any additional Non JPM trustees / executors in the following table.

| Name | Date of Birth (mm/dd/yyyy) | Form of Govt Issued ID Obtained | Passport # / DL # | Tax ID |
|---|---|---|---|---|
| Lawrence Newman | [REDACTED] | Driver's License | [REDACTED] | [REDACTED] |

**Grantor of Trust / Estate Assets:**

List the following information for the grantor.

| | |
|---|---|
| Grantor is an | ● Individual   ○ Organization |

If an Organization, Please list the legal name under "Last Name" section and mark "First name" with a dash (-).

| | |
|---|---|
| Is the Grantor Deceased ? | ○ Yes  ● No |
| Last Name : | Epstein |
| First name : | Jeffrey |
| Middle Name/Initial: | E |
| Address Line 1: | 457 Madison Avenue, 4th Floor |
| Address Line 2: | |
| City: | New York |
| State: | NY |
| Province: | |
| Country: | UNITED STATES |
| Postal/Zip Code: | 10022 |
| Contact Phone: | () |

Confidential

JPM-SDNYLIT-00149727

Date of Birth :(mm/dd/yyyy)
What form of government issued identification document did you obtain for the files?
Driver's License
If the grantor is deceased, please select "Other" and input a date of death.

| Tax ID / Social Security Number : | You must ensure that a copy of an IRS application for tax id has been received from the client as evidence per Private Bank Policy. |

Passport/Drivers License #

List any additional grantors in the following table. If the grantor is deceased, indicate this in the Name field. If an Organization, provide the legal name.

| Name | Date of Birth (mm/dd/yyyy) | Form of Govt Issued ID Obtained | Passport # / DL # | Tax ID |
|---|---|---|---|---|
|  |  |  |  |  |

### Beneficiary (-ies):

| Name | Relationship to Grantor, Trustee/Executor |
|---|---|
| Ghislaine Maxwell | Friend |
| Eva Andersson Dubin | Friend |

### Introduction Information

| Introduction Type: | Related Client A/C |
| Specific Information | Existing client |
| Met with Non JPM Trustee(s)/Executor(s)? | ⦿ Yes ○ No |

### Background / Financial Information

| Occupation, Business or Employer of Non-JPM Trustee(s)/Executor(s) Profession/Business Type: | Money Manager |
| Trust's/Estate's Value: $ 150.00 (USD millions) | |
| Source Of Wealth/Assets of the trust: | Other |
| Other (Provide detailed and specific information) | Jeffrey Epstein made his money managing the assets of wealthy individuals |

### Transaction Profile/Expected Account Activity

| What is the purpose/intended use of this account? | Checking account |
| What is the expected source of account funding? | Wire |
| Approximate $ amount to fund the account: | $10,000 |

Please select each "Product Type" that applies. Within each product type, please check ALL transaction types that apply and provide a description of expected account activity. (document expected sources of inflows and destinations of transfers, countries, and types of payors/payees. Include where is the money coming from - example : A specific bank or firm and purpose of specific transactions, if known)

| Product Type - Select all that apply | Transaction Types - Select all that apply and expected activity level ( L = 1-5, M = 6-12, H = >12 transactions per month) | Anticipated $ Amount Totals per month -- Please provide at least an estimate |
|---|---|---|
| Deposit/Current Accounts (Checking, Savings, Money Market) ⦿ Yes ○ No | Cash ( withdrawals/deposits) - ○ Low ○ Medium ○ High | |
|  | Check deposits / Check paid - ⦿ Low ○ Medium ○ High | Below $100000 |
|  | Wire Incoming & Outgoing - | Below $1MM |

| | | |
|---|---|---|
| | ○ Low   ○ Medium   ○ High | |
| Internal Transfers | - | |
| | ○ Low   ○ Medium   ○ High | |
| Other | - | |
| | ○ Low   ○ Medium   ○ High | |
| Please describe in detail expected account activity for this product : | | Account will serve only to make life insurance premium payments. |
| Investment Products (Custody,Brokerage,Agency,Margin) ○ Yes ● No | | |
| Fiduciary (Investment Mgmt. / Trust) ○ Yes ● No | | |
| Credit type facilities (Line of Credit, Mortgage, Letter of Credit) ○ Yes ● No | | |

### Non-JPM Trustee(s)/Executor(s) Checks

| Background Check | Date (Required If Check Carried Out) | Comments (Required If Check Carried Out) |
|---|---|---|
| ☑ Morgan Network | 12/02/2008 | Darren Indyke is a longstanding employee of Mr. Epstein. Due diligence was carried out on him under DDR for Darren K Indyke PLLC. |
| ☐ TRW/CIC | | |
| ☐ Lexis Nexis | | |
| ☐ Dun_Bradstreet | | |
| ☐ Bank References | | |
| ☐ Directories | | |
| ☐ Bus Social Contacts | | |
| ☐ Other | | |

### Grantor Checks

If A Background Check Has Been Carried Out,
Then Both The Date Of The Check And Comments From The Findings Of That Check Are Required.

