# EXHIBIT 36

Confidential - Pursuant to Protective Order

```
1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
2
   GOVERNMENT OF THE UNITED      )
3  STATES VIRGIN ISLANDS         )
                                 )
4         Plaintiff,             )
                                 )
5  vs.                           ) 1:22-cv-10904-JSR
                                 )
6  JPMORGAN CHASE BANK, N.A.,    )
                                 )
7         Defendant/Third-       )
          Party Plaintiff.       )
8  _____   )
   JPMORGAN CHASE BANK, N.A.     )
9                                )
          Third-Party            )
10        Plaintiff,             )
                                 )
11 vs.                           )
                                 )
12 JAMES EDWARD STALEY,          )
                                 )
13        Third-Party            )
          Defendant.             )
14
15              SUNDAY, JUNE 11, 2023
16   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
17                    - - -
18         Videotaped deposition of James E.
   Staley, Volume II, held at the offices of
19 Boies Schiller Flexner, LLC, 55 Hudson Yards,
   New York, New York, commencing at 9:07 a.m.
20 Eastern, on the above date, before Carrie A.
   Campbell, Registered Diplomate Reporter and
21 Certified Realtime Reporter.
22
23                    - - -
24           GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

Confidential - Pursuant to Protective Order



```
1        A.      No.
2        Q.      If I asked you the question --
3        A.      I don't recall how many times.
```

Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential - Pursuant to Protective Order



Confidential — Pursuant to Protective Order



Confidential - Pursuant to Protective Order

```
 1        A.      No.

 2        Q.      Did you ever see Epstein --

 3   strike that.

 4                Did you ever observe Epstein

 5   lie to another person?

 6        A.      No.

 7        Q.      He was always truthful as far

 8   as you know?

 9        A.      Well, as I've said before, I

10   think when he pled guilty that -- he

11   obviously admitted to something that he

12   denied earlier.  So --

13        Q.      Lied to you personally, face to

14   face?

15        A.      Yeah.

16        Q.      Any other instances where you

17   observed Epstein not telling the truth?

18        A.      I don't recall.

19        Q.      Did you ever observe anything

20   that caused you to question whether Epstein

21   was engaged in sex trafficking?

22        A.      No.

23        Q.      Have you been interviewed by
```