# EXHIBIT 37

| | |
|---|---|
| From: | Jes Staley <jes.staley@jpmorgan.com> |
| To: | 'jeevacation@gmail.com' <jeevacation@gmail.com> |
| Sent: | 11/1/2009 1:37:54 PM |
| Subject: | |

So when all hell breaks lose, and the world is crumbling, I will come here, and be at peace.

Presently, I'm in the hot tub with a glass of white wine.

This is an amazing place. Truly amazing.

Next time, we're here together.

I owe you much. And I deeply appreciate our friendship. I have few so profound.

Best
Jes

Confidential                                             JPM-SDNYLIT-00006592