# EXHIBIT 39

| | |
|---|---|
| **From:** | Staley, Jes <jes.staley@jpmorgan.com> |
| **To:** | 'jeffrey epstein' <jeevacation@gmail.com> |
| **Sent:** | 3/3/2011 10:41:54 PM |
| **Subject:** | RE: |

family

-----Original Message-----
From: jeffrey epstein [mailto:jeevacation@gmail.com]
Sent: Thursday, March 03, 2011 5:06 PM
To: Staley, Jes
Subject:

Told you ----family

Sorry for all the typos .Sent from my iPhone

Confidential         JPM-SDNYLIT-00013402