# EXHIBIT 43

# JPMORGAN CHASE & CO.



## Code of Conduct 2012
### AFFIRMATION RECORD

I affirm that I have reported any violations of the Code, internal firm policies, or laws or regulations applicable to the firm's business which I know of or suspect, as required by Section 1.5 of the Code. I understand that failure to do so can result in disciplinary action up to and including termination of employment.

I understand that the Code is updated periodically as necessary, and that the most current version is posted on the JPMorgan Chase intranet.

I acknowledge that I am a Senior-Level Employee* for purposes of the Code and supplemental policies. As such:

· I am required to discuss any planned transactions in JPMorgan Chase securities, for my own account or that of any of my employee-associated accounts, with a supervisor in advance. I agree to abide by this requirement.

· I have certain responsibilities that will continue after my employment with the firm terminates, including restrictions on hiring or soliciting the firm's employees and soliciting the firm's customers. I agree to abide by those responsibilities after my employment terminates.

If you are an employee in an area that requires pre-clearance of personal securities transactions and/or maintenance of your employee and employee-associated accounts with a designated broker, you further certify the following:

To the extent required by personal trading policies and procedures applicable to me:

· all securities transactions for my own account, or for any of my employee-associated accounts, are being pre-cleared by Compliance, and

· all of my employee and employee-associated accounts are maintained with a designated broker or will be moved to a designated broker within the applicable time period, except for any accounts that have been granted a written exemption by Compliance.

* A Senior-Level Employee is any employee whose (a) annual base salary rate is US$150,000 (or the local currency equivalent) or higher, OR (b) total annual cash compensation is US$250,000 (or the local currency equivalent) or higher. Total annual cash compensation means the employee's annual base salary rate plus job/shift differentials as of the last preceding August 1, plus cash earnings under any incentive plans or programs (e.g., annual bonus, commissions, draws, overrides, and special recognition payments or incentives) that are paid to or deferred by the employee during the 12-month period ending the last preceding July 31. It does not include overtime pay. (For US employees, total annual cash compensation is the amount used for medical plan purposes, as shown on the Benefits Web Center.)

Standard ID:  U093791
Name:  Staley, James
Department:  IB EXEC 2
Affirmation Date:  02 Jul 2012

**A CODE AFFIRMATION BY THE ABOVE-NAMED EMPLOYEE WAS RECEIVED BY THE OFFICE OF THE SECRETARY**

Confidential