# EXHIBIT 66



Confidential