# EXHIBIT 85

**From:** ▮▮▮▮▮
**To:** ▮▮▮ <jes.staley@jpmorgan.com>
**Sent:** 1/11/2010 11:45:23 PM
**Subject:** Fw:

---

**From:** Jeffrey Epstein
**Date:** Mon, 11 Jan 2010 18:36:09 -0500
**To:** ▮▮▮▮▮
**Subject:** Re:

lawrence krause said he told you to call him at anytime, do it

On Mon, Jan 11, 2010 at 6:06 PM, ▮▮▮▮▮▮▮▮▮▮▮▮> wrote:
Dear Jeffery,

I just got back from California and I wanted to let you know that I had a fantastic time. It was a great experience and it was amazing to meet such smart people. Lisa Randall is simply brilliant and truly a role model for women in physics. �I am very excited to do research and hope to go to more conferences in the future. Thank you so much for inviting me to the conference - I can't even begin to state how much I appreciate it.

Best,

▮▮▮

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.

JPM-SDNYLIT-00006886