# EXHIBIT 86

**From:**      Jeffrey Epstein <jeevacation@gmail.com>
**To:**          Jes Staley <jes.staley@jpmorgan.com>
**Sent:**      9/25/2010 1:20:15 AM
**Subject:**  Re: Fw: Columbia

in a snap

On Fri, Sep 24, 2010 at 7:35 PM, Jes Staley <jes.staley@jpmorgan.com> wrote:
Can u get to this professor at Columbia?

----- Original Message -----
From: ████████████████████████████████
To: Jes Staley
Sent: Thu Sep 23 20:32:02 2010
Subject: Fw: Columbia


------Original Message------
From: ██████
To: ████████████████
Reply To: ████████████
Subject: Re: Columbia
Sent: Sep 23, 2010 8:29 PM

Robert Mawhinney
------Original Message------
From: ██████
To: ████████
ReplyTo: ██████
Subject: Columbia
Sent: Sep 23, 2010 8:24 PM

██████ needs the name of the professor @ columbia
████████████████████████
930 Park Avenue, Suite 6N
New York, NY 10028
Email: ██████████████████████
Tel: ████████████████
Fax: ████████████████


████████████████████████
930 Park Avenue, Suite 6N
New York, NY 10028
Email: ██████████████████████
Tel: ██████████
Fax: ████████████

Confidential                                       JPM-SDNYLIT-00010121

This email is confidential and subject to important disclaimers and
conditions including on offers for the purchase or sale of
securities, accuracy and completeness of information, viruses,
confidentiality, legal privilege, and legal entity disclaimers,
available at http://www.jpmorgan.com/pages/disclosures/email.


--
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.

Confidential