# EXHIBIT 90

| | |
|---|---|
| From: | jes.staley@jpmorgan.com [jes.staley@jpmorgan.com] |
| Sent: | 7/26/2006 8:35:46 PM |
| To: | mary.erdoes@jpmorgan.com |
| Subject: | Re: epstein press |

I went and saw him last night. I've never seen him so shaken. He also adamently denies the ages.

---------------------------
Sent from my BlackBerry Wireless Handheld

  Mary E Erdoes

  **From:** Mary E Erdoes
  **Sent:** 07/26/2006 11:51 AM
  **To:** Jes Staley
  **Subject:** Fw: epstein press

so painful to read
----- Forwarded by Mary E Erdoes/JPMCHASE on 07/26/2006 12:51 PM -----

      **Philip Schlakman**
      07/26/2006 12:27 PM
      To: Mary C Casey/JPMCHASE@JPMCHASE
      cc: Phil DiIorio/JPMCHASE@JPMCHASE, Mary E Erdoes/JPMCHASE@JPMCHASE
      Subject: epstein press

it gets worse
http://www.palmbeachpost.com/pbccentral/content/local_news/epaper/2006/07/26/s1b_EPSTEIN_0726.html

Philip Schlakman
Managing Director
212-622-7030 (P)
212-622-6048 (F)
philip.schlakman@jpmorgan.com



Confidential

JPM-SDNYLIT-00099334