# EXHIBIT 96

| | |
|---|---|
| **From:** | Jeffery Edwards <jeevacation@gmail.com> |
| **To:** | jes.staley@jpmorgan.com <jes.staley@jpmorgan.com> |
| **Sent:** | 7/17/2008 5:30:28 PM |
| **Subject:** | Re: |

Tell him a one million dollar increase to 25 mlllion.. The times are tougher and the market would pay more for you to be a trouble shoooter at one of the messes.. Plus options you can point out that your options aren;t worth much, and that for two years you were underpaid.. He cannot reduce your salary.. It can't be stay with me and you'll be fine, and the future will take care of itself, and when the future is tough ou get penalized.. DO Not give in. I'll try to call later today


On 7/16/08 6:06 PM, "jes.staley@jpmorgan.com" <jes.staley@jpmorgan.com> wrote:

> Jamie wants me to tell him how much I should make this year, given the
> expected bank results and my results. To put it in context, my business
> will be down around 15% this year. What do you think?
>
> I hope you're managing. I miss our calls. Its boring without you around?
>
> Do you have any books yet?
>
> Jes
>
> Generally, this communication is for informational purposes only
> and it is not intended as an offer or solicitation for the purchase
> or sale of any financial instrument or as an official confirmation
> of any transaction. In the event you are receiving the offering
> materials attached below related to your interest in hedge funds or
> private equity, this communication may be intended as an offer or
> solicitation for the purchase or sale of such fund(s). All market
> prices, data and other information are not warranted as to
> completeness or accuracy and are subject to change without notice.
> Any comments or statements made herein do not necessarily reflect
> those of JPMorgan Chase & Co., its subsidiaries and affiliates.
>
> This transmission may contain information that is privileged,
> confidential, legally privileged, and/or exempt from disclosure
> under applicable law. If you are not the intended recipient, you
> are hereby notified that any disclosure, copying, distribution, or
> use of the information contained herein (including any reliance
> thereon) is STRICTLY PROHIBITED. Although this transmission and any
> attachments are believed to be free of any virus or other defect
> that might affect any computer system into which it is received and
> opened, it is the responsibility of the recipient to ensure that it
> is virus free and no responsibility is accepted by JPMorgan Chase &
> Co., its subsidiaries and affiliates, as applicable, for any loss
> or damage arising in any way from its use. If you received this
> transmission in error, please immediately contact the sender and
> destroy the material in its entirety, whether in electronic or hard
> copy format. Thank you.
> Please refer to http://www.jpmorgan.com/pages/disclosures for
> disclosures relating to UK legal entities.