# EXHIBIT 101

| From: | Jes Staley <jes.staley@jpmorgan.com> |
|---|---|
| To: | 'jeevacation@gmail.com' <jeevacation@gmail.com> |
| Sent: | 10/7/2010 11:59:41 AM |
| Subject: | Fw: Zanaga iron ore mine, Congo Brazzaville |

Fyi

---

**From:** Jes Staley
**To:** ███████████████
**Sent:** Thu Oct 07 06:57:28 2010
**Subject:** Re: Zanaga iron ore mine, Congo Brazzaville

I will find out. Sounds interesting. Hope u are we'll.

Jes

---

**From:** PETER MANDELSON
**To:** Jes Staley
**Sent:** Thu Oct 07 06:24:02 2010
**Subject:** Zanaga iron ore mine, Congo Brazzaville

Dear Jes,

In Congo Brazzaville last week, I talked at length with President Sassou N'Guesso, including about the above new mine. Exploration, he told me, has been undertaken by a consortium of investors backed by JP Morgan. The government is reaching a final decision on whether to issue a full mining licence. I spoke to the Minister of Mines about this, who is favourable to the licence, but the President wanted to discuss it further with me. No obligation but if there is anyone in JPM who might want to talk to me privately about this, please shout. I would be grateful for no approaches to other third parties about this in meantime.

Hope you are well. Sorry not to see you in London this week.

Best

Peter

Confidential