# EXHIBIT 114

```
 1                UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
 2
    GOVERNMENT OF THE UNITED    )
 3  STATES VIRGIN ISLANDS       )
                                )
 4        Plaintiff,            )
                                )
 5  vs.                         ) 1:22-cv-10904-JSR
                                )
 6  JPMORGAN CHASE BANK, N.A.,  )
                                )
 7        Defendant/Third-      )
          Party Plaintiff.      )
 8  _____)
    JPMORGAN CHASE BANK, N.A.   )
 9                              )
          Third-Party           )
10        Plaintiff,            )
                                )
11  vs.                         )
                                )
12  JAMES EDWARD STALEY,        )
                                )
13        Third-Party           )
          Defendant.            )
14

15            FRIDAY, APRIL 7, 2023

16      CONFIDENTIAL - ATTORNEYS' EYES ONLY

17                  - - -

18            Videotaped deposition of Mary
    Casey, held at the offices of Boies Schiller
19  & Flexner, 100 SE 2nd Street, Suite 2800,
    Miami, Florida, commencing at 9:23 a.m.
20  Eastern, on the above date, before Carrie A.
    Campbell, Registered Diplomate Reporter,
21  Certified Realtime Reporter, Illinois,
    California & Texas Certified Shorthand
22  Reporter, Missouri, Kansas, Louisiana & New
    Jersey Certified Court Reporter.
23                  - - -

24          GOLKOW LITIGATION SERVICES
                  877.370.DEPS
25              deps@golkow.com
```


Mary Casey  Confidential; Attorneys' Eyes Only

```
 1   Epstein's accounts?
 2              MR. BUTTS:  Objection.
 3              You may answer.
 4              THE WITNESS:  Escalate
 5      concerns?  No.
 6   QUESTIONS BY MS. LIU:
 7         Q.    Escalate anything else?
 8         A.    Yes.
 9         Q.    What would that be?
10         A.    I escalated concerns for
11   reputational risk.  I also, in response to a
12   request from compliance -- well, escalated
13   concerns with respect to reputational risk, I
14   would say.
15         Q.    And what does that mean?
16         A.    I would escalate my concerns
17   for whether -- my concerns around the
18   reputation of the firm and who we were
19   working with at the time.
20         Q.    Specifically what concerns did
21   you escalate for reputational risk with
22   respect to Jeffrey Epstein's accounts?
23         A.    Post-2006, when there was media
24   reports with respect to his behavior, I would
25   share my concerns with respect to the media
```

```
 1   bank accounts, including Jeffrey Epstein; is
 2   that fair?
 3          A.     That is correct.
 4          Q.     And why would you have
 5   forwarded this article to Jes Staley on the
 6   same day?
 7          A.     To escalate to Jes.
 8          Q.     And why were you escalating to
 9   Jes?  What was his role?
10          A.     Jes was one of the primary
11   people to work with Jeffrey's account.
12          Q.     In addition to yourself?
13          A.     Correct.
14          Q.     And if you turn -- we have
15   pulled the article, and you'll see it's
16   attached.
17                 And it says, "After long probe,
18   Palm Beach billionaire faces solicitation
19   charge," dated Wednesday, July 26, 2006.
20                 Do you see that?
21          A.     Yes.
22          Q.     And does this refresh your
23   recollection that at the time in 2006, you
24   were receiving a number of news reports with
25   respect to charges that were going to be
```

```
 1                THE WITNESS:  I escalated a
 2     concern.
 3   QUESTIONS BY MS. LIU:
 4        Q.      And what was your concern?
 5        A.      My concern was the reputational
 6   risk of the client.
 7        Q.      And that was based on seeing
 8   these news reports, correct?
 9        A.      That is correct.
10        Q.      And Mary Erdoes also saw these
11   news reports, correct?
12                She was on the same e-mail from
13   Philip Schlakman to you forwarding the news
14   report, correct?
15                MR. BUTTS:  Objection to form.
16                You may answer.
17                THE WITNESS:  She was on that
18     e-mail, yes.
19   QUESTIONS BY MS. LIU:
20        Q.      Do you know if she was worried,
21   too?
22        A.      I do not know.
23        Q.      And you were uncertain after
24   seeing those news reports whether you wanted
25   to continue to cover Jeffrey Epstein,
```