# EXHIBIT 116

```
00001

 2              UNITED STATES DISTRICT COURT
 3           FOR THE SOUTHERN DISTRICT OF NEW YORK
 4      - - - - - - - - - - - - - - - - - - - -
 5     JANE DOE 1, Individually and on behalf
          of all others similarly situated,
 6                       Plaintiff,
                   vs.                        Case No.
 7                                       22-CV-10019-JSR
        JPMORGAN CHASE BANK, N.A.,
 8                       Defendant/Third-Party
                             Plaintiff.
 9     ------------------------------------
        JPMORGAN CHASE BANK, N.A.,
10                       Third-Party Plaintiff,
                   vs.
11     JAMES EDWARD STALEY,
                             Third-Party Defendant.
12     _____
        GOVERNMENT OF THE U.S. VIRGIN ISLANDS,
13                       Plaintiff,
                   vs.                        Case No.
14                                       22-cv-10904-JSR
        JPMORGAN CHASE BANK, N.A.,
15                       Defendant/Third-Party
                             Plaintiff.
16     ------------------------------------
        JPMORGAN CHASE BANK, N.A,.
17                       Third-Party Plaintiff,
                   vs.
18     JAMES EDWARD STALEY,
                             Third-Party Defendant.
19      - - - - - - - - - - - - - - - - - - - -
20          VIDEOTAPED DEPOSITION of LISA WATERS
                          WilmerHale
21         60 State Street, Boston, Massachusetts
22          Thursday, August 24, 2023 - 9:40 a.m.
23
                   GOLKOW LITIGATION SERVICES
24                       877.370.DEPS
```

```
 1    to remove Ms. Casey from covering Mr. Epstein?
 2         A.  I mean, he committed to work toward it.
 3    He said he understood why she did not want to and
 4    that no one should cover anyone they're
 5    uncomfortable with.
 6         Q.  And I think you said something along the
 7    lines of "we will work on that."  What did you
 8    understand him to mean?
 9         A.  Well, my understanding what that meant is
10    he would, he and the market manager or whoever
11    was managing the team, would work to find another
12    coverage person for the banking relationship
13    there.
14         Q.  Do you remember anything else that
15    Ms. Casey said in that meeting?
16         A.  No.  I think that's what -- that was her
17    topic that she wanted to cover with him and she
18    covered that.
19         Q.  Did she express an opinion in that
20    meeting about whether Mr. Epstein should or at
21    large remain a client of the Private Bank?
22         A.  I don't believe so.
23         Q.  What did you say in the meeting?
24         A.  So again, it wasn't planned that I was
```

1    going to say something at the meeting; but I did

2    say to him, "You know, it's very uncomfortable

3    for anyone covering him; and no one really wants

4    to cover him.  The charges are very uncomfortable

5    and involved a minor."  I said, "My personal

6    opinion is I have children; I wouldn't let him be

7    around my family."  I said, "How do you feel

8    about that?  You have two daughters."  And he

9    said, "I do understand how people could feel that

10   way, and it's difficult; but I did speak with him

11   -- Mr. Epstein -- and he said it was a

12   misunderstanding and he made a mistake.  And I do

13   feel comfortable.  I have socialized with him and

14   my family."

15        And he was respectful; but said, you

16   know, politely that he disagreed and that's why

17   the decision was made.

18        And I said, "Okay.  It's the company you

19   keep; I don't feel it looks good for the firm and

20   it makes people uncomfortable."  And he said:  "I

21   appreciate you expressing your opinion."

22        He was very cordial and the discussion

23   ended.

24        Q.  Do you remember anything else he said?