# EXHIBIT 121

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley <jes.staley@jpmorgan.com>
**Sent:** 5/6/2010 5:30:21 PM
**Subject:** Re: Re:

be gentle,, i should have simply ignored their advice , and kept my own

On Thu, May 6, 2010 at 12:18 PM, Jes Staley <jes.staley@jpmorgan.com> wrote:

I'm talking to them now

---

Jes Staley | Chief Executive Officer| Investment Bank | **J.P. Morgan** | 270 Park Avenue, 47th Floor | T: +1 212 270 2375 | jes.staley@jpmorgan.com

---

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Thursday, May 06, 2010 12:18 PM
**To:** Jes Staley
**Subject:** Re:

yes

On Thu, May 6, 2010 at 12:14 PM, Jes Staley <jes.staley@jpmorgan.com> wrote:

Do you mean GIO?

---

Jes Staley | Chief Executive Officer| Investment Bank | **J.P. Morgan** | 270 Park Avenue, 47th Floor | T: +1 212 270 2375 | jes.staley@jpmorgan.com

---

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Thursday, May 06, 2010 12:06 PM
**To:** Jes Staley
**Subject:**

fyi,, almost every postiton put on by the oig group is down subsatnailly.. in two weeks im off 6 million

--
*************************************************

Confidential                                              JPM-SDNYLIT-00007895

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase
or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal
entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments.

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase
or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal
entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

--
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited

Confidential                                                                                           JPM-SDNYLIT-00007896

and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to <u>jeevacation@gmail.com</u>, and destroy this communication and all copies thereof, including all attachments.

Confidential

JPM-SDNYLIT-00007897