# EXHIBIT 123

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Jes Staley <jes.staley@jpmorgan.com>
**Sent:** 12/21/2010 5:18:18 PM
**Subject:** Fwd: DivStoxx
**Attachments:** winmail.dat

fyi .. you can see why I am frustrated with this group

---------- Forwarded message ----------
From: **David J Giuffrida** <david.j.giuffrida@jpmchase.com>
Date: Tue, Dec 21, 2010 at 12:50 PM
Subject: DivStoxx
To: "Epstein, Jeffrey (jeevacation@gmail.com)" <jeevacation@gmail.com>, "hbeller@hbrkassociates.com" <hbeller@hbrkassociates.com>
Cc: Paul S Barrett <paul.s.barrett@jpmorgan.com>, Jeffrey M Matusow <jeffrey.m.matusow@jpmorgan.com>


Jeff,

Due to the lack of liquidity this week, the bids we received on the EuroStoxx this morning were lower than we expected.  The Divstoxx are up today however we would give that up on the sale due to wider than usual bid/offers.  The trader advised that unless necessary to sell now, it would be advantageous to hold off until next week.  Paul and I will continue to get bids everyday to see if anything improves.  Let us know if you have any questions.

This communication is for informational purposes only. It is not
intended as an offer or solicitation for the purchase or sale of
any financial instrument or as an official confirmation of any
transaction. All market prices, data and other information are not
warranted as to completeness or accuracy and are subject to change
without notice. Any comments or statements made herein do not
necessarily reflect those of JPMorgan Chase & Co., its subsidiaries
and affiliates.

This transmission may contain information that is privileged,
confidential, legally privileged, and/or exempt from disclosure
under applicable law. If you are not the intended recipient, you
are hereby notified that any disclosure, copying, distribution, or
use of the information contained herein (including any reliance
thereon) is STRICTLY PROHIBITED. Although this transmission and any
attachments are believed to be free of any virus or other defect
that might affect any computer system into which it is received and
opened, it is the responsibility of the recipient to ensure that it
is virus free and no responsibility is accepted by JPMorgan Chase &
Co., its subsidiaries and affiliates, as applicable, for any loss
or damage arising in any way from its use. If you received this
transmission in error, please immediately contact the sender and

destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

\--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

Confidential

JPM-SDNYLIT-00011796