# EXHIBIT 125

```
  1      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
  2
        GOVERNMENT OF THE              :
  3     UNITED STATES VIRGIN           :
        ISLANDS,                       :   CASE NO.
  4                                    :   1:22-CV-10904
        Plaintiff,                     :   -JSR
  5                                    :
              v.                       :
  6                                    :
        JPMORGAN CHASE BANK,           :
  7     N.A.,                          :
                                       :
  8     Defendant/Third Party          :
        Plaintiff.                     :
  9     _____          :
        JPMORGAN CHASE BANK,           :
 10     N.A.,                          :
                                       :
 11     Third Party Plaintiff,         :
                                       :
 12           v.                       :
                                       :
 13     JAMES EDWARD STALEY,           :
                                       :
 14     Third Party Defendant.         :
 15         CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
                           VOLUME II
 16                         -  -  -
                        July 6, 2023
 17                         -  -  -
 18          Continued videotaped deposition of
        MARY CASEY, taken pursuant to notice, was
 19     held remotely via Zoom Videoconference
        beginning at 2:07 p.m., on the above
 20     date, before Michelle L. Gray, a
        Registered Professional Reporter,
 21     Certified Shorthand Reporter, Certified
        Realtime Reporter, and Notary Public.
 22
                  GOLKOW LITIGATION SERVICES
 23        877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
 24
```

1  that way?
2       A.   She wasn't comfortable with
3  him.
4       Q.   Because of the conviction in
5  Florida?
6       A.   Correct.
7       Q.   Did you ever ask her why she
8  continued to approve his due diligence
9  reports?
10      A.   No.  But I -- so I didn't
11 ask her specifically why she would
12 approve them.  But, again, as I had taken
13 the reasonable steps as part of the same
14 policy, she's subject to the same policy.
15 She would also be taking reasonable steps
16 to be comfortable with the sponsorships,
17 since she's signing it as well.  Those
18 reasonable steps would include
19 conversations, particularly with
20 Mr. Staley, who knew Mr. Epstein best.
21      Q.   But, again, all you can
22 remember Mr. Staley saying to you, at
23 least, was that he felt Mr. Epstein
24 should remain a client of the Private

1  They were part of what would bring the
2  due diligence reports together.  So they
3  were part of the due diligence process.
4           I don't know about, when you
5  say "discuss," I'm not sure if you mean
6  discuss, like, we did have meetings about
7  him, et cetera.
8      Q.    So when you are -- I'm just
9  speaking now about --
10     A.    Yeah.
11     Q.    -- the due diligence that
12 you did to form the judgment that the
13 appropriate thing to do with respect to
14 Mr. Epstein is to approve his due
15 diligence report.
16     A.    Mm-hmm.
17     Q.    Did you discuss that issue
18 with the compliance group?
19     A.    So in our -- part of how I
20 formed my reasonable judgment to approve
21 the DDRs as part of the sponsorship
22 policy, I would call upon or, if you
23 will, part of my diligence was escalating
24 and participating in brisk discussions

```
 1   with senior management, compliance
 2   included in that, about his relationship
 3   with the firm.  That was part of what I
 4   consider reasonable steps to then be able
 5   to approve a DDR, based on the
 6   sponsorship policy.
 7        Q.   And aside from compliance
 8   and legal, who else are you including in
 9   your definition of senior management?
10        A.   So my definition of senior
11   management would be both my chain of
12   management, if you will, my boss up to
13   the head of the Private Bank.  And it
14   would also include Mr. Staley, who
15   sometimes was my direct line and
16   sometimes was not, when he moved to the
17   investment bank.  But he would be part of
18   those discussions as well and part of the
19   diligence I would do.
20        Q.   And when you say -- I forget
21   whether you used -- I think the word
22   "direct line" --
23        A.   Yes.
24        Q.   You used direct line.
```