# EXHIBIT 128

| | |
|---|---|
| From: | lisa.e.waters@jpmorgan.com [lisa.e.waters@jpmorgan.com] |
| Sent: | 10/10/2007 12:39:53 PM |
| To: | vincenza.x.lucignano@jpmchase.com |
| Subject: | Re: Reminder: Conference Call Regarding: Jeffrey Epstein Today at 3pm |
| Attachments: | graycol.gif; 37339950.gif |

Confirmed

    Vincenza X Lucignano

```
    From: Vincenza X Lucignano
    Sent: 10/10/2007 08:24 AM EDT
    To: Jes Staley; Mary Erdoes; Anne Verdon; Brent Taylor; Lisa Waters; Rosa da Silva;
Tamyka Clarke; Shawna Gilmore-Orr; Patricia Oines
    Subject: Reminder: Conference Call Regarding: Jeffrey Epstein Today at 3pm
```

Greetings, Confirmed: Conference Call Regarding Jeffrey Epstein at 3pm today.

Dial in: 1-866-870-8212



Participant Passcode: 77385318

Thank you.

Have a good day. *...*

Best Regards,

Vincenza Lucignano
JPMorganChase - Private Bank Law
Legal and Compliance Department
345 Park Avenue, 5th Floor
New York, New York 10154
Tel: (212) 464-2757
Fax: (212) 464-0302

Confidential
JPM-SDNYLIT-00449994