# EXHIBIT 131

| | |
|---|---|
| From: | theresa.a.schnepf@jpmorgan.com [theresa.a.schnepf@jpmorgan.com] |
| Sent: | 7/1/2008 4:07:20 PM |
| To: | lisa.e.waters@jpmorgan.com |
| Subject: | Re: epstein |
| Attachments: | graycol.gif; ecblank.gif |

Oy
Thanks
Theresa

---------------------------
Theresa A. Schnepf

Lisa E. Waters
----- Original Message -----

```
From: Lisa E. Waters
Sent: 07/01/2008 08:42 AM EDT
To: George P. Lencyk; Theresa Schnepf
Subject: Fw: epstein
```

Jes would like to retain as a client so AnnVerdon or Kevin will need to go through the process.

I sent this to Anne and Kevin this morning
Lisa E. Waters
Managing Director
J.P.Morgan Securities Inc.
(212) 464-2048
(212) 648-2974

----- Forwarded by Lisa E. Waters/JPMCHASE on 07/01/2008 08:35 AM -----
**J.P. Morgan Securities Inc.** Private Bank & PrivateClientServices Supervisory Management

| **Lisa E. Waters/JPMCHASE** | |
|---|---|
| 07/01/2008 08:34 AM | To Kevin McCleerey/JPMCHASE, Anne E Verdon/JPMCHASE |
| | cc |
| | Subject epstein |

pleaded guilty to felony solicitation of prostitution and procuring a person under 18 for prostitution.

http://www.palmbeachpost.com/localnews/content/local_news/epaper/2008/06/30/0630epstein.html

http://www.nytimes.com/2008/07/01/business/01epstein.html?_r=1&oref=slogin&ref=business&pagewanted=print

Lisa E. Waters
Managing Director
J.P.Morgan Securities Inc.

Confidential                                                                                                   JPM-SDNYLIT-00751728

(212) 464-2048
(212) 648-2974

Confidential

JPM-SDNYLIT-00751729