# EXHIBIT 146

**From:** Duffy, John R [john.r.duffy@jpmorgan.com]
**Sent:** 3/28/2012 2:52:27 AM
**To:** Erdoes, Mary E [mary.erdoes@jpmorgan.com]
**Subject:** Re: KYC Approval Requested for High Risk Clients

Yes as in the past

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

---

**From:** Erdoes, Mary E
**Sent:** Tuesday, March 27, 2012 08:38 PM
**To:** Duffy, John R
**Subject:** Re: KYC Approval Requested for High Risk Clients

Cash?

---

**From:** Duffy, John R
**Sent:** Tuesday, March 27, 2012 06:26 PM
**To:** Erdoes, Mary E; DiIorio, Phil
**Subject:** Fw: KYC Approval Requested for High Risk Clients

I previously spoke with JE about this activity. We'll need to discuss.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

---

**From:** Duffy, John R
**Sent:** Tuesday, March 27, 2012 06:25 PM
**To:** Perry, Bonnie K
**Cc:** McCleerey, Kevin; Dalessio, James; Conlin, Pat
**Subject:** Re: KYC Approval Requested for High Risk Clients

Ok. Wish there were none. We'll revisit.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

---

**From**: Perry, Bonnie K
**Sent**: Tuesday, March 27, 2012 06:03 PM
**To**: Duffy, John R
**Cc**: McCleerey, Kevin; Dalessio, James; Conlin, Pat
**Subject**: RE: KYC Approval Requested for High Risk Clients

Hi John –

I ran a cash activity report between August 1, 2011 and March 1, 2012 and found that there has only been one cash w/d during that timeframe for $30k on 2/21/2012.

Let me know if you need further information.

Regards,
Bonnie

Bonnie K Perry, VP, CAMS | Private Bank Risk Mgmt & Control
712 Main, 4th Fl, Houston, TX 77002 (TX2-N045)
Tel: 713.216.5136
Fax: 713.216.7970

---

**From:** Duffy, John R
**Sent:** Friday, March 23, 2012 4:38 PM
**To:** Perry, Bonnie K
**Cc:** McCleerey, Kevin; Dalessio, James; Conlin, Pat
**Subject:** Re: KYC Approval Requested for High Risk Clients

Approved except for Epstein. Acct. Can we please review the cash withdrawal activity for his entities? Thx.



John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

**From**: Perry, Bonnie K
**Sent**: Friday, March 23, 2012 02:41 PM
**To**: Duffy, John R
**Cc**: McCleerey, Kevin; Dalessio, James; Conlin, Pat
**Subject**: KYC Approval Requested for High Risk Clients

Hi John,

Below are high risk PB client KYCs that require your approval. The list includes (2) Existing Client undergoing annual review and (7) Existing relationship clients flagged as high risk.

Please note that the below clients have undergone a review by Risk Management and are considered ok for approval. If you have further questions, please let me know.

Regards,
Bonnie

## I. Existing High Risk Client - Undergoing Annual Review (2)



## II. Existing Client Relationship - Recently Flagged as High Risk (7)



**Neptune LLC** – This is an entity established by Jeffrey Epstein to hold household accounts to pay expenses, upkeep and maintenance for a home he owns in Palm Beach. In 2009, Mr. Epstein pled guilty and was convicted of a felony charge and served 13 months of his 18 month sentence. Mr. Epstein signed a federal non-prosecution agreement under which he would not be charged with related federal crimes if he successfully served out his time and abided by the conditions under the state charges. He also waived his right to contest liability and damages in civil lawsuits by 33 minor girls identified by the non-prosecution agreement.

- Banker - Paul Morris
- **High Risk Category - Reputational - Convicted Felon**
- Jeffrey Epstein is the decision maker of the relationship with a current AUM is $108.6MM. There is one DDA for this entity that contains $116K.
- Client established in PB in 1993.
- Region Manager Approval, Marc Sheridan
- Derogatory information is summarized above.



Bonnie K Perry, VP, CAMS | Private Bank Risk Mgmt & Control
712 Main, 4th Fl, Houston, TX 77002 (TX2-N045)
Tel: 713.216-5136
Fax: 713.216-7970

Confidential JPM-SDNYLIT-00136523

Confidential

JPM-SDNYLIT-00136524