# EXHIBIT 149

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                              Case No.
     -against-               1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
          Defendants.
- - - - - - - - - - - - - - - - - - - - x

         C O N F I D E N T I A L

         Videotaped oral deposition of
    BONNIE PERRY taken pursuant to notice,
    was held REMOTELY, commencing May 10,
    2023, 9:39 a.m., on the above date,
    before Leslie Fagin, a Court Reporter
    and Notary Public in the State of New
    York.


         MAGNA LEGAL SERVICES
            (866) 624-6221
           www.MagnaLS.com



```
                                                          Page 187
 1                    B Perry
 2          Q.    Was it your understanding that          14:35:00
 3    Mr. Epstein was using large cash withdrawals        14:35:08
 4    to pay for fuel expenses when he travels to         14:35:11
 5    foreign countries?                                  14:35:13
 6                MR. BUTTS:   Objection and objection    14:35:15
 7       to form.                                         14:35:15
 8                You may answer, if you are able.        14:35:19
 9          A.    It's probably one of the only           14:35:20
10    things I really remember because of -- fuel         14:35:23
11    expenses for an airplane, I wouldn't even --        14:35:27
12    I have no idea what it costs, but I thought         14:35:30
13    that was interesting.                               14:35:33
14          Q.    Okay.   I appreciate your answer.       14:35:37
15                Can you just expand upon what you       14:35:38
16    mean by interesting?                                14:35:43
17                MR. BUTTS:   Objection to form.         14:35:45
18                You may answer.                         14:35:46
19          A.    I never thought about how much it       14:35:46
20    would cost to fuel an airplane and the answer       14:35:47
21    seemed reasonable.                                  14:35:51
22          Q.    Does it seem reasonable today that      14:35:54
23    Jeffrey Epstein was using 20,000 to $40,000         14:35:56
24    in cash to pay for fuel expenses?                   14:35:59
25                MR. BUTTS:   Objection and objection    14:36:03
```

