# EXHIBIT 156

| | |
|---|---|
| **From:** | Schwartz, Jonathan [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=V293453] |
| **Sent:** | 3/22/2011 12:29:52 PM |
| **To:** | Cutler, Stephen M [stephen.m.cutler@jpmorgan.com] |
| **Subject:** | RE: Privilege |

For our next conversation:

http://www.palmbeachdailynews.com/news/attorneys-want-jeffrey-epstein-agreement-thrown-out-1338111.html

http://www.palmbeachdailynews.com/news/jeffrey-epsteins-interview-tape-given-to-judge-by-669698.html

http://www.briefingwire.com/pr/news-reports-about-billionaire-pedophile-jeffrey-epstein-highlight-the-importance-of-victims-rights

**From:** Schwartz, Jonathan
**Sent:** Tuesday, March 22, 2011 7:24 AM
**To:** Cutler, Stephen M
**Subject:** Privilege

Spoke with the US Attorney and can update you when you have a moment.

Confidential

JPM-SDNYLIT-00731595