# EXHIBIT 159

**From:** Ryan, Maryanne X <maryanne.x.ryan@jpmchase.com>
**Sent:** Tuesday, January 8, 2013 4:01 PM
**To:** DeLuca, Phillip A
**Subject:** Re: Jes Staley

As a matter of fact, at W's going away hje told me Jes was on his way out. He mentioned to PJ the case. So, I think in a few weeks, I will circulate again for discussion.

---

**From:** DeLuca, Phillip A
**Sent:** Tuesday, January 08, 2013 10:31 AM
**To:** Ryan, Maryanne X
**Subject:** FW: Jes Staley

Should we get rid of Epstein now?

Thanks,
Phil

Phillip A. DeLuca | SVP - Compliance Managing Director | Enterprise Financial Crimes Compliance | 1111 Polaris Parkway, 4P, Mail Code OH1-0152, Columbus, OH 43240 | Phone: 614-213-3196 | Cell: ███████ | E-mail: Phillip.A.DeLuca@JPMChase.com

---

**From:** Message from Jamie Dimon
**Sent:** Tuesday, January 08, 2013 8:32 AM
**Subject:** Jes Staley

JPMORGAN CHASE & CO.

**Message from Jamie Dimon**

This morning it was announced that our colleague, Jes Staley, will be leaving JPMorgan Chase to join BlueMountain Capital Management as a Managing Partner and Member of its Management Committee. Attached is BlueMountain's press release.

Jes has been an extraordinary leader and a valued partner for many of us at J.P. Morgan over the years. He joined our company more than 34 years ago, and during this time he served in many critical management roles, including head of our Investment Bank, Asset Management group, Private Bank, and as one of the founders of our equities business. He has served our firm with distinction as a member of our firmwide Operating Committee, and he has been a trusted mentor to many people at our company.

While Jes is leaving JPMorgan Chase, he is joining a respected private investment firm, BlueMountain Capital. BlueMountain is an important client of ours, and we look forward to working with Jes in the future. Please join me in thanking Jes for his decades of dedicated service to J.P. Morgan, and in wishing him and his family all the best in the future.



Message sent to senior managers.



EXHIBIT
Ryan 15
5.24.23

JPMC Internal Use Only

Confidential

JPM-SDNYLIT-00194182

# Document Cannot be Processed

Confidential

JPM-SDNYLIT-00194183

Document Cannot be Processed

Confidential

JPM-SDNYLIT-00194184

# Document Cannot be Processed

Confidential

JPM-SDNYLIT-00194185

Document Cannot be Processed

Confidential

JPM-SDNYLIT-00194186

# Document Cannot be Processed

Confidential

JPM-SDNYLIT-00194187