AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Government of the United States Virgin Islands ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-10904 (JSR) |
| JPMorgan Chase Bank, N.A. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant James Edward Staley.

Date:   09/13/2023

s/ Wayne E. Gosnell, Jr.
*Attorney's signature*

Wayne E. Gosnell, Jr. NY4418521
*Printed name and bar number*
Clayman Rosenberg Kirshner & Linder, LLP
305 Madison Avenue, Suite 650
New York, NY 10165

*Address*

gosnell@clayro.com
*E-mail address*

(212) 922-0180
*Telephone number*

(212) 949-8255
*FAX number*