AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Government of the United States Virgin Islands | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-10904 (JSR) |
| JPMorgan Chase Bank, N.A. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third Party Defendant James Edward Staley.

Date: 09/13/2023

s/Brian D. Linder
*Attorney's signature*

Brian D. Linder BL3581
*Printed name and bar number*

Clayman Rosenberg Kirshner & Linder LLP
305 Madison Avenue, Suite 650
New York, New York 10165

*Address*

linder@clayro.com
*E-mail address*

(212) 922-1080
*Telephone number*

(212) 949-8255
*FAX number*