IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>  Plaintiff,<br>v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>  Defendant/Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY<br><br>  Third-Party Defendant. | Case Number: 1:22-cv-10904-JSR |

**THIRD-PARTY DEFENDANT JAMES STALEY'S MOTION TO EXCLUDE
JPMORGAN CHASE BANK, N.A.'S PROFFERED EXPERT OPINIONS**

   Pursuant to Federal Rules of Evidence 402, 403, 408, and 702, and Federal Rule of Civil Procedure 26, James Staley hereby respectfully requests that the Court exclude the expert opinions of Edith Wong, Shelley Chapman, and Carlyn Irwin, proffered by Third-Party Plaintiff JPMorgan Chase Bank, N.A. The reasons supporting this motion are set forth in a separately filed Memorandum of Law.

   As set forth in an email from chambers to counsel dated for all parties dated September 15, 2023, the moving papers regarding expert opinions on the third-party claims shall be filed no later than September 20, 2023, answering responsive briefs shall be filed no later than September 27, 2023, and reply briefs shall be filed no later than October 3, 2023.

1

Date: September 20, 2023                    Respectfully submitted,

                                            By: /s/ John M. McNichols

                                            Brendan V. Sullivan Jr.
                                            John M. McNichols
                                            Zachary K. Warren
                                            Eden Schiffmann
                                            WILLIAMS & CONNOLLY LLP
                                            680 Maine Avenue SW
                                            Washington, DC 20024
                                            Tel: (202) 434-5252
                                            Fax: (202) 434-5029
                                            bsullivan@wc.com

                                            Stephen L. Wohlgemuth
                                            WILLIAMS & CONNOLLY LLP
                                            650 Fifth Avenue, Suite 1500
                                            New York, NY 10019
                                            Tel: (202) 434-5390
                                            Fax: (202) 434-5029
                                            swohlgemuth@wc.com

                                            *Counsel for Third-Party Defendant
                                            James Edward Staley*