IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>    Third-Party Defendant. | Case No. 22-cv-10904 (JSR) |

### GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS' STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the Government of the United States Virgin Islands submits this stipulation of dismissal of its claims against Defendant JPMorgan Chase Bank, N.A.  The dismissal shall be with prejudice.

Dated: September 29, 2023

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ *Felicia H. Ellsworth*
Felicia H. Ellsworth (*pro hac vice*)
John J. Butts (*pro hac vice*)
Andrés O'Laughlin (*pro hac vice*)
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com
andy.olaughlin@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Alan E. Schoenfeld
Christopher Bouchoux
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
alan.schoenfeld@wilmerhale.com
christopher.bouchoux@wilmerhale.com

**MASSEY & GAIL LLP**

Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com

Respectfully submitted,

**ARIEL SMITH, ESQ.
ATTORNEY GENERAL**

/s/ *Linda Singer*
LINDA SINGER (*pro hac vice*)
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
lsinger@motleyrice.com

VENETIA VELAZQUEZ (*pro hac vice*)
Acting Chief, Civil Division
Virgin Islands Department of Justice
Office of the Attorney General
213 Estate La Reine, RR1 Box 6151
Kingshill, St. Croix
U.S. Virgin Islands 00850
Tel: (340) 773-0295 ext. 202481
venetia.velazquez@doj.vi.gov

DAVID I. ACKERMAN
MIMI LIU (*pro hac vice*)
ELIZABETH PAIGE BOGGS (*pro hac vice*)
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
dackerman@motleyrice.com
mliu@motleyrice.com
pboggs@motleyrice.com

*Attorneys for Plaintiff Government of the United States Virgin Islands*

**JONES DAY**

Bethany K. Biesenthal
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
(t) (312) 269-4303
(f) (312) 782-8585
bbiesenthal@jonesday.com

Charlotte Taylor
51 Louisiana Ave. NW
Washington, DC 20001
(t) (202) 879-3872
(f) (202) 626-1700
ctaylor@jonesday.com

*Attorneys for JPMorgan Chase Bank, N.A.*