**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>            Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>            Defendant/Third-Party Plaintiff.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>            Third-Party Plaintiff,<br><br>v.<br><br>JAMES EDWARD STALEY,<br><br>            Third-Party Defendant. | Case No. 22-cv-10904 (JSR) |

**GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS'**
**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the Government of the United States Virgin Islands submits this stipulation of dismissal of its claims against Defendant JPMorgan Chase Bank, N.A pursuant to and consistent with the terms of the settlement agreement entered into between the parties on September 29, 2023.

The dismissal shall be with prejudice.

i

Dated: October 16, 2023

WILMER CUTLER PICKERING
HALE AND DORR LLP

_/s/ Felicia H. Ellsworth_

Felicia H. Ellsworth (*pro hac vice*)
John J. Butts (*pro hac vice*)
Andrés O'Laughlin (*pro hac vice*)
60 State Street
Boston, MA 02109
(t) (617) 526-6000
(f) (617) 526-5000
felicia.ellsworth@wilmerhale.com
john.butts@wilmerhale.com
andy.olaughlin@wilmerhale.com

Boyd M. Johnson III
Robert L. Boone
Alan E. Schoenfeld
Christopher Bouchoux
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(t) (212) 230-8800
(f) (212) 230-8888
boyd.johnson@wilmerhale.com
robert.boone@wilmerhale.com
alan.schoenfeld@wilmerhale.com
christopher.bouchoux@wilmerhale.com

MASSEY & GAIL LLP

Leonard A. Gail (*pro hac vice*)
Rachel Morse (*pro hac vice*)
50 East Washington Street, Suite 400
Chicago, IL 60602
(t) (312) 283-1590
lgail@masseygail.com
rmorse@masseygail.com

Respectfully submitted,

ARIEL SMITH, ESQ.
ATTORNEY GENERAL

_/s/ Ariel Smith_

Linda Singer (*pro hac vice*)
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
lsinger@motleyrice.com

Venetia Velazquez (*pro hac vice*)
Acting Chief, Civil Division
Virgin Islands Department of Justice
Office of the Attorney General
213 Estate La Reine, RR1 Box 6151
Kingshill, St. Croix
U.S. Virgin Islands 00850
Tel: (340) 773-0295 ext. 202481
venetia.velazquez@doj.vi.gov

David I. Ackerman
Mimi Liu (*pro hac vice*)
Elizabeth Paige Boggs (*pro hace vice*)
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Tel: (202) 232-5504
dackerman@motleyrice.com
mliu@motleyrice.com
pboggs@motleyrice.com

*Attorneys for Plaintiff Government of the United States Virgin Islands*

WILLIAMS & CONNOLLY

_/s/ Stephen Wohlgemuth_

Brendan V. Sullivan Jr. (*pro hac vice*)
John M. McNichols (*pro hac vice*)
Zachary K. Warren (*pro hac vice*)
Eden Schiffman (*pro hac vice*)
680 Maine Avenue SW
Washington, DC 20024

1

2

**JONES DAY**

Bethany K. Biesenthal (*pro hac vice*)
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
(t) (312) 269-4303
(f) (312) 782-8585
bbiesenthal@jonesday.com

Charlotte Taylor
51 Louisiana Ave. NW
Washington, DC 20001
(t) (202) 879-3872
(f) (202) 626-1700
ctaylor@jonesday.com

*Attorneys for JPMorgan Chase Bank, N.A.*

Tel: (202) 434-5252
Fax: (202) 434-5029
bsullivan@wc.com

Stephen L. Wohlgemuth (*pro hac vice*)
650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel: (202) 434-5390
Fax: (202) 434-5029
swohlgemuth@wc.com

*Attorneys for Third-Party Defendant
James Edward Staley*