UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, | 23-cv-10301-AS |
| Plaintiff, | |
| | NOTICE OF MOTION |
| -against- | |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Jordan Merson and Memorandum of Law, both dated April _, 2024, Proposed Intervenors, by and through their undersigned counsel, shall move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order granting them access to the unredacted filings in this action to the parties and their counsel in accordance with the same Protective Order entered in this action, together with such other and further relief as this Court deems just and proper.

Dated: April 29, 2024
  New York, New York

                                            Respectfully submitted,

                                         **MERSON LAW PLLC**

                                    By:   /s/ Jordan Merson
                                            Jordan Merson, Esq.
                                            950 Third Avenue, 18th Floor
                                            New York, NY  10022
                                            Telephone: (212) 603-9100
                                            Fax: (347)- 441-4171
                                            JMerson@MersonLaw.Com
                                            *Counsel for Proposed Intervenors*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
                                         :
GOVERNMENT OF THE UNITED                 :
STATES VIRGIN ISLANDS,                   :
                    Plaintiff,           :    23-cv-10301-AS
                                         :
-against-                                :
                                         :
JP MORGAN CHASE BANK, N.A.,              :
                                         :
                    Defendant.           :
                                         :
x----------------------------------------
```

### DECLARATION OF JORDAN MERSON IN SUPPORT OF PROPOSED INTERVENORS' MOTION

1. I, Jordan Merson, Esq., hereby declare as follows:

2. I am a member of the law firm Merson Law, PLLC and counsel for Proposed Intervenors in this action. Proposed Intervenors are the Plaintiffs in the action, *Doe v. USVI, et al.*, 23-cv-10301 (AS), presently pending in this Court.

3. I make this Declaration in support of Proposed Intervenors' motion for an Order granting them access to the unredacted filings and access to certain complete deposition transcripts related to USVI defendants in this action to the parties and their counsel in accordance with the same Protective Order entered in this action. If this application is granted, said Protective Order will be circulated to counsel for the parties in the *Doe v. USVI, et al.*, 23-cv-10301 (AS) action.

4. In support thereof, I annex:

   Exhibit A - a Proposed Confidentiality Order; and

   Exhibit B - this Court's Order in *Doe 1 v. JP Morgan Chase & Co.*, 22-cv-10019-JSR, Document 5.

Dated: April 29, 2024
New York, New York

                                    Respectfully submitted,

                                **MERSON LAW, PLLC**

By:   /s/ Jordan Merson
       Jordan Merson
       950 Third Avenue, 18th floor
       New York, NY  10022
       Telephone: (212) 603-9100
       Fax: (347)- 441-4171
       JMerson@MersonLaw.Com
       Counsel for Plaintiff