UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 1, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>      Defendant. | 22-cv-10019 (JSR) |
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>  -v-<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>      Defendant. | 22-cv-10904 (JSR) |

ORDER

JED S. RAKOFF, U.S.D.J.:

    Consistent with this Court's Opinion and Order dated July 30, 2024 (ECF No. 295), the Class Counsel submitted proposed redactions of the relevant class certification transcripts to the Court for *in camera* review. The Court finds the proposed redactions acceptable. Accordingly, the Court hereby orders the Class Counsel

to furnish the redacted exhibits to the non-party movant New York Times.

    SO ORDERED.

New York, NY  
September 30, 2024

                                                          JED S. RAKOFF, U.S.D.J.