August 14, 2025

**VIA FEDEX**

Hon. Jed S. Rakoff
U.S. District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, NY 10007

      Re: Govt. of the U.S. Virgin Islands v. JPMorgan Chase Bank (22-cv-10904-JSR)

Dear Judge Rakoff:

I am a reporter at The New York Times, where I cover the financial and business aspects of the Jeffrey Epstein case. I am writing to request that the Court unseal financial documents submitted by the Government of the U.S. Virgin Islands as part of a summary judgment motion filed on July 23, 2023 (Docket No. 217).

The Virgin Islands filed more than 300 exhibits with its motion. It appears from the memorandum of law that some of these exhibits contained financial statements from JPMorgan Chase, either for accounts controlled by Epstein or the accounts of victims of Epstein's crimes. I believe that records documenting the flow of money into Epstein's accounts from persons who may have been involved in his sexual abuse of minors and the flow of money to victims are of particular public interest at this time in light of allegations that the federal government has not been forthcoming in providing records from the Epstein investigation, despite promises to do so. Because the exhibits are sealed in their entirety, I am unfortunately not able to specify the particular exhibits that I would like to be released but this request seeks as broad a release as possible of the exhibits that fall into the category of financial records. To the extent that such financial documents are part of other motions, I would request those as well.

More than four years have passed since the lawsuit was filed, and more than two years have passed since the motion was made. In light of the passage of time, and the renewed publicity surrounding Epstein's crimes and financial connections, it seems unlikely that the sealing continues to be justified.

Thank you for your consideration.

Sincerely,

Matthew Goldstein