

401 9th St. NW, Suite 630
Washington, DC 20004
o. 202.232.5504  f. 202.232.5513

**Linda Singer**
*Licensed in DC, NY*
direct: 202.386.9626
lsinger@motleyrice.com

September 23, 2025

**VIA ECF**
The Honorable Jed S. Rakoff, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, NY 10007

    Re:   *Gov't of the United States Virgin Islands v. JPMorgan Chase Bank, N.A.*
           Case No. 1:22-cv-10904-JSR

Dear Judge Rakoff,

I write as counsel for the Government of the United States Virgin Islands ("USVI"), Plaintiff in the above-referenced matter.

In USVI's letter submission of September 4, 2025 (Dkt. #371), we inadvertently omitted one exhibit from our list of summary judgment exhibits in the second bullet point to Section I—those which should be redacted to the extent they contain information identifying survivors of sexual assault, but may otherwise be unsealed because they contain sufficient non-identifying relevant information. That list of exhibits also should include USVI's Exhibit 142.

With the addition of that single exhibit, the full list of its summary judgment exhibits that USVI submits should be redacted to the extent they contain information identifying survivors of sexual assault, but may otherwise be unsealed because they contain sufficient non-identifying relevant information is as follows:

- <u>Exhibits</u> 9, 85, 93, 98, 112, 121, 124, **142** 155, 167, 168, 184, 185, 186, 187, 203, 235, 236, 238, 241, 256, 261, 265, 266, 267, 269, 270, 271, 272, 275, 300, 301, and 303.

Plaintiff the Government of the United States Virgin Islands thanks the Court for its attention to this submission.

Respectfully submitted,

*Linda Singer* /cm
Linda Singer

MT. PLEASANT, SC | MORGANTOWN, WV | CHARLESTON, WV | PROVIDENCE, RI | WASHINGTON, DC | CHERRY HILL, NJ
PHILADELPHIA, PA | HARTFORD, CT | NEW YORK, NY