MotleyRice® LLC
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

401 9th St. NW, Suite 630
Washington, DC 20004
o. 202.232.5504   f. 202.232.5513

**Linda Singer**
*Licensed in DC, NY*
direct: 202.386.9626
lsinger@motleyrice.com

October 9, 2025

**VIA EMAIL**
The Honorable Jed S. Rakoff, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1340
New York, NY 10007

Re: *Gov't of the United States Virgin Islands v. JPMorgan Chase Bank, N.A.*
Case No. 1:22-cv-10904-JSR

Dear Judge Rakoff,

I write as counsel for Plaintiff, the Government of the United States Virgin Islands ("USVI"), in the above-referenced matter in response to the September 30, 2025, letter of Dow Jones & Company, Inc. ("Dow Jones Letter") seeking to unseal additional exhibits USVI filed in support of its Motion for Summary Judgment.

The USVI previously set forth its positions with respect to unsealing and redaction in its letters to the Court, responding to the separate request for unsealing by The New York Times. *See* Dkt. #371 (USVI Sept. 3, 2025 Letter); Dkt. #375 (USVI Sept. 23, 2025 Letter). Dow Jones does not in its "Exhibits as to Which Unsealing Is Sought" (Dow Jones Letter at 5-11) seek to unseal the exhibits USVI identified as being pervaded by information identifying survivors of sexual assault (Dkt. #371 at 2; Dkt. #375) or contest redactions to the exhibits USVI identified as containing both survivor-identifying and sufficient non-identifying relevant information (*id.*). While affirming its non-position with regard to documents that may contain confidential supervisory information subject to the Stipulated Amendment to Protective Order (Dkt. # 89) or confidential settlement-related information, the USVI again submits that all its remaining summary judgment exhibits not otherwise listed in its Letters should be unsealed in their entirety (*id.*).

Plaintiff, the Government of the United States Virgin Islands, thanks the Court for its attention to this submission.

Respectfully submitted,

Linda Singer /cam

MT. PLEASANT, SC  |  MORGANTOWN, WV  |  CHARLESTON, WV  |  PROVIDENCE, RI  |  WASHINGTON, DC  |  CHERRY HILL, NJ
PHILADELPHIA, PA  |  HARTFORD, CT  |  NEW YORK, NY