UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,

    Plaintiff,

-v-

JPMORGAN CHASE BANK, N.A.,

    Defendant/Third-Party Plaintiff,

-v-

JAMES EDWARD STALEY,

    Third-Party Defendant.

22 Civ. 10904 (JSR)

ORDER

---

JED S. RAKOFF, U.S.D.J.:

    On October 24, 2025, the Court issued an Opinion and Order granting in substantial part the motions of non-parties The New York Times Company (the "Times") and Dow Jones and Company, Inc., publisher of the Wall Street Journal (the "Journal"), to unseal certain exhibits that were filed at the summary judgment stage of this litigation. See ECF No. 381. In that Opinion and Order, the Court directed the parties to supply copies of certain enumerated exhibits, to be redacted in a manner consistent with the Court's Opinion and Order, to the Times and the Journal by no later than October 30, 2025. Id. at 16-17.

    To effectuate the First Amendment right of public access to these exhibits, the Court hereby orders the parties, after supplying the aforesaid redacted documents to the Times and the Journal, to file

1

those documents on the public docket of this case, by no later than noon on October 31, 2025.

In addition, in the Court's Opinion and Order of October 24, 2025, the Court ordered defendant JPMorgan Chase Bank, N.A., to submit to the Court by no later than October 30, 2025, proposed redactions on ten documents that raise additional questions of redaction. See id. at 17. Upon receipt of those ten documents and review of the proposed redactions, the Court will itself file those ten exhibits, as appropriately redacted, on the public docket, by no later than the close of business on October 31, 2025.

SO ORDERED.

New York, New York
October 24, 2025

_____
JED S. RAKOFF, U.S.D.J.