# FILED UNDER SEAL

# EXHIBIT 2

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

## Suspicious Activity Report

Version Number: 1.0

**Filing Name:** 15 6558026

**\*1 Filing Type** (Check all that apply)
- ☒ Initial report
- ☐ Correct/Amend prior report
- ☐ Continuing activity report
- ☐ Joint report

**Prior report document control/file number:**

**Attachment:**


Δ π EXHIBIT 38
Deponent Cutler
Date 5/24/23 Rptr. am
WWW.DEPOBOOKPRODUCTS.COM

Page 1 of 17

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018180

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.**

## Part IV Filing Institution Contact Information

| Field | Value |
|---|---|
| *82 Type of financial institution | Depository institution |
| *78 Primary federal regulator | Office of the Comptroller of the Currency (OCC) |
| *79 Filer name (Holding company, lead financial institution, or agency, if applicable) | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| *80 TIN | ████4650 |
| *81 TIN type | EIN |

83 Type of Securities and Futures institution or individual filing this report - check box(es) for functions that apply to this report
- ☐ Clearing broker-securities
- ☐ CPO/CTA
- ☐ Futures Commission Merchant
- ☐ Holding company
- ☐ Introducing broker-commodities
- ☐ Introducing broker-securities
- ☐ Investment Adviser
- ☐ Investment company
- ☐ Retail foreign exchange dealer
- ☐ SRO Futures
- ☐ SRO Securities
- ☐ Subsidiary of financial/bank holding company
- ☐ Other

84 Financial institution identification
- Type:
- Number:

| Field | Value |
|---|---|
| *85 Address | 1111 POLARIS PARKWAY |
| *86 City | COLUMBUS |
| *87 State | OH |
| *88 ZIP/Postal Code | 43240 |
| *89 Country | US |
| 90 Alternate name, e.g., AKA - individual or trade name, DBA - entity | |
| 91 Internal control/file number | 1367652 |
| 92 LE contact agency | |
| 93 LE contact name | |
| 94 LE contact phone number (Include Area Code) | Ext. |
| 95 LE contact date | |
| *96 Filing institution contact office | AML Ops |
| 97 Filing institution contact phone number (Include Area Code) | 8558441064 Ext. |
| 98 Date filed | 03/06/2015 |

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018181

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.**

Part III Information about Financial Institution Where Activity Occurred   1   of   1

| | | |
|---|---|---|
| *47 Type of financial institution | Depository institution | |
| *48 Primary federal regulator | Office of the Comptroller of the Currency (OCC) | |
| 49 Type of gaming institution | ☐ State licensed casino  ☐ Tribal authorized casino  ☐ Card club  ☐ Other (specify) | |
| 50 Type of Securities and Futures institution or individual where activity occurred - check box(es) that apply to this report | ☐ Clearing broker-securities  ☐ Introducing broker-securities  ☐ Subsidiary of financial/bank holding company  ☐ Futures Commission Merchant  ☐ Investment Adviser  ☐ Other  ☐ Holding company  ☐ Investment company  ☐ Introducing broker-commodities  ☐ Retail foreign exchange dealer | |
| 51 Financial institution identification | Type / Number | |
| 52 Financial institution's role in transaction | ☐ Selling location  ☐ Paying location  ☐ Both | |
| *53 Legal name of financial institution | ☐ Unknown  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | |
| 54 Alternate Name, e.g., AKA - individual or trade name, DBA - entity | | |
| *55 TIN | ☐ Unknown  ▮▮▮▮650 | 56 TIN type  EIN |
| *57 Address | ☐ Unknown  1111 POLARIS PARKWAY | |
| *58 City | ☐ Unknown  COLUMBUS | |
| 59 State | OH | |
| *60 ZIP/Postal Code | ☐ Unknown  43240 | |
| *61 Country | ☐ Unknown  US | |
| 62 Internal control/file number | 1367652 | |
| 63 Loss to financial institution $ | .00 | |

Branch where activity occurred information    If no branch activity involved, check this box ☒

Branch Information

| | |
|---|---|
| 64 Branch's role in transaction | ☐ Selling location  ☐ Paying location  ☐ Both |
| 65 Address of branch or office where activity occurred | |
| 67 City | 66 RSSD Number |
| 68 State | 69 ZIP/Postal Code    *70 Country |

