# FILED UNDER SEAL

# EXHIBIT 3



# Suspicious Activity Report
OMB No. 1506-0065

Version Number: 1.1

**Steps to Submit**

1. Complete the report in its entirety with all requested or required data known to the filer.
2. Click "Validate" to ensure proper formatting and that all required fields are completed.
3. Sign with PIN.
4. Click "Save"; filers may also "Print" a paper copy for their records.
5. Click "Submit".

| | |
|---|---|
| **Filing name** | JEFFREY E. EPSTEIN |
| **\*1 Type of filing** (Check all that apply) | ☒ Initial report ☐ Correct/Amend prior report ☐ Continuing activity report ☐ Joint report |
| **Prior report Document Control Number/BSA Identifier** | |
| **Attachment** | AC▮▮▮0552_&▮▮▮6976 Jan 15 to 14 Aug 16 US.csv |

By providing my PIN, I acknowledge that I am electronically signing the BSA report submitted.

[Sign with PIN]

Page 1 of 12

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002185

## Part IV Filing Institution Contact Information

| | | |
|---|---|---|
| *82 Type of financial institution | Depository institution | |
| *78 Primary federal regulator | Office of the Comptroller of the Currency (OCC) | |
| *79 Filer name (Holding company, lead financial institution, or agency, if applicable) | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | |
| *80 TIN | ▇▇▇▇650 | *81 TIN type  EIN |

83 Type of Securities and Futures institution or individual filing this report - check box(es) for functions that apply to this report

- ☐ Clearing broker-securities
- ☐ CPO/CTA
- ☐ Futures Commission Merchant
- ☐ Holding company
- ☐ Introducing broker-commodities
- ☐ Introducing broker-securities
- ☐ Investment Adviser
- ☐ Investment company
- ☐ Retail foreign exchange dealer
- ☐ SRO Futures
- ☐ SRO Securities
- ☐ Subsidiary of financial/bank holding company
- ☐ Other

84 Financial institution identification
- Type: Research, Statistics, Supervision and Discount (RSSD) number
- Number: 852218

| | |
|---|---|
| *85 Address | 1111 POLARIS PARKWAY |
| *86 City | COLUMBUS |
| *87 State | OH |
| *88 ZIP/Postal Code | 43240 |
| *89 Country | US |
| 90 Alternate name, e.g., AKA - individual or trade name, DBA - entity | |
| 91 Internal control/file number | SAR_NA_36642109 |
| 92 LE contact agency | |
| 93 LE contact name | |
| 94 LE contact phone number (Include Area Code) | Ext. |
| 95 LE contact date | |
| *96 Filing institution contact office | AML OPS |
| *97 Filing institution contact phone number (Include Area Code) | 8558441064  Ext. |
| 98 Date filed | 09/01/2016 (Date filed will be auto-populated when the form is signed.) |

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002186

Part III Information about Financial Institution Where Activity Occurred    1  of  1

| | | |
|---|---|---|
| *47 Type of financial institution | **Depository institution** | |
| *48 Primary federal regulator | Office of the Comptroller of the Currency (OCC) | |
| 49 Type of gaming institution | | |

☐ State licensed casino   ☐ Tribal authorized casino   ☐ Card club   ☐ Other (specify)

50 Type of Securities and Futures institution or individual where activity occurred - check box(es) that apply to this report

☐ Clearing broker-securities   ☐ Introducing broker-securities   ☐ Subsidiary of financial/bank holding company
☐ Futures Commission Merchant   ☐ Investment Adviser   ☐ Other
☐ Holding company   ☐ Investment company
☐ Introducing broker-commodities   ☐ Retail foreign exchange dealer

51 Financial institution identification
Type: Research, Statistics, Supervision and Discount (RSSD) number
Number: 852218

52 Financial institution's role in transaction   ☐ Selling location   ☒ Paying location   ☐ Both

*53 Legal name of financial institution   ☐ Unknown   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

