# FILED UNDER SEAL

# EXHIBIT 4

# KYC Profile

## Customer Details

**Customer Legal Name**
HBRK ASSOCIATES INC

**ECI**
0220795242

**AML Customer Type**
Non-Operating/Asset Holding

Confidential    JPM-SDNYLIT-00184442

# KYC Profile

## Customer Information

Customer Name: HBRK ASSOCIATES INC

### Customer Details

**Full Legal Business Name**
HBRK ASSOCIATES INC

**DBA Name(s)**

**ECID**
0220795242

**Type of ID**
TIN

**ID Number**
XXXXX3838

### Detailed Business Description and North American Industry Classification (NAICS)

**NAICS Code and Description**
Personal Investment Companies - 525997

**Provide a detailed description of the business**

### Business Structure

**Document the legal entity type**
Corporation

**Ownership Type**
Privately Held

### Contact Information

**Physical address of principal place of business or local office**
575 LEXINGTON AVE FL 4
NEW YORK, New York 100226146
United States/US territories

### Other Details

**AML Customer Type**
Non-Operating/Asset Holding

**AML Customer Subtype(s)**

**AML Sub LOB Owner**

**AML Product Type**

# KYC Profile

| List Type | Evidence | Document Name | |
|---|---|---|---|
| Government Lists | Government Lists | GSM191022-067100 | Relationship List - Enterprise Wide.BDF |

**Description of True Match**

DESCRIPTION OF TRUE MATCH:

Additional AML comments : Customer is a match from Terminated Relationship Screening. AML previously closed customer relationship. Please refer to AML Account Closing Case LOB_ESC_NA_130677424. Open accounts under ECI 0348712448.
RELATED PARTY ECI: 0396523581
LOB CLOSURE CASE: CCB Consumer
DATE OF CLOSURE: 10/07/2019
REGION &COUNTRY: N/A USA

RELATIONSHIP MANAGER (if available): N/A

OUTCOME AND RATIONALE:

CCB is EXITING and adding/affirming the TRMRL record for RICHARD D KAHN (ECI: 0348712448 & 0441927296), RDK PROPERTIES LLC (ECI 0396523581), as approved by Jennifer Haycook/I615125 this escalation was a direct match/had direct account ownership to a previously closed entity that was terminated by the firm. Based on the aforementioned information, this escalation will be submitted through the closure process due to the previously identified AML/KYC risks with closure reason of unresolved operational risk and chase affiliate has closed your account.

RICHARD D KAHN (ECI: 0348712448 & 0441927296) is a true match via ECI and is the sole owner of RDK PROPERTIES LLC (ECI 0396523581). Customer was previously exited for RICHARD KAHN was a primary actor in the movement of EPSTEINs funds, employed as his longtime lawyer/accountant. KAHN is president of EPSTEINs charity, controlled the movement of EPSTEINS funds that potentially assisted in facilitating the sex trafficking ring, and is one of two executors of EPSTEINs will. Based on the aforementioned, we affirm the previous decision to exit the customer.

**Does this matter need to be escalated?**

Yes

**To whom was this escalated?**

**Title**

Sr Business Management

**Indicate the outcome of the escalation and provide a rationale**

DESCRIPTION OF TRUE MATCH:

Additional AML comments : Customer is a match from Terminated Relationship Screening.

Confidential
JPM-SDNYLIT-00184460

# KYC Profile

| List Type | Evidence | Document Name | |
|---|---|---|---|
| AML previously closed customer relationship. Please refer to AML Account Closing Case LOB_ESC_NA_130677424. Open accounts under ECI 0348712448.<br>RELATED PARTY ECI:  0396523581<br>LOB CLOSURE CASE: CCB Consumer<br>DATE OF CLOSURE: 10/07/2019<br>REGION &COUNTRY: N/A USA<br><br>RELATIONSHIP MANAGER (if available): N/A<br><br>OUTCOME AND RATIONALE:<br><br>CCB is EXITING and adding/affirming the TRMRL record for RICHARD D KAHN (ECI: 0348712448 & 0441927296), RDK PROPERTIES LLC (ECI 0396523581), as approved by Jennifer Haycook/I615125 this escalation was a direct match/had direct account ownership to a previously closed entity that was terminated by the firm. Based on the aforementioned information, this escalation will be submitted through the closure process due to the previously identified AML/KYC risks with closure reason of unresolved operational risk and chase affiliate has closed your account.<br><br>RICHARD D KAHN (ECI: 0348712448 & 0441927296) is a true match via ECI and is the sole owner of RDK PROPERTIES LLC (ECI 0396523581). Customer was previously exited for RICHARD KAHN was a primary actor in the movement of EPSTEINs funds, employed as his longtime lawyer/accountant.  KAHN is president of EPSTEINs charity, controlled the movement of EPSTEINS funds that potentially assisted in facilitating the sex trafficking ring, and is one of two executors of EPSTEINs will. Based on the aforementioned, we affirm the previous decision to exit the customer. | | | |
| Internal and Other Government Lists | Internal and Other Government Lists | RICHARD D KAHN GSM210908-061003 | Terminated Relationship List - Enterprise Wide.BDF |

**Description of True Match**

DESCRIPTION OF TRUE MATCH:

Additional AML comments : Customer is a match from Terminated Relationship Screening. AML previously closed customer relationship. Please refer to AML Account Closing Case LOB_ESC_NA_126389423 Open accounts under ECI: 0348712448 Related ECI: N/A LOB CLOSURE CASE: CCB DATE OF CLOSURE: 08/26/2019 REGION

**Does this matter need to be escalated?**

Yes

**To whom was this escalated?**

**Title**

Sr Business Management