# FILED UNDER SEAL

# EXHIBIT 31

USCG Due Diligence Report - Individual 

DDR Name: Jeffrey Epstein ~
DDR Type: REVISED
DDR Status: Process Completed

## Banker Information

| | |
|---|---|
| Banker: | Paul V Morris/JPMCHASE |
| LE/OU: | 102/29338 |
| Banker SID: | N256838 |
| Banker BAC: | 8634--CHBG |
| Banker FNEN: | 01 |

**Banker History:**

03/04/2010 11:08:12 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Paul V Morris/JPMCHASE.
07/28/2006 11:00:04 PM - CRD / Notrix changed: Banker from Jeffrey M Matusow/JPMCHASE to Mary C Casey/JPMCHASE.
07/15/2006 11:00:44 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Jeffrey M Matusow/JPMCHASE.
07/10/2006 11:00:44 PM - CRD / Notrix changed: Banker from Robert Baynard/JPMCHASE to Mary C Casey/JPMCHASE.
07/07/2006 11:00:21 PM - CRD / Notrix changed: Banker from Jeffrey M Matusow/JPMCHASE to Robert Baynard/JPMCHASE.
06/24/2006 11:00:45 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Jeffrey M Matusow/JPMCHASE.
01/19/2006 11:00:30 PM - CRD / Notrix changed: Banker from Mary Rieth/JPMCHASE to Mary C Casey/JPMCHASE.
04/22/2005 10:10:28 PM - CRD / Notrix changed: Banker GID from 00000043917 to U043917.

## DM ID Link Information

The DM for this DDR is DM Name -JEFFREY E EPSTEIN CAS ID - 9710670708.
The following DDR's are associated with this Decision Maker .

| DDR Name | Banker | Security Services Search Date |
|---|---|---|
| 116 East 65th St., LLC | Morris, Paul V | 02/02/2009 |
| Darren K. Indyke PLLC | Morris, Paul V | 10/17/2008 |
|  | Morris, Paul V | 02/08/2004 |
| EMMCAC, LLC | Morris, Paul V | 08/06/2004 |
| Epstein, Jeffrey | Morris, Paul V | 03/07/2011 |
| Financial Trust Company, Inc. | Morris, Paul V | 08/11/1999 |
| Financial Trust Company, Inc. | Morris, Paul V | 05/21/2003 |
| Freedom Air International, Inc. | Morris, Paul V | 03/11/2010 |
| HBRK Associates Inc. | Morris, Paul V | 10/17/2008 |
| Hyperion Air, Inc. | Morris, Paul V | 02/03/2009 |
| I-Correct.com LLC | Morris, Paul V | 01/30/2009 |
| Indyke, Darren K | Morris, Paul V | 01/15/2010 |
| Jege, Inc. | Morris, Paul V | 02/03/2009 |
| LYN & JOJO LLC | Morris, Paul V | 07/31/2006 |
|  | Morris, Paul V | 02/08/2004 |
| MAX Foundation | Morris, Paul V | 12/10/2009 |
| New York Strategy Group, LLC | Morris, Paul V | 04/16/2003 |
| Plan D, Inc. | Morris, Paul V | 01/30/2009 |
| The 2007 Jeffrey E Epstein Insurance Trust #2 - November 1, 2007 | Morris, Paul V | 12/01/2008 |
|  | Morris, Paul V | 12/02/2008 |
| The 2007 Jeffrey E Epstein Insurance Trust #3 dtd November 1, 2007 | Morris, Paul V | 11/25/2008 |
|  | Morris, Paul V | 01/28/2004 |
| The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 |  |  |
| The C.O.U.Q. Foundation, Inc. |  |  |
| The Haze Trust |  |  |

## Name/Contact Information

○ New Client (No Decision Maker/UCAS/PCN Exists)
● Existing Client (Decision Maker/UCAS/PCN Exists)
○ Prospect (must be converted to a client prior to the account opening.)

