# FILED UNDER SEAL

## EXHIBIT 36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,

          Plaintiff,

                     Case No.

   -against-           1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - x


         C O N F I D E N T I A L


     Videotaped oral deposition of
MARYANNE RYAN taken pursuant to notice,
was held at BOIES SCHILLER FLEXNER LLP,
commencing May 24, 2023, 9:39 a.m., on
the above date, before Leslie Fagin, a
Court Reporter and Notary Public in the
State of New York.



       MAGNA LEGAL SERVICES
         (866) 624-6221
        www.MagnaLS.com



Page 19

```
 1           M. Ryan - Confidential

 2      Q.   And then who is Rick Seba?        09:53:32

 3      A.   Rick was a counterparty of mine   09:53:36

 4  when I joined the bank who was the same as I 09:53:41

 5  was, just for another line of business.     09:53:47

 6      Q.   Why would you have been cc'd on    09:53:49

 7  this email?                                 09:53:53

 8           MR. KRAUSE:  Objection.           09:53:54

 9      A.   James would have sent up emails to 09:53:56

10  us, and I was fairly new at the bank so he   09:54:06

11  included myself and others that did things   09:54:13

12  for the private bank in this email.          09:54:17

13      Q.   And looking at the subject line,   09:54:19

14  New PSAR-Jeffrey Epstein.                    09:54:23

15           What is your understanding of the  09:54:28

16  meaning of that subject?                     09:54:30

17      A.   PSAR was an acronym that the bank  09:54:32

18  utilized that logged potential suspicious    09:54:37

19  activity report.                             09:54:43

20      Q.   Looking in the message portion of  09:54:44

21  the email, where it says, News/Sonar Cash    09:54:46

22  Rpts.                                        09:54:46

23           What is your understanding of the  09:54:53

24  meaning of that?                             09:54:55

25      A.   Sonar was an alerting engine that  09:54:57
```



Page 56

```
 1            M. Ryan - Confidential
 2       A.   I do.                               10:47:56
 3       Q.   Why did you write, I don't want to  10:47:56
 4  forget about this guy?                        10:48:00
 5       A.   I don't recall this email.  But     10:48:01
 6  clearly I didn't talk to Phil yet, so I       10:48:07
 7  reminded him we want to talk.                 10:48:10
 8       Q.   Is it possible that this was        10:48:12
 9  important to you because you did not often    10:48:16
10  work with clients that were convicted felons? 10:48:18
11            MR. KRAUSE:  Objection.             10:48:21
12       A.   No.  I think we were a little busy  10:48:22
13  around this time at JPMorgan.                 10:48:25
14       Q.   We are going to move up the chain   10:48:28
15  again, this time to an email written by you,  10:48:30
16  Maryanne Ryan, December 1, 2010 at 10:48 a.m. 10:48:33
17            And you write in response to Phil   10:48:39
18  DeLuca:  Yes, in the PB and approved to stay  10:48:44
19  after his criminal conviction by Cutler.  My  10:48:47
20  fear is will all our touting of goodwill on   10:48:51
21  the HT work, if anyone should ever say yet we  10:48:54
22  bank Epstein, a known child sleaze.           10:48:59
23            Do you see that?                    10:49:03
24       A.   I do.                               10:49:03
25       Q.   What is the HT work?                10:49:04
```



