# FILED UNDER SEAL

# EXHIBIT 50

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## SAR-DI Transcript
BSA: 30000027752905 and DCN:20021120056910

BSA: 30000027752905

### Filing Information

| | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 04/18/2002 |
| Received Date | 04/22/2002 |
| Entry Date | 04/30/2002 |
| Submission Method | Paper filing |

### Subject Information

**Subject 1 of 2 : BELLER**

| | | |
|---|---|---|
| Role | Subject | |
| Individual/Organization | Individual | |
| Last(or Entity) Name | BELLER | |
| First Name | HARRY | |
| Middle Name | I | |
| Date of Birth | 1956 | |
| SSN/ITIN | 0727 | |
| Form(s) of Identification | Identification Type | Driver's license/State ID |
| | Identification Number | |
| | Issuing State Code | NY |
| | Issuing State | New York |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 12 GOLAR DRIVE |
| | | 12 GOLAR DR - Enhanced |
| | City | MONSEY |
| | | MONSEY - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 10952 |
| | | 10952-2845 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Phone Number(s) | Type | Work |
| | Number | (212) 750-9895 |
| Occupation/Type of Business | LAWYER | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 4650 |
| | Relationship of Subject | Customer: Yes |

Page 1

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

EXHIBIT 125

BANK SECRECY ACT CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Contains Suspicious Activity Report Material
Confidential – Dissemination Limited By Regulator

VI-3P-JPM-00003613
JPM-SDNYLIT-W-00025790

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## SAR-DI Transcript
BSA: 30000027752905 and DCN:20021120056910

BSA: 30000027752905

### Subject Information

| | | |
|---|---|---|
| | Insider | No |
| Continuing Relationship to Reporting Institution | No | |
| **Subject 2 of 2 : NES LLC** | | |
| Role | Subject | |
| Individual/Organization | Organization | |
| Last (or Entity) Name | NES LLC | |
| EIN | ▆▆▆3348 | |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 457 MADISON AVENUE 4TH |
| | | 457 MADISON AVE # 4TH - Enhanced |
| | City | NEW YORK |
| | | NEW YORK - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 100226809 |
| | | 10022-6843 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Phone Number(s) | Type | Work |
| | Number | (212) 750-9895 |
| Occupation/Type of Business | LAW FIRM | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | ▆▆▆4650 |
| | Relationship of Subject | Customer: Yes |
| | Insider | No |
| Continuing Relationship to Reporting Institution | No | |

### Suspicious Activity Information

| | |
|---|---|
| Amount Involved | $194,300 |
| Date or Date Range of Activity | 01/11/2002 - 03/26/2002 |
| Money laundering | Money laundering/Structuring |
| Bonding Company Notified | No |
| Affected Financial Soundness | No |

### Activity Location

Page 2

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

BANK SECRECY ACT CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Contains Suspicious Activity Report Material
Confidential – Dissemination Limited By Regulator

VI-3P-JPM-00003614
JPM-SDNYLIT-W-00025790_001

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## SAR-DI Transcript
BSA: 30000027752905 and DCN:20021120056910

BSA: 30000027752905

### Activity Location

**Financial Institution Location 1 of 1**

| | | |
|---|---|---|
| Primary Regulator | Federal Reserve | |
| Legal Name | JP MORGAN CHASE BK | |
| EIN | 4650 | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 270 PARK AVENUE |
| | | 270 PARK AVE - Enhanced |
| | City | NEW YORK |
| | | NEW YORK - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 10017 |
| | | 10017-2014 - Enhanced |
| | Country | US |
| | | US - Enhanced |

### Filer Information

| | | |
|---|---|---|
| Primary Regulator | Federal Reserve | |
| Filer Name | JP MORGAN CHASE BK | |
| EIN | 4650 | |
| Address | Address Type | Reporting party address |
| | Street Address | 270 PARK AVENUE |
| | | 270 PARK AVE - Enhanced |
| | City | NEW YORK |
| | | NEW YORK - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 10017 |
| | | 10017-2014 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Affected Account(s) | Account Number | 7165 |
| | Closed | No |
| Contact for Assistance | Full Name | BOWEN/KATHLEEN |
| | Title | VICE PRESIDENT |
| | Last Name | BOWEN |
| | First Name | KATHLEEN |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. §311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

BANK SECRECY ACT CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Contains Suspicious Activity Report Material
Confidential – Dissemination Limited By Regulator

VI-3P-JPM-00003615
JPM-SDNYLIT-W-00025790_002



## SAR-DI Transcript
### BSA: 30000027752905 and DCN:20021120056910

### Filer Information

| | |
|---|---|
| Phone Number | (718) 242-8047 |
| Phone Type | Work |

### Law Enforcement Information
No Law Enforcement Information Available

### Narrative
THE FOLLOWING IS A LIST OF CHECKS THAT WERE CASHED AGAINST AN ACCOUNT AT JP MORGAN CHASE BANK IN THE NAME OF NES LLC: DATE AMOUNT 01/11/02 $9,800.00 01/16/02 $9,800.00 01/23/02 $9,800.00 01/24/02 $9,800.00 01/29/02 $9,800.00 02/06/02 $9,800.00 02/11/02 $9,800.00 02/13/02 $9,800.00 02/26/02 $9,800.00 03/06/02 $9,000.00 03/11/02 $9,500.00 03/14/02 $9,500.00 03/15/02 $9,800.00 03/18/02 $9,500.00 03/20/02 $9,800.00 03/22/02 $9,000.00 03/26/02 $40,000.00 MOST OF THE CHECKS WERE CASHED BY AN EMPLOYEE WITH THE EXCEPTION OF THE $40,000.00 CHECK CASH ON 03/26/02 THAT WAS CASHED BY HARRY BELLER BECAUSE THE AUTHORIZATION ON FILE FOR EMPLOYEES HAS A DOLLAR LIMIT OF $10,000.00. THE ACCOUNT IS BEING FUNDED BY WIRE TRANSFERS FROM AN ACCOUNT IN THE NAME OF JEFFREY E. EPSTEIN AT PLAM BEACH NATIONAL BANK, NORTH PALM BEACH, FL. THE ACCOUNT HAS RECEIVED 10 WIRES TOTALING $550,000.00 SINCE 1/18/02.

BSA: 30000027752905

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

BANK SECRECY ACT CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
Contains Suspicious Activity Report Material
Confidential – Dissemination Limited By Regulator

VI-3P-JPM-00003616
JPM-SDNYLIT-W-00025790_003