# FILED UNDER SEAL

# EXHIBIT 51



# SAR-DI Transcript
## BSA: 30000027950492 and DCN:20023570013310

### Filing Information

| | |
|---|---|
| Type of Report | Initial Report |
| Filing Date | 12/16/2002 |
| Received Date | 12/23/2002 |
| Entry Date | 01/07/2003 |
| Submission Method | Paper filing |

### Subject Information

**Subject 1 of 2 : BELLER**

| | | |
|---|---|---|
| Role | Subject | |
| Individual/Organization | Individual | |
| Last(or Entity) Name | BELLER | |
| First Name | HARRY | |
| Date of Birth | 1956 | |
| SSN/ITIN | 0727 | |
| Form(s) of Identification | Identification Type | Driver's license/State ID |
| | Identification Number | |
| | Issuing State Code | NY |
| | Issuing State | New York |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 12 GOLAR DRIVE |
| | | 12 GOLAR DR - Enhanced |
| | City | MONSEY |
| | | MONSEY - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 10952 |
| | | 10952-2845 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Phone Number(s) | Type | Work |
| | Number | (212) 750-9895 |
| Occupation/Type of Business | LAWYER | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | 4650 |
| | Relationship of Subject | Customer: Yes |
| | Insider | No |

Page 1

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

EXHIBIT 126

BANK SECRECY ACT CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Contains Suspicious Activity Report Material
Confidential – Dissemination Limited By Regulator

VI-3P-JPM-00003621
JPM-SDNYLIT-W-00025792

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## SAR-DI Transcript
BSA: 30000027950492 and DCN:20023570013310

### Subject Information

| | |
|---|---|
| Continuing Relationship to Reporting Institution | No |

**Subject 2 of 2 : NES LLC**

| | | |
|---|---|---|
| Role | Subject | |
| Individual/Organization | Organization | |
| Last(or Entity) Name | NES LLC | |
| EIN | ▓▓▓3348 | |
| Address(es) | Address Type | Subject permanent/mailing address |
| | Street Address | 457 MADISON AVENUE 4TH FLOOR |
| | | 457 MADISON AVE FL 4 - Enhanced |
| | City | NEW YORK |
| | | NEW YORK - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 100226809 |
| | | 10022-6843 - Enhanced |
| | Country | |
| | | US - Enhanced |
| Phone Number(s) | Type | Work |
| | Number | (212) 750-9895 |
| Occupation/Type of Business | LAW FIRM | |
| Corroborative Statement to Filer | No | |
| Relationship to Reporting Institution(s) | Institution TIN | ▓▓▓4650 |
| | Relationship of Subject | Customer: Yes |
| | Insider | No |
| Continuing Relationship to Reporting Institution | No | |

### Suspicious Activity Information

| | |
|---|---|
| Amount Involved | $1,925,000 |
| Date or Date Range of Activity | 09/12/2002 - 12/16/2002 |
| Money laundering | Money laundering/Structuring |
| Bonding Company Notified | No |
| Affected Financial Soundness | No |

### Activity Location

**Financial Institution Location 1 of 1**

Page 2

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

BANK SECRECY ACT CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Contains Suspicious Activity Report Material
Confidential – Dissemination Limited By Regulator

VI-3P-JPM-00003622
JPM-SDNYLIT-W-00025792_001



## SAR-DI Transcript
### BSA: 30000027950492 and DCN:20023570013310

BSA: 30000027950492

### Activity Location

| | | |
|---|---|---|
| Primary Regulator | Federal Reserve | |
| Legal Name | JP MORGAN CHASE BK | |
| EIN | ▮▮▮4650 | |
| Address | Address Type | Address where transaction occurred |
| | Street Address | 270 PARK AVENUE |
| | | 270 PARK AVE - Enhanced |
| | City | NEW YORK |
| | | NEW YORK - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 10017 |
| | | 10017-2014 - Enhanced |
| | Country | US |
| | | US - Enhanced |

### Filer Information

| | | |
|---|---|---|
| Primary Regulator | Federal Reserve | |
| Filer Name | JP MORGAN CHASE BK | |
| EIN | ▮▮▮4650 | |
| Address | Address Type | Reporting party address |
| | Street Address | 270 PARK AVENUE |
| | | 270 PARK AVE - Enhanced |
| | City | NEW YORK |
| | | NEW YORK - Enhanced |
| | State | NY |
| | | NY - Enhanced |
| | ZIP Code | 10017 |
| | | 10017-2014 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Affected Account(s) | Account Number | ▮▮▮7165 |
| | Closed | No |
| Contact for Assistance | Full Name | BOWEN/KATHLEEN |
| | Title | VICE PRESIDENT |
| | Last Name | BOWEN |
| | First Name | KATHLEEN |
| | Phone Number | (718) 242-8047 |

Page 3

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

BANK SECRECY ACT CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Contains Suspicious Activity Report Material
Confidential — Dissemination Limited By Regulator

VI-3P-JPM-00003623
JPM-SDNYLIT-W-00025792_002



**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

## SAR-DI Transcript
BSA: 30000027950492 and DCN:20023570013310

### Filer Information
| | Phone Type | Work |

### Law Enforcement Information
No Law Enforcement Information Available

### Narrative
THE FOLLOWING IS A LIST OF CHECKS THAT HAVE BEEN CASHED AGAINST AN ACCOUNT AT JP MORGAN CHASE BANK IN THE NAME OF NES LLC: DATE AMOUNT DATE AMOUNT 09/12/02 $9,800.00 10/24/02 $9,800.00 09/18/02 $9,800.00 10/30/02 $9,800.00 09/19/02 $9,800.00 11/07/02 $9,800.00 09/20/02 $9,800.00 11/13/02 $7,000.00 09/23/02 $9,800.00 11/15/02 $9,800.00 09/27/02 $9,800.00 11/18/02 $9,800.00 09/30/02 $9,800.00 11/25/02 $9,800.00 10/01/02 $9,800.00 11/26/02 $9,800.00 10/03/02 $9,800.00 11/27/02 $9,800.00 10/07/02 $7,000.00 12/02/02 $9,800.00 10/15/02 $9,800.00 12/03/02 $9,800.00 10/16/02 $9,800.00 12/05/02 $9,800.00 10/17/02 $9,800.00 12/11/02 $9,800.00 10/21/02 $9,800.00 12/11/02 $9,800.00 10/21/02 $9,800.00 12/16/02 $9,800.00 10/23/02 $9,800.00 THE ACCOUNT IS BEING FUNDED BY WIRES RECEIVED FROM COLONIAL BANK, BIRMINGHAM AL FROM AN ACCOUNT IN THE NAME OF JEFFREY E EPSTEIN. THE ACCOUNT HAS BEEN CREDITED 11 TIMES BETWEEN 9/12/02 AND 12/06/02 FROM MR. EPSTEIN'S ACCOUNT. THE DOLLAR VALUE OF THOSE WIRES WERE $1,925,000.00

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

BANK SECRECY ACT CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
Contains Suspicious Activity Report Material
Confidential – Dissemination Limited By Regulator

VI-3P-JPM-00003624
JPM-SDNYLIT-W-00025792_003

BSA: 30000027950492