# FILED UNDER SEAL

# EXHIBIT 55

# AM Reputation Risk Committee Meeting Summary
## Confidential – Attorney Client Privilege

| NAME | Ghislaine Maxwell | CLIENT SPONSOR | James Buckley |
|---|---|---|---|
| MEETING DATE | December 6, 2013 | MEETING LOCATION AND TIME | John Duffy's office- 11:00 am ET |
| SUBMITTING MD | Alma DeMetropolis (UHNW) | | |

**DESCRIPTION**

- Ghislaine was originally referred to the PB by Jes Staley – and has been a client of the bank since 1985.
- She does not work, but volunteers for a charitable organization she founded, The TerraMar Project (www.terramarproject.org). TerraMar's mission is to create and empower a global community of ocean citizens. It promotes awareness, responsibility and transparency of the high seas. The web-based nonprofit empowers the global community through citizenship, education and social engagement through The TerraMar Project.
- She is the daughter of the late Robert Maxwell (10 June 1923 – 5 November 1991)
   - Robert Maxwell was a Czechoslovakian-born British media proprietor and Member of Parliament. He rose from poverty to build an extensive publishing empire.
   - His death triggered the collapse of his publishing empire as banks called in loans. His sons briefly struggled to keep the business together, but failed as the news emerged that Maxwell had stolen hundreds of millions of pounds from his own companies' pension funds. The Maxwell companies applied for bankruptcy protection in 1992.
- Shortly before Maxwell's death, a former employee of Israel's Military Intelligence Directorate intelligence agency Ari Ben-Menashe, had approached a number of news organizations in Britain and the United States with the allegation that Maxwell and the Daily Mirror's foreign editor, Nicholas Davies, were both long-time agents for Mossad. Ben-Menashe also claimed that in 1986 Maxwell had told the Israeli Embassy in London that Mordechai Vanunu had given information about Israel's nuclear capability to *The Sunday Times*, then to the *Daily Mirror*. Vanunu was subsequently kidnapped by Mossad and smuggled to Israel, convicted of treason and imprisoned for 18 years.

**REPUTATION ISSUES RAISED PRIOR AND DURING THE MEETING**

Negative News:
- 2011 Media alleging Maxwell solicited young girls for then boyfriend Jeffrey Epstein.
- Jeffrey Epstein was convicted for solicitation of a prostitute and procuring a person under age 18 for prostitution. He was the subject of a previous Management Review and is currently being exited from the Bank.

**COMMITTEE DECISION AND REASONING**

DECISION: Exit client

REASONING:
- Negative media – human rights issue.

| CONDITIONS REQUIREMENTS | RESOLUTION TIMEFRAME | FOLLOW-UP OWNER | CONDITION SIGN-OFF |
|---|---|---|---|
| Exit client – checking, brokerage, and managed accounts | TBD – after review of accounts | James Buckley | |

**OTHER RRC RECOMMENDATIONS – N/A**

| RRC ATTENDEES | • Committee Chair/CEO – John Duffy <br> • Committee Chair/Deputy CEO – Kelly Coffey <br> • Committee Vice-Chair/Head, GWM Business Risk – George Lencyk <br> • General Counsel – Anne Verdon <br> • Compliance Managing Director – Lisa Belle <br> • COO U.S. Private Bank – David Wezdenko <br> • CFO Private Bank - Jeff Whitaker <br> • Business Quality Control/Managing Director – Kevin McCleerey |
|---|---|

|  | • Committee Secretary/ Business Quality Control Manager – Kathie Gruszczyk |
|---|---|
| **ADDITIONAL ATTENDEES** | • Regional Director – Marc Sheridan<br>• Managing Director – Alma DeMetropolis<br>• Private Banker – James Buckley<br>• Business Quality Control Manager – Bonnie Perry<br>• Business Quality Control Manager – Cindy Habig<br>• Compliance Manager - Tamer Yalav |

Contains Suspicious Activity Report Material
Confidential - Dissemination Limited By Regulator

JPM-SDNYLIT-W-00037476