# FILED UNDER SEAL

# EXHIBIT 58

| Category | BegControl | EndControl |
|---|---|---|
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042037 | JPM-SDNYLIT-00042041 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042082 | JPM-SDNYLIT-00042086 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042109 | JPM-SDNYLIT-00042116 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042133 | JPM-SDNYLIT-00042139 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042158 | JPM-SDNYLIT-00042162 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042179 | JPM-SDNYLIT-00042183 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042184 | JPM-SDNYLIT-00042193 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042238 | JPM-SDNYLIT-00042243 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042258 | JPM-SDNYLIT-00042267 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042282 | JPM-SDNYLIT-00042287 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042312 | JPM-SDNYLIT-00042321 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042338 | JPM-SDNYLIT-00042342 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042385 | JPM-SDNYLIT-00042391 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042392 | JPM-SDNYLIT-00042401 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042448 | JPM-SDNYLIT-00042457 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042458 | JPM-SDNYLIT-00042465 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042488 | JPM-SDNYLIT-00042492 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042507 | JPM-SDNYLIT-00042516 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042529 | JPM-SDNYLIT-00042538 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042549 | JPM-SDNYLIT-00042553 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042562 | JPM-SDNYLIT-00042567 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042580 | JPM-SDNYLIT-00042584 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042593 | JPM-SDNYLIT-00042597 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042608 | JPM-SDNYLIT-00042616 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042623 | JPM-SDNYLIT-00042628 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042629 | JPM-SDNYLIT-00042633 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042646 | JPM-SDNYLIT-00042652 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042679 | JPM-SDNYLIT-00042684 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042699 | JPM-SDNYLIT-00042708 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042721 | JPM-SDNYLIT-00042732 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042747 | JPM-SDNYLIT-00042758 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042759 | JPM-SDNYLIT-00042768 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042781 | JPM-SDNYLIT-00042786 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042801 | JPM-SDNYLIT-00042805 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042820 | JPM-SDNYLIT-00042825 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042838 | JPM-SDNYLIT-00042845 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042860 | JPM-SDNYLIT-00042865 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042866 | JPM-SDNYLIT-00042875 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042876 | JPM-SDNYLIT-00042881 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042882 | JPM-SDNYLIT-00042889 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042890 | JPM-SDNYLIT-00042895 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042896 | JPM-SDNYLIT-00042900 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042901 | JPM-SDNYLIT-00042905 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042906 | JPM-SDNYLIT-00042911 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042912 | JPM-SDNYLIT-00042921 |

| Category | BegControl | EndControl |
| --- | --- | --- |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042922 | JPM-SDNYLIT-00042929 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042930 | JPM-SDNYLIT-00042935 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042936 | JPM-SDNYLIT-00042943 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042944 | JPM-SDNYLIT-00042948 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042949 | JPM-SDNYLIT-00042958 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042959 | JPM-SDNYLIT-00042964 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042965 | JPM-SDNYLIT-00042969 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042970 | JPM-SDNYLIT-00042977 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042978 | JPM-SDNYLIT-00042982 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042983 | JPM-SDNYLIT-00042987 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042988 | JPM-SDNYLIT-00042992 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00042993 | JPM-SDNYLIT-00043002 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043003 | JPM-SDNYLIT-00043008 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043009 | JPM-SDNYLIT-00043018 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043019 | JPM-SDNYLIT-00043024 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043025 | JPM-SDNYLIT-00043029 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043030 | JPM-SDNYLIT-00043041 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043042 | JPM-SDNYLIT-00043049 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043050 | JPM-SDNYLIT-00043059 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043060 | JPM-SDNYLIT-00043064 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043065 | JPM-SDNYLIT-00043072 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043073 | JPM-SDNYLIT-00043078 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043079 | JPM-SDNYLIT-00043083 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043084 | JPM-SDNYLIT-00043093 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043094 | JPM-SDNYLIT-00043103 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043104 | JPM-SDNYLIT-00043109 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043110 | JPM-SDNYLIT-00043115 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043116 | JPM-SDNYLIT-00043120 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043121 | JPM-SDNYLIT-00043125 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043126 | JPM-SDNYLIT-00043130 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043131 | JPM-SDNYLIT-00043140 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043141 | JPM-SDNYLIT-00043145 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043146 | JPM-SDNYLIT-00043157 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043158 | JPM-SDNYLIT-00043163 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043164 | JPM-SDNYLIT-00043173 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043174 | JPM-SDNYLIT-00043179 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043180 | JPM-SDNYLIT-00043185 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043186 | JPM-SDNYLIT-00043190 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043191 | JPM-SDNYLIT-00043196 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043197 | JPM-SDNYLIT-00043204 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043205 | JPM-SDNYLIT-00043209 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043210 | JPM-SDNYLIT-00043219 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043220 | JPM-SDNYLIT-00043229 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043230 | JPM-SDNYLIT-00043239 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043240 | JPM-SDNYLIT-00043245 |

