# FILED UNDER SEAL

# EXHIBIT 59

| Category | BegControl | EndControl |
|---|---|---|
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039025 | JPM-SDNYLIT-00039040 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039041 | JPM-SDNYLIT-00039060 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039061 | JPM-SDNYLIT-00039076 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039077 | JPM-SDNYLIT-00039098 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039099 | JPM-SDNYLIT-00039112 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039113 | JPM-SDNYLIT-00039126 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039127 | JPM-SDNYLIT-00039146 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039147 | JPM-SDNYLIT-00039168 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039169 | JPM-SDNYLIT-00039186 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039187 | JPM-SDNYLIT-00039206 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039207 | JPM-SDNYLIT-00039226 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039227 | JPM-SDNYLIT-00039244 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039245 | JPM-SDNYLIT-00039266 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039267 | JPM-SDNYLIT-00039284 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039285 | JPM-SDNYLIT-00039302 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039303 | JPM-SDNYLIT-00039316 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039317 | JPM-SDNYLIT-00039332 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039333 | JPM-SDNYLIT-00039350 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039351 | JPM-SDNYLIT-00039366 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039367 | JPM-SDNYLIT-00039382 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039383 | JPM-SDNYLIT-00039398 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039399 | JPM-SDNYLIT-00039416 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039417 | JPM-SDNYLIT-00039424 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039425 | JPM-SDNYLIT-00039438 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039439 | JPM-SDNYLIT-00039462 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039463 | JPM-SDNYLIT-00039480 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039481 | JPM-SDNYLIT-00039536 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039537 | JPM-SDNYLIT-00039588 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039589 | JPM-SDNYLIT-00039642 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039643 | JPM-SDNYLIT-00039664 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039665 | JPM-SDNYLIT-00039732 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039733 | JPM-SDNYLIT-00039790 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039791 | JPM-SDNYLIT-00039802 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039803 | JPM-SDNYLIT-00039846 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039847 | JPM-SDNYLIT-00039910 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039911 | JPM-SDNYLIT-00039948 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00039949 | JPM-SDNYLIT-00039996 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040043 | JPM-SDNYLIT-00040102 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040103 | JPM-SDNYLIT-00040152 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040153 | JPM-SDNYLIT-00040196 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040197 | JPM-SDNYLIT-00040268 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040269 | JPM-SDNYLIT-00040314 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040315 | JPM-SDNYLIT-00040360 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040361 | JPM-SDNYLIT-00040398 |

| Category | BegControl | EndControl |
|---|---|---|
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040455 | JPM-SDNYLIT-00040508 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040509 | JPM-SDNYLIT-00040560 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040569 | JPM-SDNYLIT-00040610 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040611 | JPM-SDNYLIT-00040656 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040657 | JPM-SDNYLIT-00040706 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040769 | JPM-SDNYLIT-00040806 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040807 | JPM-SDNYLIT-00040850 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040871 | JPM-SDNYLIT-00040928 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040929 | JPM-SDNYLIT-00040974 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00040975 | JPM-SDNYLIT-00041024 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00041025 | JPM-SDNYLIT-00041076 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00041077 | JPM-SDNYLIT-00041126 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00041127 | JPM-SDNYLIT-00041180 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00041299 | JPM-SDNYLIT-00041350 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00041363 | JPM-SDNYLIT-00041394 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00041395 | JPM-SDNYLIT-00041428 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00041429 | JPM-SDNYLIT-00041484 |
| Financial Trust's Account ending in 0001 | JPM-SDNYLIT-00041485 | JPM-SDNYLIT-00041526 |