# FILED UNDER SEAL

# EXHIBIT 60

| Category | BegControl | EndControl |
|---|---|---|
| Financial Trust's Account ending in 5001 | JPM-SDNYLIT-00060873 | JPM-SDNYLIT-00060888 |
| Financial Trust's Account ending in 5001 | JPM-SDNYLIT-00061966 | JPM-SDNYLIT-00061972 |
| Financial Trust's Account ending in 5001 | JPM-SDNYLIT-00164225 | JPM-SDNYLIT-00164234 |
| Financial Trust's Account ending in 5001 | JPM-SDNYLIT-00164332 | JPM-SDNYLIT-00164343 |