# FILED UNDER SEAL

# EXHIBIT 77

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
JANE DOE 1, individually and on
behalf of all others similarly
situated,
          Plaintiff,
                           Case No.
    -against-              1:22-cv-10019-JSR
JPMORGAN Chase BANK NA,
          Defendants.
- - - - - - - - - - - - - - - - - - - - x
```

C O N F I D E N T I A L

Videotaped oral deposition of BONNIE PERRY taken pursuant to notice, was held REMOTELY, commencing May 10, 2023, 9:39 a.m., on the above date, before Leslie Fagin, a Court Reporter and Notary Public in the State of New York.

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



```
                                           Page 53
 1                B Perry
 2           MR. BUTTS:  Give me a moment.       10:51:13
 3           Objection.                          10:51:14
 4           You may answer.                     10:51:14
 5           THE WITNESS:  I'm so sorry.         10:51:15
 6           MR. BUTTS:  No apologies today at   10:51:19
 7      all, I think everyone will agree with me 10:51:20
 8      on that.                                 10:51:20
 9           I objected, now it's your turn.     10:51:26
10      A.   I don't know.                       10:51:28
11      Q.   Are you aware of any sex            10:51:31
12 trafficking cases coming out of the private   10:51:33
13 bank during your tenure at JPMorgan?          10:51:35
14           MR. BUTTS:  Objection.              10:51:40
15           You may answer.                     10:51:42
16      A.   No, I don't remember any.           10:51:42
17      Q.   I think we spoke about rapid        10:51:45
18 response meetings earlier in your discussion  10:51:49
19 of your responsibilities, is that right?      10:51:52
20      A.   That's correct.                     10:51:53
21      Q.   What is a rapid response meeting?   10:51:54
22      A.   So it's an escalation of            10:51:57
23 information that was brought to us,           10:52:01
24 derogatory information, where it seems        10:52:07
25 something that should be escalated up to      10:52:11
```



```
                                                    Page 54
 1                     B Perry
 2   management and they just -- we give them the    10:52:13
 3   facts, they review it and make a               10:52:20
 4   determination on how they want to proceed.     10:52:22
 5        Q.   So by us, you mean the Americas      10:52:26
 6   control group slash --                          10:52:31
 7        A.   Americas --                           10:52:42
 8             MR. BUTTS:  So that's I think a      10:52:42
 9        good reminder.  We are talking over each  10:52:43
10        other a little bit.                       10:52:46
11             So can you, Leslie, read the last    10:52:50
12        piece of her answer or the question and   10:52:54
13        then the answer from what you got so      10:52:56
14        far.                                      10:53:00
15             (Record read.)                        10:53:04
16             MR. BUTTS:  Maybe Danny, you can     10:53:19
17        take it from the top on that question     10:53:21
18        and we can then answer.                   10:53:22
19        Q.   By us, you mean the Americas         10:53:23
20   control group/risk management group, right?   10:53:27
21             MR. BUTTS:  Objection to form.       10:53:31
22             You may answer.                      10:53:32
23        A.   Yes.  We received it.  If I recall,  10:53:33
24   copies may have gone to the banker and their  10:53:39
25   manager, I don't remember.                    10:53:42
```

