# FILED UNDER SEAL

# EXHIBIT 78

**From:** Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com]
**Sent:** 8/7/2013 5:03:08 PM
**To:** Jaber, Valerie-Leila [valerie-leila.jaber@jpmchase.com]; Belle, Lisa M [lisa.m.belle@jpmchase.com]
**CC:** DeLuca, Phillip A [phillip.a.deluca@jpmchase.com]
**Subject:** RE: Epstein narrative

I will fix the narrative, but I think we should stick to taking out cash and traveling abroad to pay for fuel is not normal business practice. True, he has been known to pay cash for his massages but only minors are the issue and we have no proof. If the fuel explanation is true, then the feds can valid vs CMIR records and business tax write-offs. If he pays cash for all his fuel, hard to write off use of the jet as a business expense.


Maryanne Ryan
AML Investigations
VP, Compliance Director
194 Wood Ave South  Iselin, NJ 08830
Phone 732-452-8071

---

**From:** Jaber, Valerie-Leila
**Sent:** Wednesday, August 07, 2013 12:44 PM
**To:** Ryan, Maryanne X; Belle, Lisa M
**Cc:** DeLuca, Phillip A
**Subject:** RE: Epstein narrative

A few comments below:

Is there negative media surrounding his use of cash to pay for escorts? If so, it may be worth mentioning as further support of suspicion. Lisa mentioned that this may be in a *Miami Herald* article.

---

**From:** Ryan, Maryanne X
**Sent:** Wednesday, August 07, 2013 11:39 AM
**To:** Belle, Lisa M
**Cc:** Jaber, Valerie-Leila; DeLuca, Phillip A
**Subject:** Epstein narrative

Here is the narrative I was planning on sending to Kevin today. I am hoping to load it up and if no objections get it out today. I have until the 18th in the system.


DeLuca Deposition
Exhibit 29
334640-CAK   04/19/2023

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00021995

JPMorgan Chase Bank, N.A. ("JPMC" or, the "Firm") is filing this Suspicious Activity Report ("SAR") to report excessive cash activity in two checking accounts, owned and controlled by Jeffrey E Epstein, which appears unusual. This activity was identified through a LOB referral. A summary of the relevant facts and account activity is detailed below.

Jeffrey E. Epstein is a Private Bank customer who is a money manager and science and education philanthropist, who in 2008 was convicted of solicitation of prostitution and served 13 months in jail, and as a result is a registered sex offender.

As a result of a LOB referral, cash activity was reviewed across Epstein's accounts and large cash withdrawals, conducted in NY by POA Harry Beller were noted. The explanation provided by Epstein in June 2013 was that he travels extensively overseas and prefers to use cash to pay fuel expenses in foreign countries. A review of the Hyperion Air Inc, checking account number ▮▮▮▮0806, an account established by Jeffrey E Epstein for the maintenance and upkeep of his personal airplane, noted cash withdrawals began in 2011. The cash by year is as follows;

    a)  2011 – 2 withdrawals totaling $60,000

    b)  2012 - 9 withdrawals totaling $290,000

    c)  2013 - 3 withdrawals thru 7/31/2013 totaling $100,000

An additional review of his personal checking account numbered ▮▮▮▮0438 found additional large cash withdrawals that commenced ceased? when the cash withdrawals in the Hyperion Air account began. It is our understanding that the cash withdrawals in his personal account, again all conducted in NY by his POA, also relate to fuel for his airplane.

    a)  2009 – 4 withdrawals totaling $100,000

    b)  2010 – 6 withdrawals totaling $170,000

    c)  2011 – 6 withdrawals totaling $200,000

JPMC is filing this SAR to report activity which appears unusual in that large withdrawals of cash, would occur in NYC to pay for jet fuel when the client is flying out of the country, especially given the fact that the client maintains multiple homes and likely is not always leaving the country form from New York where the cash is being withdrawn. [the NY market – delete].

Maryanne Ryan
AML Investigations
VP, Compliance Director
194 Wood Ave South  Iselin, NJ 08830
Phone 732-452-8071

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00021996