# FILED UNDER SEAL

# EXHIBIT 80

| | |
|---|---|
| From: | james.dalessio@jpmorgan.com [james.dalessio@jpmorgan.com] |
| Sent: | 7/16/2008 3:02:47 PM |
| To: | aml operations wcu@jpmchase |
| CC: | rick seba/tx/one@jpmchase; janice r barnes/il/one@jpmchase; bonnie k perry/jpmchase@jpmchase; maryanne x ryan/jpmchase@jpmchase |
| Subject: | New PSAR - Jeffrey Epstein |
| Attachments: | _.png; Epstein, Jeffrey E - July 2008 large cash out.doc.zip |

New PSAR - **Source: News / SONAR Cash Rpts**


Epstein, Jeffrey E - July 2008 large cash out.doc.zip

Tks,
Jim

Confidential

JPM-SDNYLIT-00269718

| | |
|---|---|
| Last name | EPSTEIN |
| First name | JEFFREY E |
| DOB | ▓▓▓▓ 1953 |
| Occupation | Money Manager |
| SSN | ▓▓▓ 3348 |
| ID | US Virgin Islands Drivers License # ▓▓▓▓▓▓ |
| Account Number: | ▓▓▓ 0438 |
| Address | New York Strategy Group<br>457 Madison Ave<br>New York, NY 10022 |

Part VII   Activity Information Explanation/Description

Activity in a JPMorgan Chase Bank demand deposit account in the name of Jeffrey E Epstein included numerous $40,000 checks cashed. The transactions were deemed unusual due to the volume and frequency of cash withdrawals (20 for a total of $800,000 from January 2007 through June 2008) and Mr. Epstein's guilty plea to felony solicitation of prostitution on June 30, 2008.

| Date | Amount | Ck # | Paid to | Cashed by |
|---|---|---|---|---|
| 06/16/08 | ($40,000.00) | 1187 | Cash | Harry Beller (POA) |
| 05/21/08 | ($40,000.00) | 1186 | Cash | Harry Beller (POA) |
| 04/24/08 | ($40,000.00) | 1185 | Cash | Harry Beller (POA) |
| 04/01/08 | ($40,000.00) | 1183 | Cash | Harry Beller (POA) |
| 03/05/08 | ($40,000.00) | 1182 | Cash | Harry Beller (POA) |
| 02/13/08 | ($40,000.00) | 1181 | Cash | Harry Beller (POA) |
| 01/07/08 | ($40,000.00) | 1177 | Cash | Harry Beller (POA) |
| 12/14/07 | ($40,000.00) | 1176 | Cash | Harry Beller (POA) |
| 11/27/07 | ($40,000.00) | 1170 | Cash | Harry Beller (POA) |
| 10/24/07 | ($40,000.00) | 1166 | Cash | Harry Beller (POA) |
| 09/19/07 | ($40,000.00) | 1163 | Cash | Harry Beller (POA) |
| 09/04/07 | ($40,000.00) | 1159 | Cash | Harry Beller (POA) |
| 08/02/07 | ($40,000.00) | 1158 | Cash | Harry Beller (POA) |
| 07/10/07 | ($40,000.00) | 1157 | Cash | Harry Beller (POA) |
| 06/11/07 | ($40,000.00) | 1154 | Cash | Harry Beller (POA) |
| 05/02/07 | ($40,000.00) | 1150 | Cash | Harry Beller (POA) |
| 04/05/07 | ($40,000.00) | 1149 | Cash | Harry Beller (POA) |
| 03/01/07 | ($40,000.00) | 1145 | Cash | Harry Beller (POA) |
| 02/20/07 | ($40,000.00) | 1144 | Cash | Harry Beller (POA) |
| 01/18/07 | ($40,000.00) | 1142 | Cash | Harry Beller (POA) |

Harry Beller (POA)
DOB       ▓▓▓▓ 1958       SSN:       ▓▓▓▓ -0727
Address:   12 Golar Drive, Monsey, NY 10952
NYS Drivers License # ▓▓▓▓▓▓▓ , exp date 5/09/2011

Confidential

JPM-SDNYLIT-00269719