# FILED UNDER SEAL

# EXHIBIT 82

| | |
|---|---|
| From: | DeLuca, Phillip A [phillip.a.deluca@jpmchase.com] |
| Sent: | 7/18/2013 8:26:02 PM |
| To: | Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com] |
| Subject: | RE: Epstein more info found |

Shouldn't the business have been telling us this?

---

**From:** Ryan, Maryanne X
**Sent:** Thursday, July 18, 2013 4:15 PM
**To:** DeLuca, Phillip A
**Subject:** RE: Epstein more info found

Yes, we will be. Issue is he really never stopped the large cash withdrawals.

Maryanne Ryan
AML Investigations
VP, Compliance Director
194 Wood Ave South  Iselin, NJ 08830
Phone 732-452-8071

---

**From:** DeLuca, Phillip A
**Sent:** Thursday, July 18, 2013 4:08 PM
**To:** Ryan, Maryanne X
**Subject:** RE: Epstein more info found

No answer yet

We have to file agree?

---

**From:** Ryan, Maryanne X
**Sent:** Thursday, July 18, 2013 4:07 PM
**To:** DeLuca, Phillip A
**Subject:** Epstein more info found

Did you give her an answer yet, I found more

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00021965


EXHIBIT
Ryan 23
5-24-23

Original account did large withdrawals in subsequent years and then he switched it from personal to Hyperion air account

4 in 09 $100,000
6 in 2010 $170,000
6 in 11 $200,000 = 60,000 in air account
9 in 2012 $290,000
2 in 2013 $80,000

All the POA not him personally


Maryanne Ryan
AML Investigations
VP, Compliance Director
194 Wood Ave South   Iselin, NJ 08830
Phone 732-452-8071

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00021966