# FILED UNDER SEAL

# EXHIBIT 86

USCG Due Diligence Report - Corporation




DDR Name: Hyperion Air, Inc. ~
DDR Status: Process Completed

## Banker Information

| | |
|---|---|
| Banker: | Paul V Morris/JPMCHASE |
| LE/OU: | 102/29338 |
| Banker SID: | N256838 |
| Banker BAC: | 8634--CHBG |
| Banker FNEN: | 01 |

**Banker History:**

03/04/2010 11:24:53 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Paul V Morris/JPMCHASE.

## DM ID Link Information

The DM for this DDR is DM Name -JEFFREY E EPSTEIN CAS ID - 9710670708.
The following DDR's are associated with this Decision Maker .

| DDR Name | Banker | Security Services Search Date |
|---|---|---|
| 116 East 65th St., LLC | Morris, Paul V | 02/02/2009 |
| Darren K. Indyke PLLC | Morris, Paul V | 10/17/2008 |
| [REDACTED] | Morris, Paul V | 02/08/2004 |
| EMMCAC, LLC | Morris, Paul V | 08/06/2004 |
| Epstein, Jeffrey | Morris, Paul V | 03/07/2011 |
| Financial Trust Company, Inc. | Morris, Paul V | 08/11/1999 |
| Financial Trust Company, Inc. | Morris, Paul V | 05/21/2003 |
| Freedom Air International, Inc. | Morris, Paul V | 03/11/2010 |
| HBRK Associates Inc. | Morris, Paul V | 10/17/2008 |
| Hyperion Air, Inc. | Morris, Paul V | 02/03/2009 |
| I-Correct.com LLC | Morris, Paul V | 01/30/2009 |
| Indyke, Darren K | Morris, Paul V | 01/15/2010 |
| Jege, Inc. | Morris, Paul V | 02/03/2009 |
| LYN & JOJO LLC | Morris, Paul V | 07/31/2006 |
| [REDACTED] | Morris, Paul V | 02/08/2004 |
| MAX Foundation | Morris, Paul V | 12/10/2009 |
| New York Strategy Group, LLC | Morris, Paul V | 04/16/2003 |
| Plan D, Inc. | Morris, Paul V | 01/30/2009 |
| The 2007 Jeffrey E Epstein Insurance Trust | Morris, Paul V | 12/01/2008 |
| #2 - November 1, 2007 | Morris, Paul V | 12/02/2008 |
| The 2007 Jeffrey E Epstein Insurance Trust | Morris, Paul V | 11/25/2008 |
| #3 dtd November 1, 2007 | Morris, Paul V | 01/28/2004 |
| The 2007 Jeffrey E. Epstein Insurance | Morris, Paul V | |
| Trust #1 Dtd November 1, 2007 | | |
| The C.O.U.Q. Foundation, Inc. | | |
| The Haze Trust | | |

## Corporation Name/Contact Information

- ○ New Client (No Decision Maker/UCAS/PCN Exists)
- ● Existing Client (Decision Maker/UCAS/PCN Exists)
- ○ Prospect (must be converted to a client prior to the account opening.)

Only Select "New Client" if this entity will be a PCN.

☐ Backlog Client

JPMC Internal Use Only

Full Legal Corporate Name: Hyperion Air, Inc.

| Primary Corporate Address | (No P.O. Box address. Must be a physical address.) |
|---|---|
| Name: | Hyperion Air, Inc. |
| Attention: | HBRK Associates |
| Address Line 1: | 301 East 66th St., Suite 10B |
| Address Line 2: | |
| City: | New York |
| State: | NY |
| Province: | |
| Postal/Zip Code: | 10065 |
| Country: | UNITED STATES |

| | |
|---|---|
| Tax ID # : | [redacted]1632<br>Remember to collect W-8's or other applicable tax forms for each jurisdiction. |
| Business Phone: | ()- |
| State of Domicile:<br>Where is the Company Incorporated? | DE |
| What document did you obtain to evidence state of domicile?<br>Articles of Incorporation, Partnership Agreement, etc | Certificate of Incorporation |

Introduction / Financial Information

| | |
|---|---|
| Introduction Type: | Related Client A/C |
| Specific Information: | Jeffrey Epstein<br>(Please identify referral source, etc.) |
| Have you met with the Principal/Authorized Individual? | (•) Yes ( ) No |
| Legal Entity: | Corporation |

