# FILED UNDER SEAL

# EXHIBIT 87

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

## Suspicious Activity Report

Version Number: 1.0

**Filing Name:** 13 4751232

***1 Filing Type** (Check all that apply)
- ☒ Initial report
- ☐ Correct/Amend prior report
- ☐ Continuing activity report
- ☐ Joint report

**Prior report document control/file number:**

**Attachment:**



Page 1 of 11

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019086

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

## Part IV Filing Institution Contact Information

| Field | Value |
|---|---|
| *82 Type of financial institution | Depository institution |
| *78 Primary federal regulator | Office of the Comptroller of the Currency (OCC) |
| *79 Filer name (Holding company, lead financial institution, or agency, if applicable) | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| *80 TIN | ■■■4650 |
| *81 TIN type | EIN |

83 Type of Securities and Futures institution or individual filing this report - check box(es) for functions that apply to this report:
- [ ] Clearing broker-securities
- [ ] CPO/CTA
- [ ] Futures Commission Merchant
- [ ] Holding company
- [ ] Introducing broker-commodities
- [ ] Introducing broker-securities
- [ ] Investment Adviser
- [ ] Investment company
- [ ] Retail foreign exchange dealer
- [ ] SRO Futures
- [ ] SRO Securities
- [ ] Subsidiary of financial/bank holding company
- [ ] Other

84 Financial institution identification Type: 
Number:

| Field | Value |
|---|---|
| *85 Address | 1111 POLARIS PARKWAY |
| *86 City | COLUMBUS |
| *87 State | OH |
| *88 ZIP/Postal Code | 43240 |
| *89 Country | US |
| 90 Alternate name, e.g., AKA - individual or trade name, DBA - entity | |
| 91 Internal control/file number | 964373 |
| 92 LE contact agency | |
| 93 LE contact name | |
| 94 LE contact phone number (Include Area Code) | Ext. |
| 95 LE contact date | |
| *96 Filing institution contact office | AML Ops |
| 97 Filing institution contact phone number (Include Area Code) | 2104898935 Ext. |
| 98 Date filed | 08/08/2013 |

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019087

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

## Part III Information about Financial Institution Where Activity Occurred 1 of 1

| # | Field | Value |
|---|---|---|
| *47 | Type of financial institution | Depository institution |
| *48 | Primary federal regulator | Office of the Comptroller of the Currency (OCC) |
| 49 | Type of gaming institution | ☐ State licensed casino  ☐ Tribal authorized casino  ☐ Card club  ☐ Other (specify) |
| 50 | Type of Securities and Futures institution or individual where activity occurred - check box(es) that apply to this report | ☐ Clearing broker-securities  ☐ Introducing broker-securities  ☐ Subsidiary of financial/bank holding company  ☐ Futures Commission Merchant  ☐ Investment Adviser  ☐ Other  ☐ Holding company  ☐ Investment company  ☐ Introducing broker-commodities  ☐ Retail foreign exchange dealer |
| 51 | Financial institution identification | Type:  Number: |
| 52 | Financial institution's role in transaction | ☐ Selling location  ☐ Paying location  ☐ Both |
| *53 | Legal name of financial institution | ☐ Unknown  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| 54 | Alternate Name, e.g., AKA - individual or trade name, DBA - entity | |
| *55 | TIN | ☐ Unknown  ▇▇▇▇4650 |
| 56 | TIN type | EIN |
| *57 | Address | ☐ Unknown  1111 POLARIS PARKWAY |
| *58 | City | ☐ Unknown  COLUMBUS |
| 59 | State | OH |
| *60 | ZIP/Postal Code | ☐ Unknown  43240 |
| *61 | Country | ☐ Unknown  US |
| 62 | Internal control/file number | 964373 |
| 63 | Loss to financial institution $ | .00 |

**Branch where activity occurred information**    If no branch activity involved, check this box ☐

**Branch Information**

| # | Field | Value |
|---|---|---|
| 64 | Branch's role in transaction | ☐ Selling location  ☐ Paying location  ☐ Both |
| 65 | Address of branch or office where activity occurred | 850 Third Avenue |
| 67 | City | New York |
| 66 | RSSD Number | |
| 68 | State | NY |
| 69 | ZIP/Postal Code | 100226222 |
| *70 | Country | US |

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019088

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

## Part I Subject Information 1 of 3

| Field | Value |
|---|---|
| 2 Check: | ☐ if entity, ☐ if all critical* subject information is unavailable (Does not include item 24) |
| *3 Individual's last name or entity's legal name | ☐ Unknown — EPSTEIN |
| *4 First name | ☐ Unknown — JEFFREY |
| 5 Middle name/initial | E |
| Suffix | |
| Gender | MALE |
| *16 Date of birth | ☐ Unknown — [REDACTED] 1953 |
| 6 Alternate name, e.g., AKA - individual or trade name, DBA - entity | JEFFREY E EPSTEIN |
| 7a NAICS Code | |
| 7 Occupation or type of business | MONEY MANAGER |
| *13 TIN | ☐ Unknown — [REDACTED]3348 |
| 14 TIN type | SSN-ITIN |
| 18 Phone number | 2127509790 |
| Ext. | |
| 17 Type | Home |
| 19 E-mail address | |
| 19a Website (URL) address | |
| 20 Corroborative statement to filer? | No |
| 25 Subject's role in suspicious activity | |

### Subject Address Information

| Field | Value |
|---|---|
| *8 Address | ☐ Unknown — 457 MADISON AVE |
| *9 City | ☐ Unknown — NEW YORK |
| *10 State | ☐ Unknown — NY |
| *11 ZIP/Postal Code | ☐ Unknown — 10022 |
| *12 Country | ☐ Unknown — US |
| *8 Address | ☐ Unknown — NEW YORK STRATEGY GROUP LLC 457 MADISON AVE |
| *9 City | ☐ Unknown — NEW YORK |
| *10 State | ☐ Unknown — NY |
| *11 ZIP/Postal Code | ☐ Unknown — 10022 |
| *12 Country | ☐ Unknown — US |

*15 Form of identification for subject    Unknown ☐
Type: Driver's license/State ID
Number: [REDACTED]    Issuing State: VI    Country: US

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

Page 4 of 11

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019089

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D. PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.**

a  Institution TIN   ███4650

- b ☐ Accountant
- e ☐ Attorney
- h ☐ Director
- k ☐ Officer
- c ☐ Agent
- f ☐ Borrower
- i ☐ Employee
- l ☐ Owner or Controlling Shareholder
- d ☐ Appraiser
- g ☒ Customer
- j ☐ No relationship to institution
- z ☐ Other

22 Status of relationship  
23 Action date

*24 Financial institution TIN and account number(s) affected that are related to subject   No known accounts involved ☐

Institution TIN  ███4650   ☐ Non-US Financial Institution  
account number  ███0438   Closed? Yes ☐

Institution TIN  ███4650   ☐ Non-US Financial Institution  
account number  ███4332   Closed? Yes ☐

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019090

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

Part I Subject Information 2 of 3

| Field | Value |
|---|---|
| 2 Check: | ☐ if entity, ☐ if all critical* subject information is unavailable (Does not include item 24) |
| *3 Individual's last name or entity's legal name | ☐ Unknown BELLER |
| *4 First name | ☐ Unknown HARRY |
| 5 Middle name/initial | |
| Suffix | Gender UNKNOWN |
| *16 Date of birth | ☐ Unknown ▓1958 |
| 6 Alternate name, e.g., AKA - individual or trade name, DBA - entity | |
| 7a NAICS Code | 7 Occupation or type of business ACCOUNTANT/POA |
| *13 TIN | ☐ Unknown ▓0727    14 TIN type SSN-ITIN |
| 18 Phone number | 8453693825    Ext.    17 Type Home |
| 18 Phone number | 2128916428    Ext.    17 Type Work |
| 19 E-mail address | HARRYBELLER@GMAIL.COM |
| 19a Website (URL) address | |
| 20 Corroborative statement to filer? | No    25 Subject's role in suspicious activity |

Subject Address Information

| Field | Value |
|---|---|
| *8 Address | ☐ Unknown 12 GOLAR DR |
| *9 City | ☐ Unknown MONSEY |
| *10 State | ☐ Unknown NY    *11 ZIP/Postal Code ☐ Unknown 109522845 |
| *12 Country | ☐ Unknown US |

*15 Form of identification for subject    Unknown ☐
Type: Driver's license/State ID
Number: ▓    Issuing State NY    Country US

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

a Institution TIN ▓4650
b ☐ Accountant    e ☐ Attorney    h ☐ Director    k ☐ Officer
c ☐ Agent    f ☐ Borrower    i ☐ Employee    l ☐ Owner or Controlling Shareholder
d ☐ Appraiser    g ☒ Customer    j ☐ No relationship to institution    z ☐ Other

22 Status of relationship    23 Action date

*24 Financial institution TIN and account number(s) affected that are related to subject    No known accounts involved ☐

Institution TIN ▓4650    ☐ Non-US Financial Institution
account number ▓0438    Closed? Yes ☐

Page 6 of 11

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019091

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

| Institution TIN | █4650 | | ☐ Non-US Financial Institution | |
|---|---|---|---|---|
| | account number | █4332 | | Closed? Yes ☐ |

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019092

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

Part I Subject Information 3 of 3

| Field | Value |
|---|---|
| 2 Check: | ☒ if entity, ☐ if all critical* subject information is unavailable (Does not include item 24) |
| *3 Individual's last name or entity's legal name | ☐ Unknown — HYPERION AIR INC |
| *4 First name | ☐ Unknown |
| 5 Middle name/initial | |
| Suffix | Gender |
| *16 Date of birth | ☐ Unknown |
| 6 Alternate name, e.g., AKA - individual or trade name, DBA - entity | |
| 7a NAICS Code | 7 Occupation or type of business: PIC -PLANE MAINTENANCE |
| *13 TIN | ☐ Unknown — ■1632 |
| 14 TIN type | EIN |
| 18 Phone number | 2123270131 |
| 17 Type | Work |
| 19 E-mail address | HARRYBELLER@GMAIL.COM |
| 19a Website (URL) address | |
| 20 Corroborative statement to filer? | No |
| 25 Subject's role in suspicious activity | |

Subject Address Information

| Field | Value |
|---|---|
| *8 Address | ☐ Unknown — 6100 RED HOOK QUARTER B3 |
| *9 City | ☐ Unknown — ST. THOMAS |
| *10 State | ☐ Unknown — VI |
| *11 ZIP/Postal Code | ☐ Unknown — 00802 |
| *12 Country | ☐ Unknown — US |

*15 Form of identification for subject  Unknown ☒

Type
Number    Issuing State    Country

21 Relationship of the subject to an institution listed in Part III or IV (check all that apply)

a Institution TIN ■4650
b ☐ Accountant
c ☐ Agent
d ☐ Appraiser
e ☐ Attorney
f ☐ Borrower
g ☒ Customer
h ☐ Director
i ☐ Employee
j ☐ No relationship to institution
k ☐ Officer
l ☐ Owner or Controlling Shareholder
z ☐ Other

22 Status of relationship    23 Action date

*24 Financial institution TIN and account number(s) affected that are related to subject    No known accounts involved ☐

Institution TIN ■4650    ☐ Non-US Financial Institution
account number ■4332    Closed? Yes ☐

Page 8 of 11

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019093

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

**Part II Suspicious Activity Information**

*26 Amount involved in this report ☐ Amount Unknown ☐ No amount involved  $ 920,000 .00

*27 Date or date range of suspicious activity for this report  From 01/13/2009  To 07/31/2013

28 Cumulative amount (only applicable when "Continuing activity report" or "Correct/Amend prior report" is checked in Item 1)  $ .00

When completing item 29 through 38, check all that apply

**29 Structuring**
- a ☐ Alters transaction to avoid BSA recordkeeping requirement
- b ☐ Alters transaction to avoid CTR requirement
- c ☐ Customer cancels transaction to avoid BSA reporting and recordkeeping requirements
- d ☐ Multiple transactions below BSA recordkeeping threshold
- e ☐ Multiple transactions below CTR threshold
- f ☐ Suspicious inquiry by customer regarding BSA reporting or recordkeeping requirements
- z ☐ Other

**30 Terrorist Financing**
- a ☐ Known or suspected terrorist/terrorist organization
- z ☐ Other

**31 Fraud (Type)**
- a ☐ ACH
- b ☐ Business loan
- c ☐ Check
- d ☐ Consumer loan
- e ☐ Credit/Debit card
- f ☐ Healthcare
- g ☐ Mail
- h ☐ Mass-marketing
- i ☐ Pyramid scheme
- j ☐ Wire
- z ☐ Other

**32 Casinos**
- a ☐ Inquiry about end of business day
- b ☐ Minimal gaming with large transactions
- c ☐ Suspicious intra-casino funds transfers
- d ☐ Suspicious use of counter checks or markers
- z ☐ Other

**33 Money Laundering**
- a ☐ Exchange small bills for large bills or vice versa
- b ☐ Suspicion concerning the physical condition of funds
- c ☐ Suspicion concerning the source of funds
- d ☐ Suspicious designation of beneficiaries, assignees or joint owners
- e ☐ Suspicious EFT/wire transfers
- f ☐ Suspicious exchange of currencies
- g ☐ Suspicious receipt of government payments/benefits
- h ☐ Suspicious use of multiple accounts
- i ☐ Suspicious use of noncash monetary instruments
- j ☐ Suspicious use of third-party transactors (straw-man)
- k ☐ Trade Based Money Laundering/Black Market Peso Exchange
- l ☐ Transaction out of pattern for customer(s)
- z ☐ Other

**34 Identification/Documentation**
- a ☐ Changes spelling or arrangement of name
- b ☐ Multiple individuals with same or similar identities
- c ☐ Provided questionable or false documentation
- d ☐ Refused or avoided request for documentation
- e ☐ Single individual with multiple identities
- z ☐ Other

**36 Insurance**
- a ☐ Excessive insurance
- b ☐ Excessive or unusual cash borrowing against policy/annuity
- c ☐ Proceeds sent to or received from unrelated third party
- d ☐ Suspicious life settlement sales insurance (e.g., STOLI's, Viaticals)
- e ☐ Suspicious termination of policy or contract
- f ☐ Unclear or no insurable interest
- z ☐ Other

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019094

**WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D. PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.**

### 35 Other Suspicious Activities

- a ☐ Account takeover
- b ☐ Bribery or gratuity
- c ☐ Counterfeit instruments
- d ☐ Elder financial exploitation
- e ☐ Embezzlement/theft/disappearance of funds
- f ☐ Forgeries
- g ☐ Identity theft
- h ☐ Little or no concern for product performance penalties, fees, or tax consequences
- i ☐ Misuse of "free look"/cooling-off/right of rescission
- j ☐ Misuse of position or self-dealing
- k ☐ Suspected public/private corruption (domestic)
- l ☐ Suspected public/private corruption (foreign)
- m ☐ Suspicious use of informal value transfer system
- n ☐ Suspicious use of multiple transaction locations
- o ☒ Transaction with no apparent economic, business, or lawful purpose
- p ☐ Two or more individuals working together
- q ☐ Unauthorized electronic intrusion
- r ☐ Unlicensed or unregistered MSB
- z ☐ Other

### 37 Securities/Futures/Options

- a ☐ Insider trading
- b ☐ Market manipulation/wash trading
- c ☐ Misappropriation
- d ☐ Unauthorized pooling
- z ☐ Other

### 38 Mortgage Fraud

- a ☐ Appraisal fraud
- b ☐ Foreclosure fraud
- c ☐ Loan Modification fraud
- d ☐ Reverse mortgage fraud
- z ☐ Other

### 39 Were any of the following product type(s) involved in the suspicious activity? (Check all that apply)

- a ☐ Bonds/Notes
- b ☐ Commercial mortgage
- c ☐ Commercial paper
- d ☐ Credit card
- e ☐ Debit card
- f ☐ Forex transactions
- g ☐ Futures/Options on futures
- h ☐ Hedge fund
- i ☐ Home equity loan
- j ☐ Home equity line of credit
- k ☐ Insurance/Annuity products
- l ☐ Mutual fund
- m ☐ Options on securities
- n ☐ Penny stocks/Microcap securities
- o ☐ Prepaid access
- p ☐ Residential mortgage
- q ☐ Security futures products
- r ☐ Stocks
- s ☐ Swap, hybrid, or other derivatives
- z ☐ Other (List below)

### 40 Were any of the following instrument type(s)/payment mechanism(s) involved in the suspicious activity? (Check all that apply)

- a ☐ Bank/Cashier's check
- b ☐ Foreign currency
- c ☐ Funds transfer
- d ☐ Gaming instruments
- e ☐ Government payment
- f ☐ Money orders
- g ☒ Personal/Business check
- h ☐ Travelers checks
- i ☒ U.S. Currency
- z ☐ Other (List below)

41 Commodity type (If applicable)

42 Product/Instrument description (If needed)

43 Market where traded

44 IP address (If available)

45 CUSIP® number

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019095

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION TO THE ECC-D.
PRINTED VERSIONS OF THE BSA E-FILING FORMS WILL NOT BE PROCESSED AT THE ECC-D.

Part V  Suspicious Activity Information - Narrative*

Contact for Assistance:
MARYANNE RYAN
732-452-8071

JPMorgan Chase Bank, N.A. ("JPMC" or, the "Firm") is filing this Suspicious Activity Report ("SAR") to report excessive cash activity in two checking accounts, owned and controlled by Jeffrey E Epstein, which appears unusual. This activity was identified through a LOB referral. A summary of the relevant facts and account activity is detailed below.

Jeffrey E. Epstein is a Private Bank customer who is a money manager and science and education philanthropist, who in 2008 was convicted of solicitation of prostitution and served 13 months in jail, and as a result is a registered sex offender.

As a result of a LOB referral, cash activity was reviewed across Epstein's accounts and large cash withdrawals, conducted in NY by POA Harry Beller were noted. The explanation provided by Epstein in June 2013 was that he travels extensively overseas and prefers to use cash to pay fuel expenses in foreign countries. A review of the Hyperion Air Inc, checking account number ████4332, an account established by Jeffrey E Epstein for the maintenance and upkeep of his personal airplane, noted cash withdrawals began in 2011. The cash by year is as follows;
a)   2011 -- 2 withdrawals totaling $60,000
b)   2012 - 9 withdrawals totaling $290,000
c)   2013 - 3 withdrawals thru 7/31/2013 totaling $100,000

An additional review of his personal checking account numbered ████0438 found additional large cash withdrawals that ceased when the cash withdrawals in the Hyperion Air account began. It is our understanding that the cash withdrawals in his personal account, again all conducted in NY by his POA, also relate to fuel for his airplane.
a)   2009 -- 4 withdrawals totaling $100,000
b)   2010 -- 6 withdrawals totaling $170,000
c)   2011 -- 6 withdrawals totaling $200,000

Epstein was the subject of SAR 122780 filed by JPMC on 8/16/08 for large cash withdrawals.

JPMC is filing this SAR to report activity which appears unusual in that large withdrawals of cash, would occur in NYC to pay for jet fuel when the client is flying out of the country, especially given the fact that the client maintains multiple homes and likely is not always leaving the country from New York where the cash is being withdrawn.

Supporting documentation associated with this report (SAR #964373) includes, but may not be limited to, documents maintained or identified in case file #4751232 and can be retrieved upon request. Upon the appropriate and validated request of a regulator or law enforcement agency, supporting documentation will be provided. SAR #964373 : Case 13 4751232 HYPERION AIR

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00019096