# FILED UNDER SEAL

# EXHIBIT 108

| | |
|---|---|
| From: | lisa.e.waters@jpmorgan.com [lisa.e.waters@jpmorgan.com] |
| Sent: | 1/25/2008 12:45:03 AM |
| To: | theresa.a.schnepf@jpmorgan.com |
| Subject: | Re: Fw: JE news |
| Attachments: | graycol.gif; ecblank.gif |

Am sure jes has filed her in. Great way to end the day

Have heard great things about nina and look forward to meeting her

Thank you for my ic number. It was a tough year so nice to receive the news

Lisa

Theresa A. Schnepf
----- Original Message -----

```
From: Theresa A. Schnepf
Sent: 01/24/2008 07:40 PM EST
To: Lisa Waters
Cc: George P. Lencyk
Subject: Re: Fw: JE news
```

i have forwraded to nina shenker
Lisa E. Waters/JPMCHASE

Lisa E. Waters/JPMCHASE

01/24/2008 07:23 PM

To "George Lencyk" <George.p.lencyk@jpmorgan.com>, "Theresa Schnepf" <theresa.a.schnepf@jpmorgan.com>

cc

Subject Fw: JE news

Lisa E. Waters
----- Original Message -----

```
From: Lisa E. Waters
Sent: 01/24/2008 07:22 PM EST
To: Mary Erdoes
```

AP and reuters - 50mm lawsuit filed in fed ct-miami against JE- sexual abuse of minor etc etc.

Court date for criminal charges still set for march