# FILED UNDER SEAL

# EXHIBIT 109

| | |
|---|---|
| From: | mary.erdoes@jpmorgan.com [mary.erdoes@jpmorgan.com] |
| Sent: | 2/7/2008 11:11:29 PM |
| To: | lisa.e.waters@jpmorgan.com |
| Subject: | Re: |

yup

Lisa E. Waters/JPMCHASE

| Lisa E. Waters/JPMCHASE | To "Mary Erdoes" <mary.erdoes@jpmorgan.com> |
|---|---|
| 02/07/2008 05:51 PM | cc |
| | Subject |

Second lawsuit filed against je. Same attorney. Nypost pg 18.

Confidential

JPM-SDNYLIT-00751686