# FILED UNDER SEAL

# EXHIBIT 112

| | | | |
|---|---|---|---|
| Ticket# | 104537517 | Account# | | Initiated Date | 02/09/2013 10:43 AM |
| Client Name | JEFFREY E EPSTEIN | Account Title | | Initiator | JUSTIN D NELSON |
| ECI | 9710670708 | Account Type | | Initiating Team | PB FRONT OFFICE |
| LOB | PB | | |

### Verify & Confirm for Jeffrey Epstein

| | |
|---|---|
| Final Risk Rating | High |
| Initial Risk Rating | Standard |
| GCS Report Requested | Full |
| Presence of Potential High Risk Indicators | Yes |
| Reason for Adjustment | Convicted Felon |
| Comments | |
| Summary of Risk Attributes | Per bank policy, felons are considered high risk and require additional approval. |
| Please summarize any material changes which have occurred with the client within the past 12 months: | The account still has yearly monitoring as the client is sensitive. |

### Risk Updated History

| Creation Date | Entered by | Updated Risk | Previous Risk | Comment |
|---|---|---|---|---|
| | | | | |

### GCS Grid

| Search Type | Security Service Details | Further Review Required |
|---|---|---|
| Company Information | No additional research necessary. | No |
| Corporate Records | No additional research necessary. | No |
| Other Database Searches (RDC/MIS/Factiva) | No additional research necessary. | No |
| Internal Database Search (CSSS/FPS) | Internal database search revealed prior GS&I research for The Financial Trust Company & J Epstein and Co and nothing derogatory to report. Internal database search revealed prior GS&I research for Jeffrey Edward Epstein and the following derogatory information was reported: Several newspaper articles were found that detail the indictment of Jeffrey Epstein in Florida on felony charges of soliciting underage prostitutes. Jeffrey Epstein served 13 months in jail. Numerous articles detail various law enforcement agencies investigating Jeffrey Epstein for allegedly participating in child trafficking and molesting underage girls. Jeffrey Epstein is required to register as a sex offender. Jeffrey Epstein has settled a dozen civil lawsuits out of court from his victims regarding solicitation for an undisclosed amount. | Yes |
| State Court Searches | No additional research necessary. | No |
| Federal Court Searches | No additional research necessary. | No |
| Personal Particulars | No additional research necessary. | No |
| Publications | No additional research necessary. | No |
| Regulatory Sanctions | No additional research necessary. | No |
| OFAC/Control List Search | No additional research necessary. | No |
| Negative or Inconsistent Information | | Yes |

### GCS Red Dot

| | |
|---|---|
| Has this been Identified as Red Dot KYC? | Yes |
| Red Dot (Derogatory Information ) Identified | |
| Security Service Details (Include KYC names in which this was previously reported, if any.) | |

### Red Dot Information

| | |
|---|---|
| Negative Information Found | Yes |


EXHIBIT 17 3/29/23

### Banker Attestation Details

| | |
|---|---|
| As the client sponsor, I understand that I am primarily responsible for protecting the firm's reputation from inappropriate business relationships, as well as from fraud and money laundering. By approving this KYC, I am sponsoring this client as to their character and reputation and from a legal/regulatory standpoint. | Yes |
| Please state your rationale for conducting business with this client | Jeffrey Epstein has been an active trading client and keeps most of his liquidity with us. Total assets over $100MM. Both Mary Erdoes and John Duffy are aware of the relationship. |
| Please respond to any issue(s) identified in the GS&I grid that either needs further review, or red dot which is not already covered in a Business Case within this KYC | Senior management is aware of the relationship with Jeffrey. |
| Comments | |

### Primary Information

| | | | |
|---|---|---|---|
| Client Type | Individual | Generation | |
| Client Status | Client | Active Indicator | Yes |
| Front Office Restricted? | Normal | Marital Status | Single |
| Confidential Names? | No | | |
| Country of Primary Domicile | UNITED STATES | Primary Domicile State | New York |
| Prefix/Title | | Insider Code (Reg. O) | |
| First Name | Jeffrey | Full Name | Jeffrey E Epstein |
| Middle Name | E | Gender | Male |
| Last Name | Epstein | Date of Birth | ▇▇ 1953 |
| Suffix | | Primary Country of Assets | UNITED STATES |
| PreviousName/MMN/Alias | | | |
| Citizenship | UNITED STATES | | |
| Employer Name | Self | High Risk Jurisdiction | No |
| Occupation | Entrepreneur | Industry Code (NAIC) | Individuals [999940] |
| Years at Occupation | 0 | Secondary Industry Code (NAIC) | Personal Investment Companies [525997] |

### Address(es)

| Type | Notes | Address | City, State, Postal Code | Country | Tools | Entered by | Date of Update | Preferred |
|---|---|---|---|---|---|---|---|---|
| Legal | | 6100 RED HOOK QTRS STE B3 | ST THOMAS, 00802 | VIRGIN ISLANDS, U.S. | Map it | BATCH | 08/03/2012 | Yes |

### Phone(s)/Fax(s)

| Type | Notes | Phone Number | Tools | Entered by | Date of Update | Preferred |
|---|---|---|---|---|---|---|
| Home | | 2127509895 | Verify "Do Not Call" List | BATCH | 02/22/2013 | Yes |
| Work | | 2127509790 | Verify "Do Not Call" List | ROSALIA CRACCHIOLO | 05/12/2011 | No |
| Work | | 2128916430 | Verify "Do Not Call" List | TECS_DATA | 05/21/2011 | No |
| Fax | | 2123718042 | Verify "Do Not Call" List | TECS_DATA | 04/30/2011 | No |
| Fax | | 2127502408 | Verify "Do Not Call" List | TECS_DATA | 04/30/2011 | No |
| Work | | 3407752525 | Verify "Do Not Call" List | SYSTEM | 05/12/2011 | No |
| Work | | 2129711307 | Verify "Do Not Call" List | BATCH | 03/08/2013 | No |
| Other | | 2129711306 | Verify "Do Not Call" List | SYSTEM | 03/18/2013 | No |

### Email(s)

| Type | Notes | Email | Entered by | Date of Update | Preferred |
|---|---|---|---|---|---|
| Other | | bklein575@gmail.com | BATCH | 03/16/2013 | Yes |

### Cost Center & Hierarchy

| | | | |
|---|---|---|---|
| Client Status | Client | Client Type | Individual |

| Client Sponsor | JUSTIN D NELSON | New or Existing Client | Existing |
|---|---|---|---|
| Cost Center | 002753 - GREENWICH | | |
| Client Service Team | CHBG (DE) 4 | Entity Type | Decision Maker |
| GIO | Paul S Barrett | Portfolio Manager | |
| Trust Advisor | | Investor | |

### Identification

| | | | |
|---|---|---|---|
| Withholding Federal Status | Domestic Certified | Withholding SSN/TIN Certification Date | 09/18/2006 |
| | | SSN/TIN/EIN | 8348 |
| Form of government issued identification obtained for the files | Drivers License | | |
| Primary Identification Number | | Issued By | VIRGIN ISLANDS, U.S. |
| Date Issued | 01/15/2010 | Expiration Date | 01/20/2015 |

### Introduction and Wealth

| | |
|---|---|
| Introduction Type | Existing JPMorgan Client - Inside LOB |
| Net Worth of client($) | 500,000,000.00 |

### Additional Party Information

No additional parties available at this time

### Introduction

| | |
|---|---|
| Form of government issued identification obtained for the files? | Drivers License |
| Has an employee of JP Morgan Wealth Management met the client in person? | Yes |
| What independent background check, in addition to the Global Corporate Security ("GCS") background check, has been carried out? Check all that apply and provide the date in which the background check was conducted. (at least 1 must be selected) | JPMC Network |
| JPMC Network Date | 03/12/2013 |
| JPMC Network Comments | Jeffrey Epstein is an existing client of PB. He is an active brokerage client across asset classes currently covered by the Firm's GIO desk. Jeffrey Epstein has been an investment advisor for numerous high net worth clients and also a personal investor. Jeffrey is very accessible and well known to the team. We have advised him on investments as well as estate planning opportunities. Jeffrey has continues to be well connected across business channels.<br><br>Epstein is well known to several JPM PB employees and senior management including Jes Staley. The purpose of this DDR is to refresh our due diligence on Mr. Epstein. Mr. Epstein was convicted of a felony charge in 2008. Jes Staley conferred with Stephen Cutler and the decision was made to keep Mr. Epstein as a PB client. Mr. Epstein completed his sentence and probation in 2010. The relationship has been reviewed with senior management and compliance/legal on a few occasions over the post year as news stories of Jeffrey's past are picked up. No new claims or stories have surfaced recently. |

### Politically Exposed Person

| | |
|---|---|
| Is the client a current or former Senior United States or Non-USA Official / also known as a Politically Exposed Person (PEP), related to a PEP, or closely associated with a PEP? | No |

### Source of Wealth/Financial Information

| | |
|---|---|
| Source of Wealth- identify the clients source of wealth from the following list of options | Other |
| Which country(ies) is(are) the Clients primary Source of Wealth or Income derived? | UNITED STATES |

| | |
|---|---|
| Provide detailed and specific information. | Epstein managed money for numerous high net worth families and has been an active investor himself. Epstein began his financial career in 1976 as an options trader at Bear Stearns. He specialized in mathematical models such as the Black-Scholes option-pricing model and later worked in the special products division, advising high net worth clients on tax strategies. In 1980, Epstein became a partner at Bear Stearns. In 1982, Epstein founded his own financial management firm, J. Epstein & Co., managing the assets of clients with more than a billion in net worth. In 1987, Leslie Wexner, founder and chairman of the Columbus, Ohio-based Limited chain of women's-clothing stores became a well-known client. In 1996, Epstein changed the name of his firm to The Financial Trust Company and based it in the US Virgin Islands. |
| Client Net Worth $ | 500000000.00 |
| Documentation/Information obtained to confirm stated net worth of Client: | Financial Statements |

### Business Case

| | |
|---|---|
| Please specify why you are comfortable with this client given the identified risk factor(s). Your answer is your "business case" and should detail all mitigating factors. | Long term client of the PB, well known to senior staff and relationship monitored closely with regular reviews. No materials events or deveopments to note over past twelve months. |
| Provide client history/detail, including when the relationship was established, how it came to be in PB/PWM, client's association with other JPM LOBS, etc. | Jeffrey epstein has been a client of the Private Bank for over ten years. Jeffrey's felony offense is well documented and he complete his sentence and probabtion two years ago. No material developments or issues with client relationship over the past twelve months. |
| Client known to whom (JPMorgan employees), how well, and how long: | Integrated team, sr. management (see notes). Known for ten years. Regular dialogue with client. |
| Overall PB/PWM relationship size and type of accounts: | Jeffrey maintains a brokerage trading relationship across multiple entities (>$100 million) and also maintain numerous checking accounts for personal and business working capital. |
| Is this a shared client, what other LOB has a relationship with the client? Provide relationship manager name (if known), client of other LOB since (date), and relationship size? | No, as of now Jeffrey works with the U.S. Private Bank |
| When was the last time you met the client? What was the reason for the meeting? | I saw Jeffrey this week with John Duffy. Purpose was to check in and have John reconnect with Jeffrey. |
| Describe any significant changes in the client's information or material events that may have occurred over the last year (Examples: address changes, change in authorized persons on accounts, change in account type, change in business, change in net worth, etc,). | The only main change is Jeffrey is now a US Virgin Islands resident for tax purposes. He is still a US Citizen. |
| Cash Activity: Summarize client cash activity during the period reviewed and explain the purpose / use of the funds: | Only major change is that his old entity, Financial Trust, merged into a new entity, Southern Trust, which now holds all of Jeffrey's assets. All assets are 100% owned by Jeffrey. |
| Wire Activity: Summarize client wire activity during the period reviewed and explain the purpose / use of the funds, including any international/cross border wires: | Nothing unusual. |
| Before answering the following question please review the Annual Account History Activity Summary Report that has been attached in the Summary tab. Did the actual transaction activity appear reasonable, normal, and expected for the type of business or industry in which the client engages? | Yes |
| Was the nature, value, and volume of actual transaction activity consistent with expected transaction activity? | Yes |
| Was any unusual or potentially suspicious transaction activity detected? | No |
| Additional Comments | N/A |

### Expected Activity

#### Deposit Account(s)

| Transaction Types | Expected Activity Levels | Anticipated Dollar Amount Totals per Month |
|---|---|---|
| Cash Deposits | | |
| Cash Withdrawals | Low (1-10) | <$10,000 |
| Check Deposits | | |
| Checks Paid | Low (1-10) | $50,001 TO $100,000 |
| Incoming Wires (Domestic) | | |
| Outgoing Wires (Domestic) | Low (1-10) | $100,001 TO $500,000 |
| Incoming Wires (International) | | |
| Outgoing Wires (International) | | |
| ACH Deposits | | |
| ACH Payments | Low (1-10) | $10,000 TO $50,000 |
| Internal Transfer (Debits/Credits) | Low (1-10) | >$1,000,000 |
| Asset Purchases/Sales | | |

| | |
|---|---|
| What is the initial/ongoing source of funding for the client's Deposit Account(s) ? | |
| This is a annual review. The account has already been funded. Any ongoing source of funding will be from assets obtained through personal investments and from internal transfer of funds from personal account held at JPMorgan. | |
| What is the purpose/intended use of account(s)? Please provide a detailed description of how the Deposit Account(s) will be used by the client. | |

Operational/household checking accounts and custody account to hold money market funds.
Epstein has a checking account in personal name and a large trading account for his company, Financial Trust Company LLC.
Account is used for maintenance of his various homes and lifestyle expenses. Personal accts. are primarily funded from Mr. Epstein's personal investment entity (which invests mostly in JPM MM Funds).

Checking account is used for personal investments and to pay everyday and monthly expenses.

**Review the activity for the period overall and explain how the client's transaction profile agrees with or doesn't agree with expectations for the client based on the client relationship (purpose of accounts, occupation, business activity, etc.):**

Compliance reviews activity regularly.

**Was expected activity for the client modified in the transaction activity section of the KYC ticket?**

Yes

**If modified, explain.**

Activity modified to reflect client's current transaction activity.

### Client Directed Asset / Brokerage Account(s)

| Transaction Types | Expected Activity Levels | Anticipated Dollar Amount Totals per Month |
|---|---|---|
| Cash Deposits | | |
| Cash Withdrawals | | |
| Check Deposits | | |
| Checks Paid | | |
| Incoming Wires (Domestic) | | |
| Outgoing Wires (Domestic) | | |
| Incoming Wires (International) | | |
| Outgoing Wires (International) | | |
| ACH Deposits | | |
| ACH Payments | | |
| Internal Transfer (Debits/Credits) | | |
| Asset Purchases/Sales | Low (1-10) | <$10,000 |

**What is the initial/ongoing source of funding for the client's Client Directed Asset / Brokerage Account(s)?**

This is an annual review. The account has already been funded. Any ongoing source of funding will be from investment growth and dividends.

**What is the purpose/intended use of account(s)? Please provide a detailed description of how the Client Directed Asset / Brokerage Account(s) will be used by the client.**

The purpose of the account is for investments, trading and wealth accumulation .

**Review the activity for the period overall and explain how the client's transaction profile agrees with or doesn't agree with expectations for the client based on the client relationship (purpose of accounts, occupation, business activity, etc.):**

Compliance review activity regulary.

**Was expected activity for the client modified in the transaction activity section of the KYC ticket?**

Yes

**If modified, explain.**

The activity was upated to reflect the client's current transaction activity.

### Additional Client Information

**Please include any additional information that would further explain your knowledge of the client (family tree/history, public information, websites, etc.)**

Jeffrey Epstein is an existing client of PB. He is an active brokerage client covered on the GIO desk. Jeff is well know to the integrated team and senior management. Jeffrey Epstein has been a money manager for high net worth individuals,entrepreneur and personal investor. the team has regular discussion with Mr. Epstein and he remains very accessible.

Mr. Epstein is well known to several JPM PB employees.

6-18-10: Mr. Epstein completed serving out his house arrest. We have met regularly with compliance and legal do discuss the realitionship and any potential reputational risk concerns. We continue to monitor the situation closely and monitoring the occassional news stories regarding Mr. Epstein and civil lawsuits and monitor closely money movement. Mr. Epstein is managing his own personal wealth.

January 27, 2011 update: A few news stories during 2010 connects Jeffrey Epstein to human trafficking. The coverage team along with Catherine Keating and William Langford all met to discuss the situation and agreed to enhance monitoring and document a discussion with the client. Jes Staley discussed the topic with Jeffrey Epstein who replied there was no truth to the allegations, no evidence and was not expecting any problems. We will continue to monitor the accounts and cash usage closely going forward.

We continue to monitor the relationship closely and no additional stories or allegations have surfaced recently and Jeffrey maintain a professional rel;ationship with the PB and integrated team.

### Comment History

| Stage Name | Creation Date | Entered By | Comment Preview |
|---|---|---|---|
| There are no comments entered at this time. | | | |

### Approval History

| Stage Name | Signoff Date | Owner SID | Owner Name |
|---|---|---|---|
| Banker Attestation | 04/26/2013 11:04 AM | U008568 | JUSTIN D NELSON |
| Market Manager Approval | 05/01/2013 11:53 AM | U117517 | TOWNSEND C SMITH |

| Regional Director Approval | 05/01/2013 05:18 PM | U095563 | WILLIAM M SHERIDAN |
| CEO Approval | 05/08/2013 10:23 AM | U234588 | BONNIE K PERRY |

Confidential