# FILED UNDER SEAL

# EXHIBIT 121

| | |
|---|---|
| From: | Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com] |
| Sent: | 3/12/2013 1:41:47 PM |
| To: | DeLuca, Phillip A [phillip.a.deluca@jpmchase.com] |
| Subject: | FW: High Profile |
| Attachments: | Diamondback Summary Draft 02-02-12 .docx; Rapid Response Team - Jeffrey Espstein 3r Mtg - Jan 2010-doc.zip; Perceptive Life Sciences BERA Form 06 28 12.docx |

Here you go. I am working from home as I still feel lousy. Head cold that won't go away.

**From:** Ryan, Maryanne X
**Sent:** Tuesday, February 19, 2013 4:44 PM
**To:** DeLuca, Phillip A
**Subject:** High Profile

Here are the ones that I think should be closed, where the LOB has disagreed and signed off to keep.



DeLuca Deposition
**Exhibit 22**
334640-CAK  04/19/2023

PB customer Jeffrey Edward Epstein is an American financier and science and education philanthropist, who is convicted sex offender. On multiple occasions this relationship has been escalated and approved to remain, including by Steve Cutler. (Rapid Response Doc attached)

IB Hedge Fund Diamondback Capital. On January 23, 2012, the United States Department of Justice (DOJ) and the SEC essentially announced that Diamondback Capital Management LLC agreed to pay more than $9 million to settle insider-trading charges brought by the Commission on Jan. 18, 2012. The proposed settlement is subject to the approval of Judge Paul G. Gardephe of the U.S. District Court for the Southern District of New York. As part of the proposed settlement, the hedge fund adviser also has submitted a statement of facts to the SEC and federal prosecutors, and entered into a non-prosecution agreement. (summary doc attached)

# Redacted - Privileged

LE Reguest to keep open that I think we would like to exit,

**Redacted - Privileged**

Maryanne Ryan
Legal and Compliance
AML Investigations
VP, Compliance Director
194 Wood Ave South
Iselin, NJ 08830
Phone 732-452-8071

Confidential

JPM-SDNYLIT-00194273