# FILED UNDER SEAL

# EXHIBIT 124

USCG Due Diligence Report - Corporation  JPMorgan Private Bank

DDR Name: Jege, Inc. ~
DDR Status: Process Completed

## Banker Information

| | |
|---|---|
| Banker: | Paul V Morris/JPMCHASE |
| LE/OU: | 102/29338 |
| Banker SID: | N256838 |
| Banker BAC: | 8634--CHBG |
| Banker FNEN: | 01 |

**Banker History:**

03/04/2010 11:24:53 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Paul V Morris/JPMCHASE.

## DM ID Link Information

The DM for this DDR is DM Name -JEFFREY E EPSTEIN CAS ID - 9710670708.
The following DDR's are associated with this Decision Maker.

| DDR Name | Banker | Security Services Search Date |
|---|---|---|
| 116 East 65th St., LLC | Morris, Paul V | 02/02/2009 |
| Darren K. Indyke PLLC | Morris, Paul V | 10/17/2008 |
|  | Morris, Paul V | 02/08/2004 |
| EMMCAC, LLC | Morris, Paul V | 08/06/2004 |
| Epstein, Jeffrey | Morris, Paul V | 03/07/2011 |
| Financial Trust Company, Inc. | Morris, Paul V | 08/11/1999 |
| Financial Trust Company, Inc. | Morris, Paul V | 05/21/2003 |
| Freedom Air International, Inc. | Morris, Paul V | 03/11/2010 |
| HBRK Associates Inc. | Morris, Paul V | 10/17/2008 |
| Hyperion Air, Inc. | Morris, Paul V | 02/03/2009 |
| I-Correct.com LLC | Morris, Paul V | 01/30/2009 |
| Indyke, Darren K | Morris, Paul V | 01/15/2010 |
| Jege, Inc. | Morris, Paul V | 02/03/2009 |
| LYN & JOJO LLC | Morris, Paul V | 07/31/2006 |
|  | Morris, Paul V | 02/08/2004 |
| MAX Foundation | Morris, Paul V | 12/10/2009 |
| New York Strategy Group, LLC | Morris, Paul V | 04/16/2003 |
| Plan D, Inc. | Morris, Paul V | 01/30/2009 |
| The 2007 Jeffrey E Epstein Insurance Trust #2 - November 1, 2007 | Morris, Paul V | 12/01/2008 |
|  | Morris, Paul V | 12/02/2008 |
| The 2007 Jeffrey E Epstein Insurance Trust #3 dtd November 1, 2007 | Morris, Paul V | 11/25/2008 |
|  | Morris, Paul V | 01/28/2004 |
| The 2007 Jeffrey E. Epstein Insurance Trust #1 Dtd November 1, 2007 |  |  |
| The C.O.U.Q. Foundation, Inc. |  |  |
| The Haze Trust |  |  |

## Corporation Name/Contact Information

○ New Client (No Decision Maker/UCAS/PCN Exists)
● Existing Client (Decision Maker/UCAS/PCN Exists)
○ Prospect (must be converted to a client prior to the account opening.)

Only Select "New Client" if this entity will be a PCN.

☐ Backlog Client

JPMC Internal Use Only


EXHIBIT 34
WIT: Casey
DATE: 4-7-23
C. Campbell, RDR CRR CSR #13921

Confidential

JPM-SDNYLIT-00037171

| Full Legal Corporate Name: | Jege, Inc. |
|---|---|

| Primary Corporate Address | (No P.O. Box address. Must be a physical address.) |
|---|---|
| Name: | Jege, Inc. |
| Attention: | c/o HBRK Associates Inc. |
| Address Line 1: | 301 East 66th St., Suite 10B |
| Address Line 2: | |
| City: | New York |
| State: | NY |
| Province: | |
| Postal/Zip Code: | 10065 |
| Country: | UNITED STATES |

| Tax ID # : | ▓▓▓5649 |
|---|---|
| | Remember to collect W-8's or other applicable tax forms for each jurisdiction. |
| Business Phone: | ()- |
| State of Domicile: Where is the Company Incorporated? | DE |
| What document did you obtain to evidence state of domicile? Articles of Incorporation, Partnership Agreement, etc | Certificate of Incorporation |

### Introduction / Financial Information

| Introduction Type: | Related Client A/C |
|---|---|
| Specific Information: | Jeffrey Epstein (Please identify referral source, etc.) |
| Have you met with the Principal/Authorized Individual? | (•) Yes ( ) No |
| Legal Entity: | Corporation |

### Corporation

| What is the nature of the business operations? (Describe products and services offered, how long in business, etc. If this is an operating company, indicate appx. number of locations and appx. number of employees, list a website if available) | When the account was opened, the client informed us that the company was related to his financial advisory business. |
|---|---|
| Public or Privately owned? (if public, where traded?) | Private |
| Locations served? | (•) Domestic ( ) International |
| Is this a cash intensive business or a business that uses cash as it's principal activity? (e.g. convenience store, restaurants, retail stores, liquor stores, cigarette distributor, vending machine operator, parking garage, any other business in which cash is its principal activity) | ( ) Yes (•) No |

Principal Shareholder(s):
Identify the principal shareholders. If the entity is owned by an intermediate legal structure (e.g. LLC or Partnership), please list the ultimate individual shareholder(s) on whose behalf the account is maintained.

| Last Name: | First Name: | % of Ownership: | SSN | DOB | Form of Govt Issued ID Obtained |
|---|---|---|---|---|---|
| Epstein | Jeffrey | 100 | ▓▓▓348 | ▓▓▓1953 | driver's License |

Confidential

JPM-SDNYLIT-00037172

| | |
|---|---|
| Is this an operating company? | ○ Yes ● No |
| Entity/Client Net Worth: | $ 300.00 (USD millions) |
| Documentation/ Information obtained to confirm stated net worth of the Entity/Client: | Accounts held at JPM; knowledge of ownership of certain assets; public articles |
| Industry Code: The Business Type is the industry in which the client derives the majority of its income. | ADMINISTRATIVE MGT AND GENERAL MGT CONSULTING SERVICES  NAIC Code: 541611 |

### Transaction Profile/Expected Account Activity

| | |
|---|---|
| What is the purpose/intended use of this account? | Operational management of one of his business entities that result from his financial advisory business. |
| What is the expected source of account funding ? | Wire |
| Approximate $ amount to fund the account : | $25,000 |

Please select each "Product Type" that applies. Within each product type, please check ALL transaction types that apply and provide a description of expected account activity. (document expected sources of inflows and destinations of transfers, countries, and types of payors/payees. Include where is the money coming from - example : A specific bank or firm and purpose of specific transactions, if known)

| Product Type - Select all that apply | Transaction Types - Select all that apply and expected activity level ( L = 1-5, M = 6-12, H =>12 transactions per month) | Anticipated $ Amount Totals per month – Please provide at least an estimate |
|---|---|---|
| Deposit/Current Accounts (Checking, Savings, Money Market) ● Yes ○ No | Cash ( withdrawals/deposits) - ○ Low ○ Medium ○ High | |
| | Check deposits / Check paid - ○ Low ○ Medium ○ High | |
| | Wire Incoming & Outgoing - ● Low ○ Medium ○ High | Below $1MM |
| | Internal Transfers - ○ Low ○ Medium ○ High | |
| | Other - ○ Low ○ Medium ○ High | |
| Please describe in detail expected account activity for this product : | | Transfers totalling $200,000 per year expected. |
| Investment Products (Custody, Brokerage, Agency, Margin) ○ Yes ● No | | |
| Fiduciary (Investment Mgmt. / Trust) ○ Yes ● No | | |
| Credit type facilities (Line of Credit, Mortgage, Letter of Credit) ○ Yes ● No | | |

### Required Security Services Checks

| | |
|---|---|
| Security Search Type: | Full |

| Note for Security Services: Please list any specific search requests/instructions to Security Services here | DDR originally created in ICG. Last report signed off by Security Services on 1/18/08. |
|---|---|

### Security Services Information

A Security Services Check is REQUIRED for New Clients and Prospects
This section to be completed by the Security Services Group:

List Individuals and Corporate Entities Investigated:
   Please Note: All research is subject to the availability of electronic database resources.
Attachment:


739106b.doc   257909b.doc

| Search Type | Is Further Review by Banker Required? | Security Service Details: | Banker Response: |
|---|---|---|---|
| Company Information | No | No additional research necessary. | |
| Corporate Records | No | No additional research necessary. | |
| Other Database Searches (RDC/CDC/MIS) | No | No additional research necessary. | |
| Internal Database Search (CSSS/FPS) | No | Information confirmed; details included in the attachment. | |
| State Court Searches | No | No additional research necessary. | |
| Federal Court Searches | No | No additional research necessary. | |
| Personal Particulars | No | No additional research necessary. | |
| Publications | No | Publications revealed nothing derogatory. | |
| Regulatory Sanctions | No | No records were found. | |
| OFAC/Control List Search | No | No records were found. | |

Has this been identified as a Red Dot DDR? :   ○ Yes  ● No

| Expense No.: | 99/31167 |
|---|---|
| Total Costs: | $0.00 |
| Signed by: | Vanessa X Fong |
| Dated: | 02/03/2009 10:19:55 AM |

### Background Checks conducted in addition to Security Services

| Background Check | Date (Required If Check Carried Out) | Comments (Required If Check Carried Out) |
|---|---|---|
| ☑ Morgan Network | 10/20/2006 | The entity is 100% owned by Jeffrey Epstein and a complete DDR is on file for Mr. Epstein. <br><br> Jeffrey Epstein is an existing client of PB. In years past, Mr. Epstein was an active brokerage client, particularly in foreign exchange, and as of this year he is a custody-only client. Formerly, Jeffrey Epstein was a money manager to high net worth individuals, most notably Leslie Wexner. Wexner was a JPM client and then retained Epstein in the late 90s. Mr. Wexner terminated his relationship with Epstein in 02/2008. <br><br> Epstein is well known to several JPM PB employees and to Jes Staley. Mr. Epstein was convicted of a felony charge in 2008 and is currently serving an 18-month prison sentence. Jes Staley conferred with Stephen Cutler and the decision was made to |

Confidential

JPM-SDNYLIT-00037174

| | | |
|---|---|---|
| | | keep Mr. Epstein as a PB client. Staley and PB then decided that his PB relationship will be for banking and custody only. We no longer provide brokerage execution capabilities for Mr. Epstein's accounts. Bear Stearns will hold the brokerage relationship with Mr. Epstein |
| ☐ TRW/CIC | | |
| ☐ Lexis Nexis | | |
| ☐ Dun_Bradstreet | | |
| ☐ Bank References | | |
| ☐ Directories | | |
| ☐ Bus Social Contacts | | |
| ☐ Other | | |

## Summary

**Summary Of Findings:** The entity is 100% owned by Jeffrey Epstein and a complete DDR is on file for Mr. Epstein.

Jeffrey Epstein is an existing client of PB. In years past, Mr. Epstein was an active brokerage client, particularly in foreign exchange, and as of this year he is a custody-only client. Formerly, Jeffrey Epstein was a money manager to high net worth individuals, most notably Leslie Wexner. Wexner was a JPM client and then retained Epstein in the late 90s. Mr. Wexner terminated his relationship with Epstein in 02/2008.

Epstein is well known to several JPM PB employees and to Jes Staley. Mr. Epstein was convicted of a felony charge in 2008 and is currently serving an 18-month prison sentence. Jes Staley conferred with Stephen Cutler and the decision was made to keep Mr. Epstein as a PB client. Staley and PB then decided that his PB relationship will be for banking and custody only. We no longer provide brokerage execution capabilities for Mr. Epstein's accounts. Bear Stearns will hold the brokerage relationship with Mr. Epstein

**Anticipated Product(s):** Deposits

## Client Hierarchy Assignments

**GRAY SHADED AREA CONTAINS SPN/CAS ID ASSIGNMENT INFORMATION**

| | |
|---|---|
| Banker SID | N256838 |
| Banker BAC: | 8634--CHBG |
| FNEN: | 01 |
| Does the DDR have Multiple Entities? | No |

**Client Hierarchy and Additional Entity Assignment:**

| Name | Tax ID # | Existing CAS Id | Linking to DM Id |
|---|---|---|---|
| Jege, Inc. | ▓▓▓5649 | 0220476622 | 9710670708 |

| Linked to DM Name | SPN No | CAS ID |
|---|---|---|
| JEFFREY E EPSTEIN | 7705808 | |

**Contact Information for each entity named within the Client Hierarchy Table:**

| Associated Entity | Date of Birth | Goverment issued I.D Obtained | Tax ID # | Citizenship |
|---|---|---|---|---|
| Jege, Inc. | | | ▓▓▓5649 | |

Do any of the above entities require a joint SPN? **No**
Select Yes, if multiple entities will share the same account (OMNI, CASII or Olympic)

**Does the DDR have Multiple Owners?** No

This area is used to document individuals who DO NOT require a new CAS or SPN, but have authority over the entity or entities for which this DDR was created. Individuals documented within the above client hierarchy area do not need to be repeated in this section

| Name | Goverment issued I.D Obtained | Tax ID # | Date of Birth |
|---|---|---|---|
|  |  |  |  |

| Attention | Address Line 1 | Address Line 2 | City |
|---|---|---|---|
|  |  |  |  |

| State | Zip | Province | Country |
|---|---|---|---|
|  |  |  |  |

| Citizenship |
|---|
|  |

### Approval Information

| Public/High Profile Figure | No |
|---|---|
| High Risk Jurisdiction | No |
| High Risk Business | No |
| Is this a Foreign Bank? "Foreign Bank" as defined in the USA PATRIOT Act. | No |
| Banker: | Paul V Morris/JPMCHASE |
| LE/OU: | 102/29338 |
| Senior Manager: | Marcus Sheridan/JPMCHASE |

### Annual / Periodic Review Information

Annual/Periodic Review Due in: 36 months

Periodic Review Comments :

**Banker Approval Information**

Sponsorship affirmation -
Based on my due diligence and the information provided , I approve and accept sponsorship of Jege, Inc. ~ as a Client from inception and throughout the client relationship.
Mary C Casey    05/13/2009 10:13:14 AM

**Senior Manager Approval Information**

Based on the information provided and the approval granted by *Mary C Casey*, I approve the acceptance of Jege, Inc. ~ as a Client.

Marcus Sheridan    05/14/2009 01:13:08 PM

### Quality Reviewer Information

1st Quality Review Comment:    Bonnie K Perry on 5/15/2009 2:52:54 PM  Comments : Ok to approve.

Confidential                                                                                                          JPM-SDNYLIT-00037176

| | |
|---|---|
| 2nd Quality Review Comment: | |
| 3rd Quality Review Comment: | |
| 4th Quality Review Comment: | |
| 5th Quality Review Comment: | |

**Admin Comments**

| | |
|---|---|
| Admin Comments: | Removed flag - will be on Sonar alerts only. |
| By: | Bonnie K Perry/JPMCHASE |
| Date: | 10/30/2009 04:03:55 PM |

Admin Comments History :

**Document History**

Created: 01/23/2009      By: Maria A. Couto
Last Modified: 10/30/2009      By: Bonnie K Perry
Submitted: 05/14/2009 01:13:09 PM      By: Marcus Sheridan

**Audit History**
9. Input/Update High Profile figure set to 'No' performed by: Bonnie K Perry on: 10/30/2009 04:08:19 PM
8. 'Area Head Approval' performed by: Catherine Keating on: 05/19/2009 11:03:23 AM
7. Quality Review performed by: Bonnie K Perry on: 05/15/2009 02:53:08 PM
6. 'Senior Manager Approval' performed by: Marcus Sheridan on: 05/14/2009 01:13:12 PM
5. 'Banker Approval' performed by: Mary C Casey on: 05/13/2009 10:13:16 AM
4. Submitted for Banker Approval SS Type = Full performed by: Vanessa X Fong on: 02/03/2009 10:20:01 AM
3. Button: 'Flag: Security Check has begun' performed by: Ligaya X Felismino-Stesner on: 01/23/2009 03:37:56 PM
2. Button: 'Print' performed by: Ligaya X Felismino-Stesner on: 01/23/2009 03:34:02 PM
1. Submitted for Security Services Approval performed by: Maria A. Couto on: 01/23/2009 03:10:41 PM

Converted Tracking Document History: