# FILED UNDER SEAL

# EXHIBIT 128

| | |
|---|---|
| From: | Ryan, Maryanne X [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARYANNE.X.RYAN] |
| Sent: | 1/11/2011 3:24:13 PM |
| To: | Middlemiss, Arthur [arthur.middlemiss@jpmorgan.com] |
| Subject: | FW: USA 8/07; 9/07 letters |
| Attachments: | [Untitled].pdf |

Hey can you look at page 1 of this attachment and tell me what you think paragraph one means. Do you think it means Epstein highlighted these months ?

Regards,
Maryanne Ryan, Vice President, AML Operations | JPMorgan Chase Bank, N.A.| Legal and Compliance Department| | 194 Wood Avenue South, Floor 4, Iselin, NJ  08830-2710 | | W: 732.452.8071


-----Original Message-----
From: Visconti, Richard
Sent: Tuesday, January 11, 2011 10:19 AM
To: Ryan, Maryanne X
Subject: FW: USA 8/07; 9/07 letters

Minor miracle. FOUND THE FILE!!! Nowhere near where it was supposed to be.


Richard Visconti | Vice President | Legal & Compliance | AML Operations | JPMorgan Chase & Co. | 4 New York Plaza, Floor 19 New York, NY 10004-2413 | Office: 212-623-4621 | Working From Home: ▮▮▮▮▮ | Fax: 212-623-3153 | richard.visconti@jpmorgan.com

-----Original Message-----
From: Visconti, Richard
Sent: Tuesday, January 11, 2011 10:17 AM
To: Visconti, Richard
Subject: USA 8/07; 9/07 letters


All electronic mail (email) and attachments stored, received, or transmitted on the firm's systems are the property of JPMorgan Chase and subject to applicable laws and regulations and all messages sent or received by JPMorgan Chase systems are considered corporate records for the purposes of monitoring.