# FILED UNDER SEAL

# EXHIBIT 131

| | |
|---|---|
| From: | Timothy Casey [tcasey@studioconsultants.com] |
| Sent: | 10/5/2007 12:58:03 PM |
| To: | mary.c.casey@jpmorgan.com |
| Subject: | Conspiracy Theories: The Truth About Jeffrey Epstein and 'Vanity Fair' - Gawker |

As if you need this info.

http://gawker.com/news/conspiracy-theories/the-truth-about-jeffrey-epstein-and-vanity-fair-302773.php


Tim Casey
tcasey@studioconsultants.com

Studio Consultants, Inc.
321 West 44th St.
Suite 908
New York, NY 10036
212-586-7376 office
█████████ cell

Confidential

JPM-SDNYLIT-00106627