# FILED UNDER SEAL

# EXHIBIT 158



# Suspicious Activity Report

Version Number: 1.2

OMB No. 1506-0065 (Report)
OMB No. 1506-0001, 1506-0006, 1506-0015, 1506-0019, 1506-0029, and 1506-0061 (Regulations)

| Filing Instructions: |
| --- |
| 1. Complete the report in its entirety with all requested or required data known to the filer.<br>2. Click "Validate" to ensure proper formatting and that all required fields are completed.<br>3. Click "Sign with PIN" and enter your 8-digit PIN to electronically sign the report.<br>4. Click "Save" to save a local copy of the report.<br>5. Click "Print" (*optional*) to print a paper copy of the report for record keeping purposes.<br>6. Click "Submit" and go to your "Track Status" to confirm acceptance. |

| | |
| --- | --- |
| Filing name | CASE_AML_NA_126315363 |
| *1 Type of filing<br>(Check all that apply) | ☒ Initial report  ☐ Correct/Amend prior report<br>☐ Continuing activity report  ☐ Joint report |
| Prior report BSA Identification Number (BSA ID) | |
| 2 Filing Institution Note to FinCEN | HUMAN TRAFFICKING |
| Attachment | SAR_NA_127308400.csv |

By providing my PIN, I acknowledge that I am electronically signing the BSA report submitted.

[ Sign with PIN ]

Release Date: 06/22/2018

Page 1 of 78

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00017133

## Part IV Filing Institution Contact Information

| | | |
|---|---|---|
| *79 Type of financial institution | **Depository institution** | |
| *75 Primary federal regulator | **Office of the Comptroller of the Currency (OCC)** | |
| *76 Filer name (Holding company, lead financial institution, or agency, if applicable) | **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | |
| *77 TIN | ▮▮▮▮4650 | *78 TIN type **EIN** |

80 Type of Securities and Futures institution or individual filing this report - check box(es) for functions that apply to this report

- ☐ Clearing broker-securities
- ☐ CPO/CTA
- ☑ Execution-only broker securities
- ☑ Futures Commission Merchant
- ☑ Holding company
- ☑ Introducing broker-commodities
- ☐ Introducing broker-securities
- ☑ Investment Adviser
- ☑ Investment company
- ☑ Retail foreign exchange dealer
- ☑ Self-clearing broker securities
- ☐ SRO Futures
- ☐ SRO Securities
- ☑ Subsidiary of financial/bank holding company
- ☐ Other

81 Financial institution identification
Type: **Research, Statistics, Supervision and Discount (RSSD) number**
Number: **852218**

*82 Address: **1111 POLARIS PARKWAY**
*83 City: **COLUMBUS**
*84 State: **OH**   *85 ZIP/Postal Code: **43240**   *86 Country: **US**

87 Alternate name, e.g., AKA - individual or trade name, DBA - entity:

88 Internal control/file number: **SAR_NA_127308400**

89 LE contact agency:
90 LE contact name:
91 LE contact phone number (Include Area Code): ____ Ext. ____
92 LE contact date:
*93 Filing institution contact office: **AML INVESTIGATIONS**
*94 Filing institution contact phone number (Include Area Code): **8558441064**   Ext. ____
95 Date filed: **08/13/2019**   (Date filed will be auto-populated when the form is signed.)

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00017134

Part V  Suspicious Activity Information - Narrative*

JP Morgan Chase Bank NA ("JPMC") is filing this Suspicious Activity Report ("SAR") to report 469 wire transactions, totaling $200,979,535.93, that occurred from 10/01/2003 to 05/29/2019, involving current, former and non-JPMC customers: JEFFREY E EPSTEIN ("EPSTEIN"), ███ DARREN K INDYKE, ███ HARRY I BELLER, INNER BEAUTY WELLNESS INC, ███ JOSEPH P DWYER, ███ SL COMMUNICATIONS AND LIFESTYLE LLC, ███ FAMILY INTERESTS LP, FINANCIAL TRUST COMPANY INC, FORUMS LLC, GHISLAINE NOELLE MARION MAXWELL, HBRK ASSOCIATES INC, HYPERION AIR LLC, JEGE LLC, ███ NEPTUNE LLC, NES LLC, NEW YORK STRATEGY GROUP LLC, ███ THE 2001 JEFFREY E EPSTEIN INSURANCE TRUST, THE C.O.U.Q. FOUNDATION INC, WEXNER CHILDREN'S TRUST II DATED 02/25/1998, ███ LSJE LLC, ███ and THE SWEATER TRUST. Risk typologies include: negative media involving alleged sex trafficking of minors and allegations that EPSTEIN misappropriated funds while employed as a money manager; the use of multiple accounts; the high risk jurisdiction of the Russian Federation; and politically exposed person EPSTEIN, due to his relationships with two US presidents. (https://www.nytimes.com/2019/08/11/business/jeffrey-epstein-finances.html, https://www.nytimes.com/2019/08/07/business/wexner-epstein.html).

JEFFREY E EPSTEIN was arrested under a sealed indictment, charged with one count of sex trafficking and one count of conspiracy to commit sex trafficking. EPSTEIN has been accused of orchestrating a sexual pyramid scheme involving young girls and wealthy men (the girls were allegedly told they could make money giving men massages and encouraged to bring in other girls) in New York and Florida. (https://gothamist.com/2019/07/07/billionaire_jeffrey_epstein_arreste.php).

DARREN K INDYKE is an attorney who was employed by EPSTEIN. HARRY I BELLER is an accountant who was employed by EPSTEIN. Both INDYKE and BELLER controlled movement of EPSTEIN's funds as signers of several EPSTEIN accounts, including HBRK ASSOCIATES INC, FAMILY INTERESTS LP, FINANCIAL TRUST COMPANY INC, and NEPTUNE LLC

GHISLAINE NOELLE MARION MAXWELL has been accused of soliciting underage girls for EPSTEIN, alleged in a lawsuit filed by a victim. (http://www.nydailynews.com/new-york/ny-epstein-documents-lawsuit-20190809-lzf23pfgxrhwbn66al2rebicya-story.html)

███ is a dentist licensed in St Thomas, US Virgin Islands. She has used several of the same addresses EPSTEIN has used, and has flown on his private plane numerous times.

███ is the account signer on both INNER BEAUTY WELLNESS INC (http://www.sacredspaceny.com/) offering healing bodywork, and SL COMMUNICATIONS AND LIFESTYLE LLC (http://slcommunicationsandlifestyle.com/) talented brand agents and strategists.

The following entities are attributed to the movement of EPSTEIN's funds: for unknown purposes, staff payments, property upkeep and repairs, and repairs to his airplane and helicopter: FORUMS LLC, HYPERION AIR LLC, JEGE LLC, NES LLC, NEW YORK STRATEGY GROUP LLC, THE 2001 JEFFREY E EPSTEIN INSURANCE TRUST, THE C.O.U.Q. FOUNDATION INC, WEXNER CHILDREN'S TRUST II DATED 02/25/1998, LSJE LLC, and THE SWEATER TRUST.

JOSEPH P DWYER is a former private investigator for attorneys who pleaded guilty to bribing an NYPD officer for confidential reports from a federal law enforcement database. (https://www.fbi.gov/contact-us/field-offices/newyork/news/press-releases/private-investigator-and-former-nypd-officer-arrested-in-bribery-scheme-to-obtain-reports-from-federal-law-enforcement-database)

No information was found for ANDREY GENNADEVICH SILINSKY.

The following women appear to have been either in a relationship with EPSTEIN or procurers of women for him, or both: ███ nd ███ The majority of these women have photos on websites that describe them as models, but have the appearance of potentially involving prostitution.

Prior SARs
EPSTEIN has been a subject in four SARs filed by JPMC, SAR #122780, SAR #964373, SAR #1367652, and SAR_NA_36642109.

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00017206

HYPERION AIR LLC has been a subject in two SARs filed by JPMC: SAR #1367652 and SAR_NA_36642109.

▇▇▇▇▇▇▇▇▇▇ has been a subject in one SAR filed by JPMC: SAR_NA_36642109.

DARREN K INDYKE has been a subject in one SAR filed by JPMC: SAR #1367652.

HARRY I BELLER has been a subject in three SARs filed by JPMC: SAR #122780, SAR #964373, and SAR #1367652.

SAR #122780, filed on 08/15/2008, occurred from 01/18/2007 to 06/16/2008, involving $800,000, and reported cashing an unusual amount of $40,000 checks, conducted by HARRY I BELLER

SAR #964373, filed on 08/08/2013, occurred from 01/13/2009 to 07/31/2013, involving $920,000, and reported numerous cash withdrawals conducted by HARRY I BELLER.

SAR #1367652, filed on 03/06/2015, occurred from 01/04/2006 to 06/08/2007, involving $157,898, and reported wires to ▇▇▇▇▇▇▇▇▇▇ (reported as ▇▇▇▇▇▇ in the SAR) for helping to solicit underage prostitutes.

SAR_NA_36642109, filed on 09/01/2016, occurring from 01/28/2015 to 09/24/2015, involving $152,626, is continuing activity on SAR #1367652, reporting wires to ▇▇▇▇▇▇▇▇▇▇ for the possible purpose of soliciting underage prostitutes.

The following accounts were used in the transactions:
▇▇▇▇▇▇▇▇▇▇
Account #▇▇▇6902, JPMC

▇▇▇▇▇▇▇▇▇▇
Account #▇▇▇0930, JPMC

ANDREY GENNADEVICH SILINSKY
Account #▇▇▇▇▇▇9675, Sberbank, Russian Federation
Account #▇▇▇▇▇▇0251, Sberbank, Russian Federation

▇▇▇▇▇▇▇▇▇▇
Account #▇▇▇3689, JPMC

▇▇▇▇▇▇▇▇▇▇
Account #▇▇▇3739, JPMC

▇▇▇▇▇▇▇▇▇▇
Account #▇▇▇8068, JPMC

FAMILY INTERESTS LP
Account #▇▇▇5817, Bear Stearns & Company
Closed account #▇▇▇3005, JPMC, also as ▇▇▇3005

FINANCIAL TRUST COMPANY INC
Closed account #▇▇▇5001, JPMC, also as ▇▇▇5001
Closed account #▇▇▇1005, JPMC, also as ▇▇▇1005

FORUMS LLC
Closed account #▇▇▇4567, JPMC

GHISLAINE MAXWELL
Closed account #▇▇▇6312, JPMC

HBRK ASSOCIATES INC
Account #▇▇▇7565, TD Bank NA

HYPERION AIR LLC
Account #▇▇▇3432, Deutsche Bank & Trust Company Americas

INNER BEAUTY WELLNESS INC

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00017207

Account # ████1663, JPMC
Account # ████8865, JPMC

JEFFREY E EPSTEIN
Account # ████4968, Pershing LLC
Account # ████0394, BB&T Florida
Account # ████9690 (also as partial ████0690), BB&T Florida
Account # ████8392, Chase Manhattan Bank USA-Bank One
Account # ████3162 (also as partial ████3162), Colonial Bank NA
Account # ████3094, Colonial Bank NA
Account # ████6088, Colonial Bank NA
Account # ████1022, Colonial Bank NA
Account # ████0262, First Bank of the Palm Beaches
Account # ████2512 (also as partial ████8825), Bear Stearns Securities Corp
Account # ████4901, Goldman Sachs & Co
Account # ████2601, FirstBank Puerto Rico Bank, Puerto Rico
Account # ████6976, Deutsche Bank & Trust Company Americas
Account # ████9691, Deutsche Bank & Trust Company Americas
Closed account # ████0438, JPMC
Closed account # ████0663, JPMC
Closed account # ████1001, JPMC, also as ████1001
Account # ████0894 (also partial ████2808), Accitibank International PLC France, France
Account # ████0897, Accitibank International PLC France, France

JEGE LLC
Account # ████3475, Deutsche Bank & Trust Company Americas

JOSEPH P DWYER
Account # ████8513, JPMC

Closed account # ████5372, JPMC

Account # ████2898, JPMC

LSJE LLC
Account # ████9295, Deutsche Bank & Trust Company Americas

Closed account # ████9065, JPMC

NEPTUNE LLC
Account # ████3424, Deutsche Bank & Trust Company Americas
Closed account # ████8515, JPMC

NES LLC
Closed account # ████1472, JPMC

NEW YORK STRATEGY GROUP
Account # ████6336, HSBC Bank USA

Account # ████6989, JPMC

SL COMMUNICATIONS AND LIFESTYLE LLC
Account # ████5299, JPMC

Closed account # ████0800, JPMC

Page 76 of 78

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00017208

```
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Account # ▓▓▓▓▓▓ 1652, OJSC Alfa Bank, Russian Federation

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Account # ▓▓▓▓▓ 3564, JPMC

THE 2001 JEFFREY E EPSTEIN INSURANCE TRUST
Closed account # ▓▓▓▓▓▓▓ 9565, JPMC

THE C O U Q FOUNDATION INC
Account # ▓▓▓▓▓ 3515, Bear Stearns Securities Corp
Account # ▓▓▓▓▓ 2640, Goldman Sachs & Co

THE SWEATER TRUST
Account # ▓▓▓▓ 9224, Bear Stearns & Company Inc

WEXNER CHILDREN'S TRUST II DATED 02/25/1998
Account # ▓▓▓▓ 8416, Bear Stearns Securities Corp
Account # ▓▓▓▓▓ 1408, Goldman Sachs & Co
Account ▓▓▓▓▓▓▓ 9247, Citigroup Global Markets Inc
```

The following JPMC foreign correspondent banks ("FCB") were involved in the transactions:
OJSC Alfa Bank, Russian Federation, FCB # ▓▓▓▓▓ 0726 (note: the wire transaction did not complete)
Sberbank of Russia, Russian Federation, FCB # ▓▓▓▓ 9256

The transactions can be reviewed on the attached .csv file.
The following is a sampling of the transactions:

On 12/12/2003, FAMILY INTERESTS LP, located in the US Virgin Islands, originated one wire transaction for $55,878,270.01, from account # ▓▓▓▓▓ 5817, maintained at Bear Stearns & Company, located in the US, debited through Citibank, located in the US, to beneficiary FAMILY INTERESTS LP C/O FINANCIAL TRUST CO GP, located in the US Virgin Islands, to JPMC account # ▓▓▓▓▓ 8005. No payment details were referenced.

On 05/29/2019, HBRK ASSOCIATES INC, located in the US, originated one wire transaction for $15,000.00, from account # ▓▓▓▓▓ 7565, maintained at TD Bank NA, located in the US, to beneficiary ▓▓▓▓▓▓▓▓▓▓▓▓, located in the US, to JPMC account # ▓▓▓▓ 6989.

From 02/04/2005 to 08/25/2005, WEXNER CHILDREN'S TR II DATED, located in the US, originated three wire transactions, totaling $65,000,000.00, from account # ▓▓▓▓ 8416, maintained at Bear Stearns & Company and Bear Stearns Securities Corp, both located in the US, debited through Citibank and Mellon Bank NA, to beneficiary WEXNER CHILDREN'S TR II DATED 2/25/98. One wire went to account # ▓▓▓▓ 1408, maintained at Goldman Sachs & Co, located in the US. Two wires went to account # ▓▓▓▓ 8038, maintained at Citigroup Global Markets Inc, located in the US.

From 10/01/2003 to 11/10/2006, JEFFREY E EPSTEIN, located in the US, originated 150 wire transactions, totaling $12,275,000.00, from JPMC account # ▓▓▓▓ 0438, to beneficiary JEFFREY EPSTEIN (no address listed), to account # ▓▓▓▓ 3162, maintained at Colonial Bank NA, located in the US.

On 06/03/2014, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $64,000.00, from account # ▓▓▓▓ 6976, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▓▓▓▓▓▓▓▓▓▓▓▓▓ located in the US, to JPMC account # ▓▓▓▓▓ 9065.

From 11/04/2016 to 07/06/2018, JEFFREY EPSTEIN, located in the US, originated three wire transactions, totaling $406,000.00, from account # ▓▓▓▓ 9691, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▓▓▓▓▓▓▓▓▓▓▓ located in the US, to JPMC account # ▓▓▓▓ 2898.

From 03/06/2017 to 03/18/2019, JEFFREY EPSTEIN, located in the US, originated 31 wire transactions, totaling $156,243.85, from account # ▓▓▓▓ 9691, maintained at Deutsche Bank & Trust Company Americas, located in the US, to beneficiary ▓▓▓▓▓▓▓▓▓▓▓ located in the US, to JPMC account # ▓▓▓▓ 3739. Payment details referenced: "Expense reimbursement", "Hotel Bologna", "Hotel Milan", "Hotel Lisbon", "Reference Porto Hotel Portugal trip", "Reimbursement for

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00017209

Azores and Milan trip", "Hotel Toronto", "Reference: train reimbursement", and "Japan hotel".

On 03/01/2005, JEFFREY E EPSTEIN, located in the US, originated one wire transaction for $250,000.00, from JPMC account #▮▮▮▮▮0438, to beneficiary FORUMS LLC, located in the US Virgin Islands, to JPMC account #▮▮▮▮4567. Payment details referenced: "Ref: JEFFREY EPSTEIN".

On 06/15/2007, JEFFREY EPSTEIN, located in the US Virgin Islands, originated one wire transaction for $7,400,000.00, from account #▮▮▮▮▮2512, maintained at Bear Stearns Securities Corp, located in the US, debited through Mellon Bank NA, located in the US, to beneficiary GHISLAINE MAXWELL, located in the US, to JPMC account #▮▮▮▮6312.

Please note, effective 05/18/2019, Chase Bank USA ("Chase Bank") merged into JPMorgan Chase Bank, NA ("JPMC"). Some transactions reported herein may have been conducted through Chase Bank prior to the merger.

FinCEN Advisory Term(s):
Advisory Human Trafficking

http://www.fincen.gov/news_room/advisory/AdvisoryKeyTerms.html

Supporting documentation associated with this report (SAR #: SAR_NA_127308400) includes, but may not be limited to, documents maintained or identified in case file # CASE_AML_NA_126315363 and can be retrieved upon request. Upon the appropriate and validated request of a regulator or law enforcement agency, supporting documentation will be provided.
SAR #: SAR_NA_127308400 Case #: CASE_AML_NA_126315363

For Assistance contact JPMorgan Chase LE Fulfillment team at:
le.request@jpmchase.com or call: 1-855-844-1064 or fax: 877-899-1868.

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00017210