# FILED UNDER SEAL

# EXHIBIT 159

# Suspicious Activity Report



## Suspicious Activity Report

OMB No. 1506-0065 (Report)
OMB No. 1506-0001, 1506-0006, 1506-0015, 1506-0019, 1506-0029, and 1506-0061 (Regulations)

Version Number: 1.2

| | |
|---|---|
| Home | Step 1. Filing Institution Contact Information / Step 2. Financial Institution Where Activity Occurred / Step 3. Subject Information / Step 4. Suspicious Activity Information / Step 5. Narrative |

**Filing Instructions:**
1. Complete the report in its entirety with all requested or required data known to the filer.
2. Click "Validate" to ensure proper formatting and that all required fields are completed.
3. Click "Sign with PIN" and enter your 8-digit PIN to electronically sign the report.
4. Click "Save" to save a local copy of the report.
5. Click "Print" (*optional*) to print a paper copy of the report for record keeping purposes.
6. Click "Submit" and go to your "Track Status" to confirm acceptance.

**Filing name:** CASE_AML_NA_126315363

**\*1 Type of filing** (Check all that apply)
- [ ] Initial report
- [x] Correct/Amend prior report
- [ ] Continuing activity report
- [x] Joint report

**Prior report BSA Identification Number (BSA ID):** 31000152314782

**2 Filing Institution Note to FinCEN:** ADVISORY HUMAN TRAFFICKING

**Attachment:** SAR_NA_130402012.csv

[ Add Attachment ]  [ Delete Attachment ]  [ View/Save Attachment ]

[ Save ]  [ Validate ]  [ Submit ]  [ Print ]

By providing my PIN, I acknowledge that I am electronically signing the BSA report submitted.

[ Sign with PIN ]

Release Date: 06/22/2018

**Bank Secrecy Act Confidential**
**Contains Suspicious Activity Report Material**
**FOIA Confidential Treatment Requested**

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

EXHIBIT 132

JPM-SDNY-S-00000001
JPM-SDNYLIT-W-00000001

# Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

## Part IV Filing Institution Contact Information

| Field | Value |
|---|---|
| *79 Type of financial institution | Depository Institution |
| *75 Primary federal regulator | Office of the Comptroller of the Currency (OCC) |
| *76 Filer name (Holding company, lead financial institution, or agency, if applicable) | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| *77 TIN | ■■■4650 |
| *78 TIN type | EIN |

80 Type of Securities and Futures institution or individual filing this report - check box(es) for functions that apply to this report:
- ☐ Clearing broker-securities
- ☐ CPO/CTA
- ☐ Execution-only broker securities
- ☐ Futures Commission Merchant
- ☐ Holding company
- ☐ Introducing broker-commodities
- ☐ Introducing broker-securities
- ☐ Investment Adviser
- ☐ Investment company
- ☐ Retail foreign exchange dealer
- ☐ Self-clearing broker securities
- ☐ SRO Futures
- ☐ SRO Securities
- ☐ Subsidiary of financial/bank holding company
- ☐ Other

| Field | Value |
|---|---|
| 81 Financial institution identification Type | Research, Statistics, Supervision and Discount (RSSD) number |
| Number | 852218 |
| *82 Address | 1111 POLARIS PARKWAY |
| *83 City | COLUMBUS |
| *84 State | OH |
| *85 ZIP/Postal Code | 43240 |
| *86 Country | US |
| 87 Alternate name, e.g., AKA - individual or trade name, DBA - entity | |
| 88 Internal control/file number | SAR_NA_130402012 |
| 89 LE contact agency | |
| 90 LE contact name | |
| 91 LE contact phone number (Include Area Code) | Ext. |
| 92 LE contact date | |
| *93 Filing institution contact office | AML INVESTIGATIONS |
| *94 Filing institution contact phone number (Include Area Code) | 8558441064 Ext. |
| 95 Date filed | 09/26/2019 (Date filed will be auto-populated when the form is signed.) |

Bank Secrecy Act Confidential
Contains Suspicious Activity Report Material
FOIA Confidential Treatment Requested

JPM-SDNY-S-00000002

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00000002

## Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

**Part V Suspicious Activity Information - Narrative\*** [See instructions]

JP Morgan Chase NA ("JPMC") and JP Morgan Securities LLC are filing this amended SAR to add additional subjects, and transactions, and also to make corrections to SAR_NA_127308400, filed on 08/13/2019:

The following amendments were made:
Part I, added 44 subjects
Part II, field 29: amount amended to $1,081,819,653.
Part II, field 30: to date amended to 07/22/2019
Part III, field 57: added JP Morgan Securities LLC
Part V, narrative: added subjects, banks, and account numbers, amended the dollar amount, to date, # of transactions, added JP Morgan Securities LLC as a filing institution, added a partial US passport # [redacted] for [redacted] added a middle name [redacted] amended LSJE LLC to LSJ EMPLOYEES LLC, removed prior SARs and the sampled transaction descriptions, updated the paragraphs related to JEFFREY E EPSTEIN, [redacted] JOSEPH P DWYER.
.csv file: added the prior SARs, and abbreviated the transactions to remain under 1MB.

The following amendments were made to Part I
Field 4 (name), subject 24: added middle name [redacted] subject 26: amended name to LSJ EMPLOYEES LLC
Field 9 (alternate name), subject 26: added LSJE LLC
Field 10 (occupation), subject 37: air transportation, subject 50: personal investment company
Field 11 (address), subject 26: added 575 Lexington Ave; subject 29: added 575 Lexington Ave; subject 30: added 575 Lexington Ave; subject 31: added 301 E 66th St; subject 38: added 457 Madison Ave; subject 42: added 3647 Victoria Manor Drive; subject 49: added 301 E 66th St; subject 50: added 301 E 66th St, 457 Madison Ave, and PO Box 400
Field 16, subject 50: added EIN [redacted]3838
Field 21 (phone), subject 49: added 2128916413
Field 28 (role), subjects 26, 27, 29, 31, 37, 38, 49, 50: amended to "both"

The following corrections were made:
Part I, subject 20, field 28: corrected subject's role to payee
Part I, subject 38, field 16: corrected FEIN to [redacted]6141
Part I, subject 47, field 24: corrected subject's relationship to customer
Part II, field 38: checked boxes e and k

The following is the original narrative inclusive of the above amendments:
JP Morgan Chase Bank NA ("JPMC") and JP Morgan Securities LLC are filing this Suspicious Activity Report ("SAR") to report 4,725 wire transactions, totaling $1,081,819,653, that occurred from 10/01/2003 to 07/22/2019, involving current, former and non-JPMC customers: JEFFREY E EPSTEIN ("EPSTEIN"), [redacted] DARREN K INDYKE, [redacted] HARRY I BELLER, INNER BEAUTY WELLNESS INC, [redacted] JOSEPH P DWYER, [redacted], SL COMMUNICATIONS AND LIFESTYLE LLC, [redacted] FAMILY INTERESTS LP, FINANCIAL TRUST COMPANY INC, FORUMS LLC, GHISLAINE NOELLE MARION MAXWELL, HBRK ASSOCIATES INC, HYPERION AIR LLC, JEGE LLC, [redacted] NEPTUNE LLC, NES LLC, NEW YORK STRATEGY GROUP LLC, [redacted] THE 2001 JEFFREY E EPSTEIN INSURANCE TRUST, THE C.O.U.Q. FOUNDATION INC, WEXNER CHILDREN'S TRUST II DATED 02/25/1998, ANDREY GENNADEVICH SILINSKY, LSJ EMPLOYEES LLC, [redacted] THE SWEATER TRUST, EVA BIRGITTA ANDERSSON-DUBIN, [redacted] ALAN MORTON DERSHOWITZ, GLENN RUSSELL DUBIN, CHARLES GERALD GOLDSMITH, LISA GAYLE KAHN, RICHARD DAVID KAHN, [redacted] JEFFREY A SCHANTZ, BUTTERFLY TRUST, COATUE ENTERPRISES LLC, COMMUNITY INTERESTS, DARREN K INDYKE ATORNEY AT LAW, DARREN K INDYKE PLLC, EDUCATION ADVANCE, ENHANCED EDUCATION, EPSTEIN INTERESTS DATED 12/26/91, FT REAL ESTATE INC, GRATITUDE AMERICA LTD, HYPERION AIR INC, I CORRECT COM LLC, INTERNATIONAL CHARITABLE INTERESTS, J EPSTEIN FOUNDATION, JEEPERS INC, JEGE INC, LCP COMPANY LLC, LSJ LLC, MAPLE INC, MC2 MODEL MANAGEMENT, PLAN D LLC, SOUTHERN FINANCIAL LLC, SOUTHERN TRUST COMPANY INC, THE 2007 JEFFREY E EPSTEIN INSURANCE TRUST NO 3 DATED 11/01/2007, THE 2017 CATERPILLAR TRUST, THE HAZE TRUST, ZORRO DEVELOPMENT CORP, ZORRO TRUST, LEON D BLACK, DEBRA RESSLER BLACK, and BLACK FAMILY PARTNERS LP, to report wire activity consistent with negative media involving alleged sex trafficking of minors and allegations that EPSTEIN misappropriated funds while employed as a money manager; the use of multiple accounts; the high risk jurisdiction of the Russian Federation; and politically exposed person EPSTEIN, due to his relationships with two US presidents. (https://www.nytimes.com/2019/08/11/business/jeffrey-epstein-finances.html, https://www.nytimes.com/2019/08/07/business/wexner-epstein.html).

**Bank Secrecy Act Confidential**
**Contains Suspicious Activity Report Material**
**FOIA Confidential Treatment Requested**

JPM-SDNY-S-00000175

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00000175

## Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

JEFFREY E EPSTEIN was arrested under a sealed indictment. EPSTEIN has been accused of orchestrating a sexual pyramid scheme involving young girls and wealthy men, where the girls were allegedly told they could make money giving men massages and were encouraged to bring in other girls. (https://gothamist.com/2019/07/07/billionaire_jeffrey_epstein_arreste.php).

DARREN K INDYKE is an attorney who was employed by EPSTEIN. HARRY I BELLER is an accountant who was employed by EPSTEIN. Both INDYKE and BELLER controlled movement of EPSTEIN's funds as the sole signers, or only signer, of several EPSTEIN accounts, including HBRK ASSOCIATES INC, FAMILY INTERESTS LP, FINANCIAL TRUST COMPANY INC, and NEPTUNE LLC

GHISLAINE NOELLE MARION MAXWELL has been accused of soliciting underage girls for EPSTEIN, alleged in a lawsuit filed by a victim. (http://www.nydailynews.com/new-york/ny-epstein-documents-lawsuit-20190809-lzf23pfgxrhwbn66al2rebicya-story.html)

████████████████████████████████████ She has used several of the same addresses EPSTEIN has used, including 301 East 66th St, in New York, and 6100 Red Hook Quarters in St Thomas, and has flown on his private plane numerous times, as per open source flight logs (www.documentcloud.org/documents/1507315-epstein-flight-manifests.html)

████████████████ is the account signer on both INNER BEAUTY WELLNESS INC (http://www.sacredspaceny.com/) offering healing bodywork, and SL COMMUNICATIONS AND LIFESTYLE LLC (http://slcommunicationsandlifestyle.com/) talented brand agents and strategists.

The following entities were involved in the movement of EPSTEIN's funds: for unknown purposes, staff payments, property upkeep and repairs, and repairs to his airplane and helicopter: FORUMS LLC, HYPERION AIR LLC, JEGE LLC, NES LLC, NEW YORK STRATEGY GROUP LLC, THE 2001 JEFFREY E EPSTEIN INSURANCE TRUST, THE C.O.U.Q. FOUNDATION INC, WEXNER CHILDREN'S TRUST II DATED 02/25/1998, LSJ EMPLOYEES LLC, and THE SWEATER TRUST.

JOSEPH P DWYER is a former private investigator for attorneys who pleaded guilty to bribing an NYPD officer for confidential reports from a federal law enforcement database. (https://www.fbi.gov/contact-us/field-offices/newyork/news/press-releases/private-investigator-and-former-nypd-officer-arrested-in-bribery-scheme-to-obtain-reports-from-federal-law-enforcement-database) No relationship was established between DWYER and ESPTEIN.

No information was found for ANDREY GENNADEVICH SILINSKY.

The following were identified in media reports as having either been in a relationship with EPSTEIN, or procurers of women as part of trafficking, or both:

████████████████████████████████████████████████████████████████████ The majority of these women have photos on websites that describe them as models. A partial US passport # ████████ is being noted for ████

Prior SARs involving the subjects reported herein can be viewed in the attached .csv file

The following accounts were used in the transactions:

ALAN MORTON DERSHOWITZ
L560748451, National Financial Services
Bank of America: ████ 1988, ████ 5627

████████
████ 4800, Raiffeisenbank ZAO, Russia

████████████
████ 6902, JPMC

████████
████ 0930, JPMC

ANDREY GENNADEVICH SILINSKY
Sberbank, Russia:

**Bank Secrecy Act Confidential**
**Contains Suspicious Activity Report Material**
**FOIA Confidential Treatment Requested**

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNY-S-00000176

JPM-SDNYLIT-W-00000176

# Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

▓9675
▓0251

▓9465, JPMC

**BUTTERFLY TRUST**
▓2810, JPMC Clearing Corp
▓0552, Deutsche Bank
▓0582, National Financial Services

**CHARLES GERALD GOLDSMITH**
▓0074, First Bank of the Palm Beaches

**COATUE ENTERPRISES LLC**
▓6600, JPMC

**COMMUNITY INTERESTS**
▓7515, Bear Stearns

▓5400, JSC CB Privatbank, Ukraine

**HARRY I BELLER**
▓8005, JPM Clearing Corp
JPMC: ▓1565, ▓9169, ▓9024, ▓8515, ▓0848, ▓0913, ▓0438, ▓3130, ▓3157, ▓4332

**DARREN K INDYKE**
▓0657, Commerce Bank
JPMC: ▓2518, ▓0001, ▓4006, ▓0245, ▓7727, ▓5001, ▓1005, ▓9565, ▓6865, ▓9193, ▓8125, ▓2632, ▓9024, ▓3130, ▓3157, ▓4332, ▓6865

**DARREN K INDYKE ATTORNEY AT LAW**
▓6865, JPMC

**DARREN K INDYKE PLLC**
JPMC: ▓3828, ▓9193
▓8707, Deutsche Bank

**EDUCATION ADVANCE**
▓657, JPMC

▓3689, JPMC

▓8739, JPMC

▓8068, JPMC

**ENHANCED EDUCATION**
▓6101 (also as partial ▓6161), Goldman Sachs
▓5810 (also as partial ▓5058), JPM Clearing Corp
▓8693, FirstBank PR

**EPSTEIN INTERESTS DATED 12/26/1991**
▓7012, Bear Stearns

**EVA BIRGITTA ANDERSSON-DUBIN**
▓6291, JPMC

**Bank Secrecy Act Confidential**
**Contains Suspicious Activity Report Material**
**FOIA Confidential Treatment Requested**

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNY-S-00000177
JPM-SDNYLIT-W-00000177

## Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

**FAMILY INTERESTS LP**
█████3005 (also as █████3005, █████3005), JPM Clearing Corp
█████5817, Bear Stearns
Goldman Sachs: █████3801, █████3806

**FINANCIAL TRUST COMPANY INC**
Bear Stearns: █████5612 (also as partial █████6056), █████6620
Goldman Sachs: █████1301 (also as partial █████1513), █████1416
█████0333B, Citigroup Global Markets
JPM Clearing Corp: █████0920, █████3625, █████6861, █████0101 (also as partials █████0686, █████6862)
█████9023, JPMorgan Securities
█████7000, Merrill Lynch
█████6120, Morgan Stanley
FirstBank PR: █████3877, █████3963
█████0101, Valartis Bank AG, Switzerland
JPMC: █████1005 (also as █████1005), █████5001 (also as █████5001), █████0001 (also as █████0001), █████5225 (also as █████5225), █████5217 (also as █████5217)
74212, ABN AMRO Inc

**FORUMS LLC**
█████4567, JPMC

**FT REAL ESTATE INC**
█████0966, FirstBank PR
█████7022, Merrill Lynch

**GHISLAINE MAXWELL**
█████6312, JPMC

**GLENN RUSSELL DUBIN**
JPMC: █████5007 (also as █████5007), █████6291

**GRATITUDE AMERICA LTD**
█████8324, Deutsche Bank

**HBRK ASSOCIATES INC**
█████3715, Deutsche Bank
TD Bank: █████2771, █████7557, █████7565, █████7573, █████7599, █████7771
█████9169, JPMC
█████0182, Sabadell United

**HYPERION AIR INC**
█████4332, JPMC
█████2384, Citizens Bank
Deutsche Bank: █████3432 (also used by HYPERION AIR LLC), █████3440

**I CORRECT COM LLC**
█████8154, JPMC

**INNER BEAUTY WELLNESS INC**
█████663, JPMC

**INTERNATIONAL CHARITABLE INTERESTS**
█████5618, Bear Stearns
█████8865, JPMC
█████8240, Wells Fargo

**J EPSTEIN FOUNDATION**

Bank Secrecy Act Confidential
Contains Suspicious Activity Report Material
FOIA Confidential Treatment Requested

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNY-S-00000178
JPM-SDNYLIT-W-00000178

## Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

▮8912, JPMC

**J EPSTEIN VIRGIN ISLANDS FOUNDATION INC**
▮9501 (also as partial ▮4950), Pershing LLC

**JEEPERS INC**
▮9351 (also as partial ▮4935), Pershing LLC
▮6005, JPMC

**JEFFREY A SCHANTZ**
▮2065, JPMC
▮0010, Merrill Lynch

**JEFFREY E EPSTEIN**
▮4968, Pershing LLC
BB&T: ▮0394, ▮9690 (also as partial ▮0690)
▮3392, Chase Manhattan
Colonial Bank: ▮3162 (also as partial ▮3162), ▮3094, ▮6088, ▮1022, ▮3162
First Bank of the Palm Beaches: ▮0262, ▮0413
▮2512 (also as partial ▮8625), Bear Stearns
▮4901, Goldman Sachs
▮2601, FirstBank PR
▮7567, Banco Popular de Puerto Rico
Deutsche Bank: ▮6976, ▮9691
▮5542, HSBC
▮2695, Fifth Third
JPMC: ▮0438, ▮0663, ▮1001 (also as ▮1001)
Accitibank International PLC France, France: ▮0894 (also partial ▮2808), ▮0897
HSBC Private Bank, Switzerland: ▮7775, ▮7838
▮5160 (also as partial ▮2351), BNP Paribas, France

**JEGE INC**
▮3459, Deutsche Bank
▮2758, Colonial Bank

**JEGE LLC**
▮3475, Deutsche Bank
▮0913, JPMC

**JOSEPH P DWYER**
▮3513, JPMC

▮5372, JPMC

▮2898, JPMC

**LCP Company LLC**
▮5235, FirstBank PR

JPMC: ▮5024, ▮6600

**LSJ LLC**
▮3125, JPMC
Chase Manhattan: ▮3392, ▮3101
FirstBank PR: ▮1376, ▮0159, ▮0691

**LSJ EMPLOYEES LLC**
▮9295, Deutsche Bank

**Bank Secrecy Act Confidential**
**Contains Suspicious Activity Report Material**
**FOIA Confidential Treatment Requested**

JPM-SDNY-S-00000179

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00000179

## Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

FirstBank PR: ▇1709, ▇1742

MAPLE INC
▇6794, FirstBank PR

MC2 Model Management
▇5870, TD Bank

▇5865, JPMC

▇9065, JPMC

NEPTUNE LLC
▇8424, Deutsche Bank
▇8515, JPMC

NES LLC
▇1472, JPMC
▇3758, Deutsche Bank

NEW YORK STRATEGY GROUP
▇6336, HSBC Bank USA
JPMC: ▇3130, ▇3157
▇9914, Deutsche Bank

Plan D LLC
▇3467, Deutsche Bank
▇0848, JPMC

RICHARD D KAHN
JPMC: ▇5024, ▇3154, ▇6600, ▇9169

▇6989, JPMC

SL COMMUNICATIONS AND LIFESTYLE LLC
▇5299, JPMC

SOUTHERN FINANCIAL LLC
▇2771, Deutsche Bank
▇0320, TD Ameritrade
JPMorgan Clearing Corp: ▇3161, ▇1092
▇7727, JPMC

SOUTHERN TRUST COMPANY INC
▇3244, Deutsche Bank
▇7761 (also as partial ▇1776), National Financial Services
▇0245, JPMC

▇0800, JPMC
▇8696, Barclays Bank, UK

▇1652, OJSC Alfa Bank, Russia

▇3564, JPMC

THE 2001 JEFFREY E EPSTEIN INSURANCE TRUST

**Bank Secrecy Act Confidential**
**Contains Suspicious Activity Report Material**
**FOIA Confidential Treatment Requested**

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNY-S-00000180
JPM-SDNYLIT-W-00000180

## Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

▇9565, JPMC

THE 2007 JEFFREY E EPSTEIN INSURANCE TRUST NO 3 DATED 11/01/2007
▇2632, JPMC
▇8694, Deutsche Bank

THE 2017 CATERPILLAR TRUST
▇9987, Deutsche Bank

THE C O U Q FOUNDATION INC
▇8515, Bear Stearns
▇2640, Goldman Sachs
▇1565, JPMC

THE HAZE TRUST
JPMC: ▇4006 (also as ▇4006), ▇2518, ▇2839
▇7287, Deutsche Bank
▇4943, Pershing LLC

THE SWEATER TRUST
▇9224, Bear Stearns

WEXNER CHILDREN'S TRUST II DATED 02/25/1998
▇8416, Bear Stearns
▇1408, Goldman Sachs
▇9247, Citigroup Global Markets Inc

▇0087, JSC CB Privatbank, Ukraine

ZORRO DEVELOPMENT CORPORATION
▇5542, Deutsche Bank
▇5286, Wells Fargo

ZORRO TRUST
▇9024, JPMC

BLACK FAMILY PARTNERS LP
▇0135, Bank of America

LEON BLACK
DEBRA BLACK
▇0945, Bank of America

Some of the transactions flowed through JPMC foreign correspondent banks ("FCB"):
OJSC Alfa Bank, Russia, FCB # ▇0726 (note: the wire transaction did not complete)
Sberbank of Russia, Russia, FCB # ▇8256
BNP Paribas SA, France, FCB # ▇5501
JSC CB Privatbank, Ukraine, FCB # ▇0080
Valartis Bank AG, Switzerland, FCB # ▇9486 (currently Banque Cramer & CIE SA)

The attached .csv file was abbreviated to remain under 1MB. The complete transaction file is available by request from JPMC.

Please note, effective 05/18/2019, Chase Bank USA ("Chase Bank") merged into JPMorgan Chase Bank, NA ("JPMC"). Some transactions reported herein may have been conducted through Chase Bank prior to the merger.

FinCEN Advisory Term(s):
Advisory Human Trafficking

http://www.fincen.gov/news_room/advisory/AdvisoryKeyTerms.html

Bank Secrecy Act Confidential
Contains Suspicious Activity Report Material
FOIA Confidential Treatment Requested

JPM-SDNY-S-00000181

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00000181

## Suspicious Activity Report

| Home | Step 1. Filing Institution Contact Information | Step 2. Financial Institution Where Activity Occurred | Step 3. Subject Information | Step 4. Suspicious Activity Information | Step 5. Narrative |

Supporting documentation associated with this report (SAR #: SAR_NA_130402012) includes, but may not be limited to, documents maintained or identified in case file # CASE_AML_NA_126315363 and can be retrieved upon request. Upon the appropriate and validated request of a regulator or law enforcement agency, supporting documentation will be provided. SAR #: SAR_NA_130402012 Case #: CASE_AML_NA_126315363

This report is a joint filing. The Reporting Financial Institution of the JPMorgan Chase Bank, National Association, is the primary filing financial institution reporting suspicious activity that involves common or related transactions with: J.P. Morgan Securities LLC. This Joint SAR is being filed by the primary institution for itself and additionally on behalf of: J.P. Morgan Securities LLC whose Primary Federal Regulator is SEC, whose EIN is ▇▇▇9429, and whose principal address is 383 MADISON AVENUE NEW YORK NY 10179

Joint Filing Entities:

Name: J.P. Morgan Securities LLC
Address:
383 MADISON AVENUE
NEW YORK NY 10179
EIN: ▇▇▇9429
CRD: 79
SEC: 835008
NFA: 815

Type of Financial Institution:
Securities/Futures
Other Description:

For Assistance contact JPMorgan Chase LE Fulfillment team at:
le.request@jpmchase.com or call: 1-855-844-1064 or fax: 877-899-1868.

**Bank Secrecy Act Confidential**
**Contains Suspicious Activity Report Material**
**FOIA Confidential Treatment Requested**

JPM-SDNY-S-00000182

Contains Suspicious Activity Report Material
Attorneys' Eyes Only - Confidential

JPM-SDNYLIT-W-00000182