# FILED UNDER SEAL

# EXHIBIT 162

| | |
|---|---|
| From: | mary.c.casey@jpmorgan.com |
| To: | bonnie.k.perry@jpmorgan.com <bonnie.k.perry@jpmorgan.com> |
| Sent: | 10/24/2006 3:18:32 PM |
| Subject: | Re: Question on BACs |
| Attachments: | pic11224.gif; pic15748.gif |

Thanks!

Mary Casey
Managing Director
JPMorgan Private Bank
345 Park Ave.
New York, NY 10154
tel: (212) 464-0374
fax: (212) 464-1912

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.
The Private Bank Risk Management and Control Group - Tel 713-216-5136 Fax 713-216-6984

**The Private Bank Risk Management and Control Group** - Tel 713-216-5136 Fax 713-216-6984

**Bonnie K Perry**
To: Mary C Casey/JPMCHASE@JPMCHASE
cc:
Subject: Re: Question on BACs

10/24/2006
10:17 AM

Mary -

The only time BAC has any impact is at the inception of the client. We were having problems with the DDR in that when clients were being reassigned to other bankers with multiple BACs to choose from, the system would just leave the BAC area blank. If the banker needed to update the DDR, they were unable to do so if the BAC area was blank. We decided that since the BAC area has no impact at any other time except upon the establishment of the client, we would allow the system to just default to the first BAC of the receiving banker so that area would not be blank and would not cause any problems when the banker needed to update the DDR.

Hope that adequately answers your question :o)

Regards,

Bonnie
Mary C Casey/JPMCHASE


EXHIBIT
Erdoes-5
3/15/23

| | |
|---|---|
| Mary C Casey/JPMCHASE<br><br>10/24/2006 07:53 AM | To Bonnie K Perry/JPMCHASE@JPMCHASE<br>cc<br>Subject Question on BACs |

Hi Bonnie,

I had to refferrence the below DDR yesterday and I noted that the Banker BAC as noted below is incorrect. I was on Financial Markets, not Business Owners, when this DDR was approved. Does that impact anything? Of course, I have since moved to EMEA so my current BAC is different as well although Mr. Epstein remains my client.

I would appreciate your thoughts,

Mary


Mary Casey
Managing Director
JPMorgan Private Bank
345 Park Ave.
New York, NY 10154
tel: (212) 464-0374
fax: (212) 464-1912

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.
----- Forwarded by Mary C Casey/JPMCHASE on 10/24/2006 08:48 AM -----

# USCG Due Diligence Report - Individual


JPMorgan Private Bank

**DDR Name:** Jeffrey Epstein ~
**DDR Status:** Process Completed

Fields marked with ● are required

| *Banker Information* | |
|---|---|
| ● Banker: | Mary C Casey/JPMCHASE |
| LE/OU: | 99/31167 |
| Banker SID: | U043917 |
| Banker BAC: | 8631--BUSINESS OWNERS II |

Confidential

JPM-SDNYLIT-00001092

| Banker FNEN: | 01 |
|---|---|

**Banker History:**

07/28/2006 11:00:04 PM - CRD / Notrix changed: Banker from Jeffrey M Matusow/JPMCHASE to Mary C Casey/JPMCHASE.
07/15/2006 11:00:44 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Jeffrey M Matusow/JPMCHASE.
07/10/2006 11:00:44 PM - CRD / Notrix changed: Banker from Robert Baynard/JPMCHASE to Mary C Casey/JPMCHASE.
07/07/2006 11:00:21 PM - CRD / Notrix changed: Banker from Jeffrey M Matusow/JPMCHASE to Robert Baynard/JPMCHASE.
06/24/2006 11:00:45 PM - CRD / Notrix changed: Banker from Mary C Casey/JPMCHASE to Jeffrey M Matusow/JPMCHASE.
01/19/2006 11:00:30 PM - CRD / Notrix changed: Banker from Mary Rieth/JPMCHASE to Mary C Casey/JPMCHASE.
04/22/2005 10:10:28 PM - CRD / Notrix changed: Banker GID from 00000043917 to U043917.

## DM ID Link Information

**The DM for this DDR is DM Name -JEFFREY E. EPSTEIN CAS ID - 9710670708.
The following DDR's are associated with this Decision Maker.**

| DDR Name, Banker listed on DDR, and Security Services Search Date if applicable |
|---|
| Family Interests, LP - Casey, Mary C - 03/12/2003 |
| Maxwell, Ghislaine - Casey, Mary C - 03/31/2005 |
| New York Strategy Group, LLC - Casey, Mary C - 04/16/2003 |
| The C.O.U.Q. Foundation, Inc. - Casey, Mary C - 01/28/2004 |
| [redacted] - Casey, Mary C - 02/08/2004 |
| [redacted] - Casey, Mary C - 02/08/2004 |
| EMMCAC, LLC - Casey, Mary C - 08/06/2004 |
| FORUMS, LLC - Casey, Mary C - 10/20/2005 |
| Indyke Holdings, LLC - Casey, Mary C - 09/12/2005 |
| LYN & JOJO LLC - Casey, Mary C - 07/31/2006 |
| YHS, LLC - Casey, Mary C - 09/22/2006 |
| Ranch Lake III, Inc. - Casey, Mary C - 10/04/2006 |
| Ranch Lake II, Inc. - Casey, Mary C - 10/04/2006 |
| Health & Science Interest II - Casey, Mary C |
| Health & Science Interests II Trust - Casey, Mary C |
| International Charitable Interest II - Casey, Mary C |
| Financial Trust Company, Inc. - Casey, Mary C - 05/21/2003 |
| Financial Trust Company, Inc. - Casey, Mary C - 08/11/1999 |
| Epstein, Jeffrey - Casey, Mary C - 05/21/2003 |

## Name/Contact Information

| Only Select "New Client" if this entity will be a PCN. | |
|---|---|
| **Is this DDR being used for multiple entities?** | |
| **Last Name:** | Epstein |

Confidential

JPM-SDNYLIT-00001093

| | | Primary Address | Business Address |
|---|---|---|---|
| First Name: | | Jeffrey | |
| Middle Name/Initial: | | | |
| Previous Last Name(s): | | | |
| Title: | | | |
| Business Name: | | J. Epstein & Co.<br>(To Record Individual's Ownership Or Employer) | |

| Addresses | | Primary Address<br>(Legal address on account) | Business Address<br>(Other than Primary Address) |
|---|---|---|---|
| Name: | | Jeffrey Epstein | |
| Attention: | | | |
| Address Line 1: | | 457 Madison Ave., 4th fl | |
| Address Line 2: | | Villard House | |
| City: | | New York | |
| State: | | NY | |
| Province: | | | |
| Postal/Zip Code: | | 10022 | |
| Country: | | USA | UNITED STATES |

| | | |
|---|---|---|
| Legal Entity: | | Individual / Joint |
| Industry Code: | | |
| Citizenship: | | USA |
| Date of Birth: | | ▇▇▇ 1953<br>(Use 4-digit year) |
| Gender: | | |
| Tax ID #: | | ▇▇▇-3348<br>Remember to collect W-8's or other applicable tax forms for each jurisdiction. |
| Passport/Drivers License #: | | |
| Home Phone: | | ( )- |

## Introduction Information

| | | |
|---|---|---|
| Introduction Type: | | Other |
| Specific Information: | | Jeffrey Epstein is an existing client.<br>(Please identify Client, Type of Account etc.) |
| Met With Principal? | | |
| If you did not meet the Principal, give an indication of why you haven't met the individual and when you will.<br>N/A | | |
| What form of goverment issued identification document did you obtain for the files? | | |

## Financial Information

| | | | |
|---|---|---|---|
| | Occupation, Business or Employer of the Client: | | Money manager |
| | Net Worth of Client: | | $ 300 *(USD millions)* *(Please enter a value greater than 0 & less than 10,000 ($10 billion USD) for Net Worth)* |
| | Documentation/ Information obtained to confirm stated net worth of the Client: | | accounts held at JPM, knowledge of ownership of certain assets, and public articles *(Please indicate all that apply: financial statements, directory, magazine, tax returns)* |
| | Source Of Wealth: | | Earned |
| | Please Describe: | | Epstein has made his wealth managing money for wealthy individuals *Please be explicit, e.g. if inherited, specify the original source of wealth. If the client is an entrepreneur, indicate the name of the business (es) and describe with detail the client's business(es) (nature of business, number of employees, assets, estimated revenues, listed or not, etc.).* |

## Transaction Profile/Expected Account Activity

| | What is the purpose/intended use of this account? (Describe why the account is being opened?) | | |
|---|---|---|---|

| | Please check the types of account and expected activity for this legal entity (inflows and outflows of securities and cash) - check ALL that apply: |
|---|---|

| Account | | Activity Level: Low (1-5 transactions/month) Medium (6-12 trs/month) High (over 12 trs/month) |
|---|---|---|
| DDA/MMIA: | | |
| SDI: | | |
| Investment Management: | | |
| Funds: | | |
| Other: | | |

**Transaction Profile/Expected Account Activity**
What are the expected sources of inflows and destinations of transfers, countries and types of payors or payees? Where is the money coming from? For Example, a bank.
Epstein has a checking account in personal name and a large trading account for his company, Financial Trust Company LLC.

## Required Security Services Checks

**Security Search Type:** Full
**Note for Security Services:**
*Please list any specific*

search
requests/instructions to
Security Services here

| Security Services Information |

**A Security Services Check is REQUIRED for New Clients and Prospects**
**This section to be completed by the Security Services Group:**

**List Individuals and Corporate Entities Investigated:**
Jeffrey Epstein was fully research in New York, Florida and available international databases only.

J. Epstein & Co. was searched through derogatory news reports and regulatory sanctions only.

Please Note: Research has revealed Jeffrey Epstein to have used the name Jeff Epstein and Jerrery Epstein. Research was conducted on all variations.

Investigation indicates Jeffrey Epstein to have affiliations in California and Colorado. Records in these states were not searched. Please note, research in these states may reveal company affiliation records, civil suits, state court records and criminal history. This research can be completed upon request of the client advisor. These searches require additional time (two business weeks) and cost.

Please Note: All research is subject to the availability of electronic database resources.
**Attachment:**
[attachment "210203b.doc" deleted by Bonnie K Perry/JPMCHASE]

| Search Type | Is Further Review by Banker Required? | Security Service Details: | Banker Response: |
|---|---|---|---|
| Company Information | Yes | Reference the attached Word document (pages 2-11) to view the Company records for Jeffrey Epstein and Jeffrey E Epstein. | Company information is in accordance with discussions with client. |
| Corporate Records | Yes | Reference the attached Word document (pages 12-22) to view the Corporate records for Jeffrey Epstein, Jeffrey E Epstein and Jeff Epstein. | Same as above. |
| Other Database Searches (RDC/CDC/MIS) | | | |
| Civil Court Action | Yes | Reference the attached Word document (pages 23-25) to view the Civil Suit records for Jeffrey Epstein and Jeffrey E Epstein. | Civil Suits are not significant in size and are over 8 years old. |
| Federal & State Court Action | Yes | Reference the attached Word document (page 26) to view the Federal/State record for Jeffrey E Epstein. Cannot confirm this is our subject. | This suit was filed within the past 12 months and limited information is given in the report. It is unclear as to what the suit pertains, other than it is contractual, has no demand amount, and cites 'personal injury -- auto negligence'. I have no reason at this time to assume that the civil action is significant. |
| Personal Particulars | Yes | Social security number ███-██-3348 was issued to Jeffrey E Pres Epstein in New | Satisfactory. |

Confidential

JPM-SDNYLIT-00001096

| | | | |
|---|---|---|---|
| | | York. Date of birth is listed as ▓ 1953. Last reported address used by Jeffrey E Epstein was 358 El Brillo Wy, Palm Beach, FL 33480-4730. Mr. Epstein has had previous addresses in California and Colorado.<br><br>Jeffrey E Epstein possesses a Florida Driver License.<br><br>See attached word document. (27-37) | |
| Publications | No | Nothing derogatory was found.<br><br>Please note: Due to the commonality of the name "Jeffrey Epstein" research was conducted using identifiers given or found, middle initial/name and derogatory terms. | |
| Regulatory Sanctions | Yes | According to the NFA, Jeffrey E Epstein is a member. His NFA ID Number is listed as 0078035. There are no Regulatory Actions, NFA Arbitration Awards, or CFTC Reparations Cases against this individual. | Satisfactory. |
| OFAC/Control List Search | | | |

| | | |
|---|---|---|
| Signed by: | Vanessa A Budhu | |
| Dated: | 05/21/2003 10:25:41 AM | |

### Individual Checks

**If A Background Check Has Been Carried Out,
Then Both The Date Of The Check And Comments From The Findings Of That Check Are Required.**

**At least one Background Check needs to be performed OUTSIDE THE MORGAN NETWORK (Third Party Validation).**

**If Security Services will check this DDR, you NEED NOT obtain a Lexis Nexis or D&B report.**

| Background Check | | Date (Required If Check Carried Out) | Comments (Required If Check Carried Out) |
|---|---|---|---|
| | | 05/12/2003 | Jeffrey Epstein is an existing client and has been trading foreign exchange with the firm for 7 years. He manages money for high net worth individuals, specifically Leslie Wexner. Wexner was a JPM client and then |

Confidential

JPM-SDNYLIT-00001097

| | | retained Epstein as his advisor. |
|---|---|---|
| | | Epstein is well known to many JPM employees. The purpose of this DDR is to refresh our due diligence on Mr. Epstein as we are going to be increasing his credit exposure to do additional foreign exchange trading with his personal trading vehicle. |

### Summary

Please state your conclusions regarding the principal's background, reputation, and character. Include your rationale for doing business with this entity, and other information important to understanding client or ownership structure of assets

| | Summary Of Findings: | Jeffrey Epstein, through the trading of his accounts and that of Leslie Wexner, generates one of the largest annual revenue flows of private clients in the private bank. As we seek to increase our business with him, we are refreshing our due diligence on him and his company, Financial Trust Company. |
|---|---|---|
| | Anticipated Product(s) | Deposits; SDI |

### Number Assignments

| | Standalone Entity? | If this legal entity is or will be a Client (PCN) or Prospect answer YES. If this legal entity is or will be part of an Existing PCN relationship answer NO. |
|---|---|---|
| | If "No" above, then indicate the Client (PCN): Ultimate Customer Number (UCN): | 1405152 9710670708 |
| | Optionally, you may indicate the Affiliation Number: | |
| | SPN Required? SPN#: | 1405152 |
| | CAS ID: | 9710670708 |

### Approval Information

| | **Public/High Profile Figure**  <= Click for examples | No |
|---|---|---|

Click to bring up the Private Bank's Public & High Profile Figures procedures -- >

| | **High Risk Jurisdiction**  <= Click for examples | No |
|---|---|---|

Click to bring up the Private Bank's High Risk Jurisdictions and Business procedures -- >
Click to Open Up the FATF and FINCEN advisory countries --- >

| | | | |
|---|---|---|---|
| High Risk Business | | No | |
| <= Click for examples | | | |
| Banker: | Mary C Casey/JPMCHASE | | |
| LE/OU: | 99/31167 | | |
| Senior Manager: | Tad C Smith | | |

*Annual / Periodic Review Information*

| | | | | | |
|---|---|---|---|---|---|
| Annual/Periodic Review Due in: | 36 months | | | | |
| Periodic Review Comments : | | | | | |

### Banker Approval Information

Based on my due diligence and the information provided , I *approve* the acceptance of *Jeffrey Epstein ~* as a Client.
Mary Rieth 05/28/2003 08:34:02 AM

### Senior Manager Approval Information

Based on the information provided and the approval granted by *Mary Rieth*, I *approve* the acceptance of *Jeffrey Epstein ~* as a Client.

Tad C Smith 05/28/2003 09:04:04 AM

### Document History

**Created:** 05/12/2003  **By:** Mary Rieth
**Last Modified:** 05/28/2003 09:04:09 AM  **By:** Tad C Smith
**Submitted:** 05/14/2003  **By:** Mary Rieth

### Audit History

### Converted Tracking Document History:

1. Client Manager Approval by: Mary Rieth on 05/28/2003 08:34:02 AM.
2. Senior Manager Approval by: Tad C Smith on 05/28/2003 09:04:12 AM.
3. Awaiting Security Services Research by: Mary Rieth on 05/14/2003 11:15:48 AM.
4. Security Services Sign-Off by: Vanessa A Budhu on 05/21/2003 10:25:48 AM.