# FILED UNDER SEAL

# EXHIBIT 164

| From: | jes.staley@jpmorgan.com [jes.staley@jpmorgan.com] |
|---|---|
| Sent: | 2/24/2005 4:03:02 PM |
| To: | olivier.de.givenchy@jpmorgan.com |
| Subject: | Re: from jeffrey epstein |

Olivier: Ghislaine is a good friend of one of our very big clients in the U.S. Can we please try to help her - I think she's looking for a basic checking account.

Thank you,

Jes

----- Forwarded by Jes Staley/JPMCHASE on 02/24/2005 10:59 AM -----

| Tad C Smith | To: Jes Staley/JPMCHASE@JPMCHASE |
|---|---|
| 02/24/2005 10:18 AM | cc: |
| | Subject: Re: from jeffrey epstein |

Jes - I put a call into Jeffrey yesterday and forwarded Olivier's contact information below. If it is for Ghislaine Maxwell, we already have an account open for her on our team and can purchase Stg and Euros here if this is all they our looking to do. Tad

----- Forwarded by Tad C Smith/JPMCHASE on 02/24/2005 10:12 AM -----

| Tad C Smith | To: Cecilia Steen < ▮▮▮▮▮▮ |
|---|---|
| [imageref name = mypage.gif] | cc: Olivier de Givenchy/JPMCHASE@JPMCHASE |
| 02/23/2005 10:21 AM | Subject: Re: from jeffrey epstein |

Cecilia - Jes said that Jeffrey had an Associate who was looking to open a Private Banking account in London to hold Sterling and Euros. Do you have any further information (i.e. individuals name, address, net worth, proposed investment activity etc. ) ? The Private Banker in charge of our UK business is Olivier de Givenchy. His contact information is as follows:

Olivier de Givenchy



EXHIBIT 5
WIT: Staley
DATE: 6/10/23
C. Campbell, RDR CRR CSR #13921

Confidential                                                                  JPM-SDNYLIT-00448615

JP Morgan Private Bank

125 London Wall - 15th Floor

London, ZZ EC2Y5AJ

UK

Ph: 011-44207-742-7512

Fax: 011-44207-742-7643

E-mail: olivier.de.givenchy@jpmorgan.com

Cecilia Steen

| Cecilia Steen | To: tad.c.smith@jpmorgan.com |
|---|---|
| 02/23/2005 09:36 AM | cc: |
| Please respond to Cecilia Steen | Subject: from jeffrey epstein |

Confidential

JPM-SDNYLIT-00448616