# FILED UNDER SEAL

# EXHIBIT 174

| From: | Jes Staley <jes.staley@jpmorgan.com> |
|-------|---------------------------------------|
| To: | 'jeevacation@gmail.com' <jeevacation@gmail.com> |
| Sent: | 6/5/2009 9:54:35 PM |
| Subject: | Re: |

I'm with Joe Lewis.

**From:** Jeffrey Epstein
**To:** Jes Staley
**Sent:** Fri Jun 05 16:41:59 2009
**Subject:**

well , for all intents and purposes peter mandelson  is now deputy prime minister

Confidential