# FILED UNDER SEAL

# EXHIBIT 177

| | |
|---|---|
| From: | Jeffrey Epstein <jeevacation@gmail.com> |
| To: | jes.staley@jpmorgan.com <jes.staley@jpmorgan.com> |
| Sent: | 1/15/2009 1:34:49 PM |
| Subject: | Re: |

yes,, david gergen is coming to see me today.. we should talk before twelve

On Wed, Jan 14, 2009 at 9:17 PM, <jes.staley@jpmorgan.com> wrote:
I'm staying at the Brazilian Court, getting there around 10. Is that the right place to stay?

Generally, this communication is for informational purposes only and it is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. In the event you are receiving the offering materials attached below related to your interest in hedge funds or private equity, this communication may be intended as an offer or solicitation for the purchase or sale of such fund(s). All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.
Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.