# FILED UNDER SEAL

# EXHIBIT 178

| | |
|---|---|
| From: | Jeffrey Epstein <jeevacation@gmail.com> |
| To: | Jes Staley <jes.staley@jpmorgan.com> |
| Sent: | 4/15/2010 7:01:50 AM |
| Subject: | Fwd: |

---------- Forwarded message ----------
From: **The Duke** ▮▮▮▮▮▮▮▮▮
Date: Thu, Apr 15, 2010 at 1:59 AM
Subject: RE:
To: Jeffrey Epstein <jeevacation@gmail.com>

Hi,

I would love to but sadly heading into the stan's today and back via Kiev next Fri/Sat, so will miss him. But I will make sure I meet him soon on another trip.

Also I have no immediate plans to drop by New York but I think I should at some stage soon. I'll look and see if I can make a couple of days before the summer.

It would be good to catch up in person.

A

HRH The Duke of York KG

---

From: Jeffrey Epstein [mailto:jeevacation@gmail.com]
Sent: 15 April 2010 02:37
To: The Duke
Subject:

jes staley will be in london on thurs the 22.. i think you should meet if you are in town..

--
*************************************************************

Confidential

JPM-SDNYLIT-00007534

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

Confidential

JPM-SDNYLIT-00007535