# FILED UNDER SEAL

# EXHIBIT 181

<: Case 1:22-cv-10904-JSR Document 332-66 Filed 07/31/23 Page 2 of 3

| | |
|---|---|
| Date: | Thursday, December 2 2010 06:42 PM |
| Subject: | Fwd: Aria Petroleum |
| From: | Jeevacation <jeevacation@gmail.com> |
| To: | Jes Staley <jes.staley@jpmorgan.com>; |

FYI

Sorry for all the typos .Sent from my iPhone
Begin forwarded message:

> **From:** "The Duke" ███████████
> **Date:** December 2, 2010 1:12:43 PM EST
> **To:** "Jeffrey Epstein" <jeevacation@gmail.com>
> **Subject: FW: Aria Petroleum**
>
>
> I should have done something about this but not sure if the office did. I am checking but as this is a US institution do you know of anyone who might like to take a look?
>
> HRH The Duke of York KG
>
> -----Original Message-----
> From: ███████████
> Sent: 30 September 2010 13:20
> To: The Duke
> Cc: Amanda Thirsk
> Subject: Aria Petroleum
>
> Dear Prince Andrew,
>
> I am going on board of Aria Petroleum - Central Asia's 2nd largest fuel distribution company: $3 b+ in revenue and very profitable. They source and distribute fuel all over central asia (Russia, Kazakh, Azerbijian, Turkministan etc..) and are the preferred vendor of US DoD Defense Logistics. Company is logistics powerhouse. The business is 50/50 commercial/military.
>
> Fabulous company. Full transparency. Pristine reputation.
>
> The Company needs a $200 million working capital line due to significantly increased business from US DoD.
>
> Can you put me in touch with the appropriate senior banker at Barclays or RBS to discuss? There would likely be significant follow on business for any bank that provides the line.
>
> The Company is ready to engage immediately with banks.
>
> Warm regards to you and family,

CONFIDENTIAL                                                                                    Estate_006071

Ed Scott
Managing Partner
Concord Investment Partners Holdings
+1 917 664 0436
Sent via BlackBerry by AT&T

CONFIDENTIAL

Estate_006072