# FILED UNDER SEAL

# EXHIBIT 182

| | |
|---|---|
| **From:** | Jes Staley <jes.staley@jpmorgan.com> |
| **To:** | 'jeevacation@gmail.com' <jeevacation@gmail.com> |
| **Sent:** | 12/22/2010 8:43:58 PM |
| **Subject:** | Fw: Happy Christmas |

Fyi

---

**From:** Jes Staley
**To:** ▮▮▮▮▮▮▮▮
**Cc:** Rosa M da Silva
**Sent:** Wed Dec 22 15:38:18 2010
**Subject:** Re: Happy Christmas

Be safe there. I bet it helps people that you're there.

I will get u the schedule of the JP Morgan stuff. (Rosa -- can u send the place and time of the Morgan events in Davos).

I must say, getting a Christmas note from The Duke of York is sort of cool.

Sorry we missed in London. I was there to announce or deal in Canary Warf. We got pretty good press. Maybe in London the next time I'm there, I could show u the building we bought. (The old Lehman building). The mayor of London was funny as always.

Best
Jes

---

**From:** The Duke
**To:** Jes Staley
**Sent:** Wed Dec 22 15:25:49 2010
**Subject:** Happy Christmas

Dear Jes,

Wishing you a very happy Christmas and New Year. Sorry to have missed you this week. I had to go to Afghanistan so couldn't be here and couldn't tell you why or where I was.

Hope to catch up sometime after the New Year. I will be at Davos as usual.

Yours, A

HRH The Duke of York KG

Confidential

JPM-SDNYLIT-00011808