# FILED UNDER SEAL

# EXHIBIT 186

| | |
|---|---|
| **From:** | susan.mickel@jpmorgan.com [susan.mickel@jpmorgan.com] |
| **Sent:** | 7/27/2006 8:55:34 PM |
| **To:** | mary.c.casey@jpmorgan.com |

. . . . . . . . .
Susan Mickel
212-464-1397
susan.mickel@jpmorgan.com
Mail Code NY1-N155

----- Forwarded by Susan X Mickel/JPMCHASE on 07/27/2006 04:55 PM -----

# Approved New Business

**WA/Fiduciary Manager:** Janine A. Racanelli/JPMCHASE

**Trust Instrument Reviewed By:** Shannon Hennessey/JPMCHASE

**Fiduciary Mgr Handling Account:** George W Kern/JPMCHASE

**Client/Account Names:** SB II Family Trust

**Client/Account Code:** [Redacted] AMPQ

**What is the status of the DDR? Date of Approval:** 12/28/05

**Region:** Financial Markets

**Banker:** Mary Rieth

**Legal Entity(s):** J.P. Morgan Trust Company of Delaware

**Administrative Office(s):** J. P. Morgan Trust Company of Delaware

**Source of Business:** Client Referral

**Current/Future/Current & Future:** Current

**Account Type(s):** Irrevocable (IRR) -- COUNT: 1

**Background Summary:** Mr. Joseph Pagano is the CEO, Chairman and President of Sentigen Bio Services, a publicly traded biotechnology company. Mr. Pagano's interest in Sentigen is approximately $8-10MM. Prior to this role he was a venture capitalist for 20 years. He was also the original shareholder of Office Depot. He was referred by Jeffrey Epstein, a PB client.

**Morgan's Role(s):** JPMorgan is named co-trustee with Mark Newman.

**Summary of Dispositives:** Income and principal is distributable to Joseph and his issue. Upon the Grantor's death and after Joe turns 35, Joe has a limited power of appointment. The trust terminates upon Joe's death and is divided pursuant to his power of appointment, or in default, to his issue, to be held in trust. Income and principal is distributable in the Trustee's discretion for the Primary Beneficiary and his or her issue. The Primary Beneficiary has a testamentary power of appointment. In default of exercise, the property is distributable to the Primary Beneficiary's issue.

Does the trust include language permitting Morgan to deal with affiliates, waiving the duties of undivided loyalties and self-dealing?:

    Yes

R **Funding Estimate**

**Funding:** The trust will be funded with 25% of Mr. Pagano's GP interest in an LLC which holds an interest in a hedge fund. He will also contribute his annual exclusion of $11,000 for 2005

R **Compensation Estimate:**

**Compensation:** The proposed fee will be $5,000 annually with a review in three years.

R **Are tax costs available for inter vivos trust assets ? If not, who is the contact to obtain these?**
If no, then provide the details


R **Does the account hold real estate or cooperative apartment, if yes, have real estate and environmental issues been reviewed by Trust Real Estate ?**
If yes, then provide the details


R **Does the account hold Closely Held Assets (limited partnerships, LLCs, LLPs, C-Corps, S-Corps, etc.) for which JPMorgan has investment responsibility or is otherwise directed in any capacity with respect to them?**

**If yes, has the Closely Held Asset Management Group approved the acceptance of these assets?**


R **Does the instrument include any investment restrictions or special investment duties ?**
If yes, identify article or provision and describe:


_++++
R **Does the account hold assets that constitute a concentrated position i.e. the position represents more than 10% of the account?**
If yes, please explain the situation and how it will be dealt with. Describe the specific asset, its percentage of the account and whether we are legally directed or have full investment liability. Also include the specific relevant language in the governing document that addresses the concentration or that establishes a direction by another party to hold such position.

**Describe concerns with environmental liability.**

    N/A

**Describe concerns with closely-held securities.**
    N/A

**Describe concerns with holdings of JPM securities.**
    N/A

**Other Morgan business related to this client:**
    Mr. Pagano is a new client, but it is expected that he will bring more business to us.

**Counsel:**
    **Firm:** Kleinberg, Kaplan, Wolff & Cohen, P.C.
    **Attorney:** James Ledley

**Locn of Instruments:**

**File Attachments:**

**Additional Readers:**
George W Kern/JPMCHASE, David A Diamond/JPMCHASE

**Additional Authors:**
George W Kern/JPMCHASE

## Approval Section:
**GP/ Fiduciary Manager Approval:**
**Approved by: Janine A. Racanelli**
**Date: 12/30/2005 11:42:41 AM**

**Managing Director Approval:**
**Approved by: David A Diamond**
**Date: 12/30/2005 11:47:41 AM**
**Fiscal Year: 2006**

## Document History:
**Document History:**
**Created by:** Holly M Gyles on 12/21/2005 11:47:30 AM

**Revised by:** Janine A. Racanelli on 30-Dec-2005 at 11:43:40 AM
David A Diamond on 30-Dec-2005 at 11:47:45 AM

Confidential
JPM-SDNYLIT-00000186_R