# FILED UNDER SEAL

# EXHIBIT 188


## voicemail 7/22 (2)

**Sergey Brin** <sergey@google.com>  Tue, Jul 22, 2003 at 1:35 PM
To: Walma Crittenden <walma@google.com>

Y, how about a 15 min one initially?
Once I get to know more, I can schedule a followup if there is a reason.

--Sergey


On Tue Jul 22 13:20:40 PDT 2003, Walma Crittenden <walma@google.com> wrote:
> Jes Staley: (JP Morgan) 212-837-2375. Jeffrey Epstein suggested he call.
>         Should I set up a call?
>
> Walma M. Crittenden
> Executive Assistant
> Larry Page & Sergey Brin
>
> Google
> 2400 Bayshore Parkway
> Mountain View, CA 94043
> 650-623-4107
>
>

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SB-0001

# RE:

**email: "Lesley@naproperty.com Lesley Taylor"**  **Wednesday, July 23, 2003 at 11:49:57 AM Pacific Daylight Time**
To: email: "sergey@google.com Sergey Brin"

Excellent. I will let Jeffrey know. Thanks, Lesley

-----Original Message-----
From: Sergey Brin [mailto:sergey@google.com]
Sent: Wednesday, July 23, 2003 9:54 AM
To: Lesley Taylor
Subject: Re:


I think he just called yesterday. We are going to talk soon.

Thanks,
--Sergey



On Wed Jul 23 06:31:41 PDT 2003, Lesley Taylor
wrote:
> Hello Sergey. Jeffrey wanted you to know he suggested Jes Staley call

> you. (I think Jes may have left you a message last week) Take care,
> Lesley (Jeffrey Epstein's assistant)
>

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER            SB-0002


---

# Sparrow Notification: added: finance.html

**nobody@google.com** <nobody@google.com>  Sat, Jul 26, 2003 at 9:17 AM
To: sergey@google.com

An item has been added on your Sparrow page:
  http://www/~sergey/sparrow/finance.html

The contents of the item:

  Name: Jes Staley
  Organization: JP Morgan
  Contact: 212-837-2375
  Referrer: Jeffrey Epstein
  Notes: Jes runs some large division of JP Morgan - i.e. high net worth individuals.  They would put together a team to work with us.  However, he indicated he would particiapte personally too.<!--~--><BR><BR><!--~-->move shares around early
     charitable trusts - out of lockup provision
     180 day lockup norm
     sell into ipo a bit
  References: Haim
     Sabann entertainment (power rangers)
     others to come

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SB-0003



Sergey Brin <sergey@google.com>

# Haim Saban

**Sergey Brin** <sergey@google.com>  Fri, Sep 5, 2003 at 9:32 PM
To: jes.staley@jpmorgan.com

Thanks.

See you then.

--Sergey


On Fri Sep 05 15:59:45 PDT 2003, jes.staley@jpmorgan.com
<jes.staley@jpmorgan.com> wrote:
> Sergey:  The email address for Haim is ▇▇▇▇▇▇▇▇▇▇
>
> I look forward to seeing you on Thursday.
>
> Jes
>
> This communication is for informational purposes only.  It is not intended as
> an offer or solicitation for the purchase or sale of any financial instrument
> or as an official confirmation of any transaction. All market prices, data
> and other information are not warranted as to completeness or accuracy and
> are subject to change without notice. Any comments or statements made herein
> do not necessarily reflect those of J.P. Morgan Chase & Co., its
> subsidiaries and affiliates.
>
>

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SB-0004


## (no subject)

**jes.staley@jpmorgan.com** <jes.staley@jpmorgan.com>  
To: sergey@google.com
Wed, Oct 1, 2003 at 2:55 PM

Sergey:  Can you please give me a call at your convenience.  I'm reachable through my office, Tel: 212-837-2375.

Thanks and regards,  
Jes


This communication is for informational purposes only.  It is not intended as  
an offer or solicitation for the purchase or sale of any financial instrument  
or as an official confirmation of any transaction. All market prices, data  
and other information are not warranted as to completeness or accuracy and  
are subject to change without notice. Any comments or statements made herein  
do not necessarily reflect those of J.P. Morgan Chase & Co., its  
subsidiaries and affiliates.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SB-0005



**Sergey Brin <sergey@google.com>**

---

## (no subject)

---

**jes.staley@jpmorgan.com** <jes.staley@jpmorgan.com>  
To: sergey@google.com

Tue, Oct 14, 2003 at 7:15 AM

I've been trying to call to check in. I wanted to make sure everyting is
OK.   I understand we are fairly close to getting the documentation.  Give
me a call if you get a chance.

Regards,
Jes


This communication is for informational purposes only.  It is not intended as
an offer or solicitation for the purchase or sale of any financial instrument
or as an official confirmation of any transaction. All market prices, data
and other information are not warranted as to completeness or accuracy and
are subject to change without notice. Any comments or statements made herein
do not necessarily reflect those of J.P. Morgan Chase & Co., its
subsidiaries and affiliates.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

SB-0006