# FILED UNDER SEAL

# EXHIBIT 192

| | |
|---|---|
| **From**: | ann.borowiec@jpmorgan.com [ann.borowiec@jpmorgan.com] |
| **Sent**: | 10/24/2006 6:18:05 PM |
| **To**: | patricia.lunka@jpmorgan.com; Barry Berger [barry.s.berger@jpmchase.com] |
| **Subject**: | big new business oppy |

Catherine called and Jes and she picked the NY based team to work with Jeffrey Epstein (advisor) on business oppy associated with GRATS that are terminating for Google founders. It need to be NY. I need to tell you the story here, and I will set up a call with West coast team that is handing this off. Can you two get together and call me in NJ this afternoon and I will tell you story. We need to do homework with West coast team, probably pick an investor and the next step will be meeting with Jeffrey. I will work to get call set up with west coast for tomorrow. Thanks Ann

Confidential