# FILED UNDER SEAL

# EXHIBIT 193

**From:** ann.borowiec@jpmorgan.com [ann.borowiec@jpmorgan.com]
**Sent:** 10/24/2006 7:02:17 PM
**To:** zach.hulsey@jpmorgan.com
**Subject:** call me

Catherine just spoke to me about the Google founder GRATs and Jeffrey Epstein's role as advisor. She wants me to set up conf. call with 6 people - me, Pat Lunka, Barry Berger (our wealth advisor) and You, Robert Kellor and Jim Ellis. Pat leave for Paris tomorrow and can do this at 7-10pm her time, which is 8-10am your time, I think. Before I send out big email on this, thought you might want to talk to me. I am sure this is disappointing to your team, so I want to handle this well. Thx ann (973-285-2437 NJ office today)

Confidential
JPM-SDNYLIT-00390516