# FILED UNDER SEAL

# EXHIBIT 195

**From:** ann.borowiec@jpmorgan.com [ann.borowiec@jpmorgan.com]
**Sent:** 10/26/2006 6:16:01 PM
**To:** Barry Berger [barry.s.berger@jpmchase.com]; patricia.lunka@jpmorgan.com
**Subject:** Jeffrey epstein

would love to know more about him. Can you have analyst get info. I am sure we will pull up the controversial stuff, which I do want to see. But I am interested in him more broadly... thx ann

Confidential