# FILED UNDER SEAL

# EXHIBIT 199

| | |
|---|---|
| From: | ann.borowiec@jpmorgan.com [ann.borowiec@jpmorgan.com] |
| Sent: | 11/15/2006 1:47:40 PM |
| To: | john.r.duffy@jpmorgan.com |
| Subject: | Fw: Ck siebel |
| Attachments: | ecblank.gif; pic07239.gif; doclink.gif; C6894824.gif; graycol.gif; pic28074.gif |

I hope you are familiar with the Jeffrey Epstein story where Bob Blanch and Barry Berger went to meet with him. At that meeting, Jeffrey said he had other clients (besides google founders) that we could help. Howard Rubenstein has called Barry saying Jeffrey said he was brilliant. Howard told Barry he is currently not a client of the PB. I would guess this is same guy, and he has small relationship with Gloria. This is President of Rubenstein Associates. Ihave call into Gloria, but I would guess that we need to keep these together.... let's discuss. Ann

----- Forwarded by Ann Borowiec/JPMCHASE on 11/15/2006 08:44 AM -----

**Maria Rivera-Jones**
11/14/2006 11:11 AM

To: Ann Borowiec/JPMCHASE@JPMCHASE
cc: "Barry Berger" <barry.s.berger@jpmchase.com>, Pooja X Sinha/JPMCHASE@JPMCHASE
Subject: Re: Ck siebel

There are 2 Siebel entries for Howard J Rubenstein:

*Client - Banker is Gloria Fieldcamp - Team is Family Wealth
* "Do not Solicit" - Law Firm Group

| | | | | | Do Not Solicit | Law Firm Group |
|---|---|---|---|---|---|---|
| RUBENSTEIN, HOWARD J. | Rubenstein | Howard | | | | |
| RUBENSTEIN,HOWARD J. | Rubenstein | Howard | Gloria Fieldcamp | RUBENSTEIN,HOWA | Client | Family Wealth |

Maria Rivera-Jones
Executive Assistant
JPMorgan Private Bank - New Jersey Team
225 South Street - 3rd Floor
Morristown, NJ 07960
* 973-285-2219 [redacted]
maria.rivera-jones@jpmorgan.com
Ann Borowiec/JPMCHASE

**Ann Borowiec/JPMCHASE**
11/14/2006 10:40 AM

To Maria Rivera-Jones/JPMCHASE@JPMCHASE, Pooja X Sinha/JPMCHASE@JPMCHASE

cc "Barry Berger" <barry.s.berger@jpmchase.com>

Subject Ck siebel

Can you see what you find in siebel for howard rubenstein. Pooja, can you get basic google package together here also for barry. thx ann

Confidential

JPM-SDNYLIT-00390590

---------------------------
Sent from my BlackBerry Wireless Handheld

Confidential

JPM-SDNYLIT-00390591