# FILED UNDER SEAL

# EXHIBIT 200

**From:** ann.borowiec@jpmorgan.com [ann.borowiec@jpmorgan.com]
**Sent:** 12/19/2006 2:10:32 PM
**To:** jes.staley@jpmorgan.com
**Subject:** thanks

Jes,

It was great to catch up with you at breakfast. It is really helpful to understand where you are coming from on your views for PB and PCS. I will have Pat Lunka send you an email about calling Bill Weldon - thanks! And if you want to touch base with Jeffrey Epstein, Barry and Bob are ready for the next step on the Google founders as appropriate. Thanks Ann

Confidential