# FILED UNDER SEAL

# EXHIBIT 202

| | |
|---|---|
| **From:** | irene.mancuso@jpmorgan.com [irene.mancuso@jpmorgan.com] |
| **Sent:** | 1/9/2007 5:43:17 PM |
| **To:** | ann.borowiec@jpmorgan.com |
| **Subject:** | Barry's Update |
| **Attachments:** | Ann Update 1-9-2006.doc.zip |

I've also left you a hard copy. Thanks.

*(See attached file: Ann Update 1-9-2006.doc.zip)*

Irene Mancuso
JPMorgan Private Bank
212-464-1503
irene.mancuso@jpmorgan.com

Confidential

JPM-SDNYLIT-00449668