# FILED UNDER SEAL

# EXHIBIT 205

| | |
|---|---|
| From: | ann.borowiec@jpmorgan.com [ann.borowiec@jpmorgan.com] |
| Sent: | 1/31/2007 7:12:55 PM |
| To: | andrew.l.cohen@jpmorgan.com |
| Subject: | Ovitz |

Just wanted to update you that Jes and one of Jes's friends (Jeffrey Epstein) have told Michael to call Barry berger (our wealth advisor) to get an answer on a tax/wealth transfer question. Michael has called Barry and they did speak. If there is follow up, I will keep you posted. Thanks Ann

Confidential

JPM-SDNYLIT-00390720