# FILED UNDER SEAL

# EXHIBIT 210

| | |
|---|---|
| **From:** | Jeffrey Epstein <jeevacation@gmail.com> |
| **To:** | Sultan Bin Sulayem <Sultan.BinSulayem@dubaiworld.ae> |
| **CC:** | Jes Staley <jes.staley@jpmorgan.com> |
| **Sent:** | 12/8/2009 11:02:43 PM |
| **Subject:** | |

sultan , jes is free thurs,, from 5-10 p.m.  where and when,, only the two of you please

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments.

Confidential

JPM-SDNYLIT-00006727