# FILED UNDER SEAL

# EXHIBIT 212

| | |
|---|---|
| From: | Duffy, John R [john.r.duffy@jpmorgan.com] |
| Sent: | 8/15/2013 12:31:01 AM |
| To: | Erdoes, Mary E [mary.erdoes@jpmorgan.com] |
| Subject: | Re: JE |

Doubt it, Eileen doesn't have it. Only discussed potential debt deal.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

----- Original Message -----
From: Erdoes, Mary E
Sent: Wednesday, August 14, 2013 05:47 PM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE

Is leon going to give him poa?

----- Original Message -----
From: Duffy, John R
Sent: Wednesday, August 14, 2013 03:12 PM
To: Erdoes, Mary E
Subject: Re: JE

He maintains that he will become Leon's primary advisor and will be calling the shots. Wants to be sure he can work with us on Leon and others.


John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

----- Original Message -----
From: Erdoes, Mary E
Sent: Wednesday, August 14, 2013 09:58 AM Eastern Standard Time
To: Duffy, John R
Subject: Re: JE

Y

----- Original Message -----
From: Duffy, John R
Sent: Wednesday, August 14, 2013 03:21 AM
To: Erdoes, Mary E
Subject: JE

He called yesterday. Still looking for closure. Understands better now the impact of his cash activities - sticking to aviation needs.

Separately, he maintains he will be Leon's primary advisor and there will be other client assignments in the future. I told him we would work with him as long as it was through the client accounts, JE entities would not be acceptable.

That's OK right?

EXHIBIT
Erdoes-49
3/15/23

Confidential    JPM-SDNYLIT-00101010

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

Confidential

JPM-SDNYLIT-00101011