# FILED UNDER SEAL

# EXHIBIT 213

| | |
|---|---|
| **From:** | Erdoes, Mary E <mary.erdoes@jpmorgan.com> |
| **To:** | Staley, Jes <jes.staley@jpmorgan.com> |
| **Sent:** | 7/10/2012 7:01:25 AM |
| **Subject:** | Fw: J. Epstein and Leon Black |

Why on earth would he be inbetween us and leon?

---

**From:** Duffy, John R
**Sent:** Monday, July 09, 2012 06:16 PM
**To:** Erdoes, Mary E
**Subject:** J. Epstein and Leon Black

Jeffrey is pursuing a loan through us on Leon's behalf. Additionally, Jeffrey mentioned that he introduced Leon to us years ago and that this was the genesis of the PB relationship with Apollo. Can we talk?

John R Duffy
Chief Executive Officer
U.S. Private Bank
JP Morgan
270 Park Avenue
New York, NY 10017

*Tel: 212-464-1468*
john.r.duffy@jpmorgan.com

*J.P.Morgan*



EXHIBIT
Erdoes-31
3/15/23

Confidential

JPM-SDNYLIT-00022569