# FILED UNDER SEAL

# EXHIBIT 214

| | |
|---|---|
| From: | Saghri, Faraj [faraj.saghri@jpmorgan.com] |
| Sent: | 10/19/2012 1:19:43 PM |
| To: | Duffy, John R [john.r.duffy@jpmorgan.com] |
| Subject: | Re: Leon |

Not on our end. You told me not to mention it to him or the team.

I did email him congrats and told him about the cembalest presentation to all apollo partners 2 weeks ago. We had 73 partners and senior employees (including Marc and Josh), but Leon didn't show -- which I was surprised by.

His wife Debra has approached us on setting up a melanoma "event" a la the khan education event which we invited her to.

We have a great relationship with Eileen Alexanderson his head of family office....she is frustrated because he hasn't moved beyond cash at US Trust and JPSecs despite some great ideas Pierre has shown them.

Leon still owns approx. 50pct of apollo and we have significant apollo cash with us.

I have a suspicion that the Epstein episode was not helpful to our relationship and connectivity with Leon.

Faraj Saghri
Managing Director
J.P. Morgan
270 Park Avenue, NY, NY 10017

212-464-0751