# FILED UNDER SEAL

# EXHIBIT 215

| | |
|---|---|
| **From:** | Racanelli, Janine A. [janine.a.racanelli@jpmorgan.com] |
| **Sent:** | 5/29/2013 9:54:57 PM |
| **To:** | McGraw, Thomas [thomas.mcgraw@jpmorgan.com] |
| **Subject:** | Re: Jeffrey Epstein - Leon Black |

Ok

**From:** McGraw, Thomas
**Sent:** Wednesday, May 29, 2013 05:37 PM Eastern Standard Time
**To:** Racanelli, Janine A.
**Subject:** Jeffrey Epstein - Leon Black

Janine – Jeffrey just called to discuss meeting. There is a $1B credit facility with JPM in the mix (I think he may have raised this with Justin recently) & possibly larger preferred partnership freeze which could come out of this meeting. Jeffrey agreed that it would be helpful to have both you and I attend.

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

**From:** McGraw, Thomas
**Sent:** Wednesday, May 29, 2013 5:22 PM
**To:** 'Jeffrey Epstein'
**Subject:** RE:

As we just discussed, certainly will attend. Thanks for the invite!

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Wednesday, May 29, 2013 12:29 PM
**To:** McGraw, Thomas
**Subject:**

JPM-SDNYLIT-00028892

can you attend a meeting at leon blacks office on june 5 at 9-11.   carlyn will be there as well as alan haperein,?

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

can you come t

Confidential

JPM-SDNYLIT-00028893