# FILED UNDER SEAL

# EXHIBIT 216

| | |
|---|---|
| From: | Duffy, John R <john.r.duffy@jpmorgan.com> |
| To: | Nelson, Justin D <justin.d.nelson@jpmorgan.com>;Erdoes, Mary E" <mary.erdoes@jpmorgan.com> |
| Sent: | 8/8/2013 10:42:22 PM |
| Subject: | RE: request for a dialogi |

I spoke with Eileen late yesterday to specifically ask her if she was displeased with her/Leon's current coverage – she is not.   She was intrigued by how JE described Justin, no surprise.  I told Eileen we would work with her however she preferred but that her current team will access the same resources.

She discussed the structure of the deal briefly and said the loan may not be needed – Leon's relationship with JE is long standing and JE recently provided estate planning suggestions to Leon.  More to come.

---

**From:** Nelson, Justin D
**Sent:** Wednesday, August 07, 2013 2:29 PM
**To:** Duffy, John R
**Subject:** Re: request for a dialogi

I spoke to her. She gave me high level info on what they are looking for. Happy to discuss before you reach out to her. My mobile is ▇▇▇▇.

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT  06830
p: 203.629.3124 | ▇▇▇▇ | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781

---

**From:** Duffy, John R
**Sent:** Wednesday, August 07, 2013 01:59 PM Eastern Standard Time
**To:** Nelson, Justin D
**Subject:** RE: request for a dialogi

Go ahead and talk with her, I don't want to slow this down.  Let her know I will call her today.

---

**From:** Nelson, Justin D
**Sent:** Wednesday, August 07, 2013 1:58 PM
**To:** Duffy, John R
**Subject:** Re: request for a dialogi

Ok. We were going to talk at 2pm. I'll just let her know that you want to touch base first.

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT  06830
p: 203.629.3124 | ▇▇▇▇ | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781

---

**From:** Duffy, John R
**Sent:** Wednesday, August 07, 2013 01:57 PM Eastern Standard Time
**To:** Nelson, Justin D
**Subject:** RE: request for a dialogi

Sure.

**From:** Nelson, Justin D
**Sent:** Wednesday, August 07, 2013 1:57 PM
**To:** Duffy, John R; Erdoes, Mary E
**Subject:** Re: request for a dialogi

Ok - do you want to touch base with her first?

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | ▉▉▉▉▉ | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com | NMLS ID: 821781

---

**From:** Duffy, John R
**Sent:** Wednesday, August 07, 2013 01:32 PM Eastern Standard Time
**To:** Erdoes, Mary E; Nelson, Justin D
**Subject:** RE: request for a dialogi

Justin – I am in Miami. Eileen does run Leon's family office and we know her well. I should call her to see why she wants to do it "this way" Thx, John

---

**From:** Erdoes, Mary E
**Sent:** Wednesday, August 07, 2013 11:32 AM
**To:** Nelson, Justin D; Duffy, John R
**Subject:** Re: request for a dialogi

I just left a message for you. If you want to call I'm on my cell ▉▉▉▉▉

---

**From:** Nelson, Justin D
**Sent:** Wednesday, August 07, 2013 10:04 AM
**To:** Erdoes, Mary E; Duffy, John R
**Subject:** Fw: request for a dialog

Mary and John - see below regarding Leon Black. I will touch base with Eileen and report back.

We should circle back up on JE when you have time. I'm sure that will affect this situation as well.

Regards, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue | Greenwich, CT 06830
p: 203.629.3124 | ▉▉▉▉▉ | f: 203.861.6702 | e-mail: justin.d.nelson@jpmorgan.com | NMLS ID: 821781

---

**From:** Eileen Alexanderson [mailto:EAlexanderson@apollo-advisors.com]
**Sent:** Wednesday, August 07, 2013 10:51 AM Eastern Standard Time
**To:** Nelson, Justin D
**Subject:** request for a dialog

Hello Justin, I come referred to you by Jeffrey Epstein. I run Leon Black's family office. I am hoping Jeffrey gave you a heads up on my calling. At your convenience, I would be interested in discussing potential terms for a collateralized personal borrowing by Mr Black. Thank you.
**Eileen Alexanderson**
Black Family Partners, L.P.
c/o Apollo Management

Confidential

JPM-SDNYLIT-00029912

9 W 57th Street
New York NY 10019
phone: 212-822-0622
email: ealexanderson@apollo-advisors.com

This email and any files transmitted with it are confidential
and intended solely for the person or entity to whom they are
addressed and may contain confidential and/or privileged
material.  Any review, retransmission, dissemination or
other use of, or taking of any action in reliance upon this
information by persons or entities other than the intended
recipient is prohibited.  If you have received this email in
error please contact the sender and delete the material from
any computer.

Apollo Global Management, LLC

Confidential
JPM-SDNYLIT-00029913