# FILED UNDER SEAL

# EXHIBIT 217

Message

| | |
|---|---|
| **From:** | jeevacation@gmail.com [jeevacation@gmail.com] |
| on behalf of | Jeffrey Epstein [jeevacation@gmail.com] |
| **Sent:** | 4/27/2014 7:38:11 PM |
| **To:** | Eileen Alexanderson [EAlexanderson@elysllc.com]; Melanie Spinella [Spinella@apollolp.com]; Richard Joslin [RJoslin@elysllc.com]; Ada Clapp [AClapp@elysllc.com] |

leon has agreed to open trading accts at JPM DB and goldman sachs, ( their swat division. he should speak to blankfien and get coverage. ).   we will get bam deutch and jpm to bid on the art, boat and plane loan , including establishing lines of credit.
 we will need accurate  financial  statement  .. Leon will be involved in the negotiation of terms.  ie jane heller etc. these accounts should be in leons name alone,   the joint checking acct will be serviced by melanie  and except for household acct  , joslin will oversee payments.

I would like an all hands meeting on the 8 th of may .  alan included,  larry delson,   we should have financial statments ,  drafts of tax return. cash flow. , and a fixed date to have results of the fire drill estate plan.

eileen and rich I would like you to interview neesha as a bookeeper to help rich  asap.  get info from lesley '

 ada  please put in bullet points questions re cap amounts for children,  schedule of grat payments ,  please have victoria and alex sign temp wills .


--
	please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL

Apollo_VI_00000423