# FILED UNDER SEAL

# EXHIBIT 218

Message
---

**From:** Spinella@ApolloLP.com [Spinella@ApolloLP.com]
on behalf of Melanie Spinella [Spinella@ApolloLP.com]
**Sent:** 8/12/2014 2:49:04 PM
**To:** 'Eileen Alexanderson' [EAlexanderson@elysllc.com]
**Subject:** RE:


Hi -Leon has confirmed. thanks

From: Eileen Alexanderson [mailto:EAlexanderson@elysllc.com]
Sent: Tuesday, August 12, 2014 12:00 PM
To: Melanie Spinella
Subject: FW:

I would like confirmation from Leon-ok to make this transfer?
Thanks.

From: jeffrey E. [mailto:jeevacation@gmail.com]
Sent: Monday, August 11, 2014 2:52 PM
To: Eileen Alexanderson; Melanie Spinella
Subject:

leon confirmed the 10 million to jpm

--
        please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com<mailto:jeevacation@gmail.com>, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL                                                                                              Apollo_VI_00000646