# FILED UNDER SEAL

# EXHIBIT 219

**From:** Jeffrey Epstein <jeevacation@gmail.com>
**To:** Staley, Jes <jes.staley@jpmorgan.com>
**Sent:** 3/23/2011 4:26:14 PM
**Subject:** Re: Fw:

surprisee suprise

On Wed, Mar 23, 2011 at 12:21 PM, Staley, Jes <jes.staley@jpmorgan.com> wrote:
Thanks.

---

**From:** Navon, Roy
**To:** Frenkel, Jacob; Staley, Jes
**Sent:** Wed Mar 23 12:00:59 2011
**Subject:**

Against all odds, we have been granted a meeting with Prime Minister Netanyahu.

**Roy Navon** | Managing Director | Senior Country Officer, Israel | **J.P. Morgan** | 46 Rothschild Blvd, 5th Fl, Tel Aviv, Israel 66883 | T: +972 3 560 9056 | roy.navon@jpmorgan.com |

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

--
************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jeffrey Epstein
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to jeevacation@gmail.com, and destroy this communication and all copies thereof, including all attachments. copyright -all rights reserved

EXHIBIT 12
WIT: Staley
DATE: 6/10/23
C. Campbell, RDR CRR CSR #13921