# FILED UNDER SEAL

# EXHIBIT 223

| | |
|---|---|
| From: | Nelson, Justin D <justin.d.nelson@jpmorgan.com> |
| To: | Barrett, Paul S <paul.s.barrett@jpmorgan.com> |
| Sent: | 7/21/2014 2:35:07 PM |
| Subject: | RE: Re: |

I need to figure out some way to get this going ... maybe I should go see JE?

**Justin D. Nelson - Managing Director**
**The Private Bank at J.P. Morgan** | 100 West Putnam Avenue |Greenwich, CT 06830
**p: 203.629.3124** | ▮▮▮▮▮▮ | **f: 203.200.7706** | **e-mail: justin.d.nelson@jpmorgan.com**
*JPMorgan Chase Bank, N.A.* and *J.P. Morgan Securities LLC*

---

**From:** Barrett, Paul S
**Sent:** Monday, July 21, 2014 9:33 AM
**To:** Nelson, Justin D
**Subject:** RE: Re:

Nope

---

Paul Barrett | Managing Director | Global Investment Opportunities Group | J.P. Morgan Securities LLC | J.P. Morgan Private Bank | J.P. Morgan Chase Bank N.A.
320 Park Avenue, 14th Floor, New York, NY 10022 | T: (212) 622-2770 | F: (212) 310-0108 | pauls.barrett@jpmorgan.com

**NOT AN OFFICIAL CONFIRMATION:** For informational purposes only. This report does not represent an official account of the holdings, balances, or transactions made in your account and is being provided at your request. Please refer to your monthly account statement for the official record of all of your account activities. For question, please call your J.P. Morgan representative.

In discussion of options and other strategies, results and risks are based solely on hypothetical examples cited; actual results and risks will vary depending on specific circumstances. Investors are urged to consider carefully whether option or option-related products in general, as well as the products or strategies discussed herein are suitable to their needs. In actual transactions, the client's counterparty for OTC derivatives applications is JPMorgan Chase Bank, N.A., and affiliates. For a copy of the "Characteristics and Risks of Standardized Options" booklet, please contact your JPMorgan Advisor.

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

---

**From:** Nelson, Justin D
**Sent:** Monday, July 21, 2014 8:30 AM
**To:** Barrett, Paul S
**Subject:** RE: Re:

Any word back?

**Justin D. Nelson - Managing Director**
**The Private Bank at J.P. Morgan** | 100 West Putnam Avenue |Greenwich, CT 06830
**p: 203.629.3124** | ▮▮▮▮▮▮ | **f: 203.200.7706** | **e-mail: justin.d.nelson@jpmorgan.com**
*JPMorgan Chase Bank, N.A.* and *J.P. Morgan Securities LLC*

---

**From:** Barrett, Paul S
**Sent:** Tuesday, July 15, 2014 8:25 AM
**To:** 'jeffrey E.'
**Subject:** RE: Re:

Thanks

Confidential
JPM-SDNYLIT-00032344

Paul Barrett | Managing Director | Global Investment Opportunities Group | J.P. Morgan Securities LLC | J.P. Morgan Private Bank | J.P. Morgan Chase Bank N.A.
320 Park Avenue, 14th Floor, New York, NY 10022 | T: (212) 622-2770 | F: (212) 310-0108 |
paul.s.barrett@jpmorgan.com

NOT AN OFFICIAL CONFIRMATION: For informational purposes only. This report does not represent an official account of the holdings, balances, or transactions made in your account and is being provided at your request. Please refer to your monthly account statement for the official record of all of your account activities. For question, please call your J.P. Morgan representative.

In discussion of options and other strategies, results and risks are based solely on hypothetical examples cited; actual results and risks will vary depending on specific circumstances. Investors are urged to consider carefully whether option or option-related products in general, as well as the products or strategies discussed herein are suitable to their needs. In actual transactions, the client's counterparty for OTC derivatives applications is JPMorgan Chase Bank, N.A., and affiliates. For a copy of the "Characteristics and Risks of Standardized Options" booklet, please contact your JPMorgan Advisor.
This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

-----Original Message-----
From: jeffrey E. [jeevacation@gmail.com]
Sent: Tuesday, July 15, 2014 08:02 AM Eastern Standard Time
To: Barrett, Paul S
Subject: Re:

yes


On Tue, Jul 15, 2014 at 7:58 AM, Barrett, Paul S <paul.s.barrett@jpmorgan.com> wrote:
Hi Jeffrey

Leon ended up cancelling. Can you help get it rescheduled?

Thanks

Paul

---

Paul Barrett | Managing Director | Global Investment Opportunities Group | J.P. Morgan Securities LLC | J.P. Morgan Private Bank | J.P. Morgan Chase Bank N.A.
320 Park Avenue, 14th Floor, New York, NY 10022 | T: (212) 622-2770 | F: (212) 310-0108 | paul.s.barrett@jpmorgan.com

NOT AN OFFICIAL CONFIRMATION: For informational purposes only. This report does not represent an official account of the holdings, balances, or transactions made in your account and is being provided at your request. Please refer to your monthly account statement for the official record of all of your account activities. For question, please call your J.P. Morgan representative.

In discussion of options and other strategies, results and risks are based solely on hypothetical examples cited; actual results and risks will vary depending on specific circumstances. Investors are urged to consider carefully whether option or option-related products in

JPM-SDNYLIT-00032345

general, as well as the products of strategies discussed herein are suitable to their needs. In actual transactions, the client's counterparty for OTC derivatives applications is JPMorgan Chase Bank, N.A., and affiliates. For a copy of the "Characteristics and Risks of Standardized Options" booklet, please contact your JPMorgan Advisor.

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.

--
    please note
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
JEE
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

Confidential

JPM-SDNYLIT-00032346