# FILED UNDER SEAL

# EXHIBIT 229

**From:** Nelson, Justin D <justin.d.nelson@jpmorgan.com>
**To:** 'Jeffrey Epstein' <jeevacation@gmail.com>
**Sent:** 1/22/2014 1:41:56 PM
**Subject:** RE:

Understood, happy to meet with her. Thanks, Justin

**Justin D. Nelson - Managing Director**
**The Private Bank at J.P. Morgan** | 100 West Putnam Avenue |Greenwich, CT 06830
**p: 203.629.3124** | ▓▓▓▓▓ | **f: 203.200.7706** | **e-mail: justin.d.nelson@jpmorgan.com**
*JPMorgan Chase Bank, N.A.* and *J.P. Morgan Securities LLC*

---

**From:** Jeffrey Epstein [mailto:jeevacation@gmail.com]
**Sent:** Wednesday, January 22, 2014 8:39 AM
**To:** Nelson, Justin D
**Subject:**

pleaes meet with eileen alexanderson,  leon and i will talk with duffy

--
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com, and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved