# FILED UNDER SEAL

# EXHIBIT 230

From:       Duffy, John R [john.r.duffy@jpmorgan.com]
Sent:       2/10/2014 7:37:22 PM
To:         Saghri, Faraj [faraj.saghri@jpmorgan.com]
Subject:    Re: Leon

Thanks.  Totally get it - I'm sure this was hard for the team.  Thanks for doing the heavy lifting.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC


----- Original Message -----
From: Saghri, Faraj
Sent: Monday, February 10, 2014 02:15 PM Eastern Standard Time
To: Duffy, John R
Subject: RE: Leon

Spoke to Andrew and Pierre. Andrew will call Justin and initiate relationship transfer. We all remain very concerned about the Epstein link.

F.

-----Original Message-----
From: Duffy, John R
Sent: 10 February 2014 16:38
To: Saghri, Faraj
Subject: Re: Leon

K. Thx.

John R. Duffy
J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC


----- Original Message -----
From: Saghri, Faraj
Sent: Monday, February 10, 2014 11:16 AM Eastern Standard Time
To: Duffy, John R
Subject: RE: Leon

Thanks. I think I will break the news. I will also tell Pierre. He has also put a lot of effort into it.
F.


-----Original Message-----
From: Duffy, John R
Sent: 10 February 2014 16:10
To: Saghri, Faraj
Subject: Leon

Eileen wants to open accounts for Leon/Leon entities via Justin.  Mtg is scheduled with Leon in a few weeks.  Do you want me to tell Andrew and Jason?


John R. Duffy

Confidential                                                              JPM-SDNYLIT-00394592

J.P. Morgan
CEO, U.S. Private Bank
270 Park Avenue
New York, NY 10017
Tel: 212-464-1468
Email: john.r.duffy@jpmorgan.com

J.P. Morgan Securities LLC

Confidential

JPM-SDNYLIT-00394593