# FILED UNDER SEAL

# EXHIBIT 237

| | |
|---|---|
| **From:** | Yalav, Tamer [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TAMER.YALAV] |
| **Sent:** | 7/31/2019 8:52:05 PM |
| **To:** | Neilson, Peter J [peter.j.neilson@jpmchase.com] |
| **Subject:** | RE: are you able to pull up AUM for these guys? |

Approximates below. These are asset positions under the individuals' DM only and don't include PE or HFs managed by IAs that these individuals control. For example, Apollo (Leon's IA) has $12.7 billion in assets in WM.

**From:** Neilson, Peter J
**Sent:** Wednesday, July 31, 2019 4:04 PM
**To:** Yalav, Tamer <Tamer.Yalav@jpmorgan.com>
**Subject:** are you able to pull up AUM for these guys?

Leslie Wexner: $1.5 billion
Glen Dubin: $294 million
Mark Epstein: Nothing
Leon Black: $13.3 million

Confidential

JPM-SDNYLIT-00791467