# FILED UNDER SEAL

# EXHIBIT 238



# Memorandum

| | |
|---|---|
| To: | Bill Harrison<br>Jamie Dimon<br>David Coulter |
| From: | Jes Staley<br>David Brigstocke<br>James von Moltke<br>Alex Cook |
| Date: | March 18, 2004 |
| **Subject:** | **Overview of a potential partnership with and investment in Highbridge Capital Management** |

We have recently been approached by the founders and current owners of Highbridge Capital Management LLC ("Highbridge") regarding a potential minority investment and distribution partnership. This memorandum provides an overview of Highbridge, a discussion of the strategic implications of the proposed transaction and some highly preliminary financial analysis.

These discussions are at a very early stage. At this point, we are seeking (i) your initial feedback on the strategy discussed in this memo and (ii) your support to continue exploring this potential transaction with the principals of Highbridge.

## Highbridge overview

*Introduction*

Highbridge's operations originated in 1984 with the founding of its predecessor firm, Dubin and Swieca Capital Management. It began business as Highbridge in September 1992 with the launching of the U.S. Convertible Arbitrage Fund. Today, it manages approximately $6 billion in assets and ranked as the 25th largest hedge fund group in the world at the end of 2003. An original investment of $10,000 currently has a net asset value of $52,000, representing a cumulative return of approximately 430% over 12 years. The company employs 150 people, of which 70 are investment professionals.

The company's current business is a multi-strategy global hedge fund consisting of 7 different strategies and one "spin-off" fund, the Highbridge/Zwirn Special Opportunities Fund ($350mm in AUM at YE'03). Management intends to grow the business both by increasing the Highbridge Fund and by pursuing additional "spin-offs" of the individual strategies. In this model, Highbridge enables the portfolio managers to establish a separate fund alongside the allocation of Highbridge capital to their strategy with new investors, supported by Highbridge's infrastructure.

**Fund exposure by strategy (December 31, 2003)**

[ EMBED Word.Picture.8 ]



Identification of new strategies and fund allocation decisions are undertaken by the two founders alongside a newly-hired chief risk officer. Through their model of creating a platform for portfolio management teams, and focusing the parent fund on allocations between strategies, the founders are seeking to create a process for sustained success as a hedge fund.

*Distinctive features*

Highbridge management believes that the company offers a number of advantages that make the company's model more attractive to potential institutional partners than other hedge funds:

- **Operating Platform:** Management believes that Highbridge has one of the most sophisticated platforms in the industry in respect of trading, financing, access to stock borrow, risk-management, and compliance functions. The company is a registered broker/dealer and is therefore required to file regular reports with its regulators [NASD?].

- **Quality of returns:** Management believes that Highbridge distinguishes itself not only in its absolute returns, but also in the high consistency and low volatility of those returns. Further, they believe that a track record of performance over 12 years represents a key advantage over other hedge funds with shorter track records. The investment strategies pursued by Highbridge are characterized by management as "process-driven", meaning that they did not take directional bets or create significant alpha.

- **Portfolio of strategies:** Highbridge's model is to be a fund of funds within one complex through the allocation of capital to different strategies. These strategies include: convertible arbitrage in the U.S., Europe, and Asia; risk arbitrage (event driven and relative value) and statistical arbitrage; special opportunities and European special situations; long/short equities; and private placements.

- **Scaleable model:** Highbridge believes that it has a core competency in identifying emerging strategies and creating first class teams of portfolio managers to take advantage of these opportunities.

## Strategic considerations

*JPMFAM's current activities*

At the current time, IMPB's activities in the hedge fund arena are limited to brokerage of investment opportunities for private banking clients and a fund of hedge funds ("FoHF") with $x.x billion in assets under management within JPMFAM.

[INSERT SUMMARY FINANCIALS FOR JPMC HEDGE FUND ACTIVITIES]

While these activities are successful, growing and profitable, we believe that there are considerable opportunities in the hedge fund area, both today and prospectively, that we are failing to capture. The hedge fund industry is in the process of becoming rapidly more institutionalized than it has been in the past, resulting in a broader set of opportunities for large asset management players such as JPMFAM.

*Market environment*

First, traditional institutional investors are becoming increasingly comfortable with absolute return strategies as they have matured. In many cases, institutions need to allocate more aggressively to these

strategies in order to meet expected return levels as in the case of corporate pension funds. This is broadening the pool of assets available to hedge fund managers well beyond the high net worth and FoHF investor base.

Second, the business model of the hedge funds themselves is maturing, driven by:

- A desire to broaden the product offering beyond a single manager or strategy in order to lower the volatility of the returns to owners;
- The opportunity to leverage the infrastructure investment and distribution relationships across a larger asset base and therefore number of managers;
- The need for greater risk management, control and reporting infrastructure in order to support the demands of institutional investors;
- A motivation on the part of founders/owners to capitalize on the value created within their firm as opposed to winding up operations once they retire; and
- The need to build a stable culture, environment and reward structure in order to attract and retain talent.

Third, large investment management, brokerage and investment banking firms are increasingly extending their businesses into alternative asset management strategies. This is in part a reaction to the changes in the market enumerated above. However, it has also been influenced by strategic considerations including revenue enhancement/diversification and client demand. Acquisitions of alternative asset managers by traditional players (e.g. Oppenheimer/Tremont, Lehman/Crossroads) are evidence of the changing strategic thinking among our competitors.

*Strategic rationale*
The proposed transaction is effectively a marriage between manufacturing and distribution. The acquisition of a minority interest in Highbridge would provide JPMFAM with a multi-strategy hedge fund product to distribute to our existing institutional investor client base. Whereas the economic benefits to JPMC from distributing client assets into unrelated hedge funds is limited to commissions [and overrides] at present, the affiliation with a hedge fund manager would offer a share in the economics achieved by the manager. For Highbridge, it would represent a partial monetization of value for the founders/owners, an opportunity to generate significantly greater assets with the attendant economics, institutional credibility from the association with a major name, and a liquidity provider of last resort in the event of unexpectedly high redemptions. [Discuss risk?]

Based upon our assessment of the current marketplace, our ability to generate assets for the Highbridge family of hedge funds would be significant, potentially a doubling of assets over a three year period. While underpinning the financial case for the transaction, even on more conservative assumptions, the strategic importance of this is that we would lose all or most of the revenue stream from these assets as they would otherwise be invested outside of JPMFAM absent the capability on our part. [Capacity?]

Confidential

JPM-SDNYLIT-00448062

Highbridge has approached JPMC based on our existing relationship with the founders/owners and with Jeffrey Epstein, [a founding investor in Highbridge]. We believe they are attracted to the JPMFAM name and client base as well as our infrastructure as a bank and market maker in a broad array of securities globally. However, we believe that they will pursue similar opportunities with other players should we not be interested in further discussions.

*Issues for consideration*

Clearly, an affiliation with a hedge fund company, no matter how established in the industry, will present some significant risks and issues for further consideration. The following is a preliminary list of key issues based on our knowledge of the situation to date and should not be considered exhaustive:

- There is the potential that the Highbridge investment may conflict with our existing distribution and FoHF activities, as market participants may have competitive objections or be concerned about a bias;
- Whereas the retention of key individuals is a factor in every investment manager acquisition, it is particularly acute in the case of a hedge fund and the company as a whole will be far more sensitive to departures;
- In the case of Highbridge, there is a question about the ability to sustain the model of targeting and developing attractive strategies once the founders move on; [timeframe?]
- For JPMFAM more broadly, the question will arise as to our ability to manage compensation differences within the firm as a whole given the inclusion in the group of a hedge fund affiliate;
- We will need to review very carefully the potential control risks inherent in a hedge fund operation, given the potential reputational and regulatory sensitivities and particularly in light of JPMC's likely role as liquidity provider of last resort; and
- It is conceivable that there may be a conflict for Highbridge in respect of its existing distribution resulting from an affiliation with JPMC;
- [other].

## Management biographies

**Glenn Dubin,** Managing Partner/Co-Founder of Highbridge Capital Management and Co-Chairman of Dubin & Swieca. Prior to forming Highbridge Capital Management in 1992, Mr. Dubin, along with his partner, Henry Swieca, founded Dubin & Swieca, an asset management company specializing in alternative investment strategies. Dubin & Swieca is widely recognized as being one of the pioneers in advocating and employing multi-manager portfolio structures guided by the principles of Modern Portfolio Theory. Mr. Dubin began his career in 1978 at E.F. Hutton & Co. where he was a Senior Vice President specializing in merger arbitrage and special situation investments for a broad-based clientele of institutional and private investors. Mr. Dubin is also a founding board member of The Robin Hood Foundation, an organization which applies investment principles to charitable giving.

**Henry Swieca,** Managing Partner/Co-Founder and Chief Investment Officer of Highbridge Capital Management and Co-Chairman of Dubin & Swieca. Mr. Swieca began his career with Merrill Lynch & Co. in 1979 as a registered representative. In 1982, Mr. Swieca was one of the founding floor traders on the New York Futures Exchange (NYFE) where he traded equity index options and futures. Mr. Swieca

then joined Dillon Read & Co. as an advisor to institutional investors. In 1984, he joined E.F. Hutton & Co. and later became a Senior Vice President specializing in asset allocation and risk management. While at Shearson Lehman Hutton, Mr. Swieca and his partner, Glenn Dubin, co-founded Dubin & Swieca, an asset management firm specializing in alternative investment strategies. Mr. Swieca received an MBA in Finance with a concentration in options and derivatives from the Columbia University Graduate School of Business in 1982.

## Preliminary financial analysis

According to management, Highbridge has consistently been able to achieve 50 – 60% operating margins, and believe that the 50% level can easily be maintained going forward. Based on their 2%/25% fee arrangement and $6 billion in AUM, revenues for the company would be approximately $250 million in 2004. This level of revenues would generate operating income of approximately $125 million based on the 50% EBITDA margin which management believes is sustainable. "Spin-off" funds have a fee structure of 1.5%/20%, of which Highbridge receives 1.0%/10%.

Based on the limited information received from management to date, we have undertaken a highly preliminary valuation analysis based on a number of methodologies and assumptions, including a discounted cash flow analysis and comparable companies and transactions analyses. At this time, the valuations should not be relied upon except as a framework for further discussions.

*Summary of preliminary valuation analyses*
*$ in millions*

| Methodology | Valuation | Description |
|---|---|---|
| The ask | 592 | 12x Operating income |
| Divident discount analysis | 545 | 15% discount rate and 9x exit multiple |
| Valuation based on MS MAN multiples | 353 | Blended multiple of 14.5x mgmt. & 6.5x incentive fees + 25% premium [JPM?] |
| Valuation based on comparable transactions | 532 | Average of medians based on a variety of metrics |
| **Average of the JPM methodologies** | **506** | |

At a valuation of approximately $550 million and based on a number of assumptions regarding future growth, the return on investment before amortization of goodwill would rise from 7.5% in 2005 to approximately 12% in 2007. The IRR for the investment assuming a 10x operating income exit multiple would be 12.8%. We have included a sensitivity analysis for the IRR based on entry price and beginning AUM as well as price and growth rate in assets.

*Sensitivity analysis: entry price vs. beginning assets under management*
*IRR %*

| Beginning AUM | Purchase price | | | | | | |
|---|---|---|---|---|---|---|---|
| | 450 | 500 | 550 | 600 | 650 | 700 | 750 |
| 4,000 | 7.3% | 4.3% | 1.7% | (0.7%) | (2.8%) | (4.7%) | (6.4%) |
| 4,500 | 10.5% | 7.4% | 4.7% | 2.3% | 0.1% | (1.9%) | (3.7%) |
| 5,000 | 13.5% | 10.3% | 7.5% | 5.0% | 2.7% | 0.7% | (1.1%) |
| 5,500 | 16.3% | 13.0% | 10.1% | 7.5% | 5.2% | 3.1% | 1.2% |
| 6,000 | 18.9% | 15.5% | 12.6% | 9.9% | 7.6% | 5.4% | 3.5% |
| 6,500 | 21.4% | 18.0% | 14.9% | 12.2% | 9.8% | 7.6% | 5.6% |
| 7,000 | 23.8% | 20.3% | 17.1% | 14.4% | 11.9% | 9.7% | 7.6% |

*Sensitivity analysis: entry price vs. growth rate in assets*
*IRR %*

| Growth rate of assets | Purchase price | | | | | | |
|---|---|---|---|---|---|---|---|
| | 450 | 500 | 550 | 600 | 650 | 700 | 750 |
| 7.5% | 12.6% | 9.4% | 6.6% | 4.1% | 1.8% | (0.2%) | (2.0%) |
| 10.0% | 14.7% | 11.4% | 8.6% | 6.0% | 3.7% | 1.7% | (0.2%) |
| 12.5% | 16.8% | 13.5% | 10.6% | 8.0% | 5.6% | 3.5% | 1.6% |
| 15.0% | 18.9% | 15.5% | 12.6% | 9.9% | 7.6% | 5.4% | 3.5% |
| 17.5% | 21.0% | 17.6% | 14.6% | 11.9% | 9.5% | 7.3% | 5.3% |
| 20.0% | 23.2% | 19.6% | 16.6% | 13.8% | 11.4% | 9.2% | 7.2% |
| 22.5% | 25.3% | 21.7% | 18.6% | 15.8% | 13.3% | 11.1% | 9.0% |

Confidential

JPM-SDNYLIT-00448065