# FILED UNDER SEAL

# EXHIBIT 252

*Contains Non-Public Supervisory Information and Suspicious Activity Report Material / Confidential – Dissemination Limited by Regulator*

Jane Doe 1 v. JPMorgan Chase Bank, N.A., 1:22-cv-10019-JSR (S.D.N.Y.); Government of the United States Virgin Islands v. JPMorgan Chase Bank, N.A., 1:22-cv-10904-JSR (S.D.N.Y.); JPMorgan Chase Bank, N.A. v. Staley (S.D.N.Y.)

**JPMC - Cumulative Privilege Log**

| Entry Number | Bates Number | Redacted/ Withheld In Full | Parent Date/Time | Filename/Subject | From | To | CC | Duplicate Custodian | Attorney Names | Privilege or Redaction Description | Privilege/Redaction Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2308 | JPM-SDNYLIT-00157220 | Redacted | 3/29/2011 22:00 | FW: fyi | "Schwartz, Jonathan" <jonathan.schwartz@jpmchase.com> | "Langford, William D" <william.d.langford@jpmchase.com> | | JONATHAN SCHWARTZ;WILLIAM DEAN LANGFORD JR | Jonathan Schwartz | Email requesting legal advice and prepared because of anticipated or current litigation regarding Epstein's investment in Zwirn fund. | Attorney Client Communication;Work Product |
| 2309 | JPM-SDNYLIT-00157222 | Redacted | 3/29/2011 22:15 | FW: fyi | "Schwartz, Jonathan" <jonathan.schwartz@jpmchase.com> | "Shenker, Nina O" <nina.o.shenker@jpmorgan.com> | "Langford, William D" <william.d.langford@jpmchase.com> | JONATHAN SCHWARTZ;NINA SHENKER;WILLIAM DEAN LANGFORD JR | Jonathan Schwartz, Nina Shenker | Email chain requesting legal advice and prepared because of anticipated or current litigation regarding Epstein's investment in Zwirn fund. | Attorney Client Communication;Work Product |
| 2310 | JPM-SDNYLIT-00157224 | Redacted | 3/30/2011 0:21 | Re: fyi | "Shenker, Nina O" <nina.o.shenker@jpmorgan.com> | "Schwartz, Jonathan" <jonathan.schwartz@jpmchase.com> | "Langford, William D" <william.d.langford@jpmchase.com> | JONATHAN SCHWARTZ;NINA SHENKER;WILLIAM DEAN LANGFORD JR | Jonathan Schwartz, Nina Shenker | Email chain requesting legal advice and prepared because of anticipated or current litigation regarding Epstein's investment in Zwirn fund. | Attorney Client Communication;Work Product |
| 2313 | | Withheld in Full | 3/30/2011 22:56 | Fw: Zwirn-privileged and confidential | "Shenker, Nina O" <nina.o.shenker@jpmorgan.com> | "Schwartz, Jonathan" <jonathan.schwartz@jpmchase.com>;"Langford, William D" <william.d.langford@jpmchase.com> | | JONATHAN SCHWARTZ;NINA SHENKER;WILLIAM DEAN LANGFORD JR | Jonathan Schwartz, Nina Shenker | Email requesting legal advice and prepared because of anticipated or current litigation regarding Epstein's investment in Zwirn fund. | Attorney Client Communication;Work Product |
| 2316 | | Withheld in Full | 3/31/2011 16:06 | RE: Zwirn-privileged and confidential | "Schwartz, Jonathan" <jonathan.schwartz@jpmchase.com> | "Shenker, Nina O" <nina.o.shenker@jpmorgan.com>;noah.greenhill@highbridge.com | "Langford, William D" <william.d.langford@jpmchase.com> | JONATHAN SCHWARTZ;NINA SHENKER;WILLIAM DEAN LANGFORD JR | Jonathan Schwartz, Nina Shenker | Email requesting legal advice and prepared because of anticipated or current litigation regarding Epstein's investment in Zwirn fund. | Attorney Client Communication;Work Product |
| 8052 | | Withheld in Full | 6/11/2008 17:42 | RE: Bear Stearns High Grade/Enhanced Leverage Funds | "Weintraub, David - Communication of Counsel \\(Exchange\\)" <dweintraub@bear.com> | "Cutler, Stephen M" <stephen.m.cutler@jpmorgan.com> | | STEPHEN M CUTLER | | Email chain rendering and discussing legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8053 | | Withheld in Full | 6/11/2008 17:42 | RE: Bear Stearns High Grade/Enhanced Leverage Funds | "Weintraub, David - Communication of Counsel (Exchange)" <dweintraub@bear.com> | "Cutler, Stephen M" <stephen.m.cutler@jpmorgan.com> | | STEPHEN M CUTLER | | Email chain requesting and rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8054 | | Withheld in Full | 6/11/2008 17:42 | MASTER Settlement Tracking HG and EL.xls | | | | STEPHEN M CUTLER | | Spreadsheet sent to counsel for review and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8055 | | Withheld in Full | 6/11/2008 17:42 | MASTER Settlement Tracking HG and EL.xls | | | | STEPHEN M CUTLER | | Spreadsheet sent to counsel for review and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8056 | | Withheld in Full | 6/11/2008 18:42 | RE: Bear Stearns High Grade/Enhanced Leverage Funds | "Weintraub, David - Communication of Counsel \\(Exchange\\)" <dweintraub@bear.com> | "Cutler, Stephen M" <stephen.m.cutler@jpmorgan.com> | | STEPHEN M CUTLER | | Email chain requesting and rendering legal advice, providing information prepared for the purpose of obtaining legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8057 | | Withheld in Full | 6/11/2008 18:42 | RE: Bear Stearns High Grade/Enhanced Leverage Funds | "Weintraub, David - Communication of Counsel (Exchange)" <dweintraub@bear.com> | "Cutler, Stephen M" <stephen.m.cutler@jpmorgan.com> | | STEPHEN M CUTLER | | Email chain requesting and rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8058 | | Withheld in Full | 6/11/2008 18:42 | MASTER Settlement Tracking HG and EL.xls | | | | STEPHEN M CUTLER | | Spreadsheet sent to counsel for review and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8059 | | Withheld in Full | 6/11/2008 18:42 | MASTER Settlement Tracking HG and EL.xls | | | | STEPHEN M CUTLER | | Spreadsheet sent to counsel for review and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8062 | | Withheld in Full | 6/19/2008 16:52 | Non-Settled Institutional Investors Settlement Calculations // Privileged and Confidential, Attorney Work Product | "Weintraub, David - Communication of Counsel (Exchange)" <dweintraub@bear.com> | "Cutler, Stephen M" <stephen.m.cutler@jpmorgan.com>;"Condren, James" <james.condren@chase.com>;"Segall, Mark" <mark.segall@chase.com>;"Berke, Barry H." | | STEPHEN M CUTLER | | Email rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments. | Attorney Client Communication;Work Product |
| 8063 | | Withheld in Full | 6/19/2008 16:52 | 08.06.19 Institutional Contrib.xls | | | | STEPHEN M CUTLER | | Spreadsheet prepared by counsel, sent to counsel for review, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8064 | | Withheld in Full | 6/19/2008 16:53 | Non-Settled Institutional Investors Settlement Calculations // Privileged and Confidential, Attorney Work Product | "Weintraub, David - Communication of Counsel \\(Exchange\\)" <dweintraub@bear.com> | "Cutler, Stephen M" <stephen.m.cutler@jpmorgan.com>;"Condren, James" <james.condren@chase.com>;"Segall, Mark" <mark.segall@chase.com>;"Berke, Barry H." | | STEPHEN M CUTLER | | Email rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments. | Attorney Client Communication;Work Product |
| 8065 | | Withheld in Full | 6/19/2008 16:53 | 08.06.19 Institutional Contrib.xls | | | | STEPHEN M CUTLER | | Spreadsheet prepared by counsel, sent to counsel for review, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8066 | | Withheld in Full | 6/19/2008 17:52 | Non-Settled Institutional Investors Settlement Calculations // Privileged and Confidential, Attorney Work Product | "Weintraub, David - Communication of Counsel (Exchange)" <dweintraub@bear.com> | "Cutler, Stephen M" <stephen.m.cutler@jpmorgan.com>;"Condren, James" <james.condren@chase.com>;"Segall, Mark" <mark.segall@chase.com>;"Berke, Barry H." | | STEPHEN M CUTLER | | Email rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments. | Attorney Client Communication;Work Product |

2023.05.30 - JPMC Doe, USVI Cumulative Privilege Log (Excerpt)

| ID | | Withheld | Date | Subject | From | To | CC | Author | | Description | Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8067 | | Withheld in Full | 6/19/2008 17:52 | 08.06.19 Institutional Contrib.xls | | | | STEPHEN M CUTLER | | Spreadsheet prepared by counsel, sent to counsel for review, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8068 | | Withheld in Full | 6/19/2008 17:53 | Non-Settled Institutional Investors Settlement Calculations // Privileged and Confidential, Attorney Work Product | "Weintraub, David - Communication of Counsel \\(Exchange\\)" <dweintraub@bear.com> | Cutler, Stephen M <stephen.m.cutler@jpmorgan.com>;"Condren, James" <james.condren@chase.com>;"Segall, Mark" <mark.segall@chase.com>;"Berke, Barry H." | | STEPHEN M CUTLER | | Email rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments. | Attorney Client Communication;Work Product |
| 8069 | | Withheld in Full | 6/19/2008 17:53 | 08.06.19 Institutional Contrib.xls | | | | STEPHEN M CUTLER | | Spreadsheet prepared by counsel, sent to counsel for review, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8070 | | Withheld in Full | 6/19/2008 18:03 | Fw: Non-Settled Institutional Investors Settlement Calculations // Privileged and | Stephen M Cutler <stephen.m.cutler@jpmorgan.com> | ita.kulbit@jpmchase.com | | STEPHEN M CUTLER | | Email rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments. | Attorney Client Communication;Work Product |
| 8071 | | Withheld in Full | 6/19/2008 18:03 | Fw: Non-Settled Institutional Investors Settlement Calculations // Privileged and | stephen.m.cutler@jpmorgan.com | ita.kulbit@jpmchase.com | | STEPHEN M CUTLER | | Email rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments. | Attorney Client Communication;Work Product |
| 8072 | | Withheld in Full | 6/19/2008 18:03 | 08.06.19 Institutional Contrib.xls | | | | STEPHEN M CUTLER | | Spreadsheet prepared by counsel, sent to counsel for review, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8073 | | Withheld in Full | 6/19/2008 18:03 | 08.06.19 Institutional Contrib.xls | | | | STEPHEN M CUTLER | | Spreadsheet prepared by counsel, sent to counsel for review, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8074 | | Withheld in Full | 6/19/2008 19:03 | Fw: Non-Settled Institutional Investors Settlement Calculations // Privileged and | stephen.m.cutler@jpmorgan.com | ita.kulbit@jpmchase.com | | STEPHEN M CUTLER | | Email rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments. | Attorney Client Communication;Work Product |
| 8075 | | Withheld in Full | 6/19/2008 19:03 | Fw: Non-Settled Institutional Investors Settlement Calculations // Privileged and | Stephen M Cutler <stephen.m.cutler@jpmorgan.com> | ita.kulbit@jpmchase.com | | STEPHEN M CUTLER | | Email rendering legal advice, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments. | Attorney Client Communication;Work Product |
| 8076 | | Withheld in Full | 6/19/2008 19:03 | 08.06.19 Institutional Contrib.xls | | | | STEPHEN M CUTLER | | Spreadsheet prepared by counsel, sent to counsel for review, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |
| 8077 | | Withheld in Full | 6/19/2008 19:03 | 08.06.19 Institutional Contrib.xls | | | | STEPHEN M CUTLER | | Spreadsheet prepared by counsel, sent to counsel for review, and prepared because of anticipated or current litigation regarding Epstein's Bear Stearns investments | Attorney Client Communication;Work Product |