# FILED UNDER SEAL

# EXHIBIT 258

| | |
|---|---|
| From: | Shenker, Nina O [nina.o.shenker@jpmorgan.com] |
| Sent: | 7/22/2011 10:14:40 PM |
| To: | Erdoes, Mary E [mary.erdoes@jpmorgan.com] |
| Subject: | RE: ACI-CIBC Transaction-privileged and confidential |

Imagine lots to do upon your return to US and for next week.

**Redacted - Privileged**

Fyi, Steve at conclusion of JE approval, asked when we are offboarding JE. I reminded him that we have the other matter outstanding.

William also sent me an e-mail because of Prince Edward coverage. I updated him.

Have a great weekend, Nina

---

**From:** Erdoes, Mary E
**Sent:** Friday, July 22, 2011 5:57 PM
**To:** Shenker, Nina O
**Subject:** Re: ACI-CIBC Transaction

**Redacted - Privileged**

**From:** Shenker, Nina O
**To:** Brigstocke, David; Thier, Jonathan <THIERJ@Cahill.com>; Condren, James
**Cc:** Erdoes, Mary E; Goh, Justin C; Figetakis, Fran; Quental, Greg
**Sent:** Fri Jul 22 17:48:34 2011
**Subject:** FW: ACI-CIBC Transaction

**Redacted - Privileged**

**From:** Quental, Greg
**Sent:** Friday, July 22, 2011 5:40 PM
**To:** 'THIERJ@Cahill.com'; Goh, Justin C; Condren, James; Brigstocke, David; msherman@cahill.com; Figetakis, Fran
**Cc:** Shenker, Nina O
**Subject:** Fw: ACI-CIBC Transaction

Gregory G. Quental
J.P. Morgan Securities
277 Park Avenue
New York, New York 10167
Office: 212-272-5544

greg.quental@jpmorgan.com


Δ π EXHIBIT 23
Deponent Cutler
Date 9/24/23 Rptr. am

**From**: chuck_etherington@americancentury.com <chuck_etherington@americancentury.com>
**To**: Quental, Greg
**Cc**: Shenker, Nina O
**Sent**: Fri Jul 22 17:31:53 2011
**Subject**: Re: ACI-CIBC Transaction

Greg -

The matter you're asking about is the culmination of a transaction that was specifically contemplated in the partial settlement agreement entered into between ACC and JPM in July 2009. You're well aware of the circumstances that led up to the partial settlement and JPM granting ACC the option, as well as the pending arbitration. Our course of dealings over the past 2 years has been to excuse you from matters where you are conflicted because the interests of ACC and the interests of JPM are adverse. This is such a situation and your request is inappropriate.

If Nina will review the terms of the Option Agreement she will see that we have complied with it in all respects.

Chuck

Charles A. Etherington | General Counsel | American Century Investments | 4500 Main St., Kansas City, MO 64111 | 816-340-4051 | ▮▮▮▮▮▮▮▮ chuck_etherington@americancentury.com

This message (including any attached documents) contains information that is confidential and/or is subject to an attorney-client privilege. If you have received this transmission in error, notify the sender immediately by reply email and delete this message.

| | |
|---|---|
| From: | "Quental, Greg" <greg.quental@jpmorgan.com> |
| To: | "'chuck_etherington@americancentury.com'" <chuck_etherington@americancentury.com> |
| Cc: | "Shenker, Nina O" <nina.o.shenker@jpmorgan.com> |
| Date: | 07/21/2011 04:05 PM |
| Subject: | ACI-CIBC Transaction |

Chuck:

I read with interest last Friday's public announcement of the Company's execution of a definitive agreement for the sale to CIBC of JPMorgan's entire equity interest in American Century. As I am sure you are aware, I had not been briefed on this material transaction prior to its public disclosure. As such, I would appreciate a prompt and detailed description of the role the Board has played in either the consideration or approval of the proposed CIBC transaction, as well as copies of the materials provided by management to any or all of the other directors in connection with the matter.

Best regards,

Greg


Gregory G. Quental
J.P. Morgan Securities
277 Park Avenue

Confidential

JPM-SDNYLIT-00754983

New York, New York 10167
Office: 212-272-5544

greg.quental@jpmorgan.com

This email is confidential and subject to important disclaimers and
conditions including on offers for the purchase or sale of
securities, accuracy and completeness of information, viruses,
confidentiality, legal privilege, and legal entity disclaimers,
available at http://www.jpmorgan.com/pages/disclosures/email.

CONFIDENTIALITY NOTICE: This electronic mail transmission (including any accompanying attachments) is intended solely for its authorized recipient(s), and may contain confidential and/or legally privileged information. If you are not an intended recipient, or responsible for delivering some or all of this transmission to an intended recipient, be aware that any review, copying, printing, distribution, use or disclosure of the contents of this message is strictly prohibited. If you have received this electronic mail message in error, please contact us immediately by electronic mail at emailnotification@americancentury.com and destroy the original and all copies of this transmission (including any attachments).

Confidential

JPM-SDNYLIT-00754984