# FILED UNDER SEAL

# EXHIBIT 259

**From:** Erdoes, Mary E [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARY.ERDOES]
**Sent:** 7/26/2011 11:59:36 PM
**To:** 'jeevacation@gmail.com' [jeevacation@gmail.com]
**Subject:** Re:

This message has been archived.

I tried calling you yesterday buy no vmail on your cell.

Onwards and upwards, on so many fronts.
ME

_____

From: Jeffrey Epstein <jeevacation@gmail.com>
To: Erdoes, Mary E
Sent: Tue Jul 26 19:06:49 2011
Subject:

thank you for your attention   .  I appreciate the effort.-  lets move on , and make some real money

--
****************************

Confidential JPM-SDNYLIT-00136106