# FILED UNDER SEAL

# EXHIBIT 263

| | |
|---|---|
| **From:** | Anne E Verdon [Anne.Verdon@chase.com] |
| **Sent:** | 8/16/2010 9:50:15 PM |
| **To:** | Melissa Getler [Melissa.Getler@jpmorgan.com]; Todd Cook [todd.cook@jpmorgan.com]; James Condren [James.Condren@chase.com] |
| **CC:** | GREG QUENTAL [GREG.QUENTAL@jpmorgan.com] |
| **Subject:** | Re: Epstein |

Thid has a JES connection.

---

**From:** Melissa Getler
**To:** Todd Cook; James Condren
**Cc:** Anne E Verdon; GREG QUENTAL
**Sent:** Mon Aug 16 17:24:04 2010
**Subject:** Re: Epstein

That's my understanding.

---

**From:** Todd Cook
**To:** Melissa Getler; James Condren
**Cc:** Anne E Verdon; GREG QUENTAL
**Sent:** Mon Aug 16 17:22:32 2010
**Subject:** Re: Epstein

Did Ace go to him for an exception to the felon policy?

------------------------
Sent from my BlackBerry Wireless Device

---

**From:** Melissa Getler
**To:** Todd Cook; James Condren
**Cc:** Anne E Verdon; GREG QUENTAL
**Sent:** Mon Aug 16 17:17:46 2010
**Subject:** Re: Epstein

We are in contact with Cutler on this.

---

**From:** Todd Cook
**To:** James Condren; Melissa Getler
**Cc:** Anne E Verdon; GREG QUENTAL
**Sent:** Mon Aug 16 17:14:39 2010
**Subject:** Re: Epstein

After we spoke, I realized that, not only is Epstein suing us, but since he's a convicted felon, the approval of Cutler or Zubrow wd be required by the Firm's felon policy. It looks like Ace may have reached out to Cutler. (Greg- Joe Danowsky has the background on Epstein or we could chat when I get in on wednesday.)

------------------------
Sent from my BlackBerry Wireless Device

---

**From:** James Condren
**To:** Todd Cook
**Sent:** Mon Aug 16 13:05:13 2010
**Subject:** Fw: Epstein



Δ π EXHIBIT 20
Deponent Cutler
Date 9/23/24  Rptr. amy
WWW.DEPOBOOKPRODUCTS.COM

Confidential

JPM-SDNYLIT-00752910

FYI

---

**From:** Melissa Getler
**To:** James Condren
**Sent:** Mon Aug 16 13:04:03 2010
**Subject:** RE: Epstein

OK- that provides some context (maybe). Thanks.

---

**From:** James Condren
**Sent:** Monday, August 16, 2010 1:02 PM
**To:** Melissa Getler
**Subject:** Re: Epstein

Maybe not coincidentally, Todd called me about Epstein last week. Ace Greenberg wants to do business with him. I told Todd [Redacted - Privileged] So maybe Ace is pushing it.

---

**From:** Melissa Getler
**To:** James Condren
**Sent:** Mon Aug 16 12:49:16 2010
**Subject:** Epstein

Just an FYI.

---

**From:** Melissa Getler
**Sent:** Monday, August 16, 2010 12:32 PM
**To:** Stephen M Cutler
**Subject:** RE: Please call me at 212-270-3220

**Redacted - Privileged**

---

**From:** Stephen M Cutler
**Sent:** Monday, August 16, 2010 12:23 PM
**To:** Melissa Getler
**Subject:** Please call me at 212-270-3220

Melissa – [Redacted - Privileged]
[Redacted - Privileged]

Confidential

JPM-SDNYLIT-00752911

s.

Confidential

JPM-SDNYLIT-00752912