# FILED UNDER SEAL

# EXHIBIT 264

Date: Sunday, February 6 2011 12:10 PM
From: Jeffrey Epstein <jeevacation@gmail.com>
To: Jes Staley <jes.staley@jpmorgan.com>;

donor advised fund.  ;/  1. you could tie it initally just to the gates program,, miinimum gift. 100 million. it could then be opend up later.  IT will be the largest foundation in the world.  You need an advisroy board for 1, investments. 2. distributions. . you will need an amministration , mirroring a mutual fund.  4. tax compiance dept. dedicated to the operation.  IT will underpin a trust and estate . dept , the size of which will be enormous, 5. I would suggest , an irs auditor full time on site. 6, as a DAF , you will be able to take in funky assets. ( sub s, closely held c's , Art, ) valuation services. . sale and mgmt of 144 stock_).  done right its 100 billion dollars in 2 years.   thetension is making money from a Charitable Org.  therefore the money making parts need to be arms length . salaries are disclosable ,and closely watched . Farming the investments to a highbridge is no brainer , but must be done with airtight opinions and reviewed by committees.  I thought of University Heads. Foundation Chairs,for the boarrds  It will be the most sort after board in the country.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Jeffrey Epstein
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to jeevacation@gmail.com , and
destroy this communication and all copies thereof,
including all attachments. copyright -all rights reserved

CONFIDENTIAL ESTATE_JPM001591