# FILED UNDER SEAL

# EXHIBIT 267



# Meeting with Jes Staley and Mary Erdoes, JP Morgan
Date: August 31, 2011
Location: JP Morgan, 270 Park Ave (bet 47th & 48th Sts), 48th Floor, Room B

**Foundation Attendees:** *In NYC:* Dick Henriques, Connie Collingsworth *By phone:* Gabrielle Fitzgerald, Jennifer Alcorn, Andrew Farnum

**JP Morgan Attendees:**
- **Jes Staley**, Chief Executive, JP Morgan Investment Bank; Member of JP Morgan Chase's Executive and operating Committees
- **Mary Erdoes**, Chief Executive of JP Morgan Asset Management
- **Monica Issar**, Head of the JP Morgan Asset Management Endowments & Foundations Group

**Overview:**
- Prompted by Bill and Boris, Jes (short for James E. Staley) Staley requested a meeting with Dick without setting a formal agenda.
- After many conversations with our contacts within JP Morgan (JPM), we understand that he will present "Project Nucleus/Molecule" (see background section for details).
- As we understand it, the "Project" is an independent response to conversations Jes had with Bill and *is not directly related* to work the foundation has underway with JPM's Social Finance Team or the Private Bank.
- Bill may have linked the two concepts of "Donor Advised Funds" from his discussions with Jes and Jeff Epstein (described in more detail below) with the Private Donor Fund concept that GHPA presented to him at their strategy review
- Objectives for the meeting:
  - Ensure that Jes's pitch for the "Project" does not distract or derail the work underway between the foundation and JPM; and
  - Affirm our appreciation for JPM's collaborations with the foundation over the last three years.
- The background sections in this memo include:
  - "Project Nucleus/Molecule"
  - Politics within JPM around the GH Financing Facility
  - Overview of the JPM GH Private Donor Fund
  - Matrix of fund/fundraising "Products"
  - Giving Pledge Messaging
  - Bios of JPM Participants

**High Level Talking Points:**
- Relationship with JP Morgan:
  - The foundation appreciates the great collaboration it has shared with JPM over the last three years.
  - We are especially appreciative of the secondment program that we developed with the investment bank and the great resources provided to the foundation by the investment bankers who participated (Nic Johnston in the healthcare group and Glenn Rockman in public finance). We are hopeful that such collaborations can continue in the future.
  - We're excited that the natural progression of our relationship is leading to the development of tangible products that can have an incredible impact on the global health issues they support.

Meeting with Jes Staley and Mary Erdoes, JP Morgan    Page 1                                August 22, 2011
Author: Jennifer Alcorn and Julie Sunderland
Confidential

CONFIDENTIAL                                                                                                   GF000664



- o  We're also pleased that Bill agreed to participate in the JPM Alternative Investments Summit in January – thank you for inviting him.

- Project Nucleus/Molecule:
    - o  We know that Bill is interested in Donor-Advised Funds as a mechanism to channel more philanthropic capital into development and social causes, especially in the context of his work on the Giving Pledge.
    - o  It is important for you to understand that the foundation and the Giving Pledge are two separate efforts supported by Warren, Bill and Melinda. While the team that supports the Giving Pledge works closely with the foundation, we consider their work firewalled and entirely separate from our mission. Connie and I represent the foundation in this meeting.
    - o  Those who join the Pledge are provided a neutral space to learn from one another; Warren, Bill and Melinda have ensured this neutrality and are unwilling to market the issues or vehicles they support.
    - o  We want to ensure that this concept is separated from the work the foundation is doing with your Social Finance Team and the Private Bank.
    - o  We want to make sure that your efforts with regards to this particular Donor-Advised Fund concept and the Giving Pledge are supported appropriately by Bill and the Giving Pledge staff. We know that Bill really appreciates the thinking and work that JPM has done, but is also looking at the resources provided by other organizations.

# Background: "Project Nucleus/Molecule"

Project Nucleus/Molecule ("Project") is an independent response to a conversation we understand Bill and Jes had in Davos in January 2011. Most of what we understand about the Project has been passed to us by JPM staff and is not direct knowledge of what will be presented. (Note: JPM staff have not shared an advance copy of the materials with us.)

*Our Understanding of the Project*
Leaving the context for how we think this came to fruition to the next section, this is our understanding of the Project:

- The Project is structured as a Donor Advised Fund (DAF);
- It would sit offshore to provide tax benefits to donors globally and not just from the US;
- It would allow donors to park their philanthropic dollars in one place, get an immediate tax benefit (in most cases), and make minimal payouts while their money is being managed and invested by JPM;
- JPM believes that the foundation could move its endowment into a product structured this way;
- Additionally, they believe that Bill may "market" this to the Pledgers.

*How the Project Came to Be*
After various conversations with JPM, Boris Nikolic, and based on Bill's email, the following is our understanding of how this came to fruition.

- Bill had a hallway conversation with Jes Staley at Davos in January 2011 that prompted Jes to build a team at JPM to work on the Project.

CONFIDENTIAL                                                                                                 GF000665

BILL & MELINDA
GATES *foundation*

- Earlier this year, Boris brought together "think tanks" for Bill to learn more about DAFs – after these sessions, Bill spoke about how he might have set up the foundation in a similar structure when it was started had he known more then.
- Jes was invited to the think tanks but could not attend – he and Bill spoke about DAFs by phone.
- Bill and Jes share a mutual "friend" in Jeff Epstein (an important behind the scenes "broker" in the finance world with an unseemly reputation due to a criminal conviction):
    o From JPM, we know that Jeff has the ear of Jes and has helped recruit (behind the scenes) some of JPM's biggest clients.
    o From Bill's email, we know that he has spoken with Jeff and has discussed the DAF concept with him.
    o We think that Jeff is the link between Bill and Jes and has been feeding Jes information to shape the Project.
    o Jes seems to believe that, with the right product and operational setup, they could manage the endowment and the foundation's operations.

## Background: Politics behind the GH Financing Facilty

- Our understanding is that GHFF is not the subject of this meeting, though Jes may raise it as an example of JPM/BMGF cooperation.
- JPM's Social Finance group has told us that Jes has a philosophical bent against all social investment funds, and therefore he personally is not supportive of GHFF.
- In fact, Jes was the primary instigator of the Social Finance group being forced to leave the investment bank earlier this year. It now sits within JPM corporate (the GHFF will be managed by their Asset Management side led by Mary Erdoes, who is also attending the meeting).
- Despite Jes's lack of support, GHFF has the backing of Jamie Dimon and JPM's Executive and Operating Committees and will move forward.
- If GHFF is raised, we recommend expressing support for the project and our appreciation for the great work of the bankers from the Investment Bank's Social Finance, Health Care and Debt Capital Markets groups.

## Background: Overview of the JPM GH Private Donor Fund

GHPA has been working with JPM's Private Bank since spring 2009. Our relationship has focused on educating and cultivating their clients on GH issues, including:

- JPM hosting two major events featuring Melinda and Tachi as keynote speakers for their UHNW clients interested in international giving;
- JPM hosting GH-focused meetings with UHNWI in Argentina and the UAE;
- JPM referring clients interested in GH and GD to the foundation, along with marketing the GH investment cases to clients;
- The foundation convening a group of JPM's UNHWI clients for a "GH Learning Circle" in our Seattle offices.

GHPA has used the JPM relationship as major learning initiative. From our interactions with UHNWI, we've learned that there is a deep interest in co-funding alongside the foundation to leverage our expertise, due diligence, etc. Yet, we've also learned that cultivating and managing these relationships (with the end goal of raising money) requires more capacity than we often have.

CONFIDENTIAL                                                                                                                                    GF000666



These learnings led GHPA and JPM to begin developing a GH Private Donor Fund as a wholesale approach to engaging their clients. The framework for the Fund is as follows:

- **Goals**:
    - Increase funding for GH issues by piloting a private donor fund w/ JPM.
    - Respond to Bill's requests to bring in new money for global health issues.
    - To leverage JPM's ability to market the Fund in a wholesale way (because our internal Private Donor team is only 1 FTE).
    - Learn from the pilot to understand what is appealing to UHNWI to inform future products and services the foundation and its grantees can provide.

- **Structure:**
    - JPM Clients (and potentially others) "buy in" to Fund with a minimum $1m donation.
    - They can determine if funding allocated across projects or to specific projects.
    - They can determine percentage of donation spent each year (though we will likely set a percentage that needs to be spent each year – likely at least 50%).

- **Foundation's role:**
    - Identifies projects and grantees based on priorities and current grantmaking (projects to revolve every 1 – 2 years).
    - Develop investment cases that share our expertise on a disease issue and promote specific projects that we have invested in as our "seal of approval".
    - (TBD) Offers learning opportunities for donors (e.g. sessions with foundation experts, learning trips, etc) – this is a way to engage donors in global health and potentially development on a broader scale to bring in additional new funding.

- **JPM's role:**
    - Markets Fund to UHNWI clients and potentially others.
    - Houses Advisory Board (JPM and BMGF staff sit on board and donors are informal "advisors").
    - Makes grants and reports back to donors.

- **GH Issues for first offering:**
    - ***Polio Eradication in Africa.*** Polio is the top GH priority and this fund will focus on funding eradication efforts in 3 African countries – S. Sudan, Angola, and Chad.
    - ***Ending Epidemic Meningitis A in Africa.*** MenA vaccine, developed with foundation funding, can eliminate epidemic meningitis A in Africa in this decade. This fund supports vaccination campaigns in 3 countries where limited funding gaps exist.
    - ***Treating Neglected Tropical Diseases in Africa.*** It costs less than $1.25 per year per person to treat 7 of the most prevalent NTDs. This fund will support NTD "mass drug administration" campaigns in 1 – 3 countries to eliminate disease burden for mass populations.

CONFIDENTIAL                                                                                                      GF000667



# Background: Giving Pledge Messaging

Giving Pledge messaging focuses on the steady progress and the value pledgers are getting from having taken the pledge. Over the next year, the Pledge will talk to the long-term nature of the effort and situate this effort into the broader conversation about giving in the US.

- **Overall:** The Giving Pledge is an effort to help address society's most pressing problems by inviting the wealthiest individuals and families in America to commit to giving the majority of their wealth to the philanthropic causes and charitable organizations of their choice either during their lifetime or in their will.

- **Achieving 100:** Building on America's strong tradition of philanthropy, our sights are set on achieving 100 pledgers joining the Giving Pledge. A focus on the 'Founding 100' contributes to a broader trend of Americans who give generously (often at great personal sacrifice) to address the world's most pressing problems.

- **Impact:** The Giving Pledge encourages wealthy families to talk about giving and inspire more people to tackle problems that are inherently difficult and diverse, such as improving education or the criminal justice system or fighting childhood poverty or researching the next medical miracle.

- **Learning:** Pledgers are serious about giving. We are challenging our thinking and learning so much from one another to improve our own efforts to make a difference in building a better world.

# Bios: JPM Participants



**Jes Staley**
**Chief Executive Officer, Investment Bank**

Jes Staley is the CEO of J.P. Morgan's Investment Bank (since 2009). He is a member of JPMorgan Chase's Executive Committee and Operating Committee, the decision-making group for day-to-day strategic and operating matters of the firm.

He was most recently CEO of J.P. Morgan Asset Management, one of the largest asset and wealth managers in the world with over $1.5 trillion of assets under supervision.
Mr. Staley led J.P. Morgan's expansion into alternatives, including J.P. Morgan's strategic partnership with Highbridge Capital Management.

Mr. Staley joined J.P. Morgan in 1979 after graduating from Bowdoin College with a degree in economics. From 1980 to 1989, he worked in the bank's Latin America division, where he served as head of corporate finance for Brazil and general manager of the company's Brazilian brokerage firm. Eight of these years were spent in São Paulo. He was one of the founding members of J.P. Morgan's equities business, which consolidated the firm's extension into investment banking in the early 1990's. He ran Equity Capital Markets and Syndicate.

CONFIDENTIAL                                        GF000668

**BILL & MELINDA GATES foundation**

In 1999, Mr. Staley was tapped to head J.P. Morgan's Private Bank, which under his leadership improved profitability threefold in two years. Late in 2001, he was promoted to his previous position, adding the asset management business to his responsibilities.

Mr. Staley and his wife have two daughters and live in Manhattan. He is an avid sailor and sits on the American Museum of Natural History's Advisory Council and the Board of Trustees of Bowdoin College.



**Mary Callahan Erdoes**
**Chief Executive Officer, Asset Management**

Mary Callahan Erdoes is Chief Executive Officer of J.P. Morgan's Asset Management line of business, one of the largest asset and wealth managers in the world, with $1.5 trillion of assets under supervision (as of July 2009). She is a member of JPMorgan Chase & Co.'s Executive Committee and Operating Committee, the decision-making groups for the day-to-day strategic and operating matters of the corporation.

In 1996, Ms. Erdoes joined J.P. Morgan Investment Management as head of fixed income for high-net-worth individuals, foundations and endowments. In 1999, she became head of Investment Management and Alternative Solutions for the Private Bank. Following the J.P. Morgan/Chase merger in 2000, Ms. Erdoes assumed responsibility for the global suite of investment solutions and investment strategy for private banking clients worldwide. In 2005, Ms. Erdoes was named CEO of J.P. Morgan's Private Bank. In 2008, she became Chairman and CEO of Global Wealth Management at J.P. Morgan, which comprises the Private Bank, Private Wealth Management, and Bear Stearns Private Client Services.

Before joining J.P. Morgan, Ms. Erdoes was a managing director with Meredith, Martin & Kaye, a fixed income specialty advisory firm. Prior to that, she worked at Bankers Trust in corporate finance, merchant banking and high yield debt underwriting.

Ms. Erdoes is a graduate of Georgetown University (B.S.) and Harvard Business School (M.B.A.). She is a member of the Board of Directors of the U.S. Fund for UNICEF. In 2009, Forbes magazine named Mary one of "The 100 Most Powerful Women in the World," and US

Banker magazine featured her among the 25 Most Powerful Women in Banking. She lives in New York City with her husband and three daughters.



**Monica Issar**
**Head of the J.P. Morgan Asset Management Endowments & Foundations Group**

Ms. Issar leads a team of experienced investment specialists, across the firm's Investment Management and Private Banking divisions, who provide customized advisory services and cross asset class investment strategies to public and private endowments and foundations.

CONFIDENTIAL                                                                                                    GF000669



Ms. Issar joined J.P. Morgan Investment Management in 1996, where she worked in the equities business in JPMIM. She then moved to the firm's Private Bank as a senior investment specialist. In this role, she worked with public company CEOs, hedge fund managers and endowment and foundations to create and implement investments strategies to sustain and grow their wealth. She has counseled some of the world's largest charitable organizations on how to successfully navigate complex market environments to ensure they meet their goals.

Ms. Issar is a founding member of J.P. Morgan's Foundation Research and Investment Center, a global multi-disciplinary group focused on providing foundations with insights and services to help them meet their financial and philanthropic goals. She is also a member of the Board of Directors of Community Resource Exchange (CRE), a nonprofit social change consulting firm, and the South Asian Women's Leadership Forum, (SAWLF). In 2009, Ms. Issar was named one of "the Top 1,000 Advisors in the U.S for New York," by Barron's magazine.

Ms. Issar earned both a Bachelor of Science and a Masters of Business Administration from New York University. She lives in New York City with her husband and two children.

CONFIDENTIAL                                                                                                                                        GF000670