# FILED UNDER SEAL

# EXHIBIT 268

|              |                                                                                                                                                                                                                                                                                                                                                                                          |
| ------------ | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| From:        | Richard Henriques                                                                                                                                                                                                                                                                                                                                                                        |
| Sent:        | Tuesday, September 13, 2011 8:17 PM EDT                                                                                                                                                                                                                                                                                                                                                  |
| To:          | Jeff Raikes; Bill Gates; Bill Gates                                                                                                                                                                                                                                                                                                                                                      |
| CC:          | Jenna Brereton (Geneva Global); Connie Collingsworth; Robert Rosen; Gabrielle Fitzgerald; Julie Sunderland; Ernest Loevinsohn; Boris Nikolic; Christine Turner; Andrea Voytko; Rose Patterson; Melinda French; Elizabeth Loy; Michele Boyer; Larry Cohen; Raymond Maas; Boris Nikolic; Christine Turner; Elizabeth Loy; Larry Cohen |
| Subject:     | 8/31 Meeting with Jes Staley et al on Donor Advised Funds                                                                                                                                                                                                                                                                                                                                |
| Attachments: | MP Mtg notescrc doc.docx, Client Molecule Draft.FINAL-pdf.zip                                                                                                                                                                                                                                                                                                                            |

Bill & Jeff,

Connie and I had a very informative discussion with Jes Staley and Mary Erdoes of JPM on August 31 to understand in some depth the "Super Donor Advised Fund" concept JPM is building out – the meeting notes and JPM presentation are attached. An important next is to establish the strategic direction for the foundation and coordination of foundation initiatives targeted at private donors. We will work with Boris to set up a meeting with Bill in October to discuss and receive guidance on alternative approaches to participating in donor advised funds. An agenda and additional background materials will be forthcoming in advance of the meeting. Please let us know if you have any questions of comments in the meantime.

Dick