# FILED UNDER SEAL

# EXHIBIT 270

| | |
|---|---|
| From: | Jeffrey Epstein <jeevacation@gmail.com> |
| To: | jes.staley@jpmorgan.com <jes.staley@jpmorgan.com> |
| Sent: | 4/27/2009 9:55:09 PM |
| Subject: | alexa |

alexa can meet have dinner lunch a weekend with any of the following seth lloyd mit quantum computing.. murray gell-man , santa-fe institute quarks ,, brian greene columbia -string theory,, leonard susskind ,, strings theory, lawrence krause,, origins institute phoenix arizona.. lee smolin perimiter institute, loop quantum gravity , she can see the large hadron collider in switzerland. private tour.

Confidential

JPM-SDNYLIT-00005844