# FILED UNDER SEAL

# EXHIBIT 276

| | |
|---|---|
| **From:** | DeLuca, Phillip A [/O=CORPEXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=PHILLIP.A.DELUCA] |
| **Sent:** | 3/1/2011 8:22:36 PM |
| **To:** | Ryan, Maryanne X [maryanne.x.ryan@jpmchase.com] |
| **Subject:** | RE: Two articles Forbes and huffington Post |

Brunel "ranks among the sleaziest people in the fashion industry. We're talking about a conveyor belt, not a casting couch. Hundreds of girls were not only harassed but molested

**From:** Ryan, Maryanne X
**Sent:** Tuesday, March 01, 2011 3:10 PM
**To:** DeLuca, Phillip A
**Subject:** Two articles Forbes and huffington Post

Forbes blog:

# Jeffrey Epstein: Sex Offender, Yes. Billionaire, No.

Feb. 28 2011 - 2:55 pm | 1,312 views | 0 recommendations | 1 comment
By CLARE O'CONNOR

Epstein's mugshot. Image via Wikipedia

Palm Beach pervert Jeffrey Epstein is all over the news today, thanks to a series of stories in the UK's Daily Mail linking the convicted pedophile and his underage masseuses to scandal-plagued Prince Andrew, the Duke of York. According to the Mail, an Australian woman has filed a writ in civil court saying that she was 'sexually exploited by Epstein's adult male peers including royalty' at age 17.

Just like the last time Epstein hit the headlines – when he was freed from house arrest in July – media outlets on both sides of the pond have described him as a "billionaire". Because we here at Forbes are in the billionaire business, I feel compelled to point out, as I did last summer, that Epstein may deserve all manner of colorful descriptors ("sex offender", "scum bag", etc) but "billionaire" isn't one of them. Here, from my last report on the matter, is why he's never made the Forbes 400:

The source of his wealth — a money management firm in the U.S. Virgin Islands — generates no public records, nor has his client list ever been released. One known client, Leslie Wexner, billionaire founder of The Limited clothing chain, was widely believed to be his benefactor for years and the major source of his wealth: at one time, Epstein was listed as a trustee of The Wexner Foundation, and Wexner reportedly bought Epstein a $13 million New York apartment.

But once Epstein was charged with engaging in sexual activity with minors, Wexner dropped his old friend, replacing him with JPMorgan's Dennis Hirsch. Without Wexner's backing, Epstein is almost certainly not a billionaire — so why is he continually labeled one in the press?

It may all come down to an accident of wording. When asked to turn over his finances to the Florida court in May to establish punitive damages, Epstein's lawyers "agreed to a confidential stipulation that his net worth is in excess of nine figures." *The Palm Beach Post* ran a story following this filing, deeming Epstein a billionaire, while nine figures makes him only a multimillionaire.

"It was a bone of contention with Esptein's lawyers," said Spencer Kuvin, an attorney who represented three of Epstein's alleged victims on the case, of the "billionaire" designation. "In the litigation itself we were never able to get him to produce verified financial information. The 'nine figures' came by negotiation. It kept going up and up and up. They started at zero — they wouldn't tell us at all."

Kuvin added that he and his team "pursued every possible angle" to find out Epstein's net worth but found that much of his wealth is offshore. "We'll never know now because everything was resolved out of court," he said.

Kuvin added that, for the three young women he represented, Epstein's net worth and the resulting amount of settlement they received did not matter compared to the "psychological pain" caused.

"For my clients, the money didn't really matter," he said. "It was more anger than anything."

# Jeffrey Epstein: 'I'm Not A Sexual Predator, I'm An 'Offender,"

**The Huffington Post** LIla Shapiro  First Posted: 02/25/11 04:06 PM Updated: 02/25/11 04:06 PM

Amazing
Inspiring
Funny
Scary
Hot
Crazy
Important
Weird

**Read More:** Jeffrey Epstein

Regards,
Maryanne Ryan, Vice President, AML Operations | JPMorgan Chase Bank, N.A. | Legal and Compliance Department | 194 Wood Avenue South, Floor 4, Iselin, NJ  08830-2710 | ☎ W: 732.452.8071

Confidential

JPM-SDNYLIT-00100423