# FILED UNDER SEAL

# EXHIBIT 189

| | |
|---|---|
| **From:** | robert.a.keller@jpmorgan.com |
| **Sent:** | Wed 11/12/2003 2:41:00 AM (UTC) |
| **To:** | sergeybrin@google.com, larrypage@google.com |
| **Cc:** | james.b.ellis@jpmorgan.com, jes.staley@jpmorgan.com |
| **Subject:** | Thanks and Next Steps |

Sergey & Larry:
Thanks for taking the time yesterday to work through the language and focus
of your trust agreements.  I felt like we made some progress en route to
getting these in place.

I mentioned to Larry at the end of the meeting that we should discuss next
steps related to your affairs outside of the trusts.  You may want to
consider opening brokerage accounts at JPMorgan so that you will be able to
transact and begin to diversify your holdings once there is a public market
for Google shares.  I'd be happy to spend 30-45 minutes with the two of you
to discuss our approach to investment management -- and the services we
provide related to the management of your wealth.

To that end, our Chief Investment Officer, Michael Cembalest, will be in
the Bay Area on December 4th.  Michael's responsibility is to distill the
trends in the economy and capital markets and subsequently determine a
related investment strategy for the firm and our clients.  I would be happy
to introduce you to Michael sometime that afternoon.  It may give you some
insight into our market-oriented investment  focus and how we differentiate
our level of service.

Please let me know if this would be of interest to you both.  It would be a
good next step as you continue to plan for life post IPO.

Thanks again for your time yesterday.
Regards,
Robert

Robert A. Keller
Managing Director
JPMorgan
560 Mission Street, 12th Floor
San Francisco, CA  94105
Voice:  415 315 8844
Fax:  415 315 8116

This communication is for informational purposes only.  It is not intended as
an offer or solicitation for the purchase or sale of any financial instrument
or as an official confirmation of any transaction. All market prices, data
and other information are not warranted as to completeness or accuracy and
are subject to change without notice. Any comments or statements made herein
do not necessarily reflect those of J.P. Morgan Chase & Co., its
subsidiaries and affiliates.

AUBURN-001

AUBURN-002

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| From: | james.b.ellis@jpmorgan.com |
|---|---|
| Sent: | Fri 10/3/2003 12:45:13 AM (UTC) |
| To: | sergey@google.com |
| Cc: | sugarmanmg@cooley.com, larrypage@google.com, robert.a.keller@jpmorgan.com |
| Subject: | Re: Myron Sugarman's engagement letter for work on GRAT plan |

Sergey:

I called Myron Sugarman to discuss how we can help you and Larry start moving forward. He told me that you are sending him a copy of our plan outline and financial projections to review. If he hasn't done so already, may I suggest that Larry also send to Myron the outline and financial projections that we prepared for him? We will need Myron's review and input for both of you.

Myron mentioned that he is getting together with you next Tuesday morning. If you wanted me to attend that meeting, I have the time available. If not, Robert Keller and I will see you at 5:00 on Thursday, as planned. Just let me know.

Best regards,

Jim

James B. Ellis
Managing Director, Wealth Advisory
JPMorgan Private Bank
560 Mission Street
San Francisco, CA 94105
415 315-8855
415 315-8221 (fax)
james.b.ellis@jpmorgan.com
----- Forwarded by James B Ellis/JPMCHASE on 10/02/03 04:38 PM -----

        James B Ellis
                To:    sergey@google.com
    10/02/03 10:19 AM    cc:    kely@google.com
                Subject: Re: Myron Sugarman's engagement letter for work on GRAT plan(Document link:
                James B Ellis)

Sergey:

Here is my availability for next week:

Mon. 10/6   after 2:30 pm
Tues. 10/7  before 11:00 am; after 4:30 pm
Wed. 10/8   before 9:30 am
Thurs. 10/9 9 - 11:00 am; after 2:30 pm

AUBURN-003

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Thurs. 10/

Here are the answers to your questions:

1) What happens to parents and grandmother's trust if they don't use them up?  I.e. is there some kind of tax efficient flow through to the other trusts or something?

Yes, anything left in those trusts will flow to trusts for your children. There will be no income, gift or estate tax when that happens.  If there are no trusts for your children at that time (because you have no children), the remainder would go to other contingent beneficiaries that you designated.  For example, it could go to the trust for your brother's trust.  If you had children after that, some or all of his trust could then go to trusts for your children at that time.

2) By using Larry as a trustee who is a California resident does that create the 50% of California tax and should I consider appointing someone else outside California?

Yes, if Larry and JPMorgan Trust Company of Delaware are cotrustees, half of the trust's accumulated income would be subject to California income tax.  If there is another individual outside of California who would be a good candidate as cotrustee, we definitely should talk about it.  Antother alternative is to name Larry or another individual not as a cotrustee, but as a "trust protector."  This would avoid the California income tax, but still keep him involved with those trust decisions where it is important to have his input.

3) The issue of who pays the income tax on the GRAT still makes me nervous.  I see how I can transfer more wealth by paying it myself but having liabilities dangling out there is unpleasant.  Could I not just make it a bit larger instead?

You can't avoid paying income tax on the GRAT - it isn't a design feature, but something inherent in the GRAT. You can control the amount of tax you would pay by controlling whether and when any Google stock was sold by the GRAT during the two year period that the GRAT runs.  Also, you can control the potential tax by how much stock is put into the GRAT.  If no income is realized by the GRAT during its two year life, you would pay no income tax. One other alternative is to require that the GRAT reimburse you for any income tax paid, and we can discuss how this might work.  You could put in more stock, and include the reimbursement clause, to try and acheive the same net result as using less stock and paying the tax yourself.  There are some tax issues around using reimbursement clauses that we would want to run by Myron Sugarman to be sure that he is comfortable with this alternative.

I look forward to seeing you next week.

Jim

AUBURN-004

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

sergey@google.com
         To:     james.b.ellis@jpmorgan.com, kely@google.com
10/02/03 09:30 AM    cc:
         Subject:  Re: Myron Sugarman's engagement letter for work on GRAT plan

Hi Jim,

Let me try to schedule something for next week.
To get a start perhaps I can ask a few questions right off the bat:

1) What happens to parents and grandmother's trust if they don't use them up?  I.e. is there some kind of tax efficient flow through to the other trusts or something?

2) By using Larry as a trustee who is a California resident does that create the 50% of California tax and should I consider appointing someone else outside California?

3) The issue of who pays the income tax on the GRAT still makes me nervous.  I see how I can transfer more wealth by paying it myself but having liabilities dangling out there is unpleasant.  Could I not just make it a bit larger instead?

--Sergey


On Wed Oct 01 18:09:31 PDT 2003, james.b.ellis@jpmorgan.com
<james.b.ellis@jpmorgan.com> wrote:
>
>
> Sergey:
>
> Thanks for your note.  Please let me know if it would help you if Robert
> and I came by your office to answer any questions on the materials that I
> sent you.  My guess is that if we got no more than 30 minutes of your time,
> we could be ready for Myron Sugarman to begin drafting the GRAT document.
>
> Jim
>
> James B. Ellis
> Managing Director, Wealth Advisory
> JPMorgan Private Bank
> 560 Mission Street
> San Francisco, CA  94105
> 415 315-8855
> 415 315-8221 (fax)
> james.b.ellis@jpmorgan.com
>
>

AUBURN-005

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

>              sergey@google.com
>                     To:
james.b.ellis@jpmorgan.com
>         10/01/03 05:59 PM     cc:
sergeybrin@google.com, jes.staley@jpmorgan.com,
robert.a.keller@jpmorgan.com,
>                     sugarmanmg@cooley.com
>             Subject:  Re: Myron
Sugarman's engagement letter for work on GRAT plan
>
>
> Hi gentlemen,
>
> I apologize for my tardiness here.
> I just got back from europe where I was for almost 2 weeks.
> I will review the docs etc tonight and catch up as quickly as possible.
>
> --Sergey
>
> On Thu Sep 25 11:31:29 PDT 2003, james.b.ellis@jpmorgan.com
> <james.b.ellis@jpmorgan.com> wrote:
> > Sergey:
> >
> > Myron Sugarman is back in his office after being out of town.  He left
me
> a
> > message this morning that he has an engagement letter set to go to you
> for
> > the GRAT planning that we outlined.  I suggested to Myron that he put
it
> in
> > the mail to you, in order to keep this project moving forward, given
that
> > it is time-sensitive.
> >
> > Do you have any comments on the financial projections and the plan
> outline
> > that I sent to you?   If it looks okay to you, may I send it to Myron
to
> > see if he has any suggestions before he starts drafting the trust
> > documents?
> >
> > Best regards,
> >
> > Jim
> >
> > James B. Ellis
> > Managing Director, Wealth Advisory
> > JPMorgan Private Bank
> > 560 Mission Street
> > San Francisco, CA  94105
> > 415 315-8855
> > 415 315-8221 (fax)
> > james.b.ellis@jpmorgan.com
> >
> > This communication is for informational purposes only.  It is not

AUBURN-006

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

> intended as
> > an offer or solicitation for the purchase or sale of any financial
> instrument
> > or as an official confirmation of any transaction. All market prices,
> data
> > and other information are not warranted as to completeness or accuracy
> and
> > are subject to change without notice. Any comments or statements made
> herein
> > do not necessarily reflect those of J.P. Morgan Chase & Co., its
> > subsidiaries and affiliates.
> >
> >
>
> This communication is for informational purposes only.  It is not
intended as
> an offer or solicitation for the purchase or sale of any financial
instrument
> or as an official confirmation of any transaction. All market prices,
data
> and other information are not warranted as to completeness or accuracy
and
> are subject to change without notice. Any comments or statements made
herein
> do not necessarily reflect those of J.P. Morgan Chase & Co., its
> subsidiaries and affiliates.
>
>
>

This communication is for informational purposes only.  It is not intended as
an offer or solicitation for the purchase or sale of any financial instrument
or as an official confirmation of any transaction. All market prices, data
and other information are not warranted as to completeness or accuracy and
are subject to change without notice. Any comments or statements made herein
do not necessarily reflect those of J.P. Morgan Chase & Co., its
subsidiaries and affiliates.

AUBURN-007

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**From:** "Walma Crittenden" <walma@google.com>

**Sent:** Thur 9/11/2003 8:04:39 PM (UTC)

**To:** "'Larry Page'" <page@google.com>

**Subject:** Sergey would like for you to come by and meet Jes Staley (KP Morgan)

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**From:** Larry Page <page@google.com>

**Sent:** Sat 7/26/2003 9:16:23 AM (UTC)

**To:** Sergey Brin <sergey@google.com>

**Subject:** Re: another interview

probably add andy b., vinod, bill campbell, bill joy


On Fri Jul 25 14:47:09 PDT 2003, Sergey Brin <sergey@google.com> wrote:
> I did another quick phone interview - see below for notes.
> I'm thinking of sending a request for recommendation to a few high net
> worth people we know.  Who do you think should be on the list:
> doerr, moritz,ram,andy,omidyar,...
>
> --Sergey
>
> Jes Staley from JP Morgan
>
> move shares around early
> charitable trusts - out of lockup provision
> 180 day lockup norm
> sell into ipo a bit
>
> personal
>
> sabann entertainment
> buying kirsh media
> haim
>

AUBURN-009

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**From:**         Sergey Brin <sergey@google.com>

**Sent:**         Fri 7/25/2003 9:47:10 PM (UTC)

**To:**         Larry Page <larry@google.com>, "'Eric Schmidt'" <eschmidt@google.com>

**Subject:**         another interview

I did another quick phone interview - see below for notes.
I'm thinking of sending a request for recommendation to a few high net
worth people we know.  Who do you think should be on the list:
doerr, moritz,ram,andy,omidyar,...

--Sergey

Jes Staley from JP Morgan

move shares around early
charitable trusts - out of lockup provision
180 day lockup norm
sell into ipo a bit

personal

sabann entertainment
buying kirsh media
haim

AUBURN-010

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | "Eric Schmidt" <eschmidt@google.com> |
| **Sent:** | Tue 5/20/2003 6:05:02 PM (UTC) |
| **To:** | "'Larry Page'" <larry@google.com>, "'Sergey Brin'" <sergey@google.com>, "'David Drummond'" <ddrummond@google.com> |
| **Subject:** | FW: No Subject |

I've sent him back a nice reply saying he should stop by for a chat.  I'm assuming that we don't want to hire him as a consultant during this current period.  On the other hand he is the only person I know in our industry who is clever enough to match wits with Sergey and Jeffrey Epstein on financial strategies, etc.

I think it would be good for Sergey in particular to talk with Frank.

Thanks Eric

-----Original Message-----
**From:** ▮▮▮▮▮▮ [mailto▮▮▮▮ @ ▮▮ ▮▮▮]
**Sent:** Tuesday, May 20, 2003 1:20 PM
**To:** eschmidt@google.com
**Subject:** No Subject

hi eric

congratulations on the continued success of google!

i just wanted to let you know that, now that i am no longer affiliated with csfb, i am giving some thought to what kinds of projects might be fun and intellectually stimulating, and would make the world a better place. while many of those projects might involve charitable or public policy initiatives, there a small number of business projects that might be exciting as well.

along those lines, making a contribution to google's long-term success in some way is very intriguing to me. as the first banker to have met with the company and a passionate user, i believe that google is one of the few "order of magnitude" companies having a profound enough impact on the world to join microsoft, intel, and cisco in the technology hall of fame.

i am wondering if there is some way that i might be able to assist you and your board, perhaps as an independent consultant in helping think through strategic and financial alternatives, selecting bankers if appropriate, and navigating the strange new world that public companies and those considering going public need to cope with.

as you may know, the structural changes required by the global settlement of spitzer's investigation into wall st. research and allocation practices will have a significant impact on how investment bankers and research analysts can interact with each other and with corporate clients. in particular, analysts will no longer be able to be compensated for investment banking deals, will not be able to attend "bake-off" presentations or ipo road shows and will not be able to promise research coverage as part of an investment banking relationship.

as a result, the traditional emphasis placed on research coverage in selecting banks needs to be re-evaluated. many believe that the very best analysts will leave wall st. due to bleak

AUBURN-011

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

compensation prospects. chuck phillips, in my opinion the very best analyst in any sector, just left morgan stanley to join oracle. i believe many more will follow. the implications for the ipo market, capital formation, trading liquidity and financing alternatives are potentially staggering in the aggregate. along with the shrinkage of wall st.'s commitment to the technology sector and silicon valley, i believe it will become increasingly difficult for most private companies to get attention from investment banks and investors. combine this with the frictions imposed by sarbanes-oxley and i sometimes wonder why any company would want to be public in today's world.

google will be one of the very few companies that has what it takes to rise above the high bar set by this new environment. i would hope that my experience in guiding cisco, netscape, amazon and others through similarly turbulent environments, and my understanding of the impact of the new structural changes facing investment banks, companies and investors, could help google clear the bar  with a "bob beamon-esque" margin of safety (apologies for the mixed metaphor of pole vault with long jump, but somehow it seemed appropriate).

please let me know if you would like to explore this further. in any event, i hope we can catch up soon, and wish you continued success and happiness.

best regards,

frank

cell ████████

AUBURN-012

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Sergey Brin <sergey@google.com> |
| **Sent:** | Thur 4/3/2003 12:34:09 AM (UTC) |
| **To:** | Linda Stone <linda@iocaine.com> |
| **Cc:** | page@google.com, lesley@naproperty.com |
| **Subject:** | Re: Jeffrey Epstein |

I'm currently planning to me in NY on 4/10 and 4/11 though I might also swing by on
4/15 night - 4/16 day.  Plans are still a bit in flux.  It would be fun to meet up with
Jeff.  My plans should stabilize by the end of the week.

Cheers,
--Sergey

On Mon Mar 31 23:03:53 PST 2003, Linda Stone <linda@iocaine.com> wrote:
> you all in ny on 4/14, 15 or 16?  you can call or email Lesley at
> 212-750-9895 or lesley@naproperty.com
>
> how are you guys doing?  very fun to see you last month at Louis and Jane's!
>
> Linda
> ----- Original Message -----
> From: "Lesley Taylor" <Lesley@naproperty.com>
> To: <linda@iocaine.com>
> Sent: Monday, March 31, 2003 6:14 AM
>
> Hello Linda!  I'm back and yes, it was marvelous!  JE would like you to
> tell the Google guys he will be in NY the 14th, 15th and 16th.  (Sergey
> and Larry)  Might they be around?  Thanks, Lesley Groff!
>
>

AUBURN-013

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | "Linda Stone" <linda@iocaine.com> |
| **Sent:** | Tue 4/1/2003 7:25:18 AM (UTC) |
| **To:** | "Larry Page" <page@google.com> |
| **Subject:** | Re: Jeffrey Epstein |

one of these times when you are going to NY, let me know.  if it's a time
when JE is there and I can be there, I'll put a dinner together at JE's.
His home is a converted elementary school.  It's amazing and we've had some
really interesting dinners there.

Larry, I'm back to work on my book (finally!) and want to talk with you
about it at some point.  Will let you know when I'll be in the bay area
next.

best,
Linda
----- Original Message -----
From: "Larry Page" <page@google.com>
To: "Linda Stone" <linda@iocaine.com>
Sent: Monday, March 31, 2003 11:18 PM
Subject: Re: Jeffrey Epstein


> Thanks.  I'm not planning to be in NY, but Sergey might...
>
> -L
>
> On Mon Mar 31 23:03:53 PST 2003, Linda Stone <linda@iocaine.com> wrote:
> > you all in ny on 4/14, 15 or 16?  you can call or email Lesley at
> > 212-750-9895 or lesley@naproperty.com
> >
> > how are you guys doing?  very fun to see you last month at Louis and
Jane's!
> >
> > Linda
> > ----- Original Message -----
> > From: "Lesley Taylor" <Lesley@naproperty.com>
> > To: <linda@iocaine.com>
> > Sent: Monday, March 31, 2003 6:14 AM
> >
> > Hello Linda!  I'm back and yes, it was marvelous!  JE would like you to
> > tell the Google guys he will be in NY the 14th, 15th and 16th.  (Sergey
> > and Larry)  Might they be around?  Thanks, Lesley Groff!
> >
> >
>
>

AUBURN-014

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**From:**        Larry Page <page@google.com>
**Sent:**        Tue 4/1/2003 7:18:58 AM (UTC)
**To:**          Linda Stone <linda@iocaine.com>
**Subject:**     Re: Jeffrey Epstein

Thanks.  I'm not planning to be in NY, but Sergey might...

-L

On Mon Mar 31 23:03:53 PST 2003, Linda Stone <linda@iocaine.com> wrote:
> you all in ny on 4/14, 15 or 16?  you can call or email Lesley at
> 212-750-9895 or lesley@naproperty.com
>
> how are you guys doing?  very fun to see you last month at Louis and Jane's!
>
> Linda
> ----- Original Message -----
> From: "Lesley Taylor" <Lesley@naproperty.com>
> To: <linda@iocaine.com>
> Sent: Monday, March 31, 2003 6:14 AM
>
> Hello Linda!  I'm back and yes, it was marvelous!  JE would like you to
> tell the Google guys he will be in NY the 14th, 15th and 16th.  (Sergey
> and Larry)  Might they be around?  Thanks, Lesley Groff!
>
>

AUBURN-015

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| **From:** | "Linda Stone" <linda@iocaine.com> |
|---|---|
| **Sent:** | Tue 4/1/2003 7:03:54 AM (UTC) |
| **To:** | <page@google.com>, "Sergey Brin" <sergey@google.com> |
| **Subject:** | Jeffrey Epstein |

you all in ny on 4/14, 15 or 16?  you can call or email Lesley at
212-750-9895 or lesley@naproperty.com

how are you guys doing?  very fun to see you last month at Louis and Jane's!

Linda
----- Original Message -----
From: "Lesley Taylor" <Lesley@naproperty.com>
To: <linda@iocaine.com>
Sent: Monday, March 31, 2003 6:14 AM


Hello Linda!  I'm back and yes, it was marvelous!  JE would like you to
tell the Google guys he will be in NY the 14th, 15th and 16th.  (Sergey
and Larry)  Might they be around?  Thanks, Lesley Groff!

AUBURN-016

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Can you set this up?

Thx.

---------- Forwarded message ----------
From: Helen Kim <helen@ellmax.com>
Date: Fri Mar 21 06:20:09 PST 2003
Subject: Jeffrey Epstein would like set up a phone call with you.
To: page@google.com

Dear Mr. Larry Page,

 Jeffrey Epstein would like to speak with you.  What time would be good
 for him to call you and at what number?

 Kind Regards,

 Helen Kim

 Assistant to Jeffrey E. Epstein

 EPSTEIN INTERESTS

 (212) 750-9895

Attachments:
noname (text/html) 1K

AUBURN-017

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | Larry Page <page@google.com> |
| **Sent:** | Fri 3/21/2003 4:34:22 PM (UTC) |
| **To:** | Katherine Ely <kely@google.com> |
| **Subject:** | Fwd: Jeffrey Epstein would like set up a phone call with you. |

Can you set this up?

Thx.

---------- Forwarded message ----------
From: Helen Kim <helen@ellmax.com>
Date: Fri Mar 21 06:20:09 PST 2003
Subject: Jeffrey Epstein would like set up a phone call with you.
To: page@google.com

Dear Mr. Larry Page,

Jeffrey Epstein would like to speak with you. What time would be good
for him to call you and at what number?

Kind Regards,

Helen Kim

Assistant to Jeffrey E. Epstein

EPSTEIN INTERESTS

(212) 750-9895

Attachments:
noname (text/html) 1K

Dear Mr. Larry Page,

Jeffrey Epstein would like to speak with you. What time would be good for him to call you and at what
number?

Kind Regards,
Helen Kim
Assistant to Jeffrey E. Epstein
EPSTEIN INTERESTS
(212) 750-9895

AUBURN-018

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | "Helen Kim" <helen@ellmax.com> |
| **Sent:** | Fri 3/21/2003 2:20:10 PM (UTC) |
| **To:** | <page@google.com> |
| **Subject:** | Jeffrey Epstein would like set up a phone call with you. |

Dear Mr. Larry Page,

Jeffrey Epstein would like to speak with you.  What time would be good for him to call you and at what number?

Kind Regards,
Helen Kim
Assistant to Jeffrey E. Epstein
EPSTEIN INTERESTS
(212) 750-9895

AUBURN-019

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| **From:** | "Eric Schmidt" <eschmidt@google.com> |
| **Sent:** | Fri 2/28/2003 5:30:00 PM (UTC) |
| **To:** | "'Larry Page'" <larry@google.com>, "'Sergey Brin'" <sergey@google.com> |
| **Subject:** | Larger than life figure |

Jeffrey Epstein

www.newyorkmetro.com/nymetro/news/people/n_7912/

Maybe he should help us with our financing decisions!  Eric

AUBURN-020

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| From: | robert.a.keller@jpmorgan.com |
|---|---|
| Sent: | Fri 10/10/2003 10:34:22 PM (UTC) |
| To: | sergeybrin@google.com, larrypage@google.com |
| Cc: | james.b.ellis@jpmorgan.com, jes.staley@jpmorgan.com, sugarmanmg@cooley.com |
| Subject: | GRAT: Revised Analysis |
| Attachment: | Brin - GRAT 10-03.pdf |
| Attachment: | Page - GRAT 10-03.pdf |

Sergey & Larry:
Thanks so much for taking the time to meet yesterday.

As follow up, I am enclosing a revised analysis for the GRATs under consideration -- to illustrate the scenarios discussed yesterday related to:  1) 3% annual payouts of the trusts; and 2) whether taxes are paid by the Trust or the Grantor.   Both 5% and 10% contributions to the GRATs are considered in the scenario analysis.

These scenarios and associated wealth projections are best summarized and depicted on page 7 (5% case) and page 8 (10% case) of the presentations attached.  Please note that for comparative simplicity, we have assumed a per share price of $40.00 so that the effects of the annual payouts and tax payment considerations are better illustrated.  In the Appendix, each scenario (four in total) is then evaluated across the $30-50 share price range that we reviewed yesterday.

We hope this is helpful.  Again, it was good to see the two of you yesterday.  Please feel free to call Jim Ellis or myself if you have any additional questions.

Thanks,
Robert

(See attached file: Brin - GRAT 10-03.pdf)  (See attached file: Page - GRAT 10-03.pdf)

Robert A. Keller
Managing Director
JPMorgan
560 Mission Street, 12th Floor
San Francisco, CA  94105
Voice:  415 315 8844
Fax:  415 315 8116


This communication is for informational purposes only.  It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of J.P. Morgan Chase & Co., its subsidiaries and affiliates.

AUBURN-021

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AUBURN-022

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

| From: | John Brockman <brockman@edge.org> |
|---|---|
| Sent: | Thur 11/17/2005 6:29:44 PM (UTC) |
| To: | chris@ted.com (Chris Anderson), chris@wiredmag.com (Chris Anderson), jeff@amazon.com (Jeff Bezos), sb@gbn.org (Stewart Brand), sergey@google.com (Sergey Brin), anne@passportcapital.com (Anne Wojcicki), SteveC@aol.com (Steve Case), gdyson@ias.edu (George Dyson), littlestjeff@yahoo.com (Jeffrey Epstein), danny@appliedminds.net (Danny Hillis), shanlon@dekaresearch.com (Dean Kamen), mitch@osafoundation.org (Mitch Kapor), kk@kk.org (Kevin Kelly), nathanm@intven.com (Nathan Myhrvold), pierre@omidyar.org (Pierre Omidyar), tim@oreilly.com (Tim O'Reilly), larrypage@google.com (Larry Page), sriggio@bn.com (Steve Riggio), ericschmidt@google.com (Eric Schmidt), clay@shirky.com (Clay Shirky), charless@intentsoft.com (Charles Simonyi), vardi@attglobal.net (Yossi Vardi) |
| Subject: | Evolution on Indirect Reciprocity |
| Attachment: | nature04131.pdf |

In 1971, while a graduate student at Harvard, Robert Trivers published a paper ("The evolution of reciprocal altruism") that famously introduced the idea of "third-party altruism", later refined as "indirect reciprocity".

These ideas were developed by people like Robert Axelrod in the 1980s and in the collaborative research of mathematician Karl Sigmund and mathematical biologist Martin Nowak in the 1990s. (Thanks to Jeffrey Epstein's endowment, Martin is now the director of The Program for Evolutionary Dynamics at Harvard.)

Martin and Karl have just published an important review article on indirect reciprocity in NATURE. Below is the abstract. I attach a pdf. For friends in the EDGE community interested in online reputation as evidenced in the workings of amazon reviews, eBay buyer and seller reputations, and Google page rankings, etc., their article is must reading.

Best,

JB

===

EVOLUTION OF INDIRECT RECIPROCITY
Martin A. Nowak and Karl Sigmund
Nature 437, 1291-1298 (27 October 2005) | doi:10.1038/nature04131

Natural selection is conventionally assumed to favour the strong and selfish who maximize their own resources at the expense of others. But many biological systems, and especially human societies, are organized around altruistic, cooperative interactions. How can natural selection promote unselfish behaviour? Various mechanisms have been proposed, and a rich analysis of indirect reciprocity has recently emerged: I help you and somebody else helps me. The evolution of cooperation by indirect reciprocity leads to reputation building, morality judgement and complex social interactions with ever-increasing cognitive demands.

AUBURN-023

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

MARTIN NOWAK heads The Program for Evolutionary Dynamics, Department
of Organismic and Evolutionary Biology, Department of Mathematics,
Harvard University. KARL SIGMUND is on  the Faculty for Mathematics,
University of Vienna

=====
Also on EDGE:
"Indirect Reciprocity: Assessment Hardwiring, and Reputation: A Talk
with Karl Sigmund". (December 2004)
http://www.edge.org/3rd_culture/sigmund04/sigmund04_index.html

Robert Trivers: An Edge Special Event - Co-hosted by The Program for
Evolutionary Dynamics at Harvard University, Martin Nowak, Director
(October 2004)
http://www.edge.org/3rd_culture/trivers04/trivers04_index.html
=====


--
John Brockman
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Edge Foundation, Inc.            brockman@edge.org
5 East 59th Street               tel: 212.935.8900 x11
New York, NY 10022               fax: 212.935.5535
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Visit the EDGE Website at: http://www.edge.org
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

AUBURN-024

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER