UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS,<br><br>      Plaintiff,<br><br>  -v-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>      Defendant/Third-Party Plaintiff,<br><br>  -v-<br><br>JAMES EDWARD STALEY,<br><br>      Third-Party Defendant. | 22 Civ. 10904 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    Pursuant to the Court's Order of October 30, 2025, see ECF No. 382, the parties have supplied the Court with ten exhibits (distinct from the numerous other exhibits in this case that, having now been unsealed, have been filed by the parties on the public record, see ECF No. 383) as to which they had raised particularized requests for redactions beyond those considered with respect to other exhibits. The Court has now personally reviewed those ten exhibits and heard further arguments from the parties as to what further redactions, if any, should be made. Accordingly, all ten exhibits, as now finally redacted, are hereby attached and made part of the public record.

    SO ORDERED.

New York, New York
October 31, 2025

                                        JED S. RAKOFF, U.S.D.J.