# **FILED UNDER SEAL**

# **EXHIBIT 167**

| | |
|---|---|
| From: | Paul V Morris <paul.v.morris@jpmorgan.com> |
| To: | John J Wattiker <john.j.wattiker@jpmorgan.com> |
| Sent: | 12/13/2010 7:42:38 PM |
| Subject: | RE: For the strategy session ... |

```
John,

Top 3 clients are 1. Jeffrey Epstein, investment professional/active trader w/ GIO, $500
million NW, 2. ████████████████, leading private equity firm to energy industry, NW
>$1.0 billion, 3. ██████████████████████████, NW> $1.0 billion

Sleeping giants: 1. ████████████ & family, 2. ████████, 3. ████████, 4. ████
████ 5. ████ family,

thanks John
-----Original Message-----
From: John J Wattiker
Sent: Monday, December 13, 2010 11:58 AM
To: PB Closely Held All Bankers
Subject: FW: For the strategy session ...

All,

Just a friendly reminder to get me your top 3 clients and your "sleeping giants" by end of
the day. When you send you names also, please include a one-liner about who they are,
estimated TNW, and any other high-level details which might be helpful for the team to get
a better idea of possible opportunities.

Thanks to all,

John

_____
John Wattiker | JPMorgan | The Private Bank
270 PARK AVENUE, 27TH FLOOR | NEW YORK, NEW YORK 10017
Telephone: 212.464.2615  | Facsimile: 212.464.2410 | Email: JOHN.J.WATTIKER@JPMORGAN.COM


-----Original Message-----
From: Mary C Casey
Sent: Friday, December 10, 2010 7:55 PM
To: PB Closely Held All Bankers
Cc: John J Wattiker
Subject: For the strategy session ...


Can each of you please identify:

1) Your top 3 clients in your base. Top can be revenues, assets and/or market importance
(ie, if you have a "mega NY name" that is fully deepened but not necessarily your largest
absolute client, you may opt to include it). The goal is to identify the team's marquee
clients so that everyone is aware of them and to determine from what market segment they
come;

2) Your top 5 "sleeping giants". These are the marquee and/or high potential names for whom
we don't have decent penetration or with whom we have no traction. The goal is to identify
those clients that we, as a team, need to build a strategy around.

Please forward these names to John Wattiker by end of day on Monday.
```

Thanks so much and happy weekend;

Mary

Confidential

JPM-SDNYLIT-00011655