# FILED UNDER SEAL

# EXHIBIT 175

| Section |
|---|
| Beginning in 2011 Jes Staley and Mary Erdoes have regular communication with Jeffrey Epstein relating to certain strategic initiatives and business proposals. There are occasional personal e-mails between Erdoes and Epstein interspersed within this time period. |
| Certain messages appear to relate to lawsuits and litigation involving Epstein, JPMC, Bear Stearns, Highbridge, Zwirn etc. or the Firm's maintenance of a relationship with Epstein in general. |
| Jeffrey Epstein appears to be helping Jes Staley with the graduate school admissions process for his daughter Alexa |
| Jeffrey Epstein appears to maintain a particularly close relationship with Prince Andrew the Duke of York and Lord Peter Mandelson, a senior member of the British Government. He also appears to have a close relationship with Sultan Ahmed bin Sulayem who is a senior UAE official involved in ownership of the Dubai Ports. Lord Peter Mandelson |
| Jeffrey Epstein appears to maintain relationships with a number of senior business executives and senior government officials globally. |
| Jeffrey Epstein makes limited references to his interest in women but no explicit references to age. There are also some comments which, while unconfirmed, may have the appearance of relating to inappropriate behavior with one reference between Epstein and Staley to a modeling agency: |
| Jes Staley appears to have a close relationship with Jeffrey Epstein, regularly communicating with him and seeking advice from him including while Epstein is incarcerated. Other employees also communicate with Epstein intermittently on a variety of matters. |
| Prince Andrew, Duke of York |
| Sultan Ahmed bin Sulayem |

| Email_ | Email_Date | Email_Text | count(Email_Text_Order) |
|---|---|---|---|
| 1 | 7/10/2008 | Staley writes to Epstein, "I miss you. The world is in a tough place. Hang in there." Epstein replies on July 11th, "So am I." | 1 |
| 2 | 7/16/2008 | Staley writes to Epstein: | 1 |
| 3 | 7/16/2008 | "Jamie wants me to tell him how much I should make this year, given the expected bank results and my results. To put it in context, my business will be down around 15% this year. What do you think? I hope you're managing. I miss our calls. Its boring without you around? Do you have any books yet?" | 1 |
| 4 | 7/16/2008 | Epstein replies the next day, "Tell him a one million dollar increase to 25 mIllion.. The times are tougher and the market would pay more for you to be a trouble shoooter at one of the messes..  Plus options    you can point out that your options aren;t worth much, and that for two years you were underpaid.. He cannot reduce your salary.. It can't be stay with me and you'll be fine, and the future will take care of itself, and when the future is tough ou get penalized.. DO Not give in.  I'll try to call later today" | 1 |
| 5 | 7/18/2008 | Staley mentions to Epstein that he is in Miami three times in January and asks if he can visit. Epstein replies "Yes,,don't  give in to a reduction…" | 1 |
| 6 | 7/31/2008 | Staley writes to Epstein ""Hey boss, We just got done with Jamie's off site. I think we did ok. The mortgage market continues to deteriorate. But with commodities coming off we are betting that markets will start to improve…. I hope you are hangin there. Just think of the island and my boat anchored in front. I do." | 1 |
| 7 | 8/22/2008 | Staley writes to Epstein ""I'm trying to do two deals at the same time: buy dimensional and sell american century. It's going to be an interesting fall. I will miss stopping by your office for advice." | 1 |
| 8 | 9/26/2008 | Staley writes to Epstein: | 1 |
| 9 | 9/26/2008 | "Wamu is an unbelievable deal. But thus is still going out of control. I need a break" | 1 |
| 10 | 9/26/2008 | Epstein replies the next day, "Ou'll have plent of time.  Enjoy this, its a once in a lifetime opportunity, make friends. Keep your eyes open for opportunity." | 1 |
| 11 | 9/27/2008 | Staley replies later on September 27, writing "I miss you. What a deal Jamie did. I'm spending a lot of time with Treasury. The Private Bank has brought in $44 billion dollars in the last two weeks. Unreal. Also, do u know Sheldon Adelson. I am throughing him out of the bank on Monday. Thanks for the note." | 1 |
| 12 | 9/29/2008 | Staley writes to Epstein "I hope you keep the island. We all may need to live there." | 1 |
| 13 | 10/10/2008 | Staley writes to Epstein ""I am dealing with the Fed on an idea to solve things. I need a smart friend to help me think through this stuff.  Can I get you out for a weekend to help me (are they listening?). " | 1 |
| 14 | 10/10/2008 | Staley forwards Epstein a term sheet that was sent to others at the Treasury/Fed | 1 |
| 15 | 11/9/2008 | Staley writes "My one exposure is if Glenn slips. He has to stay correct, and show calmness." Glenn may be a reference to Glenn Dubin who founded Highbridge. | 1 |
| 16 | 12/30/2008 | Epstein writes to Staley, "sunday will  not work for me ., everyone is gone  except the housekeepers, you are more than welcome to use the house . you will be well looked after. the chef from paris is there." Staley replies the next day, I think I will head back. If something changes , let me know. Otherwise I've asked Rosa to make a date free in early January for me to visit the Palm Beach office and spend some time with you." | 1 |
| 17 | 3/18/2009 | Staley writes to Epstein, "Sorry I missed you today. The Ford TALF deal is a big deal. Let's talk tomorrow." | 1 |
| 18 | 4/24/2009 | Epstein writes to Staley, "American cemtury?" Staley replies the same day "I may have resolved it today. I will call u after lunch." | 1 |
| 19 | 6/19/2009 | Staley writes to Epstein "We settled with Am Century. Details tomorrow. I kept reminding myself of this being 'cute.' Thanks for your counsel." | 1 |
| 20 | 7/22/2008 | Epstein writes to Staley "free and home." Staley replies the same day, "Three solid days of reviewing our $20 b real estate portfolio" | 1 |
| 21 | 9/3/2009 | In September 2009~, there are a number of e-mails in which it appears Epstein has advanced knowledge of Staley's move into the IB CEO role: | 1 |
| 22 | 9/3/2009 | Epstein writes to Staley "I am told you are on track." | 1 |
| 23 | 9/11/2009 | Epstein writes to Staley, "slow thoughtful,, un emotional. .. the thought is that co=head of both asset and ib is ok,, steves really a dead man walking. so little he can do." This appears to be a reference to Steve Black who was head of the investment bank at JPMC until being named a Vice Chairman of the Firm in January 2010~. Jes Staley became the sole CEO of the investment bank on the back of that move. | 1 |
| 24 | 9/21/2009 | Epstein writes to Staley, "more edits? What day london?, keep an eye on steve, , ithink he now knows" | 1 |
| 25 | 9/25/2009 | Epstein writes to Staley, "message to be delivered THREE parts    1—I know this must be difficult for you….2.. I will really need you help. you've done a great job …. 3. I would like this transistion to go as smooth as possible, and would welcome any suggestions.==========Nothing more,,short sweet   in response to any questions -  there are lots of details to be worked out,,. you and I need to spend some real time WHEN I GET BACK>" | 1 |
| 26 | 9/27/2009 | Kristin Lemkau sends Staley a draft organizational announcement regarding Steve Black becoming Executing/Vice Chairman and Staley stepping into the CEO role. Staley then forwards to Epstein as "FYI." | 1 |
| 27 | 9/28/2009 | Epstein writes to Staley, "Steve and you should agree guidelines for comp,, so it protects you from him promising someone something for next year that you will be forced to live with.. He and you should agree on comp. , and then he should execute.. stay out of it, but oversee it.    your risk is he will make you look like the bad guy , for people that you will have to win over/" | 1 |
| 28 | 9/19/2009 | Epstein and Staley appear to exchange edits on a speech that Staley is delivering which appears to be hosted by the Bahrain Economic Development Board, Central Bank of Bahrain and Bahraini Association of Banks. | 1 |
| 29 | 10/18/2009 | Epstein writes to Staley, "feel free to call often, it is difficult for the quarterback to see the playing field. That's why he calls up to the box" | 1 |
| 30 | 10/23/2009 | Epstein writes to Staley, "my suggestion Your first Great move , should be a new  CHina, initiative.  first it was alternative investments now china. , you should have a dedicated china entity ,  with  its own board of advisors, should include china politicos. they love to travel. you should be their link to treasury.. or you can issue credit default swaps, for their investment in us co , and you can ask the treasury to be the third party - just  an example." Staley replies, "Brilliant!" | 1 |
| 31 | 10/25/2009 | Epstein writes to Staley, "One big problem that in china is how to maintain good relationship (Guangxi) with the  employees/  Chinese emphasize courtesy and face-saving. This has to do  with China's culture. Being courteous to government officials, and employees are essential. Chinese people are hospitable, but it is easy to insult them.. ; like blacks who don't want to be dissed This craziness is accentuated in the north , which has complex rules of 'face-saving'.  I will send someone to you this week for a coffee, that will explain some of this" | 1 |
| 32 | 10/26/2009 | Epstein writes to Staley, "i have organized a quick tutorial for you tomorrow any time,, oxford educated, speaks fluent chinese... the answer to" do you move your trading op there is"     ASK THEM… make the chinese part of the process..  i want to build a relationship,, i seek your advice, we are in this for the long term. i have the greatest respect for your culture, and will attempt to learn,, forgive me if i make mistakes early, it is only out of a desire to learn,, BLAH BLAH BAH". Staley asks if they can be in London because he is there "tonight and tomorrow night beginning the management changes I need to make." Epstein writes that the individual is in New York and then "I will lay the groundwork" | 1 |
| 33 | 10/27/2009 | Epstein writes Staley an extensive e-mail laying out the steps necessary for JPMC to expand its business in China down to details surrounding culture, office locations and suggestions for approaching government officials. | 1 |
| 34 | 10/30/2009 | Staley asks Epstein "Any chance I can go to Santa Fe?" Then on November 1, 2009 Staley writes to Epstein "So when all hell breaks lose, and the world is crumbling, I will come here, and be at peace. Presently, I'm in the hot tub with a glass of white wine. This is an amazing place. Truly amazing. Next time, we're here together. I owe you much. And I deeply appreciate our friendship. I have few so profound." | 1 |
| 35 | 11/28/2009 | Epstein writes to Staley "I think you might want to approach abu dhabi, and say as a key player in the world financial system , you will advise them for free. If and only if they decide to implement your advicei.e. sale of assets. thats how you will be compensated.  just an idea" | 1 |
| 36 | 11/29/2009 | Staley forwards Epstein what appears to be an internal e-mail regarding discussions with senior officials in the Dubai and Abu Dhabi departments of finance. Brian Sankey suggests that Jes Staley speak with Hani Deaibes who is a current JPMC employee involved in Middle East Debt Capital Markets. | 1 |

| Email_ | Email_Date | Email_Text | count(Email_Text_Order) |
|---|---|---|---|
| 37 | 12/1/2009 | Epstein writes to Staley "The first most elegant deal that you can do. is to have China buy Dubai World Ports. They want turnkey, ops where they can then use their worldwide construction cos for building.  would be a first great deal for the new ceo of the IB" | 1 |
| 38 | 12/3/2009 | Staley writes to Epstein, "I realize the danger in sending this e-mail. But is was great to be able, today, to give you, in New York City, a long heartfelt, hug. To my friend, thanks. Jes" It appears that at this point in time Epstein was not permitted to leave the state of Florida based on the terms of his sentence which provides context to the preface of Staley's e-mail. | 1 |
| 39 | 12/17/2009 | Epstein writes to Staley "do you think Jamie would consider upping the amount paid to the small business fund by an additional 25. If the tax on bonuses was lowered?" | 1 |
| 40 | 12/20/2009 | Staley sends an e-mail to Epstein which includes a lengthy list of bullet points, some of which include confidential JPMC information, that appear to address questions surrounding an internal discussion on compensation with JPMC (potentially for the Firm's Risk Committee). | 1 |
| 41 | 12/26/2009 | Epstein writes to Staley "I think your presentation to the risk commitee should be made by others, and attended by you. " I've asked them to explain to US".. not you explaining to them.  its too early for you to be seen as lecturing. slowly slowly" | 1 |
| 42 | 1/6/2010 | Staley writes to Epstein "Fun tonight. What do we do next?????" Jeffrey Epstein e-mails Staley shortly after and writes "my car and driver, , former dea armed. will pick you up in st thomas we have all the on field permits.. helicopter also availble for a tour around , … remember I own the two big marinas.. yacht haven grand, in st thomas and the marina at red hook… you can use my atv's  jet ski ,gym etc. , i will organize the harbor at Norman island if you like, in the bvil . as well as lunch at  guana." | 1 |
| 43 | 1/11/2010 | Staley's Admin Assistant e-mails Epstein and writes "Hi Jeffrey:  If available, Jes would like to use the Yacht Haven Grand marina this Wednesday and Thursday nights.  At your convenience, can you please let me know who I can contact to arrange.  Also, can you please let me know if you have US Customs at the marina.  Captain Bill Truesdale would like to clear at the marina if possible.  Many thanks, Rosa" | 1 |
| 44 | 1/14/2010 | Staley writes to Epstein "Arrived at your harbor. Someday, we have to do this together." | 1 |
| 45 | 1/22/2010 | Epstein writes to Staley "As I said at dinner, you are perceived as too big. however with the new campiagn finance law, you are also now seen as very very powerful.  The chancelor of the exchequer , Darling is willing to sit with you and discuss these issues in Davos.  I think you should decline , and set a real meeting. not a meeting squeezed between lunches and others. We should talk." | 1 |
| 46 | 1/25/2010 | Epstein writes to Staley "the more time you have to announce the better. Ive set up you and peter to meet in davos with darling. it would be better afterwards to announce.  I would go slowly, this can set the stage for lots to come. Obama really wants a fight. its crzy. " They took bailout money and then ……"  the problems are all inherited , not of his doing, he reached out a hand to help  and was taken advantage of -, typical but problematic." | 1 |
| 47 | 1/25/2010 | Staley sends Epstein an exact numerical breakdown of the number of JPMC employees in the UK by office location. | 1 |
| 48 | 1/27/2010 | Staley inquires with Epstein about whether he can assist in securing an audience with either Peter Mandelson or Alistair Darling who was Chancellor of the Exchequer at the time. | 1 |
| 49 | 3/2/2010 | Staley's Admin Assistant e-mails Epstein (copying Lesley Groff at lgroff@dkipllc.com) noting that Staley will "be there at 8:30pm". | 1 |
| 50 | 3/18/2010 | Epstein writes to Staley "youre covered for the end of the month" to which Staley replies "the stars align" | 1 |
| 51 | 4/10/2010 | Tom Pritzker (TPritzker@pritzkerorg.com) has an e-mail exchange with Staley about what appears to be a family office restructuring where they are engaged with JPMC. Staley forwards the exchange to Epstein. | 1 |
| 52 | 4/13/2010 | Staley writes to Epstein "Tom's handler for cash and investments is John Stellato" | 1 |
| 53 | 5/14/2010 | Staley's Admin Assistant e-mails Epstein meeting materials for a meeting between Staley, Carlin and JPMC with Pritzker. | 1 |
| 54 | 6/20/2010 | Epstein writes to Tom Pritzker and Staley "I spoke to the hutchinson people, they prefer we waituntil the full year results are in. they definitely want out. they want to show the spread between their 3g business and ports." | 1 |
| 55 | 4/12/2010 | Epstein writes "Sarahs boyfriend, story cowles woudl like to work at jpm.. I would very much appeciate it if we can get him in a training program for private banking,,  he is responsible 27, and very personable.  he could be a great asset eventually to your florida office" to which Staley replies "Have him send me his resume." Story Cowles was the boyfriend of Sarah Kellen who was reported to be involved with Epstein's relationships with young women. He was one of the most frequent visitors of Epstein while he was incarcerated in Palm Beach Florida. | 1 |
| 56 | 5/5/2010 | Epstein writes to Staley "story is meeting with Charlie Farhoody and Michael Bruno, tomorrow in palm beach" | 1 |
| 57 | 5/10/2010 | Epstein writes to Staley "any word on Storys interview?" Staley replied "It wasn't great.  No role for now.  They're letting him know." | 1 |
| 58 | 6/9/2010 | Epstein writes to Staley "Do not sell cheap , it will look as you are trying to buy goby" | 1 |
| 59 | 6/12/2010 | Epstein writes to Staley "re. mgm.  consider barry josephson , used ot run paramount.  good guy." | 1 |
| 60 | 6/20/2010 | Staley forwards an internal guidance memo sent to senior executives at JPMC regarding talking points around JPMC negotiations to buy Gavea Investimentos. Gavea was acquired by JPMC with a strategic alliance with Highbridge. | 1 |
| 61 | 9/2/2010 | Staley writes to Epstein "And I just had the most senior meeting JPM has had save for Jamie meeting with Wang Qishan. I spent almost 2 hours with Minister Li Yuanchao of the Organization Department. He will be in the Standing Committee in the next Government. I will tell u what he offered/asked when we meet. Very cool. I'm seeing the Prince this afternoon. " | 1 |
| 62 | 12/27/2010 | Epstein asks Staley where he is and Staley replies "In Bahia, on a beach far from anything. No cell. Sporadic email. Nice break and no need for security. Back a week from today. Scheduled dinner on Little St Jeff's on Jan 21st. I'm in Amerstdam on Jan 6 and Zurich the 7 and 8th. Hope u r on the Island, and avoiding the foreign country called Palm Beach. Jes" | 1 |
| 63 | 1/20/2011 | Tom Pritzker sends Epstein a photo and a note "A picture tells a thousand words. Here is your happy birthday photo. What do all the people in this picture (save one) have in common? tjp". Epstein forwards the email to Staley but it does not appear the photo comes through. | 1 |
| 64 | 1/21/2011 | Staley writes to Epstein "Anchored in Chrismas Cove. Heaven is being on Bequia [Staley's boat]. Safe travels to Paris. And, as always, thanks for the friendship. Jes" Epstein replies "You are welcome to use jet skis snorkels mpvies boats" | 1 |
| 65 | 1/27/2011 | Epstein e-mails Staley an article E-Mails Show Bear Stearns Cheated Clients out of Billions from The Atlantic. | 1 |
| 66 | 2/13/2011 | Epstein asks Staley "Would you like heli in st barts" | 1 |
| 67 | 3/3/2011 | Epstein writes to Staley, "Told you –— family" to which Staley replies "family" | 1 |
| 68 | 3/5/2011 | Epstein e-mails Staley "more bad press. Ignore it." Staley replies "The post?" And Epstein replies "no,, english  papers have gone berserk,, claiming fbi re opening investigation.   not true,, publishinga phonebook that is not mine , butwas stolen by my houseman cuurently in prison for doing so" | 1 |
| 69 | 3/8/2011 | Epstein sends Staley a Vanity Fair article about Epstein and Ghislaine Maxwell from that date. | 1 |
| 70 | 3/10/2011 | Epstein writes to Staley "the English papers want andrews  head, , tomorrow they will say the fbi investigation wants to talk to him,,  its all bull,, but it sells" | 1 |
| 71 | 3/18/2011 | Epstein writes to Staley "Dear family member,, don't fret," | 1 |
| 72 | 6/13/2011 | Epstein writes to Paul Morris at JPMC regarding his interest (in the name of Financial Trust) in a property in London at 11 Cadogan Gardens (appears to be $12m deposit or purchase | 1 |
| 73 | 6/13/2011 | Epstein writes to Paul Morris "can you have someone pull up all the details on a co called OPERA in Norway,, I might want to make a run at it" | 1 |
| 74 | 8/13/2011 | Staley writes to Epstein "we miss u" | 1 |

| Email_ | Email_Date | Email_Text | count(Email_Text_Order) |
|---|---|---|---|
| 75 | 5/2/2012 | Paul Morris of JPMC writes to Epstein "Jeffrey, separately, McGraw and I would like to come see you and discuss your estate plan and what we are seeing with other clients." It is unclear the extent to which JPMC employees were involved in Epstein's estate plans generally. | 1 |
| 76 | 5/12/2012 | Epstein writes to Paul Morris "client buying a huge art work,  what form should he buy it in.. delaware trust.  4 kidsl . llc.. need answer mon night.    (the  scream, for your info only)." Note that it was later publicized that Leon Black had purchased the painting. A number of e-mails are subsequently exchanged back and forth regarding the painting and logistics. On May 16, 2012 Paul Morris and Tom McGraw send Epstein a draft LLC structure for purchasing the painting in the name of irrevocble trusts on behalf of children. | 1 |
| 77 | 6/1/2012 | David Giuffrida from JPMC (copying Paul Barrett) wrote to Epstein "We gave Larry Unrein your contact #s.  He will be trying to get in touch with you." The subject was "Jawbone" | 1 |
| 78 | 6/30/2012 | Paul Morris writes to Epstein "Will get back to asap, if I can get a minute of your time over the weekend that would be helpful. Many thanks Jeffrey." Epstein writes "what is the question." Morris replies Jeffrey, sorry for being so limited on the emails but I guess I'm too discreet. Anyway, I really appreciate everything you're doing and this is a fantastic opportunity that you are opening the door to,. I briefed our ceo and think he will get a sense of the LB relationship over the weekend. Come back to you asap and thank you again." Morris replied a second time to Epstein's e-mail "No question just wanted to discuss conversation had with our ceo about LB and that I wanted to get an indication out to you on an art loan. We will circle up again Monday." | 1 |
| 79 | 7/15/2012 | Jes Staley sends Epstein a draft organizational announcement regarding a move by Jes Staley from IB CEO to focus on forming a Regulation and Technology council that would "that will seek out and sponsor opportunities in technology and regulation that address the evolving needs of global finance." The announcement is in draft and Epstein replies with his proposed edits on the organizational announcement. | 1 |
| 80 | 7/15/2012 | Epstein writes to Paul Morris "I would arpeciate it if someone in your shop put together a sample portfolio of funds and products for a 100 million dollar.  structured to yield about 10%" Note that on September 20, 2012 Paul Morris writes to Epstein copying David Giuffrida from JPMC "Jeffrey Would you like us to revisit the 100mm portfolio we discussed back in July? Paul" | 1 |
| 81 | 8/10/2012 | Epstein writes to Maurice Sonnenberg of JPMC "fun seeing you in san fran .. Mr biology gurus at harvard  all agree that the signal intelligence used by the various agencies  , could be put to work on breaking the dna code or protein signal problems. breaking foreign codes is the expertise of the us and nsa.   it would be great to know which agency button to push" to which Sonnenberg replies "Hi Jeffrey. Good running into you. When you get back, give me a ring and we might chat a little more about this." | 1 |
| 82 | 11/8/2012 | Staley writes to Epstein "One challenge w oak tree is that deb doesn't want to move to LA." | 1 |
| 83 | 11/14/2012 | Staley writes to Epstein "Thanks for your friendship and generosity in supporting this year's NY Hall of Science fundraiser.  The event was a great success and we could not have done it without you." | 1 |
| 84 | 10/30/2013 | Jes Staley sends a test e-mail to Epstein and a number of JPMC employees and family members and friends from jstaley@bluemountaincapital.com. | 1 |
| 85 | 4/27/2009 | Epstein E-mails Staley with the subject "Alexa" which is Staley's daughter and writes "alexa   can meet have dinner lunch a weekend with any of the following seth lloyd mit quantum computing..  murray gell-man , santa-fe institute, quarks ,, brian greene columbia -string theory,, leonard susskind  ,, strings theory, lawrence krause,, origins institute  phoenix arizona,, lee smolin perimeter institute, loop quantum gravity  , she can see the large hadron collider in switzerland. private tour." | 1 |
| 86 | 9/24/2010 | Staley forwards an e-mail thread between his wife (dstaleyinteriors@aol.com) asking whether Epstein can get in touch with a Professor Robert Mawhinney at Columbia University. Epstein replies he can do so "in a snap" | 1 |
| 87 | 11/11/2010 | Staley sends his daughter's resume to Epstein and writes "Alexa's resume. She is not giving Columbia her non physics GRE's." Epstein replies "she can sit with Richard Axel when I get back,  he won the Nobel prize.. he has guaranteed me." Staley replies "Alexa is calling today Cookie Neil, Director for Science Development at Columbia to tell her the GRE scores. Physics 660, Math 720, writing 530." Epstein then writes back "john kluge gave 4 billion to the school,, will you relax" | 1 |
| 88 | 1/18/2011 | Neil Cooke (Director for Science Development at Columbia University) writes to Staley's daughter Alexa "Hi Alexa, Spoke with Jim today and he mentioned that the the GRE score is what it is - not to worry - the score does not seem to be a problem according to my sources…What's going on with your applications?  Have you heard back from anyone?  Any thoughts or is Columbia still high on your list? Look forward to hearing from you! Best, Cookie." Alexa e-mails Jes "Huh?" on top of the e-mail, and then Staley forwards to Epstein and writes ":)" | 1 |
| 89 | 1/19/2011 | Epstein writes to Staley "lee bollinger will come say hi, in davos as well". Note that Lee Bollinger has been President of Columbia University since 2002. He has also served on the Board of Directors of the Federal Reserve Bank in New York City. | 1 |
| 90 | 1/19/2011 | Epstein writes "woody here from 7- 830,, richard axel sultan, leonwill stop by,, if you can,, also alex is now 70-30 up from 45-55" | 1 |
| 91 | 2/2/2011 | Staley writes to Epstein "spent an hour w the President." It is unclear if the reference is to the President of Columbia, POTUS, or other. | 1 |
| 92 | 3/5/2011 | Staley writes to Epstein "Deby and I were talking tonight about what you have meant to me and to Alexa. You have paid a price for what has been accused. But we know what u have done for us. And we count you as one of our deepest friends. And most honest of people. Thanks, Jes" Epstein replies "family" | 1 |
| 93 | 8/23/2012 | Staley writes to Epstein "I can't tell you how much your friendship has meant to me. Thank you deeply for the last few weeks. All will be fine, and we have a physicist in the family. To my most cherished friend, Jes". Epstein replies "I appreciate you and your thoughts" | 1 |
| 94 | 12/9/2012 | Alexa Staley writes to her father Jes "Got an A+ in QM." Jes Staley forwards the e-mail to Epstein and writes "FYI thanks" | 1 |
| 95 | 4/15/2014 | Alexa Staley (Jes' daughter) e-mails a list of family and friends to let them know about a "LIGO Documentary" that she was involved in making. Both Epstein and Nikolic are recipients of her e-mail among others. | 1 |
| 96 | 8/27/2009 | Jes Staley writes to Epstein that he is on his (Staley's) boat and that he will be "In London with Jamie, mid week." Epstein writes "how long london? Do you need anything there?" Staley replies on August 29, 2009 with "Yep." | 1 |
| 97 | 12/4/2009 | Epstein e-mails Staley and writes "you were with larry, and I had to put up with…" Attached to the e-mail is an image of a young woman wearing a revealing outfit in a modeling pose. Staley replies back the same day and writes "Don't tell me a French wine." | 1 |
| 98 | 12/20/2009 | Epstein e-mails Staley with a blank e-mail that includes an attachment which appears to be a modeling photo of a young woman. | 1 |
| 99 | 6/14/2010 | Staley writes to Epstein "he has a S&A next to him". Epstein replies "do you mean t&a". Staley replies "D u know a catherine keating (sp?_". Katherine Keating is daughter of a former Australian Prime Minister who was shown in news reports leaving Epstein's home in NYC while Prince Andrew waved to her while leaving. | 1 |
| 100 | 6/16/2010 | Staley writes to Epstein "is she free tonight?" It is unclear what this is in reference to. Epstein replies "call me" and Staley replies "I'm with A" which presumably may have been Prince Andrew. | 1 |
| 101 | 7/9/2010 | Staley writes to Epstein "Maybe they're tracking u?? That was fun. Say hi to Snow White." Epstein replies "what character would you like next" to which Staley replied "Beauty and the Beast….." Epstein further replied "well one side is available" | 1 |
| 102 | 11/24/2010 | Staley writes to Epstein "I'm here at some ball with ▇. She says u slept with her!!" While Epstein was reported to have a social relationship with ▇ and her family it is unclear if this is the ▇ being referenced. | 1 |
| 103 | 12/31/2010 | Staley writes to Epstein "I'm here in brazil with three beautiful women. Have a happy new year." Epstein replies that they have even more in common than he thinks. | 1 |
| 104 | 3/11/2011 | Epstein writes to Staley "is there a problem with the letttr of credit in favor of the modeling agency,, I was just told that PAul morris is not returning my guys calls. I called him twice myself today  ,  If you get a chance , nothing urgent" | 1 |
| 105 | 1/15/2009 | Epstein writes to Staley "…david gergen is coming to see me today.. we should talk before twelve." David Gergen is the name of a former adviser to Presidents Nixon, Ford, Reagan and Clinton through 1994. | 1 |
| 106 | 1/19/2009 | Andrew Farkas e-mails Epstein an update surrounding Turner Construction's operations in Dubai. Andrew Farkas is a major real estate investor who founded Island Capital Group and a is major donor to Harvard University. His family owned Alexander's department stores. | 1 |

| Email_ | Email_Date | Email_Text | count(Email_Text_Order) |
|---|---|---|---|
| 107 | 1/19/2009 | Farkas also appears to be friendly with Epstein and provides him with information on a sailboat that has hit the market for purchase which Epstein forwards to Jes Staley. Recent news reports have identified Farkas as an associate of Jeffrey Epstein who entered into a joint venture with him to purchase the American Yacht Harbor at 6100 Red Hook Quarter in the USVI. The e-mail address that appear to be affiliated with Farkas is afarkas@islecap.com. | 1 |
| 108 | 4/2/2009 | Epstein forwards an e-mail from Farkas to Jes Staley with a presentation on an investment management entity called Asset Alliance. On April 6, 2009 Epstein asked Staley for his thoughts on the deck to which Staley replied It raised more questions than answers.  A diversified asset management business with only $10 billion doesn't have much financial leverage. But , as you know, I like the business of managing money." | 1 |
| 109 | 3/29/2012 | Epstein writes to Paul Morris of JPMC "andrew farkas , can meet with you on monday or tues,. to discuss the project" | 1 |
| 110 | 8/9/2009 | Epstein writes to Staley "are you available to take a call from the chairman of sal Oppenheim." Sal Oppenheim was a German Bank which became a subsidiary of Deutsche Bank in 2010~ and was rolled into the Deutsche Bank brand in 2017. | 1 |
| 111 | 9/20/2009 | Staley writes to Epstein "Meeting Blair in a few minutes" | 1 |
| 112 | 10/16/2009 | Epstein writes to Staley "sorry, didn't get back to you last night.. had sultan and one of putins people here" | 1 |
| 113 | 4/4/2010 | Epstein asks Staley to call him. Staley replies "Apparently, Gates will be there for dinner." Epstein replies "his right hand in boris nilolic.. and nathan,, you should focus your ques on boris" Epstein subsequently forwards an e-mail from Boris Nikolic that the meeting scheduling is a mistake and that Bill Gates is in the Galapagos Islands and Boris is at other meetings. | 1 |
| 114 | 4/15/2010 | Staley and Epstein exchange e-mails regarding Steve Rattner who founded a firm called Quadrangle. Based on the e-mail and an internat search Rattner was in the process by being sued by the SEC for fraud while he was simultaneously looking to sue the Firm he founded. | 1 |
| 115 | 6/3/2010 | Epstein writes to Staley "Though it would be tough on her, I like the ida of installing marie in london. for a couple of months at least.  it could be seen aas a positive for the fsa, and give her a real platform" | 1 |
| 116 | 8/21/2010 | Epstein writes to Staley "ill be on my cell today at leons, going back to city for dinner, coming back tomororw for movie +" | 1 |
| 117 | 10/1/2010 | Epstein forwards an e-mail (sender unclear) to Staley with the subject line "this is nuts" and the text: "jeffrey , please come.   you may have private time with each .  you security clearance is approved. | 1 |
| 118 | 10/1/2010 | Bahrain, H.E. Shaikh Khalid bin Ahmed Al Khalifa | 1 |
| 119 | 10/1/2010 | Egypt, H.E. Mr. Ahmed Aboul Gheit | 1 |
| 120 | 10/1/2010 | Kuwait, H.E. Sheikh Dr. Mohammad Sabah al Salem al Sabah | 1 |
| 121 | 10/1/2010 | Lebanon, H.E. Mr. Saad Harari, Prime Minister | 1 |
| 122 | 10/1/2010 | Luxembourg, H.E. Mr. Jean Asselborn | 1 |
| 123 | 10/1/2010 | Morocco, H.E. Mr. Taïeb Fassi-Fihri | 1 |
| 124 | 10/1/2010 | Nigeria, H.E. Henry Odein Ajumogobia | 1 |
| 125 | 10/1/2010 | Pakistan, H.E. Makhdoom Shah Mahmood Qureshi | 1 |
| 126 | 10/1/2010 | Portugal, H.E. Mr. Luis Filipe Marques Amado | 1 |
| 127 | 10/1/2010 | Qatar, H.E. Sheikh Hamad bin Jassim bin Jabor Al-Thani | 1 |
| 128 | 10/1/2010 | South Korea, H.E. Mr. Yu Myung-hwan | 1 |
| 129 | 10/1/2010 | Spain, H.E. Mr. Miguel Ángel Moratinos Cuyaubé | 1 |
| 130 | 10/1/2010 | Switzerland, H.E. Ms. Micheline Calmy-Rey | 1 |
| 131 | 10/1/2010 | United Arab Emirates, H.R.H. Sheikh Abdullah bin Zayed Al Nahyan" | 1 |
| 132 | 10/29/2010 | Epstein writes to Staley "some of the bigger players , and now sheik mohammed from dubai, have asked for private talks.  I need to decide how to gear up  my advisory business.   grab a group from goldman. ? Hire 5-10 stars? .  Larry?, peter? andrew?" | 1 |
| 133 | 11/7/2010 | Epstein writes to Staley "Mohhamed alshayan  was surprised you put so much Tabasco on your meat" | 1 |
| 134 | 1/3/2011 | Epstein writes to Staley "I am going to meet with Tim Collins. Any ideas..?" Staley replies "Oman." | 1 |
| 135 | 1/7/2011 | Epstein writes to Peter Mandelson (copying Staley) "had breakfast with Richard branson,, he is also a big fan of africa" | 1 |
| 136 | 1/19/2011 | Laura Schreiner from JPMS writes to Epstein "Ace would love to speak to Jeffrey.  Can you please call Ace at 212-272-4605, or e-mail him a phone number where Jeffrey can be reached?" | 1 |
| 137 | 1/22/2011 | Epstein asks if Staley liked the kitchen. Staley replies "Terrific. Lots of workers. What a paradise. When I retire, I'm going to put a mooring in front of your dock for my boat. Amazing place. I think Larry is sad… Jes". Epstein then replies "do you want to join a gates dinner in davos on wed.?" | 1 |
| 138 | 1/31/2011 | Epstein writes to Staley "I will have gates alone for two days.. any input?" Staley replies "As a start, I still like a lot your connection of Gates, nuclear energy, and the middle east." | 1 |
| 139 | 2/2/2011 | Epstein e-mails David Stern (david.stern@asiagateway.co.uk) copying Staley "he is coming again today,?? any interest. Mr. Desmond Shum is the vice chairman and CEO of Airport City Development Corporation and a member of the 11th session of Beijing's Political Consultative Conference. Mr. Shum serves as a member of the standing committee of the Institute of Finance and Banking, Chinese Academy of Social Sciences, and is the founder of Kaifeng Foundation China. He is also an honorary trustee of Tsinghua University. He holds a bachelor's degree in finance and accounting from University of Wisconsin, Madison, and an executive MBA from a joint program of the Kellogg School of Business, Northwestern University, and Hong Kong University of Science and Technology." Stern replies "I can meet with him when I'm in Beijing next to see what to do with him" | 1 |
| 140 | 2/5/2011 | Epstein forwards an e-mail to Staley that he appeared to receive from Larry Summers (lhsummers@aol.com) which says "What is real story on madoff? Shouldn't jpm have known better? If they had no ob ligation to figure it out why should people private bank w them." Staley replies "I can't reply in email. Will call." Staley writes to Epstein "Like taking financial advice from the guy who single handily, create the biggest loss in the Harvard Endowment's history." | 1 |
| 141 | 2/5/2011 | Epstein writes to Staley "leon and sultan here for lunch" | 1 |
| 142 | 2/10/2011 | Epstein writes to Staley "I told you this was crazy.. His next stop is this morning at my house  8 am for a couple of hours.   Call me at home ny…" Epstein then links to an article about Ehud Barak's schedule while visiting government officials in the United States. | 1 |
| 143 | 2/14/2011 | Epstein writes to Staley "leon black and carl icahn will be on a boat in st barts for the weekend" | 1 |
| 144 | 2/16/2011 | Epstein writes to Staley "Bahrain,, next up at bat. Heavy iranian input" | 1 |
| 145 | 2/16/2011 | Epstein writes to Staley "interesting call from glenn" | 1 |
| 146 | 3/15/2011 | David Stern wrote to Epstein "Today Fang Fang (JPM Vice Chairman Asia and CEO China Investment Banking) called me because he believed we had a call scheduled. We did not. He had nothing to say either. These guys are confused and need help…." Epstein forwarded to Staley | 1 |

| Email | Email_Date | Email_Text | count(Email_Text_Order) |
|---|---|---|---|
| 147 | 3/23/2011 | Roy Navon writes to Jacob Frenkel and Jes Staley of JPMC "Against all odds, we have been granted a meeting with Prime Minister Netanyahu." Staley then forwards the note to Epstein and writes "Thanks." Epstein replies back "surprisee suprise" | 1 |
| 148 | 4/10/2011 | Epstein writes to Staley "I will be back tomorow.   Karim Wade  son of the senegalese president and one of the most important players in africa, will be at the house this week, i think you will enjoy him." On April 16, 2011 Epstein sends another note to Staley "karim wants to hedge a million barrels each quarter of oil buying. This is going to be fun" | 1 |
| 149 | 5/3/2011 | Epstein writes to Staley "the son of the former primer minister will take you for fun, i will send you his details". Later on May 3, 2011 Katherine Keating (referenced above and daughter of former PM of Australia) sends Epstein her brother Patrick Keating's (patrick.keating@ubs.com) contact information. | 1 |
| 150 | 7/28/2011 | Epstein writes to Mary Erdoes "motolla says he knows you forever" to which Erdoes replies "Yup 15 yrs". Tommy Mottola has been referenced in prior identified communications as someone with whom Epstein may have had a business relationship (Epstein was on a call with JPMC relating to management of Mottola's money) | 1 |
| 151 | 9/16/2011 | Epstein writes to Staley "eduardo tedodorni, ,, family head, and member of agnelli family,  owner of ferrari maserate and fiat  will be with me next sat,   save time" | 1 |
| 152 | 9/16/2011 | Epstein writes to Staley "co founder of facebook, and founder of spotify, sean parker , will be at the house for dinner on sunday –come" | 1 |
| 153 | 7/28/2012 | Epstein forwards Staley an e-mail that appears to come from the President of the Maldives Mohammed Waheed Hassan who writes " Hi I talked to our finance minister. He is looking around to borrow upto 500 million dollars to be repaid over a ten year period preferably with a grace period of one year.  Would be very helpful to know what can be expected under the current market conditions. Thanks you. Warm regards. Waheed". Note that on August 31, 2012 a Reuters article noted that China had made a $500 million loan to the Maldives. | 1 |
| 154 | 6/5/2009 | Epstein writes to Staley, "well for all intends and purposes peter mandelson is now deputy prime minister." Note that there are a number of references to Peter Mandelson, who was a senior government official in the UK. Epstein and Staley both appear to speak with him and meet with him on a number of occasions. | 1 |
| 155 | 6/17/2009 | Epstein writes to Staley, "peter will be staying at 71 st over weekend, do you want to organize either you, or you and Jamie,, quiertly,, up to you." | 1 |
| 156 | 10/12/2009 | Epstein sends an article to Staley regarding Gordon Brown and an apparent intent to sell certain assets with a note that "This is why you should sit with Peter." | 1 |
| 157 | 1/29/2010 | Staley writes to Epstein Saw "Peter last night. Darling in 20 minutes. Will talk again with Peter this AM." Epstein replies "my view is  sempra is an asset that comes up every ten years.  How does it fit in the global strategy?.  does it give energy expertise. That is one of the big world needs" Later that day, Epstein writes "was petie helpful?   another idea.  you can always portray the purchase as done bu the investment bank, it should be the primary buyer, the argument miight go that if we eventually are forced to split the IB will have a stronger franchise." The discussions appear to be related to JPMC efforts to purchase the Royal Bank of Scotland's stake in Sempra Energy. | 1 |
| 158 | 3/29/2010 | Peter Mandelson (petermandelson@btinternet.com) e-mails Epstein "Took 250 last night, 500 today. Feeling better. Can Jes send me email on issues re Dodds/Volcker." Epstein forwards the e-mail to Staley and notes "jeffrey wrote: youll have it late monday early tues.. can we set up a 20 minute call/ jes/me ?sometime before your meeting. tonight? tomorrow??jes , you should decide on the " ask".. meeting with you and/or jamie-cutlerr , etc" | 1 |
| 159 | 5/10/2010 | Epstein e-mails Peter Mandelson and writes "I like to see my suggestions come to fruition" and then forwards the e-mail to Staley. | 1 |
| 160 | 5/11/2010 | Epstein e-mails Staley writing "Peties quitting". The timing appeared to be correlated with an election loss for Mandelson's party around that time period in the UK. | 1 |
| 161 | 5/13/2010 | Epstein writes to Staley "lets talk tomorrow about petie. and deutschbank". Staley replied "He sent me a note. I'm in Lond in two weeks." | 1 |
| 162 | 5/16/2010 | Epstein asks Staley about his schedule while in London and writes "what days will you be there? do you have time for the prince andrew and or peter" | 1 |
| 163 | 5/27/2010 | Peter Mandelson writes to Epstein "This is thing I am speaking to in Shanghai. If you can open the attachments you will see that the entire Chinese banking fraternity is attending. Isn't it something that JPM should be represented at if they want to spread their wings in China?" Epstein forwards Mandelson's e-mail to Staley writing "I think he is right.  you should read the attachments" | 1 |
| 164 | 6/21/2010 | Staley asked Epstein "How did Peter M like his meeting with Peter Scher?" | 1 |
| 165 | 10/7/2010 | Epstein writes to Staley "petie said he will be back in londong around nov 9th same time as doug wirth." | 1 |
| 166 | 10/7/2010 | Staley forwards Epstein an e-mail from Peter Mandelson who writes "In Congo Brazzaville last week, I talked at length with President Sassou N'Guesso, including about the above new mine. Exploration, he told me, has been undertaken by a consortium of investors backed by JP Morgan. The government is reaching a final decision on whether to issue a full mining licence. I spoke to the Minister of Mines about this, who is favourable to the licence, but the President wanted to discuss it further with me. No obligation but if there is anyone in JPM who might want to talk to me privately about this, please shout. I would be grateful for no approaches to other third parties about this in meantime. Hope you are well. Sorry not to see you in London this week." | 1 |
| 167 | 10/8/2010 | Epstein writes to Staley "would it make sense to have peter have a relationship with cazanov," | 1 |
| 168 | 10/20/2010 | Epstein writes to Staley "petie is just back from russia and now in london" | 1 |
| 169 | 10/21/2010 | it appears Staley met with Peter Mandelson. On the same date Epstein e-mailed Staley writing "ok , pritsker coming to dinner tonight.  think about casenov with peter or Andrew" | 1 |
| 170 | 10/27/2010 | Staley forwards Epstein an e-mail he sent to Peter Mandelson that appears to include internal JPMC information on a deal regarding privatization of businesses in Russia. Staley offers to his colleagues "When Lord Mandelson can help, please let me know." | 1 |
| 171 | 11/12/2010 | Epstein writes to Staley "petie , and others in paris this weekend. " Staley replies "12:00 at u r place. Is set" to which Epstein replies "Youre set" | 1 |
| 172 | 1/22/2011 | Epstein sends Staley an e-mail with the subject "peter in paris with me" and a link to a financial times article [unable to access the article]. | 1 |
| 173 | 2/2/2011 | Epstein writes to Staley "are we still on for tomrw/thurs night… petie is here". Staley replies "I may have to deal with Glenn on a HB issue…. So much going on. Spain is interesting. Spoke with the two largest business families in Egypt. The team here likes Stern. I fly back thurs morning." | 1 |
| 174 | 3/16/2011 | a reporter from the Daily Mail named Daniel Bates e-mails Epstein's lawyer Jack Goldberger and writes: | 1 |
| 175 | 3/16/2011 | Mr Epstein was contacted by Mr Mandelson who asked him to speak to Jamie Dimon, the chief executive of JP Morgan, with a view to setting up discussions between the two men of important financial matters. Is that correct? And is that a correct summary of the conversation? Secondly, did Mr Epstein contact Mr Dimon on behalf of Mr Mandelson? What was the nature of the conversation between the two men? We understand that at the time this took place Mr Epstein was on day release following his conviction. I just want to double check with you that is factually correct as well. Please let me know as soon as you can - an article is due to go in the paper tomorrow. | 1 |
| 176 | 3/16/2011 | Goldberg forwards to Epstein with a note "ignoring" which is then forwarded to Staley. | 1 |
| 177 | 6/24/2009 | Epstein writes to Staley, "Ask Andrew about tje island, tell him about your boat plans." This appears to be a reference to Prince Andrew, the Duke of York, with whom Epstein and Staley appear to speak and meet with on a number of occasions. | 1 |
| 178 | 4/15/2010 | Epstein writes to Prince Andrew the Duke of York (tdoy@rlwgp.com) "jes staley will be in london on thurs the 22.. i think you should meet if you are in town.." Prince Andrew replies that he is unavailable but will look to visit New York in the near future. | 1 |
| 179 | 5/18/2010 | Epstein writes to Staley "anadrew will try to see you on your trip to london" | 1 |
| 180 | 6/14/2010 | Epstein writes to Staley "Andrew just sat next to me at dinner. We will try to connect this week. Any word on M? This is fun." | 1 |
| 181 | 8/29/2010 | Epstein writes to Staley "andrew will call tim , if you give me the numbers". It is a reference to Tim Collins, CEO of Ripplewood Holdings. | 1 |
| 182 | 9/2/2010 | Epstein writes to Staley "About to connect with Andrew." | 1 |

| Email_ | Email_Date | Email_Text | count(Email_Text_Order) |
|---|---|---|---|
| 183 | 9/2/2010 | Lesley Groff writes to Epstein "Jes Staley's office called saying last night Jes met up with Prince Andrew and Tim Collins. Tim Collins office calles Jes' office asking for Prince Andrew's contact number. Jes' office does not have Prince Andrew's number and have called us requesting it. Please advise." Epstein forwards the note to both Staley and Prince Andrew. | 1 |
| 184 | 9/28/2010 | Epstein writes to Staley "prince Andrew would like much more to represent casanov in china than tim Collins". This may relate to JPMC Cazenove business in London. | 1 |
| 185 | 12/2/2010 | Jeffrey Epstein forwards an email to Staley from Prince Andrew with an inquiry the Prince received from Aria Petroleum looking for a $200 million working capital line. Since the company is based in the US Prince Andrew appeared to suggest Epstein connect them with a US bank. | 1 |
| 186 | 12/22/2010 | Prince Andrew writes to Jes "Wishing you a very happy Christmas and New Year.  Sorry to have missed you this week.  I had to go to Afghanistan so couldn't be here and couldn't tell you why or where I was. Hope to catch up sometime after the New Year.  I will be at Davos as usual." Staley replied "Be safe there. I bet it helps people that you're there.  I will get u the schedule of the JP Morgan stuff. (Rosa -- can u send the place and time of the Morgan events in Davos). I must say, getting a Christmas note from The Duke of York is sort of cool. Sorry we missed in London. I was there to announce or deal in Canary Warf. We got pretty good press. Maybe in London the next time I'm there, I could show u the building we bought. (The old Lehman building). The mayor of London was funny as always." | 1 |
| 187 | 2/28/2011 | Epstein writes to Staley "andrew asked for your london schedule" | 1 |
| 188 | 2/28/2011 | Note that this relationship appears to play into references Epstein makes to Staley regarding a suggestion for Staley to do a deal between the Chinese and UAE ports. | 1 |
| 189 | 9/23/2009 | Sultan Ahmed bin Sulayem (senior official involved in Dubai ports and Chairman/CEO of DP World) e-mails Epstein an article about a Liberian government minister, Willis Knuckles, who lost his position when a picture was published of him engaged in sexual relations with two women. Epstein then forwards the graphic image to Staley. | 1 |
| 190 | 12/7/2009 | Epstein writes to Staley "if you can have a one on one off the record with sultan , he will meet you .." | 1 |
| 191 | 12/8/2009 | Epstein writes to Staley "no to china / ports yet.. sultan will meet you privately to give you guidance, on the players, the groundwork is well prepared. Remember you are going as the senior statements, you do not need to talk about the nitty gritty of deals ,, leave that to underlyings" | 1 |
| 192 | 12/8/2009 | Epstein writes to Sultan bin Sulayem and writes "sultan, jes is free thurs,, from 5-10pm. Where and when,, only the two of you please" | 1 |
| 193 | 12/9/2009 | Epstein writes to Staley "sultan is laying the groundwork for you to establish a serious presence.. jpm reputation in the region is poor. I understand it comes from not being fooled. However, I think it in your interest to rebuild. The swiss banks, are no longer sacrosanct., the wealth management, and IB, are open opportunities and like china very much personal." | 1 |
| 194 | 12/10/2009 | Epstein asks Staley "having fun?" Staley replies "Wild. Just saw the crown prince." | 1 |
| 195 | 3/4/2010 | Sultan bin Sulayem e-mails Epstein a draft of a letter addressed to Jes Staley regarding refinancing for Sulayem's ownership of Duke's Hotel in London. Epstein replies that he needs "to see the numbers" and then forwards the draft e-mail to Jes Staley. | 1 |
| 196 | 2/6/2011 | Epstein writes to Staley "donor advised fund.   ;/  1. you could tie it initally just to thegates program,,  miinimum gift.  100 million.  it could then be opend up later.   IT will be the largest foundation in the world.  You need an advisroy board for 1, investments. 2. distributions. . you will need an amministration , mirroring a mutual fund.  4. tax compiance dedicated to the operation.  IT will underpin a trust and estate . dept, the size of which will be enormous,  5. I would suggest , an irs auditor full time on site. 6, as a DAF , you will be able to take in funky assets. ( sub s, closely held c's , Art, ) valuation services. . sale and mgmt of 144 stock_).  done right its 100 billion dollars in 2 years.   thetension is making money from a Charitable Org.  therefore the money making parts need to be arms length . salaries are disclosable ,and closely watched .  Farming the investments to a highbridge is no brainer , but must be done with airtight opinions and reviewed by committees.  I thought of University Heads. Foundation Chairs,for the boarrds  It will be the most sort after board in the country." | 1 |
| 197 | 2/18/2011 | Epstein writes to Juliet Pullis from JPMC and Jes Staley and writes "It would be a JPM donor advised fund,, A stellar board, broken down into investment committee and distribution.  There are a number of people that have pledged to give more than half of their net worth to charity,, Bill gates and Warren Buffett Pledge program,,  more than 60 billion so far.  ..  The next step is unknown  ,,  They all have a tax advisor, but have no real clue on how to give it away. ie.  metrics re successful giving, review of broad areas etc.   No set timeline, , the cash pressure is enormous. , re anonymity,, not important but would not want to be seen as supporting one bank.  JPM would be an integral part.  Not advisor, operator , compliance it should be a jpm program to meet the needs of the pledgers.  i would envision both already received and yet to be received deductions. each donor individual,  advises on type of investment,, donor  gets to suggest recipients as well as have ideas presented.  Juliet,, please review fidelity donor advised fund, for a similar structure, but without the very large minimums that i would envision. , ." Staley replies only to Epstein "We need to talk." | 1 |
| 198 | 2/25/2011 | Epstein writes to Staley "gates guys here today. - no reporters.  I took care of that. —  stay calm and focused. we need to speak,  I am staying until very late tonight.. seeing gates re donor a f . on tues thru fri,.  wed set aside for two -three hours. to discuss just this." | 1 |
| 199 | 3/4/2011 | Staley sends Epstein a JPMC internal comparison of the Gates and Ford family foundations. | 1 |
| 200 | 8/2/2011 | Erdoes' Admin Assistant sends her a note "Called from Paris. He thought you'd appreciate that he just got out of the pool at the Ritz. He'll call you back later." Erdoes forwarded the note to Epstein writing "Rude and insensitive" | 1 |
| 201 | 8/10/2011 | Epstein writes to Staley and Erdoes: | 1 |
| 202 | 8/10/2011 | "for the meeting with Dick ,   we should have a complete presentation..IT needs to address  how it enhances current giving by GF .   vaccines, maternal care,,  These should be two of the donor silos. .  IT should have a structure, that for example purposes only, has , the best investors in the role of advisors . ( we should decide whether being on the investment commmitee, automatically disqualifies an investment in ones particular fund , for example if LEon sat on the advisory board, should there be no apollo investments. ( legal issue as well as optical ).. JPM acts as fiduciary in every capacity,,It should deal with hard to value assets..  appreciated real estate. , ( a real estate group, should be available ).  valuation firms, trust and estate experts. .  The web based, investor access to information , could set an example for simple user interface.  click or touch an investment silo to  retrieve all relevant data, in many forms.  This will be very HIGH profile.  I propose a minimum of 100 million donation .  It will be the most exclusive of clubs,  In addition , though membersip in the "club"could be known . the gifts can be given anonymously. This will fulfill the wishes of many that have spoken to bill about wanting to do things but not wanting the publicity.   For example funding Gay, Aids, Jewish, orgs, that otherwise might bring unwanted attention to the giver by both the press and its competing groups.   For example, If someone wants to give money to a program that in any way competes with their self or perceived image. Another school. , program etc.  many have expressed reservations that giving publiciy woudl send a complex message to those institutions that have already close relations with the donor." | 1 |
| 203 | 8/10/2011 | Erdoes replies "Got it. We should fine a way to go through over next week or so when jes is back. | 1 |
| 204 | 8/11/2011 | Epstein writes to Erdoes "The french bank rumor problem , i fear is only the begginng.. as twitter and facebook have spurred the riots in the middle east. , it is open to abuse where a cybermessage goes to thousands to buy or sell X. or spread rumor a or b". Erdoes replies to Epstein and Staley's gmail account (jesstaley1@gmail.com) "We are trying to stem rumors ourselves. But the BoFA, socgen stuff is rapid" | 1 |
| 205 | 8/27/2011 | Epstein writes to Staley and Erdoes "Careful, the people at Gates- Gabriella Fitzgerald is a public advocacy person , no real experience in anything but,, jennifer alcon is very junior,  Connie Colligswrth, and Dick . are the senior people , and they say they are getting confusing messages from JPM. They say that JPM wants to use the current foundation to do other things.  Bill is at his country house. and most likely will not deal with it before wed.  There are too many people without direction.   lets speak,," | 1 |
| 206 | 8/28/2011 | Erdoes writes to Epstein "Jackie Elias, a young woman who is part of philanthropy group, has been taking to Alcorn around the concept of a healthcare daf (this is on the back of the healthcare summit) for months.  Then about a month ago, Jackie , the Ray Chambers and Gates foundation met and discussed importance and viability of on the health care facility.  That is not the same thing as what we have been working on for the meeting with Dick, and I'm sorry that Gates people are confused. As for the meeting Wed, we do have a full 18 page external book and a 138 page internal book. I will be speaking with cutler and jes this week to discuss how to properly deal with you arranging this. Jes is likely more focused on Irene attacking his boat at the current moment. " Epstein replies "I suggest you postpone the meeting,   your audience is not conditioned properly and i strongly believe it will do more harm than good at the moment.. further details when we speak" | 1 |
| 207 | 8/28/2011 | Erdoes e-mails Epstein and Staley a formal deck outlining their efforts surrounding the creation of a Donor Advised Fund within the confines of the Gates Foundation. It appears the initiative was named "Project Molecule" within JPMC. Staley e-mails Epstein an updated version of the presentation on August 30, 2011. | 1 |

| Email | Email_Date | Email_Text | count(Email_Text_Order) |
|---|---|---|---|
| 208 | 8/31/2011 | Epstein e-mails Staley and Erdoes and writes "RE financail deal.  ideas.. 1.  I think there will be many diverse and interesting opportunities to turn over almost turnkey transactions to JPM..  The Middle East, as it re-forms.  will be a gold mine of new transacations, people, govt needs.  I;m not sure of interest in places people , like syria, egypt, libya. , though there will be great needs and serious wealth and support.  I am aware of the paramount need for sunshine. The new issues is these leaders are wary , of a strictly JPM approach as it represents to them a quasi- Us govt arm.   a.  There can be a relation with JPM and me.    Jpm and a new or current investment boutique  . ( Pritsker?, David Stern?, ( prince Andrew? , he is now allowed to make money)) or Joint venture with IAn Osbourne, ( Bloomberg would eventually join , if not otherwise occupied. –. There could be a fee /sharing. ( a bit boring but standard for hedge funds. ( the money gets 1/2 % - 1 out of the 2 fee,, and ussally 5 of the 20 carry.    I am well aware of my current unfortunate rainbow . I am also aware that JPM has a colorful array of clients.   so a client relationship is much less problemaic than a institutiioall joint venture. .. on the flip side the G20 issues, , regulation, in europe. ( last time Great Britain )etc. was successfully handled. wiht no blow back , and i would argue great value to JPM.  As mary kinldy pointed out, last time with Highbridge , the outcome was less than perfect.   I would appreciate your/cutler thoughts. , and as both of you have not jumped with enthusiasm at the prospect of me sitting with him face to face,  I leave it in your hands" | 1 |
| 209 | 9/20/2011 | Epstein writes to Erdoes "I think the structure could be as simple as FTC my co .  getting ten percent of your profit. on the daf and its offshoots. . ..   I am willing to put up ten percent of the costs of formation. .  It was my idea. . I will help see it through, It should be an ongoing arrrangement,  I am aware that the private bank does not pay for its clients. I am looking forward to seeing a written proposal soon ,as there will be an internal gates meeting soon, and I would suggest we try to have an agreement if not finalized at least quite a way down the path before that meeting . thanks  hope you are swimming at the berkeley" | 1 |
| 210 | 9/22/2011 | Epstein writes to Staley and Erdoes "IF you do decide to go to Seatle , I think it might be helpful to review your plans". Erdoes replies "Team is going to go out next thursday (I am in rome) so I am going to dial in. I can go out the following week but they want to meet before an oct 1 meeting with Bg/Mg." | 1 |
| 211 | 9/26/2011 | Epstein writes to Erdoes "I would suggest you bounce your ideas off me before it goes too far down a road that might not be acceptable ..  I met with Bill over two months ago to set up the jes dick meeting, I know you are trying to come up with something that is fair and balanced. and I appreciate it. I assume you mean tomorrow you will call ?  If that is not the case please let me know.   Thanks" | 1 |
| 212 | 9/28/2011 | Epstein writes to Staley and Erdoes "The proposal that Bill gets reduced fees , and then channels the discount to me, is an idea that is still born for many of the reasons that we discussed.  I think the solution is  quite simple. JPM engage an entity , ( a law firm , bank, trust co .etc )  that it pays a percentage of its profits on the DAF every year.  This amount could be supplemented or decreased by other business directly related to that entity  ( kazzak govt for example )..   The only issues would be what type of entity and the relevant rules and reporting requirements. and the amounts and how they are calculated. AS I had proposed , I stand willing to pay my share of costs . legal etc. /  An early iteration was that A bill entity  simply hired JPM to do the administration for his DAF.  I didn;t think that was the right structure, as the profits would mostly stay in his entity, , but maybe that can be revisited." | 1 |
| 213 | 9/29/2011 | Epstein writes to Staley and Erdoes "A entity that passes all the tests will be created.  thats my responsiblity.   We should agree on the fee structure , calculations ,payments  and we can easily move forward,, , i.e  imagine you were paying pritskers investment bank,  I suggest that Jpm cacluate its profit. ( method to be clearly enumerated ), on the DAF, first,, we can then add other types of transactions .   I would start at 15% , you would start at 5 , we can after many back and forths  now agree at 10%.. and move forward." | 1 |
| 214 | 10/2/2011 | Epstein writes to Staley "JES ,, the daf is dying.  due to cross purposes.. ...we need to speak." | 1 |
| 215 | 10/2/2011 | Epstein writes to Staley: | 1 |
| 216 | 10/2/2011 | "I saw Bill on Aug 16..  that was a year after my raising with him  the DAF idea for the first time.   Since then , seperate from helping to tweak your presentation , there has been little interaction between your team and me. I was very cognizant re settling our legal issues to take that out of the equation.   It is not going well.  and at the moment the chances of success  are 50/ 50 at best.  that is down from 95-5.  This is not about SOCIAL INVESTING". | 1 |
| 217 | 10/2/2011 | Erdoes replies "I'm not following your thoughts below. Everyone is marching together to create something very powerful and we will solve the comp issues. We worked on it this weekend and have some thoughts on taking your last proposal and using revs not profits and doing years 1-3. Not sure what makes this all only a 50/50 shot. ME" | 1 |
| 218 | 10/2/2011 | Epstein writes "the comp issue is seperate..  the presentation , is not tailored to bill..  He is the only person , the only one, that counts.  and the feedback is not good.   Your side does not  fully understand and cannot deal with the foundation internal  politics. This is a deal that can only really be done with Jes  directly with Bill..  The comp issue will be moot, anyway if this continues on this path. that being said, I see no reason that with a ramp up as you are aware will be the greatest between years 3 and 5. any deal should only be limited to the startup years." | 1 |
| 219 | 10/3/2011 | Epstein writes to Staley and Erdoes "The pyramid of the DAF deal,  is upside down, with  a wide swath of low level foundation people all attempting to drive /participate, / screw it up.   That being said I would like to see a real proposal today if possible.  thanks." | 1 |
| 220 | 10/4/2011 | after a number of follow up messages from Epstein to Erdoes Staley tells Epstein to "stop pushing." Epstein replies to Staley "I m sure you are swamped.  did not get your schedule from roza.  On mary,, I will ease off, I thought I was following plan" | 1 |
| 221 | 1/20/2012 | Erdoes writes to Epstein, "Not sure where you are celebrating it, but I hope you have a great birthday weekend." Epstein replies, "Thanks , Boris said you were terrific" | 1 |
| 222 | 9/14/2013 | Epstein writes to Erdoes "lets try to speak soon,  before your Gates meeting," Erdoes replies "Happy to talk early tomorrow am. What timezone will you be on?" | 1 |
| 223 | 9/20/2013 | Epstein writes to Erdoes "answers?" Erdoes replies "I spoke to john yesterday who has been in London, hence the delay. He will be calling you this am." | 1 |
| 224 | 9/20/2013 | John Duffy writes to Epstein "Jeffrey - I have your answers happy to discuss.  I called earlier and will try you again before 3 and then before 4.  In a mtg from 4 to 5." The two exchanged additional e-mails coordinating a time for a phone call. | 1 |
| 225 | 8/26/2010 | Epstein writes to Staley "steve cutler  sent alan greenberg a note , telling him , you and isettled.  ??? i haven't seen anything since our conversation. ??" | 1 |
| 226 | 9/16/2010 | Epstein writes to Staley (copying attorneys Darren Indyke and Harry Susman) "I am having my attorneys now prepare my version of  settlement. documents . 16 million dollars. (35 %  46m) --releases , that are clear and delineate the issues." | 1 |
| 227 | 9/23/2010 | Epstein writes to Staley "can i send to steve cutler the terms under which we would sign,, and then review the numbers". Later that day Epstein writes to Staley "im told that FTC invested 15 in high grade but then rolled it into enhanced leverage for 21 million , ftc invested ten million in abs, and couq invested 10 million in abs,  for a total of 41 million,,  the lawsuit contained interest calculations, that I assume are not releveant.. therefore total invested 41 million". He then forwards a draft settlement agreement to Staley asking that Staley forward to Steve Cutler. | 1 |
| 228 | 9/24/2010 | Epstein writes to Staley "i received a call from cutler.. I said thanks, i just hung up with your boss.,, and he snidely replied JES is not my boss..  a difficult character". Staley replies "He was head of SEC enforcement. He is a good guy at heart" | 1 |
| 229 | 1/14/2011 | Epstein writes to Staley "thanks for today, , kenstarr,,  dershowitz.. lefkowitz at Kirkland. All very famillar with the nonsense. each , all , whatever, cutler wants or needs ." | 1 |
| 230 | 2/2/2011 | there appear to be a number of discussions involving Steve Cutler where Epstein and his attorneys are looking to speak with him. There appears to be a call finally scheduled for February 17, 2011 where Epstein writes to Staley "shwartz not cutler on call" | 1 |
| 231 | 2/2/2011 | Epstein e-mails Staley and writes "did Cutler call Starr.  ? I would be happy to meet with him before or after a call" | 1 |
| 232 | 2/7/2011 | Epstein writes to his attorney Kenneth Starr (kenneth.w.starr@gmail.com) "Kenny,   Steve Culter at JPM , says he has left a number of messages for you..  I would really appreciate it if you could call him . As I had mentioned to you,- He is the lead counsel for Morgan , and needs to be reassured that I am a good egg -  Steve's cell: 19176875419.  Thanks in advance , and can't wait to see you face to face." Starr replied "Yikes. Will do. I got one message, but not multiple. Apologies. Tomorrow first thing. Best, Ken." Starr then wrote "News flash: We called late today. Left a message. Will try again tomorrow. Best, Ken." | 1 |
| 233 | 2/9/2011 | in regard to Starr's efforts to reach Steve Cutler, "Anything more you would like me to do.? I will be in new york tomorrow at 1 thru Sunday." Staley then writes "They must have the wrong numbers. Steve says he hasn't heard anything. Can I have Rosa set up a call?" Epstein replied "Give steve kens email , I want him super comfortable." Staley then e-mails Starr with Cutler's e-mail address and contact info. | 1 |
| 234 | 3/20/2011 | Epstein writes to Staley "I m working on getting steve cutler the comfort he needs". Staley replies "Agree" | 1 |
| 235 | 3/24/2011 | Epstein writes to Staley "take photos.. call if you get a chance. I will be back in ny 30-31 , cutler? Shwartz? I m ready" | 1 |

| Email | Email_Date | Email_Text | count(Email_Text_Order) |
|---|---|---|---|
| 236 | 3/28/2011 | Epstein forwards Staley an e-mail with unclear sources that says "Jeffrey, It should now be apparent to both you and Glenn's own counsel that there is a serious problem. In today's email it states that Glenn now admits to knowing about the Zwirn plane in Sept or Oct of 06.- both before your withdrawal notice of Nov 13.06. His protestations and rantings at our last meeting, witnessed by his counsel confirmed "Had he known, he would never have convinced you to only put in for your 80 million withdrawal!" He is in a box. We know that Schulte Roth was called in in May 06, so that is really when he first found out. The money for the plane was taken from the Highbridge managed acct. Highbridge was owned my JPM at that time. This is ugly." | 1 |
| 237 | 3/28/2010 | Epstein writes to Darren Indyke (dkiesq@aol.com) "detail for me glenns involvement with zwirn mgmt. glenn and henry were limited partners of the gp management?" Indyke replies "Will pull out lap top tonight but as I recall, dsam was lp of db zwirn & co. Lp which was investment manager of the fund. dsam was also member of db zwirn partners llc, the fund's general partner, and a member of dbz gp, llc, which was the managing member of db zwirn partners llc (the gp of the fund)." Epstein forwards the reply to Staley. | 1 |
| 238 | 5/14/2011 | Epstein writes to Mary Erdoes "Wendall said he was not aware of the reason to meet. ?? He knew it was something relating to Zwirn.?? Im available on my cell". Mary replies "He knows". | 1 |
| 239 | 5/23/2011 | Epstein writes to Erdoes "Thanks for today, Im not sure if you were aware that I still have investments with Highbridge. As I have had since 2002. There is clearly a fiduciary relationship that has existed since 02.." | 1 |
| 240 | 5/24/2011 | Epstein writes to Erdoes "Is it possible to have nina at the wendel meeting at 4 oclock with my attnys". Erdoes replies "Jeffrey – I am so sorry but I am just seeing this, having been in an all day OC with Jamie. I hope the meeting went well. I'm anxious to hear." Epstein replied "also, the SEC in its letter of reprimand, described Zwirn as a sub-advisor of Highbridge." | 1 |
| 241 | 5/24/2011 | Epstein writes to Erdoes "seperate and part from the money,, fees were paid to Zwirn/dubin – the total fees paid by FTC/JEEPERS to was $24,514,951 ($13,244,319 incentive fees and $11,270,632 management fees)" | 1 |
| 242 | 5/27/2011 | Epstein writes to Erdoes "IF you think right I am happy to meet with Jim Condren, on the Highbridge issue as he said it was his area of responsibility.. He is well aware of the regs and is tough on plaintiffs". Erdoes replies "Yes great minds think alike. That is what Nina and I discussed last night. Condren will join the team. ME" | 1 |
| 243 | 5/27/2011 | Epstein left a message for Mary Erdoes and she replied that she is traveling with her kids and will regroup after the Memorial Day weekend. | 1 |
| 244 | 5/30/2011 | Epstein writes to Erdoes: | 1 |
| 245 | 5/30/2011 | "I think you should ask Wendall to recall the meeting he had with Sussman and Glenn. Glenn was unequivocal., adamant ,and loud in front of them both - that had he known about ziwrn taking money for the airplane ( form the Highbridge acct no less, in dec of 04 ).. he would have immediatley told me to take all my money out. He said he would have taken all his money out.. We only receintly received the doc regarding the schulte meeting,, ( shulte was called in in investigate the problem ), where though my oral redemption request was in oct, and the written reduced demand on NOV. 13,schulte had a meeting in sept in which glenn attended, that informed Zwirn and Glenn of the problem in detail. ( wendall knows this!)/ I am aware of the issue being legal vs moral duty. However, the legal is abundantly clear once all the documents are reviewed, as opposed to only what wendall has. I expressed in no uncertain terms in talking with Condren that I view this as a dispute (Me vs JPM, in the Bear STearns case) as a family disagreement,. hopefully not discounted , by my well stated desire , never to file suit. that should not be a factor in a fair resolution of both issues. Im not sure if Condren can say Jeffreys claim is worth x- million if he were to file a claim , and only x minus,, now that we know he is unlikely to file". | 1 |
| 246 | 5/30/2011 | Erdoes replies "Yes, we are going to have Condren step in here on this issue as well as the Bear issues. We will have everyone get together this week, if possible, and then we will see what to do from there." | 1 |
| 247 | 5/30/2011 | Epstein replies "info needed, -- managed acct NAV at 10 /05 10 /06. realized value,? .. redemption schedule , we have documnets that schulte had a meeting to disclose wrongdoing sept 06 BEFORE my withdrawal request and the discussions why I should not redeem my entire 140 million. but reduce it to 80million. Managed acct should have had virtually the same assets as the Fund." | 1 |
| 248 | 6/6/2011 | Epstein informs Erdoes that "we have asked for meeting with condren on Friday" | 1 |
| 249 | 6/29/2011 | Epstein writes to Erdoes (copying Lesley Groff) "I think a call with you , me and Condren today could be very helpful. I would like to try to resolve the Bear Stearns issues. Of course it would be for settlement purposes only , and be held under our already agreed rules.- preferably before 2 pm" | 1 |
| 250 | 6/30/2011 | Epstein, Condren and Darren Indyke are part of an e-mail chain surrounding settlement discussions and the Bear High Grade Investment. | 1 |
| 251 | 7/10/2011 | Mary Erdoes e-mails Epstein a[REDACTED] Epstein replies "how great is that" and Erdoes writes "Nothing better, except if it's your own." Epstein then replies "There are 21 million reasons why I'd liek to know when you return" | 1 |
| 252 | 7/11/2011 | Epstein writes to Erdoes "the amount of my loss that i provided , did not include pre-judgement interest that I would obviously ask for if we cannot agree. As I suggested on our call- the 21 million , would / should make neither one of us happy, which i think it does. I would appreciate a response. Thanks" | 1 |
| 253 | 7/19/2011 | Epstein writes to Staley, Erdoes and Condren: | 1 |
| 254 | 7/19/2011 | "eJim was very kind in offering me 5 million to settle the funds issue and 2.2 to settle the stock claim. Again very professionally jim pointed out that jes had told him I agreed to be treated like a retail client. Therefore..we had in essence agreed to 5 .. What I told jim was that we were still in dispute over what amounts were in dispute . It is difficult to understand how i would recieve the same settlement as a person who put 15 million in the asset backed fund two weeks before the enhanced investment, though I had a confirmantion that 20. 3 million was put in . Jims argumement that the increase value that is reflected on my sunscription doc. should be totally ignored, does not seem fair. I also asked jim , if in arbitration others had received an award greater than 30%, and he told me he could not disclose that information. Mary when you and I are in the same city , i would like to sit down and discuss,, Again, I have a great deal of respect for Jim , and i have vocalized my appreciation for the way he has handled this to date." | 1 |
| 255 | 7/19/2011 | Erdoes replies "Let talk by phone any time today" | 1 |
| 256 | 7/20/2011 | Epstein writes "mary, Thank you for calling from dreary London today. So that I may fully consider my options , please confirm in writing , the new offer . My understanding is that you have agreed to use the full amount of subscription, 20 plus million, and pay one third of that amount. In addiion you have offered ten cents on the dollar for the stock, claim.. I think it would be helpful if Jim could send the documents he would want me to sign so that there are no misunderstandings.. Again,, I sincerely appreciate the good faith shown by your side." | 1 |
| 257 | 7/20/2011 | Condren then replies: "So we're all clear, I think we should be using the exact numbers instead of concepts -- the offer is for us to pay $9.2 million in exchange for a full release concerning any claim (yet asserted or not) based on an investment in any Bear fund (including High Grade, Enhanced Leverage and ABS) or in Bear stock. If you want to think of it as broken down into components, it's $7 million for High Grade/Enhanced Leverage and $2.2 million for Bear stock. As Mary mentioned, this is our final offer. I'll have one of the lawyers in my group mark up the prior agreement and send it to Darren. JE, I have personally very much appreciated how professional and candid you have been in our dealings on these issues. We hope you appreciate (and believe you do) that this offer represents an extraordinary effort on our part to resolve your claims. – Jim" | 1 |
| 258 | 7/25/2011 | Condren sends a draft settlement agreement to Epstein and Darren Indyke copying Mary Erdoes. Later that day Condren confirms to the same group "Jeffrey, thanks again for the call and the kind thoughts. Just to let Mary know, we have a deal for $9.2 million. I will work with Darren on whatever minor issues there may be with the settlement agreement (e.g., as you mentioned, where we transfer the $). Best regards. – Jim" | 1 |
| 259 | 10/17/2011 | Epstein writes to Staley "I would lke to meet with steve cutler either thurs or fri,?" | 1 |
| 260 | 3/28/2013 | Paul Barrett writes to Epstein "I would like you to meet John Duffy who is the Private Bank CEO especially now that Jes has left. When are you next in NY? | 1 |

| FIU Comments |
|---|
| "Dubin brought the relationship [to Zwirn] and Dubin maintained the relationship with Epstein." Epstein made the investment through something called Jeepers, Inc. |
| Dubin directed $150 million of Epstein's money to the Zwirn fund, which was started around 2003... |
| From 04/12/2013 to 06/4/2015, Jeepers received $58M. The majority ($52M) from Fortress Value Recovery Fund I LLC between 4/2013 and 9/2013. |
| Glenn Dubin, the billionaire founder of Highbridge Capital Management, a big hedge fund in which Dubin sold a majority interest to JPMorgan Chase in 2004.. and then the balance of the business in 2009 |
| https://www.vanityfair.com/news/2019/07/how-jeffrey-epstein-worked-wall-street |
| Jeepers originated 11 wires from 11/13/14 to 11/2/2018 from its' Pershing account to Glenn Dubin personal JPMC account totaling $1.4M. |
| Jeffrey Epstein sued Zwirn's fund to get back the money he had invested in it, and prevailed in court, receiving almost all of the $150 million plus what he had made on an annual basis, according to someone familiar with what happened. In 2010 the dispute between Epstein and Zwirn went to private arbitration, which Epstein won. |
| One of the Zwirn fund executives had regular contact with Harry Beller, who worked for Epstein as his tax and accounting expert.... the Zwirn fund—which averaged returns in excess of 20% a year before it ran into trouble with the SEC |

JPM-SDNYLIT-00907707 (1)

FIU comments