# FILED UNDER SEAL

# EXHIBIT 203

Ann –

Update to my Nov. 14 memo:

1. **New clients I have brought to JPM**:

    A. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ is about to make pro-rata distribution to shareholders); am scheduled to meet with ▇▇ next few days to arrange for wire to us going forward instead of via Harris Bank; first or second distribution over next 60 days will bring over 5M "client" hurdle. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and that is working out well. As you know, goal is to move entire relationship (60M plus) to us this year, or be early next year at latest.

    B. ▇▇▇▇▇▇▇▇ – client is ready to change 2M mortgage to us as soon as mortgage group has completed final paperwork.

    C. ▇▇▇▇▇▇▇▇▇▇ Foundations: Money will continue to come in over next several months. Next investment conference is in May and at least 3-5 million to be added to ▇▇▇▇▇▇ accounts. Also, as you know, may be possible G-4 plane financing for ▇▇ and/or related group, although at this point, more likely for ▇▇▇▇▇▇▇▇▇▇ (30M plus).

    D. ▇▇▇▇▇▇▇▇ – has opened account with initial 1M deposit; met and liked Joe; Will add to significantly once his 10 yr Sub S time horizon up and he can sell NY investment properties (Jan. 08).

    E. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (in category 2 of original Nov. 14 memo) (see also my Jan. 3 memo to you). ▇▇ is friend, NJ neighbor of mine whom I have represented in private practice. He is now Chairman of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. He wants to begin PB relationship and has substantial assets (I believe in 50M range). Initially, this is a significant life insurance opportunity. ▇▇▇▇▇▇▇▇ need about 10M of second to die insurance; ▇▇▇▇▇▇▇▇ signed the JPM consent form, ▇▇ has spoken to Winged Keel and on Feb. 7 ▇▇ and I will meet face to face with ▇▇▇▇ ▇▇▇▇▇▇▇▇ from Winged Keel.

    F. ▇▇▇▇▇ – met again with them here on Dec. 29; will choose between us and Wachovia

    G. ▇▇▇▇▇▇▇▇▇▇ (about to open up new accounts). ▇▇ (managing director at Morgan Stanley and long-time friend and prior law firm client of mine)

2. **Potential new clients I have brought or am about to bring to JPM (updates).**

    A. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ – getting closer to making a decision. I believe, at this point, more than 50-50, they will choose us over Credit Suisse.

B. ███████████████████████████. As you know, we have worked out Advisor Agreement Framework with legal dept. and I have reviewed with ███████████ is sending me info so we can do DDR on him, and hopeful this will be a first quarter opportunity.

C. ███████, related family w/entities. Client group represented in private practice has approx. 1 billion in assets, and also have substantial lending needs. Group very much wants to begin client relationship with JPM, but as you know, we have to "clear" some due diligence issues.

D. ███████████ – art dealer and former client of mine (will be referring to PCS since below our threshold).

E. ███████████ – substantial outside investment advisor I know for years (also has invested for many of my prior law firm clients). ███████████ (banker on another NY team has just brought in), and I will be Wealth Advisor.

3. **Special Situations:**

As to Jeff Epstein related initiatives, again you can give verbal update in view of recent telephone conversations you have had with Jes and Mary and I with Jeff.

Also, as you know, earlier today, Jeff called me to say he has asked two potential new clients in 200M range (Nick Ribis and Ben Jacobson) to call me directly.

4. **JPM Meetings/Pitches have been helping other NJ team members with for clients/prospects, etc.**

First: update re 8 listed on prior memo:

A. ███████████ – should be early 2007 substantial life insurance opportunity (via Pat Lunka)

B. ███████████ – Pat Lunka and I are about to convert to new fiduciary client. We have engaged Delaware counsel and we are about to become Delaware directed trustee for 25 million of assets.

Others not on original list:

1. ███████████ – JPM ███████████████████ (with Pat Lunka, etc.)

2. ███████████████████ (with Pat Lunka): just received back the JPM consent form to review with Winged Keel existing 12.5M of life insurance (some second to die)

3. █████████████████ (with Steve Hess) (after recent meeting, very real possibility of Will Appointment)

4. ████████ (to be scheduled via ██████ – may be insurance opportunity)

5. ██████ – JPM Chase Director ████████ (with Pat Lunka)

6. ███ (existing JPM clients whom I have represented in prior law practice): Pat Lunka and I will be meeting on Jan. 12 for lunch with ███ lawyer for most matters, and whom I know quite well (██████ of NYC Proskauer firm) to explore additional opportunities for us.

7. ████████ (existing client) Have helped ██████ in GRAT issues that have arisen (JPM is Admin Trustee)

8. ████████████ (existing client/Steve Hess) attended recent meeting with Steve and client; turns out I know client's ████ quite well; at end of meeting, client signed consent to have us review what we believe is 5-10 million existing permanent insurance coverage.

9. ████████ (with you and Steve Hess)

10. The ██████████████ (with Pat Lund and Pam Hendrickson)

11. Howard Rubenstein, others – see Jeffrey Epstein/special situations

12. ██████████████ (with Sheila Klehm)

13. ████████ (substantial private investors) (covered meeting with another NY team in absence of available WA) (Monty Cerf)

14. ████████ (to be scheduled shortly via S. Hess)

15. ██████████ (with you)

16. █████████████████████ (did lunch meeting and presentation with he and his 5 partners with Sheila Klehm)

17. Recent meeting with ██████ (T&E partner) in charge of dep't at ██████

18. Have met with ██████ via Bob Blanch

19. Upcoming ████ (accountants) meeting/lunch in process of being set up jointly with PCS.

Confidential
JPM-SDNYLIT-00449671

Not sure this is a complete list, but should be reasonably complete.

Confidential

JPM-SDNYLIT-00449672