# FILED UNDER SEAL

# EXHIBIT 228

| | |
|---|---|
| From: | McGraw, Thomas [thomas.mcgraw@jpmorgan.com] |
| Sent: | 10/8/2013 8:30:08 PM |
| To: | Nelson, Justin D [justin.d.nelson@jpmorgan.com] |
| Subject: | RE: etrade account |

By the way I spent about an hour with Jeffrey Epstein about a week ago at his request to discuss some planning strategies he contemplating for Leon Black. Are we still doing any business with him or his clients &/or is there any way for us to insert ourselves or get Jeffrey to insert us into transactions with people he apparently influences like Leon?

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

-----Original Message-----
From: Nelson, Justin D
Sent: Tuesday, October 08, 2013 1:09 PM
To: McGraw, Thomas
Subject: RE: etrade account

Thanks tom


Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781


-----Original Message-----
From: McGraw, Thomas
Sent: Tuesday, October 08, 2013 12:36 PM
To: Nelson, Justin D
Subject: RE: etrade account

Justin - Sold under a year holding period would be short term capital loss...More than a year unhedged holding period is long term capital loss.... Must first net against other 28% group gains/losses then 25% group gains/losses & then 20% group gains/losses

IRS Circular 230 Disclosure:
JPMorgan Chase & Co. and its affiliates do not provide tax advice. Accordingly, any discussion of U.S. tax matters contained herein (including any attachments) is not intended or written to be used, and cannot be used, in connection with the promotion, marketing or recommendation by anyone unaffiliated with JPMorgan Chase & Co. of any of the matters addressed herein or for the purpose of avoiding U.S. tax-related penalties.

-----Original Message-----
From: Nelson, Justin D
Sent: Monday, October 07, 2013 5:50 PM
To: McGraw, Thomas

Subject: FW: etrade account

Tom -- I have a client who bought physical gold and it has depreciated in value. What is the tax treatment if he sells at a loss? If under a year, it's a normal short-term loss, right? What if its over a year?

Thanks, Justin


Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com |NMLS ID: 821781


-----Original Message-----
From: 
Sent: Monday, October 07, 2013 5:48 PM
To: Nelson, Justin D
Subject: Re: etrade account

What is the tax treatment on the gold trade? Ordinary or capital loss? Do you know?

Sent from my iPhone

On Sep 27, 2013, at 10:20 AM, "Nelson, Justin D" <justin.d.nelson@jpmorgan.com<mailto:justin.d.nelson@jpmorgan.com>> wrote:

Allan - I hope all is well. ▮ sent me the E Trade statements for review. If you are willing to move the assets and line to JPM, we can match the existing pricing you have there. Given that you would have more assets here I could also give you a 5 bps discount on the gold line. Let me know what you think.

Thanks, Justin

Justin D. Nelson - Managing Director
The Private Bank at J.P. Morgan | 100 West Putnam Avenue |Greenwich, CT 06830
p: 203.629.3124 | p: 212.464.1601 | f: 203.200.7706 | e-mail: justin.d.nelson@jpmorgan.com<mailto:justin.d.nelson@jpmorgan.com> |NMLS ID: 821781


This email is confidential and subject to important disclaimers and conditions including on offers for the purchase or sale of securities, accuracy and completeness of information, viruses, confidentiality, legal privilege, and legal entity disclaimers, available at http://www.jpmorgan.com/pages/disclosures/email.