# FILED UNDER SEAL

# EXHIBIT 269

| From: | Mary E Erdoes [cn=mary e erdoes/o=jpmchase] |
|---|---|
| Sent: | 3/3/2005 4:54:55 AM |
| To: | ███████████████████ |
| Subject: | Re: |

Ok.
Thanks.
ME

----- Original Message -----
From: ████████████████████
Sent: 03/02/2005 10:22 PM
To: mary.erdoes@jpmorgan.com
Subject: Re:

between me and john the last stock sale was $100mmm. the rest of the
shares unsold..between me and john...is $500mm (at current stock price)

:)

At 09:49 PM 3/2/2005, you wrote:

>This helps me to frame for him. I am calling him tomorrow.
>
>I hate to ask this, but in order to give him perspective, can you give me
>an order-of-magnitude on estimated net worth, if you so choose. Even an
>over/under. Like say over 300?
>Xo
>ME
>
>
>
>----- Original Message -----
>From: ████████████████████
>Sent: 03/02/2005 08:08 PM
>To: erdoes_mary@jpmorgan.com
>
>
>My Tax Problem.
>
>These kind of problems are good to have but very frustrating.
>
>The basic problem summarizes down to this. On all my gains I am paying
>ordinary income tax rates of 35% rather than Long Term capital gain rates
>of 15%.
>
>Now, I have discussed this with JPM (leckie), ██████████████████████
>███████ and everything we come up seems to find a dead end.
>
>The base of this problem is that all the stock is in ████ a Controlled
>Foreign Corporation (CFC) out of BVI. When you have a CFC everything

Confidential

flows
>out of the CFC to a US citizen at ordinary income tax rates regardless of
>their source.
>
>It was suppose to be a fine structure to defer taxes for decades, but
>didn't take into account giant capital gains which become taxable
>immediately and can't be deferred.
>
>Two problems.
>1. Stock sale last week triggered massive 35% tax payments.
>2. Any further stock sales will trigger 10 fold massive 35% tax payments
>(if the stock price stays up).
>3. All existing monies (presale) remain in ███ for the time being) tax
>deferred (at 35% eventually)
>
>So..thought that might help in lining up a meeting with Epstein?
>
>love ya
>
>(and ,...i can't even begin to sort out how to move this money down the
>chain ██████████until i get this first issue sorted)
>
>
>
>This communication is for informational purposes only. It is not intended
>as an offer or solicitation for the purchase or sale of any financial
>instrument or as an official confirmation of any transaction. All market
>prices,
>data and other information are not warranted as to completeness or
>accuracy and
>are subject to change without notice. Any comments or statements made
>herein do not necessarily reflect those of JPMorgan Chase & Co., its
>subsidiaries and affiliates

Confidential