At least one Background Check needs to be performed.

At least one Background Check needs to be performed OUTSIDE THE MORGAN NETWORK (Third Party Validation)

| Background Check | Date (Required If Check Carried Out) | Comments |
|---|---|---|
| ☑ Morgan Network | 12/02/2008 | Jeffrey Epstein has been a PB client for over 10yrs. Due diligence has been carried out on him in the past. |
| ☐ TRW/CIC | | |
| ☐ Lexis Nexis | | |
| ☐ Dun_Bradstreet | | |
| ☐ Bank References | | |
| ☐ Directories | | |
| ☐ Bus Social Contacts | | |

Confidential
JPM-SDNYLIT-00149729

☐ Other

### Required Security Services Checks

| | |
|---|---|
| Security Search Type: | Full |
| Note for Security Services:<br>Please list any specific search requests/instructions to Security Services here | Trust domicile is the U.S. Virgin Islands |

### Security Services Information

A Security Services Check is REQUIRED for New Clients and Prospects
This section to be completed by the Security Services Group:

List Individuals and Corporate Entities Investigated:
   Please Note: All research is subject to the availability of electronic database resources.
Attachment:


.doc

| Search Type | Is Further Review by Banker Required? | Security Service Details: | Banker Response: |
|---|---|---|---|
| Company Information | No | No records were found. | |
| Corporate Records | No | Information confirmed; details included in the attachment. | |
| Other Database Searches (RDC/CDC/MIS) | No | No records were found. | |
| Internal Database Search (CSSS/FPS) | No | Information confirmed; details included in the attachment. Reference section of the DDR titled "Red Dot (derogatory information) identified:" to view the specifics on the adverse information GS&I has identified for this account. | |
| State Court Searches | No | Information confirmed; details included in the attachment. | |
| Federal Court Searches | No | No records were found. | |
| Personal Particulars | No | Information confirmed; details included in the attachment. | |
| Publications | No | Information confirmed; details included in the attachment. | |
| Regulatory Sanctions | No | No records were found. | |
| OFAC/Control List Search | No | No records were found. | |

Has this been identified as a Red Dot DDR? :   ● Yes  ○ No

Red Dot (derogatory information) Identified:

Red Dot information is any derogatory information identified by Global Security Services which warrants the attention of the banker. The presence of "Red Dot" information does not necessarily mean that an existing relationship will be exited or a potential client relationship not pursued. The banker should document any conversations that have taken place with the client/prospect, if any, with regard to the issue and whether or not this impacts his/her, or management's decision to continue with or accept the person/entity as a client.

| Security Service Details (Include DDR names in which this was previously reported, if any) | Proceed with or maintain the client relationship Yes / No | Banker Response (If "Yes", please provide your rationale for proceeding with or maintaining the client relationship. If "No", please specify steps that will be taken) |
|---|---|---|
| The following information was previously reported to Mary C Casey on 09/12/2007 under the account I-Correct.com LLC (DDR # ▒▒▒▒ ):<br><br>Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes.<br><br>As of 11/25/2008:<br><br>A trial date for this case has yet to be set.<br><br>The following information was previously reported to Mary C. Casey on 01/23/2008 under the account 116 East 65th St, LLC (DDR # ▒▒▒▒ | ● Yes ○ No | Client was convicted of the felony charge and is serving a sentence in prison. Jes Staley conferred with Stephen Cutler and the decision was made to keep Mr. Epstein as a client. |

| Newspaper article dated 12/22/2006 noting that "Ghislaine Maxwell's source of wealth is being classified as something of a mystery." | | |
|---|---|---|
| Newspaper article dated 08/09/1996 detailing the arrest of Ghislaine Maxwell on DWI charges. | | |

Expense No.: ███
Total Costs: $0.00
Signed by: Sean X Guarnaccio

Dated: 11/25/2008 01:23:35 PM

## Summary

Summary Of Findings: Jeffrey Epstein is a PB client of over 10yrs. He is establishing life insurance trust accounts.
Anticipated Product(s): Deposits

## Client Hierarchy Assignments

GRAY SHADED AREA CONTAINS SPN/CAS ID ASSIGNMENT INFORMATION

Banker SID: ███
Banker BAC: ███
FNEN: ███

Does the DDR have Multiple Entities?   ○ Yes  ● No

Client Hierarchy and Additional Entity Assignment:

| Name | Tax ID | Existing CAS Id | Linking to DM Id |
|---|---|---|---|
| THE 2007 JEFFREY E. EPSTEIN INSURANCE TRUST #1 DTD NOVEMBER 1, 2007 | ███ | . | ███ |

| Linked to DM Name | | SPN No | CAS ID |
|---|---|---|---|
| JEFFREY E. EPSTEIN | | ███ | ███ |

Contact Information for each entity named within the Client Hierarchy Table:

| Associated Entity | Date of Birth | Goverment issued I.D Obtained | Tax ID # | Citizenship |
|---|---|---|---|---|
| THE 2007 JEFFREY E. EPSTEIN INSURANCE TRUST #1 DTD NOVEMBER 1, 2007 | . | . | ███ | . |

Do any of the above entities require a joint SPN?   ○ Yes  ● No
Select Yes, if multiple entities will share the same account (OMNI, CASII or Olympic)

Does the DDR have Multiple Owners?   ○ Yes  ● No

| Name | | Goverment issued I.D Obtained | Tax ID # | Date of Birth |
|---|---|---|---|---|
| | | | | |

| Attention | Address Line 1 | Address Line 2 | City |
|---|---|---|---|
| | | | |

| State | Zip | Province | Country |
|---|---|---|---|
| | | | |

| Citizenship |
|---|
| |

## Approval Information

| | |
|---|---|
| Public/High Profile Figure | Yes |
| If a Public/High Profile figure, please select one of the following: | • Prominent person who is perceived to be controversial |
| High Risk Jurisdiction | No |
| High Risk Business | No |
| Is this a Foreign Bank?<br>"Foreign Bank" as defined in the USA PATRIOT Act. | No |
| Banker: | Mary C Casey/JPMCHASE |
| LE/OU: | [redacted] |
| Senior Manager: | Marcus Sheridan/JPMCHASE |
| Area Head: | Catherine Keating/JPMCHASE |

## Annual / Periodic Review Information

| | |
|---|---|
| Annual/Periodic Review Due in: | 12 months |

## Temporary Waiver Information

| | |
|---|---|
| Waiver Status: | DDR Complete |
| Reason for Waiver: | Security Services is still performing the client background check. |
| Waiver Requested By: | Lucy Baglivo |
| Date of Waiver Request: | 11/17/2008 |
| Approver for Waiver: | Elizabeth X Hogan |
| Waiver Approved On: | 11/17/2008 |

**Banker Approval Information**

Sponsorship affirmation -
Based on my due diligence and the information provided, I approve and accept sponsorship of The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 ~ as a Client from inception and throughout the client relationship.
Mary C Casey    12/02/2008 10:59:05 AM

**Senior Manager Approval Information**

Based on the information provided and the approval granted by *Mary C Casey*, I approve the acceptance of The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 ~ as a Client.

Marcus Sheridan    12/02/2008 01:40:08 PM

**Area Head Approval Information**

Based on the information provided and the approval granted by Mary C Casey and Marcus Sheridan, I approve the acceptance of The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 ~ as a Client

Catherine Keating    12/11/2008 01:36:20 PM

## Quality Reviewer Information

| | |
|---|---|
| 1st Quality Review Comment: | Bonnie K Perry on 12/4/2008 10:40:14 AM  Comments : Ok to approve. |
| 2nd Quality Review Comment: | |
| 3rd Quality Review Comment: | |
| 4th Quality Review Comment: | |
| 5th Quality Review Comment: | |

**Admin Comments**

| Admin Comments: | |
|---|---|
| By: | |
| Date: | |

Admin Comments History :

**Document History**

| | |
|---|---|
| Created: 11/13/2008 | By: Lucy Baglivo |
| Last Modified: 12/11/2008 | By: Catherine Keating |
| Submitted: 12/02/2008 01:40:08 PM | By: Marcus Sheridan |
| Recorded: 12/11/2008 01:36:24 PM | By: Catherine Keating |

**Audit History**

14. 'Area Head Approval' performed by: Catherine Keating on: 12/11/2008 01:36:23 PM
13. Quality Review performed by: Bonnie K Perry on: 12/04/2008 10:40:20 AM
12. 'Senior Manager Approval' performed by: Marcus Sheridan on: 12/02/2008 01:40:07 PM
11. 'Banker Approval' performed by: Mary C Casey on: 12/02/2008 10:59:08 AM
10. Submitted for Banker Approval SS Type = Full performed by: Sean X Guarnaccio on: 11/25/2008 01:23:40 PM
9. Button: 'Flag: Security Check has begun' performed by: Sean X Guarnaccio on: 11/20/2008 03:52:32 PM
8. Button: 'Print' performed by: Desmia X Dale on: 11/17/2008 03:21:23 PM
7. Submitted for Security Services Approval performed by: Lucy Baglivo on: 11/17/2008 03:18:34 PM
6. DDR Regression - Status changed from: Awaiting Security Services Research to Composing for the following reason: Lucy Baglivo needs to update information performed by: Dori B Schreiner on: 11/17/2008 02:02:13 PM
5. Button: 'Approve Waiver' performed by: Elizabeth X Hogan on: 11/17/2008 02:12:27 PM
4. Button: 'Flag: Security Check has begun' performed by: Desmia X Dale on: 11/17/2008 02:11:50 PM
3. Button: 'Print' performed by: Desmia X Dale on: 11/17/2008 02:11:41 PM
2. Button :'Request Waiver' performed by: Lucy Baglivo on: 11/17/2008 02:08:52 PM
1. Submitted for Security Services Approval performed by: Lucy Baglivo on: 11/17/2008 02:08:27 PM

Converted Tracking Document History:

Confidential

JPM-SDNYLIT-00149733