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018182

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

**Part I Subject Information 1 of 6**

- 2 Check: ☐ if entity, ☐ if all critical* subject information is unavailable (Does not include item 24)
- *3 Individual's last name or entity's legal name: BELLER ☐ Unknown
- *4 First name: HARRY ☐ Unknown
- 5 Middle name/initial: I
- Suffix: 
- Gender: MALE
- *16 Date of birth: ■■ 1958 ☐ Unknown
- 6 Alternate name, e.g., AKA - individual or trade name, DBA - entity: 
- 7a NAICS Code: 541210
- 7 Occupation or type of business: ACCOUNTANT/CPA
- *13 TIN: ■■■0727 ☐ Unknown
- 14 TIN type: SSN-ITIN
- 18 Phone number: 8453693825   Ext.    17 Type: Home
- 18 Phone number: 2128916428   Ext.    17 Type: Work
- 19 E-mail address: [redacted]
- 19a Website (URL) address: 
- 20 Corroborative statement to filer?: No
- 25 Subject's role in suspicious activity: Purchaser/Sender

**Subject Address Information**

- *8 Address: 301 E. 66TH STREET 10-B
- *9 City: NEW YORK
- *10 State: NY
- *11 ZIP/Postal Code: 100656298
- *12 Country: US

- *8 Address: 12 GOLAR DRIVE
- *9 City: MONSEY
- *10 State: NY
- *11 ZIP/Postal Code: 10952
- *12 Country: US

*15 Form of identification for subject   ☐ Unknown
- Type: Driver's license/State ID
- Number: [redacted]   Issuing State: NY   Country: US

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018183

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| a | Institution TIN | ▮4650 | | | | | |
| b | ☐ Accountant | e | ☐ Attorney | h | ☐ Director | k | ☐ Officer |
| c | ☐ Agent | f | ☐ Borrower | i | ☐ Employee | l | ☐ Owner or Controlling Shareholder |
| d | ☐ Appraiser | g | ☒ Customer | j | ☐ No relationship to institution | z | ☐ Other |

22 Status of relationship ▯  23 Action date ▯

*24 Financial institution TIN and account number(s) affected that are related to subject   No known accounts involved ☐

Institution TIN ▮4650   ☐ Non-US Financial Institution

account number ▮0438   Closed? Yes ☒

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018184

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

Part I Subject Information 2 of 6

| Field | | Value |
|---|---|---|
| 2 Check: | ☐ if entity, | ☐ if all critical* subject information is unavailable (Does not include item 24) |
| *3 Individual's last name or entity's legal name | ☐ Unknown | ▮▮▮▮▮ |
| *4 First name | ☐ Unknown | ▮▮▮ |
| 5 Middle name/initial | | |
| Suffix | | Gender: FEMALE |
| *16 Date of birth | ☐ Unknown | ▮▮ 1985 |
| 6 Alternate name, e.g., AKA – individual or trade name, DBA – entity | | ▮▮▮▮ / ▮▮▮▮ |
| 7a NAICS Code | ▮▮ | 7 Occupation or type of business ▮▮ |
| *13 TIN | ☐ Unknown ▮▮ | 14 TIN type: SSN-ITIN |
| 18 Phone number | ▮▮ | Ext. 17 Type: Work |
| 18 Phone number | ▮▮ | Ext. 17 Type: Home |
| 19 E-mail address | ▮▮ | |
| 19a Website (URL) address | | |
| 20 Corroborative statement to filer? | No | 25 Subject's role in suspicious activity: Payee/Receiver |

Subject Address Information

| Field | | Value |
|---|---|---|
| *8 Address | ☐ Unknown | 301 E 66TH ST APT 11E |
| *9 City | ☐ Unknown | NEW YORK |
| *10 State | ☐ Unknown | NY |
| *11 ZIP/Postal Code | ☐ Unknown | 10065 |
| *12 Country | ☐ Unknown | US |
| *8 Address | ☐ Unknown | 301 E 66TH ST APT 8D |
| *9 City | ☐ Unknown | NEW YORK |
| *10 State | ☐ Unknown | NY |
| *11 ZIP/Postal Code | ☐ Unknown | 10065 |
| *12 Country | ☐ Unknown | US |
| *8 Address | ☐ Unknown | 301 E 66TH ST APT 10N |
| *9 City | ☐ Unknown | NEW YORK |
| *10 State | ☐ Unknown | NY |
| *11 ZIP/Postal Code | ☐ Unknown | 10065 |
| *12 Country | ☐ Unknown | US |

*15 Form of identification for subject    Unknown ☐

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018185

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

| Type | Driver's license/State ID | | |
|---|---|---|---|
| Number | [redacted] | Issuing State FL | Country US |

**21** Relationship of the subject to an institution listed in Part III or IV (check all that apply)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| a | Institution TIN | [redacted]4650 | | | | | |
| b | ☐ Accountant | e | ☐ Attorney | h | ☐ Director | k | ☐ Officer |
| c | ☐ Agent | f | ☐ Borrower | i | ☐ Employee | l | ☐ Owner or Controlling Shareholder |
| d | ☐ Appraiser | g | ☒ Customer | j | ☐ No relationship to institution | z | ☐ Other |

**22** Status of relationship  **23** Action date

*24 Financial institution TIN and account number(s) affected that are related to subject     No known accounts involved ☐

| Institution TIN | [redacted]4650 | ☐ Non-US Financial Institution | |
|---|---|---|---|
| | account number | [redacted]9065 | Closed? Yes ☐ |
| Institution TIN | [redacted]4650 | ☐ Non-US Financial Institution | |
| | account number | [redacted]1710 | Closed? Yes ☐ |

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018186

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

Part I Subject Information  3  of  6

| Field | | Value | |
|---|---|---|---|
| 2 Check: | ☐ if entity, | ☐ if all critical* subject information is unavailable (Does not include item 24) | |
| *3 Individual's last name or entity's legal name | ☐ Unknown | INDYKE | |
| *4 First name | ☐ Unknown | DARREN | |
| 5 Middle name/initial | | K | |
| Suffix | | | Gender MALE |
| *16 Date of birth | ☐ Unknown | ▇▇▇▇1965 | |
| 6 Alternate name, e.g., AKA - individual or trade name, DBA - entity | | | |
| 7a NAICS Code | | 922130 | 7 Occupation or type of business  ATTORNEY |
| *13 TIN | ☐ Unknown | ▇▇▇3596 | 14 TIN type  SSN-ITIN |
| 18 Phone number | | 9735971169 | Ext.   17 Type  Home |
| 18 Phone number | | 9735971165 | Ext.   17 Type  Work |
| 18 Phone number | | 8624856315 | Ext.   17 Type  Mobile |
| 19 E-mail address | | ▇▇▇▇▇▇▇▇ | |
| 19a Website (URL) address | | | |
| 20 Corroborative statement to filer? | | No | 25 Subject's role in suspicious activity  Purchaser/Sender |

Subject Address Information

| *8 Address | ☐ Unknown | 2 KEAN CT | | |
| *9 City | ☐ Unknown | LIVINGSTON | | |
| *10 State | ☐ Unknown | NJ | *11 ZIP/Postal Code ☐ Unknown | 07039 |
| *12 Country | ☐ Unknown | US | | |
| *8 Address | ☐ Unknown | 457 MADISON AVE FL 4 | | |
| *9 City | ☐ Unknown | NEW YORK | | |
| *10 State | ☐ Unknown | NY | *11 ZIP/Postal Code ☐ Unknown | 10022 |
| *12 Country | ☐ Unknown | US | | |
| *8 Address | ☐ Unknown | 575 LEXINGTON AVE FL 4 | | |
| *9 City | ☐ Unknown | NEW YORK | | |
| *10 State | ☐ Unknown | NY | *11 ZIP/Postal Code ☐ Unknown | 10022 |
| *12 Country | ☐ Unknown | US | | |

*15 Form of identification for subject    Unknown ☐

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018187

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

| Type | Driver's license/State ID | | | |
|---|---|---|---|---|
| Number | ▓▓▓▓ | Issuing State NY | Country | US |

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

| a | Institution TIN | ▓▓4650 | | | | | |
|---|---|---|---|---|---|---|---|
| b | ☐ Accountant | e ☐ Attorney | h ☐ Director | | k ☐ Officer | | |
| c | ☐ Agent | f ☐ Borrower | i ☐ Employee | | l ☐ Owner or Controlling Shareholder | | |
| d | ☐ Appraiser | g ☒ Customer | j ☐ No relationship to institution | | z ☐ Other | | |

22 Status of relationship          23 Action date

*24 Financial institution TIN and account number(s) affected that are related to subject    No known accounts involved ☐

Institution TIN ▓▓4650            ☐ Non-US Financial Institution

account number ▓▓0438            Closed? Yes ☒

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018188

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.**

## Part I Subject Information 4 of 6

| Field | Value |
|---|---|
| 2 Check: | ☐ if entity, ☐ if all critical* subject information is unavailable (Does not include item 24) |
| *3 Individual's last name or entity's legal name | ☐ Unknown  EPSTEIN |
| *4 First name | ☐ Unknown  JEFFREY |
| 5 Middle name/initial | E |
| Suffix | |
| Gender | MALE |
| *16 Date of birth | ☐ Unknown  ▇▇1953 |
| 6 Alternate name, e.g., AKA - individual or trade name, DBA - entity | JEFFREY E EPSTEIN |
| 7a NAICS Code | 523930 |
| 7 Occupation or type of business | INVESTMENT ADVISOR |
| *13 TIN | ☐ Unknown  ▇▇3348 |
| 14 TIN type | SSN-ITIN |
| 18 Phone number | 2127509895 — 17 Type Home |
| 18 Phone number | 2129711307 — 17 Type Work |
| 18 Phone number | 2127509790 — 17 Type Work |
| 18 Phone number | 6468624811 — 17 Type Work |
| 18 Phone number | 3407752525 — 17 Type Work |
| 18 Phone number | 3406901494 — 17 Type Mobile |
| 19 E-mail address | AP@HBRKASSOCIATES.COM |
| 19a Website (URL) address | |
| 20 Corroborative statement to filer? | No |
| 25 Subject's role in suspicious activity | Purchaser/Sender |

### Subject Address Information

| Field | Value |
|---|---|
| *8 Address | 301 E 66TH ST APT 10F |
| *9 City | NEW YORK |
| *10 State | NY |
| *11 ZIP/Postal Code | 10065 |
| *12 Country | US |
| *8 Address | 6100 RED HOOK QTRS STE B3 |
| *9 City | ST THOMAS |
| *10 State | VI |
| *11 ZIP/Postal Code | 00802 |
| *12 Country | US |

Page 10 of 17

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018189

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

| | | | | | |
|---|---|---|---|---|---|
| *8 Address | ☐ Unknown | PO BOX 806 | | | |
| *9 City | ☐ Unknown | NEW YORK | | | |
| *10 State | ☐ Unknown | NY | *11 ZIP/Postal Code ☐ Unknown | 10150 | |
| *12 Country | ☐ Unknown | US | | | |
| *8 Address | ☐ Unknown | 575 LEXINGTON AVE FL 4 | | | |
| *9 City | ☐ Unknown | NEW YORK | | | |
| *10 State | ☐ Unknown | NY | *11 ZIP/Postal Code ☐ Unknown | 10022 | |
| *12 Country | ☐ Unknown | US | | | |
| *8 Address | ☐ Unknown | 457 MADISON AVE | | | |
| *9 City | ☐ Unknown | NEW YORK | | | |
| *10 State | ☐ Unknown | NY | *11 ZIP/Postal Code ☐ Unknown | 10022 | |
| *12 Country | ☐ Unknown | US | | | |

*15 Form of identification for subject   Unknown ☐

Type: Driver's license/State ID
Number: [redacted]   Issuing State: VI   Country: US

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

a Institution TIN [redacted]4650

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| b | ☐ Accountant | e | ☐ Attorney | h | ☐ Director | k | ☐ Officer |
| c | ☐ Agent | f | ☐ Borrower | i | ☐ Employee | l | ☐ Owner or Controlling Shareholder |
| d | ☐ Appraiser | g | ☒ Customer | j | ☐ No relationship to institution | z | ☐ Other |

22 Status of relationship   23 Action date

*24 Financial institution TIN and account number(s) affected that are related to subject   No known accounts involved ☐

Institution TIN [redacted]4650   ☐ Non-US Financial Institution

account number [redacted]0438   Closed? Yes ☒

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018190

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

## Part I Subject Information   5   of 6

| Field | Value |
|---|---|
| 2 Check: | ☐ if entity, ☐ if all critical* subject information is unavailable (Does not include item 24) |
| *3 Individual's last name or entity's legal name | ☐ Unknown   KAHN |
| *4 First name | ☐ Unknown   RICHARD |
| 5 Middle name/initial | D |
| Suffix | Gender: UNKNOWN |
| *16 Date of birth | ☐ Unknown   ████ 1972 |
| 6 Alternate name, e.g., AKA – individual or trade name, DBA – entity | |
| 7a NAICS Code | 922130 |
| 7 Occupation or type of business | ATTORNEY |
| *13 TIN | ☐ Unknown   ████9833 |
| 14 TIN type | SSN-ITIN |
| 18 Phone number | 2126286639    17 Type: Home |
| 18 Phone number | 9174147584    17 Type: Mobile |
| 18 Phone number | 2129711306    17 Type: Work |
| 19 E-mail address | ██████████ |
| 19a Website (URL) address | |
| 20 Corroborative statement to filer? | No |
| 25 Subject's role in suspicious activity | Purchaser/Sender |

### Subject Address Information

| Field | Value |
|---|---|
| *8 Address | 130 E 75TH ST APT 7E |
| *9 City | NEW YORK |
| *10 State | NY |
| *11 ZIP/Postal Code | 100213241 |
| *12 Country | US |
| *8 Address | 301 E. 66TH ST 10-B |
| *9 City | NEW YORK |
| *10 State | NY |
| *11 ZIP/Postal Code | 100656298 |
| *12 Country | US |

*15 Form of identification for subject    Unknown ☐

| Type | Driver's license/State ID | |
| Number | ██████████ | Issuing State: NY   Country: US |

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018191

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| a | Institution TIN | ▮4650 | | | | | |
| b | ☐ Accountant | e | ☐ Attorney | h | ☐ Director | k | ☐ Officer |
| c | ☐ Agent | f | ☐ Borrower | i | ☐ Employee | l | ☐ Owner or Controlling Shareholder |
| d | ☐ Appraiser | g | ☒ Customer | j | ☐ No relationship to institution | z | ☐ Other |

22 Status of relationship [ ]    23 Action date [ ]

*24 Financial institution TIN and account number(s) affected that are related to subject    No known accounts involved ☐

Institution TIN  ▮4650    ☐ Non-US Financial Institution

account number  ▮0438    Closed? Yes ☒

Page 13 of 17

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018192

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

## Part I Subject Information 6 of 6

| Field | | Value |
|---|---|---|
| 2 Check: | ☐ if entity, | ☐ if all critical* subject information is unavailable (Does not include item 24) |
| *3 Individual's last name or entity's legal name | ☐ Unknown | KLEIN |
| *4 First name | ☐ Unknown | BELLA |
| 5 Middle name/initial | | |
| Suffix | | Gender: FEMALE |
| *16 Date of birth | ☐ Unknown | ███ 1960 |
| 6 Alternate name, e.g., AKA - individual or trade name, DBA - entity | | |
| 7a NAICS Code | 541210 | 7 Occupation or type of business: ACCOUNTING FIRM EMPLOYEE |
| *13 TIN | ☐ Unknown ███4538 | 14 TIN type: SSN-ITIN |
| 18 Phone number | 3479227595 | 17 Type: Home |
| 18 Phone number | 7187372635 | 17 Type: Work |
| 19 E-mail address | ███ | |
| 19a Website (URL) address | | |
| 20 Corroborative statement to filer? | No | 25 Subject's role in suspicious activity: Purchaser/Sender |

### Subject Address Information

| Field | | Value |
|---|---|---|
| *8 Address | ☐ Unknown | 2772 E 63RD ST |
| *9 City | ☐ Unknown | BROOKLYN |
| *10 State | ☐ Unknown | NY |
| *11 ZIP/Postal Code | ☐ Unknown | 112346814 |
| *12 Country | ☐ Unknown | US |

*15 Form of identification for subject  Unknown ☐

| Type | Driver's license/State ID | |
|---|---|---|
| Number | ███ | Issuing State: NY  Country: US |

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

a Institution TIN ███650

- b ☐ Accountant
- c ☐ Agent
- d ☐ Appraiser
- e ☐ Attorney
- f ☐ Borrower
- g ☒ Customer
- h ☐ Director
- i ☐ Employee
- j ☐ No relationship to institution
- k ☐ Officer
- l ☐ Owner or Controlling Shareholder
- z ☐ Other

22 Status of relationship:  
23 Action date:

*24 Financial institution TIN and account number(s) affected that are related to subject  No known accounts involved ☐

Institution TIN ███4650   ☐ Non-US Financial Institution

account number ███0438   Closed? Yes ☒

Page 14 of 17

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018193

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

## Part II Suspicious Activity Information

*26 Amount involved in this report ☐ Amount Unknown ☐ No amount involved $ 157,898 .00

*27 Date or date range of suspicious activity for this report  From 01/04/2006  To 06/08/2007

28 Cumulative amount (only applicable when "Continuing activity report" or "Correct/Amend prior report" is checked in Item 1)  $ .00

When completing item 29 through 38, check all that apply

### 29 Structuring
- a ☐ Alters transaction to avoid BSA recordkeeping requirement
- b ☐ Alters transaction to avoid CTR requirement
- c ☐ Customer cancels transaction to avoid BSA reporting and recordkeeping requirements
- d ☐ Multiple transactions below BSA recordkeeping threshold
- e ☐ Multiple transactions below CTR threshold
- f ☐ Suspicious inquiry by customer regarding BSA reporting or recordkeeping requirements
- z ☐ Other

### 30 Terrorist Financing
- a ☐ Known or suspected terrorist/terrorist organization
- z ☐ Other

### 31 Fraud (Type)
- a ☐ ACH
- b ☐ Business loan
- c ☐ Check
- d ☐ Consumer loan
- e ☐ Credit/Debit card
- f ☐ Healthcare
- g ☐ Mail
- h ☐ Mass-marketing
- i ☐ Pyramid scheme
- j ☐ Wire
- z ☐ Other

### 32 Casinos
- a ☐ Inquiry about end of business day
- b ☐ Minimal gaming with large transactions
- c ☐ Suspicious intra-casino funds transfers
- d ☐ Suspicious use of counter checks or markers
- z ☐ Other

### 33 Money Laundering
- a ☐ Exchange small bills for large bills or vice versa
- b ☐ Suspicion concerning the physical condition of funds
- c ☐ Suspicion concerning the source of funds
- d ☐ Suspicious designation of beneficiaries, assignees or joint owners
- e ☒ Suspicious EFT/wire transfers
- f ☐ Suspicious exchange of currencies
- g ☐ Suspicious receipt of government payments/benefits
- h ☐ Suspicious use of multiple accounts
- i ☐ Suspicious use of noncash monetary instruments
- j ☐ Suspicious use of third-party transactors (straw-man)
- k ☐ Trade Based Money Laundering/Black Market Peso Exchange
- l ☐ Transaction out of pattern for customer(s)
- z ☐ Other

### 34 Identification/Documentation
- a ☒ Changes spelling or arrangement of name
- b ☐ Multiple individuals with same or similar identities
- c ☐ Provided questionable or false documentation
- d ☐ Refused or avoided request for documentation
- e ☐ Single individual with multiple identities
- z ☐ Other

### 36 Insurance
- a ☐ Excessive insurance
- b ☐ Excessive or unusual cash borrowing against policy/annuity
- c ☐ Proceeds sent to or received from unrelated third party
- d ☐ Suspicious life settlement sales insurance (e.g., STOLI's, Viaticals)
- e ☐ Suspicious termination of policy or contract
- f ☐ Unclear or no insurable interest
- z ☐ Other

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018194

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D. PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.**

**35 Other Suspicious Activities**

- a ☐ Account takeover
- b ☐ Bribery or gratuity
- c ☐ Counterfeit instruments
- d ☐ Elder financial exploitation
- e ☐ Embezzlement/theft/disappearance of funds
- f ☐ Forgeries
- g ☐ Identity theft
- h ☐ Little or no concern for product performance penalties, fees, or tax consequences
- i ☐ Misuse of "free look"/cooling-off/right of rescission
- j ☐ Misuse of position or self-dealing
- k ☐ Suspected public/private corruption (domestic)
- l ☐ Suspected public/private corruption (foreign)
- m ☐ Suspicious use of informal value transfer system
- n ☐ Suspicious use of multiple transaction locations
- o ☐ Transaction with no apparent economic, business, or lawful purpose
- p ☒ Two or more individuals working together
- q ☐ Unauthorized electronic intrusion
- r ☐ Unlicensed or unregistered MSB
- z ☒ Other — Possible Procurement of Sexual Srvces

**37 Securities/Futures/Options**

- a ☐ Insider trading
- b ☐ Market manipulation/wash trading
- c ☐ Misappropriation
- d ☐ Unauthorized pooling
- z ☐ Other

**38 Mortgage Fraud**

- a ☐ Appraisal fraud
- b ☐ Foreclosure fraud
- c ☐ Loan Modification fraud
- d ☐ Reverse mortgage fraud
- z ☐ Other

**39 Were any of the following product type(s) involved in the suspicious activity? (Check all that apply)**

- a ☐ Bonds/Notes
- b ☐ Commercial mortgage
- c ☐ Commercial paper
- d ☐ Credit card
- e ☐ Debit card
- f ☐ Forex transactions
- g ☐ Futures/Options on futures
- h ☐ Hedge fund
- i ☐ Home equity loan
- j ☐ Home equity line of credit
- k ☐ Insurance/Annuity products
- l ☐ Mutual fund
- m ☐ Options on securities
- n ☐ Penny stocks/Microcap securities
- o ☐ Prepaid access
- p ☐ Residential mortgage
- q ☐ Security futures products
- r ☐ Stocks
- s ☐ Swap, hybrid, or other derivatives
- z ☐ Other (List below)

**40 Were any of the following instrument type(s)/payment mechanism(s) involved in the suspicious activity? (Check all that apply)**

- a ☐ Bank/Cashier's check
- b ☐ Foreign currency
- c ☒ Funds transfer
- d ☐ Gaming instruments
- e ☐ Government payment
- f ☐ Money orders
- g ☐ Personal/Business check
- h ☐ Travelers checks
- i ☐ U.S. Currency
- z ☐ Other (List below)

**41 Commodity type (If applicable)**

**42 Product/Instrument description (If needed)**

**43 Market where traded**

**44 IP address (If available)**

**45 CUSIP® number**

Page 16 of 17

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018195

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

Part V  Suspicious Activity Information - Narrative*

JPMorgan Chase Bank, N.A. ("JPMC") is filing this Suspicious Activity Report ("SAR") to report customer JEFFREY E. EPSTEIN ("Epstein") for remitting wires to customer ▇▇▇ for the possible purpose of soliciting underage prostitutes. A summary of the relevant facts and account activity is detailed below.

Specifically, from 1/4/06 through 6/8/07, EPSTEIN remitted from his checking account #▇▇0438 eleven (11) wires totaling $157,898 to Bear Stearns account #▇▇1710 and JPMC account #▇▇9065, both titled to ▇▇▇

These wires raised JPMC's concerns because ▇▇▇ a former model and ▇▇▇ has been cited by US law enforcement as a co-conspirator of EPSTEIN's who allegedly helped him solicit underage prostitutes. EPSTEIN was convicted in 2008 for soliciting underage prostitutes and for participating in child trafficking. He served 13 months in jail and is now required to register as a sex offender.

Articles about EPSTEIN's criminal activity, ▇▇▇ alleged criminal activity, and their connection to one another, can be accessed via the below links:

1.
http://www.nytimes.com/2008/07/01/business/01epstein.html?pagewanted=all

2.
http://www.theguardian.com/us-news/2015/jan/07/jeffrey-epstein-former-accomplices-property-prince-andrew

3.
http://dealbreaker.com/2006/07/meet▇▇▇star-girl-of-the-raunchiest-part-of-epstein-scandal/

-HARRY I. BELLER is a suspect in this SAR because he is listed as a signer on account #▇▇0438
-DARREN K. INDYKE is a suspect in this SAR because he is listed as "Is Attorney For" on account #▇▇0438
-RICHARD D. KAHN is a suspect in this SAR because he is listed as a contact on account #▇▇0438
-BELLA KLEIN is a suspect in this SAR because she is listed as a contact on account #▇▇0438

It should also be noted that EPSTEIN and BELLER have been suspects in SAR #122780 and SAR #964373, which both reported cash activity that may have been connected to the solicitation of underage prostitutes

JPMC is reporting $157,898 in wires that may have been remitted for the purpose of soliciting underage prostitutes

The activity reported herein occurred from 1/4/06 through 6/8/07

Supporting documentation associated with this report (SAR #1367652) includes, but may not be limited to, documents maintained or identified in case file #6558026 and can be retrieved upon request. Upon the appropriate and validated request of a regulator or law enforcement agency, supporting documentation will be provided. SAR #1367652 : Case 15 6558026 JEFFREY E. EPSTEIN

For Assistance contact JPMorgan Chase LE Fulfillment team at: le.request@jpmchase.com or fax: 877-899-1868.

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00018196