54 Alternate Name, e.g., AKA - individual or trade name, DBA - entity

*55 TIN   ☐ Unknown   ▇▇▇▇4650   56 TIN type   EIN
*57 Address   ☐ Unknown   1111 POLARIS PARKWAY
*58 City   ☐ Unknown   COLUMBUS
59 State   OH
*60 ZIP/Postal Code   ☐ Unknown   43240
*61 Country   ☐ Unknown   US
62 Internal control/file number   SAR_NA_36642109
63 Loss to financial institution  $ _____ .00

Branch where activity occurred information   If no branch activity involved, check this box ☒

**Branch Information**

64 Branch's role in transaction   ☐ Selling location   ☐ Paying location   ☐ Both
65 Address of branch or office where activity occurred
67 City                         66 RSSD Number
68 State      69 ZIP/Postal Code      *70 Country

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002187

Part I Subject Information    1    of  3

| | | |
|---|---|---|
| 2 Check: | ☐ if entity, | ☐ if all critical* subject information is unavailable (Does not include item 24) |

*3 Individual's last name or entity's legal name  ☐ Unknown  [redacted]

*4 First name  ☐ Unknown  [redacted]

5 Middle name/initial

Suffix    Gender: **Female**

*16 Date of birth  ☐ Unknown  [redacted] 1985

6 Alternate name, e.g., AKA - individual or trade name, DBA - entity
[redacted]
[redacted]
[redacted]

7 Occupation or type of business

7a NAICS Code

*13 TIN  ☐ Unknown  [redacted]4144    14 TIN type  **SSN-ITIN**

18 Phone number  [redacted]    Ext.    17 Type **Home**

18 Phone number  [redacted]    Ext.    17 Type **Home**

19 E-mail address  [redacted]

19 E-mail address  [redacted]

19a Website (URL) address

20 Corroborative statement to filer?  **No**    25 Subject's role in suspicious activity  **Payee/Receiver**

**Subject Address Information**

*8 Address  ☐ Unknown  **301 E 66TH ST APT 11E**

*9 City  ☐ Unknown  **NEW YORK**

*10 State  ☐ Unknown  **NY**    *11 ZIP/Postal Code  ☐ Unknown  **100656217**

*12 Country  ☐ Unknown  **US**

*15 Form of identification for subject    Unknown ☐

Type  **Driver's license/State ID**

Number  [redacted]    Issuing State **FL**    Country **US**

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002188

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| a | Institution TIN | ■■■■4650 | | | | | | |
| b | ☐ Accountant | e | ☐ Attorney | h | ☐ Director | k | ☐ Officer | |
| c | ☐ Agent | f | ☐ Borrower | i | ☐ Employee | l | ☐ Owner or Controlling Shareholder | |
| d | ☐ Appraiser | g | ☒ Customer | j | ☐ No relationship to institution | z | ☐ Other | |

22 Status of relationship  
23 Action date

**\*24 Financial institution TIN and account number(s) affected that are related to subject**   No known accounts involved ☐

Institution TIN  ■■■■9310   ☐ Non-US Financial Institution

account number  ■■■■9065   Closed? Yes ☒

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002189

**Part I Subject Information** 2 of 3

| | | |
|---|---|---|
| 2 Check: | ☐ if entity, | ☐ if all critical* subject information is unavailable (Does not include item 24) |

*3 Individual's last name or entity's legal name ☐ Unknown **EPSTEIN**

*4 First name ☐ Unknown **JEFFREY**

5 Middle name/initial **E**

Suffix  Gender **Male**

*16 Date of birth ☐ Unknown ███1953

6 Alternate name, e.g., AKA - individual or trade name, DBA - entity
**JEFFREY E EPSTEIN**

7 Occupation or type of business

7a NAICS Code **999940**

*13 TIN ☐ Unknown ███3348  14 TIN type **SSN-ITIN**

18 Phone number **2127509895** Ext.  17 Type **Home**
18 Phone number **2129711307** Ext.  17 Type **Home**
18 Phone number **2127509790** Ext.  17 Type **Work**

19 E-mail address

19a Website (URL) address

20 Corroborative statement to filer? **No**  25 Subject's role in suspicious activity **Purchaser/Sender**

**Subject Address Information**

*8 Address ☐ Unknown **6100 RED HOOK QTRS STE B3**
*9 City ☐ Unknown **ST THOMAS**
*10 State ☐ Unknown   *11 ZIP/Postal Code ☐ Unknown **00802**
*12 Country ☐ Unknown **VI**

*8 Address ☐ Unknown **301 E 66TH ST APT 10F**
*9 City ☐ Unknown **NEW YORK**
*10 State ☐ Unknown **NY**  *11 ZIP/Postal Code ☐ Unknown **10065**
*12 Country ☐ Unknown **US**

*15 Form of identification for subject  Unknown ☒
Type
Number  Issuing State  Country

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002190

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| a | Institution TIN | ▮4650 | | | | | |
| b | ☐ Accountant | e | ☐ Attorney | h | ☐ Director | k | ☐ Officer |
| c | ☐ Agent | f | ☐ Borrower | i | ☐ Employee | l | ☐ Owner or Controlling Shareholder |
| d | ☐ Appraiser | g | ☒ Customer | j | ☐ No relationship to institution | z | ☐ Other |

22 Status of relationship ▨    23 Action date ▨

*24 Financial institution TIN and account number(s) affected that are related to subject    No known accounts involved ☐

Institution TIN [            ]    ☐ Non-US Financial Institution
account number ▮0552    Closed? Yes ☐

Institution TIN [            ]    ☐ Non-US Financial Institution
account number ▮6976    Closed? Yes ☐

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002191

## Part I Subject Information   3   of   3

| | |
|---|---|
| 2 Check: | ☐ if entity,   ☐ if all critical* subject information is unavailable (Does not include item 24) |
| *3 Individual's last name or entity's legal name | ☐ Unknown   [REDACTED] |
| *4 First name | ☐ Unknown   [REDACTED] |
| 5 Middle name/initial | [REDACTED] |
| Suffix | Gender: Female |
| *16 Date of birth | ☐ Unknown   [REDACTED]1979 |
| 6 Alternate name, e.g., AKA - individual or trade name, DBA - entity | |
| 7 Occupation or type of business | |
| 7a NAICS Code | |
| *13 TIN | ☐ Unknown   [REDACTED]   14 TIN type: SSN-ITIN |
| 18 Phone number | [REDACTED]   Ext.   17 Type: Mobile |
| 19 E-mail address | [REDACTED] |
| 19a Website (URL) address | |
| 20 Corroborative statement to filer? | No   25 Subject's role in suspicious activity: Payee/Receiver |

### Subject Address Information

| | |
|---|---|
| *8 Address | ☐ Unknown   301 E 66TH ST APT 10F |
| *9 City | ☐ Unknown   NEW YORK |
| *10 State | ☐ Unknown   NY   *11 ZIP/Postal Code ☐ Unknown   100656216 |
| *12 Country | ☐ Unknown   US |

**15 Form of identification for subject**   Unknown ☐

| Type | Passport |
|---|---|
| Number | [REDACTED]   Issuing State   Country GB |

**21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)**

a Institution TIN   [REDACTED]4650

- b ☐ Accountant
- c ☐ Agent
- d ☐ Appraiser
- e ☐ Attorney
- f ☐ Borrower
- g ☒ Customer
- h ☐ Director
- i ☐ Employee
- j ☐ No relationship to institution
- k ☐ Officer
- l ☐ Owner or Controlling Shareholder
- z ☐ Other

22 Status of relationship   23 Action date

**24 Financial institution TIN and account number(s) affected that are related to subject**   No known accounts involved ☐

Institution TIN   [REDACTED]4650   ☐ Non-US Financial Institution

account number   [REDACTED]0800   Closed? Yes ☒

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002192

## Part II Suspicious Activity Information

| | | | |
|---|---|---|---|
| *26 Amount involved in this report | ☐ Amount Unknown ☐ No amount involved | $ | 152,626 .00 |
| *27 Date or date range of suspicious activity for this report | From 01/28/2015 | To | 09/24/2015 |
| 28 Cumulative amount (only applicable when "Continuing activity report" is checked in Item 1) | | $ | .00 |

**When completing item 29 through 38, check all that apply**

### 29 Structuring
- a ☐ Alters transaction to avoid BSA recordkeeping requirement
- b ☐ Alters transaction to avoid CTR requirement
- c ☐ Customer cancels transaction to avoid BSA reporting and recordkeeping requirements
- d ☐ Multiple transactions below BSA recordkeeping threshold
- e ☐ Multiple transactions below CTR threshold
- f ☐ Suspicious inquiry by customer regarding BSA reporting or recordkeeping requirements
- z ☐ Other

### 30 Terrorist Financing
- a ☐ Known or suspected terrorist/terrorist organization
- z ☐ Other

### 31 Fraud (Type)
- a ☐ ACH
- b ☐ Business loan
- c ☐ Check
- d ☐ Consumer loan
- e ☐ Credit/Debit card
- f ☐ Healthcare
- g ☐ Mail
- h ☐ Mass-marketing
- i ☐ Pyramid scheme
- j ☐ Wire
- z ☐ Other

### 32 Casinos
- a ☐ Inquiry about end of business day
- b ☐ Minimal gaming with large transactions
- c ☐ Suspicious intra-casino funds transfers
- d ☐ Suspicious use of counter checks or markers
- z ☐ Other

### 33 Money Laundering
- a ☐ Exchange small bills for large bills or vice versa
- b ☐ Suspicion concerning the physical condition of funds
- c ☐ Suspicion concerning the source of funds
- d ☐ Suspicious designation of beneficiaries, assignees or joint owners
- e ☐ Suspicious EFT/wire transfers
- f ☐ Suspicious exchange of currencies
- g ☐ Suspicious receipt of government payments/benefits
- h ☐ Suspicious use of multiple accounts
- i ☐ Suspicious use of noncash monetary instruments
- j ☐ Suspicious use of third-party transactors (straw-man)
- k ☐ Trade Based Money Laundering/Black Market Peso Exchange
- l ☐ Transaction out of pattern for customer(s)
- z ☐ Other

### 34 Identification/Documentation
- a ☒ Changes spelling or arrangement of name
- b ☐ Multiple individuals with same or similar identities
- c ☐ Provided questionable or false documentation
- d ☐ Refused or avoided request for documentation
- e ☐ Single individual with multiple identities
- z ☐ Other

### 35 Other Suspicious Activities
- a ☐ Account takeover
- b ☐ Bribery or gratuity
- c ☐ Counterfeit instruments
- d ☐ Elder financial exploitation
- e ☐ Embezzlement/theft/disappearance of funds
- f ☐ Forgeries
- g ☐ Identity theft
- h ☐ Little or no concern for product performance penalties, fees, or tax consequences
- i ☐ Misuse of "free look"/cooling-off/right of rescission
- j ☐ Misuse of position or self-dealing
- k ☐ Suspected public/private corruption (domestic)
- l ☐ Suspected public/private corruption (foreign)
- m ☐ Suspicious use of informal value transfer system
- n ☐ Suspicious use of multiple transaction locations
- o ☐ Transaction with no apparent economic, business, or lawful purpose
- p ☒ Two or more individuals working together
- q ☐ Unauthorized electronic intrusion
- r ☐ Unlicensed or unregistered MSB
- z ☒ Other  POSSIBLE PROCUREMENT OF SEXUAL SRVCES

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002193

| | 36 Insurance | | | | |
|---|---|---|---|---|---|
| a | ☐ Excessive insurance | | e | ☐ Suspicious termination of policy or contract | |
| b | ☐ Excessive or unusual cash borrowing against policy/annuity | | f | ☐ Unclear or no insurable interest | |
| c | ☐ Proceeds sent to or received from unrelated third party | | z | ☐ Other | |
| d | ☐ Suspicious life settlement sales insurance (e.g., STOLI's, *Viaticals*) | | | | |

| | 37 Securities/Futures/Options | | | | |
|---|---|---|---|---|---|
| a | ☐ Insider trading | | d | ☐ Unauthorized pooling | |
| b | ☐ Market manipulation/wash trading | | z | ☐ Other | |
| c | ☐ Misappropriation | | | | |

| | 38 Mortgage Fraud | | | | |
|---|---|---|---|---|---|
| a | ☐ Appraisal fraud | | d | ☐ Reverse mortgage fraud | |
| b | ☐ Foreclosure fraud | | z | ☐ Other | |
| c | ☐ Loan Modification fraud | | | | |

39 Were any of the following product type(s) involved in the suspicious activity? (Check all that apply)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| a | ☐ Bonds/Notes | g | ☐ Futures/Options on futures | m | ☐ Options on securities | s | ☐ Swap, hybrid, or other derivatives | |
| b | ☐ Commercial mortgage | h | ☐ Hedge fund | n | ☐ Penny stocks/Microcap securities | z | ☐ Other (List below) | |
| c | ☐ Commercial paper | i | ☐ Home equity loan | o | ☐ Prepaid access | | | |
| d | ☐ Credit card | j | ☐ Home equity line of credit | p | ☐ Residential mortgage | | | |
| e | ☐ Debit card | k | ☐ Insurance/Annuity products | q | ☐ Security futures products | | | |
| f | ☐ Forex transactions | l | ☐ Mutual fund | r | ☐ Stocks | | | |

40 Were any of the following instrument type(s)/payment mechanism(s) involved in the suspicious activity? (Check all that apply)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| a | ☐ Bank/Cashier's check | d | ☐ Gaming instruments | g | ☐ Personal/Business check | z | ☐ Other (List below) |
| b | ☐ Foreign currency | e | ☐ Government payment | h | ☐ Travelers checks | | |
| c | ☒ Funds transfer | f | ☐ Money orders | i | ☐ U.S. Currency | | |

41 Commodity type (If applicable)

42 Product/Instrument description (If needed)

43 Market where traded ⓘ

44 IP address (If available)

45 CUSIP® number

Page 10 of 12

CONTAINS SUSPICIOUS ACTIVITY REPORT MATERIAL
ATTORNEYS' EYES ONLY - Confidential

JPM-SDNYLIT-W-00002194

Part V   Suspicious Activity Information - Narrative*

JPMorgan Chase Bank, N.A. ("JPMC") is filing this Suspicious Activity Report ("SAR") regarding continuing activity that occurred after filing prior SAR #1367652 filed 03/06/2015 as this Continuing Activity SAR is being filed using a new Case Management system the filing order will be initial. The prior SAR reported wire activity from a JPMC checking account #▮▮▮▮0438 maintained for customer Jeffrey Epstein ("Epstein") the ("JPMC Epstein Account") to a Bear Stearns account maintained for customer ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ numbered ▮▮▮▮1710 (the "▮▮▮▮ Bear Account") and to a JPMC checking account maintained for ▮▮▮▮▮▮▮▮ numbered ▮▮▮▮▮▮▮▮9065 (the "JPMC ▮▮▮▮ Account") for the possible purpose of soliciting underage prostitutes for the period 01/04/2006 to 06/08/2007.

It should also be noted that EPSTEIN was a suspect in SAR #122780 which was filed on 08/15/2008 to report unusual patterns of check cashing followed by EPSTEIN's guilty plea of soliciting prostitution; and SAR #964373 filed 08/08/2013 to report unusual withdrawals of cash.

Since the prior SAR filing, no wire transfers were found to be remitted from the JPMC Epstein Account nor were wires received into the ▮▮▮▮ Bear Account; however, JPMC has identified four (4) wires remitted from a non-JPMC account maintained for EPSTEIN to the JPMC ▮▮▮▮ Account. Additionally, one (1) wire was also remitted from a non JPMC account maintained for Epstein to a JPMC account maintained for customer ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ numbered ▮▮▮▮0800 (the "JPMC ▮▮▮▮ Account"). It should be known that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Thus these wires appear to be related to procurement of underage prostitutes.

Specifically, from 01/28/2015 through 09/24/2015, EPSTEIN remitted four (4) wires totaling $137,625.44 via his accounts at Deutsche Bank from Butterfly Trust accounts in St. Thomas Virgin Islands numbered ▮▮▮▮0552 (the "Butterfly Account #1"), and account numbered ▮▮▮▮6976 (the "Butterfly Account #2"), to the JPMC ▮▮▮▮ Account. Internal records revealed that the Butterfly Account #1 and Butterfly Account #2 correspond to the following address - 6100 RED HOOK QUARTER, B3 ST. THOMAS US Virgin Islands. A Google search of the address revealed a match to Epstein which also lists Epstein as a registered sex offender http://www.homefacts.com/offender-detail/NY33216/Jeffrey-E-Epstein.html.

Also, on 02/06/2015, Epstein wired $15,000 from his Butterfly Account #1 to the JPMC ▮▮▮▮ Account. Please see the attached .csv file for transaction details.

It should be noted that JPMC Epstein Account was closed in 02/27/2014; the JPMC ▮▮▮▮ Account was closed at the end of 12/29/2015; and JPMC ▮▮▮▮ Account was closed in 01/12/2016.

As reported in the previous SAR filing #1367652, these wires raised JPMC's concerns because ▮▮▮▮▮▮▮▮ a former model and now a pilot, has been cited by US law enforcement as a co-conspirator of EPSTEIN's who allegedly helped him solicit underage prostitutes. EPSTEIN was convicted in 2008 for soliciting underage prostitutes and for participating in child trafficking and was given an 18 month prison sentence of which he served 13 months in jail and is now a registered level three sex offender.

Recent articles about EPSTEIN's activity can be accessed via the below links:

http://www.dailymail.co.uk/news/article-3405407/The-busy-life-Jeffrey-Epstein-Group-gorgeous-Manhattan-girls-billionaire-pedophile-s-mansion-flies-private-jet-attractive-brunette.html

http://www.thepoliticalinsider.com/breaking-sex-slave-makes-disturbing-accusations-bill-clinton/

http://www.foxnews.com/us/2016/05/13/flight-logs-show-bill-clinton-flew-on-sex-offenders-jet-much-more-than-previously-known.html

http://hotair.com/archives/2016/05/13/bill-clinton-took-26-flights-with-sex-offender-jeffrey-epstein/

JPMC is reporting $152,626 ($152,625.44 rounded to the nearest dollar) which represents the total amount of wires received into JPMC ▮▮▮▮ Account and JPMC ▮▮▮▮ Account from Epstein that may related to procurement of underage prostitutes. The cumulative amount reported is $310,524, which includes the $157,898 reported in the prior SAR and the $152,626 reported in this SAR. The aggregate date range of this SAR and the prior SAR is 01/04/2006 to 09/24/2015.

The activity reported herein occurred from 01/28/2015 through 09/24/2015.

It should also be noted that no occupation could be located for Epstein, ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002195

Any and all other individuals or entities noted in this narrative are not considered suspects because JPMorgan has no reason to believe that they were involved in the suspicious activity.

Additional affected accounts that are not related to a subject:
Institution TIN  Account Number ▇▇▇▇9065 Closed N Non-US Financial Institution Y
Institution TIN  Account Number ▇▇▇▇0552 Closed N Non-US Financial Institution N
Institution TIN  Account Number ▇▇▇▇6976 Closed N Non-US Financial Institution N

Supporting documentation associated with this report (SAR #: SAR_NA_36642109) includes, but may not be limited to, documents maintained or identified in case file # CASE_AML_NA_35860960 and can be retrieved upon request. Upon the appropriate and validated request of a regulator or law enforcement agency, supporting documentation will be provided.
SAR #: SAR_NA_36642109 Case #: CASE_AML_NA_35860960

For Assistance contact JPMorgan Chase LE Fulfillment team at:
le.request@jpmchase.com or call: 1-855-844-1064 or fax: 877-899-1868.

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00002196