**EXHIBIT** Langford 53
Date: 5/3/23
MLG, CSR, RPR, CRR

JPMC Internal Use Only

☐ Backlog Client

Relationship Activity Summary - Jeffrey Epstein - 9710670708 - 2010.pdf

Is this DDR being used for multiple entities?    ○ Yes  ● No

| | |
|---|---|
| Last Name: | Epstein |
| First Name: | Jeffrey |
| Middle Name/Initial: | |
| Previous Last Name(s): | |
| Title: | |
| Business Name: | J. Epstein & Co.<br>(To Record Individual's Ownership Or Employer) |

| Addresses | Primary Address<br>(Legal address on account) | Business Address<br>(Other than Primary Address) |
|---|---|---|
| Name: | Jeffrey Epstein | |
| Attention: | c/o HBRK Associates | |
| Address Line 1: | 301 East 66th Street, Suite 10B | |
| Address Line 2: | | |
| City: | New York | |
| State: | NY | |
| Province: | | |
| Postal/Zip Code: | 10065 | |
| Country: | USA | UNITED STATES |

| | |
|---|---|
| Legal Entity: | Individual / Joint |
| Industry Code: | PRIVATE HOUSEHOLDS<br>NAIC Code: 814100 |
| Citizenship: | USA |
| Date of Birth: | ▮▮▮▮953<br>(Use 4-digit year) |
| Gender: | Male |
| Tax ID # : | ▮▮▮▮3348<br>Remember to collect W-8's or other applicable tax forms for each jurisdiction. |
| Passport/Drivers License #: | |
| Home Phone: | ( )- |

**Introduction Information**

| | |
|---|---|
| Introduction Type: | Other |
| Specific Information: | Jeffrey Epstein is an existing client. |
| Met With Principal? | ● Yes  ○ No |

If you did not meet the Principal, give an indication of why you haven't met the individual and when you will.
N/A

What form of government issued identification document did you obtain for the files?
Driver's License

**Financial Information**

| | |
|---|---|
| Occupation, Business or Employer of the Client: | Money manager |
| Net Worth of Client: | $ 300 (USD millions) |
| Documentation/ Information obtained to confirm stated net worth of the Client: | accounts held at JPM, knowledge of ownership of certain assets, and public articles |
| Source Of Wealth: | Other |
| Please Describe: | Epstein has made his wealth managing money for wealthy individuals |
| Other (Provide detailed and specific information) | Epstein managed money for wealthy individuals, most notably Leslie Wexner until 02/08. |

### Transaction Profile/Expected Account Activity

| | |
|---|---|
| What is the purpose/intended use of this account? | Operational/household checking accounts and custody account to hold money market funds. |

Please select each "Product Type" that applies. Within each product type, please check ALL transaction types that apply and provide a description of expected account activity. (document expected sources of inflows and destinations of transfers, countries, and types of payors/payees. Include where is the money coming from - example : A specific bank or firm and purpose of specific transactions, if known)

| Product Type - Select all that apply | Transaction Types - Select all that apply and expected activity level ( L = 1-5, M = 6-12, H = >12 transactions per month) | Anticipated $ Amount Totals per month – Please provide at least an estimate |
|---|---|---|
| Deposit/Current Accounts (Checking, Savings, Money Market) ● Yes ○ No | Cash ( withdrawals/deposits) - ○ Low ● Medium ○ High | $10000 to $25000 |
| | Check deposits / Check paid - ○ Low ● Medium ○ High | $500000 to $1MM |
| | Wire Incoming & Outgoing - ○ Low ● Medium ○ High | $1MM to $5MM |
| | Internal Transfers - ○ Low ● Medium ○ High | $1MM to $5MM |
| | Other - ○ Low ○ Medium ○ High | |
| Please describe in detail expected account activity for this product : | | Account is used for maintenance of his various homes and lifestyle expenses; not unusual for the client to pull cash out up to $50K. Personal accts. are primarily funded from Mr. Epstein's personal investment entity (which invests mostly in JPM MM Funds). |
| Investment Products (Custody,Brokerage,Agency,Margin) ● Yes ○ No | Cash ( withdrawals/deposits)- ○ Low ○ Medium ○ High | |
| | Check deposits / Check paid - ○ Low ○ Medium ○ High | |
| | Wire Incoming & Outgoing - ● Low ○ Medium ○ High | Below $1MM |
| | Internal Transfers - ● Low ○ Medium ○ High | $1MM to $5MM |
| | Purchase & Sells - ○ Low ○ Medium ○ High | |

| | Other | |
|---|---|---|
| | ○ Low   ○ Medium   ○ High | |
| Please describe in detail expected account activity for this product : | | Custody account currently holds a money market fund. |
| Fiduciary (Investment Mgmt. / Trust) ○ Yes  ● No | | |
| Credit type facilities (Line of Credit, Mortgage, Letter of Credit) ○ Yes  ● No | | |

### Required Security Services Checks

| Security Search Type: | Full |
|---|---|
| Note for Security Services: Please list any specific search requests/instructions to Security Services here | Please update with any new information since the last search was conducted.  Please include all information as this will be the primary DDR that will be used for annual review for Jeffrey Epstein. |

### Security Services Information

A Security Services Check is REQUIRED for New Clients and Prospects
This section to be completed by the Security Services Group:

List Individuals and Corporate Entities Investigated:
  Please Note: All research is subject to the availability of electronic database resources.
Attachment:



1309811B.doc  2065010B.doc  1137404B.doc  210203B.doc  739106B.doc  742010B.doc  10071008B.doc

| Search Type | Is Further Review by Banker Required? | Security Service Details: | Banker Response: |
|---|---|---|---|
| Company Information | No | Information not confirmed; details included in the attachment.  Reference section of the DDR titled "Red Dot (derogatory information) identified:" to view the specifics on the adverse information GS&I has identified for this account | |
| Corporate Records | No | No records were found. | |
| Other Database Searches (RDC/CDC/MIS) | No | No RDC/CDC/MIS records were found.  Sex Offender: Information confirmed; details included in the attachment.  -------  CSSS:  Information confirmed; details included in the attachment.  Reference section of the DDR titled "Red Dot (derogatory information) identified:" to view the specifics on the adverse information GS&I has identified for this account. | |
| Civil Court Action | No | No records were found. | |
| Federal & State Court Action | No | No records were found. | |
| Personal Particulars | No | No additional research necessary. | |
| Publications | No | Information confirmed; details included in the attachment.  Reference section of the DDR titled "Red Dot (derogatory information) identified:" to view the specifics on the adverse information GS&I has identified for this account. | |
| Regulatory Sanctions | No | No records were found. | |

| OFAC/Control List Search | No | No records were found. | |

Has this been identified as a Red Dot DDR? :  ⦿ Yes  ○ No

Red Dot (derogatory information) Identified:

Red Dot information is any derogatory information identified by Global Security Services which warrants the attention of the banker. The presence of "Red Dot" information does not necessarily mean that an existing relationship will be exited or a potential client relationship not pursued. The banker should document any conversations that have taken place with the client/prospect, if any, with regard of the issue and whether or not this impacts his/her, or management's decision to continue with or accept the person/entity as a client.

| Security Service Details (Include DDR names in which this was previously reported, if any) | Proceed with or maintain the client relationship Yes / No | Banker Response (If "Yes", please provide your rationale for proceeding with or maintaining the client relationship. If "No", please specify steps that will be taken) |
|---|---|---|
| The following information was previously reported to Mary C Casey on 09/21/2006 under the account YHS, LLC (DDR # 7391/06):<br><br>Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes. Jeffrey Epstein served 13 months in jail.<br><br>As of 3/4/2011:<br><br>Numerous articles detail various law enforcement agencies investigating Jeffrey Epstein for allegedly participating in child trafficking and molesting underage girls.<br><br>Jeffrey Epstein is required to register as a sex offender.<br><br>Jeffrey Epstein has settled a dozen civil lawsuits out of court from his victims regarding solicitation for an undisclosed amount.<br><br>MC2 Model Management received $1 million from Epstein in 2005. It is unknown if the money was given as a secret investment or payment for services as a procurer.<br><br>Jean Luc Brunel, owner of MC2 Model Management and Jeffrey Epstein engaged in racketeering that involved luring in minor children for sexual play for money. In addition, Brunel was a frequent passenger on Epstein's private jet and often visited Epstein in jail.<br><br>MC2 Model Management was issued a citation by the Florida Business and Professional Regulation for acting as a talent agent without a license.<br><br>MC2 Model Management LLC has two outstanding federal tax liens totaling $593,789 ($443,728 + $150,061). | ⦿ Yes  ○ No | As per internal discussions |

| Expense No.: | 99/137001 |
|---|---|
| Total Costs: | $0.00 |
| Signed by: | Ashish S Patel |

| Dated: | 03/07/2011 01:25:02 PM |
|---|---|

### Individual Checks

| Background Check | Date (Required If Check Carried Out) | Comments (Required If Check Carried Out) |
|---|---|---|
| ☑ Morgan Network | 02/12/2009 | Jeffrey Epstein is an existing client of PB. In years past, he was an active brokerage client, particularly foreign |

Confidential                                                           JPM-SDNYLIT-00036574

| | | |
|---|---|---|
| | | exchange, and as of this year he is a custody-only client. Formerly, Jeffrey Epstein was a money manager for high net individuals, most notably Leslie Wexner. Wexner was a JPM client and then retained Epstein as his advisor in the late 90s. Mr. Wexner terminated his relationship with Epstein in 02/2008.<br><br>Epstein is well known to several JPM PB employees and to Jes Staley. The purpose of this DDR is to refresh our due diligence on Mr. Epstein. Mr. Epstein was convicted of a felony charge in 2008. Jes Staley conferred with Stephen Cutler and the decision was made to keep Mr. Epstein as a PB client. |
| ☐ TRW/CIC | | |
| ☐ Lexis Nexis | | |
| ☐ Dun_Bradstreet | | |
| ☐ Bank References | | |
| ☐ Directories | | |
| ☐ Bus Social Contacts | | |
| ☐ Other | | |

### Summary

| | |
|---|---|
| Summary Of Findings: | Jeffrey Epstein is an existing client of PB. In years past, he was an active brokerage client. Formerly, Jeffrey Epstein was a money manager for high net worth individuals, most notably Leslie Wexner. Wexner was a JPM client and then retained Epstein as his advisor in the late 90s. Mr. Wexner terminated his relationship with Epstein in 02/2008.<br><br>Mr. Epstein is well known to several JPM PB employees and to Jes Staley. Mr. Epstein was convicted of a felony charge in 2008 and was to serve an 18-month prison sentence. Jes Staley conferred with Stephen Cutler and the decision was made to keep Mr. Epstein as a client.<br><br>6-18-10: Mr. Epstein is currently serving out his house arrest. Our view is that Mr. Epstein has served his time and completing his duties to society. We are assessing the situation closely and monitoring the occasional news stories regarding Mr. Epstein and civil lawsuits. Mr. Epstein is managing his own personal wealth.<br><br>January 27, 2011 update: A few news stories during 2010 connects Jeffrey Epstein to human trafficking. The coverage team along with Catherine Keating and William Langford all met to discuss the situation and agreed to enhance monitoring and document a discussion with the client. Jes Staley discussed the topic with Jeffrey Epstein who replied there was no truth to the allegations, no evidence and was not expecting any problems. We will continue to monitor the accounts and cash usage closely going forward. |
| Anticipated Product(s) | Custody<br>Deposits |

### Number Assignments

| | |
|---|---|
| Standalone Entity? | ☐ Yes ☒ No<br>If this legal entity is or will be a Client (PCN) or Prospect answer YES.<br>If this legal entity is or will be part of an Existing PCN relationship answer NO. |
| If "No" above, then indicate the Client (PCN):<br>Ultimate Customer Number (UCN): | 1405152<br>9710670708 |
| Optionally, you may indicate the Affiliation Number: | |
| SPN Required?<br>SPN#: | ☐ Yes ☒ No<br>1405152 |
| CAS ID: | 9710670708 |

### Approval Information

| | |
|---|---|
| Public/High Profile Figure | Yes |
| If a Public/High Profile figure, please select one of the following: | Other<br>If other please describe:<br>Convicted Felon<br>• Public/High Profile Figures: Explain the individual's position as/association with a senior political official/prominent person |
| High Risk Jurisdiction | No |
| High Risk Business | No |
| Banker: | Paul V Morris/JPMCHASE |
| LE/OU: | 102/29338 |
| Senior Manager: | Marcus Sheridan/JPMCHASE |
| Area Head: | Catherine Keating/JPMCHASE |

### Annual / Periodic Review Information

Annual/Periodic Review Due in:  12 months

This annual/periodic review is for DMID # 9710670708 - DMID Name: JEFFREY E EPSTEIN
The actual review is being conducted within the Ranch Lake III, Inc. DDR.

**Banker Approval Information**

Sponsorship affirmation -
Based on my due diligence and the information provided , I approve and accept sponsorship of Jeffrey Epstein ~ as a Client from inception and throughout the client relationship.
Paul V Morris   03/07/2011 02:37:45 PM

**Senior Manager Approval Information**

Based on the information provided and the approval granted by *Paul V Morris*, I approve the acceptance of Jeffrey Epstein ~ as a Client.

Marcus Sheridan   03/29/2011 10:44:53 AM

**Area Head Approval Information**

Based on the information provided and the approval granted by Paul V Morris and Marcus Sheridan, I approve the acceptance of Jeffrey Epstein ~ as a Client

Catherine Keating   04/14/2011 04:55:58 PM

### Quality Reviewer Information

| | |
|---|---|
| 1st Quality Review Comment: | Bonnie K Perry on 1/12/2009 10:23:42 AM  Comments : Ok to approve. |
| 2nd Quality Review Comment: | Bonnie K Perry on 6/9/2010 2:42:34 PM  Comments : DDR needs to include more up to date information as to Mr. Epstein's current circumstances. |
| 3rd Quality Review Comment: | Bonnie K Perry on 6/28/2010 1:42:40 PM  Comments : Exceptions have been addressed. Review of account activity did not reveal anything out of the ordinary. |

Confidential

JPM-SDNYLIT-00036576

|  | Personal accounts are typically funded from Jeffrey Epstein's investment entity and then Mr. Epstein disburses money to various other accounts used in support of his homes, legal fees, insurance, etc. Ok to approve. |
|---|---|
| 4th Quality Review Comment: | Bonnie K Perry on 4/1/2011 5:22:43 PM Comments : DDR was updated to include additional information with regard of the client's situation. Accts. are being closely monitored by AML Ops. |
| 5th Quality Review Comment: |  |

**Admin Comments**

| Admin Comments: | DDR would not allow annual review. There is an error message that another DDR within the relationship is already undergoing annual review, therefore this DDR did not produce an annual review alert in February as it should have. |
|---|---|
| By: | Bonnie K Perry/JPMCHASE |
| Date: | 04/09/2010 06:19:17 PM |

Admin Comments History :

**Document History**

| Created: 05/12/2003 | By: Mary Rieth |
|---|---|
| Last Modified: 04/14/2011 | By: Catherine Keating |
| Submitted: 03/29/2011 10:44:53 AM | By: Marcus Sheridan |

**Audit History**
38. 'Area Head Approval' performed by: Catherine Keating on: 04/14/2011 04:56:13 PM
37. Quality Review performed by: Bonnie K Perry on: 04/01/2011 05:22:48 PM
36. 'Senior Manager Approval' performed by: Marcus Sheridan on: 03/29/2011 10:44:53 AM
35. Button: 'Change Senior Manager' performed by: Bonnie K Perry on: 03/07/2011 04:31:17 PM
34. 'Banker Approval' performed by: Paul V Morris on: 03/07/2011 02:37:48 PM
33. Submitted for Banker Approval SS Type = Full performed by: Ashish S Patel on: 03/07/2011 01:25:05 PM
32. Changed DDR Status from: Awaiting Banker Approval to Awaiting Security Services Research performed by: Mary E Meisner on: 03/07/2011 12:07:48 PM
31. Submitted for Banker Approval SS Type = Full performed by: John J O'reilly on: 03/04/2011 04:30:08 PM
30. Button: 'Flag: Security Check has begun' performed by: John J O'reilly on: 03/04/2011 04:29:39 PM
29. Button: 'Print' performed by: Ligaya X Felismino-Stesner on: 02/22/2011 04:10:12 PM
28. Submitted for Security Services Approval performed by: Paul V Morris on: 02/22/2011 02:35:45 PM
27. Button : 'Update/Revise DDR' performed by: Paul V Morris on: 02/22/2011 02:21:53 PM
26. Area Head Approved on Behalf of Catherine Keating because designated Area Head is Confirmed with Catherine on 7/9/10 performed by: Dustin F Kennedy on: 07/09/2010 03:00:18 PM
25. Quality Review performed by: Bonnie K Perry on: 06/28/2010 01:42:58 PM
24. Changed DDR Status from: Awaiting Banker Approval to Awaiting Area Head Approval performed by: Bonnie K Perry on: 06/28/2010 01:38:01 PM
23. Changed DDR Status from: Awaiting Area Head Approval to Awaiting Banker Approval performed by: Bonnie K Perry on: 06/28/2010 01:32:45 PM
22. 'Senior Manager Approval' performed by: Mary C Casey on: 06/18/2010 12:57:11 PM
21. 'Banker Approval' performed by: Paul V Morris on: 06/18/2010 12:11:19 PM
20. Changed DDR Status from: Awaiting Senior Manager Approval to Awaiting Banker Approval performed by: Bonnie K Perry on: 06/09/2010 03:05:18 PM
19. Quality Review performed by: Bonnie K Perry on: 06/09/2010 02:42:42 PM
18. 'Banker Approval' performed by: Paul V Morris on: 06/08/2010 01:34:50 PM
17. Submitted for Banker Approval SS Type = Full performed by: Viktoriya X Ignatenko on: 04/16/2010 10:12:12 AM
16. Button: 'Print' performed by: Javia S Hairston on: 04/12/2010 10:39:27 AM
15. Submitted for Security Services Approval performed by: Bonnie K Perry on: 04/09/2010 06:17:44 PM
14. Button : 'Update/Revise DDR' performed by: Bonnie K Perry on: 04/09/2010 06:14:18 PM
13. 'Area Head Approval' performed by: Catherine Keating on: 02/24/2009 09:02:12 AM
12. 'Senior Manager Approval' performed by: Marcus Sheridan on: 02/12/2009 06:31:53 PM
11. 'Banker Approval' performed by: Mary C Casey on: 02/12/2009 01:26:59 PM
10. Changed DDR Status from: Awaiting Area Head Approval to Awaiting Banker Approval performed by: James Dalessio on: 01/12/2009 03:40:22 PM
9. Quality Review performed by: Bonnie K Perry on: 01/12/2009 10:23:52 AM
8. 'Senior Manager Approval' performed by: Marcus Sheridan on: 12/16/2008 12:58:02 PM
7. 'Banker Approval' performed by: Mary C Casey on: 12/12/2008 12:40:38 PM
6. Submitted for Banker Approval SS Type = Full performed by: Matthew P Hynson on: 12/10/2008 02:06:23 PM
5. Button: 'Flag: Security Check has begun' performed by: Ligaya X Felismino-Stesner on: 12/02/2008 02:20:42 PM
4. Button: 'Print' performed by: Ligaya X Felismino-Stesner on: 12/02/2008 02:18:15 PM
3. Submitted for Security Services Approval performed by: Mary C Casey on: 12/02/2008 01:58:52 PM
2. High Risk Business set to 'No' because Epstein is a high profile/controversial figure (as noted) but does not run a high risk business. - performed by: Mary C Casey on: 12/02/2008 01:56:23 PM
1. Button : 'Update/Revise DDR' performed by: Mary C Casey on: 12/02/2008 11:58:59 AM

Converted Tracking Document History:
  1. Client Manager Approval by: Mary Rieth on 05/28/2003 08:34:02 AM.
  2. Senior Manager Approval by: Tad C Smith on 05/28/2003 09:04:12 AM.
  3. Awaiting Security Services Research by: Mary Rieth on 05/14/2003 11:15:48 AM.
  4. Security Services Sign-Off by: Vanessa A Budhu on 05/21/2003 10:25:48 AM.

Confidential

JPM-SDNYLIT-00036577


STG04444

Confidential

JPM-SDNYLIT-00036578