Page 57

1              M. Ryan - Confidential

2        A.    It was a project that was going on      10:49:09

3   within investigations related to human            10:49:13

4   trafficking and certain typology work that        10:49:21

5   they were looking to dig through to identify      10:49:28

6   human trafficking.                                10:49:34

7        Q.    What did you mean by, our touting       10:49:36

8   of goodwill?                                      10:49:39

9        A.    Phil was involved and was given an      10:49:40

10  award by someone with regards to some of the      10:49:51

11  work the bank had done in the human               10:49:55

12  trafficking space.                                10:49:57

13       Q.    Was that an award given by the bank     10:49:57

14  or by an external organization?                   10:50:00

15       A.    External.                              10:50:02

16       Q.    When you call Epstein, a known          10:50:04

17  child sleaze, what did you mean by that?          10:50:14

18       A.    Clearly I was reading the articles      10:50:17

19  that he was alleged to have done some             10:50:21

20  inappropriate things, so I said it as I saw       10:50:24

21  it.                                               10:50:27

22       Q.    So your understanding at that time      10:50:28

23  was that Epstein was a child sleaze?              10:50:31

24            MR. KRAUSE:   Objection.                10:50:37

25       A.    That's what I wrote.                    10:50:38



Page 68

1           M. Ryan - Confidential

2    time as to whether the bank should have            11:19:59

3    retained Jeffrey Epstein as a client?             11:20:01

4        A.    I believe I did at this time.           11:20:05

5        Q.    What was that opinion?                   11:20:08

6        A.    I thought that Jeffrey Epstein          11:20:10

7    should go.                                         11:20:14

8        Q.    By go, you mean that the bank           11:20:16

9    should no longer keep him as a client?            11:20:18

10       A.    Correct.                                 11:20:20

11       Q.    When you say, the sleazy PB client,     11:20:21

12   are you referring to the allegations of           11:20:28

13   sexual misconduct with children that you had      11:20:33

14   referred to in a previous email?                  11:20:36

15       A.    Likely, yes.                             11:20:39

16       Q.    Is there anything else you can          11:20:40

17   think of that you might have been referring       11:20:42

18   to when you said, the sleazy PB client?           11:20:44

19       A.    No.                                      11:20:47

20       Q.    Moving up to the next email from        11:20:48

21   Phil DeLuca to you, Maryanne Ryan, on January     11:20:52

22   6, 2011.                                           11:20:56

23           Do you see that?                           11:21:03

24       A.    I do.                                    11:21:03

25       Q.    He writes, This is the guy who          11:21:03



Page 69

```
 1          M. Ryan - Confidential
 2    likes young girls, correct?  Hope that they      11:21:07
 3    do not cave!!                                    11:21:13
 4          Do you see that?                           11:21:17
 5      A.    I do.                                     11:21:17
 6      Q.    Based on that first sentence that         11:21:18
 7    Phil DeLuca wrote to you, is it your             11:21:24
 8    understanding that it was generally known at     11:21:28
 9    the bank that Jeffrey Epstein was a guy who      11:21:31
10    likes young girls?                               11:21:35
11          MR. JOHNSON:  Objection.                   11:21:38
12          MR. KRAUSE:  Objection.                    11:21:39
13      A.    I don't know generally known at the      11:21:39
14    bank.  Phil and I had the exchange, we were      11:21:42
15    on the same page.                                11:21:47
16      Q.    And Phil was your direct report, is      11:21:49
17    that correct?                                    11:21:55
18      A.    I reported directly to Phil.             11:21:55
19      Q.    At that time were you suspicious         11:21:57
20    that Jeffrey Epstein was in any way using        11:22:07
21    bank resources such as access to credit or       11:22:14
22    wire services or anything else in order to       11:22:19
23    conduct the conduct that you referred to when    11:22:26
24    you called him the sleazy PB client?             11:22:30
25          MR. KRAUSE:  Objection.                    11:22:33
```



Page 70

```
 1            M. Ryan - Confidential
 2      A.   Can you repeat the beginning of        11:22:33
 3   that?                                          11:22:35
 4      Q.   Sure.  At that time were you           11:22:35
 5   suspicious that Jeffrey Epstein was in any     11:22:38
 6   way using bank resources, such as access to   11:22:41
 7   credit or wire services or anything else, in  11:22:45
 8   order to conduct what you referred to --      11:22:48
 9   conduct the conduct you referred to when you  11:22:53
10   called him the sleazy PB client?              11:22:54
11      A.   No.                                    11:22:57
12      Q.   It was your understanding at that      11:23:01
13   time that Jeffrey Epstein was not using any   11:23:03
14   bank accounts or wire services in his         11:23:06
15   exploitation of women or children?            11:23:11
16           MR. KRAUSE:  Objection.                11:23:14
17      A.   If I had thought, I would have         11:23:16
18   acted on it.                                   11:23:18
19      Q.   When Phil says, I hope -- sorry, he    11:23:19
20   doesn't say I -- he says, Hope that they do   11:23:28
21   not cave.                                      11:23:32
22           What did you understand that to        11:23:32
23   mean?                                          11:23:34
24      A.   We were presenting to the business    11:23:37
25   to tee it back up again to make a decision on 11:23:41
```



Page 71

```
 1          M. Ryan - Confidential
 2   retention.  So Phil was of the mindset, as      11:23:44
 3   was I, that he had to go.                        11:23:49
 4       Q.   Why did you think he had to go?        11:23:52
 5       A.   He was a reputational risk to the      11:23:57
 6   bank.                                            11:24:00
 7       Q.   Why was it a reputational risk to      11:24:01
 8   the bank?                                        11:24:04
 9       A.   Any client that would be               11:24:05
10   consistently in the news for any variety of     11:24:10
11   reasons would present reputational risk to      11:24:15
12   the bank.                                        11:24:18
13       Q.   But in this particular instance,       11:24:18
14   what was the reputational risk to the bank?     11:24:20
15       A.   There were allegations and there       11:24:23
16   was a conviction about improper behavior with   11:24:25
17   a minor.                                         11:24:30
18       Q.   And at that time you believed those    11:24:35
19   allegations?                                     11:24:39
20          MR. KRAUSE:  Objection.                  11:24:41
21       A.   I had no firsthand knowledge.  I       11:24:45
22   was reading what I read in the paper, and I     11:24:47
23   thought it was disturbing enough that the       11:24:50
24   customer should be re-reviewed for exit         11:24:53
25   determination by JPMorgan.                      11:24:57
```



Page 88

```
 1          M. Ryan - Confidential
 2   exposed further, it would have a negative      11:48:48
 3   impact.                                        11:48:51
 4      Q.   So is your understanding of what       11:48:52
 5   you wrote that Catherine felt that more        11:48:55
 6   information about Epstein could be further     11:48:58
 7   exposed?                                       11:48:58
 8          MR. KRAUSE:  Objection.                 11:49:05
 9      A.   I don't recall whether or not she      11:49:06
10   stated something or this was an implied        11:49:07
11   statement.                                     11:49:11
12      Q.   But sitting here today, you view       11:49:13
13   that the two potential options are she either  11:49:16
14   could have stated something or implied         11:49:19
15   something, but in either instance, the         11:49:21
16   message she conveyed to you was that there     11:49:23
17   was concern that more information could come   11:49:26
18   out about Epstein's conduct?                   11:49:29
19          MR. KRAUSE:  Objection.                 11:49:31
20      A.   No.  I think she was basically --      11:49:32
21   that she telling us -- us meaning Art and I,   11:49:36
22   because we were from the representatives,      11:49:38
23   that we needed to go to Jes.                   11:49:41
24      Q.   Okay.  In the next sentence you        11:49:44
25   say, Epstein was released in July from house  11:49:48
```



MAGNA ▶
LEGAL SERVICES

Page 89

                                            1     M. Ryan - Confidential
 1          M. Ryan - Confidential

 2   arrest and the Palm Beach Post carried two        11:49:51

 3   articles saying DOJ may be investigating for      11:49:55

 4   child trafficking via a modeling agency he is     11:49:59

 5   part owner in.                                    11:50:04

 6          Does this refresh your recollection        11:50:05

 7   that you may have been aware that Epstein was     11:50:06

 8   being investigated by a government agency in      11:50:10

 9   early 2011?                                       11:50:15

10          MR. KRAUSE:  Objection.                    11:50:19

11          MR. JOHNSON:  Objection.                   11:50:20

12      A.   I'm reciting an article that              11:50:21

13   alludes to an ongoing DOJ investigation.          11:50:23

14      Q.   So you were aware it was possible         11:50:26

15   that the DOJ was investigating Epstein at         11:50:28

16   that time?                                        11:50:32

17          MR. KRAUSE:  Objection.                    11:50:32

18      A.   That is what the press was                11:50:33

19   reporting.                                        11:50:35

20      Q.   When you wrote, via a modeling            11:50:42

21   agency he is part owner in, do you know what      11:50:45

22   modeling agency you were referring to?            11:50:48

23      A.   It had initials -- I discovered           11:50:53

24   there was some modeling agency for which the      11:51:01

25   banker told me something about, M2, owned by      11:51:07



Page 90

```
 1          M. Ryan - Confidential
 2  a guy by the name Brunel, B-R-U-N-E-L.        11:51:23
 3      Q.   Then you write, I think Catherine    11:51:29
 4  believes that after the briefing on HT that   11:51:33
 5  Jes would need to point blank ask Jeffrey the  11:51:37
 6  status of any criminal investigations.        11:51:42
 7          Do you see that?                      11:51:51
 8      A.   Yes.                                 11:51:51
 9      Q.   And by point blank, what did you     11:51:51
10  mean?                                         11:51:56
11      A.   Directly.                            11:52:02
12      Q.   Does that seem to violate what you   11:52:04
13  stated several times today that during an     11:52:19
14  investigation, the bank would not reach out   11:52:23
15  to a client regarding any element of that     11:52:25
16  investigation?                                11:52:30
17          MR. KRAUSE:  Objection.               11:52:31
18      A.   I said we would not reach out.  We,  11:52:32
19  investigations, would not be in direct        11:52:34
20  contact with a customer.  Discussing          11:52:36
21  something in the public domain by a banker is  11:52:39
22  within and exactly what they should be doing.  11:52:41
23      Q.   So just so I understand, if there    11:52:45
24  is a fact that the investigation team needs   11:52:48
25  to conduct its investigation but you don't    11:52:50
```



Page 145

```
 1           M. Ryan - Confidential
 2      A.   He was a peer of mine.              13:51:06
 3      Q.   And the subject is Re:  Weekly      13:51:07
 4  update - December 1, 2011.  Is that right?   13:51:16
 5      A.   Correct.                            13:51:21
 6      Q.   So is the email below that you are  13:51:22
 7  writing indicating your weekly update of     13:51:25
 8  things you were working on at that time?     13:51:35
 9      A.   Correct.                            13:51:37
10      Q.   In December 2011, you included      13:51:38
11  Jeffrey Epstein review, is that right?       13:51:47
12      A.   I did.                              13:51:48
13      Q.   What was that review in regards to? 13:51:49
14      A.   I don't recall.                     13:51:55
15      Q.   Do you recall if any other of your  13:51:58
16  peers or members of the team that are        13:52:01
17  included on this email ever assisted you in  13:52:03
18  any way regarding Jeffrey Epstein review?    13:52:06
19      A.   My peers would not have been        13:52:15
20  involved with Jeffrey Epstein.               13:52:16
21           MR. LAW:  This is Exhibit 13, Bates 13:52:45
22      number JPM-SDNYLIT-00453044.             13:52:58
23           (Ryan Exhibit 13, Emails, marked    13:53:06
24      for identification.)                     13:53:34
25           THE WITNESS:  Okay.                 13:53:34
```



Page 146

1           M. Ryan - Confidential

2      Q.    So I direct you to the first email     13:53:34

3   in the chain at the bottom of the page.  It's   13:53:38

4   an email from you, Maryanne Ryan, to William    13:53:41

5   Langford on February 7, 2011, is that right?    13:53:44

6      A.    Yes.                                    13:53:48

7      Q.    There is no subject line, is that       13:53:48

8   right?                                          13:53:51

9      A.    There isn't.                            13:53:51

10     Q.    You write, I hear you are out of        13:53:52

11  town as I am meeting Art in the a.m. at your    13:53:56

12  office in the a.m., wanted to catch up on       13:53:59

13  Epstein as he was the featured ripped from      13:54:05

14  the headline story on Law and Order SVU this    13:54:11

15  week.  I also read that the State of New York   13:54:16

16  in conjunction with Manhattan DA just two       13:54:19

17  weeks ago ruled him a level 3, which is the     13:54:23

18  highest you can be in New York.  So if you      13:54:27

19  have insomnia, you can watch the story over     13:54:30

20  the internet.                                   13:54:34

21         Do you see that?                          13:54:35

22     A.    Yes.                                    13:54:35

23     Q.    When you say Law and Order SVU, are     13:54:35

24  you referring to Law and Order Special          13:54:40

25  Victims Unit?                                   13:54:43



Page 147

1          M. Ryan - Confidential
2      A.   The television show by that name,     13:54:44
3   yes.                                          13:54:46
4      Q.   Why did you think that Epstein was    13:54:47
5   the featured ripped from the headline story   13:54:49
6   on Law and Order SVU that week?               13:54:52
7      A.   That entire series was based on       13:54:57
8   real life stories, and it's never difficult   13:55:03
9   to figure out, since I am a New Yorker, I     13:55:10
10  knew exactly what this particular episode was 13:55:14
11  on, and so I sent it to William so that he    13:55:16
12  could see.                                    13:55:20
13     Q.   In the episode do you recall them     13:55:20
14  ever mentioning Jeffrey Epstein or in any way 13:55:22
15  explicitly saying that the character          13:55:24
16  portrayed was referencing Jeffrey Epstein?    13:55:28
17     A.   I don't recall.                       13:55:31
18     Q.   Is it possible that you understood    13:55:35
19  it to be a reference to Jeffrey Epstein       13:55:37
20  because you were suspicious of his behavior   13:55:42
21  in relation to women and minors?             13:55:48
22          MR. KRAUSE:  Objection.               13:55:53
23     A.   No.  I saw it -- happened to see      13:55:53
24  it, made sure I told William that a customer  13:55:58
25  might have been the implied story that was    13:56:01



Page 148

```
 1          M. Ryan - Confidential
 2   out in the news.                        13:56:04
 3       Q.   When you said the Manhattan DA just  13:56:07
 4   two weeks ago ruled him a level 3 which is  13:56:11
 5   the highest you can be in New York, what did  13:56:15
 6   you mean by that?                        13:56:17
 7       A.   We now had a registered sex     13:56:18
 8   offender, in addition to being a convicted  13:56:22
 9   felon as a customer.                     13:56:25
10       Q.   Did the fact that the Manhattan DA  13:56:27
11   just two weeks before ruled him a level 3 in  13:56:32
12   any way effect how suspicious you were of  13:56:35
13   Jeffrey Epstein?                         13:56:39
14          MR. KRAUSE:   Objection.          13:56:39
15       A.   No.   I thought it was one more  13:56:40
16   piece of ammunition that might sway him being  13:56:42
17   terminated as a customer.                13:56:46
18       Q.   Why would he have been terminated  13:56:48
19   as a customer?                           13:56:50
20       A.   Again, goes to reputational risk.  13:56:51
21       Q.   Moving up to your email in the   13:57:00
22   chain, at 9:33 p.m., again to William      13:57:07
23   Langford.   You write in the second sentence,  13:57:15
24   I typed SVU and his name and there is a    13:57:19
25   Gawker story, Law and Order commerates JE  13:57:23
```



Page 149

```
 1          M. Ryan - Confidential
 2   taste for teen hookers.                      13:57:30
 3          Do you see that?                      13:57:33
 4     A.   Yes.                                  13:57:33
 5     Q.   Did the Gawker story or the Law and   13:57:34
 6   Order episode about Jeffrey Epstein's taste  13:57:43
 7   for teen hookers in any way make you more or 13:57:47
 8   less suspicious of Jeffrey Epstein?          13:57:50
 9          MR. KRAUSE:  Objection.               13:57:53
10     A.   It made me more anxious to get        13:57:56
11   Jeffrey Epstein out of the bank.             13:57:59
12     Q.   Were you more anxious to get          13:58:01
13   Jeffrey Epstein out of the bank because you  13:58:04
14   were more suspicious of Jeffrey Epstein's    13:58:06
15   behavior?                                    13:58:10
16          MR. KRAUSE:  Objection.               13:58:11
17     A.   I thought that all of these facts     13:58:15
18   had to be escalated to the business to make  13:58:18
19   an informed decision about getting him out of 13:58:20
20   the bank.  I was of the opinion that he      13:58:23
21   should be out of the bank.                   13:58:26
22          MR. LAW:  This will be Exhibit 14,    13:59:12
23       with Bates JPM-SDNYLIT-00194162.         13:59:14
24          (Ryan Exhibit 14, Email Chain,        13:59:27
25       marked for identification.)              13:59:41
```



Page 187

1           M. Ryan - Confidential

2    There is not an obligation to review it on a        15:22:18

3    daily basis, but they have to understand what       15:22:23

4    is going on in their customer's accounts.           15:22:25

5        Q.   Would the business review wire             15:22:28

6    transactions for high risk clients with any         15:22:34

7    proximity to when they were -- when those           15:22:41

8    transactions occurred?                              15:22:45

9           MR. KRAUSE:   Objection.                     15:22:46

10       A.   What the business, and each                15:22:51

11   business was different, has to do, all              15:22:54

12   depended on the business.   The -- if a             15:22:57

13   customer was doing wire transactions in the         15:23:01

14   private bank, those are facilitated by a            15:23:04

15   blank employee.   So the customer sends in          15:23:09

16   instructions and they are verified with the         15:23:14

17   customer and then the customer's information        15:23:15

18   is input.                                           15:23:17

19           Private bank customers don't do             15:23:17

20   their own execution.   So if a customer calls       15:23:19

21   in and does something bizarre, that would be        15:23:24

22   a source of referral to investigations to           15:23:28

23   tell us that they thought something was             15:23:31

24   unusual about the customer's ask.                   15:23:35

25       Q.   So if there had been any suspicious        15:23:37



Page 188

```
 1            M. Ryan - Confidential
 2    wire activity, your team wouldn't be made      15:23:40
 3    aware of it unless the business alerted you    15:23:43
 4    to it?                                         15:23:47
 5            MR. KRAUSE:  Objection.                15:23:47
 6        A.   So every bank's process is a          15:23:51
 7    layered approach to determining suspicious     15:23:55
 8    activity.  The bank -- the bank has            15:23:59
 9    monitoring systems, in this case the private   15:24:03
10    bank had monitoring systems, coupled with      15:24:06
11    negative media reviews, coupled with subpoena  15:24:08
12    searches.                                      15:24:12
13            So it's a layered approach to          15:24:12
14    determine whether or not a customer's          15:24:14
15    activity is what is normal and expected and    15:24:16
16    what we know, based on what we know about a     15:24:22
17    customer.                                      15:24:25
18        Q.   So within that layered approach for   15:24:25
19    wire transactions within the private bank,     15:24:27
20    how would your team be made aware if there     15:24:32
21    was any suspicious activity in relation to a   15:24:36
22    wire transaction?                              15:24:41
23            MR. KRAUSE:  Objection.                15:24:43
24        A.   So the surveillance of the private    15:24:44
25    bank evolved over the years that I was at the  15:24:53
```



Page 230

```
 1          M. Ryan - Confidential
 2     A.   They spent, he didn't spend.        17:16:50
 3     Q.   Did you find it unusual that they    17:16:59
 4 spent a good deal at spa establishments?      17:17:02
 5     A.   No.                                  17:17:08
 6     Q.   Looking at the beginning of find     17:17:25
 7 No. 1, you say, the opening of DDA accounts   17:17:27
 8 and a CC for two 18-year-olds turned 19 days  17:17:32
 9 later, that appear to be part of his inner    17:17:39
10 entourage.  One is mentioned in many of the   17:17:43
11 recaps of the escapades as a willing          17:17:45
12 participant and assistant when hosting        17:17:48
13 visitors.  She has received about 450,000     17:17:50
14 since opening from Epstein.                    17:17:53
15          Do you see that?                     17:17:56
16     A.   I do.                                17:17:56
17     Q.   Did you find it unusual that a man   17:17:57
18 over 50 years old was opening accounts for    17:18:02
19 18-year-old women who were not his relatives? 17:18:09
20     A.   If they were significant other to    17:18:18
21 him, no, I would not have found that unusual. 17:18:21
22     Q.   Did you find it unusual that a       17:18:25
23 willing participant of the escapades was paid 17:18:30
24 450,000 from Epstein?                          17:18:37
25     A.   I'm not sure which article this is   17:18:46
```



Page 231

```
 1              M. Ryan - Confidential
 2    referring to.  The way -- the way I phrased      17:18:51
 3    it, if we are referring to that person          17:18:54
 4    earlier that I looked at, that was in another    17:18:57
 5    email, if -- I thought she was his              17:19:01
 6    significant other and she was routinely         17:19:09
 7    gifted money from Epstein and had her own       17:19:11
 8    account with her own credit card, which had     17:19:15
 9    no strings; meaning he didn't control it.       17:19:17
10    She came and went with the banker however she   17:19:20
11    would see fit, that did not appear that         17:19:22
12    unusual to me.                                  17:19:26
13         Q.   If you learned that she was not his    17:19:27
14    significant other, would it have appeared       17:19:29
15    unusual to you?                                 17:19:33
16         A.   I would have found it very unusual     17:19:33
17    that he would have sponsored somebody for the   17:19:36
18    private bank to independently operate if --     17:19:38
19    that would not fit a fact pattern of somebody   17:19:46
20    that was controlling somebody to me.            17:19:50
21         Q.   Are you aware of anyone at the bank    17:19:52
22    asking Jeffrey Epstein whether these women      17:19:56
23    were his significant others?                    17:20:00
24         A.   I am not aware of what led to the      17:20:04
25    opening of these accounts.                      17:20:08
```