| Category | BegControl | EndControl |
| --- | --- | --- |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043246 | JPM-SDNYLIT-00043251 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043252 | JPM-SDNYLIT-00043256 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043257 | JPM-SDNYLIT-00043262 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043295 | JPM-SDNYLIT-00043304 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043347 | JPM-SDNYLIT-00043356 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043397 | JPM-SDNYLIT-00043404 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043405 | JPM-SDNYLIT-00043410 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043479 | JPM-SDNYLIT-00043488 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043495 | JPM-SDNYLIT-00043500 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043506 | JPM-SDNYLIT-00043510 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043511 | JPM-SDNYLIT-00043518 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043519 | JPM-SDNYLIT-00043525 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043540 | JPM-SDNYLIT-00043544 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043585 | JPM-SDNYLIT-00043594 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043595 | JPM-SDNYLIT-00043604 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043679 | JPM-SDNYLIT-00043686 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043715 | JPM-SDNYLIT-00043724 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043730 | JPM-SDNYLIT-00043739 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043770 | JPM-SDNYLIT-00043775 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043776 | JPM-SDNYLIT-00043783 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043858 | JPM-SDNYLIT-00043863 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043864 | JPM-SDNYLIT-00043873 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043918 | JPM-SDNYLIT-00043927 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00043954 | JPM-SDNYLIT-00043965 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044002 | JPM-SDNYLIT-00044011 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044018 | JPM-SDNYLIT-00044027 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044064 | JPM-SDNYLIT-00044068 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044069 | JPM-SDNYLIT-00044073 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044110 | JPM-SDNYLIT-00044119 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044168 | JPM-SDNYLIT-00044177 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044185 | JPM-SDNYLIT-00044189 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044190 | JPM-SDNYLIT-00044196 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044259 | JPM-SDNYLIT-00044264 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044293 | JPM-SDNYLIT-00044300 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044337 | JPM-SDNYLIT-00044342 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044373 | JPM-SDNYLIT-00044384 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044423 | JPM-SDNYLIT-00044430 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044437 | JPM-SDNYLIT-00044442 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044443 | JPM-SDNYLIT-00044454 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044460 | JPM-SDNYLIT-00044465 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044473 | JPM-SDNYLIT-00044477 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044514 | JPM-SDNYLIT-00044518 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044549 | JPM-SDNYLIT-00044554 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044595 | JPM-SDNYLIT-00044604 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044605 | JPM-SDNYLIT-00044609 |

| Category | BegControl | EndControl |
|---|---|---|
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044646 | JPM-SDNYLIT-00044651 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044652 | JPM-SDNYLIT-00044656 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044657 | JPM-SDNYLIT-00044662 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044663 | JPM-SDNYLIT-00044668 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044675 | JPM-SDNYLIT-00044680 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044713 | JPM-SDNYLIT-00044719 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044758 | JPM-SDNYLIT-00044765 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044766 | JPM-SDNYLIT-00044771 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044852 | JPM-SDNYLIT-00044856 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044857 | JPM-SDNYLIT-00044862 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044863 | JPM-SDNYLIT-00044872 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044907 | JPM-SDNYLIT-00044916 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044931 | JPM-SDNYLIT-00044940 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044941 | JPM-SDNYLIT-00044945 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00044972 | JPM-SDNYLIT-00044981 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045022 | JPM-SDNYLIT-00045026 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045067 | JPM-SDNYLIT-00045071 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045112 | JPM-SDNYLIT-00045121 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045122 | JPM-SDNYLIT-00045127 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045174 | JPM-SDNYLIT-00045183 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045189 | JPM-SDNYLIT-00045200 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045207 | JPM-SDNYLIT-00045218 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045253 | JPM-SDNYLIT-00045257 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045265 | JPM-SDNYLIT-00045274 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045319 | JPM-SDNYLIT-00045330 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045337 | JPM-SDNYLIT-00045342 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045383 | JPM-SDNYLIT-00045388 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045389 | JPM-SDNYLIT-00045400 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045439 | JPM-SDNYLIT-00045448 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045487 | JPM-SDNYLIT-00045493 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045534 | JPM-SDNYLIT-00045541 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045542 | JPM-SDNYLIT-00045549 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045584 | JPM-SDNYLIT-00045588 |
| Epstein's JPMorgan Account ending in 1001 | JPM-SDNYLIT-00045621 | JPM-SDNYLIT-00045625 |