**Corporation**

| | |
|---|---|
| What is the nature of the business operations? (Describe products and services offered, how long in business, etc. If this is an operating company, indicate appx. number of locations and appx. number of employees, list a website if available) | Holds Aircraft |
| Public or Privately owned? (if public, where traded?) | Private |
| Locations served? | (•) Domestic ( ) International |
| Is this a cash intensive business or a business that uses cash as it's principal activity? (e.g. convenience store, restaurants, retail stores, liquor stores, cigarette distributor, vending machine operator, parking garage, any other business in which cash is its principal activity) | ( ) Yes (•) No |

Principal Shareholder(s):
Identify the principal shareholders. If the entity is owned by an intermediate legal structure (e.g. LLC or Partnership), please list the ultimate individual shareholder(s) on whose behalf the account is maintained.

| Last Name: | First Name: | % of Ownership: | SSN | DOB | Form of Govt Issued ID Obtained |
|---|---|---|---|---|---|
| Epstein | Jeffrey | 100 | [redacted]3348 | [redacted]1953 | Driver's License |

| | |
|---|---|
| Is this an operating company? | ( ) Yes (•) No |
| Entity/Client Net Worth: | $ 300.00 (USD millions) |
| Documentation/ Information obtained to confirm stated net worth of the Entity/Client: | Accounts held at JPM; knowledge of ownership of certain assets; public articles |
| Industry Code: The Business Type is the industry in which the client derives the majority of its income. | OFFICES OF OTHER HOLDING COMPANIES NAIC Code: 551112 |

## Transaction Profile/Expected Account Activity

| | |
|---|---|
| What is the purpose/intended use of this account? | Managing payments for operational expenses of personal aircraft |
| What is the expected source of account funding ? | Wire |
| Approximate $ amount to fund the account : | $100,000 |

Please select each "Product Type" that applies. Within each product type, please check ALL transaction types that apply and provide a description of expected account activity. (document expected sources of inflows and destinations of transfers,countries, and types of payors/payees.Include where is the money coming from - example : A specific bank or firm and purpose of specific transactions, if known)

| Product Type - Select all that apply | Transaction Types - Select all that apply and expected activity level ( L = 1-5, M = 6-12, H =>12 transactions per month) | Anticipated $ Amount Totals per month – Please provide at least an estimate |
|---|---|---|
| Deposit/Current Accounts (Checking, Savings, Money Market) (•) Yes ( ) No | Cash ( withdrawals/deposits) - ( ) Low ( ) Medium ( ) High | |
| | Check deposits / Check paid - ( ) Low ( ) Medium ( ) High | |
| | Wire Incoming & Outgoing - (•) Low ( ) Medium ( ) High | Below $1MM |
| | Internal Transfers - ( ) Low ( ) Medium ( ) High | |
| | Other - ( ) Low ( ) Medium ( ) High | |
| Please describe in detail expected account activity for this product : | | Operational payments for maintenance of aircraft. |
| Investment Products (Custody,Brokerage,Agency,Margin) ( ) Yes (•) No | | |
| Fiduciary (Investment Mgmt. / Trust) ( ) Yes (•) No | | |
| Credit type facilities (Line of Credit, Mortgage, Letter of Credit) ( ) Yes (•) No | | |

## Required Security Services Checks

| | |
|---|---|
| Security Search Type: | Full |

Note for Security Services: DDR originally created in ... Last report signed by Security Services on 1/20/08.
Please list any specific search requests/instructions to Security Services here

## Security Services Information

A Security Services Check is REQUIRED for New Clients and Prospects
This section to be completed by the Security Services Group:

List Individuals and Corporate Entities Investigated:
Please Note: All research is subject to the availability of electronic database resources.
Attachment:




| Search Type | Is Further Review by Banker Required? | Security Service Details: | Banker Response: |
|---|---|---|---|
| Company Information | No | No additional research necessary. | |
| Corporate Records | No | No additional research necessary. | |
| Other Database Searches (RDC/CDC/MIS) | No | No additional research necessary. | |
| Internal Database Search (CSSS/FPS) | No | Internal database search revealed the following: Reference the account(s) titled "1370206 Hyperion Air Inc", "121708 Hyperion Air Inc" and "2496207 Icorrect.com LLC"#" for previous research.<br><br>Internal database search revealed the following: Reference the account(s) titled "Jeffrey Epstein", "Forums LLC", "YHS LLC" and "Jeffrey E Epstein Insurance Trust 1 Dtd November 1 2007" for previous research.<br>***********************************************<br>The following information was previously reported to Mary C Casey on 09/12/2007 under the account I-Correct.com LLC (DDR #24962/07)and YHS LLC (DDR #739106):<br><br>Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes.<br><br>As of 11/25/2008:<br>A trial date for this case has yet to be set.<br>*********************************************** | Please see comments below |
| State Court Searches | No | No additional research necessary. | |
| Federal Court Searches | No | No additional research necessary. | |
| Personal Particulars | No | No additional research necessary. | |
| Publications | No | No additional research necessary. | |
| Regulatory Sanctions | No | No additional research necessary. | |
| OFAC/Control List Search | No | No additional research necessary. | |

Has this been identified as a Red Dot DDR? : 


| | |
|---|---|
| Expense No.: | 99/31167 |
| Total Costs: | $0.00 |
| Signed by: | Ryan T McGowan |
| Dated: | 02/03/2009 03:37:23 PM |

## Background Checks conducted in addition to Security Services

| Background Check | (Required If Check Carried Out) | (Required If Check Carried Out) |
|---|---|---|
| ☑ Morgan Network | 05/13/2009 | This entity is 100% owned by Jeffrey Epstein.<br><br>Jeffrey Epstein is an existing client of PB. In years past, Mr. Epstein was an active brokerage client, particularly in foreign exchange, and as of this year he is a custody-only client. Formerly, Jeffrey Epstein was a money manager to high net worth individuals, most notably Leslie Wexner. Wexner was a JPM client and then retained Epstein in the late 90s. Mr. Wexner terminated his relationship with Epstein in 02/2008.<br><br>Epstein is well known to several JPM PB employees and to Jes Staley. Mr. Epstein was convicted of a felony charge in 2008 and is currently serving an 18-month prison sentence. Jes Staley conferred with Stephen Cutler and the decision was made to keep Mr. Epstein as a PB client. Staley and PB then decided that his PB relationship will be for banking and custody only. We no longer provide brokerage execution capabilities for Mr. Epstein's accounts. Bear Stearns will hold the brokerage relationship with Mr. Epstein. |
| ☐ TRW/CIC | | |
| ☐ Lexis Nexis | | |
| ☐ Dun_Bradstreet | | |
| ☐ Bank References | | |
| ☐ Directories | | |
| ☐ Bus Social Contacts | | |
| ☐ Other | | |

## Summary

| | |
|---|---|
| Summary Of Findings: | This entity is 100% owned by Jeffrey Epstein.<br><br>Jeffrey Epstein is an existing client of PB. In years past, Mr. Epstein was an active brokerage client, particularly in foreign exchange, and as of this year he is a custody-only client. Formerly, Jeffrey Epstein was a money manager to high net worth individuals, most notably Leslie Wexner. Wexner was a JPM client and then retained Epstein in the late 90s. Mr. Wexner terminated his relationship with Epstein in 02/2008.<br><br>Epstein is well known to several JPM PB employees and to Jes Staley. Mr. Epstein was convicted of a felony charge in 2008 and is currently serving an 18-month prison sentence. Jes Staley conferred with Stephen Cutler and the decision was made to keep Mr. Epstein as a PB client. Staley and PB then decided that his PB relationship will be for banking and custody only. We no longer provide brokerage execution capabilities for Mr. Epstein's accounts. Bear Stearns will hold the brokerage relationship with Mr. Epstein. |
| Anticipated Product(s) | Others |

## Client Hierarchy Assignments

GRAY SHADED AREA CONTAINS SPN/CAS ID ASSIGNMENT INFORMATION

| | |
|---|---|
| Banker SID | N256838 |
| Banker BAC: | 8634--CHBG |
| FNEN: | 01 |
| Does the DDR have Multiple Entities? | No |

Client Hierarchy and Additional Entity Assignment:

| Name | Tax ID # | Existing CAS Id | Linking to DM Id |
|---|---|---|---|
| Hyperion Air, Inc. | [REDACTED]1632 | 0220476583 | 9710670708 |

Case 1:22-cv-10904-JSR Document 383-27 Filed 10/31/25 Page 7 of 8

| Linked to DM Name | SPN No | CAS ID |
|---|---|---|
| JEFFREY E EPSTEIN | 7705530 | . |

Contact Information for each entity named within the Client Hierarchy Table:

| Associated Entity | Date of Birth | Goverment issued I.D Obtained | Tax ID # | Citizenship |
|---|---|---|---|---|
| Hyperion Air, Inc. | . | . | [redacted]1632 | . |

Do any of the above entities require a joint SPN? No
Select Yes, if multiple entities will share the same account (OMNI, CASII or Olympic)

Does the DDR have Multiple Owners? No

This area is used to document individuals who DO NOT require a new CAS or SPN, but have authority over the entity or entities for which this DDR was created. Individuals documented within the above client hierarchy area do not need to be repeated in this section

| Name | Goverment issued I.D Obtained | Tax ID # | Date of Birth |
|---|---|---|---|
| | | | |

| Attention | Address Line 1 | Address Line 2 | City |
|---|---|---|---|
| | | | |

| State | Zip | Province | Country |
|---|---|---|---|
| | | | |

| Citizenship |
|---|
| |

## Approval Information

Public/High Profile Figure No

High Risk Jurisdiction No

High Risk Business No

Is this a Foreign Bank? No
"Foreign Bank" as defined in the USA PATRIOT Act.

Banker: Paul V Morris/JPMCHASE

LE/OU: 102/29338

Senior Manager: Marcus Sheridan/JPMCHASE

## Annual / Periodic Review Information

Annual/Periodic Review Due in: 36 months

Periodic Review Comments :

**Banker Approval Information**

Sponsorship affirmation -
Based on my due diligence and the information provided , I approve and accept sponsorship of Hyperion Air, Inc. ~ as a

Client from inception and throughout the client relationship.
Mary C Casey 05/13/2009 10:21:29 AM

**Senior Manager Approval Information**

Based on the information provided and the approval granted by *Mary C Casey*, I approve the acceptance of Hyperion Air, Inc. ~ as a Client.

Marcus Sheridan 05/14/2009 01:14:59 PM

Quality Reviewer Information

| | |
|---|---|
| 1st Quality Review Comment: | Bonnie K Perry on 5/15/2009 2:49:15 PM Comments : Ok to approve. |
| 2nd Quality Review Comment: | |
| 3rd Quality Review Comment: | |
| 4th Quality Review Comment: | |
| 5th Quality Review Comment: | |

**Admin Comments**

| | |
|---|---|
| Admin Comments: | Removed flag - will be on Sonar alerts only. |
| By: | Bonnie K Perry/JPMCHASE |
| Date: | 10/30/2009 04:01:16 PM |

Admin Comments History :

**Document History**

| | |
|---|---|
| Created: 01/23/2009 | By: Maria A. Couto |
| Last Modified: 10/30/2009 | By: Bonnie K Perry |
| Submitted: 05/14/2009 01:14:59 PM | By: Marcus Sheridan |

**Audit History**
9. Input/Update High Profile figure set to 'No' performed by: Bonnie K Perry on: 10/30/2009 04:01:45 PM
8. 'Area Head Approval' performed by: Catherine Keating on: 05/19/2009 11:04:43 AM
7. Quality Review performed by: Bonnie K Perry on: 05/15/2009 02:49:27 PM
6. 'Senior Manager Approval' performed by: Marcus Sheridan on: 05/14/2009 01:15:02 PM
5. 'Banker Approval' performed by: Mary C Casey on: 05/13/2009 10:21:30 AM
4. Submitted for Banker Approval SS Type = Full performed by: Ryan T McGowan on: 02/03/2009 03:37:25 PM
3. Button: 'Flag: Security Check has begun' performed by: Ligaya X Felismino-Stesner on: 01/23/2009 02:30:49 PM
2. Button: 'Print' performed by: Ligaya X Felismino-Stesner on: 01/23/2009 02:25:22 PM
1. Submitted for Security Services Approval performed by: Maria A. Couto on: 01/23/2009 02:19:31 PM

Converted Tracking Document History: